IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**USA,**

    **Plaintiff,**

    **v.**                                                                     Civil No. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

## **ORDER**

The court hereby ORDERS the United States of America to submit via motion the following information:

1. A list of all civil rights actions filed by the United States Department of Justice over the past fifteen (15) years against any State, Commonwealth, territory, county, municipality or other political subdivision, in which allegations similar to those in the instant complaint were made against the particular government police entity.

2. Said list shall include the case number, name of the district court, year of filing, a synopsis of the particular allegations, and the disposition of the action.

3. For each case on the list, the United States shall inform the court whether the disposition was reached by agreement of the parties (with or without any court-ordered modifications) or following litigation of the same.

4. The United States shall inform the Court whether any such settlement agreements have been rejected by any court, and if so, the reasons therefore.

The above information is important to the Court in order to consider whether to approve the proposed settlement in this case. The same shall be submitted via motion on or before January 30, 2013.

This Order should not be interpreted to suggest one way or another how the Court will rule as to the proposed settlement agreement.

**Civil No. 12-2039 (GAG)**                     2

**SO ORDERED**.
In San Juan, Puerto Rico this 28th day of December, 2012.

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ
United States District Judge