1

2

3

4   **USA,**

5        **Plaintiff,**

6        **v.**                                                    **Civil No. 12-2039 (GAG)**

7   **COMMONWEALTH OF PUERTO**
    **RICO, et al.,**

8        **Defendants.**

9

10                                    **ORDER**

11        This case involves an action by the United States of America against the Commonwealth of

12   Puerto Rico.  Via the same, the United States seeks to implement, with court approval, an agreement

13   to remedy an alleged long-standing pattern or practice by the government of Puerto Rico of

14   permitting its police force to violate the First, Fourth and Fourteenth Amendments to our Nation's

15   Constitution.

16        Any bona fide governmental or private entity (i.e. State, Commonwealth or U.S. territory or

17   subdivision thereof, police union or association, civil rights organization, etc.), duly represented by

18   counsel that is admitted to this court, is hereby invited to file an amicus brief on or before April 1,

19   2013.  This deadline is firm.

20        The proposed settlement agreement in this case will impact not only the Commonwealth

21   government, but also the U.S. and foreign citizenry of Puerto Rico and elsewhere.  Likewise, it will

22   establish a non-binding precedent which in the future may be followed in other federal districts as

23   to the States, Commonwealths, territories, counties, municipalities or other political subdivisions.

24        Accordingly, for the undersigned to best exercise his Article III authority in this case, the

25   present invitation is made to any interested bona fide entity.

26        This order shall be posted electronically by the United States Department of Justice on any

27   webpage of its choosing, where its information is disseminated to the public and the media.

28        This order is not intended to intimate one way or another how the court will ultimately rule

**Civil No. 12-2039 (GAG)**                              2

1   as to the proposed settlement.

2

3

        **SO ORDERED**.
4       In San Juan, Puerto Rico this 30th day of December, 2012.

5                                                   *S/Gustavo A. Gelpí*

6                                              GUSTAVO A. GELPÍ
                                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28