# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 3:12-cv-2039 (GAG) |

## NOTICE OF COMPLIANCE WITH COURT'S DECEMBER 30, 2012, ORDER

      Plaintiff, United States of America, respectfully notifies this Court that the United States has complied with the Court's December 30, 2012, order in the above referenced matter ("Order"). This Order invited any bona fide governmental or private entity, duly represented by counsel admitted to practice before this Court, to file an amicus brief on or before April 1, 2013. This Court also directed the United States to post the Order on a public webpage. On January 2, 2013, the United States posted the Order on its publicly available Civil Rights Division website, where it may be accessed at the following addresses: http://www.justice.gov/crt/about/spl/ and http://www.justice.gov/crt/about/spl/findsettle.php#police.

      Respectfully submitted, this 3rd day of January, 2013,

                                        THOMAS E. PEREZ
                                        Assistant Attorney General

                                        JONATHAN M. SMITH
                                        Chief

                                        *s/Luis E. Saucedo*
                                        LUIS E. SAUCEDO
                                        Acting Deputy Chief
                                        SAMANTHA K. TREPEL
                                        SERGIO PEREZ

                Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      A copy of the foregoing was mailed to:

Wandymar Burgos Vargas
Director of Federal Litigation Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, PR  00902-0192

                                        *s/Luis E. Saucedo*
                                        LUIS E. SAUCEDO
                                        Acting Deputy Chief
                                        U.S. Department of Justice
                                        Civil Rights Division
                                        Special Litigation Section
                                        950 Pennsylvania Avenue, NW
                                        Washington, DC  20530
                                        Tel:   (202) 598-0482
                                        Fax:  (202) 514-4883
                                        luis.e.saucedo@usdoj.gov

                                        Attorney for Plaintiff