# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil No. 12-2039 (GAG) |
| v. | |
| COMMONWEALTH OF PUERTO RICO, ET AL., | |
| Defendants. | |

**NOTICE OF COMPLIANCE WITH COURT'S JANUARY 3, 2013, ORDER**

Plaintiff, United States of America, respectfully notifies this Court that the United States has withdrawn the second allegation in paragraph 10 of its Complaint (Dkt. #1) in compliance with the Court's January 3, 2013, Order (Dkt. #9).

1. On January 3, 2013, this Court directed the United States to file a statement supporting the second allegation in paragraph 10 or, in the alternative, to voluntarily withdraw the allegation.

2. The United States has withdrawn the allegation identified by the Court and amended paragraph 10. The United States filed an Amended Complaint today, January 18, 2013, pursuant to Fed. R. Civ. P. 15(a)(1). (Dkt. #10.)

WHEREFORE, the United States respectfully requests that the Court take notice of the aforementioned.

Respectfully submitted, this 18th day of January, 2013,

THOMAS E. PEREZ
Assistant Attorney General

JONATHAN M. SMITH
Chief

        *s/Luis E. Saucedo*
        LUIS E. SAUCEDO (G01613)
        Acting Deputy Chief
        SAMANTHA K. TREPEL
        SERGIO PEREZ
        Trial Attorneys
        U.S. Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC  20530
        Tel:   (202) 598-0482
        Fax:  (202) 514-4883
        luis.e.saucedo@usdoj.gov

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, a copy of the foregoing and the United States' Amended Complaint were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing and the United States' Amended Complaint were mailed to:

Wandymar Burgos Vargas
Director of Federal Litigation Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, PR  00902-0192

                                      *s/Luis E. Saucedo*
                                      LUIS E. SAUCEDO
                                      Acting Deputy Chief
                                      U.S. Department of Justice
                                      Civil Rights Division
                                      Special Litigation Section
                                      950 Pennsylvania Avenue, NW
                                      Washington, DC  20530
                                      Tel:   (202) 598-0482
                                      Fax:  (202) 514-4883
                                      luis.e.saucedo@usdoj.gov

                                      Attorney for Plaintiff