IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Et al., <br><br> Plaintiffs <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO** Et al., <br><br> Defendants | CIVIL NO. 12-2039(GAG) <br><br> CIVIL RIGHTS |

NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned counsel, Carlos A. Del Valle Cruz, and very respectfully states and prays:

1.  The appearing counsel is an attorney duly licensed by the Supreme Court of Puerto to practice law in this jurisdiction, in good standing, and admitted to the practice of law before the United States District Court for the District if Puerto Rico, the Court of Appeals for the First Circuit, and the Supreme Court of the United States of America. Counsel has been designated by the new Secretary of Justice, Luis Sanchez Betances, and the Deputy Secretary for Litigation, Marta Elisa Gonzalez Y., to make an appearance for Defendants in this case.

2.  Accordingly, counsel notifies his appearance as co-counsel for Defendants in the case at bar, and respectfully request this Honorable Court to take note of the same.

**WHEREFORE**, Counsel respectfully requests this Honorable Court to take notice of his appearance co-counsel for the Defendants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this January 22, 2013.

**LUIS SÁNCHEZ BETANCES**
Secretary of Justice

**MARTE ELISA GONZALEZ Y.**
Deputy Secretary of Justice
For Litigation

*S/ CARLOS A. DEL VALLE CRUZ*
**CARLOS A. DEL VALLE CRUZ**
USDC-PR # 130604
Legal Counsel
PR Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192
Tel 787 721-7700, ext. 2105
Fax. (787) 722-4440
cdelvalle@justicia.pr.gov; cdvlawpr@gmail

**NOTIFICATION**

On this date, the signatory to this motion has filed it with the Clerk of the Court via the CM/ECF that shall relay it to all counsel of record.