AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America       ) | |
| *Plaintiff*                     ) | |
| v.                              ) | Case No.  3:12-cv-2039 |
| Commowealth of Puerto Rico, ET AL., ) | |
| *Defendant*                     ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America

Date:   02/07/2013

*Attorney's signature*

Sergio Perez G01615
*Printed name and bar number*

Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

*Address*

sergio.perez@usdoj.gov
*E-mail address*

(202) 305-3655
*Telephone number*

(202) 514-6273
*FAX number*