IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **U.S.A,** <br><br> Plaintiff <br><br> v. <br><br> **Commonwealth of Puerto Rico et al.** <br><br> Defendants | CIVIL NO.  12-2039 (GAG) |

NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned counsel, Gerardo De Jesús Annoni, and very respectfully states and prays:

1. The undersigned counsel has been designated by the new Secretary of Justice, Luis Sánchez Betances, and the Deputy Secretary for Litigation, Marta Elisa González Y., to make an appearance and assume the defense of the Defendants in this case.

2. Accordingly, counsel notifies his appearance as counsel for Defendants in the case at bar, and respectfully requests this Honorable Court to take note of the same.

**WHEREFORE**, Counsel respectfully requests this Honorable Court to take notice of his appearance as counsel for the Defendants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this February 12, 2013.

**LUIS SÁNCHEZ BETANCES**

Secretary of Justice

**MARTA ELISA GONZALEZ Y.**
Deputy Secretary of Justice
For Litigation

*S/ GERARDO DE JESÚS ANNONI*
**GERARDO DE JESÚS ANNONI**
USDC-PR # 212209
Legal Counsel
PR Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192
Tel 787 721-7700, ext. 2111
Fax. (787) 722-4440
gdejesus@justicia.pr.gov

**NOTIFICATION**

On this date, the signatory to this motion has filed it with the Clerk of the Court via the CM/ECF that shall relay it to all counsel of record.