# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                    Defendants. | Civil No. 12-2039 (GAG) |

**JOINT MOTION IN COMPLIANCE WITH COURT'S FEBRUARY 11, 2013, ORDER**

      Plaintiff, United States of America, and Defendants, the Commonwealth of Puerto Rico, et al., respectfully notify this Court that the Parties in this matter have conferred regarding the Court's directive to hold a preliminary informal status/settlement conference. In compliance with the Court's February 11, 2013, Order (Dkt. #17), the Parties are available to meet on March 20, 2013, at a time convenient to the Court's schedule. The Parties are also available on March 18 and 19, 2013. The Parties have also made plans to meet before the preliminary informal status/settlement conference with the Court in order to discuss outstanding issues and to prepare to meet with the Court.

      WHEREFORE, the Parties respectfully request that the Court take notice of the aforementioned.

      Respectfully submitted, this 15th day of February, 2013,

| | |
|---|---|
| LUIS SÁNCHEZ BETANCES<br>Secretary of Justice | THOMAS E. PEREZ<br>Assistant Attorney General |
| MARTE ELISA GONZALEZ Y.<br>Deputy Secretary of Justice<br>For Litigation | JONATHAN M. SMITH<br>Chief |

|  |  |
|---|---|
|  | LUIS E. SAUCEDO |
|  | Acting Deputy Chief |
|  |  |
| *S/ CARLOS A. DEL VALLE CRUZ* | *s/Sergio Perez*_____ |
| CARLOS A. DEL VALLE CRUZ | SERGIO PEREZ (G01615) |
| USDC-PR # 130604 | SAMANTHA K. TREPEL |
| GERARDO DE JESUS ANNONI | Trial Attorneys |
| USDC-PR# 212209 | U.S. Department of Justice |
| Legal Counsel | Civil Rights Division |
| PR Department of Justice | Special Litigation Section |
| P.O. Box 9020192 | 950 Pennsylvania Avenue, NW |
| San Juan, PR 00902-0192 | Washington, DC 20530 |
| Tel. (787) 721-7700, ext. 2105 | Tel: (202) 305-3655 |
| Fax. (787) 722-4440 | Fax: (202) 514-6273 |
| cdelvalle@justicia.pr.gov; | sergio.perez@usdoj.gov |
| cdvlawpr@gmail.com |  |
|  |  |
| Attorneys for Defendants | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2013, a copy of the foregoing was filed electronically through the Court's CM/ECF System, which will automatically transmit notice of the filing to all attorneys of record via electronic mail.

<div style="margin-left: 3em;">

*s/Sergio Perez*
Sergio Perez
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 305-3655
Fax:  (202) 514-6273
sergio.perez@usdoj.gov

Attorney for Plaintiff

</div>