IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **U.S.A,**<br><br>Plaintiff<br><br>      v.<br><br>**Commonwealth of Puerto Rico et al.**<br><br>Defendants | **CIVIL NO.  12-2039 (GAG)** |

NOTICE IN COMPLIANCE WITH COURT ORDER

**TO THE HONORABLE COURT:**

**COMES NOW** counsel, for the Defendants and very respectfully states and prays:

1.      On February 11, 2013, the Court entered and Order instructing the parties to this case to advise the Court  on a date in which to hold a preliminary informal status-settlement conference during the month of March.

2.      Accordingly, counsel for the defendants hereby notifies that all parties have agreed and are available to hold said  Conference on March 20, 2013 at 2:00 p.m.

**WHEREFORE**, it is respectfully requested that notice of the above be taken by this Honorable Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this February 19, 2013.

                                                                                      **LUIS SÁNCHEZ BETANCES**
                                                                                      Secretary of Justice

**MARTA ELISA GONZALEZ Y.**
Deputy Secretary of Justice
For Litigation

*S/ GERARDO DE JESÚS ANNONI*
**GERARDO DE JESÚS ANNONI**
USDC-PR # 212209
Legal Counsel
PR Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192
Tel 787 721-7700, ext. 2111
Fax. (787) 722-4440
gdejesus@justicia.pr.gov

## NOTIFICATION

On this date, the signatory to this motion has filed it with the Clerk of the Court via the CM/ECF that shall relay it to all counsel of record.

2