AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:12-cv-2039-GAG |
| Commonwealth of Puerto Rico, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                                                               .

Date:    03/11/2013

s/ Samantha K. Trepel
*Attorney's signature*

Samantha K. Trepel G01614
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530
*Address*

samantha.trepel@usdoj.gov
*E-mail address*

(202) 305-3204
*Telephone number*

(202) 514-4883
*FAX number*