CV. 12-2039 GAG
March 20, 2013
Status Conference
Attendance Sheet

The following counsel were present :

AUSAs Jonathan Smith, Samantha K. Trepel and Luis E. Saucedo on behalf of government.

Defense : Commonwealth of Puerto Rico
Gilberto Marxuach, Esq.
Gerardo A. De-Jesus-Annoni, Esq.
Carlos Del-Valle-Cruz, Esq.
Secretary of Justice Luis Sanchez-Betances, esq.
Police Superintendent Héctor Pesquera

s/Carlos J. Rodriguez
Courtroom Deputy