# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES, OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO AND ITS POLICE DEPARTMENT,<br><br>Defendants | Civil Action No. : 12-2039 (JAG) |

### Appendix I

### PROFESSIONAL CREDENTIALS SUPPORTING APPEARANCE FOR ATTORNEY GREGORIO IGARTUA AS AMICUS CURIAE

To The Honorable Court:

For over twenty (20) years the undersigned attorney has advocated for the recognition of the federal democratic rights of the 3.8 million American Citizens residing in Puerto Rico. This endeavor has included numerous litigations (*ad honorem*) in Federal Courts requesting the recognition of our right to vote in presidential elections, and more recently, the right to elect representatives to Congress. These include:

- *Igartua v U.S. 32 F3d 8 (1st Cir. 1994).*
- *Igartua v U.S. 229 F3d 80 (1st Cir. 2000).*
- *Igartua v U.S. 417 F3d 145 (1st Cir 2005).*
- *Igartua v U.S. 654 F3d 99 (1st Cir. 2011).*

Selected parts of the undersigned *curriculum vitae* are set forth below as to establish the professional credentials pertinent to the request to appear as amicus in the instant case.

**EDUCATION**

LEGAL:

| | |
|---|---|
| January 1977 - July 1978 | LL.M. Taxation<br>Georgetown University Law Center<br>Washington, D.C. |
| August 1975 - December 1976 | LL.M (Subjects related mainly to international and corporate law)<br>George Washington University School of Law<br>Washington, D.C. |
| August 1972 - December 1974 | Juris Doctor<br>Inter-American University School of Law<br>San Juan, Puerto Rico |

OTHER:

| | |
|---|---|
| June 1983 | Seminar - "Specialist Techniques in Trade & Export Finance" sponsored by Euromoney Publications Inc.,<br>London, England |
| July 1979 | Seminars on: Federal Income Taxation of Corp. Transactions; Insurance Law, and Constitutional Law<br>Program of Instruction for Lawyers<br>Harvard Law School<br>Cambridge, Massachusetts |

**EXPERIENCE**

LEGAL:

| | |
|---|---|
| 1978 - Present | Bufete Igartua<br>General Practice of Law<br>Aguadilla, Puerto Rico |

OTHER:

| | |
|---|---|
| January 2003 – 2007 | Adjunct Professor<br>Taught: Voting Rights Law; Constitutional Legal Aspects of U.S. - P.R. Relations; Tax Law<br>Catholic University of Puerto Rico Law School<br>Ponce, Puerto Rico |

**ADMISSIONS:**

Puerto Rico Supreme Court (1975).
District of Columbia Court of Appeals (1978).
Federal District Court of Puerto Rico (1982).
United States Court of Appeals- 1st Circuit (1985).
United States Supreme Court (1978).
United States Tax Court (1978).