UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      PLAINTIFF,<br><br>- against -<br><br>COMMONWEALTH OF PUERTO RICO AND PUERTO RICO POLICE DEPARTMENT.<br><br>      DEFENDANTS. | CIVIL ACTION NO.:<br>12-2039 (GAG)<br><br>**DECLARATION OF JOSUÉ GONZALEZ-ORTIZ IN SUPPORT OF BRIEF OF AMERICAN CIVIL LIBERTIES UNION AS *AMICUS CURIAE*** |

I, Josué Gonzalez-Ortiz, hereby declare the following under penalty of perjury:

1. I am a staff attorney at the American Civil Liberties Union of Puerto Rico, counsel for *amicus curiae* the American Civil Liberties Union in the above-captioned matter.

2. I submit this declaration in support of the Brief of the American Civil Liberties Union as *Amicus Curiae*.

3. Attached as Exhibit A is a true and correct copy of the Report of the Department of Justice based on its investigation of the Puerto Rico Police Department.

4. Attached as Exhibit B is a true and correct copy of the Report of the American Civil Liberties Union based on its investigation of the Puerto Rico Police Department.

Dated: **April 1, 2013**

 */s/ Josué Gonzalez-Ortiz*
**Josué González-Ortiz, USDC-PR No. 221808**
American Civil Liberties Union Puerto Rico
Union Plaza, Suite 1105
416 Avenida Ponce de Léon
San Juan, Puerto Rico 00918
Telephone: (787) 753-8493
E-mail: jgonzalez-ortiz@aclu.org