UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 (GAG) |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as *AMICUS CURIAE*. | |

## APPENDIX I

ITEM | PAGES

1. *Resumé* .................................................................. 1

2. Certificate as registered lobbyist for the Puerto Rico

    House of Representatives ...................................... 2

3. Application for certificate as a registered lobbyist for

    the Senate of Puerto Rico ...................................... 3-4

Page No. 1

**Jorge Díaz Castro**
P.O. Box No. 9021288
San Juan, P.R. 00902-1288
e-mail: jdiaz_castro@hotmail.com

**Work Experience**

| | |
|---|---|
| Dec/02 to present | **T.M., Inc. – San Juan, P.R.**<br>Start-up lobbying firm for the Legislative Assembly of P.R.<br>I have personally been involved in the approval of various laws. |
| Sep/02 to Dec/02 | **Opinion Access, Inc. – Queens, N.Y.**<br>Consumer research firm for which I conducted telephone surveys, emphasizing the Latino community of New York. |
| Jun/98 to Sep/02 | **Artext – Guaynabo, P.R.**<br>Performed medical transcription of radiology reports for a mid sized metropolitan hospital. |
| Aug/97 to Jun/98 | **Centro Radiodiagnóstico de Carolina – Carolina, P.R.**<br>Helped implement automatization of transcription facilities for a Small radiology practice, using stand-alone P.C.'s. |
| Aug/96 to Jun/97 | **Hato Rey Medical Group – Hato Rey, P.R.**<br>Responsible for implementing patient database using Microsoft Access; transcribed neurology reports. |
| Sep/91 to Aug/94 | **Cornell University Medical College – New York, N.Y.**<br>Responsible for the transcription of medical pathology reports For a large metropolitan hospital. |

**Education**

| | |
|---|---|
| Aug/10 to present | **University of Puerto Rico School of Law – San Juan, P.R.**<br>Class of 2015. |
| Aug/85 to May/01 | **University of the Sacred Heart – Santurce, P.R.**<br>A.S. in computer science, *magna cum laude*, 2001.<br>B.S. in chemistry, *summa cum laude*, 1998.<br>B.S. in mathematics, *summa cum laude*, 1992. |
| Aug/87 to May/83 | **University of P.R. at Mayagüez - Mayagüez, P.R.**<br>B.A. in English and Linguistics, *summa cum laude*, 1983. |

I am fluent in English, Spanish and French. I am furthering my education regarding the legislative process; I am currently a law student, and a licensed artisan.



# CÁMARA DE REPRESENTANTES

**BRUNILDA ORTIZ RODRIGUEZ**
Secretaria

Yo, **Brunilda Ortiz Rodríguez**, Secretaria de la Cámara de Representantes de Puerto Rico,

**CERTIFICO:** Que de acuerdo a nuestros archivos **Jorge Díaz Castro** con número de registro **38** está debidamente Inscrito en el Registro de Cabilderos, desde el **8 de abril de 2008**, según dispone la Regla 48 del Reglamento de la Cámara de Representantes de Puerto Rico y el Reglamento 2005-01 del Reglamento de Registro de Cabilderos de la Secretaría de la Cámara.

**EN TESTIMONIO DE LO CUAL,** firmo la presente y hago estampar en ella el Sello de la Cámara de Representantes de Puerto Rico, en la ciudad de San Juan, hoy martes, 8 de abril del dos mil ocho.

Brunilda Ortiz Rodríguez
Secretaria



# Secretaría del Senado
# Senado de Puerto Rico

Appendix I
Page No. 3

## INSCRIPCIÓN DE CABILDEROS

Marque aquí si es una Inscripción Enmendada: ___

1. Fecha de Vigencia de la Inscripción (Uso Oficial): _____

2. Número de Identificación del Senado (Uso Oficial): _____

## SOLICITANTE

3. Nombre del Solicitante: Jorge de Jesús Díaz Castro

   Dirección: Calle Reverendo Francisco Colón #60

   Ciudad: Río Piedras   Estado: P.R.   Código Postal: 00925

4. Lugar principal del negocio (si es diferente a la línea 3): (igual)

   Ciudad: N/A   Estado (o país): N/A   Código Postal: N/A

5. Número de teléfono y nombre del contacto: (784) 751-6825

   Contacto: yo mismo   Correo electrónico: jdiaz-castro@hotmail.com

   Descripción general del negocio o actividades del solicitante:
   Persona natural, estudiante de estadísticas a nivel subgraduado en el Recinto de Río Piedras de la Universidad de Puerto Rico.

1

**\*CLIENTE** (a quien representa)
*\*se requiere que radiquen una solicitud separada para cada cliente*

Nombre del Cliente: E.L.A., Policía de Puerto Rico\*

Dirección: P.O. Box 70166, San Juan, PR 00936-8166

Ciudad ver arriba  Estado ver arriba  Código Postal ver arriba

\* persona contacto: Sra. Wanda Marrero Salgado,
**CABILDEROS**  Ayudante Especial, Oficina del Superintendente

Nombre del Solicitante: Jorge de Jesús Díaz Castro

Si es persona jurídica indicar: N/A

- Accionistas:
  N/A

- Socios:
  N/A

- Asociados o empleados que realizarán tareas de cabildeo:
  N/A

JDC Me comprometo que la primera vez que inicie un contacto a nombre de un cliente con un senador o senadora, o un funcionario o empleado del Senado de Puerto Rico, le informaré verbalmente la identidad del cliente o clientes a cuyo nombre estoy iniciando gestiones de cabildeo, de manera que la persona cabildeada esté adecuadamente apercibida.

Firma del Solicitante: *Jorge de Jesús Díaz Castro*

Fecha: 4 de octubre del 2007

Título en letra de molde: N/A