INTAKE DROP BOX
RECEIVED & FILED

2012 APR -1 PH 4: 09

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| | X | |
| Plaintiff, | X | |
| | X | |
| v. | X | No. 3:12-cv-2039 |
| | X | (G A G) |
| COMMONWEALTH OF PUERTO RICO, and | X | |
| the PUERTO RICO POLICE DEPARTMENT, | X | |
| | X | |
| Defendants; | X | |
| | X | |
| JORGE DIAZ CASTRO, | X | |
| | X | |
| as *AMICUS CURIAE.* | X | |
| | X | |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

APPENDIX II

ITEM                                                                    PAGES

A. Acts approved (in Spanish):

1. LEY NÚM. 173 DE 3 DE DICIEMBRE DE 2007 ...................... 1-2

2. RESOLUCIÓN CONJUNTA NÚM. 52 DE 17 DE JULIO DE 2008 .. 3-4

3. LEY NÚM. 128 DE 23 DE JULIO DE 2008 ......................... 5-8

B. Acts approved (in English):

1. ACT NO. 173 OF DECEMBER 3, 2007 ........................... 9-11

2. ACT NO. 128 OF JULY 23, 2008 ................................ 12-17

15<sup>ta</sup> ASAMBLEA 4<sup>ta</sup> SESION
LEGISLATIVA EXTRAORDINARIA

Ley Núm. _173_

(Aprobada en _3_ de _dic_ de 20_07_)

(Sustitutivo al
P. de la C. 4111)

## LEY

Para aumentar en doscientos (200) dólares mensuales el sueldo de los miembros de la Policía de Puerto Rico al momento de la aprobación de esta Ley; y para otros fines.

### EXPOSICION DE MOTIVOS

Los miembros de la Policía de Puerto Rico tienen entre sus funciones la gran responsabilidad de brindar protección a las personas y a la propiedad, mantener el orden público, observar y procurar la más absoluta protección de los derechos civiles del ciudadano, prevenir, descubrir, investigar y perseguir el delito, además de compeler a la obediencia de las leyes y ordenanzas municipales. Estas responsabilidades son llevadas a cabo fielmente por un excelente equipo de policías que día a día asumen con gran valor y sentido del deber los riesgos y dificultades propias de su profesión. Mediante esta legislación pretendemos hacer justicia económica a los valientes hombres y mujeres que con vocación y esfuerzo dedican su vida a proteger la vida y propiedades de todos los residentes de esta Isla. Entendemos que un servidor público al que se le brinda justicia económica hará su trabajo con una mejor disposición. En aras de promover una justicia social y económica a los agentes del orden público es preciso incentivar a los miembros de la Policía de Puerto Rico, entiéndase, Policía o Agente y todos los miembros del Sistema de Rango de la Policía de Puerto Rico, con un aumento de doscientos dólares ($200.00) mensuales.

Esta Asamblea Legislativa radicó el **P. de la C. 1** en enero de 2005, el cual proponía darle un aumento salarial a los miembros de la Policía de Puerto Rico. Lamentablemente, la Oficina de Gerencia y Presupuesto emitió una certificación negativa por lo cual no se pudo lograr la aprobación de la medida.

Nos complace y alegra que se esté sometiendo esta pieza legislativa, la cual en gran parte hace justicia a estos dedicados servidores públicos.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-Se concede un aumento salarial de doscientos dólares (200) mensuales a los miembros de la Policía de Puerto Rico, esto es, el Policía o Agente y todos los miembros del Sistema de Rango de la Policía de Puerto Rico. Durante el año fiscal 2007-2008 se concederá un aumento de cien dólares efectivo al 1 de enero de 2008 y el segundo aumento de cien dólares ($100) deberá ser efectivo a partir del 1ro de julio de 2009. Disponiéndose que el término de "miembro de la Policía" responderá a la definición establecida en el Artículo dos (2) de la Ley Núm. 53 de 10 de junio de 1996, según enmendada, conocida como la "Ley de la Policía de Puerto Rico."

Artículo 2.-Con el propósito de cumplir con esta Ley, se autoriza al Secretario del Departamento de Hacienda de Puerto Rico a que separe y satisfaga del presupuesto operacional asignado a la Policía de Puerto Rico en el Presupuesto General del Gobierno del Estado Libre Asociado de Puerto Rico, los recursos necesarios para satisfacer la asignación a la que se hace referencia en el Artículo 1 de esta Ley para el año fiscal 2007-2008. El impacto anual de ambos aumentos deberán ser consignados en el Presupuesto Anual de Gastos del Gobierno del Estado Libre Asociado de Puerto Rico para el año fiscal 2008-2009 y años subsiguientes.

Artículo 3.-Esta Ley comenzará a regir inmediatamente después de su aprobación.

................................................
*Presidente de la Cámara*

................................................
*Presidente del Senado*

**DEPARTAMENTO DE ESTADO**
**Certificaciones, Reglamentos, Registro de Notario y**
**Venta de Leyes**

**CERTIFICO:** Que es copia fiel y exacta del original.

A la fecha de: __5 diciembre de 2007__

__Francisco José Martín Caso__
Secretario Auxiliar de Servicios

**(R. C. del S. 788)**

# RESOLUCION CONJUNTA

Para ordenar a la Superintendencia del Capitolio del Estado Libre Asociado de Puerto Rico, que haga las gestiones que estime necesarias para lograr la adquisición e instalación en el Capitolio de un monumento en honor a los miembros de la Policía de Puerto Rico, que han caído en el cumplimiento del deber, en reconocimiento a su trayectoria en la protección de la vida y propiedad de nuestra ciudadanía.

## EXPOSICION DE MOTIVOS

La Policía de Puerto Rico es un organismo civil de orden público que se creó con la obligación de proteger a las personas y a la propiedad, mantener y conservar el orden público y observar y procurar la más absoluta protección de los derechos civiles del ciudadano, así como de prevenir, descubrir, investigar y perseguir el delito y hacer valer las leyes y ordenanzas municipales. Durante más de cien años, la Policía de Puerto Rico se ha dedicado a cumplir con sus responsabilidades de forma íntegra, garantizando así la seguridad de la ciudadanía.

Las responsabilidades de los miembros de la Policía de Puerto Rico, las cuales en ocasiones tienen que ser realizadas a riesgo de la propia seguridad de éstos, resalta la importancia de la misma. Es nuestra responsabilidad reforzar dicha labor y reconocer la gesta de valor y dedicación de estos destacados servidores públicos.

La experiencia pasada ha demostrado que, como resultado de la peligrosa labor que realizan, muchos policías han resultado heridos o han sufrido algún otro tipo de accidente como represalia por labor de investigación y encausamiento de los criminales. Esto afecta, tanto física como emocionalmente, al policía como a sus familiares. Es responsabilidad de toda la ciudadanía reconocer y exaltar la noble labor de la Policía de Puerto Rico.

Por lo antes expuesto, esta Asamblea Legislativa reconoce la aportación de la Policía de Puerto Rico a nuestra sociedad, reconoce la entereza y dedicación de la mayoría de los miembros de dicho Cuerpo y, por tal razón, se propone que la Superintendencia del Capitolio, con recursos que ya tiene disponibles, logre la adquisición e instalación en el Capitolio de un monumento en honor a los miembros de la Policía de Puerto Rico, que han caído en el cumplimiento del deber, en reconocimiento a su trayectoria en la protección de la vida y propiedad de nuestra ciudadanía.

**RESUELVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

Sección 1.- Se ordena a la Superintendencia del Capitolio del Estado Libre Asociado de Puerto Rico, que haga las gestiones que estime necesarias para lograr la adquisición e instalación en el Capitolio de un monumento en honor a los miembros de la Policía de Puerto Rico, que han caído en el cumplimiento del deber, en reconocimiento a su trayectoria en la protección de la vida y propiedad de nuestra ciudadanía.

Sección 2.-Se autoriza a la Superintendencia del Capitolio a aceptar aportaciones de la empresa privada para tales fines.

Sección 3.-Esta Resolución Conjunta comenzará a regir inmediatamente después de su aprobación.

**DEPARTAMENTO DE ESTADO**
Certificaciones, Reglamentos, Registro
de Notarios y Venta de Leyes

Certifico que es copia fiel y exacta del original.

Fecha: _____ 18 de julio de 2008

Firma: _____

Francisco José Martín Caso
Secretario Auxiliar de Servicios

15a ASAMBLEA LEGISLATIVA    7ma SESION ORDINARIA

Ley Núm. 128

(Aprobada en 23 de julio de 20__)

**(P. del S. 2320)**

# LEY

Para ordenar al Superintendente de la Policía de Puerto Rico, a realizar las gestiones conducentes a la celebración de un referéndum entre los miembros del Cuerpo de la Policía con el propósito de que éstos decidan si los servicios en puestos cubiertos por el Sistema de Retiro Estatal deben ser excluidos o incluidos en el acuerdo entre el Secretario de Salud y Servicios Sociales de los Estados Unidos y el Gobierno del Estado Libre Asociado de Puerto Rico, a fin de extender los beneficios del Sistema de Seguro Social Federal a los miembros de la Policía de Puerto Rico; crear una Comisión de Referéndum y establecer sus deberes y obligaciones.

## EXPOSICION DE MOTIVOS

Mediante la Sección 107 de la Ley Núm. 734 de 28 de agosto de 1950, el 81er Congreso de los Estados Unidos autorizó a los empleados públicos del Estado Libre Asociado de Puerto Rico a participar del Sistema de Seguro Social Federal. A esos fines, se llevó a cabo un referéndum entre todos los empleados públicos puertorriqueños. La gran mayoría votó a favor de participar de este Sistema de Retiro. Sin embargo, algunos empleados públicos, entre los que se destacan los policías, bomberos y maestros, optaron por no participar del Seguro Social Federal.

Varias organizaciones que representan a los miembros de la Policía de Puerto Rico han solicitado que se les dé la oportunidad a estos empleados públicos de votar a favor de participar en el Sistema de Seguro Social Federal. Este reclamo proviene del interés que estos servidores públicos tienen en realizar una aportación para un programa que pueda ayudar a cubrir las necesidades económicas a la hora de su retiro. La Ley Núm. 135 de 18 de junio de 1999, extendió a los miembros de la Policía la oportunidad de participar en un referéndum, en torno a la participación en el Sistema de Seguro Social Federal. Previo a la celebración de ese Referéndum, se ofreció muy poca orientación a los policías que participaron en el mismo.

Recientemente, en la última consulta celebrada sobre este asunto, en marzo de 2006, una mayoría de los miembros de la Policía votó a favor de participar en este Sistema, pero no representó la cantidad mínima establecida por la Ley Núm. 75 de 25 de agosto de 2005.

La Asamblea Legislativa ha recibido una nueva solicitud para que se viabilice una votación sobre la posibilidad de que los policías participen del Sistema de Seguro Social Federal. Entendemos que éste es un reclamo justo, por lo que a través de esta medida estamos ordenando la celebración de un referéndum entre los miembros de la Policía.

**DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

Artículo 1. - Se ordena al Superintendente de la Policía de Puerto Rico, a realizar las gestiones conducentes a la celebración de un referéndum entre los miembros del Cuerpo de la Policía, para que éstos decidan si los servicios en puestos cubiertos por el Sistema de Retiro Estatal deben ser excluidos o incluidos en el acuerdo entre el Secretario de Salud y Servicios Sociales de los

Estados Unidos y el Gobierno del Estado Libre Asociado de Puerto Rico, a fin de extender los beneficios del Sistema de Seguro Social Federal a los miembros de la Policía de Puerto Rico.

Artículo 2. - El Referéndum se celebrará conforme a lo dispuesto en esta Ley y en la Sección 218 del Capítulo 531 del Título II de la Ley Federal de Seguro Social, Ley Núm. 271 de 14 de agosto de 1935, según enmendada, que reglamenta los acuerdos voluntarios entre el Comisionado del Seguro Social y los gobiernos estatales con el propósito de extender, a los empleados públicos de Puerto Rico, los beneficios provistos por el Sistema del Seguro Social Federal.

Artículo 3. - Comisión de Referéndum

a) Para cumplir con los objetivos expresados en esta Ley, dentro de los treinta (30) días siguientes a su vigencia, el Superintendente de la Policía nombrará una Comisión de Referéndum compuesta por un Presidente, que será el Superintendente de la Policía, un representante de cada una de las siguientes organizaciones: Federación Puertorriqueña de Policías; Frente Unido de Policías Organizados; Asociación de Miembros de la Policía de Puerto Rico; Concilio Nacional de Policías; Asociación de Policías Organizados; Cuerpo Organizado de Policías; Organización de Policías en Acción; Gremio de Empleados Gerenciales de la Policía; Policías Puertorriqueños Unidos; Sindicato de Policías Puertorriqueños; Empleados Civiles Organizados; un oficial de la Policía, un miembro de la Policía no afiliado que no tenga rango de oficial, un cadete de la Academia de la Policía y un representante del Seguro Social Federal.

El Superintendente de la Policía, como Presidente de la Comisión de Referéndum, tendrá la facultad de citar a reuniones de la Comisión a aquellos funcionarios de agencias estatales que puedan estar ligados o cuyas agencias puedan resultar impactadas por el resultado del Referéndum y que puedan aportar con su pericia al proceso de orientación de los miembros del Cuerpo de la Policía.

Se faculta al Superintendente de la Policía a delegar sus funciones, como Presidente de la Comisión de Referéndum, en un representante de su selección, proveniente del Cuerpo de la Policía.

b) La Comisión de Referéndum será responsable de orientar a todos los miembros de la Policía sobre los motivos y consecuencias del Referéndum. Para cumplir con dicho deber, la misma, entre otras cosas, llevará a cabo las gestiones correspondientes para la publicación de materiales informativos y la celebración de, por lo menos, dos (2) foros por área policíaca, en los cuales se discutirán los puntos a favor y en contra de la inclusión. La Comisión de Referéndum establecerá los criterios de participación y adoptará aquellos mecanismos, reglamentos, papeletas y procedimientos que considere necesarios para la consulta y escrutinio.

c) Luego de nombrar a los integrantes de la Comisión de Referéndum, el Superintendente de la Policía le proveerá a ésta una lista actualizada con el nombre, dirección y número de placa de todos los miembros de la Policía de Puerto Rico.

d) Dentro de los treinta (30) días después de su composición, la Comisión de Referéndum publicará, por lo menos en dos (2) ocasiones, un aviso sobre la celebración y propósitos del Referéndum, en dos (2) periódicos de circulación general en la Isla. Dicho aviso también deberá mantenerse en la página cibernética (web) o el portal electrónico de la Policía de Puerto Rico.

2

e) Dentro de los noventa (90) días siguientes a su composición, la Comisión de Referéndum procederá a consultar en un Referéndum a los miembros integrantes del Cuerpo de la Policía, para que éstos decidan si los servicios en puestos cubiertos por el Sistema de Retiro Estatal deben ser excluidos o incluidos en el acuerdo entre el Secretario de Salud y Servicios Sociales de los Estados Unidos y el Gobierno del Estado Libre Asociado de Puerto Rico, a fin de extender los beneficios del Sistema de Seguro Social Federal a los miembros de la Policía de Puerto Rico.

f) La votación del Referéndum se llevará a cabo en cada cuartel de la Policía a través de todo Puerto Rico y se extenderá durante las veinticuatro (24) horas del día fijado para su celebración. Luego de la votación, la Comisión de Referéndum dará cuenta del resultado a los miembros de la Policía, dentro de un término de treinta (30) días después de concluido el escrutinio.

Artículo 4.-Si la mayoría de los miembros de la Policía de Puerto Rico votara a favor de participar en el Sistema de Seguro Social Federal, el Superintendente de la Policía gestionará la inclusión de los miembros de la Policía de Puerto Rico en dicho Sistema, inmediatamente después de conocerse los resultados del Referéndum celebrado. Para efectos de esta Ley, la mayoría afirmativa requerida para la referida votación será el cincuenta (50) por ciento más uno (1) de los miembros de la Policía elegibles, según lo dispuesto en el Artículo 2 de esta Ley.

En caso de que los resultados fueran en contra de participar en el Sistema de Seguro Social Federal, el Superintendente de la Policía podrá celebrar referéndums adicionales, según los parámetros establecidos por esta Ley, disponiendo un período de tiempo mínimo de tres (3) años entre cada consulta.

Artículo 5.- Esta Ley comenzará a regir inmediatamente después de su aprobación.

**DEPARTAMENTO DE ESTADO**
Certificaciones, Reglamentos, Registro
de Notarios y Venta de Leyes

Certifico que es copia fiel y exacta del original.

Fecha: _____12 de agosto de 2008_____

Firma: _____
Francisco José Martín Cuso
Secretario Auxiliar de Servicios

(Substitute for
H.B. 4111)

(No. 173)

(Approved December 3, 2007)

AN ACT

To increase by two hundred (200) dollars the salary of the members of the Puerto Rico Police at the time of the approval of this Act; and for other purposes.

STATEMENT OF MOTIVES

The members of the Puerto Rico Police have among their great responsibilities protecting persons and property, maintaining public order, watching over and ensuring the most absolute protection of the civil rights of the citizenry, preventing, discovering, investigating and prosecuting crime, in addition to compelling obedience to the law and municipal ordinances. These responsibilities are carried out faithfully by an excellent team of police officers who each day assume the risks and difficulties of their occupation with great valor and sense of duty. Through this legislation, it is intended to do financial justice to those courageous men and women who, with vocation and effort devote their lives to protect the lives and properties of all the residents of this Island. It is known that a public servant who is granted financial justice will do his/her work with better a disposition. For the sake of promoting social and financial justice to law enforcement agents, it is imperious to provide an incentive of two hundred dollars ($200.00) monthly to the members of the Puerto Rico Police and to all the members of the rank system of the Puerto Rico Police.

This Legislature filed H.B. 1 on January 1, 2005, proposing a raise in salary to the members of the Puerto Rico Police. Unfortunately, the Office of the Management and Budget issued a negative certification, reason for which the approval of the measure was not achieved.

It is with pleasure and joy that this legislative piece is introduced, which shall to a great extent do justice to these devoted public servants.

**BE IT ENACTED BY THE LEGISLATURE OF PUERTO RICO:**

Section 1.- A salary increase of two hundred (200) dollars each month is granted to the members of the Puerto Rico Police, that is, to the Police Officer or Agent and to all the members of the Rank System of the Puerto Rico Police. During the 2007-2008 fiscal year, a one hundred dollar raise shall be granted as of January 1, 2008 and the second one hundred (100) dollar raise shall take effect on January 1, 2009. Provided that the term "member of the Police" shall respond to the definition established in Section two (2) of Act No. 53 of June 10, 1996, as amended, known as the "Puerto Rico Police Act."

Section 2.- For the purpose of complying with this Act, the Secretary of the Department of the Treasury of Puerto Rico is hereby authorized to set aside and satisfy from the operating budget appropriated to the Puerto Rico Police in the General Budget of the Government of the Commonwealth of Puerto Rico, the resources needed to satisfy the appropriation referred to in Section 1 of this Act for the 2007-2008 fiscal year. The annual impact of both raises shall be consigned in the Annual Budget of Expenses of the Government of the Commonwealth of Puerto Rico for the 2008-2009 fiscal year and subsequent years.

Section 3.- This Act shall take effect immediately after its approval.

# CERTIFICATION

I hereby certify to the Secretary of State that the following Act <u>No. 173</u> (<u>Substitute for</u> <u>H.B. 4111</u>) of the 4<u><sup>th</sup></u> <u>Special Session</u> of the 15<u><sup>th</sup></u> Legislature of Puerto Rico:

**AN ACT**   to increase by two hundred (200) dollars the salary of the members of the Puerto Rico Police at the time of the approval of this Act; and for other purposes,

has been translated from Spanish to English and that the English version is correct.

In San Juan, Puerto Rico, today 29th of February of 2008.

Francisco J. Domenech
Director

(S. B. 2320)

(No. 128)

(Approved July 23, 2008)

## AN ACT

To direct the Superintendent of the Puerto Rico Police to take the necessary steps for the holding of a referendum among members of the Police Corps for them to decide whether service in positions covered by the Commonwealth Retirement System shall be excluded or included in the agreement between the Secretary of Health and of Social Services of the United States and the Government of the Commonwealth of Puerto Rico to extend the benefits of the Federal Social Security System to the members of the Puerto Rico Police; to create a Referendum Commission and establish its duties and obligations.

## STATEMENT OF MOTIVES

Through Section 107 of Act No. 734 of August 28, 1950, the 81st Congress of the United States authorized public employees of the Commonwealth of Puerto Rico to participate in the Federal Social Security System. A referendum among Puerto Rican public employees was held for this purpose. The vast majority of the employees voted in favor of participating in this Retirement System. However, some public employees among which are policemen, firefighters, and teachers, refrained from participating in the Federal Social Security.

Several organizations that represent the members of the Puerto Rico Police have requested that these public employees be given another opportunity to vote for participation in the Federal Social Security System. This claim arises from the interest of these public officers in contributing to a program that can help to cover financial needs that may arise upon their

retirement. Act No. 135 of June 18, 1999 granted to the members of the Puerto Rico Police the opportunity to hold a referendum regarding their participation in the Federal Social Security System. Prior to said referendum, little orientation was provided for the police officers who participated in the same.

In the last referendum held on this issue, on March of 2006, the majority of the members of the Police voted for the participation in this System, however, they did not meet the minimum number required by Act No. 75 of August 25, 2005.

The Legislature has received a new request to enable voting on the possibility of the participation of police officers in the Federal Social Security System. This is deemed to be a fair claim thus the holding of a referendum among the members of the Police is directed through this measure.

***BE IT ENACTED BY THE LEGISLATURE OF PUERTO RICO:***

Section 1. – The Superintendent of the Puerto Rico Police is hereby directed to take the necessary steps for the holding of a referendum among members of the Police Corps to decide whether service in positions covered by the Commonwealth Retirement System shall be excluded or included in the agreement between the Secretary of Health and of Social Services of the United States and the Government of the Commonwealth of Puerto Rico to extend the benefits of the Federal Social Security System to the members of the Puerto Rico Police.

Section 2. – The Referendum shall be held pursuant to the provisions of this Act and to those of Section 218 of Chapter 531 of Title II of Federal Social Security Act No. 271 of August 14, 1935, as amended, which regulates voluntary agreements between the Social Security Commissioner

and State governments for the purpose of extending the benefits provided by the Federal Social Security System to the public employees of Puerto Rico.

Section 3. – Referendum Commission

a) To comply with the objectives stated in this Act, within thirty (30) days after the effectiveness of this Act, the Police Superintendent shall appoint a Referendum Commission composed of one Chairperson, who shall be the Police Superintendent, one representative of each of the following organizations; Puerto Rico Police Federation, United Organized Police Front, Puerto Rico Police Members Association, the National Council of Police Officers; the Association of Organized Police Officers; the Organized Police Officers Corps; the Organization of Police Officers in Action; the Police Department Management Employees Union; the United Puerto Rican Police Officers; the Puerto Rican Police Officers Syndicate; Organized Civilian Employees; a Police officer, an unaffiliated member of the Police who does not have officer's rank, a Police Academy Cadet, and a representative of the Federal Social Security.

The Police Superintendent, as Chairperson of the Referendum Commission shall have the authority to summon those officials from government agencies who may be linked to or whose agencies may be impacted by the results of the referendum and who may contribute with their expertise to the orientation process for the members of the Police Corps to the Commission meetings.

The Police Superintendent is hereby authorized to delegate his/her functions as Chairperson of the Referendum Commission on a representative of his/her choosing from the Police Corps.

b) The Referendum Commission shall be responsible for orienting all the members of the Police of the reasons for and the consequences of the Referendum. To comply with the said responsibility, the Commission shall take the necessary steps to publish information material and hold at least two (2) forums per police district in which the pros and cons of the inclusion shall be discussed. The Referendum Commission shall establish the criteria to participate and shall adopt those mechanisms, regulations, ballots and procedures that it deems are needed for the consultation and the canvassing of ballots.

c) Upon the appointment of the members of the Referendum Commission, the Police Superintendent shall provide it with an updated list that includes the name, address and badge number of all the members of the Puerto Rico Police.

d) Within thirty (30) days after its constitution, the Referendum Commission shall publish a notice on the holding and purposes of the Referendum. Said notice shall be published at least two (2) times in two (2) newspapers of general circulation in Puerto Rico and shall also appear in the web page or internet site of the Puerto Rico Police.

e) Within ninety (90) days after its constitution, the Referendum Commission shall proceed to consult the members of the Police Corps through Referendum, in order for them to decide whether services in positions covered by the Commonwealth Retirement System shall be excluded or included in the agreement between the Secretary of Health and of Social Services of the United States and the Government of the Commonwealth of Puerto Rico, in order to extend Federal Social Security benefits to the members of the Puerto Rico Police.

f) The Referendum voting process shall be conducted in each Police Station throughout Puerto Rico, and shall last the twenty-four (24) hours of the day fixed for voting. After the votes are cast, the Referendum Commission shall inform the results to the members of the Police within a term of thirty (30) days after the canvassing has concluded.

Section 4. – If the majority of the members of the Puerto Rico Police vote in favor of the participation in the Federal Social Security System, the Police Superintendent shall handle the inclusion of the members of the Puerto Rico Police in said System, immediately after the results of the Referendum are known. For the purposes of this Act, the affirmative vote of the majority required for the referred voting shall be fifty (50) percent plus one (1) of the eligible members of the Police, pursuant to the provisions of Section 2 of this Act.

Should the results of said referendum be against participation in the Federal Social Security System, the Police Superintendent the may hold additional referendums, pursuant to the parameters set forth in this Act, provided that a minimum of three (3) years has elapsed between each consultation.

Section 5. – This Act shall take effect immediately after its approval.

## CERTIFICATION

I hereby certify to the Secretary of State that the following Act <u>No. 128</u> (<u>S.B. 2320</u>) of the 7th Session of the 15th Legislature of Puerto Rico:

**AN ACT** to direct the Superintendent of the Puerto Rico Police to take the necessary steps for the holding of a referendum among members of the Police Corps for them to decide whether service in positions covered by the Commonwealth Retirement System shall be excluded or included in the agreement between the Secretary of Health and of Social Services of the United States and the Government of the Commonwealth of Puerto Rico to extend the benefits of the Federal Social Security System to the members of the Puerto Rico Police; to create a Referendum Commission and establish its duties and obligations,

has been translated from Spanish to English and that the English version is correct.

In San Juan, Puerto Rico, today 30th of January of 2009.


Kevin Miguel Rivera-Medina, Esq.
Deputy Director