IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**USA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

Civil No. 12-2039 (GAG)

## ORDER

Amici ACLU (Docket Nos. 27 & 28) and Gregorio Igartua (Docket No. 26) are granted 20 and 10 minutes, respectively, to argue their positions on Thursday, April 11, 2013 at 2:00 pm. The ACLU, which filed two separate amicus curiae briefs, may divide its time between the two issues it briefed as it seems fit. This hearing will occur immediately prior to the in camera status conference, where only counsel for the United States and Commonwealth, along with their clients' representatives, will be present. The purpose of allowing these amici to be heard prior to the in camera conference is to give the parties the best possible perspective of the concerns and arguments raised in the amicus curiae briefs. The amici will be asked questions by the court, and the court will also allow counsel for the parties leeway to ask pertinent questions. The date and time for the amici argument will not be continued. Any amici unable to attend will have their position considered based on the memoranda submitted.

**SO ORDERED**.

In San Juan, Puerto Rico this 3rd day of April, 2013.

    *S/Gustavo A. Gelpí*

    GUSTAVO A. GELPÍ

    United States District Judge