IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

Civil No. 12-2039 (GAG)

## ORDER

For the following reasons, the motion to file an amicus curiae brief filed by Attorney Frank Inserni is **DENIED**. In response to the proposed settlement agreement filed by the parties, the court set April 1, 2013 as the deadline for all government or private entities to file an amicus curiae brief in this case. (Docket No. 7.) On April 3, 2013, two days after the deadline, Attorney Inserni filed an amicus brief in which he recounts the facts of various individuals who have filed suit against PRPD for alleged constitutional violations. (Docket No. 37.) All of the claims included in the brief are currently being adjudicated in federal court or being reviewed by the EEOC. (See id.) As such, the merits of the claims cannot be adjudicated within the auspices of the pending litigation in this case. The proposed settlement agreement does not create any additional rights that would allow individuals to join suit for past constitutional violations by PRPD.

Additionally, the court has reviewed the allegations contained in the amicus brief. The court notes -in the general sense- the parties have addressed many of the issues contained in the brief. Because the amicus brief was untimely filed and the claims are currently being pursued, the court **DENIES** the motion to file an amicus brief (Docket No. 37).

**Civil No. 12-2039 (GAG)**                                  2

1    **SO ORDERED**.

2    In San Juan, Puerto Rico this 4th day of April, 2013.

3                                                                *S/Gustavo A. Gelpí*

4                                                                GUSTAVO A. GELPÍ

5                                                                United States District Judge