# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**USA,**

    **Plaintiff,**

    **v.**                                      Civil No. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

## MINUTES AND ORDER

The court met in camera with counsel for the parties, the Commonwealth Attorney General and Superintendent of police were also present. Upon joint request from the parties, the court extended the deadline to submit both the final proposed consent decree and budget proposal to April 30, 2013. A further status conference and/or hearing to approve the consent decree will be held at a date to be announced after the filing of the agreement and budget proposal.

**SO ORDERED**.

In San Juan, Puerto Rico this 11th day of April, 2013.

                                                    *S/Gustavo A. Gelpí*

                                                    GUSTAVO A. GELPÍ

                                                    United States District Judge