GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
ADMINISTRACION DE REHABILITACION VOCACIONAL
SAN JUAN, PUERTO RICO

INFORME MEDIC Devolver

I. **PRIMERA PARTE:**

Nombre: Jorge Díaz Castro

Dirección: Calle Rev. Fco. Colón #60, Río Piedras, PR 00925

Seguro Social: 3-6825  Sexo: M  Edad: 45  Teléfono: 787-751-6128

A. Condición Primaria

Diagnóstico: (favor indicar clasificación, según ICD9 y clasificación terapéutica y funcional; si aplica) Fracture 2nd finger at level of to metacarpo interphalangeal jnt - R Hand

Tratamiento actual: (incluya medicamentos indicados) NO

Frecuencia: N/A

Efectos secundarios: (si alguno) N/A

Fecha inicio de tratamiento: N/A

Resultados: Laboratorios: N/A   Rayos X: ____   Otros: ____

Hospitalización: SI ___ NO ✓  ¿Cuántas? ___  Fecha última hospitalización: ___

Razón: ___

Institución donde se hospitalizó: N/A

Recomendaciones: ___

NOMBRE DEL CONSUMIDOR: Jorge Diaz Castro  NOMBRE DEL MÉDICO: Dr. [illegible]

**B. Condición Secundaria (si aplica).**

Diagnóstico: (favor, indicar clasificación, según ICD9 y clasificación terapéutica y funcional; si aplica) _Right hand 2nd finger fracture_

Tratamiento actual: (incluya medicamentos indicados) _NO_

Frecuencia: _N/A_

Efectos secundarios: (si alguno) _N/A_

Fecha inicio de tratamiento: _N/A_

Resultados: Laboratorios: _N/A_  Rayos X: _____ Otros: _____

Hospitalización: SI __ NO ✓ ¿Cuántas? ___ Fecha última hospitalización: _____

Razón: _____

Institución donde se hostipalizó: _N/A_

Recomendaciones: _____

**C. Otras Condiciones (si aplica)**

Diagnóstico: (favor indicar clasificación, según ICD9 y clasificación terapéutica y funcional; si aplica) _NO_

Tratamiento actual: (incluya medicamentos indicados) _N/A_

Frecuencia: _N/A_

Efectos secundarios: (si alguno) _N/A_

Fecha inicio de tratamiento: _N/A_

Resultados: Laboratorios: _N/A_  Rayos X: _____ Otros: _____

Hospitalización: SI __ NO ✓ ¿Cuántas? ___ Fecha última hospitalización: _____

Razón: _N/A_

Institución donde se hospitalizó: _____

Recomendaciones: _____

NOMBRE DEL CONSUMIDOR: Jorge Diaz Castro     NOMBRE DEL MÉDICO: _____

D. Historial de Adicción

Drogas: SI___ NO_✓_     Alcohol: SI___ NO_✓_

¿Ha recibido tratamiento? SI___ NO_✓_ ¿Dónde? _____

Especifique por cuál: _____ N/A _____

Recomendaciones: _____ N/A _____

E. Basándose en el historial clínico, antes señalado, indique: pronóstico, limitaciones, habilidad y capacidad para trabajar: Dificultad para escribir, aclarar o agarrar objetos con la mano derecha, específicamente con el dedo de esta mano.

Nombre del Médico: _Domingo Vázquez_ Seguro Social: _____
Especialidad: G.P.   Lic. 16,539
Dirección: CDT Río Piedras
Teléfono: CDT Río Piedras

Firma del Médico: _V. 16539_     Fecha: 7/19/94

*Nota: Esta es la 3da visita del paciente a nuestra institución, en la primera fue atendido por otro colega (Dr. ___) y en esta ocasión por mí. Antes por lo dicho, la historia clínica no contiene más información.

V. 16539.

## II. SEGUNDA PARTE:

**Nombre:** JOSE DIAZ CASTRO  
**Dirección:** 5-1835  
**Seguro Social:** _____  **Sexo:** M  **Edad:** _____  **Teléfono:** 751-0122

Urb. Nuevo Hato Rey C/6 #60 Río Piedras, PR

Apreciamos su cooperación en completar los incisos de la segunda parte de este formulario. El mismo es importante para determinar la capacidad de trabajo del consumidor. Cualquier inciso que usted considere que no debe completar, debe marcar N/A (no aplica).

### CARACTERÍSTICAS

| | No se afecta el factor vocacional | LIMITACIONES | | | | |
|---|---|---|---|---|---|---|
| | | Segundo Grado | Tercero a Quinto Grado | Sexto a Octavo Grado | Noveno al 12 Grado | Nivel Universitario | Por encima del Nivel Universitario |

#### I. NIVEL DE EDUCACIÓN GENERAL (GED)

El paciente puede funcionar hasta los siguientes niveles:

| | | Segundo Grado | Tercero a Quinto Grado | Sexto a Octavo Grado | Noveno al 12 Grado | Nivel Universitario | Por encima del Nivel Universitario |
|---|---|---|---|---|---|---|---|
| 1. Lenguaje | | | ✓ | | | | |
| 2. Matemáticas | | ✓ | | | | | |
| 3. Razonamiento | | | | | | ✓ (universitario) | |

#### II. LIMITACIÓN DE FUERZA

| | No se afecta factor vocacional | 10 lbs. o menos a veces | 20 lbs, a menudo, 5 lbs. o menos siempre | 20-25 a veces, 20-10 lbs. a menudo, 10 lbs. siempre | 50-100 lbs. a veces, 10 lbs. a menudo 6 20 lbs. siempre |
|---|---|---|---|---|---|
| | | (circled) ✓ | | | |

#### III. REQUISITOS FÍSICOS

| | No se afecta factor vocacional | Pacientes no puede ejecutar actividad | Puede ejecutar actividad hasta 2 2/3 partes horas por día | Puede ejecutar hasta 1/3 hora por día | Puede ejecutar actividad hasta 8 horas por día |
|---|---|---|---|---|---|
| 1. acomodo | ✓ | | | | |
| 2. arrodillarse | ✓ | | | | |
| 3. alcanzar | ✓ | | | | |
| 4. (agudeza visual) (circled) | ✓ (N/A) | | | | |
| 5. arrodillarse | ✓ (N/A) | | | | |
| 6. balance | ✓ | | | | |
| 7. campo visual | ✓ | | | | |
| 8. escuchar | ✓ | | | | |
| 9. pisar | ✓ | | | | |
| 10. hablar | ✓ | | | | |
| 11. inclinarse | ✓ | | | | |
| 12. manipular | (N/A) | | | | |
| 13. percepción de profundidad | ✓ | | | | |
| 14. saborear/oler | ✓ | | | | |
| 15. subir | ✓ | | | | |
| 16. tacto | ✓ | | | | |
| 17. visión de cerca | ✓ | | | | |
| 18. visión de colores | ✓ | | | | |
| 19. visión de lejos | ✓ | | | | |

Apéndice III-1 Page 4

## IV. CONDICIONES AMBIENTALES

| | No se afecta factor vocacional | Paciente no puede exponerse a condiciones ambientales | LIMITACIONES | |
|---|---|---|---|---|
| | | | El paciente puede exponerse a condiciones ambientales hasta 2 2/3 horas | El paciente puede exponerse a condiciones ambientales hasta 5 1/3 horas |
| 1. calor extremo | ✓ | | | |
| 2. condiciones atmosféricas | ✓ | | | |
| 3. exposición a choque eléctrico | ✓ | | | |
| 4. exposición a radiación | ✓ | | | |
| 5. frío extremo | ✓ | | | |
| 6. mojado o húmedo | ✓ | | | |
| 7. nivel de iluminación de cuarto | ✓ | | | |
| 8. otras condiciones | Vmuy pegado | El paciente debe laborar a un ambiente de trabajo de sonido: | | |
| | | apagado | moderado | El paciente tolera un ambiente de trabajo de sonido alto |
| | | | | sonido muy alto |

| | No se afecta factor vocacional | El paciente puede exponerse a condiciones ambientales | LIMITACIONES | |
|---|---|---|---|---|
| | | | El paciente no puede exponerse a condiciones ambientales hasta 2 2/3 horas | El paciente no puede exponerse a condiciones ambientales hasta 5 1/3 horas |
| 9. piezas mecánicas móviles | | El paciente no puede exponerse a condiciones ambientales | El paciente puede exponerse a condiciones ambientales hasta 2 2/3 horas | El paciente puede exponerse a condiciones ambientales hasta 5 1/3 horas |
| 10. químicos cáusticos | ✓ | | | |
| 11. niños altos y peligrosos | ✓ | | | |
| 12. trabajos a la intemperie | ✓ | | | |
| 13. trabajos con explosivos | ✓ | | | |
| 14. vibración | ✓ | | | |

## V. TEMPERAMENTOS

| | No se afecta. | LIMITACIONES | |
|---|---|---|---|
| | | Paciente no tiene habilidad para ejecutar temperamento. | Paciente tiene habilidad para ejecutar temperamento. |
| 1. caminar | | | |
| 2. dirigir, controlar, planificar | ✓ | | |
| 3. hacer juicio y tomar decisiones | ✓ | | |
| 4. persuadir | ✓ | | |
| 5. realizar tareas rutinarias | ✓ | | |
| 6. realizar tareas variadas | Limitado | | |
| 7. relaciones interpersonales | Limitado | | |

Appendix III-A
Page 5

Appendix III-B
Page 1

11/8/07 [signature]

Gobierno de Puerto Rico
Departamento de la Familia
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
San Juan, Puerto Rico

SOLICITUD DE EVALUACIÓN MÉDICA

☐ Fisiatra  ☐ Neurólogo  ☒ Ortopeda

## 1. Datos del Caso

Díaz Castro, Jorge (de Jesús) 45 M soltero
(Apellidos) (Nombre) (Inicial) (Edad) (Sexo) (Estado Civil)

Calle Rev. Fco. Colón #60       Río Piedras, PR 00925
(Dirección)                      (Pueblo)         (Estado)

Resumen del Caso: El cliente refiere que en agosto del 2005 sufrió una cortadura en el dedo índice de su mano derecha al abrir una lata de pasta de guayaba. En el proceso, se fracturó la coyuntura interfalángea proximal, y se cercenó el tendón.

Objetivo Vocacional: El cliente interesa readiestrarse en alguna ocupación que haga uso de la computadora, que utilice su educación.

Ocupación usual: transcriptor médico

Descripción del empleo anterior: transcripción de informes médicos en computadora

¿El consumidor está bajo tratamiento médico? Sí. El cliente está interesado en operarse (de ser necesario), con el propósito de recuperar movilidad en el dedo índice de la mano derecha.

_____        _____
Fecha                        Firma (Consejero)

## I. Historial enfocado al impedimento físico:

¿Cuándo y cómo se produjo el impedimento? _Se cayó mientras una lucha en metal en septiembre 2005_

En caso de dolor crónico musculoesquelético:

a. Localización        b. Frecuencia        c. Duración
d. Cómo se maneja     e. Cómo se empeora

_(a) Dedo índice derecho (c) constante (e) tratamiento de radícula_

Medicamento o equipo asistivo utilizado: _____

Cómo el impedimento infiere con:

a. Labores personales (ADL)       b. Labores en el hogar       c. Empleo
d. Relaciones interpersonales      e. Lado diestro

_Mano diestra le impide ejecutar su profesión_

Historial de condiciones médicas relacionadas al impedimento:

a. Vejiga neurogénica           b. UTI                          c. Espasticidad
d. Úlceras de presión           e. Contracturas— _lado dcho_    f. Hueso heterotrópico
g. Cond. Cardiovasculares       i. Condiciones pulmonares       j. Cond. gastrointestinales
k. Intestino neuragénico        l. Condiciones mentales         o. H.I.V.
m. Historial sexual               (Depresión ansiedad)
                                n. Drogas y alchol

## II. Historial de condiciones médicas no relacionadas al impedimento

Enfermedades sistemáticas _ninguna_

Apendix III-B
Pág. 3

-3-

Alergias _____ None _____

Medicamentos _____ No _____

## III. Historial Pasado

Accidentes y tratamientos _____ No _____

Operaciones _____ apendicitis - 1987 _____

## IV. Historial Ocupacional

Ocupación antes del accidente _____ Transcription de record medico _____

Nivel de educación _____ Bachillerato Química _____

Barreras estructurales del hogar y empleo _____

Objetivo Vocacional _____ Se descansa ya que no puede _____
_____ hacer sin empleo _____

## V. Repaso de Sistemas
_____ Bien _____

## VI. Resultados de estudios recientes
_____ Nunca an firma _____

## VII. Examen físico

Status mental __wnl__
Orientación __x3__
Memoria __buena__
Agresividad __no__
Nivel de atención __wnl__
Comunicación __buena__
Cabeza y cuello __BTM__
Campos visuales, Visión (con y sin corrección) __espejuelos__
Extremidades y Tronco __[illegible]__
RON 1 __
"Muscle Test" __wnl__
Atrofia __no__
Sensorial __normal__
"Pinprick" \ Vibración \ Posición __wnl__
DTR's __wnl__
Reflejos patológicos __no__
Maniobras musculoesqueletaales (Tineis, Adson, SRL, etc.) __
Patrón de marcha __
Largo de pierna __
Piel __
Deformidades __} N/T__
Técnicas de transferencias __
Postura de pie y sentado __
Patrones de movimiento: Voluntario e Involuntario __

## VIII. Resumen

Paciente de 45 años de edad con [illegible] a su [illegible]...

## IX. Diagnósticos (ICD-9)

Pain [illegible] crónico de [illegible] extensor
contractura de dedo índice en flexión

Appendix III-B
Pages

-5-

## X. Recomendaciones:

Laboratorios para descartar

Radiografías para descartar

EMG +NCV para descartar

**Tratamiento**
    a. medicamentos
    b. equipos asistivo protesis ✓
    c. ortosis

**Evaluaciones**
    (Pre-vocacional ("workstation")) ✓

Servicios (de acuerdo a las necesidades y metas)

PT: # terapias

OT.: funcional, ADL, "Homemaking", Perceptual \ Pre-vocacional ✓

Terapia del habla

Sicólogo

Urólogo

Neurosiquiatra (Screaning) \ TBI (staff presentation)

Referidos a otros especialistas y médicos de la salud

Admisión

Alta

Seguimiento

Educación en salud y Rehabilitación

_Patient va a necesitar cirugía y un periodo de terapia y rehabilitación por un periodo de 6 a 12 meses._

_Sug._

11/7/07
Fecha

[signature] 944
Firma & # Licencia