UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

v.   No. 3:12-cv-2039

COMMONWEALTH OF PUERTO RICO, and   (GAG)
the PUERTO RICO POLICE DEPARTMENT,

   Defendants;

JORGE DIAZ CASTRO,

   as *AMICUS CURIAE.*

## APPENDIX III

| ITEM | PAGES |
|---|---|
| A. Medical Report from Dr. Isamaris Veguillas | 1 - 5 |
| B. Medical Report from Dr. José A. Santiago | 1 - 5 |