# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff (s)<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>Defendant (s) | CV. 12-2039 (GAG) |

## MINUTES OF PROCEEDINGS AND ORDER

A Telephone conference was held today in chambers before the undersigned. The United States of America was represented by Luis E. Saucedo, Samantha K. Trepel and Sergio Perez. The Commonwealth of Puerto Rico was represented by Gilberto Marxuach and Carlos Del-Valle-Cruz. The parties informed the Court that they continue working hard to file a final agreement and budget in this case. The parties jointly requested an extension of time until May 31, 2013 to file the same. The request is granted. The parties shall so file the final agreement and budget on or before May 31, 2013.

The Court hereby commends all parties in their efforts to reach an agreement.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of April, 2013.

s/Gustavo A. Gelpí
U.S. District Judge