INTAKE DROP BOX
RECEIVED & FILED
2013 MAY 20 PM 2: 41

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as *AMICUS CURIAE*. | |

## MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

I, Jorge Diaz Castro, petitioner as *Amicus Curiae* in the present case, move for Leave to Appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to an appeal. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees. I am hereby submitting a financial affidavit and current food stamp certification in support of this motion.

Respectfully submitted this 20th day of May, 2013, in the city of San Juan, Puerto Rico.

Jorge Diaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com