



INTAKE DROP BOX
RECEIVED & FILED

2013 MAY 20 PM 2: 41

GOBIERNO DE PUERTO RICO
ADMINISTRACIÓN DE DESARROLLO SOCIOECONÓMICO DE LA FAMILIA
DEPARTAMENTO DE LA FAMILIA 

## CERTIFICACIÓN PARTICIPANTE DE BENEFICIOS

FECHA: 20 de mayo de 2013
NOMBRE DEL PARTICIPANTE: JORGE DIAZ CASTRO
NÚMERO DE CASO: XXX-XX-6825
DIRECCIÓN: P.O. BOX 9021288
              SAN JUAN, P.R. 00902
OFICINA LOCAL / CENTRO DE SERVICIOS INTEGRADOS: RIO PIEDRAS 1

Certificamos que la persona en referencia y su familia:

**Reciben beneficios del:**

|  | Beneficio | Núcleo Familiar | Fecha Vencimiento |
|---|---|---|---|
| [*] Programa de Asistencia Nutricional: | $ 112.00 | 1 | 01/Jul/2013 |
| [ ] Programa de Ayuda Temporal a Familias Necesitadas (TANF): | $ 0.00 | 0 | N/A |

**[ ] No reciben beneficios o servicios**

El Departamento de la Familia garantiza igualdad de oportunidades. Si considera que se ha discriminado contra usted por razón de raza, color, origen nacional, sexo, edad o impedimento, escriba a Director, Civil Rights, USDA, Food and Nutrition Service, 300 Corporate Blvd, Robbinsville, NJ, 08691-1598. Personas sordas, con dificultad para oír o tiene impedimentos para hablar pueden comunicar al 'Federal Relay Service' 1-(800)-877-8339 o al 1-(800)-845-6136 (Español), (787) 289-7632, Isla 1-800-981-8056,1-800-981-7641 (libre de cargos).



**ADVERTENCIA:** Cualquier alteración anula este documento y constituirá violación al artículo 292 del Código Penal.
**WARNING:** Any alteration voids this document and constitutes a violation of article 292 of the Penal Code.

Certificado válido hasta:   18 de junio de 2013

**Número de Certificado:** 593899270

Para validar la información contenida en esta certificación, favor acceder a:
To validate the information in this certificate, please access the following URL:
http://www.pr.gov/validacionelectronica