# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff (s)<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>Defendant (s) | CV. 12-2039 (GAG) |

## MINUTES OF PROCEEDINGS AND ORDER

A telephone conference was held today in chambers before the undersigned. Plaintiff was represented by Luis E. Saucedo. Defendants were represented by Gilberto Marxuach and Carlos Del-Valle-Cruz. The parties jointly requested an extension of time until July 22, 2013  to file the final settlement agreement. The request is granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of June, 2013.

s/Gustavo A. Gelpí
U.S. District Judge