# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                                                                    **Civil No. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

## MINUTES OF PROCEEDINGS AND ORDER

A further and very brief telephone conference with counsel was held this afternoon at 2:45 PM, generated by the court. The Court suggested two possible amendments to the agreement that should not materially affect the final agreement to be submitted. The parties will consider the same and discuss, and inform the court forthwith, prior to the filing of the final agreement.

**SO ORDERED**.

In San Juan, Puerto Rico this 28th day of June, 2013.

                                                      *S/Gustavo A. Gelpí*

                                                      GUSTAVO A. GELPÍ

                                                      United States District Judge