# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                  **Civil No. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

## MINUTES OF PROCEEDINGS AND ORDER

On this date, July 12, 2013, the court held a telephone conference with the parties. A hearing to approve the final agreement reached by the parties is set for Wednesday, July 17, 2013, at 4:00 in courtroom 6 in the Old San Juan Courthouse. Each party shall be given time to make any comments regarding the agreement and answer any questions the court may have. Only parties to this agreement will address the court during this hearing. The Final Agreement shall be filed with the court prior the hearing.

**SO ORDERED**.

In San Juan, Puerto Rico this 12th day of July, 2013.

                                                          *S/Gustavo A. Gelpí*

                                                          GUSTAVO A. GELPÍ

                                                     United States District Judge