# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff (s)<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>Defendant (s) | CV. 12-2039 (GAG) |

## MINUTES OF PROCEEDINGS AND ORDER

A settlement conference was held today before the undersigned. Plaintiff was represented by Acting Associate Attorney General Tony West, as well as U.S. Department of Justice Trial Attorneys Luis E. Saucedo and Jonathan Smith. Defendants were represented by the Attorney General for the Commonwealth of Puerto Rico Luis Sanchez-Betances, as well as attorneys Gilberto Marxuach, Gerardo A. De-Jesus-Annoni and Carlos Del-Valle-Cruz. The parties jointly requested the Court to accept the agreement and that it retain jurisdiction over its enforcement after the conditional dismissal of the action. The request is hereby GRANTED. The Parties' Joint Motion for Conditional Dismissal and Entry of Agreement (Dkt. 57) is also GRANTED. Judgment will be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of July, 2013.

s/Gustavo A. Gelpí
U.S. District Judge