IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA, et al.

Plaintiff (s)

v.

COMMONWEALTH OF PUERTO RICO, et al.

Defendant (s)

CV. 12-2039 (GAG)

## JUDGMENT

Judgment is hereby entered conditionally dismissing this action. The Court retains jurisdiction to enforce the settlement agreement, as per the terms of the same.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of July, 2013.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

By: S/ Carlos J. Rodríguez
     Deputy Clerk