IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as Defendant – Intervenor. | |

## MOTION TO STRIKE FROM THE RECORD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. I, Jorge Diaz Castro, proposed Intervening Defendant in the present case, move to strike from the record the documents submitted as Appendix I, Appendix II-A, annexed to my "Motion for Leave to Appear as Amicus Curiae" (submitted on 04/01/2013, appears as document No. 29 on the docket); and Appendix III, annexed to my "Motion for Reconsideration of Extension of Term" (submitted on 04/19/2013, appears as document No. 41 on the docket); which are in Spanish. Also to be stricken from the record is the certification of my eligibility for food stamps, which is in Spanish, as annexed to my "Motion for Leave to Appeal *in Forma Pauperis*" (submitted on 05/20/2013, appears as document No. 46 on the docket). They are in violation of Local Rule 5(g). If pertinent, they can be resubmitted latter on, appropriately translated. Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MOTION TO STRIKE FROM THE RECORD
No. 3:12-cv-2039
Page No. 2

2. I heartily apologize to this Honorable Court and the Honorable Presiding Judge, Gustavo A. Gelpí; and to all parties and their attorneys of record, for this mistake. Being a PRO SE litigant does not excuse me from not following the Local Rules of the Court.

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz Castro, as a concerned lobbyist for Defendant Puerto Rico Police Department, respectfully requests that the specified documents submitted in Spanish be stricken from the record.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on this 2nd day of August, 2013.

_____
Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com