IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as Defendant – Intervenor. | |

## MOTION FOR STAY OF JUDGMENT, PENDING NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE, INCLUDING ANY APPEALS THEREFROM

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. I, Jorge Diaz Castro, proposed Intervening Defendant in the present case, move to stay Judgment, pending my "Notice of Motion and Motion for Leave to Intervene," including any appeals therefrom. The Court conditionally dismissed the present case in a Judgment entered on the docket on July 18th, 2013; which automatically stayed for fourteen (14) days, as per FRCP 62(a). This motion is made the day after such term expired, on the grounds that: (1) the "Motion for Leave to Intervene" will be considered favorably, upon its merits; (2) Intervenor, and numerous PRDP police officers, will suffer irreparable harm if stay is not granted; (3) the effect upon the other parties will not be detrimental if stay is granted; (4) Intervenor's claim is vested with great public interest. Continued…

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**MOTION FOR STAY OF JUDGMENT, PENDING RESOLUTION OF MOTION FOR LEAVE TO INTERVENE**
No. 3:12-cv-2039
Page No. 2

2.      This "Motion for Stay of Judgment" is based on the accompanying "Memorandum of Law" in support thereof.

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz Castro, as a concerned lobbyist for Defendant Puerto Rico Police Department, respectfully requests that Judgment be stayed in the above-captioned case pending my "Notice of Motion and Motion for Leave to Intervene," including any appeals therefrom.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on this 2nd day of August, 2013.

*/s/ Jorge Díaz Castro*
Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com