IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2013 AUG -5 PM 5: 53

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as Defendant – Intervenor. | |

## NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. I, Jorge Diaz Castro, proposed Intervening Defendant in the present case, move for leave to intervene as a matter of right under FRCP 24(a)(2), or, alternatively, as a matter of permission at the discretion of the Court, pursuant to FRCP 24(b)(1) and (2); and to permit me to file an Answer. This motion is made on the grounds that: (1) (a) the motion is timely; (b) that I have significant, legally protectable interests that relate to this action; (c) that the disposition of this action has impaired my ability to protect such interests; and (d) that the present Defendants have failed to adequately represent my interests in this case; as a matter of right and/or upon permission; and (2) a statutory right to intervene, upon permission.

Continued…

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
NOTICE OF MOTION AND MOTION TO INTERVENE UNDER FRCP NO. 24
No. 3:12-cv-2039
Page No. 2

2.     This "Notice of Motion and Motion for Leave to Intervene" is based on the accompanying "Memorandum of Law" in support thereof.

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz Castro respectfully requests that he be allowed to intervene in this case as a concerned lobbyist for Defendant Puerto Rico Police Department.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on this 5th day of August, 2013.

*[signature]*
Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com