INTAKE DROP BOX
RECEIVED & FILED

2013 AUG 12 PM 4:10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| As Defendant – Intervenor. | |

## MOTION FOR LEAVE TO APPEAL DENIAL OF
## MOTION FOR LEAVE TO INTERVENE *IN FORMA PAUPERIS*

1. I, Jorge Diaz Castro, proposed Intervening Defendant in the present case, move for leave to appeal denial of "Motion for Leave to Intervene" *in forma pauperis* pursuant to 28 U.S.C. § 1915. I am unable to make full prepayment of fees or to give security therefore; I believe that I am entitled to appeal; and I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of fees.

2. To the extent that a district court's ruling on a motion to intervene as of right is based on questions of law, it is reviewed *de novo*; to the extent that it is based on questions of fact, it is ordinarily reviewed for abuse of discretion. Mova Pharm. Corp. v. Shalala, 140 F.3d 1060 (D.C. Cir. 1998). See also Mass. School of Law at Andover, Inc. v. United States, 326 U.S. App. D.C. 175, 118 F.3d 776, 779-80 (D.C. Cir. 1997).

Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MOTION FOR LEAVE TO APPEAL MOTION TO INTERVENE *IN FORMA PAUPERIS*
No. 3:12-cv-2039
Page No. 2

3. If a motion to intervene by permission is denied, it may be reviewed for abuse of discretion. See Grutter v. Bollinger, 188 F.3d 394, 397-98 (6th Cir. 1999).

4. Intervening Defendant respectfully requests that the financial affidavit submitted previously (as appendix to document No. 46 on the docket) be used in support of the present "Motion for Leave to Appeal Denial of Motion to Intervene *In Forma Pauperis*," as my economic situation has not changed substantially since the affidavit was filed.

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz Castro, as a concerned lobbyist for Defendant Puerto Rico Police Department, respectfully requests that he be permitted to appeal *in forma pauperis*, as per the tenets set forth in the present motion.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on this 11th day of August, 2013.

Jorge Díaz Castro - PRO SE
P.O. Box #9021288
San Juan, P.R.  00902-1288
Email: transcripciones@mail.com