IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Et al.,<br><br>Plaintiffs<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO** Et al.,<br><br>Defendants | CIVIL NO. 12-2039(GAG)<br><br>CIVIL RIGHTS |

**NOTICE OF EXTENDED LEAVE OF ABSENCE**

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned counsel, Carlos A. Del Valle Cruz, and very respectfully states and prays:

Due to medical reasons, the undersigned will be on extended leave of absence from the PRDOJ and hence from this and other cases. Legal representation will continue by the other attorney who have appeared on behalf of the Commonwealth defendants.

**WHEREFORE**, Counsel respectfully requests this Honorable Court to take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this September 3, 2013.

**LUIS SÁNCHEZ BETANCES**
Secretary of Justice

**MARTE ELISA GONZALEZ Y.**
Deputy Secretary of Justice
For Litigation

*S/ CARLOS A. DEL VALLE CRUZ*
**CARLOS A. DEL VALLE CRUZ**
USDC-PR # 130604
Legal Counsel
PR Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192
Tel 787 721-7700, ext. 2105
Fax. (787) 722-4440
cdelvalle@justicia.pr.gov; cdvlawpr@gmail

## NOTIFICATION

On this date, the signatory to this motion has filed it with the Clerk of the Court via the CM/ECF that shall relay it to all counsel of record.