IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

Civil No. 12-2039 (GAG)

## MINUTES OF PROCEEDINGS AND ORDER

On this date, September 13, 2013, the court held a telephone conference with the parties. Attorney Gilbert Marxuach was present for the Commonwealth and Attorney Luis Saucedo for the DOJ. The parties requested additional time until October 31, 2013 to jointly recommend a TCA. The court finds it in the interest of justice to allow this extension. It is incumbent upon the parties to recommend one or more candidates for th eTCA position by this time. The parties shall request a further conference as they see fit.

**SO ORDERED**.

In San Juan, Puerto Rico this 13th day of September, 2013.

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge