IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2013 OCT -7 PM 5: 08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as Defendant – Intervenor. | |

## NOTICE OF APPEAL OF DENIAL OF MOTION TO INTERVENE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. I, Jorge Diaz Castro, proposed Intervening Defendant in the present case, formally state that notice is hereby given that I will hereby appeal to the United States Court of Appeals for the First Circuit from the Order issued by the Honourable Gustavo A. Gelpí, Presiding Judge in the instant case, entered as document No. 67 on the docket, on 08/07/2013; denying my "Motion to Intervene," entered as document No. 66 on the docket, on 08/05/2013.

2. This "Notice of Appeal" is formally filed within sixty (60) days after the Order to be appealed was entered on the docket, according to RULE 4(A)(1)(B) of the FEDERAL RULES OF APPELLATE PROCEDURE (henceforth, FRAP); since the United States is a party to the complaint; and excluding Sunday October 6th, 2013, the day the term expired. Continued…

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**NOTICE OF APPEAL OF DENIAL OF MOTION TO INTERVENE**
**No. 3:12-cv-2039**
Page No. 2

2.   Although I filed a "Motion for Leave to Appeal Denial of Motion for Leave to Intervene in *Forma Pauperis*," entered as document No. 68 on the docket, on 08/13/2013; this motion was not meant to be a Notice of Appeal, since I was still considering whether to appeal; although it was interpreted as such.

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz-Castro, as a concerned lobbyist for Defendant Puerto Rico Police Department, respectfully and formally notifies the parties in the instant case that I will be appealing the denial of my "Notice of Motion and Motion for Leave to Intervene."

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on this 7th day of October, 2013.

*/s/ Jorge Díaz Castro*
Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com