IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| As Defendant – Intervenor. | |

## MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE

1. I, Jorge Diaz Castro, proposed Intervening Defendant in the present case, move for the U.S. Government to cover the expense for the transcripts to be requested on appeal, pursuant to 28 U.S.C.S § 753 (f). The case on appeal has been allowed to proceed *in forma pauperis* by the Honourable Gustavo A. Gelpí, as per his Order dated 08/13/2013 (document No. 69 on the docket).

2. A "Notice of Appeal" was generated upon the filing of my "Motion for Leave to Appeal *In Forma Pauperis*" (document No. 68 on the docket), and case No. 13-2079 was thereby opened at the Honourable First Circuit Court of Appeals.

3. Due to my lack of familiarity with the Federal Court System, I was unaware of the process whereby a case is presented for appeal at the Honourable First Circuit Court of Appeals; and I missed the deadline to file a transcript order form.

Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE
No. 3:12-cv-2039
Page No. 2

4.  Nevertheless, I promptly filed what I intended to be a "Notice of Appeal" on 10/07/2013 (document No. 76 on the docket), the day the term expired. Again, I heartily excuse myself for missing the original deadline to file a transcript order form. However, a new due date for a transcript order form has been issued: 10/15/2013.

5.  Although the presentations by Amici A.C.L.U. (documents No. 27 & 28 on the docket) and Gregorio Igartua (document No. 26 on the docket) which took place on 04/11/2013 where made part of the record, as per Order dated 04/12/2013 (document No. 40 on the docket), I am not certain if the Settlement Conference which took place immediately afterwards was made part of the record. If not, I would request that a transcript be made available to the Honourable First Circuit Court of Appeals. The Court Reporter was Evilys Brathwaite.

6.  I would similarly request a transcript of the Settlement Conference which took place on 07/17/2013, as per Minute Entry for Proceedings dated 07/17/2013 (document No. 58 on the docket). The Court Reporter was Amy Walker.

7.  Fees for transcripts in civil proceedings not brought under 28 U.S.C. § 2255, such as those detailed in paragraphs No. 5 and No. 6 of the instant motion, may be paid for by the U.S. Government to persons, such as myself, permitted to appeal *in forma pauperis* if the Circuit Judge certifies that the appeal is not frivolous (but presents a substantial question), and that a transcript of the requested documents is necessary to resolve the issues on appeal. 28 U.S.C.S § 753 (f).

Continued...

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE**
**No. 3:12-cv-2039**
Page No. 3

8.  In my "Memorandum of Law in Support of Motion to Intervene" dated 08/05/2013 (attachment No. 1 to document No. 66 on the docket) I set forth the factual allegations in regards to my request for intervention, particularly in regards to the failure of the PRPD to hold the Federal Social Security *referendum* provided for by law in ACT NO. 173 OF DECEMBER 3, 2007, PR LAWS ANN. TIT. 25, § 3111 (2010); and later on, in my "Memorandum of Law in Support of Motion to Amend Judgment" dated 08/16/2013 (attachment No. 1 to document No. 70 on the docket), I expose the fact that no PRPD police officers were able to object to the Settlement Agreement by not permitting their appearance as *Amicus Curiae*, but only of police associations not legally entitled to represent the interests of all PRPD officers; and no police association concurred.

9.  The reason I would like to have a transcript of the Settlement Conferences detailed in paragraphs No. 5 and No. 6 of the instant motion is to demonstrate that, indeed, neither the U.S. Department of Justice nor the Commonwealth of Puerto Rico and/or the PRPD ever considered any of the arguments I set forth in the memoranda of law detailed in paragraph No. 8 of the instant motion, nor in any of my proposed *Amicus* motions. Such information is vital to my appeal, and that is the reason for requesting transcripts of the Settlement Conferences.

10. I would like to respectfully remind the Court that my financial situation has not changed yet, and that my only source of income is from food stamps, as per the financial affidavit submitted as appendix to document No. 46 on the docket.

Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE
No. 3:12-cv-2039
Page No. 4

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz Castro, as a concerned lobbyist for Defendant Puerto Rico Police Department, respectfully requests that the U.S. Government cover the cost of the transcripts to be requested on appeal *in forma pauperis*, as per the tenets set forth in the present motion.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on this 15th day of October, 2013.

_____
Jorge Díaz Castro - PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com