# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Abbreviated Record to the Court of Appeals</u>

**DATE:** October 18, 2013

**DC #:** 12-2039 (GAG)
**Related USCA Case #:** 13-2079

**APPEAL FEE PAID:** YES ____ NO <u>X</u>

**CASE CAPTION:** USA v. Commonwealth of Puerto Rico

**IN FORMA PAUPERIS:** YES <u>X</u> NO ____

**MOTIONS PENDING:** YES ____ NO <u>X</u>

**NOTICE OF APPEAL FILED BY:** Amicus: Jorge Díaz-Castro

**APPEAL FROM:** Order entered on 08/07/13

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 67 & 76 | I |

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

    FRANCES RIOS DE MORAN
    Clerk of the Court


    S/ Xiomara Muñiz
    Xiomara Muñiz
    Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk