**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>**v.**<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>　　　　　　　　**Defendants.** | **Civil No. 12-2039 (GAG)** |

**MINUTES OF PROCEEDINGS AND ORDER**

On this date, October 23, 2013, the court held a telephone conference with the parties. Attorney General Luis Sánchez Betances was present for the Commonwealth, and Attorneys Luis Saucedo, Sergio Perez, and Zazy López for the DOJ. The parties informed the court that, as a result of collaborative efforts, they have selected a candidate to serve as the Technical Compliance Advisor, as set forth in Paragraph 271 of the Agreement. The parties further informed that they intend to submit the candidate's name and other pertinent information for this court's consideration and approval by October 31, 2013. The parties requested a further status conference to discuss the appointment process. The court hereby orders a status conference for **Wednesday, October 30, 2013, at 5:00 p.m.**

　　　**SO ORDERED.**

In San Juan, Puerto Rico this 24th day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　*S/Gustavo A. Gelpí*
　　　　　　　　　　　　　　　　　　　　　　　　　GUSTAVO A. GELPÍ
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge