# Juan Mattos Jr.

████████████ ████████████████ █████ ████████████

**Objective**

Executive level position allowing for ability to utilize established organizational, investigative, security management, public service, communication, collaboration, project management, and community alliance skills proven by 39 years of successful law enforcement service to the citizens of New Jersey.

**Profile**

Motivated, personable law enforcement professional with outstanding leadership abilities; able to coordinate and direct all phases of project-based efforts while managing, motivating, and leading project teams. Talent for quickly mastering and adapting to varied assignments and functions. Diplomatic and tactful with professionals and non-professionals at all levels. Accustomed to handling sensitive investigations and confidential records. Demonstrated history of producing accurate, timely reports meeting stringent organizational and government mandated guidelines. Collaborate extensively with allied partners at the federal, state, county, and local levels and cultivate strong community alliances to accomplish shared goals. Flexible and versatile; able to maintain self-control under pressure. Poised and competent with demonstrated ability to easily transcend cultural differences. Thrive in deadline-driven environments. Excellent team-building skills. Graduate of the 203rd Session of the FBI National Academy.

**Professional Experience**

United States Marshals Service            Newark, NJ                                              2011-Present
*District of New Jersey, U.S. Marshal*

Direct a network of deputy U.S. marshals, physical security specialists, intelligence analysts and support staff that ensures the safe and secure conduct of judicial proceedings in the District's three federal court vicinages. I am responsible for providing protection for federal judges, Supreme Court justices when they travel to New Jersey, other court officials, jurors, the visiting public, and prisoners. I am also responsible for fugitive apprehension at the federal and state levels, as well as the extradition of international and foreign prisoners. I also oversee the witness security, asset forfeiture, and prisoner operations functions within the District of New Jersey.

Middlesex County Prosecutor's Office     Edsion, NJ                                              2010-2011
*Bias Crimes Unit*

Oversaw and rewrote the standard operating policy and procedures for the office's Bias Crime Unit, and established a community outreach initiative with the minority community leaders and advocacy groups in Middlesex County under the premise that a partnership between the community and law enforcement is vital to improving the quality of life in Middlesex County.

New Jersey State Police                  West Trenton, NJ                                        2004-2010
*Operations Branch, Deputy Superintendent of Operations*

Managed the activities of nearly 2,000 uniformed troopers and detectives, who provided general police services to over 70 rural and urban municipalities, including metro task force operations in Camden City and Irvington City. I was also responsible for the patrolling of all state highways and toll roads throughout New Jersey, and providing security at the Atlantic City International Airport and the Meadowlands Sports Complex. Additionally, I directed the activities of over 300 security guards that provided protection to the State Capitol Building and other state owned properties, including providing security and protection of all visitors and state employees at the Hughes Justice Complex that houses the New Jersey Supreme Court and the Attorneys General Office.

*Key Contributions:*
- Actively participated in the supervision and successful compliance of a federally mandated consent decree which has garnered the New Jersey State Police national recognition for its patrol practices and procedures.
- In accordance with the Governor's Crime Plan, established and implemented allied agency crime suppression operations and aggressive anti-crime investigations in Irvington City and Camden City which decreased the violent crime levels in both jurisdictions. Also assisted the US Marshal Service with the Fugitive Safe Surrender initiative in Camden City which resulted in 2,245 individuals with outstanding warrants surrendering to law enforcement.
- Spearheaded creation of a multi-agency traffic safety task force called "Operation Safe Passage" whose goal was to reduce serious and fatal car crashes. The collective efforts resulted in the lowest number of fatalities in NJ in over 40 years for three consecutive years.
- Implemented an Intelligence Led Policing (ILP) process throughout the Operations Branch to provide greater situational awareness aimed at efficient and effective resource allocation to confront "all crimes, all hazards, all threats" challenges of policing.

New Jersey State Police            West Trenton, NJ                           2002 - 2004
*Investigations Branch, Deputy Superintendent of Investigations*

Responsible for overseeing the activities of the Intelligence Services Section, Investigations Section, the Office of Forensic Sciences, and the Office of Analytical Support, which consisted of nearly 700 investigative, scientific and administrative enlisted and professional support staff personnel whose mission was to prevent, disrupt, apprehend, and interdict organized crime, terrorism, violent criminals, fugitives from justice, and illegal activity that undermine public safety and security in the State of New Jersey.

*Key Contributions:*
- Managed creation of a statewide counter terrorism investigative plan that focused on proactive investigatory measures to prevent and deter acts of terrorism within our state.
- Participated in the revision of the state mandated Security Officer Registration Act (SORA) which updated the 1939 private detective certification statute to meet the post 9/11 security challenges.
- Implemented innovative physical security programs that decreased exposure and strengthened vulnerability gaps at the newly opened Forensics Laboratory in Hamilton.

New Jersey State Police            West Trenton, NJ                           2000-2002
*Intelligence Services Section, Major*

Responsible for organizing, directing, staffing, and coordinating the activities of the Intelligence Bureau, the Casino Gaming Bureau, and the Central Security Bureau, which included the Counter Terrorism Unit, and participation in the FBI Joint Terrorism Task Force.

*Key Contributions:*
- Worked closely with the FBI and other allied law enforcement agencies in furtherance of the 9/11 World Trade Center investigation.
- Created and staffed the Counter Terrorism Unit which was tasked with analyzing all critical intelligence, developing investigative strategies to mitigate vulnerabilities, and conducting appropriate investigative interventions.

New Jersey State Police            West Trenton, NJ                           1997-2000
*Division Staff Section, Major*

Responsible for supervising the activities of the Training Bureau, the Equal Employment Opportunity and Affirmative Action Bureau, the State Governmental Security Bureau, the Internal Affairs Bureau, and the Executive Protection Unit, which provided security for the Governor, the Attorney General, and other elected officials.

*Key Contributions:*
- Developed adult based training curricula for pre-service instruction for state police recruits and municipal police trainees in coordination with the Royal Canadian Mounted Police Training Academy.

- Participated in the reorganization of the Internal Affairs Bureau as part of a complete overhaul of the internal investigations process.

New Jersey State Police                   Sea Girt, NJ                               1995 – 1997
***Training Bureau, Captain***

Responsible for full range of leadership, which included the supervision and evaluation of staff, instructional planning, curriculum development, scheduling, in-service training, basic training for state police recruits and municipal police trainees, and mentor new and experienced faculty.

*Key Contributions:*
- Revised academy policies and procedures governing and enhancing instructor methods of instruction and instructor code of conduct.
- Increased enrollment in the Municipal Police Training program by threefold, from 50 trainees to 150 trainees through aggressive marketing and outreach.

New Jersey State Police                   West Trenton, NJ                         1990 - 1995
***Equal Employment Opportunity/Affirmative Action Bureau, Captain***

Responsible for full range of leadership, which included the supervision and evaluation of staff, coordination of the recruitment and selection process for trooper candidates, oversee the intake and investigation of discrimination complaints, and provided EEO/AA related in-service training to new and veteran personnel.
*Key Contributions:*
- Reshaped and enhanced the various stages of the selection process for trooper candidates that resulted in improved efficiencies and success rates, especially for female candidates.

New Jersey State Police                   West Trenton, NJ                         1986 –1990
***Personnel Bureau, Recruiting Unit, Sergeant***

Responsible for the recruitment of qualified candidates for trooper positions, and assisted with the coordination of the selection process.

*Key Contributions:*
- Cultivated strong community alliances to increase the diversity makeup of the Division's enlisted members to 14%, which brought us into compliance with a federally mandated consent decree and resulted in the eventual dissolution of the order.

New Jersey State Police                   Hackensack, NJ                          1979-1986
***Narcotics Bureau, Detective***

Responsible for the investigation of violations of the State and Federal Narcotics law through the use of court authorized electronic surveillance, confidential source management, and undercover operations.

New Jersey State Police                     Northern, NJ                              1975-1979
***Troop B, General Road Duty Trooper***

Responsible for the prevention of crime, enforced and investigated criminal and motor vehicle laws, investigated motor vehicle accidents, and provided assistance to the general public.

Monmouth University                      West Long Branch, NJ                2004-Present
***Criminal Justice Department, Adjunct Professor***

Taught undergraduate level courses in Criminal Justice and Criminal Investigations.


EDUCATION

Bachelor of Science Degree in Business Administration
**JERSEY CITY STATE COLLEGE – Jersey City, NJ**

Master of Arts Degree in Criminal Justice Administration
**Monmouth University – West Long Branch, NJ**

**Professional Training**

FBI National Academy 203rd Session
Leadership New Jersey Fellowship Class of 2000
Northwestern University Executive Management Program
U.S. Secret Service Dignitary Protection Training for Law Enforcement Executives,

PROFESSIONAL AFFILIATIONS

Member–Latino Peace Officers Association of New Jersey
Member-New Jersey Women in Law Enforcement
Member-FBI National Academy Association

LANGUAGES
Read and speak Spanish