IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USA,

    Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

Civil No. 12-2039 (GAG)

## ORDER

United States Marshal Juan Mattos has been jointly selected by the governments of the Commonwealth of Puerto Rico and the United States to act as the Technical Compliance Advisor ("TCA"), as per the terms of the agreement approved by the court on July 17, 2013 (Docket No. 60.)

Accordingly, Marshal Mattos' selection is hereby **APPROVED** by the court. Upon his resignation as U.S. Marshal, his appointment shall become effective on or after December 1, 2013. The terms and conditions of the engagement of the TCA shall be determined in accordance with the Agreement.

Due to the high public importance of the instant matter, the court hereby notes the following. The TCA responds to the court and his specific role is to assist and recommend the Commonwealth of Puerto Rico and the United States how to effectively comply with the terms of the Sustainable Reform of the Puerto Rico Police Department Agreement. The TCA <u>is not</u> the chief nor supervisor of the Commonwealth Chief of Police. The TCA's role <u>is not</u> to manage the day to day affairs of the Commonwealth Police Department. Said role exclusively lies within the current superintendent, Héctor Pesquera, who responds only to the Governor of Puerto Rico. The TCA, thus, in no way will interfere, nor intervene, with the constitutionally constituted Government of Puerto Rico and its non-delegable obligation of promoting the peace, safety and public welfare of the populace.

The court recalls that in this case its role is not the traditional one of adjudicating and resolving disputes. Rather, it is acting as a facilitator for the Commonwealth and the United States

**Civil No. 12-2039 (GAG)**                    2

to work hand in hand in reforming Puerto Rico's Police Department.

**SO ORDERED**.

In San Juan, Puerto Rico this 30th day of October, 2013.

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge