AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| The United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-2039 (GAG) |
| Commonwealth of Puerto Rico | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Commonwealth of Puerto Rico

Date: 11/04/2013

*Attorney's signature*

Beatriz Annexy Guevara U.S.D.C. 217505
*Printed name and bar number*

Department of Justice
Federal Litigation Division
P.O. Box 9020192
San Juan, P.R. 00902-0192
*Address*

bannexy@justicia.pr.gov
*E-mail address*

(787) 721-7700
*Telephone number*

(787) 722-4440
*FAX number*