THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>           V.<br>COMMONWEALTH OF PUERTO RICO ET AL.,<br><br>  Defendants. | CIVIL No. 12-2039 (GAG) |

REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL AND TO INSTRUCT THE CLERK TO REFRAIN FROM ANY FURTHER NOTICES THROUGH THE CM/ECF FILING SYSTEM

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel, and respectfully states and requests:

Undersigned appeared as counsel for three female police agents who have been the victims of hostile working environments and sexual harassment1 seeking leave to intervene in the captioned litigation. The request was denied.

WHEREFORE, in light of the above, leave is requested to a) withdraw as counsel and b) instruct the Clerk of Court or its CM/ECF administrator to refrain from future notices to the undersigned.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 4th day of November, 2013

I hereby certify having filed this motion on this same day through the Honorable Court's CM/ECF Filing system.

S/Frank D. Inserni Milam
FRANK D. INSERNI MILAM
**USDC-PR 127807**
PO BOX 193748, SAN JUAN PR 00919-3748
TEL. (787) 763-3851/759-7572, FAX (787) 763-5223
E-mail: **finserni@gmail.com**