INTAKE DROP BOX
RECEIVED & FILED
2013 NOV -6 AM 2:14
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, <br><br> Defendants; <br><br> JORGE DIAZ CASTRO, <br><br> as Defendant – Intervenor. | No. 3:12-cv-2039 <br><br> (GAG) |

## MOTION REQUESTING INFORMATION FROM THE RECORD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. I, Jorge Diaz Castro, proposed Intervening Defendant in the present case, move to request information from the record in the instant case, if it so pleases the Honourable Gustavo A. Gelpí, Presiding Judge.

2. As PRO SE Appellant in cases No. 13-2079 and 13-2306, regarding the denial (Docket No. 67) of my motion to intervene (Docket No. 66), I am being directed by the Honourable First Circuit Court of Appeals to file a Transcript Report/Order Form, as required by Federal Rule of Appellate Procedure No. 10(b)(1) and Local Rule 10(a) of the Honourable First Circuit Court of Appeals.

3. There is the possibility that there are material facts in relation to the budgetary issues discussed in various court proceedings that have not been made public. Continued…

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**MOTION REQUESTING INFORMATION FROM THE RECORD**
**No. 3:12-cv-2039**
Page No. 2.

4.     This is an important issue on my appeal(s).

5.     Upon examination of the Docket Report in the instant case, I find that it is not clear whether or not a court reporter was present at the Status Conferences that took place in chambers on March 20th, 2013, as per the corresponding Minute Entry (Docket No. 25); and, additionally, at the Status Conference that also took place in chambers on October 30th, 2013, as per Order dated October 25th, 2013 (Docket No. 82).

6.     My request for information from the Honourable Gustavo A. Gelpí, Presiding Judge in the instant case, is as follows:  (a) if it pleases the Honourable U.S. District Court for the District of Puerto Rico, was there a court reporter present at either of the Status Conferences which took place in chambers on March, 20th, 2013; and on October 30th, 2013; and if so, could the Honourable Court specify who it was?; (b) more generally, and without exhausting the patience of the Honourable Court, I am wondering if any of the proceedings are officially Sealed; and also, whether this Honourable Court considers that Federal court proceedings should be considered public documents in a civil case which has such high public importance as the instant case?

7.     For a Federal civil case that has such high public importance, I personally find that budgetary information crucial to the issues being discussed is particularly absent from the record; and I wonder if this absence is accidental, or purposeful.

8.     This "Motion Requesting Information From the Record" is based on the accompanying "Memorandum of Law" in support thereof.

Continued…

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**MOTION REQUESTING INFORMATION FROM THE RECORD**
No. 3:12-cv-2039
Page No. 3.

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz Castro, as a concerned lobbyist for Defendant Puerto Rico Police Department, respectfully requests such information as is specified in the instant motion, to comply with the request by the Honourable First Circuit Court of Appeals to file a Transcript Report/Order Form, as required by Federal Rule of Appellate Procedure No. 10(b)(1) and Local Rule 10(a) of the Honourable First Circuit Court of Appeals.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, P.R., on this 5th day of November, 2013.

_____
Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com