# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

RECEIVED & FILED
2013 NOV 15 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT COURT

Case name __USA v. Commonwealth of Puerto Rico et al.__

District Court Case No. __12-2039__   District of Puerto Rico

Date Notice of Appeal filed __08/12/2013 and/or 10/07/2013__   Court of Appeals Case No. __13-2079 and/or 13-2306__

Form filed on behalf of __PRO SE Appellant Jorge Díaz Castro__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __A transcript has been ordered (Dockets No. 40, No. 91) but has not yet been filed.__

## TRANSCRIPT ORDER

Name of Court Reporter __Ms. Evilys Brathwaite__
Phone Number of Reporter __N/A__

A. ✔ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☒ | Pretrial proceedings (specify) __Conference__ | Status/Settlement Conference in court on 04/11/2013 (Docket No. 43) |
| ☐ | Testimony (specify) ____ | |
| ☐ | Other (specify) ____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☒ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the __district court__ judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Jorge Díaz Castro__   Filer's Signature __s/ Jorge Díaz Castro__
Firm/Address __P.O. Box #9021288, San Juan, P.R. 00902-1288__   Filer's Email address __transcripciones@mail.com__
Telephone number __N/A__   Date mailed to court reporter __11/15/2013__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)   SEE INSTRUCTIONS ON REVERSE

## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

INTAKE DROP BOX
RECEIVED & FILED
2013 NOV 15 PM 2:38
Court of Appeals Case
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Case name  USA v. Commonwealth of Puerto Rico et al.
District Court Case No.  12-2039         District of Puerto Rico  ☐
Date Notice of Appeal filed  08/12/2013 and/or 10/07/2013      Court of Appeals Case No.  13-2079 and/or 13-2306
Form filed on behalf of  PRO SE Appellant Jorge Díaz Castro

TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  A transcript has been ordered (Docket No. 91) but has not yet been filed.

### TRANSCRIPT ORDER

Name of Court Reporter  Ms. Amy Walker
Phone Number of Reporter  N/A

A.   ✔   This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) Conference | Status/Settlement Conference in court on 07/17/2013 (Docket No. 58) |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.   ✔   I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☒ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Jorge Díaz Castro                Filer's Signature  s/ Jorge Díaz Castro
Firm/Address  P.O. Box No. 9021288, San Juan, PR  00902-1288    Filer's Email address  transcripciones@mail.com
Telephone number  N/A                Date mailed to court reporter  11/15/2013

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                    SEE INSTRUCTIONS ON REVERSE