# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Abbreviated Supplemental Record to the Court of Appeals</u>

**DATE:** November 27, 2013

**DC #:** 12-2039 (GAG)

**USCA #:** 13-2079

**CASE CAPTION:** USA v. Commonwealth of Puerto Rico

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entry 96 | I |

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk