IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (G.A.G.) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as *AMICUS CURIAE*. | |

## [PROPOSED] ORDER GRANTING APPELLANT'S MOTION FOR PRELIMINARY DECLARATORY AND INJUNCTIVE RELIEF, *PENDENTE LITE*

**WHEREFORE**, having reviewed Appellant's motion for preliminary declaratory and injunctive relief, the Court finds that Appellant has demonstrated both a strong likelihood of success on the merits and the possibility that it faces immediate, irreparable injury following the implementation of the Settlement Agreement (Docket No. 60). Therefore, it is entitled to preliminary injunctive relief, and the Court grants the motion as follows:

1. Upon finding that Appellant has carried its burden of showing (a) a strong likelihood of success on the merits and (b) immediate, irreparable injury following the implementation of the Settlement Agreement (Docket No. 60), this Preliminary Injunction is granted pursuant to FRCP 65, 15 U.S.C. § 1116 (a), and the inherent equitable powers of the Court.

Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTIVE RELIEF
No. 3:12-cv-2039
Page No. 2.

2. The Court hereby suspends the implementation of the Settlement Agreement (Docket No. 60), and naming a Technical Compliance Advisor (T.C.A.); until such time as case(s) U.S.C.A. 13-2079 and/or U.S.C.A. 13-23-06 are resolved.

3. This Preliminary Injunction shall take place immediately, and shall remain in effecting pending resolution of case(s) U.S.C.A. 13-2079 and/or U.S.C.A. 13-2306; as shall be determined upon resolution of either and/ or both cases; or any further Order from this Court.

4. Since neither plaintiff USDOJ and/or co-defendants Commonwealth of Puerto Rico and the PRPD shall incur in no expenses by the granting of this Preliminary Injunction, no bond shall be required.

**DATED** this ___ day of _____ of 2013, at _____ a.m./p.m.

_____
Hon. Gustavo A. Gelpí
United States District Judge

**PRESENTED BY:**

_Jorge Díaz Castro_ (signature)
Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com