INTAKE DROP BOX
RECEIVED & FILED

2013 DEC -4 AM 10: 49

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, <br><br> Defendants; <br><br> JORGE DIAZ CASTRO, <br><br> as Defendant-Intervenor. | No. 3:12-cv-2039 <br><br> (G.A.G.) |

## MOTION TO AMEND MOTION FOR PRELIMINARY DECLARATORY AND INJUNCTIVE RELIEF, *PENDENTE LITE*, AND THE [PROPOSED] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1.  I, Jorge Díaz Castro, proposed intervening defendant in the instant case, and Appellant in cases 13-2079 and 13-2306 at the Honourable First Circuit Court of Appeals, hereby move to amend the "Motion for Preliminary Declaratory and Injunctive Relief, *pendente lite*," and the accompanying [proposed] order, filed on December 2nd, 2013; but which have not yet been entered into the docket.

2.  The third line of the first paragraph of the motion should read:

    "… hereby move for preliminary declaratory and injunctive **relief**,…"

3.  The caption of the motion and the [proposed] order should read, towards the end:

    "JORGE DIAZ CASTRO, as **Defendant-Intervenor.**"

Continued…

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**MOTION TO AMEND DOCUMENTS**
No. 3:12-cv-2039
Page No. 2.

4.   I claim excusable neglect for these errors, and would ask that the stipulated documents be theretofore amended, as specified above.

**WHEREFORE,** proposed intervening defendant Jorge Díaz Castro, as a concerned lobbyist for the PRPD; and as Appellant in U.S.C.A. cases No. 13-2079 and 13-2306; respectfully requests that the Honourable Court amend the stipulated documents, as specified above.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on December ___, 2013.

_____
Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R.  00902-1288
Email:  transcripciones@mail.com