# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

USA,

    Plaintiff,

    v.                                       Civil No. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendant.

## ORDER

Yesterday, the appointed TCA, Juan Mattos, personally informed the court, as well as counsel for the parties that for <u>personal</u> reasons he was unable to continue in this matter.  In the interest of the public and the press the court hereby informs that Mr. Mattos' resignation in no way is due to any action or inaction by the Commonwealth of Puerto Rico and/or the United States, and their respective officers.  To the contrary, both parties at all times acted as the court expected, and in the best interest of justice.

The parties, as per Section XIV-N of the Agreement in this case (Docket No. 60), shall promptly recommend to the court a candidate(s) of Mr. Mattos' caliber.

**SO ORDERED**.

In San Juan, Puerto Rico this 21st day of February, 2014.

                                              *S/Gustavo A. Gelpí*

                                              GUSTAVO A. GELPÍ

                                              United States District Judge