AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ Puerto Rico _____

| United States of America | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING** |
| V. | **SUBSTITUTION OF ATTORNEY** |
| Commonwealth of Puerto Rico, et al. | CASE NUMBER: 12-CV-2039 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __United States of America__ substitutes
(Party (s) Name)

__Brian Buehler_____, State Bar No. __4893665 (NY)__ as counsel of record in
(Name of New Attorney)

place of __Sergio Perez, Samantha K. Trepel_____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:         United States Department of Justice, Civil Rights Division - PHB
   Address:           601 D Street NW, Room 5421E, Washington, DC 20004
   Telephone:         (202) 353-1100                Facsimile  (202) 514-4883
   E-Mail (Optional): brian.buehler@usdoj.gov

I consent to the above substitution.

Date:        2/28/2014                                      _Luis E. Saucedo_
                                                            (Signature of Party (s))

I consent to being substituted.

Date:        2/28/2014                                      _____
                                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date:        2/28/2014                                      _____
                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                             _____
                                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]