# United States Court of Appeals
## For the First Circuit

Nos. 13-2079; 13-2306

UNITED STATES

Plaintiff - Appellee

v.

COMMONWEALTH OF PUERTO RICO; PUERTO RICO POLICE DEPARTMENT

Defendants

------------------------------------------

JORGE DIAZ-CASTRO

Movant- Appellant

**MANDATE**

Entered: April 14, 2014

    In accordance with the judgment of January 17, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Beatriz Annexy-Guevara
Carlos Antonio Del Valle Cruz
Jorge Diaz-Castro
Dennis John Dimsey
Josue Gonzalez-Ortiz

Gregorio Igartua-de-la-Rosa
Frank D. Inserni-Milam
Nelson Jose Perez-Sosa
Christopher Chen-Hsin Wang