# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**USA,**

    **Plaintiff,**

    **v.**                                      Civil No. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendant.**

## MINUTES AND ORDER

A telephone conference was held today at 2:30 p.m.. Present for the United States was United States Department of Justice attorney Luis Saucedo and for the Commonwealth Puerto Rico Department of Justice attorney Beatriz Annexy.

The parties are actively interviewing candidates for the TCA position both locally and in the United States mainland. They requested an additional fifteen days to agree to a candidate and propose him/her to the court. The court granted the parties until June 15, 2014 to submit a mutually agreed upon candidate for the position.

Should the parties not be able to agree to one candidate, no later than June 15, 2014 they shall, according to the Agreement (Docket No. 60 ¶ 272), each submit a list of candidates which the court will interview and select from this pool the TCA.

The court advised the parties that fluency in the Spanish language is a must for the TCA. Id. at ¶ 228. Also, the court would prefer a TCA who is full time in Puerto Rico, given the magnitude of the Reform to take place.

In San Juan, Puerto Rico this 14th day of May, 2014.

**SO ORDERED.**

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge