IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| USA,<br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>and the POLICE DEPARTMENT, et als.<br>Defendants. | Civil No.  12-2039 (GAG)<br><br>Re:  Complaint |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** the Community Interaction Council, Caguas Region (hereinafter "CIC"), through the undersigned counsel, and hereby STATES and PRAYS:

The undersigned attorney is a member of the Caguas CIC.  She has been requested by the CIC to appear and address issues before the Court on the CIC's behalf for which requests the Clerk to notify all documents, notices for hearing, and orders through the undersigned counsel at the following address:

**EVELYN AIMÉE DE JESÚS, ESQ.**
USDC PR 218401
PO Box 88
Caguas, PR 00726-0088
Telephone (787) 593-3055
Facsimile (787) 653-5118
Email evelynaimee@me.com

WHEREFORE, it is respectfully requested to the Honorable Court to enter Order to allow future notices to be addressed to the undersigned at the address of record and GRANT any other remedy being proper.

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, on May 26, 2014.

Case No. 12-2039 (GAG)
Page 2 of 2

**I HEREBY CERTIFY:**  That on this same date this document has been electronically filed with the Clerk of the Court, using the CM/ECF System which will forwarded to all its registered users.

> **LAW OFFICES OF EVELYN AIMÉE DE JESÚS**
> PO Box 88
> Caguas, PR   00726-0088
> Telephone (787) 593-3055
> Facsimile (787) 653-5118
> Email evelynaimee@me.com

By   s/ **EVELYN AIMÉE DE JESÚS**
        USDC PR 218401