IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USA,

    Plaintiff,

v.                                              Civil No. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendant.

## ORDER

The Puerto Rico Police Department (PRPD) shall, on or before August 1, 2014, submit to the court, as well as to the Commonwealth Governor, and Attorney General, and Attorney General of the United States a report informing where exactly the PRPD stands in each of the areas addressed in the Agreement for the Sustainable Reform of the PRPD (Docket No. 60).  These areas are:

    1)    Professionalization,

    2)    Use of force,

    3)    Search and seizure,

    4)    Equal Protection,

    5)    Recruitment,

    6)    Training,

    7)    Supervision,

    8)    Civilian complaints,

    9)    Community engagement, and

    10)    Information systems.

<u>See</u> Agreement sections III- XIII.  This report shall be submitted in binder form (i.e., hard copy) and will not be made public until the court so orders subsequent to review by all the parties and the TCA.

The court finds this measure to be necessary at this time for the following reasons.  First, no TCA has yet been appointed by the court.  This will hopefully occur soon.  The report, will enable

**Civil No. 12-2039 (GAG)**                              2

him/her at the outset to assess where the PRPD currently stands *vis a vis* the Reform.  Second, a new Police Superintendent, José Caldero, was recently confirmed by the Commonwealth Senate and appointed by the Governor.  The report will allow him to see exactly where his agency stands at present.  The report will also provide a benchmark for Superintendent Caldero and the TCA to start their working relationship under the Agreement.

The report shall be signed and submitted pursuant to 28 U.S.C. § 1746.  No extension will be allowed as the PRPD should readily have this information, and in any event has over two months to provide the same.

In San Juan, Puerto Rico this 27th day of May, 2014.

**SO ORDERED.**

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge