**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**USA,**

    **Plaintiff,**

    **v.**                                          **Civil No. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendant.**

## MINUTES AND ORDER

A telephone conference was held today at 4:00 p.m.. Present for the United States was United States Department of Justice attorney Brian Bueller and for the Commonwealth Puerto Rico Department of Justice attorney Beatriz Annexy.

Parties will be submitting to the court curriculum vitae of Arnaldo Claudio for in camera review. Court will evaluate candidate and proceed accordingly.

In San Juan, Puerto Rico this 2nd day of June, 2014.

**SO ORDERED.**

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge