**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**USA,**

    **Plaintiff,**

    **v.**                                         **Civil No. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO
RICO, et al.,**

    **Defendant.**

**MINUTE**

    The court met in camera with the TCA candidate, Arnaldo Claudio, as well as United States Department of Justice attorney Luis E. Saucedo and Puerto Rico Department of Justice attorney Beatriz Annexy.  The matter stands submitted for the court's consideration.

    In San Juan, Puerto Rico this 3rd day of June, 2014.

    **SO ORDERED.**

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge