*COL (Ret) Arnaldo Claudio Curriculum Vitae*

**Summary Qualifications**

- Proven record of superb performance in Government
- Senior management and leadership professional with vast experience in strategic planning, international negotiations and Police development and improvement programs
- A visionary experienced in advising senior management through planning and situation analysis in decisive and immediate action relating to multiple large physical security, community policing, antiterrorism, counterterrorism, counterdrug, force protection, rule of law, police resiliency, proper use of force and Federal, State and local Interagency coordination.
- Impressive interpersonal skills.  Energetic worker and team player who excels in dynamic, multifaceted and sensitive international and domestics environments.
- Published Writer.
- Cleared for Top Secret and granted access to sensitive compartmented information.
-  Bilingual (Spanish—written and oral).

**Civilian Education**

BS, Secondary Education, University of Puerto Rico
MS, Administration Education, Jacksonville State University
DM Homeland Security (ongoing Doctoral Program with Colorado Technical University)

**Career Highlights**

During 30 years of military service held numerous highly sensitive positions culminating as Chief of Staff, Joint Force Headquarters - National Capital Region (JFHQ-NCR) and U.S. Army Military District of Washington (MDW). Some of my most prominent assignments included many high level Law Enforcement and Security Operations and the training of Police organizations both domestic and internationally with primary focus on the rule of law and the preservation of human rights. Examples of some of these operations include:  Senior Advisor to the Colombian, Salvadoran, Panamanian and Iraqi Police Forces, Chief Security Operations for Pope John Paul II; Advisor for Presidential Hostage Rescue Forces, Colombian Armed Forces; Military Group Advisor for Counternarcotic and Counterterrorism, Peru and Bolivia; Assistant to the Special Advisor for Central and Eastern European Affairs of the Office of the Secretary General, NATO; White House Senior Drug Control Analyst, Office of the National Drug Control Policy; Police Advisor, Cuban and Haitian Refugees Operations, Guantanamo Bay, Cuba;  Joint Staff Interagency representative in the development of the Government of Panama National Security Strategy; Department of Defense Security Coordinator for President Ronald Reagan and President Gerald R. Ford State Funerals; President George W. Bush Presidential Inauguration; Brigade Commander, Military Police Brigade, 25th Infantry Division; and Provost Marshal Multinational Coalition Forces and XVIII Airborne Corps, Iraq, Peace Corps Chief of Operations.

I presently serve as the JFHQ-NCR Interagency Program Director/Advisor to the Commanding General

**Career Focus**

A dynamic managerial position in areas associated with security, community policing, appropriate use of force, citizen protection, rule of law and constitutional preservation, special operations (counterdrug-counterterrorism-antiterrorism) safety, physical security, risk management, police administration and communication, police curriculum development and interagency coordination.

*Experience*

**Joint Force Headquarters National Capital Region Inter Agency Program Director- February 2010-Present**

Direct representative for the Commanding General in matters related to the integration and synchronization of Homeland Defense and Defense Support to Civilian Authorities within the JFHQ-NCR. Coordinates directly with local, state and federal partners concerning National Security Special Events and Community Police Operations within the NCR Interagency (FBI, Secret Service, US Capitol Police, FEMA, HLS, Metro Police Department, Fire and Rescue, others). Establishes the Coordination that occurs between police agencies of the US Government, including the Department of Defense, for the purpose of accomplishing an objective. Coordination refers to a wide range of formal and informal contact with interagency partners, to include collaboration, engagement, synchronization, information sharing and relationship building.  Establishes, develops, and maintains effective working relationships with USNORTHCOM and other Joint Interagency organizations.  Meets with key customers and coordinating officials to assess customer satisfaction, explain policies and procedures, and resolve significant problems that arise.  Participates in special projects and initiatives and performs special assignments.  Identifies the need for special projects and initiates milestones and goals. Provides interagency expertise to support and facilitate the Command's missions of Homeland Defense and Defense Support of Civil Authorities (DSCA) in the NCR Joint Operations Area (JOA).  Establishes and sustains interagency contacts to strengthen operational relationships and procedures, improve police information-sharing, and to increase situational awareness.  Integrates and synchronizes the efforts of multiple agencies and departments to ensure mutual understanding and unity of effort during Homeland Defense and Civil Support Operations.  JFHQ-NCR builds and sustains essential active relationships to best support Federal, Regional, State and Local agencies.  JFHQ-NCR exercises regularly with interagency partners in support of various Federal, State, Regional, and Local governmental agencies' efforts and the incumbent facilitates these efforts.  Leads the critical relationships that JFHQ-NCR sustains with governmental and non-governmental agencies on a daily basis, which play a critical role in the ability to execute operational plans.

**Peace Corps Chief of Operations, Washington, D.C.      3/2009 - 2/2010**

Responsible for ensuring consistent, efficient and effective management of programmatic and budgetary operations for the office of Volunteer Recruitment and Selection, United States Peace Corps. Provide supervision and oversight for the Director of Recruitment (includes 9 Regional Office Managers (ROMs), the Recruitment Support Unit, the Masters International Program (MI), and Diversity and National Outreach; and the Placement Manager—a total of 180 personnel. Advices the Peace Corps staff Director concerning the training of volunteers' security and safety and the preservation of human dignity and respect. In conjunction with the AD/VRS I am responsible for planning all major agency programs of national scope and impact, specifically, as it relates to Peace Corps Volunteer Recruitment, Selection and Placement of over 70 Post overseas around the world. I set policy, goals, and management objectives for Headquarters Placement and Recruitment staff to ensure alignment with Peace Corps overall mission ofproviding technical assistance, helping people outside the United States to understand American culture, and helping Americans to understand the cultures of other countries. I manage the business processes between the Offices of Recruitment and Placement to ensure consistent, efficient, timely operations and communications – streamlining, standardizing, and improving work flow as necessary to ensure exemplary customer service both internally and externally. I work closely with the Chief Administrative Officer to ensure implementation of budgetary operating goals and objectives are met within the Integrated Planning and Budget System (IPBS). I undertake and manage all special projects involving VRS Headquarters and regional offices, inter-agency staff and consultants to ensure the success of the initiative. I serve as the Acting Director, VRS with full responsibility and authority necessary to ensure on-going administration and operations in the AD/VRS absence.

**Executive Director Office IT Oversight and Compliance Department of Veterans Affairs, D.C.2/2007 - 12/2008**

Responsible for the conduct of a comprehensive program of assessments designed to measure VA's nationwide facilities' compliance with legislative, federal government oversight and VA policies, procedures, and practices. The key elements of the assessment program are: Audit Planning, Audit Schedules, Auditor Selection and Training, Audit Preparation, Regulatory Requirements and Agency Requirements; Audit Checklist Development; Conduct of Audit; and Reporting of Results. Because of the large volume of sensitive information received, processed, and disseminated throughout the VA, these assessments are critical to ensure that VA has an effective information management policies and that these policies are strictly adhered to. The assessments completed by this office facilitate VA's reporting response to requirements by legislation: Other major objectives of these assessments are: Determine the adequacy of internal controls, Investigate compliance with laws, policies, and directions from external organizations, Ensure proper safeguards are maintained, Report findings to management and recommend corrective action where necessary. In coordination with other OI&T divisions initiates collaboration across the Department to guarantee IT processes and technologies proactively address compliance in the IT network by incorporating controls into systems process and performing regulated self-assessments. Responsible for VA wide compliance with IT standards and regulations; guidance and education to project management regarding IT-related inspections conducted by internal and external auditors, including coordination of inspection plans and

support of audits with staff and auditors; facilitation of remediation efforts and the establishment and management of the quality assurance efforts focused on evaluating compliance to established standards and facilitates process improvements. In addition, The Office provides technical direction and guidance to ensure that information technology (IT) is acquired and IT resources are managed for the Department in a manner that implements the policies and procedures related, and the strategic guidance as defined by the Secretary of The Department of Veterans Affairs. This office supports the management of VA's enterprise IT architecture; cyber security program; IT capital investment planning, execution and financial management programs; the Department's data processing centers; wide area data and local area network management and telecommunications program; records management and e-government; and office automation support services to the VA Central Office campus.

**Chief of Staff/Provost Marshal, Joint Force Headquarters-National Capital Region (JFHQ-NCR) and US Army Military District of Washington (MDW).  A subordinate JTF for USNORTHCOM in the NCR Joint Operations Area and ARMY MACOM.**

Responsible for integration and synchronization of Defense Support to Civil Authorities under conditions of increased threat, attack, crisis or disaster in the NCR; providing military airlift for our most senior leaders under routine and contingency response conditions; rendering military honors, funerals and ceremonial support in our nation's capital and for our most senior military and civilian leaders; and providing C2 for seven installations and five major subordinate units dispersed over three States and the District of Columbia.  Oversees $248M Army/Joint budget. Represents the CG at Joint/Interagency forums and acts as his Deputy for daily operations.

*January 2005 to January 2006 – Multinational Coalition Corps-Iraq Provost Marshal Baghdad, Iraq*

*Senior Police Advisor to the Multinational Coalition Corps-Iraq Commanding General in the areas of Rule of Law, Citizen Protection, Community Policing, Physical Security, Police Working Dogs, Force Protection, and Detention Operations*

Supervised current MP planning and operations that included all five MP battlefield functions encompassing operations of two MP BDEs and over 8,000 MP in the joint theater of operations. Served as the staff proponent for detention operations at Corps (division and echelons below) level. Coordinated MP policies and guidance with the Corps staff and MSCs. Ensured proper MP assets were utilized and resourced within the MNC-I theater of operations. Advised the Corps staff on MP organizations and capabilities. Monitored subordinate MP forces to ensure that operations were being conducted were consistent with the COs directives and priorities and the preservation of human rights. Identified and articulated future MP operational requirements and direct all Iraqi Police Forces training and education with emphasis on community policing. Coordinated with allied forces and host nation military and civilian police. Managed the Military Working Dog Program.

*July 2003 to January 2005 – Major Army Command, Military Police Provost Marshal (Chief), Military District of Washington, Washington, DC*

*Senior Director of Police operations for an Army Major* Major Army Command Provost Marshal (PM) for the US Army Military District of Washington (MDW) consisting of seven installations located in four States and the District of Columbia. Provided employment oversight of over 1, 200 military police and security force soldiers executing the MDW force protection mission. Responsible for the Force Protection pillars of law enforcement, physical security and access control. Responsible for security and law enforcement support to the White House, DoD, DA and ceremonies and special events. Provided law enforcement support to the Secret Service in local Presidential security operations occurring on MDW installations and in Arlington National Cemetery. Advised the CG on law enforcement, physical security and other military police operations. Maintained liaison with over 45 federal, state, and local civilian. Managed the Military Working Dog Program.

*May 2001 to July 2003 – Senior Executive (Brigade Commander), US Army Military Police Brigade - Hawaii, Ft Shafter, Hawaii*

*Directed and supervised the security, force protection and law enforcement of an organization with an operating strength of over 75,000 personnel and a $7.2 million dollar budget incorporating 29 military installations.*

Commanded the Military Police Brigade-Hawaii with an operating strength of over 600 personnel, $35 million of assigned equipment and installation property, and a command operating budget of $7.2 million. Provided combat ready military police support to 25th ID (L) and USARPAC. Concurrently served as MACOM Provost Marshal, USARPAC, responsible for law enforcement command plans and policies, force protection, physical security, correction, military police combat support in the AOR. As Provost Marshal, USARHAW, provided the security, force protection and law enforcement to the largest garrison complex in the Army. Executive Agent for the command anti-terrorism and counter-drug programs. Managed the Military Working Dog Program.

*June 1999 to May 2001 – Chief, North Branch/Military Secretary, Inter-American Defense Board, Washington, DC*

*Formulated Joint Staff and United States Government positions on international hemisphere collective defensive planning for presentation before the Inter-American Defense Board (IADB).*

Responsible for formulating Joint Staff and US Government positions on international hemisphere collective defense planning for presentation before the Inter-American Defense Board (IADB). Provided strategy and engagement opportunities for promotion of the Joint Mexican-US Defense Commission (JMUSDC). Represented the Chief, US Delegation, during formal Assemblies and in bilateral activities with foreign senior officers. Provided advice to the Chairman of the Joint Chiefs of Staff and senior DOD officials on US foreign policy, security policy, and international relations. Coordinated politico-military issues with appropriate unified commands, the Services, Department of State, National Security Council, Organization of

American States, and foreign embassies. Managed Branch responsible for US military relations with Mexico and Canada.

*August 1998 to June 1999 – Student Inter-American Defense College, Washington, DC*

*Prepared selected military and civilian officials of the member governments of the Organization of American states to conduct planning for the security and defense of the continent through an in-depth study of the Inter-American system with its political, psychosocial, economic, and military aspects.*

- *Authored a monograph, "The United States National Drug Control Strategy and its impact on Latin America Drug Control Programs."  The paper was selected for publication in the Inter-American Defense College Magazine.*

**October 1997 to August 1998 – White House Senior Drug Policy Analyst Central America and the Caribbean, Washington, DC , Executive Office of the President, Office of the National Drug Control Policy, Senior Police Analyst for Central America and the Caribbean**

Assisted in the development and implementation of U.S. Government counter-drug policies, strategies, and programs governing counter-narcotics activities of all defense and federal agencies. Assessed the effectiveness of counter-drug programs in Central America and the Caribbean and makes recommendations to the Director ONDCP, a cabinet official. Coordinated extensively with Embassy country teams, Unified Commands, and the Washington interagency. Lead action officer for reviewing, updating, and promulgating the President's Classified Annex to the National Drug Control Strategy, the framework classified national strategy for international drug control. Performed other duties as assigned by the Chief for International Strategy and Plans

**Publications:**

Operational Plan NARCO (Military Review)
Peru, Sendero Luminoso and the Narco Trafficking Alliance (Military Review)
Bolivian Armed Forces and the War on Drugs (Military Review)
Training Foreign Military Forces: Assisting El Salvador in its Transitions to Peace (Military Police Journal)
United States and Colombia: Failure of a Security Strategy (Military Review)
Colombia: A Search for an Integrated U.S. Policy for Counternarcotics and Counterinsurgency (USMC CSC)
The United Sates National Drug Control Strategy and its Impact on Latin America (Inter-American Defense College)

**AWARDS AND DECORATIONS:**

Military and civilian awards and decorations include the Defense Superior Service Medal, Legion of Merit (2 OLC), Bronze Start Medal, Meritorious Service Medal (7 OLC), Joint Service Commendation Medal, Army Commendation Medal (3 OLC), Joint Service Achievement Medal (1 OCL), Army Achievement Medal (4 OLC), National Defense Service Medal (with Star), Armed Forces Expeditionary Medal (1 OLC), Iraq Campaign Medal, Global War on Terrorism Medal, Humanitarian Service Medal (1 OLC), Armed Forces Reserve Medal, Army Service Ribbon, Overseas Service Ribbon (6th), Inter-American Defense Board Ribbon, U.S. Army Combat Action Badge, U.S. Army Airborne Badge, U.S. Army Air Assault Badge, United States Air Force Senior Security Police Badge, Republic of Colombia - Military Order of Merit Award (Jose Maria de Cordova), Colombian Airborne Badge, Colombian Urban Counterterrorist Badge, German Spotabzeichen, German Airborne Badge, Joint Chiefs of Staff Identification Badge, Inter-American Defense Board Identification Badge, Order of the Marchaussee (Military Police in Bronze), Order of Saint Barbara (Field Artillery), Order of Saint Maurice (Legionnaire) (Infantry), United States Capitol Police Distinguished Service Medal.