**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**USA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendant.**

Civil No. 12-2039 (GAG)

## ORDER

Colonel (Ret.) Arnaldo Claudio has been jointly selected by the governments of the Commonwealth of Puerto Rico and the United States to serve as the Technical Compliance Advisor ("TCA"), as per the terms of the Reform Agreement for the Sustainable Reform of the Puerto Rico Police Department.

On June 3, 2014, the court held an in camera meeting with the TCA candidate, Arnaldo Claudio, United States Department of Justice attorney Luis E. Saucedo and Puerto Rico Department of Justice attorney Beatriz Annexy. During the two-hour meeting, the court posed questions to learn more about Mr. Claudio's experience and professional as well as personal background. The court noted Mr. Claudio had vast military operations experience, however, expressed concerns as to Mr. Claudio's civil rights and legal background so it inquired as to these topics. The court thus delved into Mr. Claudio's experience concerning civil rights, community policing, reform practice, and his plans to engage with all community and civil rights groups regarding the implementation of reforms within the Commonwealth. Mr. Claudio has shown commitment to the court to promote and respect civil rights of citizenry in Puerto Rico.

Therefore, Mr. Claudio's selection is hereby **APPROVED** by the court. Mr. Claudio's appointment shall become effective as of Friday, June 6, 2014. The terms and conditions of

**Civil No. 12-2039 (GAG)**                           2

engagement of the TCA shall be determined by the Puerto Rico Department of Justice, in representation of the Puerto Rico Police Department, and the United States Department of Justice. The Puerto Rico Department of Justice shall oversee the administrative arrangements for the Commonwealth as per the Agreement, so that the TCA can start working on June 6, 2014.

However, neither Mr. Claudio nor his staff will be under any contract with the Commonwealth Police and Puerto Rico Department of Justice, or with the United States Department of Justice. As TCA, he will serve as an officer of the United States District Court for the District of Puerto Rico for purposes of the Commonwealth Police Reform, and his compensation will be paid by the court from funds deposited with the Clerk of the Court by the Commonwealth.

Mr. Claudio shall be authorized to make an initial public statement with the Parties regarding his appointment. Thereafter, public statements by the TCA shall be governed by Paragraph 256 of Section XIV(K) of the Agreement.

In San Juan, Puerto Rico this 5th day of June, 2014.

**SO ORDERED.**

*S/Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge