**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**USA,**

    **Plaintiff,**

    **v.**                                      Civil No. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendant.**

## **ORDER**

*Amicus* the American Civil Liberties Union ("ACLU") is hereby advised, that now that a Technical Compliance Advisor ("TCA") has been officially designated, the court will hold an in camera conference with the ACLU of Puerto Rico Executive Director, the TCA, and counsel for the parties. The date will be announced as soon as possible.

In San Juan, Puerto Rico this 6th day of June, 2014.

**SO ORDERED.**

                                                    *S/Gustavo A. Gelpí*
                                                    GUSTAVO A. GELPÍ
                                                    United States District Judge