

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
*COLEGIO UNIVERSITARIO DE JUSTICIA CRIMINAL DE PUERTO RICO*
*JUNTA DE DIRECTORES*

PO BOX 1078, GURABO, PUERTO RICO 00778-9601 / TEL. (787)737-4477 / FAX (787)737-7619

May 21, 2014



Hon. Eric Holder
Attorney General of the United States
U.S. Department of Justice
Washington D.C., 20530-2000

Dear Attorney General Holder

The purpose of this letter is to inform you of Bills No. PC1895 and PS1065, which are currently being discussed at the Puerto Rico Legislature, seeking to eliminate the University College of Criminal Justice (UCCJ) and merge the institution with the Puerto Rico Police Department. (See **Exhibit 1**). The passage of such Bills goes against the terms of the Agreement for the Sustainable Reform of the Puerto Rico Police Department.

On September 5, 2011, the Civil Rights Division of the U.S. Department of Justice issued a Report on the Investigation of the Puerto Rico Police Department for an alleged pattern and practice of Civil Rights Violations. Said report, on pages 61 and 62, established that the University College of Criminal Justice lacked not only accreditation, but also independence, as the Superintendent "is responsible for recruiting, selecting, hiring, and terminating cadets who enroll in the University College as PRPD employees" (See **Exhibit 2**). Also, on page 85 of the report, the Civil Rights Division clearly establishes that "[t]he University College should be an independent entity in the government of Puerto Rico with a Board of Trustees consisting of representatives of the Governor, Superintendent, Legislature, and the community". (See **Exhibit 2**). Thus, the Agreement signed on July 17, 2013 is based on the report issued on 2011, which clearly states the necessity of maintaining the University College as an independent institution.

Bills No. PC1895 and PS 1065 eliminates the University College of Criminal Justice, converting the institution into a Division of the PRPD, clearly stripping the institution of all its autonomy and independence, in clear disregard of the 2011

Report and the subsequent agreement signed between the Government of Puerto Rico and the U.S. Department of Justice. While the current Administration states that elimination of the UCCJ is part of the current governmental budgetary cuts, it is important to note that the UCCJ has its own funds, that its Organic Act allows the UCCJ to seek its own form of revenues. Currently, the UCCJ has sufficient funds to operate for at least three years without any budget assignment from the Commonwealth of Puerto Rico.

The UCCJ is committed to be part of the Sustainable Reform of the Puerto Rico Police Department. Bills No. PC1895 and PS 1065, however, hinder the progress of the reform, jeopardizing the quality of the training and education offered to potential an current police officers. Thus, we request that you monitor and provide a statement on Bills No. PC1895 and PS1065.

Regards,

Víctor M. Díaz Torres
President
Board of Trustees
University College of Criminal Justice

Cc: Tony West
    Acting Associate Attorney General
    U.S. Department of Justice
    Washington D.C., 20530-2000

    Thomas E. Perez
    Assistant Attorney General
    U.S. Department of Justice
    Civil Rights Division
    950 Pennsylvania Avenue, NW
    Office of the Assistant Attorney General Main
    Washington, D.C. 20530

    Roy L. Austin, JR.
    Assistant Attorney General
    U.S. Department of Justice
    Civil Rights Division
    950 Pennsylvania Avenue, NW
    Office of the Assistant Attorney General Main
    Washington, D.C. 20530

Case 3:12-cv-02039-FAB   Document 126   Filed 05/28/14   Page 3 of 3

3

Jonathan Smith
Chief of Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Office of the Assistant Attorney General Main
Washington, D.C. 20530

Luis E. Saucedo
Acting Deputy Chief of Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Office of the Assistant Attorney General Main
Washington, D.C. 20530.

Cesar Miranda
Attorney General
Puerto Rico Department of Justice

José Caldero López
Superintendent
Police of Puerto Rico

Judge Gustavo A. Gelpí
Puerto Rico Federal District Court