IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as Defendant – Intervenor. | |

## NOTICE OF DOCUMENTS FILED AT THE HONORABLE SUPREME COURT OF THE UNITED STATES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. Jorge Diaz-Castro, PRO SE Appellant in the instant appeal, hereby would like to give notice to this Honorable First Circuit Court of Appeals that on June 2nd, 2014, I filed a "Motion For Leave to Appeal *in forma pauperis* to File a Petition for a Writ of Certiorari," and an "Application for Extension of Time to File a Petition for a Writ of Certiorari" as a new case, by sending these documents by U.S. Priority Mail to: Clerk, Supreme Court of the U.S., One First Street, NE, Washington, D.C. 20543.

2. On June 5th, 2014, I send a copy via U.S.P.S. First Class Mail to: the Solicitor General of the United States, Room #5614, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20531.

3. A copy of the documents filed are hereby being included as appendixes. Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
NOTICE OF DOCUMENTS FILED AT THE HONORABLE SUPREME COURT OF THE UNITED STATES.
No. 3:12-cv-2039
Page No. 2

4. Appellant would respectfully like to note that he made a mistake in calculating the terms. The term to file a Petition for a Writ of Certiorari expires on June 12th, 2014.

5. Appellant would like to thank this Honorable United States District Court for Puerto Rico for the opportunity it gave him to litigate *in forma pauperis*.

**FOR ALL THE REASONS STATED ABOVE,** Appellant gives notice of documents filed at the Honorable Supreme Court of the United States.

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz-Castro, formally notifies the parties in the instant case of documents filed at the Honorable U.S. Supreme Court.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on June 6, 2014.

Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com