# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff | Civil Action No. : 3: 12-2039 (GAG) |
| v. | |
| **COMMONWEALTH OF PUERTO RICO AND ITS POLICE DEPARTMENT,** | Complaint |
| **Defendants** | |
| **GREGORIO IGARTUA AS AMICUS CURIAE** | |

## MOTION REQUESTING TRANSCRIPTS OF HEARING

1. That this Honorable Court ordered the transcription of the hearing held on 4/11/2013 in the above captioned case, and ordered it to be sent to all appearing attorneys free of charge, including the subscribing attorney appearing as Amicus Curiae.

2. That it is respectfully requested for this Court to order the Clerk of the Court to send the referred transcript to the subscribing attorney, as these have not been received.

Respectfully submitted,

In San Juan, Puerto Rico this 3 day June, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Eectronic Filing. Parties may access this filing through the Court's CM/ECF System.

    s/ Gregorio Igartua
**GREGORIO IGARTUA**
**ATTORNEY AS AMICUS CURIAE**
**PO BOX 3911**
**AGUADILLA, PR 00605**
**E-MAIL: bufeteiguatua@yahoo.com**