# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

USA,

    Plaintiff,

v.                                        Civil No. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

## ORDER

The TCA, Col. (ret.) Arnaldo Claudio, is hereby authorized by the Court to be interviewed by the members of the local and national media for a period of thirty (30) days, following the issuance of this order.

The court recognizes the quintessential role the TCA will play throughout the Police Reform. While the TCA is precluded under the terms of the court-approved agreement from making public statements about his compliance activities, (See Docket 57-1 ¶ 256) at this early stage the court finds it important for the public to learn about the TCA's background, his general role and upcoming mission.

The TCA is therefore permitted to meet with media inasmuch as any interview is a Q&A style one, and all questions are previously submitted to him for review. Further, any such interviews will be solely for purposes of informing the public. No sensationalist, nor political cross-fire type interviews will be allowed.

**SO ORDERED**.

In San Juan, Puerto Rico this 17th day of June, 2014.

                                                          *S/Gustavo A. Gelpí*

                                                          GUSTAVO A. GELPÍ

                                                          United States District Judge