INTAKE DROP BOX
RECEIVED & FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| Plaintiff, | X | |
| v. | X | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | X | (G.A.G.) |
| Defendants; | X | |
| JORGE DIAZ CASTRO, | X | |
| as Defendant-Intervenor. | X | |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## MOTION TO AMEND DOCUMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. Jorge Díaz Castro, as Proposed Intervening Defendant in the instant case; as Appellant in cases 13-2079 and 13-2306 at the Honorable First Circuit Court of Appeals; and as Petitioner in case 13A-1220 at the Honorable Supreme Court of the United States, hereby moves to amend the "Notice of Documents Filed at the Honorable Supreme Court of the United States" filed on June 6, 2014 (Docket No. 128).

2. The second line of the first paragraph of the motion should read:

"… give notice to this Honorable **United States District Court for the District of Puerto Rico** that on June 2nd, 2014, I …."

3. Proposed Intervening Defendant claims excusable neglect for these errors, and would ask that the stipulated documents be theretofore amended, as specified above. Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MOTION TO AMEND DOCUMENTS
No. 3:12-cv-2039
Page No. 2.

4.  No disrespect was intended, either to the Honorable Court, or to the Honorable Presiding Judge, Gustavo A. Gelpí.

**WHEREFORE,** Proposed Intervening Defendant Jorge Díaz Castro, as Appellant in U.S.C.A. cases No. 13-2079 and 13-2306; and as Petitioner in case 13A-1220 at the Honorable Supreme Court of the United States, respectfully requests that the Honorable U.S. District Court for Puerto Rico amend the stipulated documents, as specified above.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on June 17th, 2014.

Jorge Díaz Castro
PRO SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com