INTAKE DROP BOX
RECEIVED & FILED

Appendix II.

2014 JUN 20 PM 4:28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
*TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO*

SAN JUAN, P.R.

U.S.A.

Plaintiff(s)
*Demandante(s)*

v.

Commonwealth of P.R., et al.

Defendant(s)
*Demandado(s)*

CIVIL NO. 3:12-cv (GAG)
*NÚM. CIVIL.* 2039

PRO BONO PROGRAM
*PROGRAMA PRO BONO*

FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION REQUESTING
APPOINTMENT OF COUNSEL
*AFIDÁVIT FINANCIERO EN APOYO A LA MOCIÓN SOLICITANDO
NOMBRAMIENTO DE ABOGADO*

> **Instructions:** Complete all questions in this affidavit and sign it. Do not leave any questions in blank: if the answer to a question is "0", "none" or "not applicable (N/A)," write-in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
>
> *Instrucciones: Conteste todas las preguntas en este afidávit y fírmelo. No deje preguntas sin contestar. Si la respuesta a una pregunta es "0", "ninguno" o "no aplica", escriba eso en su respuesta. Si necesita más espacio para contestar una pregunta o explicar sus respuestas, adjunte una hoja de papel por separado identificada con su nombre, número del caso, y el número de la pregunta que está contestando.*

1.  If you are currently employed, give the name and address of your employers and state the amount of your earnings per month.
    *Si en este momento tiene empleo, escriba el nombre y la dirección de su patrono e indique la cantidad de dinero que gana al mes.*

    I am currently unemployed.                $ 0
    _____
    _____
    _____

2. If your spouse is currently employed, give the name and address of your spouse's employer and state the amount of his or her earnings per month.
*Si su cónyuge tiene empleo en este momento, escriba el nombre y la dirección del patrono de su cónyuge e indique la cantidad de dinero que él o ella gana al mes.*

   I am single.                                         $ N/A.

3. If you are not currently employed, state the date you were last employed and your earnings per month at that time.
*Si en este momento no tiene empleo, indique la fecha en la que estuvo trabajando por última vez y cuánto ganaba usted al mes en ese momento.*

   I was last employed on December of   $ 800.00 (approximately)
   2002.

4. If your spouse is not currently employed, state the date your spouse was last employed and his/her earnings per month at that time.
*Si en este momento su cónyuge no tiene empleo, indique la fecha en la que él o ella estuvo trabajando por última vez y cuánto ganaba al mes en ese momento.*

   I am single.                                         $ N/A

5. Have you or your spouse received, within the last past twelve months, any money from any of the following sources? If so, state the amount of money you or your spouse received.
*¿Usted o su cónyuge han recibido algún dinero en los pasados doce meses de alguna de las siguientes fuentes? De ser así, indique la cantidad de dinero que recibieron usted o su cónyuge.*

   a. Retirement, disability, annuity or life insurance payment
      *Pago por retiro, incapacidad, anualidad, o seguro de vida*

      Yes ☐     No ☒     $ ∅

      Sí ☐     No ☒

   b. Income from real property (such as rental income)
      *Ingreso proveniente de bienes raíces (como, por ejemplo, un alquiler)*

      Yes ☐     No ☒     $ ∅

      Sí ☐     No ☒

c. Interest or dividends
*Intereses o dividendos*
Yes ☐  No ☒      $ _____∅_____
Sí ☐   No ☒

d. Inheritances, donations or gifts
*Herencias, donativos, o regalos*
Yes ☐  No ☒      $ _____∅_____
Sí ☐   No ☒

e. Alimony
*Pensión conyugal*
Yes ☐  No ☒      $ _____∅_____
Sí ☐   No ☒

f. Child Support
*Pensión para la manutención de menores*
Yes ☐  No ☒      $ _____∅_____
Sí ☐   No ☒

g. Unemployment payments
*Pagos por desempleo*
Yes ☐  No ☒      $ _____∅_____
Sí ☐   No ☒

h. Public assistance (such as welfare)   Food Stamps
*Asistencia pública (como, por ejemplo, beneficencia pública)*
Yes ☒  No ☐      $ 112.00 per month.
Sí ☒   No ☐

i. Prizes in casino, lottery, horse racing games or other games of chance
*Premios de casinos, lotería, carreras de caballo, o algún otro juego de azar*
Yes ☐  No ☒      $ _____∅_____
Sí ☐   No ☒

j. Other source(s) of income (explain): __None, unfortunately__
   *Otra(s) fuente(s) de ingreso (explique):*
   Yes ☐   No ☒   $ __∅__
   *Sí* ☐   *No* ☒

6. Are any other persons living in the same household:   __No.__
   *¿Hay otras personas que vivan en su hogar?*

| Name *Nombre* | Age *Edad* | Relationship *Relación* | Employment *Empleo* | Monthly wages *Salario Mensual* |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | $ N/A |
|  |  |  |  | $ |
|  |  |  |  | $ |

7. Do you have any dependents? (If they have another address, state so)   __None.__
   *¿Tiene usted dependientes? (Si viven en otra dirección, indíquela.)*

| Name *Nombre* | Age *Edad* | Relationship *Relación* | Amount provided to support each one *Cantidad que aporta para la manutención de cada uno* |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
|  |  |  | $ |
|  |  |  | $ |

8. Do you own the place where you live?   Yes ☐   No ☒
   *¿Es usted el propietario del lugar donde reside?*   *Sí* ☐   *No* ☒
   If you are the owner, state the following:
   *Si es el propietario, indique lo siguiente:*

| Location of residence *Ubicación de la residencia* | Estimated value of the property *Valor estimado de la propiedad* | Capacity of the plot of land *Extensión del lote de terreno* | Amount owed *Cantidad adeudada* |
|---|---|---|---|
| I am currently without a permanent dwelling place. | $ N/A | N/A | $ N/A |

9. If you are not the owner of the place of residence, state:   N/A
   *Si usted no es el propietario del lugar donde reside, indique:*

   Name of owner and location of residence      Monthly lease payment
   *Nombre del propietario y ubicación de la residencia*   *Pago de alquiler mensual*
   N/A                                           $ N/A

10. State if you own any other real estate property.   No.
    *Indique si es dueño de alguna otra propiedad inmueble.*

    Location        Description        Estimated value
    *Ubicación*     *Descripción*      *Valor Estimado*
    N/A             N/A                $ N/A
                                       $
                                       $

11. State if you own any property such as jewelry, stocks, bonds, notes, automobiles or any other valuable property. Exclude ordinary household furniture and clothing.
    *Indique si es propietario de otros artículos de valor, tales como joyas, acciones en la bolsa de valores, bonos, pagarés a su favor, automóviles, o cualquier otra propiedad de valor. Excluya los muebles de su hogar y su ropa.*

    Description   I own no other       Estimated value
    *Descripción* valuable property    *Valor estimado*
    N/A                                $ N/A
                                       $
                                       $
                                       $
                                       $

12. How much cash do you and your spouse have?   $ 10.00 (approximately)
    *¿Cuánto dinero en efectivo tienen usted y su cónyuge?*

13. State any money you or your spouse have in bank accounts or in any financial institution:
    *Detalle cualquier dinero que usted o su cónyuge tengan en cuentas bancarias o instituciones financieras:*   I do not have a bank account

    Financial Institution         Type of Account      Amount
    *Instituciones Financieras*   *Tipo de Cuenta*     *Cantidad*
    N/A                           N/A                  $ N/A
                                                       $
                                                       $
                                                       $

14. State every person, business, or organization owing you or your spouse money, and the amount owed.
    *Indique toda persona, negocio u organización que le debe dinero a usted o a su cónyuge y la cantidad adeudada.* There are no outstanding debts to my person.

    | Person/Business/Organization that owes you money<br>*Persona/Negocio/Organización que le debe dinero a usted* | Amount<br>*Cantidad* |
    |---|---|
    | N/A | $ N/A |
    | — | $ — |
    | — | $ — |
    | — | $ — |

15. List all your obligations or debts, including banks, loan companies, credit accounts, etc.
    *Haga una lista de todas sus obligaciones o deudas, incluyendo bancos, financieras, tarjetas de crédito, etc.* I am not currently paying any debts.

    | Name of creditor<br>*Nombre del Acreedor* | Balance owed<br>*Balance Adeudado* | Monthly payment<br>*Pago Mensual* |
    |---|---|---|
    | N/A | $ N/A | $ N/A |
    | — | $ — | $ — |
    | — | $ — | $ — |
    | — | $ — | $ — |
    | — | $ — | $ — |

16. List all your approximate monthly expenses.
    *Enumere todos sus gastos mensuales en cantidades aproximadas.*

    | | |
    |---|---|
    | Rent or mortgage<br>*Alquiler o hipoteca* | $ 0 |
    | Food<br>*Alimentos* | $ 102.00 |
    | Clothing<br>*Ropa* | $ 0 |
    | Utilities (Water/Electricity/Telephone)<br>*Servicios Públicos (Agua/luz/teléfono)* | $ 0 |
    | Home maintenance (repairs and upkeep)<br>*Mantenimiento del hogar (reparaciones y mantenimiento)* | $ 0 |
    | Transportation<br>*Transportación* | $ 10.00 |
    | Others<br>*Otros gastos* | $ 0 |

17. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?   Yes ☐   No ☒
    *¿Está esperando algún cambio significativo en sus ingresos o gastos mensuales, en sus activos o pasivos, durante los próximos 12 meses?   Sí ☐   No ☒*

    If yes, please explain:
    *De ser así, por favor explique:*
    Unfortunately, I was the victim of a hit-and-run driver is September of 2009, and I am currently awaiting re-certification by the A.C.A.A, the Puerto Rico Automobile Accident Compensation Administration.

18. Have you paid- or will be paying- an attorney any money for services in connection with this case, including the completion of this form?   If yes, state the attorney's name, address, and telephone number, and amount paid or to be paid:
    *¿Ha pagado – o le va a estar pagando – dinero a un abogado por servicios relacionados a este caso, incluyendo llenar este formulario? De ser así, indique el nombre del abogado, su dirección y número de teléfono, como también la cantidad que pagó o habrá de pagar:*

    I have tried to limit my expenses to a minimum. So far, my expenses have been limited to transportation, printing and/or copying; and more recently, the U.S. Post Office.   $ 50.00 to $100.00 (for filing at the Honorable U.S. Supreme Court.)

19. Have you have tried to retain counsel by means other than appointment?   Yes ☒   No ☐
    *¿Ha intentado contratar a una abogado por otros medios que no sea un nombramiento del Tribunal?   Sí ☒   No ☐*
    If yes, please explain:
    *De ser así, por favor explique:*
    Yes. Unfortunately, almost all the sources of free legal aid in Puerto Rico operate exclusively in the courts of the Commonwealth of Puerto Rico, in civil cases. The Federal Public Defender attends only criminal cases.

20. Has counsel been appointed to represent you in any case brought in this Court? (Include both pending and terminated actions).   Yes ☐   No ☒
    *¿Se le ha nombrado un abogado para que lo represente en algún caso radicado en este Tribunal? (Incluya casos pendientes como casos ya cerrados.)   Sí ☐   No ☒*
    If yes, please explain:
    *De ser así, por favor explique:*
    I do not recall filing a case in this Court within the last five years. I recognize the importance of an efficient court system; therefore, I do not file cases that would be considered "frivolous," per se.

21. Provide any other information that will help explain why you cannot pay for attorneys fees in this case.
*Proporcione cualquier otra información que pueda ayudar a explicar por qué usted no puede pagar los honorarios de un abogado en este caso.*

As recently stated in my "Application for Extension of Time..." (see Docket No. 128); I am handicapped, in need of medical attention; and cannot easily seek gainful employment.

22. State the address of your legal residence.
*Indique la dirección de su residencia legal.*

P.O. Box #9021288
San Juan, P.R. 00902-1288

Your daytime phone number: (787) 767-7355
*Su número de teléfono durante el día:*
Your Age: 52 y/o       Your years of schooling: bachelor's degree
*Su edad:*                  *Sus años de estudio:*

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y está correcto.*

Signed this 19th of June of 2014.
*Firmado este día* 19 *del mes de* junio *de 20* 14

*[signature: Jorge Diaz Castro]*
Petitioner's signature
*Firma del Peticionario*