# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff;<br><br> v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>     Defendants. | No. 12-cv-2039 (GAG) |

## MOTION TO DEPOSIT THE TCA OFFICE'S BUDGET

**TO THE HONORABLE COURT:**

  **COMES NOW,** the Defendant, the Commonwealth of Puerto Rico, through the undersigned attorneys, and hereby states and prays as follows:

1. As per Joint Stipulation and Order (Dkt. #139) the Commonwealth of Puerto Rico hereby consigns with the Clerk of the United States District Court the amount of $1,500,000.00 (ONE MILLION FIVE HUNDRED THOUSAND DOLLARS) through certified check number 03139888, to cover the TCA's Budget for the period of June 6, 2014 until June 30, 2015.

2. Check number 03139888 will be deposited with the Clerk of the Court.

3. An additional check of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) will be deposited and consigned in the Court after July 1, 2014, in order to accommodate any expenses accrued during the 24 days of June 2014.

**WHEREFORE**, the undersigned attorneys respectfully request that this Honorable Court take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this June 27, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 27 th day of June 2014, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

**CESAR MIRANDA RODRÍGUEZ**
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVERA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov