# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendant.

Civil No. 12-2039 (GAG)

## ORDER

The Superintendent of Police shall, as of this date, **INFORM** the TCA, as well as Puerto Rico and the U.S. Department of Justice,. of all personnel hirings, promotions, and changes within the PRPD. Said notice shall be immediately communicated whenever any decision is contemplated and/or made, and <u>prior</u> to the actual date in which the personnel transaction in fact takes place.

Paragraph 284 of the Agreement (Docket No. 57-1) provides that "[n]othing in this Agreement shall diminish the Superintendent's operational and administrative authority over PRPD, <u>which shall be exercised in accordance with the law and generally accepted professional legal standards</u>." (emphasis added)

Hence, the importance of notifying the above parties.

In San Juan, Puerto Rico this 27th day of June, 2014.

**SO ORDERED.**

                                            *S/Gustavo A. Gelpí*

                                            GUSTAVO A. GELPÍ

                                            United States District Judge