IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                                        Civil No. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendant.**

## AMENDED ORDER

The Puerto Rico Police Department shall, as of this date, inform the TCA, as well as the Puerto Rico and U.S. Department of Justice, of all personnel hirings, promotions, and changes within the Reform Unit of the Puerto Rico Police Department, pursuant to paragraph 233.  Said notice shall be immediately communicated whenever any decision is contemplated and/or made, and <u>prior</u> to the actual date in which the personnel transaction in fact takes place.

Paragraph 284 of the Agreement (Docket No. 57-1) provides that "[n]othing in this Agreement shall diminish the Superintendent's operational and administrative authority over the Puerto Rico Police Department, which shall be exercised in accordance with the law and generally accepted professional legal standards."

The Puerto Rico Police Department shall inform the TCA and the parties of all other personnel hirings, promotions, and administrative changes within the Puerto Rico Police Department that are related to the Agreement on a monthly basis, once those changes have been effected pursuant to paragraph 263.

In San Juan, Puerto Rico this 2nd day of July, 2014.

**Civil No. 12-2039 (GAG)** 2

**SO ORDERED.**

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge