Technical Compliance Advisor
USACPR Monitoring, Inc.
US District Court Monitor
District of Puerto Rico

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2014 JUL 01 PM 2:38
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES OF AMERICA,

Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

Defendants.

No. 12-cv-2039 (GAG)

Invoice for Initial Allocation of Resourses.

To the Honorable Court comes the TCA Office and respectfully informs and requests:

1. On June 26, 2014 the parties agreed that the TCA could submit an invoice to cover the initial allocation and resources to the TCA Office for covering necessary administrative and operational expenses, to wit:
   a. Office rent deposit and one month in advance: $6,000.00
   b. Gasoline and tolls: $500.00
   c. Telephone switchboard, line and installation costs: $1,675.00 (see paragraph 14 [Docket 139])
2. Consequently the TCA Office here by requests that a check be issued in the amount of $8,175.00.

THEREFORE, the TCA Office respectfully requests to this Honorable Court that a check be issued in the total amount of $8,175.00.

In San Juan, Puerto Rico, this day July 1st 2014.

**Arnaldo Claudio-TCA**

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.