Technical Compliance Advisor
USACPR Monitoring, Inc.
US District Court Monitor
District of Puerto Rico
**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

No. 12-cv-2039 (GAG)

Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

Defendants.

Request for approval and payment of initial office expenses

**TO THE HONORABLE COURT,**

Comes here, the TCA Office, and respectfully informs and states:

The following information contains the Court Monitor's expenses for June 6th, 2014 to June 30th, 2014.

**Salary & Wages**

| | | |
|---|---|---|
| Arnaldo Claudio **(Technical Compliance Advisor TCA)** | $15,530.00 | June 6th, 2014 to June 30th, 2014 |
| Eric Guzmán **(Executive Administrative Staff)** | $9,390.00 | June 6th, 2014 to June 30th, 2014 |
| Esq. Lara Morell **(Legal Advisor)** | $3,167.00 | June 12, 2014 to June 30th, 2014 |
| Anjélica Orfila **(Administrative Assistant)** | $667.00 | June 23, 2014 to June 30th, 2014 |
| Josué López **(Chouffer)** | $667.00 | June 23, 2014 to June 30th, 2014 |
| **Subtotal** | **$29,421.00** | |

Technical Compliance Advisor
USACPR Monitoring, Inc.
US District Court Monitor
District of Puerto Rico

**Car expenses**

| | |
|---|---|
| Tolls | $35.00 |
| Gasoline | $300.00 |

**Other Expenses**

| | |
|---|---|
| Coffeemaker | $40.00 |

**Subtotal** $375.00

**Grand total** $29,796.00

**Invoice #1**
**Monthly expenses for June 2014**

_____

**Arnaldo Claudio-TCA**

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.