### Receipt 1 (PUMA)

```
PUMA
RUIZ RIVERA 6/8
5/C PONCE PATO REY
787 722 0407

descr          qty       amount

Press 87%2              20.00

         Sub Total      20.00
         ESTATAL         0.00
         MUNICIPAL       0.00
         TOTAL          20.00
              CASH $    20.00

      Gracias por comprar en
              PUMA
REG# 0001 DRW# 004 ...
05/29/14 12:00:07
```

### Receipt 2 (illegible)

```
        20.00
  TAX    0.00
        20.00
```

### Receipt 3 (OATH - A Toda Hora)

```
           OATH
        A TODA HORA

BATCH           TERMINAL ID    MERCHANT ID
000146          30V18089       PT19050000002

         CREDIT SALE

AUTH. CODE: 406716    INVOICE: 010140
                      TRACE :010349

  amount    $         20.00
  state tax $          0.00
  Muni tax  $          0.00
  total     $         20.00

IVULOTO: 1HQHY-SPLV2
LT DRAW048 JUN/17/14

      NO SIGNATURE REQUIRED

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER
```

### Receipt 4 (Bucare Gulf)

```
                       H

           BUCARE GULF
      TURQUESA ESQ. AMATISTA
     BUCARE, GUAYNABO, PR 00969

CASH       REC# 84636      06/22/14

      ****  RECIBO  ****

1  GASOLINA                    40.00
                              -------
                               40.00
        TAX MUN . . . . .        .00
        TAX EST . . . . .        .00
                              -------
   TOTAL DE LA VENTA . . . .   40.00

   CAMBIO DE    40.00 -    .00


            2-G A  16:59:37


* * * * * * PIDA SU RECIBO * * * * * *
*                                    *
+     IVULOTO:                       *
*     ERROR EN COMUNICACION!         *
+     CONTROL -                      *
*                                    *
* * * *  Con el IVU Todos Ganamos  * * * *
```



```
       TEXACO 366 APOLO S/S
    AVE APOLO ESQ MERCURIO URB ALTO APOLO
              GUAYNABO
DATE          TIME              HOST
Jun 30,14     20:02:52          P.PAID
BATCH         TERMINAL ID   MERCHANT ID
000010        87880071      8788103700050

         PREPAID CASH

              PP NUMBER.
PEAJE         627607018060157

AUTH. CODE: 098RT0      INVOICE: 000229
                        TRACE  :000248

TOTAL :      $         15.00


SIGNATURE: X_____

            APPROVED
             18.35

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
        AGREEMENT WITH THE ISSUER

            CUSTOMER COPY
```



```
       TEXACO 366 APOLO S/S
    AVE APOLO ESQ MERCURIO URB ALTO APOLO
              GUAYNABO
DATE          TIME              HOST
Jun 06,14     19:46:51          P.PAID
BATCH         TERMINAL ID   MERCHANT ID
000284        87880071      8788103700050

         PREPAID CASH

              PP NUMBER.
PEAJE         627607018060157

AUTH. CODE: 097HDW      INVOICE: 006952
                        TRACE  :006417

TOTAL :      $         20.00


SIGNATURE: X_____

            APPROVED
             39.65

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
        AGREEMENT WITH THE ISSUER

            CUSTOMER COPY
          Gracias por su Patrocinio
```



# EXCHANGE

FORT BUCHANAN MAIN STORE
787-792-8989 DSN 707-2600/2112
0900-1900 MON
0900-2000 TUES THRU SAT
1000-1800 SUN & HOLIDAYS

## APPLIANCES
```
COFFEE FLTR 8IN-12CP  07128745201    1.19
COFFEEMKR 12C BLK 43574Y PS
   02233343574                      19.99
     EXCH PROTECTION PLAN YES
SP MINI CHOPPER 1.5 CUP
   76516756361                       9.99
     EXCH PROTECTION PLAN YES
FRESH GRIND COFFEE GRINDER
   04009480333                      14.99
     EXCH PROTECTION PLAN YES
```

## COSMETICS
```
50312 HD CONCEALER LIGHT
   60771050312                      18.70
BLISS FUZZ OFF       65104302323
                                    20.40
01456INGROWN ELIMINATOR PAD
   65104301456                      32.30
```

## GROCERY
```
CHZIT- DOUBLE CHEEZ SNACK MI
   02410057721                       1.99
CHZIT- DOUBLE CHEEZ SNACK MI
   02410057721                       1.99
```

## SPORTING GOODS
```
ELEMENT 5 24 CAN COOLER
   04120564739                      24.99

TOTAL                             $146.53
DEBIT CARD                        $146.53
XXXXXXXXXXXX4901
EXPIRY: XX/XX  SWIPED BANK
AUTH# 932406
SEQ# 4262

ITEMS 10
06/22/2014  12:39      2813 02 000101 5747
```



```
BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-523-1068
www.togostores.com

Descr.              qty         amount
-------             ---         ------
Prepay CA#04                     40.00
                               ---------
          Sub Total              40.00
               TAX                0.00
     TOTAL              40.00
          CASH    $      40.00
GRACIAS, VUELVA PRONTO
 REG# 0003 CSH# 014 DR# 01  TRAN# 30004
 06/29/14  20:18:26            ST# 00037
-------- PIDE TU RECIBO --------

     IVULOTO: Q2M48-SG1P6
     ST DRAW054 Jul/08/2014
     CONTROL: 620-391752

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------
```

(Second receipt, upside-down — same store)

```
BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-523-1068
www.togostores.com

Descr.              qty         amount
-------             ---         ------
Prepay CA#01                     40.00
                               ---------
          Sub Total              40.00
               TAX                0.00
     TOTAL              40.00
          CASH    $      40.00
GRACIAS, VUELVA PRONTO
 REG# 0002 CSH# 014 DR# 01  TRAN# 28649
 06/18/14  20:08:52             ST# 00037
-------- PIDE TU RECIBO --------

     IVULOTO: 9B2B0-X1AKH
     ST DRAW051 Jun/28/2014
     CONTROL: 267-506717

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------
```



Parking receipt (PASEO PORTUARIO):
```
ACIONAMIENTO
:EO PORTUARIO

Fee Comp    :
Cashier:                    CAJERO Id #22
Transact                           31033
Entered:                  06/16/2014 13:4
Exited:                   06/16/2014 17:1
Ticket #                       Dispenser
Lot:                         PASEO PORTUARI
Area:                              PARK N
Rate:                            MAIN RA
Parking                           $ 10.2
CITY TAX         1%               $  0.1
STATE TA         6%               $  0.6
Total Fe                          $ 10.9
Cash:                             $ 20.0
Total Pa                          $ 20 0
Change D                          $  9 0

is por su visita

ielva pronto
```

Gulf station receipt (rotated):
```
BUCARE GULF
TURQUESA ESQ. AMATISTA
BUCARE, GUAYNABO, PR 00969

CASH        REC# 87774    06/26/

**** RECIBO ****

 1 GASOLINA                    40.00

TOTAL DE LA VENTA........     40.00
   TAX MUN..............         .00
   TAX EST..............         .0C
CAMBIO DE    40.00 -             .00

        2-NL  16:44:53

****** PIDA SU RECIBO ******

IVULOTO: C7LCV-L76RM
ST DRAW 053 Jul 05, 2014
CONTROL - 176-759357

Con el IVU Todos Ganamos
```

```
Prepay CA#01                    40.00
                              --------
              Sub Total         40.00
                    TAX          0.00
        TOTAL            40.00
              CASH    $         40.00
GRACIAS, VUELVA PRONTO
 REG# 0003 CSH# 004 DR# 01  TRAN# 38556
 06/15/14  21:16:29           ST# 00037
--------- PIDE TU RECIBO ---------

  IVULOTO: FUP7A-KSXV9
  ST DRAW050 Jun/24/2014
  CONTROL: 253-531535

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------
```

```
              BUCARE GULF
          TURQUESA ESQ. AMATISTA
         BUCARE, GUAYNABO, PR 00969

CASH         REC# 70296        06/05/14

          ****  RECIBO  ****

  1  GASOLINA                    20.00
                                --------
                                  20.00
                  TAX MUN . . . . . .00
                  TAX EST . . . . . .00
                                --------
     TOTAL DE LA VENTA . . . . . 20.00

     CAMBIO DE   20.00  -   .00


            2-NL   20:10:07

* * * * * * PIDA SU RECIBO * * * * * *
*                                     *
*      IVULOTO: CZ3WO-QPJ9B           *
*      ST DRAW 047 Jun 14, 2014       *
*      CONTROL - 927-707668           *
*                                     *
* * * *  Con el IVU Todos Ganamos * * * *
```

```
              BUCARE GULF
          TURQUESA ESQ. AMATISTA
         BUCARE, GUAYNABO, PR 00969

CASH         REC# 69639        06/05/14

          ****  RECIBO  ****

  1  GASOLINA                    20.00
                                --------
                                  20.00
                  TAX MUN . . . . . .00
                  TAX EST . . . . . .00
                                --------
     TOTAL DE LA VENTA . . . . . 20.00

     CAMBIO DE   20.00  -   .00


            1-G A   08:34:12

* * * * * * PIDA SU RECIBO * * * * * *
*                                     *
*      IVULOTO: ML3MX-DK928           *
*      ST DRAW 047 Jun 14, 2014       *
*      CONTROL - 256-605966           *
*                                     *
* * * *  Con el IVU Todos Ganamos * * * *
```