Technical Compliance Advisor
TCAPR CORP.
US District Court Monitor
District of Puerto Rico

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Addendum to invoice dated July 1st, 2014 that includes TCA Office certification

Invoice for Initial Allocation of Resources.

**To the HONORABLE COURT,**

Comes the TCA Office and respectfully informs and requests:

1. On June 26, 2014 the parties agreed that the TCA could submit an invoice to cover the initial allocation and resources to the TCA Office for covering necessary administrative and operational expenses, to wit:

    a. Office rent deposit and one month in advance: $6,000.00

    b. Gasoline and tolls: $500.00

    c. Telephone switchboard, line and installation costs: $1,675.00 (see paragraph 14 [Docket 139])

Technical Compliance Advisor
TCAPR CORP.
US District Court Monitor
District of Puerto Rico

2. Consequently the TCA Office here by requests that a check be issued in the amount of $8,175.00.

3. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

THEREFORE, the TCA Office respectfully requests to this Honorable Court that a check be issued in the total amount of $8,175.00.

In San Juan, Puerto Rico, this day July 7th, 2014.

Arnaldo Claudio-TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.