Technical Compliance Advisor
TCAPR CORP.
US District Court Monitor
District of Puerto Rico

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Addendum to invoice dated July 1st, 2014 that includes TCA Office certification

Request for approval and payment of initial office expenses

**To the HONORABLE COURT,**

Comes here the TCA Office and respectfully informs and certifies that:

1. The following information contains the Court Monitor's expenses for June 6th, 2014 to June 30th, 2014.

   **Salary & Wages**

   | | | |
   |---|---|---|
   | Arnaldo Claudio **(Technical Compliance Advisor TCA)** | $15,530.00 | June 6th, 2014 to June 30th, 2014 |
   | Eric Guzmán **(Executive Administrative Staff)** | $9,390.00 | June 6th, 2014 to June 30th, 2014 |
   | Esq. Lara Morell **(Legal Advisor)** | $3,167.00 | June 12, 2014 to June 30th, 2014 |
   | Anjélica Orfila **(Administrative Assistant)** | $667.00 | June 23, 2014 to June 30th, 2014 |
   | Josué López **(Chouffer)** | $667.00 | June 23, 2014 to June 30th, 2014 |
   | **Subtotal** | **$29,421.00** | |

Technical Compliance Advisor
TCAPR CORP.
US District Court Monitor
District of Puerto Rico

**Car expenses**

|  | Tolls | $35.00 |
|---|---|---|
|  | Gasoline | $300.00 |

**Other Expenses**

|  | Coffeemaker | $40.00 |
|---|---|---|

**Subtotal** $375.00

**Grand total** $29,796.00

2. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

THEREFORE, the TCA Office respectfully requests to this Honorable Court that a check be issued in the total amount of $29,796.00.

In San Juan, Puerto Rico, this day July 7th, 2014.

Arnaldo Claudio -TCA

CERTIFICATE OF SERVICE: I hereby certify that an electronic copy of this document has been sent to all parties of record.