Technical Compliance Advisor
TCAPR CORP.
US District Court Monitor
District of Puerto Rico

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Addendum to invoice dated July 1st, 2014 that includes TCA Office certification

Request for payment of monthly expenses

**TO THE HONORABLE COURT,**

Comes here, the TCA Office, and respectfully informs and requests:

1. That the TCA Office may submit a request for payment of certain monthly expenses as per the Stipulation presented by the parties and approved by this Honorable Court on June 26, 2014 (Dkt. 139)

2. The TCA hereby submits for consideration, that the following administrative expenses be approved prior to their expenditure, in accordance to paragraph 22 of the Stipulation. Said expenses are as follows:

   a. Fixed monthly staff salaries:

   Arnaldo Claudio................................................$18,000.00

   Eric Guzmán.....................................................$10,800.00

   Lara A. Morell..................................................$5,000.00

   Anjélica Orfila..................................................$2,500.00

   Josué López......................................................$2,500.00

Technical Compliance Advisor
TCAPR CORP.
US District Court Monitor
District of Puerto Rico

b. Office expenses:

Monthly rent..................................................$3,000.00

Telephone & Internet
Service............................................................$164.99
                                                          --------------

Total..............................................................$41,964.99

3. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $41,964.99, the total amount of the fixed monthly expenses, for the month of July, 2014.

4. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

FOR ALL OF WHICH, the TCA Office respectfully requests this Honorable Court, that the monthly expenses be approved and a check issued in the amount of $41,964.99, the total amount of the fixed monthly expenses, for the month of July, 2014.

In San Juan, Puerto Rico, this day July 7th, 2014.

_____
Arnaldo Claudio -TCA


CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.