AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Commonwealth of Puerto Rico, et al.,<br>*Defendant* | )<br>)<br>)   Case No.   12-2039(GAG)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

only for purposes of notification, to provide immediate information to the PRPD thru it's Reform Unit.

Date:   06/30/2014

*Attorney's signature*

Xiomara Colón-Rodríguez USDC-PR 223904
*Printed name and bar number*

Palmar del Rio 18
Arbolote St. Box 322
Guaynabo, PR 00969
*Address*

xcrlaw@gmail.com
*E-mail address*

(787) 579-3651
*Telephone number*

(787) 774-2904
*FAX number*

RECEIVED AND FILED
2014 JUL -9 PM 2:37
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT