AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | ) | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:12-cv-2039 (GAG) |
| Commonwealth of Puerto Rico, et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America

Date: 07/31/2014

*Attorney's signature*

Zazy Ivonne Lopez G01916
*Printed name and bar number*

United States Department of Justice
950 Pennsylvania Avenue, NW
SPL, 601 D Street
Washington, DC 20530
*Address*

zazy.lopez@usdoj.gov
*E-mail address*

(202) 305-8702
*Telephone number*

(202) 514-4883
*FAX number*