IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>Defendants | CIVIL NO.: 12-2039 (GAG)<br><br>MATTER:<br><br>PLAINTIFFS DEMAND JURY TRIAL |

**MOTION IN COMPLIANCE WITH ORDER**

**TO THE HONORABLE COURT:**

COMES NOW, the Puerto Rico Police Department (PRPD) through the undersigned counsel and respectfully states as follows:

1. On May 27, 2014, this Honorable Court ordered the PRPD to submit a report in binder form, informing where exactly the PRPD stands in each of the areas addressed in the Agreement for the Sustainable Reform of the Puerto Rico Police Department. (Docket No. 119).

2. Pursuant to the aforementioned Order, this report shall not be made public until this Honorable Court so orders to allow review by all the parties and the TCA.

3. In compliance with this Honorable Court's Order, PRPD has submitted a Progress Report in binder form to this Honorable Court and to the following parties: Commonwealth Governor: Hon. Alejandro García-Padilla, the Attorney General of Puerto Rico: César Miranda, the Technical Compliance Advisor: Arnaldo Claudio, the Attorney General Office of the United States: Eric Holder, and to all counsel of record.

WHEREFORE we request from this Honorable Court that it takes notice of the aforementioned.

Motion in Compliance with Docket No. 119

WE HEREBY CERTIFY that on August 1st, 2014, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsel of record.

In San Juan, Puerto Rico, this August 1st, 2014.

RESPECTFULLY SUBMITTED.

**CESAR MIRANDA RODRÍGUEZ**
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVARA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov