INTAKE DROP BOX
RECEIVED & FILED
2014 JUL 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| as Defendant – Intervenor. | |

## NOTICE OF DOCUMENTS FILED AT THE HONORABLE SUPREME COURT OF THE UNITED STATES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. Jorge Diaz-Castro, as Proposed Intervening Defendant in the instant appeal, hereby would like to give notice to this Honorable United States District Court for Puerto Rico, than on July 11th, 2014, I filed at the Honorable Supreme Court of the United States an amended motion to proceed *in forma pauperis*, and an application for stay of Judgment, pending Certiorari review, via USPS Priority Mail.

2. A copy of these documents is hereby being included.

3. I would like to excuse myself for not complying with the stipulated date of July 14th, 2014, for giving notice to this Honorable Court; and would claim excusable neglect; because the printer I had been using became unavailable.

Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
NOTICE OF DOCUMENTS FILED AT THE HONORABLE SUPREME COURT
No. 3:12-cv-2039
Page No. 2

4.      Since the Solicitor General of the United States was noticed in a timely manner, on July 14th, 2014, I believe that the rights of the parties in the case(s) at the Honorable Court will not have been substantially impaired by the short delay.

5.      I would like to thank once again this Honorable Court, and the Office of the Clerk, for its help in the instant case(s).

**WHEREFORE,** Appellant hereby gives notice of documents filed in the case(s) hereby being appealed at the Honorable Supreme Court of the United States, so the Honorable United States District Court for the District of Puerto Rico may be so informed of his continued efforts.

**CERTIFICATION:** I certify that today I filed the foregoing motion with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on July ___, 2014.

_Jorge Díaz Castro_
Jorge Díaz Castro
PRO/SE
P.O. Box #9021288
San Juan, P.R. 00902-1288
Email: transcripciones@mail.com