INTAKE DROP BOX
RECEIVED & FILED

APPENDIX

2014 JUL 28 PM 2:05

TABLE OF CONTENTS

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

3:12-CV-2039
(G.A.G.)

Appendix B-2

| | |
|---|---|
| App. A: | ORDER (DISTRICT COURT) |
| App. B: | JUDGMENT IN A CIVIL CASE (CIRCUIT COURT) |
| App. C: | ORDER DENYING REHEARING (CIRCUIT COURT) |
| App. D: | ORDER EXTENDING THE TIME TO FILE (SUPREME COURT) |
| App. E: | LAW REVIEW ARTICLE ON 42 U.S.C. § 14141 (COLUMBIA LAW SCHOOL) |
| App. F: | BRIEFING PAPER ON 42 U.S.C. § 14141 (USDOJ) |
| App. G: | REPORT 42 U.S.C. § 14141 (USDOJ) |
| App. H: | UNPUBLISHED OPINION AND ORDER (D. OR.) |
| App. I: | MEMORANDUM OF LAW FOR PRELIMINARY INJUNCTION (CIRCUIT COURT) |
| App. J: | OTHER SOURCES: LOCAL NEWSPAPERS (SAN JUAN, PUERTO RICO) |