Appendix D

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

2014 JUN 16  P 4:39

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 12, 2014

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE 1st CIRCUIT

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Jorge Diaz-Castro
     v. United States
     Application No. 13A1220
     (Your No. 13-2079, 13-2306)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Breyer, who on June 12, 2014, extended the time to and including August 10, 2014.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by Melissa Blalock

Melissa Blalock
Case Analyst

D-1

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Jorge Diaz-Castro
P.O. Box 9021288
San Juan, PR 00902-1288


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

D-2



OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

D-3