Appendix J



Sarah Vázquez, *Policías llevan sus reclamos a Fortaleza* (photograph captioned in Spanish), Metro (San Juan), July 3d, 2014, at 2.

J-1

Sarah del Valle Hernandez, Marchan Policias- Reafirman lucha por sus derechos (newspaper article in Spanish), Indice (San Juan), July 3rd, 2014, at 5.



Los agentes caminaron desde El Escambrón hasta La Fortaleza.

# Marchan policías

## Reafirman lucha por sus beneficios

**SARA DEL VALLE HERNÁNDEZ**
Para ÍNDICE

EL GOBERNADOR Alejandro García Padilla accedió a reunirse con los líderes de los policías agrupados bajo la organización Policía en Acción Concertada (PAC), que ayer en la mañana comenzaron una marcha del balneario de El Escambrón hasta La Fortaleza en protesta por la reducción del bono de Navidad, la eliminación del exceso de días por enfermedad y por los cambios en su sistema de retiro.

El primer ejecutivo indicó que quería escuchar a los líderes y que desconocía sus reclamos. El presidente de la Cámara de Representantes, Jaime Perelló, estuvo presente en el cónclave.

La marcha, según el presidente del Sindicato de Policías Puertorriqueño, Ismael Rivera, tenía como fin protestar por la aprobación de "la nefasta Ley 3, que obliga al policía, al momento de retirarse, a irse a la indigencia y eso no lo podemos permitir".

J-2



# Juntos y felices

*Un centenar de miembros de la Policía protestaron desde el parque Luis Muñoz Rivera hasta La Fortaleza >Eric Rojas / EL VOCERO*

> El gobernador y los policías que participaron de la marcha de ayer llegan a un acuerdo para iniciar una serie de reuniones

**Yennifer Álvarez Jaimes**
>yalvarez@elvocero.com
@yetanajaimes

El liderato de las organizaciones que agrupan a los miembros de la Policía aceptó iniciar un proceso de diálogo con el Gobierno para buscar medidas de ahorro que permitan restablecer los beneficios que han perdido y mejorar su escala salarial.

Así lo informaron ayer los portavoces de Policías en Acción Concertada (PAC), frente que agrupa a las nueve organizaciones que representan a los agentes del orden público.

El acuerdo para iniciar una serie de reuniones surgió luego que cientos de policías marcharon desde el parque Luis Muñoz Rivera hasta el Capitolio y La Fortaleza.

Al llegar a la Mansión Ejecutiva, los portavoces de los policías se reunieron con el gobernador Alejandro García Padilla por al menos dos horas.

La protesta de los policías surge tras la eliminación de la liquidación de la licencia por enfermedad, la deuda pendiente por años relacionada al ajuste salarial, y los cambios al sistema de retiro, entre otros asuntos. La Policía además reclama la derogación de la Ley 66 de Sostenibilidad Fiscal y la Ley 3 que reformó el sistema de retiro. Durante la marcha ayer, miembros de la Uniformada -que pidieron no ser identificados- adelantaron que si el gobernador no atendía sus reclamos al 25 de julio agotarían sus días por enfermedad. Además, se distribuyeron hojas sueltas con el mismo mensaje. No obstante, los portavoces de PAC aseguraron que no emitieron la hoja suelta y que se trató de expresiones particulares de los agentes de la policía. Al culminar la reunión con el primer ejecutivo, Jaime Morales, presidente de COPS, indicó "que no se ha llegado a ningún acuerdo, ni hubo ninguna negociación". Pero aseguró que "hay disponibilidad al diálogo" sobre "un asunto bien complicado". "Le decimos a los compañeros que están en la calle que sigan haciendo su trabajo como siempre lo han hecho, porque lo han hecho ante la adversidad", sentenció Morales.



*Los policías se mostraron solidarios con los gremios obreros >Eric Rojas / EL VOCERO*

Por su parte, García Padilla destacó que "la Policía de Puerto Rico es consciente de la situación difícil que enfrenta la Isla y están dispuestos a sacar la cara para que Puerto Rico eche pa'lante". "Cuando la Policía viene aquí, no viene con un reclamo injusto… esta reunión de hoy no se trataba tanto de dólares y centavos… y eso se merece el respeto de cada puertorriqueño y puertorriqueña", agregó. A preguntas de EL VOCERO, el gobernador dijo que "es prematuro" adelantar de cuánto dinero se está hablando para atender los reclamos de la Uniformada.

> Accese el elvocero.com y vea nuestra galería de fotos

# Espaldarazo de José Caldero



**Maricarmen Rivera Sánchez**
>mrivera@elvocero.com
@mriverasnchz

El superintendente de la Policía, José Caldero, calificó de "justos" los reclamos de los policías que se lanzaron ayer a la calle, pero insistió en que los miembros de la Uniformada también tienen que aportar a la crisis fiscal que vive el país. Dijo además que el presupuesto del año fiscal que acaba de comenzar tiene $16 millones para atender promesas de dinero que se han hecho a los policías.

"La Policía tiene una deuda con todos los policías que ya está avalada por los tribunales del país y está en el nuevo presupuesto. Se asignaron $16 millones para empezar a pagar ese dinero", dijo Caldero.

Caldero aseguró que se reunió con los policías el jueves pasado y dijo estar dispuesto a sostener otras reuniones en aras de atender los reclamos de estos policías.

"Tenemos que pensar que han habido recortes por problemas fiscales que ha tenido Puerto Rico en todo el sector público y la Policía no ha sido la excepción. Están reclamando cosas justas, pero tenemos que ser más responsables y pensar en los problemas y recortes", dijo Caldero.

Recordó que el gobernador, Alejandro García Padilla, concedió el año pasado un aumento de $100 y aumentó $25 a la aportación al plan médico. Cientos de policías protestaron ayer porque entienden que se les adeudan horas extra y realizaron un reclamo por mejores condiciones de retiro. Llevaron el reclamo hasta La Fortaleza y también se reunieron con el presidente cameral, Jaime Perelló.

El superintendente agregó que pronto se cumplirá con la promesa de entregarles sellos para que puedan pasar los peajes sin pagar. Dijo que la Policía desembolsó poco más de $1 millón a la Autoridad de Carreteras para cumplir con esta promesa.

Sobre la petición de los policías de que se le paguen los días por enfermedad que acudieron a trabajar, Caldero recordó que la Ley de Sostenibilidad eliminó este beneficio para todos los empleados públicos, incluidos los policías.

"Todos los reclamos que hagan los servidores públicos, en este caso la Policía de Puerto Rico, son justos, pero tenemos que ver la crisis fiscal que está atravesando Puerto Rico", dijo Caldero.



*José Caldero superintendente de la Policía >Eric Rojas / EL VOCERO*

---

Yennifer Álvarez Jaimes, Juntos y felices (newspaper article in Spanish), El Vocero, July 3rd, 2014, at 7.

Maricarmen Rivera Sánchez, Espaldarazo de José Caldero (newspaper article in Spanish), El Vocero, July 3rd, 2014, at 7.

J-3

Rafael Lenín López, 18 meses: AGP y la prensa (newspaper column in Spanish), Metro (San Juan), July 3rd, 2014, at 8.



# metro
jueves, 3 de julio de 2014 — www.metro.pr — VOCES 08

ESTA COLUMNA EXPRESA SOLO EL PUNTO DE VISTA DE SU AUTOR.

**Opinión**

## RAFAEL LENÍN LÓPEZ
PERIODISTA, PRESIDENTE DE LA ASOCIACIÓN DE PERIODISTAS DE PUERTO RICO
TWITTER: @LENINPR

# 18 MESES: AGP Y LA PRENSA

**Así lo dijo**

"Es obvio que esta administración carece de una estrategia de comunicación pública. Aunque no es nuestra función fiscalizar ese problema en particular, no deja de ser uno pertinente para los periodistas".

Hay algunas estrategias oficialistas en contra de la prensa más sigilosas que otras. Aprovechando la coyuntura de los 18 meses de esta administración, y que ayer sirvió de celebración para la alegada creación de 55,305 empleos, repaso algunos asuntos pendientes y reclamos hechos por nuestros periodistas que el gobernador García Padilla ha ignorado.

Es obvio que esta administración carece de una estrategia de comunicación pública. Aunque no es nuestra función fiscalizar ese problema en particular, no deja de ser uno pertinente para los periodistas cuando eso afecta nuestro trabajo, y a fin de cuentas la ciudadanía no recibe toda la información que debería.

Precisamente ayer, después de la conferencia de prensa del gobernador sobre su "promesa cumplida", me acerqué con mi compañero fotoperiodista a la mesa en la que se habían ubicado dos carpetas, con títulos rimbombantes en sus portadas, y que contenían la supuesta evidencia de los empleos creados en estos 18 meses que van de cuatrienio. No bastó mi acercamiento y que yo abriera una de las carpetas, para que los ayudantes de García Padilla —entre estos el hermano de la recién confirmada jueza del Tribunal Supremo Maite Oronoz— me advirtieran que no podría fotografiar los documentos porque contenían información delicada. Es decir, al político de turno hay que creerle por fe, y las carpetas en "cuerpo presente", evidentemente, no eran más que parte del montaje mediático del momento.

La semana ya había comenzado con otra controversia con la prensa. El superintendente José Caldero anunció el cierre de las oficinas que sirven de enlace entre los periodistas y la Policía de Puerto Rico. La medida anunciada tiene un fin muy legítimo: reforzar la presencia de la Policía en nuestras calles ante un problema de seguridad pública. Sin embargo, el análisis hecho demuestra que la medida, al menos la ya tomada en las regiones policíacas de Bayamón y Carolina, redundará en la movilización a la calle de menos de 10 policías y que no se consideraron otras medidas, como sustituir ese personal para no tener que cerrar operaciones en esas oficinas. El precio a pagar, de ningún plan gubernamental, puede ser enajenar a la ciudadanía de información importante, mucho menos de la concerniente a la criminalidad. En el caso de la Policía, una medida como esta despierta además el fantasma de la manipulación de estadísticas.

Recordemos que La Fortaleza nunca atendió adecuadamente las quejas de la prensa sobre la política de mordaza que impuso el exsuperintendente Héctor Pesquera. Esperemos que no prevalezca de nuevo la mirada hacia el otro lado con los aires que soplan con el nuevo jefe policial.

En un tema relacionado también con la seguridad pública, la semana pasada, el Departamento de Justicia se allanó sin problemas a la instrucción del juez federal Gustavo Gelpí que le impuso una mordaza ante la prensa al monitor federal de la Policía, Arnaldo Claudio. Gelpí, en una instrucción inaudita, condicionó cualquier conversación pública que tenga el funcionario que devengará un astronómico salario proveniente de fondos públicos estatales. Desde la Asppro, hicimos un reclamo para que al menos el Gobierno de P. R., como parte en el pleito, reclamara una reconsideración en la instrucción del juez, pero ningún esfuerzo importante en esa dirección se ha observado.

¿Y el informe de Sánchez Betances? ¿Se acuerdan? Tras la salida del exsecretario de Justicia por defender a su "amigo del alma", La Fortaleza impidió a la prensa ver detalles del documento que consideró al momento de evaluar el rol del funcionario en aquel incidente.

La semana pasada, personal de protocolo del presidente de la Cámara, Jaime Perelló, trató de impedir físicamente que periodistas se acercaran y preguntaran al legislador sobre el debate presupuestario de entonces.

Así que, oficiales electos y nombrados de esta administración, la cordialidad no es suficiente. Tienen que ser un gobierno transparente de verdad.

J-4

## Presentan legislación sobre cosechas agrícolas

Los Representantes Charlie Hernández y César Hernández presentaron un proyecto de ley para penalizar el abandono de cosechas agrícolas en Puerto Rico, cuando esta fue establecida con incentivos del Estado Libre Asociado.

"Es inaceptable que un agricultor se beneficie de incentivos gubernamentales o de terrenos financiados por el Estado Libre Asociado y decida abandonar y lanzar a pérdida su cosecha. En esos casos, proponemos que el Departamento de Agricultura tome control y disponga de la cosecha abandonada", indicó Hernández. **METRO**

## Nuevo atraso al plan de uso de terrenos

Hasta noviembre no habrá plan de uso de terreno, así lo aseguró el presidente de la Junta de Planificación, Luis García Pelatti, durante una vista pública ante la Comisión de Hacienda y Finanzas Públicas del Senado. García Pelatti presentó su petición de presupuesto para el siguiente año fiscal ascendente a $13,495,000. **METRO**



## DRNA rechaza idea sobre propuesto Bosque Modelo

La secretaria del Departamento de Recursos Naturales y Ambientales (DRNA), Carmen Guerrero Pérez, rechazó que se cree una Secretaría Auxiliar en el DRNA, como lo dispuso la Cámara de Representantes, esto a fines de atender el nuevo proyecto del Bosque Modelo de Puerto Rico.

Y es que, a juicio de Guerrero, esto debilitaría el enfoque y el concepto de este.

Sus declaraciones se produjeron durante una vista pública de la Comisión de Recursos Naturales y Ambientales, que preside el senador Cirilo Tirado Rivera. **METRO**

## Policías donan sangre para sus colegas

Un nutrido grupo de policías donaron sangre ayer para sus dos compañeros José Rosario y Valerie Ortiz, quienes resultaron gravemente heridos durante un asalto en un negocio de Dorado.

Sobre la pesquisa, el superintendente de la Uniformada, José Caldero, detalló que está adelantada. **METRO**



## A un endoso para iniciar proyecto del parque Luis Muñoz Marín

El Municipio de San Juan está a la espera de un endoso a nivel federal para poder dar inicio al proyecto que se desarrollará en el parque Luis Muñoz Marín.

"Sobre las 17 cuerdas al lado del Pedrín Zorilla, ya recibieron el endoso de Parque Nacionales. Ahora estamos esperando el endoso de Departamento Interior de Estados Unidos", detalló la alcaldesa de la capital, Carmen Yulín Cruz.

Cruz precisó que, luego de recibir el endoso, que esperan que sea próximamente, se procederá a realizar la subasta. **METRO**

---

*Policias donan sangre para sus colegas (newspaper note in Spanish), Metro (San Juan), June 4th, 2014, at 4.*

J-5