IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs<br><br>        v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Defendants | CIVIL NO.: 12-2039 (GAG) |

**MOTION SUBMITTING PRPD'S PROGRESS REPORT
ON THE AGREEMENT ON THE SUSTAINABLE REFORM**

**TO THE HONORABLE COURT:**

COMES NOW, the Puerto Rico Police Department (PRPD) through the undersigned counsel and respectfully states as follows:

1. On May 27, 2014, this Honorable Court ordered the PRPD to submit a report in binder form, informing where exactly the PRPD stands in each of the areas addressed in the Agreement for the Sustainable Reform of the Puerto Rico Police Department. (Docket No. 119). The PRPD submitted the report as per the Court's Order.

2. Pursuant to the aforementioned Order, the report was not to be made public until the Honorable Court so ordered in order to allow review by all the parties and the TCA.

3. The Court has authorized PRPD's Progress Report on the Agreement on the Sustainable Reform to be made public. The document is hereby included as **Exhibit 1**.

4. The Department of Justice of the United States does not object to the filing of PRPD's progress report.

Motion Submitting PRPD's Progress Report

WHEREFORE we request from this Honorable Court that it takes notice of the aforementioned and accept the submission of PRPD's Progress Report on the Agreement on the Sustainable Reform.

WE HEREBY CERTIFY that on August 7, 2014, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsel of record.

In San Juan, Puerto Rico, this August 8, 2014.

RESPECTFULLY SUBMITTED.

**CESAR MIRANDA RODRÍGUEZ**
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVARA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov