**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**USA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO
RICO, et al.,**

    **Defendants.**

**Civil No. 12-2039 (GAG)**

## <u>MINUTES AND ORDER</u>

Today, counsel for the parties and  TCA, Col. (ret.) Arnaldo Claudio introduced to the court a group of experts to comprise the TCA team.  The members of the proposed team, all experts  in the different areas of the reform, are:

1.    Rafael Ríos

2.    Gerard LaSalle

3.    John Romero

4.    Marcos Soler

5.    Linda Navedo

6.    Allen Young

After reviewing their credentials and interviewing the candidates, the court approves these final appointments.  Therefore, the court hereby **APPOINTS** this team of experts.

**SO ORDERED**.

In San Juan, Puerto Rico this 15th day of August, 2014.

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge