UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for August, 2014.

| Core Team Expenses [1] | | |
|---|---|---|
| Gerard LaSalle | $9,100.00 | August 10, 2014 to August 16, 2014. |
| Linda V. Navedo | $9,100.00 | August 10, 2014 to August 16, 2014. |
| Rafael E. Ruíz | $9,100.00 | August 10, 2014 to August 16, 2014. |
| Marcos Soler | $9,100.00 | August 10, 2014 to August 16, 2014. |
| John J. Romero | $9,100.00 | August 10, 2014 to August 16, 2014. |
| Alan Youngs | $9,100.00 | August 10, 2014 to August 16, 2014. |
| **Subtotal** | | **$63,700.00** |
| | | |
| **Other Expenses** | | |
| Dodge Caravan Lease | $517.19 | August 10, 2014 to August 16, 2014 |
| Leased Vehicle's Gas | $123.45 | August 10, 2014 to August 16, 2014 |
| Core Team Driver- Héctor Díaz | $500.00 | August 10, 2014 to August 16, 2014 |
| State Insurance Fund | $1,844.32 [2] | |
| | | |
| **Subtotal** | | **$2,984.96** |
| | | |
| **Grand total** | | **$66,684.96** |

---

[1] Please see Professional Services Contract and Confidentiality Agreement and certified agenda.

[2] TCAPR, Corp. is an employer, and as such, it must comply with all local and federal laws regarding employees. This employment status is consistent with Section B of the *Stipulation and Order for the establishment of the TCA Office and the payment for TCA Expenses* (No. 12-cv-2039(GAG). Employers in Puerto Rico are required to sought out and acquire worker's compensation insurance policy ("Fondo del Seguro del Estado") with the State Insurance Fund Corporation in order to insure its employees in the workplace from workplace related injuries and/or sickness. This policy has been arranged for and paid thru December 31, 2014. The premium for such insurance coverage paid totaled $1,844.32 (see attached copy).

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $66,684.96, the total amount of the monthly expenses, for the month of August, 2014.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate, the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA Office respectfully requests this Honorable Court, that the August expenses be approved and a check be issued in the amount of $64,840.64, the total amount of the expenses for the month of August, 2014.

In San Juan, Puerto Rico, this day September 3, 2014.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.