

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 9/1/2014

Factura #: 2014-0965

Dirección Postal
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR 00918

Dirección de Servicio
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR 00918

*RECEIVED AND FILED 2014 SEP -4 PM 2:15 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT*

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 9/1/2014 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00

Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.



AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

---

ID Cliente: TCAPR
Nombre Cliente: TCAPR CORP

Fecha: 9/1/2014
Factura #: 2014-0965

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 9/1/2014 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00

Total: $3,000.00

Favor de remitir su pago con este talonario a la siguiente dirección:

P.O. Box 41207 - San Juan, PR 00940-1207

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Prior Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3405 |
|---|---|
| Date: | 9/1/2014 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

*RECEIVED AND FILED 2014 SEP -4 PM — CLERK'S OFFICE ANNEX U.S. DISTRICT COURT*

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (2/12-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
|  |  |  | Total: | 1460.00 |