

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 10/1/2014

Factura #: 2014-1052

Dirección Postal
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR 00918

Dirección de Servicio
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR00918

RECEIVED AND FILED
2014 OCT -6 PM 4:16
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
SAN JUAN, PR

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 10/1/2014 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00

Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI

---

ID Cliente        TCAPR
Nombre Cliente    TCAPR CORP

Fecha:      10/1/2014
Factura #:  2014-1052

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 10/1/2014 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00

Total: $3,000.00

**Favor de remitir su pago con este talonario a la siguiente dirección:**

**P.O. Box 41207 - San Juan, PR 00940-1207**

RECEIVED AND FILED
2014 OCT -6 PM 4: 16
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT

Reference Number: **633da5b60f321f6**

Save or print the following information as evidence of payment.

**Claro Puerto Rico**
PO BOX 70367
San Juan, PR 00936-8367

769528798

rrivera@rrgrouppsc.com

$ 188.88

| Transaction Date | Authorization # | Client | Payment Method | Description of Payment |
|---|---|---|---|---|
| 10/2/2014 9:45:12 AM | 663973 | TCAPR CORP | Commercial(*****6641) | EBW:293505:2014100209335187880 |

Payment Policy

**CONFIDENTIALITY NOTE:** This communication and any attachments included herein contain information that belongs to POPULAR, INC., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither POPULAR, INC. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.
No virus found in this message.
Checked by AVG - http://www.avg.com/
Version: 2014.0.4765 / Virus Database: 4037/8311 - Release Date: 10/02/14

# RRG

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

## Invoice for the Previous Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice#: | 3423 |
|---|---|
| Date: | 10/1/2014 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (2/1 2-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |

Total: 1460.00

*RECEIVED AND FILED 2014 OCT -6 PM 4:16 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT SAN JUAN, PR*

Page 1 of 1