# Customer Invoice 767263

POPULAR AUTO - CAROLINA
ROUTE #3 KM 9.5
CAROLINA, PR 00968
PH: (866) 257-4848

Date: 09/21/2014
Invoice Date: 09/21/2014

GUZMAN JANER, ERIC T
URB MILAVILLE 120 CALLE MAMEY
SAN JUAN, PR 00926
PH:(787) 765-2209

GUZMAN JANER, ERIC T
URB MILAVILLE 120 CALLE MAMEY
SAN JUAN, PR 00926

License Information:
647797
PR 03/08/2019

PO Number:
Agreement Number: 767263

| Vehicle Number | Vehicle Type | Vehicle Plate | Date Rented | Date Returned |
|---|---|---|---|---|
| 16897CR | 2014 FORD CLUB WAGON | IHL141 | 09/14/2014 08:30 AM | 09/21/2014 10:11 AM |

1 Week(s) @999.95                                                                                 Charged 7 Day(s)

| Description | Amount |
|---|---|
| RATE CHARGE | 999.95 |
| RATE CHARGE Discount | -199.99 |
| CDW AUTOS | 48.65 |
| EPASS TOLL SERVICE | 4.95 |
| LIABILITY 10,000/20,000/10,000 | 48.65 |
| CAROLINA CITY TAX | 8.05 |
| IVU STATE TAX | 48.29 |
| Total Charges | 958.55 |

Driver Total: 958.55
Driver Payments: 958.55
Net Due From Driver: 0.00

Tax ID: 660453249

Please Make Check Payable To and Remit To:

POPULAR AUTO
ROUTE #3 KM 9.5
CAROLINA, PR 00968

DUE UPON RECEIPT
Agreement Number: 767263
GUZMAN JANER, ERIC T

Please Pay This Amount: 0.00

```
          PUMA
    MUNOZ RIVERA S/S
      560 PDA.35 HATO REY
         787 758 3417

Descr.           qty         amount
-----           ---         ------
Prepay CA#04                 40.00
                            -------
              Sub Total      40.00
                 ESTATAL      0.00
                 MUNICIPAL    0.00
              TOTAL          40.00
                   CASH $    40.00
        Gracias por comprar en
              PUMA
REG# 0001 CSH# 004 DR# 01  TRAN# 17605
09/18/14  12:27:19           ST# TX230
```

```
              TO GO STORES
                CAPARRA

Descr.           qty         amount
-----           ---         ------
REG  CA #06    3.383L         3.00
              @ 0.887/ L
Prepay Fuel                 -20.00
                            -------
              Sub Total     -17.00
                    IVU       0.00
              TOTAL        -17.00
                   CASH $  -17.00
           MUCHAS GRACIAS
        PROHIBIDO EL CONSUMO DE
        BEBIDAS ALCOHOLICAS EN LOS
        PREDIOS DEL ESTABLECIMIENTO

REG# 0003 CSH# 006 DR# 01   TRAN# 35869
09/21/14  09:39:43            ST# 00002
```

```
              TO GO STORES
                CAPARRA

Descr.           qty         amount
-----           ---         ------
Prepay CA#06                 60.00
                            -------
              Sub Total      60.00
                    IVU       0.00
              TOTAL          60.00
                   CASH $    60.00
           MUCHAS GRACIAS
        PROHIBIDO EL CONSUMO DE
        BEBIDAS ALCOHOLICAS EN LOS
        PREDIOS DEL ESTABLECIMIENTO

REG# 0003 CSH# 006 DR# 01   TRAN# 35865
09/21/14  09:32:57            ST# 00002
-------- PIDE TU RECIBO --------

  IVULOTO: 2LHXZ-H356G
  ST DRAW078 Sep/30/2014
  CONTROL: 684-942149

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------
```

```
       Hugo Corp. Shell Forest Hills
         15 A-20 Esq. Carr. 167
              Forest Hills


Transaction #           1a2054o
Date:    9/10/..        Time  8:29 of PM
Cashier:   54           Register   1


Item     Description            Amount

         Gasoline               $70.00
                                -------
              Sub Total         $70.00
                 Total          $70.00

              Cash Tendered     $70.00
              Change Due         $0.00
```

RECEIVED AND FILED 2014 OCT -6 PM 4:16 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT OLD SAN JUAN PR

$59.00

RECEIVED AND FILED
2014 OCT -6 PM 4:16
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN PR

```
=========================================
                PRINT NO.      991

         SHELL FOREST HILLS
          TEL.787-785-0176


SEP 16 14 08:30PM    RECEIPT NO. 1047808

                     STORE ID 12345

PUMP  GRADE    VOLUME    PPU    AMOUNT
----  -------- --------- ------ --------
 1    REGULAR  60.876L   0.887     54.00
      PREPAY DEPOSIT               -70.00

              CASH     TOTAL      -16.00


=========================================
```

RECEIVED AND FILED
2014 OCT -6 PM 4:16
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
SAN JUAN PR

**TCAPR CORP.**
268 Muñoz Rivera Ave.
Suite 1001, World Plaza
San Juan PR 00918.

# TIME SHEET

Employee Name: Carlos Pacheco        Title: Driver

| Date | Start Time | End Time | Total Hrs. | Remarks |
|---|---|---|---|---|
| 9/14/2014 | 8:00 A.M. | 5:00 P.M. | 9 | |
| 9/15/2014 | 8:00 A.M. | 5:00 P.M. | 8 | |
| 9/16/2014 | 8:00 A.M. | 5:00 P.M. | 8 | |
| 9/17/2014 | 8:00 A.M. | 5:00 P.M. | 8 | |
| 9/19/2014 | 8:00 A.M. | 5:00 P.M. | 8 | |
| 9/20/2014 | 8:00 A.M. | 5:00 P.M. | 8 | |
| | | Weekly Totals | 40 | |

Employee signature: _____    Date: _____

Supervisor signature: _[signature]_           Date: 9/22/2014

Description: Provide transportation to the TCA Core Team, to and from lodging and meetings.

RECEIVED AND FILED 2014 OCT -6 PM 4:17 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT SAN JUAN PR



## Estado Bancario

Desde: 01 de julio de 2014
Hasta: 31 de julio de 2014

TCAPR CORP
URB GRAN VISTA II
59 PLAZA SEIS
GURABO PR 00778-5059

3518

MAXI PREMIUM NON PROFIT

Página 1

Número de Cuenta
**367-096641**

TCAPR CORP

## Resumen de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | |
| 02 Depósitos | |
| 11 Retiros | |
| Cargos por Servicios | |
| **Balance Final** | |

## Detalle de la actividad de su Cuenta

### Cheques

Balance inicial $0.00

#### Depósitos

##### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| | | 01 Total de hojas de depósito | |

##### Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| | | 01 Total de otros depósitos | |
| | | 02 Total de depósitos | |

#### Retiros

##### Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00102 | 07-16 | 501042125 | | 00108 | 07-31 | 500236251 | |
| 00103 | 07-21 | 501000017 | | 00126 | 07-11 | 500209201 | |
| 00105 | 07-31 | 500182726 | | 00127 | 07-11 | 500044352 | |
| 00106 | 07-31 | 500182718 | | 00128 | 07-11 | 500056823 | |

08 Cheques Pagados

##### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 07-09 | 90002454563 | Pago    Xxxxxx5990   Harland Checks  Chk Orders | $1.70 |
| 07-11 | 11407000256 | | |
| 07-31 | | | |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787-756-3939 ó 1-855-756-3939

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma mas rapida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal

Usted puede obtener información de:
- Balance en sus cuentas
- Productos y servicios comerciales
- Prestamos Comerciales
- Soluciones de credito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

RECEIVED AND FILED
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
SAN JUAN, PR
2014 OCT -6 PM 4:17

 **BANCO POPULAR.**

Desde: 30 de agosto de 2014
Hasta: 30 de septiembre de 2014

MAXI PREMIUM NON PROFIT

Página 2

Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 09-08 | 48008981317 | Pago Tcapr Corp | Xxxxxx3264 Credits | |
| 09-10 | 52009663705 | Pago Tcapr Corp | Xxxxxx3264 Credits | |
| 09-12 | 54000559342 | Pago Tcapr Corp | Xxxxxx3264 Payments | |
| 09-12 | 54000662245 | Pago Tcapr Corp | Xxxxxx3264 Payments | |
| 09-15 | 54000662228 | Pago Tcapr Corp | Xxxxxx3264 Credits | |
| 09-15 | 54000662235 | Pago Tcapr Corp | Xxxxxx3264 Credits | |
| 09-15 | 55000827058 | Pago IRS | Xxxxxx3051 Usataxpymt | |
| 09-15 | 58001439992 | Pago Hacienda Para Se Hacienda | Xxxxxx1456 | |
| 09-17 | 59001703257 | Pago Va Dept Taxation Tax Paymen | Xxxxxx3264 | |
| 09-29 | 69004276879 | Pago Tcapr Corp | Xxxxxx3264 Payments | |
| 09-30 | 69004376979 | Pago Tcapr Corp | Xxxxxx3264 Credits | |

11 Total de otros retiros
14 Total de retiros

## Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques | | 0.00 |
| *Cargo por Servicio | | 0.00 |
| *Cargo Cuenta sin Transacciones | | 0.00 |
| *Cheque Pagado/Devuelto contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Transacción Electrónica Pagada/Devuelta contra Fondos insuficientes o No Disponibles | | 0.00 |
| *Suspensión/Renovación de Pago de Cheque | | 0.00 |
| *Retiro ATH | | 0.00 |
| * 03 Cheques Exceso de  0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | 0.00 |
| Cargo IVU Estatal | | 0.00 |
| Cargo IVU Municipal | | 0.00 |
| Servicios Comerciales | | 96.50 |
| Cargo IVU Estatal Servicios Comerciales | | 0.09 |
| Cargo IVU Municipal Servicios Comerciales | | 0.02 |
| Total de Cargos para este Período | | $96.61 |

Balance Final

* Aplica IVU Estatal e IVU Municipal

RECEIVED AND FILED
2014 OCT -6 PM 4:17
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
SAN JUAN, PR



Desde:
01 de agosto de 2014
Hasta:
29 de agosto de 2014

MAXI PREMIUM NON PROFIT

Página 2

Numero de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-27 | 39006016936 | | |
| 08-29 | 39006405136 | | |

02 Total de otros retiros
13 Total de retiros

## Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques | | 0.00 |
| *Cargo por Servicio | | 0.00 |
| *Cargo Cuenta sin Transacciones | | 0.00 |
| *Cheque Pagado/Devuelto contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Transacción Electrónica Pagada/Devuelta contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Suspensión/Renovación de Pago de Cheque | | 0.00 |
| *Retiro ATH | | 0.00 |
| *11 Cheques Exceso de 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | 0.00 |
| Cargo IVU Estatal | | 0.00 |
| Cargo IVU Municipal | | 0.00 |
| Servicios Comerciales | | 20.00 |
| Cargo IVU Estatal Servicios Comerciales | | 0.00 |
| Cargo IVU Municipal Servicios Comerciales | | 0.00 |
| Total de Cargos para este Período | | $20.00 |

Balance Final

* Aplica IVU Estatal e IVU Municipal

## Detalle de Servicios Comerciales para el Período 07/14

| Descripción de Servicio | Código | Volumen | Precio | Cargos por servicio |
|---|---|---|---|---|
| Wcm Information Reporting | E | 1 | 20.0000 | 20.00 |
| Wcm Accounts | E | 1 | 0.0000 | 0.00 |
| Wcm Balance & Transactions | E | 7 | 0.0000 | 0.00 |
| Total de Cargos por Servicios Comerciales | | | | $20.00 |
| Total de Cargos Sujetos a IVU | | | | 0.00 |
| Total de Cargos a los que se les Aplicó IVU | | | | 0.00 |
| Cargo IVU Estatal.   0.00 | | Cargo IVU Municipal   0.00 | | |

RECEIVED AND FILED
2014 OCT -6 PM 4:17
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
SAN JUAN, PR

Preliminary CT Agenda

Sunday, September 14, 2014
- Core Team Arrivals

Monday September 15, 2014
- 8:15-8:30-Transportation to TCA Office
- 9:00-11:30 - Meeting with TCA Staff (Adm. Matters)
- 11:30-12:15 - Lunch
- 12:15-1:00 - Transportation to Caguas
- 1:00-4:00 - Meeting in Caguas Police Station
- 4:00-5:00 - Transportation to TCA Office
- 6:00-6:30 - Transportation to hotel

Tuesday, September 16, 2014 –
- 8:15-8:30 - Transportation to TCA Office
- 9:00-10:30 - Previous day discussion and preparation for Ponce
- 10:30:12:00 - Transportation to Ponce
- 12:00-1:00 - Lunch
- 1:00-4:00 - Meeting Ponce Police Station
- 4:00-5:30 - Transportation to TCA Office
- 5:30-6:30 - TCA CT Meeting @ TCA Office
- 6:30-7:00 - Transportation to hotel

Wednesday, September 17, 2014
- 8:15-8:30 - Transportation to TCA Office
- 8:30-9:00 – Meeting with Julia Keleher
- 9:00-11:30 - Meeting with Special Communities Groups and Loiza Community (Carmen Villanueva)
- 11:30-12:15 - Lunch
- 12:15-1:00 - Travel to Police Academy Gurabo
- 2:00-3:00 Meeting with Pedro Roselló at Biblioteca Pedro Roselló, Universidad del Turabo
- 1:30-4:30 - Meeting with Coronela Hernandez
- 4:30-5:30 - Transportation to hotel

Thursday, September 18, 2014
- 8:15-8:30 - Transportation to TCA Office
- 9:00-12:00 - Visit to SWAT Team and Tactical Operation Head Office
- 12:00-12:45 - Lunch
- 12:45-1:00 - Transpotation to ACLU's Office
- 1:00-5:00 Meeting in ACLU
- 5:00-5:15 Transportation to TCA Office
- 5:15-6:30 Meeting at TCA Office
- 6:30-7:00 Transportation to hotel

Friday September 19, 2014
- 8:15-8:30 - Transportation to TCA Office
- 9:00-12:00 - Meeting in TCA Office with CT, US & PR DOJ, PRPD to discuss and evaluate Action Plans
- 12:00-1:00 - Lunch
- 1:00-5:00 - Action Plans evaluation and discussion. Wrap-up section between TCA and TCA CT

Saturday, September 20, 2014
- Core Team departures

RECEIVED AND FILED
2014 OCT -6 PM 4:17
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
SAN JUAN PR