UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>　　　　　　Defendants. | No. 12-cv-2039 (GAG) |

MOTION TO PROVIDE ADDITIONAL INFORMATION AMMENDING INVOICES

**TO THE HONORABLE COURT,**

　　Comes here, the Technical Compliance Advisor, and respectfully informs, states, and submits:

1. That on October 6, 2014, the Technical Compliance Advisor submitted to this Honorable Court, the TCA's Office Fixed Monthly Expense Invoice and the Request for Approval and Payment of Expenses for the months of September and October.

2. That the description of the duties, activities and work performed by the Technical Compliance Advisor, his staff, and the Core Team, were not included with the invoices presented to the court.

3. A detailed description of the said is attached to the present Motion, along with the individual invoices for each member of the Core Team.

　　**FOR ALL OF WHICH,** the Technical Compliance Advisor, respectfully requests from this Honorable Court, that this Motion be approved; and the description of work performed, including the individual invoices of the Core Team, be made part of the Fixed Monthly Expense Invoice and the Request for Approval and Payment of Expenses, respectively.

　　In San Juan, Puerto Rico, this day October _16_, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

UNITED STATES OF AMERICA v. COMMONWEALTH OF PUERTO RICO, ET. AL.
No. 12-cv-2039 (GAG)
MOTION TO PROVIDE ADDITIONAL INFORMATION AMMENDING INVOICES

## Highlights of the TCA's Office activities for the month of September:

1) Meeting with police association representatives from COPS.

2) Meeting with Explosive Ordinance Team PRPD.

3) Visit to Manuel A. Perez Public Housing, to participate in Public Housing Forum.

4) Meeting with San Juan's Mayor and Deputy Secretary of the Puerto Rico Housing Department.

5) Meeting with the President of Carlos Albizu University.

6) Meeting with representatives for Project Matria (focus of the project is on abused women).

7) Meeting with the parents of Carlos Sandoval, who was killed by a municipal police agent in Guaynabo.

8) Conference call with parties (5 September).

9) Officer Candidate School presentation.

10) Interview with candidates for constitutional law.

11) Meeting with Cecilia la Luz, LBGTT representative.

12) Meeting with FBI, National Guard and PRPD.

13) Meeting at homeless shelter, Fondita de Jesus.

14) Office call with former Governor Sila Maria Calderon.

15) Meeting with representatives of the Dominican community at San Mateo's Church.

16) Meeting with House Representative, Angel Matos Garcia.

17) Meeting with LTC Clementina Vega and tour of Police Headquarters.

18) Meeting with Carmen Villanueva concerning the Special Communities.

19) Meeting with Carolina's Major and visit to the command center.

UNITED STATES OF AMERICA v. COMMONWEALTH OF PUERTO RICO, ET. AL.
No. 12-cv-2039 (GAG)
MOTION TO PROVIDE ADDITIONAL INFORMATION AMMENDING INVOICES

20) Night visit to Juncos and Highway Patrol (Route 52).

21) Preliminary Action Plans discussion and reviews by the Core Team.

Core Team visit:

Sunday, September 14, 2014: Core Team Arrivals

Monday September 15, 2014
- 8:15-8:30-Transportation to TCA Office
- 9:00-11:30 - Meeting with TCA Staff (Adm. Matters)
- 11:30-12:15 - Lunch
- 12:15-1:00 - Transportation to Caguas
- 1:00-4:00 - Meeting in Caguas Police Station
- 4:00-5:00 - Transportation to TCA Office
- 6:00-6:30 - Transportation to hotel

Tuesday, September 16, 2014
- 8:15-8:30 - Transportation to TCA Office
- 9:00-10:30 - Previous day discussion and preparation for Ponce
- 10:30:12:00 - Transportation to Ponce
- 12:00-1:00 - Lunch
- 1:00-4:00 - Meeting Ponce Police Station
- 4:00-5:30 - Transportation to TCA Office
- 5:30-6:30 - TCA CT Meeting @ TCA Office
- 6:30-7:00 - Transportation to hotel

Wednesday, September 17, 2014
- 8:15-8:30 - Transportation to TCA Office
- 9:00-11:30 - Meeting with Special Communities Groups and Loiza Community (Carmen Villanueva)
- 11:30-12:15 - Lunch
- 12:15-1:00 - Travel to Police Academy Gurabo
- 1:00-4:30 - Meeting with Coronela Hernandez
- 4:30-5:30 - Transportation to hotel

Thursday, September 18, 2014

- 8:15-8:30 - Transportation to TCA Office
- 9:00-12:00 - Visit to SWAT Team and Tactical Operation Head Office
- 12:00-12:45 - Lunch
- 12:45-1:00 - Transpotation to ACLU's Office
- 1:00-5:00 Meeting in ACLU
- 5:00-5:15 Transportation to TCA Office
- 5:15-6:30 Meeting at TCA Office
- 6:30-7:00 Transportation to hotel

Friday September 19, 2014
- 8:15-8:30 - Transportation to TCA Office
- 9:00-12:00 - Meeting in TCA Office with CT, US & PR DOJ, PRPD to discuss and evaluate Action Plans
- 12:00-1:00 - Lunch
- 1:00-5:00 - Action Plans evaluation and discussion. Wrap-up section between TCA and TCA CT

Saturday, September 20, 2014: Core Team departures