Rafael E. Ruiz
610 Pleasant St.
Canton, MA. 02021
1-617-759-9156

# INVOICE

TO: **TCAPR, Corp.**
　　　268 Muñoz Rivera
　　　Suite 1001, World Plaza
　　　San Juan, PR 00918

INVOICE NO.　　2014-2

DATE　　　　　September 20, 2014

PERIOD ENDING:　　9/30/14

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| | | | 0 | $ - |
| 09/01/14 | | | 0 | $ - |
| 09/02/14 | | | 0 | $ - |
| 09/03/14 | | | 0 | $ - |
| 09/04/14 | | | 0 | $ - |
| 09/05/14 | | | 0 | $ - |
| 09/06/14 | | | 0 | $ - |
| 09/07/14 | | | 0 | $ - |
| 09/08/14 | | | 0 | $ - |
| 09/09/14 | | | 0 | $ - |
| 09/10/14 | | | 0 | $ - |
| 09/11/14 | | | 0 | $ - |
| 09/12/14 | | | 0 | $ - |
| 09/13/14 | | | 0 | $ - |
| 09/14/14 | | Travel Day | 1 | $ 1,300.00 |
| 09/15/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/16/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/17/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/18/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/19/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/20/14 | | Travel Day | 1 | $ 1,300.00 |
| 09/21/14 | | | 0 | $ - |
| 09/22/14 | | | 0 | $ - |
| 09/23/14 | | | 0 | $ - |
| 09/24/14 | | | 0 | $ - |
| 09/25/14 | | | 0 | $ - |
| 09/26/14 | | | 0 | $ - |
| 09/27/14 | | | 0 | $ - |
| 09/28/14 | | | 0 | $ - |
| 09/29/14 | | | 0 | $ - |

| 09/30/14 | | | 0 | $ | - |
| --- | --- | --- | --- | --- | --- |
| | | TOTAL INVOICE | 7.00 | $ | 9,100.00 |

I herbey declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: _____     Title: _____ TCA Core Team

Print Name: _____ Rafael E. Ruiz _____     Date: _____ 20-Sep-14

Make all checks payable to ____Rafael E. Ruiz_____
**THANK YOU FOR YOUR BUSINESS!**

Gerard LaSalle
9 Phyllis Lane, Fairfield
New Jersey, 07004
1-973-943-3167



TO: **TCAPR, Corp.**
    268 Muñoz Rivera
    Suite 1001, World Plaza
    San Juan, PR 00918

INVOICE NO.   2014-2

DATE   September 20, 2014

PERIOD ENDING:   9/30/14

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| | | | 0 | $ - |
| 09/01/14 | | | 0 | $ - |
| 09/02/14 | | | 0 | $ - |
| 09/03/14 | | | 0 | $ - |
| 09/04/14 | | | 0 | $ - |
| 09/05/14 | | | 0 | $ - |
| 09/06/14 | | | 0 | $ - |
| 09/07/14 | | | 0 | $ - |
| 09/08/14 | | | 0 | $ - |
| 09/09/14 | | | 0 | $ - |
| 09/10/14 | | Travel Day | 1 | $ 1,300.00 |
| 09/11/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/12/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/13/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/14/14 | | | 0 | $ - |
| 09/15/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/16/14 | | Core Team Visit | 1 | $ 1,300.00 |
| 09/17/14 | | Travel Day | 1 | $ 1,300.00 |
| 09/18/14 | | | 0 | $ - |
| 09/19/14 | | | 0 | $ - |
| 09/20/14 | | | 0 | $ - |
| 09/21/14 | | | 0 | $ - |
| 09/22/14 | | | 0 | $ - |
| 09/23/14 | | | 0 | $ - |
| 09/24/14 | | | 0 | $ - |
| 09/25/14 | | | 0 | $ - |
| 09/26/14 | | | 0 | $ - |
| 09/27/14 | | | 0 | $ - |
| 09/28/14 | | | 0 | $ - |
| 09/29/14 | | | 0 | $ - |

|  | 7.00 | $ | 9,100.00 |

I herbey declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature:

Title: TCA Core Team

Print Name: Gerard LaSalle

Date: 20-Sep-14

Make all checks payable to ___Gerard LaSalle___

**THANK YOU FOR YOUR BUSINESS!**

Alan Youngs
5552 West Lakeridge Rd.
Denver, CO. 80227
1-720-232-5812

# INVOICE

TO: **TCAPR, Corp.**
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO.    2014-2

DATE    September 20, 2014

PERIOD ENDING:    9/30/14

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| | | | 0 | $          - |
| 09/01/14 | | | 0 | $          - |
| 09/02/14 | | | 0 | $          - |
| 09/03/14 | | | 0 | $          - |
| 09/04/14 | | | 0 | $          - |
| 09/05/14 | | | 0 | $          - |
| 09/06/14 | | | 0 | $          - |
| 09/07/14 | | | 0 | $          - |
| 09/08/14 | | | 0 | $          - |
| 09/09/14 | | | 0 | $          - |
| 09/10/14 | | | 0 | $          - |
| 09/11/14 | | | 0 | $          - |
| 09/12/14 | | | 0 | $          - |
| 09/13/14 | | | 0 | $          - |
| 09/14/14 | | Travel Day | 1 | $     1,300.00 |
| 09/15/14 | | Core Team Visit | 1 | $     1,300.00 |
| 09/16/14 | | Core Team Visit | 1 | $     1,300.00 |
| 09/17/14 | | Core Team Visit | 1 | $     1,300.00 |
| 09/18/14 | | Core Team Visit | 1 | $     1,300.00 |
| 09/19/14 | | Core Team Visit | 1 | $     1,300.00 |
| 09/20/14 | | Travel Day | 1 | $     1,300.00 |
| 09/21/14 | | | 0 | $          - |
| 09/22/14 | | | 0 | $          - |
| 09/23/14 | | | 0 | $          - |
| 09/24/14 | | | 0 | $          - |
| 09/25/14 | | | 0 | $          - |
| 09/26/14 | | | 0 | $          - |
| 09/27/14 | | | 0 | $          - |
| 09/28/14 | | | 0 | $          - |
| 09/29/14 | | | 0 | $          - |

| 09/30/14 | | | | 0 | $ | - |
| | | | TOTAL INVOICE | 7.00 | $ | 9,100.00 |

I herbey declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *Alan C. Youngs*          Title:          TCA Core Team

Print Name:          Alan C. Youngs          Date:          20-Sep-14

Make all checks payable to ___Alan C. Youngs_____
**THANK YOU FOR YOUR BUSINESS!**

Company Name: John J Romero
Address: 2301 Pacific Ave
Cosa Mesa CA 92627
Phone: 978 375-559u

# INVOICE

TO: TCAPR, ~~LLC~~ Corp
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO.   2014/2

DATE   09/20/2014

PERIOD ENDING: _____

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|------|---------------|---------------|-----------------|---------------|
| Sept 14, 2014 | | Travel Day | 1 | $ 1,300 |
| Sept 15, 2014 | | Core Tm visit | 1 | $ 1,300 |
| Sept 16, 2014 | | Core Tm visit | 1 | $ 1,300 |
| Sept 17, 2014 | | Core Tm visit | 1 | $ 1,300 |
| Sept 18, 2014 | | Core Tm visit | 1 | $ 1,300 |
| Sept 19, 2014 | | Core Tm visit | 1 | $ 1,300 |
| Sept 20, 2014 | | Travel Day | 1 | $ 1,300 |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | TOTAL INVOICE | 0.00 | $ 9100 |

I herbey declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: J J Romero     Title: TCA Core Team

Print Name: John J Romero     Date: 09/20/14

Make all checks payable to  John J Romero

### THANK YOU FOR YOUR BUSINESS!

Company Name: MARCOS F. SOLER
Address: 20 ORD T LANE
STATEN ISLAND, NY 10314
Phone: 347-420-4058

# INVOICE

TO: TCAPR, ~~LLC~~ CORP
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO. 2014/02

DATE 9/21/2014

PERIOD ENDING: SEPTEMBER 2014

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| SEPTEMBER 17, 2014 | | TRAVEL DAY | 1 | $ 1,300 |
| September 19, 2014 | | TEAM-CORE-VISITS | 1 | $ 1,300 |
| September 18, 2014 | | TEAM-CORE-ACTION PLANS | 1 | $ 1,300 |
| September 20, 2014 | | TEAM-CORE-ACTION PLANS | 1 | $ 1,300 |
| September 21, 2014 | | CORE TEAM-ACTION PLANS | 1 | $ 1,300 |
| | | & TRAVEL DAY | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | TOTAL INVOICE | 5 | $ 6,500 |

I herby declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: _____

Title: TCA CORE TEAM

Print Name: MARCOS F. SOLER

Date: 09/21/2014

Make all checks payable to MARCOS F. SOLER

THANK YOU FOR YOUR BUSINESS!

Company Name: *Linda V. Navedo Cortés*
Address: *Cond. Club Costa Marina 3, Apt. 4-J*
*P.R. Galicia Final, Vistamar Marina, Catolina, PR*
Phone: *787. 646. 5633*

# INVOICE

TO: **TCAPR, LLC**
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO. *2014 - 02*

DATE *20 / septiembre / 2014*

PERIOD ENDING: *Septiembre / 2014*

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|------|---------------|---------------|-----------------|---------------|
| 14 - SEPT - 2014 | | Sesión Trabajo Core Team | 1 | $ 1,300.00 - |
| 15 - SEPT - 2014 | | Sesión Trabajo Core Team | 1 | $ 1,300.00 - |
| 16 - SEPT - 2014 | | Sesión Trabajo Core Team | 1 | $ 1,300.00 - |
| 17 - SEPT - 2014 | | Sesión Trabajo Core Team | 1 | $ 1,300.00 - |
| 18 - SEPT - 2014 | | Sesión Trabajo Core Team | 1 | $ 1,300.00 - |
| 19 - SEPT - 2014 | | Sesión Trabajo Core Team | 1 | $ 1,300.00 - |
| 20 - SEPT - 2014 | | Sesión Trabajo Core Team | 1 | $ 1,300.00 - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | TOTAL INVOICE | 7.00 | $ 9,100.00 - |

I herbey declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *Linda V. Navedo Cortés*

Title: *TCA Core Team*

Print Name: *Linda V. Navedo Cortés*

Date: *20 de septiembre de 2014*

Make all checks payable to *Linda V. Navedo Cortés*
**THANK YOU FOR YOUR BUSINESS!**