**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
ROOM 150  FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED & FILED
2014 OCT 16  PM 4:04
CLERK'S OFFICE
US DISTRICT CRT
SAN JUAN, PR

Hasler
10/10/2014
US POSTAGE



Jorge Diaz-Castro
Cesar Gonzalez 400
Suite 189
San Juan, PR 00918

NIXIE         009   CE 1009      8710/15/1
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 00918170399     *2083-07849-10-4

00918017 03

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Puerto Rico

**Notice of Electronic Filing**

The following transaction was entered on 10/8/2014 at 11:25 AM AST and filed on 10/8/2014
**Case Name:**        USA v. Commonwealth of Puerto Rico et al
**Case Number:**      3:12-cv-02039-GAG
**Filer:**
**WARNING: CASE CLOSED on 07/18/2013**
**Document Number:** 170(No document attached)

Docket Text:
**ORDER granting [168] Motion for Disbursement of Funds Signed by Judge Gustavo A. Gelpi on 10/8/14. (al)**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Puerto Rico

**Notice of Electronic Filing**

The following transaction was entered on 10/8/2014 at 11:26 AM AST and filed on 10/8/2014
**Case Name:**      USA v. Commonwealth of Puerto Rico et al
**Case Number:**    3:12-cv-02039-GAG
**Filer:**
**WARNING: CASE CLOSED on 07/18/2013**
**Document Number:** 171(No document attached)

**Docket Text:**
**ORDER granting [169] Motion for Disbursement of Funds Signed by Judge Gustavo A. Gelpi on 10/8/14. (al)**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Puerto Rico

**Notice of Electronic Filing**

The following transaction was entered on 10/8/2014 at 3:51 PM AST and filed on 10/7/2014
**Case Name:**       USA v. Commonwealth of Puerto Rico et al
**Case Number:**     3:12-cv-02039-GAG
**Filer:**
**WARNING: CASE CLOSED on 07/18/2013**
**Document Number:** 172(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Judge Gustavo A. Gelpi:In Camera Conference held on 10/7/2014. The Court met In Camera with TCA, Department of Justice and PRPD Union Members. (al)**