# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff;<br><br>   v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                 Defendants. | No. 12-cv-2039 (GAG) |

## MOTION TO DEPOSIT THE TCA OFFICE'S BUDGET

**TO THE HONORABLE COURT:**

    **COME NOW,** the Defendant, the Commonwealth of Puerto Rico, through the undersigned attorney, and hereby states and prays as follows:

1. As per Joint Stipulation and Order (Dkt. #139) the Commonwealth of Puerto Rico hereby consigns with the Clerk of the United States District Court the amount of $100,000.00 through certified check number 03185095, to cover the TCA's Budget for the 24 days of June 2014.

2. Check number 03185095, will be deposited with the Clerk of the Court.

**WHEREFORE**, the undersigned attorney respectfully requests that this Honorable Court take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of October, 2014.

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically on this 30th day of October 2014, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

**CESAR MIRANDA RODRÍGUEZ**
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVERA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov