## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, ET AL., <br><br> Defendants. | No. 12-cv-2039 (GAG) |

### Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for October, 2014.

| Core Team Expenses | | |
|---|---|---|
| Visit[1] | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | October 6th, 2014 to October 10th, 2014. |
| Rafael E. Ruíz | $6,500.00 | October 6th, 2014 to October 10th, 2014. |
| Marcos Soler | $6,500.00 | October 9th, 2014 to October 13, 2014. |
| John J.Romero | $6,500.00 | October 6th, 2014 to October 10th, 2014. |
| Alan Youngs | $6,500.00 | October 6th, 2014 to October 10, 2014. |
| **Subtotal** | | **$32,500.00** |
| | | |
| Telework[2] | | |
| Gerard LaSalle | $3,900.00 | October 2014 |
| Linda V. Navedo | $2,600.00 | October 2014 |
| Rafael E. Ruíz | $2,600.00 | October 2014 |
| Marcos Soler | $2,600.00 | October 2014 |
| John J.Romero | $2,600.00 | October 2014 |
| Alan Youngs | $2,600.00 | October 2014 |
| **Subtotal** | | **$16,900.00** |
| | | |
| Other Expenses[3] | | |
| Car Wash Service | $20.00 | |
| Core Team Driver-**Carlos Pacheco** | $750.00 | October 5th, 2014 to October 11 |

[1] Please see Core Team visit agenda.
[2] Please see Core Team invoices attached.
[3] Please find attached invoices.

| | | |
|---|---|---|
| Printer Lexmark Toner | $160.00 | October 22nd, 2014. |
| **Constitutional Lawyer** | | |
| Antonio Bazan | $1,250.00 | |
| Alfredo Castellanos | $1,500.00 | |
| **Subtotal** | | **$3,680.00** |
| | | |
| | | |
| **Grand total** | | **$53,080.00** |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $53,080.00, the total amount of the monthly expenses, for the month of , October 2014.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate, the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA Office respectfully requests this Honorable Court, that the October expenses be approved and a check be issued in the amount of $53,080.00, the total amount of the expenses for the month of October, 2014.

   In San Juan, Puerto Rico, this day November 10 , 2014.

   I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

## VOUCHER

**INVOICE DATE:** October 14, 2014

**TO:** TCA Corporation

**FROM:** Gerard LaSalle, Ph.D.  LLC
PO Box 1705
West Caldwell, NJ 07004

**PHONE**: (H) 973-882-8054   (W)570-422-3192 (FAX)_____
**E-MAIL:** jlasalle24@comcast.net   (Cell) 973-943-3167
**SOCIAL SECURITY** # 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        **TAX ID** 20-5830242

**NAME OF CASE/MATTER**: Reform Agreement Police of Puerto Rico

**INVOICE #:** _GLaSalle

**Professional Fee**
October 3-14, 2014
Report Preparation __26____ hours at $ 150.00 per hour
Document Review
**TOTAL AMOUNT DUE**                                     **$3900.**


_____
Signature

_____
Date

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2014
# LINDA V. NAVEDO CORTÉS

1 CLUB, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:   TCAPR, LLC
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of October 2014, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session to continue the review, analysis and drafting of document for the recommendations' to the Professionalization Action Plan. (6.0 hours) | N/A | X | 1/October | |
| Preparation, assistance and participation in meeting held at the Police Headquarters with the Reform Office's group of work and Mr. Eric Guzman of the TCA Office, for the initial discussion of the General Order 800-801 on the Community Interactions' Committees. (4.0 hours)  Reading and review of documents related to the Action Plans submitted by the Police of Puerto Rico, sent by the Core Team. (2.0 hours) | N/A | X | 2/October | |
| TCA Core Team Week | N/A | X | 6/October | $1,300.00 |
| TCA Core Team Week | N/A | X | 7/October | $1,300.00 |
| TCA Core Team Week | N/A | X | 8/October | $1,300.00 |
| TCA Core Team Week | N/A | X | 9/October | $1,300.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week | N/A | X | 10/October | $1,300.00 |
| Working session for the analysis of the topic of Hate Crimes through the revision of the following: Law. No. 46, 2002, Special Order No. 2010-5, Special Order No. 2010-6, and other related documents.(4.0 hours) | N/A | X | 14/October | |
| Working session for the analysis and drafting of document relating to the search and seizures. (4.0 hours)  Working session for the review, analysis and drafting of recommendations to the General Order 800-801: Community Interactions' Committees. (3.0 hours) | N/A | X | 15/October | |
| Continuation of working session for the review, analysis and drafting of recommendations to the General Order 800-801: Community Interactions' Committees. (3.0 hours) | N/A | X | 16/October | |
| Continuation of working session for the review, analysis and drafting of recommendations to the General Order 800-801: Community Interactions' Committees. (6.0 hours) | N/A | X | 17/October | |
| Continuation of working session for the review, analysis and drafting of recommendations to the General Order 800-801: Community Interactions' Committees. (4.0 hours) | | | 18/October | |
| Final review, integration of observations/recommendations and sending document to Colonel Clementina Vega, identified as "Recommendations for the General Order 800-801: Community Interactions' Committees". (3.0 hours) | N/A | X | 20/October | |
| Working session to the attention of the statistics of the Puerto Rico Police. (2.0 hours) | N/A | X | 27/October | |
| Working session to the review and analysis of documents and information, as well as for | N/A | X | 30/October | |

2

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| the drafting of documents, as part of the working process for the First TCA Six Month Report to all the parties. (4.0) | | | | |
| Working session to the review and analysis of documents and information, as well as for the drafting of documents, as part of the working process for the First TCA Six Month Report to all the parties. (4.0) | N/A | X | 31/October | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS NOT BILLED: 37.67 HOURS | |

INVOICE PRESENTED BY:

*Linda V. Navedo Cortés*

LINDA V. NAVEDO CORTÉS
TCA Core Team
October 31, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: /0 Nov, 2014.

3

Company Name: _Rafael E. Ruiz_
Address: _610 PLEASANT ST._
_Canton, MA_
Phone: _617-759-9155_

TCAPR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO.   _2014-2_

DATE   _10-29-14_

PERIOD ENDING: _10-31-14_

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| 10-6-14 | N/A | Core Team Visit | 01 | $ 1,300.00 |
| 10-7-14 | N/A | Core Team Visit | 01 | $ 1300.00 |
| 10-8-14 | N/A | Core Team Visit | 01 | $ 1,300.00 |
| 10-9-14 | N/A | Core Team Visit | 01 | $ 1,300.00 |
| 10-10-14 | N/A | Core Team Visit | 01 | $ 1,300.00 |
| 10-2-14 | 10-2-14 | Review&recomendation | 0 | $ |
| | | of Action Plans | 0 | $ |
| | | Registros y Allanamientos (8 hours) | 0 | $1200.00 |
| 10-19-14 | 10-19-14 | O.G. secc. 801 | 0 | $ |
| | | funcionamiento del comite | 0 | $ |
| | | central y de los comites areas | 0 | $ 750.00 |
| | | interacion ciudadana(5 hrs.) | 0 | $ |
| 10-23-14 | 10-23-14 | Tel. Conference | 0 | $ |
| | | PRPD Community Policing | 0 | $ |
| | | training(2.5 hrs.) | 0 | $ 375.00 |
| 10-6-14 | 10-6-14 | Review of final report | 0 | $ |
| | | on Action Plans by TCA | 0 | $ |
| | | (2 hrs.) | 0 | $ 300.00 |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | TOTAL INVOICE | 0.00 | $9,100.00 |

I herbey declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: _[signature]_          Title: _TCA Core Team_

Print Name: _Rafael E. Ruiz_          Date: _10-29-14_

Make all checks payable to _Rafael E. Ruiz_
THANK YOU FOR YOUR BUSINESS!

_[signature]_  10 Nov 2014

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2014 MARCOS F SOLER

20 ORBIT LANE
STATEN ISLAND, NY 10314
347.420.4058 | GONZM377@NEWSCHOOL.EDU

A: **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of October 2014, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Drafting TCA response to PRPD Action Plan on equal protection and non-discrimination (8.0 hours) | x | | October 4, 2014 | $1,200.00 |
| Finalizing TCA response to PRPD Action Plan on equal protection and non-discrimination; submitted draft to TCA (9.0 hours) | x | | October 5, 2014 | $1,350.00 |
| TCA Core Team Week (see agenda + work after agenda, 10 hours) | N/A | X | October 9, 2014 | $1,300.00 |
| TCA Core Team Week (see agenda + work after agenda, 10 hours) | N/A | X | October 10, 2014 | $1,300.00 |
| TCA Core Team Week: Drafting TCA general comments and editing responses to all 4 PRPD Action Plans (10 hours) | N/A | X | October 11, 2014 | $1,300.00 |
| TCA Core Team Week: Drafting TCA general comments and editing responses to all 4 PRPD Action Plans (10 hours) | N/A | X | October 12, 2014 | $1,300.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Finalizing TCA general comments and editing responses to all 4 PRPD Action Plans, memoranda submitted to TCA (9.0 hours)<br><br>[Note: I spent time both in Puerto Rico and New York City working on this project] | x | x | October 13, 2014 | $1,200.00 |
| Reviewing response to General Order 600, sections 601 and 605 (1.0 hour)<br><br>Working session for the review, analysis and drafting of recommendations to the General Order 800-801: Community Interactions' Committees. (3.0 hours) | x | | October 18-19, 2014 | $150.00 |

| | | |
|---|---|---|
| TOTAL HOURS WORKED: 66.00 HOURS | | |
| TOTAL AMOUNT OF BILLABLES DAYS (4 DAYS, 10 HOURS each) WORKING ON THE "TCA CORE TEAM WEEK" | $5,200.00 |
| TOTAL OF BILLABLE HOURS (26 HOURS @ $150): | $3,900.00 |
| TOTAL TO BE BILLED: | $9,100.00 |

INVOICE PRESENTED BY:

Marcos F Soler
TCA Core Team
October 29, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

10 24 of 2014

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 28,2014

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 003

FOR PROFESSIONAL SERVICES RENDERED THROUGH  OCT 6 THROUGH
OCT. 10, 2014

Monday, Oct. 6 -    Core Team Meeting
                    Review Action Plan comments
                    Meetings PR Police HQ.

Tuesday, Oct. 7 -   Core Team Meeting
                    Meetings PR Police HQ.
                    Review General Order Chapter 600, Section 603

Wednesday, Oct. 8  Meeting in Aguadilla Police Station
                    Meeting at San Sebastian
                    Meeting in Mayaguez Police Station
                    Meeting with Comite de Seguridad

Thursday, Oct. 9 -  Meeting Puerto Rico Police HQ
                    Core Team meeting address Action Plan , comments & Reports

Friday, Oct. 10 -   Core Team meeting to address Action Plan comments.
                    meeting with Core Team re: wrap-up on Action Plan and Reports

**5 DAYS (DAY RATE $1,300) $6,500**

Oct 17 -20          Researched Use of Force Policies (Nationally)
                    Reviewed Puerto Rico Police Departments General Orders Chapter
                    600, Sections 601 and 605.
                    Prepared Reports on Policies 600, Sections 601 & 605  outlining
                    recommendations and comments.
                    Conferred with Core Team regarding recommendations and
                    comments
                    **17 HOURS 20 MINUTES  RATE OF $150. PER HOUR**
                    **$2,600**

                                            **TOTAL $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2014
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:     **TCAPR, LLC**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of October 2014, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Review of documents related to the Action Plans submitted by the Police of Puerto Rico, sent by the Core Team. (2.0 hours) | x | N/A | 2/ October | $300 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 6/October | $1,300.00 |
| TCA Core Team Week (10 hours-see agenda + work after hours) | N/A | X | 7/October | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 8/October | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 9/October | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 10/October | $1,300.00 |
| Drafting TCA response to PRPD Action Plan on Professionalism (4.0 hours) | x | N/A | 12/October | 600..00 |
| Reviewing TCA general comments and editing responses to all 4 PRPD Action Plans (4 hours) | x | N/A | 12/October | 600.00 |

| TASK PERFORMED AND HOURS WORKED | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Attended International Association Chiefs of Police Conference-Attended sessions & obtained materials about police academies, ethics, supervision & trainings, attended the Professional Standards & Training committee meeting, met with college officials (3.34 hours) | x | N/A | 25-29/October | 500.00 |
| Travel to St. Petersburg College to view police academy 4 hours) | X | N/A | 29/October | 600.00 |

TOTAL HOURS WORKED: 53.00 HOURS

TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK"   $6,500.00

TOTAL OF BILLABLE HOURS (17.34 HOURS @ $150):   $2,600.00

TOTAL TO BE BILLED:   $9,100.00

INVOICE PRESENTED BY:

*Alan C. Youngs*

Alan C. Youngs
TCA Core Team
October 31, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: /0 NoN , 2014.

2

## TOTAL LULU S/S

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

8237

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

SR. _____ FECHA 10/10/20/14

DIRECCION _____ CASH ☐  CRÉDITO ☐

TAB. NÚM. _____

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | 80 | |
| INSPECCION | | |
| FLUSHING | | |
| | | 20.00 |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION   TOTAL

RECIBI _____

October 10, 2014

# INVOICE

**TCA CORP**

268 MUNOZ RIVERA SUITE 1001
SAN JUAN, PR 00918

Professional Services                          $ 750.00

Expenses                                              $     0.00

                                  **Total**        **$ 750.00**

| | |
|---|---|
| **October 5, 2014**<br><br>**10am-9pm**<br><br>**11.00 HRS** | |
| **October 6, 2014**<br><br>**7am-6pm**<br><br>**11.00 HRS** | |
| **October 7, 2014**<br><br>**7am-6pm**<br><br>**11.00 HRS** | |
| **October 8, 2014**<br><br>**7am-6pm**<br><br>**11.00 HRS** | |
| **October 9, 2014**<br><br>**7am-6pm**<br><br>**11.00 HRS** | |
| | |

|  |  |
|---|---|
|  |  |

Duties Assigned as per Clients Request.

Carlos Pacheco Rivera

RECYCLING SOLUTIONS / PEDRO C. RIVERA
554 AVE. DE DIEGO 00920
793-0680 CEL 403-1657

# INVOICE

**Customer**

NOMBRE   TCAPR

TELEFONO      787-765-2209

RECIBIDO 10/22/2014
REPARADO
LLAMADA
ENTREGA

| Qty | Description | Unit Price | TOTAL |
|-----|-------------|------------|-------|
| 1 | TONER LEXMARK 604H LATIN AMERICA YIELD 10,000 PAGES LEXMARK MX511dhe | $ 160.00 | $     160.00 |

| | SubTotal | $ | 160.00 |
|---|---|---|---|
| | | | |
| | TOTAL | $ | 160.00 |

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 10 DIAS
DE NOTIFICAR AL CLIENTE.

E.G. cheque

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

October 31, 2014

Mr. Eric Guzmán
TCAPR Corp.
Executive Office Manager
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re:  Invoice 2014-1

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations of  TCAPR Corp. during the month of October 2014

| Date(s) | Hour(s) | Matter/Research |
|---|---|---|
| 10/23/2014 | 2 hrs.<br>4:00 to 6:00 pm | Receipt and Preliminary Reading & Comments of PRPD Work Plan.  Two e-mails generated |
| 10/27/2014 | 3 hrs. 45 min.<br>2:45 to 6:30 pm | Receipt and Analysis of TCA Memo. Research on PRPD Action Plan on Searches and Seizures |
| 10/30/2014 | 4 hrs. 15 min.<br>4:30 to 8:45 pm | Further Research and Preparation of written Memorandum and comments on PRPD Action Plan on Searches and Seizures (Memo will be e-mailed) |
| 10/31/2014 | 10 hrs.  Total hrs. billed | 10 hrs.  x $125.00 (per hour) = $1,250.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.

Antonio R. Bazán González

# Alfredo Castellanos, Esq.
Metro Office Park Bldg. 7
Suite 204, Guaynabo, PR 00968
Telephone (787)641-8447
Fax (787)793-4495

Date: October 31, 2014

## INVOICE FROM ALFREDO CASTELLANOS FOR SERVICES RENDERED TO THE TCA DURING OCTOBER, ENDING ON THE 31ST, 2014

The present invoice includes services that were rendered during the month of October, 2014, ending on the 31st. It will include a general reference to non-billable pro bono work that was realized during said period, as well as, billable work that was done during the same period at the agreed upon rate of **$125.00** an hour. Billable time, when necessary, has been fractioned on a quarterly hour basis. No billable expenses have been incurred during the Month of October. The above being said, the following is an itemized description of the services that were rendered:

## PRO BONO WORK FOR THE MONTH OF OCTOBER

Read the Guide to Judicial Policy regarding the Code of Conduct for Judicial Employees.

Re-read the Complaint filed by the United States of America v. the Commonwealth of Puerto Rico and the Puerto Rico Police Department. No. 3:12-CV-2039

Re-read the Agreement for the Sustainable Reform of the Puerto Rico Police Department (301 stipulations) that was entered into the above mentioned case.

## BILLABLE WORK FOR THE MONTH OF OCTOBER

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Oct. 9, 2014 | Meet with the TCA and members of his Core Team of advisors in Hato Rey. Re: General working plan and discussed concerns and observations regarding the implementation of the Reform. | 1.0 hr | $125.00 |
| Oct. 16,2014 | Commenced review of case files that were furnished for review and advise by the TCA. Re: Pending Commonwealth proceedings that were brought to the attention of TCA. | 6 hrs | $750.00 |
| Oct. 17, 2014 | Continued review of files. | 5 hrs | $625.00 |
| | | Total | $1,500.00 |

1 | Page

# TCA CT October Agenda

**Sunday October 5, 2014**
- CT Arrival

**Monday, October 6, 2014**
- 8:00a.m. – 8:30a.m. – Transportation to TCA Office
- 9:00a.m. – 6:00p.m. - Core Team meeting to address Action Plans comments and Reports.
- 9:30a.m. – 10:00a.m. Transportation to Police Headquarter Reform Office
- 10:00a.m. – 5:00p.m. – Meeting at the Police Headquarter Reform Office
    - John Romero & Linda Navedo – 10:00a.m. to 12:00p.m.
    - Alan Youngs & Rafael Ruíz – 1:30p.m. to 3:30p.m.
    - John Romero & Rafael Ruíz – 3:30p.m. to 5:00p.m.
- 5:00p.m. – 5:30p.m. – Transportation to TCA Office
- 5:30p.m. – 6:30p.m. - Core Team meeting to address Action Plans comments and Reports.

**Tuesday, October 7, 2014**
- 8:00a.m. – 8:30a.m. – Transportation to TCA Office
- 9:00a.m. – 1:30p.m. - Core Team meeting to address Action Plans comments and Reports.
- 9:15a.m. – 9:30 – Transportation to Police Headquarter Reform Office
- 9:30a.m. – 4:00p.m. - Meeting at Police Headquarter Reform Office
    - Linda Navedo & Rafael Ruíz – 9:30a.m.to 12:00p.m.
    - Alan Youngs & John Romero – 2:00p.m. to 4:00p.m.
- 1:45p.m. – 2:00p.m. – Transportation to Federal Court
- 2:00p.m. - 3:30p.m. – Meeting at Federal Court
    - Honorable Judge Gelpí
    - USDOJ/PRDOJ
    - Police Associations
- 3:30p.m. – 4:00p.m. – Transportation to TCA Office
- 4:00p.m. – 6:00p.m - Core Team meeting to address Action Plans comments and Reports.

**Wednesday, October 8, 2014[1]**

| TCA Agenda | CT Agenda |
|---|---|
| <ul><li>6:30a.m. – 8:15a.m. – Transportation to Aguadilla</li><li>8:30a.m. – 10:00a.m. –Meeting in Aguadilla Police Station</li><li>10:00a.m. – 10:30a.m. – Transportation to San Sebastian</li><li>10:30a.m. – 1:00p.m. – Meeting at San Sebastian's City Hall</li><li>1:00p.m. – 1:45p.m. Transportation to Mayaguez</li><li>2:00p.m. – 3:00p.m. – Meeting in Mayaguez Police Station</li><li>3:30p.m. – 5:00p.m. – Meeting with Comité de Seguridad Ciudadana</li><li>5:00p.m. – 7:00p.m – Transportation to San Juan</li></ul> | <ul><li>8:00a.m. – 8:30a.m. – CT Transportation to TCA Office</li><li>9:15a.m. – 9:30a.m. – Transportation to Police Headquarter Reform Office</li><li>9:30a.m. – 12:00p.m. – Meeting at the Police Headquarter Reform Office<ul><li>○ Rafael Ruíz & Linda Navedo – 9:30a.m. to 12:00p.m</li></ul></li><li>12:00p.m. – 12:30p.m. – Transportation to TCA Office</li><li>1:30p.m. – 6:00p.m. – Core Team meeting to address Action Plans comments and Reports.</li></ul> |

**Thursday, October 9, 2014**
- 8:00a.m. – 8:30a.m. – CT Transportation to TCA Office
- 8:45a.m. – 9:00a.m. – Transportation to Police Headquarter Office
- 9:00a.m. – 12:00p.m. – Meeting at the Police Headquarter Office
  - ○ Alan Youngs & Marcos Soler – 9:00a.m. to 12:00p.m.
- 9:00a.m. – 6:00p.m. - Core Team meeting to address Action Plans comments and Reports.

**Friday, October 10, 2014**
- 8:00a.m. – 8:30a.m. – CT Transportation to TCA Office
- 9:00a.m. – 5:00p.m. - Core Team meeting to address Action Plans comments and Reports.
- 5:00p.m. – 6:00p.m. – Final wrap-up on Action Plans and Reports. Schedule and agenda for November CT visit.

**Saturday, October 11, 2014**
- CT Departure

---

[1]TCA Core Team not necessarily will participate in this visit.

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

Defendants.

No. 12-cv-2039 (GAG)

2015 NOV 10 PM 2:06
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
SAN JUAN, PR
RECEIVED AND FILED

## Request for Payment of Monthly Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs and requests:

1. That the TCA Office may submit a request for payment of certain monthly expenses as per the Stipulation presented by the parties and approved by this Honorable Court on June 26, 2014 (Dkt. 139)

2. The TCA hereby submits for consideration, that the following administrative expenses be approved prior to their expenditure, in accordance to paragraph 22 of the Stipulation. Said expenses are as follows:

    a. Fixed monthly staff salaries:

    Arnaldo Claudio…………………………………………$18,000.00

    Eric Guzmán………………………………………………$10,800.00

    Lara A. Morell…………………………………….........$5,000.00

    Anjélica Orfila………………………….………………….$2,500.00

    Josué López………………………………………………..$2,500.00

    b. Office expenses:

    Monthly rent……………………………………………..$3,000.00

Telephone & Internet
   Service…………………………………..…………………………$238.81

   c. Accounting Services………………………………$1,460.00
                                                --------------

   Total…………………………………………………………..$43,498.81

3.  TCAPR, Corp., as an employer, is required to deposit several employment related taxes with local and federal government agencies.  This employment treatment is consistent with Section B of the *Stipulation and Order for the establishment of the TCA Office and the payment for TCA Expenses* (No. 12-cv-2039(GAG).  Payroll related expenditures accrued for the month of November and payable on or before November 15th (Medicare) or November 30th (SDI, SUTA, SDI-CH) are as follows:

| Item | Tax | November |
|------|-----|----------|
| 1 | Soc_Sec | $2,402.56 |
| 2 | Medicare | $561.90 |
| 3 | SDI | $2.50 |
| 4 | Chauffer Ins. | $1.20 |
| | **TOTALS** | **$2,968.16** |



4.  All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

5.  The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $46,466.97, the total amount of the fixed monthly expenses, for the month of November, 2014.

6. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**FOR ALL OF WHICH,** the TCA Office respectfully requests this Honorable Court, that the monthly expenses be approved and a check issued in the amount of $46,466.97, the total amount of the fixed monthly expenses, for the month of November, 2014.

In San Juan, Puerto Rico, this day November $\underline{10}$ , 2014.

                                                       **Arnaldo Claudio -TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of October.

During the month of October the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement. Specifically, during the month of October, the following meetings were held: Civil Rights Advocates for the Dominican community, three Neighborhood Security Committees (Manuel A. Perez Public Housing, Los Maestros-Porrata Doria, Hato Rey oeste-Tere Canovanas), representatives of different police associations, directors and officials of Fondita de Jesus (homeless shelter), community leader Papo Christian, Marisol Blanco from Women's Advocacy, Cynthia González from the Ombudsman Office, conference call regarding the strategic planning and program design for Community Policing in Puerto Rico, and attendance to the Puerto Rico Department of Justice's Conference.

During this period, TCA Office contracted with attorneys Alfredo Castellanos and Antonio Bazán. During this month, there were several meetings with the parties, both in person and via conference call, including the monthly meeting under para. 253 of the Agreement. Pursuant to the Stipulation, an agreement was reached regarding the donation of 2 vehicles to the TCA´s Office.  Negotiations were conducted regarding the report writing consultant and the *Protocolo de solicitud y producción de documentos.*

General Orders 601, 605 and 801 were reviewed; also, four Action Plans were reviewed and the written comments for those Action Plans presented on October 14.

Lastly, all administrative actions were completed, including but not limited to monthly meeting with TCA´s CPA, updating employee records, coordination of the Core Team´s November agenda, circulating CT agenda; coordination and preparation of the TCA´s agenda and meetings for November, and preparing respective court documents for parties' review and input.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 11/1/2014

Factura #: 2014-1142

Dirección Postal
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR 00918

Dirección de Servicio
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 11/1/2014 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00

Total: $3,000.00

avor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
i tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI

AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

---

ID Cliente        TCAPR
Nombre Cliente    TCAPR CORP

Fecha: 11/1/2014

Factura #: 2014-1142

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 11/1/2014 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00

Total: $3,000.00

**Favor de remitir su pago con este talonario a la siguiente dirección:**

**P.O. Box 41207 - San Juan, PR 00940-1207**

 

| Factura | 10/04/14 |
|---|---|
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de   5 |

| FECHA DE VENCIMIENTO | 11/02/14 |
|---|---|
| TOTAL A PAGAR | $238.81 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000023881 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Factura   10/04/14
Cuenta    769528798   2

Por favor, desprenda este talón y devuélvalo con su pago.



# HAZ UN CLIC por el ambiente

**Solicita tu factura electrónica y ayuda a proteger el ambiente.**

Además podrás disfrutar de otros beneficios:
- Ver hasta 13 facturas anteriores
- Consultar consumo de minutos y uso de datos
- Pagar electrónicamente también.

**¡Suscríbete hoy en claropr.com y podrías ganarte un Galaxy Note 3 LTE!**

Concurso válido al 30 de octubre de 2014.
Reglas en claropr.com

| RESUMEN DE SU CUENTA | Balance Anterior | $ 762.08 |
|---|---|---|
| | Pagos Recibidos - ¡Gracias! | 762.08CR |
| | Ajustes | 0.00 |
| **TOTAL BALANCE VENCIDO** | | **$ 0.00** |

| SERVICIOS TELEFONIA FIJA | ------------------- | 238.81 |
|---|---|---|

| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 11/02/14 | $ 238.81 |
|---|---|

| TOTAL A PAGAR* | $238.81 |
|---|---|

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

Factura   10/04/14
Cuenta   769528798
Núm. Servicio  765-2209-978
Página     3 de     5

## PAGOS RECIBIDOS

| Descripción | Fecha | Cargos |
|---|---|---|
| Pago con cheque Recibido en | 09/04/14 | $ 573.20CR |
| Pago con cheque Recibido en | 10/02/14 | 188.88CR |
| **Total Pagos** | | **$762.08CR** |

## SERVICIOS A NIVEL DE CUENTA 769528798

| Descripción | Desde - Hasta | Cargos |
|---|---|---|
| **Cargos Por Servicio Mensual** | | |
| Plan Mundial | 10/04 - 11/03 | $ 0.00 |
| Cuenta de email | 10/04 - 11/03 | 0.00 |
| **Total Cargos por Servicio Mensual** | | **$0.00** |

Para servicios que fueron añadidos o eliminados en este mes, los cargos fraccionales cubren el periodo indicado arriba.

| **Total Servicios Nivel Cuenta** | **$0.00** |
|---|---|

## RESUMEN DE CARGOS POR SUBSCRIPTOR

| Nombre | Subscriptor | Cargos por Subscriptor |
|---|---|---|
| **Cargos Telefonía Fija** | | |
| DMAX-MODEM | 100 343-0603 | $ 10.75 |
| TCAPR CORP | 100 365-1365 | 10.75 |
| TCAPR CORP | 787 250-1786 | 52.67 |
| TCAPR CORP | 787 765-2209 | 111.97 |
| TCAPR CORP | 787 765-2304 | 52.67 |
| **Total Servicios Telefonía Fija** | | 238.81 |
| **Total Cargos Subscriptor** | | **$238.81** |

## DETALLE SERVICIO POR SUBSCRIPTOR



## SERVICIOS TELEFONIA FIJA

### Cargos Por Servicio Mensual

| Descripción | Desde - Hasta | Unidades | Cargos |
|---|---|---|---|
| Número de Teléfono 787 250-1786 | | | |
| Cargo Recobro de Acceso | 10/04 - 11/03 | 1 | 0.94 |
| CONTRATO MANTENIMIENTO | 10/04 - 11/03 | 1 | 0.00 |
| Anonymous call rejected | 10/04 - 11/03 | 1 | 0.00 |
| Caller id by name in combo | 10/04 - 11/03 | 1 | 0.00 |
| Call forward in combo | 10/04 - 11/03 | 1 | 0.00 |

## Cargos Por Servicio Mensual (continuación)

| Descripción | Desde - Hasta | Unidades | Cargos |
|---|---|---|---|
| Número de Teléfono 787 250-1786 | | | |
| 3 way call in combo | 10/04 - 11/03 | 1 | 0.00 |
| PYMES .03 | 10/04 - 11/03 | 1 | 0.00 |
| ADD LINE BML ILIMITADO PR/US | 10/04 - 11/03 | 1 | 34.99 |
| **Total Servicio Mensuales del 787 250-1786** | | | **35.93** |
| Número de Teléfono 787 765-2209 | | | |
| Cargo Recobro de Acceso | 10/04 - 11/03 | 1 | 0.46 |
| CONTRATO MANTENIMIENTO | 10/04 - 11/03 | 1 | 0.00 |
| Anonymous call rejected | 10/04 - 11/03 | 1 | 0.00 |
| Caller id by name in combo | 10/04 - 11/03 | 1 | 0.00 |
| Call waiting in combo | 10/04 - 11/03 | 1 | 0.00 |
| Call forward in combo | 10/04 - 11/03 | 1 | 0.00 |
| 3 way call in combo | 10/04 - 11/03 | 1 | 0.00 |
| PYMES .03 | 10/04 - 11/03 | 1 | 0.00 |
| ILIMITADO PR + 10M/1Mb | 10/04 - 11/03 | 1 | 89.99 |
| **Total Servicio Mensuales del 787 765-2209** | | | **90.45** |
| Número de Teléfono 787 765-2304 | | | |
| Cargo Recobro de Acceso | 10/04 - 11/03 | 1 | 0.94 |
| CONTRATO MANTENIMIENTO | 10/04 - 11/03 | 1 | 0.00 |
| Anonymous call rejected | 10/04 - 11/03 | 1 | 0.00 |
| Caller id by name in combo | 10/04 - 11/03 | 1 | 0.00 |
| Call forward in combo | 10/04 - 11/03 | 1 | 0.00 |
| 3 way call in combo | 10/04 - 11/03 | 1 | 0.00 |
| PYMES .03 | 10/04 - 11/03 | 1 | 0.00 |
| ADD LINE BML ILIMITADO PR/US | 10/04 - 11/03 | 1 | 34.99 |
| **Total Servicio Mensuales del 787 765-2304** | | | **35.93** |
| **Total de Servicios Mensuales** | | | **$162.31** |

Para servicios que fueron añadidos o eliminados en este mes, los cargos fraccionales cubren el periodo indicado arriba.

### Otros Cargos y/o Créditos

| Descripción del Servicio | Referencia | Cargos |
|---|---|---|
| Número de Teléfono 100 343-0603 | | |
| Cargo por Reconexión | | $ 10.00 |
| **Total Otros Cargos y/o Créditos 100 343-0603** | | **10.00** |
| Número de Teléfono 100 365-1365 | | |
| Cargo por Reconexión | | 10.00 |
| **Total Otros Cargos y/o Créditos 100 365-1365** | | **10.00** |
| Número de Teléfono 787 250-1786 | | |
| Cargo por Reconexión | | 10.00 |
| **Total Otros Cargos y/o Créditos 787 250-1786** | | **10.00** |

Factura    10/04/14
Cuenta     769528798
Núm. Servicio  765-2209-978
Página    5 de    5

DETALLE SERVICIO POR SUBSCRIPTOR (continuación)

# **Claro** Larga Distancia

### Uso de Larga Distancia (continuación)

| Fecha | Hora | Lugar | Desde | Hasta | Mins | TL | Cargos |
|---|---|---|---|---|---|---|---|
| Número de Teléfono 787 765-2304 | | | | | | | |
| 9/05 | 10:31 | WASHINGTO | | 202 353-0879 | 107:00 | D | 0.00 |
| Total Uso de Larga Distancia del 787 765-2304 | | | | | | | 0.00 |
| Total Uso de Larga Distancia | | | | | | | $3.69 |

Mins=Minutos TL=Tipo Llamada
D=Directo C=Cargo Revertido P=Persona a Persona
T=Tarjeta I=Información O=Operadora PE=Penal TN=Tercer Número

### Cargos Estatales y Federales

| Descripción | Desde - Hasta | Cargos |
|---|---|---|
| Número de Teléfono 787 765-2209 | | |
| Cargos por Impuesto Estatal - IVU | | 0.22 |
| Cargos por Impuesto Municipal - IVU | | 0.04 |
| Fondo de Servicio Universal Federal | | 0.59 |
| Total Cargos Estatales y Federales   787 765-2209 | | 0.85 |
| Total Cargos Estatales y Federales | | $0.85 |

Los Cargos por impuestos Estatales y Municipales respectivamente, aplican a las llamadas de Larga Distancia y/o a cualquier cargo de servicio básico mensual de su plan.

| Total  LARGA DISTANCIA | $4.54 |
|---|---|

| Total Servicios Telefonía Fija | $239.81 |
|---|---|

| Total Servicios Numero de Cuenta 769528798 | $238.81 |
|---|---|



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice#: | 3459 |
|---|---|
| Date: | 10/31/2014 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
| | | Total: | | 1460.00 |