IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs<br><br>            v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br>    Defendants | CIVIL NO.: 12-2039 (GAG) |

**INFORMATIVE MOTION AS TO COMPLIANCE WITH REQUIREMENT 261 OF THE AGREEMENT FOR THE SUSTAINABLE REFORM**

**TO THE HONORABLE COURT:**

COMES NOW, the Puerto Rico Police Department (PRPD) through the undersigned counsel and respectfully states as follows:

1. The Agreement for the Sustainable Reform of the Puerto Rico Police Department" (hereinafter referred to as the "Agreement") requires PRPD to file with the Court a status report that will delineate the steps taken during the review period to implement the Agreement, provide an assessment of the status of its progress, and any response to concerns raised in prior Technical Compliance Advisor's reports. (See Requirement 261).

2. In compliance with the aforementioned Requirement, PRPD has submitted a Sealed Status Report in binder form to this Honorable Court and provided copies of the same to the following parties: the Attorney General of Puerto Rico: César Miranda, the Technical Compliance Advisor, Arnaldo Claudio, the Attorney General Office of the United States, Eric Holder, and to all counsel of record.

Motion in Compliance with Requirement 261 of the Agreement for the Sustainable Reform

WHEREFORE we request from this Honorable Court that it takes notice of the aforementioned.

WE HEREBY CERTIFY that on December 5th, 2014, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsels of record.

In San Juan, Puerto Rico, this December 5th, 2014.

RESPECTFULLY SUBMITTED.

**CESAR MIRANDA RODRÍGUEZ**
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVARA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov