

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 12/1/2014
Factura #: 2014-1307

Dirección Postal
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR 00918

Dirección de Servicio
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 12/1/2014 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

avor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
i tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

ID Cliente      TCAPR
Nombre Cliente  TCAPR CORP

Fecha:       12/1/2014
Factura #:   2014-1307

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 12/1/2014 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

**Favor de remitir su pago con este talonario a la siguiente dirección:**

**P.O. Box 41207 - San Juan, PR 00940-1207**





Puerto Rico Telephone

| | |
|---|---|
| Factura | 11/04/14 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de   4 |

| | |
|---|---|
| **FECHA DE VENCIMIENTO** | 12/03/14 |
| **TOTAL A PAGAR** | $423.69 |
| **CANTIDAD ENVIADA** | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000042369  70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

Factura   11/04/14
Cuenta   769528798   2

Por favor, desprenda este talón y devuélvalo con su pago.

**Chatea en VIVO con un representante de servicio al cliente**

accede a claropr.com

CHAT de Apoyo en Línea

lunes a sábado  8am a 9pm
domingo  8am a 7pm
Roaming  24 horas



| RESUMEN DE SU CUENTA | | |
|---|---|---|
| Balance Anterior | | $ 238.81 |
| Pagos Recibidos - ¡Gracias] | | 0.00 |
| Ajustes | | 0.00 |
| **TOTAL BALANCE VENCIDO**  11/02/14 **PAGUE INMEDIATAMENTE** | | $ 238.81 |
| SERVICIOS A NIVEL DE CUENTA | | 3.58 |
| SERVICIOS TELEFONIA FIJA | | 181.30 |
| **TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE** 12/03/14 | | $ 184.88 |
| **TOTAL A PAGAR*** | | $423.69 |

*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana.  Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3484 |
|---|---|
| Date: | 11/30/2014 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (2/12-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
|  |  |  | Total: | 1460.00 |

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of November.

During the month of October the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement. Specifically, during the month of November, the following meetings were held: meeting with Judge Gelpí, the parties and the Civil Rights Advocates for the Dominican community. Judge Gelpi and the TCA also met with Superintendent Jose Caldero, the parties, and the Core Team. At Police Headquarters, the parties, the TCA, the TCA Staff, the TCA Core Team, the Reform Unit and members of Warshaw and Associates met to discuss the Action Plans. Members of the TCA's Core Team and Staff met with personnel of the Police Academy, Superintendencia Auxiliar de Responsabilidad Profesional (SARP), the Reform Unit, and the ACLU.

During this period, the Assessment Methodology was reviewed and amended in accordance to paragraph 245 of the Agreement, substantial writing was achieved for the initial six month report, and General Orders 614 and 801 were reviewed. During this month, there were several meetings with the parties, including the monthly meeting under para. 253 of the Agreement.

The TCA and his staff participated in several community engagements and activities to include: "La Policia y la comunidad, unidos por una causa"; "Consejos Comunitarios y el precinto de excelencia de Bayamon Oeste"; and "Feria de seguridad y recursos comunitarios".

Lastly, all administrative actions were completed, including but not limited to monthly meeting with TCA´s CPA, updating employee records, coordination of the Core Team´s December agenda, circulating CT agenda; coordination and preparation of the TCA´s agenda and meetings for December, and preparing respective court documents for parties' review and input.