UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for November, 2014.

| Core Team Expenses | | | |
|---|---|---|---|
| Visit[1] | | | |
| | Gerard LaSalle | $6,500.00 | November 17, 2014 to November 21, 2014. |
| | Linda V. Navedo | $6,500.00 | November 17, 2014 to November 21, 2014. |
| | Rafael E. Ruíz | $6,500.00 | November 17, 2014 to November 21, 2014.. |
| | Marcos Soler | $6,500.00 | November 20, 2014 to November 24, 2014. |
| | John J.Romero | $6,500.00 | November 17, 2014 to November 21, 2014. |
| | Alan Youngs | $6,500.00 | November 17, 2014 to November 21, 2014. |
| | Subtotal | . | $39,000.00 |
| | | | |
| Telework[2] | | | |
| | Gerard LaSalle | $2,600.00 | November 2014 |
| | Linda V. Navedo | $2,600.00 | November 2014 |
| | Rafael E. Ruíz | $2,600.00 | November 2014 |
| | Marcos Soler | $2,600.00 | November 2014 |
| | John J.Romero | $2,600.00 | November 2014 |
| | Alan Youngs | $2,600.00 | November 2014 |
| | Subtotal | | $15,600.00 |
| | | | |
| | | | |
| | | | |
| | | | |

---

[1] Please see Core Team visit agenda.
[2] Please see Core Team invoices attached.

| Other Expenses[3] | | |
|---|---|---|
| Core Team Driver-**Carlos Pacheco** | $750.00 | November 16, 2014 to November 22, 2014. |
| Permit Request Fee | 100.00 | |
| Use of Permit for the TCA Office | $495.00 | |
| Application for Tax Exemption | $1182.50 | |
| **Constitutional Lawyer** | | |
| Antonio Bazan | $350.00 | |
| Alfredo Castellanos | $2,000.00 | |
| Subtotal | | $4,877.50 |
| | | |
| | | |
| Grand total | | $59,477.50 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $59,477.50, the total amount of the monthly expenses, for the month of , November 2014.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate, the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA Office respectfully requests this Honorable Court, that the October expenses be approved and a check be issued in the amount of $59,477.50, the total amount of the expenses for the month of November, 2014.

In San Juan, Puerto Rico, this day December _8_, 2014.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.

---

[3] Please find attached invoices.