November Core Team Agenda

Sunday, November 16, 2014
- Core Team Arrival.

Monday, November 17, 2014
- 8:00a.m. - 8:30a.m. - Transportation to TCA Office.
- 1:45p.m. – 2:00p.m. – Transportation to ACLU Office
- 2:00p.m. – 5:00p.m. – Meeting at ACLU with Civil Right Groups (Linda Navedo & Rafael Ruíz)
- 8:30a.m. - 6:00p.m. - Preparation for the Six Month Analysis Report.

Tuesday, November 18, 2014
- 8:00a.m. - 8:30a.m. - Transportation to TCA Office.
- 12:45p.m. – 1:00p.m. – Transportation to Federal Court.
- 1:00p.m. – 1:40p.m. – Meeting with Honorable Judge Gelpí and Dominican Civil Rights Group.
- 2:00p.m. – 3:00p.m. – Meeting with Honorable Judge Gelpí and Superintendent José Caldero.
- 3:00p.m. – 3:30p.m. – Meeting with Honorable Judge Gelpí and William Ramírez from ACLU.
- 3:30p.m. – 4:00p.m. – Meeting with Honorable Judge Gelpí and Core Team
- 4:00p.m. - 5:00p.m. - Transportation to TCA Office.
- 5:00p.m. – 6:00p.m. - Preparation for the Six Month Analysis Report.

Wednesday, November 19, 2014
- 8:00a.m. - 8:30a.m. - Transportation to TCA Office.
- 8:30a.m. - 6:00p.m. - Preparation for the Six Month Analysis Report.

Thursday, November 20, 2014
- 8:00a.m. - 8:30a.m. - Transportation to TCA Office.
- 8:45a.m. - 9:00a.m. - Transportation to Police Headquarters Office
- 9:00a.m. - 6:00p.m. Meeting at the Police Headquarters Office to discuss Action Plans comments.
**NOTE: USDOJ will participate in this meeting.**

Friday, November 21, 2014
- 8:00a.m. - 8:30a.m. - Transportation to TCA Office.
- 12:15p.m. - 1:00p.m. - Transportation to the Police Academy.
- 1:00p.m. – 4:00p.m. – Meeting at the Police Academy (Alan Young).
- 8:30a.m. - 6:00p.m. - Preparation for the Six Month Analysis Report.

Saturday, November 22, 2014
- Core Team Departure.

# GERARD LASALLE, Ph.D.  LLC

INVOICE FOR PROFESSIONAL SERVICES:

NOVEMBER 2014

TCAPR, LLC

Suite 1001, World Plaza

San Juan, Puerto Rico

| TASKS | DATE(S) | TOTAL HOURS @ $150.00 | BILLABLE HOURS |
|---|---|---|---|
| Drafting & reviewing responses to Action Plans | 2,3,4 | 12 | 1800. |
| Literature review and drafting questions for Internal Affairs | 7, 9, 11 | 9 | 1350. |
| Partial drafting of TCA semiannual report | 22, 23 | 5 | 750. |
| Communication with DOJ and review of law and regulation | 25 | 1 | 150. |
| TCA Core Team week (see agenda) | 17-21 | Fixed daily rate $1300.(50 hours) | 6500. |

Total Hours Worked: 77    $4050.

Fixed Rate- TCA Week:    $6500.

Total Worked:    $10,550

Total Billable:    $9100.

I certify that according to my best knowledge and belief the information provided is true and correct.

Gerard LaSalle, Ph.D. LLC     _(signature)_     11/26/2014

Arnaldo Claudio, TCA,
President TCAPR Corp.     _(signature)_     8 DEC 2014

# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER 2014
# LINDA V. NAVEDO CORTÉS

CLUB COSTA MARINA, TORRE I, APT. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:  TCAPR, LLC
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of November 2014, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session for organize the agenda of work for November/2014; review of electronic correspondence and follow-ups to the efforts generated by them; coordination of meetings to the attention of pending matters; revision of aspects related to the administrative complaints processes; revision of matters regarding the statistics of the PRP; among other efforts made. (6.0 hours) | N/A | X | 3/ November | |
| Working session to the review and analysis of documents and information, as well as for the drafting of documents, as part of the working process for the First TCA Six Month Report to all the parties. (4.0 hours) | N/A | X | 4/ November | |
| Assistance with the TCA Arnaldo Claudio and Eric Guzmán to the activity held by "*Comandancia de Ponce*" in the Convention Center of the Bo. Indios, Guayanilla, identified as "*Reunión Abierta con la Comunidad*" (Open Meeting with Community). (6.0 hours) | N/A | X | 5/November | |
| Preparation for meeting with representatives of the PRP for discussion of the OG 800-801. (1.0 hour) | N/A | X | 13/November | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Meeting with Eric Guzman for the discussion of pending matters. (1.0 hour)<br><br>Working session for the discussion of General Order 800-801: Community Interactions Committees, with Xiomara Colón and Helena Márquez of the Police Reform Office, Eric Guzmán and TCA Arnaldo Claudio (who was with us in the afternoon). (5.0 hours) | | | | |
| Work session to review documents related to the training of the Police Academy and documents related to the Police Ethics, sent by Allan Young. (2.0 hours) | N/A | X | 15/November | |
| TCA Core Team Week | N/A | X | 17/November | $1,300.00 |
| TCA Core Team Week | N/A | X | 18/November | $1,300.00 |
| TCA Core Team Week | N/A | X | 19/November | $1,300.00 |
| TCA Core Team Week | N/A | X | 20/November | $1,300.00 |
| TCA Core Team Week | N/A | X | 21/November | $1,300.00 |
| Working session to the review and analysis of documents and information, as well as for the drafting of documents, as part of the working process for the First TCA Six Month Report to all the parties. (6.0 hours) | N/A | X | 26/November | |
| Working session to the review and analysis of documents and information, as well as for the drafting of documents, as part of the working process for the First TCA Six Month Report to all the parties. (6.0 hours) | N/A | X | 28/November | |
| Working session to the review and analysis of documents and information, as well as for the drafting of documents, as part of the working process for the First TCA Six Month Report to all the parties. (4.0 hours) | N/A | X | 29/November | |



2

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "*PRO BONO*": 23.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
November 30, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____ 8 Dec _____, 2014.

RECIBO POR HONORARIOS / CONSULTANT INVOICE

Consultant Name / Nombre del Consultor:  **Rafael E. Ruiz**

Social Security Number:  XXXX

Address / Dirección:  610 Pleasant St, Canton, MA

Phone Number / Numero de Telefono:  617-759-9156

TO / PARA: **TCA-PR, LLC**

Date: 11/24/14 (11/31)

268 Muñoz Rivera

Order No. ~~PRPD-0004~~

Suite 1001, World Plaza, San Juan, PR 00918

| DESCRIPTION / DESCRIPCION | QTY / CANT | RATE TARIFA | TOTAL |
|---|---|---|---|
| 11/02-12 Read/Research PRPD news/events,/Atty Guzman on AP's 4 Hrs, (2.667 hrs NOT billable | 1.333hrs | $150/hr | $200 |
| 11/12-24 Rev/Prep OG614, Par.245/6-Mo Rep. | 16hrs | $150/hr | $2400 |
| 11/17 CT Visit (Meetings/Prep of 6-Mo Rep) | 1 | 1300/d | $1300 |
| 11/18 CT Visit (Meetings w/Judge/DR Group) | 1 | 1300/d | $1300 |
| 11/19 CT Visit (Prep of 6-Mo Rep/) | 1 | 1300/d | $1300 |
| 11/20 CT Visit ( Discuss Action Plans at PRPD) | 1 | 1300/d | $1300 |
| ~~11/21 CT Visit (IA Meeting/6 Mo. Rep)~~ | ~~1~~ | ~~1300/d~~ | ~~$1300~~ |
| | | TOTAL | $9100 |

11/24/14

Signature and date / Firma y fecha

8 Dec 2014

Si desea que su pago sea via transferencia bancaria por favor indique sus datos de banco.

Bank's Name / Nombre de banco:

Address/ Direccion de Banco:

Bank's Phone / Telefono:

Bank Account / Numero de Cuenta

Routing Number / Swiff or ABA:

# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER 2014
# MARCOS F SOLER

20 ORBIT LANE
STATEN ISLAND, NY 10314
347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:  **TCAPR, LLC**
 #268 Muñoz Rivera
 Suite 1001, World Plaza
 San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of November 2014, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Attending Training Conference of the National Association of Civilian Oversight of Law Enforcement (NACOLE) -- International Law Enforcement Auditors Association (ILEAA) in Austin Texas (non-billable hours) | x | | November 13-15, 2014 | $0 |
| Reviewing documents and preparing November 20th meeting with PRPD on Action Plans (8.0 hours) | x | | November 16, 2014 | $1,200.00 |
| TCA Core Team Week (see agenda + work after agenda, 11 hours) | N/A | X | November 20, 2014 | $1,300.00 |
| TCA Core Team Week (see agenda + work after agenda, 11 hours) | N/A | X | November 21, 2014 | $1,300.00 |
| TCA Core Team Week: Drafting TCA six-month report, general comments and action plans' section (12 hours) | N/A | X | November 22, 2014 | $1,300.00 |
| TCA Core Team Week: Drafting TCA six-month report, general comments and action plans' section (10 hours) | N/A | X | November 23, 2014 | $1,300.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Drafting TCA six-month report, general comments and action plans' section (9 hours) | | x | November 29, 2014 | $1,350.00 |
| Drafting TCA six-month report, general comments and action plans' section; preparing document for December 11 meetings in Puerto Rico (9 hours) | | x | November 30, 2014 | $1,350.00 |

TOTAL HOURS WORKED: 66.00 HOURS

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS (4 DAYS, 44 HOURS) WORKING ON THE "TCA CORE TEAM WEEK" | $5,200.00 |
| TOTAL OF BILLABLE HOURS (26 HOURS @ $150): | $3,900.00 |
| TOTAL TO BE BILLED: | $9,100.00 |

INVOICE PRESENTED BY:

Marcos F Soler
TCA Core Team
November 30, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _Nov 30_, 2014.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

NOVEMBER 30, 2014

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 004

FOR PROFESSIONAL SERVICES RENDERED NOV 17 – 21, 2014

| | |
|---|---|
| Monday, Nov. 17- | Core Team Meeting |
| | Preparation,review and analysis of **Six Month Analysis Report** |
| | |
| Tuesday, Nov.18- | Core Team Meeting |
| | Meeting with US Federal Court Judge Gelpi and US DOJ |
| | Meeting with Dominican Civil Rights Group |
| | |
| Wednesday, Nov. 19- | Core Team Meeting |
| | Discussion and preparation of Six Month Report |
| | Discussion of Core Team's Action Plan Review & Comment Report |
| | |
| Thursday, Nov. 20- | Meeting with US DOJ, PRPD Reform Unit at |
| | PRPD HQ to discuss TCA's Report addressing Action Plans submitted by PRPD |
| | |
| Friday, Nov. 21- | Meeting at PRPD HQ. with PRPD Reform Unit to discuss Internal Affairs Policies and Procedures |
| | Meeting at PRPD Police Academy with Academy Director |
| | Core Team Meeting |

**5 DAYS (DAY RATE $1,300) $6,500**

| | |
|---|---|
| Nov 22-30 | Researched Police Authority to Conduct Arrest (Nationally) |
| | Reviewed PRPD General Order Chapter 600, Section 614 (Autoridad de la Policia de Puerto Rico para llevar a cabo Arrestos y Citaciones) |
| | Prepared report and comments regarding policy. |
| | Report outlining recommendations and comments relating to PRPD's Police Academy |
| | Conferred with Core Team members regarding above and Six Month Analysis Report |

**TOTAL HOURS 23**
**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**
**$150 PER HOUR.   $2,600**

**TOTAL   $9,100**

8 Dec 2014

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2014
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:      TCAPR, LLC
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of October 2014, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Research,, review and draft best practices & benchmarks for police academy (8 hours) | x | N/A | 5/ Nov | $1200.00 |
| Obtaining additional material for PRPD Action Plan on Professionalism with regards to Ethics & Bias (2.0 hours) | x | N/A | 12/Nov | 300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 17/Nov | $1,300.00 |
| TCA Core Team Week (10 hours-see agenda + work after hours) | N/A | X | 18/Nov | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 19/Nov | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 20/Nov | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 21/Nov | $1,300.00 |
| Obtained materials about police academies, ethics, supervision & training & spoke with Professional Standards & Training committee members & met with Denver Police Academy Director (6 hours) | x | N/A | 24/Nov | 900.00 |
| Research documents & review information & literature reference in car cameras (2.0 hours) | x | N/A | 26/Nov | 200.00 |

| TASK PERFORMED AND HOURS WORKED | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Review & research best practices & benchmarks for field training program (4 hours) | x | N/A | 28/Nov | 0.00 |
| Review and research best practices & benchmarks for firearms training program (4 hours) | x | N/A | 29/Nov | $0.00 |

TOTAL HOURS WORKED: 53.00 HOURS

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.34 HOURS @ $150): | $2,600.00 |
| TOTAL 8.66 HOURS PROVIDED NOT BILLED | $0.00 |
| TOTAL TO BE BILLED: | $9,100.00 |

INVOICE PRESENTED BY:

*Alan C. Youngs*

Alan C. Youngs
TCA Core Team
November 30, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

*Arnaldo Claudio  8 Dec 2024*

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2014.

2

November 21,2014

# INVOICE

**TCA CORP**

268 MUNOZ RIVERA SUITE 1001
SAN JUAN, PR 00918

Professional Services                    $ 750.00

Expenses                          $    0.00

**Total**          $ 750.00

| | |
|---|---|
| **November 16, 2014**<br><br>**11am-11pm**<br><br>**12.00 HRS** | |
| **November 17, 2014**<br><br>**7am-6pm**<br><br>**11.00 HRS** | |
| **November 18, 2014**<br><br>**7am-6pm**<br><br>**11.00 HRS** | |
| **November 19, 2014**<br><br>**7am-6pm**<br><br>**11.00 HRS** | |
| **November 20, 2014**<br><br>**7am-6pm**<br><br>**11.00 HRS** | |
| **November 21, 2014**<br><br>**7am-8pm**<br><br>**13.00 HRS** | |

| | |
|---|---|
| November 22, 2014<br><br>5:30am-11:30pm<br><br>**6.00 HRS** | |
| | |

Duties Assigned as per Clients Request.

Carlos Pacheco Rivera

8 Dec 2014



# Oficina de Finanzas Municipales
### Estado Libre Asociado de Puerto Rico
### Municipio Autónomo de San Juan

# RECIBO DE PAGO

| | |
|---|---|
| Núm. Recibo: | 31924 |
| Fecha Recibo: | 10-NOV-14 |

| INFORMACION SOLICITUD DE PERMISO | | | |
|---|---|---|---|
| Núm. Solicitud: | 14OP-20115PU-HRN | Fecha Solicitud: | 10-NOV-14 |

| Proyecto: | Dirección: |
|---|---|
| TCAPR, CORP. | 268 MUÑOZ RIVERA<br>HATO REY, PR<br>SAN JUAN |

| FACTURA | FECHA | CONCEPTO | DEUDA | APLICADO |
|---|---|---|---|---|
| 39773 | 10-NOV-14 | Transaccion en linea | $100.00 | $100.00 |

| INFORMACION DEL RECIBO | |
|---|---|

| | | | |
|---|---|---|---|
| Metodo Pago: | CREDITO | Cantidad Pagada: | $100.00 |
| Núm Referencia Pago: | | Crédito Aplicado: | $0.00 |
| Vía Pago: | PERSONAL | Monto Aplicado: | $100.00 |
| | | Valor Restante: | $0.00 |

Recaudador: _____

Rodriguez Rivera, Dobel Oscar



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:

**TCAPR, CORP.**

Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3485 |
|---|---|
| Date: | 11/30/2014 |
| Amount due: | 495.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Description | Out-of-Scope Work:  Application for a Use Permit for the TCA Office located at World Plaza, Suite 1001, with the Municipality of San Juan's Permit Office.  Work included processing fee payments for the Permit Office, Health and Fire Departments.<br><br>Work in progress. Pending visit and final outcome of inspection. | 0.00 | 0.00 | 0.00 |
| Time log | Ricardo L. Rivera Padilla, CPA | 0.25 | 125.00 | 31.25 |
| Time log | Karen Diaz Colon, CPA | 0.50 | 85.00 | 42.50 |
| Time log | Michelle Rivera | 2.75 | 55.00 | 151.25 |
| Expense | Online Transaction Fee | 1.00 | 100.00 | 100.00 |
| Expense | Basic Application Fee - Fire Department | 1.00 | 60.00 | 60.00 |
| Expense | Basic Application Fee - Health Department | 1.00 | 35.00 | 35.00 |
| Expense | Basic Application Fee - Exclusion Category Request | 1.00 | 75.00 | 75.00 |
| | | | Total: | 495.00 |



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:

**TCAPR, CORP.**

Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3459-A |
|---|---|
| Date: | 10/31/2014 |
| Amount due: | 1182.50 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Description | Out-of Scope Work: Application for Tax Exemption under Section 1101.01 of the Internal Revenue Code for a New Puerto Rico. In order for TCAPR, Corp. to be granted tax exemption by Secretary of Treasury, an application, using published Form AS 2645.1, must be submitted to the Treasury Department's Assistant Secretary for the Internal Revenue Office for their evaluation process along with the initial fee of $400 in accordance its Regulation Number 6103 (Act #15 of July 20, 1990). The application must be complete and include all the necessary explanations, exhibits, tables, and documents so that the Assistance Secretary can approve or deny the application. This work required researching the Code for qualification purposes, reading the Federal Court Stipulation and Agreement, and is in process as of 10.30.14. | 0.00 | 0.00 | 0.00 |
| Time log | Michelle Rivera | 8.50 | 55.00 | 467.50 |
| Time log | Karen Diaz Colon, CPA | 4.00 | 85.00 | 340.00 |
| Time log | Ricardo L. Rivera Padilla, CPA | 3.00 | 125.00 | 375.00 |
| | | | Total: | 1182.50 |

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

November 24, 2014

Mr. Eric Guzmán
TCAPR Corp.
Executive Office Manager
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2014-1

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings of TCAPR Corp. during the month of November 2014

| Date(s) | Hour(s) | Matter/Research |
|---------|---------|-----------------|
| 11/18/2014 | 3 hrs. | In Chambers Meeting with Hon. Gustavo Gelpi, USD Judge and TCAPR |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.

Original signed

Antonio R. Bazán González

8 Dec 2014

**Alfredo Castellanos, Esq.**
Metro Office Park  Bldg 7
Suite 204, Guaynabo, PR 00968
Telephone (787)641-8447
Fax (787)793-4495

Date: November 25, 2014

### INVOICE FROM ALFREDO CASTELLANOS FOR SERVICES RENDERED TO THE TCA DURING NOVEMBER, ENDING ON THE 25TH, 2014

The present invoice includes services that were rendered during the month of November, 2014, ending on the 25th. It will include a general reference to non-billable pro bono work that was realized during said period, as well as, billable work that was done during the same period at the agreed upon rate of **$125.00** an hour. Billable time, when necessary, has been fractioned on a quarterly hour basis. No billable expenses have been incurred during the Month of November. The above being said, the following is an itemized description of the services that were rendered:

### BILLABLE WORK FOR THE MONTH OF OCTOBER

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Nov 10, 2014 | Continued review of files. | 6 hrs | $750.00 |
| Nov 12, 2014 | Commenced working on Memorandum for the TCA. Re: Report on pending cases and recommendations. | 5 hrs | $625.00 |
| Nov 17, 2014 | Final revision of Memorandum for TCA. Re: Pending Commonwealth cases. Sent Memorandum to TCA. | 1 hr | $125.00 |
| Nov 18, 2014 | Meeting with the Federal Monitor and TCA Core Team. | 4 hrs | $500.00 |
| | **Total** | | **$2,000.00** |