**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

USA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

Civil No. 12-2039 (GAG)

## ORDER

The court hereby makes public the TCA's letter to the undersigned, of December 11, 2014, summarizing his numerous significant engagements since he assumed the position. It is evident from the same that the TCA has met, and will continue to meet, with diverse representatives of the community, as well as with elected leaders (past and present), and members of the PRPD, to name a few. The court is extremely pleased with the TCA's unending dedication to the court and the public it serves. During the months to come, he will continue to participate in such engagements, which are an essential part of his mission.

    **SO ORDERED**.

    In San Juan, Puerto Rico this 15th day of December, 2014.

    *S/Gustavo A. Gelpí*

    GUSTAVO A. GELPÍ

    United States District Judge