| TCA Report of Community Engagement Activities to the Court | 2014 |
|---|---|

December 11, 2014

Colonel (ret) Arnaldo Claudio, TCA
Office of the Technical Compliance Advisor (TCA)

Hon. Judge Gustavo Gelpi

Re: TCA civic engagements

Dear Judge Gelpi:

Paragraph 254 of The Agreement (Agreement) for the Sustainable Reform of the Puerto Rico Police Department (PRPD) requires the Technical Compliance Advisor (TCA), as he deems necessary, to meet with community stakeholders. The goal is to inform civic and community leaders about the Agreement and its implementation; to update them on the progress being made; and to listen to their perspectives on citizen/police interactions.

Paragraph 254 is not just a mandate but one of the essential tools for the success of the reform. Active listening and engagement is a structuring principle of work of the TCA and one of the central functions of his Office. It is through active listening and engagement that the TCA has acquired essential information which has proven very valuable thus far in the progress being made in the implementation of the reform. Active listening and engagement is also part of the rigorous methodology that the TCA and his team of subject matter experts bring to the reform. The TCA and his team listen with empathy but also constructively. By "taking the pulse" of the community, the police and all stakeholders directly or indirectly affected by the Reform, the TCA is in a better position to openly hear from those affected by and make meaningful recommendations for change. It is through active listening and engagement that the TCA and his team of dedicated professionals renew in each meeting their commitment to the reform and to the People of Puerto Rico because we learn the real human impact of the reform. Finally, these current dialogues will assist the TCA to provide input into the substance of community surveys that will later be conducted by an independent source to gage community satisfaction with the police.

Here the TCA informs the Judge of the more than one hundred engagements that the TCA and his team has had met with a diverse cross section of Puerto Rico society. These meetings are specifically delineated below:

| TCA Report of Community Engagement Activities to the Court | 2014 |
|---|---|

## TCA ENGAGEMENTS

Meetings with Current Government Officials:

- Hon. Alejandro García Padilla, Governor of Puerto Rico (June 2014)
- Hon. Pedro R. Pierlusi Urrutia, Puerto Rico's Resident Commissioner in Washington, DC (July 2014)
- Hon. David E. Bernier Rivera, Secretary of State and Mr. Javier González, Deputy Assistance Secretary of State (June, December 2014)
- Hon. César R. Miranda Rodríguez, Secretary of Justice of Puerto Rico (June 2014); and various follow up meetings
- Superintendent José Caldero López, PRPD (June 2014); and various follow up meetings
- Meeting with various representatives of the Puerto Rico National Guard (June and July 2014)

Meetings with Former Governors of Puerto Rico:

- Former Governor Luis Fortuño Burset (July 2014)
- Former Governor Anibal Acevedo Vilá (July 2014)
- Former Governor Sila María Calderón Serra (September 2014)
- Former Governor Pedro Roselló González (September 2014)
- Former Governor Carlos Romero Barceló (June 2014)
- Former Governor Rafael Hernández Colón (June 2014)

Meetings with Former Police Superintendents:

- Superintendent Pierre Vivoni Del Valle, former Superintendent of PRPD (July 2014)
- Superintendent Emilio Díaz Colón, former Superintendent of PRPD (July 2014)

Meetings with Federal Government Officials:

- Mr. Reinaldo Rivera, Regional Director for the Community Relations Service of the U.S. Department of Justice (July 2014)
- Mr. José R. Vázquez, Director of the Wage and Hour Division District Office of U.S. Department of Labor (July 2014)

- Brigadier General José R. Burgos, U.S. Army Reserve-Puerto Rico (August 2014)
- Ms. Rosa Emilia Rodríguez, U.S. Attorney for the District of Puerto Rico (September 2014)
- Mr. Carlos Cases, Special Agent in charge of the FBI's San Juan Division (September 2014)

Meetings with Senators and Representatives of the Legislative Assembly of Puerto Rico and related offices:

- Hon. Eduardo Bathia, President of the Senate of Puerto Rico
- Hon. Jaime R. Perelló Borrás, Speaker of the House of Representatives of Puerto Rico
- Hon. María de Lourdes Santiago Negrón, Senator of the Senate of Puerto Rico (July 2014)
- Hon. Ángel Matos García, Legislator of the House of Representatives of Puerto Rico (September 2014)
- Commissioner Carlos A. Del Valle Cruz and members of Puerto Rico's Comisión de Derechos Civiles [Civil Rights Commission] (July 2014); various follow up meetiongs and communications with Commissioner Del Valle.

Meetings with Representatives of Executive Agencies:

- Ms. Carmen Villanueva of "*Comunidades Especiales*" [Special Communities] (September 2014)
- Ms. Marisol Blanco of the "*Oficina de Asuntos de la Mujer*" [Office of Women's Affairs] (October 2014)
- Ms. Cynthia González, Ombudsman Office [ (October 2014)
- Ms. Sandra Jimenez, of the "*Departamento de la Familia*" [Department of Family Affairs] and Ms. Yesenia Mojica of "*Administración de Servicios de Salud y Contra la Adicción*"[Administration of Health Services] (November 2014)
- Mr. Heriberto Luna, Criminal Justice Information System (November 2014)
- Ms. Iris Miriam Ruiz Class, "Procuradora del Ciudadano" [Office of the Ombudsman] (November 2014)
- Ombudsman Agustin Montañez, "*Oficina del Procurador del Veterano de Puerto Rico*" [Office of the Ombusdman for Veteran Affairs], Governor's Office (November 2014)
- Ms. María Nieves, "*Oficina del Procurador de las Personas con Impedimento*" [Office of the Ombudsman for People with Disabilities], Ponce Regional Office

- (OPPI) (November 2014)
- Assistance to "*XXV Conferencia Anual del Ministerio Público, Abogados y Registradores de la Propiedad*" of the Puerto Rico Department of Justice (October 2014)
- 

Meetings with Mayors and/or Commissioners of Public Safety:

- Hon. María Eloisa "Mayita" Meléndez Altieri, Mayor of Ponce, and Commissioner Norberto Rodriguez Alicea (July 2014)
- Commissioner , Juncos (July 2014)
- Hon. William E. Miranda Torres, Mayor of Caguas (August 2014)
- Hon. Carmen Yulin Cruz, Mayor of San Juan, and Deputy Secretary of Puerto Rico's Housing Department (September 2014)
- Hon. José Carlos Aponte Dalmau, Mayor of Carolina (September 2014)
- Hon. Javier Jiménez Pérez, Mayor of San Sebastián (October 2014)
- *Hon.* José Ramón *Román* Abreu, Mayor of San Lorenzo (November 2014)
- Hon. Victor M. Emeric, Mayor of Vieques (December 2014)

Meetings with Puerto Rico Police Department Reform Unit:

- Ongoing meetings and communications with LTC Clementina Vega, Director of the Puerto Rico Police Reform Office
- Several meetings with Robert Warshaw of Warshaw and Associates, Inc., Consultants for Puerto Rico Police Department (June 2014)
- Several meetings for the discussion of the Critical Incident Use of Force Report (July 2014)
- Meeting for the presentation of the Puerto Rico Police Reform Unit to the TCA Core Team
- Several meetings and communications with the Reform Unit's professionals for the review, analysis, discussions and technical support to the final drafts of the following Generals Orders:
    - General Order 600-601: Use of Force
    - General Order 600-603: Use of Weapons
    - General Order 600-605: Investigations on Use of Force
    - General Order 600-614: Arrests and Citations/Summons
    - General Order 800-801: Community Interactions Councils
- Review, analyses and comments on the Action Plans presented by the PRPD (October 2014)
- Session of work with all the Parties for the discussion of the TCA Response to the Puerto Rico Police Action Plans. (November 2014)

Meetings with Puerto Rico Police Department representatives:

| TCA Report of Community Engagement Activities to the Court | 2014 |
|---|---|

- Several visits to the Police Academy, and meetings with Col. Hernández de Fraley and her staff.
- Meeting with Police Explosive Ordinance Team (September 2014)
- Meeting with various representatives of the "*Cuerpo de Capellanes de la Policía de Puerto Rico*" (Corps of Chaplains of the Puerto Rico Police). (November 2014)
- Meeting with Antonio Cruz Domenech, Administrative Division. (November 2014)
- Visit Police Academy Firing Range during the night shift (November 2014)
- Visit Police Academy Firing Range-meeting with Cadets (November 2014)
- During this period of time, the TCA has conducted a considerable amount of informal interviews with the agents of the Puerto Rico Police through casual street conversations.
- Since July 2014, several police officers have requested confidential meetings with the TCA. All the requested actions have been met by the TCA.

Visits and meetings to Police Regional Headquarters and Police Stations:

- Visit Utuado Police Headquarters (July 2014)
- Visit to Quebradillas' Police Station (July 214)
- Visit to Camuy's Police Station (July 2014)
- Visit to Las Piedras Police Station with Core Team (August 2014)
- Visit to Caguas Regional Headquarters (September 2014)
- Visit to Ponce Regional Headquarters (September 2014)
- Visit to Juncos' Highway Patrol (September 2014)
- Meeting with SWAT Team (September 2014)
- Meeting with Tactical Operation (September 2014)
- Visit to Manuela Pérez Public Residential Project Police Station (September 2014)
- Meeting in Aguadilla Police Station (October 2014)
- Meeting in Mayaguez Police Station (October 2014)
- Visit to San Lorenzo Police Station (October 2014)
- Highway 52 Police Station night visit (October 2014)
- Meeting Isabela Police Headquarters (November 2014)
- Attended the Sexual Harassment Conference at Caguas Police Headquarters (November 2014)
- Visit to Bayamón Oeste's Zone of Excellence ("*Zona de Excelencia*") (November 2014)
- Ponce Headquarters' Community Open Meeting in Barrio Indio in Guayanilla (November 2014)

Meetings and communications with representatives of the following groups and associations within the Puerto Rico Police Department:

- "*Sindicato de Policías Puertorriqueños, Inc.*"
- "*Asociación de Miembros de la Policía de Puerto Rico*"

| TCA Report of Community Engagement Activities to the Court | 2014 |
|---|---|

- "*Corporación Organizada de Policías y Seguridad*" (COPS)
- *"Concilio Nacional de Policías"* (CONAPOL)
- *"Cuerpo Organizado de la Policía, Inc."*

Meetings and activities with the Community Councils for Public Safety ("*Consejos Comunitarios de Seguridad*") and other community groups:

- Meeting with Mr. Ricardo Porrata-Doria, Los Maestros' *Consejos Comunitarios de Seguridad*, and follow up meetings (July, August, October 2014)
- Participation in "Night Out Activity" (August 2014)
- Meeting with Ms. Cecilia de la Luz, LGBTTQ representative, and follow up meeting (August, September 2014)
- Meeting with representatives of the Dominican community at San Mateo's Church Neighborhood Security Committee (September 2014)
- Meeting with administration of the University of Puerto Rico (September 2014)
- Meeting with Ms. Tere Cánovas, Hato Rey Oeste's *Consejos Comunitarios de Seguridad*, (October 2014)
- Participation in the San Juan's monthly meeting of the *Consejos Comunitarios de Seguridad* at Manuel A. Pérez's Public Housing development (October 2014)
- Meeting with representatives of Mayagüez's *Consejos Comunitarios de Seguridad* (October 2014)
- Participation in the activity "*Feria de Seguridad y Recursos Comunitarios*" in Bayamón (November 2014)
- Participation in the activity "*Policía y Comunidad Unidos por una Sola Causa"* in Francisco Figueroa's public housing development in Añasco (November 2014)
- Participation in the acts of installation of the *Consejos Comunitarios de Seguridad* in the public housing development of El Caribe in La Playa of Ponce (November 2014)
- Participation in the activity "*Feria de Seguridad y Recursos Comunitarios*" in Hermanas Dávila in Bayamón with the active participation of the following Community Councils for Public Safetyy: Rexville, Santa Monica, Forest Hills, La Milagrosa, Valencia, Parque de Flamingo, Sierra Linda, and Reparto Flamingo (November 2014)

Meetings with the "*Grupo Comunitario de Trabajo*" [Community Working Group] gathered through the joint efforts of the TCA and the American Civil Liberties Union (ACLU):

- Participation in several meetings with the members of this group for the discussion of different aspects of the Reform.
- This group includes the following organizations and different community leaders, among others:
  - Mr. William Ramírez, ACLU
  - Mr. Josué González, ACLU
  - Ms. Vilma Gonzalez, "*Paz para la Mujer*"

- Ms. Nora Vargas Acosta, University of Puerto Rico School of Law, LGBTTQ Legal Clinic
- Mr. Osvaldo Toledo, "*Colegio de Abogados de Puerto Rico*"
- Mr. Esteban Reyes, Dominican Community
- Ms. Romelinda Grullón, "*Centro de la Mujer Dominicana*"
- Ms. María Colón, Mr. Héctor Berdecía, and Mr. Juan Miranda, University of Puerto Rico's Student Council Representatives
- Ms. Carmen Milagros Vélez, LGBTTQ Community
- Mr. Andrés Lloret Gutiérrez, President of "*Federación Central de Trabajadores*" (FCT)
- Ms.Carmen Tirado and Ms. María G. Rosado, "*Asociación Puertorriqueña de Profesores Universitarios*" (APPU)
- Mr. Rafael Rivera, Viila Cañona Communuty
- Ms. Amarilis Pagán and Ms. Yesenia Méndez, Proyecto Matria
- Commissioner Carlos Del Valle, "*Comision de Derechos Civiles*"
- Ms. Julie Cruz, Ms. Jeannette García Alonso, and Mr. Robert Millán, Immigrants Community
- Ms. Esther Vicente and Mr. Julio Fontanet, Interamerican Law School
- Mr. Efren Rivera Ramos, University of Puerto Rico Law School
- Mr. Stephen Leung, Representative of the Asian Community
- Mr. Joey Pons, "*Comité Amplio para la Búsqueda de Equidad*" (CABE)
- Mr. Osvaldo Burgos, Amnesty International
- Mr. Miguel Soto and Ms. Mari Mari, Center for a New Economy
- Ms. Judith Berkan
- Mr. José Rodriguez, Dominican Community
- Ms. Olga Orraca, "*Taller Lésbico Creativo*"
- Ms. Lina Torres, Universidad del Sagrado Corazón
- Mr. José Vargas Vidot, "*Iniciativa Comunitaria*"
- Ms. Gloria Ruíz, "*Fondita de Jesús*"
- Ms. Adrana Godreau, ACLU Women's Project
- Mr. Alfredo Font, "*Concilio Multisectorial*"

Meetings with Community Leaders and other community's activities:

- Meeting with different civil rights and minorities groups (July, 2014)
- Meeting with Ms. Ada Conde, LGBTTQ Community Leader (July, August 2014)
- Meetings with Ms. Cecilia La Luz from "*Centro Comunitario LGBTT*" (August 2014)
- Meetings with Mr. Roberto Pérez Santoni, known as "Papo Christian," Community Leader (August, October, November 2014)
- Meetings with Mr. Pedro Julio Serrano, LGBTTQ Community Leader (November 2014)
- Meeting with Mr. José Rodríguez, immigrant rights advocate (August 2014)
- Meeting with Mr. Esteban Reyes Manzano, immigrant rights advocate (August 2014)

| TCA Report of Community Engagement Activities to the Court | 2014 |
|---|---|

- Meeting with community leaders and groups advocates at ACLU's facilities with the Core Team (August 2014)
- Meeting with Ms. Yesenia Méndez Sierra and others representatives of "*Proyecto Matria*", and various follow up meetings (August, September 2014)
- Visit to Manuel A. Pérez Public Housing development to participate in a community forum (September 2014)
- Meeting with representative of *"La Playita"* community group with TCA Core Team (September 2014)
- Meeting with Special Communities and Loiza Community with TCA Core Team (September 2014)
- Meeting with representatives of the Dominican Community (October 2014)
- Meetings with members of the "*Fondita de Jesús*" (Homeless Shelter) (September, October 2014)
- Meeting with Mr. José Rodríguez and Esteban Reyes Manzano, Dominican Human Rights' Committee (October 2014)
- Visit to the funeral home for the memorial service of Don Pedro Aguayo, member of the Floral Park's "*Consejos Comunitarios de Seguridad*" (November 2014)
- Meeting with Mr. Papo Christian for the discussion of the campaign "*No más Balas al Aire*" (November 2014)
- Meeting with Ms. Carmen Villanueva, La Playita Community (November 2014)
- Meeting Homeless Shelter personnel Caguas (November 2014)
- Meeting in Yauco with Ms. Tati Escobar, an advocate for persons with disabilities. (November 2014)
- Participation in activity held in Añasco, "*La Policía y la Comunidad Unidos en una Sola Causa*" (November 2014)
- Participation in the annual activity "*Ni una Bala más al Aire*" (December 2014)

<u>Meetings with citizens who have been victims of civil rights violations by the Police of Puerto Rico:</u>

- Meeting with victims of police civil rights abuses (July 2014)
- Meeting with the parents of a victim who was killed by a municipality policeman in Guaynabo (September 2014)
- Meeting regarding civil rights violation case, presented to the Police Reform Unit (July 2014)
- Meeting with a handicap child in Luquillo Municipality (October 2014)
- Meeting with LGBTTQ community victims of police brutality (November 2014)

<u>Others Groups of Interest</u>:

- Mr. José R. Nin, on the behalf of the "*Asociación de Taxistas*" (August 2014)
- Mr. Miguel Méndez. "*Mi Opinion PR.com*" (August 2014)
- Radial interview in "580 Radio AM" special program: "*Foro por Puerto Rico: Reforma de la Policía y Seguridad*", conducted by Rubén Sánchez (August 2014)
- Dr. Carlos Collado Shwarz, President of Carlos Albizu University, (September

| TCA Report of Community Engagement Activities to the Court | 2014 |
|---|---|

  2014)
- Prof. Ricardo Blanco, professor of the Graduate School of Public Administration of the University of Puerto Rico (October 2014)
- PRPD reform's presentation to directors and members of Marketing Industry and Food Distribution (MIDA) (October 2014)
- Members of the Advanced Security International Safety Association (November 2014)