RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

**RRG**

# INVOICE

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3509 |
|---|---|
| Date: | 12/26/2014 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (6/12-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
| | | | Total: | 1460.00 |



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

|  |  |
|---|---|
| **FECHA:** | 1/enero/2015 |
| **FACTURA #:** | 2015-0001 |
| **ASUNTO:** |  |

**FACTURAR A:**
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR  00918

| DESCRIPCIÓN | CANTIDAD |
|---|---|
| Suite 1001 World Plaza | |
| Renta de enero 2015 | $ 3,000.00 |
| **TOTAL** | **$ 3,000.00** |

Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.**
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757 ext. 1574.

PO Box 41207
San Juan, PR
00940-1207
Teléfono (787)
763-5757



 

| | |
|---|---|
| Factura | 12/04/14 |
| Cuenta | 769528798  2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de 4 |

| | |
|---|---|
| FECHA DE VENCIMIENTO | 01/02/15 |
| TOTAL A PAGAR | $233.94 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000023394 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Factura 12/04/14
Cuenta 769528798  2

Por favor, desprenda este talón y devuélvalo con su pago.



**Chatea en VIVO con un representante de servicio al cliente**

accede a claropr.com

CHAT de Apoyo en Línea

lunes a sábado 8am a 9pm
domingo 8am a 7pm
Roaming 24 horas

| | | |
|---|---|---|
| **RESUMEN DE SU CUENTA** | Balance Anterior | $ 423.69 |
| | Pagos Recibidos - ¡Gracias! | 423.69CR |
| | Ajustes | 0.00 |
| **TOTAL BALANCE VENCIDO** | | $ 0.00 |
| **SERVICIOS TELEFONIA FIJA** | -------------------- | 233.94 |
| **TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 01/02/15** | | $ 233.94 |
| **TOTAL A PAGAR*** | | $233.94 |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado Cliente Residencial, deseamos comunicarl que a partir del 31 de octubre de 2014 se le requerirá una contraseña o "pin number" como parte de la validación de acceso a su cuenta para maximizar la seguridad de su información. Para información adicional comuníquese al 787-763-3333