UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for December 2014.

| Core Team Expenses | | | |
|---|---|---|---|
| Visit | | | |
| | Gerard LaSalle | N/A | |
| | Linda V. Navedo | $6,500.00 | December 8, 2014 to December 12, 2014. |
| | Rafael E. Ruíz | $6,500.00 | December 15, 2014 to December 19, 2014. |
| | Marcos Soler | $6,500.00 | December 11, 2014 to December 15, 2014 |
| | John J. Romero | $6,500.00 | December 15, 2014 to December 19, 2014. |
| | Alan Youngs | $6,500.00 | December 8, 2014 to December 12, 2014. |
| | Subtotal | | $32,500.00 |
| | | | |
| Telework[1] | | | |
| | Gerard LaSalle | $5,900.00 | December 2014 |
| | Linda V. Navedo | $2,600.00 | December 2014 |
| | Rafael E. Ruíz | $2,600.00 | December 2014 |
| | Marcos Soler | $2,600.00 | December 2014 |
| | John J. Romero | $2,600.00 | December 2014 |
| | Alan Youngs | $2,600.00 | December 2014 |
| | Subtotal | | $18,900.00 |

---

[1] Please see Core Team invoices attached.

| Constitutional Lawyer | | |
|---|---|---|
| Alfredo Castellanos | $1,875.00 | |
| Antonio Bazán | $3,000.00 | |
| Subtotal | | $4,875.00 |
| | | |
| | | |
| Grand total | | $56,275.00 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $56,275.00, the total amount of the monthly expenses, for the month of December 2014.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA Office respectfully requests this Honorable Court that the December expenses be approved and a check be issued in the amount of $56,275.00, the total amount of the expenses for the month of December 2014.

In San Juan, Puerto Rico, this day January _7_, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.