Company Name: *Rafael E, Ruiz*
Address: 610 Pleasant St.
Canton, MA 02021
Phone: 617-759-9156

# INVOICE

TO: TCAPR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO: *2014-05*

DATE: *December 31, 2014*

PERIOD ENDING: *December 31, 2014*

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|------|---------------|---------------|-----------------|---------------|
| | | | 0 | $ |
| 12/02/14 | Prep report on meeting with Dominican Community and emails | | 0 | $ |
| | 2 hours @ $150/hr | | 0 | $300.00 |
| | | | 0 | $ |
| 12/03/14 and 12/04/14 | Worked on 6-Mo Report with Core Team 8 hours @$150/hr | | 0 | $1200.00 |
| | | | 0 | $ |
| 12/05/14 | Research/review PRPD GO's 614 and 602  6 hrs | | 0 | $ |
| | | Billable 4.33 hours @$150/hr | 0 | $650.00 |
| | | | 0 | $ |
| 12/09/14 | Helped Team to review/comment FTO's policy  3 hrs at $150/hr | | 0 | $450.00 |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| 12/15/14 | | Core Team Visit PR | 0 1 | $1300.00 |
| 12/16/14 | | Core Team Visit PR | 0 1 | $1300.00 |
| 12/17/14 | | Core Team Visit | 0 1 | $1300.00 |
| 12/18/14 | | Core Team Visit | 0 1 | $1300.00 |
| 12/19/14 | | Core Team Visit | 0 1 | $1300.00 |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | TOTAL INVOICE | 0.00 | $9100.00 |

I herbey declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *[signature]*

Print Name: *Rafael E. Ruiz*

Title: *TCA Core Team*

Date: *12/31/14*

Make all checks payable to *Same above*
THANK YOU FOR YOUR BUSINESS!

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2014
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD

LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

A:  **TCAPR, LLC**
    #268 Muñoz Rivera
    Suite 1001, World Plaza
    San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of December 2014, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Research Anti-Biased policing information (2 hours) | X | N/A | 11/Dec | 300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 08/Dec | $1,300.00 |
| TCA Core Team Week (10 hours-see agenda + work after hours) | N/A | X | 09/Dec | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 10/Dec | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 11/Dec | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 12/Dec | $1,300.00 |
| Assisted with AELE training on police discipline and invetigations-obtained information beneficial to the PRPD (16 hours) | X | N/A | 15-16/Dec | 0.00 |
| Review documented case law involving use of the taser by the police (4 hours) | X | N/A | 17/Dec | 600.00 |

I

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OR WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Review & research best practices & benchmarks for police use of electronic control weapons policy & LAPD use of force directive (8 hours) | x | N/A | 19/Dec | 1200.00 |
| Interview Director of LAPD police department Academy (1 hour) | X | N/A | 19/DEC | 0.00 |
| Review and research best practices & benchmarks concerning vehicle stops (4 hours) | x | N/A | 29/Dec | 600.00 |
| Researched and reviewed bike patrol and motorcycle patrol (2 hours) | X | N/A | 30/Dec | 0.00 |

TOTAL HOURS WORKED: 87.00 HOURS

TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK"    $6,500.00

TOTAL OF BILLABLE HOURS (17.34 HOURS @ $150):    $2,600.00

TOTAL 19.66 HOURS PROVIDED NOT BILLED    $0.00

TOTAL TO BE BILLED:    $9,100.00

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
December 30, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

2

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: ___7 JAN 2015___, 2014.

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2014
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

> A:   **TCAPR, LLC**
>      #268 Muñoz Rivera
>      Suite 1001, World Plaza
>      San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of December 2014, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session for the review, analysis of information and drafting, as part of the working process for the first TCA Six Month Report to all the parties. (6.0 hours) | N/A | X | 1/December | |
| Working session for the review, analysis of information and drafting, as part of the working process for the first TCA Six Month Report to all the parties. (6.0 hours) | N/A | X | 2/December | |
| Working session for the drafting of the first TCA Six Month Report to all the parties. (2.5 hours)<br><br>Working session for organize the agenda of work for the month of December/2014, review and answer of electronic correspondence. (1.5 hours) | | | 3/December | |
| Attendance and participation with the TCA Arnaldo Claudio and Eric Guzman to the activity known as "Ni una Bala más al | | | 4/December | |

1

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| *Aire*", carried out by the community leader Roberto Pérez Santoni (better known as Papo Christian), several Government's agencies and community leaders. (3.0 hours) <br> Working session with TCA Arnaldo Claudio, Lara Morell and Eric Guzmán for the discussion of pending matters. (3.0 hours) | | | | |
| TCA Core Team Week | N/A | X | 8/December | $1,300.00 |
| TCA Core Team Week | N/A | X | 9/December | $1,300.00 |
| TCA Core Team Week | N/A | X | 10/December | $1,300.00 |
| TCA Core Team Week | N/A | X | 11/December | $1,300.00 |
| TCA Core Team Week | N/A | X | 12/December | $1,300.00 |
| Working session in attention to Paragraph 241: Exhaustive Surveys and Compliance Reviews, which involved of the following activities: (a) telephone communications and e-mails to the coordination of meeting with Professor Richard Blanco Peck, of the Graduate School of Public Administration at the University of Puerto Rico; (b) electronic research for the identification of documentation related to this area of compliance in other jurisdictions in the United States; (c) review, reading and analysis of related documents, among other efforts. (8.0 hours) | N/A | X | 15/December | |
| Working session for the review of the General Orders pending for recommendations. (6.0 hours) | | | 16/December | |
| Preparation, attendance and participation in a meeting with Prof. Blanco Peck and Israel Tirado of the Graduate School of Public Administration of the | N/A | X | 17/December | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| University of Puerto Rico, and Rafael Ruiz (TCA Core Team), Eric Guzman, for the discussion regarding the survey process required in Paragraph 241. (3.0) Drafting of document related to previous activity for the attention of the TCA. (2.0) | | | | |
| Working session for the follow-up of outstanding matters, reading emails and documents sent, sending electronic communications, preparation of January/2015 agenda, among others efforts. (3.0) | N/A | X | 29/December | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 26.67 HOURS | |

INVOICE PRESENTED BY:

_____

LINDA-V. NAVEDO CORTÉS
TCA Core Team
December 31, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____  7 Jan 2015

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____7 Jan_____, 201 5 .

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

December 31, 2014

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 005

FOR PROFESSIONAL SERVICES RENDERED DEC 15-19, 2014

Monday, Dec. 15-          Core Team meeting.
                          Meeting at PRPD HQ with Reform Unit
                          Conference call with DOJ and PRD Reform Unit regarding
                          PRPD's Arrestos y Citaciones Policy.

Tuesday, Dec. 16-         Review of General Order Chapter 600, Section 602
                          Prepared Draft Reports on policy outlining comments and
                          Recommendations.
                          Researched Vehicle Stops (Nationally).

Wednesday, Dec. 17-       Review and finalized Draft Policy General Order 600, Section
                          602 Use and Management of Electronic Control Device.
                          Conferred with Core Team regarding comments on policies.
                          Reviewed PRPD's Administrative Order for Vehicle Stops
                          Relating to traffic infractions.

Thursday, Dec.18-         Core Team Meeting
                          Conferred with Core Team re; final preparation General
                          Order Chapter 600 Section 614, and General Order 600
                          Section 602.

Friday, Dec.19-           Core Team Meeting.
                          Prepared Draft Report on PRPD Administrative Order re;
                          Interacting with motorist during vehicle Stops for Traffic
                          Infractions. Dated December 2014.
                          Conferred with Core Team regarding above mentioned policy.


**5 DAYS (DAY RATE $1,300) = $6,500**

Dec 1-31          Researched Field Training Policies (Nationally)
                  Reviewed Puerto Rico Police Department's General Order Chapter
                  700, Section 701 Titled: Creation of the Field Training program.
                  Prepared report with recommendations and observations regarding
                  Field Training Policy.
                  Prepared report outlining points needed to be addressed for the Six
                  Months Analysis Report
                  Conferred with Core Team members regarding above matters.
                  Reviewed Puerto Rico Police Department's General Orders Chapter
                  600. Section 602 Titled;Uso y Manejo del Dispositivo de Control
                  Electrico


**TOTAL HOURS 24**
**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**
**$150 PER HOUR.   $2,600**


**TOTAL  $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2014
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:  **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of December 2014, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work in NYC: Review Core Team Comments to Early Drafts of TCA First Semi-Annual Report with TCA; drafting and editing Action Plan Section of Report  (3.0 hours) | X | N/A | 2/December | (3 @ $150 = $450) |
| Work in NYC: Review Core Team Comments to Early Drafts of TCA First Semi-Annual Report with TCA; drafting and editing Action Plan Section of Report (3.0 hours) | X | N/A | 3/December | (3 @ $150 = $450) |
| Work in NYC: Reviewing and editing Semi-Annual Report draft version 5 (3.0 hours) | X | N/A | 6/December | (3 @ $150 = $450) |
| Work in NYC: Reviewing and editing Report draft version 5 (2.0 hours) | X | N/A | 7/December | (2 @ $150 = $300) |
| Work in Puerto Rico: Drafting TCA First Semi-Annual Report with TCA; office meetings (11:00 hours) | N/A | X | 11/December | $1,300.00 |
| Work in Puerto Rico: Drafting TCA First Semi-Annual Report with TCA; office meetings (13:00 hours) | N/A | X | 12/December | $1,300.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work in Puerto Rico: Drafting TCA First Semi-Annual Report with TCA (9:00 hours) | N/A | X | 13/December | $1,300.00 |
| Work in Puerto Rico: Editing and Reviewing TCA First Semi-Annual Report; Reviewing Templates for Action Plans (9:00 hours) | N/A | X | 14/December | $1,300.00 |
| Work in Puerto Rico: Reviewing Templates for Action Plans; Drafting Office Memoranda; Editing and Reviewing TCA First Semi-Annual Report; Communications with TCA (10:00 hours) | N/A | X | 15/December | $1,300.00 |
| Work in NYC: Editing and Reviewing Last Version of TCA First Semi-Annual Report; Communications with TCA Reviewing and working with Core Team on Administrative Order for PRPD interaction with citizens during traffic stop in the context of my role as Core Team contact on EP and Non Disc (4:00 hours) | X | N/A | 16/December | (4 @ $150 = $600) |
| Work in NYC:   Editing and Reviewing Last Version of TCA First Semi-Annual Report; Reviewing and working with Core Team on Administrative Order for PRPD interaction with citizens during traffic stop in the context of my role as Core Team contact on EP and Non Disc (4.0 hours) | X | N/A | 17/December | (2.33 @ $150 = $350) |

| | |
|---|---|
| TOTAL HOURS WORKED: 53.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING ON PUERTO RICO (5 days, 52 HOURS) | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.3 HOURS @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |

INVOICE PRESENTED BY:

_____

2

MARCOS F. SOLER
TCA Core Team
December 17, 2014

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this
invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2014.

3

# INVOICE FOR PROFESSIONAL SERVICES:

DECEMBER 2014

TCAPR, LLC

Suite 1001, World Plaza

San Juan, Puerto Rico

| TASKS | DATE(S) | TOTAL HOURS @ $150.00 | BILLABLE HOURS |
|---|---|---|---|
| Drafting semiannual report and communication with TCA | 1-9 | 36 | 4400. |
| Review and recommendations for complaint tracking draft policy | 15-17 | 6 | 900. |
| Review of semiannual report and TCA communication | 18 | 2 | 300. |
| Review General Orders 600 section and TCA communication | 20-21 | 2 | 300 |

Total Hours Worked: 46  $5900.

Total Worked:  $5900.

Total Billable:  $5900.

I certify that according to my best knowledge and belief the information provided is true and correct.

Gerard LaSalle, Ph.D. LLC

Arnaldo Claudio, TCA,
President TCAPR Corp.

12/22/14

7 Jan 2015

**Alfredo Castellanos, Esq.**
Metro Office Park  Bldg. 7
Suite 204, Guaynabo, PR 00968
Telephone (787)641-8447
Fax (787)793-4495

Date: December 22, 2014

## INVOICE FROM ALFREDO CASTELLANOS FOR SERVICES RENDERED TO THE TCA DURING DECEMBER, ENDING ON THE 22nd, 2014

The present invoice includes services that were rendered during the month of December, 2014, ending on the 22nd. It will include a general reference to non-billable pro bono work that was realized during said period, as well as, billable work that was done during the same period at the agreed upon rate of **$125.00** an hour. Billable time, when necessary, has been fractioned on a quarterly hour basis. No billable expenses have been incurred during the Month of December. The above being said, the following is an itemized description of the services that were rendered:

### BILLABLE WORK FOR THE MONTH OF DECEMBER

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Dec 14, 2014 | Review of draft of the Six Month Report of the TCA June 6-December 6, 2014 | 5 hrs | $625.00 |
| Dec 15, 2014 | Further review of the Six Month Report of the TCA June 6-December 6, 2014 | 5 hrs | $625.00 |
| Dec 16, 2014 | Final revision of the Six Month Report of the TCA June 6-December 6, 2014 | 5 hrs | $625.00 |
| | | Total | $1875.00 |

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

December 26, 2014

Mr. Eric Guzmán
TCAPR Corp.
Executive Office Manager
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2014-3

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings of TCAPR Corp. during the month of December 2014

| Date(s) | Hour(s) | Matter/Research |
|---|---|---|
| 12/13/2014 | 2.0 hours (9 to 11:00 pm | Work on 6 months Report (Home PC) |
| 12/14/2014 | 8.5 hours (5 pm to 1:30 am | Work on 6 months Report (Office System) |
| 12/15/2014 | 2.0 hours (9:30 to 11:30 am | Work on 6 months Report (Office System) |
| 12/15/2014 | 3.0 hours (12:00 to 3:00 pm | Meeting at PRPD-Lcda. Xiomara Colon |
| 12/15/2014 | 2.0 hours (5:00 to 7:00 pm | Work on 6 months Report (Office System) |
| 12/16/2014 | 6.5 hours (4:00 to 10:30 pm | 6 months Report-Final Version sent to TCA |
| 12/26/2014 | 24 hrs. Total hours billed | 24 hrs. x $125.00 per/hr. Total: $3,000.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.

Antonio R. Bazán González

7 Jan 2015
2015

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of December.

During the month of December the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement.

At the beginning of the month of December, the TCA met with Honorable Judge Gelpí to work on the next six-month work plan. Various meetings were conducted including: meeting with FURA Officials and with Mr. Sammy Santana from the High Intensity Drug Tracking Areas (HIDTA) Program; spokesperson of the Community Safety Council (Mrs. Iza Rodríguez), and the Central Committee of the Citizen Interaction Committee (Mr. Luis Romero Font); U.S. Immigration and Customs Enforcement (ICE) Special Agent in Charge, Angel M. Melendez and Ricardo Mayoral, and with the Secretary of State, David Bernier. Also, a meeting with the PRPD Reform Unit was held to develop, review and comment on the action plans that will be implemented.

Several site visits included, visits to the Police Academy, to Vieques island in which Major Victor Emeric and Municipal Police Commissioner Roberto González showed PRPD's headquarters facilities and service procedures to the community; to Yauco in order to attend a meeting with Mrs. Tati Escobar, Mrs. Maria Nieves, South Region Director for of the Office of Advocate for Individuals with Disabilities.

The TCA Core Team reviewed and commented on General Orders 602 and General Order 600, Section 614 (Police Authority to Carry Out Arrests and Citations/Summons), reviewed PRPD Administrative Order: Interacting with people during vehicle Stop for Traffic Interactions, Use of Force, Citizens Complaint Policy and PRPD Reform Personnel and recommend specific actions for PRPD FTO trainings

The TCA, the Core Team and its staff worked on preparing the Six Month Report which was submitted to the parties on December 17, 2014.

Lastly, all administrative actions were completed, including but not limited to monthly meeting with TCA's CPA, updating employee records, coordination of the Core Team's January and February agenda, circulating CT agenda and the Core Team working plan; coordination and preparation of the TCA's agenda and meetings for January and February, and preparing respective court documents for parties' review and input.