12-2039(GAG)

14 de enero de 2015

Juez Gustavo A. Gelpí
Federal Building
150 Carlos Chardón Street
San Juan, PR 00918 – 1757

**Referencias: Querella a la Policía de Puerto Rico
Q – 2014 – 03 – 17 00015, caso en apelación ciudadana
#15 CP – 89 ante la Comisión de Investigación,
Procesamiento y Apelación (CIPA) sobre
Represiones Gubernamental/Abusos Policiaco**

Honorable Juez Gustavo A. Gelpí:

**Solicito su intervención** para que le refiera el asunto de epígrafe al Monitor Federal Arnaldo Claudio. Sugiero lo siguiente:

1. Que de aquí en adelante de inmediato todas las partes le envien al Monitor copias fieles y exactas de cualquier escrito.
2. Que el Monitor le comunique a todas las partes la intención de estar presente como oyente en la vista en su fondo pautada a partir de las 8:30 a.m. del 9 de septiembre de 2015 para cerciorarse que se esté cumpliendo con los acuerdos tomados tras la demanda de Justicia Federal contra la Policía de Puerto Rico.

Cordialmente,

Héctor A. Pereles Vélez
31 A Villas de la Esperanza
Juana Díaz, PR 00795 – 9627
(787) 677 – 4975
hpereles@yahoo.com