Héctor A. Pereles Vélez
31 A Villas de la Esperanza
Juana Díaz, PR 00795-9627

SAN JUAN PR 009
14 JAN 2015 PM 3 L

U.S. DISTRICT COURT
CLERK'S OFFICE ANNEX

2015 JAN 22 PM 3:20

RECEIVED AND FILED

Honorable Juez Gustavo A. Gelpí
Federal Building
150 Carlos Chardón Street
San Juan, PR 00918-1757

0091881703