IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br>    Defendants | CIVIL NO.: 12-2039 (GAG) |

**MOTION TENDERING PRPD'S PROGRESS REPORT IN COMPLIANCE
WITH REQUIREMENT 261 OF THE AGREEMENT**

**TO THE HONORABLE COURT:**

COMES NOW, the Puerto Rico Police Department ("PRPD") through the undersigned counsel and respectfully states as follows:

1. On February 4, 2015, PRPD filed a Motion for Leave to File its Progress Report as Per Requirement 261 of the Agreement.

2. Leave was granted by the Court (See Dkt. 195). Consequently, PRPD hereby tenders its Progress Report as **Exhibit 1**.

WHEREFORE PRPD respectfully requests from this Honorable Court that it take notice of the aforementioned.

WE HEREBY CERTIFY that on today's date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsel of record.

In San Juan, Puerto Rico, this 5th day of February, 2015.

**RESPECTFULLY SUBMITTED.**

                                        **CESAR MIRANDA RODRÍGUEZ**
                                        Secretary of Justice

                                        *S/ BEATRIZ ANNEXY GUEVARA*
                                        BEATRIZ ANNEXY GUEVARA
                                        Puerto Rico Department of Justice
                                        P.O. Box 9020192
                                        San Juan, P.R. 00902-0192
                                        Tel. (787) 721-7700
                                        Fax. (787) 722-4440
                                        USDC-PR # 217505
                                        bannexy@justicia.pr.gov