**Report Date:** January 29, 2015

# TCAPR, CORP.
Office of the Technical Compliance Advisor

# Financial Report as of:

# December 31
# 2014

This financial report was prepared solely and exclusively for the use of the USDOJ, PRDOJ, and the USDC for the District of Puerto Rico and is to be considered private, privileged and confidential in substance and nature. It cannot be reproduced, shared, demonstrated, published or otherwise exposed to others without the express authorization. No one other than the named recipients can rely on this report and/or its terms and conditions.

Prepared by:
Eric Guzman
Executive Office Manager

January 29, 2015
Page 1 of 3

**To:** Judge Gustavo A Gelpi
United States District Court for the District of Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardón Street
San Juan, PR, 00918-1767

**From:** Eric Guzman
Executive Office Manager
Office of the Technical Compliance

**Re:** Mr. Arnaldo Claudio
Technical Compliance Advisor ("TCA")
TCAPR, Corp.

**Subject:** Financial Report as of December 31, 2014

**Copies:** US Department of Justice
PR Department of Justice

### TCAPR, Corp.
### Statement of Operations and Fund Balance vs. Budget
### As of December 31, 2014

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---:|---:|---:|
| **TOTAL PRPD REFORM CONTRIBUTIONS** | $ 607,466 | $ 850,000 | $ (242,534) |
| **PROGRAM EXPENSES** | | | |
| SALARIES & WAGES | 259,601 | 266,921 | (7,320) |
| CONSULTANTS (CORE TEAM) | 262,000 | 414,073 | (152,073) |
| SPECIALISTS | 9,975 | 64,167 | |
| TRANSPORTATION | 5,111 | 32,426 | (27,315) |
| **TOTAL PROGRAM EXPENSES** | 536,687 | 777,587 | (240,900) |
| **MANAGEMENT & GENERAL EXPENSES** | | | |
| EMPLOYER RELATED TAXES & BENEFITS | 30,100 | 30,360 | (260) |
| COMMUNICATIONS | 1,279 | 1,750 | (471) |
| PROFESSIONAL FEES | 11,394 | 10,220 | 1,174 |
| BANK CHARGES & FEES | 366 | 335 | 31 |
| OTHER OFFICE CHARGES | 830 | - | 830 |
| OFFICE RENT EXPENSE | 18,000 | 18,000 | - |
| TOTAL MANAGEMENT & GENERAL EXPENSES | 61,968 | 60,665 | 1,303 |
| **FUND BALANCE** | $ 8,810 | $ 11,748 | $ (2,938) |

## TCAPR, Corp.
## Statement of Financial Position
## As of December 31, 2014

| TCAPR, CORP. | ACTUAL |
|---|---:|

**ASSETS**

**CURRENT ASSETS**
| | | |
|---|---:|---:|
| BANK ACCOUNT | $ | 23,937 |
| RESTRICTED FUNDS (F1) | | 8,054 |
| PRPD FUND RECEIVABLE (USDC) | | 60,556 |
| PRPD FUND UNBILLED EXPENSES (USDC)(F2) | | 3,858 |
| TOTAL CURRENT ASSETS | | 96,405 |

**OTHER ASSETS**
| | |
|---|---:|
| PRTC DEPOSIT (F3) | 150 |
| **TOTAL ASSETS** | **96,555** |

**LIABILITIES AND FUND BALANCES**

**CURRENT LIABILITIES**
| | |
|---|---:|
| ACCOUNTS PAYABLE | 61,829 |
| USDC EXCESS DEPOSIT (F4) | 7,296 |
| TCAPR OVERBILLED (F5) | 1,210 |
| SOCIAL SECURITY TAXES | 5,171 |
| FEDERAL UNEMPLOYMENT TAX | 182 |
| STATE INCOME TAX WITHHOLDING | 7,085 |
| VA - INCOME TAX WITHHOLDING | 617 |
| CHAUFFER INSURANCE | 10 |
| 7% INCOME TAXES PAYABLE | 3,105 |
| ACCRUED VACATION | 1,009 |
| ACCRUED SICK | 231 |
| **TOTAL CURRENT LIABILITIES** | **87,744** |
| RESTRICTED FUND BALANCE | 8,810 |
| **TOTAL LIABILITIES AND FUND BALANCES** | $ **96,555** |

January 29, 2015
Page 3 of 3

## TCAPR, Corp.
## Statement of Financial Position
## As of December 31, 2014

The TCA Office operates with reimbursement from PRPD funds deposited in the USDC and restricted for a specific use. The Restricted Fund Balance of $8,810 represents funds requested at an earlier date to cover accrued expenses that have yet to be disbursed:

(a) Landlord Deposit of $6,000
(b) Funds for an Office Switchboard of $1,675
(c) Office Petty Cash of $379
(d) Invoiced and unpaid employee benefits of $577
(e) Commercial account interest income of $29
(f) PRTC/CLARO Deposit of $150

**Footnote 1:** Restricted Funds

The actual bank account balance contains funds in the amount of $8,054 that have been designated for the following transactions:

(a) Landlord Deposit of $6,000
(b) Funds for an Office Switchboard of $1,675
(c) Office Petty Cash of $379

**Footnote 2:** PRPD Fund Unbilled Expenses (USDC)

This amount represents TCA Office expenses incurred during the month of December that are to be invoiced to the U.S. District Court in the next 60 days.

**Footnote 3:** PRTC Deposit

As a prerequisite to establishing a telephone/internet service with the PRTC/Claro for the TCA Office, a commercial deposit of $150 is required. Upon the closing of this account service, this deposit is to be applied towards the TCA Office's final invoice with any excess deposit to be refunded.

**Footnote 4:** USDC Excess Deposit

During the month of December of 2014, the TCA Office received funds in excess of the actual amounts deemed correct. This overpayment has been recorded as an excess deposit held in escrow by the TCA Office and is to be adjusted from the January 2015 Invoice and resolved.

**Footnote 5:** TCAPR Overbilled

The net overbilling of employee compensation of $1,210 initially estimated for the month June and to be adjusted from the January 2015 Invoice and resolved.