


Puerto Rico Telephone

| | |
|---|---|
| Factura | 01/04/15 |
| Cuenta | 769528798  2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de 8 |

| | |
|---|---|
| FECHA DE VENCIMIENTO | 02/02/15 |
| TOTAL A PAGAR | $180.79 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000018079 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Por favor, desprenda este talón y devuélvalo con su pago.

Factura 01/04/15
Cuenta 769528798  2

**Chatea en VIVO con un representante de servicio al cliente**

accede a claropr.com



CHAT de Apoyo en Línea

lunes a sábado 8am a 9pm
domingo 8am a 7pm
Roaming 24 horas

| RESUMEN DE SU CUENTA | | |
|---|---|---|
| Balance Anterior | | $ 233.94 |
| Pagos Recibidos - ¡Gracias! | | 233.94CR |
| Ajustes | | 0.00 |
| **TOTAL BALANCE VENCIDO** | | **$ 0.00** |
| SERVICIOS TELEFONIA FIJA | ------------------- | 180.79 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 02/02/15 | | $ 180.79 |
| **TOTAL A PAGAR*** | | **$180.79** |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

# FACTURA

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

Fecha: 2/1/2015
Factura #: 2015-0174

Dirección Postal
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR 00918

Dirección de Servicio
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 2/1/2015 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

**AFI**
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

---

| | | Fecha: | 2/1/2015 |
|---|---|---|---|
| ID Cliente | TCAPR | Factura #: | 2015-0174 |
| Nombre Cliente | TCAPR CORP | | |

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 2/1/2015 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de remitir su pago con este talonario a la siguiente dirección:
P.O. Box 41207 - San Juan, PR 00940-1207

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3528 |
|---|---|
| Date: | 1/1/2015 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (6/12-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
| | | | Total: | 1460.00 |

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of January.

During the month of January the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement.

The TCA sustained several meetings relating to unresolved complaints; met the Persons with Disabilities, Women's Rights Advocates, and the president of the PR Civil Rights Commision, Georgina Candall. Met with the Community Security Committee in Cedro Arriba, Naranjito and with Celia Galán from the APNI (Asociación de Padres de Niños con Impedimento). The TCA participated in a radio interview (NOTI UNO) and attended a Graduation for colonels at the Police Academy.

The Core Team joined the parties to discuss the review of Policy 600 and 602. The Core Team reviewed PRP Forms 879, 880, 126, 853, 47 and 264. After receiving the comments of PRDOJ and USDOJ, a final review and, when deemed necessary, rewrite of the Six Months Report Draft was performed, finalizing the document for filing. . Mr. Alan Youngs and Mrs. Linda Navedo visited the Police Academy.

Lastly, all administrative actions were completed, including but not limited to: monthly meeting under stipulation 253 of the Agreement, the monthly meeting with TCA's CPA, updating employee records and payroll, revision of the Core Team's February agenda, circulating CT agenda and the Core Team work plan; coordination and preparation of the TCA's agenda and meetings for the month February, and preparing respective court documents for the parties' review and input, including the Financial Statements for the first six months, as required by the Stipulation and Establishment of the TCA Office and the Payment of TCA Expenses, paragraph 30.