UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for January 2015.

| Core Team Expenses | | | |
|---|---|---|---|
| **Visit** | | | |
| | Gerard LaSalle | $6,500.00 | January 09, 2015 to January 15, 2015 |
| | Linda V. Navedo | $6,500.00 | January 12, 2015 to January 16, 2015 . |
| | Rafael E. Ruíz | $3,900.00 | January 12, 2015 to January 16, 2015 . |
| | Marcos Soler | N/A | |
| | John J. Romero | $6,500.00 | January 12, 2015 to January 16, 2015 |
| | Alan Youngs | $6,500.00 | January 12, 2015 to January 16, 2015. |
| | Subtotal | $29,900.00 | |
| | | | |
| **Telework[1]** | | | |
| | Gerard LaSalle | $2,600.00 | January 2015 |
| | Linda V. Navedo | $2,600.00 | January 2015 |
| | Rafael E. Ruíz | $3,900.00 | January 2015 |
| | Marcos Soler | $9,000.00 | January 2015 |
| | John J. Romero | $2,600.00 | January 2015 |
| | Alan Youngs | $2,600.00 | January 2015 |
| | Subtotal | $23,300.00 | |
| | | | |
| **Constitutional Lawyer** | | | |
| | Alfredo Castellanos | $3,000.00 | |
| | Antonio Bazán | $4,125.00 | |
| | Subtotal | $7,125.00 | |
| | | | |

---

[1] Please see Core Team invoices attached.

| | | |
|---|---|---|
| **Other TCA Office Expenses** | | |
| Chauffer | $750.00 | |
| State Insurance Fund | $2,213.18 | |
| Subtotal | | $2,963.18 |
| | | |
| **Car Expenses** | | |
| Gasoline | $257.83 | |
| TCA Vehicle Title Transfer Stamps | $20.00 | |
| Vehicle Inspection | $11.00 | |
| Vehicle Permits | | |
| Ford Edge HXO056 | $184.00 | |
| Jeep Compact HXO057 | $184.00 | |
| Subtotal | | $656.83 |
| | | |
| **Subtotal** | | $64,945.01 |
| | -$7,296.00 | By error or oversight the December Invoice was paid with an excess of $7,296.00. The unused amount is therefore deducted from the present totals. |
| | | |
| **Grand total** | | $56,649.01 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $56,649.01, the total amount of the monthly expenses, for the month of January 2015.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA Office respectfully requests this Honorable Court that the December expenses be approved and a check be issued in the amount of $56,649.01, the total amount of the expenses for the month of January 2015.

In San Juan, Puerto Rico, this day February 6, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.