# GERARD LASALLE, Ph.D.  LLC

INVOICE FOR PROFESSIONAL SERVICES:

JANUARY 2015

TCAPR, LLC

Suite 1001, World Plaza

San Juan, Puerto Rico

| TASKS | DATE(S) | TOTAL HOURS @ $150.00 | BILLABLE HOURS |
|---|---|---|---|
| TCA Core Team week (see agenda) | 9,12-15 | Fixed daily rate $1300.(50 hours | 6500. |
| Begin review and recommendations for draft IA policies. | 19-21 | 5 | 750. |
| Review and comment on DOJ comments on semiannual report, review final report to PRP | 18-20, 28 | 8 | 1200. |
| Review and comment on arrest, summons, Miranda, & property forms | 24-25, 28 | 5 | 750. |
| TOTALS | | 68 | $9200. |

Fixed Rate- TCA Week:     $6500.

Total Worked:     $9200.

Total Billable:     $9100.

I certify that according to my best knowledge and belief the information provided is true and correct.

Gerard LaSalle, Ph.D. LLC

1/28/2015

Arnaldo Claudio, TCA,
President TCAPR Corp.

2/6/2015

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:   TCAPR, LLC
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of January 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session that consisted of meeting with representatives of the "*Consejo Comunitario de Seguridad*" of Bo. Cerro Arriba, Naranjito; follow outstanding issues and coordination of work schedule for the month of January/ 2015. (4.0 hours) | N/A | X | 5/January | |
| Working session for the follow-up of outstanding issues with the TCA Arnaldo Claudio; conceptualization and development of a working tool for the TCA, for the following of the final policies of the RPP. (7.0) | N/A | X | 7/January | |
| Preparation, attendance and participation with TCA Arnaldo Claudio and Eric Guzmán, in meeting with OPPI Procurator Iván Diaz Carrasquillo and his staff. (3.0)<br><br>Preparation and participation with TCA Arnaldo Claudio, Att. Lara Morel and Eric Guzmán, in meeting with the woman's advocate Att. Wanda Vázquez and her staff. (2.0)<br><br>Attendance with the TCA Arnaldo Claudio and Eric Guzmán to the monthly meeting of "*Consejo Comunitario de Seguridad*" of Bo. Cerro Arriba, Naranjito. (5.0) | N/A | | 8/January | |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week | N/A | X | 12/January | $1,300.00 |
| TCA Core Team Week | N/A | X | 13/January | $1,300.00 |
| TCA Core Team Week | N/A | X | 14/January | $1,300.00 |
| TCA Core Team Week | N/A | X | 15/January | $1,300.00 |
| TCA Core Team Week | N/A | X | 16/January | $1,300.00 |
| Working session for the draft of a document related to pending matters with "Grupo Comunitario de Trabajo" (ACLU); telephone communications; follow up to electronic correspondence received, among other matters. (5.0) | N/A | X | 19/January | |
| Working session for the drafting of communication for the signing of the TCA Arnaldo Claudio. (2.0) | N/A | | 20/January | |
| Working session at the office for the follow up of pending matters. (3.0) | N/A | | 21/January | |
| Working session for the review of the General Orders pending for recommendations; follow-up of outstanding matters, reading emails and documents sent, sending electronic communications, among others efforts. (6.0) | N/A | X | 22/January | |
| Working session for the review and amendments of the matrix of the policies of the PPR. (4.0) | N/A | X | 28/January | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TOTAL HOURS WORKED "PRO BONO": 23.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTES
TCA Core Team
January 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: ___6___ ___Feb___, 2015.

3

# Rafael E. Ruiz

Company Name:
Address: 610 Pleasant St.
Canton, MA 02021
Phone: 617-759-9156

INVOICE

TO: TCAPR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO. **2015-01**

DATE **1/28/2015**

PERIOD ENDING: **1/31/2015**

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|------|---------------|---------------|-----------------|---------------|
| 1-5-15 | Read PR strategic plan | | 0  2 Hrs. | $ 300.00 |
| | &Ind. Monitor Report | | 0 | $ |
| 1-9-15 | Review list of policies for 2015 | | 0  1 Hr | $ 150.00 |
| 1-11-15 | Research on M/V Stops Policies | | 0  2 Hrs. | $ 300.00 |
| | | | 0 | $ |
| 1-24-15 | Read forms&reports, prep 1st. report on forms | | 0  5 Hrs | $ 750.00 |
| | | | 0 | $ |
| 1-14-15 | | Core Team Site Visit | 0  1 day | $ 1,300.00 |
| 1-15-15 | | Core Team Site Visit | 0  1day | $ 1,300.00 |
| 1-16-15 | | Core Team Site Visit | 0  1 day | $ 1,300.00 |
| 1/25-26/15 | Work w/forms Attys & CT | | 0  5 Hrs. | $  750.00 |
| 1-27-2015 | Tel Conf/emails Research, work on report | | 0 | $ |
| | PPR Formsprep 1st.  draft report | | 0  6 Hrs. | $ 900.00 |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| 1/28/2015 | 2nd. Draft, prep. report on forms, | | 0 | $ |
| | research, Tel conf. | | 0  5 Hrs | $  750.00 |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | TOTAL INVOICE | 0.00 | $7,800.00 |

I herbey declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *Rafael E. Ruiz*        Title: **Core Team Member**

Print Name: **Rafael E. Ruiz**        Date: **1/28/2015**

Make all checks payable to **Rafael E. Ruiz**
THANK YOU FOR YOUR BUSINESS!

*Arnold Chang  6 Feb 2015*

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:     **TCAPR, LLC**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of January 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Analyze and Review 2011 Independent Monitor Review sent by TCA and Compare it to TCA's First Report and PRPD's Status Reports for the purpose of editing TCA's First Report  (4.0 hours) | X | N/A | Monday, January 5, 2015; Tuesday January 6, 2015 | (4 @ $150 = $600) |
| Analyze and Review PRPD's list of policies to be drafted in 2015; review other email correspondence from the TCA  (3.0 hours) | X | N/A | Saturday January 10, 2015 | (3 @ $150 = $450) |
| Review section of the Annual Report pertaining to the action plans and compare it with Letter from PRPD/PRDOJ  regarding the November agreement; Review other email correspondence from the TCA  (4.0 hours) | X | N/A | Tuesday, January 13, 2015; Wednesday 14, 2015 | (4 @ $150 = $450) |
| Review of Administrative Order regarding Interaction with people during vehicle stops (3.0 hours) | X | N/A | Thursday, January 15, 2015 | (3 @ $150 = $450) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Evaluating PRPD Comments to TCA First Semi-Annual Report; Editing TCA report to address comments (8.0 hours) | X | N/A | Saturday, January 17, 2015 | (8 @ $150 = $1,200) |
| Editing TCA First Semi-Annual Report; evaluating USDOJ Comments to TCA First Report (8.0 hours) | X | N/A | Sunday, January 18, 2015 | (8 @ $150 = $1,200) |
| Editing and Drafting new comments for TCA First Semi-Annual Report (10.0 hours) | X | N/A | Monday, January 19, 2015 | (10 @ $150 = $1,500) |
| Editing and Drafting new comments for TCA First Semi-Annual Report (3.0 hours) | X | N/A | Tuesday, January 20, 2015 | (3@ $150 = $450) |
| Phone discussions with TCA regarding Comments to the TCA report; re-drafting and editing sections of the report; submit new draft (3.0 hours) | X | N/A | Wednesday, January 21, 2015 | (3 @ $150 = $450) |
| Conference with TCA and members of the team regarding Comments to the TCA report; re-drafting and editing sections of the report; re-submitting draft with edits (4.0 hours) | X | N/A | Thursday, January 22, 2015 | (4 @ $150 = $600) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Several conference calls with TCA, Formatting, editing and reviewing Last Version of TCA First Semi-Annual Report (10.0 hours) | X | N/A | January 27 & January 28 | (10 @ $150 = $1,500) |
| | | | TOTAL HOURS WORKED: 54.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 days, 0 HOURS) | | | | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK  (60 HOURS @ $150): | | | | $9,000.00 |
| TOTAL TO BE BILLED: | | | | $9,000.00 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
January 28, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _Feb 6_, 2015.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

January 31, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 006

FOR PROFESSIONAL SERVICES RENDERED JAN 12-16, 2015

Monday, Jan. 12-   Core Team Meeting
         Site visit/ meeting PRPD FURA Marine Unit.
         Reviewed PRPD Reform Unit policy schedule.

Tuesday, Jan. 13-   Core Team Meeting
         Site visit/meeting Humacao Police Station.

Wednesday, Jan.14-  Core Team Meeting
         Meeting with Puerto Rico Department of Justice

Thursday, Jan.15-   Core Team Meeting.
         Reviewed and Finalized PRPD Vehicle Stop Policy

Friday, Jan.16-    Core Team Meeting.
         Meeting with PRPD Reform Unit RE: Discussion on
         TCA Core Team comments on Arrest and Citations
         Reviewed PRPD reform Unit revised forms relating
         To Arrest/Citations and Search & Seizure
         Prepared report on PRPD forms with recommendations.

**5 DAYS (DAY RATE $1,300) = $6,500**

Jan 1-31        Reviewed PRPD Reform Unit policy changes to General Order 600,
                Section 614 (Arrest and Citations) RE: processing of arrested
                persons and safety measures to be utilized by police.
                Reviewed PRPD reform Unit revised forms relating
                To Arrest/Citations and Search & Seizure
                Researched form relating to Arrest/Search & Seizure.
                Conferred with Core Team on above matters.
                Prepared report on PRPD forms with recommendations.

**TOTAL HOURS 25.5**
**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**
**$150 PER HOUR.   $2,600**

**TOTAL  $9,100**

6 Feb 2015

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD

LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

A:    **TCAPR, LLC**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of January, 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Research and reviewed best practices and benchmarks concerning strategic plans (8 hours) | X | N/A | 5/Jan | 1200.00 |
| Research Anti-Biased policing information & best practices dealing with the LGBT community (8 hours) | X | N/A | 8/Jan | 1200.00 |
| Review & research best practices & benchmarks for police dealing with the handicapped & mentally ill (8 hours) | X | N/A | 9/Jan | 1200.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 12/Jan | $1,300.00 |
| TCA Core Team Week (10 hours–see agenda + work after hours) | N/A | X | 13/Jan | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 14/Jan | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 15/Jan | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 16/Jan | $1,300.00 |
| Research best practices concerning investigation of sexual harassment & racial discrimination (8 hours) | X | N/A | 20/Jan | 1200.00 |
| Interview the Directors of various police department academies concerning current curriculum (4 hours) | X | N/A | 22/Jan | 600.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Review and research best practices & benchmarks concerning investigation of domestic violence crimes (4 hours) | x | N/A | 27/Jan | 600.00 |
| | | | TOTAL HOURS WORKED: 87.00 HOURS | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.34 HOURS @ $150): | | | | $2,600.00 |
| TOTAL 22.66 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
January 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 6 Feb , 2014.

2

**Alfredo Castellanos, Esq.**
Metro Office Park  Bldg. 7
Suite 204, Guaynabo, PR 00968
Telephone (787)641-8447
Fax (787)793-4495

Date: January 28, 2015

### INVOICE FROM ALFREDO CASTELLANOS FOR SERVICES RENDERED TO THE TCA DURING JANUARY, ENDING ON THE 27th  2015

The present invoice includes services that were rendered during the month of January 2015, ending on the 27th. It will include a general reference to non-billable pro bono work that was realized during said period, as well as, billable work that was done during the same period at the agreed upon rate of **$125.00** an hour. Billable time, when necessary, has been fractioned on a quarterly hour basis. No billable expenses have been incurred during the Month of January. The above being said, the following is an itemized description of the services that were rendered:

### BILLABLE WORK FOR THE MONTH OF JANUARY

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| January 23, 2015 | Review instructions and procedures for the review of the forms from PRPD | 1 hr | $125.00 |
| January 25, 2015 | Review of the  PRPD  Forms | 1 hrs | $125.00 |
| January 26, 2015 | Memorandum Preparation for the suggested observations and changes for the PRPD Forms, focusing on Constitutional Law | 10 hrs | $1,250.00 |
| January 27, 2015 | Memorandum Preparation for the suggested observations and changes for the PRPD Forms, focusing on Constitutional Law | 12 hrs | $1,500.00 |
| | **Total** | | **$3,000.00** |

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

January 27, 2015

Mr. Eric Guzmán
TCAPR Corp.
Executive Office Manager
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re:  Invoice 2015-1

Sir:

The following is a detailed statement of the hours worked on legal
advice/consultations/meetings of TCAPR Corp. during the month of December 2014

| Date(s) | Hour(s) | Matter/Research |
|---------|---------|-----------------|
| 1/19/2015 | 4.5 hrs. (1.5 am & 3.0 pm) | Work on TCA FIRST SAR 2015 (Office ) |
| 1/20/2015 | 4.5 hrs (4.5 pm) | Work on TCA FIRST SAR 2015 (Office ) |
| 1/21/2015 | 6.5 hrs. (1.5 am & 5.0 pm) | Work on TCA FIRST SAR 2015 (Office ) |
| 1/22/2015 | 6.0 hrs. (2.0 am & 4.0 pm | Work on TCA FIRST SAR 2015 (Office ) |
| 1/23/2015 | 2.0 hrs. (2.0 am) | Work on TCA FIRST SAR 2015 (Office ) |
| 1/23/2015 | 2.5 hrs.(11:45am to 2:15 pm | Meeting at TCA Office with TCA |
| 1/26/2015 | 3.0 hrs (3.30 to 6:30 p.m) | Work on TCA FIRST SAR 2015 (Office ) |
| 1/27/2015 | 4.0 hrs. (2.0 am & 2.0 pm) | Submitted TCA FIRST SAR 2015 (Office ) |
| 1/27/2015 | 33.00 Total hours billed | 33.00 hrs. x $125.00 per /hr. Total $4,125.00 |

I hereby certify that the amount billed in this Invoice is true and correct and
corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR
Corp. I further certify that I have not billed TCAPR Corp. for legal advice and telephone
conversations held on 1/12/ 2015 and 1/13/2015 with USDOJ (Buehler) and legal counsel
for PRPD (Lcda. Xiomara Colon), for which I did not obtain prior authorization from
TCA Corp. Signed copy will be served by regular mail.

Original Signed

Antonio R. Bazán González

Feb 6, 2015



TCA PR CO

# invoic

**Juan Ramón Prieto**

Signature:

Date.:

Supervisor's Signature:

| Date | Description | Time | Total Hours |
|---|---|---|---|
| January 11, 2015 | Professional Services | 8:00a.m.-5:00p.m. | 3 |
| January 12, 2015 | Professional Services | 8:00a.m.-5:00p.m. | 8 |
| January 13, 2015 | Professional Services | 8:00a.m.-5:00p.m. | 8 |
| January 14, 2015 | Professional Services | 8:00a.m.-5:00p.m. | 8 |
| January 15, 2015 | Professional Services | 8:00a.m.-5:00p.m. | 8 |
| January 16, 2015 | Professional Services | 8:00a.m.-5:00p.m. | 8 |
| January 17, 2015 | Professional Services | 8:00a.m.-5:00p.m. | 4 |
| | | Total Hours | 47 |

Total:       $750.00

6 Feb 2015



ESTADO LIBRE ASOCIADO DE PUERTO RICO
CORPORACIÓN DEL FONDO
DEL SEGURO DEL ESTADO

## *Recibo de Pago Enviado*

G.P.O. Box 365028 San Juan PR 00936-5028

**Dueño de la Cuenta:** TCAPR Corp.

**Número de Recibo:** 1512000598201519

**Dirección 1:** 268 Munoz River

**Cantidad a Pagar:** 2213.18

**Dirección 2:** Suite 1001 Wor

**Tipo de Pago:** ACH

**Ciudad:** San Juan

**Fecha de Recibo:** 21/01/2015

**Estado:** San Juan

**Número de Póliza:** 1512000598

**Código ZIP:** 00918

**Año de Facturación:** 2015

```
          ROOSEVET S/S
          787-783-3985

Descr.            qty        amount
--------          ---        ------
Prepay CA#01                  40.00
                           ----------
              Sub Total       40.00
              STATETAX         0.00
              CITYTAX          0.00
   TOTAL       40.00
                  CASH $      40.00
THANKS.COME  AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 10535
01/09/15  10:37:54        ST# AB123
```

```
                PUMA ANYTIME
                CAMPO RICO

Descr.              qty        amount
--------            ---        ------
Prepay CA#09                    60.00
                            -----------
            Sub Total          60.00
                  Tax           0.00
                Total          60.00
                CASH  $        60.00
THANKS,COME AGAIN
REG# 0001 CSH# 012 DR# 01  TRAN# 17173
01/13/15  21:02:00        ST# AB123
```

TO GO STORE GURABO
CARR  189 KM 0.4
BO.  NAVARRO GURABO
PR,  00778

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#12 | | 50.00 |

|  | Sub Total | 50.00 |
| --- | --- | --- |
|  | STATE | 0.00 |
| **TOTAL** | | **50.00** |
|  | CASH $ | 50.00 |

THANKS,  COME  AGAIN
REG# 0003 CSH# 025 DR# 01  TRAN# 34709
01/10/15  22 11:49          ST# 00012
--------- PIDE TU RECIBO ---------

IVULOTO  3JZ6P KUBLM
ST DRAW005 Jan/17/2015
CONTROL  123-017377

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------

```
=========================================
                        PRINT NO.    6730


JAN 13 15 01:44PM    RECEIPT NO. 1090578

                     STORE ID 12345

PUMP  GRADE     VOLUME    PPU     AMOUNT
----  --------  --------  -----   --------
  1   PREPAY                        10.00
                CASH      TOTAL     10.00


=========================================
```

PUMA HASHIM SERVICE STATION II
Ave Campo Rico final
Carolina, PR  00983
(787) 276-0600

## Sales Receipt

Transaction #:        133642
Date:   1/16/2015     Time:  5:42:59 PM
Cashier:   2          Register #:   1

| Item | Description | Amount |
|------|-------------|--------|
| R | Regular | $40.00 |

|  | Sub Total | $40.00 |
|  | Total | $40.00 |
|  | Cash Tendered | $40.00 |
|  | Change Due | $0.00 |

* 1  3  3  6  4  2 *
Thank you for shopping
PUMA HASHIM SERVICE STATION II
We hope you'll come back soon!

```
PUMA MARCELINO SOLA
  PUMA ENERGY PR
    CARR 189 KM 6.0
    GURABO PR 00778
    (787)737-9335

Descr.          qty         amount
--------        ---         ------
Prepay C0012                45.00
                          ----------
            Sub Total       45.00
               STATE         0.00
                CITY         0.00
       TOTAL    45.00
               CASH $       45.00
    VUELVA PRONTO!!!!
REGH 0001 CSHH 005 DRW 01  TRANH 10539
01/25/15  16:19:32          STH 00125
```

---

```
        BIENVENIDOS A
    FOOD & GAS S.STA.

   Descr.          Qty       Amount
   -------         ---       ------
2  EJECUTIVO        1         11.99
                           ----------
              Sub Total       11.99
                   MUN         0.12
                   EST         0.72
       TOTAL     12.83
                   CASH $     20.00
                   Change $   -7.17
   THANKS,COME AGAIN
         GRACIAS
      VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01  TRAN# 13502
01/23/15  14:00:25          ST# P0601
```

```
                    *** COPY ***

              SERVICENTRO LAS LOMAS GULF
              C/ 31 S.O. ESQ 38 S.O.
                    LAS LOMAS
              SAN JUAN , PR  00921
                  (787) 792-5820

    Thu Jan 29 2015 10:49 AM  198054  ZULM

    CERTIFICADO INSPECCION        11.00

                    SubTotal      11.00
    Receipt  198073 Total         11.00

                    Cash          11.00


    Tablilla.........................
```

DEPARTAMENTO DE HACIENDA RECIBO DE PAGO

TERMINAL: 539
CAJERO: VHT6482
27/01/2015

RECIBO: 1502708200272

COLECTURIA: 82

11:35 AM

NOMBRE: SELLOS

FECHA DE PAGO: 27/01/2015
CONCEPTO: SELLOS RENTAS INTERNAS

CLAVE: 5120 DERECHOS-CERTIFICA          20.00
          SELLOS

| CATEG<br>REN/INT. | CANTIDAD | PRECIO | TOTAL |
|---|---|---|---|
|  | 2 | 10.00 | 20.00 |

TOTAL PAGADO:  $20.00

INSTRUMENTOS DE PAGO:
     EFECTIVO
                                       20.00

2FOTOCOPIE: PIERDE LEGIBILIDAD

DEPARTAMENTO DE HACIENDA RECIBO DE PAGO

TERMINAL: 030          RECIBO: 1502927900401
CAJERO: MIT98SB         COLECTURIA: 279
29/01/2015                      13:50 PM

ID: IED442 VELEZ SANTIAGO SALVADOR

FECHA DE PAGO: 29/01/2015
CONCEPTO: DTOP: RENOVACION MARBETE



CLAVE: 0824 ANO CORRIENTE LEY        15.00
CLAVE: 0820 ANO CORRIENTE LIC.       25.00
CLAVE: 2024 USO TAB.VEH.MOTOR-       10.00
CLAVE: 5990 ACCA LEY 138 ANO C       35.00
CLAVE: 5525 SEGURO RESP. PUBLI       99.00

TOTAL PAGADO:   $184.00

2INSTRUMENTOS DE PAGO:
       EFECTIVO               184.00

FOTOCOPIE: PIERDE LEGIBILIDAD

DEPARTAMENTO DE HACIENDA RECIBO DE PAGO

TERMINAL: 030                RECIBO: 1502927900395
CAJERO: MIT9858              COLECTURIA: 279
29/01/2015                        13:47 PM

ID: IEVB44 TCAPR

FECHA DE PAGO: 29/01/2015

CONCEPTO: DTOP: RENOVACION MARBETE


CLAVE: 0824 ANO CORRIENTE LEY        15.00
CLAVE: 0820 ANO CORRIENTE LIC.       25.00
CLAVE: 2024 USO TAB.VEH.MOTOR-       10.00
CLAVE: 5990 ACCA LEY 138 ANO C       35.00
CLAVE: 5525 SEGURO RESP. PUBLI       99.00


TOTAL PAGADO:    $184.00


2INSTRUMENTOS DE PAGO:
        EFECTIVO                 184.00


FOTOCOPIE: PIERDE LEGIBILIDAD



2013 FORD EDGE SE BLANCO
Automovil(Privado) . Auto Privado

11239447        02jul2013        HXO056====    11263847

2013    FORD    EDG    BLA    * 4    * 6    * 111
Año

2FMDK3GC2DBB27507        0        0

SJ0729        $ 22,165.00

ene 2015 a jul 2015        31 jul 2015
Vigencia        Expiración

TCAPR CORP
WORLD PLAZA
268 MUNOZ RIVERA 1001
SAN JUAN, PR 00918-1921

Dueño
La Misma

Multas            $ 0.00
Derechos Anuales   $ 40.00
ACAA             $ 35.00
Renovación        $ 10.00
Seguro Oblig      $ 99.00

Importe Total     $ 184.00

$ 0.00        0

---

### Esta es tu nueva y conveniente NOTIFICACIÓN

Podrá utilizar esta notificación de la misma manera que la tradicional forma impresa.

Ahora podrás adquirir tu marbete en:

- **Institución Financiera (Banco o Cooperativas) participantes**
- **Colecturías**
- **Estaciones Oficiales de Inspección Participantes**

Recuerde presentar ambos documentos
ORIGINAL-DUEÑO / COPIA-PUNTO DE VENTA

### INSTRUCCIONES AL CONTRIBUYENTE

1. Notifique cambios residencia y postal dentro de sesenta (60) días siguiente al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por el valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares por traspaso tardío. [Artículo 2.34] Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares de traspaso tardío, más cinco (5) dólares por cada mes o fracción de mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa $50.00.

---

### TRASPASO DE VEHÍCULO

Los traspasos de los vehículos registrados a partir del 7 de enero de 2001 deberán ser notariados en el título solamente.

USE LETRA DE MOLDE

NOMBRE DEL VENDEDOR

NOMBRE DEL COMPRADOR

NÚMERO DE SEGURO SOCIAL        NÚMERO DE LICENCIA

**Residencial**
Urbanización, Condominio o Barrio
Número de Casa        Calle        Apartamento
Municipio        Zip Code

**Postal**
Urbanización, Condominio o Barrio
Número de Casa        Calle        Apartamento
Municipio        Zip Code

AFIDAVIT NÚMERO:

Comparece

FIRMA DEL VENDEDOR (MARCA) O TESTIGO

FIRMA DEL COMPRADOR (MARCA) O TESTIGO

TABULLA ASIGNADA:        MILLAJE ACTUAL:

SUSCRITO Y JURADO ANTE MI POR LOS
COMPARECIENTES A QUIENES DOY FE CONOCER

Fecha:        Lugar:

ABOGADO NOTARIO

COLECTOR DE RENTAS INTERNAS O
FUNCIONARIO AUTORIZADO DEL
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

2014 JEEP COMPASS SPORT NEGRO
Automovil(Privado) , Auto Privado
Descripción y Clasificación del Vehículo

| | | | | | |
|---|---|---|---|---|---|
| 11177412 | 04jun2013 | HXO057 | 11196557 | | |
| Registración | Fecha Registro | | | | |

| 2014 | JEEP | CMP | NEG | · 4 | · 4 · 172 |
| Año | Marca | Modelo | | | |

1C4NJCBB3ED541904
VIN (Número de Serie)                    0

MZ0067                              $ 19,109.81
Dealer                    Valor Contributivo

ene 2015 a jun 2015
Vigencia                    30 jun 2015
TCAPR CORP                    Expiración
WORLD PLAZA
268 MUNOZ RIVERA 1001
SAN JUAN, PR 00918-1921

Dueño del Vehículo y Dirección Postal
La Misma

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
7902 - Colecturia Hato Rey
PAGADO
2 9 ENE. 2015
13-3109
SECRETARIA DE HACIENDA

Dirección Residencial solo si es distinta a Postal
$ 0.00          0

| | | |
|---|---|---|
| Multas | $ 0.00 | |
| Derechos Anuales | $ 40.00 | |
| ACAA | $ 35.00 | |
| Renovación | $ 10.00 | |
| Seguro Oblig | $ 99.00 | |
| Importe Total | $ 184.00 | |

20150129-00383

---

## Esta es tu nueva y conveniente NOTIFICACIÓN

Podrá utilizar esta notificación de la misma manera que la tradicional forma impresa.

Ahora podrás adquirir tu marbete en:
• Institución Financiera (Banco o Cooperativas) participantes
• Colecturías
• Estaciones Oficiales de Inspección Participantes

Recuerde presentar ambos documentos
ORIGINAL-DUEÑO / COPIA-PUNTO DE VENTA

### INSTRUCCIONES AL CONTRIBUYENTE

1. Notifique cambios residencial y postal dentro de sesenta (60) días siguiente al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por el valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares por traspaso tardío. [Artículo 2.34] Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares de traspaso tardío, más cinco (5) dólares por cada mes o fracción de mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa $50.00.

---

## TRASPASO DE VEHÍCULO
Los traspasos de los vehículos registrados a partir del 7 de enero de 2001 deberán ser notarizados en el título solamente.

USE LETRA DE MOLDE

NOMBRE DEL VENDEDOR

NOMBRE DEL COMPRADOR

NÚMERO DE SEGURO SOCIAL          NÚMERO DE LICENCIA

Urbanización, Condominio o Barrio

Número de Casa     Calle          Apartamento

Municipio                         Zip Code

Urbanización, Condominio o Barrio

Número de Casa     Calle          Apartamento

Municipio                         Zip Code

AFIDAVIT NÚMERO:

Comparece

FIRMA DEL VENDEDOR (MARCA) O TESTIGO

FIRMA DEL COMPRADOR (MARCA) O TESTIGO

TABLILLA ASIGNADA:          MILLAJE ACTUAL:
SUSCRITO Y JURADO ANTE MI POR LOS
COMPARECIENTES A QUIENES DOY FE CONOCER

Fecha:               Lugar:

ABOGADO NOTARIO          COLECTOR DE RENTAS INTERNAS O
FUNCIONARIO AUTORIZADO DEL
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS