**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**USA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

**Civil No. 12-2039 (GAG)**

## MINUTE AND ORDER

A status conference was held on February 20, 2015. The court first met in camera with the TCA, the court team and TCA counsel. Retired Puerto Rico Supreme Court Justice, Hon. Federico Hernández Denton has joined the court team as the TCA's legal staff. He will be providing constitutional and legal advice to the TCA. His public service in Puerto Rico's top court for thirty years will prove valuable.

The court then met with the director of the ACLU of Puerto Rico, William Ramírez, who expressed his comments and concerns about the Police Reform at this juncture. Also present in this meeting was the TCA, the court team and TCA counsel, as well as United States Department of Justice attorney Luis Saucedo and Zazy I. Lopez, and Puerto Rico Department of Justice attorney Beatriz Annexy, with representatives of the Puerto Rico Police Department.

Finally, the court met in camera with the TCA, court team and TCA counsel, and attorneys Saucedo, Trepel, and Annexy. The parties discussed the scope of the work provided by the TCA's legal counsel. The parties are reviewing the TCA's report for comments, as per the agreement.

The TCA shall inform the court of a date for the next status conference.

**SO ORDERED**.

In San Juan, Puerto Rico this 23rd day of February, 2015.

                                              *S/Gustavo A. Gelpí*
                                              GUSTAVO A. GELPÍ

**Civil No. 12-2039 (GAG)**　　　　　　　　2

　　　　　　　　　　　　　　　　　　　United States District Judge