**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**USA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

**Civil No. 12-2039 (GAG)**

## ORDER REQUESTING THE GOVERNOR TO APPOINT A PERSONAL REPRESENTATIVE

The Governor of Puerto Rico, Hon. Alejandro García Padilla, is hereby requested to **APPOINT** a personal representative of his choosing to attend all in-court events on his behalf. This representative is not PRPD counsel. Rather, the court deems it important that said individual be present so that the Governor has direct knowledge of the process of the Police Reform, now in its capacity building stage. The representative should also be a person who has direct contact with the TCA and counsel for the parties.

The Court notes, that this is not an unusual appointment. In the prison reform case, as well as in the Health Reform case, (also before the undersigned), past governors have appointed such individuals.

The Secretary of Justice shall immediately notify the Governor of this order.

**SO ORDERED**.

In San Juan, Puerto Rico this 6th day of March, 2015.

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPÍ

United States District Judge