(787) 763-5757

| Dirección Postal | Dirección de Servicio |
|---|---|
| TCAPR CORP | TCAPR CORP |
| Munoz Rivera 268 | Munoz Rivera 268 |
| Suite 1001 World Plaza | Suite 1001 World Plaza |
| San Juan, PR 00918 | San Juan, PR 00918 |

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 3/1/2015 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

---

| ID Cliente | TCAPR | | Fecha: | 3/1/2015 |
|---|---|---|---|---|
| Nombre Cliente | TCAPR CORP | | Factura #: | 2015-0263 |

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 3/1/2015 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de remitir su pago con este talonario a la siguiente dirección:
P.O. Box 41207 - San Juan, PR 00940-1207

 

Factura 02/04/15
Cuenta 769528798 2
Núm. Servicio 765-2209-978
Página 1 de 4

| | |
|---|---|
| FECHA DE VENCIMIENTO | 03/05/15 |
| TOTAL A PAGAR | $180.83 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000018083 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Por favor, desprenda este talón y devuélvalo con su pago.

Factura 02/04/15
Cuenta 769528798 2



**Chatea en VIVO con un representante de servicio al cliente**

accede a claropr.com

CHAT de Apoyo en Línea

lunes a sábado 8am a 9pm
domingo 8am a 7pm
Roaming 24 horas



| | | |
|---|---|---|
| RESUMEN DE SU CUENTA | Balance Anterior | $ 180.79 |
| | Pagos Recibidos - ¡Gracias! | 180.79CR |
| | Ajustes | 0.00 |
| **TOTAL BALANCE VENCIDO** | | **$ 0.00** |
| SERVICIOS TELEFONIA FIJA | ------------------- | 180.83 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 03/05/15 | | $ 180.83 |
| **TOTAL A PAGAR*** | | **$180.83** |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

| | |
|---|---|
| Factura | 02/04/15 |
| Cuenta | 769528798 |
| Núm. Servicio | 765-2209-978 |
| Página | 3 de 4 |

## PAGOS RECIBIDOS

| Descripción | Fecha | Cargos |
|---|---|---|
| Pago con cheque Recibido en | 01/16/15 | $ 180.79CR |
| **Total Pagos** | | **$180.79CR** |

## RESUMEN DE CARGOS POR SUBSCRIPTOR

| Nombre | Subscriptor | Cargos por Subscriptor |
|---|---|---|
| Cargos Telefonía Fija | | |
| TCAPR CORP | 787 250-1786 | $ 42.03 |
| TCAPR CORP | 787 765-2209 | 96.77 |
| TCAPR CORP | 787 765-2304 | 42.03 |
| Total Servicios Telefonía Fija | | 180.83 |
| **Total Cargos Subscriptor** | | **$180.83** |

## DETALLE SERVICIO POR SUBSCRIPTOR



Puerto Rico Telephone

### SERVICIOS TELEFONIA FIJA

#### Cargos Por Servicio Mensual

| Descripción | Desde - Hasta | Unidades | Cargos |
|---|---|---|---|
| Número de Teléfono 787 250-1786 | | | |
| Cargo Recobro de Acceso | 02/04 - 03/03 | 1 | 0.94 |
| ADD LINE BML ILIMITADO PR/US | 02/04 - 03/03 | 1 | 34.99 |
| **Total Servicio Mensuales del 787 250-1786** | | | **35.93** |
| Número de Teléfono 787 765-2209 | | | |
| Cargo Recobro de Acceso | 02/04 - 03/03 | 1 | 0.46 |
| ILIMITADO PR + 10M/1 Mb | 02/04 - 03/03 | 1 | 89.99 |
| **Total Servicio Mensuales del 787 765-2209** | | | **90.45** |
| Número de Teléfono 787 765-2304 | | | |
| Cargo Recobro de Acceso | 02/04 - 03/03 | 1 | 0.94 |
| ADD LINE BML ILIMITADO PR/US | 02/04 - 03/03 | 1 | 34.99 |
| **Total Servicio Mensuales del 787 765-2304** | | | **35.93** |
| **Total de Servicios Mensuales** | | | **$162.31** |

Para servicios que fueron añadidos o eliminados en este mes, los cargos fraccionales cubren el periodo indicado arriba.

## Cargos Estatales y Federales

| Descripción | Desde - Hasta | Cargos |
|---|---|---|
| Número de Teléfono 787 250-1786 | | |
| Cargos por Impuesto Estatal - IVU | | $ 2.10 |
| Cargos por Impuesto Municipal - IVU | | 0.34 |
| Fondo de Servicio Universal Federal | | 2.55 |
| Fondo de Servicio Universal P.R. | | 0.11 |
| Servicio 911 | 02/04 - 03/03 | 1.00 |
| **Total Cargos Estatales y Federales 787 250-1786** | | **6.10** |
| Número de Teléfono 787 765-2209 | | |
| Cargos por Impuesto Estatal - IVU | | 3.30 |
| Cargos por Impuesto Municipal - IVU | | 0.56 |
| Fondo de Servicio Universal Federal | | 1.17 |
| Fondo de Servicio Universal P.R. | | 0.25 |
| Servicio 911 | 02/04 - 03/03 | 1.00 |
| **Total Cargos Estatales y Federales 787 765-2209** | | **6.28** |
| Número de Teléfono 787 765-2304 | | |
| Cargos por Impuesto Estatal - IVU | | 2.10 |
| Cargos por Impuesto Municipal - IVU | | 0.34 |
| Fondo de Servicio Universal Federal | | 2.55 |
| Fondo de Servicio Universal P.R. | | 0.11 |
| Servicio 911 | 02/04 - 03/03 | 1.00 |
| **Total Cargos Estatales y Federales 787 765-2304** | | **6.10** |
| **Total Cargos Estatales y Federales** | | **$18.48** |

Los Cargos por impuestos Estatales y Municipales respectivamente, aplican a las llamadas de Larga Distancia y/o a cualquier cargo de servicio básico mensual de su plan.

| | |
|---|---|
| **Total Servicios Telefonía Fija** | **$180.79** |

## Claro Larga Distancia

### SERVICIO DE LARGA DISTANCIA

#### Uso de Larga Distancia

| Fecha | Hora | Lugar | Desde | Hasta | Mins | TL | Cargos |
|---|---|---|---|---|---|---|---|
| Número de Teléfono 787 765-2209 | | | | | | | |
| 1/15 | 13:31 | ALEXANDRI | 787 765-2209 | 703 795-0283 | 1:00 | D | $ 0.03 |
| **Total Uso de Larga Distancia del 787 765-2209** | | | | | | | **0.03** |
| Número de Teléfono 787 765-2304 | | | | | | | |
| 1/16 | 09:01 | WASHINGTO | | 202 353-0877 | 2:00 | D | 0.00 |



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3954 |
|---|---|
| Date: | 2/1/2015 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (7/12-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
| | | | Total: | 1460.00 |

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of February.

During the month of March the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement.

The TCA sustained several meetings relating to unresolved complaints; met with José Tirado, Puerto Rico Firefighters Union president, Ismael Rivera from the Police Union, and representatives of the Citizen Action Committee. Visited the FBI SAC and DEA Office, and assisted to the Agent of the Year Award Ceremony.

The Core Team discussed the DOJ Summit proposal and addressed February and March Policies and reviewed Methodology Assessment. Met with Dr. Ricardo Blanco from the University of Puerto Rico, who presented a proposal for Comprehensive Surveys and Compliance Review according to para. 241. Met ACLU director, José Ramírez, USDOJ team and Honorable judge Gelpí at the Federal Court.

Lastly, all administrative actions were completed, including but not limited to: filing of the Six Month Report on February 9. The monthly meeting under stipulation 253 of the Agreement and the monthly meeting with TCA's CPA for updating employee records and payroll was held. The Core Team's February and March agenda and the Core Team work plan was scheduled and reviewed; coordination and preparation of the TCA's agenda and meetings for the month March, and preparing respective court documents for the parties' review and input.