UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

Defendants.

No. 12-cv-2039 (GAG)

Request for Approval and Payment of Expenses

TO THE HONORABLE COURT,

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for January 2015.

| Core Team Expenses | | | |
|---|---|---|---|
| Visit | | | |
| | Gerard LaSalle | $6,500.00 | February 20, 2015 to February 27, 2015 |
| | Linda V. Navedo | $6,500.00 | February 17, 2015 to February 21, 2015 |
| | Rafael E. Ruíz | $6,500.00 | February 17, 2015 to February 21, 2015 |
| | Marcos Soler | $5,200.00 | February 19, 2015 to February 22, 2015 |
| | John J. Romero | $6,500.00 | February 17, 2015 to February 21, 2015 |
| | Alan Youngs | $6,500.00 | February 17, 2015 to February 21, 2015 |
| | Subtotal | $37,700.00 | |
| Telework[1] | | | |
| | Gerard LaSalle | $2,600.00 | February 2015 |
| | Linda V. Navedo | $2,600.00 | February 2015 |
| | Rafael E. Ruíz | $2,600.00 | February 2015 |
| | Marcos Soler | $3,900.00 | February 2015 |
| | John J. Romero | $2,600.00 | February 2015 |
| | Alan Youngs | $2,600.00 | February 2015 |
| | Subtotal | $16,900.00 | |
| | | | |
| Constitutional Lawyer | | | |
| | Alfredo Castellanos | $1,687.50 | |
| | Federico Hernandez Denton | $4,062.50 | |
| | Antonio Bazán | $437.50 | |
| | Subtotal | $6,187.50 | |

---

[1] Please see Core Team invoices attached.

| | | | |
|---|---|---|---|
| **Other TCA Office Expenses** | | | |
| Chauffer | $750.00 | | |
| Printer Lexmark Toner Replacement | $165.00 | | |
| Copy & Printer Blank Paper | $29.36 | | |
| Office Security System Key | $30.00 | | |
| | Subtotal | $974.36 | |
| | | | |
| **Car Expenses** | | | |
| Gasoline | $521.91 | | |
| Tolls | $140.00 | | |
| Vehicle Extra Key | $74.99 | | |
| Vehicle Insurance & Office Umbrella Insurance | $2,394.00 | | |
| | Subtotal | $3,130.90 | |
| | | | |
| **TCA NOLA Convention** | | | |
| Air Fare | $884.60 | | |
| Luggage Check | $50.00 | | |
| Hotel | $1242.72 | | |
| Transportation | $33.00 | | |
| Daily Per Diem | $274.00 | Per Joint Travel Regulation @$71.00 daily/75% first and last day. | |
| | Subtotal | $2,484.32 | |
| | | | |
| ²**Other Office Expenses** | | | |
| Bank Charge | $227.30 | BPPR bank charges. | |
| State Unemployment Tax | $199.63 | Department of Labor Employer Tax Return for the Quarter ended December 31, 2014. | |
| Telephone Connections | $78.23 | Services in excess of the monthly basis charge. | |
| Treasury Dept. | $300.00 | Secretary of the Treasury request form AS 264531. | |
| RRG Invoice | $1,226.50 | Out-of scope charge. | |
| | Subtotal | $2,031.66 | |
| TCAPR Overbilled | ($1,210.00) | The net overbilling compensation, initially estimated for the month of June and to be adjusted from January 2015 Invoice and resolved. | |
| Grand total | | $68,198.74 | |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $68,198.74, the total amount of the monthly expenses, for the month of February 2015.

3. As described in Footnote 4 of the Statement of Financial Position dated January 31, 2015, the amount of $(1,210.00) represent the net overbilling of the initial employee compensation estimated for the month June 2014, which is being deducted from this invoice in order to adjust the overall budget to the correct amount spent on actual payroll.

4. The following charges represent amount spent by the TCA Office in relation to its duties and responsibilities that have not been billed to date:
   a. BPPR bank charges of $227.30. Its source document is every BPPR Monthly Statement to date.
   b. State Unemployment Tax of $199.63. Its source document is the Department of Labor Employer Tax Return for the Quarter Ended December 31, 2014.
   c. PRTC/CLARO for $78.23. These represent services in excess of the basic monthly charge. Its source document are the monthly service invoices.
   d. Secretary of the Treasury $300. Form AS 264531 filing fee of $300. Its source document is the Form and/or Regulation Number 6103 (Act #15 of July 20, 1990).
   e. RR Group, PSC invoice for $1,226.50: Out-of Scope Work: Application for Tax Exemption under Section 1101.01 of the Internal Revenue Code for a New Puerto Rico. In order for TCAPR, Corp. to be granted tax exemption by Secretary of Treasury, an application, using Form AS 2645.1, must be submitted to the Treasury Department's Assistant Secretary for the Internal Revenue Office for their evaluation process along with the fee of $300 in accordance its Regulation

---
² Please see point 4

Number 6103 (Act #15 of July 20, 1990). The application must be complete and include all the necessary explanations, exhibits, tables, and documents so that the Assistance Secretary can approve. Its source document is the RR Group, PSC invoice and the submitted application. (Work is not yet completed in this task).

5. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

6. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

7. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA Office respectfully requests this Honorable Court that the December expenses be approved and a check be issued in the amount of $68,198.74, the total amount of the expenses for the month of February 2015.

In San Juan, Puerto Rico, this day March 9, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.