# VOUCHER

**INVOICE DATE:** October 14, 2014

**TO:** TCA Corporation

**FROM:** Gerard LaSalle, Ph.D.  LLC
PO Box 1705
West Caldwell, NJ 07004

**PHONE**: (H) 973-882-8054   (W)570-422-3192 (FAX)_____
**E-MAIL:** jlasalle24@comcast.net   (Cell) 973-943-3167
**SOCIAL SECURITY #** 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        **TAX ID** 20-5830242

**NAME OF CASE/MATTER**: Reform Agreement Police of Puerto Rico

**INVOICE #:** _Gerard LaSalle

## Professional Fee

TCA Core Team on-site: February 20-27
(fixed rate) $6500.00                                                    $6500.

Month of February:
Review and modify policy relating to use of chemicals in enforcement procedures
Review and modify policy relating to TASER deployment
Review complaint tracking and internal investigations policy
Attend meeting relating to explanation of Agreement to Puerto Rico District Attorneys

Total payable hours: 17.33 x $150 per hour= $2600.

$2600.

**TOTAL AMOUNT DUE**                                                    $9100

_____
Signature

_____
Approved- TCA Arnaldo Claudio

07/26/2015
Date

9 MAR 2015
Date

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

>       A:      TCAPR, LLC
>               #268 Muñoz Rivera
>               Suite 1001, World Plaza
>               San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of February 2015, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session for the research to gathering information regarding Paragraph 241: Surveys and follow up of outstanding issues with TCA Arnaldo. Claudio. (6.0) | N/A | X | 2/February | |
| Working session for the follow-up of outstanding issues. (3.0) | N/A | X | 3/February | |
| Preparation, attendance and participation in meeting with a community stakeholder. (3.0) | N/A | | 4/February | |
| Working session for the review of documents send by the Judge; participation in the monthly meeting under stipulation 253 of the Agreement, among others matters. (7.0) | | | 10/February | |
| TCA Core Team Week | N/A | X | 17/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 18/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 19/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 20/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 21/February | $1,300.00 |
| Preparation, attendance and participation at ACLU meeting, and working session at | N/A | X | 23/February | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| the office for the follow up of pending matters. (7.0) | | | | |
| Working session for the review of the Field Training Officers (FTO) Manual, and review and amendments of the matrix of the policies of the PPR, among others matters. (6.0) | N/A | X | 24/February | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 11.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
March 1, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____ 7 MAR _____, 2015.

2

Company Name: **Rafael E. Ruiz**
Address: **610 Pleasant St., Canton**
Phone: **617 759 9156**

INVOICE

TO: TCAPR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO: <u>2015-2</u>
DATE: <u>02/28/2015</u>

PERIOD ENDING: <u>Febrero 28th, 2015</u>

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|------|---------------|---------------|-----------------|---------------|
| 02-2-15 | Manejos de Armas de impactos | | 0 | |
| | Uso y manejo de Agentes quimicos | | 0 | |
| | Politicas a revisar, Judge's order to | | 0 | |
| | Suppress; New Orleans Consent | | 5 HRS | 750.00 |
| 02-3-15 | Phone calls,emails, re. Community | | 0 | |
| | Policing Initiative | | 2.33 Hr. | 350.00 |
| 02-06-15 | Uso y Manejo de Agentes Quimicos | | 0 | |
| | Policy " | | 2 Hr. | 300.00 |
| 02-17-15 | | Core Team Visit | 1 day | 1,300.00 |
| 02-18-15 | | Core Team Visit | 1 day | 1,300.00 |
| 02-19-15 | | Core Team Visit | 1 day | 1,300.00 |
| 02-20-15 | | Core Team Visit | 1 day | 1,300.00 |
| 02-21-15 | | Core Team Visit | 1 day | 1,300.00 |
| 02-23-15 | FTO Manual Review | | 3 Hrs. | 450.00 |
| 02-26-15 | FTO Manual Review | | 3 Hrs. | 450.00 |
| 02-27-15 | FTO Manual Review | | 2 Hrs. | 300.00 |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | 9,100.00 |
| | TOTAL INVOICE | | 0.0 | 9,100.00 |

I hereby declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *Rafael E Ruiz*      Title: ASSESSOR - CORE TEAM

Print Name: RAFAEL E. Ruiz      Date: 2-28-25

Make all checks payable to: **Rafael E. Ruiz**
THANK YOU FOR YOUR BUSINESS!

*[signature]* 9 MAR 2015

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:      **TCAPR, LLC**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of February 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Week work: reviewing office email; review of comments regarding PRPD report and TCA report; telephone conversations with TCA office, PRPD and stakeholders  (5.0 hours) | X | N/A | WeeK from Monday, February, 2015; Tuesday January 6, 2015 | (5 @ $150 = $750) |
| Analyze and Review PRPD's list of policies to be drafted in 2015; review other email correspondence from the TCA; Telephone conversations with TCA and Core Team  (3.0 hours) | X | N/A | Saturday January 10, 2015 | (3 @ $150 = $450) |
| Preparation for TCA Core Agenda Items: Draft of Working Plan and Methodology Assessment Research (8.0 hours) | X | N/A | Sunday, February 15, 2015 | (8 @ $150 = $1,200) |
| Preparation for TCA Core Agenda Items: Review of Policy Review Working Plan, Methodology Assessment Research  (10.0 hours) | X | N/A | Monday, February 16, 2015 | (10@ $150 = $1,500) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work in Puerto Rico, TCA Agenda: DEA meeting and other meetings (9.0 hours) | N/A | X | Thursday, February 19, 2015 | $1,300 |
| Work in Puerto Rico, TCA Agenda: Meeting with Federal Judge, ACLU, PRPD and other meetings (9.0 hours) | N/A | X | Friday, February 20, 2015 | $1,300 |
| Work in Puerto Rico, TCA Agenda: Working Plan and Methodology Assessment (9.0 hours) | N/A | X | Monday, February 21, 2015 | $1,300 |
| Work in Puerto Rico: Final Draft of Working Plan and Methodology Assessment (10.0 hours) | N/A | X | Sunday, February 22, 2015 | $1,300 |
| TOTAL HOURS WORKED: 63.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (4 days, 37 HOURS) | | | | $5,200 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK  (26 HOURS @ $150): | | | | $3,900 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
February 25, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

2

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____9 MAR_____, 2015.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

February 28, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 007

FOR PROFESSIONAL SERVICES RENDERED FEB 2015

Tuesday, Feb 17, 2015              Meeting Core Team. TCPPR HQ.

Wednesday, Feb 18, 2015          Core Team Meeting re: DOJ summit Proposal
                                 Review/Discussion Re: PRPD FTO Manual

Thursday, Feb 19, 2015           Meeting with PRPD reform Unit, DOJ at Police
                                 Headquarters Re: Vehicle Stop Policy

Friday, Feb 20, 2015             Meeting Federal Court, Judge Gelpi.
                                 Meeting with US DOJ, PRPD Reform Unit
                                 ACLU Saturday, Feb 21, 2015          Core Team
Meeting TCAPR Office.
                                 Prepare TCA Core Team work plans (March-June.)

**5 DAYS (DAY RATE $1,300) = $6,500**

Feb 1-28          Reviewed PRPD General Order 600, Section 604 Use and
                  Management of Chemical Agents.
                  Research on Use of Chemical Agents (Nationally)
                  Prepared Report on PRPD Chemical Agent Policy.

Conferred with Core Team Re: above policy

**TOTAL HOURS 28**
**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**
**$150 PER HOUR.   $2,600**

**TOTAL  $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD

LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

> A:  **TCAPR, LLC**
> #268 Muñoz Rivera
> Suite 1001, World Plaza
> San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of February, 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched and reviewed best police practices and legal benchmarks concerning pepper spray and CN gas (8 hours) | X | N/A | 5/Feb | 1200.00 |
| Researched IACP & PERF Anti-Biased policing information & best practices dealing with the LGBT community (8 hours) | X | N/A | 10/Feb | 1200.00 |
| Review & research best practices & benchmarks for police dealing with force investigation boards & teams (8 hours) | X | N/A | 13/Feb | 1200.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 17/Feb | $1,300.00 |
| TCA Core Team Week (10 hours–see agenda + work after hours) | N/A | X | 18/Feb | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 19/Feb | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 20/Feb | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 21/Feb | $1,300.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched best practices concerning investigation of sexual harassment & domestic violence committed by police officers. (8 hours) | X | N/A | 23/Feb | 1200.00 |
| Interview the Directors of various police department academies concerning current ethics curriculum (4 hours) | X | N/A | 24/Feb | 600.00 |
| Review and research best practices & benchmarks concerning investigation of domestic violence crimes. Interviewed Denver District Attorney Staff & retired District Court Judge  (4 hours) | x | N/A | 25/Feb | 600.00 |
| TOTAL HOURS WORKED: 87.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.34 HOURS @ $150): | | | | $2,600.00 |
| TOTAL 22.66 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

*Alan C. Youngs* (signature)

Alan C. Youngs
TCA Core Team
February 28, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _9 MAR_, 2015.

# Alfredo Castellanos, Esq.

Metro Office Park Bldg. 7
Suite 204, Guaynabo, PR 00968
Telephone (787)641-8447
Fax (787)793-4495

Date: February 25, 2015

## INVOICE FROM ALFREDO CASTELLANOS FOR SERVICES RENDERED TO THE TCA DURING FEBRUARY, ENDING ON THE 25th   2015

The present invoice includes services that were rendered during the month of February 2015, ending on the 25th. It will include a general reference to non-billable pro bono work that was realized during said period, as well as, billable work that was done during the same period at the agreed upon rate of **$125.00** an hour. Billable time, when necessary, has been fractioned on a quarterly hour basis. No billable expenses have been incurred during the Month of February. The above being said, the following is an itemized description of the services that were rendered:

### BILLABLE WORK FOR THE MONTH OF JANUARY

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| January 29, 2015 | Review of the Proposed General Order (GO) of November 2014 | 4 hrs | $500.00 |
| January 29, 2015 | Memorandum Preparation of the Proposed General Order (GO) of November 2014 | 6 hrs | $750.00 |
| February 20, 2015 | Meeting with the TCA Core Team | 3.5 hrs | $437.50 |
| | Total | | $1,687.50 |

*[signature]* 9 MAR 2015

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

## Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for January 2015.

| Core Team Expenses | | | |
|---|---|---|---|
| **Visit** | | | |
| Gerard LaSalle | $6,500.00 | February 20, 2015 to February 27, 2015 | |
| Linda V. Navedo | $6,500.00 | February 17, 2015 to February 21, 2015 | |
| Rafael E. Ruíz | $6,500.00 | February 17, 2015 to February 21, 2015 | |
| Marcos Soler | $5,200.00 | February 19, 2015 to February 22, 2015 | |
| John J. Romero | $6,500.00 | February 17, 2015 to February 21, 2015 | |
| Alan Youngs | $6,500.00 | February 17, 2015 to February 21, 2015 | |
| **Subtotal** | **$37,700.00** | | |
| **Telework[1]** | | | |
| Gerard LaSalle | $2,600.00 | February 2015 | |
| Linda V. Navedo | $2,600.00 | February 2015 | |
| Rafael E. Ruíz | $2,600.00 | February 2015 | |
| Marcos Soler | $3,900.00 | February 2015 | |
| John J. Romero | $2,600.00 | February 2015 | |
| Alan Youngs | $2,600.00 | February 2015 | |
| **Subtotal** | **$16,900.00** | | |
| | | | |
| **Constitutional Lawyer** | | | |
| Alfredo Castellanos | $1,687.50 | | |
| Federico Hernandez Denton | $4,062.50 | | |
| Antonio Bazán | $437.50 | | |
| **Subtotal** | **$6,187.50** | | |
| | | | |

---

[1] Please see Core Team invoices attached.

Office for their evaluation process along with the fee of $300 in accordance its Regulation Number 6103 (Act #15 of July 20, 1990). The application must be complete and include all the necessary explanations, exhibits, tables, and documents so that the Assistance Secretary can approve. Its source document is the RR Group, PSC invoice and the submitted application. (Work is not yet completed in this task).

5. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

6. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

7. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA Office respectfully requests this Honorable Court that the December expenses be approved and a check be issued in the amount of $68,198.74, the total amount of the expenses for the month of February 2015.

In San Juan, Puerto Rico, this day March 9 , 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

_____

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

*Federico Hernández Dentón*
Retired Chief of Justice
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

February 27, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

## INVOICE FROM FEDERICO HERNÁNDEZ DENTÓN FOR JANUARY 2015

| Date | Description | Hours |
|------|-------------|-------|
| 1/15/15 | Reading and Analysis of PRPD Guidelines on Arrest Proceedures And Preparation of Recommendations for the TCA Meeting | 4 |
| 1/16/15 | Meeting of the TCA Core Team with PRDOJ, PRPD and Core Team Members and Conference Call with DOJ regarding the Guidelines on Arrest Proceedures of the PRPD | 2 |
| 1/19/15 | Reading of the Draft of the TCA Semi-Annual Report and Comments of the DOJ | 4 |

**HOURS TOTAL: 10**
**Rate $ 125.00/hr.**

**TOTAL  $ 1,250.00**

**Federico Hernández Dentón**                    **Fecha**

February 27, 2015

Arm Clm 2015
9 MAR

*Federico Hernández Dentón*
Retired Chief of Justice
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

February 27, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

**Invoice from Federico Hernández Dentón for February 2015**

| Date | Description | Hours |
|------|-------------|-------|
| 2/2/15 | Reading and Analyis of the Agreement for Sustainable Reform of the Puerto Rico Police Department | 3 |
| 2/5/2015 | Meeting with TCA Team and Mr. Claudio | 2 |
| 2/9/15 | Meeting with TCA Team | 2.5 |
| 2/12/15 | Review of PRPD Draft of Guidelines on the Use of Chemical Agents and Use of Force and Preparation of Recommendations to TCA Core Team | 6 |
|  | Conference Call with TCA Core Team regarding Order on the Use of Chemical Agents | 2 |
| 2/13/15 | Reading final comments of the TCA Core Team on the PRPD Guidelines for the Use of Chemical Agents and Conference Call with TCA Core Team | 2 |
| 2/20/15 | Meeting of the TCA Core Team with Judge Gelpi, the DOJ, PRDOJ and PRPD and the representatives of ACLU | 3 |
|  | Meeting of the TCA Core Team withe Judge Gelpi | 2 |

**HOURS TOTAL: 22.5**
Rate $ 125.00/hr.

**TOTAL  $ 2,812.50**

_____  _____
**Federico Hernández Dentón**          **Fecha**

February 27, 2015

9 MAR 2015

# Antonio R. Bazán

Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

February 26, 2015

Mr. Eric Guzmán
TCAPR Corp.
Executive Office Manager
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re:  Invoice 2015-2

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings of TCAPR Corp. during the month of February 2015.

| Date(s) | Hour(s) | Matter/Research |
|---------|---------|-----------------|
| 2/20/2015 | 3.5 hours | Assorted Meetings at Federal Courthouse in San Juan with TCA Core Team, ACLU representatives and Hon. Gustavo Gelpi, U.S.D.J. |
| 2/26/2015 | 3.5 Total hours billed | 3.5 hrs. x $125.00 per hr.  Total $437.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I further certify that I have not billed TCAPR Corp. for legal advice and telephone conversations held on 2/10/ 2015. Signed copy will be served by regular mail.

Antonio R. Bazán González

# INVOICE 0100

16 February 2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional Services | 750.00 |

| | |
|---|---|
| Discount | |
| Net Total | $750.00 |
| Tax | |
| USD TOTAL | $750.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

ok for payment.

And Clus 9 MAR 2015

*RECYCLING SOLUTIONS / PEDRO C. RIVERA*
*554 AVE. DE DIEGO 00920*
*793-0680 CEL 403-1657*

## INVOICE

| Customer | |
|---|---|
| NOMBRE | TCAPR CORP. |
| | |
| TELEFONO | |

| | |
|---|---|
| RECIBIDO | 2/11/2015 |
| REPARADO | |
| LLAMADA | |
| ENTREGA | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | TONER LEXMARK 604 LATIN AMERICA | $  165.00 | $      165.00 |
| | S/N 51553 | | |
| | | SubTotal | $      165.00 |
| | | | |
| | | TOTAL | $      165.00 |

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 10 DIAS
DE NOTIFICAR AL CLIENTE.



AHORRAR ES FACIL
CON TU MEMBRESIA
GERENTE del CLUB CARLOS RODRIGUEZ
Club 6848 CAROLINA
TEL. 787-257-1500
02/04/15 12:00 6729 6543 008        2409

W MEMBER 101 *******7324

# THANK YOU,
IGLESIA DE DIOS PENTECOSTAL

```
95721 PAPER                    27.44 T
              SUBTOTAL         27.44
   TAX 1  6.000 %               1.65
   TAX 2  1.000 %               0.27
                 TOTAL         29.36
         CASH  TEND            40.00
         CHANGE DUE            10.64
```

IVULOTO: PDJXD-28KTC
WM DRAW013 FEB/14/15

# # ITEMS SOLD 1

TC# 4913 0138 2723 9753 6749

Por favor hablenos acerca de su experiencia de compra
http://www.survey.samsclub.com
EN AGRADECIMIENTO POR SU TIEMPO PODRA GANAR
UNA DE CINCO TARJETAS DE REGALO DE SAM'S CLUB
VALORADAS EN $1,000 CADA UNA. Para participar debe
ser mayor de 18 años y ser residente legal de EU. Nada
que comprar para participar. Para participar sin
comprar y ver las reglas oficiales visite:
www.entry.survey.samsclub.com
Los períodos de cada sorteo terminan en la fecha que
muestren las reglas oficiales.
Tiene DOS semanas a partir de la fecha de hoy para
contestar la encuesta.

Escoge Mastercard para
todas tus compras en Sam's Club
02/04/15      12:01:33



```
      FABR PETROLEUM
         767-1010

Descr.          qty        amount
---------       ---        -------
Prepay CA#03               40.00
                        -----------
         Sub Total        40.00
         ESTATAL           0.00
            MUN            0.00
      TOTAL          40.00
            CASH $        40.00
THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 14349
02/12/15  11:44:52         ST# TX224
```

```
        BIENVENIDOS A
          ANY TIME
          CAROLINA

Descr.          qty        amount
-------         ---        ------
Prepay CA#01               40.00
                        -----------
         Sub Total        40.00
         MUNICIPAL         0.00
         ESTATAL           0.00
      TOTAL         40.00
            CASH $        40.00
THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 14152
02/03/15  13:24:44         ST# AB123
```

```
    FABR PETROLEUM
       767-1010

Descr.          qty        amount
---------       ---        ------
REG   CA #04  58.312L       35.98
             @ 0.617/ L
     Prepay Fuel           -40.00
                        -----------
         Sub Total        -4.02
         ESTATAL          0.00
            MUN           0.00
      TOTAL         -4.02
            CASH $        -4.02
THANKS, COME AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 17434
02/17/15  09:27:26         ST# TX224
```

```
       WELCOME TO
        OUR STORE

Descr.          qty        amount
---------       ---        ------
< DUPLICATE RECEIPT >
   Prepay CA#04             5.00
                        -----------
         Sub Total         5.00
         ESTATAL           0.00
         MUNICIPAL         0.00
      TOTAL          5.00
            CASH $        10.00
            Change $      -5.00
THANKS, COME AGAIN
REG# 0001 CSH# 011 DR# 01  TRAN# 11171
02/17/15  05:51:24         ST# AB123
```

```
                   BIENVENIDOS A
                     ANY TIME
                     CAROLINA

    Descr.              qty        amount
    -------             ---        ------
    Prepay CA#02                    50.00
                                ----------
                    Sub Total       50.00
                    MUNICIPAL        0.00
                      ESTATAL        0.00
            TOTAL          50.00
                      CASH  $       50.00
    THANKS,COME AGAIN
    REG# 0001 CSH# 008 DR# 01  TRAN# 17419
    02/05/15  21:54:39             ST# AB123
```

DESCUENTOS A
ECONAXX

Descr                    qty        amount

Premio Cobra                       60.00

Sub Total            60.00
TEST             0.00
TOTAL          60.00
cash $     60.00

THANKS-COME AGAIN



17786



## LA PROVIDENCIA TOTAL
Carr. 861 Km 4 Hm 2
Bo. Bucarabones, Toa Alta, PR
Tel. (787) 799-4180
**SE VENDE HIELO**

SR  _Cash_          Fecha: _____ 2/21/05

DIRECCIÓN _____
NO. DEL
CARRO

FIRMA
EMPLEADO

| | | |
|---|---|---|
| Gals. Gasolina | 30 | 0✓ |
| Qts. Aceite | | |
| Filtro | | |
| Engrase | | ( |
| Grasa Trans. y Diferencial | | |
| Reparación de Gomas | | |
| Inspección | | |
| Lavado | | |
| Hielo | | |
| Refrescos | | |
| Otros | | |
| | 30 | — |

**Aviso Importante**
De no pagar a tiempo su cuenta nos veremos
obligados a cobrar un cargo adicional de 15%.

FIRMA _____

---

FABR PETROLEUM
767--1010

| Descr. | qty | amount |
|---|---|---|
| --------- | --- | ------ |
| REG   CA #04  50.137L | | 30.93 |
| @ 0.617/ L | | |
| Prepay Fuel | | -40.00 |
| | | -------- |
| Sub Total | | -9.07 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| **TOTAL** | | **-9.07** |
| CASH $ | | -9.07 |

THANKS, COME AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 19904
02/20/15  14:11:50          ST# TX224

---

FABR PETROLEUM
767--1010

| Descr. | qty | amount |
|---|---|---|
| --------- | --- | ------ |
| REG   CA #07  47.847L | | 30.00 |
| @ 0.627/ L | | |
| Prepay Fuel | | -30.00 |
| | | -------- |
| Sub Total | | 0.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| **TOTAL** | | **0.00** |
| CASH $ | | 0.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 11531
02/23/15  12:37:16          ST# TX224

```
      BIENVENIDOS A
        ANY TIME
        CAROLINA

Descr,              qty         amount
-------             ---         ------
REG    CR #01  17.331L           10.00
               @ 0.577/ L
    Prepay Fuel                 -10.00
                             ----------
            Sub Total            0.00
            MUNICIPAL            0.00
            ESTATAL              0.00
         TOTAL       O.OO
              CASH $             0.00
   THANKS,COME  AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 15457
02/18/15  20:10:26         ST# AB123
```

```
      FABR PETROLEUM
        767-1O1O

Descr.            qty         amount
-------           ---         ------
Prepay CA#04                   40.00
                            ----------
          Sub Total            40.00
          ESTATAL               0.00
          MUN                   0.00
       TOTAL      40.00
          CASH $               40.00
  THANKS,COME  AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 19897
02/20/15 14:07:49          ST# TX224
```

```
      FABR PETROLEUM
        767-1O1O

Descr.            qty         amount
-------           ---         ------
Prepay CA#06                   20.00
                            ----------
          Sub Total            20.00
          ESTATAL               0.00
          MUN                   0.00
       TOTAL      20.00
          CASH $               20.00
   THANKS,COME  AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 10135
02/20/15  17:46:35         ST# TX224
```



```
          TO GO STORE GURABO
           CARR 189 KM 0.4
          BO. NAVARRO GURABO
             PR, 00778


     Descr.          qty        amount
     -------         ---        ------
     REG  CR #12    50.252L       30.00
                   @ 0.597/ L
          Prepay Fuel           -30.00
                              ----------
                   Sub Total      0.00
                       STATE      0.00
          TOTAL              0.00
                     CASH  $      0.00
     THANKS, COME AGAIN
     REG# 0003 CSH# 023 DR# 01  TRAN# 30814
     02/27/15  08:43:47          ST# 00012
```



Informe Resumido del Cliente

Fecha del Informe: 02/03/2015

AutoExpreso
P.O. Box 11888
San Juan, PR 00922-1888

TCA PR CORP
Sr JOSUE LOPEZ SIERRA
WORLD PLAZA  268 MUNOZ RIVERA
SAN JUAN, PR 00918

Número de Cuenta:     3451155

TCA PR CORP
Sr JOSUE LOPEZ SIERRA
WORLD PLAZA  268 MUNOZ RIVERA
SAN JUAN, PR 00918

Resumen de la Cuenta:

| Tipo de Cuenta: | Registrada | Tipo de Pago/Abono: | Dinero Efectivo |
| Estatus de la Cuenta: | Activo | Cantidad de Pago/Abono ($): | 10.00 |
| Balance de la Cuenta ($): | 30.00 | Cantidad de Balance Bajo ($): | 5.00 |

Información de AutoExpreso/Vehículo:

| Número de Sello Electrónico | Estatus | Número Tablilla | Descripción del Vehículo | Clase de Sello Electrónico | Fecha de Emisión | Sobre Altura Máxima | Transporte Colectivo |
|---|---|---|---|---|---|---|---|
| 3021911 | ACTIVO | PR HXO056 | FORD EDGE 2013 | 1 | 02/03/2015 | NO | NO |

Información de Tarjeta AutoExpreso:

Número de Tarjeta

627607040714136

***FIN DEL INFORME***



Informe Resumido del Cliente

Fecha del Informe: 02/03/2015

AutoExpreso
P.O. Box 11888
San Juan, PR 00922-1888

TCA PR CORP
Sr JOSUE LOPEZ SIERRA
AVE MUNOZ RIVERA WORLD PLAZA #268
SAN JUAN, PR 00918-1921

Número de Cuenta:      3451154

TCA PR CORP
Sr JOSUE LOPEZ SIERRA
AVE MUNOZ RIVERA WORLD PLAZA #268
SAN JUAN, PR 00918-1921

Resumen de la Cuenta:

| | | | |
|---|---|---|---|
| Tipo de Cuenta: | Registrada | Tipo de Pago/Abono: | Dinero Efectivo |
| Estatus de la Cuenta: | Activo | Cantidad de Pago/Abono ($): | 10.00 |
| Balance de la Cuenta ($): | 30.00 | Cantidad de Balance Bajo ($): | 5.00 |

Información de AutoExpreso/Vehículo:

| Número de Sello Electrónico | Estatus | Número Tablilla | Descripción del Vehículo | Clase de Sello Electrónico | Fecha de Emisión | Sobre Altura Máxima | Transporte Colectivo |
|---|---|---|---|---|---|---|---|
| 3021912 | ACTIVO | PR HXO057 | JEEP COMPAS 2014 | 1 | 02/03/2015 | NO | NO |

Información de Tarjeta AutoExpreso:

Número de Tarjeta

627607040714128

***FIN DEL INFORME***

 

PUMA 226 SAN JUAN
SAN JUAN

TERMINAL ID.:                87880058
MERCHANT H:            8788103700042

PAYMENT METHOD: CASH

USER:                             0002
PEAJE
8878862760704071413 6

SALEPPCASH

BATCH: 000243        TRACE: 016140
DATE: Feb 12, 15         TIME: 11:27
016520                  AUTH NO: 09K197


TOTAL              $20.00


APPROVED
23.05

PREPAID CARD SALE


X
   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   MERCHANT AGREEMENT IF CREDIT VOUCHER


CUSTOMER COPY

PUMA 226 SAN JUAN
SAN JUAN

TERMINAL ID.:                87880058
MERCHANT H:            8788103700042

PAYMENT METHOD: CASH

USER:                             0002
PEAJE
8878862760704071413 6

SALEPPCASH

BATCH: 000275        TRACE: 018237
DATE: Feb 23, 15         TIME: 12:19
018682                  AUTH NO: 09KK9F


TOTAL              $20.00


APPROVED
20.35

PREPAID CARD SALE


X
   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   MERCHANT AGREEMENT IF CREDIT VOUCHER


CUSTOMER COPY

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Manati, Carril 1
Cajero: 8166
02/20/15 15:08:34

Numero de Cuenta:        ACT03451155
Cantidad de Pago:    $       20.00
Metodo de Pago:             Efectivo
Balance:             $       21.60

THE KEY, LOCK & SAFE CO
FORT BUCHANAN BUILDING
SAN JUAN, PR 00934

TERMINAL ID. :          10080563
MERCHANT #:          00000010080563

TENDER: CASH
TRANSACTION: SALE
DATE: Feb 05, 2015          TIME: 12:53
AUTH NO: 552231

BASE          $70,75
STATE TAX          $4,24
MUNI, TAX          $0,00

TOTAL          $74,99

FIRM TO RECIBO

IVULOTO:RNKBR-P1P80

SE DRAW013  Feb/14/15
CONTROL#: HSP-771208

CON EL IVULOTO TODOS GANAMOS

**TCAPR CORP**

113

101-201/215

20 de febrero de 2015

Pay to the order of _Multinational Insurance_     $ 2,394.—

Dos mil trescientos Noventa y Cuatro —

**POPULAR**

BANCO POPULAR DE PUERTO RICO
Condado Centro
Condado, Puerto Rico

Por / For _Seguros Carres_

⑈021502011⑈ 367⑈096641⑈ 0113

Recibido por

2/23/2015

# PROGRAMA DE SEGUROS

# PRESENTADA @

# TCAPR, CORP. &/OR ARNALDO CLAUDIO

## POLIZA DE "COMMERCIAL LIABILITY"

COMPAÑIA ASEGURADORA: Multinational Insurance
PRIMA ANUAL:                        $  280.00

## POLIZA DE AUTO COMERCIAL

COMPAÑIA ASEGURADORA: Multinational Insurance
PRIMA ANUAL:                        $ 1,644.00

## POLIZA COMMERCIAL UMBRELLA

COMPAÑIA ASEGURADORA: Multinational Insurance
PRIMA ANUAL:                        $  750.00

**"Agradecemos la oportunidad que nos brinda
de ofrecerle nuestros servicios".**

22

**DSG** DSG Insurance, Corp.

## Record Locator
# UOHAGU
Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

## Reservation Name

Status: **Ticketed** Feb 05, 2015

## Total Paid:

**$820.00 USD**

Baggage and Optional Charges

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **378** | **San Juan** (SJU) February 23, 2015 06:02 AM Travel Time : 2 h 48 m Cabin Class : Economy Seat : 20C , 20D | **Miami** (MIA) February 23, 2015 07:50 AM Booking Code : B Plane Type : 738 |
| American Airlines **4364** | **Miami** (MIA) February 23, 2015 09:19 AM Travel Time : 2 h 5 m Cabin Class : Economy Seat : 15A , 15C | **New Orleans** (MSY) February 23, 2015 10:24 AM Booking Code : B Plane Type : E75 |

| Flight | Depart | Arrive |
|---|---|---|
| Delta Air Lines **DL 2425** | **New Orleans** (MSY) February 27, 2015 02:15 PM Travel Time : 1 h 25 m Cabin Class : Economy Seat : unassigned | **Atlanta** (ATL) February 27, 2015 04:40 PM Booking Code : Q Plane Type : 320 |
| Delta Air Lines **DL 549** | **Atlanta** (ATL) February 27, 2015 05:40 PM Travel Time : 3 h 32 m Cabin Class : Economy Seat : unassigned | **San Juan** (SJU) February 27, 2015 10:12 PM Booking Code : Q Plane Type : 757 |

**Fare Amount**

Adult

1   $820.00 USD          $820.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes                    $64.60 USD

Carrier-Imposed Fees     $0.00 USD

Price and Tax Information

**Flight Subtotal**

## $884.60 USD

View Fare Rules

- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us.
- If you choose to pay using a U.K.-billed credit card or U.K.-billed PayPal account, a processing fee of £4.50 per ticket may apply. Payments with debit cards are exempt from this fee.
- Optional Services and Carrier Charges include, but are not limited to, items such as checked or carry-on baggage, seat selection and seat upgrades.
- First/Business Fares may be an Instant Upgrade and therefore subject to restrictions.

Flight Information Questions?

Total Paid:

## $884.60 USD



**THE ROOSEVELT NEW ORLEANS**
130 Roosevelt Way | New Orleans, LA | 70112
T: 504 648 1200 | F: 504 585 1295
W: therooseveltneworleans.com

CLAUDIO, ARNALDO

6315 SANCTUARY WOODS CT
7039810599
BURKE VA 22015-4071
UNITED STATES OF AMERICA

| | |
|---|---|
| Room: | 11000/K1D |
| Arrival Date: | 2/23/2015  12:06:00 PM |
| Departure Date: | 2/27/2015 9:58:00 AM |
| Room Rate: | 269.00 |
| Rate Plan: | LV5 |
| HH # | 850940066 BLUE |
| AL: | |
| Car: | UA #HDS52410 |

Confirmation Number: 3164076447

2/27/2015

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2/23/2015 | GUEST ROOM | JINDRAWAT I | 3408150 | $269.00 | | |
| 2/23/2015 | RM - SALES TAX | JINDRAWAT I | 3408150 | $34.97 | | |
| 2/23/2015 | RM - OCCUPANCY TAX | JINDRAWAT I | 3408150 | $2.00 | | |
| 2/23/2015 | TOURISM ASSESSMENT | JINDRAWAT I | 3408150 | $4.71 | | |
| 2/24/2015 | GUEST ROOM | TSIMEON | 3410676 | $269.00 | | |
| 2/24/2015 | RM - SALES TAX | TSIMEON | 3410676 | $34.97 | | |
| 2/24/2015 | RM - OCCUPANCY TAX | TSIMEON | 3410676 | $2.00 | | |
| 2/24/2015 | TOURISM ASSESSMENT | TSIMEON | 3410676 | $4.71 | | |
| 2/25/2015 | GUEST ROOM | JINDRAWAT I | 3413571 | $269.00 | | |
| 2/25/2015 | RM - SALES TAX | JINDRAWAT I | 3413571 | $34.97 | | |
| 2/25/2015 | RM - OCCUPANCY TAX | JINDRAWAT I | 3413571 | $2.00 | | |
| 2/25/2015 | TOURISM ASSESSMENT | JINDRAWAT I | 3413571 | $4.71 | | |
| 2/26/2015 | GUEST ROOM | TSIMEON | 3415836 | $269.00 | | |
| 2/26/2015 | RM - SALES TAX | TSIMEON | 3415836 | $34.97 | | |
| 2/26/2015 | RM - OCCUPANCY TAX | TSIMEON | 3415836 | $2.00 | | |
| 2/26/2015 | TOURISM ASSESSMENT | TSIMEON | 3415836 | $4.71 | | |
| 2/27/2015 | VS *9379 | JLEE2507 | 3416904 | | ($1,242.72) | |

| | |
|---|---|
| ACCOUNT NO. | DATE OF CHARGE |
| | FOLIO NO./CHECK NO. |
| | 422619 B |
| CARD MEMBER NAME | AUTHORIZATION |
| | INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES |

THANK YOU FOR STAYING AT THE ROOSEVELT, A WALDORF ASTORIA HOTEL.

| | |
|---|---|
| | TAXES |
| | TIPS & MISC. |
| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT |
| | -1,242.72 |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | PAYMENT DUE UPON RECEIPT |



**THE ROOSEVELT NEW ORLEANS**
130 Roosevelt Way | New Orleans, LA | 70112
T: 504 648 1200  |  F: 504 585 1295
W: therooseveltneworleans.com

CLAUDIO, ARNALDO

6315 SANCTUARY WOODS CT
7039810599
BURKE VA  22015-4071
UNITED STATES OF AMERICA

| | |
|---|---|
| Room: | 11000/K1D |
| Arrival Date: | 2/23/2015  12:06:00 PM |
| Departure Date: | 2/27/2015 9:58:00 AM |

Room Rate:     269.00

| | |
|---|---|
| Rate Plan: | LV5 |
| HH # | 850940066 BLUE |
| AL: | UA #HDS52410 |
| Car: | |

Confirmation Number: 3164076447

2/27/2015

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | **BALANCE** | | | | | $0.00 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

| | |
|---|---|
| ACCOUNT NO. | DATE OF CHARGE   FOLIO NO./CHECK NO. |
| | 422619 B |
| CARD MEMBER NAME | |
| | AUTHORIZATION                    INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | |
| THANK YOU FOR STAYING AT THE ROOSEVELT, A WALDORF ASTORIA HOTEL. | PURCHASES & SERVICES |
| | TAXES |
| | TIPS & MISC. |
| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT |
| | -1,242.72 |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | PAYMENT DUE UPON RECEIPT |

**American Airlines**

oneworld

**PASSENGER RECEIPT**

23FEB15

SJU 2TP    / SAN JUAN    PR

NAME CLAUDIO/ARNALDO
FROM **NOT VALID FOR**
TO **TRANSPORTATION**

PSGR TICKET 0012347833407

ENDORSEMENTS/RESTRICTIONS
SJUMIA-AA MIAMSY-AA
01   UPTO50LB 23KG AND62LI 158LCM        25.00   OGO  1-1

PUR CODE        UCHAGU/

USD   25.00            FP CASH
      NA
      NA
      NA
USD   25.00

0 001 0280161671 3

AMERICAN AIRLINES
PR RELATED FLIGHT CPN
RETAIN THIS RECEIPT
THROUGHOUT YOUR
JOURNEY

FOR CONDITIONS OF
CONTRACT - SEE
PASSENGER TICKET AN
BAGGAGE CHECK

NOT VALID FOR TRAVE

REFUNDABLE ONLY WIT

▲ **DELTA** ⊘

PASSENGER RECEIPT 00 EXCESS BAGGAGE
27FEB15 0066 US TICKET
DL/HP MSY FTO

CLAUDIO/ARNALDO                              THIS IS YOUR RECEIPT
  **NOT VALID FOR**
  **TRANSPORTATION*         PSGR TICKET 0012347833407

                                                    NON REFUNDABLE/
MSY DL ATL DL SJU                          HR4CIM /DL   NO CHANGES/NON TR
PIECE  25.00                                         ANSFERABLE/NOT
EBC   25.00                                          VALID FOR TRAVEL


USD  25.00              CAX1475J04I55Y1022909768      NOT VALID FOR TRAVEL
                 1

                         0 006 8261786711 6      0  006 8261786711 6

     USD25.00

Telephone:

Cab Co. _NOLA Yellow Cas_

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date _27 Feb_ , 20 _15_

Amount of Fare        $ _33.00_

Other Charges         $ _____

Total . . . . . . . . .        $ _33.00_

Driver's Name _Abbad_        Cab # _10_