**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

**Civil No. 12-2039 (GAG)**

## ORDER

On February 9, 2015, the Technical Compliance Advisor ("TCA") filed his First Six-Month Report ("Six-Month Report"), which covers the period from the date of appointment to December 6, 2014. (Docket No. 203.) On February 13, 2015, the United States Department of Justice ("US DOJ") filed a Response, to "Supplement" the Six-Month Report. (Docket No. 212.)

The Supplement to the Six-Month Report was filed in accordance with Paragraph 252 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department ("Agreement") at Docket No. 60., which provides for the Puerto Rico Police Department ("PRPD") and the US DOJ to submit responses to the TCA's report. (Docket No. 60 ¶ 252.) The Supplement had the intention to assist this court in assessing compliance, aide the parties in resolving barriers to implementation, and to provide greater transparency by furnishing additional information and context.

The court thanks the US DOJ for its comments to the TCA's Six-Month Report and recognizes they are specifically directed at empowering the TCA, his Core Team and legal advisors, to continue to fulfill his duties in accordance with the terms and conditions of the Agreement.

In addition, the TCA has informed the court that a meeting with Lt. Col. Clementina Vega of the PRPD and its Reform Unit has been scheduled for Thursday, March 19, 2015, to present the Core Team's work plans. The work plans have been reviewed by the court and they include and effectively address the US DOJ's recommendations and/or concerns.

The parties can rest assured that further motions of similar nature will find the favor of the

**Civil No. 12-2039 (GAG)**                2

court throughout the duration of the Agreement.

The parties are hereby requested to keep the court informed as to the implementation of the US DOJ's recommendations, as well as any other related issue that may require the intervention of the court, which should be notified immediately.

**SO ORDERED**.

In San Juan, Puerto Rico this 17th day of March, 2015.

*S/Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge