IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

   v.                                             CIVIL NO. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO,
et al.,**

**Defendants.**

### FIRST QUARTERLY PUBLIC COURT HEARING AGENDA

The First Quarterly Public Court Hearing and status conference on the Puerto Rico Police Reform case is set for April 16, 2015 at 10:00am in the Old San Juan Courthouse. The undersigned will first meet in camera at 9:00 am with the Technical Compliance Advisor ("TCA") and his team, as well as counsel for the parties. The purpose of this and all forthcoming quarterly public hearings is to follow up on the progress of the work conducted thus far and the upcoming plans and next steps for reforming the Puerto Rico Police Department ("PRPD"). The court, as always, is committed to transparency and seeks to ensure that the structural police reform lives up to its potential and meets its goal of holistic and sustainable restructuring, while guaranteeing the public access to information throughout this important process. The parties and attendees shall adhere to the following guidelines.

First, as all communications in federal court, all communications by the parties and the scheduled deponents shall be conducted in the English language. Because this is a civil matter, the

**Civil No. 12-2039 (GAG)**

court reiterates that any party, representative thereof, or invited deponent who requires interpreter service must provide his/her own certified court interpreter.

Second, this hearing will be open to the public. Nevertheless, there will be no third party representation and no room for public questions or comments. The media, as usual, is welcome. In its efforts to gather information and assert the reform's progress, the court has scheduled two deponents who shall testify and answer the court's questions. They are: Superintendent of the PRPD, Mr. José Caldero and the Director of the PRPD Police Academy, Coronel Michelle Hernández de Fraley. These are the only individuals invited to address the court, other than the parties, their counsel, and the TCA and its team.

Third, the court has identified the primary topics that will be discussed in this first hearing, which are areas that are generating public concern: (1) matters pertaining to the PRPD budget; (2) matters pertaining to the Police Academy; and (3) matters regarding Community Outreach and Community Involvement.

Fourth, the court stresses that this hearing, and this case for that matter, is not adversarial in nature. The spirit of genuine collaboration and mutual assistance shall guide all levels of the reform—this and future hearings are no exception. The Federal Rules of Evidence will not apply and at all times when addressing any matter, the parties, counsel, the TCA and its team, and the deponents shall address the court only, unless otherwise instructed.

Finally, public hearings such as the one scheduled here, will assist the court in promoting the engagement and interaction of the public through the reform process and achieve the ultimate objective of transforming the PRPD into a top notch law enforcement entity. To promote greater participation, the next hearing will be held at the United States Courthouse in Ponce, Puerto Rico, during the months of July or August, at a date to be announced.

**Civil No. 12-2039 (GAG)**

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico this 7th day of April, 2015.

                                                *s/ Gustavo A. Gelpí*
                                                GUSTAVO A. GELPÍ
                                                United States District Judge