12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of March.

During the month of March the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement.

The TCA sustained several meetings relating to unresolved complaints; met with William Ramírez and Josué González from ACLU; AARP member, Emily Ramos and activist from LGBTT, Cecilia La Luz; Bayamón Municipal Police Commissioner, Angel Martínez; and with Heriberto Luna from Puerto Rico Justice Department's IT section. Met with Heriberto Sepulveda and Mrs. Teresita Rodríguez CIPA President and Executive Director respectively; with Executive Director from AFI, Mrs. Grace Santana; and with Jaime Perelló, Speaker of the House of Representatives. Assisted to Assembly of Neighborhood Safety Committees; to Councilors Swearing In Acts in Ponce; and to The Police Academy Graduation Ceremony.

The Core Team visited Bayamón Oeste Zone of Excellence to address Use of Force Policy; the Police Academy to observe training activities; and the Police Department Reform Office to discuss and review the Search and Seizure, Civilian Complaints, Internal Investigation and Discipline policies. Met with Dominican Republic Vice-consul, Dr. Carlos Pérez Fernández; and with Dr. Ricardo Blanco from the University of Puerto Rico, to review final proposal draft for Comprehensive Surveys and Compliance Review according to para. 241.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under stipulation 253 of the Agreement and the monthly meeting with TCA's CPA for updating employee records, payroll and income tax filing. Core Team's April and May agenda and the Core Team work plan was scheduled and reviewed; coordination and preparation of the TCA's agenda and meetings for the month April, and preparing respective court documents for the parties' review and input.

 ESTADO LIBRE ASOCIADO DE
**P U E R T O   R I C O**
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

 FACTURA

**FECHA:**                                        1-Apr-2015
**FACTURA :**                                     2015-WP

**FACTURAR A:**
TCAPRCORP
268 AVE. MUNOZ RIVERA
SUITE 1001 WORLD PLAZA
SAN JUAN PR 00918

| DESCRIPCIÓN | CANTIDAD |
|---|---|
| RENTA DEL LOCAL / RENTA 01 | $ 3,000.00 |
| **TOTAL** | $ 3,000.00 |

Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.**
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757
ext. 1574.

PO Box 41207
San Juan, PR 00940-1207
Teléfono (787) 763-5757



Factura    03/04/15
Cuenta      769528798
Núm. Servicio   765-2209-978
Página     3 de    3

## RESUMEN DE CARGOS POR SUBSCRIPTOR

| Nombre | Subscriptor | Cargos por Subscriptor |
|---|---|---|
| **Cargos Telefonía Fija** | | |
| TOAPR CORP | 787 250-1786 | $ 42.03 |
| TOAPR CORP | 787 765-2209 | 96.73 |
| TOAPR CORP | 787 765-2304 | 42.03 |
| Total Servicios Telefonía Fija | | 180.79 |
| **Total Cargos Subscriptor** | | **$180.79** |

## DETALLE SERVICIO POR SUBSCRIPTOR



PRT
Puerto Rico Telephone

## SERVICIOS TELEFONIA FIJA

### Cargos Por Servicio Mensual

| Descripción | Desde - Hasta | Unidades | Cargos |
|---|---|---|---|
| Número de Teléfono  787 250-1786 | | | |
| Cargo Recobro de Acceso | 03/04 - 04/03 | 1 | 0.94 |
| ADD LINE BML ILIMITADO PR/US | 03/04 - 04/03 | 1 | 34.99 |
| **Total Servicio Mensuales del  787 250-1786** | | | **35.93** |
| Número de Teléfono  787 765-2209 | | | |
| Cargo Recobro de Acceso | 03/04 - 04/03 | 1 | 0.46 |
| ILIMITADO PR + 10M/1Mb | 03/04 - 04/03 | 1 | 89.99 |
| **Total Servicio Mensuales del  787 765-2209** | | | **90.45** |
| Número de Teléfono  787 765-2304 | | | |
| Cargo Recobro de Acceso | 03/04 - 04/03 | 1 | 0.94 |
| ADD LINE BML ILIMITADO PR/US | 03/04 - 04/03 | 1 | 34.99 |
| **Total Servicio Mensuales del  787 765-2304** | | | **35.93** |
| **Total de Servicios Mensuales** | | | **$162.31** |

Para servicios que fueron añadidos o eliminados en este mes, los cargos fraccionales cubren el periodo indicado arriba.

### Cargos Estatales y Federales

| Descripción | Desde - Hasta | Cargos |
|---|---|---|
| Número de Teléfono  787 250-1786 | | |
| Cargos por Impuesto Estatal - IVU | | $ 2.10 |
| Cargos por Impuesto Municipal - IVU | | 0.34 |
| Fondo de Servicio Universal Federal | | 2.55 |
| Fondo de Servicio Universal P.R. | | 0.11 |

## Cargos Estatales y Federales (continuación)

| Descripción | Desde - Hasta | Cargos |
|---|---|---|
| Número de Teléfono  787 250-1786 | | |
| Servicio 911 | 03/04 - 04/03 | 1.00 |
| **Total Cargos Estatales y Federales  787 250-1786** | | **6.10** |
| Número de Teléfono  787 765-2209 | | |
| Cargos por Impuesto Estatal - IVU | | 3.30 |
| Cargos por Impuesto Municipal - IVU | | 0.56 |
| Fondo de Servicio Universal Federal | | 1.17 |
| Fondo de Servicio Universal P.R. | | 0.25 |
| Servicio 911 | 03/04 - 04/03 | 1.00 |
| **Total Cargos Estatales y Federales  787 765-2209** | | **6.28** |
| Número de Teléfono  787 765-2304 | | |
| Cargos por Impuesto Estatal - IVU | | 2.10 |
| Cargos por Impuesto Municipal - IVU | | 0.34 |
| Fondo de Servicio Universal Federal | | 2.55 |
| Fondo de Servicio Universal P.R. | | 0.11 |
| Servicio 911 | 03/04 - 04/03 | 1.00 |
| **Total Cargos Estatales y Federales  787 765-2304** | | **6.10** |
| **Total Cargos Estatales y Federales** | | **$18.48** |

Los Cargos por Impuestos Estatales y Municipales respectivamente, aplican a las llamadas de Larga Distancia y/o a cualquier cargo de servicio básico mensual de su plan.

| **Total Servicios Telefonía Fija** | **$180.79** |
|---|---|

| **Total Servicios** | **$361.62** |
|---|---|
| **Numero de Cuenta  769528798** | |





| | |
|---|---|
| Factura | 03/04/15 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de   3 |

**FECHA DE VENCIMIENTO**   04/02/15

**TOTAL A PAGAR**   $361.62

**CANTIDAD ENVIADA**

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000036162 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
**www.clarotodo.com**

---

| | |
|---|---|
| Factura | 03/04/15 |
| Cuenta | 769528798   2 |

*Por favor, desprenda este talón y devuélvalo con su pago.*



# Chatea en VIVO con un representante de servicio al cliente

accede a claropr.com

**CHAT** de Apoyo en Línea

lunes a sábado  8am a 9pm
domingo  8am a 7pm
Roaming  24 horas

| RESUMEN DE SU CUENTA | | |
|---|---|---|
| Balance Anterior | | $ 180.83 |
| Pagos Recibidos - ¡Gracias] | | 0.00 |
| Ajustes | | 0.00 |
| **TOTAL BALANCE VENCIDO** 03/05/15 **PAGUE INMEDIATAMENTE** | | $ 180.83 |
| **SERVICIOS TELEFONIA FIJA** | -------------------- | 180.79 |
| **TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE** 04/02/15 | | $ 180.79 |
| **TOTAL A PAGAR*** | | $361.62 |

*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana.  Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

**RRG**
RR Group PSC

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3966 |
|---|---|
| Date: | 3/1/2015 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (8/12-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
| | | | Total: | 1460.00 |