# VOUCHER

INVOICE DATE: March 26, 2015

TO:  TCA Corporation

FROM: Gerard LaSalle, Ph.D. LLC

E-MAIL: jlasalle24 @comcast.net     (Cell) 973-943-3167
SOCIAL SECURITY #  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        TAX ID 20-
5830242

NAME OF CASE/MATTER: Reform Agreement  Police of
Puerto Rico

INVOICE #:  Gerard LaSalle

**Professional Fee**

- TCA Core Team on-site: March 19, 2015 – March 27, 2015
(fixed  rate) $6500.00

**Month of March:**

- Review of Ethics and Code of Conduct Policy.
- Prepare and submit Formal Document Request for Aggregate Data for baseline
  enforcement actions and procedures.

Total payable hours:  17.33 x  $150 per hour=
$2600.                                                            $2600.

TOTAL AMOUNT DUE                                     $9100

_____                  3/26/2015
            Signature                                          Date

_____                  8 April 2015
Approved TCA – Arnaldo Claudio                Date

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:  **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of March 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session for the follow-up of the outstanding issues and pending matters regarding the different areas of the Agreement with TCA Arnaldo Claudio; review and analysis of documents; telephone communications and coordination's; follow up to electronic correspondence received, among other matters; conceptualization and development of a working tool for the TCA, for follow-up, organization and operationalization of the Core Team Agenda. (8.0) | N/A | X | 2/March | |
| Preparation, attendance and participation with TCA Arnaldo Claudio and Eric Guzmán, in the following meetings:  visit to Commander Alba Diaz of the PRPD; with Att. William Ramirez and Att. Josue González of the ACLU; with Heriberto Sepulveda, President of the CIPA's Director Board and Att. Teresa Rodriguez, CIPA's Executive Director (PRPD appellation process); and meeting with LGBTT community and Cecilia La Luz in the Community | N/A | X | 3/March | |

1



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| LGBTT Center of Puerto Rico. (10.0) | | | | |
| Working session for the follow up of pending matters, regarding the Core Team March Agenda; Paragraph 241: Surveys, document drat, among other matters. (3.0) | N/A | X | 4/March | |
| Working session for the attention of pending matters regarding the Community Committee and ACLU. (3.0) | N/A | X | 05/March | |
| Working session for the review and analysis of the Special Order: Code of Ethic/Conduct. (4.0) | N/A | X | 09/March | |
| Continue the working session for electronics research of various topics related to the professionalization area of the Agreement. (4.0) | N/A | X | 11/March | |
| Continue the working for the review and analysis of the Special Order: Code of Ethic/Conduct. (8.0) | N/A | X | 12/March | |
| Continue the working session for the review and analysis of the Special Order: Code of Ethic/Conduct. 6.0) | N/A | X | 16/March | |
| Session of work with the TCA Arnaldo Claudio, Eric Guzman and Lara Morel for the attention of pending matters and in preparation to the TCA Core Team Week. (4.0) | N/A | X | 18/March | |
| TCA Core Team Week | N/A | X | 23/March | $1,300.00 |
| TCA Core Team Week | N/A | X | 24/March | $1,300.00 |
| TCA Core Team Week | N/A | X | 25/March | $1,300.00 |
| TCA Core Team Week | N/A | X | 26/March | $1,300.00 |
| TCA Core Team Week | N/A | X | 27/March | $1,300.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session for the final review of the Code of Ethics/Conduct Policy. (4.0) | N/A | X | 29/March | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 36.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
March 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015.

3

**Rafael E Ruiz**
610 Pleasant St. Canton
617-759-9156

INVOICE

2015-3

TCAPR, LLC
264 Munoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

3-26-015

PERIOD ENDING:  **Marzo 28th 2015**

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| 03-02-15 | Work on Codigo de Eticas | | 3 Hrs. | $ 450.00 |
| 03-03-15 | Work on Codigo de Eticas | | 2 Hrs. | $300.00 |
| | | | | |
| 03-06-15 | Work on community Policing | | 4 Hrs. | $600.00 |
| 03-09-15 | Work on FTO Policy | | 3 Hrs. | $450.00 |
| | | | | |
| 03-11-15 | Work on Rules of Conduct | | 3 Hrs. | $ 450.00 |
| 03-16-15 | Work on: emails, and Phone Calls | | 2.33 Hrs. | $ 350.00 |
| 03-23-15 | | Core Team Visit | 1 Day | $ 1,300.00 |
| 03-24-15 | | Core Team Visit | 1 Day | $ 1,300.00 |
| 03-25-15 | | Core Team Visit | 1 Day | $ 1,300.00 |
| 03-26-15 | | Core Team Visit | 1 Day | $ 1,300.00 |
| 03-27-15 | | Core Team Visit | 1 Day | $ 1,300.00 |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | TOTAL INVOICE | 0.00 | $ 9,100.00 |

I hereby declare that to the best of my knowledge and belief, the information is true, correct and complete.

Signature: _Rafael E Ruiz_   Title: ASSESSOR - CORE TEAM

Print Name: RAFAEL E. Ruiz   Date: 03-26-15

Make all checks payable to **Rafael E. Ruiz**
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:      TCAPR, LLC
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of March 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Week Work in New York City: Have various phone conversations with TCA office; review email correspondence  (3.0 hours) | X | N/A | Week from Monday, March 1, 2015; Sunday, March 8, 2015 | (3 @ $150 = $450) |
| Week Work in New York City: Have various phone conversations on Action Plans; review email correspondence regarding Action Plans (6.0 hours) | X | N/A | Weeks from Monday, March 9, 2015; Friday, March 20, 2015 | (6 @ $150 = $900) |
| Work in New York City in Preparation for TCA Core Agenda Items; Review of DOJ and PR Comments on the TCA's First Six-Month Report; CT Work Plan; TCA requests for Information (10.0 hours) | X | N/A | Saturday, March 21, 2015 | (10 @ $150 = $1,500) |
| Work in New York City in Preparation for TCA Core Agenda Items: Review of DOJ and PR Comments on the TCA's First Six-Month Report; CT Work Plan; TCA requests for Information (10.0 hours) | X | N/A | Sunday, March 22 2015 | (10@ $150 = $1,500) |

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work in Puerto Rico, TCA Agenda: PRPD meeting on action plans; after hours work on action plans (10.0 hours) | N/A | X | Thursday, March 26, 2015 | $1,300 |
| Work in Puerto Rico, TCA Agenda: PRPD meeting on action plans (9.0 hours) | N/A | X | Friday, March 27, 2015 | $1,300 |
| Work in Puerto Rico, TCA Agenda: Annual Report; Action Plan, Reports (8.0 hours) | N/A | X | Saturday, March 28, 2015 | $1,300 |
| Work in Puerto Rico, TCA Agenda: Annual Report; Action Plan, Reports (8.0 hours) | N/A | X | Sunday, March 29, 2015 | $1,300 |

| | |
|---|---|
| TOTAL HOURS WORKED: 63.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (4 days, 35 HOURS) | $5,200 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (26 HOURS @ $150): | $3,900 |
| TOTAL TO BE BILLED: | $9,100.00 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
March 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

March 31, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 008

FOR PROFESSIONAL SERVICES RENDERED MARCH 2015

| | |
|---|---|
| Monday, Mar 23, 2015 | TCA Office.re conference with Core Team.<br>Site Visit, meeting Zone of Excellence (Bayamon)<br>Site Visit, meeting Bayamon Municipal Police |
| Tuesday, Mar 24, 2015 | Meeting with PRPD Reform Unit re: Use of Force<br>Policies, Search and Seizure, and Arrest Policies. |
| Wednesday, Mar 25, 2015 | TCA Office re: meetings,<br>PRPD HQ re: meetings |
| Thursday, Mar 26, 2015 | TCA Office re meetings. |
| Friday, Mar 27, 2015 | TCA Office.<br>Meeting with Core Team |

**5 DAYS (DAY RATE $1,300) = $6500**

| | |
|---|---|
| March 1-31 | Reviewed PRPD's Field Training Officers Manual.<br>Researched Field Training Officers Policies/Manuals (Nationally).<br>Prepared report on PRPD's FTO Manual listing comments and<br>Observations.<br>Reviewed PRPD's Special Order re: Standards of Ethics and<br>Conduct.<br>Conferred with Core Team members regarding above matters. |

**TOTAL HOURS 27**
**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**
**$150 PER HOUR.   $2,600**

**TOTAL  $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2015
# ALAN C. YOUNGS

*5552 W LAKERIDGE ROAD*

*LAKEWOOD, CO 80227*

*720-232-5812 | ALYOUN@AOL.COM*

A:     TCAPR, LLC
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of March 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | U.S Work Day | PR Work Day | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Research & review best practices & benchmarks for dealing with the Media/Press (4 hours) | x | N/A | 10/Mar | $600.00 |
| Research & review best practices & benchmarks for dealing with the Community (4 Hours) | x | N/A | 12/Mar | $600.00 |
| Research & review best practices & benchmarks for dealing with the Domestic Violence (8 hours) | x | N/A | 14/Mar | 1200.00 |
| Research & review best practices & benchmarks for dealing with job descriptions, promotional process & anti-bias (8 hours) | X | N/A | 17/Mar | 1200.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S. Work Day | PR Work Day | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 23/Mar | $1,300.00 |
| TCA Core Team Week (10 hours-see agenda + work after hours) | N/A | X | 24/Mar | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 25/Mar | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 26/Mar | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 27/Mar | $1,300.00 |
| TOTAL HOURS WORKED: 74.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.34 HOURS @ $150): | | | | $2,600.00 |
| TOTAL 6.66 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
March 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

2

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2014.

INVOICE FOR PROFESSIONAL SERVICES:
[FEB 11-MAR 29, 2015]
[SCOTT CRAGG, CRYSTAL REEF LLC]

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283]| [SPCRAGG@VERIZON.NET]

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core
Team) during the months of [February and March, 2015], is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Document and Artifact Review | .5 | | 2/14, 3/29 - 2015 | 600.00 |
| Initial Assessment Plan; Research, Development and Preparation of Plan | 1.125 | | 2/11, 3/17, 19, 24, 26, 3/29 | 1350.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 8 |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 13 |
| TOTAL TO BE BILLED: | | | | 1950.00 |
| | | | | TOTAL HOURS WORKED |

INVOICE PRESENTED BY:
__//Signed//_____3/29/2015_____
Scott Cragg
TCA Core Team
[13932 South Springs Dr.
Clifton, VA 20124]

I hereby CERTIFY that, according to my best knowledge and belief, the
information provide in this invoice is TRUE, CORRECT AND COMPLETE
_____
ARNALDO CLAUDIO, TCA, President

1

**Alfredo Castellanos, Esq.**
Metro Office Park  Bldg. 7
Suite 204, Guaynabo, PR 00968
Telephone (787)641-8447
Fax (787)793-4495

Date: March 25, 2015

## INVOICE FROM ALFREDO CASTELLANOS FOR SERVICES RENDERED TO THE TCA DURING MARCH, ENDING ON THE 25th 2015.



The present invoice includes services that were rendered during the month of March 2015, ending on the 25th. It will include a general reference to non-billable pro bono work that was realized during said period, as well as, billable work that was done during the same period at the agreed upon rate of $125.00 an hour.  Billable time, when necessary, has been fractioned on a quarterly hour basis.  No billable expenses have been incurred during the Month of March.  The above being said, the following is an itemized description of the services that were rendered:

## BILLABLE WORK FOR THE MONTH OF MARCH

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9-Mar-15 | Meeting with TCA Legal Advisors F. Hernández Denton & A. Bazán RE: Memorandum for the TCA. | 5.5 | $ 687.50 |
| 11-Mar-15 | Review email from A. Bazán of 3/11/2015 RE: First Draft of Memorandum for TCA. | 0.25 | $ 31.25 |
| 11-Mar-15 | Review of First Draft of Memorandum for TCA RE: First Quarterly Public Court Hearing on the Puerto Rico Police Reform. | 2.75 | $ 343.75 |
| 12-Mar-15 | Revise and edit Memorandum for TCA RE: First Quarterly Public Court Hearing on the Puerto Rico Police Reform. | 3.75 | $ 468.75 |
| 12-Mar-15 | Review of the First Six-Month Report of the TCA. | 1.75 | $ 218.75 |
| 12-Mar-15 | Drafted Summary of the Six-Month Report of the TCA to be included in Memorandum for TCA | 1.25 | $ 156.25 |
| 13-Mar-15 | Revise and edit Memorandum for TCA RE: First Quarterly Public Court Hearing on the Puerto Rico Police Reform. | 1.75 | $ 218.75 |
| 14-Mar-15 | Review and Analyze Response filed on 3/13/15 by the United States Department of Justice (USDOJ) to Supplement the First Six-Month Report of the TCA. | 2 | $ 250.00 |
| 14 | | | |

| | | | |
|---|---|---|---|
| Mar-15 | Review letter sent by Department of Justice of the Commonwealth of Puerto Rico to TCA on 3/13/2015 | 2 | $250.00 |
| 14-Mar-15 | Revise and edit Memorandum on First Quarterly Public Court Hearing on the Puerto Rico Police Reform | 2 | $250.00 |
| 15-Mar-15 | Drafted Memorandum RE: USDOJ Supplement to TCA First Six-Month Report. | 2 | $250.00 |
| 15-Mar-15 | Revised and Edit Memorandum RE: USDOJ Supplement to TCA First Six-Month Report. | 1.25 | $156.25 |
| 15-Mar-15 | Revised and Edit Memorandum for the TCA to include changes suggested by F. Hernandez Denton and A. Bazán | 1 | $125.00 |
| | | | |
| | | | |
| **Total** | 28 | | **$3,500** |

2

*[handwritten signature]* April 8 2015

*Federico Hernández Dentón*
**Retired Chief of Justice**
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918


March 19, 2015


Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918


Invoice from Federico Hernández Dentón for March 2015

| Date | Description | Hours |
|---|---|---|
| 3/4/15 | Preparation of Memorandum for TCA for hearing April 16 | 3 |
| 3/6/15 | Telephone call with Secretary of Justice and the Undersecretary | 1 |
| 3/7/15 | Telephone call with TCA and reading and analysis of emails by Judge Gelpi, reading emails of Saycedo, Annexy and Marcos Soler and review Agreement in light of Coronel Vegas observation. Reading of TCA Six-Month Report. | 4 |
| 3/9/15 | Meeting with TCA lawyers and preparation of MEMO for TCA Court Hearing in April. | 5.30 |
| 3/12/15 | Reading emails of TCA. Reading and analysis MEMO TCA. | 2 |
| 3/14/15 | Telephone calls and reading of letters of PRDOJ and Motion of DOJ – TCA. | 1 |
| 3/15/15 | Reading of Draft of Proposal of TCA and telephone calls with | 2 |

| | | |
|---|---|---|
| | Castellano and TCA. | |
| 3/16/15 | Reading and analysis of MEMO of Legal Advisers to the TCA and preparation of changes recommended to MEMO as well as court order. Meeting with legal advisers. Meeting with Alfredo Castellano and Antonio Bazán. | 6 |
| 3/18/15 | Preparation MEMO for TCA for hearing April 16 12 - 1. Meeting with TCA and staff to review MEMO for April 16 hearing of the court 1 – 4:30. | 4.3 |

**HOURS TOTAL: 29**
**Rate $ 125.00/hr.**

**TOTAL  $ 3,625.00**

**Federico Hernández Dentón**

23 / marzo / 2015

**Date**

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg.,  Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

March 24, 2015

Mr. Eric Guzmán
TCAPR Corp.
Executive Office Manager
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re:  Invoice 2015-3

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings of TCAPR Corp. during the month of March, 2015.

| Date(s) | Hour(s) | Matter/Research |
|---------|---------|-----------------|
| 3/02/2015 | 1.5 hours | Meeting at Federal Courthouse-San Juan |
| 3/09/2015 | 5.5 hours | Memorandum Meeting with F. Hernandez Denton & Alfredo Castellanos |
| 3/10/2015 | 3.5 hours | Office Work on Memorandum |
| 3/11/2015 | 3.5 hours | Office Work on Memorandum |
| 3/16/2015 | 3.0 hours | Memorandum Meeting with F. Hernandez Denton & Alfredo Castellanos |
| 3/18/2015 | 3.5 hours | TCA Office-TCA, F. Hernandez Denton, Lara Morell |
| 3/18/2015 | 5.0 hours | Final Draft |
| 3/24 | 25.5 Hours billed | 25.5 x $125.00 per hr.  Total $3,187.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  Signed copy will be served by regular mail.

Antonio R. Bazán González

# INVOICE 0101

3/24/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of | 900.00 |
| March 22-29, 2015 to TCAPR CORP | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

DEPTO. DE HACIENDA
AREA DE [...] RNAS
OFICINA SE[...] AUXILIAR

2015 MAR 17  AM 10: 42

# POSTAL MONEY ORDER

UNITED STATES POSTAL SERVICE®

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |

51143767301

Pay to: Departamento de Hacienda

Address

EIN: 66-082.3264

From: TCAPR, Corp.

Address: 268 Muñoz Rivera St 1001

Memo: Caso 2014-1101.01-301

San Juan, PR 00918

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

© 2008 United States Postal Service. All Rights Reserved.

⑈:000000800 2⑈:      5 1 1 4 3 7 6 7 3 0 ⑈⑈



Recibo de Recarga

www.autoexpreso.com
PO Box 1188
San Juan, PR 009 888
1-888-688-1 C
Plaza Caguas Norte, Carril 12
Cajero: 9259
03/26/15 21:4

Numero de Cuenta:        03451155
Cantidad de Pago:    $    20.00
Metodo de Pago:          Efectivo
Balance:                 17.75

PUMA 226 SAN JUAN
SAN JUAN

TERMINAL ID:            87880
MERCHANT #:        8788103700

PAYMENT METHOD: CASH

USER:                       0
PEAJE
087886276078407141 36

SALEPPCASH

BATCH: 000346      TRACE: 023
DATE: Mar 18, 15     TIME: 16
023677             AUTH NO: 09

TOTAL              $20.

APPROVED
19.80

PREPAID CARD SALE

y
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHE

CUSTOMER COPY

```
                        Recibo de Re: . .

              www.autoexpr...o.com
                     PO Box 118...
              San Juan, PR 00... 888
                  1-888-688-1... .
              Plaza Caguas Norte, ...ril 12
                     Cajero: 8...
                  03/28/15 09:... ...

Numero de Cuenta:         ... 0345115
Cantidad de Pago:     $      10.00
Metodo de Pago:              Efecti...
Balance:              ...     15.0...
```



**Ricky CAR WASH 1&2**

Carr. #2, Km. 37 <> Vega Baja <> Tel.: 787-654-6142

Nombre: _____

Fecha: _____

Color: _____ Entrada: _____

Tablilla: _____ Salida: _____

| CANT. | DESCRIPCION | IMPORTE |
|---|---|---|
| | **Auto Lavado:** ☐ Sencillo ☐ Ejecutivo ☐ Extra Ejecutivo | |
| | **Guagua Lavado:** ☐ Sencillo ☐ Ejecutivo ☐ Extra Ejecutivo | |
| | **Pick Up Lavado:** ☐ Sencillo ☐ Ejecutivo ☐ Extra Ejecutivo | |
| | Lavado por Debajo | |
| | Lavado Motor. | |
| | Cambio de Aceite y Filtro | |
| | Cera Líquida | |
| | Otros: | |
| | | Sub-Total |
| | | IVU |
| | | TOTAL |

# _____   # _____

*(Vertical text at right: Carr. #2 <> Vega Baja <> 787-655-3657 <> IVU Digital)*

---

RICKY'S CAR WASH #6
CALLE BETANCES #33
CAGUAS, PR 00725

VENDOR: 
TRANSACTION: 
DATE: Mar 16, 20        TIME: 12:08
AUTH NO: 484765

BASE          $14.95
STATE TAX      $0.90
MUNI. TAX      $0.15

TOTAL         $16.00

IVULOTO: APB7W-D9FM8

SE DRAW024  Mar/24/15
CONTROL#: RUS 996594

CON EL IVULOTO TODOS GANAMOS

---



```
        CONTINENTAL  GASOLINE
             RETAILORS

Descr.              qty      amount
-- -----            ---      -------
REG    CR #04   27.976L      19.50
                @ 0.697/ L
                           ----------
              Sub Total      19.50
              STATE 6%        0.00
              CITY 1%         0.00
          TOTAL          19.50
                   CASH  $   19.50
      THANKS,COME  AGAIN
REG# 0001 CSH# 002 DR# 01  TRAN# 19026
03/28/15  09:43:25          ST# AB123
```

```
         FABR  PETROLEUM
            767-1010

Descr.              qty      amount
-- -----            ---      -------
REG    CR #07    8.865L       6.00
                @ 0.677/ L
                           ----------
              Sub Total       6.00
               ESTATAL        0.00
                   MUN        0.00
          TOTAL           6.00
               MAN CRED  $    6.00
      THANKS,COME  AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 15622
03/30/15  12:22:17          ST# TX224
```

*Kate*

```
      BIENVENIDOS  A
TOTAL  BORINQUEN  T.

Descr.            qty        amount
--------          ----       ------
REG    CA #01  33.486L        22.00
               @ 0.657/ L
     Prepay Fuel             -22.00
                          -----------
              Sub Total       0.00
              STATE TAX       0.00
              CITY TAX        0.00
        TOTAL         0.00
               CASH  $        0.00
          GRACIAS
       VUELVA PRONTO
REG# 0001 CSH# 005 DR# 01   TRAN# 19367
03/25/15  10:42:14          ST# AB123
```

```
    FABR  PETROLEUM
       767-1010

Descr.            qty        amount
-----             --         ------
REG    CA #06  34.065L        23.06
               @ 0.677/ L
              Sub Total      23.06
              ESTATAL         0.00
              MUN             0.00
        TOTAL      23.06
               CASH  $       25.11
               Change $       2.05
THANKS, COME  AGAIN
REG# 0001 CSH# 007 DR# 01   TRAN# 10827
03/23/15  15:34:06          ST# TX224
```

*Raúl*

```
  TO GO STORE GURABO
    CARR  189 KM 0.4
  BO.  NAVARRO GURABO
        PR. 00778

Descr.            qty        amount
--------          ---        ------
REG  CA #10   39.402L         25.89
              @ 0.657/ L
     Prepay Fuel             -40.00
                          -----------
              Sub Total     -14.11
                 STATE        0.00
              SPECIAL 2%      0.00
        TOTAL      -14.11
               CASH  $      -14.11
THANKS, COME  AGAIN
REG# 0003 CSH# 009 DR# 01   TRAN# 36586
/27/15  06:33:23            ST# 00012
```

```
        PUMA ANYTIME
          CAMPO RICO

Descr.              qty          amount
-------             ---          ------

REG    CA #02  48.622L            30.00
               @ 0.617/ L
       Prepay Fuel               -30.00
                              ----------
               Sub Total           0.00
                     Tax           0.00
                   Total           0.00
                  CASH  $          0.00
THANKS, COME  AGAIN
REG# 0001 CSH# 011 DR# 01   TRAN# 15121
03/02/15  19:33:01          ST# AB123
```

```
        FABR  PETROLEUM
           767  1010

Descr.            qty          amount
 ----             ---          ------
Prepay CA#03                    20.00
                             ----------
           Sub Total            20.00
            ESTATAL              0.00
               MUN              0.00
         TOTAL        20.00
            CASH  $    20.00
     THANKS, COME  AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 17667
03/18/15  16:30:52           ST# TX224
```

```
        FABR  PETROLEUM
           767--1010

Descr.            qty          amount
 ----             ---          ------
REG    CA #08  38.052L         25.00
               @ 0.657/ L
                             ----------
           Sub Total            25.00
            ESTATAL              0.00
               MUN              0.00
         TOTAL        25.00
            CASH  $    25.00
     THANKS, COME  AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 12431
03/11/15  14:13:25           ST# TX224
```