INTAKE DROP BOX
RECEIVED & FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2015 APR -8 PM 2: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:12-cv-2039 |
| COMMONWEALTH OF PUERTO RICO, and the PUERTO RICO POLICE DEPARTMENT, | (GAG) |
| Defendants; | |
| JORGE DIAZ CASTRO, | |
| As Defendant – Intervenor. | |

NOTICE OF DOCUMENTS FILED AT THE
HONORABLE SUPREME COURT OF THE UNITED STATES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. Jorge Diaz Castro, as proposed Intervening Defendant in the instant case, would give notice to the Honorable U.S. District Court for the District of Puerto Rico, that, pursuant to the order issued by the Honorable Justice Stephen G. Breyer on June 12, 2014, in case No. 13A1220; extending the time to file petition for a writ of certiorari; on Monday, August 11, 2014, and on Wednesday, August 13, 2014, a "Petition for a Writ of Certiorari" and a "Motion to Proceed in Forma Pauperis" were filed, respectively, at the Honorable Supreme Court of the United States.

2. Subsequently, on August 26, 2014, the following documents were filed at the Honorable Supreme Court of the United States: (a) a motion for leave to submit the Appendix; and (b) the Appendix; for the petition filed on August 11, 2014. Continued…

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
NOTICE OF DOCUMENTS FILED AT THE HONORABLE SUPREME COURT
No. 3:12-cv-2039
Page No. 2

3. On October 29, 2014, I filed at the Honorable Supreme Court of the United States: (a) motion for leave to amend the petition; (b) an amended petition for a writ of certiorari; (c) and a motion for appointment of counsel.

4. Although it is not required by the rules of either the Honorable U.S. District Court for Puerto Rico, nor of the Honorable Supreme Court of the United States, I am enclosing herewith a copy of the most pertinent documents: (a) the amended petition; and (b) the Appendix to the petition.

**WHEREFORE**, proposed Intervening Defendant Jorge Díaz Castro, respectfully gives notice to this Honorable Court of the documents filed at the Honorable Supreme Court.

**CERTIFICATION:** I hereby certify that today I filed the foregoing with the Clerk of the Court which, on information and belief, shall automatically notify counsel of record which are CM/ECF system participants at the corresponding e-mail address, and which pursuant to Local Civil Rule 5, constitutes the equivalent service.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on April 8, 2015.

*[signature: Jorge Díaz Castro]*

Jorge Díaz Castro - PRO SE
P.O. Box #9021288
San Juan, P.R.  00902-1288
Email:  transcripciones@mail.com