INTAKE DROP BOX
RECEIVED & FILED

2015 APR -8 PM 2:48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

# Appendix

## APPENDIX

## TABLE OF CONTENTS

App. A:   JUDGMENT IN A CIVIL CASE
          (CIRCUIT COURT)

App. B:   ORDER DENYING REHEARING
          (CIRCUIT COURT)

App. C:   PUBLISHED OPINION AND ORDER
          (DISTRICT COURT)

App. D:   ORDER EXTENDING THE TIME TO FILE
          (SUPREME COURT)

App. E:   LAW REVIEW ARTICLE ON 42 U.S.C. § 14141
          (COLUMBIA LAW SCHOOL)

App. F:   BRIEFING PAPER ON 42 U.S.C. § 14141
          (USDOJ)

App. G:   CIVIL ACTIONS FILED UNDER
          42 U.S.C. § 14141
          (USDOJ)

App. H:   UNPUBLISHED OPINION AND ORDER
          (D. OR.)

App. I:   TWO ACTS PETITIONER LOBBIED FOR
          (COMMONWEALTH OF PUERTO RICO)

App. J:   OTHER SOURCES: LOCAL NEWSPAPERS
          (SAN JUAN, PUERTO RICO); AND POLICE
          SURVEY (FLORIDA, U.S. OF A.)

App. K:   42 U.S.C. §14141