INTAKE DROP BOX
RECEIVED & FILED

2015 APR -8 PM 2:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

# Appendix D

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

2014 JUN 16 P 4: 39

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 12, 2014

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:  Jorge Diaz-Castro
           v. United States
           Application No. 13A1220
           (Your No. 13-2079, 13-2306)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Breyer, who on June 12, 2014, extended the time to and including August 10, 2014.

This letter has been sent to those designated on the attached notification list.

                                Sincerely,

                                Scott S. Harris, Clerk

                         by  Melissa Blalock
                                Melissa Blalock
                                Case Analyst

**D-1**

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Jorge Diaz-Castro
P.O. Box 9021288
San Juan, PR 00902-1288


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

**D-2**

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

$00.48⁰

USMS SCREENED

02210$3025 C079

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

D-3