INTAKE DROP BOX
RECEIVED & FILED

2015 APR -8  PM 2:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

# Appendix G

ATTACHMENT A

Civil Actions Filed by the U.S. Department of Justice under the
Violent Crime Control and Law Enforcement Act of 1994, 42 U.S.C. § 14141

*January 29, 2013*

| Case Name and Civil Action No. | United States District Court | Date Filed | Synopsis of Allegations | Disposition |
|---|---|---|---|---|
| USA v. *Commonwealth of Puerto Rico, et al.*, Civ. No. 12-2039 | District of Puerto Rico | 12/21/12 | Use of excessive force, unconstitutional searches and seizures, and discriminatory policing by officers of the Puerto Rico Police Department | Joint motion submitting agreement noted and proceedings stayed until 4/15/13 |
| USA v. *Terry S. Johnson*, Civ. No. 12-1349 | Middle District of North Carolina | 12/20/12 | Discriminatory policing against Latinos by deputies of the Alamance County Sheriff's Office | Litigation is ongoing |
| USA v. *City of Portland*, Civ. No. 12-2265 | District of Oregon | 12/17/12 | Use of excessive force against individuals with actual or perceived mental illness by officers of the Portland Police Bureau | Joint motion seeking entry of the settlement agreement and conditional dismissal is pending |
| USA v. *Town of East Haven, et al.*, Civ. No. 12-1652 | District of Connecticut | 11/20/12 | Discriminatory policing, use of excessive force, and unconstitutional searches and seizures by officers of the East Haven Police Department | Settlement agreement approved as an order and case dismissed conditionally on 12/21/12 |
| USA v. *City of Seattle*, Civ. No. 12-1282 | Western District of Washington | 7/27/12 | Use of excessive force by officers of the Seattle Police Department | Consent decree entered and approved preliminarily on 9/21/12 |
| USA v. *City of New Orleans*, Civ. No. 12-1924 | Eastern District of Louisiana | 7/24/12 | Discriminatory policing, unconstitutional searches and seizures, and use of excessive force by officers of the New Orleans Police Department* | Consent decree approved and entered on 1/11/13 |

| Case Name and Civil Action No. | United States District Court | Date Filed | Synopsis of Allegations | Disposition |
|---|---|---|---|---|
| USA v. Town of Colorado City, et al., Civ. No. 12-8123 | District of Arizona | 6/21/12 | Discrimination against individuals who are not members of the Fundamentalist Church of Jesus Christ of Latter-day Saints, including discriminatory policing by officers of the Colorado City/Hildale Marshal's Office* | Litigation is ongoing |
| USA v. Maricopa County, et al., Civ. No. 12-0981 | District of Arizona | 5/10/12 | Discriminatory policing, unlawful correctional practices violating the rights of limited-English proficient prisoners, and retaliation against critics by deputies of the Maricopa County Sheriff's Office* | Litigation is ongoing |
| USA v. City of Warren, et al., Civ. No. 12-0086 | Northern District of Ohio | 1/13/12 | Use of excessive force by officers of the Warren Police Department | Consent decree approved and entered on 1/26/12 |
| USA v. Territory of the Virgin Islands, et al., Civ. No. 08-0158 | District of the Virgin Islands | 12/23/08 | Use of excessive force by officers of the Virgin Islands Police Department | Consent decree approved and entered on 3/23/09 |
| USA v. Prince George's County, et al., Civ. No. 04-0185 | District of Maryland | 1/22/04 | Use of excessive force by officers in the Canine Section of the Prince George's County Police Department | Consent decree approved and entered on 3/11/04; decree terminated on 3/11/07 |
| USA v. City of Detroit, et al., Civ. No. 03-72258 | Eastern District of Michigan | 6/12/03 | Use of excessive force, false arrests, illegal detentions, and unconstitutional conditions of confinement by the Detroit Police Department | Consent judgment entered on 7/18/03 |



G-2

| Case Name and Civil Action No. | United States District Court | Date Filed | Synopsis of Allegations | Disposition |
|---|---|---|---|---|
| USA v. City of Los Angeles, et al., Civ. No. 00-11769 | Central District of California | 11/3/00 | Use of excessive force, false arrests, and improper stops, searches, and seizures by officers of the Los Angeles Police Department | Consent decree approved and entered on 6/15/01; decree terminated and transition agreement entered on 7/17/09 |
| USA v. State of New Jersey, et al., Civ. No. 99-5970 | District of New Jersey | 12/22/99 | Discriminatory policing by troopers of the New Jersey State Police* | Consent decree approved and entered on 12/30/99; decree terminated on 9/21/09 |
| USA v. City of Columbus, Civ. No. 99-1097 | Southern District of Ohio | 10/21/99 | Use of excessive force, false arrests, improper searches and seizures, and discriminatory policing by officers of the Columbus Police Department* | Action dismissed without prejudice on motion by the United States on 9/4/02 after the parties reached an out-of-court settlement |
| USA v. City of Steubenville, et al., Civ. No. 97-0966 | Southern District of Ohio | 8/28/97 | Use of excessive force; false arrests, charges, and reports; and improper stops, searches, and seizures by officers of the Steubenville Police Department | Consent decree approved and entered on 9/3/97; decree terminated on 3/3/05 |
| USA v. City of Pittsburgh, et al., Civ. No. 97-0354 | Western District of Pennsylvania | 2/26/97 | Use of excessive force, false arrests, and improper searches and seizures by officers of the Pittsburgh Bureau of Police | Consent decree approved and entered on 4/16/97; decree terminated partially on 9/30/02; decree terminated on 4/7/05 |

*Case included statutory claims pursuant to Title VI of the Civil Rights Act of 1968, 42 U.S.C. § 2000d; the Omnibus Crime Control and Safe Streets Act, 42 U.S.C. § 3789d; the Fair Housing Act, Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, 42 U.S.C. §§ 3601 et seq.; and/or Title III of the Civil Rights Act of 1964, 42 U.S.C. § 2000b, in addition to claims under Section 14141.



G-3