

INTAKE DROP BOX
RECEIVED & FILED

2015 APR -8  PM 2:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

# Appendix J

Policías donan sangre para sus colegas (newspaper short note in Spanish), Metro

(San Juan), June 4th, 2014, at 4.

# Policías donan sangre para sus colegas

Un nutrido grupo de policías donaron sangre ayer para sus dos compañeros José Rosario y Valerie Ortiz, quienes resultaron gravemente heridos durante un asalto en un negocio de Dorado.

Sobre la pesquisa, el superintendente de la Uniformada, José Caldero, detalló que está adelantada. **METRO**



# J-1

Miguel Rivera Puig, <u>Caldero promete $16 millones a policías</u> (newspaper article in Spanish), El Vocero (San Juan), June 25th, 2014, at 8.

MIÉRCOLES, 25 DE JUNIO DE 2014

# Caldero promete $16 millones a policías

 **Miguel Rivera Puig**
>jrivera@elvocero.com

A días de que 11 gremios policíacos lleven a cabo una marcha para reclamar en La Fortaleza que no los despojen de más beneficios, el superintendente José Luis Caldero López invitó a los dirigentes a una reunión en la que se anunciara que se asignaron $16 millones para comenzar a abonar a una deuda estimada en $270 millones de ajustes salariales que han afectado a los uniformados por más de una década.

El anuncio de la reunión a celebrarse mañana con los líderes gremiales se hizo hoy, poco después de que comenzaran a circular la manifestación de Policías en Acción Concertada que agrupa a organizaciones como CONAPOL, Aspra, Police, APO, Sindicato, FUPO, COPS, Cuerpo Organizado de Mayagüez, Asociación de Miembros de la Policía y Federación de Policías.

La marcha partirá a las 10:00 a.m. del martes 1 de julio desde el Parque Muñoz Rivera, en Puerta de Tierra hasta La Fortaleza. En la convocatoria que invita a agentes y familiares.

CONAPOL y FUPO había incoado un pleito en los tribunales en el 204 y varios años después la Policía reconoció que adeudaba la millonaria suma en ajustes salariales, pasos y ascensos.

# J-2

Maribel Hernández, <u>Están ready para marchar --- Policías llegarán a La Fortaleza</u>

(newspaper article in Spanish), Índice (San Juan), July 2nd, 2014, at 3.



Los gremios exigirán que se restituya su sistema de retiro.

# Están ready para marchar

## Policías llegarán a La Fortaleza

**MARIBEL HERNÁNDEZ**
Para ÍNDICE

EL GRUPO de Policías en Acción Concertada (PAC) anunció su intención de protestar por la reducción de beneficios adquiridos durante los pasados años por medio de una marcha hacia La Fortaleza que se llevará a cabo el 1 de julio.

El recorrido iniciará a las 10:00 a.m. en el Escambrón y finalizará en el Palacio de Santa Catalina, donde esperan hablar con el gobernador Alejandro García Padilla. El PAC está compuesto por varias organizaciones sindicales que aglutinan a la mayor parte de los policías.

Los uniformados exigen la restitución de su sistema de retiro, que no se les reduzca el bono de Navidad y que no se le limite el pago de los días acumulados en exceso de la licencia por enfermedad, entre otros reclamos.

Mientras, el superintendente José L. Caldero López, le reveló a este medio que hoy se reunirá con los gremios para atender varios asuntos, entre ellos, una asignación de $16 millones para el pago de una deuda por concepto de ajustes salariales.

J-3

Eric Rojas, <u>Juntos y felices</u> (newspaper photograph captioned in Spanish), El Vocero

(San Juan), July 2nd, 2014, at 7.



EL VOCERO DE PUERTO RICO > MIÉRCOLES, 2 DE JULIO DE 2014

Un centenar de miembros de la Policía protestaron desde el parque Luis Muñoz Rivera hasta La Fortaleza.>Eric Rojas / EL VOCERO

J-4

Yennifer Álvarez Jaimes, <u>El gobernador y los policías que participaron de la marcha de Ayer llegan a un acuerdo para iniciar una serie de reuniones</u> (newspaper article In Spanish), El Vocero (San Juan), July 2nd, 2014, at 7.



# El gobernador y los policías que participaron de la marcha de ayer llegan a un acuerdo para iniciar una serie de reuniones

**Yennifer Álvarez Jaimes**
>yalvarez@elvocero.com
@yalvarezjaimes

El liderato de las organizaciones que agrupan a los miembros de la Policía aceptó iniciar un proceso de diálogo con el Gobierno para buscar medidas de ahorro que permitan restablecer los beneficios que han perdido y mejorar su escala salarial.

Así lo informaron ayer los portavoces de Policías en Acción Concertada (PAC), frente que agrupa a las nueve organizaciones que representan a los agentes del orden público.

El acuerdo para iniciar una serie de reuniones surgió luego que cientos de policías marcharon desde el parque Luis Muñoz Rivera hasta el Capitolio y La Fortaleza.

Al llegar a la Mansión Ejecutiva, los portavoces de los policías se reunieron con el gobernador Alejandro García Padilla por al menos dos horas.

La protesta de los policías surge tras la eliminación de la liquidación de la licencia por enfermedad, la deuda pendiente por años relacionada al ajuste salarial, y los cambios al sistema de retiro, entre otros asuntos. La Policía además reclama la derogación de la Ley 66 de Sostenibilidad Fiscal y la Ley 3 que reformó el sistema de retiro. Durante la marcha ayer, miembros de la Uniformada- que pidieron no ser identificados- adelantaron



Los policías se mostraron solidarios con los gremios obreros.>Eric Rojas / EL VOCERO

agotarían sus días por enfermedad. Además, se distribuyeron hojas sueltas con el mismo mensaje. No obstante, los portavoces de PAC aseguraron que no emitieron la hoja suelta y que se trató de expresiones particulares de los agentes de la policía. Al culminar la reunión con el primer ejecutivo, Jaime Morales, presidente de COPS, indicó "que no se ha llegado a ningún acuerdo, ni hubo ninguna negociación". Pero aseguró que "hay disponibilidad al diálogo" sobre "un asunto bien complicado". "Le decimos a los compañeros que están en la calle que sigan haciendo su trabajo como siempre lo han hecho, porque lo han hecho ante la adversidad", sentenció Morales.

Por su parte, García Padilla destacó que "la Policía de Puerto Rico es consciente de la situación difícil que enfrenta la Isla y están dispuestos a sacar la cara para que Puerto Rico eche pa'lante". "Cuando la Policía viene aquí, no viene con un reclamo injusto...esta reunión de hoy no se trataba tanto de dólares y centavos...y eso se merece el respeto de cada puertorriqueño y puertorriqueña", agregó. A preguntas de EL VOCERO, el gobernador dijo que "es prematuro" adelantar de cuánto dinero se está hablando para atender los reclamos de la Uniformada.

 >Accese al elvocero.com y vea nuestra galería de fotos

**J-5**

Maricarmen Rivera Sánchez, Espaldarazo de José Caldero (newspaper article in Spanish), El Vocero (San Juan), July 2nd, 2014, at 7.

# Espaldarazo de José Caldero

**Maricarmen Rivera Sánchez**
>mrivera@elvocero.com

@mriverasanchez

El superintendente de la Policía, José Caldero, calificó de "justos" los reclamos de los policías que se lanzaron ayer a la calle, pero insistió en que los miembros de la Uniformada también tienen que aportar a la crisis fiscal que vive el país. Dijo además que el presupuesto del año fiscal que acaba de comenzar tiene $16 millones para atender promesas de dinero que se han hecho a los policías.

"La Policía tiene una deuda con todos los policías que ya está avalada por los tribunales del país y está en el nuevo presupuesto. Se asignaron $16 millones para empezar a pagar ese dinero", dijo Caldero.

Caldero aseguró que se reunió con los policías el jueves pasado y dijo estar dispuesto a sostener otras reuniones en aras de atender los reclamos de estos policías.

"Tenemos que pensar que han habido recortes por problemas fiscales que ha tenido Puerto Rico en todo el sector público y la Policía no ha sido la excepción. Están reclamando cosas justas, pero tenemos que ser más responsables y pensar en los problemas y recortes", dijo Caldero.

Recordó que el gobernador, Alejandro García Padilla, concedió el año pasado un aumento de $100 y aumentó $25 a la aportación al plan médico. Cientos de policías protestaron ayer porque entienden que se les adeudan horas extra y realizaron un reclamo por mejores condiciones de retiro. Llevaron el reclamo hasta La Fortaleza y también se reunieron con el presidente cameral, Jaime Perelló.

El superintendente agregó que pronto se cumplirá con la promesa de entregarles sellos para que puedan pasar los peajes sin pagar. Dijo que la Policía desembolsó poco más de $1 millón a la Autoridad de Carreteras para cumplir con esta promesa.

Sobre la petición de los policías de que se le paguen los días por enfermedad que acudieron a trabajar, Caldero recordó que la Ley de Sostenibilidad eliminó este beneficio para todos los empleados públicos, incluidos los policías.

"Todos los reclamos que hagan los servidores públicos, en este caso la Policía de Puerto Rico, son justos, pero tenemos que ver la crisis fiscal que está atravesando Puerto Rico", dijo Caldero.


José Caldero superintendente de la Policía
>Eric Rojas / EL VOCERO

**J-6**

Sarah Vázquez, Policías llevan sus reclamos a Fortaleza (newspaper photograph captioned in Spanish),

Metro (San Juan), July 3rd, 2014, at 2.



## Policías llevan sus reclamos a Fortaleza

El frente Policías en Acción Concertada (PAC), que agrupa las asociaciones policíacas, protagonizó una marcha para reclamar al Gobierno los recortes de sus beneficios y los cambios al retiro. La manifestación inició en la zona del Escambrón y culminó en La Fortaleza. Fue entonces que en el Palacio de Santa Catalina los líderes se reunieron con el gobernador Alejandro García, miembros de su gabinete y el presidente de la Cámara de Representes, Jaime Perelló, para llevarles sus peticiones. A su salida, García Padilla decidió que el encuentro abrió los "canales para el diálogo". / SARAH VÁZQUEZ

**J-7**

Sarah del Valle Hernández, <u>Marchan policías --- Reafirman lucha por sus beneficios</u>
(newspaper article in Spanish), Índice (San Juan), July 3rd, 2014, at 5.



Los agentes caminaron desde El Escambrón hasta La Fortaleza.

# Marchan policías

## Reafirman lucha por sus beneficios

**SARA DEL VALLE HERNÁNDEZ**
Para ÍNDICE

EL GOBERNADOR Alejandro García Padilla accedió a reunirse con los líderes de los policías agrupados bajo la organización Policía en Acción Concertada (PAC), que ayer en la mañana comenzaron una marcha del balneario de El Escambrón hasta La Fortaleza en protesta por la reducción del bono de Navidad, la eliminación del exceso de días por enfermedad y por los cambios en su sistema de retiro.

El primer ejecutivo indicó que quería escuchar a los líderes y que desconocía sus reclamos. El presidente de la Cámara de Representantes, Jaime Perelló, estuvo presente en el cónclave.

La marcha, según el presidente del Sindicato de Policías Puertorriqueño, Ismael Rivera, tenía como fin protestar por la aprobación de "la nefasta Ley 3, que obliga al policía, al momento de retirarse, a irse a la indigencia y eso no lo podemos permitir".

**J-8**

Rafael Lenín López, <u>18 meses:  AGP y la prensa</u> (newspaper column in Spanish),

Metro (San Juan), July 3rd, 2014, at 8.



**metro** | www.metro.pr  jueves, 3 de julio de 2014 | VOCES 08

ESTA COLUMNA EXPRESA SOLO EL PUNTO DE VISTA DE SU AUTOR.

**Opinión**

### RAFAEL LENÍN LÓPEZ
PERIODISTA, PRESIDENTE DE LA ASOCIACIÓN DE PERIODISTAS DE PUERTO RICO
TWITTER: @LENINPR

# 18 MESES: AGP Y LA PRENSA

**Así lo dijo**

"Es obvio que esta administración carece de una estrategia de comunicación pública. Aunque no es nuestra función fiscalizar ese problema en particular, no deja de ser uno pertinente para los periodistas".

Hay algunas estrategias oficialistas en contra de la prensa más sigilosas que otras. Aprovechando la coyuntura de los 18 meses de esta administración, y que ayer sirvió de celebración para la alegada creación de 55,305 empleos, repaso algunos asuntos pendientes y reclamos hechos por nuestros periodistas que el gobernador García Padilla ha ignorado.

Es obvio que esta administración carece de una estrategia de comunicación pública. Aunque no es nuestra función fiscalizar ese problema en particular, no deja de ser uno pertinente para los periodistas cuando eso afecta nuestro trabajo, y a fin de cuentas la ciudadanía no recibe toda la información que debería.

Precisamente ayer, después de la conferencia de prensa del gobernador sobre su "promesa cumplida", me acerqué con mi compañero fotoperiodista a la mesa en la que se habían ubicado dos carpetas, con títulos rimbombantes en sus portadas, y que contenían la supuesta evidencia de los empleos creados en estos 18 meses que van de cuatrienio. No bastó mi acercamiento y que yo abriera una de las carpetas, para que los ayudantes de García Padilla —entre estos el hermano de la recién confirmada jueza del Tribunal Supremo Maite Oronoz— me advirtieran que no podría fotografiar los documentos porque contenían información delicada. Es decir, al político de turno hay que creerle por fe, y las carpetas en "cuerpo presente", evidentemente, no eran más que parte del montaje mediático de marras.

La semana ya había comenzado con otra controversia con la prensa. El superintendente José Caldero anunció el cierre de las oficinas que sirven de enlace entre los periodistas y la Policía de Puerto Rico. La medida anunciada tiene un fin muy legítimo: reforzar la presencia de la Policía en nuestras calles ante un problema de seguridad pública. Sin embargo, el análisis hecho demuestra que la medida, al menos la ya tomada en las regiones policiacas de Bayamón y Carolina, redundará en la movilización a la calle de menos de 10 policías y que no se consideraron otras medidas, como sustituir ese personal para no tener que cerrar operaciones en esas oficinas. El precio a pagar, de ningún plan gubernamental, puede ser enajenar a la ciudadanía de información importante, mucho menos de la concerniente a la criminalidad. En el caso de la Policía, una medida como esta despierta además el fantasma de la manipulación de estadísticas.

Recordemos que La Fortaleza nunca atendió adecuadamente las quejas de la prensa sobre la política de mordaza que impuso el exsuperintendente Héctor Pesquera. Esperemos que no prevalezca de nuevo la mirada hacia el otro lado con los aires que soplan con el nuevo jefe policial.

En un tema relacionado también con la seguridad pública, la semana pasada, el Departamento de Justicia se allanó sin problemas a la instrucción del juez federal Gustavo Gelpí que le impuso una mordaza ante la prensa al monitor federal de la Policía, Arnaldo Claudio. Gelpí, en una instrucción inaudita, condicionó cualquier conversación pública que tenga el funcionario que devengará un astronómico salario proveniente de fondos públicos estatales. Desde la Asppro, hicimos un reclamo para que al menos el Gobierno de P. R., como parte en el pleito, reclamara una reconsideración en la instrucción del juez, pero ningún esfuerzo importante en esa dirección se ha observado.

¿Y el informe de Sánchez Betances? ¿Se acuerdan? Tras la salida del exsecretario de Justicia por defender a su "amigo del alma", La Fortaleza impidió a la prensa ver detalles del documento que consideró al momento de evaluar el rol del funcionario en aquel incidente.

La semana pasada, personal de protocolo del presidente de la Cámara, Jaime Perelló, trató de impedir físicamente que periodistas se acercaran y preguntaran al legislador sobre el debate presupuestario de entonces.

Así que, oficiales electos y nombrados de esta administración, la cordialidad no es suficiente. Tienen que ser un gobierno transparente de verdad.

Miguel Rivera Puig, <u>Hieren a un agente municipal</u> (newspaper article in Spanish),

El Vocero (San Juan), 17 de julio de 2014, at 8.

## Hieren a un agente municipal

**Miguel Rivera Puig**
>EL VOCERO

Un agente de la Policía municipal de San Juan que solo trató de intervenir con unos individuos que habían hurtado unos cables y los quemaban para sacar el cobre resultó herido de bala al mediodía del miércoles debajo de uno de los puentes en la barriada Figueroa, en Santurce. El agente fue identificado como José Marrero Cartagena, quien presta servicios en la Unidad Marítima Municipal. El agente alegadamente oyó por la radio de la patrulla que unos individuos esta-

ban quemando los cables en un pastizal. Cuando llegó se percató que los maleantes estaban armados y así lo hizo saber a sus compañeros a través del radio.

Cuando llegaron otros municipales ya Marrero Cartagena yacía herido. Los delincuentes huyeron a pie y dejaron abandonada una guagua tipo 'van' color blanca, la que fue ocupada por agentes del CIC.

Un helicóptero y decenas de agentes fueron movilizados para dar con los autores del hecho mientras el agente fue llevado al Centro Médico de Río Piedras, con una herida en un costado.

# J-10

<u>Atropellan a agente en San Juan mientras atendía una querella</u> (online newspaper article in Spanish), El Nuevo Día (San Juan), 6 de Agosto de 2014, available at <u>http://www.elnuevodia.com/atropellanaagenteensanjuan-1829173.html</u>.

**elnuevodia.com**

Noticias
06 agosto 2014
05:24 a.m.

## Atropellan a agente en San Juan

*Mientras atendía una querella*

Un policía estatal que atendía una querella de hurto de autos en la carretera PR-21, frente a un negocio en San Juan, fue atropellado esta madrugada una mujer.

Según el informe de novedades de la Uniformada, el agente Hernández Reillo quedó pillado bajo la guagua Ford Explorer que conducía Rosa E. Robles Veliga y resultó con fracturas en ambas piernas.

El accidente ocurrió a eso de la 1:26 a.m.

La Policía informó que a la conductora se le realizó la prueba de alcohol a través del aliento, la cual arrojó .137% de alcohol en el organismo. Por ello, el caso será consultado durante el día con el fiscal de turno para la radicación de cargos.

Entretanto, el agente Hernández Reillo fue transportado a la sala de emergencias del Centro Médico en Río Piedras en condición estable. De allí, fue referido al Hospital Industrial de la Corporación para el Fondo del Seguro del Estado.

El sargento Lasalle Colón, adscrito a la División de Tránsito de San Juan, se hizo cargo de la investigación.

## J-11

Francisco Rodríguez-Burns, <u>Solidaridad con su compañero atropellado</u> (newspaper article in Spanish), Primera Hora (San Juan),   7 de Agosto de 2014, at 16.

**16  TUS NOTICIAS**

# Solidaridad con su compañero atropellado

**VISITA** ● Grupo de agentes fue al Centro Médico a procurar sobre la salud del policía Juan Carlos

**Superintendente asociado, Juan A. Rodríguez, encabezó el contingente**

**FRANCISCO RODRÍGUEZ-BURNS**
*francisco.rodriguez@gfrmedia.com*

Varios agentes y oficiales de alto rango de la Policía acudieron ayer al Hospital Industrial del Centro Médico de Río Piedras para mostrar su solidaridad con el agente Juan Carlos Hernández Refllo, quien fuera atropellado mientras atendía una querella en Puerto Nuevo.

Encabezados por el superin- tendente asociado de la Policía, el coronel Juan A. Rodríguez Dávila, el grupo de uniforma- dos se personó en horas de la mañana en la entrada de la ins- talación médica para acompa- ñar a familiares del oficial y co- nocer sobre su condición.

"Nuestra presencia es un vi- vo ejemplo del respaldo que le estamos dando tanto al com- pañero como a su familia. Confiamos en que se le dará un buen servicio médico y la Policía de Puerto Rico estará presente en el hospital mien- tras el agente esté recluido", sostuvo el segundo en mando del cuerpo policial.



"Estoy muy agradecida por el apoyo que nos han dado. Estuve durante la mañana con mi esposo hasta que entró en la sala de operaciones"

**MARIOLA FRANQUI**
Esposa del policía

**J12-1**

jueves, 7 de agosto de 2014   **PRIMERA HORA**

francisco.rodriguez@gfrmedia.com



Según la investigación preliminar del accidente, Hernández Reíllo atendía una querella de apropiación ilegal de unos aros de vehículo en las inmediaciones de un colmado en la carretera #21 del sector Monacillos.

Mientras realizaba unas anotaciones de la investigación fuera de su patrulla, una conductora identificada como Rosa Robles Veliga perdió el control del volante de una Ford Explorer al impactar un árbol.

Acto seguido, atropelló al agente, quien resultó con fracturas en las piernas.

El incidente no guardaba relación alguna con la pesquisa que realizaba el policía.

Según la investigación, la conductora arrojó 0.13% de alcohol. El límite permitido es 0.8 por ciento.

Este caso se consultaba con la fiscalía para la posible presentación de cargos.

La familia de Hernández Reíllo se encuentra consternada por el incidente.

"Esto es muy fuerte", indicó Mariola Franqui, la esposa del policía.

**EL POLICÍA** Juan Carlos Hernández Reíllo (abajo) fue atropellado por una conductora quien, guiando en estado de embriaguez, perdió el control de su guagua al chocar contra un árbol.

# J12-2

32 arrestados tras disturbios por muerte de joven negro en Estados Unidos (captioned newspaper photograph in Spanish), Metro (San Juan), 12 de agosto de 2014, at 6.

J-13



# 32 arrestados tras disturbios por muerte de joven negro en Estados Unidos

La policía del estado de Missouri, en Estados Unidos, arrestó a 32 personas después de una noche de disturbios a causa de la muerte por policías de un adolescente negro que estaba desarmado. La muchedumbre saqueó tiendas, maltrató autos e incendió un edificio, mientras la policía intentaba bloquear el acceso a varias zonas de la ciudad de Ferguson. El adolescente Michael Brown fue muerto a tiros en un suburbio de mayoría negra en St. Louis. Según los uniformados, recibió varios tiros luego de un forcejeo en un auto de patrulla. Las autoridades todavía intentan aclarar qué fue lo que sucedió dentro del vehículo. Con anterioridad decenas de residentes marchaban por las calles exigiendo justicia. / AP

Brenda I. Peña López y Maribel Hernández Pérez, <u>Pronóstico "muy reservado"</u>
(newspaper article in Spanish), Primera Hora (San Juan), 20 de agosto de 2014,
At cover, 10.



**10** TUS NOTICIAS

# PRONÓSTICO

miércoles, 20 de agosto de 2014   **PRIMERA HORA**

# "MUY RESERVADO"

# J-14



**ATAQUE • Los agentes del orden público hacían un trabajo como encubiertos en el caserío April Gardens I en Las Piedras, donde ayer en la tarde fueron recibidos a tiro limpio**

Suministrada

juanalicea@gfrmedia.com

**GENIEL AMARO FANTAUZZI Y JULIO C. MUNDO FELICIANO,** quienes están recluidos en el Centro Médico en Río Piedras, se encuentran en estado crítico.

J-15

**Hay una persona detenida y se busca a otra por el ataque a ambos**

BRENDA I. PEÑA LÓPEZ Y
MARIBEL HERNÁNDEZ PÉREZ



Los dos agentes adscritos a la División de Drogas de Humacao que resultaron heridos de bala ayer en Las Piedras se encuentran en condición de cuidado y su pronóstico es reservado, informó el doctor Israel Ayala Oliveras, director de servicios médicos de la Administración de Servicios Médicos (ASEM) en el Centro Médico en Río Piedras.

Ayala Oliveras explicó que los oficiales, identificados como Geniel Amaro Fantauzzi, de 35 años; y Julio C. Mundo Feliciano, de 34 fueron alcanzados por proyectiles en zonas delicadas, como lo son el cuello y tórax, respectivamente.

"Los pacientes están de cuidado, tienen múltiples heridas de bala en áreas muy importantes como lo son tórax y cuello. El pronóstico es muy reservado y tendremos que esperar algún tiempo para ver cómo responden al tratamiento", detalló el facultativo.

Los oficiales fueron baleados mientras realizaban un trabajo como encubiertos en el caserío April Gardens I en Las Piedras, confirmó el superintendente de la Policía, José Luis Caldero López, quien llegó al Centro Médico para conocer personalmente detalles de la condición médica de ambos.

Al menos una persona fue arrestada por estos hechos poco antes de las 5:00 p.m.

Según un vocero del *Task Force* de Ofensores Violentos del Servicio de Alguaciles del gobierno federal en la Isla, que participaron del arresto junto a autoridades estatales, el sospechoso se llama William Vázquez Tirado, de 27 años.

El varón fue llevado a la comandancia en Humacao, don-



**JUAN** Mundo Feliciano -arriba- y Juan Mundo Martínez -abajo-, hermano y padre del agente Julio Mundo Feliciano confían en que él saldrá airoso.





**ALEJANDRO GARCÍA PADILLA** / *Gobernador*

"...he ordenado la movilización inmediata e indefinida de la Policía en la comunidad donde hoy se atentó contra la vida de dos policías que se encontraban en el cumplimiento de su deber"

# J-16





**EL ROSTRO** del superintendente José Caldero denotaba cuánto le afectó el ataque de los dos uniformados.

"Tan pronto llegaron, había unos individuos y cuando se van a bajar del carro, ahí fueron recibidos a tiros", abundó.

Caldero López mencionó que pudo hablar con Mundo Feliciano, a quien dijo conocer; Feliciano, quien lleva 11 años en la Policía, fue herido en el tórax.

"Una de las cosas que sorprende a uno es que este compañero, en vez de quejarse de las heridas, yo le cojo la mano y le digo que estamos orando por él, y me responde: 'Olvídese jefe, vamos pa' alante, vamos a seguir con esto'. Bien positivo...", relató.

"Eso le demuestra a uno el compromiso que tiene la Policía con su trabajo. Es la segunda ocasión que pasamos por esto", manifestó en referencia al suceso en que otros dos agentes resultaron gravemente heridos en Dorado.

Amaro Fantauzzi, entretanto, está en condición más delicada, dijo Caldero López.

"Este es el más malito que está. Tiene una herida de bala en el cuello. Fue traído (al Centro Médico) mediante Aeromed (ambulancia aérea). Obviamente, está en la sala de traumas. Está inconsciente", abundó.

Entretanto, familiares de ambos agentes se personaron al Centro Médico.

"Me dicen que está estable y que hay que esperar", expresó Juan Mundo Martínez, papá de Mundo Feliciano y quien es un policía retirado.

"Yo lo vi en Las Piedras, antes de que lo trasladaran para acá, y lo que observé era que tenía una manga (estaba entubado). Él estaba desesperado por el dolor, porque recibió un disparo en el pecho con salida por la espalda".

Entretanto su hermano, Juan Mundo Feliciano, indicó que "estamos positivos en que se recuperarán", expresó.

*La reportera Mariana Cobián colaboró con esta historia*

de habría admitido los hechos, sostuvo Caldero López.

"Supuestamente, ya hizo una alegación de que fue él quien disparó", dijo el Súper.

El jefe policial explicó que los agentes acudieron a eso de las 2:50 p.m. al complejo de vivienda para darle seguimiento a una investigación que realizaban sobre el punto de drogas y armas ilegales en el lugar.

Según la información preliminar, cuando los encubiertos se bajaron de un vehículo, dos individuos abrieron fuego contra ellos, y los agentes repelieron el ataque.

J-17

Frances Rosario, <u>Continúan en condicion delicada policías baleados en Las Piedras</u> (online article in Spanish), Primera Hora (San Juan), 20 de agosto de 2014, available at http:// <u>http://www.primerahora.com/noticias/policia-tribunales/nota/continuanencondiciondelicadapoliciasbaleadosenlas piedras-1029992/</u>



El agente Julio Mundo Feliciano, de 34 años, quien también fue atacado a tiros a su llegada al residencial público, se encuentra bajo "observación" y "estable" en el Hospital de Trauma del Centro Médico, añadió el galeno. (Suministrada)

# Continúan en condición delicada policías baleados en Las Piedras

**Por Frances Rosario / <u>frances.rosario@gfrmedia.com</u> 08/20/2014 | 08:08 a.m.**

El agente Geniel Amaro Fantauzzi, quien fue herido de bala en la tarde del martes mientras realizaba una investigación en el residencial April Gardens 1, en Las Piedras, permanece en condición delicada y con pronóstico reservado en el Hospital de Trauma del Centro Médico de Río Piedras, confirmó esta mañana el director médico de la sala de emergencias, el doctor Israel Ayala.

J-18

"Tiene lesiones graves en el cuello y pecho. El pronóstico es reservado", indicó a este diario.  Mientras, el agente Julio Mundo Feliciano, de 34 años, quien también fue atacado a tiros a su llegada al residencial público, se encuentra bajo "observación" y "estable" en el Hospital de Trauma del Centro Médico, añadió el galeno.  Según Ayala, los agentes no han sido intervenidos quirúrgicamente hasta el momento.

Amaro Fantauzzi, de 35 años, llegó en la tarde del martes hasta el Centro Médico en ambulancia aérea de la compañía Aeromed. Al momento de su traslado, se encontraba entubado, según se apreció por vídeos suministrados por la Policía.

Mundo Feliciano, sin embargo, se encontraba atento y pudo conversar un poco con el superintendente de la Policía, José Luis Caldero, sobre su condición de salud. El oficial, quien lleva 11 años en la Policía, fue herido en el tórax.

Ambos agentes, adscritos a la División de Drogas de Humacao, fueron baleados a eso de las 2:50 p.m. del martes, en el mencionado complejo de vivienda, cuando llegaron a darle seguimiento a una investigación que realizaban sobre el punto de drogas y armas ilegales en el lugar.

Según la información preliminar de la Policía, cuando los encubiertos se bajaron de un vehículo, dos individuos abrieron fuego contra ellos. Los agentes repelieron el ataque. Al menos una persona fue arrestada por estos hechos poco antes de las 5:00 p.m. del martes. De acuerdo a un vocero de el Task Force de Ofensores Violentos de los U.S. Marshals, que participaron del arresto junto a autoridades estatales, el sospechoso se llama William Vazquez Tirado y tiene 27 años.

La Policía solicitó anoche donaciones de sangre de cualquier tipo para el agente Amaro Fantauzzi y en a la mañana de hoy, miércoles, el gobernador Alejandro García Padilla así como el superintendente de la policía, José Caldero, donaron sangre en el banco de Sangre del Centro Médico de Puerto Rico.



# J-19



Table 1: Starting Salaries (in dollars) for 265 Police Departments in Florida (2013)[1]

1.   Source:  Florida Department of Law Enforcement's Criminal Justice Agency Profile Report for 2013,  available at:
http://www.fdle.state.fl.us/content/getdoc/2zd2a71a-a619-489d-bc14-d015702199ed/test.aspx

J-20