IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs<br><br>        v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Defendants | CIVIL NO.: 12-2039 (GAG) |

**MOTION IN COMPLIANCE WITH COURT ORDER TO INFORM APPOINTMENT OF GOVERNOR'S PERSONAL REPRESENTATIVE**

**TO THE HONORABLE COURT:**

COMES NOW, the **Department of Justice of the Commonwealth of Puerto Rico,** through the undersigned counsel and respectfully states as follows:

In compliance with Docket 208, the Department of Justice hereby notifies that Governor Alejandro García-Padilla has appointed Maria Teresa Rivera-Corujo, Esq., as his personal representative in this case. Ms. Rivera-Corujo currently serves as the Governor's Public Security Advisor.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforementioned.

WE HEREBY CERTIFY that on today's date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsel of record.

In San Juan, Puerto Rico, this 14th day of April, 2015.

**RESPECTFULLY SUBMITTED.**

        **CESAR MIRANDA RODRÍGUEZ**
        Secretary of Justice

        *S/ BEATRIZ ANNEXY GUEVARA*
        BEATRIZ ANNEXY GUEVARA
        Puerto Rico Department of Justice
        P.O. Box 9020192
        San Juan, P.R. 00902-0192
        Tel. (787) 721-7700
        Fax. (787) 722-4440
        USDC-PR # 217505
        bannexy@justicia.pr.gov