UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for April 2015.



| Core Team Expenses | | | |
|---|---|---|---|
| **Visit** | | | |
| | Gerard LaSalle | $6,500.00 | April 13, 2015 to April 17, 2015 |
| | Linda V. Navedo | $6,500.00 | April 13, 2015 to April 17, 2015 |
| | Rafael E. Ruíz | $6,500.00 | April 13, 2015 to April 17, 2015 |
| | Marcos Soler | $5,200.00 | April 16, 2015 to April 26, 2015 |
| | John J. Romero | $6,500.00 | April 13, 2015 to April 17, 2015 |
| | Alan Youngs | $5,200.00 | April 13, 2015 to April 16, 2015 |
| | Subtotal | $36,400.00 | |
| **Telework[1]** | | | |
| | Gerard LaSalle | $2,600.00 | April 2015 |
| | Linda V. Navedo | $2,600.00 | April 2015 |
| | Rafael E. Ruíz | $2,600.00 | April 2015 |
| | Marcos Soler | $3,900.00 | April 2015 |
| | John J. Romero | $2,600.00 | April 2015 |
| | Alan Youngs | $3,900.00 | April 2015 |
| | Subtotal | $18,200.00 | |
| | | | |
| **Constitutional Lawyer** | | | |
| | Alfredo Castellanos | $3,525.00 | |
| | Federico Hernandez Denton | $4,125.00 | |
| | Antonio Bazán | $1,645.00 | |
| | Subtotal | $9,295.00 | |

---



[1] Please see Core Team invoices attached.

| | | | |
|---|---|---|---|
| | **Other TCA Office Expenses** | | |
| | Chauffer | $900.00 | |
| | Office Supply | $303.63 | |
| | | Subtotal | $1,203.63 |
| | | | |
| | **Car Expenses** | | |
| | Gasoline | $365.64 | |
| | Tolls | $90.00 | |
| | Car Wash | $36.64 | |
| | | Subtotal | $492.28 |
| | | | |
| | **Grand total** | | $65,590.91 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $65,590.91, the total amount of the monthly expenses, for the month of April 2015.

5. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

6. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

7. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH,** the TCA Office respectfully requests this Honorable Court that the December expenses be approved and a check be issued in the amount of $65,590.91, the total amount of the expenses for the month of April 2015.

In San Juan, Puerto Rico, this day May 6, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.