12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of April.

During the month of April the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement.

The TCA sustained several meetings relating to complaints. Also, met with Jorge Benítez and Miguel Méndez from Mi Opinión Cuenta; met with Tnte. Cor. Vega and Xiomara Colón in order to review and prepare Core Team Agenda for April, and with Judge Gelpí regarding First Quarterly Public Hearing. Met with Puerto Rico Civil Rights Commission's President, Georgina Candal and Commissioner, Carlos Del Valle. Met with Gurabo Mayor and with the Legal Advisors for the President of the Senate, Hon. Eduardo Bathia. Visited Bayamón Municipal Police Headquarters regarding virtual training and/or simulator; and the Gurabo Shooting Range. Attended the meeting between ACLU and PRPD Reform Unit.

The Core Team visited the K-9 Unit for an operational observations; Las Piedras Zone of Excellence to address Use of Force Policy and for general observations; the Police Academy to review The Curriculum; and the Police Department Reform Office to discuss and review the Code of Ethics and Conduct, Use and Management of Weapons and Use of Force Policies. Met with Dr. Ricardo Blanco from the University of Puerto Rico, to review final proposal draft for Comprehensive Surveys and Compliance Review according to para. 241.;

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under stipulation 253 of the Agreement and the monthly meeting with TCA's CPA for updating employee records, payroll and income tax filing. Core Team's May and June agenda and the Core Team work plan was scheduled and reviewed; coordination and preparation of the TCA's agenda and meetings for the month May, and preparing respective court documents for the parties' review and input.