# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:   TCAPR, LLC
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of April 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of Regulation to prevent discrimination, analysis of policy regarding use of force review boards, review of emails from TCA and Core Team (8.0 hours) | X | N/A | Saturday, April 4, 2015 | (8 @ $150 = $1,200) |
| Work from New York City: Complete review of regulation to prevent discrimination, review of emails from TCA and Core Team (4.0 hours) | X | N/A | Saturday, April 4, 2015 | (4 @ $150 = $600) |
| Work in New York City in Preparation for TCA Core Agenda Items: Policy on discrimination, force, community surveys, officer surveys, public hearing questions, action plans and addenda (10.0 hours) | X | N/A | Sunday, March 12 2015 | (10 @ $150 = $1,500) |
| Work in Puerto Rico, TCA Agenda: Court hearing, Meeting with PRPD and USDOJ on action plans, review after meeting (11.0 hours) | N/A | X | Thursday, April 16, 2015 | $1,300 |
| Work in Puerto Rico, TCA Agenda: PRPD and USDOJ meeting on action plans and non- | N/A | X | Friday, April 17, 2015 | $1,300 |



| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| discrimination policy (9.0 hours) | | | | |
| Work in Puerto Rico: Various calls with TCA and community stakeholders, review of action plans, documents in preparation for annual report (8.0 hours) | N/A | X | Saturday, April 18, 2015 | $1,300 |
| Work in Puerto Rico: Preparation for follow-up meeting on non-discrimination policy, calls with TCA, documents for annual report (8.0 hours) | N/A | X | Sunday, April 19, 2015 | $1,300 |
| Work from NYC: Calls to TCA, review of documents, emails (8.0 hours) | N/A | X | Sunday, April 26, 2015 | $1,200 |
| Work from NYC: Calls to TCA, review for call with DOJ (2.0 hours) | N/A | X | Monday, April 27, 2015 | $300 |
| Work from NYC: Action Plans Call, TCA Call and Preparation for Meeting (4.0 hours) | X | N/A | Tuesday, April 28, 2015 | Non-billable hours |
| Work from NYC: Preparation for Meeting Action Plans Meeting, Review of DOJ documents (3.0 hours) | X | N/A | Wednesday, April 29, 2015 | Non-billable hours |



| | | |
|---|---|---|
| | TOTAL HOURS WORKED: 67.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (4 days, 35 HOURS) | | $5,200 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (26 HOURS @ $150): | | $3,900 |
| TOTAL TO BE BILLED: | | $9,100.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |

INVOICE PRESENTED BY:

_____

MARCOS F. SOLER
TCA Core Team
April 28, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _6  May_, 2015.

# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE 1, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

> A:    TCAPR Corp.
> #268 Muñoz Rivera
> Suite 1001, World Plaza
> San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of April/2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Meeting with Eric Guzmán and representatives of "Mi Opinión PR.Com" Corp., regarding Paragraph 241: Surveys; and working session for the follow-up of the outstanding issues and pending matters and April/2015 work agenda. (4.0) | N/A | X | 1/April | |
| Assistance and participation in training for the members of the "*Junta de Examenes*", offered by Dra. Migdalia Ortiz on the preparation of written examination for promotion, according to the requirements of the Reform Agreement, at the Police Academy in Gurabo. (8.0) | N/A | X | 7/April | |
| Working session at the TCA Office for the follow up of relevant pending matters; meeting with Lt Col Clementina Vega and Xiomara Colón, Esq.; meeting with Judge Gustavo Gelpí. (8.0) | N/A | X | 9/April | |
| Meeting at ACLU with the participation of William Ramírez, Josue González, TCA Arnaldo Claudio, Lt Col Clementina Vega, Cmdr. Alba Díaz and Eric Guzmán; working session with TCA Arnaldo Claudio, Eric Guzmán and Lara Morel, Esq., for the discussion of new and pending matters. (6.0) | N/A | X | 10/April | |
| TCA Core Team Week | N/A | X | 13/April | $1,300.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week | N/A | X | 14/April | $1,300.00 |
| TCA Core Team Week | N/A | X | 15/April | $1,300.00 |
| TCA Core Team Week | N/A | X | 16/April | $1,300.00 |
| TCA Core Team Week | N/A | X | 17/April | $1,300.00 |
| Working Session for the draft of document; conference call Paragraph 253; conference call with TCA Arnaldo Claudio; reading, review and analysis of documents. (6.0) | N/A | X | 23/April | |
| Working session for the final review of the CIC Policy; update policies' matrix; meeting with Eric Guzmán regarding TCA Core Team May/2015 week agenda; meeting with TCA Arnaldo Claudio and UPR students. (8.0) | | | 28/April | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 22.67 HOURS | | | | |

INVOICE PRESENTED BY:

*Linda V. Navedo Cortés*

LINDA V. NAVEDO CORTÉS
TCA Core Team
April 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

*Arnaldo Claudio*

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 6 May , 2015

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

April 30, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 009

FOR PROFESSIONAL SERVICES RENDERED April 2015

| | |
|---|---|
| Monday, April 13, 2015 | TCA Core Team meeting, TCA Office<br>Site visit K-9 Unit (Bayamon)<br>Site Visit Zone of Excellence, Las Piedras |
| Tuesday, April 14, 2015 | TCA Core Team meeting, TCA Office<br>PRPD Headquarters re: meetings on policies |
| Wednesday, April 15, 2015 | TCA Core Team meeting, TCA Office<br>PRPD Headquarters re: meetings on policies |
| Thursday, April 16, 2015 | US Federal Court re: meeting with Honorable<br>Judge Gelpi.<br>US Federal Court re: Public Meeting.<br>TCA Office re: meetings. |
| Friday, April 17, 2015 | TCA Office re : meetings. |

**5 DAYS (DAY RATE $1,300) = $6500**

April 1-30        Reviewed the following PRPD Policies:
- Use and Management of Regulation Weapon
-Creation of the Review Boards to Evaluate Incidents of Use of Force
 by PRPD personnel
-PRPD forms relating to Regulation Firearms.
Prepared reports on the above mentioned policies

TOTAL HOURS 30
BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF
$150 PER HOUR.  $2,600

TOTAL  $9,100

6 MAY 2015

# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2015

## ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:  **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of April 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Research & reviewed best police practices and legal benchmarks concerning domestic violence (8 hours) | x | N/A | 6/April | $1200.00 |
| IACP & PERF Anti-Biased policing information & best practices dealing with the LGBT community (8 hours) | x | N/A | 7/April | 1200.00 |
| Review & research best practices & benchmarks for police dealing with Academy curriculum (8 hours) | x | N/A | 9/April | 1200.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 13/April | $1,300.00 |
| TCA Core Team Week (10 hours–see agenda + work after hours) | N/A | X | 14/April | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 15/April | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 16/April | $1,300.00 |
| Represent TCA CORE Team at IACP Professionalism, Image and Ethics Committee meeting in Plano Texas (4 hours) | N/A | X | 17/April | $600.00 |
| Facilitate Discussion with Chiefs of Police at Institute for Police Administration concerning Anti-Bias policing (8 hours) | X | N/A | 18/April | 1200.00 |
| Survey other IACP Chiefs of Police concerning community and internal attitude studies (4 hours) | X | N/A | 20/April | $600.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Review best practiced references domestic violence responders and advocates in Spanish (4 hours) | X | N/A | 21/April | $600.00 |
| Research ethical climate attitude surveys for police organiztions & material for ethics class (4 hours) | X | N/A | 22/April | $600.00 |
| Review & research best practices & benchmarks concerning sexual harasment & discrimination in police organizations (4 hours) | X | N/A | 23/April | $600.00 |
| TOTAL HOURS WORKED: 90.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $5,200.00 |
| TOTAL OF BILLABLE HOURS (26.00 HOURS @ $150): | | | | $3,900 |
| TOTAL 26 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs

TCA Core Team
April 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 6   MAy, 2014.

2

**VOUCHER**

**Invoice for Date of Service:    April 2015**

**TO:  TCA Corporation**

**FROM: Gerard LaSalle, Ph.D. LLC   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**

**PHONE: 973-943-3167    jlasalle24@comcast.net**

**TAX ID: 20-5830242**

**CASE: Reform Agreement Police of Puerto Rico**

**Professional Fee**

**TCA Core Team on-site visit:  April 12-18**

**(fixed rate)**                                                                      **$6500.**


**Month of April:**

**Review and modify policy relating to Code of Conduct**

**Review and comment on policy on Ethics**

**Review use of force policy revisions**

**Total payable hours: 17.33 x $150. per hour**            **$2600.**


**TOTAL AMOUT DUE**                                                **$9100.**

_(signature)_

**Gerard LaSalle**

_(signature)_

**Arnaldo Claudio, TCA**

4-27-2015

6 May 2015

Company Name: **Rafael E. Ruiz**
Address: 610 Pleasant St
Canton MA
Phone: 617-759-9156

TCAPR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

2015-05

4/30/15

PERIOD ENDING: 4/30/15

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| | | | 0 | $ |
| 04/13/15 | | Core Team Site Visit | 1 | $ 1,300.00 |
| 04/14/15 | | Core Team Site Visit | 1 | $ 1,300.00 |
| 04-15-15 | | Core Team Site Visit | 1 | $ 1,300.00 |
| 04-16-15 | | Core Team Site Visit | 1 | $ 1,300.00 |
| 04-17-15 | | Core Team Site Visit | 1 | $ 1,300.00 |
| | Prep.report w/DR Vice | | 0 | $ |
| | Cosul | | 0 | $ |
| | Work on policy 617 | | 0 | $ |
| | Uso y Manejo de Armas | | 0 | $ |
| | de Fuego | | 0 | $ |
| | Prep. reports for policy | | 0 | $ |
| | for Fire Arm review Board | | 0 | $ |
| | Prep. reports on forms | | 0 | $ |
| | for above | | 0 | $ |
| | Prep. reports on visits | | 0 | $ |
| | to zones of excellence | | 0 | $ |
| | Las Piedras, Bayamon. | | 0 | $ |
| | K-9 Unit | | 0 | $ |
| | Phone calls, emails, | | 0 | $ |
| | setting up community | | 0 | $ |
| | meetings | | 0 | $ |
| | | | 0 | $ |
| | Total of 19 3/4 Hours worked | | 0 | $ |
| | Total Billable Hours 17.33 hrs at $150/hr | | 0 | $ 2,600.00 |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | | 0 | $ |
| | | TOTAL INVOICE | 0.00 | $ 9,100.00 |

I do declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: _Rafael E Ruiz_                   Title: **Core Team member**

Print Name: **Rafael E. Ruiz**               Date: **4-23-15**

Make all checks payable to **Rafael E. Ruiz**
THANK YOU FOR YOUR BUSINESS!

*Federico Hernández Dentón*
Retired Chief of Justice
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

April 29, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for April 2015



| Date | Description | Hours |
|------|-------------|-------|
| 4/4/15 | Reading and Analysis of Draft of Policy on the Use of Firearms and comments by the TCA Core Team and preparation of recommendations to TCA | 3 |
| 4/5/15 | Reading of emails and comments sent to PRPD on draft policies. Reading and analysis of the Policy Creating Review Boards on the Use of Force and the Comments of John Romero and preparation of recommendation to TCA | 3 |
| 4/6/15 | Telephone call with TCA and General counsel | 1 |
| 4/8/2015 | Telephone call with the Secretary of Justice (TCA). | 1 |
| 4/9/15 | Meeting with Judge Gelpi. | 2 |
| 4/16/15 | Status conference police case. Order April 16 Hearing PRPD Case. | 5 |
| 4/21/15 | Meeting with Board of Ascends of the Police. | 3 |

| 4/22/15 | Preparation of Memorandum to the TCA regarding the meeting held yesterday by the Board of Ascends of the Police. | 1 |
|---|---|---|
| 4/23/15 | Meeting with the TCA. | 2 |
| 4/27/15 | Preparation for meeting with the Board of Ascends of the Police. | 2 |
| 4/28/15 | Meeting with the Board of Ascends of the Police. | 4 |
| April 1 to 30 | Reading and answering emails to and from TCA, Core Team and Constitutional Lawyers. | 6 |

**HOURS TOTAL: 33**
**Rate $ 125.00/hr.**

**TOTAL  $ 4,125.00**

CASTELLANOS GROUP, P.S.C.

April 27, 2015

**MR. ERIC GUZMÁN**
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Ave.
World Plaza Bldg., Suite 1001
San Juan, P.R. 00918

INVOICE FOR SERVICES RENDERED TO THE TCA DURING APRIL

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of April 2015, ending on the 27th. No billable expenses have been incurred during the Month of April. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|---|---|---|
| 1-Apr-15 | Meeting 3/16/15 with TCA Legal Advisors F. Hernandez Denton and A. Bazán RE: Review of updated version of Memorandum for TCA. | 3.3 |
| 1-Apr-15 | Revise and Edit latest version of the Memorandum for TCA RE: First Quarterly Public Court Hearing on the Puerto Rico Police Reform. (Incorporated changes discussed with TCA Legal Advisors) | 4.45 |
| 8-Apr-15 | Review First Quarterly Public Court Hearing Agenda | 0.45 |
| 15-Apr-15 | Reading and analysis of Memo for April 16 hearing | 1.30 |
| 16-Apr-15 | First Quarterly Public Hearing | 4.15 |
| 16-Apr-15 | Meeting at Federal Court-House San Juan | 1.15 |
| 17-Apr-15 | Review Reform Agreement and latest PRPD General Orders in preparation to draft outline for Memo to TCA re: August Hearing | 2.30 |
| 20-Apr-15 | Telephone Call with TCA and reading and analysis of emails Re: Second Public Court Hearing on the PRPD Reform | 2.45 |
| 20-Apr-15 | Telephone Call with F. Hernández & A. Bazán re: Second Public Court Hearing on the PRPD Reform | 0.45 |
| 21-Apr-15 | Office Work on Memorandum for TCA on Second Court Hearing | 2.45 |
| 22-Apr-15 | Office Work on Memorandum for TCA on Second Court Hearing | 2.30 |
| 27-Apr-15 | Office Work on Memorandum Re: Second Court Hearing | 3.45 |
| | **Hours Billed** | **28.20** |
| | **Total** | **$3,525.00** |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.*

ALFREDO CASTELLANOS BAYOUTH

6 May 2015

METRO OFFICE PARK, METRO PARQUE 7 SUITE 204, GUAYNABO, P.R. 00968
Tel. 787.727.8443 | Fax: 787.793.4495

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg.,  Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

April 24, 2015

Mr. Eric Guzmán
TCAPR Corp.
Executive Office Manager
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re:  Invoice 2015-4

Sir:

The  following  is  a  detailed  statement  of  the  hours  worked  on  legal
advice/consultations/meetings of  TCAPR Corp. during the month of  April, 2015.

| Date(s) | Hour(s) | Matter/Research |
|---------|---------|-----------------|
| 4/01/2015 | 1 hr. | Discrimination & Sexual Harassment Policy PRPD |
| 4/08/2015 | 2 hrs. | Discrimination & Sexual Harassment Policy PRPD |
| 4/09/2015 | 1.5 hrs. | Meeting with Judge Gelpi & TCA 1:30 - 3:00 p.m. |
| 4/16/2015 | 4 hrs. | Status Conf. & 1st. Quarterly Public Court Hrg. |
| 4/17/2015 | 1.5 hrs. | Meeting at PRPRD with Reform Unit and USDOJ |
| 4/20/2015 | 1.5 hrs | Meeting with Xiomara Colon and teleconference with USDOJ Zazy Lopez |
| 4/23/2015 | 1.5hrs. | Meeting for teleconference at TCA. In line with USDOJ & DOJPR |
| 4/24/2015 | 13 hrs. billed | 13.0 x $125.00 per hr. Total $1,625.00 |

I  hereby  certify  that  the  amount  billed  in  this  Invoice  is  true  and  correct  and
corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR
Corp.  Signed copy will be served by regular mail.

Antonio R. Bazán González

# INVOICE 0102

4/17/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of | 900.00 |
| April 12-19, 2015 to TCAPR CORP | |



| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

6 a my 2015

PEDRO C. RIVERA / RECYCLING SOLUTIONS
554 AVE. DE DIEGO 00920
793-0680 CEL 403-1657

**INVOICE**

| Customer | |
|---|---|
| NOMBRE | *T C A PR Corp.* |
| TELEFONO | |

RECIBIDO 4/17/15
REPARADO
LLAMADA
ENTREGA

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | TONER Lexmaric 604 H MX 511DE | | 165ºº |

SubTotal

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 15 DIAS
DE NOTIFICAR AL CLIENTE.

TOTAL   165.00



AHORRAR ES FACIL
CON TU MEMBRESIA
GERENTE del CLUB CARLOS RODRIGUEZ
Club 6543 CAROLINA
TEL. 787-257-1500
04/07/15 11:38 5623 6543 019          38

W MEMBER  101-xxxxxx7324

# THANK YOU,
IGLESIA DE DIOS PENTECOSTAL

```
216971 COPY PAPER               27.9
387609 POST IT                   8.8
248746 SHREDDER                 54.4
901587 2YR SER PLA               9.8
            SUBTOTAL            101.2
     TAX 1   6.000 %              5.4
     TAX 2   1.000 %              0.9
               TOTAL            107.6
          CASH TEND             110.0
          CHANGE DUE              2.3
```

IVULOTO: 3N4V3-2F7HH
WM DRAW030 APR/14/15

# # ITEMS SOLD 4

TC# 7618 9785 0927 6274 0501 2



Por favor hablenos acerca de su experiencia de
      http://www.survey.samsclub.com
EN AGRADECIMIENTO POR SU TIEMPO PODRÁ
UNA DE CINCO TARJETAS DE REGALO DE SAM'
VALORADAS EN $1,000 CADA UNA. Para particip
ser mayor de 18 años y ser residente legal de EU
que comprar para participar. Para participar sin
comprar y ver las reglas oficiales visite:
      www.entry.survey.samsclub.com
Los periodos de cada sorteo terminan en la fech
muestren las reglas oficiales.
Tiene DOS semanas a partir de la fecha de hoy p
contestar la encuesta.

Escoge Mastercard para
todas tus compras en Sam's Club
      04/07/15     11:39:40



# OfficeMax®

OfficeMax #1146
525 JUAN CALAF STREET
HATO REY, PR  918
(787) 294-0300

1146 01 9203 04/14/15 03:48:21 PM

## SALE

| | |
|---|---|
| 842048022206 | $28.99 |
| PaperPro 3-Hole Punch 20 S | |
| SubTotal | $28.99 |
| STATE | $1.74 |
| CITY | $0.29 |
| TOTAL | $31.02 |
| Cash | $40.02 |
| Change | $9.00 |

IVULOTO: 4PQ02-3N094
OM DRAW032 Apr/21/15

20214-07161-00250-31030-40120-00913





Now one company.  Now great savings.
Office Depot, Inc., including its
subsidiary OfficeMax Incorporated

Tell us about your shopping experience
and get $10 off your next $50 purchase.
Visit officemaxfeedback.com and enter
the following Survey Code:
1146-01-9203-8

OfficeMax doesn't just provide great
values, we also live them.  OfficeMax has
been named one of 2013s World's Most
Ethical Companies.  For more information
visit OfficeMax.com/ethics.

ORDER BY PHONE 1-877-OFFICEMAX
ORDER BY WEB www.officedepot.com

H

```
PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH          REC# 70154      04/17/15


     ****  RECIBO  ****

1  GASOLINA(08) 27.55Lt        18.65
   (REGULAR) 67.7/Lt
                            ---------
                              18.65
        TAX MUN . . . . .       .00
        TAX EST . . . . .       .00
                            ---------
   TOTAL DE LA VENTA . . . . .  18.65

   CAMBIO DE   20.00  -  1.35



  * GRACIAS POR SU COMPRA, VUELVA PRONTO *

           1-Adm  08:06c
```

*Raúl (compass)*

```
   MANOLIN S S
 TEL 787 733 1775

Descr.       qty       amount
-------      ---       ------
REG CA #01  30.038L     19.73
           @ 0.657/ L
                       ---------
       Sub Total        19.73
           MUN           0.00
           EST           0.00
    TOTAL               19.73
         CASH $         19.73
THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01  TRAN# 11194
04/13/15  15:21:43         ST# AB123
```



```
CONTINENTAL GASOLINE
    RETAILORS

Descr.        qty       amount
-------       ---       ------
REG  CR #04  27.895L     20.00
            @ 0.717/ l
                       -----------
        Sub Total        20.00
        STnit 6%          0.00
        CITY 1%           0.00
     TOTAL              20.00
          CASH $         20.00
THANKS, COME AGAIN
REG# 0001 CSH# 002 DR# 01  TRAN# 17697
04/18/15  10:50:02         ST# AB123
```

```
   MIRAMAR TOTAL
   SERVICE CENTER
      787 725-0032

Descr.        qty       amount
-------       ---       ------
REG  CA #05  23.929L     17.40
            @ 0.727/ L
                       -----------
        Sub Total        17.40
        ESTATAL           0.00
        MUNICIPAL         0.00
     TOTAL              17.40
          CASH $         17.40
      GRACIAS
   VUELVA PRONTO
REG# 0001 CSH# 006 DR# 01  TRAN# 11384
04/12/15  18:59:42         ST# AB123
```

Paul

```
       TO  GO  STORE  GURABO
        CARR  189  KM  O.4
       BO.  NAVARRO  GURABO
           PR,  00778
```

```
Descr.          qty        amount
-------         ---        ------
REG  CA #04   30.912L       20.00
             @ 0.647/ L
     Prepay Fuel           -20.00
                         ----------
              Sub Total      0.00
                  STATE      0.00
             SPECIAL 2%      0.00
          TOTAL          0.00
                 CASH  $     0.00
    THANKS,  COME  AGAIN
REG# 0003 CSH# 014 DR# 01  TRAN# 31491
04/12/15  10:07:33           ST# 00012
```

```
       FABR  PETROLEUM
          767-1010
```

```
Descr.          qty        amount

REG    CA #06  32.760L       22.51
              @ 0.687/ L

              Sub Total      22.51
                ESTATAL       0.00
                    MUN       0.00
            TOTAL        22.51
                CASH  $      22.51
THANKS,COME  AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 16102
04/15/15  09:25:28           S1# TX224
```





PRINT NO.          509

RECEIPT NO. :010855
STORE ID :0245

APR 16 15 06:15PM

PUMP  GRADE     VOLUME     PPU     AMOUNT
2     REGULAR   20.970G   0.667    14.00
PREPAY COMPLETE
CASH      TOTAL          14.00
                                  0.00

FABR PETROLEUM
767-1010

| Descr. | qty | amount |
| --- | --- | --- |
| REG   CA #08 | 44.545L | 30.60 |
|  | @ 0.687/ L |  |
|  | Sub Total | 30.60 |
|  | ESTATAL | 0.00 |
|  | MUN | 0.00 |
|  | TOTAL | 30.60 |
|  | CASH $ | 30.60 |

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 16105
04/15/15  09:29:48            ST# TX224

PUMA ANYTIME
CAMPO RICO

| Descr. | qty | amour |
| --- | --- | --- |
| REG   CA #05 | 59.970L | 40.0 |
|  | @ 0.667/ L |  |
| Prepay Fuel |  | -40.0 |
|  | Sub Total | 0.0 |
|  | Tax | 0.0 |
|  | Total | 0.0 |
|  | CASH $ | 0.0 |

THANKS, COME AGAIN
REG# 0001 CSH# 012 DR# 01  TRAN# 1549{
04/20/15  12:16:25            ST# AB12:



BIENVENIDOS A
FOOD & GAS S.STA.

| Descr. | qty | amount |
| --- | --- | --- |
| REG   CA #09 | 59.970L | 40.00 |
|  | @ 0.667/ L |  |
| Prepay Fuel |  | -40.00 |
|  | Sub Total | 0.00 |
|  | MUN | 0.00 |
|  | EST | 0.00 |
|  | TOTAL | 0.00 |
|  | CASH $ | 0.00 |

THANKS, COME AGAIN
GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01  TRAN# 1465{
04/09/15  13:52:12            ST# P0401

MANOLIN S S
TEL  787 733 1775

| Descr. | qty | amount |
| --- | --- | --- |
| REG  CA #06 | 70.019L | 46.00 |
|  | @ 0.657/ L |  |
|  | Sub Total | 46.00 |
|  | MUN | 0.00 |
|  | EST | 0.00 |
|  | TOTAL | 46.00 |
|  | CASH $ | 46.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01  TRAN# 11197
04/13/15  15:23:49            ST# AB123

FABR PETROLEUM
767-1010

| Descr. | qty | amount |
|--------|-----|--------|
| REG    CA #03 | 32.497L | 22.00 |
| | @ 0.677/ L | |
| | Sub Total | 22.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| **TOTAL** | | **22.00** |
| | CASH  $ | 22.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 10289
04/07/15  13:22:38           ST# TX224



## BIENVENIDOS A
## FOOD & GAS S.STA.

| Descr. | qty | amount |
| --- | --- | --- |
| 2  EJECUTIVO | 1 | 11.99 |

| | Sub Total | 11.99 |
| --- | --- | --- |
| | MUN | 0.12 |
| | EST | 0.72 |
| TOTAL | | 12.83 |
| | CASH $ | 20.00 |
| | Change $ | -7.17 |

## THANKS.COME AGAIN
## GRACIAS
## VUELVA PRONTO

REG# 0001 CSH# 008 DR# 01   TRAN# 12364
04/15/15  15:16:08              STH P0601

HI TFC..
11 ORTEGON
GUAYNABO
DATE          TIME
Apr 15.15     15:03:15
BATCH         TERMINAL ID   MERCH
000160          38V21104 4549102

CASH SALE

CASH CHK

AUTH. CODE: 546167     INVOICE: 0
                       TRACE  :0

| AMOUNT: | $ | 11.9 |
| --- | --- | --- |
| State TAX: | $ | 0.7 |
| Mun. TAX: | $ | 0.1 |
| TOTAL : | $ | 12.8 |

IVULOTO:  3GFWE V4F
ET DRAW033 APR..'5.

- NO SIGNATURE REQUIRED -

CARDHOLDER ACKNOWLEDGES RECEIPT OF
AND/OR SERVICE IN THE AMOUNT OF THE
SHOWN HEREON AND AGREES TO PERFOR
OBLIGATIONS SET FORTH IN THE CARDHOL
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio






Recibo de Recarga

www.autoexpreso.com
PO Box 11838
San Juan, PR 00308 - 888
1-888-688-10 C
Plaza Caguas Norte, Carril 12
Cajero: 9259
04/12/15 10:18:13

| Numero de Cuenta: | AE 03451154 |
| Cantidad de Pago: | $ 20.00 |
| Metodo de Pago: | Efectivo |
| Balance: | $ 23.80 |

HI TECH
11 ORTEGON
GUAYNABO

| DATE | TIME | HOST |
| Apr 15,15 | 15:13:49 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000240 | 87880121 | 8788103700093 |

PREPAID CASH

PP NUMBER.
PEAJE      627607040714128

AUTH. CODE: 09N20W      INVOICE: 016490

TRACE  :002082

TOTAL :      $      30.00

SIGNATURE: X_____

APPROVED
39.95

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

PUMA 226 SAN JUAN
SAN JUAN

| TERMINAL ID.: | 8788005 |
| MERCHANT #: | 8788103700006 |

PAYMENT METHOD: CASH

| USER: | 001 |
PEAJE
0878862760704071413G

SALEPPCASH

| BATCH: 000410 | TRACE: 0277 |
| DATE: Apr 10, 15 | TIME: 12:5 |
| 028441 | AUTH NO: 09NS |

TOTAL          $20.0

APPROVED
21.05

PREPAID CARD SALE

X_____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER

CUSTOMER COPY

RICKY'S CAR WASH #6
CALLE BETANCES #33
CAGUAS, PR 00725

TERMINAL ID. :                    10070898
MERCHANT #;          000000010070898

TENDER; CASH
TRANSACTION; SALE
DATE; Apr 27, 2015          TIME; 14:20
                             AUTH NO; 756284

**BASE**              **$10.28**
**STATE TAX**          **$0.62**
**MUNI. TAX**          **$0.10**
                    _____
**TOTAL**             **$11.00**

---------- PIDE TU RECIBO ----------

IVULOTO;FO3MN-ZTJUM
SI DRAWD16  May/05/15
CONTROL#; MBV-687721

---- CON EL IVULOTO TODOS GANAMOS ----



```
       FABR PETROLEUM                      BIENVENIDO A
          767-1010                     PUMA CAFE CREMA

Descr.        qty      amount      Descr.       qty      amount
--------      ---      ------                    ---     --------

REG    CA #07 62.165L    44.57     REG  CA #02  14.347L    10.00
              @ 0.717/ L                      @ 0.697/ L
                                   Prepay Fuel            -10.00
              ----------
       Sub Total        44.57             Sub Total         0.00
         ESTATAL         0.00                   MUN          0.00
             MUN         0.00                   ESI          0.00
       TOTAL           44.57           TOTAL               0.00
             CASH  $    50.00              VISA-MC $         0.00
           Change  $    -5.43
    THANKS,COME AGAIN                     GRACIAS
REG# 0001 CSH# 004 DR# 01  TRAN# 14598  VUELVA PRONTO
04/27/15  13:46:20         ST# TX224   REG# 0001 CSH# 008 DR# 01  TRAN# 11269
                                       04/27/15  15:25:57         ST# AB123
```



Recibo de Recarga

www.autoexpreso.com
PO Box 11833
San Juan, PR 00922-888
1-888-688-1000
Plaza Caguas Norte, Carril 13
Cajero: 9554
04/27/15 15:38:3

Numero de Cuenta:          AC 03451155
Cantidad de Pago:      $       20.00
Metodo de Pago:             Efectivo
Balance:               $       29.60

