UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**<u>MINUTES OF PROCEEDINGS:</u>**  DATE: April 16, 2015

BEFORE HONORABLE GUSTAVO A. GELPI

COURTROOM DEPUTY: Ada Lopez    CV No. 12-2039 (GAG)

COURT REPORTER: Evilys Carrion

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | Brian Buehler |
|  | Zazy Lopez |
| VS |  |
| Commonwealth of PR, et al | Beatriz Annexy-Guevara |

**Case Called For First Quarterly Public Court Hearing**

The Court described the purpose of the first public hearing which was to discuss important matters regarding the Agreement for the Sustainable Reform of the PR Police Department that was singed by the USDOJ and the Commonwealth of PR.

Mrs. Maria Teresa Rivera-Corujo addressed the Court in representation of Hon. Alejandro Garcia-Padilla.

The public hearing also followed up on the Report that was rendered, filed and published by the TCA on 2/9/2015. A summary of the report was given by the Court.

The Court also addressed matters pertaining to PR Police Budget, the Police Academy and the Community Outreach and Involvement. The Police Superintendent Jose Caldero was called to address the Court as to these matters. Colonel Michelle Fraley-Hernandez also appeared to address the Court as to the Police Academy. Secretary of Justice Cesar Miranda and TCA Monitor Arnaldo Claudio also expressed their views on the implementation of the Reform.

The Court announced that future hearings will be held throughout Puerto Rico so that all communities interested in the Reform can have an opportunity to participate in the process.

**The Second Quarterly Public Court Hearing will be held Thursday- Friday September 24-25 at 9:00 at the U.S. Courthouse in Ponce, PR.**

S/ <u>Ada Lopez</u>
Courtroom Deputy Clerk