IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO.: 12-2039 (GAG) |
| Plaintiffs | |
| v. | |
| COMMONWEALTH OF PUERTO RICO, et al. | |
| Defendants | |

**MOTION IN COMPLIANCE WITH REQUIREMENT 261 OF THE AGREEMENT**

**TO THE HONORABLE COURT:**

COMES NOW, the Puerto Rico Police Department (PRPD) through the undersigned counsel and respectfully states as follows:

1.     The Agreement for the Sustainable Reform of the Puerto Rico Police Department" (hereinafter referred to as the "Agreement") requires PRPD to file with the Court a status report that will delineate the steps taken during the review period to implement the Agreement, provide an assessment of the status of its progress, and any response to concerns raised in prior Technical Compliance Advisor's reports. (See, Requirement 261).

2.     In compliance with the aforementioned Requirement, PRPD has submitted today a sealed version of PRPD's Second Progress Report to cover the period from December 1, 2014 to May 31, 2015.

3.     The document was notified to all attorneys of record in paper format.

4.     Consequently, PRPD respectfully requests this Honorable Court to take notice of PRPD's compliance with Requirement 261.

Motion in Compliance with Requirement 261 of the Agreement

      WHEREFORE we respectfully request from this Honorable Court that take notice of PRPD's compliance with Requirement 261.

      WE HEREBY CERTIFY that on today's date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsel of record.

      In San Juan, Puerto Rico, this May 18th, 2015.

      RESPECTFULLY SUBMITTED.

                  **CESAR MIRANDA RODRÍGUEZ**
                  Secretary of Justice

                  *S/ BEATRIZ ANNEXY GUEVARA*
                  BEATRIZ ANNEXY GUEVARA
                  Puerto Rico Department of Justice
                  P.O. Box 9020192
                  San Juan, P.R. 00902-0192
                  Tel. (787) 721-7700
                  Fax. (787) 722-4440
                  USDC-PR # 217505
                  bannexy@justicia.pr.gov