12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of May.

During the month of May the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement.

The TCA sustained several meetings relating to complaints. Additionally met with the Majors of Gurabo and Ponce; with the Gurabo Police Department Director, Lieutenant Casillas and with retired policemen, Mr. Roberto Clemente and Edwin Hernández. Met with ACLU's President, William Ramirez, regarding Civil Rights violations in Fajardo; with Wanda Vázquez, Women's Right Advocate and with Ex-governor Rafael Hernández Colón. Attended a meeting at the Police Headquarters regarding promotions and a meeting at the Federal Court.

The Core Team visited the Police Headquarters; the K-9 Unit and the Zone of Excellence in Bayamón Oeste; San Juan and Carolina Police Stations and Fajardo's Marine Unit. Mr. Alan Youngs met with Lourdes Vizcarrondo from John Dewey University; Mr. Scott Cragg and Dr. Gerard LaSalle met with Dr. Juan Carlos Rivera. General Orders 600-601 and 605 and general Order 800-801, the FTO program, and Action Plans were reviewed by their respective designated TCA Core Team member and Constitutional Lawyer.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under stipulation 253 of the Agreement and the monthly meeting with TCA's CPA for updating employee records and payroll. The team's June and July agenda and the work plan was scheduled and reviewed; coordination and preparation of the TCA's agenda and meetings for the month June, and preparing respective court documents for the parties' review and input.