

ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

**FACTURA**

| FECHA: | 1-Jun-2015 |
| FACTURA : | 2015-WP |

**FACTURAR A:**
TCAPRCORP
268 AVE. MUNOZ RIVERA
SUITE 1001 WORLD PLAZA
SAN JUAN PR 00918

| DESCRIPCIÓN | CANTIDAD |
|---|---|
| RENTA DEL LOCAL / RENTA 01 | $ 3,000.00 |
| | |
| **TOTAL** | **$ 3,000.00** |

Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.**
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757 ext. 1574.

PO Box 41207
San Juan, PR 00940-1207
Teléfono (787) 763-5757



AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA




Puerto Rico Telephone

| | |
|---|---|
| Factura | 05/04/15 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de 4 |

| | |
|---|---|
| **FECHA DE VENCIMIENTO** | 06/02/15 |
| **TOTAL A PAGAR** | $234.74 |
| **CANTIDAD ENVIADA** | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000023474 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Por favor, desprenda este talón y devuélvalo con su pago.

Factura    05/04/15
Cuenta     769528798   2



Chatea en VIVO con un representante de servicio al cliente

accede a claropr.com    CHAT de Apoyo en Línea

lunes a sábado  8am a 9pm
domingo  8am a 7pm
Roaming  24 horas



| RESUMEN DE SU CUENTA | | |
|---|---|---|
| | Balance Anterior | $ 364.49 |
| | Pagos Recibidos - ¡Gracias! | 364.49CR |
| | Ajustes | 0.00 |
| **TOTAL BALANCE VENCIDO** | | $ 0.00 |
| **SERVICIOS TELEFONIA FIJA** | -------------------- | 234.74 |
| **TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 06/02/15** | | $ 234.74 |
| **TOTAL A PAGAR*** | | $234.74 |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# INVOICE

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3623 |
|---|---|
| Date: | 5/31/2015 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (10/12-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
| | | | Total: | 1460.00 |