# INVOICE FOR PROFESSIONAL SERVICES: MAY 2015

## ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:     **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of May 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed & obtained information on best police practices for training range staff (8 hours) | X | N/A | 1/MAY | 1,200.00 |
| Researched, reviewed and obtained information on best police practices dealing with firearms training (8 hours) | X | N/A | 11/May | $1200.00 |
| Researched, reviewed & obtained information from 3 police academies' training requirements and P.O.S.T training Manual (8 hours) | X | N/A | 13/May | 1200.00 |
| Researched, reviewed and obtained information on best police practices dealing with bicycle patrols (8 hours) | X | N/A | 14/May | 1200.00 |
| Researched, reviewed and obtained information on best police practices dealing with Internal Affairs (4 hours) | X | N/A | 21/MAY | 600.00 |
| Researched, reviewed & obtained information on best police practices concerning Police Paramedics/medically trained police (4hours) | X | N/A | 23/MAY | 600.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 25/May | $1,300.00 |
| TCA Core Team Week (10 hours-see agenda + work after hours) | N/A | X | 26/May | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 27/May | $1,300.00 |
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 28/May | $1,300.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours- see agenda + work after hours) | N/A | X | 29/May | $1,300.00 |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS 17.34 HOURS @ $150): | | | | $2600.00 |
| TOTAL 22.66 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
May 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: ___8 June___, 2015.

# INVOICE FOR PROFESSIONAL SERVICES: MAY 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

> A:   TCAPR Corp.
> #268 Muñoz Rivera
> Suite 1001, World Plaza
> San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **May/2015**, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Session of work for the following matters: policies' matrix; research on needle exchange programs in Puerto Rico, as requested by the TCA; and reading, revision and analysis on documents regarding the voluntary interview best practices. (7.0) | N/A | X | 4/May | |
| Assistance and participation in meeting with TCA Arnaldo Claudio, Eric Guzmán, Esq. Wanda Vázquez Garced (Woman Advocate), Esq. Carlos Limardo, and Marisol Blanco. (2.0) Working session at the TCA Office for the follow up of relevant pending; meeting with TCA Arnaldo Claudio; and draft of various documents as requested by TCA. (4.0) | N/A | X | 6/May | |
| Working session at the TCA Office: draft on TCA Six Month Report; and worked related to the next TCA Core Team Week. (7.0) | N/A | X | 11/May | |
| Working session at the TCA Office: meeting with the TCA Arnaldo Claudio and Eric Guzmán regarding relevant pending matters; assistance and participation in meeting at the PRPD with TCA Arnaldo Claudio, Eric Guzmán, Esq. Castellaños, | N/A | X | 13/May | |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Clementina Vega and PRP Drug Division's representatives. (6.0) | | | | |
| Working session for the review of Voluntary Interview Policy. (4.0) | N/A | X | 18/May | |
| Working session for the review of Voluntary Interview Policy. (4.0) | N/A | X | 19/May | |
| TCA Core Team Week | N/A | X | 26/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 27/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 28/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 29/May | $1,300.00 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 16.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
June 1, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: June ___8___, 2015

2

VOUCHER

Invoice for Date of Service:     May 2015

TO:  TCA Corporation

FROM : Gerard LaSalle , Ph .D. LLC

PHONE: 973-943-3167     jl asalle24@comcast. net

TAX ID: 20-5830242    SS# 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

CASE: Reform Agreement Police of Puerto Rico

Professional Fee

TCA Core Team on-site visit: May 25-29

                                          (fixed rate)            $6500.


Month of May.

Review and revise use of force
policy

Written preparation for semiannual
report


Total payable hours: 17.33 x $150. per hour            $2600.


Gerard LaSalle          5/29/15                         $9100.



Arnaldo Claudio , TCA        8 June 2015

# INVOICE FOR PROFESSIONAL SERVICES: MAY 1-MAY 29, 2015
## SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124
703-795-0283| SPCRAGG@VERIZON.NET

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of May, 2015 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Communications with TCA Principals and PRPD CIO (Meetings, email, telecons, review forwarded attachments) | 5.5 hours | | 5/5, 7, 10, 12, 18, 19, 20 | $825 |
| Research, Review Artifacts (New Orleans decree, PR decree, develop assessment components, Body Worn Cameras technology review and policing issues) | 9.5 hours | | 5/10, 16, 21, 22 | $1425 |
| Initial Assessment planning and prep( Interview approach, questions and focus areas design and development, review alignment with decree) | 5.0 hours | | 5/12 & 17 | $750 |
| | | | Total of hours worked is 20. Invoicing capped at 17.33 Hours | |
| TCA Core on site week (In Puerto Rico site visits to (PRPD HQ, Utuado & Bayamon ZOE's, Academy) TCA HQ,) Total hours worked in PR – 47 hours | | 5 | 5/25-5/29 | $6500 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 5 days @ $6500 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): TOTAL OF HOURS NOT BILLABLE (2.67 HOURS @ 150) | | | | 17.33 hrs @$2600 |
| | | | **TOTAL TO BE BILLED:** | **$9100** |
| | | | | TOTAL HOURS WORKED |

INVOICE PRESENTED BY:

_____5/29/2015____
Scott Cragg
TCA Core Team
13932 South Springs Dr. Clifton, VA 20124

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____ 8 June 2015
ARNALDO CLAUDIO, TCA, President

1

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 31, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 010

FOR PROFESSIONAL SERVICES RENDERED May 2015

Monday, May 25, 2015          TCA Office re; Meetings


Tuesday, May 26, 2015          TCA Office re: Core Team meeting
                               Site Visit PRPD Canine Facility
                               Site Visit PRPD Bayamon Pct (Zone of Excellence)


Wednesday, May 27, 2015      TCA Office re: Core Team meeting
                             Site Visit PRPD Marine Unit (Fajardo)
                             Site Visit PRPD Police Area Carolina, re: FTO Program


Thursday, May 28,            TCA Office re: Core Team meetings.


Friday, May 29, 2015         TCA Office re: Core Team meetings
                             PRPD HQ re; meetings


**5 DAYS (DAY RATE $1,300) = $6500**


May 1- 31          Reviewed PRPD's Policy on Voluntary Interviews and its policy on
                   Investigative Detention.
                   Prepared a draft report with comments and recommendations on the
                   above mentioned policy
                   Reviewed documents provided by Core Team members.
                   Reviewed PRPD's Use of Force Reporting Form (OG 605) Form
                   PPR-854

Prepared report on PRPD's Use of Force Reporting Form (PPR-854)
Reviewed and prepared report on PRPD's Use of Force Report
Policy (Chapter 600, Section 601)
Reviewed and prepared report on PRPD's Report and Investigations
Into Incidents of Use of Force Policy (Chapter 600, Section 605)

**TOTAL HOURS 36**
**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**
**$150 PER HOUR.   $2,600**

**TOTAL  $9,100**

*[signature]* June 8, 2015

# INVOICE FOR PROFESSIONAL SERVICES: MAY 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:  **TCAPR, LLC**
    #268 Muñoz Rivera
    Suite 1001, World Plaza
    San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of May 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of Action Plans notes and memoranda (4.0 hours) | X | N/A | Sunday, May 3, 2015 | (4 @ $150 = $600) |
| Work from New York City: Review of four submitted Action Plans (8.0 hours) | X | N/A | Sunday, May 10, 2015 | (8 @ $150 = $1,200) |
| Work in New York City: TCA Memoranda and Letter on Action Plans; Phone calls; discussion with TCA (5.0 hours) | X | N/A | Wednesday and Thursday, May 13 and May 14 2015 | (5 @ $150 = $750) |
| Work in New York City: Preparation for TCA Agenda in Puerto Rico, reviewing office memoranda, emails; making phone calls to TCA and Core Team (10.0 hours) | X | N/A | Sunday and Monday, May 24 and May 25, 2015 and | (10 @ $150 = $1500) |
| Work in New York City: Review of PRPD report for annual report, preparation of TCA semi-annual report; phone calls and emails with TCA's office (8.0 hours) | X | N/A | Thursday, May 28, 2015 | (8 @ $150 = $1,200) |

1

Company Name: **Rafael E. Ruiz**
Address: 610 Pleasant St
Canton, MA 02021
Phone: 617-759-9156

INVOICE

TO: TCAPR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO.  **2015-06**

DATE  **5-31-15**

PERIOD ENDING: **May 31, 2015**

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| | | | 0 | $ |
| 5-13-15 | Review/Read Site Visit to Ponce's | | 0 | $ |
| | K-9— I Hr. | | 0 | $          - |
| 5-14-15 | TCA Review/Resp to PRPD 4 Action | | 0 | $ |
| | Plans-1-1/2 Hrs | | 0 | $          - |
| 5-15-15 | Read and Write Review of Entrevistas Voluntarias | | | $ |
| | Policy 600-6…1-1/2 Hrs | | 0 | $          - |
| 5-16-15 | Final Read/Review of TCA's Comments re: | | 0 | $ |
| | Entrevistas Voluntarias-  1 Hr | | 0 | $          - |
| 5-19-15 | Read/Review Prep Report on PRPD Progress | | 0 | $ |
| | Report- 3 Hrs | | 0 | $          - |
| 5-22-15 | Review and Prep fro PRPD questions on FTO Prog; | 0 | | $ |
| | Review USDOJ comments on PRPD Plans of Actions; | | | $ |
| | Review USDOJ Final Review on PRPD Use of | | 0 | $ |
| | Force Policy; Prep for Use of Force #601 and #605 | | 0 | $ |
| | meeting with PRPD- 5 Hrs. | | 0 | $ |
| 5-31-15 | Write up reports on site visits/Interviews, re: | | 0 | $ |
| | FTO Program in Bayamon South, Bayamon | | 0 | $ |
| | North, and San Juan precincts; Write up reports | | 0 | $ |
| | on site visit follow-up at Bayamon K-9 Unit and | | 0 | $          - |
| | Bayamon Zone of Excellence- 6 Hrs | | 0 | $          - |
| | Total Hours worked= 19 Hrs. | | 0 | $ |
| | Total Billable Hours 17.33 hrs at $150/hr | | 0 | $ 2,600.00 |
| | | | 0 | $          - |
| 5-25-15 | | CT Site Visit | 0 | $ 1,300.00 |
| 5-26-15 | | CT Site Visit | 0 | $ 1,300.00 |
| 5-27-15 | | CT Site Visit | 0 | $ 1,300.00    - |
| 5-28-15 | | CT Site Visit | 0 | $ 1,300.00 |
| 5-29-15 | | CT Site Visit | 0 | $ 1,300.00    - |
| | | | 0 | $ |
| | | | 0 | $ |
| | | TOTAL INVOICE | 0.00 | $ 9,100.00 |

I hereby declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *Rafael E Ruiz*

Print Name: **Rafael E. Ruiz**

Title: **TCA Core Team Member**

Date: **May 31, 2015**

Make all checks payable to **Above**
THANK YOU FOR YOUR BUSINESS!



## CASTELLANOS GROUP, P.S.C.

June 2, 2015

**MR. ERIC GUZMÁN**
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Ave.
World Plaza Bldg., Suite 1001
San Juan, P.R. 00918

### INVOICE FOR SERVICES RENDERED TO THE TCA DURING MAY

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of May 2015, ending on the 29th. No billable expenses have been incurred during the Month of May. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 11-May-15 | Office Work: Preparation for Onsite Visit. | 1.25 |
| 12-May-15 | On site visit to Ponce Command Center; Meetings with PRPD officers from K-9 Unit, Ponce Commander Col. Héctor Agosto, Reform Office Director Lt. Cl. Clementina Vega, Mayor of Ponce Hon. María Meléndez; Former Governor of Puerto Rico Rafael Hernández Colón. [No charge for travel time] | 6.00 |
| 13-May-15 | Prepared Memorandum for TCA Re: Ponce K-9 Unit inspection. | 1.50 |
| 13-May-15 | Meeting at PRPD Headquarters with TCA and PRPD officers from Drug Units | 1.50 |
| 14-May-15 | Reading emails of TCA, Core Team and Legal Advisors and Review news coverage Re: Student Protests and confrontation in students demonstration | 2.25 |
| 18-May-15 | Office Work on Memorandum for TCA on Second Court Hearing. | 2.25 |
| 26-May-15 | Office Work on Memorandum for TCA on Second Court Hearing. | 2.50 |
| 27-May-15 | Emails and Telephone Conference with TCA Re: occurrence of incident with Potential Civil Rights Violation with TCA, TCA Core Team and Legal Advisors. | 1.75 |
| 29-May-15 | Meeting at TCA's Office. | 2.00 |
| | **Hours Billed** | **21.00** |
| | **Total** | **$2,625.00** |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.*

**ALFREDO CASTELLANOS BAYOUTH**

*Federico Hernández Dentón*
Retired Chief of Justice
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

May 29, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for May2015

| Date | Description | Hours |
|------|-------------|-------|
| 5/1/15 | Preparation and reading of documents for meeting with the TCA and Superintendent Caldero. | 2.5 |
| 5/4/15 | Meeting with TCA and Superintendent Caldero with William Ramirez, ACLU. | 5 |
| 5/5/15 | Preparation for meeting and meeting at the Board of Promotions of PRPD. | 4.5 |
| 5/13/15 | Reading of documents and preparation for meeting. | 3.5 |
| 5/14/15 | Meeting at the Board of Promotions of the PRPD. | 5 |
| 5/19/15 | Preparation, research and conference discussion with the TCA and Legal Team. | 3.5 |
| 5/20/15 | Preparation, research and conference discussion with the TCA | 3 |

| | | |
|---|---|---|
| | and Legal Team. | |
| 5/22/15 | Reading of documents sent by TCA and preparation for meeting. | 3 |
| 5/26/15 | Reading and analysis of the PRPD Second Status Report - TCA | 4 |
| 5/27/15 | Meeting at TCA with CL Lawyers | 6 |

**HOURS TOTAL: 40**
**Rate $ 125.00/hr.**

**TOTAL  $ 5,000.00**

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg.,  Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

May 29, 2015

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-5

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings of TCAPR Corp. during the month of April, 2015.

| Date(s) | Hour(s) | Matter/Research |
|---|---|---|
| 5/07/2015 | 1 hr. | Research & Legal Opinion to TCA on Order |
| 5/07/2015 | 1 hr. | Meeting with TCA at TCA Office 4:30 to 5:30 pm |
| 5/08/2015 | 3 hr. | Receipt of documents, advise, preparation of draft |
| 5/09/2015 | 3.5 hrs. | Work of Memorandum, telephone consultations, changes/amendments (Saturday) |
| 5/16/2015 | 3.5 hrs. | Research on General Order, jurisprudence, review of work plans & draft |
| 5/18/2015 5/19/2015 | 6 hrs. | Investigative and Detention Policies, Research and Legal Opinion issued to TCA. |
| 5/22/2015 | 1 hr. | Research and Legal advice. |
| 5/27/2015 | 7 hrs. | Meeting with Judge Hernandez-Denton (10:30 am to 12:00 N) Research of Agreement, Memorandum to Lt. Col. Clementina Vega and Meeting with TCA on related matters.  All hours charged were worked at the TCA Office. |
| 5/28/2015 | 2 hrs. | Meeting at Police Headquartes of 600, 601, 605 with PRPD Legal Staff, USDOJ, Lt. Col. Vega & TCA. |
| 5/29/2015 | 28 hrs. billed | 28.0 hrs. X $125.00 per hr.  Total $3,500.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.  Signed copy of this will be served by regular mail.

Antonio R. Bazán González

# INVOICE 0103

5/28/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of | 900.00 |
| May 24-31, 2015 to TCAPR CORP | |

*(signature)* 8 June 2015

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

```
      MIRAMAR TOTAL
     SERVICE CENTER
        787 725-0822

Descr.        qty       amount
------        ---       ------
PREM  CA #05 38.833L     36.00
            @ 0.927/ L
   Prepay Fuel          -40.00
                      ----------
            Sub Total    -4.00
            ESTATAL       0.00
           MUNICIPAL      0.00
      TOTAL           -4.00
            CASH $      -4.00
      GRACIAS
    VUELVA PRONTO
REG# 0001 CSH# 005 DR# 01  TRAN# 18505
05/29/15  08:05:47         ST# AB123
```

```
================================================
           PRINT NO.        8429


MAY 13 15 06:35PM    RECEIPT NO. 1099297

                      STORE ID 12345

PUMP  GRADE    VOLUME    PPU    AMOUNT
----  -----    ------    ---    ------
   PREPAY COMPLETE              -20.00
 8   REGULAR  25.740L  0.777    20.00
            CASH    TOTAL       0.00


================================================
```

```
    EXCEL GASOLINE
   AND FOOD MART
  CARR 9939 INT 30
      SALIDA 19
    LAS PIEDRAS

Descr.        qty       amount
------        ---       ------
REG   CA #06 35.002L     25.80
            @ 0.737/ L
   Prepay Fuel          -40.00
                      ----------
            Sub Total   -14.20
             MUN         0.00
             EST         0.00
      TOTAL          -14.20
            CASH $     -14.20
      787*733*3344
REG# 0002 CSH# 013 DR# 02  TRAN# 20845
05/27/15  20:36:19         ST# IN007
```

```
  AMERICAN GASOLINE
   MAYAGUEZ POST
    787 832 6116

Descr.        qty       amount
------        ---       ------
REG  CA #01  27.137L     20.00
            @ 0.737/ L
   Prepay Fuel          -20.00
                      ----------
            Sub Total    0.00
             MUN         0.00
             EST         0.00
      TOTAL          0.00
            CASH $      0.00
 THANKS, COME AGAIN
REG# 0001 CSH# 002 DR# 01  TRAN# 12056
05/28/15  14:28:05         ST# AB123
```

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|--------|-----|--------|
| REG CA #06 | 30.675L | 22.30 |
| | @ 0.727/ L | |
| Prepay Fuel | | -25.00 |
| | | ---------- |
| Sub Total | | -2.70 |
| STATE | | 0.00 |
| SPECIAL 2% | | 0.00 |
| TOTAL | | -2.70 |
| CASH $ | | 0.30 |
| Change $ | | -3.00 |

THANKS, COME AGAIN
REG# 0003 CSH# 014 DR# 01 TRAN# 34153
05/26/15 06:49:13        ST# 00012

---

BIENVENIDOS A
FOOD & GAS S.STA.

| Descr. | qty | amount |
|--------|-----|--------|
| REG CA #01 | 31.646L | 23.01 |
| | @ 0.727/ L | |
| | | ---------- |
| Sub Total | | 23.01 |
| MUN | | 0.00 |
| EST | | 0.00 |
| TOTAL | | 23.01 |
| CASH $ | | 23.01 |

THANKS,COME AGAIN
GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01 TRAN# 19518
05/14/15 15:54:17        ST# P0601

---

FABR PETROLEUM
767-1010

| Descr. | qty | amount |
|--------|-----|--------|
| REG CR #06 | 13.387L | 10.00 |
| | @ 0.747/ L | |
| | | ---------- |
| Sub Total | | 10.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| TOTAL | | 10.00 |
| MAN CRED $ | | 10.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01 TRAN# 16712
05/27/15 08:27:57        ST# TX224

---

A F GAS STATION
1.017A 1703, SANTURCE Tel 787 721-1643

| Descr. | qty | amount |
|--------|-----|--------|
| REG SS CA #04 | 25.740L | 20.00 |
| | @ 0.777/ L | |
| Prepay Fuel | | -20.00 |
| | | ---------- |
| Sub Total | | 0.00 |
| ESTATAL 6% | | 0.00 |
| MUNICIP 1% | | 0.00 |
| TOTAL | | 0.00 |
| CASH $ | | 0.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 011 DR# 01 TRAN# 16681
05/24/15 19:45:12        ST# AB123

```
        BIENVENIDOS  A
            ANY  TIME
          CAROLINA

Descr.          qty        amount
-------         ---        ------
REG   CA #03  35.918L       25.75
             @ 0.717/ L
        Prepay Fuel        -26.00
                           ----------
             Sub Total      -0.25
             MUNICIPAL       0.00
             ESTATAL         0.00
           TOTAL           -0.25
                   CASH $   -0.25
     THANKS,COME  AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 12462
05/11/15  18:24:57          ST# AB123
```

```
      TO  GO  STORE  GURABO
        CARR  189  KM  0.4
       BO.  NAVARRO  GURABO
            PR,  00778

Descr.          qty        amount
-------         ---        ------
REG  CA #02   34.869L       25.00
             @ 0.717/ L
        Prepay Fuel        -25.00
                           ----------
             Sub Total      0.00
             STATE          0.00
             SPECIAL 2%     0.00
           TOTAL           0.00
                   CASH $   0.00
     THANKS,  COME  AGAIN
REG# 0003 CSH# 004 DR# 01  TRAN# 36334
05/12/15  16:50:02          ST# 00012
```

```
      TO  GO  STORE  GURABO
        CARR  189  KM  0.4
       BO.  NAVARRO  GURABO
            PR,  00778

Descr.          qty        amount
-------         ---        ------
REG  CA #02   40.178L       28.00
             @ 0.697/ L
        Prepay Fuel        -30.00
                           ----------
             Sub Total     -2.00
             STATE          0.00
             SPECIAL 2%     0.00
           TOTAL          -2.00
                   CASH $  -2.00
     THANKS,  COME  AGAIN
REG# 0003 CSH# 008 DR# 01  TRAN# 33535
05/03/15  19:28:05          ST# 00012
```



PUMA 226 SAN JUAN
SAN JUAN

TERMINAL ID.:                87888058
MERCHANT #:             8788103700042

PAYMENT METHOD: CASH

USER:                            0002
PEAJE
00788527607040714128

SALEPPCASH

BATCH: 000511              TRACE: 035769
DATE: May 15, 15            TIME: 12:34
036664                    AUTH NO: 090H&G

TOTAL                        $20.00

APPROVED
22.45

PREPAID CARD SALE

X........................................
    I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   MERCHANT AGREEMENT IF CREDIT VOUCHER

CUSTOMER COPY

Recibo de Recarga

www.autoexpreso.com
PO Box 11838
San Juan, PR 009 - 888
1-888-688-10 C
Plaza Toa Baja, Carril 1
Cajero: 153
05/28/15 10:4 :03

Numero de Cuenta:        03451154
Cantidad de Pago:     $       20.00
Metodo de Pago:          Efectivo
Balance:              :$      23.25

**LULU SERVICE STATION**

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

10180

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 5/25 20 15

SR.

DIRECCION

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| LITROS DE GASOLINA | | |
|---|---|---|
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | 15 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | **TOTAL** | 15 00 |

**LULU SERVICE STATION**

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

11135

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 5/6 20 5

SR.

DIRECCION

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| LITROS DE GASOLINA | | |
|---|---|---|
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | 15 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | **TOTAL** | 15 00 |

Recibo de Recarga

www.autoexpreso.com
PO Box 11838
San Juan, PR 00922-888
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9533
05/23/15 14:17:36

Numero de Cuenta:        AC 03451155
Cantidad de Pago:    $       10.00
Metodo de Pago:          VISA 6489
Balance:             $       12.60

Recibo de Recarga

www.autoexpreso.com
PO Box 11838
San Juan, PR 00922-888
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9057
05/31/15 12:09:05

Numero de Cuenta:        AC 03451155
Cantidad de Pago:    $       10.00
Metodo de Pago:           Efectivo
Balance:             $       16.15

Your Receipt

01/05/15 FRI    08:50:05 AM    No. 006466
Pump No. 07      REGULAR       $0.707/LIT

**LIT 48.974**              $ 34.62

Cash Sale              **THANK YOU**

VIVI ABAJO TEXACO
UTUADO A JAYUYA
TEL-787-894-3448

DUPLICATE

05/24/15 SUN    04:46:46 PM   No. 263579
Pump No. 02      REGULAR       $0.737/LIT

LIT 27.137              $ 20.00

Cash Sale              THANK YOU

H
---------------------------------
       PUMA ZONA BANCARIA
      AVENIDA PONCE DE LEON
      HATO REY, PUERTO RICO
---------------------------------
CASH         REC# 83696      05/06/15
---------------------------------

     ****  RECIBO  ****

 1   GASOLINA(05) 48.82Lt        35.00
     (REGULAR) 71.7/Lt
                              --------
                                35.00
       TAX MUN . . . . .          .00
       TAX EST . . . . .          .00
                              --------
   TOTAL DE LA VENTA . . . .    35.00


 * GRACIAS POR SU COMPRA, VUELVA PRONTO *

        2-Adm  13:48c
---------------------------------

H
---------------------------------
       PUMA ZONA BANCARIA
      AVENIDA PONCE DE LEON
      HATO REY, PUERTO RICO
---------------------------------
CASH         REC# 83529      05/06/15
---------------------------------

     ****  RECIBO  ****

 1   GASOLINA(02) 20.92Lt        15.00
     (REGULAR) 71.7/Lt
                              --------
                                15.00
       TAX MUN . . . . .          .00
       TAX EST . . . . .          .00
                              --------
   TOTAL DE LA VENTA . . . . .  15.00

   CAMBIO DE   20.00  -  5.00


 * GRACIAS POR SU COMPRA, VUELVA PRONTO *

        1-Adm  09:59c
---------------------------------



PUMA ALBORAK CAMPO RICO
AVE CAMPO RICO FINAL SABANA GARDENS
CAROLINA
DATE          TIME
May 07,15     18:50:51
BATCH         TERMINAL ID
000154        30402793
              HOST
              ATH
              MERCHANT ID
              4545106351361

CASH SALE

CASH CHK
AUTH. CODE: 239463
INVOICE: 014041
TRACE: 014125

AMOUNT:              20.00
State TAX:            0.00
Mun. TAX:            0.00
TOTAL:              20.00

IVULOTO: 18VB0-TL4F6
ET DRAW039 MAY-16-15

- NO SIGNATURE REQUIRED -

CARDHOLDER ACKNW EDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREIN AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su Patrocinio

```
         WELCOME TO                          BIENVENIDOS A
         OUR STORE                             ANY TIME
                                               CAROLINA

Descr.         qty       amount
-------        ---       ------        Descr.         qty       amount
                                       -------        ---       ------
REG   CA #01 27.894L       20.00       Prepay CA#03             30.00
            @ 0.717/ L                                        ----------
      Prepay Fuel         -20.00                    Sub Total   30.00
                        ----------                  MUNICIPAL    0.00
            Sub Total      0.00                     ESTATAL      0.00
                  MUN      0.00              TOTAL           30.00
                  EST      0.00                    CASH  $     30.00
       TOTAL        0.00              THANKS,COME AGAIN
                 CASH  $   0.00       REG# 0001 CSH# 010 DR# 01  TRAN# 18112
THANKS,COME AGAIN                     05/22/15  23:27:23        ST# AB123
REG# 0001 CSH# 004 DR# 01  TRAN# 12259
05/25/15  10:31:03        ST# AB123
```

```
                                       H

       BIENVENIDOS A                   ------------------------------------
         ANY TIME                           PUMA ZONA BANCARIA
         CAROLINA                         AVENIDA PONCE DE LEON
                                           HATO REY, PUERTO RICO
Descr.         qty       amount        ------------------------------------
-------        ---       ------        CASH        REC# 85386      05/08/15
Prepay CA#10             40.00         ------------------------------------
                       ----------
            Sub Total    40.00            ****  RECIBO  ****
            MUNICIPAL     0.00
            ESTATAL       0.00         1  GASOLINA(04) 54.39Lt      39.00
       TOTAL         40.00                (REGULAR) 71.7/Lt
                 CASH  $  40.00                                    -------
THANKS,COME AGAIN                                                  39.00
REG# 0001 CSH# 010 DR# 01  TRAN# 14023           TAX MUN . . . . .   .00
05/27/15  11:55:12        ST# AB123              TAX EST . . . . .   .00
                                                                  -------
                                       TOTAL DE LA VENTA . . . . . 39.00

                                       CAMBIO DE   50.00  - 11.00


                                       * GRACIAS POR SU COMPRA, VUELVA PRONTO *

                                            2-Adm  14:18c
                                       ------------------------------------
```

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr. | qty | amount |
|--------|-----|--------|
| REG  CA #05 | 55.020L | 40.00 |
| | @ 0.727/ L | |
| Prepay Fuel | | -40.00 |
| | Sub Total | 0.00 |
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| TOTAL | | 0.00 |
| | CASH $ | 0.00 |

THANKS,COME AGAIN

REG# 0001 CSH# 008 DR# 01  TRAN# 18787
05/30/15  20:29:24          ST# AB123

PUMA MARCELINO SOLA
PUMA ENERGY PR
CARR 189 KM 6.0
GURABO PR 00778
(787)737-8333

| Descr. | qty | amount |
|--------|-----|--------|
| REG  CA #06 | 26.774L | 20.00 |
| | @ 0.747/ L | |
| Prepay Fuel | | -20.00 |
| | Sub Total | 0.00 |
| | STATE | 0.00 |
| | CITY | 0.00 |
| TOTAL | | 0.00 |
| | CASH $ | 0.00 |

VUELVA PRONTO!!!!

REG# 0001 CSH# 004 DR# 01  TRAN# 18053
05/29/15  08:04:21          ST# AB123

# PEREA SERVICES

**Invoice**

Direccion Postal
Urbanizacion Santa Elvira
Santa Rita  strret  A-16
Caguas,P.R.00725

| Date | Invoice # |
|------|-----------|
| 5/29/2015 | 85105 |

**Bill To**

ARNALDO CLAUDIO
GURABO,P.R.

**Ship To**

JEEP COMPASS 2014

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| | | | 5/29/2015 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | MO339 | FILTER OIL MOPAR | 8.95 | 8.95T |
| 5 | 5W20S | OIL MOTOR MOTORCRAFT BL/SINTETICO | 5.75 | 28.75T |
| 1 | SDG | SERVICIO DE GRUA | 65.00 | 65.00T |
| 1 | SC | VERIFICAR/COMPLETAR,GOMAS AIR/WIPER FLUID/COOLANT/POWER STEERIG/FRENOS/OILS/SCANNER/FILTRO/OIL | 55.00 | 55.00T |
| 1 | 0 | TREATMENT GAS | 12.50 | 12.50T |
| 1 | LC | LAVADO CAJA | 35.00 | 35.00T |
| 1 | 4593913AB | CONDUCT FILTER AIR MOTOR | 105.00 | 105.00T |
| 1 | 0 | FILTER AIR | 16.90 | 16.90T |
| | | Sales Tax | 7.00% | 22.90 |

| Phone # | Fax # | E-mail | **Total** | $350.00 |
|---------|-------|--------|-----------|---------|
| 787-531-8500 | | carmelo.perea@gmail.com | | |



**CAGUAS EXPRESSWAY MOTORS**
Carr. #1 Rio Piedras a Caguas Km. 30.6
Box 5879  Caguas, P.R. 00725
Tels.: 746-4242, 746-2746  Fax 746-2937

220579

```
AMOUNT        PAID BY     COMMENT
     354.71   CASH          PL/114820
                            L.FELIX
```

```
TCA PR CORP                          TOTAL RECEIVED:      $354.71
ERICK GUZMAN
WORD PLAZA 268                        DATE-TIME: 18MAY2015 09:27
MUNOZ RIVERA 1001
SAN JUAN        PR    00918            CASHIER: ISAURA
                                      LOCATION:
5727507                          CASH DRAWER:
```

ACCOUNTING DISTRIBUTION

| CO | JOURNAL | CO | ACCOUNT | AMOUNT | CONTROL | CONTROL2 |
|----|---------|-----|---------|--------|---------|----------|
| 1  | 56      | 1   | 11299   | 354.71 | 220579  |          |
|    |         | 1   | 10102   | -354.71 | 114820 |          |



Copyright 2000 ADP, Inc.  CASH RECEIPT  XCR1C

CUSTOMER #: 5727507         **114820**



**SERVICE INVOICE**

TCA PR CORP       *INVOICE*     **CAGUAS EXPRESSWAY MOTORS, INC.**
ERICK GUZMAN                    Carr. # 1 Río Piedras a Caguas * Km. 30.6
WORD PLAZA 268                     Box 5879, Caguas, Puerto Rico 00725
SAN JUAN, PR 00918      PAGE 3    Tels. 746-4242 / 746-2746 * Fax: 746-2937
HOME:787-306-4910 CONT:787-306-4910
BUS: 787-765-2209 CELL:      SERVICE ADVISOR: 2138 LUCY FELIX

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| BLANCA | 13 | FORD EDGE | | 2FMDK3GC2DBB27507 | HX0056 | 17162/17170 | T6492 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|------|---------|-----------|
| 02JUL13 | DD29OCT12 | | 17:00 15MAY15 | | 74.50 | CASH | 18MAY15 |

| R.O. OPENED | READY | OPTIONS: | DLR:F0R70 ENG:3.5 Liter |
|-------------|-------|----------|--------------------------|
| 11:57 11MAY15 | 09:20 18MAY15 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

17162 SE REALIZO CAMBIO DE A/F MOTOR, 2 WIPER, F/AIRE Y SE REALIZO
INSPECCION MULTIPUNTOS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

C ROAD TEST
    S201 ROAD TEST
       7908   CP   0.00                     0.00     0.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

D\*\* FUEL SERVICE COMPLETE
    BG07 FUEL SERVICE COMPLETE
       7908   CP   0.90               83.85    83.85
     1 MCB2902 PLENUM KIT        46.44   40.45    40.45
  17162 SE REALIZO FUEL SERVICE COMPLETE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

E\*\* BALANCEO Y ROTACION DE GOMAS 4 GOMAS
    PL0012 BALANCEO Y ROTACION DE GOMAS 4 GOMAS
       7908   CP   0.70               29.95    29.95
  17162 SE REALIZO BALANCEO Y ROTACION DE GOMAS 4 GOMAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

F\*\* MOTOR CARE ENGINE EXTERIOR PROTECTION
    WAX01 MOTOR CARE ENGINE EXTERIOR PROTECTION
       7908   CP   0.80               49.95    49.95
  17162 SE REALIZO MOTOR CARE ENGINE EXTERIOR PROTECTION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CUSTOMER PAY MISC-SUPPLIES FOR REPAIR ORDER         5.69

PAID    TODO TRABAJO REALIZADO CON PIEZAS GENUINAS
FORD Y SU LABOR ESTA GARANTIZADO POR 12
MESES O 12,000 MIL MILLAS LO QUE OCURRA
MAY 19 2015   PRIMERO. TELEFONOS:787-653-3333 787-641-4242
787-337-1600. CITA 787-337-1414. GRACIAS
AHORA USTED PUEDE REALIZAR SU CITA ATRAVES DE
NUESTRO WEBSITE:www.caguasexpressway.com

STATE TAX                                 19.89
MUNICIPAL TAX                             3.32

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER, THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS, ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

➤ CUSTOMER SIGNATURE

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON     DATE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 192.25 |
| PARTS AMOUNT | 133.56 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 5.69 |
| TOTAL CHARGES | 331.50 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 23.21 |
| **PLEASE PAY THIS AMOUNT** | **354.71** |

**CUSTOMER COPY**

CUSTOMER #: 5727507

**114820**

TCA PR CORP
ERICK GÚZMAN
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-306-4910  CONT:787-306-4910
BUS: 787-765-2209  CELL:

\*INVOICE\*

**SERVICE INVOICE**

**CAGUAS EXPRESSWAY MOTORS, INC.**
Carr. # 1 Río Piedras a Caguas * Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

PAGE 1

SERVICE ADVISOR: 2138 LUCY FELIX

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 17162/17170 | T6492 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 02JUL13 | DD29OCT12 | | 17:00 15MAY15 | | 74.50 | CASH | 18MAY15 |

R.O. OPENED | READY | OPTIONS: DLR:F0R70 ENG:3.5 Liter

11:57 11MAY15 | 09:20 18MAY15

LINE OPCODE TECH TYPE HOURS                         LIST      NET      TOTAL

A CLIENTE REPORTA UNIDAD CORRIENDO ACTIVA LUZ DE HERRAMIENTA PERDIO
       FUERZA Y DEJA DE ASLERAR
CAUSE: .
       12650D EEC SYSTEM DIAGNOSIS - (QUICK TEST) - L
           7908 WFM 0.20                                              (N/C)
         1 AT4Z*9E926*B THROTTLE BODY AND MOTOR ASY                   (N/C)
       12650D45 EEC SYSTEM - DIAGNOSTIC PIN POINT TEST -
           L
           7908 WFM 0.30                                              (N/C)
       9926A THROTTLE BODY - AIR INTAKE - REPLACE
         (9E926) - L
           7908 WFM 0.50                                              (N/C)
       FC: PART#: COUNT:
       CLAIM TYPE:
       AUTH CODE:
         007908
17162 ETBTPS
SE ANALIZO Y TENIA DTC P2111 (PCM) - Throttle Actuator Control
(TAC) System - Stuck Open
SE REALIZO PPT DV: Throttle Body Assembly Electronic Throttle
Control (ETC)
DV1: CHECK FOR DIAGNOSTIC TROUBLE CODES ( DTCS)
Are DTCs P0068, P0121, P0122, P0123, P0222, P0223, P1124, P1588,
P2100, P2101, P2107, P2109, P2111, P2112, P2118, P2119, P2135, P2163 or
P2176 present? P2111
Yes For DTCs P0121, P0122, P0123, P0222, P0223, P1588, P2101,
P2109, P2111, P2112, P2118, P2119, P2163 or P2176, Go to DV5.
DV5: CHECK FOR OBSTRUCTION OF THE THROTTLE BODY
Is the air induction system between the throttle plate and the air
cleaner free of any visible obstruction or debris?
Yes Go to DV6.
DV6: CHECK THE THROTTLE POSITION ( TP) OPEN AND CLOSED VOLTAGES
ELECTRONIC THROTTLE CONTROL THROTTLE POSITION SENSOR SIGNAL
VOLTAGES

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A ARTICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON        DATE

➡ CUSTOMER SIGNATURE

**CUSTOMER COPY**

CUSTOMER #: 5727507                    114820



**SERVICE INVOICE**

TCA PR CORP                    *INVOICE*        **CAGUAS EXPRESSWAY MOTORS, INC.**
ERICK GUZMAN                                    Carr. # 1 Río Piedras a Caguas * Km. 30.6
WORD PLAZA 268                                  Box 5879, Caguas, Puerto Rico 00725
SAN JUAN, PR 00918              PAGE 2          Tels. 746-4242 / 746-2746 * Fax: 746-2937
HOME:787-306-4910 CONT:787-306-4910
BUS: 787-765-2209 CELL:              SERVICE ADVISOR: 2138 LUCY FELIX

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 17162/17170 | T6492 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 02JUL13 | DL29OCT12 | | 17:00 15MAY15 | | 74.50 | CASH | 18MAY15 |

| R.O. OPENED | READY | OPTIONS: | DLR:F0R70 ENG:3.5 Liter |
|---|---|---|---|
| 11:57 11MAY15 | 09:20 18MAY15 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| Pedal fully released TP-1 - 4.12V TP-2 - 1.22V | | | |
| Pedal fully applied TP-1 - 1.23V TP-2 - 4.45V | | | |
| Are both PIDs within the chart ranges? | | | |
| Yes For all others, Go to DV7. | | | |
| DV7: CHECK THE VREF VOLTAGE TO TP | | | |
| Measure the voltage between: | | | |
| ETCREF - Pin - 5ETCRTN - Pin 4, IS 4.8V | | | |
| Is the voltage between 4.5 V - 5.5 V? | | | |
| Yes Go to DV8. | | | |
| DV8: DTCs P2101 and P2107: CHECK FOR DTCS | | | |
| Are DTCs P2101 or P2107 present? | | | |
| No Go to DV10. | | | |
| DV10: CHECK THE RESISTANCE OF THE ETBTPS - Fault outcome | | | |
| Measure the resistance between: | | | |
| TP1 - ETCRE , IS 132ohms | | | |
| Are all the resistances within the specifications? | | | |
| No INSTALL a new . CLEAR the DTCs. REPEAT the self-test. | | | |
| SE PROCEDIO REEMPLAZAR EL ETBTPS CON ALTA RESISTENCIA EN TP | | | |
| ***************************************************** | | | |
| B INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS . | | | |
| CAUSE: 1.0 | | | |
| PL9000 MULTI-POINT INSPECTION WAS PERFORMED | | | |
| 7908   CP  0.00 | | 0.00 | 0.00 |
| PL0002 CAMBIO DE ACEITE Y FILTRO DE MOTOR | | | |
| 7908   CP  0.20 | | 11.50 | 11.50 |
| 6 M5W20 MOTORCRAFT OIL | 4.59 | 4.25 | 25.50 |
| 1 AA5Z*6714*B FILTER ASY - OIL | 15.66 | 5.65 | 5.65 |
| PL7350 REEMPLAZO DE WIPER BLADES | | | |
| 7908   CP  0.20 | | 10.00 | 10.00 |
| 1 AU2Z*17V528*EA BLADE ASY - WIPER | 24.86 | 16.16 | 16.16 |
| 1 AU2Z*17V528*JA BLADE ASY - WIPER | 29.41 | 19.12 | 19.12 |
| PL0005 REEMPLAZO DE FILTRO DE AIRE GASOLINA | | | |
| 7908   CP  0.20 | | 7.00 | 7.00 |
| 1 7T4Z*9601*A ELEMENT ASY - AIR CLEANER | 41.04 | 26.68 | 26.68 |

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS, ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

► CUSTOMER SIGNATURE

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON        DATE

**CUSTOMER COPY**

**INVOICE**

DATE 5/28/15

BILL TO  TCAPR

ADDRESS  Wort Haze

CITY, STATE, ZIP  Hato Rey

NO. 800894

SHIP TO

ADDRESS

CITY, STATE, ZIP

| CUSTOMER'S ORDER NO. | SALESPERSON | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Remolque | | 50.00 |
| 2 | | | |
| 3 | de Gurabo | | |
| 4 | | | |
| 5 | al Bo. Collores | | |
| 6 | | | |
| 7 | Las Piedras | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | Marcos Flores | | |
| 12 | | | |
| 13 | 647-3207 | | |
| 14 | | | |
| 15 | | | |
| 16 | x Marcos Flores | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

| RECEIVED BY | | TAX | |
|---|---|---|---|
| | | TOTAL | 50.00 |

**ORIGINAL**

*PEDRO C. RIVERA / RECYCLING SOLUTIONS*
*554 AVE. DE DIEGO 00920*
*793-0680 CEL 403-1657*

## INVOICE

| Customer | | |
|---|---|---|
| NOMBRE | TGA PR    CORP. | |

RECIBIDO 5/19/2015
REPARADO
LLAMADA
ENTREGA

TELEFONO

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | TOWER LexMAR19  604 H | | 165ºº |

SubTotal

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 15 DIAS
DE NOTIFICAR AL CLIENTE.

TOTAL   165.00