### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff;<br><br>      v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>              Defendants. | No. 12-cv-2039 (GAG) |

**UNOPPOSED MOTION FOR ORDER ON TCA OFFICE'S BUDGET CONSIGNMENT**

**TO THE HONORABLE COURT:**

   **COMES NOW,** the Defendant, the Commonwealth of Puerto Rico, through the undersigned attorneys, and hereby states and prays as follows:

1. As per Joint Stipulation and Order (Dkt. #139) the Parties and the TCA Office agreed on a budget proposal submitted by the TCA Office which required PRPD to deposit with the Clerk of the Court a total of $1,266,270.00 (ONE MILLION TWO HUNDRED SIXTY SIX THOUSAND TWO HUNDRED AND SEVENTY DOLLARS) for the operating budget of the TCA Office for fiscal year 2015-2016.

2. Due to an error, the budget proposal identified $1,300,000.00 (ONE MILLION THREE HUNDRED THOUSAND DOLLARS) as the amount to be deposited.  Consequently, the check was made out for such amount.

3. In order to avoid having to void the check and request the issuance of a new check for the correct amount, which will take an excess of two weeks and may delay the process of filing the TCA budget for fiscal year 2015-2016, PRPD hereby requests that this Court enter an order for the Clerk of the Court to issue a check in the name of the

Commonwealth of Puerto Rico for the overage, that is, $33,730.00 (THIRTY THREE THOUSAND SEVEN HUNDRED AND THIRTY DOLLARS) once the budget is consigned.

4. PRPD has consulted with Luis Saucedo, Esq., from the United States Department of Justice and with Eric Guzmán, Administrator to the TCA Office and they both have agreed with our request and will not oppose it.

5. PRPD is prepared to consign the budget upon the approval of the order herein requested.

**WHEREFORE**, the undersigned attorneys respectfully request that this Honorable Court enter an order to the Clerk of the Court to make out a check for the overage of $33,730.00 (THIRTY THREE THOUSAND SEVEN HUNDRED AND THIRTY DOLLARS) once the budget is consigned.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 1st 2015.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this 1st day of July 2015, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

**CESAR MIRANDA RODRÍGUEZ**
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVERA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov