UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>   v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 12-cv-2039 (GAG) |

**MOTION TO DEPOSIT THE TCA OFFICE'S BUDGET AND FOR PAYMENT OF OVERAGE**

**TO THE HONORABLE COURT:**

    **COMES NOW,** the Defendant, the Commonwealth of Puerto Rico, through the undersigned attorneys, and hereby states and prays as follows:

1. The Commonwealth of Puerto Rico hereby consigns with the Clerk of the United States District Court the amount of $1,300,000.00 (ONE MILLION THREE HUNDRED THOUSAND DOLLARS) through certified check number 03282444.

2. As per Joint Stipulation and Order, ECF Document No. 139, the Parties and the TCA Office agreed on a budget proposal submitted by the TCA Office which required PRPD to deposit with the Clerk of the Court a total of $1,266,270.00 (ONE MILLION TWO HUNDRED SIXTY SIX THOUSAND TWO HUNDRED AND SEVENTY DOLLARS) for the operating budget of the TCA Office for fiscal year 2015-2016.

3. The Court enter Order for the Clerk of the Court to issue a check in the name of the "Estado Libre Asociado de Puerto Rico, Secretario de Hacienda" for the overage, that is, $33,730.00 (THIRTY THREE THOUSAND SEVEN HUNDRED AND THIRTY DOLLARS) upon consignation of the budget. See, ECF Document No. 238.

4. We request that once the check is issued the undersigned be contacted at 787-607-0795 to pick it up at the Clerk's Office.

**WHEREFORE**, the undersigned attorneys respectfully request that this Honorable Court take notice of PRPD's compliance with Order at ECF Document No. 139 and that a check be issued for the overage of $33,730.00 (THIRTY THREE THOUSAND SEVEN HUNDRED AND THIRTY DOLLARS as per ECF Document No. 238.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 7, 2014.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 7th day of July 2014, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

**CESAR MIRANDA RODRÍGUEZ**
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVERA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov