

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3643 |
|---|---|
| Date: | 6/30/2015 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (11/12-Months) | 0.00 | 0.00 | 0.00 |
| Description | Accounting Cycle Services | 1.00 | 110.00 | 110.00 |
| Description | Invoice Preparation Assistance | 1.00 | 25.00 | 25.00 |
| Description | Financial & Budgeting Reporting | 1.00 | 100.00 | 100.00 |
| Description | Accounts Payable Processing | 1.00 | 45.00 | 45.00 |
| Description | Professional Tax Withholding & Deposits | 1.00 | 45.00 | 45.00 |
| Description | Payroll Processing | 1.00 | 75.00 | 75.00 |
| Description | Process Vendor & Payroll ACH Transactions | 1.00 | 150.00 | 150.00 |
| Description | Employer Quarterly Tax Preparation Services | 1.00 | 125.00 | 125.00 |
| Description | Corporate Annual Tax Returns | 1.00 | 350.00 | 350.00 |
| Description | Annual Informative Tax Returns | 1.00 | 50.00 | 50.00 |
| Description | Advisory Services (Exhibit A of Engagement Letter) | 1.00 | 350.00 | 350.00 |
| Description | Online Priviledges & Remote Access | 1.00 | 35.00 | 35.00 |
| | | | Total: | 1460.00 |





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico



FACTURA

**FECHA:** 1-Jul-2015
**FACTURA :** 2015-WP/JULIO

**FACTURAR A:**
TCAPRCORP
268 AVE. MUNOZ RIVERA
SUITE 1001 WORLD PLAZA
SAN JUAN PR 00918

| DESCRIPCIÓN | CANTIDAD |
|---|---|
| RENTA DEL LOCAL / RENTA 01 | $ 3,000.00 |
| **TOTAL** | **$ 3,000.00** |



Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.** Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757 ext. 1574.

PO Box 41207
San Juan, PR 00940-1207
Teléfono (787) 763-5757



AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA
Estado Libre Asociado de Puerto Rico

 

Puerto Rico Telephone

Factura      06/04/15
Cuenta       769528798   2
Núm. Servicio 765-2209-978
Página       1 de   3

| | |
|---|---|
| FECHA DE VENCIMIENTO | 07/03/15 |
| TOTAL A PAGAR | $180.99 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000018099  70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Factura   06/04/15
Cuenta    769528798   2

Por favor, desprenda este talón y devuélvalo con su pago.



Chatea en VIVO con un representante de servicio al cliente

accede a claropr.com

CHAT de Apoyo en Línea

lunes a sábado  8am a 9pm
domingo  8am a 7pm
Roaming  24 horas

| | | |
|---|---|---|
| RESUMEN DE SU CUENTA | Balance Anterior | $ 234.74 |
| | Pagos Recibidos - ¡Gracias! | 234.74C |
| | Ajustes | 0.00 |
| TOTAL BALANCE VENCIDO | | $ 0.00 |
| SERVICIOS TELEFONIA FIJA | -------------------- | 180.99 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 07/03/15 | | $ 180.99 |
| TOTAL A PAGAR* | | $180.99 |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana.  Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

|  |  |
|---|---|
| Factura | 06/04/15 |
| Cuenta | 769528798 |
| Núm. Servicio | 765-2209-978 |
| Página | 3 de 3 |

## PAGOS RECIBIDOS

| Descripción | Fecha | Cargos |
|---|---|---|
| Pago con cheque Recibido en | 05/26/15 | $ 234.74CR |
| **Total Pagos** |  | **$234.74CR** |

## RESUMEN DE CARGOS POR SUBSCRIPTOR

| Nombre | Subscriptor | Cargos por Subscriptor |
|---|---|---|
| Cargos Telefonía Fija |  |  |
| TCAPR CORP | 787 250-1786 | $ 42.11 |
| TCAPR CORP | 787 765-2209 | 96.77 |
| TCAPR CORP | 787 765-2304 | 42.11 |
| Total Servicios Telefonía Fija |  | 180.99 |
| **Total Cargos Subscriptor** |  | **$180.99** |

## DETALLE SERVICIO POR SUBSCRIPTOR


Puerto Rico Telephone

### SERVICIOS TELEFONIA FIJA

**Cargos Por Servicio Mensual**

| Descripción | Desde - Hasta | Unidades | Cargos |
|---|---|---|---|
| Número de Teléfono 787 250-1786 |  |  |  |
| Cargo Recobro de Acceso | 06/04 - 07/03 | 1 | 0.94 |
| ADD LINE BML ILIMITADO PR/US | 06/04 - 07/03 | 1 | 34.99 |
| Total Servicio Mensuales del 787 250-1786 |  |  | 35.93 |
| Número de Teléfono 787 765-2209 |  |  |  |
| Cargo Recobro de Acceso | 06/04 - 07/03 | 1 | 0.46 |
| ILIMITADO PR + 10M/1Mb | 06/04 - 07/03 | 1 | 89.99 |
| Total Servicio Mensuales del 787 765-2209 |  |  | 90.45 |
| Número de Teléfono 787 765-2304 |  |  |  |
| Cargo Recobro de Acceso | 06/04 - 07/03 | 1 | 0.94 |
| ADD LINE BML ILIMITADO PR/US | 06/04 - 07/03 | 1 | 34.99 |
| Total Servicio Mensuales del 787 765-2304 |  |  | 35.93 |
| **Total de Servicios Mensuales** |  |  | **$162.31** |

Para servicios que fueron añadidos o eliminados en este mes, los cargos fraccionales cubren el período indicado arriba.

## Cargos Estatales y Federales

| Descripción | Desde - Hasta | Cargos |
|---|---|---|
| Número de Teléfono 787 250-1786 |  |  |
| Cargos por Impuesto Estatal - IVU |  | $ 2.10 |
| Cargos por Impuesto Municipal - IVU |  | 0.34 |
| Fondo de Servicio Universal Federal |  | 2.63 |
| Fondo de Servicio Universal P.R. |  | 0.11 |
| Servicio 911 | 06/04 - 07/03 | 1.00 |
| Total Cargos Estatales y Federales 787 250-1786 |  | 6.18 |
| Número de Teléfono 787 765-2209 |  |  |
| Cargos por Impuesto Estatal - IVU |  | 3.30 |
| Cargos por Impuesto Municipal - IVU |  | 0.56 |
| Fondo de Servicio Universal Federal |  | 1.21 |
| Fondo de Servicio Universal P.R. |  | 0.25 |
| Servicio 911 | 06/04 - 07/03 | 1.00 |
| Total Cargos Estatales y Federales 787 765-2209 |  | 6.32 |
| Número de Teléfono 787 765-2304 |  |  |
| Cargos por Impuesto Estatal - IVU |  | 2.10 |
| Cargos por Impuesto Municipal - IVU |  | 0.34 |
| Fondo de Servicio Universal Federal |  | 2.63 |
| Fondo de Servicio Universal P.R. |  | 0.11 |
| Servicio 911 | 06/04 - 07/03 | 1.00 |
| Total Cargos Estatales y Federales 787 765-2304 |  | 6.18 |
| **Total Cargos Estatales y Federales** |  | **$18.68** |

Los Cargos por impuestos Estatales y Municipales respectivamente, aplican a las llamadas de Larga Distancia y/o a cualquier cargo de servicio básico mensual de su plan.

| **Total Servicios Telefonía Fija** | **$180.99** |
|---|---|

| **Total Servicios** | **$180.99** |
|---|---|
| Numero de Cuenta 769528798 |  |

