UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for June 2015.

| Core Team Expenses | | | |
|---|---|---|---|
| **Visit** | | | |
| | Gerard LaSalle | $6,500.00 | June 1st, 2015 to June 5th, 2015 |
| | Linda V. Navedo | $6,500.00 | June 22, 2015 to June 26, 2015 |
| | Rafael E. Ruíz | $5,200.00 | June 23, 2015 to June 26, 2015 |
| | Marcos Soler | $5,200.00 | June 22, 20 to June 25, 2015 |
| | John J. Romero | $6,500.00 | June 22, 2015 to June 26, 2015 |
| | Alan Youngs | $5,200.00 | June 23, 2015 to June 26, 2015 |
| | Scott Cragg | N/A | N/A |
| | Subtotal | $35,100.00 | |
| **Telework[1]** | | | |
| | Gerard LaSalle | $2,600.00 | June 2015 |
| | Linda V. Navedo | $2,600.00 | June 2015 |
| | Rafael E. Ruíz | $3,900.00 | June 2015 |
| | Marcos Soler | $3,900.00 | June 2015 |
| | John J. Romero | $2,600.00 | June 2015 |
| | Alan Youngs | $3,900.00 | June 2015 |
| | Scott Cragg | $2,700.00 | June 2015 |
| | Subtotal | $22,200.00 | |

---

[1] Please see Core Team invoices attached.

| | | |
|---|---|---|
| **Constitutional Lawyer** | | |
| Alfredo Castellanos | $2,125.00 | |
| Federico Hernandez Denton | $7,000.00 | |
| Antonio Bazán | $3,312.50 | |
| Subtotal | $12,437.50 | |
| | | |
| **Other TCA Office Expenses** | | |
| Chauffer | $900.00 | |
| Office Supply | | |
| Subtotal | $900.00 | |
| | | |
| **Car Expenses** | | |
| Gasoline | $530.10 | |
| Tolls | $98.00 | |
| Vehicle Permit | $91.00 | Jeep Compass |
| Subtotal | $719.10 | |
| | | |
| | | |
| **Grand total** | $71,356.60 | |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $71,356.60 the total amount of the monthly expenses, for the month of June 2015.

5. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

6. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

7. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA Office respectfully requests this Honorable Court that the June expenses be approved and a check be issued in the amount of $71,356.60 the total amount of the expenses for the month of June 2015.

In San Juan, Puerto Rico, this day June _9_, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.