*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

June 30, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for June 2015

| Date | Description | Hours |
|------|-------------|-------|
| 6/2/15 | Meeting with the TCA and Attorney in preparation of Memorandum for the TCA (attorney-client privilege not subject to disclosure) | 4.5 |
| 6/3/15 | Meeting at PRPD with the Drug Unit and Legal Staff of Reform and reading and analysis of Procedures followed by Drug Unit of PRPD and research of recent Jurisprudence on search and seizure by the PR Supreme Court of the United States and First Circuit Court of Appeals. | 5 |
| 6/10/15 | Reading of draft Six-Month Report of the TCA – December 7,2014 – sent by TCA to PRDOJ and DOJ | 3.5 |
| 6/11/15 | Reading of the Draft of the Six Month Report – TCA report. | 1 |



| | | |
|---|---|---|
| 6/15/15 | Reading of documents sent by Attorney Estrella Vega Soto for meeting of the Board of Promotions of PRPD as well as laws and jurisprudence to be required as in test to be administered in August 2015 | 5 |
| 6/16/15 | Meeting of the Board of Promotions of PRPD – TCA. Discussion of Profile of Sergeant, Areas to be tested changes approved as part of Reform that will be included. | 4.5 |
| 6/19/15 | Reading and analysis of documents of Internal Regulations of PRPD for the prevention of harassment, crisis and retaliation of the PRPD in Preparation for Meeting with TCA, Core Team and PRPD. | 3 |
| 6/22/15 | Meeting with the Core Team regarding draft of PRPD and discussion of the Internal regulations. Reading and analysis of documents of Internal Regulations of PRPD for the prevention of harassment, crisis and retaliation of the PRPD. Research of Jurisprudence of Sexual Harassment in preparation for meeting at PRPD. | 8 |
| 6/23/15 | Meeting of Core Team with Reform Unit of PRPD, DOJ Representative, PRDOJ Representative. | 3 |
| 6/24/15 | Meeting Article 253 of agreement at Reform Unit of PRPD | 2.5 |
| 6/25/15 | Reading of final draft of announcement for administration of exam and information for publication. | 1 |
| 6/26/15 | Meeting of TCA with Board of Promotions at PRPD. | 3 |
| 6/28/15 | Reading and analysis of letters of PRDOJ to TCA of June 25,2015. Review of Six Mont Report in light of letter of PRDOJ. | 3 |
| 6/29/15 | Meeting with the TCA regarding Six Month Report and other task assign by him. Visit with TCA to Guánica and Mayaguez to PRPD stations. | 6 |
| 6/30/15 | Meeting with TCA and staff and attorney Bazán. | 3 |

***Total hours: 56***
**Per $ 125.00**
**Total: $ 7,000.00**

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

Federico Hernández Dentón

## Antonio R. Bazán

Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

June 30, 2015.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-6

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings of TCAPR Corp. during the month of June, 2015.

| Date(s) | Hour(s) | Matter/Research |
|---------|---------|-----------------|
| 6/02/2015 | 3 hrs. | TCA Office. Reply Memorandum, discussion of legal issues with TCA and Counsel Hernandez Denton. Previous telephone calls not charged. |
| 6/03/2015 | 1 hr. | Meeting at PRPD with Narcotics Unit and PRPD Legal Staff |
| 6/08/2015 | 6 hrs. (6:00 pm. to 12:30 am) | Review and recommendations to TCA's 6 months report. Attorney client privilege applies. No time involving telephone calls is charged. |
| 6/16/2015 6/17/2015 | 7 hrs. (2:00 pm to 9:00 pm of 6/17/2015) | Review, research, legal advice and preparation of written document (Comments) on Reorganization of Superintendence of Professional Responsibility Consultations, telephone calls and research time on 6/16/2015 not charged. |
| 6/18/2015 | 2 hrs. | Attorney/client consultations. Third Memorandum Requesting Information (Clementina Vega) Telephone calls not charged. |
| 6/23/2015 | 1.5 hrs. (10:00 to 11:30 am) | Meeting at PRPD on Reorganization of Superintendence of Professional Responsibility. PRPD legal staff, USDOJ via telephone. |
| 6/24/2015 | 2 hrs. (10:00 to 12:00 N) | Meeting at PRPD on Paragraph 253, PRPD legal Staff, DOJPR and USDOJ legal representatives |
| 6/26/2015 | 2 hrs. NOT CHARGED | Review of PARC National Guidelines and Agreement for Sustainable Reform, etc. Telephone calls not charged |
| 6/29/2015 | 4 hrs. (8:00 p.m. to 12:00 midnight) | Draft of Reply Letter and further consultations via telephone calls |



| 6/30/2015 | 4hrs.  Not Charged | Meeting at my request with the TCA |
|-----------|--------------------|------------------------------------|
| 7/01/2015 | 26.5  hrs.    Total hours billed | 26.5 hrs. x $125.00 per hr. Total $3,312.50 |
| ----------------- | ------------------------ | ------------------------------------------------------------------ |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for  telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.  Signed copy of this will be served by regular mail.

*This Invoice may contain work completed that is proteceted under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.



# CASTELLANOS GROUP, P.S.C.

July 1, 2015

**MR. ERIC GUZMÁN**
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Ave.
World Plaza Bldg., Suite 1001
San Juan, P.R. 00918

## INVOICE FOR SERVICES RENDERED TO THE TCA DURING JULY

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of July 2015, ending on the 29th. No billable expenses have been incurred during the Month of July. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 10-June-15 | Reviewed TCA's Six-Month Report and proposed changes. | 4.00 |
| 12-June-15 | Further work on matters pertaining to Ponce hearing. | 2.00 |
| 22-June-15 | Reviewed pertinent documents in preparation of meeting at the PRPD Headquarters. Re: Reorganización de la Superintendencia Auxiliar en Responsabilidad Profesional. | 2.50 |
| 23-June-15 | Reviewed documents regarding Garrity protections. Garrity v. New Jersey, 385 U.S. 493 (1967) (Police self-incrimination and it's relationship to the PRSPD) | 3.00 |
| 23-June-15 | Meeting at PRPD Headquarters with TCA. Re: Reorganización de la Superintendencia Auxiliar en Responsabilidad Profesional. | 3.00 |
| 24-June-15 | Meeting at PRPD Headquarters, with TCA, DOJ, PRDJ and PRPD's Reform members. Re: 253 meeting. | 2.50 |
| | **Hours Billed** | **17.00** |
| | **Total** | **$2,125.00** |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.*

**ALFREDO CASTELLANOS BAYOUTH**

**INVOICE FOR PROFESSIONAL SERVICES: JUNE 1-JUNE 28, 2015**
**SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124
703-795-0283| SPCRAGG@VERIZON.NET

TO:   **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during
the month of June, 2015 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Communications with TCA Principals (email, telecons, review forwarded attachments) | 1.5 hours | | 6/7, 27/2015 | $225 |
| Research, Review Artifacts (New Orleans Report, PRPD decree, policies) | 6 hours | | 6/20, 21, 27/2015 | $900 |
| Report Writing – Review of May visit materials for report writing | 10.5 hours | | 6/1, 2, 28/2015 | $1575 |
| | | | Total of hours worked is 18. | |
| | | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 0 |
| TOTAL OF BILLABLE HOURS (18 HOURS @ $150): | | | | 18 hrs @$2700 |
| TOTAL OF HOURS NOT BILLABLE (0 HOURS @ 150) | | | | |
| TOTAL TO BE BILLED: | | | | $2700 |

TOTAL HOURS WORKED

INVOICE PRESENTED BY:
_//Signed//_ _____6/28/2015___
Scott Cragg
TCA Core Team
13932 South Springs Dr. Clifton, VA 20124

I hereby  CERTIFY that, according to my best knowledge and belief, the
information provide in this invoice is TRUE, CORRECT AND
COMPLETE_____
ARNALDO CLAUDIO, TCA, President          July 9, 2015

1

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2015
# LINDA V. NAVEDO CORTÉS

1 cLUB COSTA MARINA, TORRE i, aPTO. 9-J

AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983 |
787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:     **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **June/2015**, is detailed as follows:

| tASK PERFORMED AND HOURS WORKED: | | U.S Work Day | PR Work Day | dATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| Draft six moth report | | N/A | X | 1/June | 8.0 |
| R e u i n i o n Antonio R e u n i o n División de D r o g a s y Narcóticos | | N/A | X | 2/June | 6.0 |
| Draft six moth report | | N/A | X | 3/June | 8.0 |
| Draft six moth report | | N/A | X | 4/June | 8.0 |
| | | N/A | X | 5/June | 4.0 |



| | | | | |
|---|---|---|---|---|
| • Revision final p a r a 8 0 1 (1.0)<br>• correos (2.0)<br>• | N/A | X | 8/June | 3.0 |
| • Reunio n HUD 3.0<br>• Seguim i e n t o asuntos pendie n t e s 1.0 | N/A | X | 9/June | 4.0 |
| • Orienta c i o n practic a n t e 1.5 | N/A | X | 10/June | 2.0 |
| • A gend a junio 2.5 | | | | |
| TCA Core Team Week | | N/A | X | 22/June | $1,300.00 |
| TCA Core Team Week | | N/A | X | 23/June | $1,300.00 |
| TCA Core Team Week | | N/A | X | 24/June | $1,300.00 |
| TCA Core Team Week | | N/A | X | 25/June | $1,300.00 |
| TCA Core Team Week | | N/A | X | 26/June | $1,300.00 |

| Working Session for the attention of outstanding issues and meeting with the TCA Arnaldo Claudio. (2.0) | N/A | X | 30/June | |
|---|---|---|---|---|

| | | TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | $6,500.00 | |
| | | TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | $2,600.00 | |
| | | **TOTAL TO BE BILLED:** | **$9,100.00** | |
| | | | TOTAL HOURS WORKED "PRO BONO": 22.67 HOURS | |

INVOICE PRESENTED BY:

_Ongoing Jimel_

LINDA V. NAVEDO CORTÉS
TCA Core Team
June 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_Carlos Claudio_  8/14 2015

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

## VOUCHER

**Invoice for Date of Service:   June 2015**

**TO:  TCA Corporation**

**FROM: Gerard LaSalle, Ph.D. LLC   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**

**PHONE: 973-943-3167**   lasalle14@comcast.net

**TAX ID: 20-5830242**

**CASE: Reform Agreement Police of Puerto Rico**

**Professional Fee**

**TCA on-site visit:  June 1-5**

**(fixed rate)**                                                    **$6500.**


**Month of June:**

**Review PRPD Status Report**

**Prepare TCA response to PRPD Status Report and hold conference call on recommendations**

**Review field interviews of TCA Core Team, prepare new reporting format with instructions**

**Total payable hours: 17.33 x $150. per hour**          **$2600.**


**TOTAL AMOUNT DUE**                                    **$9100.**

6/30/15

**Gerard LaSalle**

9 July 2015

# INVOICE 0104

6/25/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of June 21-28, 2015 to TCAPR CORP | 900.00 |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of May 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed & obtained information on best police practices for Field Training & Evaluation Program (8 hours) | X | N/A | 1/June | 1,200.00 |
| Researched, reviewed and obtained information on best police practices dealing with standardized evaluation guidelines for Patrol (2 hours) | X | N/A | 2/June | $300.00 |
| Researched, reviewed & obtained information for Hate/Bias crime investigation (2 hours) | X | N/A | 2/June | 300.00 |
| Researched, reviewed and obtained information on best police practices dealing with Public Information Officers in emergency service agencies (8 hours) | X | N/A | 3/June | 1,200.00 |
| Researched, reviewed and obtained information on best police practices dealing with Sergeant's promotional process ( 4 hours) | X | N/A | 6/June | 600.00 |
| Represented the TCA CORE Team at the IPICD-CEER Camera-Based Systems Symposium (8 hours) | X | N/A | 9-11/June | 1200.00 |
| Researched, reviewed & obtained information on best police practices concerning Crowd control (4 hours) | X | N/A | 17/June | 600.00 |
| TCA Core Team Week (10 hours-see agenda + work after hours) | N/A | X | 23/June | $1,300.00 |



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 24/June | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 25/June | $1,300.00 |
| TCA Core Team Week (10 hours– see agenda + work after hours) | N/A | X | 26/June | $1,300.00 |
| Researched, reviewed and obtained information on best police practices dealing Tactical Operations (10 hours) | X | N/A | 27/June | $1500.00 |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $5200.00 |
| TOTAL OF BILLABLE HOURS 26 HOURS @ $150): | | | | $3900.00 |
| TOTAL 20 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

_Alan C. Youngs_
Alan C. Youngs
 TCA Core Team
June 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _8 July_ , 2015.

Company Name: Rafael E. Ruiz
Address: 610 Pleasant St
Canton, MA 02021
Phone: 617-759-9156

# INVOICE

TO: TCAPR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO. 2015-09

DATE 06/30/15

PERIOD ENDING: June 30, 2015

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|------|---------------|---------------|-----------------|---------------|
| | | | 0 | $ - |
| June 2, 2015 | Work on OG's 601, 605, 617 | | 0 | $ - |
| | | | 6 hrs @ $150/hr | $ 900.00 - |
| | | | 0 | $ - |
| June 8, 2015 | Work on TCA's Final 6-month Draft | | 7 hrs @ $150/hr | $ 1,050.00 - |
| | | | 0 | $ - |
| June 9th. | Review and recomended on PRPD Perfil Posicion de Sargento | | 5 Hrs. 0 $150.00 | $ 750.00 - |
| | | | 0 | $ - |
| June 18 | Review final OG for CIC | | 5hrs. 0 | $ 750.00 - |
| | | | 0 | $ - |
| June | (several dates) phone calls, emails | | 5 Hrs. 0 | $ 750.00 - |
| | | | 0 | $ - |
| Junio 20 | Academy training curriculum on OG 603, 604 | | 3 Hrs. 0 | $ 450.00 - |
| Junio 23 | Site Visit- Meetings at Police HQ all day | | 0 1 | $ 1,300.00 - |
| Junio 24 | Site Visit- Meetings at Police HQ all day | | 0 1 | $ 1,300.00 - |
| Junio 25 | Site Visit- Meetings at police HQ all day | | 0 1 | $ 1,300.00 - |
| Junio 26 | Site Visit- Meetings at Police HQ/TCA Office | | 0 1 | $ 1,300.00 - |
| | | | 0 | $ - |
| | | Five(5) hours not billed | 0 | $ (750.00) - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | TOTAL INVOICE | 0.00 | $ 9,100.00 - |

I hereby declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: _____

Title: TCA Core Team

Print Name: Rafael E. Ruiz

Date: 6-30-15

Make all checks payable to _____

## THANK YOU FOR YOUR BUSINESS!

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2015
## MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:      TCAPR, LLC
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the
month of June 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Annual Report review and drafting of sections; communications and email correspondence with TCA (9.0 hours) | X | N/A | Saturday, June 6, 2015 | (9 @ $150 = $1,350) |
| Work from New York City: Annual Report review and drafting of sections (10.0 hours) | X | N/A | Sunday, June 7, 2015 | (10 @ $150 = $1,350) |
| Work from New York City: Review of Policies on Non-Discrimination: Internal and External; draft comments; review best practices; Review of Action plans and drafting of memo to TCA (10.0 hours) | X | N/A | Saturday, June 13, 2015 | (10 @ $150 = $1,500) |
| Work from New York City: Review of Policies on Non-Discrimination: Internal and External; draft comments; review best practices (6.0 billable hours and 4.0 non-billable hours) | X | N/A | Sunday, June 14, 2015 | (6 @ $150 = $900) |
| Work in Puerto Rico: See TCA Agenda (Policies, Action Plans, etc) (10.0 hours) | N/A | X | Monday, June 22, 2015 | $1,300 |
| Work in Puerto Rico: See TCA Agenda | N/A | X | Tuesday, June 23, | $1,300 |

1

| TASK PERFORMED AND HOURS WORKED:<br><br>[Policies, Action Plans, etc] (10.0 hours) | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | 2015 | |
| Work in Puerto Rico: See TCA Agenda [Policies, Action Plans, etc] (10.0 hours) | N/A | X | Wednesday, June 24, 2015 | $1,300 |
| Work from New York City: Review of Annual Report and PRPD Response; review of facts in reports, analysis and discussion for TCA meeting (1 billable hour and 9 non-billable hours) | X | N/A | Saturday and Sunday, June 28 and 29, 2015 | (1 @ $150 = $1,50) |
| | | | | |

| | | |
|---|---|---|
| | TOTAL HOURS WORKED: 78.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 days, 30 HOURS) | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | | $5,200 |
| TOTAL TO BE BILLED: | | $9,100 |

INVOICE PRESENTED BY:

_signature_

MARCOS F. SOLER
TCA Core Team
June 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_signature_ 9 July 2015

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _9 July_ , 2015.

**DIRECTORIA DE SERVICIOS AL CONDUCTOR**

**PERMISO PARA VEHICULOS DE MOTOR O ARRASTRES**

La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

2014 JEEP COMPASS SPORT NEGRO
Automovil (Privado), Auto Privado
Descripción y Clasificación del Vehículo

| 11177412 | 04jun2013 | HXO057==== | 11196557 |
|---|---|---|---|
| Registración | Fecha Registro | Tablilla | Título |

| 2014 | JEEP | CMP | | NEG | | *4 | *4 | *172 |
|---|---|---|---|---|---|---|---|---|
| Año | Marca | Modelo | | Color | | Puertas | Cilin | Cab Fuerza |

| 1C4NJCBB3ED541904 | 0 | 0 |
|---|---|---|
| VIN (Número de Serie) | Peso Desc. | Capacidad Carga |

| MZ0067 | ===================== | $19,109 |
|---|---|---|
| Dealer | Venta Condicional | Precio Contribución |

| jul 2015 a jun 2016 | *9117696* | 30jun2016 |
|---|---|---|
| Vigencia | Márbete | Expiración |

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921
Dueño del Vehículo y Dirección Postal

La Misma

Dirección Residencial, sólo si es diferente a Postal
P. VENTA          $0

| | Boleto | Fecha | Cantidad | Mun. | Orden o Ley |
|---|---|---|---|---|---|
| | | | | | |

| Multas | $0.00 |
|---|---|
| Derechos Anuales | $40.00 |
| ACAA | $35.00 |
| Renovacion | $10.00 |
| Seguro Oblig | $99.00 |
| **Importe total** | **$184.00** |

Licencia          Estación de Inspección

20150514-11291500-384-10810-10001-0426B8822

**— ORIGINAL - DUEÑO —**

**CLAVES MUNICIPALES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 Adjuntas | 20. Ceiba | 39. Hurnacao | 57. Naguabo | 74. Santa Isabel |
| 2 Aguada | 21. Ciales | 40. Isabela | 58. Naranjito | 75. Santurce |
| 3 Aguadilla | 22. Cidra | 41. Jayuya | 59. Orovocis | 76. Toa Alta |
| 4 Aguas Buenas | 23. Coamo | 42. Juana Diaz | 60. Patillas | 77. Toa Baja |
| | 24. Comerío | 43. Juncos | 61. Peñuelas | 78. Trujlio Alto |
| 6. Aibonito | 25. Corozal | 44. Lajas | 62. Ponce | 79. Roosevelt |
| 7 Añasco | 26. Culebra | 45. Lares | 63. Puerto Nuevo | 80. Utuado |
| 8 Arecibo | 27. Dorado | 46. Las Marías | 64. Quebradillas | 81. Vega Alta |
| 9 Arroyo | 29. Fajardo | 47. Las Piedras | 65. Rincón | 82. Vega Baja |
| 10. Barceloneta | 31. Guánica | 48. Canovanas | 66. Rio Grande | 83. Vieques |
| 11. Barranquitas | 32. Guayama | 50. Luquillo | 67.Rio Piedras | 84. Vitalba |
| 12 Bayamón | 33. Guayanilla | 51. Manatí | 68. Sabana Grande | 85. Yabucoa |
| 13 Cabo Rojo | 34. Guaynabo | 52. Maricao | 69. Salinas | 86. Yauco |
| 14. Caguas | 35. Gurabo | 53. Maunabo | 70. San Germán | 87. Florida |
| 15. Camuy | 36. Hatilo | 54. Mayagüez | 71. San Juan | 88. Loíza |
| 16. Carolina | 37. Hato Rey | 55. Moca | 72. San Lorenzo | |
| 18. Cataño | 38. Hormigueros | 56. Morovis | 73. San Sebastián | |
| 19. Cayey | | | | |

**INSTRUCCIONES AL CONTRIBUYENTE**

1. Notifique cambio de dirección residencial y postal dentro de los sesenta (60) días siguientes al cambio
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago
3. Devuelva la tablila, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandono por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículos uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 pasajeros deberán cumplir con los requisitos de la Comisión de Servicio Público.
5. Radique en el Centro de Servicio al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por valor de diez (10) dólares. [Artículo 3.34 (e)].
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sello de Rentas Internas, mas diez (10) dólares por traspaso tardío. [Artículo 2.34]  Después de los treinta (30) días pagará diez (10) dólares en Sello de Rentas Internas, mas diez (10) dólares de traspaso tardío, más cinco (5) dólares por cada mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo Multa de $50.00.

**TRASPASO DE VEHICULO**

Los traspasos de los vehículos registrados a partir del 7 de enero de 2001 deberán ser notariados en el título solamente.

USE LETRA DE MOLDE

NOMBRE DEL VENDEDOR

NOMBRE DEL COMPRADOR

NUMERO SEGURO SOCIAL DEL COMPRADOR          NUMERO LICENCIA CONDUCIR

*Residencial*
Urbanización, Condominio o Barrio

Número de Casa          Calle          Apartamento o Buzón

Municipio          Zip Code

*Postal*
Urbanización, Condominio o Barrio

Número de Casa          Calle          Apartamento o Buzón

Municipio     (Sólo si es Diferente a la Residencial)          Zip Code

AFFIDAVIT NUMERO
COMPARECEN:

FIRMA DEL VENDEDOR (MARCA) O TESTIGO

FIRMA DEL COMPRADOR (MARCA) O TESTIGO

TABLILLA          MILLAJE
ASIGNADA          ACTUAL

SUSCRITO Y JURADO ANTE MI POR LOS
COMPARECIENTES A QUIENES DOY FE DE CONOCER

FECHA

LUGAR

ABOGADO NOTARIO          COLECTOR DE RENTAS INTERNAS
O FUNCIONARIO AUTORIZADO
DEL DEPARTAMENTO DE
TRANSPORTACION Y OBRAS PUBLICAS

CERTIFICACION DE CUMPLIMIENTO CON EL SEGURO DE RESPONSABILIDAD OBLIGATORIO

**FAVOR DE ENTREGAR ESTA CERTIFICACION AL OBTENER O RENOVAR LA LICENCIA DEL VEHICULO AQUI DESCRITO PARA EVITAR PAGAR LA PRIMA DEL SEGURO OBLIGATORIO QUE APARECE EN EL FORMULARIO DE LA LICENCIA.**
Para que esta certificación pueda utilizarse en sustitución del pago del Seguro de Responsabilidad Obligatorio, la fecha en que se obtiene o renueva la licencia debe estar comprendida dentro del período de la póliza aquí indicado.

**3818873**

Se certifica que el vehículo aquí descrito por la póliza de Seguro de Responsabilidad que se indica y la misma cumple con el requisito de seguro establecido por la Ley Núm. 253 del 27 de diciembre de 1995, según enmendada, conocida como Ley del Seguro de Responsabilidad Obligatorio para Vehículos de Motor. Dicha póliza garantiza la cubierta del Seguro de Responsabilidad Obligatorio durante el periodo de vigencia de la licencia del vehículo de motor aquí descrito en caso de cancelación o no renovación de dicha póliza conforme a la Regla LXX del Reglamento del Código de Seguros de Puerto Rico.

| Compañía Aseguradora: | Emisor: | Número de Póliza: | Período de la Póliza (mes/día/año): | | Fecha Certificado (mes/día/año): | Número de Certificado: |
|---|---|---|---|---|---|---|
| A155 | A155U006 | CAP030692200 | Desde: 02/23/2015  Hasta: 02/23/2016 | | 06/19/2015 | 0153357848 |

| Descripción del Vehículo Asegurado/Marca: | | Modelo: | Año: | Número de Registro: | Tablilla: | Núm. Identificación (VIN): |
|---|---|---|---|---|---|---|
| JEEP | | COM | 2014 | 11177412 | HXO057 | 1C4NJCBB3ED541904 |

Asegurado Nombrado o Dueño/Dirección:

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918

Firma Autorizada:

**VALIDO HASTA 08/30/2015**          Copia - Dueño

```
    xxx COPY xxx

SERVICENTRO LAS LOMAS GULF
  C/ 31 S.O. ESQ 39 S.O.
        LAS LOMAS
    SAN JUAN , PR  00901
      (787) 792-5820

Wed Jul 01 2015 11:16 AM  1714  ZULMA

MARBETES              85.00
SERVICIO MARBETE       5.00
COPIA                  0.50
COPIA                  0.50
          SubTotal    91.00
Receipt   1714 Total  91.00

          Cash       100.00
          Cash        -9.00

Tablilla.............................
```

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9122
06/30/15 19:22:59

| | | |
|---|---|---|
| Numero de Cuenta: | | ACTO3451155 |
| Cantidad de Pago: | $ | 8.00 |
| Metodo de Pago: | | Efectivo |
| Balance: | $ | 20.95 |



**H1 TECH 106 AUTO CARE**
**GUAYNABO**

TERMINAL ID.:                 87880253
MERCHANT #:                8788103700215

PAYMENT METHOD: CASH

USER:                              9876
PEAJE
807886276070407140128

SALEPPCASH

BATCH: 000012        TRACE: 001796
DATE: Jun 25, 15     TIME: 10:54
001756               AUTH NO: 090EWC


TOTAL                      $10.00


                   APPROVED
                   12.05

              PREPAID CARD SALE


X..................................................
      I AGREE TO PAY ABOVE TOTAL AMOUNT
     ACCORDING TO CARD ISSUER AGREEMENT
    MERCHANT AGREEMENT IF CREDIT VOUCHER


                 CUSTOMER COPY

---

Recibo de Re.....

www.**autoexpr**.....o.com
             PO Box 118...
     San Juan, PR 00... · 888
          1-888-688-1... .
   Plaza Caguas Norte, Carril 12
          Cajero: 95...
        06/18/15 14:... ...

Numero de Cuenta:        ...03451154
Cantidad de Pago:    $      10.00
Metodo de Pago:           Efectivo
Balance:             $      21.45

   Favor de comunicarse ... nuestro
   Centro de Servicio ... Cliente
   referente a su sell... ...021912.
          Codigo:        ...

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9505
06/03/15 16:40:46

Numero de Cuenta:        ACT03451155
Cantidad de Pago:        $      20.00
Metodo de Pago:               Efectivo
Balance:                 $      23.10

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9113
06/15/15 13:00:40

Numero de Cuenta:        ACT03451155
Cantidad de Pago:        $      20.00
Metodo de Pago:               Efectivo
Balance:                 $      23.65



Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9512
06/26/15 19:45:53

Numero de Cuenta:        ACT03451155
Cantidad de Pago:        $      25.00
Metodo de Pago:               Efectivo
Balance:                 $      30.30

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 2522
06/02/15 15:06:35

Numero de Cuenta:        ACT03451155
Cantidad de Pago:        $       5.00
Metodo de Pago:              VISA 6489
Balance:                 $       7.00

FABR PETROLEUM
767-1010

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CR#07 | | 31.00 |
| | Sub Total | 31.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| | TOTAL | 31.00 |
| | MAN CRED $ | 31.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 16920
06/23/15  18:22:27          ST# TX224



TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amoun |
|--------|-----|-------|
| REG  CA #08 | 53.548L | 40.0 |
| | @ 0.747/ L | |
| Prepay Fuel | | -40.0 |
| | Sub Total | 0.0 |
| | STATE | 0.0 |
| | SPECIAL 2% | 0.0 |
| | TOTAL | 0.0 |
| | CASH $ | 0.0 |

THANKS, COME AGAIN
REG# 0003 CSH# 012 DR# 01  TRAN# 370
06/29/15  07:48:17          ST# 000

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH          REC# 13996          06/17/15

**** RECIBO ****

1  GASOLINA BOMBA-04              40.00
                                 ------
                                  40.00
        TAX MUN . . . . .          .00
        TAX EST . . . . .          .00
                                 -------
TOTAL DE LA VENTA . . . . .       40.00

CAMBIO DE   40.00 -    .00

: GRACIAS POR SU COMPRA, VUELVA PRONTO *

            1-Adm  10:34

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 40.00 |
| | Sub Total | 40.00 |
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| | TOTAL | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN## 12723
06/24/15  19:08:45          ST# AB123


ATH

CAGUAS PETROLEUM GROUP INC
BO BAIROA SEC LOS NUNEZ AVE JOSE VILLARE
CAGUAS

| DATE | TIME | HOS |
|------|------|-----|
| Jun 26.15 | 19:34:35 | AT |
| BATCH | TERMINAL ID | MERCHANT I |
| 000159 | 38V15451 | 454910656729 |

CASH SALE

CASH CHK

AUTH. CODE: 688425        INVOICE: 019873

                          TRACE  :018318

AMOUNT:        $          40.00
State TAX:     $           0.00
Mun. TAX:      $           0.00
TOTAL :        $          40.00

IVULOTO: 3UUT2-CX7R3
ET DRAW053 JUL-04/15

- NO SIGNATURE REQUIRED -

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

```
        BIENVENIDOS A                          BIENVENIDOS
           ANY TIME                               ANY  TIM
           CAROLINA                               CAF   I'

Descr.           qty        amount      Descr.            (           amount
-------          ---        ------      -- ----          ..           --- ..
Prepay CA#01                 20.00      Prepay CA#03                   30.00
                           ----------                               ----------
             Sub Total       20.00                   Sub Total        30.00
             MUNICIPAL        0.00                    MUNICIPAL         0.00
             ESTATAL          0.00                    ESTATAL           0.00
        TOTAL            20.00               TOTAL             30.00
             CASH $       20.00                       CASH $       30.00
      THANKS,COME  AGAIN                   THANKS,COME  AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 13266  REG# 0001 CSH# 010 DR# 01  TRAN# 15528
06/10/15  15:03:29         ST# AB123     06/04/15  21:24:57         ST# AB123
```



```
        BIENVENIDOS A                          BIENVENIDOS A
           ANY TIME                               ANY TIME
           CAROLINA                               CAROLINA

Descr.           qty        amount      Descr            qty        amount
-------          ---        ------      -- ---           ---        ------
Prepay CA#04                 20.00      Prepay CA#01                 20.00
                           ----------                             ----------
             Sub Total       20.00                   Sub Total       20.00
             MUNICIPAL        0.00                    MUNICIPAL        0.00
             ESTATAL          0.00                    ESTATAL          0.00
        TOTAL            20.00               TOTAL            20.00
             CASH $       20.00                       CASH $       20.00
      THANKS,COME  AGAIN                   THANKS,COME  AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 14189  REG# 0001 CSH# 008 DR# 01  TRAN# 1962
06/03/15  21:49:56         ST# AB123     06/07/15  19:33:18         ST# AB12
```

```
NVENIDO A                         PROHIBIDO CONSUMIR
GO STORES 24HRS.                  IDAS ALCOHOLICAS
UAS .                             STACION O SJS PREDIOS
                                  0004 CSH# 008 DR# 01  TRAN# 46896
r.       qty       amount               ST#  00019
                    30.00         /15  17:27:49  ------
pay CA#14                         - PIDE TU RECIBO -------
          Sub Total    30.00
          STATE         0.00      ILOTO: MTYXJ-2JTNL
          SPECIAL 2%    0.00      DRAW046 Jun/09/2015
       TOTAL CASH  30.00          JTROL: 283-790609
          CASH $   30.00
  , VUELVA PRONTO                 N IVULOTO TODOS NOS ------
                                  -- BENEFICIAMOS -------
```

```
=========================================
            PRINT NO.      29501

              ODEH GROUP
             TEL.755-4820


JUN 02 15 06:21PM    RECEIPT NO. 1614807

                       STORE ID 12345

PUMP  GRADE    VOLUME   PPU     AMOUNT
----- -------- -------- ------ ----------
      PREPAY COMPLETE                -40.00
  5    REGULAR  53.548L  0.747      40.00
                CASH     TOTAL       0.00


=========================================
```

*Raul*
*Compass*

```
=====================================
           PRINT NO.      20301

         SHELL CAPARRA
         AVE.ROOSEVELT

 JUN 25 15 10:21AM     RECEIPT NO. 134334

                     STORE ID 12345

 PUMP   GRADE    VOLUME    PPU     AMOUNT
 ----   -----    ------    ---     ------
  6     REGULAR  34.046L  0.777     26.45
        PREPAY DEPOSIT              -40.00

              CASH     TOTAL       -13.55

=====================================
```

*Kaur*
*Jeep Compass*

H
```
------------------------------------
        PUMA ZONA BANCARIA
      AVENIDA PONCE DE LEON
      HATO REY, PUERTO RICO
------------------------------------
CASH        REC# 20844      06/26/15
------------------------------------

     ****  RECIBO  ****

 1  GASOLINA(06) 13.21Lt        10.00
    (REGULAR) 75.7/Lt
                              --------
                                10.00
           TAX MUN . . . . .      .00
           TAX EST . . . . .      .00
                              --------
 TOTAL DE LA VENTA . . . . .    10.00


 * GRACIAS POR SU COMPRA, VUELVA PRONTO *

         2-Adm  13:04c
------------------------------------
```



```
      AMMAR GAS STATION
 AVE ROOSEVELT 950 PUERTO NUEVO
          SAN JUAN
 DATE       TIME          HOST
 Jun 22.15  12:30:59      ATH
 BATCH     TERMINAL ID  MERCHANT ID
 000040    38V18745  4549106587785

        CASH SALE

 CASH CHK

 AUTH. CODE: 417455    INVOICE: 010658
                       TRACE  :010240

 AMOUNT:      $       40.00
 State TAX:   $        0.00
 Mun. TAX:    $        0.00
 TOTAL :      $       40.00

 IVULOTO: 4JXU7-D1D6A
 ET DRAW052 JUN/30/15

     - NO SIGNATURE REQUIRED -

 CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
 AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
 SHOWN HEREON AND AGREES TO PERFORM THE
 OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
 AGREEMENT WITH THE ISSUER

        CUSTOMER COPY
```

*Raul*
*Jeep*

```
        ROOSEVET S/S
        787-783-3985

 Descr.        qty        amount
 -----         ---        ------
 REG    CA #03  12.255L      9.40
               @ 0.767/ L
 Prepay Fuel               -9.40

            Sub Total        0.00
            STATETAX         0.00
            CITYTAX          0.00
 TOTAL                       0.00
            CASH $           0.00
 THANKS - COME AGAIN
 REG# 0001 CSH# 008 DRH 01  TRAN# 11727
 06/24/15  07:12:57        STH AB123
```

*Raul Compass*

```
       BIENVENIDOS A
         ECOMAXX

 Descr.        qty        amount
 -----         ---        ------
 REG    CA #03  39.899L      30.60
               @ 0.767/ L
 Prepay Fuel               -40.00
            -----------------
            Sub Total       -9.40
            TEST             0.00
 TOTAL                      -9.40
            CASH $          -9.40
 THANKS - COME AGAIN
 REG# 0001 CSH# 006 DRH 01  TRAN# 17337
 05/23/15  09:25:18        STH AB123
```

```
        TO GO STORE GURABO
         CARR 189 KM O.4
        BO. NAVARRO GURABO
           PR, OO778

   Descr.          qty         amount
   --------        ---         ------

   REG  CA #01    29.915L        22.65
                  @ 0.757/ L
          Prepay Fuel          -30.00
                             ----------
                  Sub Total     -7.35
                      STATE      0.00
                  SPECIAL 2%     0.00
            TOTAL            -7.35
                   CASH  $    -7.35
     THANKS, COME AGAIN
   REG# 0003 CSH# 015 DR# O1  TRAN# 33973
   06/18/15  14:04:58           ST# 00012
```



```
              TO  GO  STORES
                 FRAILES
              787  523  1625


Descr.              qty        amount
---------           ---        --------
REG  CR #01     53.547L          40.00
                @ 0.747/ L
        Prepay Fuel             40.00
                               ---------
            Sub Total            0.00
                 TAX             0.00
         TOTAL.                0. 00
                CASH  $          0.00
     THANKS, COME  AGAIN
    REG# 0003 CSH# 010 DR# 01  TRAN# 34352
    06/30/15  15:28:55          ST# 00031
```

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I
Subject: Memorandum for Record-Work performed for the month of June.

During the month of June the TCA, his staff, and the Core Team participated in several meetings and engaged in different activities pursuant to the Agreement.

The TCA sustained several meetings relating to complaints. Additionally met Cecilia la Luz, Representative of LGBTT Community; with Sergeant Pérez and Col. José Luciano at Carolina Police Headquarters; with HUD Regional Director, Mr. Antonio Córdova; and with Dr. Ricardo Blanco Peck to follow up on the surveys required by paragraph 241. The TCA met with the Reform Unit team to discuss the Core Team visit agenda and with USDOJ to discuss the budget assign to the TCA Office. The TCA's Six Month Report was submitted on June 10; comments on the External Policy for Equal Protection and Non-Discrimination, to the draft of the General Order for the Reorganization of the Assistant Superintendence of Professional Responsibility, and Police Practice Free of Sexual Harassment, Discrimination and Inappropriate Behavior were submitted on June 17.

The Core Team visited the Police Headquarters Reform Unit to discuss Policies to establish Police Practice Free of Sexual Harassment, Discrimination and Inappropriate Behavior, the Reorganization of the Superintendence of Professional Responsibility, the External Policy for Equal Protection and Non-Discrimination; and the review Action Plans (Recruitment, Selection, and Hiring, Professionalization, Drug and Narcotics Division and Community Engagement and Public Information) by their respective designated TCA Core Team member and Constitutional Lawyer. The TCA Core Team discussed pending issued, scheduled the Six Month Work Plan and worked in report writing.



Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under stipulation 253 of the Agreement and the monthly meeting with TCA´s CPA for updating employee records and payroll. The team´s July and August agenda and the work plan was scheduled and reviewed; coordination and preparation of the TCA´s agenda and meetings for the month of July and August, and preparing respective court documents for the parties' review and input.

CLERK'S OFFICE AND
U.S. DISTRICT COURT
2015 JUL 9   AM
RECEIVED AND FILED