


Factura 07/04/15
Cuenta 769528798 2
Núm. Servicio 765-2209-978
Página 1 de 3

| FECHA DE VENCIMIENTO | 08/02/15 |
|---|---|
| TOTAL A PAGAR | $187.51 |
| CANTIDAD ENVIADA |  |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000018751 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
lala: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

*Por favor, desprenda este talón y devuélvalo con su pago.*

Factura 07/04/15
Cuenta 769528798 2



Chatea en VIVO con un representante de servicio al cliente

accede a claropr.com

CHAT de Apoyo en Línea

lunes a sábado 8am a 9pm
domingo 8am a 7pm
Roaming 24 horas

| RESUMEN DE SU CUENTA | Balance Anterior | $ 180.99 |
|---|---|---|
| | Pagos Recibidos - ¡Gracias! | 180.99CR |
| | Ajustes | 0.00 |
| TOTAL BALANCE VENCIDO | | $ 0.00 |

| SERVICIOS TELEFONIA FIJA | | 187.51 |
|---|---|---|
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 08/02/15 | | $ 187.51 |

| TOTAL A PAGAR* | $187.51 |
|---|---|

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Efectivo el 1 de julio 2015 se estarán reflejando los siguientes cambios en su factura:

. La Junta Reglamentadora de Telecomunicaciones de P. R. mediante orden determinó aumentar el factor de contribución al Fondo de Servicio Universal local de 0.52% a 1.39%
. La Comisión Federal de Comunicaciones determinó que para el tercer trimestre de 2015, el factor de contribución al Fondo de Servicio Universal Federal será de 17.1%.
. El cargo por concepto del recobro de acceso ("ARC") será de $0.49 para línea residencial y pequeños negocios, y de $1.01 para multi-líneas y líneas de Gobierno.
. El impuesto estatal (IVU) aumentará a 10.5%.

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3663 |
|---|---|
| Date: | 7/31/2015 |
| Amount due USD$: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (July 2015): Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| | | Total: USD$ | | 1460.00 |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

**FECHA:** 1-Aug-2015
**FACTURA:** 2015-WP/AUG

**FACTURAR A:**
TCAPRCORP
268 AVE. MUNOZ RIVERA
SUITE 1001 WORLD PLAZA
SAN JUAN PR 00918

| DESCRIPCION | CANTIDAD |
|---|---|
| RENTA DEL LOCAL / RENTA 01 | $ 3,000.00 |
| **TOTAL** | **$ 3,000.00** |

Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto**
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757 ext. 1574.

PO Box 41207
San Juan, PR 00940-1207
Teléfono (787) 763-5757



AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA
Estado Libre Asociado de Puerto Rico