12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of July.

During the month of July the TCA, his staff, and the Core Team participated in several conference calls and engaged in different activities pursuant to the Agreement.

The TCA received documents and visits relating unresolved complaints to review and schedule meetings. The TCA also met with; the parties to discuss the public hearings in Ponce, and with USDOJ, PRDOJ and representatives of the Reform Unit to discuss the final approval for the Action Plans. The TCA visited the Mounted Division and a TCA Core Team member participated in a training offered by the Bayamon's Central Board of Community Interaction Council. Met with the Community Leaders, with Governments Officials and with Dr. Blanco Peck and with Ismael Rivera from Sindicato de Policias Puertorriqueños.

The following General Orders were reviewed:
1. Creating Force Investigative Unit,
2. Report of Use of Force and,
3. Domestic Violence and the Functions and Responsibilities of Specialized Divisions of Domestic Violence in Incidents involving PRPD employees.

Furthermore, the Sergeant's test was reviewed, discussed and the recommendations were presented to the Superintendent Office. The TCA recommended job descriptions, duties and responsibilities for the rank of Captain; Dr. Blanco Pecks and the TCA presented to the parties Plan of Activities and Surveys. Comments were presented on the following Action Plans: Equal Protection of the Laws, Administrative Complaints, Search and Seizures and Use of Force. The Six Month Report was presented to the parties and filed in Court.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under paragraph 253 of the Agreement, the monthly meeting with the TCA's CPA, updating employee records and payroll, revision of the Core Team's August agenda, circulating CT agenda and the Core Team work plan; coordination and preparation of the TCA's agenda and meetings for the month August, and preparing respective court documents for the parties' review and input of the TCA Expenses, paragraph 30.