# INVOICE FOR PROFESSIONAL SERVICES: JULY 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:  **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **July/2015**, is detailed as follows:



| TASK PERFORMED / WORK DESCRIPTION | RATE | WORK | DATE | AMOUNT |
|---|---|---|---|---|
| Working session for the attention and coordination of outstanding issues related to: (a) Paragraph 241 (surveys); (b) matters relating to the policies in the process of revision during the month of July; (c) coordination of agenda for July/ 2015; (d) phone calls and writing of e-mails related to the matters worked, among others matters. (4.0 hrs.) | N/A | X | 1/July | $600. |
| Working Session for the attention of outstanding issues related to: (a) "Plan of Activities" to carry out the surveys required by Paragraph 241 of the Agreement; (b) reading, review and analysis of documents sent and related to the TCA's Second Report as per Paragraph 250; (c) investigation regarding police's survey best practices, among other things. (6. 0 hrs.) | N/A | X | 9/July | $900. |
| Attendance and participation in the activity realized in National University in Bayamón, with the participation of the Community Safety Council (Central Committee) to the group of leaders from Bayamón. (4. 0 hrs.) | N/A | X | 11/July | $600. |
| Working Session for: (a) drafting of electronic communications to the TCA Arnaldo Claudio in attention to various aspects related to the area | N/A | X | 13/July | $1,200. |

1

| | | | | |
|---|---|---|---|---|
| of the Agreement of Community Interaction; (b) reading, review and analysis of documents related to the best practices of surveys to law enforcement systems. As well as, review and analysis of the content of the surveys' questionnaires for the police members, arrested persons and community, in attention of the Paragraph 241. (8.0 hrs.) | | | | |
| Continuation of the work session for the reading, review and analysis of documents related to the best practices of surveys to law enforcement systems. As well as, review and analysis of the content of the surveys' questionnaires for the police members, arrested persons and community, in attention of the Paragraph 241. (8.0 hrs.) | N/A | X | 14/July | $1,200. |
| Continuation of the work session for the reading, review and analysis of documents related to the best practices of surveys to law enforcement systems. As well as, review and analysis of the content of the surveys' questionnaires for the police members, arrested persons and community. And conference call with the TCA, Dr. Blanco Peck, Eric Guzmán, Lara Morell, Marcos Soler, and the USDOJ in attention of the survey process and questionnaires, , in attention of the Paragraph 241. (8.0 hrs.) | N/A | X | 15/July | $1,200. |
| Working Session for the final review and drafting of document relating to the revision of the questionnaires of the surveys, in attention of the Paragraph 241. (6.0 hrs.) | N/A | X | 16/July | $900. |
| Review of documents, e-mails' draft, and phone calls in attention to pending outstanding efforts regarding Paragraph 241. (2.0 hrs.) | N/A | X | 17/July | $300. |
| Working Session for the reading, review and analysis of documents related to the best practices of internal affairs and public information. As well as, review and analysis of the "Administrative Order for the Public Information Program for Complaints and | N/A | X | 20/July | $1,050. |

| | | | | |
|---|---|---|---|---|
| Recognitions". Drafting of document relating to the review of the administrative order. (7.0 hrs.) | | | | |
| Continuation of the work session for the reading, review and analysis of documents related to the best practices of internal affairs and public information. As well as, review and analysis of the "Administrative Order for the Public Information Program for Complaints and Recognitions". Drafting of document relating to the review of the administrative order. (7.0 hrs.) | N/A | X | 21/July | $1,050. |
| Review of observations; as well as integration of comments sent by the constitutional lawyers Antonio Bazán and Federico Hernández Denton, for the final draft document for review of the "Administrative Order for the Public Information Program for Complaints and Recognitions". (7.0 hrs.) | N/A | X | 22/July | $1,050. |
| Working session for the attention of the August TCA Core Team Agenda; review and update of the TCA's matrix of the policies, reading of documents sent and follow-up on outstanding issues. (7.0 hrs.) | N/A | X | 29/July | $1,050. |
| | | | | |
| **TOTAL OF BILLABLE HOURS (60.66 HOURS @ $150):** | | | | **$9,100.00** |
| **TOTAL TO BE BILLED:** | | | | **$9,100.00** |
| **TOTAL HOURS WORKED "PRO BONO": 13.34 HOURS** | | | | |

INVOICE PRESENTED BY:


_Linda V. Navedo Cortés_
LINDA V. NAVEDO CORTÉS
TCA Core Team
July 1st, 2015

_(signature)_ 10 Aug 2015

3

Company Name: Rafael E. Ruiz
Address: 610 Pleasant St.
Canton, MA 02021
Phone: 617-759-9156

**INVOICE**

TO: TCAPR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO.   **2015-10**

DATE   **07-31-15**

PERIOD ENDING:   July 31, 2015

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | | TOTAL INVOICE |
|------|----------------|----------------|------------------|--|----------------|
| July 1st-31st | Read/review TCA/CT docs and emails | | 7hrs x | $150 | $ 1050.00 |
| | | | 0 | | $ |
| July 2nd | Review GO on Force Invest Unit | | 6hrs x | $150 | $ 900.00 |
| | | | 0 | | $ |
| | | | 0 | | $ |
| July 3rd | Review Forms re: Force Invest Unit | | 4hrs x | $150 | $ 600.00 |
| | | | 0 | | $ |
| | | | 0 | | $ |
| July 10th | Research on Use of Force issues | | 5hrs x | $150 | $ 750.00 |
| | | | 0 | | $ |
| July 21st-23rd | Review DOJ's comments on Adm Orders re: Use of Force Div. | | 0 | | $ |
| | | | 3hrs x | $150 | $ 450.00 |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | | | 0 | | $ |
| | TOTAL INVOICE | | 25 hrs  0 x $$ 150 3750.00 | | $ |

I hereby declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *Rafael E Ruiz*

Title: TCA- Core Team

Print Name: Rafael E. Ruiz

Date: July 31,2015

Make all checks payable to   Same as above
THANK YOU FOR YOUR BUSINESS!

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: August, __10__, 2015

4

# INVOICE FOR PROFESSIONAL SERVICES: JULY 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:     TCAPR, LLC
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of July 2015, is detailed as follows:

| | | | | |
|---|---|---|---|---|
| Work from New York City: Action Plans methodology (6.0 hours) | X | N/A | Sunday, July 5, 2015 | (6 @ $150 = $900) |
| Work from New York City: Action Plans Methodology; Review of Surveys by Dr. Blanco Peck (13.0 hours) | X | N/A | Saturday & Sunday, July 11 & 12, 2015 | (13 @ $150 = $1,950) |
| Work from New York City: Review of DV Policies, Action Plans Methodology, Review of TCA correspondence (14.0 hours) | X | N/A | Saturday & Sunday, July 18 & 19, 2015 | (14@ $150 = $2,100) |
| Work from New York City: Action Plan Memoranda, Conference Call, Calls to TCA (6.0 hours) | X | N/A | Monday, July 20, 2015 | (6 @ $150 = $900) |
| Work from New York City: Review of DV Policies, Review of DOJ comments, Draft of Report (7.0 hours) | X | N/A | Tuesday-Thursday, July 21-23, 2015 | (7 @ $150 = $1,050) |
| Work from New York City: Action Plans Methodology, Review of TCA correspondence (15.0 hours) | X | N/A | Friday - Tuesday, July 24-28, 2015 | (15@ $150 = $2,250) |
| Work from New York City: Action Plan | X | N/A | Wednesday | n/a |

| | | | | |
|---|---|---|---|---|
| discussion, Conference Call, Calls to TCA (4.0 non-billable hours) | | | | & Thursday, July 29-30, 2015 |

TOTAL HOURS WORKED: 65.00 HOURS

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 days, 0 HOURS) | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK  (61 HOURS @ $150): | $9,100 |
| TOTAL TO BE BILLED: | $9,100 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
July 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _10 Aug_, 2015.

John J Romero

2301 Pacific Ave

Costa Mesa, CA 92627


July 31, 2015

Office of the Technical Compliance Advisor

268 Munoz Rivera, World Plaza, Suite 1001

San Juan, Puerto Rico 00918


INVOICE #12

FOR PROFESSIONAL SERVICES RENDERED FOR THE MONTH OF JULY 2015

Reviewed PRPD's General Order on Creating a Force Investigative Unit          (5) hours  7/1

Reviewed PRPD's forms relating to FIU Investigations          (3) hours  7/5

   1) Preliminary Investigation of incidents of Incidents of Use of Force

   2) Record of Delivery of PPR-854 Use of Force Report

   3) Field Investigation Report of Use of Force


Conducted research re: "Best Practices" relating to investigation of Use Force   (4) hours  7/2
by Police Departments.

Prepared preliminary draft report on PRPD'S Creation of Field Investigative     (8) hour

Conducted research (nationally) re: "Best Practices" relating to
forms utilized to investigate Uses of Force          (2)  hours   7/6


Prepared preliminary draft recommendations of forms relating to       (5) hours   7/7
FIU Investigations

Prepared Final Draft of comments and recommendations          (4) hours   7/11
re: Creation of PRPD's FIU

Prepared Final Draft of comments and recommendations re: FIU       (3)  hours   7/11
related forms.

Reviewed PRPD's Job Description for the Rank of Captain.          (2) hours   7/12

Prepared Final Draft of comment and Recommendations relating to   (6) hours   7/14

 PRPD's Job Description for the rank of captain.


**TOTAL HOURS 42**

**BILLABLE HOURS 35 HOURS AT RATE OF $150 PER HOUR.**

**HOURS TOTAL $5,250**

# INVOICE FOR PROFESSIONAL SERVICES: JULY 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

> A:  **TCAPR, LLC**
> #268 Muñoz Rivera
> Suite 1001, World Plaza
> San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of July 2015, is detailed as follows:



| | | | | |
|---|---|---|---|---|
| Reviewed PRPD's general order regarding Domestic Violence concerning functions & responsibilities of specialized division of Domestic Violence, intervention in incidents of Domestic Violence involving PRPD employees & investigations of incidents of Domestic Violence. CT support member Domestic Violence ( 6 hours) | X | N/A | 2/July | 900.00 |
| Researched, reviewed and obtained information on best police practices concerning Captains Positions as requested by TCA (8 hours) | X | N/A | 6/July | 1,200.00 |
| Researched, reviewed and obtained information on best police practices concerning Crowd Control as requested by TCA (5 hours) | X | N/A | 10/July | 750.00 |
| Researched, reviewed and obtained information on best police practices concerning rules of engagement reference protesters and obtained examples of written agreements between the police and demonstrators. as requested by TCA (8 hours) | X | N/A | 20/July | $1,200.00 |
| Researched, reviewed & obtained information on best police practices for Mounted Police Training as requested by TCA (8 hours) | X | N/A | 23/July | 1,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| TOTAL OF BILLABLE HOURS 35 HOURS @ $150): | | | | | $5,250.00 |
| TOTAL TO BE BILLED: | | | | | $5,250.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
July 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _10 Ag_ , 2015.

**INVOICE FOR PROFESSIONAL SERVICES:**
**[APR 1-APR 30, JULY 1- JULY 30, 2015]**
**[SCOTT CRAGG, CRYSTAL REEF LLC]**

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283] | [SPCRAGG@VERIZON.NET]

TO:    **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the months of April, and July 2015, is detailed as follows:

| | | | | |
|---|---|---|---|---|
| Communications with TCA Principals | 8.75 hours | | 4/1, 11, 21, 30 7/4,19,29 | 900.00 |
| Research, Review Artifacts (PRPD Rues of Behavior, Federal Agency Rules of Behavior, Body Worn Cameras, 6 month report | 17 hours | | 4/2, 3, 22, 25, 28, 29 7/9, 19, 20, 27,30 | 1162.50 |
| Assessment planning and prep, logistics, interview design | 3 | | 4/4, 7/19 | 300.00 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 20 |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 28.75 |
| TOTAL TO BE BILLED: | | | | **4312.5** |
| | | | | |
| TOTAL HOURS WORKED | | | | |

INVOICE PRESENTED BY:
__//Signed//_____7/30/2015 *Original Signed*
Scott Cragg
TCA Core Team
[13932 South Springs Dr.
Clifton VA 20124]

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____ 10 Aug 2015
ARNALDO CLAUDIO, TCA, President

1



## CASTELLANOS GROUP, P.S.C.

July 31, 2015

**MR. ERIC GUZMÁN**
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Ave.
World Plaza Bldg., Suite 1001
San Juan, P.R. 00918

<u>INVOICE FOR SERVICES RENDERED TO THE TCA DURING JULY</u>

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of July 2015, ending on the 29th. No billable expenses have been incurred during the Month of August. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 2-July-15 | Meeting at PRPD Headquarters, with TCA. Re: Ponce hearing. | 2.00 |
| 8-July-15 | Conference Call between the parties. | 1.00 |
| 26-July-15 | Memorandum "In Progress Report (IPR)" regarding Ponce hearing. | 4.00 |
| 27-July-15 | Memorandum "In Progress Report (IPR)" regarding Ponce hearing. | 4.00 |
| 28-July-15 | Further work on matters pertaining to Ponce hearing | 4.00 |
| | **Hours Billed** | **15.00** |
| | **Total** | **$1,875.00** |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.*

ALFREDO CASTELLANOS BAYOUTH

*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

July 31, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for June 2015



| | | |
|---|---|---|
| 7/8/15 | Reading of Amendment to the Announcement of Exam for candidates to rank of Sargent and reply to President of Board. Reading of Final Announcement of Exam for Promotion to the Rank of Sargent and preparation of Memorandum. | 2.5 |
| 7/9/15 | Reading of First Report of Independents Monitors of NYPD. | 2 |
| 7/10/15 | Reading of US Park Service permits for demonstrations and copy of Denver Police Department Crowd Control Manual. | 2.5 |
| 7/15/15 | Reading and analysis of Profile (Job Description) of Captain and preparation of Memorandum to the Board and reply to the TCA. | 3 |
| 7/16/15 | Reading of Mounted Police Training Proposal and documents sent by TCA in 7-12-15. | 2.5 |

| 7/22/15 | Reading and analysis of Administrative Order of PRPD regarding the Complaint and Recognition Public Information Program and letter of DOJ. Reading and analysis of announcement of exam for captain of the PRPD as requested by the Chairperson of the Board of Promotions of PRPD and preparation of Memorandum to TCA. | 5 |
| 7/23/15 | Reading of Administration Order and Intervention in Domestic Violence Incidents applying to PRPD employees and General Order regarding the Functions and Responsibilities of Domestic Violence Specialized Division. | 2.5 |
| 7/24/15 | Reading and analysis of Draft of PRPD announcement of exam For promotion to the rank of Captain and analysis of Profile of Captain prepared by the Board of Promotions of PRPD. Reading of Draft of Information Bulletin of PRPD with respect to examination for promotion to Captain. | 4 |

<u>**Total hours: 24**</u>
**Per $ 125.00**
**Total: $ 3,000.00**

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

Federico Hernández Dentón

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

July 27, 2015.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-7

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings of TCAPR Corp. during the month of July, 2015.

| Date(s) | Hour(s) | Matter/Research |
|---------|---------|-----------------|
| 7/01/2015 | 2.0 Hr. /2:00 to 4:00 p.m. | Meeting at the TCA's Office.  **No charge** –legal advice provided-Attorney/client privilege applies |
| 7/09/2015 | 2 hr. | Review of Domestic Violence Policies |
| 7/13/2015 | 1 hr. | Review of Forms on Use of Force entitled 1: Registro Entrega PPR 854- Informe Uso de Fuerza 2: TCA-OR 96-30-06-15 Informe Investigacion de Campo Incidentes Uso de Fuerza 3:  Notificacion Preliminar Incidentes Uso de Fuerza TCA-OR 97-30-06-15 |
| 7/13/2015 & 7/14/2015 | 3hr. - 2:00 to 5:00 pm ---------------------------- 4.5 hr. 1:00 to 5:30 pm | Memorandum on Orden General – Creacion Division de Incidentes Uso de Fuerza TCA-OR-94-30-06-15 OG-FIU.  Memorandum has legal research and advice |
| 7/21/2015 | 1 hr. | Review, suggested changes, modifications and legal advice to Memorandum on Programa de Informacion Publica Sobre Querellas y Reconocimientos. |
| 7/21/2015 | 7.5 hrs.  2:30 p.m to 10:00 p.m. | Memorandum with legal comments and advice sent to TCA. Three part  Memorandum contains legal research and citations<br><br>I: Comments on "Orden General" Chapter 100 (Entitled: Funciones y Responsabilidades de la División Especializada de Violencia Doméstica)<br>II.  Comments on Administrative Order related to Intervening  Incidents  of  Domestic  Violence |

| | | |
|---|---|---|
| | | Involving Employees of the Police of Puerto Rico (Intervención en Incidentes de Violencia Doméstica de Aplicación a Empleados de la Policía de Puerto Rico) <u>III</u> Comments on Administrative Order on "Investigation of Incidents of Domestic Violence (Investigación de Incidentes de Violencia Doméstica)" Legal research |
| 7/27/2015 | <u>19.0</u> hrs. Total hours billed | 19.0 hrs. x $125.00 = <u>$2,375.00</u> |

     I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department. Signed copy of this will be served by regular mail.

     *This Invoice may contain work completed that is proteceted under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#06 | | 30.00 |

Sub Total 30.00
IVU 1% 0.00
IVU 10.5% 0.00
SPEC 2% 0.00
TOTAL 30.00
CASH $ 20.00
ATH $ 10.00
THANKS, COME AGAIN
REG# 0004 CSH# 006 DR# 01   TRAN# 40089
07/15/15   14:59:22         ST# 00012

Sub Total 40.00
MUNICIPAL 0.00
ESTATAL 0.00
TOTAL 40.00
$ 40.00
THANKS, COME AGAIN
TRAN# 17568
ST# 00012

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH            REC# 45769        07/30/15

**** RECIBO ****

1  GASOLINA BOMBA-04            20.00
                               -------
                                20.00
         TAX MUN . . . . .        .00
         TAX EST . . . . .        .00
                               -------
   TOTAL DE LA VENTA . . . .    20.00

   CAMBIO DE  20.00  -  .00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

          2-Adm  14:19

------- - PIDA SU RECIBO -------------

       IVULOTO: S1BT2-2CSGO
    ST DRAW 063 Ago 08, 2015
      CONTROL - 394-809293

---------- CON IVULOTO TODOS NOS ----------
------------- BENEFICIAMOS ----------------


TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#01 | | 40.00 |

                          ----------
              Sub Total       40.00
                 IVU 1%        0.00
              IVU 10.5%        0.00
                SPEC 2%        0.00
      TOTAL      40.00
                CASH  $       40.00
THANKS, COME AGAIN
REG# 0003 CSH# 015 DR# 01  TRAN# 33633
07/23/15  12:04:28           ST# 00012
-------- PIDE TU RECIBO --------

   IVULOTO: 9P83B-QREAQ
   ST DRAW061 Aug/01/2015
   CONTROL: 872-821165

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------

PUMA 226 SAN JUAN
SAN JUAN

TERMINAL ID.:                    87000058
MERCHANT N:                 8788183788842

PAYMENT METHOD: CASH

USER:                            0002
PEAJE
0878862760704B714136

SALEPPCASH

BATCH: 000731        TRACE: 052683
DATE: Jul 30, 15      TIME: 14:32
053982             AUTH NO: 09RU0C

TOTAL                $20.00

APPROVED
74.05

PREPAID CARD SALE

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER

CUSTOMER COPY

R DE ENTREGAR ESTA CERTIFICACION AL OBTENER O RENOVAR LA LICENCIA DEL VEHICULO AQUI DESCRITO PARA EVITAR
IR LA PRIMA DEL SEGURO OBLIGATORIO QUE APARECE EN EL FORMULARIO DE LA LICENCIA.
ue esta certificación puede utilizarse en sustitución del pago del Seguro de Responsabilidad Obligatorio durante el período de vigencia de
a la licencia debe estar comprendida dentro del período de la póliza aquí indicado.

rifica que el vehículo aquí descrito por la póliza de Seguro de Responsabilidad que se indica y la misma cumple con el requisito de seguro establecido por la Ley
253 del 27 de diciembre de 1995, según enmendada, conocida como Ley del Seguro de Responsabilidad Obligatorio para Vehículos de Motor
llación o no renovación de dicha póliza conforme a la Regla LXX del Reglamento del Código de Seguros de Puerto Rico.

3818874

| Núm del Vehículo Asegurado/Marca | Número de Póliza | Fecha de la Póliza (mm/dd/aaaa) | | Número de Registro | Fecha Certificada (mm/dd/aaaa) | Número de Contrato: |
|---|---|---|---|---|---|---|
| A155U006 | CAP030692200 | Desde: 02/23/2015 | Hasta: 02/23/2016 | 11239447 | 06/19/2015 | 0153358092 |

| Emite: | | Modelo | Año: | | | Tablilla: | Núm. Identificación (VIN) |
|---|---|---|---|---|---|---|---|
| FORD | | EDG | 2013 | | | HXO056 | 2FMDK3GC2DBZ7507 |

TCAPR CORP
WORLD PLAZA
268 MUNOZ RIVERA 1001
SAN JUAN, PR 00918

Firma Autorizada

VALIDO HASTA 09/30/2015

Copia - Dueño



DEPARTAMENTO DE TRANSPORTACION Y OBRAS PÚBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES

SERVICIOS
www.dtop.gov.pr
1077

La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.



| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN C LEY |
|--------|-------|----------|------|-------------|

2013 FORD EDGE SE BLANCO
Automovil(Privado) , Auto Privado
Descripción y Clasificación de Vehículo

| 11239447 | 02jul2013 | HXO056=== | 11263847 |
| Registración | Fecha Registro | Tablilla | Título |

| 2013 | FORD | EDG | BLA | | *4 | *6 | *111 |
| Año | Marca | Modelo | Color | | Puertas | Cilin | Cab |
| | | | | | | | Fuerza |

2FMDK3GC2DBB27507                    0
VIN (Número de Serie)        Peso Desc.           0
SJ0729                                      Capacidad de Carga
Dealer                                      $ 22,165.00
ago 2015 a jul 2016     Venta Condicional     Precio Contributivo
Vigencia                                     31 jul 2016
TCAPR CORP              Marbete          Expiración
WORLD PLAZA
268 MUNOZ RIVERA 1001
SAN JUAN, PR 00918-1921

Dueño del Vehículo y Dirección Postal
La Misma

|  |  |
|--|--|
| Multas | $ 0.00 |
| Derechos Anuales | $ 40.00 |
| ACAA | $ 35.00 |
| Renovación | $ 10.00 |
| Seguro Oblig | $ 99.00 |

Dirección Residencial, solo si es diferente a Postal
$ 0.00                0              Importe Total    $ 184.00
Precio de Venta        Licencia

20150618-10532500-406-11810-13033-000000000    Estación de Inspección    REQUIERE INSPECCION VEH. DE
                                                13987291                  MAS DE DOS AÑOS FABRICADO

Esta es tu nueva y conveniente NOTIFICACIÓN

Podrá utilizar esta notificación de la misma manera que la tradicional forma impresa.

Ahora podrás adquirir tu marbete en:
• Institución Financiera (Banco o Cooperativas) participantes
• Colecturías
• Estaciones Oficiales de Inspección Participantes

Recuerde presentar ambos documentos
ORIGINAL-DUEÑO / COPIA-PUNTO DE VENTA

INSTRUCCIONES AL CONTRIBUYENTE

1. Notifique cambios residencia y postal dentro de sesenta (60) días siguiente al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligros o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de lo diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas po valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Rent Internas, más diez (10) dólares por traspaso tardío. [Artículo 2.34] Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares de traspaso tar más cinco (5) dólares por cada mes o fracción de mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa $50.00.

CERTIFICACION DE CUMPLIMIENTO CON EL SEGURO DE RESPONSABILIDAD OBLIGATORIO

FAVOR DE ENTREGAR ESTA CERTIFICACION AL OBTENER O RENOVAR LA LICENCIA DEL VEHICULO AQUI DESCRITO PARA EVITAR PAGAR LA PRIMA DEL SEGURO OBLIGATORIO QUE APARECE EN EL FORMULARIO DE LA LICENCIA.

Para que esta certificación pueda utilizarse en sustitución del pago del Seguro de Responsabilidad Obligatorio, la fecha en que se obtiene o renueva la licencia debe estar comprendida dentro del periodo de la póliza aquí indicado.

Se certifica que el vehículo aquí descrito por la póliza de Seguro de Responsabilidad que se indica y la misma cumple con el requisito de seguro establecido por la Ley Num 253 del 27 de diciembre de 1995, según enmendada, conocida como Ley del Seguro de Responsabilidad Obligatorio para Vehículos de Motor Dicha póliza garantiza la cubierta del Seguro de Responsabilidad Obligatorio durante el periodo de vigencia de la licencia del vehículo de motor aquí descrito en caso de cancelación o no renovación de dicha póliza conforme a la Regla LXX del Reglamento del Código de Seguros de Puerto Rico

| Compañía Aseguradora | Emisor | Número de Póliza | Periodo de la Póliza (mes/día/año) | | Fecha Certificado (mes/día/año) | Número de Certificación |
| A155 | A155U006 | CAP030692200 | Desde 02/23/2015 | Hasta 02/23/2016 | 06/19/2015 | 0153358092 |

| Descripción del Vehículo, Asegurado/Marca | | Modelo | Año | Número de Registro | Tablilla | Num Identificación (VIN) |
| Asegurado, Nombre(s) o Dueño/Dirección | FORD | EDG | 2013 | 11239447 | HXO056 | 2FMDK3GC2DBB27507 |
| TCAPR CORP | | | | | Firma Autorizada | |
| WORLD PLAZA | | | | | | |
| 268 MUNOZ RIVERA 1001 | | | | | | |
| SAN JUAN, PR 00918 | | | | | | |

VALIDO HASTA 09/30/2015        Copia - Dueño

