**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

                Plaintiff;

      v.

COMMONWEALTH OF PUERTO RICO, ET
AL.,

                Defendants.

No. 12-cv-2039 (GAG)

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO THE**
**TECHNICAL COMPLIANCE ADVISOR'S SECOND SEMIANNUAL REPORT**

COME NOW Plaintiff, United States of America, and Defendants, Commonwealth of

Puerto Rico, et al. (collectively, the Parties), through the undersigned counsel, and respectfully

request a brief extension until August 20, 2015, to submit responses to the Technical Compliance

Advisor's (TCA) second semiannual report.  For cause, the Parties state as follows:

      1.      Paragraph 250 of the Agreement for the Sustainable Reform of the Puerto Rico

Police Department (Agreement) requires that the TCA complete written public reports on the

Commonwealth's implementation of the Agreement every six months.  Agreement ¶ 250, Dkt.

No. 57-1.  The TCA filed his second semiannual report on July 10, 2015, Six-Month Rep., Dkt.

No. 245, after receiving written comments from the Parties on an initial draft of the report,

pursuant to Paragraph 252 of the Agreement.

      2.      Paragraph 252 of the Agreement grants the Parties 30 days in which to file

responses to the TCA's semiannual reports.  Where, as here, the original filing is served

electronically on the responding parties, three days are automatically added to the period in

which the parties would otherwise have to respond.  *See* Fed. R. Civ. P. 6(d); Local Civ. R. 5(e).

3.      Accordingly, the Parties must respond to the TCA's second semiannual report by August 13, 2015.

4.      The Parties have devoted considerable time reviewing the TCA's second semiannual report, in light of the current phase of implementation known as the "capacity-building period."  The capacity-building period covers the first four years of the Agreement and provides the Commonwealth with an opportunity to address resource, funding, staffing, technology, capacity, infrastructure, and other budgetary needs to place the Puerto Rico Police Department (PRPD) in a position to successfully implement the Agreement's reforms.  *See* Agreement ¶ 237.

5.      The Parties believe that responses to the second semiannual report are necessary. A brief extension of time, until August 20, 2015, would allow the Parties to develop the factual record to fully respond to the TCA's findings and recommendations in the second semiannual report and incorporate important compliance discussions that are taking place during the TCA's monitoring visit from August 10-14, 2015.

6.      The TCA does not oppose the Parties' joint request.

WHEREFORE the Parties respectfully request a brief extension of time, until August 20, 2015, to file responses to the TCA's semiannual report, pursuant to Paragraph 252 of the Agreement.

Respectfully submitted,

FOR PLAINTIFF UNITED STATES:

FOR DEFENDANTS COMMONWEALTH OF PUERTO RICO, ET AL.:

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

CESAR MIRANDA
Secretary of Justice

2

JUDITH PRESTON
Acting Chief

CHRISTY LOPEZ
Deputy Chief

S/ BRIAN BUEHLER                          S/ BEATRIZ ANNEXY GUEVARA
LUIS E. SAUCEDO                           BEATRIZ ANNEXY GUEVARA
Counselor to the Chief                    USDC-PR # 217505
ZAZY LOPEZ                                Special Assistant to the Secretary
BRIAN BUEHLER                             P.R. Department of Justice
USDC-PR # G01813                          P.O. Box 9020192
Trial Attorneys                           San Juan, PR 00902-0192
U.S. Department of Justice                Tel:  (787) 721-7700, ext. 2105
Civil Rights Division                     Fax: (787) 722-4440
Special Litigation Section                bannexy@justicia.pr.gov
950 Pennsylvania Avenue, NW
Washington, DC 20530                      Attorneys for Defendants
Tel:   (202) 353-1100
Fax:  (202) 514-4883
brian.buehler@usdoj.gov


Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 13th day of August 2015, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.


*s/Brian Buehler*
BRIAN BUEHLER
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 353-1100
Fax:  (202) 514-4883
Email:  brian.buehler@usdoj.gov

Attorney for Plaintiff