IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br>Defendants | CIVIL NO.: 12-2039 (GAG) |

## MOTION TENDERING PRPD'S SECOND PROGRESS REPORT

**TO THE HONORABLE COURT:**

COMES NOW, the Puerto Rico Police Department ("PRPD") through the undersigned counsel and respectfully states as follows:

1. On August 26, 2015, PRPD filed a Motion for Leave to File its Second Progress Report as Per Requirement 261 of the Agreement.

2. Leave was granted by the Court (See Dkt. 254). Consequently, PRPD hereby tenders its Second Progress Report as **Exhibit 1**.

WHEREFORE PRPD respectfully requests from this Honorable Court that it take notice of the aforementioned.

WE HEREBY CERTIFY that on today's date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsel of record.

In San Juan, Puerto Rico, this 27th day of August, 2015.

**RESPECTFULLY SUBMITTED.**

        **CESAR MIRANDA RODRÍGUEZ**
        Secretary of Justice

        *S/ BEATRIZ ANNEXY GUEVARA*
        BEATRIZ ANNEXY GUEVARA
        Puerto Rico Department of Justice
        P.O. Box 9020192
        San Juan, P.R. 00902-0192
        Tel. (787) 721-7700
        Fax. (787) 722-4440
        USDC-PR # 217505
        bannexy@justicia.pr.gov