


**FECHA:** 1-Sep-2015
**FACTURA :** 2015-WP/SEPT

**FACTURAR A:**
TCAPRCORP
268 AVE. MUNOZ RIVERA
SUITE 1001 WORLD PLAZA
SAN JUAN PR 00918

| DESCRIPCIÓN | CANTIDAD |
|---|---|
| RENTA DEL LOCAL / RENTA 01 | $ 3,000.00 |
| **TOTAL** | **$ 3,000.00** |



Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.** Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757 ext. 1574.

PO Box 41207
San Juan, PR 00940-1207
Teléfono (787) 763-5757



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3683 |
|---|---|
| Date: | 8/27/2015 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (August 2015): Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| | | | Total: | 1460.00 |



 

| | |
|---|---|
| Factura | 08/04/15 |
| Cuenta | 769528798  2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de 3 |

| | |
|---|---|
| FECHA DE VENCIMIENTO | 09/02/15 |
| TOTAL A PAGAR | $377.80 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000037780 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

Factura 08/04/15
Cuenta 769528798 2

Por favor, desprenda este talón y devuélvalo con su pago.



Chatea en VIVO con un representante de servicio al cliente

accede a claropr.com

CHAT de Apoyo en Línea

lunes a sábado 8am a 9pm
domingo 8am a 7pm
Roaming 24 horas

| RESUMEN DE SU CUENTA | | |
|---|---|---|
| Balance Anterior | | $ 187.51 |
| Pagos Recibidos - ¡Gracias! | | 0.00 |
| Ajustes | | 0.03CR |
| TOTAL BALANCE VENCIDO  08/02/15 PAGUE INMEDIATAMENTE | | $ 187.48 |
| SERVICIOS A NIVEL DE CUENTA | -------------------- | 2.81 |
| SERVICIOS TELEFONIA FIJA | -------------------- | 187.51 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 09/02/15 | | $ 190.32 |
| TOTAL A PAGAR* | | $377.80 |

*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

