# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

## Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for August 2015.

| Core Team Expenses | | | |
|---|---|---|---|
| **Visit** | | | |
| | Gerard LaSalle | N/A | N/A |
| | Linda V. Navedo | $6,500.00 | August 10, 2015 to August 14, 2015 |
| | Rafael E. Ruíz | $6,500.00 | August 10, 2015 to August 14, 2015 |
| | Marcos Soler | $2,600.00 | August 13, 2015 to August 14, 2015 |
| | John J. Romero | $6,500.00 | August 10, 2015 to August 14, 2015 |
| | Alan Youngs | $6,500.00 | August 10, 2015 to August 14, 2015 |
| | Scott Cragg | $6,500.00 | August 10, 2015 to August 14, 2015 |
| | | Subtotal | $35,100.00 |
| **Telework[1]** | | | |
| | Gerard LaSalle | N/A | N/A |
| | Linda V. Navedo | $2,600.00 | August 2015 |
| | Rafael E. Ruíz | $2,600.00 | August 2015 |
| | Marcos Soler | $6,500.00 | August 2015 |
| | John J. Romero | $2,600.00 | August 2015 |
| | Alan Youngs | $2,600.00 | August 2015 |
| | Scott Cragg | $2,600.00 | August 2015 |
| | | Subtotal | $19,500.00 |

---

[1] Please see Core Team invoices attached.

| | Constitutional Lawyer | | |
|---|---|---|---|
| | Alfredo Castellanos | $3,187.50 | |
| | Federico Hernandez Denton | $3,125.00 | |
| | Antonio Bazán | $2,750.00 | |
| | Subtotal | $9,062.50 | |
| | | | |
| | Paragraph 241 Survey[2] | | |
| | August 5 to October 15 | $30,000.00 | |
| | Subtotal | 30,000.00 | |
| | | | |
| | Car Expenses | | |
| | Gasoline | $574.85 | |
| | Tolls | $174.05 | |
| | Vehicle Permit | $362.10 | |
| | Subtotal | $1,111.00 | |
| | | | |
| | Grand Total | | $94,773.50 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $94,773.50, the total amount of the monthly expenses, for the month of August 2015.

5. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

6. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

7. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH,** the TCA Office respectfully requests this Honorable Court that the August expenses be approved and a check be issued in the amount of $94,773.50 the total amount of the expenses for the month of August 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.
In San Juan, Puerto Rico, this day September 8, 2015.

_____
Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

---

[2] For reference Dr. Peck's contract is attached.