John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

August 31, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 013

FOR PROFESSIONAL SERVICES RENDERED August 2015

| | |
|---|---|
| Monday, Aug 10, 2015 | TCA Office re: meetings |
| Tuesday, Aug 11, 2015 | PRPD HQ. re: meeting |
| Wednesday, Aug 12, 2015 | PRPD HQ re: meetings |
| Thursday, Aug 13, 2015 | PRPD HQ re: meetings<br>TCA Office re: meetings. |
| Friday, Aug 14, 2015 | TCA Office re: meetings<br>US District Court re: meeting with Judge Gelpi |

**5 DAYS (DAY RATE $1,300) = $6500**

August 1-31     Reviewed PRPD's General Order Chapter 100, Section 112,
Reorganization of the Tactical Operations Division (DOT)
Prepared written review on the above policy.
Reviewed PRPD's Police Academy Syllabuses on Use of Force and
Reporting and Investigating Use of Force.
Prepared written report on the above.

**TOTAL HOURS 24**
**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**
**$150 PER HOUR.   $2,600**

**TOTAL $9,100**

**INVOICE FOR PROFESSIONAL SERVICES:**
**[AUG 9 -29, 2015]**
**[SCOTT CRAGG, CRYSTAL REEF LLC]**

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283]| [SPCRAGG@VERIZON.NET]

TO:    **TCAPR Corp.**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of August 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| On-site at TCA, PRPD in Puert RIco | | 5 | 8/9-14/2015 | $6500 |
| Research, Review Artifacts , Review 6 month, on site initial assessment report writing, prepare/request PRPD IT Documents/artifacts, review IT Case Management tool, August Final Report Writing and Assessment | 16.5 hours | | 8/9,8/15, 8/23,8/25, 8/26,8/28, 8/29/15 | $2475 |
| Communications (emails, phonecalll/MTG's) with TCA principals, PRPD, DOJ | 1.5 hours | | 8/16, 8/26, 8/29 | $225 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $9200 |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | $9100 |
| **TOTAL TO BE BILLED:** | | | | **$9100** |
| | | | | |
| TOTAL HOURS WORKED   (5 days Puerto Rico, 18 hours US | | | | |

INVOICE PRESENTED BY:
___//Signed//_____8/29/2015_____
Scott Cragg
TCA Core Team
[13932 South Springs Dr.
Clifton, VA 20124]

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314 | 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:    TCAPR, LLC
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of August 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Action Plans methodology for administrative complaints (6.0 hours) | X | N/A | August 1, 2015 | (6 @ $150 = $900) |
| Work from New York City: Action Plans Methodology, final review (6.0 hours) | X | N/A | August 2, 2015 | (6 @ $150 = $900) |
| Work from New York City: Review submission letter, final minor edits, communications with TCA, Methodology submission (3.0 hours) | X | N/A | Monday, August 3, 2015 | (3@ $150 = $450) |
| Work from New York City: Action Plan Methodology Evaluation Forms with Linda Navedo (8.0 hours) | X | N/A | Friday and Saturday, August 7-8, 2015 | (8 @ $150 = $1,200) |
| Work from New York City: Review of DV Policies, Review of DOJ comments, Preparation for August 11th session on 3 DV Policies (4.0 hours) | X | N/A | Sunday, August 9, 2015 | (4 @ $150 = $600) |
| Work from New York City: Communications with TCA regarding DV Sessions, Emails to TCA and PRPD (1.0 hours) | X | N/A | Monday, August 11, 2015 | (1@ $150 = $150) |



1

| TASK PERFORMED AND HOURS WORKED: | PR WORK DAY | NY WORK DAY | WORK | TOTAL AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico: TCA Agenda (9.0 hours) | N/A | X | Thursday, August 13, 2015 | $1,300 |
| Work from Puerto Rico: TCA Agenda (9.0 hours) | N/A | X | Friday, August 14, 2015 | $1,300 |
| Work from New York City: Revision of Action Plan Methodology based on PR meetings (6.0 hours) | X | N/A | Sunday, August 16, 2015 | (6 @ $150 = $900) |
| Work from New York City: Revision of Action Plan Methodology based on PR meetings (9.5 billable hours; 2.5 hours ) | X | N/A | Saturday and Sunday August 22 & 23, 2015 | (9.5@ $150 = $1,400) |
| Work from New York City: Action Plan methodology revision (6.0 non-billable hours) | X | N/A | Saturday and Sunday August 29 & 30, 2015 | n/a |
| | | | TOTAL HOURS WORKED: 70.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (2 days, 18 HOURS) | | | | $2,600 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (43.5 HOURS @ $150): | | | | $6,500 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
August 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

2

Company Name: **RAFAEL E. RUIZ**
Address: 610 PLEASANT ST
CANTON, MA
Phone: 617-759-9156

# INVOICE

TO: **TCAPR, LLC**
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO. **2015-11**

DATE **08/31/15**

PERIOD ENDING: **AUGUST 31, 2015**

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|------|---------------|---------------|-----------------|---------------|
| | | | 0 | $ - |
| 08/01-08/31 | Civilian Complaint Forms, | | 0 | $ - |
| | Querellas & Reconocimientos, | | 0 | $ - |
| | Prontuarios de Uso de Fuerza, | | 0 | $ - |
| | Reporting and Investigating Use of Force | | 0 | $ - |
| | Action Plans Methodology | | 0 | $ - |
| | | | 0 | $ - |
| | Total of 21.75 hours worked | | 0 | $ - |
| | Total billable hours: 17.33 hours at $150/hr | | 0 | $ 2600.00 - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| 08/10/15 | | Site Visit meetings | 0 | $ 1300.00 - |
| | | at PR HQ | 0 | $ - |
| | | | 0 | $ - |
| 08/11/15 | | Site Visit meetings | 0 | $ - |
| | | at PR HQ | 0 | $ 1300.00 - |
| | | | 0 | $ - |
| 08/12/15 | | Site Visit- meetings | 0 | $ 1300.00 - |
| | | at PR HQ | 0 | $ - |
| | | | 0 | $ - |
| 08/13/15 | | Site Visit- meetings | 0 | $ 1300.00 - |
| | | at PR HQ | 0 | $ - |
| | | | 0 | $ - |
| 08/14/15 | | Site Visit- meetings | 0 | $ - |
| | | at PR HQ | 0 | $ 1300.00 - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | TOTAL INVOICE | 0.00 | $ 9100.00 - |

I hereby declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *Rafael E. Ruiz*

Title: **TCA- CORE TEAM**

Print Name: Rafael E. Ruiz

Date: **August 31, 2015**

Make all checks payable to **Same**

THANK YOU FOR YOUR BUSINESS!

# INVOICE FOR PROFESSIONAL SERVICES: AUG 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:   **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of August 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed and obtained information on best police practices concerning Domestic Violence as requested by PRPD ( 4 hours) | X | N/A | 1/Aug | 600.00 |
| Researched, reviewed and obtained information on best police practices on curriculum development (4 hours) | X | N/A | 3/Aug | 600.00 |
| Researched, reviewed and obtained information on best police practices concerning Internal Affairs processes from complaint to resolution. (4 hours) | X | N/A | 4/Aug | 600.00 |
| Obtained examples of written agreements between the police and demonstrators. (4 hours) | X | N/A | 5/Aug | 600.00 |
| Researched, reviewed & obtained information on best police practices for Crowd Control manual for supervisors (4 hours) | X | N/A | 6/Aug | 600.00 |
| Researched, reviewed & obtained information on best police practices on training manuals and documentation for Mounted Police Training. (4 hours) | X | N/A | 8/Aug | 600.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 10/Aug | $1,300.00 |



1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 11/Aug | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 12/Aug | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 13/Aug | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 14/Aug | $1,300.00 |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 13.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
August 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015.

2

# INVOICE FOR PROFESSIONAL SERVICES: AUGUST 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:    **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **August/2015**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| • Working session to matters related to P. 241: Surveys; with the PRPD policies' status, and the review and organization of related documents; TCA Core Team and PRPD Reform Office August/2015's Agenda; matters regarding the PRPD's Actions Plans. (4.0) | N/A | X | 3/August | |
| • Attendance and participation at meeting in the PRPD Reform Office, with the TCA Arnaldo Claudio, Eric Guzmán, Lieutenant Colonel Clementine Vega, Yashira Vega, Esq., and Beatriz Annexy, Esq. for the discussion of the TCA Core Team and PRPD August/2015's Agenda; participation in a conference call with the TCA Arnaldo Claudio and his working group, Dr. Richard Blanco Peck, representatives of the USDOJ, PRDOJ, PRPD, for discussion of the status of the work related to the P. 241: Surveys; and working session with TCA Arnaldo, Eric Guzmán and | N/A | X | 4/ August | |

1

| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| | Lara Morell for outstanding pending issues. (7.0) | | | | |
| • | Working session for the review of the TCA's comments to PRPD Action Plans. (2.0) | N/A | X | 5/ August | |
| • | Working session for the conceptualization and development of the TCA Core Team Performance Evaluation Forms for the PRPD's Action Plans, among other matters regarding P. 241: Surveys and PRDP's Policies review. (8.0) | N/A | X | 6/ August | |
| | TCA Core Team Week | N/A | X | 10/August | $1,300.00 |
| | TCA Core Team Week | N/A | X | 11/August | $1,300.00 |
| | TCA Core Team Week | N/A | X | 12/August | $1,300.00 |
| | TCA Core Team Week | N/A | X | 13/August | $1,300.00 |
| | TCA Core Team Week | N/A | X | 14/August | $1,300.00 |
| • | Working Session for the attention of outstanding issues, and e-mails mailing. (1.0) | N/A | X | 17/August | |
| • | Attendance and participation at meeting in the University of Puerto Rico with Eric Guzmán and Dr. Blanco Peck for discussion of the status of the work related to the P. 241: Surveys. (2.0) | N/A | X | 20/August | |
| | | | | | |
| | | TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | $6,500.00 |



| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| | TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| | TOTAL TO BE BILLED: | | | | $9,100.00 |
| | TOTAL HOURS WORKED "PRO BONO": 6.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
August 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015

3



## CASTELLANOS GROUP, P.S.C.

August 31ST, 2015

MR. ERIC GUZMÁN

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

INVOICE FOR SERVICES RENDERED TO THE TCA DURING THE MONTH OF AUGUST

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of August 2015, ending on the 31ST. No billable expenses have been incurred during the month of August. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|---|---|---|
| Aug-12-15 | Meeting at PRPD Headquarters. Re: Ponce Hearings. Present: Coronel Clementina Vega, Luis Saucedo, Beatriz Annexy, and the TCA. | 3.00 |
| Aug-13-15 | Work on Ponce Hearings preparation. | 4.00 |
| Aug-14-15 | TCA Meeting – SJ District Court. Re: 253 Meeting, meeting with the CORE Team and the Court. | 5.00 |
| Aug-14-15 | Conference call with several participants of the Ponce Hearings. | 1.00 |
| Aug-19-15 | Conference Call with PUCPR's Assistant Dean. Re: Ponce Hearings. | 1.00 |
| Aug-19-15 | Worked on the coordination of pending meetings. Re: Ponce Hearings. | 2.00 |
| Aug-19-15 | Worked on matters regarding the Chinese community and the Ponce Hearings. | 0.50 |
| Aug-24-15 | Worked on the "In Progress Report." | 4.00 |
| Aug-25-15 | Conference. Drafted and sent email to the parties as pursuant to the amended directives of the court. | 1.00 |
| Aug-26-15 | Meeting at Procuradora de las Mujeres in Hato Rey with Lcda. Wanda Vázquez Garced. Re: Ponce Hearings. | 2.00 |
| Aug-27-15 | Several conference calls with Ponce Hearing participants. | 1.00 |
| Aug-28-15 | Several conference calls with Ponce Hearing participants. | 1.00 |
| | Hours Billed | 25.50 |
| | Total | $3,187.50 |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.*

ALFREDO CASTELLANOS BAYOUTH

*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

August 31, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for June 2015

| Date | Description | Hours |
|------|-------------|-------|
| 8/4/15 | Reading and analysis of Draft of Policy of PRPD of the Reorganization of the Tactical Operations Divisions of PRPD and Draft of Memorandum of TCA. | 2 |
| 8/5/15 | Reading of third draft of TCA Memorandum with recommendations regarding the Tactical Operations Unit. Conference call with Al Young regarding Draft of TCA Comments to PRPD Policy Tactical Operation Unit. | 2.5 |
| 8/6/15 | Reading of Draft of Memo of TCA to PRPD regarding Tactical Operations Unit Policy. Conference call with All Young – TCA Memo – Regarding Tactical Operation Unit Policy RCA. | 2 |
| 8/10/15 | Meeting TCA Team – Core Team. Reading of materials on Use of Force in preparation for meeting on Wednesday. | 4 |



| 8/12/15 | Meeting with TCA – Use of Force. Meeting TCA Team – Public information | 6 |
| 8/14/15 | Meeting TCA – Exit Briefing. Meeting with Judge Gelpi – TCA. | 3.5 |
| 8/17/15 | Reading of Informative brochures for the Captain and Sargent exams and call of exams of the Board of Promotions of PRPD. Preparation of Memo for attorney Vega Soto. | 2.5 |
| 8/22/15 | Analysis of alleged incident of PRPD during operation unit in Barriada Morales and constitutional implication and preparation of memorandum to TCA. | 2.5 |

**_Total hours: 25_**
**Per $ 125.00**
**Total: $ 3,125.00**

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

_____
Federico Hernández Dentón

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

August 28, 2015.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-8

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of August, 2015.

| Date(s) | Hour(s) | Matter/Research |
|---|---|---|
| 8/06/2015 | **2 hrs.** 4:30 to 6:30 pm | Checklist. Use of Force Report/writing checklist |
| 8/07/2015 | **2 hrs.** 10:00 to 12:00 Noon and<br><br>**3 hrs.** 2:00 to 5:00 pm. | Syllabus on Use of Force. Revision of and suggested Moot Court Question with legal explanation on evidentiary soundness of questions. Document sent to TCA, John Romero and Rafael Ruiz of Core Team. |
| 8/10/2015 | **2 hrs.** 9:00 to 11:00 am. | Meeting with TCA and Core Team on Discussion of Action Plans |
| 8/11/2015 | **2 hrs.** 10:00 am to 12:00 Noon.<br>--- | <u>Meeting at PRPD</u> - General Order/Operating Functions of Special Division on Domestic Violence. **Afternoon Meeting was cancelled** |
| 8/12/2015 | **2 hrs.** 10:00 am to 12:00 Noon.<br>---<br>**2hrs.** 1:00 pm to 3:00 pm. | <u>Meeting at PRPD</u> - General Order of Field Investigation Unit on Use of Force<br><br><u>Meeting at PRPD</u> - Administrative Order on Complaints and Recognition of Public Information Program. |
| 8/13/2015 | **2 hrs.** 10:00 am to 12 Noon.<br>---<br>**2 hrs.** 1:00 pm to 3:00 pm. | <u>Meeting at PRPD</u> – Meeting on Methodology to Review Action Plans on use of force and Methodology to Review Action Plan on Search and Seizure.<br><u>Meeting at PRPD</u> – Meeting on Methodology to Review Action Plan on Equal Protection and Methodology to Review Action Plan on Administrative Complaint. |
| Next Page | ------------------------ | ------------------------------------------------------------ |



| 8/14/2015 | **2 hr.** 11:00 am to 1:00 pm.<br><br>--- | <u>Meeting at TCA Office</u>–Exit Debriefing and Paragraph253 Meeting USDOJ, OJPR, PRPD, TCA, Core Team |
| | **1 hr.** 2:30 pm to 3:30 pm | Meeting with Hon. Gustavo Gelpi, USDJ and Core Team- US District Court/Old San Juan |
| 8/28/2015 | **22 hrs.** Total Hours billed | 22.0 hrs. x $125.00 = $2,750.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.  Signed copy of this will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

## CONTRATO DE PRESTACIÓN DE SERVICIOS PROFESIONALES

CONTRATO DE PRESTACIÓN DE SERVICIOS PROFESIONALES QUE CELEBRAN POR UNA PARTE TCAPR, CORPORATION, REPRESENTADA EN ESTE ACTO POR EL SR. ARNALDO CLAUDIO, A QUIEN EN LO SUCESIVO SE LE DENOMINARÁ "LA CORPORACIÓN" Y POR LA OTRA, EL DR. RICHARD BLANCO PECK Y A QUIEN EN LO SUCESIVO SE LE DENOMINARÁ "EL PROFESIONAL" A TENOR DE LAS SIGUIENTES:

### DECLARACIONES

Declara **EL PROFESIONAL**: Haber nacido el día 20 de octubre de 1951 en San Juan, Puerto Rico y tener 63 años de edad, de nacionalidad Americana, estar casado, con domicilio ubicado en Calle Arkansas 1744, San Gerardo, Puerto Rico, 00926 y estar dedicado al desarrollo de actividades profesionales de investigación social. Que es una persona física establecida que cuenta con elementos propios y suficientes y con la capacidad profesional necesaria para ejecutar y/o cumplir las actividades y servicios profesionales que se le encomienden, por lo que está en condiciones de voluntariamente aceptar este contrato para prestar sus servicios a LA CORPORACIÓN con el carácter de Consultor.

Declara **LA CORPORACIÓN**: Ser una Corporación organizada bajo las leyes del Estado Libre Asociado de Puerto Rico. Tener su domicilio ubicado en Ave. Muñoz Rivera 268, World Plaza, Suite 1001, San Juan, PR 00918. Exclusivamente creada para proveer asesoría de cumplimiento técnico para el Acuerdo de la Reforma Sostenible de la Policía de Puerto Rico. Desear utilizar los servicios de EL PROFESIONAL, para desempeñar la actividad de Consultor Senior y los demás que sean similares a dicha actividad, como profesional independiente.

### MANIFIESTAN LO SIGUIENTE

Ambas partes reconocen tener la capacidad legal necesaria para formalizar un contrato y han convencido llevar a efecto el mismo libre y voluntariamente con arreglo a las siguientes cláusulas y condiciones.

### CLÁUSULAS Y CONDICIONES

**PRIMERA-SERVICIOS:** En virtud del presente contrato EL PROFESIONAL se obliga a prestar a LA CORPORACIÓN, los siguientes servicios profesionales independientes:

El desarrollo, diseño e implementación de una encuesta exhaustiva para la Oficina del Asesor de Cumplimiento Técnico de la Reforma Sostenible de la Policía de Puerto Rico. La investigación es para realizar:

1.) Una encuesta científica de la población adulta de Puerto Rico, entiéndase de dieciocho (18) años o más, usando un muestreo estratificado al azar. En la misma se utilizarán números telefónicos y celulares de los setenta y ocho (78) municipios de Puerto Rico.

2.) Entrevistas a muestreo por disposición a personas detenidas, entiéndase personas de dieciocho (18) años o más, en algunos centros de detención (los cuarteles del Departamento de la Policía).

3.) Se rendirá un informe el 31 de mayo de 2016 por EL PROFESIONAL de acuerdo al plan de actividades y entregas que para tal efecto acuerdan las partes, comenzando el 1 de julio de 2015 y terminando el 31 de mayo de 2016.

4.) EL PROFESIONAL estará disponible para futuras réplicas de este estudio en los próximos años correspondientes a la REFORMA SOSTENIBLE DE LA POLICIA DE PUERTO RICO con la solicitud y aprobación de LA CORPORACIÓN, sin obligaciones adicionales y en mutuo acuerdo de las partes.

Dichas encuestas:

1. Incluirá medidas para garantizar que se reciba información de individuos de cada categoría demográfica.
2. Evaluarán el número y variedad de alianzas comunitarias con la PPR y la profundidad y efectividad de esas alianzas.
3. Incluirá entrevistas, con muestras al azar de residentes de Puerto Rico, miembros de la PPR, y las personas arrestadas por la PPR en la última semana.
4. Asegurarán el anonimato de todos los participantes de la entrevista, y;
5. Entrevistarán a los participantes acerca de las relaciones de la policía y la comunidad, la integridad, efectividad y servicio de la PPR; y cómo la PPR trata a los miembros de los diferentes grupos demográficos.

**SEGUNDA:** Los acuerdos, el contenido y la prestación de los trabajos mencionados en la cláusula que antecede, por lo que hace a las características solicitadas por LA CORPORACIÓN estarán sujetos a la aprobación final de esta última. No obstante lo anterior, EL PROFESIONAL desarrollará las actividades que por el presente instrumento se le encomiendan en la forma, términos y con los materiales y/o herramientas que estime convenientes, de acuerdo a los conocimientos que, como profesional de la materia, ha adquirido y posee, siempre y cuando no viole las disposiciones de este contrato.

**TERCERA - COMPENSACIONES:** EL PROFESIONAL será compensado por los servicios profesionales prestados de acuerdo con los términos de este contrato. EL

PROFESIONAL recibirá una indemnización total de sesenta mil dólares ($60,000.00) por los servicios prestados a las oficinas de TCAPR Corp., dicho pago se efectuará en tres fases. El primer pago se le efectuará a EL PROFESIONAL una vez el contrato este firmado y comience la primera fase, entiéndase cuando éste comience a cumplir con las obligaciones impuestas en este contrato. Una vez finalizada la primera fase, se efectuará el pago de la segunda fase. No obstante, el pago de la tercera fase solamente se efectuará una vez EL PROFESIONAL presente una factura. EL PROFESIONAL presentará una factura al final de cada período viable. Dicha factura habrá de someterse con una certificación del TCAPR Corp. donde conste que los servicios han sido prestados satisfactoriamente. TCAPR Corp. no compensará a EL PROFESIONAL por los gastos personales incurridos durante la vigencia del presente, ni pagará cantidad adicional a la establecida, en virtud del presente contrato. EL PROFESIONAL se encargará de rendir los impuestos correspondientes al DEPARTAMENTO DE HACIENDA DE PUERTO RICO a través de un contador público autorizado según dispone la ley. El pago por los servicios prestados se efectuará en tres plazos, durante el período de duración del presente contrato. La misma se efectuará de la siguiente manera:

1. En el primer pago se le abonará el 50% de la totalidad del pago y la misma se efectuará en o antes del 15 de agosto de 2015.

2. En el segundo pago se le abonará el 25% de la totalidad del pago y la misma se efectuará una vez completada la primera fase.

3. En el último pago se le abonará el restante 25% de la totalidad del pago, y la misma se efectuará una vez el trabajo este completado, entiéndase en la fecha de la entrega del reporte final.

**CUARTA - VIGENCIA Y DURACIÓN:** Se estipula que la vigencia del presente contrato será por el periodo del 1 de agosto de 2015 al 31 de mayo de 2016, plazo que podrá prorrogarse, previo acuerdo por escrito, entre las partes.

**QUINTA -** En virtud de ser un contrato por tiempo determinado conforme a la cláusula que antecede, se estipula que en caso de que LA CORPORACIÓN necesite y decida volver a contratar a EL PROFESIONAL para realizar estudios subsiguientes necesarios para cumplir con su misión, EL PROFESIONAL manifiesta su disposición profesional para realizarlos.

**SEXTA:** LA CORPORACIÓN se obliga a proporcionar la información y documentación necesaria a EL PROFESIONAL, con el fin de que éste cumpla eficazmente las obligaciones contenidas en el presente instrumento.

**SÉPTIMA:** Durante la vigencia del presente contrato, LA CORPORACIÓN podrá comunicarle a EL PROFESIONAL sus comentarios relacionados con la prestación de los servicios objeto del presente contrato, inclinados a obtener los mejores resultados posibles respecto de los servicios prestados.

**OCTAVA:** Las partes celebrarán reuniones periódicas con el fin de informar, evaluar y analizar los servicios prestados. Dichas reuniones se celebrarán previo acuerdo entre ambas partes. Se mantendrá constante comunicación entre las partes.

**NOVENA:** Las partes, de común acuerdo, podrán establecer las modificaciones en el contenido del presente Contrato que estimen pertinentes.

**DÉCIMA - INTERPRETACIÓN:** Este contrato estará sujeto en todo momento a las Leyes y Reglamentos del Estado Libre Asociado de Puerto Rico y será interpretado de acuerdo a los mismos.

**UNDÉCIMA:** Las partes acuerdan en cuanto a aquellas cláusulas no estipuladas en este contrato, que ambas partes se regirán por las leyes y reglamentos del Estado Libre Asociado de Puerto Rico.

**DUODÉCIMA - RESOLUCIÓN:** Este contrato podrá ser resuelto antes de su vencimiento por cualquiera de las partes, mediante notificación escrita a la otra parte con treinta (30) días de antelación a la fecha de la resolución deseada, sin que por ello incurran las partes en obligación alguna. Este Acuerdo también se dará por resuelto por cualquiera de las partes, sin aviso previo a la otra parte, cuando se ha cometido fraude, malversación, o una de las partes no cumple con las funciones establecidas en el presente contrato.

**DECIMOTERCERA - NEGLIGENCIA O ABANDONO:** El incumplimiento con la obligación de prestar los servicios convenidos en el presente instrumento, el desempeño negligente de sus funciones o el abandono de éstas por EL PROFESIONAL se considerará una violación a esta contrato y será causa suficiente para que LA CORPORACIÓN lo declare terminado, inmediatamente, sin sujeción a la cláusula de resolución y quede relevada de toda obligación y responsabilidad bajo el mismo. Queda expresamente convenido que EL PROFESIONAL completará cualquier trabajo que quede pendiente al momento de la resolución, sin que por ello la LA

CORPORACIÓN venga obligada a pagar a EL PROFESIONAL retribución o compensación adicional sobre el mismo.

**DÉCIMOCUARTA - RESPONSABILIDAD POR DAÑOS Y PERJUICIOS:** EL PROFESIONAL será responsable por cualesquiera daños y perjuicios causados por el desempeño negligente o abandono de las obligaciones asumidas bajo este contrato y releva así de cualquier obligación y responsabilidad a LA CORPORACIÓN.

**DECIMOQUINTA:** La CORPORACIÓN tiene conocimiento de que EL PROFESIONAL será asistido por entrevistadores profesionales en el desempeño de sus funciones. La CORPORACIÓN no será responsable de los mismos y por ende, se libera de cualquier negligencia o responsabilidad en que puedan incurrir dichos entrevistadores profesionales al asistir a EL PROFESIONAL en el cumplimiento de los deberes establecido en el contrato.

**DECIMOSÉPTIMA – CONFIDENCIALIDAD:** EL PROFESIONAL se obliga a no divulgar ninguno de los aspectos de los negocios de LA CORPORACIÓN, ni proporcionará a tercera persona, verbalmente o por escrito, directa o indirectamente, información alguna sobre los sistemas y actividades de cualquier clase que observe de LA CORPORACIÓN.



**DECIMOCTAVA:** EL PROFESIONAL se obliga no obstante de la cancelación del presente contrato, a no divulgar ni a servirse personalmente de los negocios de LA CORPORACIÓN, que fueren de su conocimiento, con motivo de la relación de trabajo ni a proporcionar a terceros la información y documentos señalados en la cláusula que antecede.

**DECIMONOVÉNA – DERECHOS DE AUTOR:** En el momento de entrega, el producto del trabajo, incluyendo, sin limitación, todos los informes originales, escritos, grabaciones, dibujos, archivos y cálculos detallados elaborados en el marco de este contrato son propiedad de TCAPR Corp. EL PROFESIONAL acuerda que todos los derechos de propiedad intelectual que surgen de la creación del trabajo, de conformidad con este contrato le pertenecen exclusivamente a la TCAPR Corp.. EL PROFESIONAL renuncia a todas las reclamaciones y los derechos de autor u otros derechos de propiedad intelectual a favor de la TCAPR Corp. La TCAPR Corp. reconoce que el uso del producto del trabajo se limita a los efectos previstos en el ámbito de trabajo.

EL PROFESIONAL podrá solicitar y obtener autorización para utilizar, en todo o en parte, para fines didácticos, la información y documentos pertenecientes a TCAPR

Corp. y que sean resultado directo del trabajo a realizarse bajo el presente. Dicha autorización se hará por escrito, y contará con la anuencia de las partes en el caso United States of America v. Commonwealth of PR,  No. 3:12-cv-2039 (GAG); y del Tribunal.

**VIGÉSIMA: RELACIÓN ENTRE PATRONO y EMPLEADO:** Las partes entienden que el presente contrato no crea una relación de patrono y empleado, ni de funcionario u oficial de TCAPR Corp.

**VIGÉSIMO PRIMERA - CONFLICTOS DE INTERESES:** EL PROFESIONAL reconoce que en el descargo de su función profesional tiene un deber de lealtad completa hacia LA CORPORACIÓN, lo que incluye el no tener intereses adversos a dicho organismo que tengan o pudieran tener intereses encontrados con la parte contratante.  Este deber además, incluye la obligación continua de divulgar a LA CORPORACIÓN todas las circunstancias de sus relaciones con clientes y terceras personas y cualquier interés que pudiera influir en EL PROFESIONAL, su labor, las actividades a realizarse y/o el cumplimiento mismo del presente contrato.

EL PROFESIONAL certifica que no está representando y no representará durante la vigencia de este contrato, intereses particulares en casos o asuntos que involucren conflictos de intereses contra LA CORPORACIÓN. EL PROFESIONAL certifica, además, no tener opinión preconsebida o interés personal en cuanto a la Reforma Sostenible de la Policía de Puerto Rico, la Policía de Puerto Rico y/o los resultados que reflejen las encuestas a realizarse bajo el presente.

EL PROFESIONAL quedará obligado por los Cánones de Ética aplicables a su profesión y Código de Conducta de Empleados Judiciales Federales, copia del cual se acompaña.

**VIGÉSIMO SEGUNDA:   ULTRAVIRES:** No se continuará dando servicios bajo este contrato a partir de su fecha de expiración, excepto que a la fecha de expiración exista ya una extensión firmada por ambas partes.  No se pagarán servicios prestados en violación a este cláusula, ya que cualquier funcionario que solicite y acepte servicios de la otra parte en violación a esta disposición, lo está haciendo sin autorización legal alguna.

**VIGÉSIMO TERCERA - TOTALIDAD DEL ACUERDO:** Este contrato constituye el acuerdo completo entre las partes con respecto a los asuntos establecidos en este contrato, y este contrato sustituye cualquiera y todas las anteriores y actuales, orales o por escrito de los acuerdos o entendimientos entre las partes con respecto a dicho tema. Ninguna representación, promesa, incentivo, o declaración de intenciones ha sido formulada por las partes, que no ha sido consagrada en el presente contrato. Este

contrato no puede ser modificado, de ser modificado o complementdo, no será valido, excepto por un acuerdo escrito posterior, debidamente ejecutado por todas las partes en el presente acuerdo.

**VIGÉSIMO CUARTA - SEPARABILIDAD:** Si cualquier tribunal de jurisdicción competente anula cualquier disposición de este contrato, dicha disposición será modificada en la medida en que sea necesario para que se pueda ejecutar, de conformidad con el espíritu y la intención de este contrato. Si una disposición de este tipo no puede modificarse de tal forma, la disposición se considerará separada del resto de las disposiciones del contrato y no afectará a las otras disposiciones del mismo.

## ACEPTACIÓN

**EN TESTIMONIO DE LO CUAL, LAS PARTES** contratantes suscriben este contrato voluntariamente y comprendiendo el contenido de la misma, obligándose formalmente a cumplir con todas sus cláusulas y condiciones.

En San Juan, Puerto Rico, hoy _15_ de _Julio_ de 2015.


**ARNALDO CLAUDIO-Presidente**
TCAPR Corp.

**DR. RICHARD BLANCO PECK**
EL PROFESIONAL



# POPULAR AUTO

1901 AVE JESUS T PIÑERO SUITE 466
SAN JUAN PR 00920-5608

**INVOICE**

Agreement No. **794097**

| Hato Rey | Ponce | Mayagüez | Bayamón | Carolina | Caguas | Humacao | Señorial |
|---|---|---|---|---|---|---|---|
| (787) 763-4848 | (787) 259-4848 | (787) 265-4848 | (787) 785-4848 | (787) 257-4848 | (787) 258-4848 | (787) 852-4848 | (787) 754-4848 |

## CUSTOMER INFORMATION

| | | |
|---|---|---|
| Name / Company **ERIC T GUZMAN JANER** | | Telephone **(787) 765-2209** |
| Address (postal) **URB MILAVILLE 120 CALLE MAMEY** | | |
| City **SAN JUAN** | PR | Zip Code **00926** |
| Address (physical) | | |
| City | | Zip Code |
| Driver's License (Driver must be at least 21 years old) **647797** | State **PR** | Expire **03/08/2019** |
| Date of Birth **03/08/1953** | | Home Phone |
| Billing Specifications (C/O) | | P.O. |
| Address | City | Zip Code |
| Additional Driver (Driver must be at least 21 years old) **NONE** | | Date of Birth |
| Driver's License | State | Expire |
| Nature of Rental | From | To |
| Customer Acct. Num | | Social Security # |

### UNIT INFORMATION

| | | |
|---|---|---|
| Unit Number **17386CR** | Make **FORD** | Model **EXPLORER** |
| Year **2015** | Tag # **IMU289** | Color **3021913WHIT** |
| Renting **CAR** | | Owing **CAR** |
| Expected Return **08/16/2015** | | Time **07:00 AM** |
| Date Returned **08/14/2015** | | Time **06:09 PM** |
| Date Rented **08/10/2015** | | Time **07:17 AM** |
| Original Miles In **7438** | | F |
| Original Miles Out **6985** | | F |
| Total Miles Driven **453** | | |

## RENTAL RATES / CHARGES

| | | | CHARGES |
|---|---|---|---|
| Miles **453** | @ | 0.00 | 0.00 |
| **0** | @ | 75.00 | 0.00 |
| Days **5** | @ | 79.95 | 399.75 |
| Weeks **0** | @ | 0.00 | 0.00 |
| Months **0** | @ | 0.00 | 0.00 |
| CUSTOMER DISCOUNT 20.00 % | | | -79.95 |
| Additional Driver 0.00 | Daily | | 0.00 |
| EPASS 4.95 | One-Time | | 4.95 |

Collision Damage Waiver C.D.W.

C.D.W. / Coverage provided by          DEDUCTIBLE          Customer Initials

Customer [X]  Popular Auto [ ]

Auto Liability / Coverage provided by

Customer [X]  Popular Auto [ ]

Liability Limits Available: Combined Single Limit $20,000 [ ] or $100,000/300,000/50,0000 [ ]

Customer Insurance Company                    Agent

| Accessories | Out | In | Fuel Out | | Out | In |
|---|---|---|---|---|---|---|
| Jack | | | Registration | | | |
| Spare Tires | | | Safety Equipment | | | |
| Rugs | | | F. Extinguisher | | | |
| Tire Tools | | | Safety Flares | | | |
| Wheel cap | | | Safety Flags | | | |

| | | CHARGES |
|---|---|---|
| **Taxable Subtotal** | | 324.75 |
| State Tax | 10.50 % | 34.10 |
| Local Tax | 1.00 % | 3.25 |
| **CDW / Auto Liability** | | |
| C.D.W. (Per Day) | 0.00 | 0.00 |
| Auto Liability (Per Day) | 0.00 | 0.00 |
| Fuel Charge 0.99 Rate /Lit. | | 0.00 |

DAMAGE OUT:

IN:

NOTE: DAMAGE WITH "X" AND
DESCRIBE IF THERE WAS AN ACCIDENT OF ANY KIND, A COMPLETE ACCIDENT REPORT MUST BE ATTACHED

REMARKS  CONFIRMADO, UTILIZARA SEGURO DE LA CORPORACION. CUBRE A
CLIENTE. LLENO CONTRATO A MANO. RECOGERA EN CAROLINA ESTE

**IMPORTANT INFORMATION**
*Unit over expected return date & time will be considered missing and reported to the police.
*Minimum charge is one day (24 hours)

I accept the use of the E-PASS Service.  Charges for this service are : $4.95 per contract plus
any amount for the use of TOLL Booths.  ACCEPTANCE INITIAL: _____

I decline the use of the E-PASS Service.  If used, Charges for this service will be $25.00
plus any amount for the use of TOLL Booths.  NOT ACCEPTANCE INITIAL:_____

I authorize Poplar Auto to bill my credit card for any charges owed to their company.

Customer Acceptance Signature for Terms & Condition on this Agreement _____

| | |
|---|---|
| Total Charges | 362.10 |
| Less Deposit | 500.00 |
| Payment | |
| Refund | -500.00 |
| **Balance Due Company (Customer)** | 0.00 |

| Employee Out **PR47201 J** | Employee In **PR45781 A** |
|---|---|



FABR PETROLEUM
767  1010

| Descr. | Qty | Amount |
|---|---|---|
| REG   CA #07 | 61.825L | 40.00 |
| | @ 0.647/L | |
| Prepay Fuel | | -40.00 |

```
           Sub Total      0.00
           ESTATAL        0.00
              MUN         0.00
      TOTAL           0.00
           CASH  $      0.00
```

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 13378
08/31/15  10:50:04            ST# TX224

H

```
            PUMA ZONA BANCARIA
            AVENIDA PONCE DE LEON
            HATO REY, PUERTO RICO
```

CASH            REC# 55252        08/11/15

**** RECIBO ****

1  GASOLINA(07) 57.39Lt        40.00
   (REGULAR) 69.7/Lt
                              --------
                                40.00
              TAX MUN . . . . .    .00
              TAX EST . . . . .    .00
                              --------
   TOTAL DE LA VENTA . . . . .  40.00


* GRACIAS POR SU COMPRA, VUELVA PRONTO *

            4-Adm  05:43c

*Raúl*

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH          REC# 56164          08/12/15

**** RECIBO ****

1  GASOLINA(03) 28.70Lt          20.00
   (REGULAR) 69.7/Lt
                                 -------
                                  20.00
          TAX MUN . . . . .         .00
          TAX EST . . . . .         .00
                                 -------
   TOTAL DE LA VENTA . . . . .    20.00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

          4-Adm   06:16c

BIENVENIDO A
PUMA BK

DESCR.          QTY          AMOUNT

REG.   CA #02  45.908L        32.05
              @ 0.697/ L
       Prepay Fuel             -00.00

          Sub Total           -27.95
          STATE                 0.00
          MUNICIPAL            0.00
       TOTAL                 -27.95
              CASH  $        27.95
          GRACIAS
       VUELVA PRONTO
BC## 0001 CSH# 500 DR# 01  TRAN# 13960
09/14 15  18:04:50           ST# AB123

```
TO GO STORE GURABO
  CARR 189 KM 0.4
BO. NAVARRO GURABO
    PR, 00778

Descr.          qty        amount
-------         ---        ------
Prepay CA#12               40.00
                          ----------
           Sub Total       40.00
             IVU 1%         0.00
           IVU 10.5%        0.00
             SPEC 2%        0.00
       TOTAL              40.00
           CASH  $        40.00
THANKS, COME AGAIN
REG# 0003 CSH# 028 DR# 01  TRAN# 31136
08/12/15  19:13:17         ST# 00012
-------- PIDE TU RECIBO --------

 IVULOTO: 2B6AB-WJ92Z
 ST DRAWO67 Aug/22/2015
 CONTROL: 028-212277

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------
```

```
BIENVENIDO A
TO GO STORES 24HRS.
CAGUAS

Descr.          qty        amount
-------         ---        ------
Prepay CA#19               40.00
                          ----------
           Sub Total       40.00
             IVU 1%         0.00
           IVU 10.5%        0.00
             SPEC 2%        0.00
        TOTAL            40.00
           CASH  $        40.00
GRACIAS, VUELVA PRONTO
*
ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
REG# 0003 CSH# 016 DR# 01  TRAN# 30780
08/18/15  15:30:29         ST# 00019
-------- PIDE TU RECIBO --------

 IVULOTO: A9CYW-F6FB7
 ST DRAWO68 Aug/25/2015
 CONTROL: 968-500617

---- CON IVULOTO TODOS NOS -----
--------- BENEFICIAMOS ---------
```

```
Your Receipt

08/15/15 SAT     07:50:15 AM  No. 85375
Pump No. 07      Grade 2      $6,547.117

LIT  57.92%                   $ 289.75

Cash Sale                   THANK YOU
```

```
TO GO STORE GURABO
  CARR 189 KM 0.4
BO. NAVARRO GURABO
    PR, 00778

Descr.          qty        amount
-------         ---        ------
Prepay CA#04                8.00
                          ----------
           Sub Total        8.00
             IVU 1%         0.00
           IVU 10.5%        0.00
             SPEC 2%        0.00
        TOTAL             8.00
           CASH  $         8.00
THANKS, COME AGAIN
REG# 0004 CSH# 009 DR# 01  TRAN# 45599
03/17/15  17:46:59         ST# 00012
-------- PIDE TU RECIBO ---------
```



*Raul*

```
TO GO STORE GURABO
   CARR 189 KM 0.4
BO. NAVARRO GURABO
     PR. 00778

Descr.          qty        amount
-------         ---        ------
Prepay CA#07
                            20.00
                          ----------
          Sub Total        20.00
             IVU 1%         0.00
          IVU 10.5%         0.00
            SPEC 2%         0.00
       TOTAL              20.00
             CASH  $       20.00
   THANKS, COME AGAIN
REG# 0003 CSH# 005 DR# 01  TRAN# 34427
08/07/15  15:32:49            ST# 00012
-------- PIDE TU RECIBO ---------

 IVULOTO: J3SE7-7N97R
 ST DRAW065 Aug/15/2015
 CONTROL: 181-936047

---- CON IVULOTO TODOS NOS -----
-------- BENEFICIAMOS ---------
```

## Puma El Tunel

Carolina,PR

**Date: 8/9/2015 3:55 PM**
**Cashier: Edgar**
**Trans No. 395656**
**Batch No. 2586**
**Qty   UPC/PLU   Description**

| Regular [13] | | $20.00 |
| 28.694 | $0.697 | |

| **Subtotal:** | **$20.00** |
| **Estatal:** | **$0.00** |
| **Municipal:** | **$0.00** |
| | |
| **Total:** | **$20.00** |
| **Tendered:** | **$20.00** |
| **Change:** | **$0.00** |

Gracias por comprar con nosotros

```
TO GO STORE GURABO
   CARR 189 KM 0.4
BO. NAVARRO GURABO
     PR. 00778

Descr.          qty        amount
-------         ---        ------
Prepay CA404
                            20.00
                          ----------
          Sub Total        20.00
             IVU 1%         0.00
          IVU 10.5%         0.00
            SPEC 2%         0.00
       TOTAL              20.00
             CASH  $       20.00
   THANKS, COME AGAIN
REG# 0004 CSH# 028 DR# 01  TRAN# 46649
08/05/15  19:56:15            ST# 00012
-------- PIDE TU RECIBO ---------

 IVULOTO: FA3BR-8V0DU
 ST DRAW065 Aug/15/2015
 CONTROL: 599-629354

---- CON IVULOTO TODOS NOS -----
-------- BENEFICIAMOS ---------
```

```
   BIENVENIDOS A
    CUPEY PUMA
MECANICA INSPECCION
    751 4712

Descr.          qty        amount
-------         ---        ------
Prepay CA#02
                            40.00
                          ----------
          Sub Total        40.00
          STATETAX         0.00
           CITYTAX         0.00
       TOTAL             40.00
             CASH  $       40.00
   THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 14670
08/05/15  15:16:50            ST# AB122
```



```
          WELCOME  TO
ANY  TIME  SAN  ANTON

Descr.         Qty        amount
..........     ....       .........
Prepay CA#03              40.00
                         ---------
              Sub Total   40.00
                 STATE     0.00
              MUNICIPAL    0.00
          TOTAL          40.00
              CASH  $     40.00
THANKS, COME  AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 12472
08/21/15  17:38:22         ST# AB123
```

```
          WELCOME  TO
          OUR  STORE

Descr.         Qty        amount
..........     ....       .........
DISCOUNT CODE: 0
    REG    CA #01  59.970L
                   @ 0.667/ L       40.00
         Prepay Fuel               -40.00
                                  ..........
              Sub Total             0.00
                 ESTATAL            0.00
              MUNICIPAL             0.00
          TOTAL                    0.00
              CASH  $               0.00
THANKS, COME  AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 14002
08/25/15  17:29:48         ST# AB123
```



**OATH**
A TODA HORA

GOLF AREA 3 GURABO
CARR 189 KM 3.3
GURABO
DATE          TIME          HOST
Aug 15-15     07:45:31        ALL
BATCH     TERMINAL ID    MERCHANT ID
000006     50V14015  4049106476668

CASH SALE

CASH OUT

AUTH. CODE: 538598      INVOICE: 017873
                        TRACE  :016365

REGULAR       %     40.00
State Tax     *      0.00
Fed. Tax      *      0.00
Total         *     40.00

IVULOTO: 40695-W1USO
ET DRAW067 AUG/22/15

- NO SIGNATURE REQUIRED -

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
| --- | --- | --- |
| REG  CA #12 | 56.985L | 39.15 |
|  | @ 0.687/ L |  |
| Prepay Fuel |  | -40.00 |
|  | Sub Total | -0.85 |
|  | IVU 1% | 0.00 |
|  | IVU 10.5% | 0.00 |
|  | SPEC 2% | 0.00 |
|  | TOTAL | -0.85 |
|  | CASH  $ | -0.85 |

THANKS, COME AGAIN
REG# 0003 CSH# 028 DR# 01  TRAN# 38293
/10/15  19:04:16           ST# 00012

---

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#04 |  | 20.00 |
|  | Sub Total | 20.00 |
|  | IVU 1% | 0.00 |
|  | IVU 10.5% | 0.00 |
|  | SPEC 2% | 0.00 |
|  | TOTAL | 20.00 |
|  | CASH  $ | 20.00 |

THANKS, COME AGAIN
REG# 0003 CSH# 005 DR# 01  TRAN# 30443
08/04/15  21:17:36         ST# 00012
--------- PIDE TU RECIBO ---------

IVULOTO: 2ME71-51D3Q
ST DRAW064 Aug/11/2015
CONTROL: 987-046465

---- CON IVULOTO TODOS NOS -----
---------- BENEFICIAMOS ----------

BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-525-1068
www.togostores.com

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#07 |  | 40.00 |
|  | Sub Total | 40.00 |
|  | IVU 1% | 0.00 |
|  | IVU 10.5% | 0.00 |
|  | SPEC 2% | 0.00 |
|  | TOTAL | 40.00 |
|  | CASH  $ | 40.00 |

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0004 CSH# 012 DR# 01  TRAN# 48734
08/03/15  11:19:07         ST# 00037



# Popular Auto Inc.
## AutoExpreso Toll Gate Ticket Information
### Range Date From: 08/10/2015 To: 08/14/2015

**Vehicle Information: IMU289**
**Vehicle Description: FORD\EXPLORER\2015**

| Trans ID | Trans Date | Post Date | Tag No. or Plate | Account | Trans. Type | Plaza | Lane | Pay Date | Toll | User |
|---|---|---|---|---|---|---|---|---|---|---|
| 1444211090 | 08/11/2015 08:09:47 AM | 08/11/2015 07:05:21 PM | 3021913 | 0 | 143 | Caguas Norte | 20 | 08/19/2015 12:47:52 PM | $-1.50 | PL74346 |
| 1443900987 | 08/11/2015 12:14:45 PM | 08/11/2015 12:14:45 PM | 3021913 | 0 | 143 | Teodoro Moscoso | 6 | 08/19/2015 12:47:52 PM | $-3.35 | PL74346 |
| 1444399975 | 08/12/2015 05:19:28 AM | 08/12/2015 05:19:28 AM | 3021913 | 0 | 143 | Caguas Norte | 18 | 08/19/2015 12:47:52 PM | $-1.50 | PL74346 |
| 1445196182 | 08/13/2015 05:53:38 AM | 08/13/2015 10:47:42 AM | 3021913 | 0 | 143 | Caguas Norte | 20 | 08/19/2015 12:47:52 PM | $-1.50 | PL74346 |
| 1445974062 | 08/14/2015 10:01:48 AM | 08/14/2015 10:01:48 AM | 3021913 | 0 | 143 | Caguas Norte | 20 | 08/19/2015 12:47:52 PM | $-1.50 | PL74346 |
| 1446050211 | 08/14/2015 11:52:31 AM | 08/14/2015 11:52:31 AM | 3021913 | 0 | 143 | Teodoro Moscoso | 5 | 08/19/2015 12:47:52 PM | $-3.35 | PL74346 |
| 1446327131 | 08/14/2015 05:35:21 PM | 08/14/2015 05:35:21 PM | 3021913 | 0 | 143 | Teodoro Moscoso | 5 | 08/19/2015 12:47:52 PM | $-3.35 | PL74346 |

**TOTAL UNITS:** 7

**Toll TOTAL:** $-16.05

Recibo de Recarga

www.autoexpreso.com
PO Box 1183
San Juan, PR 009 888
1-888-688-13
Plaza Caguas Norte, Carril 13
Cajero: 92
08/17/15 09:2

Numero de Cuenta:          03451155
Cantidad de Pago:      20.00
Metodo de Pago:            Efectivo
Balance:                   17.95

---

ATH

HI TECH 106 AUTO CARE
GUAYNABO

TERMINAL ID.:              87880253
MERCHANT #:            8768103709215

PAYMENT METHOD: CASH

USER:                          9876
PEAJE
8378862760704071413G

SALEPPCASH

BATCH: 000033          TRACE: 006409
DATE: Aug 05, 15         TIME: 16:39
006338                 AUTH NO: 09970A

TOTAL              $20.00

APPROVED
21.50

PREPAID CARD SALE

X
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER

CUSTOMER COPY

Recibo de Reca...

www.autoexpr...o.com
PO Box 1183...
San Juan, PR 003... 888
1-888-688-10 (
Plaza Buchanan, C... ...1 13
Cajero: 179...
08/31/15 10:49...

Numero de Cuenta:          ...03451155
Cantidad de Pago:      $        40.00
Metodo de Pago:             Efectivo
Balance:               ...      41.40

Recibo de Recarga

www.autoexpreso.com
PO Box 11838
San Juan, PR 00922-888
1-888-688-10 C
Plaza Buchanan, Carril 13
Cajero: 1798
08/31/15 10:49:52

Numero de Cuenta:        AUT 03451155
Cantidad de Pago:      $        40.00
Metodo de Pago:              Efectivo
Balance:                  $        41.40

Recibo de Recarga

www.autoexpreso.com
PO Box 11838
San Juan, PR 00922-888
1-888-688-10 C
Plaza Caguas Norte, Carril 13
Cajero: 9248
08/17/15 09:26:38

Numero de Cuenta:        AUT 03451154
Cantidad de Pago:      $        18.00
Metodo de Pago:              Efectivo
Balance:                  $        28.30

Favor de comunicarse con nuestro
Centro de Servicio al Cliente
referente a su sello 48021912.
          Codigo:          W



PUMA 226 SAN JUAN
SAN JUAN

TERMINAL ID.:              87880058
MERCHANT #:            8788103700042

PAYMENT METHOD: CASH

USER:                          0002
PEAJE
#9788627607040714136

SALEPPCASH

BATCH: 000805          TRACE: 058163
DATE: Aug 24, 15        TIME: 09:10
059589                  AUTH NO: 09SSP5

TOTAL              $20.00

APPROVED
19.50

PREPAID CARD SALE

X
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER

CUSTOMER COPY

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed for the month of August

The TCA attended scheduled visits and received documents relating to unresolved complaints. The TCA met with the Ombudsman and with the Women's Rights Advocate. The TCA met with representatives from the ACLU, COPS and NIE in individual meetings; with Ismael Rivera from the Policemen Syndicate; with Fortaleza's Security Advisor, Mrs. Mari Tere Rivera; and with Mari Mari Narváez, Director of Espacios Abiertos. The TCA attended to the Police Department's *Night Out* activity,; met with Mr. Méndez and Mr. Zaldaña from the School of Criminal Justice ; and met with Papo Cristian and the Public Service Commission.

During the TCA Core Team reviewed the following General Orders and documents: :

1. Review and discussion of Methodology to Review Action Plans (Search & Seizures, Use of Force, Equal Protection & Administrative Complaints).
2. Meeting to address the Functions and Responsibilities of the Domestic Violence Specialized Division.
3. Domestic Violence and the Functions and Responsibilities of Specialized Divisions of Domestic Violence in Incidents involving PRPD employees.
4. Meeting to address General Order of Field Investigation Unit of Use of Force.
5. Administrative Order on Complaints and Recognition of Public information Program.
6. Police Academy Syllabus.
7. Para. 253 meeting with Reform Office, PRDOJ, USDOJ, TCA and TCA Legal Counsel.

Furthermore, the preliminary Information Technology Report was sent to the parties; a conference call between Dr. Blanco Peck, representatives of the PRDOJ, USDOJ, PRPD, the TCA and the Core Team to discuss the status of the  Surveys according to para. 241. The TCA submitted final comments and the methodology for the PRPD Action Plans. A meeting was held between the Honorable Judge Gelpí, TCA and the Core Team; also, continuing preparation and coordination for Ponce Hearing..

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under paragraph 253 of the Agreement, the monthly meeting with the TCA´s CPA, updating employee records and payroll, revision of the Core Team´s August agenda, circulating CT agenda and the Core Team work plan; coordination and preparation of the TCA´s agenda and meetings for the month September, and preparing respective court documents for the parties' review and input of the TCA Expenses, paragraph 30.

RECEIVED AND FILED
2015 SEP -9 PM 2: 04
CLERK U.S. DISTRICT COURT