IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**COMMONWEALTH OF PUERTO RICO,** et al.,<br><br>**Defendants.** | **CASE NO. 12-2039 (GAG)** |

### ORDER

The court will hold an in camera conference with counsel for the parties. The conference is scheduled for October 15, 2015 at 11:00am. The same will be transcribed and remain sealed under order of the court.

**SO ORDERED.**

In San Juan, Puerto Rico this 30th day of September, 2015.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge