UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

        Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

        Defendants.

No. 12-cv-2039 (GAG)

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for September 2015.

| Core Team Expenses | | | |
|---|---|---|---|
| **Visit** | | | |
| | Gerard LaSalle | N/A | N/A |
| | Linda V. Navedo | $6,500.00 | September 21, 2015 to September 25, 2015 |
| | Rafael E. Ruíz | $6,500.00 | September 21, 2015 to September 25, 2015 |
| | Marcos Soler | $3,900.00 | September 21, 2015 to September 25, 2015 |
| | John J. Romero | $6,500.00 | September 21, 2015 to September 25, 2015 |
| | Alan Youngs | $6,500.00 | September 21, 2015 to September 25, 2015 |
| | Scott Cragg | N/A | September 21, 2015 to September 25, 2015 |
| | Subtotal | $29,900.00 | |
| **Telework[1]** | | | |
| | Gerard LaSalle | N/A | N/A |
| | Linda V. Navedo | $2,600.00 | September 2015 |
| | Rafael E. Ruíz | $2,600.00 | September 2015 |
| | Marcos Soler | $5,250.00 | September 2015 |
| | John J. Romero | $2,600.00 | September 2015 |
| | Alan Youngs | $2,600.00 | September 2015 |
| | Scott Cragg | N/A | September 2015 |
| | Subtotal | $15,650.00 | |

---

[1] Please see Core Team invoices attached.

| | | | |
|---|---|---|---|
| | **Constitutional Lawyer** | | |
| | Alfredo Castellanos | $3,406.25 | |
| | Federico Hernandez Denton | $4,500.00 | |
| | Antonio Bazán | $4,625.00 | |
| | | Subtotal | $12,531.25 |
| | | | |
| | **Paragraph 241 Survey** | | |
| | October 15, 2015 to December 31, 2015 | $15,000.00 | |
| | | Subtotal | $15,000.00 |
| | | | |
| | **Car Expenses** | | |
| | Chauffer | $900.00 | August 8, 2015 to August 15, 2015 |
| | Chauffer | $900.00 | September 20, 2015 to September 26, 2015 |
| | Gasoline | $431.20 | |
| | Tolls | $108.25 | |
| | Vehicle Tire Repair | $5.00 | |
| | Car Rental | 433.41 | |
| | | Subtotal | $2,777.86 |
| | **Grand Total** | | $75,859.11 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $75,859.11, the total amount of the monthly expenses, for the month of September 2015.

5. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

6. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

7. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests this Honorable Court that the September expenses be approved and a check be issued in the amount of $75,859.11, the total amount of the expenses for the month of September 2015.

In San Juan, Puerto Rico, this day October 8, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

*[signature]*

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.