# INVOICE FOR PROFESSIONAL SERVICES: SEPTEMBER 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:   **TCAPR Corp.**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **September/2015**, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| Working session for the attention of the new politics sent by the Office of the Reform for its review; attention matters related to the Methodology of the TCA for the evaluation of the Plans of Action; search, reading and analyses of documents related to the politics subject to review. (4.0 hours) | | N/A | X | 1/ Sept. | |
| Assistance to the activity of the ACLU's conference: "*Combatiendo la Impunidad mediante mecanismos de Acción Ciudadana*". (2.0 hours) | | N/A | X | 2/ Sept. | |
| Working session, which consisted of assistance to meeting with the Lcda. Yashira Vega of the PRPD's Reform Office, for the discussion of the status of the new policies that are generated as a result of the Action Plans; follow up outstanding issues; reading e-mails and telephone coordination, among other issues. (3.0 hours) | | N/A | X | 4/ Sept. | |
| Working session to reading, review and analysis of documents related to policies. (3.0 hours) | | N/A | X | 7/ Sept. | |
| Working session for the attention of outstanding issues to the P. 241: Surveys; follow-up matters relating to policies pending to review; assessment of statistical | | N/A | X | 8/ Sept. | |

1

| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| data on crime Type 1, among other efforts. (4.0 hours) | | | | | |
| Working session for the follow-up matters relating to policies pending to review and the next evaluation process of the Action Plans. (3.0 hours) | | N/A | X | 9/ Sept. | |
| Working session for the TCA Core Team September/2015's schedule; follow-up matters relating to policies pending to review; process relating the evaluation of the Action Plans. (4.0 hours) | | N/A | X | 10/ Sept. | |
| Working session related to the General Order for the Creation of the Division of Incidents of Use of Force (2.0 hours ) | | N/A | X | 13/ Sept. | |
| Working session with the TCA Arnaldo Claudio, which consisted in assistance to meeting in the PRPD Reform Office with Lieutenant Colonel Clementina Vega and Yashira Vega, Esq. for the discussion of the TCA Core Team September/2015 Agenda; follow up to processes of policies' review; interview with agent of the PPR, among other matters. (6.0 hours) | | N/A | X | 15/ Sept. | |
| Attendance and participation of the executive hearing carried out by the Women Advocate Office ("*Oficina de la Procuradora de la Mujer*"); participation in a conference call with the DOJ, PRDOJ and representatives of the PRPD Reform Office, for the discussion of the TCA Core Team and USDOJ's itineraries. (9.0 hours) | | N/A | X | 16/ Sept. | |
| Working session for the follow-up matters relating to policies pending to review; evaluation process of the Action Plans, next week agenda. (3.0 hours) | | N/A | X | 17/ Sept. | |
| TCA Core Team Week | | N/A | X | 21/Sept. | $1,300.00 |
| TCA Core Team Week | | N/A | X | 22/ Sept. | $1,300.00 |
| TCA Core Team Week | | N/A | X | 23/ Sept. | $1,300.00 |
| TCA Core Team Week | | N/A | X | 24/ Sept. | $1,300.00 |



| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| TCA Core Team Week | | N/A | X | 25/ Sept. | $1,300.00 |
| | TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| | TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| | TOTAL TO BE BILLED: | | | | $9,100.00 |
| | TOTAL HOURS WORKED "PRO BONO": 25.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
September 29, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015

3

Company Name: Rafael E. Ruiz
Address: 610 Pleasant St
Canton, MA 02021
Phone: 617-759-9156

# INVOICE

TO: **TCAPR, LLC**
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

INVOICE NO.   **2015-12**

DATE   **Sept 30, 2015**

PERIOD ENDING: **Sept 30, 2015**

| DATE | U.S. WORK DAY | P.R. WORK DAY | TOTAL WORK DAYS | TOTAL INVOICE |
|---|---|---|---|---|
| Sept. 01,2015 thru | FIU Policy Final review | | 0 | $ - |
| Sept 30, 2015 | SARP Organizational Policy | | 0 | $ - |
| | Sept C. T. Agenda | | 0 | $ - |
| | Annual Review of | | 0 | $ - |
| | Search and Seizure Policy | | 0 | $ - |
| | 600-612 | | 0 | $ - |
| | Review of SWAT and | | 0 | $ - |
| | DOT Policies | | 0 | $ - |
| | | | 0 | $ - |
| | Total hours worked: | | 0 | $ - |
| | 19.50 hrs | | 0 | $ - |
| | Total billable hours: | | 0 | $ - |
| | 17.33 @ $150/hr | | 0 | $ 2600.00- |
| | | | 0 | $ - |
| | | | 0 | $ - |
| Sept. 21, 2015 | | Site Visit to Quebradillas | 0 | $ 1300.00- |
| | | | 0 | $ - |
| Sept. 22, 2015 | | Site Visit to Utuado | 0 | $ 1300.00- |
| | | | 0 | $ - |
| Sept 23, 2015 | | Site Visit to PRPD HQ to Discuss Policies | 0 | $ 1300.00- |
| | | | 0 | $ - |
| Sept 24, 2015 | | Site Visit to PRPD HQ To Discuss Policies | 0 | $ 1300.00- |
| | | | 0 | $ - |
| Sept. 25, 2015 | | Paragraphs 241,253, Exit Briefing | 0 | $ - |
| | | and 6-Mo Report briefing | 0 | $ 1300.00- |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | | 0 | $ - |
| | | TOTAL INVOICE | 0.00 | $ 9100.00 - |

I hereby declare that to the best of my knowledge and belief, this information is true, correct and complete.

Signature: *Rafael E Ruiz*

Title: TCA- Core Team

Print Name:

Date: Sept 30, 2015

Make all checks payable to **Same**
THANK YOU FOR YOUR BUSINESS!

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

September 30, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 014

FOR PROFESSIONAL SERVICES RENDERED SEPTEMBER 2015

Monday, Sept 21, 2015          TCA Office re: meetings
                               Site Visit Qiebradillas Zone of Excellence


Tuesday, Sept 22, 2015         TCA Office re: meetings
                               Site Visit Utuado Zone of Excellence

Wednesday, Sept 23, 2015       TCA Office re: meetings
                               PRPD HQ. re: meetings


Thursday, Sept 24, 2015        TCA Office re: meetings
                               PRPD HQ. re: meetings

Friday, Sept 25,               TCA Office re: meetings

**5 DAYS (DAY RATE $1,300) = $6500**

September 1-30     Reviewed PRPD Policy on Reorganization of the Auxiliar
                   Superintendence in Professional Responsibility (SARP)
                   Prepared written comments on the above policy.
                   Reviewed PRPD Policy on Reorganization of the Division
                   Of Special Weapons and Tactics (SWAT)
                   Prepared written review on the above policy

**TOTAL HOURS  24 Hours**
**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**
**$150 PER HOUR.   $2,600**

**TOTAL $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: SEPT 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of September 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| As the Lead, researched, reviewed and obtained information on best police practices concerning Reorganization of the Auxiliary Superintendent of Professional Responsibility as requested by PRPD (4 hours) | X | N/A | 1/Sept | 600.00 |
| Researched, reviewed and obtained information on best police practices on Examples of Civilian Complaint forms in Spanish & English (4 hours) | X | N/A | 1/Sept | 600.00 |
| Researched, reviewed and obtained information on best police practices concerning Critical Incident Reports in Spanish for future use by the PRPD (6 hours) | X | N/A | 3/Sept | 900.00 |
| Researched, reviewed & obtained training information on best police practices for Transgender Policies in Spanish & English(4 hours) | X | N/A | 9/Sept | 600.00 |
| Researched, reviewed and obtained information on best police practices concerning Mounted Patrol (3 hours) | X | N/A | 15/Sept | 450.00 |
| Researched, reviewed & obtained information on best police practices on Field Training evaluation forms (1 hour) | X | N/A | 16/Sept | 150.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed & obtained information on best police practices on K-9 policy and procedures (4 hours) | X | N/A | 18/Sept | 600.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 21/Sept | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 22/Sept | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 23/Sept | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 24/Sept | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 25/Sept | $1,300.00 |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 15.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
September 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

2

Date: _10/8/_____, 2015.



## Castellanos Group, P.S.C.

September 28, 2015

**Mr. Eric Guzmán**

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

### Invoice For Services Rendered To The TCA During The Month of September I (1 out of 2)

The present invoice includes services that were rendered by Alfredo Castellanos during the month of September 2015, ending on the 30th:

| Date | Description | Hours |
|------|-------------|-------|
| Sep-02-15 | Worked on the coordination of potential speakers. Re: Ponce Hearings. | 2.00 |
| Sep-03-15 | Worked on the coordination of potential speakers. Re: Ponce Hearings. | 2.00 |
| Sep-05-15 | Conference call with Mrs. Tatty Escobar. Re: Ponce Hearings. | 0.25 |
| Sep-07-15 | Conference calls Re: Ponce Hearings. Preparation for meeting with Mr. Papo Christian on 09-08-15. | 0.5 |
| Sep-08-15 | Meeting with Mr. Papo Christian. Re: His participation at Ponce Hearings. | 2.00 |
| Sep-09-15 | Conference calls Re: Ponce Hearings with the following parties: 1. Mrs. Tatty Escobar. 2. Ponce Municipality. 3. Ex-Governor Rafael Hernández Colón's secretary. | 2.00 |
| Sep-10-15 | Trip to Ponce. Visit to the Federal Courthouse. Meeting with the Clerk's Office. Meeting with US Marshals. Meeting with Mrs. Tatty Escobar. Meeting with the Dean and Professors from the Pontifical Catholic University of Puerto Rico. | 5.00 |
| Sep-14-15 | Meeting with William Ramírez, Esq. and Josué González, Esq. at ACLU, Hato Rey. TCA was present during the meeting. Meeting with GRUCORPO at Hato Rey. Re: Ponce Hearings. | 3.5 |
| Sep-14-15 | Preparation for meeting with Georgina Candal, Esq. on 09-15-15. | 1.00 |
| Sep-15-15 | Meeting in Hato Rey with Georgina Candal, Esq. President of the Commission of Civil Rights. The TCA was present at meeting. | 3.00 |
| Sep-15-15 | Conference call with Mrs. Tatty Escobar. Re: Ponce Hearings. | 0.25 |
| Sep-16-15 | Work on new "In Progress Report". | 5.00 |
| Sep-18-15 | Conference call with the Auxiliary Dean from the Pontifical Catholic University of Puerto Rico. | 0.25 |
| Sep-19-15 | Drafting and sending of email to the Parties regarding the directives of the Court and preparation for the meeting scheduled for 09-23-15. | 0.5 |
| **Hours Billed** | | **27.25** |
| **Total** | | **$3406.25** |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.*

**Alfredo Castellanos Bayouth, Esq.**

# Antonio R. Bazán

Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

September 28, 2015.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-9

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of September , 2015.

| Date(s) | Hour(s) | Matter/Research |
|---|---|---|
| 9/02/2015 | **2.5 hrs.** 3:00 to 5:30 pm | Methodology to Review AP, Action Plans on Search & Seizure, TCA Cover Letter & USDOJ Letter (Saucedo)- SWAT review (Romero) |
| 9/03/2015 | **4 hrs.** 3:30 to 7:30 pm | Work on General Order on Use, Distribution, Filing and Final Disposition.  Draft |
| 9/04/2015 | **4 hrs.** 3:00 to 7:00 pm | Review, work, legal comments on NIBRS (Soler) Review of Action Plans and Jurisprudence |
| 9/08/2015 | **3 hrs.** 9:30 am to 12:30 pm | Policy on Reorganizing SARP (Dr. G. Lassalle) (legal comments) – Search & Seizures (Romero/Ruiz) Review & Comments (legal) |
| 9/10/2015 | NO CHARGE | Review of NYPD Policies on Stop & Frisk |
| 9/15/2015 | **.5 hr.** | Final Draft PRPD Authority to conduct Searches & Seizures |
| 9/18/2015 | **2.5 hrs.** 3:00 pm to 5:30 pm | Drafts on SWAT, Tactical Ops –Legal Opinion on local jurisprudence on arrests, probable cause, stop and frisk. |
| 9/21/2015 | **3.5 hrs.** 8:30 am to 5:30 pm + | Quebradillas Police Station.  **Travel and lunch time excluded.** |
| 9/22/2015 | **5 hrs.** 8:30 am to 5:30 pm. + | Utuado PRPD Precinct and Police Station. **Travel and lunch time excluded.** |
| 9/23/2015 | **4.0** hrs. 9:00 am to 1:30 pm. | Meeting at PRPD with USDOJ, DOJPR and Legal Staff of PRPD + Discussion of Orders pending approval 1) Field Investigations Unit, 2) SARP 3) Adm. Orders on Complaints & Recognition of Public Information, 4) Sexual Discrimination & Harrasment, Retaliation, Etc. NIBRIS |
| **Next Page** | **Next Page** | **Next Page** |

| 9/24/2015 | **4.0 hrs.** 9:00 am. to 1:45 pm | Meeting at PRPD with USDOJ, DOJPR and Legal Staff of PRPD. 1) Searches and Seizures, 2) SWAT, 3) General Order 73-4 Tactic Operations Unit Mobilization |
|---|---|---|
| 9/25/2015 | **4:00 hrs.** 10:00 am to 3:00 pm | Meeting at TCA Office Action Plans, Consent Decree, Paragraph 253 + end meeting of Core Team |
| 9/29/2015 | **37 hrs.** Total Hours billed | 37.0 hrs. x $125.00 = $4,625.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department. Signed copy of this will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

September 28, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for September 2015

| Date | Description | Hours |
|------|-------------|-------|
| 9/8/15 | Meeting with the Board of Promotions PRPD – TCA. Analysis of Policy of Reorganization of SARP and preparation of memo to Al Young and Core Team - TCA | 5.5 |
| 9/14/15 | Revision of commentaries of TCA  - General Order on search and seizure of the PRPD. Telephone calls with Linda Navedo with regards to this order. Reading and analysis of General Order on the Investigation of Domestic Violence Incident; Intervention and incidents of Domestic Violence and the application employees of the PRPD. | 5 |
| 9/15/15 | Meeting the Board of Promotion PRPD. Meeting with attorney Yashira M. Vega and Marcos Soler – Domestic Violence Order. | 6 |

| | | |
|---|---|---|
| 9/22/15 | Reading of General Order on Searches and Seizure by the PRPD in preparation for meeting of TCA Core Team and PRPD, DOJ and PRDOJ. Reading and analysis of General Order on the Reorganization of the Auxiliary Superintendence Professional Responsibility and Comments of the TCA in preparation for meeting TCA Core Team and PRPD, DOJ and PRDOJ. Reading of the General Order of PRPD with regards to the dissemination of information to the public about the filling of complaints against a member of the PRPD. | 7.5 |
| 9/23/15 | Meeting of TCA with DOJ and PRPD regarding the reorganization of SARP. | 5 |
| 9/24/15 | Reading and analysis of Consent Decree in US District Court Case in case of Carrasquillo.<br>Visit with the TCA to the Canine Unit of the PRPD in Bayamon. | 6.5 |

**Total hours: 36**
**Per $ 125.00**
**Total: $ 4,500.00**

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

Federico Hernández Dentón

Second Invoice September 16, 2015: $15,000

For Professional Services to Conduct a Survey as According to the Contract Signed

The first invoice presented by Richard Blanco Peck, Ph.D. (Contracted Survey Researcher for T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

Services for Phase II: October 15, 2015 – 31 December: $15,000

Police Department Reform of Puerto Rico

| Phase | Calendar |
|---|---|
| 1- Computer program preparation of the Residents survey data, tables, crosstabs, graphs and statistical analysis will begin. | (last 2 weeks of October 2015) |
| 2- Planning, organization and design of the Police Department of P.R. and detainee's questionnaires. Development of different police & detainees questionnaire sections and variable index adjustments to the questionnaire in collaboration with the office of TCA, the Police Department of P.R., the Department of Justice of P.R., and the D.O.J. of the United States of America. Preparation of the Police & Detainees Questionnaire draft for testing (Pre-Test). Pre-test of 20 questionnaires of each. | |
| 3- Staff training for police and detainees interviews (person to person survey). Interviewers training and participation in Pre-Test OF 20 SUBJECTS INTERVIEWED for each segment of the population. Pre-test of 20 questionnaires of both groups analyzed for validation by computer program (Cronbach Alpha calculation). Development of a stratified random survey design of about 350 police officers and 50 detainees of different Police Districts (13) of Puerto Rico. Four (5 hours) meetings have been conducted with all members of staff to correct any discrepancies or methodological situations. | (last 2 weeks of October-first 2 weeks November 2015) |
| 4- Questionnaires reproduction and distribution to begin the person to person | (November 2015) |

# INVOICE 0105

8/6/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of August 8-15, 2015 to TCAPR CORP | 900.00 |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| **USD TOTAL** | **$900.00** |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

# INVOICE 0106

9/23/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of September 19-26, 2015 to TCAPR CORP | 900.00 |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| **USD TOTAL** | **$900.00** |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

POPULAR AUTO - CAROLINA
ROUTE #3  KM 9.5
CAROLINA, PR 00968
PH: (866) 257-4848

# Customer Invoice 796154

| | |
|---|---|
| Date: | 09/25/2015 |
| Invoice Date: | 09/25/2015 |

GUZMAN JANER, ERIC T
URB MILAVILLE 120 CALLE MAMEY
SAN JUAN, PR 00926
PH:(787) 765-2209

GUZMAN JANER, ERIC T
URB MILAVILLE 120 CALLE MAMEY
SAN JUAN, PR 00926

License Information:
647797
PR 03/08/2019

PO Number:
Agreement Number:        796154

| Vehicle Number | Vehicle Type | Vehicle Plate | Date Rented | Date Returned |
|---|---|---|---|---|
| 17386CR | 2015 FORD EXPLORER | IMU289 | 09/20/2015 09:00 AM | 09/25/2015 05:26 PM |

6 Day(s) @79.95                                                                    Charged 6 Day(s)

| Description | Amount |
|---|---|
| RATE CHARGE | 479.70 |
| RATE CHARGE Discount | -95.94 |
| EPASS TOLL SERVICE | 4.95 |
| CITY TAX | 3.89 |
| STATE TAX | 40.81 |
| Total Charges | 433.41 |

| | |
|---|---|
| Driver Total: | 433.41 |
| Driver Payments: | 433.41 |
| Net Due From Driver: | 0.00 |

Tax ID:        660453249

Please Make Check Payable To and Remit To:

POPULAR AUTO
ROUTE #3  KM 9.5
CAROLINA, PR 00968

DUE UPON RECEIPT
Agreement Number:        796154
GUZMAN JANER, ERIC T

Please Pay This Amount:  0.00

```
          FABR  PETROLEUM
             767-1010

Descr.              qty         amount
. . . . .          ----      . . . . . .

REG     CA #07  67.725L          40.43
                @ 0.597/ L
                             -----------
                Sub Total        40.43
                 ESTATAL          0.00
                     MUN          0.00
             TOTAL          40.43
                  CASH  $    60.00
                Change  $   -19.57
        THANKS, COME  AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 13818
09/29/15  14:35:17          ST# TX224
```

```
TO GO STORE GURABO
  CARR 189 KM 0.4
BO. NAVARRO GURABO
     PR. 00778

Descr.          qty      amount
-------         ---      ------
Prepay CA#04             10.00
                        ----------
          Sub Total      10.00
            IVU 1%        0.00
           IVU 10.5%      0.00
            SPEC 2%       0.00
    TOTAL       10.00
          CASH $         10.00
THANKS, COME AGAIN
REG# 0004 CSH# 007 DR# 01  TRAN# 45097
09/19/15  03:09:00       ST# 00012
-------- PIDE TU RECIBO --------

 IVULOTO: PU2YC-TCR2X
 ST DRAW077 Sep/26/2015
 CONTROL: 156-097684

---- CON IVULOTO TODOS NOS -----
-------- BENEFICIAMOS ---------
```

```
    BIENVENIDO A
TO GO STORE 24HRS.
  INTERAMERICANA
    787-523-1068
  www.togostores.com

Descr.          qty      amount
-------         ---      ------
Prepay CA#07             11.00
                        ----------
          Sub Total      11.00
            IVU 1%        0.00
           IVU 10.5%      0.00
            SPEC 2%       0.00
    TOTAL       11.00
          CASH $         11.00
GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0003 CSH# 011 DR# 01  TRAN# 31738
09/23/15  10:18:58       ST# 00037
-------- PIDE TU RECIBO --------

 IVULOTO: 0GXR2-U4B3Z
 ST DRAW079 Oct/03/2015
 CONTROL: 014-528533

---- CON IVULOTO TODOS NOS -----
-------- BENEFICIAMOS ---------
```

```
REG    CA #11  40.786         25.97
              & 0.607 L
Prepay Fuel                  -60.00
                            ----------
          Sub Total          -34.03
            CITY              0.00
            STATE             0.00
            Total            -34.03
            CASH $           -34.03
    GRACIAS
  VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 10166
09/22/15  11:10:38       ST# AB123
```

*Puma Utuado*
*~ 3.00 Raúl*

```
    BIENVENIDO A
  PUMA UTUADO

Descr.          qty      amount
-------         ---      ------
Prepay CA#05             20.00
                        ----------
          Sub Total      20.00
            CITY          0.00
            STATE         0.00
            Total        20.00
            CASH $       20.00
    GRACIAS
  VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 10445
09/22/15  14:59:25       ST# AB123
```

25,424.9 Millaje

```
           Texaco
          La Ceiba


Descr.          qty         amount
--------        ---         --------
Prepay CA#08                 40.00

             Sub Total       40.00
             ESTATAL          0.00
             MUNICIPAL        0.00
      TOTAL        40.00
             CASH  $         40.00
         Gracias.
       Vuelva Pronto


REG# 0001 CSH# 004 DR# 01   TRAN# 15314
09/21/15  08:47:48           ST# P0101
```

```
        TO GO STORES
          ALTAMIRA
       TEL 787-782-7187

Descr.          qty         amount
--------        ---         --------
RG  CE #07     47.422        28.79
              @ 0.607/ L
                            --------
             Sub Total       28.79
             IVU 1%           0.00
             IVU 10.5%        0.00
             SPEC 2%          0.00
      TOTAL        28.79
                       $     28.79
       GRACIAS.
       Vuelva Pronto
REG# 0004 CSH# 020 DR# 01   TRAN# 4E271
09/20/15  15:03:09           ST# OC028


------ PIDE TU RECIBO ------

   FACTURA: CE699 7DSKT
   DE DRAW078 Sep 29/2015
   CONTROL: 268-835328

---- CON FACTURA TODOS LOS -----
--------- BENEFICIAMOS ---------
```

25,611.1 Millaje

```
           Texaco
          La Ceiba


Descr.          qty         amount
--------        ---         --------
REG   CA #04   32.948L       20.00
              @ 0.607/ L
   Prepay Fuel              -20.00
                            --------
             Sub Total        0.00
             ESTATAL          0.00
             MUNICIPAL        0.00
      TOTAL         0.00
             CASH  $          0.00
         Gracias.
       Vuelva Pronto


REG# 0001 CSH# 004 DR# 01   TRAN# 15311
09/21/15  08:42:49           ST# P0101
```

```
        BIENVENIDOS A
          ANY TIME
          CAROLINA

Descr.          qty         amount
--------        ---         --------
Prepay CA#04                 40.00
                            --------
             Sub Total       40.00
             MUNICIPAL        0.00
             ESTATAL          0.00
      TOTAL        40.00
             CASH  $         40.00
    THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01   TRAN# 10284
09/17/15  19:05:44           ST# A8123
```

```
              WELCOME  TO
              OUR  STORE

Descr.              qty         amount
--------            ---         ----------

REG    CA #03  32.948L          20.00
               @ 0.607/ L
       Prepay Fuel              -20.00
                              ------------
                 Sub Total        0.00
                  ESTATAL         0.00
                 MUNICIPAL        0.00
             TOTAL            0.00
                    CASH  $       0.00
      THANKS, COME  AGAIN
   REG# 0001 CSH# 005 DR# 01  TRAN# 18723
   09/26/15  09:56:38          ST# AB123
```

```
        BIENVENIDO A
            PUNA BK

Descr.          qty        amount
----            ---        ------
Prepay CA#03               40.00
                          --------
        Sub Total          40.00
            STATE            0.00
          MUNICIPAL          0.00
    ✓   TOTAL    40.00
            CASH  $   40.00
        GRACIAS
    VUELVA PRONTO
REG# 0001 CSH# 000 DR# 01  TRAN# 13297
09/25/15  17:18:27      ST# AB123
```

```
    TO GO STORE GURABO
    CARR 189 KM 0.4
    BO. NAVARRO GURABO
        PR, 00778

Descr.          qty        amount
------          ---        ------
Prepay CA#08               30.00
                          --------
        Sub Total          30.00
            IVU 1%           0.00
         IVU 10.5%          0.00
           SPEC 2%          0.00
   ,  TOTAL     30.00
            CASH  $   40.00
          Change  $  -10.00
THANKS, COME AGAIN
REG# 0004 CSH# 007 DR# 01  TRAN# 42038
09/23/15  21:29:56      ST# 00012
-------- PIDE TU RECIBO ---------

   IVULOTO: 81KHN-WOQ6E
   ST DRAW079 Oct/03/2015
   CONTROL: 888-761883

---- CON IVULOTO TODOS NOS -----
-------- BENEFICIAMOS ---------
```

```
    TO GO STORE GURABO
    CARR 189 KM 0.4
    BO. NAVARRO GURABO
        PR, 00778

Descr.          qty        amount
------          ---        ------
Prepay CA#04               10.00
                          --------
        Sub Total          10.00
            IVU 1%           0.00
         IVU 10.5%          0.00
           SPEC 2%          0.00
      TOTAL     10.00
            CASH  $   10.00
THANKS, COME AGAIN
REG# 0004 CSH# 016 DR# 01  TRAN# 43218
09/24/15  18:57:30      ST# 00012
-------- PIDE TU RECIBO ---------

   IVULOTO: K2FQO-QN3TR
   ST DRAW079 Oct/03/2015
   CONTROL: 929-597436

---- CON IVULOTO TODOS NOS -----
-------- BENEFICIAMOS ---------
```

*Raul Reembolsa*

```
        WELCOME TO
        OUR STORE

Descr.              qty        amount
-----               ---        ------
< DUPLICATE RECEIPT >
   REG   CA #05  52.729L      32.01
               @ 0.607/ L
                            --------
        Sub Total             32.01
            ESTATAL            0.00
          MUNICIPAL           0.00
        TOTAL     32.01
           MAN CRED  $   32.01
THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 16900
09/24/15  05:11:53      ST# AB123
```

ECOMAXX

Hato Rey

Sales Receipt

Transaction  455090

Date:   04/0 Time:  11:20

Cashier:   6 Register #:

Item   Descriptio  Amount

======  ==========  ======

1      Gasolina R  $ 20.0

                    ======

       Sub Total  $ 20.0

           Total  $ 20.0

Efectivo Tendered $ 20.0

        Change Due $ 0.00

       455090

Thank you for shopping

       ECOMAXX

We hope you'll come back s

PUMA
MUNOZ RIVERA S/S
560 PDA.35 HATO REY
787 758 3417

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CAH06 | | 43.00 |

|  | Sub Total | 43.00 |
|  | ESTATAL | 0.00 |
|  | MUNICIPAL | 0.00 |
| TOTAL | | 43.00 |
|  | CASH $ | 43.00 |

Gracias por comprar en
PUMA
REG# 0001 CSH# 004 DR# 01  TRAN# 15700
09/15/15  13:08:10            ST# TX230

POPULAR AUTO
ROUTE #3  KM 9.5
CAROLINA, PR 00968

# Payment Receipt
# R/A Number : 796154

**Customer Information**

ERIC T GUZMAN JANER
URB MILAVILLE 120 CALLE MAMEY
SAN JUAN, PR 00926

**Payment Details**

| | |
|---|---|
| Payment Type | Card A/R |
| Amount | 1.50 |
| Date | 09/28/2015 11:30 AM |
| Card Number | XXXXXXXX4924 |
| Card Type | MC |
| Reference | 017167 |
| Employee | PL74346 N. |

Signature

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 9579
09/26/15 10:15:47

Numero de Cuenta:      ACTO3451155
Cantidad de Pago:    $      20.00
Metodo de Pago:           Efectivo
Balance:             $      23.05

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1946
09/15/15 21:17:42

Numero de Cuenta:      ACTO3451155
Cantidad de Pago:    $      20.00
Metodo de Pago:           Efectivo
Balance:             $      37.05

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1946
09/22/15 18:29:28

Numero de Cuenta:      ACTO3451155
Cantidad de Pago:    $      20.00
Metodo de Pago:           Efectivo
Balance:             $      19.95

POPULAR AUTO
ROUTE #3  KM 9.5
CAROLINA, PR 00968

# Payment Receipt
# R/A Number : 796154

**Customer Information**

ERIC T GUZMAN JANER
URB MILAVILLE 120 CALLE MAMEY
SAN JUAN, PR 00926

**Payment Details**

| | |
|---|---|
| Payment Type | Card A/R |
| Amount | 27.75 |
| Date | 09/26/2015 12:35 PM |
| Card Number | XXXXXXXX4924 |
| Card Type | MC |
| Reference | 088888 |
| Employee | PL74346 N. |

Signature

_____



# CENTRO DE GOMAS
# PUERTO NUEVO

**Servicio de gomas**
**Lunes a Viernes 7:30 am a 6:30 pm**
**Domingo 8:30 am a 4:00 pm**

**GOMAS NUEVAS Y USADAS**
**BALANCEO ELECTRONICOS**
**VENTA DE AROS NUEVOS Y USADOS**
**TEL. 787-781-5125**



"TODO LO PUEDO EN CRISTO
QUE E FORTALECE"
FILIPENSES 4:13

**FACTURA**

VENTA CASH

| Cliente | FECHA 9-5-15 |
|---|---|
| Direccion | TEL. |
| | CEL. |

| CANT | DESCRIPCION | UNIDAD | PRECIO |
|---|---|---|---|
| | GOMA | | |
| | | | |
| | REPARACION | | |
| | PARCHO | | |
| | INYECCION | 5 | 5.00 |
| | ROTACION | | |
| | BALANCEO | | |
| | VALVULA | | |
| | MONTURA | | |
| | | | |

_____
FIRMA DEL CLIENTE

| | |
|---|---|
| TOTAL | 5.00 |
| TAX | |
| PRECIO TOTAL | 5.00 |

Garantia por desperfectos de fabrica gomas sin alteraciones.

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Buchanan, Carril 11
Cajero: 7020
09/30/15 10:57:18

Numero de Cuenta:        ACT03451155
Cantidad de Pago:      $      19.00
Metodo de Pago:             Efectivo
Balance:               $      36.05

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of September.

The TCA attended scheduled visits and received documents relating to unresolved complaints.

Several meetings were held with different groups and stake holders, including: the President of the Civil Rights Commission, Georgina Candall; the Executive Director of the ACLU, William Ramirez; the FBI's San Juan Division, Special Agent in Charge, Carlos Cases; with Tati Escobar, representative from the Persons with Disabilities Rights Advocate's Office; Humacao Area open meeting in Las Piedras for a Police Reform Presentation.

The TCA's Office attended and participated in the ACLU's Symposium, and the Executive Hearings at the Women's Rights Advocate's Office. Also, the TCA submitted the methodology for the Action Plans, a progress report of Paragraph 241 Surveys.

The TCA, his staff and the Core Team visited the Quebradillas and Utuado Zones of Excellence. During this visit the following policies were evaluated: Use of Force, Search and Seizure, Equal Protection and Non-Discrimination and Administrative Complaints.

During this period the following policies were reviewed: General Order of Field Investigation Unit, Reorganization of the Deputy Superintendence in Professional Responsibility, Administrative Orders on Public Information on Complaints and Recognitions, Administrative Order on the Prevention of Sexual Discrimination, Harassment, and Retaliation in the PRPD; Rules for the Establishment of Discrimination, Sexual Misconduct, and Retaliation Free Police Practices in the PRPD; and Use, Distribution, Archive, and Final Disposition of Crime Incidents Reports (NIBRS).

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under paragraph 253 of the Agreement, the monthly meeting with the TCA's CPA, updating employee records and payroll, preliminary Core Team's October agenda, circulating CT agenda and the Core Team work plan; coordination and preparation of the TCA's agenda and meetings for the month October; coordination and preparation for the Ponce Hearing, and preparing respective court documents for the parties' review and input of the TCA Expenses, paragraph 30.