# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

　Plaintiff,

　v.                                                                    **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

　Defendants.

## ORDER

As outlined in detail in the Court's order of October 14, 2015 (Docket No. 266), the public hearing on the Police Reform is scheduled for Thursday and Friday, October 22-23, 2015, from 9:00am to 5:00pm on both days. The same will take place at the Luis A. Ferré United States Courthouse in Ponce, Puerto Rico.

Given the importance of this two day hearing to the People of the Commonwealth of Puerto Rico, the Court has coordinated to transmit the proceedings live from Ponce at the José V. Toledo United States Courthouse in Old San Juan, located at 300 Recinto Sur Street. This will allow members of the public, attorneys and students, as well as the media, who are interested but unable to travel to Ponce, to witness all the proceedings live.

The Chief Judge of the United States Bankruptcy Court, Hon. Enrique S. Lamoutte, the Bankruptcy Judge for Ponce, Hon. Edward J. Godoy, and the Clerk of the Bankruptcy Court, María de los Angeles González, Esquire, have assisted the undersigned district judge in allowing

**Civil No. 12-2039 (GAG)**

that all the proceedings be televised live both days in Courtroom 2 located at the second floor of the José V. Toledo United States Courthouse in Old San Juan.

The undersigned thanks the assistance of my colleagues and Clerk from the Bankruptcy Court, as well as Ms. Lizette Torres, Operations Manager, and Ms. Sulma Lopez De Fillo of the United States District Court Clerk's Office in making this possible, as well as an in coordinating the hearing in Ponce.

S**O ORDERED.**

In San Juan, Puerto Rico this 16th day of October, 2015.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI

United States District Judge