UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　　DATE: October 22, 2015

BEFORE HONORABLE GUSTAVO GELPI

COURTROOM DEPUTY: Ada Lopez　　　　　　　CV No. 12-2039 (GAG)

COURT REPORTER: Evilys Carrion

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | Luis Saucedo, Esq.<br>Brian Buehler, Esq. |
| VS |  |
| COMMONWEALTH OF PR, et al | Beatriz Annexy-Guevara, Esq. |

**Case Called For Second Quarterly Public Court Hearing**

The Court described the purpose of the second public hearing which was to discuss important matters regarding the Agreement for the Sustainable Reform of the PR Police Department entered by the US Department of Justice and the Commonwealth of Puerto Rico. Upon agreement of the parties, the hearing was conducted in the Spanish language with simultaneous English translation for the record.

- Introductory remarks and statements of the Court.

- Cesar Miranda, Attorney General; Jose Caldero, PRPD Superintendent; and Luis Saucedo, Attorney for the US Department of Justice addressed the Court.

- Judge Gelpí made some introductory remarks about the nature of the non-adversarial hearing, as well as about the City of Ponce.

- Former Governor of Puerto Rico, Honorable Rafael Hernández Colón was the first deponent. He described how issues with the Police Department were handled under his administration and what measurements were implemented to resolve them.  He

- also provided his support as to the Reform Process.
- The Mayor of Ponce, Honorable María Melendez-Altieri described all the actions taken by the Municipality of Ponce to improve the security, services and quality of life of Ponce citizens.  She also spoke favorably of the Reform.
- Attorney Georgina Candal, President of the Civil Rights Commission, addressed issues of civil rights and discrimination, including, measures to change supervision channels. Also, she emphasized the importance of continued training and education to police officers, necessary to minimize the occurrence of violations to citizens' civil rights.
- Professor Octavio Capó-Perez, from the Pontifical Catholic University Law School, made reference to three notorious cases involving mishandling of exculpatory evidence and spoke about the importance of how evidence is handled in cases involving police officers.
- Professor Fernando Torres-Ramirez, also from the Pontifical Catholic University Law School, Coronel Hector Agosto, and Lieutenant Coronel Clementina Vega also addressed the Court.
- All written submissions will be made part of the record.

**Further Quarterly Public Court Hearing is set for Friday, October 23, 2015 at 9:00am.**

S/ <u>Ada Lopez</u>
Courtroom Deputy Clerk