UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: October 23, 2015

BEFORE HONORABLE GUSTAVO GELPI

COURTROOM DEPUTY: Ada Lopez  CV No. 12-2039 (GAG)

COURT REPORTER: Evilys Carrion

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | Luis Saucedo, Esq.<br>Brian Buehler, Esq. |
| VS |  |
| COMMONWEALTH OF PR, et al | Beatriz Annexy-Guevara, Esq. |

**Case Called For Second Quarterly Public Court Hearing**

Parties met at sidebar.

The following deponents were heard:

- Attorney Wanda Vazquez-Garced, Commonwealth's Woman's Advocate spoke about sexual harassment and discrimination at the workplace and how some victims filed complaints against male police officers and how they were subject to retaliation.

- Tatty Escobar, Councilor for the Puerto Rico State Rehabilitation Council spoke about how people with disabilities were not given proper help and consideration in different scenarios.

- Attorney William Ramirez, Executive Director of the American Civil Liberties Union, spoke about the importance of Oversight (civil monitoring).

- Roberto Perez-Santoni "Papo Christian", Community Leader, spoke about the issues and situations with police officers at public housing projects.
- Ms. Olga Orraca, LGBBTQ Community, spoke about discrimination against this community.
- Juan de Dios Franklin Grullón, representing the Dominican community also addressed the court in regards to the issues and situations against this community.
- On behalf of GRUCORPO, Attorney Josue Gonzalez (of the ACLU) addressed the court. Present were: Espacios Abiertos represented by Mrs. Mari Mari Narváez; Alianza Laura Aponte por la Paz Social (ALAPAS) represented by Mrs. Myra Rivera; Amnistía Internacional, Sección de Puerto Rico who was represented by Mr. Rubén Kondrup; Asian Community & Youth Association, Corp. (ACYA) represented by Mr. Stephen Leung; Clínica de Asistencia Legal, UPR represented by attorney Nora Vargas; Colegio de Abogados represented by attorney Jaime Ruperte.
- Closing statement from Colonel Arnaldo Claudio.

**The Court notes that the two day hearings were conducted in the Spanish language with simultaneous English translation for the record. This was possible because the USDOJ and the PRDOJ agreed to said procedure, for this case only which involves a consent-decree type of agreement. More so, the matter was non-adversarial, but rather simply involved statements for the record by parties in interest. Hence, the circumstances were unique and warranted such procedure.**

Parties will revise transcripts and inform of any objection(s) thereto within 30 days of availability.

**The date of the next Quarterly Public Court Hearing shall be determined.**

        S/ <u>Ada Lopez</u>
          Courtroom Deputy Clerk