# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                       **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

## SEALED MINUTE

On October 15th, 2015 the court held an *in camera* hearing for the record with counsel for the parties who expressed several concerns regarding the TCA. At that moment, the court heard the parties in a generic manner, and suggested they meet with the TCA's attorneys to discuss the parties concerns in more detail.

Thereafter, the court designated attorneys Alfredo Castellanos and Federico Hernández-Denton to meet with counsel for the parties to discuss the matters of concern. On October 27, 2015, attorneys Castellanos and Hernández-Denton met with attorneys Beatriz Annexy of the Puerto Rico DOJ and Luis Saucedo of the US DOJ throughout the morning.

Today, October 29, 2015, the Court held a meeting with the TCA and the three constitutional attorneys appointed by the Court to address discuss matters raised by the parties.

As a result, the undersigned will issue forthwith a list of directives that will apply to all participants in this case. The purpose of these directives will be to address any issues that arise in

1

**Civil No. 12-2039 (GAG)**

the implementation of the reform.  The undersigned also expects these directives to enable both parties to work with the TCA for one common purpose: the Reform.

S**O ORDERED.**

In San Juan, Puerto Rico this 29th day of October, 2015.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI

United States District Judge