## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

### Request for Payment of Monthly Expenses

TO THE HONORABLE COURT,

Comes here, the Technical Compliance Advisor, and respectfully informs and requests:

1. That the TCA Office may submit a request for payment of certain monthly expenses as per the Stipulation presented by the parties and approved by this Honorable Court on June 26, 2014 (Dkt. 139)

2. The TCA hereby submits for consideration, that the following administrative expenses be approved prior to their expenditure, in accordance to paragraph 22 of the Stipulation. Said expenses are as follows:

    a. Fixed monthly staff salaries:

    Arnaldo Claudio..............................................$18,000.00

    Eric Guzmán....................................................$10,800.00

    Lara A. Morell..................................................$5,200.00

    Anjélica Orfila..................................................$2,600.70

    Josué López.....................................................$2,600.70

    b. Office expenses:

    Monthly rent...................................................$3,000.00

    c. Accounting Services....................................$1,460.00

                                 -------------

    **Total**............................................................**$43,661.40**

3. TCAPR, Corp., as an employer, is required to deposit several employment related taxes with local and federal government agencies. This employment treatment is consistent with Section B of the *Stipulation and Order for the establishment of the TCA Office and the payment for TCA Expenses* (No. 12-cv-2039 (GAG). Payroll related expenditures accrued for the month of October and payable on or before November 15th (Medicare, SDI) or November 30th (SDI-CH) are as follows:

| Item | Tax | Octoberr |
|------|-----|----------|
| 1 | Soc_Sec | $1,306.54 |
| 2 | Medicare | $567.72 |
| 3 | Chauffer Ins. | $1.20 |
| 4 | Workmen Compensation (1st) | $2,408.17 |
| | **Totals** | $4,283.63 |

4. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

5. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $47,945.03, the total amount of the fixed monthly expenses, for the month of November, 2015.

6. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**FOR ALL OF WHICH,** the TCA PR. Corp. Office respectfully requests this Honorable Court, that the monthly expenses be approved and a check issued in the amount of $47,945.03, the total amount of the fixed monthly expenses, for the month of November, 2015.

In San Juan, Puerto Rico, this day November ___ , 2015.

Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
CORPORACION DEL FONDO
DEL SEGURO DEL ESTADO

*Recibo de Pago Enviado*

G.P.O. Box 365028 San Juan PR 00936-5028

**Dueño de la Cuenta:** TCAPR CORP

**Número de Recibo:** 15120005982016D9

**Dirección 1:** 268 MUNOZ RIVER

**Cantidad a Pagar:** 2408.17

**Dirección 2:**

**Tipo de Pago:** ACH

**Ciudad:** SAN JUAN

**Fecha de Recibo:** 28/10/2015

**Estado:** SAN JUAN

**Número de Póliza:** 1512000598

**Código ZIP:** 00918

**Año de Facturación:** 2016



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

**FECHA:**          1-Nov-2015
**FACTURA :**        WP/NOV/2015

**FACTURAR A:**
TCA
268 PONCE DE LEON
SUITE # 1001
SAN JUAN PR 00918

| DESCRIPCIÓN | CANTIDAD |
|---|---|
| RENTA DE OCTUBRE/2015 | $          3,000.00 |
| **TOTAL** | $          3,000.00 |

Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.**
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757 ext. 1574.

PO Box 41207
San Juan, PR 00940-1207
Teléfono (787) 763-5757



AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com



# Invoice

Bill to:

**TCAPR, CORP.**

Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3724 |
| --- | --- |
| Date: | 10/28/2015 |
| Amount due: | 1485.00 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
| --- | --- | --- | --- | --- |
| Retainer Services | Monthly Fixed Fee Arrangement (October 2015):  Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| Expense | Reimbursement for printable checks | 1.00 | 25.00 | 25.00 |
|  |  |  | Total: | 1485.00 |

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

TO THE HONORABLE COURT,

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for October 2015.

| Core Team Expenses | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | $6,500.00 | October 25, 2015 to October 30, 2015 |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $6,500.00 | October 19, 2015 to October 23, 2015 |
| Marcos Soler | N/A | N/A |
| John J. Romero | $6,500.00 | October 19, 2015 to October 23, 2015 |
| Alan Youngs | $6,500.00 | October 19, 2015 to October 23, 2015 |
| Scott Cragg | $4,912.50 | October 21, 2015 to October 23, 2015 |
| | Subtotal | $30,912.50 |
| Telework | | |
| Gerard LaSalle | $8,750.00 | July 2015 to October 2015 |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $2,600.00 | Oct-15 |
| Marcos Soler | $9,100.00 | Oct-15 |
| John J. Romero | $2,600.00 | Oct-15 |
| Alan Youngs | $2,600.00 | Oct-15 |
| Scott Cragg | $2,437.50 | Sep-15 |
| | Subtotal | $28,087.50 |

## UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $3,406.25 | September |
| | $13,875.00 | October |
| | $376.00 | Lodging at The Ponce Hilton |
| | $142.00 | Per Diem |
| | $43.12 | Mileage |
| | Subtotal | $17,842.37 |
| Federico Hernandez Denton | $7,812.00 | October |
| | $377.08 | Lodging at The Ponce Hilton |
| | $142.00 | Per Diem |
| | $80.50 | Mileage |
| | Subtotal | $8,411.58 |
| Antonio Bazán | $4,437.50 | October |
| | Subtotal | $30,691.45 |
| Car Expenses | | |
| Chauffer | $900.00 | October 18, 2015 to October 24, 2015 |
| Vehicle #1 Rental | $159.19 | October 19, 2015 to October 21, 2015 |
| Vehicle #2 Rental | $401.27 | October 21, 2015 to October 24, 2015 |
| Gasoline | $482.78 | |
| Tolls | $78.75 | |
| | Subtotal | $2,021.99 |
| Other Office Expenses | | |
| Copy Paper | $29.97 | |
| | Subtotal | $29.97 |
| | | |
| Grand Total | | $91,743.41 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $91,743.41, the total amount of the monthly expenses, for the month of October 2015.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

## UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the October expenses are approved and a check be issued in the amount of $91,743.41, the total amount of the expenses for the month of October 2015.

In San Juan, Puerto Rico, this day November _9_, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

# INVOICE FOR PROFESSIONAL SERVICES:
## [OCT 1- OCT 27, 2015]
## [SCOTT CRAGG, CRYSTAL REEF LLC]

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283]| [SPCRAGG@VERIZON.NET]

TO:  **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of October 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| On site visits to PRPD | | 3 | 10/21-23/2015 | $3900 |
| Communications with PRPD, TCA – trip planning, document coordination, document requests for October site visit and December site visit | 4.0 hours | 0 | 10/9, 15, 19, 15 | $600 |
| Report writing and document translation of PRPD documents, policies, review action plans and methodogies for monitoring of compliance | 2.75 hours | 0 | 10/25, 10/27 | $412.50 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 9 |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 6.75 |
| TOTAL TO BE BILLED: | | | | **$4912.50** |
| TOTAL HOURS WORKED (3 days Puerto Rico, 6.75 hours US | | | | |

INVOICE PRESENTED BY:
__//Signed//_____10/27/15/2015_____
Scott Cragg, TCA Core Team
[13932 South Springs Dr.
Clifton, VA 20124]

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

INVOICE FOR PROFESSIONAL SERVICES:
[SEP 1- SEP 30, 2015]
[SCOTT CRAGG, CRYSTAL REEF LLC]

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283]| [SPCRAGG@VERIZON.NET]

TO:   TCAPR Corp.
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core
Team) during the month of September 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| August Trip Report (Final), Revision | 6 hours | 0 | 9/1-19 | Not Billed ($900) |
| Review TCA Assessment strategy, Review; 6 month report, PRPD CIO Interview design and optimization for October mtg, review of PRPD Doc's (IT Strategic Plan, Local Area Network Assessment), PRPD compliance monitoring process assessment, Review and crosswalk reconciliation of Action Plan assessment proposal, prepare/request for PRPD IT Documents/artifacts needed for October meetings | 15 hours | 0 | 9/1, 9/22, 9/25, 9/26, 9/27, 9/29, 9/30 | $2250 |
| Communications (emails, phone calls) with TCA principal, PRPD, subject matter experts. | 1.25 hours | 0 | 9/1-9/30 | $187.50 |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $0 |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | $3337.50 |
| TOTAL TO BE BILLED: | | | | $2437.50 |

TOTAL HOURS WORKED   (0 days Puerto Rico, 22.25 hours US

INVOICE PRESENTED BY:
__//Signed//_____9/30/2015____
Scott Cragg,  TCA Core Team
[13932 South Springs Dr.
Clifton, VA 20124]

I hereby  CERTIFY that, according to my best knowledge and belief, the
information provide in this invoice is TRUE, CORRECT AND
COMPLETE_____

ARNALDO CLAUDIO, TCA, President

# Rafael E. Ruiz
**Consultant**

## Criminal Justice and Policing

### 610 Pleasant St

### Canton, MA 02021

# INVOICE

INVOICE #2015-13

TO:

**TCA PR CORPORATION**

268 MUNOZ RIVERA AVE.
WORLD Plaza
San Juan PUERTO RICO

**FOR:**

OCTOBER 2015

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 10-01-15 PRONTUARIO-G.O. 615 ARRESTOS Y CITACIONES<br>10-02-15 NARRATIVE ON SITE VISIT TO UTUADO&QUEBRADILLAS<br>10-11-15 UTUADO&QUEBRADILLAS & RECRUITING ACTION PLAN<br>10-12-15 WORK ON SURVEY QUESTION<br>10-13-15 K-9 GEN ORDERS<br>TOTAL HRS. 21.5<br>BILLABLES HRS. 17.33 | 17.33 | 150 | 2,600.00 |
|  |  |  | 1,300.00 |
| 10-19-15 SITE VISIT: SIX MONTH REPORT DISCUSSION AND WRITING<br>10-20-15 MEETINGS; ADMINISTRATIVE ORDERS ON    INVESTIGATION OF SEXUAL OFFENSES INCIDENTS<br>-ADMINISTRATIVE ORDER ON REORGANIZATION AND FUNCTIONAL STRUCTURATION OF SEXUAL OFFENSES AND CHILD ABUSE DIVISION<br>-ADMINISTRATIVE ORDER ON INVESTIGATION OF DOMESTIC VIOLENCE INCIDENTS<br>10-21-15 MEETING: GENERAL ORDER ON REORGANIZATION TACTICAL OPERATIONS DIVISION<br>SWERING-IN OF CIC MEMBERS |  |  | 1,300.00 |
|  |  |  | 1,300.00 |
| 10-22-15 PUBLIC HEARING<br>10-23-15 PUBLIC HEARING |  |  | 1,300.00 |
|  |  |  | 1,300.00 |
|  |  | TOTAL | 9,100.00 |

Make all checks payable to **Rafael E. Ruiz**

**Signature** _Rafael E Ruiz_     **Date** 10/31/15     Thank you for your business!

**VOUCHER**

**Invoice for Date of Service:   July-Sept 2015**

**TO:  TCA Corporation**

**FROM: Gerard LaSalle, Ph.D. LLC   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**

**PHONE: 973-943-3167   jlasalle24@comcast.net**

**TAX ID: 20-5830242**

**CASE: Reform Agreement Police of Puerto Rico**

<u>**Professional Fee**</u>

**Hourly rate (off-site):**                                                          **$150.**

                                                                              **Hour(s)**

<u>**Month of July:**</u>

| | |
|---|---|
| **1-Review and revise after conferral with TCA response by PRPD of Second Semiannual TCA Report** | **2** |
| **6-Concall with TCA and SME on DOJ comments** | **2** |
| **7-Concall with TCA revisions of Semiannual summary** | **1** |
| **8-Review Semiannual report methodology, prepare and revise** | **4** |
| **12- review and modify UOF forms & relating memoranda** | **1** |
| **20-Concall w/TCA, DOJ, Action Plans, methodology, prepare and review written correspondence** | **4** |
| **30- Concall on Action Plans** | **2** |

**(1)**

## Month of August:

10- Concall on methodology and Action Plans                                    1

15-16- Create audit list for on-site reviews and prepare memorandum

for PRPD requesting files, documents, data                                     4

## Month of September:

4, 8,9 review and comment on SARP General Order                                16

9    review and revise SWAT policy                                              1

23 conference call SARP General Order                                           1

30 prepare correspondence and discuss with TCA liaison with NYPD               2


Total payable hours: 41 x $150. per hour                                  $ 6150


TOTAL AMOUT DUE                                                            $6150

_10/4/15_

**Gerard LaSalle**


**Arnaldo Claudio, TCA**

**VOUCHER**

Invoice for Date of Service:   October 2015

TO:  TCA Corporation

FROM: Gerard LaSalle, Ph.D. LLC  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

PHONE: 973-943-3167

TAX ID: 20-5830242

CASE: Reform Agreement Police of Puerto Rico

Professional Fee

TCA On-Site visit      Fixed Rate       Oct.  25-30          $6500  Hourly rate (off-site):
$150.

Hour(s)

Month of October:

4-5-Review and revise correspondence after conferral with TCA concerning meeting with PRPD on narcotics unit
restructuring                          3

8- Review, research, and comment on police survey               3

10-11 Review, research, and comment on final SARP GO            7

11- Review on-site reports  of Core Team                       3

31 – Prepare written reports                                   2


Total payable hours: 18 x $150. per hour            $ 2700


TOTAL                                               ($9200)

CONTRACTED AMOUNT DUE                               $9100
                                                    _PO+ 31, 2015_

Gerard LaSalle


Arnaldo Claudio, TCA

# INVOICE FOR PROFESSIONAL SERVICES: OCT 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of October 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| As the Lead, researched, reviewed and obtained information on best police practices concerning the proposed Supervision and Management policy as requested by PRPD & the TCA (5 hours) | X | N/A | 5/Oct | 750.00 |
| As the Lead, researched, reviewed and obtained information on best police practices concerning the proposed Recruitment policy as requested by PRPD and the TCA (5 hours) | X | N/A | 8/Oct | 750.00 |
| As the Lead, researched, reviewed and obtained information on best police practices concerning the proposed K-9 policy as requested by PRPD and the TCA (6 hours) | X | N/A | 13/Oct | 900.00 |
| Researched, reviewed and obtained information on best police practices on Drug Units (4 hours) | X | N/A | 15/Oct | 600.00 |
| Researched, reviewed and obtained information on best police practices for the PRPD Academy concerning the police dealing with Disabled Individuals (2 hours) | X | N/A | 16/Oct | 300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 19/Oct | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 20/Oct | $1,300.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 21/Oct | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 22/Oct | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 23/Oct | $1,300.00 |
| Researched, reviewed and obtained information on best police practices for the PRPD Academy concerning the police dealing with people with Mental Health Problems (2 hours) | X | N/A | 27/Oct | $300.00 |
| Researched, reviewed and obtained information on best police practices for the PRPD Academy concerning the police dealing with people with Autism (2 hours) | X | N/A | 27/Oct | $300.00 |
| | | | | |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 15.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
October 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President

2

TCAPR Corp.

Date: _____, 2015.

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

> A:     TCAPR, LLC
>        #268 Muñoz Rivera
>        Suite 1001, World Plaza
>        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of October 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City:  Review of Plans on Professionalism and Recruitment (12.0 hours) | X | N/A | Saturday-Sunday, October 3-4, 2015 | (12 @ $150 = $1,800) |
| Work from New York City: Review of Plans on Recruitment, Supervision and Community Engagement, Review of General Orders for Investigation of Sexual Assaults, Communications with core team members on policies (16.0 hours) | X | N/A | Saturday-Monday, October 10-12, 2015 | (16 @ $150 = $2,400) |
| Work from New York City:  Draft response to General Orders for Investigation of Sexual Assaults, Review of USDOJ response on General Orders, Review of USDOJ response to Action Plans on Professionalism, Recruitment, Supervision and Community Engagement (11.0 hours) | X | N/A | Saturday-Sunday, October 17-18, 2015 | (11 @ $150 = $1,650) |
| Work from New York City:  Discussions with the Parties of Policies on Sexual Assaults and TCA Recommendations (2.0 hours) | X | N/A | Monday and Tuesday, October 19-20, 2015 | (2 @ $150 = $300) |
| Work from New York City:  Draft review of General Order for Investigation of DV incidents + General Order for DV Incident involving PRR employees, Draft TCA Response | X | N/A | Saturday and Sunday October 23 & | (20 @ $150 = $3,000) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| to Action Plans on Professionalism, Recruitment, Supervision and Community Engagement (20.0 hours) | | | 24, 2015 | |
| Work from New York City: Discussion of DV Policy (2.0 hours) | X | N/A | Monday and Tuesday, October 25-26, 2015 | 0 |

TOTAL HOURS WORKED: 63.00 HOURS

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 days, 0 HOURS) | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (61 HOURS @ $150): | $9,100 |
| TOTAL TO BE BILLED: | $9,100 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
October 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 31, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 015
FOR PROFESSIONAL SERVICES RENDERED October 2015

| | |
|---|---|
| Monday, Oct 19, 2015 | TCA Office re; meetings |
| Tuesday, Oct 20, 2015 | TCA Office re: meetings<br>PRPD HQ re: meetings |
| Wednesday, Oct 21, 2015 | PRPD HQ re: meetings<br>TCA Office re: meeting |
| Thursday, Oct 22, 2015 | Ponce Federal Court re: Hearing |
| Friday, Oct 23, 2015 | Ponce Federal Court re: hearing |

**5 DAYS (DAY RATE $1,300) = $6500**

October 1-31     Reviewed PRPD's syllabus relating to training of members
assigned to FRB/SARP
Prepared a written review on the above.
Reviewed PRPD's Final Draft on the Reorganization of the
Tactical Operations Division (DOT)
Prepared written review on the above policy
Reviewed PRPD's Action Plan relating to Recruitment, Selection
and Appointment.
Prepared a written review on the above.
Reviewed PRPD's Action Plan relating to Supervision and
Administration.
Prepared a written review on above
Reviewed PRPD's General Order on Reorganization of the
Canine Division
Prepared written review on the above



**TOTAL HOURS 30 Hours**

**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF $150 PER HOUR. $2,600**



## CASTELLANOS GROUP, P.S.C.

October 29, 2015

**MR. ERIC GUZMÁN**

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

**DRAFT INVOICE FOR SERVICES RENDERED TO THE TCA DURING THE MONTH OF SEPTEMBER II (2 OUT OF 2)**

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of September 2015, ending on the 30TH. It has been incorporated with the Invoice for the Month of October due to time constraints in remitting it at the end of September. No billable expenses have been incurred during the month of September. The above being said, the following is an itemized description of the services that were rendered:



| Date | Description | Hours |
|---|---|---|
| Sep-17-15 | Visit to the Police Academy. Meeting with Commander Hector Agosto and Coronel Clementina Vega. | 4.00 |
| Sep-17-15 | Trip to Ponce. Meeting with the Mayor of Ponce, her staff, her security personnel and the Ponce Municipal Police Department | 4.00 |
| Sep-18-15 | Coordination of a hearing with the Court. Conference with the Judge's assistants. | 3.00 |
| Sep-22-15 | Hearing in Caguas. Re: Xiomara Rivera. | 2.00 |
| Sep-22-15 | Revision of the "In Progress Report". | 4.00 |
| Sep-23-15 | Meeting with the Parties in Hato Rey. Central Police Headquarters. 253 Meeting. | 3.00 |
| Sep-23-15 | Meeting with Mr. Luis Saucedo, Esq. of the DOJ and Mrs. Beatriz Annexy, Esq. from Puerto Rico's Department of Justice at the Police Headquarters in Hato Rey to discuss matters concerning the Ponce Hearings. | 2.5 |
| Sep-24-15 | Amendments to the In Progress Report and related telephone calls. | 1.00 |
| Sep-24-15 | Conference call with Mrs. Tatty Escobar. | 0.25 |
| Sep-25-15 | 253 meeting at the TCA's office in Hato Rey. | 3.00 |
| Sep-28-15 | Prepared brief email regarding the Ponce Hearings. | 0.5 |
| | **Hours Billed** | **27.25** |
| | **Total** | **$ 3406.25** |

CASTELLANOS GROUP, P.S.C.

**DRAFT INVOICE FOR SERVICES RENDERED TO THE TCA DURING THE MONTH OF OCTOBER 2015.**

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of October 2015, ending on the 30ᵀᴴ. Please note that before, during and after the Ponce Hearing additional hours were worked but are not being charged to the TCA. Billable expenses have been incurred during the month of October, which we are attaching with the present invoice.The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| Oct-1 -15 | Redact  Updated Version of the In Progress Report | 6 |
| Oct-6 -15 | Redact the official invitation to the Consul of the Dominican Republic, Franklin Grullón, from the Federal District Court for the Public Hearing in Ponce and Review the Reorganization of the Division of Drugs of the Puerto Rico Police. | 2.5 |
| Oct-7 -15 | Reunion with TCA and various written communications with the Consul of the Dominican Republic, Franklin Grullón | 3 |
| Oct-8 -15 | Review the Request for consent to switch the speaking turns of Coronel Agosto with Coronel Clementina Vega; and Review Written communication from Marisol Blasco in regards to the Public Hearing. From: Luis E. Saucedo | 1 |
| Oct-9 -15 | Redact the answers to the questions submitted by Wanda Vazquez in regards to the Public Hearing. | 2 |
| Oct-12 -15 | Worked on the In Progress Report in regards to the Procedure for the Ponce Hearings. | 6 |
| Oct-13 -15 | Further revision of the In Progress Report in regards to the Procedure for the Ponce Hearings. | 3 |
| Oct-13 -15 | Further work on matters to assist the Court and the TCA for the Ponce Hearings. Re: Dr. María "Mayita"Meléndez Altieri and Hon. Rafael Hernández Colón. | 5 |
| Oct-14 -15 | Review of the PRPD: DOJ Comments on the Professionalization AP and the Study that Shows Less Violence, Fewer Complaints When Cops Wear Body Cameras. | 1.5 |
| Oct-14 -15 | Further work on matters to assist the Court and the TCA for the Ponce Hearings. Re: Fernando Torres Ramírez, Esq. and Octavio Capó Pérez, Esq. | 1.5 |
| Oct-14 -15 | Meeting at Ponce Court. | 3.5 |
| Oct-15 -15 | Redact letters in regards to parking and audiovisual services and contact Josué González, Esq. in regards to pending information about GRUCORPO's presence in the Ponce Public Hearing. | 5 |
| Oct-15 -15 | Further work on matters to assist the Court and the TCA for the Ponce Hearings. Re: Georgina Candal Segurola, Esq. and Wanda Vásquez Garced Esq. | 3 |
| Oct-16 -15 | Review Canine Order, US v. Peake-Violation of Section 1 of the Sherman Act and other Information Regarding the Ponce Hearing and the 253 Meeting. | 6 |
| Oct-17 -15 | Further work on matters to assist the Court and the TCA for the Ponce Hearings. Re: Ms. Tatty Escobar; Mr. Roberto Pérez Santoni "Papo Christian"; Josué González, Esq.; William Ramírez, Esq.; and Hon. Franklin | 8 |





## CASTELLANOS GROUP, P.S.C.

| | | |
|---|---|---|
| | Grullón. | |
| Oct-18 -15 | Further work on matters to assist the Court and the TCA for the Ponce Hearings. Re: Ms. Tatty Escobar; Mr. Roberto Pérez Santoni "Papo Christian"; Josué González, Esq.; William Ramírez, Esq.; Hon. Franklin Grullón; Dr. María "Mayita"Meléndez Altieri; Hon. Rafael Hernández Colón; Fernando Torres Ramírez, Esq.; Octavio Capó Pérez, Esq.; Georgina Candal Segurola, Esq. and Wanda Vásquez Garced Esq. | 3 |
| Oct-19 -15 | Further work on matters to assist the Court and the TCA for the Ponce Hearings. | 5 |
| Oct-19 -15 | Reunion with Hon. Rafael Hernández Colón | 2.5 |
| Oct-20 -15 | Redact letters in regards to parking and audiovisual services and the Parking List for the Ponce Public Hearing. | 3 |
| Oct-21 -15 | Meeting in regards to the 253. | 1.5 |
| Oct-21 -15 | Further work on matters to assist the Court and the TCA for the Ponce Hearings. | 2 |
| Oct-21 -15 | Preparation for all of the pending matters in relation to the Ponce Public Hearing. | 4.5 |
| Oct-22 -15 | Ponce Public Hearing. | 10 |
| Oct-23 -15 | Ponce Public Hearing. | 10 |
| Oct-25 -15 | Review the results of the Lieutenant I and Captain Tests and the written communication in regards to the New Orleans Hearing and Status | 1 |
| Oct-26 -15 | Preparation for Scheduled Meeting and the review of Docket 139. (Meeting with the parties at the Court in Old San Juan). | 6 |
| Oct-27 -15 | Review matters pertaining to the Meeting with the Court. | .50 |
| Oct-29 -15 | Meeting with the Court and attended other matters. | 4 |
| Oct-29-15 | Personalized thank you letters directed to all of the deponents. | 1 |
| | **Total Hours** | **111.00** |
| | **Total Billed** | **$13,875.00** |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.*

ALFREDO CASTELLANOS BAYOUTH



CASTELLANOS GROUP, P.S.C.

October 29, 2015

**MR. ERIC GUZMÁN**

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

## INVOICE PER THE DIRECTIVE OF THE COURT

The present invoice includes the billable expenses that have been incurred during the month of October. The above being said, the following is an itemized description of the billable expenses:

| Description | Rate | Total |
|---|---|---|
| Lodging at the Ponce Hilton | $188.00 per night | $376.00 |
| Per Diem | $71.00 | $142.00 |
| Mileage | $43.12 | $43.12 |
| | | $561.12 |

COND THE OCEAN CLUB SEVENSEAS
APT HW 401 200 CARR 9987
FAJARDO PR  00738
UNITED STATES OF AMERICA

| | |
|---|---|
| Adult/Child: | 2/0 |
| Cashier ID: | JJOHNSON/JANET |
| Room Rate: | 149.00 |
| AL: | AA X2J6598 |
| HH # | 491843789 BLUE |
| VAT # | |
| Folio No/Che | 381701 A |

Confirmation Number: 3212772451

HILTON-PONCE GOLF AND CASINO RESORT 10/30/2015 1:58:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 10/21/2015 | Advance Deposit CASH | JJOHNSON | 4710050 | | ($399.38) | |
| 10/21/2015 | PARKING SELF | VLOPEZ | 4710815 | $10.00 | | |
| 10/21/2015 | STATE TAX - MISC | VLOPEZ | 4710815 | $1.05 | | |
| 10/21/2015 | CITY TAX - MISC | VLOPEZ | 4710815 | $0.10 | | |
| 10/21/2015 | GUEST ROOM | VLOPEZ | 4710816 | $149.00 | | |
| 10/21/2015 | RESORT CHARGE | VLOPEZ | 4710816 | $20.86 | | |
| 10/21/2015 | ROOM TAX | VLOPEZ | 4710816 | $18.68 | | |
| 10/22/2015 | PARKING SELF | VLOPEZ | 4712116 | $10.00 | | |
| 10/22/2015 | STATE TAX - MISC | VLOPEZ | 4712116 | $1.05 | | |
| 10/22/2015 | CITY TAX - MISC | VLOPEZ | 4712116 | $0.10 | | |
| 10/22/2015 | GUEST ROOM | VLOPEZ | 4712117 | $149.00 | | |
| 10/22/2015 | RESORT CHARGE | VLOPEZ | 4712117 | $20.86 | | |
| 10/22/2015 | ROOM TAX | VLOPEZ | 4712117 | $18.68 | | |
| | | | **BALANCE** | | | $0.00 |

EXPENSE REPORT
SUMMARY

| | 10/21/2015 | 10/22/2015 | STAY TOTAL |
|---|---|---|---|
| ROOM AND TAX | $188.54 | $188.54 | $377.08 |
| MISCELLANEOUS | $10.00 | $10.00 | $20.00 |
| OTHER | $1.15 | $1.15 | $2.30 |
| DAILY TOTAL | $199.69 | $199.69 | $399.38 |

Page:1



HILTON-PONCE GOLF AND CASINO RESORT
1150 CARIBE AVENUE, SUITE 201
PONCE, PR  00716
United States of America
TELEPHONE 787-259-7676   • FAX 787-259-7674
Reservations
www.hilton.com or 1 800 HILTONS

CASTELLANOS, ALFREDO

Room No:                          423/K1

## *Federico Hernández Dentón*

Juez Presidente (Retirado)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH — I ofi.1201
Hato Rey Puerto Rico 00918
787-751-8000

October 30, 2015

MEMO

To: Eric Guzman

From: Federico Hernández Dentón

Re: Traveling, hotel and Per diem expenses incurred in Court Hearing in Ponce.

As authorized by Judge Gustavo Gelpi I am also requesting a reimbursment of $377.08 for the hotel expenses for a stay of two nights, as well as $142.00 as Per Diem for two days and $80.50 for mileage for the transportation on my own car to and from San Juan and Ponce. (Enclosed is a copy of the bill of the hotel)

These costs were incurred in order to assist the TCA in the hearings held in Ponce by the U.S. District Court for the District of Puerto Rico in the case of U.S. v. Commonwealth of Puerto Rico and the Puerto Rico Police Department.

The total for the costs incurred is:  $599.58

Please fell free to contact me if you need any additional information.

| | | |
|---|---|---|
| | reorganization of the Canine Unit and the use of Patrol Dogs. | 1 |
| 10/19/15 | Preparation Art. 253 meeting to inform about the developments in the Board of Bar Promotions. | 2 |
| 10/20/15 | Meeting at the PRPD Headquarters – for Section 253 of the Agreement - TCA | 10 |
| 10/22/15 | Second Hearing of US District Court for the District of Puerto Rico. | 10 |
| 10/23/15 | Second Hearing of US District Court for the District of Puerto Rico. | 3 |
| 10/25/15 | Analysis of Administrative Order regarding investigations of domestic violence incidents by PRPD. Receipt, reading and analysis of PRPD Domestic Violence Orders regarding handling of domestic violence incidents in which PRPD officers intervene and handling of internal complaints of domestic violence. | 4 |
| 10/26/15 | Meeting with the TCA. Preparation for meeting – Canine Patrols. | 7 |
| 10/27/15 | 1- Meeting with attorneys of DOJ and PRDOJ.<br>2- Meeting with Judge Gelpí.<br>3- Meeting at PRPD concerning Canine Patrol Rules and Reorganization. | 4<br>1<br>2.5 |
| 10/29/15 | Meeting with Judge Gelpí and Constitutional Lawyers of TCA with TCA. | 3 |

**Total hours: 62.5**
**Per $ 125.00**
**Total: $ 7,812.50**

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

Federico Hernández Dentón



# Hilton
**PONCE GOLF &
CASINO RESORT**

HILTON PONCE GOLF & CASINO RESORT
P.O. Box 7419 | Ponce, PR | 00732
1150 Ave Caribe | Ponce, PR | 00716
T: 787 259 7676 | F: 787 259 7625
W: hilton.com

NAME AND ADDRESS:

HERNANDEZ DENTON, FEDERICO

PO BOX 9021279

SAN JUAN PR 00902
UNITED STATES OF AMERICA

Room: 304/K1
Arrival Date: 10/21/2015  4:03:00 PM
Departure Date: 10/24/2015

Adult/Child: 2/0
Room Rate: 149.00

Rate Plan: GV
HH #
AL:
Car:

Confirmation Number: 3216175412

10/23/2015

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out or such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|------|-------------|-----|---------|---------|---------|---------|
| 10/21/2015 | PARKING VALET | VLOPEZ | 4710711 | $18.00 | | |
| 10/21/2015 | STATE TAX - MISC | VLOPEZ | 4710711 | $1.89 | | |
| 10/21/2015 | CITY TAX - MISC | VLOPEZ | 4710711 | $0.18 | | |
| 10/21/2015 | GUEST ROOM | VLOPEZ | 4710712 | $149.00 | | |
| 10/21/2015 | RESORT CHARGE | VLOPEZ | 4710712 | $20.86 | | |
| 10/21/2015 | ROOM TAX | VLOPEZ | 4710712 | $18.68 | | |
| 10/22/2015 | PARKING VALET | VLOPEZ | 4712034 | $18.00 | | |
| 10/22/2015 | STATE TAX - MISC | VLOPEZ | 4712034 | $1.89 | | |
| 10/22/2015 | CITY TAX - MISC | VLOPEZ | 4712034 | $0.18 | | |
| 10/22/2015 | GUEST ROOM | VLOPEZ | 4712035 | $149.00 | | |
| 10/22/2015 | RESORT CHARGE | VLOPEZ | 4712035 | $20.86 | | |
| 10/22/2015 | ROOM TAX | VLOPEZ | 4712035 | $18.68 | | |
| 10/23/2015 | PARKING VALET | VLOPEZ | 4713473 | $18.00 | | |
| 10/23/2015 | STATE TAX - MISC | VLOPEZ | 4713473 | $1.89 | | |
| 10/23/2015 | CITY TAX - MISC | VLOPEZ | 4713473 | $0.18 | | |
| 10/23/2015 | GUEST ROOM | VLOPEZ | 4713474 | $149.00 | | |
| 10/23/2015 | RESORT CHARGE | VLOPEZ | 4713474 | $20.86 | | |
| 10/23/2015 | ROOM TAX | VLOPEZ | 4713474 | $18.68 | | |
| | WILL BE SETTLED | | | | | |
| | TO AX*3172 | | | | $625.83 | |
| | EFFECTIVE BALANCE | | | | | |
| | OF | | | | $0.00 | |

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION          ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

CARD MEMBER'S SIGNATURE

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

DATE OF CHARGE          FOLIO NO./CHECK NO.
                        380722 A

AUTHORIZATION          INITIAL

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT

HILTON
HHONORS

WALDORF
ASTORIA

CONRAD

Hilton

DOUBLETREE

EMBASSY
SUITES

Hilton
Garden Inn

Hampton

HOMEWOOD
SUITES

HOME2

Hilton
Grand Vacations

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA



# Hilton
**PONCE GOLF & CASINO RESORT**

HILTON PONCE GOLF & CASINO RESORT
P.O. Box 7419 | Ponce, PR | 00732
1150 Ave Caribe | Ponce, PR | 00716
T: 787 259 7676 | F: 787 259 7625
W: hilton.com

NAME AND ADDRESS:

HERNANDEZ DENTON, FEDERICO

PO BOX 9021279

SAN JUAN PR 00902
UNITED STATES OF AMERICA

| | |
|---|---|
| Room: | 304/K1 |
| Arrival Date: | 10/21/2015   4:03:00 PM |
| Departure Date: | 10/24/2015 |
| | |
| Adult/Child: | 2/0 |
| Room Rate: | 149.00 |
| | |
| Rate Plan: | GV |
| HH # | |
| AL: | |
| Car: | |

Confirmation Number: 3216175412

10/23/2015

If the debit/credit card you are using for check-in is attached to a bank or checking
account, a hold will be placed on the account for the full anticipated dollar amount to be
owed to the hotel, including estimated incidentals, through your date of check-out and
such funds will not be released for 72 business hours from the date of check-out or
longer at the discretion of your financial institution.

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|

## EXPENSE REPORT SUMMARY

| | 10/21/2015 | 10/22/2015 | 10/23/2015 | STAY TOTAL |
|---|---|---|---|---|
| ROOM AND TAX | $188.54 | $188.54 | $188.54 | $565.62 |
| MISCELLANEOUS | $18.00 | $18.00 | $18.00 | $54.00 |
| OTHER | $2.07 | $2.07 | $2.07 | $6.21 |
| DAILY TOTAL | $208.61 | $208.61 | $208.61 | $625.83 |

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book
your next stay at hilton.com.

| | |
|---|---|
| ACCOUNT NO. | |

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| | 380722 A |

CARD MEMBER NAME

| | |
|---|---|
| AUTHORIZATION | INITIAL |

ESTABLISHMENT NO. & LOCATION        ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

PURCHASES & SERVICES

TAXES

TIPS & MISC.

CARD MEMBER'S SIGNATURE

TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

HILTON
HHONORS

WALDORF
ASTORIA

CONRAD

Hilton

DOUBLETREE

EMBASSY
SUITES

Hilton Garden Inn

Hampton

HILTON
SUITES

HOME2

Hilton
Grand Vacations

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

October 28, 2015.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-10

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of October, 2015.

| Date(s) | Hour(s) | Matter/Research |
|---------|---------|-----------------|
| 10/02/2015 | 3.0 hrs. | Legal advice, comments and draft of TCA's proposals for reorganization of Narcotics Unit. |
| 10/07/2015 | 0.5 hrs. | Review and advice on final draft of DOT |
| 10/14/2015 | 5.5 hrs.  2:00 to 7:30 pm. | Review, comments and legal advice on Administrative Order on Restructure & Reorganization of Sexual Offenses & Abuse of Juveniles Division |
| 10/15/2015 | 6.0 hrs. 3:00 to 9:00 pm | Review, comments and legal advice on the Investigation of Sexual Offenses Intervening Sexual Offenses Applicable to PRPD Employees |
| 10/20/2015 | 4.5 hrs.  9:00 am to 2:30 noon | Meeting at Police Headquarters on the (1) Reorganization of the Sexual Offenses and Abuse of Juveniles Division, (2)Investigation of Sexual Offenses & Adm. Order on Intervening Sexual Offenses Applicable to PRPD Employees |
| 10/21/2015 | 1.0 hr | Meeting at Police Headquarters on Order for the Reorganization of Tactical Operations Unite (DOT) |
| 10/21/2015 | 2.0    hrs.    NO CHARGE | Swearing in Ceremony at the Capitol Building |
| 10/22/2015 | 6.5 hrs. | Hearing at Ponce Federal Courthouse-Hon. Gustavo Gelpi, USDJ presiding. |
| 10/23/2015 | 7.5 hrs. | Hearing at Ponce Federal Courthouse -Hon. Gustavo Gelpi, USDJ presiding. |
| 10/28/2015 | 1.0 hr. | Meeting at Police Headquarters on final review of S.A.R.P. |



1

| 10/28/2015 | 35.5 hrs. Total Hours billed | 35.5 hrs. x $125.00 = $4,437.50 |
|---|---|---|

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department . Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

2

# INVOICE 0107

10/21/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

DETAILS

LINE TOTAL

Professional services rendered during the week of

900.00

October 18-24, 2015 to TCAPR CORP

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com



AHORRAR ES FACIL
CLUB MANAGER EBENITE EMILIO
GERENTE del CLUB ZAIDA FALCON
Club 6689 CAGUAS
TEL. 787-746-1001
10/06/15 18:08 6744 06689 001      3372
W MEMBER  /101-*******7324

THANK YOU,

IGLESIA DE DIOS PENTECOSTAL

95721 PAPER                      26.88 T
              SUBTOTAL           26.88
     TAX 1  10.500 %              2.82
     TAX 2   1.000 %              0.27
              TOTAL              29.97
     CASH   TEND                 40.00
     CHANGE DUE                  10.03

Visit samsclub.com to see your savings

IVULOTO: MZPBN-P8S29
WM DRAW082 OCT/13/15

# ITEMS SOLD 1

TC# 4588 7411 8095 2135 7050



Por favor háblenos acerca de su experiencia de compra
    http://www.survey.samsclub.com
EN AGRADECIMIENTO POR SU TIEMPO PODRÁ GANAR
UNA DE CINCO TARJETAS DE REGALO DE SAM'S CLUB
VALORADAS EN $1,000 CADA UNA. Para participar debe
ser mayor de 18 años y ser residente legal de EU. Nada
que comprar para participar. Para participar sin
comprar y ver las reglas oficiales visite:
        www.entry.survey.samsclub.com
Los periodos de cada sorteo terminan en la fecha que
muestren las reglas oficiales.
Tiene DOS semanas a partir de la fecha de hoy para
contestar la encuesta.

Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
10/06/15      18:08:42

Gasolina – $482.78

Pagos –       $   78.75

Renta de – $560.46

Renta de Vehiculo

Ford Explorer #1 ($159.19)
pagar el 8/3/2015

Ford ?? Passenger #2 40127
el 8/3/15 al 10/30/2015

Total $1121.99

H

```
                PUMA ZONA BANCARIA
              AVENIDA PONCE DE LEON
              HATO REY, PUERTO RICO
```

CASH            REC# 17362        10/30/15

```
        ****   RECIBO   ****
```

1  GASOLINA(04) 61.29Lt            34.75
     (REGULAR) 56.7/Lt

                                   34.75
              TAX MUN . . . . .      .00
              TAX EST . . . . .      .00

      TOTAL DE LA VENTA .   . . .  34.75

      CAMBIO DE   40.00  -  5.25


  * GRACIAS POR SU COMPRA, VUELVA PRONTO *

              1-Adm  11:01c

```
     FABR PETROLEUM
        767-1010

Descr.          qty      amount
--------        ---      ------
Prepay CA#04
                          40.00
                        ----------
          Sub Total       40.00
          ESTATAL          0.00
          MUN              0.00
     TOTAL               40.00
                 CASH  $  40.00
THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 13700
10/28/15  12:45:02         ST# TX224
```

```
         PIDE TU RECIBO --------

IVULOTO: 8K0UK SCROR
ST DRAW088 Nov/07/2015
CONTROL: 828-614722

CON IVULOTO TODOS NOS
     BENEFICIAMOS
```

```
     TO GO STORE GURABO
       CARR 189 KM 0.4
     BO. NAVARRO GURABO
          PR. 00778

Descr.          qty      amount
--------        ---      ------
Prepay CA#08
                          15.00
                        ----------
          Sub Total       15.00
          IVU 1%           0.00
          IVU 10.5%        0.00
          SPEC 2%          0.00
     TOTAL               15.00
                 CASH  $  15.00
THANKS, COME AGAIN
REG# 0004 CSH# 014 DR# 01  TRAN# 49452
10/26/15  19:19:41         ST# 00012
-------- PIDE TU RECIBO --------

   IVULOTO: MWEV6-BX190
   ST DRAW088 Nov/03/2015
   CONTROL: 344-641631

---- CON IVULOTO TODOS NOS -----
-------- BENEFICIAMOS --------
```

```
=======================================
                    PRINT NO.      10426


OCT 24 15 07:32PM    RECEIPT NO. 1122472

                          STORE ID 12345

PUMP  GRADE      VOLUME  PPU      AMOUNT
----  ------     ------  ----     ------
1    PREPAY
                     CASH    TOTAL    25.00
                                      25.00
=======================================
```

```
     GULF RAMBLA AVE, TITO CASTRO
              7878021097

SOLD BY #1: WALDY SUAREZ
TAG #2392540 10/22/2015 9:53:54 AM
1     GASOLINA O/Y    30.00    30.00

                NON-TAXABLE     30.00
                SUBTOTAL        30.00
                TOTAL           30.00
                TOTAL TEND      40.00
                CHANGE          10.00
------------------------------------
CASH 40.00
------------------------------------
           PUT YOUR DEFAULT
           RECEIPT MESSAGE
                HERE
```

*Raul*

```
       WELCOME TO
        OUR STORE

DESCR.          QTY      AMOUNT

DISCOUNT CODE: 0
   REG   CA #01  57.199L    33.00
                 @ 0.577/ L
      Prepay Fuel         -40.00
                          -------
          Sub Total        -7.00
            ESTATAL          0.00
          MUNICIPAL          0.00
       TOTAL              -7.00
              CASH $       -7.00
   THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 13652
10/22/15  21:51:12          ST# A3123
```

```
     GULF RAMBLA AVE, TITO CASTRO
              7878021097

SOLD BY #1: WALDY SUAREZ
TAG #2393728 10/23/2015 4:35:03 PM
1     GASOLINA O/Y    20.00    20.00

                NON-TAXABLE     20.00
                SUBTOTAL        20.00
                TOTAL           20.00
------------------------------------
CASH 20.00
------------------------------------
           PUT YOUR DEFAULT
           RECEIPT MESSAGE
                HERE
```

H

*Raul*

```
--------------------------------------------
         PUMA PONTEZUELA
  VISTAMAR - PONTEZUELA ESQ MARG
  CAROLINA PR ** 787-257-3273 *
--------------------------------------------
CASH          REC# 34117      10/23/15
--------------------------------------------

     ****  RECIBO  ****

 1  GASOLINA BOMBA-08        30.00
                             -------
                              30.00
               TAX MUN . . . . .   .00
               TAX EST . . . . .   .00
                             -------
     TOTAL DE LA VENTA . . . . .  30.00

     CAMBIO DE   30.00  -   .00



          3-Adm  20:17
--------------------------------------------

----------- PIDA SU RECIBO ------------

     IVULOTO: Z0162-X5G4B
   ST DRAW 087 Oct 31, 2015
     CONTROL - 103-933594

--------- CON IVULOTO TODOS NOS ---------
----------- BENEFICIAMOS -------------
```

```
          WELCOME  TO
          OUR STORE

Descr .          qty        amount

PEG   CA #01 61.116L        37.00
           @ 0.577/ L
    Prepay Fuel              80.00

         Sub Total          43.00
           ESTATAL           .00
           MUNICIPAL        0.00
      TOTAL   -43.00
           CASH $   -43.00
THANKS,COME  AGAIN
REG# 0001 CSH# 013 DR# 01  TRAN# 17954
10/21/15  21:04:24          ST# A3123
```

```
            PUMA VISTA MAR
              VISTAMAR
        CARR 190  ESQ ANDALUCIA
          Carolina, PR  00983
             7872571352


   ███ Sales Receipt ███

Transaction #:     64950
Date:   10/24/2015 Time:  10:10:24 AM
Cashier:   8       Register #:   1


Item      Description        Amount
=======================================
R         Regular            $9.00

                          ===========
              Sub Total      $9.00
              Total          $9.00

           Cash Tendered     $9.00
           Change Due        $0.00


        ║▌║█║▌│║▌║▌█║
              64950
      Thank you for shopping
          PUMA VISTA MAR
   We hope you'll come back soon!
```

H

```
            PUMA ZONA BANCARIA
          AVENIDA PONCE DE LEON
          HATO REY, PUERTO RICO

CASH            REC# 10344        10/21/15


        ****  RECIBO  ****

  1  GASOLINA BOMBA-06            32.00
                                 -------
                                  32.00
                 TAX MUN .          .00
                 TAX EST . . . . .  .00
                                 -------
      TOTAL DE LA VENTA . . . . .  32.00

      CAMBIO DE   32.00  -   .00

  * GRACIAS POR SU COMPRA, VUELVA PRONTO *

            2-Adm  12:35


----------- PIDA SU RECIBO -------------

        IVULOTO: 9YMN4-4QOHF
      ST DRAW 087 Oct 31, 2015
        CONTROL - 127-195806

--------- CON IVULOTO TODOS NOS ---------
--------------- BENEFICIAMOS ------------
```

```
              BIENVENIDOS A
              PUMA NIANI S/S

     Descr.            qty        amount
     --------          ---        ------
   < DUPLICATE RECEIPT >
     PREM   CA #05  46.848L         27.03
                   @ 0.577/ L
          Prepay Fuel              -40.00
                                 ----------
                  Sub Total       -12.97
                   STATETAX         0.00
                    CITYTAX         0.00
              TOTAL          -12.97
                    CASH  $    -12.97
     THANKS,COME  AGAIN
     REG# 0001 CSH# 003 DR# 01  TRAN# 13577
     10/21/15  07:19:26          ST# G0019
```

```
        PUMA 334
         CAPARRA
       787-706-8871

Descr.        qty       amount
-----         ---       ------
Prepay CA#06             20.00

        Sub Total        20.00
        STATETAX          0.00
        CITYTAX           0.00
      TOTAL            20.00
            CASH  $     20.00
THANKS,COME AGAIN
REG# 0001 CSH# 013 DR# 01  TRAN# 19026
10/16/15  15:10:36        ST# AB123
```

```
      BIENVENIDOS A
         ANY TIME
        CAROLINA

Descr.        qty       amount
-------       ---       ------
Prepay CA#01             40.00
                      ----------
        Sub Total        40.00
        MUNICIPAL         0.00
        ESTATAL           0.00
      TOTAL            40.00
            CASH  $     40.00
THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 15983
10/15/15  20:30:59        ST# AB123
```

```
     BIENVENIDOS A
        AN  TIME
        CA  INA

Descr.        qty       amount
-------       ---       ------
Prepay CA#01             20.00
                      ----------
        Sub Total        20.00
        MUNICIPAL         0.00
        ESTATAL           0.00
      TOTAL            20.00
            CASH  $     20.00
THANKS,COME AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 17402
10/16/15  20:29:22        ST# AB123
```

```
      WELCOME TO
      OUR STORE

Descr.        qty       amount
-------       ---       ------
REG    CA #04 59.6211.     35.00
              @ 0.587/ L
                      ----------
        Sub Total        35.00
        ESTATAL           0.00
        MUNICIPAL         0.00
      TOTAL            35.00
            MAN CRED  $   35.00
THANKS,COME AGAIN
REG# 0001 CSH# 011 DR# 01  TRAN# 15783
10/19/15  06:04:37        ST# AB123
```

```
==========================================
                   PRINT NO.    187193

             COAMO BY PASS
             CARR 153 KM 6.9
           STA ISABEL PR 00757

OCT 14 15 04:23PM    RECEIPT NO. 1562806

                   STORE ID   S207

PUMP   GRADE     VOLUME    PPU      AMOUNT
----   --------  --------  -----  ----------
  4    PREPAY                         35.00
              CASH     TOTAL          35.00

                   TEL 787-845-1325
==========================================
```

Recibo de Pago

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 9579
10/15/15 19:09:56

Tarjeta de Peaje:        TC 05212654
Cantidad de Pago:    $        8.00
Metodo de Pago:
                          Efectiv

Recibo de Pago

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 2045
10/15/15 08:45:31

Tarjeta de Peaje:     TC 05212654
Cantidad de Pago:     $      10.00
Metodo de Pago:            Efectivo

Recibo de Recarga

www.autoexpreso.com
PO Box 11835
San Juan, PR 00922-888
1-888-688-10 0
Plaza Caguas Norte, Carril 13
Cajero: 9549
10/26/15 19:3 :06

Numero de Cuenta:        03451155
Cantidad de Pago:    $      20.00
Metodo de Pago:          Efectivo
Balance:                  19.30

Recibo de Recarga

www.autoexpreso.com
PO Box 11833
San Juan, PR 009.2 888
1-888-688-10 0
Plaza Buchanan, Carril 11
Cajero: 1874
10/30/15 11:43:19

Numero de Cuenta:       A  03451155
Cantidad de Pago:     $     25.00
Metodo de Pago:            Efectivo
Balance:               :     26.35

# Popular Auto Inc.
## AutoExpreso Toll Gate Ticket Information
### Range Date From: 10/21/2015 To: 10/24/2015

**Vehicle Information: IMZ125**
**Vehicle Description: FORD\15 PASSENGER\2015**

| Trans ID | Trans Date | Post Date | Tag No. or Plate | Account | Trans. Type | Plaza | Lane | Pay Date | Toll | User |
|---|---|---|---|---|---|---|---|---|---|---|
| 30094929 | 10/21/2015 05:35:52 PM | 10/21/2015 05:35:52 PM | 3023292 | 0 | 143 | Caguas Sur | 7 | 10/26/2015 01:24:33 PM | $-1.00 | PR47201 |
| 31017341 | 10/21/2015 06:53:52 PM | 10/21/2015 07:22:08 PM | 3023292 | 0 | 143 | Juana Diaz ORT | 3 | 10/26/2015 01:24:33 PM | $-0.50 | PR47201 |
| 31042853 | 10/21/2015 07:50:01 PM | 10/21/2015 08:27:32 PM | 3023292 | 0 | 143 | Juana Diaz ORT | 13 | 10/26/2015 01:24:33 PM | $-0.50 | PR47201 |
| 31038556 | 10/21/2015 08:12:13 PM | 10/21/2015 08:12:12 PM | 3023292 | 0 | 143 | Salinas | 14 | 10/26/2015 01:24:33 PM | $-1.75 | PR47201 |
| 31116568 | 10/22/2015 05:08:47 AM | 10/22/2015 05:08:47 AM | 3023292 | 0 | 143 | Caguas Sur | 6 | 10/26/2015 01:24:33 PM | $-1.00 | PR47201 |
| 31157043 | 10/22/2015 05:47:50 AM | 10/22/2015 06:31:32 AM | 3023292 | 0 | 143 | Juana Diaz ORT | 2 | 10/26/2015 01:24:33 PM | $-0.50 | PR47201 |
| 31177722 | 10/22/2015 08:37:09 PM | 10/22/2015 09:09:35 PM | 3023292 | 0 | 143 | Juana Diaz ORT | 13 | 10/26/2015 01:24:33 PM | $-0.50 | PR47201 |
| 31174517 | 10/22/2015 08:59:22 PM | 10/22/2015 08:59:22 PM | 3023292 | 0 | 143 | Salinas | 14 | 10/26/2015 01:24:33 PM | $-1.75 | PR47201 |
| 31848681 | 10/23/2015 05:24:27 AM | 10/23/2015 05:24:27 AM | 3023292 | 0 | 143 | Caguas Sur | 6 | 10/26/2015 01:24:33 PM | $-1.00 | PR47201 |
| 31888673 | 10/23/2015 06:02:26 AM | 10/23/2015 06:37:49 AM | 3023292 | 0 | 143 | Juana Diaz ORT | 3 | 10/26/2015 01:24:33 PM | $-0.50 | PR47201 |
| 32466951 | 10/23/2015 06:30:08 PM | 10/23/2015 06:50:07 PM | 3023292 | 0 | 143 | Juana Diaz ORT | 13 | 10/26/2015 01:24:33 PM | $-0.50 | PR47201 |
| 32468850 | 10/23/2015 06:52:54 PM | 10/23/2015 06:52:55 PM | 3023292 | 0 | 143 | Salinas | 14 | 10/26/2015 01:24:33 PM | $-1.75 | PR47201 |
| 32502505 | 10/23/2015 07:44:03 PM | 10/23/2015 07:44:03 PM | 3023292 | 0 | 143 | Caguas Norte | 19 | 10/26/2015 01:24:33 PM | $-1.50 | PR47201 |
| 33065824 | 10/24/2015 06:03:59 PM | 10/24/2015 06:03:58 PM | 3023292 | 0 | 143 | Caguas Sur | 4 | 10/26/2015 01:24:33 PM | $-1.00 | PR47201 |
| 33126053 | 10/24/2015 06:52:26 PM | 10/24/2015 07:37:35 PM | 3023292 | 0 | 143 | Juana Diaz ORT | 3 | 10/26/2015 01:24:33 PM | $-0.50 | PR47201 |

**TOTAL UNITS:** 15     **Toll TOTAL:** $-14.25

Page 1
10/27/2015
AutoExpreso.

## Popular Auto Inc.
## AutoExpreso Toll Gate Ticket Information
## Range Date From: 10/19/2015 To: 10/21/2015

**Vehicle Information: IMU289**
**Vehicle Description: FORDIEXPLORERI2015**

| Trans ID | Trans Date | Post Date | Tag No. or Plate | Account | Trans. Type | Plaza | Lane | Pay Date | Toll | User |
|---|---|---|---|---|---|---|---|---|---|---|
| 89708149 | 10/20/2015 05:35:07 AM | 10/20/2015 05:35:06 AM | 3021913 | 0 | 143 | Caguas Norte | 20 | 10/27/2015 06:27:33 PM | $-1.50 | PL74346 |

| TOTAL UNITS: | 1 | | | | | | | TOII TOTAL: | $-1.50 | |

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of October.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stake holders, including: the swearing-in of the Citizen's Interaction Committees; attended and participated as observers in the Executive Hearings at the Women's Advocate Office; attended to a Reform Presentation in Ponce; meeting with the head of Federal Marshal Service in P.R., Mr. Varela; and in October 22 and 23 attended to Public Hearings.

The TCA's Office submitted the comments on the PRPD Academy Evaluations Training on the Force Review Board. In the questionnaires related to Paragraph 241 Surveys, the recommendations were incorporated, reviewed, discussed with Dr. Blanco Peck and submitted to the parties.

The TCA, his staff and the Core Team visited Ponce to participate in a meeting at the Federal Court with Mr. Manuel Varela and to attend to the Public Hearings during October 22 and October 23.

During this period the following policies and orders were reviewed: Administrative Order on Investigations of Sexual Offences Incidents Applying to PRPD employees; Administrative Orders on Investigations of Domestic Violence Incidents; Administrative Order on Investigations of Domestic Violence Incidents between Employees of PRPD; General Order on Tactical Operations Division; General Order on the Reorganization of the Auxiliary Superintendence in Professional Responsibility; Reorganization of the Canine Division Unit; and Rules and Procedures for the Implementation and Regulation of the Use of Patrol Dogs.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under paragraph 253 of the Agreement, the monthly meeting with the TCA's CPA for the update of the employee records and payroll, preliminary Core Team's November agenda, circulating CT agenda and the Core Team work plan. Coordination and preparation of the TCA's agenda and meetings with the parties to discuss the Public Hearing; and preparing respective court documents for the parties' review and input of

12-cv-2039 (GAG)-Fixed Expense Invoice

the TCA Expenses, paragraph 30.