

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CORPORACIÓN DEL FONDO
DEL SEGURO DEL ESTADO

### Recibo de Pago Enviado

G.P.O. Box 365028 San Juan PR 00936-5028

**Dueño de la Cuenta:** TCAPR CORP

**Número de Recibo:** 15120005982016D9

**Dirección 1:** 268 MUNOZ RIVER

**Cantidad a Pagar:** 2408.17

**Dirección 2:**

**Tipo de Pago:** ACH

**Ciudad:** SAN JUAN

**Fecha de Recibo:** 28/10/2015

**Estado:** SAN JUAN

**Número de Póliza:** 1512000598

**Código ZIP:** 00918

**Año de Facturación:** 2016





ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

| | |
|---|---|
| **FECHA:** | 1-Nov-2015 |
| **FACTURA :** | WP/NOV/2015 |

**FACTURAR A:**
TCA
268 PONCE DE LEON
SUITE # 1001
SAN JUAN PR 00918

| DESCRIPCIÓN | CANTIDAD |
|---|---:|
| RENTA DE OCTUBRE/2015 | $ 3,000.00 |
| **TOTAL** | $ 3,000.00 |

Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.**
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757 ext. 1574.

PO Box 41207
San Juan, PR 00940-1207
Teléfono (787) 763-5757



AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3724 |
|---|---|
| Date: | 10/28/2015 |
| Amount due: | 1485.00 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (October 2015): Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| Expense | Reimbursement for printable checks | 1.00 | 25.00 | 25.00 |
| | | | Total: | 1485.00 |