UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |



Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for October 2015.

| Core Team Expenses | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | $6,500.00 | October 25, 2015 to October 30, 2015 |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $6,500.00 | October 19, 2015 to October 23, 2015 |
| Marcos Soler | N/A | N/A |
| John J. Romero | $6,500.00 | October 19, 2015 to October 23, 2015 |
| Alan Youngs | $6,500.00 | October 19, 2015 to October 23, 2015 |
| Scott Cragg | $4,912.50 | October 21, 2015 to October 23, 2015 |
| Subtotal | $30,912.50 | |
| **Telework** | | |
| Gerard LaSalle | $8,750.00 | July 2015 to October 2015 |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $2,600.00 | Oct-15 |
| Marcos Soler | $9,100.00 | Oct-15 |
| John J. Romero | $2,600.00 | Oct-15 |
| Alan Youngs | $2,600.00 | Oct-15 |
| Scott Cragg | $2,437.50 | Sep-15 |
| Subtotal | $28,087.50 | |

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $3,406.25 | September |
| | $13,875.00 | October |
| | $376.00 | Lodging at The Ponce Hilton |
| | $142.00 | Per Diem |
| | $43.12 | Mileage |
| | Subtotal | $17,842.37 |
| Federico Hernandez Denton | $7,812.00 | October |
| | $377.08 | Lodging at The Ponce Hilton |
| | $142.00 | Per Diem |
| | $80.50 | Mileage |
| | Subtotal | $8,411.58 |
| Antonio Bazán | $4,437.50 | October |
| | Subtotal | $30,691.45 |
| Car Expenses | | |
| Chauffer | $900.00 | October 18, 2015 to October 24, 2015 |
| Vehicle #1 Rental | $159.19 | October 19, 2015 to October 21, 2015 |
| Vehicle #2 Rental | $401.27 | October 21, 2015 to October 24, 2015 |
| Gasoline | $482.78 | |
| Tolls | $78.75 | |
| | Subtotal | $2,021.99 |
| Other Office Expenses | | |
| Copy Paper | $29.97 | |
| | Subtotal | $29.97 |
| | | |
| Grand Total | | $91,743.41 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $91,743.41, the total amount of the monthly expenses, for the month of October 2015.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH,** the TCA PR. Corp. respectfully requests the Honorable Court that the October expenses are approved and a check be issued in the amount of $91,743.41, the total amount of the expenses for the month of October 2015.

In San Juan, Puerto Rico, this day November 9, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.