IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>      v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et al.**<br><br>Defendants | CIVIL NO.  12-2039(GAG) |

### NOTICE OF APPEARANCE FOR PURPOSES OF NOTICE ONLY

**TO THE HONORABLE COURT:**

    **COMES NOW** the Puerto Rico Police Department ("PRPD"), and very respectfully states and prays:

    1.    The appearing counsel hereby requests that notice of appearance for purposes of notice only, be granted to the Reform Office of PRPD through its legal counsel Yashira Vega Montalvo.

    2.    PRPD is currently represented by the Department of Justice, through Beatriz Annexy-Guevara, Esq., who is the primary attorney to be notified in this case.

    3.    Accordingly, we hereby request that the notice-only appearance previously granted to the former legal counsel to the Reform Office, Xiomara Colón, Esq., be terminated and that attorney Vega Montalvo be notified at YMVega@policia.pr.gov which is her email address.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court take notice of this appearance; that it grants the Reform Office's notice of appearance through attorney Yashira Vega Montalvo for purposes of notice only, and that as a result all notifications to attorney Xiomara Colón be terminated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this November 24, 2015.

## NOTIFICATION

On this date, the signatory to this motion has filed it with the Clerk of the Court via the CM/ECF that shall relay it to all counsel of record.

**CÉSAR R. MIRANDA RODRÍGUEZ**
Secretary of Justice
**MARTA GONZALEZ YGLESIAS**
Deputy Secretary of Justice
For Litigation

*S/Beatriz Annexy Guevara*
**BEATRIZ ANNEXY GUEVARA**
USDC-PR 217505
PR Department of Justice
P.O. Box 9020192
San Juan, PR 00902 0192
Tel 787 721 7700, ext. 2105
Fax. (787) 722 4440