IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiffs<br><br>　　　　　v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br>　　　Defendants | CIVIL NO.: 12-2039 (GAG) |

**MOTION IN COMPLIANCE WITH REQUIREMENT 261 OF THE AGREEMENT**

**TO THE HONORABLE COURT:**

　　　COMES NOW, the Puerto Rico Police Department (PRPD) through the undersigned counsel and respectfully states as follows:

　　　1.　　The Agreement for the Sustainable Reform of the Puerto Rico Police Department" (hereinafter referred to as the "Agreement") requires PRPD to file with the Court a status report that will delineate the steps taken during the review period to implement the Agreement, provide an assessment of the status of its progress, and any response to concerns raised in prior Technical Compliance Advisor's reports. (See, Requirement 261).

　　　2.　　In compliance with the aforementioned Requirement, on November 20th 2015, PRPD submitted to the Court a sealed version of PRPD's Third Progress Report to cover the period from May 31, 2015 to November 30, 2015.

　　　3.　　The document was notified to the TCA Office and to the attorneys of record, both through email and in paper format.

　　　4.　　Consequently, PRPD respectfully requests this Honorable Court to take notice of PRPD's compliance with Requirement 261.

Motion in Compliance with Requirement 261 of the Agreement

WHEREFORE we respectfully request from this Honorable Court that take notice of PRPD's compliance with Requirement 261.

WE HEREBY CERTIFY that on today's date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsel of record.

In San Juan, Puerto Rico, this November 24th 2015.

RESPECTFULLY SUBMITTED.

**CESAR MIRANDA RODRÍGUEZ**
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVARA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov