



|  | FECHA: | 1-Dec-2015 |
|---|---|---|
|  | FACTURA : | WP/DEC/2015 |

**FACTURAR A:**
TCA
268 PONCE DE LEON
SUITE # 1001
SAN JUAN PR 00918

| DESCRIPCIÓN | | CANTIDAD |
|---|---|---|
| RENTA DEL MES DE DICIEMBRE/ 2015 | $ | 3,000.00 |
| TOTAL | $ | 3,000.00 |

Favor emitir el pago a nombre de la **Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.** Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse con el Sr. Iván Carmona al 787-763-5757 ext. 1574.

AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

PO Box
41207
San
Juan,





Puerto Rico Telephone

| | |
|---|---|
| Factura | 11/04/15 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de   3 |

| FECHA DE VENCIMIENTO | 12/03/15 |
|---|---|
| TOTAL A PAGAR | $187.39 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000018739  70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

Por favor, desprenda este talón y devuélvalo con su pago.

| Factura | 11/04/15 |
|---|---|
| Cuenta | 769528798   2 |

**Chatea en VIVO con un representante de servicio al cliente**

accede a claropr.com



CHAT de Apoyo en Línea

lunes a sábado  8am a 9pm
domingo  8am a 7pm
Roaming  24 horas

Claro

| RESUMEN DE SU CUENTA | Balance Anterior | $ 187.39 |
|---|---|---|
| | Pagos Recibidos - ¡Gracias! | 187.39CR |
| | Ajustes | 0.00 |
| **TOTAL BALANCE VENCIDO** | | **$ 0.00** |
| SERVICIOS TELEFONIA FIJA | | 187.39 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 12/03/15 | | $ 187.39 |
| **TOTAL A PAGAR*** | | **$187.39** |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana.  Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.



**RR GROUP, PSC**
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3753 |
|---|---|
| Date: | 11/30/2015 |
| Amount due: | 1460.00 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (October 2015): Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
|  |  |  | Total: | 1460.00 |

*ok* [signature]

Page 1 of 1