UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for October 2015.

| Core Team Expenses [1] |  |  |
|---|---|---|
| **Visit** |  |  |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $13,000.00 | October 2015 and November 2015 |
| Rafael E. Ruíz | $6,500.00 | November 16, 2015 to November 20, 2015 |
| Marcos Soler | N/A | N/A |
| John J. Romero | $6,500.00 | November 16, 2015 to November 20, 2015 |
| Alan Youngs | $6,500.00 | November 10, 2015 to November 13, 2015 |
| Scott Cragg | N/A | N/A |
|  | Subtotal | $32,500.00 |
| **Telework** |  |  |
| Gerard LaSalle | $7,350.00 | November 2015 |
| Linda V. Navedo | $5,200.00 | October 2015 and November 2015 |
| Rafael E. Ruíz | $2,600.00 | November 2015 |
| Marcos Soler | $9,100.00 | November 2015 |
| John J. Romero | $2,600.00 | November 2015 |
| Alan Youngs | $3,900.00 | November 2015 |
| Scott Cragg | $3,862.50 | November 2015 |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

|  | $2,600.00 | Previously Unbilled Expense[2] |
|---|---|---|
|  | Subtotal | $37,212.50 |

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $1,500.00 | November 2015 |
| Federico Hernandez Denton | $4,500.00 | November 2015 |
| Antonio Bazán | $6,750.00 | November 2015 |
|  | Subtotal | $12,750.00 |
| Car Expenses | | |
| Chauffer | $900.00 | November 15, 2015 to November 21, 2015 |
| Gasoline | $324.25 | November 2015 |
| Tolls | $46.00 | November 2015 |
| Ford Edge Maintenance | $92.01 | November 2015 |
|  | Subtotal | $1,362.26 |
| Other Office Expenses | | |
| Bank Charges | $424.81 | Since January 2015 |
| Printer Cartridge Replacement | $160.00 | November 2015 |
| Telephone Equipment | $24.52 | Telephone Replacement |
|  | Subtotal | $609.33 |
|  | | |
| Grand Total | | $84,434.09 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $84,434.09, the total amount of the monthly expenses, for the month of November 2015.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

---

[2] Mr. Scott Craig, DBA Crystal Reef, LLC, has been a TCA Core Team member since the TCA Office began operating last year. During the month of May of this year, Mr. Craig invoiced, and the TCA Office approved, his professional service fee of $9,100 for that month pursuant to his services contract with this Office. That invoice was submitted correctly along with this Office's reimbursement invoice to the USDC in early June. However, the reimbursement invoice submitted by this Office to the USDC in June, the month following the charges, continued to present a previous amount of $6,500 invoiced and paid to Mr. Craig during an earlier billing period. Because the TCA Office correctly paid the $9,100 service fee, its cash flow has been inadvertently effected by this difference of $2,600. This reimbursement invoice includes and is requesting the disbursement of this difference of $2,600 to the TCA Office on account of the previous supporting documentation provided in June and in order to property account for and reconcile the use of all funds allocated to this Office.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH,** the TCA PR. Corp. respectfully requests the Honorable Court that the October expenses are approved and a check be issued in the amount of $84,434.09, the total amount of the expenses for the month of November 2015.

In San Juan, Puerto Rico, this day December 5, 2015.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.