# VOUCHER

Invoice for Date of Service: November 2015

TO: TCA Corporation

FROM: Gerard LaSalle, Ph.D. LLC 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

PHONE: 973-943-3167 jlasalle24@comcast.net

TAX ID: 20-5830242

CASE: Reform Agreement Police of Puerto Rico

**Professional Fee**

Hourly rate (off-site): $150.

| Month of November: | Hour(s) |
|---|---|
| 4, 7-Begin draft of Third Semiannual TCA Report | 4 |
| 18- Review and revise promotion exam report | 2 |
| 19- Review and revise Ponce public hearing report | 3 |
| 8-Review Semiannual report methodology, prepare and revise | 4 |
| 19,21,26-30 Prepare draft of Third Semiannual report, review document folders, and Core Team individual write-ups communicate with TCA | 36 |

Total payable hours: 48 x $150. per hour $ 7350

TOTAL AMOUT DUE $7350

Nov 30, 2015

Gerard LaSalle

Arnaldo Claudio, TCA

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A: TCAPR Corp.
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **October/2015**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| Session of work for the follow up of matters regarding the P.241: Surveys; policies (General Orders) which will be subject to review by TCA Core Team during October/2015; preparation and coordination of the agenda related to subjects that have to be worked during this month; among other matters. (7.0) | | N/A | X | 1/Octubre | |
| Session of work for the TCA Core Team & Reform Office Agenda; follow up of important matters related to P. 241 Surveys; reading and reviewing documents related to the best practices. (7.0) | | N/A | X | 7/Octubre | |
| Session of work for the review and evaluation of the Action Plans represented by the PRPD; review of the USDOJ comments on the Action Plan for Professionalization; among other matters. (7.0) | | N/A | X | 10/Octubre | |
| Session of work for the follow up of the P. 241. (2.0) | | N/A | X | 12/Octubre | |
| Session of work for the follow up and review of the general orders. (4.0) | | N/A | X | 14/Octubre | |



| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| TCA Core Team Week | | N/A | X | 19/Octubre | $1,300.00 |
| TCA Core Team Week | | N/A | X | 20/ Octubre | $1,300.00 |
| TCA Core Team Week | | N/A | X | 21/ Octubre | $1,300.00 |
| TCA Core Team Week | | N/A | X | 22/ Octubre | $1,300.00 |
| TCA Core Team Week | | N/A | X | 23/ Octubre | $1,300.00 |
| Work session for the reading, review, analysis, and search for references and best practices for the evaluation of the Action Plans of Professionalization and Community Interaction & Public Information submitted by the PRPD. Drafting of report to the TCA. (8.0) | | N/A | X | 24/Octubre | |
| Work session for the reading, review, analysis, and search for references and best practices for the evaluation of the Action Plans of Professionalization and Community Interaction & Public Information submitted by the PRPD. Drafting of report to the TCA. (8.0) | | N/A | X | 25/Octubre | |
| | | | | | |
| | TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| | TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| | TOTAL TO BE BILLED: | | | | $9,100.00 |
| | TOTAL HOURS WORKED "PRO BONO": 25.67 HOURS | | | | |

INVOICE PRESENTED BY:

Linda V. Navedo Cortés

LINDA V. NAVEDO CORTÉS
TCA Core Team
November 30, 2015

OK

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

______________________________

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: Nov. 20, 2015

# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A: TCAPR Corp.
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **November/2015**, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| Preparation of the Agenda between the TCA Core Team and the Reform Office, for the month of November/2015. Attendance and participation in meeting with the TCA Arnaldo Claudio, Eric Guzmán, Alan Youngs and the Commander Alba Díaz, Att. Beatriz Annexy and Att. Yashira Vega. Further work with the TCA. (7.0) | | N/A | X | 10/November | |
| Working session in preparation for meeting with all parties to the discussion of the comments and recommendations given by the TCA and USDOJ to the second set of Action Plans presented by the PRPD on Professionalism, Recruitment, Supervision, Community Interaction and Public Information. (6.0) | | N/A | X | 11/November | |
| Assistance and participation on meeting for the discussion of the comments and recommendations given by the TCA and USDOJ to the second set of Action Plans presented by the PRPD on Professionalism, Recruitment, Supervision, Community Interaction and Public Information. (8.0) | | N/A | X | 12/November | |



| TASK PERFORMED AND HOURS WORKED: | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| Assistance and participation on meeting for the discussion of the comments and recommendations given by the TCA and USDOJ to the second set of Action Plans presented by the PRPD on Professionalism, Recruitment, Supervision, Community Interaction and Public Information. Further work with the TCA. (7.0) | | N/A | X | 13/November | |
| TCA Core Team Week | | N/A | X | 16/November | $1,300.00 |
| TCA Core Team Week | | N/A | X | 17/November | $1,300.00 |
| TCA Core Team Week | | N/A | X | 18/November | $1,300.00 |
| TCA Core Team Week | | N/A | X | 19/November | $1,300.00 |
| TCA Core Team Week | | N/A | X | 20/November | $1,300.00 |
| Six month report draft. (4.0) | | N/A | X | 24/November | |
| Six month report draft. (6.0) | | N/A | X | 30/November | |
| | | | | | |
| | TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $6,500.00 |
| | TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| | **TOTAL TO BE BILLED:** | | | | **$9,100.00** |
| | TOTAL HOURS WORKED "PRO BONO": 13.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
November 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: Nov. 30, 2015

**Rafael E. Ruiz**
**Consultant**

**Criminal Justice and Policing**

**610 Pleasant St**

**Canton, MA 02021**

# INVOICE

INVOICE # 2015-14

TO:
**TCA-PR, LLC**
268 Moñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR: **NOVEMBER 28, 2015**

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| November 1st: Search and Seizure annual review<br>November 2:nd: Crowd Control Gen Order<br>November 3rd: Physical Fitness/ and Search and Seizure<br>November 22-28: TCA December 6-Mo Report Table: Use of Force, Search and Seizure, Recruiting, etc... | | | |
| Total hours worked: 25<br>Total hours billed: | 17.33 | $150/hr | 2600.00 |
| Travel to PR: | | | |
| November 16: Six Months Report discussion and writing; Visit to Bayamón Zone of Excellence/ Review on Action Plan Implementation on Use of Force | | | 1300.00 |
| November 17: Visit to Arecibo CIC and SARP | | | 1300.00 |
| November 18: Four (4) Meetings at Police HQ discuss Gen Orders | | | 1300.00 |
| November 19: Work on 6-Mo Report, Discussion | | | 1300.00 |
| November 20: Exit Meeting, Par. 253, and Surveys | | | 1300.00. |
| | | TOTAL | 9100.00 |

Make all checks payable to **Rafael E. Ruiz**

**Signature** [signature] **Date** 11/28/15 Thank you for your business!

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A: TCAPR, LLC
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of November 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of Policy on Administrative Complaints & Transgender (15.0 hours) | X | N/A | Saturday-Sunday, November 7-8, 2015 | (15 @ $150 = $2,250) |
| Work from New York City: Draft Sections of Third Six-Month Report (6.0 hours) | X | N/A | Saturday-Monday, October 10-12, 2015 | (6 @ $150 = $900) |
| Work from New York City: Conference Calls with TCA and PR (2.0 hours) | X | N/A | Thursday-Friday, November 12-13, 2015 | (2 @ $150 = $300) |
| Work from New York City: Review of Third TCA Six-Month Report, Review Email from DOJ on Equal Protection and Analysis of Related Policies (8.0 hours) | X | N/A | Saturday-Sunday, November 14-15, 2015 | (8 @ $150 = $1,200) |
| Work from New York City: Conference Calls with PR, See agenda (2.0 hours) | X | N/A | Tuesday-Wednesday, November 18, 2015 | (2 @ $150 = $300) |
| Work from New York City: Review and Edits draft of the Third TCA Six-Month Report (8.0 hours) | X | N/A | Saturday and Sunday, November 21-22, 2015 | (8 @ $150 = $1,200) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |
| Work from New York City: Draft Sections of Third Six-Month Report, Review P241 Surveys (8.0 hours) | X | N/A | Thursday and Friday, November 26-27, 2015 | (8 @ $150 = $1,200) |
| Work from New York City: Edit updated draft of the Third TCA Six-Month Report, Update Language for DV Policies PRPD report at hearing for TCA report (12.0 billable hours + 6 non billable hours = 18.0 hours) | X | N/A | Saturday and Sunday November 28 & 29, 2015 | (12 @ $150 = $1,800) |
| TOTAL HOURS WORKED: 67.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 days, 0 HOURS) | | | | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (61 HOURS @ $150): | | | | $9,100 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
November 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: Nov. 30, 2015.

# INVOICE FOR PROFESSIONAL SERVICES: NOV 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A: **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of November 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed and obtained information on best police Policy and Procedure for Arrests of Foreign Nationals as requested by PRPD and the TCA (2 hours) | X | N/A | 2/Nov | 300.00 |
| Researched, reviewed and obtained information on best police practices concerning drugs and narcotics unit as requested by PRPD and the TCA (6 hours) | X | N/A | 2/Nov | 900.00 |
| Researched, reviewed and obtained information on best police practices concerning Community Policing as requested by PRPD and the TCA (2 hours) | X | N/A | 4/Nov | 300.00 |
| Researched, reviewed and provided "The President's Task Force on 21st Century Policing Implementation Guide" (2hours) | X | N/A | 4/Nov | 300.00 |
| Researched, reviewed and obtained information on best police practices for the PRPD Academy training courses for the Taser (4 hours) | X | N/A | 5/Nov | 600.00 |
| Researched, reviewed and obtained information on best police practices for the PRPD Academy concerning the police dealing with Crowd Control and demonstrations (4 hours) | X | N/A | 6/Nov | 600.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed and obtained information on best police practices for the PRPD Academy concerning the police dealing with Mentally Handicapped Individuals (4 hours) | X | N/A | 8/Nov | 600.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 10/Nov | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 11/Nov | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 12/Nov | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 13/Nov | $1,300.00 |
| Attended IPICD Annual conference and obtained information concerning Excited Delirium, Agitated Chaotic Events, Arrest-related and in-custody deaths. (10 hours) | X | N/A | 18/Nov | $1,500.00 |
| | | | | |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 13.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
November 30, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: Nov 30, 2015.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

November 30, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 016
FOR PROFESSIONAL SERVICES RENDERED NOVEMBER 20

Monday, Nov 16, 2015 — TCA Office re: meetings
Site visit Bayamon West

Tuesday, Nov 17, 2015 — TCA Office re: meetings
Site visit SARP

Wednesday, Nov 18, 2015 — PRPD HQ. re; meetings
Police/community meeting Corozal

Thursday, Nov 19, 2015 — TCA Office re: meetings

Friday, Nov 20, 2015 — TCA Office re: meetings

**5 DAYS (DAY RATE $1,300) = $6500**

Nov 1-30

Reviewed PRPD's Curriculum on Re-certification
Of Use of Force Instructors.
Prepared written review on the above.
Reviewed PRPD's Curriculum on Training and Re-training on
Electronic Control Device
Prepared written review on the above
Reviewed PRPD's General Order, Chapter 600, Section 620,
Rules and Procedures for the Use of Intermediate and
Specialized Weapons (less than lethal)
Prepared a written report on the above
Reviewed PRPD's General Order, Chapter 600, Section 6,
Management and Crowd Control
Prepared a written report on the above

**TOTAL HOURS 36 Hours**

r

**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF $150 PER HOUR. $2,600**

**TOTAL. $9,100**

John J Romero

# INVOICE FOR PROFESSIONAL SERVICES:
# [OCT 28 THROUGH NOV 29, 2015]
# [SCOTT CRAGG, CRYSTAL REEF LLC]

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283]| [SPCRAGG@VERIZON.NET]

TO: **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the months of October and November 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Document, Action Plan, Strategic Plan, General Orders review and document translation | 12.0 | 0 | 10/28, 31, 11/3, 5, 11, 17, 22, 25 | $3900 |
| 6 month report writing, review, analysis with visit notes , editing | 10.5 hours | 0 | 11/20 & 11/23 | $600 |
| Review of PRPD 6 month report and claims, cross-walking with site visit notes, communication with PRPD to optimize December site visits | 3.25 hours | 0 | 11/22, 11/29 | $412.50 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 12 |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 25.75 |
| **TOTAL TO BE BILLED:** | | | | **$3862.50** |
| TOTAL HOURS WORKED (25.75 hours US | | | | |

INVOICE PRESENTED BY:
__//Signed//______11/29/15/2015____________________
Scott Cragg, TCA Core Team
[13932 South Springs Dr.
Clifton, VA 20124]

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE______________________________
ARNALDO CLAUDIO, TCA, President



CASTELLANOS GROUP, P.S.C.

November 19, 2015

**MR. ERIC GUZMÁN**

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

**Invoice For Services Rendered To The TCA During The Month of October 2015.**

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of November 2015. No billable expenses have been incurred during the month of November 2015. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|---|---|---|
| 11/12/2015 | Meeting in Old San Juan in Judges Chambers to discuss matters pertaining to the Public Hearing scheduled for the beginning of 2016. Re: Fajardo | 2 |
| 11/13/2015 | Report for the Public Hearing Re: Ponce | 4 |
| 11/16/2015 | Report for the Public Hearing Re: Ponce | 4 |
| 11/16/2015 | Working on matters related to the Fajardo Hearing | 2 |
| | Total Hours | 12 |
| | Total Billed | $1,500.00 |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.*



ALFREDO CASTELLANOS BAYOUTH

OK

CONDOMINIO MADRID, SUITE 304, 1760 LOÍZA STREET, SAN JUAN P.R. 00911
Tel. 787-727-8443 | Fax: 787-793-4495

*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

November 30, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for November 2015

| Date | Description | Hours |
|---|---|---|
| 11/5/15 | Meeting of Board of Promotions of PRPD. Reading and analysis of draft of General Order of PRPD | 4 |
| 11/8/15 | Research on crowd control for TCA. | 1.5 |
| 11/9/15 | Research on Crowd Management and Control – IACP White Paper and Model Order - TCA. | 2 |
| 11/10/15 | Preparation of memo to TCA for six-month report – TCA. | 1.5 |
| 11/11/15 | Preparation of memorandum for TCA – Board of Promotions – Six Month Report. | 3 |
| | | 4 |
| 11/12/15 | Meeting with Judge Isabel Llompart, TCA, and Judge Gelpi – coordination of the Court's Hearings in Fajardo. | 2 |

| | | |
|---|---|---|
| 11/13/15 | Preparation of letter to Chief Justice Fiol Matta in consultation with Judge Gelpi and staff. | 1.5 |
| 11/16/15 | In coordination with the Judge and staff preparation of final draft of letter to the Chief Justice and conference call with Judge Llompart and the Chief Justice concerning the collaboration of the Puerto Rico Judicial Branch with the U.S. District Court for the hearing in Fajardo. | 2 |
| 11/18/15 | Reading and analysis of document sent by the Judge. Conference call with Attorney Maria Torralbas Career Law Clerk of Judge Gelpi's office. Revision of section on Promotion in Six Month Report and memorandum to TCA and Gearrd Lasalle and further revisions as requested by the TCA. | 6 |
| 11/20/15 | Meeting Paragraph 253 – TCA. | 3.5 |
| 11/22/15 | Reading and analysis of Six Month Report of PRPD and preparation of memo to Judge Gelpi of issues raised by Attorney Anexy in Paragraph 253 meeting held on Friday - TCA. | 2.5 |
| 11/24/15 | Preparation of the Memorandum to Judge Gelpi – meeting 253. | 2.5 |

***Total hours: 36***
**Per $ 125.00**
**Total: $ 4,500.00**

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

Federico Hernández Dentón

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

November 30, 2015.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-11

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of November, 2015.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 11/02/2015 | **3.75 hrs**. 11:30 am to 1:00 & 5:00 to 7:15 pm | Recertification Use of Force & Review of Samples of Federal Immigration Policy |
| 11/04/2015 | **3.75 hrs**. 3:00 to 6:45 pm. | Review & Research: Reglamento para Recibo, Tramite y Adjudicacion Querellas Adm. contra empleados PPR. |
| 11/06/2015 | **7.00 hrs**. 10:30 am to 12:30 pm & 2:00 pm to 7:00 pm | A/Y Physical Fitness/ Review & Research: Reglamento para Recibo,Tramite y Adjudicacion Querellas Adm. contra empleados PPR. |
| 11/09/2015 | **4.5 hrs.** 10:15 am to 11:45 am & 2:00 to 5:00 pm | Review and Advice on Policy and Management on Crowd Control and Review and Advice on Recibo, Tramite y Adjudicacion Querellas Adm. contra empleados PPR. |
| 11/12/2015 | **7.0 hrs**. 9:00 am to 12:30 & 2:00 to 5:30 pm. | Discussion of Policies with Attorneys for PPR, DOJ and Mr. Allan Young at PPR facilities |
| 11/13/2015 | **3.25 hrs.** 9:00 to 11:15 | Discussion of Policies with Attorneys for PPR at PPR facilities |
| 11/16/2015 | **2.5 hrs.** 1:00 to 3:30 pm | Visit/review of documents & Advice Bayamon Norte and CIC Bayamon with Core Team |
| 11/17/2015 | **3.5 hrs.** 12:00 to 3:00 pm + 4:00 to 4:30 pm | Visit/review of documents & Advice on Search and Seizures at Arecibo CIC with Core Team |
| 11/18/2015 | **7.0 hrs.** 9:00 am to 12:00 & 1:30 de 5:00 pm | Policy on LBGT and Less than Lethal Weapons and Recibo, Tramite y Adjudicacion de Querellas Adm. contra Empleados PPR with USDOJ and PPR attorneys |
| 11/20/2015 | **4.0 hrs**. 9:00 am to 1:00 pm | Meeting with TCA, Meeting with Parties and Paragraph 253 Meeting |

| | | |
|---|---|---|
| 11/20/2015 | **2.75 hrs.** 1:30 to 4:15 pm | Discussion of Policy on Recibo, Tramite y Adjudicacion de Querellas Adm. contra Empleados PPR with Attorneys for PPR & USDOJ |
| 11/24/2015 | **5.0 hrs.** 10:00 am to 3:00 pm. | Continued Discussion on Discussion of Policy on Recibo, Tramite y Adjudicacion de Querellas Adm. contra Empleados PPR with Attorneys for PPR & USDOJ |
| 11/30/2015 | **54 hrs. Total Hours billed** | 54 hrs. x $125.00 $6,750.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department . Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok

# INVOICE 0108

11/15/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR 00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of November 15-21, 2015 to TCAPR CORP | 900.00 |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

FABR PETROLEUM
767 1010

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#03 | | 40.00 |
| | Sub Total | 40.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| | TOTAL | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01 TRAN# 15919
11/16/15 11:31:17 ST# TX224

FABR PETROLEUM
767-1010

| Descr. | qty | amount |
|---|---|---|
| REG CA #04 | 32.185L @ 0.567/ L | 18.25 |
| | Sub Total | 18.25 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| | TOTAL | 18.25 |
| | CASH $ | 25.25 |
| | Change $ | -7.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01 TRAN# 15907
11/16/15 11:09:41 ST# TX224

*Raúl*

Total Guasabara
Carr. #1 Km 30.8
Caguas, PR 00725
(787) [illegible] 9765

| Descr. | | qty | amount |
|---|---|---|---|
| REG | CA #03 | 16.745L @ 0.597/ L | 10.00 |
| | | Sub Total | 10.00 |
| | | MUNICIPAL | 0.00 |
| | | ESTATAL | 0.00 |
| | | TOTAL | 10.00 |
| | | CASH $ | 10.00 |

Sugerencias
787 934 0873
REG# 0001 CSH# 013 DR# 01 TRAN# 11420
11/15/15 11:07:08 ST# AB123

*Raúl Pugh*

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | | qty | amount |
|---|---|---|---|
| REG | CR #01 | 8.818L @ 0.567/ L | 5.00 |
| | Prepay Fuel | | -5.00 |
| | | Sub Total | 0.00 |
| | | IVU 1% | 0.00 |
| | | IVU 10.5% | 0.00 |
| | | SPEC 2% | 0.00 |
| | | TOTAL | 0.00 |
| | | CASH $ | 0.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 005 DR# 01 TRAN# 48442
11/16/15 06:48 10 ST# 00012

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr | qty | amount |
| --- | --- | --- |
| Prepay CA#01 | | 40.00 |
| | Sub Total | 40.00 |
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| | TOTAL | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01 TRAN# 17207
11/10/15 21:50:53 ST# AB123

TO GO STORE [illegible]
CARR 189 [illegible]
BO [illegible]
[illegible]

| Descr | qty | amount |
| --- | --- | --- |
| Prepay CA#08 | | [illegible] |
| | Sub Total | [illegible] |
| | [illegible] | [illegible] |
| | [illegible] | [illegible] |
| | [illegible] | [illegible] |
| | TOTAL | [illegible] |
| | CASH $ | [illegible] |

THANKS, COME AGAIN
REG# 0001 [illegible]
11/09/15 [illegible]
[illegible]

[illegible]
[illegible]
CONTROL [illegible]

[illegible]
BENEFICIARIO [illegible]

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr | qty | amount |
| --- | --- | --- |
| Prepay CA#05 | | 40.00 |
| | Sub Total | 40.00 |
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| | TOTAL | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01 TRAN# 19583
11/10/15 21:09:44 ST# AB123

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH REC# 21139 11/04/15

**** RECIBO ****

| | | |
|---|---|---|
| 1 | GASOLINA(02) 26.46Lt (REGULAR) 56.7/Lt | 15.00 |
| | | 15.00 |
| | TAX MUN . . . . . | .00 |
| | TAX EST . . . . . | .00 |
| | TOTAL DE LA VENTA . . . . . | 15.00 |

CAMBIO DE 20.00 - 5.00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

2-Adm 12:07c

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr. | qty | amount |
|---|---|---|
| < DUPLICATE RECEIPT > | | |
| Prepay CA#03 | | 40.00 |
| Sub Total | | 40.00 |
| MUNICIPAL | | 0.00 |
| ESTATAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01 TRAN# 17640
11/19/15 18:03:03 ST# AB123

BIENVENIDOS A
FAJARDO 3/5
PUMA BARALT 376
TEL.787-657-7117

| Descr. | qty | amount |
|---|---|---|
| REG CA #07 | 68.143l @ 0.587/ l | 40.00 |
| Prepay Fuel | | -40.00 |
| Sub Total | | 0.00 |
| Tax | | 0.00 |
| Total | | 0.00 |
| CASH $ | | 0.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01 TRAN# 10791
11/16/15 12:57:07 ST# AB123

Raúl

WELCOME TO
OUR STORE

| Descr. | qty | amount |
|---|---|---|
| DISCOUNT CODE: 0 | | |
| DISCOUNT CODE: 0 | | |
| REG CA #01 | 20.797L @ 0.577/ L | 12.00 |
| Prepay Fuel | | -12.00 |
| Sub Total | | 0.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 0.00 |
| CASH $ | | 0.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 0[illegible] TRAN# 1701[illegible]
11/17/15 20:0[illegible]:03 ST# AB123

FABR PETROLEUM
767-1010

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#08 | | 25.00 |
| Sub Total | | 25.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| TOTAL | | 25.00 |
| CASH $ | | 25.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 009 DR# 01 TRAN# 17332
11/18/15 09:29:43 ST# TX224



TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr | qty | amount |
|---|---|---|
| < DUPLICATE RECEIPT > | | |
| Prepay CA#02 | | 20.00 |
| | Sub Total | 20.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| | TOTAL | 20.00 |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0003 CSH# 012 DR# 01 TRAN# 33222
11/13/15 06:55:50 ST# 00012

Recibo de Re[illegible]

www.autoexpr[illegible].com
PO Box 1183[illegible]
San Juan, PR 009[illegible] 888
1-888-688-10[illegible]
Plaza Toa Baja, [illegible] 2
Cajero: 950[illegible]
11/17/15 11:5[illegible]

| | |
|---|---|
| Numero de Cuenta: | [illegible]03451[illegible]55 |
| Cantidad de Pago: | $ 20.00 |
| Metodo de Pago: | Efectivo |
| Balance: | 23[illegible]90 |

Recibo de Re[illegible]

www.autoexpr[illegible]o.com
PO Box 118[illegible]
San Juan, PR 009[illegible]- 888
1-888-688-10[illegible]
Plaza Juana Diaz Oest[illegible], [illegible]arril 1
Cajero: 165[illegible]
11/14/15 15:3[illegible]:[illegible]

| | | |
|---|---|---|
| Numero de Cuenta: | | A[illegible] 03451154 |
| Cantidad de Pago: | $ | 20.00 |
| Metodo de Pago: | | Efectivo |
| Balance: | $ | 22.50 |

[illegible]

[illegible]

PO Box [illegible]

San Juan, PR [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

| | |
|---|---|
| Numero de Cuenta: | [illegible] |
| Cantidad de Pago | $ [illegible] |
| Metodo de Pago: | [illegible] |
| Balance | $ [illegible] |

CUSTOMER #: 5727507

TCA PR CORP
ERICK GUZMAN
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-306-4910 CONT:787-306-4910
BUS: 787-765-2209 CELL:

122104

*INVOICE*

PAGE 1



**SERVICE INVOICE**

CAGUAS EXPRESSWAY MOTORS, INC.
Carr. # 1 Rio Piedras a Caguas • Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 • Fax: 746-2937

SERVICE ADVISOR: 4644 CELIVETTE RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 28445/28445 | T7507 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 02JUL13 | DD29OCT12 | | 17:00 02NOV15 | | 74.50 | CASH | 02NOV15 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:44 02NOV15 | 10:21 02NOV15 | DLR:FOR70 ENG:3.5_Liter |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A CAMBIO DE ACEITE Y FILTRO | | | |
| CAUSE: PLQ2000 CAMBIO DE ACEITE Y FILTRO | | | |
| PLQ2000 CAMBIO DE ACEITE Y FILTRO | | | |
| 6809 CFQ 0.14 | | 10.80 | 10.80 |
| 6 QXO*5W20*QSP MOTORCRAFT SAE 5W-20 API GF-5 | 6.09 | 4.95 | 29.70 |
| 1 QAA5Z*6714*A FILTER ASY - OIL | 10.40 | 8.00 | 8.00 |
| ************************************************ | | | |
| B CLIENTE DESEA CODIGO DE LA PUERTA | | | |
| PL9000 SE PROGRAMA CODIGO DE LA PUERTA | | | |
| 6809 CFQ 0.50 | | 37.25 | 37.25 |
| ************************************************ | | | |
| C INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS . | | | |
| CAUSE: INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS | | | |
| GTIRE-VERDE GOMA ESTAN BUENAS | | | |
| 6809 CFQ 0.00 | | 0.00 | 0.00 |
| GBRAKE-VERDE PAD DE FRENOS ESTAN BIEN Y BANDAS | | | |
| 6809 CFQ 0.00 | | 0.00 | 0.00 |
| ************************************************ | | | |

TODO TRABAJO REALIZADO CON PIEZAS GENUINAS FORD Y SU LABOR ESTA GARANTIZADO POR 12 MESES O 12,000 MIL MILLAS LO QUE OCURRA PRIMERO. TELEFONOS:787-653-3333 787-641-4242 787-337-1600. CITA 787-337-1414. GRACIAS AHORA USTED PUEDE REALIZAR SU CITA ATRAVES DE NUESTRO WEBSITE:www.caguasexpressway.com

35 - Filtro
69.95 - Intake
$105.91

PAID NOV 01 2015

STATE TAX 5.88
MUNICIPAL TAX 0.38

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON DATE

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES, Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 48.05 |
| PARTS AMOUNT | 37.70 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 85.75 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 6.26 |
| PLEASE PAY THIS AMOUNT | 92.01 |

ok

BANCO POPULAR

Desde: 01 de enero de 2015
Hasta: 30 de enero de 2015

MAXI PREMIUM NON PROFIT

Página 2

Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 01-12 | 12001427595 | Pago Xxxxxx8033<br>Hacienda Para Se Hacienda | 3,104.50 |
| 01-15 | 13001814704 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 4,215.78 |
| 01-15 | 15002348642 | Pago Xxxxxx8048<br>IRS Usataxpymt | 5,170.74 |
| 01-15 | 15002525669 | Pago Xxxxxx1428<br>Hacienda Para Se Hacienda | 7,085.20 |
| 01-16 | 16002929601 | Pago Xxxxxx4451<br>Claro Puerto Ric Clarommp | 180.79 |
| 01-20 | 16002786334 | Pago Xxxxxx3264<br>Tcapr Corp Payments | 5,416.32 |
| 01-20 | 16002965424 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 9,770.85 |
| 01-21 | 20003361649 | Pago Xxxxxx3264<br>Va Dept Taxation Tax Paymen | 616.68 |
| 01-21 | 20003494806 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 8,463.00 |
| 01-21 | 20003494816 | Pago Xxxxxx3264<br>Tcapr Corp Payments | 43,225.00 |
| 01-23 | 23004178204 | Pago Xxxxxx9242<br>Cfse - Ach Only Cfse - Ach | 2,213.18 |
| 01-28 | 28005406608 | Pago Xxxxxx4148<br>IRS Usataxpymt | 210.00 |
| 01-29 | 29006093182 | Pago Xxxxxx7722<br>Departamento del Deptrabaj | 5.00 |
| 01-30 | 28005512934 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 14,018.89 |
| | | 14 Total de otros retiros | $103,695.93 |
| | | 20 Total de retiros | $113,083.93 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 0.00 |
| *Cargo por Servicio | | | 0.00 |
| *Cargo Cuenta sin Transacciones | | | 0.00 |
| *Cheque Pagado/Devuelto contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Transacción Electrónica Pagada/Devuelta contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Suspensión/Renovación de Pago de Cheque | | | 0.00 |
| *Retiro ATH | | | 0.00 |
| * 06 Cheques Exceso de | 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | | 0.00 |
| Cargo IVU Estatal | | | 0.00 |
| Cargo IVU Municipal | | | 0.00 |
| Servicios Comerciales | | | 40.25 |
| Cargo IVU Estatal Servicios Comerciales | | | 0.32 |
| Cargo IVU Municipal Servicios Comerciales | | | 0.05 |
| Total de Cargos para este Período | | | $40.62 |

BANCO POPULAR

Desde:
31 de enero de 2015
Hasta:
27 de febrero de 2015

MAXI PREMIUM NON PROFIT



Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 02-11 | 42009331668 | Pago Xxxxxx2391<br>Hacienda Para Se Hacienda | 2,562.00 |
| 02-12 | 43009823090 | Pago Xxxxxx1039<br>Hacienda Para Se Hacienda | 7,085.20 |
| 02-13 | 42009215064 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 4,215.78 |
| 02-13 | 43009856957 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 9,813.98 |
| 02-13 | 44009934501 | Pago Xxxxxx1558<br>IRS Usataxpymt | 5,928.80 |
| 02-17 | 44010003838 | Pago Xxxxxx3264<br>Tcapr Corp Payments | 48,180.00 |
| 02-17 | 44010048235 | Pago Xxxxxx3264<br>Va Dept Taxation Tax Paymen | 616.68 |
| 02-27 | 56002784572 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 14,032.76 |
| | | 08 Total de otros retiros | $92,435.20 |
| | | 13 Total de retiros | $100,811.45 |

## Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques | | 0.00 |
| *Cargo por Servicio | | 0.00 |
| *Cargo Cuenta sin Transacciones | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | 0.00 |
| *Retiro ATH | | 0.00 |
| * 05 Cheques Exceso de 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | 0.00 |
| Cargo IVU Estatal | | 0.00 |
| Cargo IVU Municipal | | 0.00 |
| Servicios Comerciales | | 40.75 |
| Cargo IVU Estatal Servicios Comerciales | | 0.35 |
| Cargo IVU Municipal Servicios Comerciales | | 0.06 |
| Total de Cargos para este Período | | $41.16 |

Balance Final $24,731.71

* Aplica IVU Estatal e IVU Municipal

## Detalle de Servicios Comerciales para el Período 01/15

| Descripción de Servicio | Código | Volumen | Precio | Cargos por servicio |
|---|---|---|---|---|
| * Ach Transactions | E | 23 | 0.2500 | 5.75 |
| Ach Maintenance | E | 1 | 15.0000 | 15.00 |
| Wcm Information Reporting | E | 1 | 20.0000 | 20.00 |

BANCO POPULAR

Desde:
28 de febrero de 2015
Hasta:
31 de marzo de 2015

MAXI PREMIUM NON PROFIT



Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 03-11 | 70006787263 | Pago Xxxxxx7265<br>Hacienda Para Se Hacienda | 2,726.43 |
| 03-13 | 70006854537 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 4,223.28 |
| 03-13 | 72007287051 | Pago Xxxxxx9550<br>IRS Usataxpymt | 5,928.80 |
| 03-16 | 72007522832 | Pago Xxxxxx3264<br>Tcapr Corp Payments | 1,569.37 |
| 03-16 | 72007570555 | Pago Xxxxxx3264<br>Tcapr Corp Payments | 54,429.00 |
| 03-16 | 72007570562 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 9,813.98 |
| 03-16 | 72007570568 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 2,484.32 |
| 03-17 | 76008121299 | Pago Xxxxxx8798<br>PRTC Dba Claro Phone Pay | 180.83 |
| 03-20 | 79009321226 | Pago Xxxxxx1184<br>Hacienda Para Se Hacienda | 7,085.20 |
| 03-30 | 85000774799 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 14,037.26 |

| | |
|---|---|
| 10 Total de otros retiros | $102,478.47 |
| 16 Total de retiros | $114,062.46 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 0.00 |
| *Cargo por Servicio | | | 0.00 |
| *Cargo Cuenta sin Transacciones | | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | | 0.00 |
| *Retiro ATH | | | 0.00 |
| * 06 Cheques Exceso de | 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | | 0.00 |
| Cargo IVU Estatal | | | 0.00 |
| Cargo IVU Municipal | | | 0.00 |
| Servicios Comerciales | | | 40.00 |
| Cargo IVU Estatal Servicios Comerciales | | | 0.30 |
| Cargo IVU Municipal Servicios Comerciales | | | 0.05 |

| | |
|---|---|
| Total de Cargos para este Periodo | $40.35 |
| **Balance Final** | **$25,601.52** |

* Aplica IVU Estatal e IVU Municipal

BANCO POPULAR

Desde: 01 de abril de 2015
Hasta: 30 de abril de 2015

MAXI PREMIUM NON PROFIT



Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 04-16 | 5005918507 | Pago Xxxxxx3264 Tcapr Corp Payments | 62,877.42 |
| 04-17 | 6006154434 | Pago Xxxxxx3264 Va Dept Taxation Tax Paymen | 1,266.36 |
| 04-21 | 10006961769 | Pago Xxxxxx3264 Tcapr Corp Payments | 1,950.00 |
| 04-24 | 14007907135 | Pago Xxxxxx8798 PRTC Dba Claro Phone Pay | 364.49 |
| 04-28 | 17008426317 | Pago Xxxxxx3264 Va Dept Taxation Tax Paymen | 10.00 |
| 04-28 | 18008697474 | Pago Xxxxxx6339 IRS Usataxpymt | 210.00 |
| 04-28 | 18008997183 | Pago Xxxxxx9477 Departamento del Deptare | 1,505.00 |
| 04-28 | 18008998707 | Pago Xxxxxx9487 Departamento del Deptrabaj | 252.01 |
| 04-30 | 18009065825 | Pago Xxxxxx3264 Tcapr Corp Credits | 14,040.26 |
| | | 13 Total de otros retiros | $109,526.80 |
| | | 15 Total de retiros | $113,426.80 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 0.00 |
| *Cargo por Servicio | | | 0.00 |
| *Cargo Cuenta sin Transacciones | | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | | 0.00 |
| *Retiro ATH | | | 0.00 |
| * 02 Cheques Exceso de | 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | | 0.00 |
| Cargo IVU Estatal | | | 0.00 |
| Cargo IVU Municipal | | | 0.00 |
| Servicios Comerciales | | | 41.25 |
| Cargo IVU Estatal Servicios Comerciales | | | 0.38 |
| Cargo IVU Municipal Servicios Comerciales | | | 0.06 |
| Total de Cargos para este Período | | | $41.69 |
| **Balance Final** | | | **$27,056.05** |

* Aplica IVU Estatal e IVU Municipal

BANCO POPULAR

Desde:
01 de mayo de 2015
Hasta:
29 de mayo de 2015

MAXI PREMIUM NON PROFIT



Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-15 | 35003552073 | Pago Xxxxxx2837<br>IRS Usataxpymt | 5,928.80 |
| 05-18 | 35003775988 | Pago Xxxxxx3264<br>Va Dept Taxation Tax Paymen | 616.68 |
| 05-18 | 35003860427 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 9,813.98 |
| 05-18 | 35003860442 | Pago Xxxxxx3264<br>Tcapr Corp Payments | 62,202.30 |
| 05-26 | 46005995535 | Pago Xxxxxx0401<br>Claro Puerto Ric Clarommp | 234.74 |
| 05-29 | 47006478508 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 14,041.01 |
| | | 10 Total de otros retiros | $111,091.48 |
| | | 12 Total de retiros | $112,102.08 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 0.00 |
| *Cargo por Servicio | | | 0.00 |
| *Cargo Cuenta sin Transacciones | | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | | 0.00 |
| *Retiro ATH | | | 0.00 |
| * 02 Cheques Exceso de | 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | | 0.00 |
| Cargo IVU Estatal | | | 0.00 |
| Cargo IVU Municipal | | | 0.00 |
| Servicios Comerciales | | | 41.50 |
| Cargo IVU Estatal Servicios Comerciales | | | 0.39 |
| Cargo IVU Municipal Servicios Comerciales | | | 0.07 |
| Total de Cargos para este Período | | | $41.96 |

**Balance Final $26,916.81**

* Aplica IVU Estatal e IVU Municipal

BANCO POPULAR

Desde: 30 de mayo de 2015
Hasta: 30 de junio de 2015

MAXI PREMIUM NON PROFIT



Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 06-10 | 61000780934 | Pago Xxxxxx3790<br>Hacienda Para Se Hacienda | 3,507.70 |
| 06-12 | 63001619598 | Pago Xxxxxx6000<br>Hacienda Para Se Hacienda | 7,085.20 |
| 06-15 | 61000837593 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 4,227.03 |
| 06-15 | 66001794655 | Pago Xxxxxx2027<br>IRS Usataxpymt | 5,928.80 |
| 06-16 | 66001958265 | Pago Xxxxxx3264<br>Va Dept Taxation Tax Paymen | 616.68 |
| 06-17 | 67002477704 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 9,813.98 |
| 06-18 | 68002738706 | Pago Xxxxxx3264<br>Tcapr Corp Payments | 69,084.25 |
| 06-30 | 77005244050 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 14,041.01 |
| | | 08 Total de otros retiros | $114,304.65 |
| | | 15 Total de retiros | $125,895.90 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 0.00 |
| *Cargo por Servicio | | | 0.00 |
| *Cargo Cuenta sin Transacciones | | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | | 0.00 |
| *Retiro ATH | | | 0.00 |
| * 07 Cheques Exceso de | 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | | 0.00 |
| Cargo IVU Estatal | | | 0.00 |
| Cargo IVU Municipal | | | 0.00 |
| Servicios Comerciales | | | 41.00 |
| Cargo IVU Estatal Servicios Comerciales | | | 0.36 |
| Cargo IVU Municipal Servicios Comerciales | | | 0.06 |
| Total de Cargos para este Período | | | $41.42 |
| Balance Final | | | $22,516.76 |

* Aplica IVU Estatal e IVU Municipal

## Detalle de Servicios Comerciales para el Período 05/15

| Descripción de Servicio | Código | Volumen | Precio | Cargos por servicio |
|---|---|---|---|---|
| * Ach Transactions | E | 24 | 0.2500 | 6.00 |
| Ach Maintenance | E | 1 | 15.0000 | 15.00 |
| Wcm Information Reporting | E | 1 | 20.0000 | 20.00 |

BANCO POPULAR

Desde:
01 de julio de 2015
Hasta:
31 de julio de 2015

MAXI PREMIUM NON PROFIT



Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 07-15 | 96000426042 | Pago Xxxxxx3320 IRS Usataxpymt | 5,928.80 |
| 07-16 | 96000571859 | Pago Xxxxxx3264 Tcapr Corp Credits | 9,813.98 |
| 07-16 | 96000571874 | Pago Xxxxxx3264 Tcapr Corp Payments | 65,609.42 |
| 07-17 | 97000991990 | Pago Xxxxxx3264 Va Dept Taxation Tax Paymen | 616.68 |
| 07-28 | 9003780405 | Pago Xxxxxx2927 Departamento del Deptrabaj | 9.00 |
| 07-30 | 9003828959 | Pago Xxxxxx3264 Tcapr Corp Credits | 14,669.85 |
| 07-30 | 10004256964 | Pago Xxxxxx3264 Tcapr Corp Credits | 369.60 |
| | | 11 Total de otros retiros | $112,303.50 |
| | | 13 Total de retiros | $114,390.75 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 0.00 |
| *Cargo por Servicio | | | 0.00 |
| *Cargo Cuenta sin Transacciones | | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | | 0.00 |
| *Retiro ATH | | | 0.00 |
| * 02 Cheques Exceso de | 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | | 0.00 |
| Cargo IVU Estatal | | | 0.00 |
| Cargo IVU Municipal | | | 0.00 |
| Servicios Comerciales | | | 41.00 |
| Cargo IVU Estatal Servicios Comerciales | | | 0.36 |
| Cargo IVU Municipal Servicios Comerciales | | | 0.06 |
| Total de Cargos para este Período | | | $41.42 |

**Balance Final** **$25,852.81**

* Aplica IVU Estatal e IVU Municipal

BANCO POPULAR

Desde: 01 de agosto de 2015
Hasta: 31 de agosto de 2015

MAXI PREMIUM NON PROFIT



Número de Cuenta
367-096641
TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-07 | 19006823492 | Pago Xxxxxx7304 Claro Puerto Ric Clarommp | 187.51 |
| 08-11 | 23007636833 | Pago Xxxxxx1146 Hacienda Para Se Hacienda | 3,611.83 |
| 08-14 | 24008130934 | Pago Xxxxxx3264 Tcapr Corp Credits | 4,350.85 |
| 08-14 | 26008587590 | Pago Xxxxxx7579 IRS Usataxpymt | 5,132.52 |
| 08-14 | 26008860420 | Pago Xxxxxx8740 Hacienda Para Se Hacienda | 6,885.20 |
| 08-17 | 26008793995 | Pago Xxxxxx3264 Tcapr Corp Credits | 10,569.40 |
| 08-17 | 26008892466 | Pago Xxxxxx3264 Tcapr Corp Payments | 42,482.05 |
| 08-19 | 30009621567 | Pago Xxxxxx3264 Va Dept Taxation Tax Paymen | 616.68 |
| 08-20 | 31009973146 | Pago Xxxxxx3264 Tcapr Corp Payments | 1,357.80 |
| 08-28 | 37001556449 | Pago Xxxxxx3264 Tcapr Corp Credits | 14,920.25 |
| | | 10 Total de otros retiros | $90,114.09 |
| | | 17 Total de retiros | $105,119.94 |

## Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques | | 0.00 |
| *Cargo por Servicio | | 0.00 |
| *Cargo Cuenta sin Transacciones | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | 0.00 |
| *Retiro ATH | | 0.00 |
| * 07 Cheques Exceso de 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | 0.00 |
| Cargo IVU Estatal | | 0.00 |
| Cargo IVU Municipal | | 0.00 |
| Servicios Comerciales | | 42.00 |
| Cargo IVU Estatal Servicios Comerciales | | 0.74 |
| Cargo IVU Municipal Servicios Comerciales | | 0.07 |
| Total de Cargos para este Período | | $42.81 |

**Balance Final $11,334.13**

* Aplica IVU Estatal e IVU Municipal

BANCO POPULAR

Desde:
01 de septiembre de 2015
Hasta:
30 de septiembre de 2015

MAXI PREMIUM NON PROFIT

Página 2

Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-09 | 52005497024 | Pago Xxxxxx0583<br>Hacienda Para Se Hacienda | 1,246.70 |
| 09-09 | 52005511208 | Pago Xxxxxx4589<br>Claro Puerto Ric Clarommp | 436.45 |
| 09-14 | 57006896301 | Pago Xxxxxx5188<br>Hacienda Para Se Hacienda | 6,807.98 |
| 09-15 | 54006336576 | Pago Xxxxxx3264<br>capr Corp Credits | 4,350.85 |
| 09-15 | 58007034135 | Pago Xxxxxx9922<br>IRS Usataxpymt | 3,768.52 |
| 09-16 | 58007173424 | Pago Xxxxxx3264<br>Va Dept Taxation Tax Paymen | 616.68 |
| 09-17 | 59007540039 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 10,569.40 |
| 09-17 | 59007691283 | Pago Xxxxxx3264<br>Tcapr Corp Payments | 58,665.75 |
| 09-30 | 68010170010 | Pago Xxxxxx3264<br>Tcapr Corp Credits | 15,519.86 |
| | | 09 Total de otros retiros | $101,982.19 |
| | | 15 Total de retiros | $135,279.97 |

## Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques | | 0.00 |
| *Cargo por Servicio | | 0.00 |
| *Cargo Cuenta sin Transacciones | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | 0.00 |
| *Retiro ATH | | 0.00 |
| * 06 Cheques Exceso de 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | 0.00 |
| Cargo IVU Estatal | | 0.00 |
| Cargo IVU Municipal | | 0.00 |
| Servicios Comerciales | | 41.25 |
| Cargo IVU Estatal Servicios Comerciales | | 0.66 |
| Cargo IVU Municipal Servicios Comerciales | | 0.06 |
| Total de Cargos para este Período | | $41.97 |
| Balance Final | | $16,528.30 |

* Aplica IVU Estatal e IVU Municipal

BANCO POPULAR

Desde: 01 de octubre de 2015
Hasta: 30 de octubre de 2015

MAXI PREMIUM NON PROFIT

Página 2

Número de Cuenta
367-096641

TCAPR CORP

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 10-09 | 82004158723 | Pago Xxxxxx4599 Hacienda Para Se Hacienda | 6,208.37 |
| 10-09 | 82004160063 | Pago Xxxxxx4764 Hacienda Para Se Hacienda | 2,858.00 |
| 10-15 | 86004726773 | Pago Xxxxxx3264 Tcapr Corp Credits | 2,299.75 |
| 10-15 | 87004988941 | Pago Xxxxxx6686 IRS Usataxpymt | 3,768.52 |
| 10-19 | 89005950948 | Pago Xxxxxx3264 Va Dept Taxation Tax Paymen | 616.68 |
| 10-21 | 93006627354 | Pago Xxxxxx3264 Tcapr Corp Credits | 1,161.35 |
| 10-21 | 93006627362 | Pago Xxxxxx3264 Tcapr Corp Credits | 13,220.11 |
| 10-21 | 93006627375 | Pago Xxxxxx3264 Tcapr Corp Payments | 52,952.25 |
| 10-21 | 94007131303 | Pago Xxxxxx0919 Claro Puerto Ric Clarommp | 187.39 |
| 10-30 | 1009014700 | Pago Xxxxxx3264 Tcapr Corp Credits | 15,814.85 |
| 10-30 | 3009588199 | Pago Xxxxxx6957 Cfse - Ach Only Cfse - Ach | 2,408.17 |

| | |
|---|---|
| 11 Total de otros retiros | $101,495.44 |
| 15 Total de retiros | $118,078.71 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 0.00 |
| *Cargo por Servicio | | | 0.00 |
| *Cargo Cuenta sin Transacciones | | | 0.00 |
| *Cheque Pagado/ Devuelto contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Transacción Electrónica Pagada/ Devuelta contra Fondos Insuficientes o No Disponibles | | | 0.00 |
| *Suspensión/ Renovación de Pago de Cheque | | | 0.00 |
| *Retiro ATH | | | 0.00 |
| * 04 Cheques Exceso de | 0 | 0.00 | 0.00 |
| *Cargos Vencidos Sujetos a IVU | | | 0.00 |
| Cargo IVU Estatal | | | 0.00 |
| Cargo IVU Municipal | | | 0.00 |
| Servicios Comerciales | | | 40.75 |
| Cargo IVU Estatal Servicios Comerciales | | | 0.60 |
| Cargo IVU Municipal Servicios Comerciales | | | 0.06 |

| | |
|---|---|
| Total de Cargos para este Período | $41.41 |
| **Balance Final** | **$21,225.27** |

* Aplica IVU Estatal e IVU Municipal

*PEDRO C. RIVERA / RECYCLING SOLUTIONS*
*TEL 403-1657 / 668-5702*
*ELEMI 109 ALT. STA. MARIA GUAYNABO,P.R. 00969*



# INVOICE

**Customer**

NOMBRE TCAPR CORP.

TELEFONC

RECIBIDO 11/16/2015
REPARADO
LLAMADA
ENTREGA

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | LEXMARK MX511DHE TONER (604H) | $ 160.00 | $ 160.00 |
| | | SubTotal | $ 160.00 |
| | | **TOTAL** | $ 160.00 |

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 10 DIAS
DE NOTIFICAR AL CLIENTE.

ok

**Office DEPOT**
**OfficeMax**

OFFICE DEPOT STORE 2684
104 Avenida San Patricio
Guaynabo PR 00968
787-792-1775

11/05/2015 15.4 9 10:38 AM
STR 2684 REG 5 TRN 289 EMP 747120

SALE

| Product ID | Description | | Total |
|---|---|---|---|
| 298442 | PH,DEC16, CDIS | | 21.99 SS |
| 572398 | REWARDS ENROLL | 0.01 | |
| Promotion | | -0.01 | |
| | You Pay | | 0.00SS |

| | | | |
|---|---|---|---|
| | Subtotal | | 21.99 |
| PR City Tax | | 1% | 0.22 |
| PR State Tax | | 10.5% | 2.31 |
| | Total | | 24.52 |
| | Cash | | 40.00 |
| | CHANGE | | (15.48) |

**************************************************

IVULOTU U7HNS-1DVF5
OD DRAW091 NOV/14/15
josue lopez 5555959872

Total Savings:
**$0.01**

**************************************************

WE WANT TO HEAR FROM YOU!

Participate in our online customer survey and receive a coupon for **$10 off your next qualifying purchase of $50 or more on office supplies, furniture and more. (Excludes Technology Limit 1 coupon per household/business.)**

Visit www.officedepot com/feedback and enter the survey code below.

Survey Code:
**P4B7 JNGS 8AHN**

**************************************************

21TT93PP6MQX8MB48

**Now one company. Now great savings.**
Office Depot, Inc., including its subsidiary OfficeMax Incorporated

OK