12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of November.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stake holders, including: a meeting with Mari Mari from Espacios Abiertos; and with Cecilia La Luz, president of the LGBTT Community; attended to a meeting with PRPD Staff Personnel; meeting with Dr. Blanco Peck for the presentation of the Preliminary Results on the Surveys in compliance with paragraph 241; and visited the Police Academy and attended to an open meeting in Corozal.

The TCA's Office submitted the comments on the PRPD Academy Evaluations Training on the Force Review Board. In the questionnaires related to Paragraph 241 Surveys, the recommendations were incorporated, reviewed, discussed with Dr. Blanco Peck and submitted to the parties.

During this period the following Action Plans were reviewed: Implementation on Use of Force; Implementation on Internal Complaints and Implementation on Equal Protection and Non-discrimination. The following General Order were discussed: General Order on Intervention with Transgender and Transsexual Persons; General Order on the Rules and Procedures for the Use of Intermediate and Specialized Weapons; General Order 600-6 Management and Crowd Control and Rules for Receiving, Processing and Adjudging Administrative Complaints against PRPD Employees. The Search and Seizures annual review was held; and the Policy of Canine Control was presented.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under paragraph 253 of the Agreement, the monthly meeting with the TCA's CPA for the update of the employee records and payroll, preliminary Core Team's December agenda, circulating CT agenda and the Core Team work plan. Coordination and preparation of the TCA's agenda and meetings with the parties to discuss the Public Hearing; and preparing respective court documents for the parties' review and input of the TCA Expenses, paragraph 30.