AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Puerto Rico_____

| United States of America | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| v. | |
| Commonwealth of Puerto Rico, et al. | CASE NUMBER: 12-CV-2039 |
| Defendant(s). | |

Notice is hereby given that, subject to approval by the court, __United States of America__ substitutes
(Party (s) Name)

__Lynda Garcia__, State Bar No. __G-02311__ as counsel of record in
(Name of New Attorney)

place of __Zazy Lopez__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: United States Department of Justice, Civil Rights Division
    Address: 601 D Street NW, Washington, DC 20579
    Telephone: (202) 353-1072     Facsimile (202) 514-4883
    E-Mail (Optional): lynda.garcia@usdoj.gov

I consent to the above substitution.
Date: 12/17/15
    (Signature of Party (s))

I consent to being substituted.
Date: 11/12/15
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/10/2015
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]