# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL<br>Defendants | No. 12-cv-2039 (GAG) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT,**

Comes Now the Technical Compliance Advisor (TCA), Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. The undersigned attorney respectfully requests appearance on behalf of Arnaldo Claudio, the Technical Compliances Advisor in this case, is granted to facilitate the filing of motions on his behalf.

2. That on this same date a sealed motion has been filed with the Clerk of this Honorable Court on behalf of the TCA.

Wherefore, the appearing party respectfully requests the above motion be granted as requested.

Certificate of Service: I hereby certify that copy of the foregoing motion has been electronically notified to selected parties through the Court's system.
San Juan, Puerto Rico, this 22 day of December, 2015.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de Leon Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070