# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>Defendants | No. 12-cv-2039 (GAG) |

## MOTION TO RESTRICT CONTENTS OF MOTION
## CONTAINING SENSITIVE INFORMATION

**TO THE HONORABLE COURT,**

Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. On this same date the TCA, by and through the undersigned counsel, has filed a Sealed Ex-Parte motion making reference to a sensitive matter pursuant to an Order of this Honorable Court.

2. The TCA hereby respectfully prays the aforesaid motion be restricted to viewing only by this Honorable Court.

Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

Certificate of Service: I hereby certify that copy of the foregoing motion has been electronically notified to selected parties through the Court's system.
San Juan, Puerto Rico, this 22 day of December, 2015.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070