

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 1/1/2016
Factura #: 2016-0546

**Dirección Postal**
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR 00918

**Dirección de Servicio**
TCAPR CORP
Munoz Rivera 268
Suite 1001 World Plaza
San Juan, PR 00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 1/1/2016 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI
Autoridad para el Financiamiento
de la Infraestructura

---

| ID Cliente | TCAPR | | Fecha: | 1/1/2016 |
| Nombre Cliente | TCAPR CORP | | Factura #: | 2016-0546 |

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 1/1/2016 | Renta-01 | Renta de Local | $3,000.00 | 1800.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

**Favor de remitir su pago con este talonario a la siguiente dirección:**
P.O. Box 41207 - San Juan, PR 00940-1207

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3759 |
|---|---|
| Date: | 12/31/2015 |
| Amount due: | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (December 2015): Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| | | | Total: | 1460.00 |