## VOUCHER

Invoice for Date of Service:   December 2015

TO:  TCA Corporation

FROM: Gerard LaSalle, Ph.D. LLC   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

PHONE: 973-943-3167    jlasalle24@comcast.net

TAX ID: 20-5830242

CASE: Reform Agreement Police of Puerto Rico

<u>Professional Fee</u>

Hourly rate (off-site):                                            $150.

                                                                      Hour(s)

<u>Month of December:</u>

2-Review Action Plans, tables, and communicate with Core Team members     4

7, 15, 17 Review and revise Third Semiannual Report                        19

Total payable hours: 23 x $150. per hour                          $ 3450

TOTAL AMOUT DUE                                                   $3450

                                                                 12/22/15

Gerard LaSalle

Arnaldo Claudio, TCA

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2015
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:     TCAPR Corp.
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of December/2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| Assistance with the TCA Arnaldo Claudio to the annual activity for the campaign of "No Más Balas al Aire". (3.0) | | N/A | X | 1/December | |
| Working Session for the coordinating related to the working agenda of the TCA Core Team corresponding the month of December/2015; works related to the policies in the process of revision; drafting for the next TCA's biannual report. (4.0) | | N/A | X | 2/December | |
| Working session for the reading, review, analysis and drafting, for the policies submitted by the PRPD corresponding to this period. (7.0) | | N/A | X | 4/December | |
| Working session for the reading, review, analysis and drafting, for the policies submitted by the PRPD corresponding to this period. (7.0) | | N/A | X | 5/December | |
| Working session for the reading, review, analysis and drafting, for the policies submitted by the PRPD corresponding to this period. (7.0) | | N/A | X | 6/December | |
| TCA Core Team Week | | N/A | X | 7/December | $1,300.00 |
| TCA Core Team Week | | N/A | X | 8/December | $1,300.00 |

1

| TASK PERFORMED AND HOURS WORKED | | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| TCA Core Team Week | | N/A | X | 9/December | $1,300.00 |
| TCA Core Team Week | | N/A | X | 10/December | $1,300.00 |
| TCA Core Team Week | | N/A | X | 11/December | $1,300.00 |
| Working session for the reading, review, analysis and drafting, for the final policies submitted by the PRPD for TCA approval; review of the last version of the Professionalization Action Plan; and TCA Core Team January's Agenda. (8.0) | | N/A | X | 16/December | |
| | TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK": | | | | $6,500.00 |
| | TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| | TOTAL TO BE BILLED: | | | | $9,100.00 |
| | TOTAL HOURS WORKED "PRO BONO": 18.67 HOURS | | | | |

INVOICE PRESENTED BY:

*Linda V. Navedo Cortés*

LINDA V. NAVEDO CORTÉS
TCA Core Team
December 21, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015

2

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

TO:
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:
Services for: December 2015

INVOICE
#2015-15
DATE:
DECEMBE
R 21,
2015

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dec 7, 2015 PR Site Visit- 6-MO Report | | 1300.00/Day | 1300.00 |
| Dec 8, 2015 PR Reform Unit Site Visit- Discussion of Policies | | 1300.00/Day | 1300.00 |
| Dec 9, 2015 PR Reform Unit Site Visit- Discussion of Policies | | 1300.00/Day | 1300.00 |
| Dec 10, 2015 PR Reform Unit Site Visit- Discussion of Policies | | 1300.00/Day | 1300.00 |
| Dec 11, 2015 Exit Meeting. Para 253 and Para 241 | | 1300.00/Day | 1300.00 |
| December 1st thru Dec 21, 2015<br>Work on tables for TCA December 6-MO Report<br>Intermediate Special Weapons Policy<br>Crowd Crowd Control Policy<br>Emergency and Pursuit Driving Policy<br>Input on Surveys for Community, Detainee, and Officers.<br>Telephone calls, Emails<br><br>Total Hours worked: 21.5<br><br>Total Billable Hours | 17.33 | 150.00/Hour | 2600.00 |
| | | TOTAL | 9100.00 |

Make all checks payable to **Rafael E. Ruiz**

Signature _Rafael E Ruiz_          Date: 12/21/15

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2015
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:    **TCAPR, LLC**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of December 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on Annual Report (7.0 hours) | X | N/A | Saturday, December 5, 2015 | (7 @ $150 = $1050) |
| Work from New York City: Work on Annual Report and Administrative Order on Sexual Violence (7.0 hours) | X | N/A | Sunday, December 6, 2015 | (7 @ $150 = $1050) |
| Work from New York City: Conference Calls with TCA and PRPD (2.0 hours) | X | N/A | Monday and Tuesday, December 7-8, 2015 | (2 @ $150 = $300) |
| Work from NYC: Review of Action Plans for meeting with PRPD (3.0 hours) | X | N/A | Wednesday, December 9, 2015 | (3 @ $150 = $450) |
| Work from Puerto Rico: See Agenda, Semi-Annual Report (12.0 hours) | N/A | X | Thursday, December 10, 2015 | $1,300 |
| Work from Puerto Rico: See Agenda, Semi-Annual Report (13.0 hours) | N/A | X | Friday, December 11, 2015 | $1,300 |

| TASK PERFORMED AND HOURS WORKED | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico: Semi-Annual Report (9.0 hours) | N/A | X | Saturday, December 12, 2015 | $1,300 |
| Work from New York: Semi-Annual Report, Review of Actions Plans and Preliminary Draft of Methodology (6.0 hours) | X | N/A | Sunday, December 13, 2015 | (6 @ $150 = $900) |
| Work from New York City: Review of Core Team Edits, Review of TCA edits of the Third TCA Six-Month Report (4.0 hours) | X | N/A | Monday and Wednesday December 14 and 16, 2015 | (4 @ $150 = $600) |
| Work from New York City: Semi-Annual Report, additional edits, Appendix Review (3.0 hours) | N/A | X | Saturday, December 19, 2015 | (3 @ $150 = $450) |
| Work from New York City: Making edits to the TCA Six-Month Report, Formatting (2.0 hours) | X | N/A | Sunday December 20, 2015 | (2 @ $150 = $300) |
| Work from New York City: Final edits to the TCA Six-Month Report, Submission to TCA (1.0 hours) | X | N/A | Monday, December 21, 2015 | (1 @ $150 = $150) |
| TOTAL HOURS WORKED: 69.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 days, 34 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | | | | $5,200 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

2

_____
MARCOS F. SOLER
TCA Core Team
December 21, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015.

3

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

December 31, 2015

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 017
FOR PROFESSIONAL SERVICES RENDERED December 2015

Monday, Dec 7, 2015     TCA Office re; meetings

Tuesday, Dec 8, 2015     TCA Office re; meetings
                                 PRPD HQ. re: meeting

Wednesday, Dec 9, 2015.     TCA Office re: meetings
                                   PRPD HQ. re: meetings

Thursday, Dec 10, 2015     TCA Office re: meetings
                                   PRPD HQ. re: meetings

**4 DAYS (DAY RATE $1,300) = $5200**

December 1-31     Reviewed PRPD Final Draft of PRPD General Order
                         Chapter 600, Section 6, Management of Crowd Control
                         Reviewed PRPD General Order Chapter 600, Section 623,
                         Management of Vehicles in Cases of Emergency and Police Pursuit
                         Prepared written review on the above policy.
                         Reviewed and prepared written data for TCA Six Month Report

**TOTAL HOURS  31 HOURS**

**BILLABLE HOURS 26 HOURS AT RATE OF
$150 PER HOUR. $3,900**

**TOTAL. $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: DEC 2015
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of December 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Prepared document list given to PRPD for six month report (2 hours) | X | N/A | 1/Dec | 300.00 |
| Researched, reviewed and obtained information on best police Policy and Procedure for PRPD Vehicle Pursuit policy  (2 hours) | X | N/A | 1/Dec | 300.00 |
| Reviewed 241 survey to be completed by residents of PR and persons arrested (2 hours) | X | N/A | 1/Dec | 300.00 |
| Reviewed six (6) month report (2 hours) | X | N/A | 3/Dec | 300.00 |
| Researched, reviewed and obtained information on best police practices for crowd control and forwarded policy and procedures to CORE Team members (2 hours) | X | N/A | 4/Dec | 300.00 |
| Researched, reviewed and obtained information on best police practices for documents that will be helpful to PRPD (Docs de Seguridad Ciudadana (4 hours) | X | N/A | 9/Dec | 600.00 |
| Researched, reviewed and obtained information on best police practices for foot pursuit policy and forwarded information to CORE Team (2 hours) | X | N/A | 10/Dec | 300.00 |

| TASK PERFORMED AND HOURS WORKED) | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Provided the Justice Department guidelines on identifying and preventing bias in law enforcement response to sexual assault and domestic violence (1 hour) | X | N/A | 17/Dec | 150.00 |
| Reviewed activities that will take place during January oversight assessment of Action Plans (2 hours) | X | N/A | 19/Dec | 300.00 |
| Researched, reviewed and obtained information on curriculum documents that will be helpful to the PRPD Academy (3 hours) | X | N/A | 20/Dec | 450.00 |
| Provided updated IACP Model Policies and concept papers to CORE Team for Vehicular Pursuit, Law Enforcement Interactions with Canines, Recording Police Activity, and Unbiased Policing (3 hours) | X | N/A | 20/Dec | 450.00 |
| Researched, reviewed and obtained information on best police practices on First Responder and forwarded information to PRPD Academy (1 hour) | X | N/A | 20/Dec | 150.00 |
| | | | | |
| | | | | |
| TOTAL OF BILLABLE HOURS 26.00 HOURS @ $150): | | | | 3,900.00 |
| TOTAL 0.00 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $3,900.00 |

INVOICE PRESENTED BY:

*[signature]*

Alan C. Youngs
TCA Core Team

December 31, 2015

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2015.

# INVOICE FOR PROFESSIONAL SERVICES:
## [DEC 1 THROUGH DEC 22, 2015]
## [SCOTT CRAGG, CRYSTAL REEF LLC]

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283] | [SPCRAGG@VERIZON.NET]

> TO:   TCAPR Corp.
>       #268 Muñoz Rivera
>       Suite 1001, World Plaza
>       San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of December 2015, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Meetings with PRPD, Review IT, Review Documents | 0 | 5 | 12/7 – 12/11 | $6500.00 |
| Review PRPD 6 month Report.  Review and compare Action Plans, Decree, General Orders with PRPD 6 month Report and TCA plan for assessment. Prepare interview questions, orchestrate visit/interview strategy, research law enforcement IT. | 12.25 hours | 0 | 12/1, 12/3, 12/4, 12/5, 12/6 | $1837.50 |
| Report writing, review meeting minutes, compare and crosswalk with documents, edit to final, communicate with PRPD, communicate with TCA | 6 Hours | 0 | 12/12, 12/18, 12/20 | $900.00 |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 7 (US), 5 (PR) |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 17.33 Hours |
| TOTAL TO BE BILLED: | | | | $9100 |
| TOTAL HOURS WORKED    18.25 hours US, 5 days Puerto Rico, ($137.50 pro bono or .92 hours) | | | | |

INVOICE PRESENTED BY:
__//Signed//_____12/21/15/2015_____
Scott Cragg,  TCA Core Team
[13932 South Springs Dr.
Clifton, VA 20124]

1

I hereby  CERTIFY that, according to my best knowledge and belief, the
information provide in this invoice is TRUE, CORRECT AND
COMPLETE_____
ARNALDO CLAUDIO, TCA, President



## CASTELLANOS GROUP, P.S.C.

December 24, 2015

**MR. ERIC GUZMÁN**

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

**Invoice For Services Rendered To The TCA During The Month of December 2015.**

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of December 2015. No billable expenses have been incurred during the month of December 2015. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 12/1/2015 | Discussion and Communications with the Court: Memorandum to the Court | 3 |
| 12/3/2015 | Written communication regarding the ACLU/Bar Conference | .50 |
| 12/7/2015 | Written communications regarding the Fajardo Hearing | .50 |
| 12/11/2015 | Meeting regarding the Fajardo Public Hearings at the TCA office. | 2 |
| 12/11/2015 | Written communication to Antonio Córdova, to coordinate a meeting about Fajardo's Public Hearing. | .50 |
| 12/16/2015 | Conversations with Hon. Judge Isabel Llompart – Administrative Judge | 1 |
| 12/16/2015 | Telephone Conference with Hon. Judge Lourdes Díaz – Administrative Judge in Fajardo | 1 |
| 12/17/2015 | Coordination of December 28, 2015 visit to Fajardo Courthouse | .50 |
| 12/17/2015 | Telephone conference with Mr. Oscar Serrano, Esq. | .50 |
| 12/18/2015 | Telephone conferences with Federico Hernandez Denton, Esq. regarding coordination of Fajardo's Public Hearing | 4 |
| 12/18/2015 | Communications with Marcelo Trujillo, Mayor of Humacao, regarding the Fajardo Hearing | .50 |
| 12/18/2015 | Communications with Anibal Melendez, Mayor of Fajardo, regarding the Fajardo Hearing | .50 |
| 12/22/2015 | Redact Memo for the Court | .4 |
| 12/23/2015 | In Progress Report | 2 |
| 12/23/2015 | Telephone Conference with Mrs. Elipsia de Jesús, Esq. – Community Leader | 1 |
| During December | Communications with the Court | 2.5 |



## CASTELLANOS GROUP, P.S.C.



| Total Hours | 24 |
|---|---|
| Total Billed | $3,000.00 |

Note:  Some hours worked during the month of December, were not included in this invoice. They will be included in the invoice for the month of January 2016.

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.

ALFREDO CASTELLANOS BAYOUTH

*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

December 15, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for November 2015

| Date | Description | Hours |
|------|-------------|-------|
| 12/4/15 | Reading of documents in preparation for meetings of CORE Team with PRPD. | 1.5 |
| 12/8/15 | Meeting TCA – General Order 100-11: Reorganization of the Canine Division. | 1.5 |
| 12/9/15 | Conference call with clerk of Judge Gelpi regarding issues brought by parties in meeting with Counsel for the parties in meeting October. | 1 |
| 12/11/15 | Meeting TCA Parragraph 253. | 1.5 |
| 12/14/15 | Meeting with the TCA – Analysis of Exam Result of the PRPD and other recent developments, including Six Month Report. | 1.5 |

**_Total hours: 7_**
**Per $ 125.00**
**Total: $ 875.00**

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

_____
Federico Hernández Dentón

## Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone Nos.* (787) 764-7684 (Office)
(787) 772-3572 (fax)

December 22, 2015.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-12

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of December, 2015.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---------|---------|------------------------------|
| 12/04/2015 | **2.25 hrs**. 9:30 am to 11:45 am | Policy on Management of Vehicles in Cases of Emergencies and Police Pursuits |
| 12/08/2015 | **7.50 hrs**. 9:00 am to 12:30 pm. and 1:30 pm to 5:30 pm. | Meeting at PRPD Hq. DOJPR/USDOJ/PRPD -1. Reorganizacion Division Delitos Sexuales, 2. Investigacion Incidentes Violencia Sexual, 3. Delitos Sexuales Empleados de PPR, 4. Intervencion con personas Trans-genero & 5. Armas Menos Letales - |
| 12/10/2015 | **4 hrs**. 1:00 pm. to 5:00 pm | Meeting at PRPD Hq. DOJPR/USDOJ/PRPD 3 PRPD Action Plans |
| 12/11/2015 | **4 hrs.** 9:00 am to 1:00 pm. | Exit Meeting, Paragraph 253 and Sealed Motion with Employee Certifications |
| 12/12/2005 | **4 hrs.** 9:00 am to 1:00 pm. | Meeting for discussion, legal advice-review of reports at TCA Office –TCA/Soler/Bazan |
| 12/12/2015 | **5 hrs.** 3:00 pm to 8:00 pm | Review, changes, additions, deletions, legal advice on written Report |
| 12/13/2015 | **5 hrs.** 7:00 pm to 12:00 Midnight | Final Review, changes, additions/deletions, advice on Report |
| 12/22/2015 | **No Charge** | Filing of Ex-Parte Motion In Compliance and Certifications with Notice of Appearance |
| 12/22/2015 | **31.75 hrs.** Total Hours billed | 31.75 hrs. x $125.00 = $3,968.75 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls

where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department  or to any other dependencies. Signed copy of this Invoice will be served by regular mail.

      *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

                                               Antonio R. Bazán González, Esq.

**Page 2 of 2**

# INVOICE 0109

12/6/2015

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of | 900.00 |
| December 6-12, 2015 to TCAPR CORP | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

```
        WELCOME TO
        GULF SANTURCE

Descr.          qty        amount

Prepay CA#02               40.00

            Sub Total      40.00
            STATE TAX       0.00
            CITY TAX        0.00
        TOTAL           40.00
            CASH  $      40.00
THANKS,COME  AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 13204
12/14/15  11:18:33          ST# 00607
```

```
        BIENVENIDOS A
        ANY TIME
        CAROLINA

Descr.          qty        amount

Prepay CA#01               40.00

            Sub Total      40.00
            MUNICIPAL       0.00
            ESTATAL         0.00
        TOTAL           40.00
            CASH  $      40.00
THANKS,COME  AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 12771
12/11/15  11:49:40          ST# AB123
```

*8,170 aniklas*        *Raúl*

H

```
        PUMA ZONA BANCARIA
        AVENIDA PONCE DE LEON
        HATO REY, PUERTO RICO

CASH        RFC# 50389      12/11/15


    ****  RECIBO  ****

1  GASOLINA(08) 30.67Lt       18.00
   (REGULAR) 53.7/Lt

                              18.00
        TAX MUN . . . . .      .00
        TAX EST . . . . .      .00

    TOTAL DE LA VENTA . . . . . 18.00

    CAMBIO DE  20.00  -  2.00


* GRACIAS POR SU COMPRA, VUELVA PRONTO *

        1-Adm  09:50c
```

*8,010 Millage*        *Raúl*

```
    TO GO STORE GURABO
    CARR 189 KM 0.4
    BO. NAVARRO GURABO
    PR, 00778

Descr.          qty        amount

REG  CR #12    37.080L       21.40
               @ 0.577/ L
    Prepay Fuel             -40.00

            Sub Total      -18.60
            IVU 1%           0.00
            IVU 10.5%        0.00
            SPEC 2%          0.00
        TOTAL          -18.60
            CASH  $     -18.60
THANKS,  COME  AGAIN
REG# 0004 CSH# 004 DR# 01  TRAN# 42191
12/09/15  19:08 07          ST# 00012
```

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH            REC# 48606      12/09/15

**×××× RECIBO ××××**

1 GASOLINA BOMBA-08              40.00
                                --------
                                40.00 ,
        TAX MUN . . . . .         .00
        TAX EST . . . . .         .00
                                --------
    TOTAL DE LA VENTA . . . . .  40.00

    CAMBIO DE  40.00  ~   .00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

        1-Adm  10:18

----- PIDA SU RECIBO -----

        IVULOTO: 3VA4S-PZ02E
    ST ORAN   Dic 31, 1969
        CONTROL -

-------- CON IVULOTO TODOS NOS --------
------ BENEFICIAMOS ------

FABR PETROLEUM
767 1010

desc          qty        amount

REG    CA #04  16.207L        10.00
            @ 0.617/ L

        Sub Total    10.00
        ESTATAL       0.00
        MUN           0.00
    TOTAL     10.00
        CASH $     20.00
        Change $  -10.00
THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 19374
12/07/15  13:54:03         ST# TX224

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

Descr.         qty        amount

REG  CR #02   32.922L        19.00
            @ 0.577/ L
Prepay Fuel              -20.00
                        --------
        Sub Total    -1.00
        IVU 1%        0.00
        IVU 10.5%     0.00
        SPEC 2%       0.00
    TOTAL     -1.00
        CASH $     -1.00
THANKS, COME AGAIN
REG# 0004 CSH# 028 DR# 01  TRAN# 48231
12/06/15  10:49 07         ST# 00012

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 40.00 |

| | Sub Total | 40.00 |
|--|-----------|-------|
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| TOTAL | | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 15114
12/04/15  19:34:46           ST# AB123

---

# ARAMBURU SERVICES, CORP.

Carretera 189, Km. 2.6 Salida a Gurabo
TEL.: (787) 746-7372 • Fax (787) 745-7630
ESTACION OFICIAL DE INSPECCION
Mecánica Liviana y frenos • Alineamiento de Autos • Venta de Marbete
SERVICIO GARANTIZADO

Fecha: 24/11/15
Co. CASH - Jeep COMPASS
Millaje _____ Marca NEGRA
Tab. No. _____ Cash ☒ Credito ☐

| | | |
|--|--|--|
| LITROS, GASOLINA DIESEL | 16 | 00 |
| QTOS. ACEITE . | | |
| CAMBIO ACEITE Y FILTRO | | |
| LAVADO | | |
| INSPECCION | | |
| VENTA MARBETE | | |
| ACEITE FRENOS | | |
| REPARACION GOMAS | | |
| | 16 | 00 |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

Recibí _____

---

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH        REC# 42714      12/02/15

***** RECIBO *****

1  GASOLINA BOMBA-05          35.00

                            35.00
        TAX MUN . . . . .     .00
        TAX EST . . . . .     .00

   TOTAL DE LA VENTA . . . .  35.00

   CAMBIO DE   40.00 - 5.00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

            2-Adm  14:37

---------- PIDA SU RECIBO ----------

   IVULOTO: P9YK1-DXT89
   ST DRAW 099 Dic 12, 2015
   CONTROL - 506-794081

---------- CON IVULOTO TODOS NOS ----------
------------ BENEFICIAMOS ------------

---

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 30.00 |

| | Sub Total | 30.00 |
|--|-----------|-------|
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| TOTAL | | 30.00 |
| | CASH $ | 30.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 10462
11/30/15  23:30:11          ST# AB123

# LULU SERVICE STATION
1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 12/08/ 20 2

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☐   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | 19 | 39 |
| ...TOS DE ACEITE | | |
| FILTRO | | |
| ...GR...GE | | |
| ...... | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   TOTAL   19 39

Recibo de Reca a.

www.autoexpreso.com
PO Box 1188
San Juan, PR 009  888
1-888-688-10 1
Plaza Buchanan, C  il 13
Cajero: 163
12/10/15 10:1  9

Numero de Cuenta:          03451 54
Cantidad de Pago:     $      18.00
Metodo de Pago:             Efectivo
Balance:                     22.50

Recibo de Reca  a.

www.autoexpreso.com
PO Box 1188
San Juan, PR 009  888
1-888-688-10 1
Plaza Buchanan, C  il 13
Cajero: 163
12/07/15 14:1  8

Numero de Cuenta:          03451 54
Cantidad de Pago:     $      10.00
Metodo de Pago:             Efectivo
Balance:                     17.05

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1946
12/02/15 18:03:23

Numero de Cuenta:        ACT03451155
Cantidad de Pago:     $      25.00
Metodo de Pago:             Efectivo
Balance:              $      24.10

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1655
12/14/15 16:42:48

Numero de Cuenta:         ACTO3451155
Cantidad de Pago:     $      20.00
Metodo de Pago:             Efectivo
Balance:              $      22.40

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#02 | | 40.00 |

|  |  |  |
|---|---|---|
| Sub Total | | 40.00 |
| MUNICIPAL | | 0.00 |
| ESTATAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001  CSH# 008  DR# 01   TRAN# 10074
12/17/15  18:41:13              ST# AB123

Recibo de Rea....;u

www.autoexpre.o.com
PO Box 1188..
San Juan, PR 009... 888
1-888-688-10 0
Plaza Caguas Norte, Carril 13
Cajero: 91... :
12/22/15 11:3... :.

Numero de Cuenta:         ... 03451155
Cantidad de Pago:      $      10.00
Metodo de Pago:              Efectivo
Balance:                 ..      27.90

# LULU SERVICE STATION

1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

03488

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _12/22/20 15_

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☐   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | 40 00 |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | Cash | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL**   40 00

# *PEREA SERVICES*

*Urbanizacion Santa Elvira*
*Santa Rita  street A-16*
*Caguas,P.R.00725*
*FORD\*MOTORCRAFT*

# Invoice

| Date | Invoice # |
|---|---|
| *11/28/2015* | *85417* |

**Bill To**

*ARNALDO CLAUDIO*
*GURABO,P.R.*

**Ship To**

*JEEP COMPASS 2014*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| *JOSUE* | | | *11/28/2015* | *GARAGE GU...* | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| *1* | *CFOS* | *FILTRO/OILS* | *37.50* | *37.50* |
| *1* | *LC* | *LAVADO CAJA* | *25.00* | *25.00* |
| | *SG* | *SERVICIO COOLANT/WIPER WATER/LIQUIDO FRNO/LIQUIDO POWER STEERING/AIRE GOMAS/LUCES/FRENOS* | *75.00* | *75.00* |
| *1* | *GAS* | *GAS* | *16.00* | *16.00* |
| *100* | *T4%* | *tax 4%* | *0.04* | *4.00* |
| | | | *0.00%* | *0.00* |

| Phone # | E-mail | **Total** | |
|---|---|---|---|
| *787-531-8500* | *carmelo.perea@gmail.com* | | *$157.50* |

# LULU SERVICE STATION

1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _____ 30/Abril/20 15

SR. _____

DIRECCIÓN _____

TAB. NÚM. _____    CASH ☐   CRÉDITO ☐

| | | | |
|---|---|---|---|
| LITROS DE GASOLINA | | | |
| QTOS. DE ACEITE | Cash | | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | Caja | 20 | — |
| LAVADO MOTOR | | | |
| INSPECCION | | | |
| FLUSHING | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    **TOTAL** 20 00

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of December.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stake holders, including: a meeting with Dennys Torres, Assistant Director of the Veteran Employment & Training Service, US Department of Labor; with Juan Camacho, president of Toabajeños en Defensa del Ambiente; with Mari Mari Narváez from GRUCORPO; and with Cecilia La Luz, president of the LGBTT Community. The TCA attended to a meeting with José Caldero, PRPD Superintendent; attended to the activity "No más balas al aire"; participated in an activity from the Housing Urban Department; and actively participated in an activity from the Police Athletic League.

During this period, the following Action Plans were reviewed: Professionalization; Recruitment, Selection & Hiring; Supervision & Management; and Community Engagement & Public Information. The following Administrative Orders were reviewed: Reorganization and Functional Structuration of the Sexual Offenses and Child Abuse Division; Investigation on Sexual Violence Incidents; and Intervention on Sexual Offenses Applying to PRP Employees. The following General Orders were reviewed: General Order on Intervention with Transgender and Transsexual Persons; General Order 600-620: Rules and Procedures for the Use of Intermediate and Specialized Weapons; General Order 100-11 Reorganization of the Canine Division and K-9 Equipment Deployment Form; General Order 100-114 Reorganization of the Auxiliary Superintendence in Public Responsibility; General Order 600-6 Management and Crowd Control. Also the Form PRP-937, the K-9 Equipment Deployment Form and the Report of Constitutional Activities were discussed.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under paragraph 253 of the Agreement, the monthly meeting with the TCA´s CPA for the update of the employee records and payroll, preliminary Core Team´s January agenda, circulating CT agenda and the Core Team work plan. Coordination and preparation of the TCA´s agenda and meetings with the Core Team to discuss 2016 Work Plan; and preparing respective court documents for the parties' review and input of the TCA Expenses, paragraph 30.