UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2016 JAN -8 AM 6: 14

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | 3,000.00 | December 2015 |
| Federico Hernandez Denton | $875.00 | December 2015 |
| Antonio Bazán | $3,968.75 | December 2015 |
| | Subtotal | $7,843.75 |
| Car Expenses | | |
| Chauffer | $900.00 | December 6, 2015 to December 12, 2015 |
| Gasoline | $405.79 | December 2015 |
| Tolls | $83.00 | December 2015 |
| Jeep Compass Maintenance | $157.50 | December 2015 |
| Car Wash | $20.00 | December 2015 |
| | Subtotal | $1,566.29 |
| Other Office Expenses | | |
| | | |
| Unbilled Employee Costs[1] | $278.46 | July 2015 |
| Christmas Bonus | $1,200.00 | Public Act 148 of June 30, 1969, "Private Sector Christmas Bonus Act." |
| | Subtotal | $1,478.46 |
| | | |
| Grand Total | | $63,738.50 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $63,738.50, the total amount of the monthly expenses, for the month of December 2015.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

---

[1] When the Government's Fiscal Year ended last June, the TCA Office granted salary raises to certain employees effective in July according to the Budged approved by the parties. However our invoice presented in August inadvertently did not include this raise.
Therefore, in order so that the TCA's Office is not negatively impacted further, and in accordance with the reimbursement nature of this office's costs and expenditures this invoices incorporates a charge of $278.46 to cover the employees raise for last July.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

FOR ALL OF WHICH, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $63,738.50, the total amount of the expenses for the month of December 2015.

In San Juan, Puerto Rico, this day January ___, 2016.

    I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

_____

Arnaldo Claudio-TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.