

CASTELLANOS GROUP, P.S. RECEIVED AND FILED

2016 JAN -8 AM 6:00

December 24, 2015

MR. ERIC GUZMÁN

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

### Invoice For Services Rendered To The TCA During The Month of December 2015.

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of December 2015. No billable expenses have been incurred during the month of December 2015. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|---|---|---|
| 12/1/2015 | Discussion and Communications with the Court: Memorandum to the Court | 3 |
| 12/3/2015 | Written communication regarding the ACLU/Bar Conference | .50 |
| 12/7/2015 | Written communications regarding the Fajardo Hearing | .50 |
| 12/11/2015 | Meeting regarding the Fajardo Public Hearings at the TCA office. | 2 |
| 12/11/2015 | Written communication to Antonio Córdova, to coordinate a meeting about Fajardo's Public Hearing. | .50 |
| 12/16/2015 | Conversations with Hon. Judge Isabel Llompart – Administrative Judge | 1 |
| 12/16/2015 | Telephone Conference with Hon. Judge Lourdes Díaz – Administrative Judge in Fajardo | 1 |
| 12/17/2015 | Coordination of December 28, 2015 visit to Fajardo Courthouse | .50 |
| 12/17/2015 | Telephone conference with Mr. Oscar Serrano, Esq. | .50 |
| 12/18/2015 | Telephone conferences with Federico Hernandez Denton, Esq. regarding coordination of Fajardo's Public Hearing | 4 |
| 12/18/2015 | Communications with Marcelo Trujillo, Mayor of Humacao, regarding the Fajardo Hearing | .50 |
| 12/18/2015 | Communications with Anibal Melendez, Mayor of Fajardo, regarding the Fajardo Hearing | .50 |
| 12/22/2015 | Redact Memo for the Court | 4 |
| 12/23/2015 | In Progress Report | 2 |
| 12/23/2015 | Telephone Conference with Mrs. Elipsia de Jesús, Esq. – Community Leader | 1 |
| During December | Communications with the Court | 2.5 |



## CASTELLANOS GROUP, P.S.C.



| Total Hours | 24 |
|---|---|
| Total Billed | $3,000.00 |

*Note: Some hours worked during the month of December, were not included in this invoice. They will be included in the invoice for the month of January 2016.*

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.*



ALFREDO CASTELLANOS BAYOUTH

*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

December 15, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for November 2015

| Date | Description | Hours |
|---|---|---|
| 12/4/15 | Reading of documents in preparation for meetings of CORE Team with PRPD. | 1.5 |
| 12/8/15 | Meeting TCA – General Order 100-11: Reorganization of the Canine Division. | 1.5 |
| 12/9/15 | Conference call with clerk of Judge Gelpi regarding issues brought by parties in meeting with Counsel for the parties in meeting October. | 1 |
| 12/11/15 | Meeting TCA Parragraph 253. | 1.5 |
| 12/14/15 | Meeting with the TCA – Analysis of Exam Result of the PRPD and other recent developments, including Six Month Report. | 1.5 |

<u>Total hours: 7</u>
Per $ 125.00
Total: $ 875.00

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

_____
Federico Hernández Dentón

### Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

December 22, 2015.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice 2015-12

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of December, 2015.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 12/04/2015 | **2.25 hrs.** 9:30 am to 11:45 am | Policy on Management of Vehicles in Cases of Emergencies and Police Pursuits |
| 12/08/2015 | **7.50 hrs.** 9:00 am to 12:30 pm. and 1:30 pm to 5:30 pm. | Meeting at PRPD Hq. DOJPR/USDOJ/PRPD -1. Reorganizacion Division Delitos Sexuales, 2. Investigacion Incidentes Violencia Sexual, 3. Delitos Sexuales Empleados de PPR, 4. Intervencion con personas Trans-genero & 5. Armas Menos Letales - |
| 12/10/2015 | **4 hrs.** 1:00 pm. to 5:00 pm | Meeting at PRPD Hq. DOJPR/USDOJ/PRPD 3 PRPD Action Plans |
| 12/11/2015 | **4 hrs.** 9:00 am to 1:00 pm. | Exit Meeting, Paragraph 253 and Sealed Motion with Employee Certifications |
| 12/12/2005 | **4 hrs.** 9:00 am to 1:00 pm. | Meeting for discussion, legal advice-review of reports at TCA Office –TCA/Soler/Bazan |
| 12/12/2015 | **5 hrs.** 3:00 pm to 8:00 pm | Review, changes, additions, deletions, legal advice on written Report |
| 12/13/2015 | **5 hrs.** 7:00 pm to 12:00 Midnight | Final Review, changes, additions/deletions, advice on Report |
| 12/22/2015 | **No Charge** | Filing of Ex-Parte Motion In Compliance and Certifications with Notice of Appearance |
| 12/22/2015 | **31.75 hrs.** Total Hours billed | 31.75 hrs. x $125.00 = $3,968.75 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls

Page 1 of 2

where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies. Signed copy of this Invoice will be served by regular mail.

>*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.
