IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

**CASE NO. 12-2039 (GAG)**

### ORDER

In relation to the *Scheduling Order* (Docket No. 302) entered on January 25, 2016, the Court further orders the parties to certify, no later than Tuesday, February 9, 2016 that all translation services have been coordinated for the celebration of the Public Hearing to be held on March 17 and 18, 2016, at the Commonwealth Courthouse Building in Fajardo, Puerto Rico. These are to be analogous to the services coordinated for the Ponce Public Hearing, held in October 2015 for the captioned case. However, the Court is fully aware that additional services may be required to guarantee that the equipment that is to be used for translation services during the course of the scheduled Hearing can be adequately placed within the Courtroom that this Court has been allowed to use, at the Fajardo Courthouse. The Court further instructs the parties to make any additional arrangements so that all matters relating to the translation of the Hearing's procedures are addressed and resolved expeditiously. Any questions or doubts regarding the present order should be brought to the attention of the Court through the proper channels.

    **IT IS** S**O ORDERED.**

    In San Juan, Puerto Rico this 4th of February, 2016.

                                   *s/ Gustavo A. Gelpí*
                                   GUSTAVO A. GELPI
                               United States District Judge