UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiffs;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>  Defendant. | Case No. 12-cv-2039 (GAG) |

## REQUEST TO FILE THIRD SIX MONTH REPORT

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully requests and informs:

   1. Pursuant to Requirement 250 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter "the Agreement"), the Technical Compliance Advisor (hereinafter 'the TCA"), prepared the required Six Month Report covering the period from June 8th, 2015 to December 8th, 2015.

   2. In compliance with Requirement 252 of the Agreement, the TCA submitted to the parties a copy of the current Six Months' Report, in a draft form, on December 23, 2015.

   3. The Puerto Rico Department of Justice (PRDOJ) submitted their comments on January 7th, 2016; the United States Department of Justice (USDOJ) submitted their comments on January 8th, 2016.

   4. Having considered the parties' comments, the TCA is ready to file, in its final form, the Six Month Report with this Court, pursuant to Requirements 250 and 252 of the Agreement.

   FOR ALL OF WHICH, the TCA respectfully requests that this Honorable Court affirms compliance with Requirements 250 and 252 of the Agreement, approving and

authorizing the filing of the third Six Month Report, covering the period from June 8th, 2015 to December 8th, 2015.

In San Juan, Puerto Rico, this day February 1st, 2016.

**RESPECTFULLY SUBMITTED.**

_____
**Arnaldo Claudio -TCA**

**CERTIFICATE OF SERVICE:** I hereby certify that an electronic copy of this document has been sent to all parties of record.