# Action Plan: USE OF FORCE
# Performance Evaluation Form

Date: ______/______/20____.

John Romero

Field Visit
- PRPD Headquarters : ____________
- PRPD Area : ____________
- Zone of Excellence : ____________
- District : ____________
- Precincts : ____________
- Unit : ____________

Meeting
- Staff interviewed : ____________
- : ____________
- : ____________
- : ____________
- Start Time ____:____
- End Time ____:____

| I. Policies and Procedures | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| 1.1 Review of General Order 600 Section 603. | | | | | | | |
| 1.2 Review of General Order 600 Section 604. | | | | | | | |
| 1.3 Development of General Order on Force Review Board. | | | | | | | |
| 1.4 Replace General Order 2004-3 with new General Order on the use of firearms. | | | | | | | |
| 1.5 Review of General Order 600 Section 602 on Tasers. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.6 Review of General Order 600 Section 601. | | | | | | | |
| 1.7 Review of General Order 600 Section 605. | | | | | | | |
| 1.8 Development of General Order on Force Investigations Units. | | | | | | | |
| 1.9 Review of General Order for Specialized Tactical Units. | | | | | | | |
| 1.10 Development of General Order for SWAT. | | | | | | | |
| 1.11 Development of General Order for less than lethal weapons. | | | | | | | |
| 1.12 Development of General Order for crowd control. | | | | | | | |
| 1.13 Review of General Order 600 Section 607. | | | | | | | |
| 1.14 Review of General Order 600 Section 609. | | | | | | | |
| 1.15 Protocol for K-9. | | | | | | | |

## II. Data Gathering and Data Reporting

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1 Development of informational system for data gathering of use of force incidents and forms PPR-854 y PPR-877. | | | | | | | |
| 1.2 Development of informational system for STU. | | | | | | | |

## III. Force Review and Investigations

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1 Supervisors shall complete use of force reviews within five business days of receiving the officer's use of force report. | | | | | | | |
| 1.2 PRPD will implement a computerized tracking system for gathering use of force incidents. | | | | | | | |
| 1.3 PRPD will conduct an annual analysis of use of force incidents. | | | | | | | |
| 1.4 PRPD will conduct a study on the number of supervisors needed. | | | | | | | |

## IV. Force Training

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1 Review of training on impact weapons. | | | | | | | |
| 1.2 Review of training on chemical agents. | | | | | | | |
| 1.3 Development of training for FRB and SFRB. | | | | | | | |
| 1.4 Review of training on firearms. | | | | | | | |
| 1.5 Review of training on ECWs. | | | | | | | |
| 1.6 Review of training on the use of force rules and investigations. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.7 Training for FIU agents. | | | | | | | |
| 1.8 Training for STUs. | | | | | | | |
| 1.9 Training for SWAT. | | | | | | | |
| 1.10 Training in less than lethal use of force. | | | | | | | |
| 1.11 Crowd control training. | | | | | | | |
| 1.12 Foot pursuit training. | | | | | | | |
| 1.13 Training on vehicles and emergency situations. | | | | | | | |
| 1.14 K-9 Training. | | | | | | | |
| 1.15 Electronic reporting of incidents. | | | | | | | |

## V. Training Implementation

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| Training schedule: 1.1 (a) Impact Weapons | | | | | | | |
| Training schedule: 1.1 (b) Chemical Agents | | | | | | | |
| Training schedule: 1.1 (c) FRB and SFRB | | | | | | | |
| Training schedule: 1.1 (d) Firearms | | | | | | | |
| Training schedule: 1.1 (e) ECWs | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Training schedule:<br>1.1 (f) Use of Force and Incident Reporting | | | | | | | | |
| Training schedule:<br>1.1 (g) FIU Training | | | | | | | | |
| Training schedule:<br>(h) Training of STU's | | | | | | | | |
| Training schedule:<br>1.1 (i) Training of SWAT | | | | | | | | |
| Training schedule:<br>1.1 (j) Training on Less than Lethal | | | | | | | | |
| Training schedule:<br>1.1 (k) Crowd Control Training | | | | | | | | |
| Training schedule:<br>1.1 (l) Foot Pursuit Training | | | | | | | | |
| Training schedule:<br>1.1 (m) Use of Vehicle Training | | | | | | | | |
| Training schedule:<br>1.1 (n) K-9 Training | | | | | | | | |
| Training schedule:<br>1.1 (o) Electronic Reporting of Incidents | | | | | | | | |
| 1.2 Units to be first trained. | | | | | | | | |
| 1.3 Districts to be first trained. | | | | | | | | |

| VI. Behavioral and Health Crisis Response | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| 1.1 General Order for the creation of CIT. | | | | | | | |

| VII. Training for CIT and PRPD on Behavioral and Health Crisis | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| 1.1 Health Crisis Training for CIT. | | | | | | | |
| 1.5 Behavioral and/or mental health training for specialized units. | | | | | | | |
| 1.6 Behavioral and/or mental health training for district officers. | | | | | | | |

| VIII. PRPS's Self Evaluation | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| Examples of Monitoring:<br>1.1 (a)Training Calendars, rosters and attendance logs. | | | | | | | |
| Examples of Monitoring:<br>1.1 (b) Random field visits to Zones of Excellence and Police Areas. | | | | | | | |
| Examples of Monitoring:<br>1.1 (c) Random field visits to districts, precincts and units to track use of force incidents. | | | | | | | |

| Examples of Monitoring:<br>1.1 (d) Random field visits to districts, precincts and units to track supervisory reviews. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Examples of Monitoring:<br>1.1 (e) Compare ECW records. | | | | | | | |
| Examples of Monitoring:<br>1.1 (f) Compare ECW records to information on PPR-892 forms. | | | | | | | |