# Action Plan: SEARCH AND SEIZURE
## Performance Evaluation Form
Rafael Ruiz

Date: ____/____/20____

Field Visit
- PRPD Headquarters : _____
- PRPD Area : _____
- Zone of Excellence : _____
- District : _____
- Precincts : _____
- Unit : _____

Meeting
- Staff interviewed : _____

Start Time _____

End Time _____

| I. Policies and Procedures | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| 1.1  Review of General Order 600 section 615. | | | | | | | |
| 1.2  Investigatory Stops and Searches. | | | | | | | |
| 1.3  Protocol on investigatory stops and data collection. | | | | | | | |
| 1.4  Review of General order 600, Section 612. | | | | | | | |
| 1.5  Protocol to store digital communications. | | | | | | | |

## II. Data Gathering and Data Reporting

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1  Development of an informational system for data gathering of arrests and search and seizure incidents as well as of forms PPR-853 and PPR-880. | | | | | | | |
| 1.2  Review of policy on stops and consent forms. | | | | | | | |
| 1.3  In reviewing General Order 600, Section 615, PRPD will require officers to notify command center and supervisors after an arrest is made. | | | | | | | |
| 1.4  Automatization of Communications. | | | | | | | |

## III. Review and Investigations

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1  Supervisory review of all stops, searches and seizures. | | | | | | | |
| 1.2  PRPD will implement a computerized tracking system for gathering use of force incidents. | | | | | | | |
| 1.3  Supervisory HR staffing analysis. | | | | | | | |

| IV. Training and Implementation | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| 1.1  Training on General Order 600, Section 615. | | | | | | | |
| 1.2  Training on filling out stop and frisk forms. | | | | | | | |
| 1.3  Training on General Order 600, Section 612. | | | | | | | |
| 1.4  Training of supervisors and high-ranking police officials. | | | | | | | |
| 1.5  Training of Command Center and Radio Control personnel. | | | | | | | |

| V. Implementation Objectives | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| 1.1 (a) Training on General Order 600, Section 615 | | | | | | | |
| 1.1 (b) Training on filling out stop and frisk forms | | | | | | | |
| 1.1 (c) Training on General Order 600, Section 612. | | | | | | | |
| 1.1 (d) Training of supervisors and high-ranking police officials. | | | | | | | |
| 1.1 (e) Training of Command Center and Radio Control personnel. | | | | | | | |

| VI. Committees of Feedback ("Comités de Retroalimentación") | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| 1.1 Protocol for PRPD to receive regular comments from judges, prosecutors, and public defenders. | | | | | | | |

| VII. PRPS's Self Evaluation | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| | Yes | No | | Total | Partial | Non | |
| Review of all documents (minutes of meetings, notes from field visits, data collected, policy drafts, legal opinions, internal emails, etc.) used in by the PRPD's in the process of self-evaluation. | | | | | | | |

August 7, 2015