# Action Plan: EQUAL PROTECTION
## Performance Evaluation Form

Marcos Soler

Date: ____/____/20____

| Field Visit | | Meeting | |
|---|---|---|---|
| PRPD Headquarters | : _____ | Staff interviewed | : _____ |
| PRPD Area | : _____ | | : _____ |
| Zone of Excellence | : _____ | | : _____ |
| District | : _____ | Start Time | : _____ |
| Precincts | : _____ | End Time | : _____ |
| Unit | : _____ | | |

### 1. Policies and Procedures

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Yes | No | | Total | Partial | Non | |
| 1.1 In connection with the Action Plan on Recruitment, Selection, and Hiring, PRPD will review Regulation 4216. | | | | | | | |
| 1.2 In connection with the Action Plan on Supervision, PRPD will review General Order 2008-3. | | | | | | | |
| 1.3 In connection with the Action Plan on Professionalization, PRPD will review Regulation on Promotional Examinations. | | | | | | | |
| 1.4 In connection with the Action Plan on Administrative complaints, PRPD will review special Order 2010-5. | | | | | | | |

August 7, 2015

1

| Item | | | | | | |
|---|---|---|---|---|---|---|
| 1.5 Review of Regulation 6508. | | | | | | |
| 1.6 Review of Regulation on Non-Discrimination. | | | | | | |
| 1.7 Draft General Order on Investigation of Domestic Violence Incidents. | | | | | | |
| 1.8 Review of General Order 2006-5. | | | | | | |
| 1.9 Draft Administrative Order on Investigation of Domestic Violence Incidents. | | | | | | |
| 1.10 Review of General Order 2007-1. | | | | | | |
| 1.11 Draft Administrative Order on Investigation of Sexual Assaults. | | | | | | |
| 1.12 Draft General Order on Interaction with Transgender Individuals. | | | | | | |
| 1.13 Draft General Order on Interaction with Undocumented Individuals. | | | | | | |
| 1.14 Review of General Order 2000-3. | | | | | | |
| 1.15 Draft General Order on Hate Crimes Data Collection. | | | | | | |
| 1.16 Draft Manual on Hate Crimes. | | | | | | |
| 1.17 Draft Protocol for Evaluation of Best Practices. | | | | | | |

August 7, 2015

| 1.18 | Review of Especial Order 2006-2. | | | | | | |
| 1.19 Review of MOU on Investigation of Misconduct in Juvenile Institutions. | | | | | | | |

## II. Training

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Yes | No | | Total | Partial | Non | |
| 1.1. Review of Regulation on Non-Discrimination (External). | | | | | | | |
| 1.2. Review of Regulation on Non-Discrimination (Internal). | | | | | | | |
| 1.3. Training on Investigation of Domestic Violence Incidents. | | | | | | | |
| 1.4. Training on Investigations of Sexual Assault. | | | | | | | |
| 1.5. Training on Interaction with Transgender Individuals. | | | | | | | |
| 1.6. Training on Interaction with Undocumented Individuals. | | | | | | | |
| 1.7. Training on NIBRS. | | | | | | | |
| 1.8. Training on Demographic Data Collection. | | | | | | | |
| 1.9. Training on Hate Crime Data Collection. | | | | | | | |
| 1.10. Training on Investigation of Misconduct in Juvenile Institutions. | | | | | | | |

August 7, 2015

3

| III. | Implementation | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Progress | | Specific Findings | Compliance | | Specific Recommendations |
| | Activities | Yes | No | | Total | Partial | Non |
| 1.11. Bi-annual Multi-thematic Training. | | | | | | | |
| 1.1. Review of Regulation on Non-Discrimination reviewed (External). | | | | | | | |
| 1.2. Review of Regulation on Non-Discrimination (Internal). | | | | | | | |
| 1.3. Training on Investigation of Domestic Violence Incidents. | | | | | | | |
| 1.4. "Hotline" | | | | | | | |
| 1.5. Psychological Evaluation of Officers. | | | | | | | |
| 1.6. Audit of Processes and Best Practices. | | | | | | | |

| IV. | Data Collection | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Progress | | Specific Findings | Compliance | | Specific Recommendations |
| | Activities | Yes | No | | Total | Partial | Non |
| In the Zones of Excellence, starting with the Zone of Excellence of Utuado, the TCA and Core Team will evaluate the data collection procedures of the pilot program. | | | | | | | |
| The TCA and Core Team will examine both the IT infrastructure as well as the methods and strategies for data collection. | | | | | | | |

### V. PRPS's Self Evaluation

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| Review of all documents (minutes of meetings, notes from field visits, data collected, policy drafts, legal opinions, internal emails, etc.) used in by the PRPD's in the process of self-evaluation. | | | | | | | |