# Action Plan: ADMINISTRATIVE COMPLAINTS
## Performance Evaluation Form

Gerard LaSalle

Date: ____/____/20____

| Field Visit | | Meeting | |
|---|---|---|---|
| PRPD Headquarters | : _____ | Staff interviewed | : _____ |
| PRPD Area | : _____ | | : _____ |
| Zone of Excellence | : _____ | | : _____ |
| District | : _____ | | : _____ |
| Precincts | : _____ | Start Time | : _____ |
| Unit | : _____ | End Time | : _____ |

### I. Policies and Procedures

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1 Draft Public Information Program on Complaints and Recognition. | | | | | | | |
| 1.2 Review of inter-agency MOU on criminal and administrative investigations. | | | | | | | |
| 1.3 Draft policy on giving testimony in an administrative proceeding. | | | | | | | |
| 1.4 Review of Regulation 6506 and adoption of new Regulation. | | | | | | | |
| 2.1 Review of Regulation 4216. | | | | | | | |

August 7, 2015

1

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 2.2   Draft administrative order on disciplinary sanctions. | | | | | | | |
| 2.3   Draft administrative order on non-punitive disciplinary actions. | | | | | | | |
| 3.1   Review of General Order 2010-14 (SARP). | | | | | | | |
| 4.1   Review of Regulation 6403. | | | | | | | |

## II. Training

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1   SAEA will develop training for SARP and OAL regarding administrative complaints. | | | | | | | |
| 1.2   Training of SARP and OAL personnel: 50% in the first year and the remaining 50% in the second year. | | | | | | | |
| 2.1   Training of supervisory personnel. | | | | | | | |
| 3.1   Training of all PRPD personnel. | | | | | | | |
| 4.1   Training of supervisory personnel on stress control. | | | | | | | |

## III. Data Gathering and Reporting

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1   Acquisition of information systems for tracking administrative complaints. | | | | | | | |

August 7, 2015

| | | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|---|
| | Activities | Yes | No | | Total | Partial | Non | |
| 1.2 | Inventory of complaints. | | | | | | | |
| 1.3 | Digitalization of complaints. | | | | | | | |
| 1.4 | PRPD's self-assessment of information systems. | | | | | | | |
| 1.5 | External assessment of information systems. | | | | | | | |
| 1.6 | Solicitation of information systems. | | | | | | | |
| 1.7 | Contract adjudication and implementation. | | | | | | | |
| 1.8 | Training for new information systems. | | | | | | | |
| **IV.** | **Implementation** | | | | | | | |
| 1.1 | Public information plan on how to file administrative complaints. | | | | | | | |
| 2.1 | The Psychology Unit will provide psychological and therapeutically support services. | | | | | | | |
| 2.2 | SAEA will retrain officers. | | | | | | | |
| 3.1 | Caseloads and HR staffing analysis for SARP. | | | | | | | |
| 3.2 | Recruitment of SARP candidates. | | | | | | | |

August 7, 2015

3

| 3.3 | Selection of SARP candidates. | | | | | | |
|---|---|---|---|---|---|---|---|

## V. PRPS's Self-Assessment

| Activities | Progress | | Specific Findings | Compliance | | | Specific Recommendations |
|---|---|---|---|---|---|---|---|
| | Yes | No | | Total | Partial | Non | |
| 1.1 PRPD will collect data and monitor administrative complaints for the purpose of self-assessment through activities (a) through (i). | | | | | | | |