**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

                             Plaintiff,

      v.

COMMONWEALTH OF PUERTO RICO, et al.,

                           Defendants.

No. 12-CV-2039 (GAG)

**MOTION TO RESTRICT JOINT MOTION FOR EXTENSION OF TIME (DKT. 308)**
**TO SELECTED PARTIES**

      Plaintiff, United States of America, respectfully requests leave to restrict viewing of "Joint Motion for Extension of Time" (Joint Motion, Dkt. #308) to selected parties, pursuant to this Court's Standing Order No. 9.

1.  On February 1, 2016, the United States filed the Joint Motion under seal for viewing by selected parties and the Court.  On February 2, 2016, the Court granted the Joint Motion.  (Dkt. #309).

2.  The United States files the instant motion to maintain restricted viewing of the Joint Motion to the Court and selected parties.  The subject matter of the Joint Motion pertains to sensitive information in this Court's sealed order of December 10, 2015. (Dkt. #288).

      WHEREFORE, the United States respectfully requests that this Court restrict viewing of the Joint Motion to selected parties.

                                  Respectfully submitted,

                                    STEVEN H. ROSENBAUM
                                    Chief

CHRISTY LOPEZ
Deputy Chief

S/ LUIS E. SAUCEDO
LUIS E. SAUCEDO (G01613)
Counselor to the Chief
BRIAN BUEHLER
LYNDA GARCIA
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 4th day of February 2016, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

S/ LUIS E. SAUCEDO
LUIS E. SAUCEDO
Counselor to the Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov

Attorney for Plaintiff