IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | CASE NO. 12-2039 (GAG) |

### NOTICE OF COMPLIANCE WITH DIRECTIVES OF THE COURT

Pursuant to the Scheduling Order entered on the 25th day of January, 2016, (Docket No. 302), the undersigned hereby certifies he has accordingly complied with the Court's Directives of notifying all interested parties.

WHEREFORE, the undersigned very respectfully requests that the Court takes notice of the above for all relevant purposes.

In San Juan, Puerto Rico, this 4th day of February, 2016.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**Civil No. 12-2039 (GAG)**

**NOTICE OF ELECTRONIC FILING**

 **I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

           **S/ ALFREDO A. CASTELLANOS**
           **ALFREDO A. CASTELLANOS**
           Constitutional and Legal Advisor
           Federal District Court, for the District of Puerto Rico
           alfredo@cglawpr.com