UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                            Defendants. | No. 12-CV-2039 (GAG) |

**MOTION TO RESTRICT MOTION FOR EXTENSION OF TIME (DKT. 314) TO SELECTED PARTIES**

Defendant, the Commonwealth of Puerto Rico, respectfully requests leave to restrict viewing of "Motion for Extension of Time" ( Dkt. #314) to selected parties, pursuant to this Court's Standing Order No. 9.

1. On February 5, 2016, the Commonwealth of Puerto Rico filed the referenced motion under seal, for viewing by selected parties and the Court.

2. Defendant files the instant motion to maintain restricted viewing of the motion to the Court and selected parties. The subject matter of the motion pertains to sensitive information in this Court's sealed order of December 10, 2015. (Dkt. #288).

WHEREFORE, Defendant respectfully requests that this Court restrict viewing of the Motion for Extension of Time to selected parties.

Respectfully submitted,

WE HEREBY CERTIFY that on today's date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the parties and counsel of record.

In San Juan, Puerto Rico, this 5th day of February 2016.

RESPECTFULLY SUBMITTED.

                                                **CESAR MIRANDA RODRÍGUEZ**
                                                 Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVARA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR # 217505
bannexy@justicia.pr.gov