UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |



### Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for January 2016.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | $6,500.00 | January 25, 2016 to January 29, 2016 |
| Linda V. Navedo | $6,500.00 | January 25, 2016 to January 29, 2016 |
| Rafael E. Ruíz | $6,500.00 | January 25, 2016 to January 29, 2016 |
| Marcos Soler | N/A | N/A |
| John J. Romero | $6,500.00 | January 25, 2015 to January 29, 2016 |
| Alan Youngs | $6,500.00 | January 25, 2015 to January 29, 2016 |
| Scott Cragg | N/A | N/A |
| Subtotal | $32,500.00 | |
| **Telework** | | |
| Gerard LaSalle | $2,600.00 | January 2016 |
| Linda V. Navedo | $2,600.00 | January 2016 |
| Rafael E. Ruíz | $2,600.00 | January 2016 |
| Marcos Soler | $9,100.00 | January 2016 |
| John J. Romero | $2,600.00 | January 2016 |
| Alan Youngs | $2,600.00 | January 2016 |
| Scott Cragg | $3,262.00 | January 2016 |
| Subtotal | $25,362.00 | |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $3,500.00 | January 2016 |
| Federico Hernandez Denton | $7,125.00 | January 2016 |
| Antonio Bazán | $5,250.00 | January 2016 |
| | Subtotal | $15,875.00 |
| Car Expenses | | |
| Chauffer | $900.00 | January 24, 2016 to January 30, 2016 |
| Gasoline | $460.75 | January 2016 |
| Tolls | $50.00 | January 2016 |
| Car Wash | $30.00 | January 2016 |
| | Subtotal | $1,440.75 |
| Office Supply | | |
| White Copy Paper | 29.97 | |
| | Subtotal | $29.97 |
| DSG Insurance Corp. Policy Renewal | | |
| General Liability | $280.00 | |
| Business Auto | $1,564.00 | |
| Umbrella | $750.00 | |
| | Subtotal | $2,594.00 |
| Grand Total | | $77,801.72 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $77,801.72, the total amount of the monthly expenses, for the month of January 2016.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $77,801.72 the total amount of the expenses for the month of January 2016.

In San Juan, Puerto Rico, this day February 8, 2016.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.