# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:     TCAPR, LLC
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the
month of January 2016, is detailed as follows:
(7 @ $150 = $1,050)

44-6600

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City:  Final review of policies on non-discrimination, request notation (9.0 hours) | X | N/A | Saturday-Sunday, January 2-3, 2016 | (9 @ $150 = $1,350) |
| Work from New York City: Final Review of policies on investigation of sexual assaults (6.0 hours) | X | N/A | Saturday, January 9, 2015 | (6 @ $150 = $900) |
| Work from New York City: Review USDOJ/PRDOJ responses to the Six-Month Report and draft TCA responses; Edit Six-Month Report (8.0 hours) | X | N/A | Sunday, January 10, 2016 | (8 @ $150 = $1,200) |
| Work from New York City:  Review for approval Actions Plans on professionalization, supervision, recruitment and community interaction (14.0 hours) | X | N/A | Saturday and Sunday, January 16-17, 2016 | (14 @ $150 = $2,100) |
| Work from New York City:  Draft memoranda for TCA, Review draft report on survey outcomes, Review response to OG CIT (7.0 hours) | X | N/A | Monday January 18, 2016, | (7 @ $150 = $1,050) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of 4 Action Plans; Drafting Action Plan Methodology (2.0 hours) | X | N/A | Tuesday-Wednesday, January 19-20, 2016 | (3 @ $150 = $450) |
| Work from New York City: Drafting methodology for Actions Plans on professionalization, supervision, recruitment and community interaction (12.0 hours) | X | N/A | Saturday and Sunday, January 23-24, 2016 | (12 @ $150 = $1,800) |
| Work from New York City:  Final Review TCA Letter to Parties on Semi-Annual Report, Communications with the TCA and Core Team members (4.0 hours) | X | N/A | Thursday 28, 2016, | (2 @ $150 = $300) |
| Work from New York City:  Review additional comments on Actions Plans on supervision, professionalization, recruitment and community interaction, Continue to draft Audit Methodology for Action Plans (10.0 hours) | X | N/A | Saturday and Sunday, January 30-31, 2016 | 10 non-billable hours |
| TOTAL HOURS WORKED: 71.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 days, 0 HOURS) | | | | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (61 HOURS @ $150): | | | | $9,100 |
| TOTAL TO BE BILLED: | | | | $9,100 |



# INVOICE FOR PROFESSIONAL SERVICES:
# [JAN 1 THROUGH JAN 27, 2016]
# [SCOTT CRAGG, CRYSTAL REEF LLC]

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283]| [SPCRAGG@VERIZON.NET]

TO:   **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of January 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Email and phone communications with TCAPR | 1 | | 1/1-27 | 150 |
| Review TCA Draft 6 month report, review and compare DOJ Response to TCA Draft and PRPD 6 month report. Document translation, review and reconcile trip reports with 6 month reports | 18.75 hours | 0 | 1/9,22,23,25,26, 27 | 2812.50 |
| Research Police technology (attend Briefing on Seattle PD reform using Body Worn Camera Technology – Impact To technology Infrastructure | 2 hours | 0 | 1/4/16 | $300 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 10(US) |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 21.75 Hours |
| TOTAL TO BE BILLED: | | | | **$3262.50** |
| TOTAL HOURS WORKED   21.75 hours US | | | | |

INVOICE PRESENTED BY:
__//Signed//_____1/27/2016_____
Scott Cragg,  TCA Core Team
[13932 South Springs Dr.
Clifton, VA 20124]


I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOI
# CE

INVOICE
#2016-02
DATE: JANUARY
31, 2016

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:

Services on: January 31, 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Services rendered January 1 through Januarry 31, 2016 | | | |
| 1-06-16: Use of Specialized Weapons and SWAT Re-org | | | |
| 1-10-16: Work on Projected Activities | | | |
| 1-10-16: Work on Crisis Intervention Team OG | | | |
| 1-11-16: GO Intervencion Con Extranjero | | | |
| 1-21.16 Work on Dec 6-MO Report | | | |
| Total Hours worked: 21.5 | | | |
| Total Hours Billable | 17.33 | $150/hr | 2600.00 |
| | | | |
| 5 Days of Site Visit to PR (See January 2016 Agenda) | 5 days | 1300/day | 6500.00 |
| | | TOTAL | 9100.00 |

Rafael E. Ruiz
**Signature**_____ **Date January 31, 2106**

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 |

> A:    TCAPR Corp.
>        #268 Muñoz Rivera
>        Suite 1001, World Plaza
>        San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **January/2016**, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session with the TCA Arnaldo Claudio for the organization and coordination of the January/2016's agenda and pending matters; work related to the policies submitted by the PRPD; work related to the new Plans of Action; among other matters. (7.0) | N/A | X | 4/January | |
| Working session for the reading, review and analysis of the PRPD's policies and better practices (related to the policies pending to review). (6.0) | N/A | X | 5/January | |
| Working session for the follow up, coordination and mailing of electronic communications, of matters relating to PRPD's policies. (3.0) | N/A | X | 7-9/January | |
| Working session for the TCA Core Team & Reform Office January/2016 agenda and Actions Plan. (6.0) | N/A | X | 11/January | |
| Working session for the review of the General Order regarding the Crisis Intervention Team. (3.0) | N/A | X | 15/January | |
| Working session for the P. 241 with TCA Arnaldo Claudio, Eric Guzmán, Lara Morel and Dr. Blanco Peck; attending and participation at meeting in the Reform with the TCA Arnaldo Claudio, Eric Guzmán, Federico Hernández Denton, Lara Morel (TCA Office) and Commander Alba Díaz, Yashira Vega and Beatriz Annexy (PRPD); and follow up of outstanding issues, among others matters. (5.0) | N/A | X | 19/January | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Attendance and participation at meeting in ACLU with the TCA Arnaldo Claudio, PRPD and Grucorpo representatives. (2.0) | N/A | X | 22/January | |
| TCA Core Team Week | N/A | X | 29/January | $1,300.00 |
| TCA Core Team Week | N/A | X | 29/January | $1,300.00 |
| TCA Core Team Week | N/A | X | 29/January | $1,300.00 |
| TCA Core Team Week | N/A | X | 29/January | $1,300.00 |
| TCA Core Team Week | N/A | X | 29/January | $1,300.00 |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK": | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 14.67 HOURS | |

INVOICE PRESENTED BY:

*Linda V. Navedo Cortés*

LINDA V. NAVEDO CORTÉS
TCA Core Team
January 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016

## VOUCHER

**Invoice for Date of Service:**   January 2016

**TO:  TCA Corporation**

**FROM: Gerard LaSalle, Ph.D. LLC   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**

**PHONE: 973-943-3167**    jlasalle24@comcast.net

**TAX ID: 20-5830242**

**CASE: Reform Agreement Police of Puerto Rico**

<u>**Professional Fee**</u>

| | | | |
|---|---|---|---|
| **TCA On-Site visit** | **Fixed Rate** | **Jan.  25-29** | **$6500** |
| **Hourly rate (off-site):** | | | **$150.** |
| | | | **Hour(s)** |

<u>**Month of January:**</u>

**7,8,10-12,-Review and provide comment on PRDOJ & USDOJ remarks on Third Semiannual Report**                                                                                **17**

**20-24- Review and provided comment to PRPD Internal Affairs Investigator Manual**                                                                                               **10**

   **Total payable hours: 27 x $150. per hour   x 27**                          **$ 4050**


**TOTAL AMOUT DUE**                              **(capped limit)**          **$9100**

*[signature]*

**Gerard LaSalle**

*[signature]*

**Arnaldo Claudio, TCA**

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

January 31, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 018
FOR PROFESSIONAL SERVICES RENDERED JANUARY 2016

Monday, Jan 25, 2016          TCA Office re: meetings

Tuesday, Jan 26, 2016         TCA Office re: meetings
                              Visit PRPD Facilities

Wednesday, Jan 27, 2016       TCA Office re: meetings
                              PRPD HQ. Re: meetings

Thursday, Jan 28, 2016        TCA Office re: meetings
                              PRPD HQ. re: meetings

Friday, Jan 29, 2016          TCA Office re: meetings
                              Visit PRPD Facilities


**5 DAYS (DAY RATE $1,300) = $6500**

January 1-31          Reviewed PRPD's Final Draft on Crowd Control 2hrs
                      Prepared written review on above policy 3hrs
                      Reviewed PRPD's Final Draft on Specialized Weapons 2hrs
                      Prepared written review on the above policy 2hrs
                      Reviewed PRPD's Final Draft on Reorganization of the Division
                      Of Special Weapons and Tactics (SWAT) 3hrs
                      Prepared a written report on the above policy 3hrs
                      Reviewed PRPD's Draft Policy on Creation of Crisis Intervention
                      Team (CTI) 6hrs
                      Researched the above subject 3hrs
                      Prepared a written report on the above policy 6hrs.
                      Conferred with Core Team re: above policy 2hrs

**TOTAL HOURS  32**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO = 14 HOURS 40 MINUTES**

**TOTAL. $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: JAN 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of January 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed and obtained information on best police Policy and Procedure for Police Academy as requested by PRPD and the TCA  (8 hours) | X | N/A | 3/JAN | 1200.00 |
| Researched, reviewed and obtained information on best police practices concerning Criminal Justice Sector Assessment Rating Tool (2 hours) | X | N/A | 10/JAN | 300.00 |
| Researched, reviewed and obtained information on best police practices concerning police agency SWOT Analysis-Strengths, Weaknesses, Opportunities, and Threats. (4 hours) | X | N/A | 10/JAN | 600.00 |
| Researched, reviewed and provided The Arizona Leadership Program Curriculum (4 hours) | X | N/A | 10/JAN | 600.00 |
| Researched, reviewed and obtained information on IACP standards of conduct for officers and non-sworn members of law enforcement agencies (2 hours) | X | N/A | 18/JAN | 300.00 |
| Researched, reviewed and obtained information on best police practices for TASER case law (2 hours) | X | N/A | 20/JAN | 300.00 |
| Researched, reviewed and obtained information on Crisis Intervention Training (2 hours) | X | N/A | 21/JAN | 300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 25/JAN | $1,300.00 |

| | | | | |
|---|---|---|---|---|
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 26/JAN | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 27/JAN | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 28/JAN | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 29/ JAN | $1,300.00 |
| | | | | |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 13.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
January 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.


ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

2

*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

January 15, 2015

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

Invoice from Federico Hernández Dentón for November 2015

| Date | Description | Hours |
|------|-------------|-------|
| 12/27/15 | Reading and analysis of Draft of Six Month Report of the TCA. Reading and analysis of PRPD Third Progress Report. | 3.5 |
| 12/29/15 | Revision of Six Month Report. | 3.5 |
| 12/30/15 | Preparation of Proposal to restructure and revise Six Month Report. | 6 |
| 12/31/15 | Meeting with TCA. | 4 |
| 1/14/16 | Conference call with TCA regarding GRUPOCORPO'S request for meeting with PRPD and alternatives available to address concerns of PRPD with disclosure of draft of policies. | 1 |
| 1/15/16 | Conferences call with attorneys Beatriz Annexy, Alfredo Castellanos and TCA regarding request of PRDOJ with respect to Sistema TV interview of TCA and receipt and reading of emails. | 3 |

| 1/19/16 | Preparation for meeting with TCA and Director of Reform concerning appeals to CIPA, planning of visit of CORE TEAM of next week and criteria of promotions of PRPD. Meeting with the TCA. | 6 |
|---------|----------|-----|
| 1/20/16 | Meeting with the Board of Exam of PRPD. | 3.5 |
| 1/23/16 | Reading of Six Month Report and comments of the DOJ and PRDOJ and TCA in preparation for meeting paragraph 253 on Tuesday. | 2.5 |
| 1/25/16 | Visit to the Core Team. Review of documents in preparation for meeting with Counsel fir DOJ and PRPD requested by counsels according to sealed order.  Review of Six Month Report and comments of DOJ in preparation for meeting. | 6 |
| 1/26/16 | Meeting with counsel for DOJ and PRDOJ. Meeting with parties at TCA office. Meeting with TCA – 253 meeting. Reading and replying to messages concerning meeting held today regarding the Draft of the Six Month Report of the TCA. | 9 |
| 1/27/16 | Meeting with Alfredo Castellanos and Lara Morell. Reading of Draft of Six Month Report in preparation for meeting of TCA with DOJ and PRDOJ. Meeting with TCA and attorney Morell of TCA. Meeting of TCA with attorneys Saucedo and Muehler of DOJ and attorney Anexy (conf call) of PRPDOJ and attorney Morell of TCA concerning the Draft of Six Month Report. | 3 |
| 1/28/16 | Preparation for meeting with attorney Yashira Vega of PRPD, research of jurisprudence concerning standards if evidence in appellate administrative disciplinary cases. | 4.5 |
| 1/30/16 | Conference call with attorney Castellanos concerning meeting with Acting Chief Justice Rodriguez about the Fajardo Hearings of the Court. | .30 |
| 1/31/16 | Viewing of interview of Coronel Claudio in Sistema TV Investiga Program and conference call with attorney Alfredo Castellano regarding the interview and concerns expressed by parties. | 1 |

**Total hours: 57**
**Per $ 125.00**
**Total: $ 7,125.00**

I hereby certify that the amount billed in this Invoice is true and correct and correspond to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for telephone calls where legal advice was requested nor for time spent traveling to and from TCA office and/or the Puerto Rico Police Department.

Federico Hernández Dentón

CASTELLANOS GROUP, P.S.C.

January 29, 2016

MR. ERIC GUZMÁN

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

*Draft (For Discussion Purposes):*

## Invoice For Services Rendered To The TCA During The First Half of the Month of January 2016.

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the month of January 2016. No billable expenses have been incurred during the month of January 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|---|---|---|
| 12/23/2015 | Multiple telephone conversations with Lcda. Elipsia de Jesús, regarding the Community Interaction Councils of the East's participation in the Public Hearing. | 1 |
| 12/28/2015 | Visit to the Fajardo Courthouse and meeting with Administrative Judge the Hon. Lourdes M. Díaz Velázquez, with the Commander for the Fajardo Area Lt. Col. Juan A. Cáceres Méndez, with the Director of the Police Reform Office Lt. Col. ClementinaVega, members of the Clerk's Office, U.S. Marshals, and other members of Puerto Rico's Judiciary. | 4 |
| During the month of January 2016 | Communications with the Court regarding numerous preliminary organization efforts of the Public Hearing in Fajardo. | 2 |
| 1/5-6/2016 | Discussion and communications with the TCA and the Court regarding matters to be addressed at the Fajardo Public Hearing. | 2 |
| 1/11/2016 | Conversation with the Court regarding the scope of the media's participation in the Fajardo Public Hearing. | 1 |
| 1/11/2016 | Coordination of the meeting with Marcelo Trujillo, Mayor of Humacao, with members of his office and his personal assistant, Mr. Luis Santiago. | .50 |
| 1/11/2016 | Communications with Manny Varela, U.S. Marshal, regarding the coordination of security measures for the Fajardo Public Hearing. | 2 |
| 1/11/2016 | Communications with the Hon. Judge Lourdes Díaz Velázquez regarding the coordination of the Fajardo Public Hearing (such as the use of her Courtroom for the Hearing). | .50 |
| 1/11/2016 | Analysis and written communications regarding the TCA's Third Six | 1 |

## CASTELLANOS GROUP, P.S.C.

| | Month Report | |
|---|---|---|
| 1/12/2016 | Drafting and Discussion of a Preliminary Memorandum to the Court and Condensed Summary of the Agreement for the Sustainable Reform of the Puerto Rico Police Department for Potential Guest Speakers, *as a working document.* | 4 |
| 1/12/2016 | Further work in the drafting of the In Progress Report for the months of December and January – to be submitted upon final completion of the work done for the month of January. | 4 |
| 1/14/2016 | Meeting with Aníbal Melendez, Mayor of Fajardo, regarding the coordination of the Public Hearing in his township and his participation in the hearing as a representative of the members of his community. | 3 |
| 1/18/2016 | Observation and Participation of Community Interaction Committee's Activity in Fajardo, for analysis purposes regarding their participation at the Hearing. | 3 |

| **Total Hours** | **28** |
|---|---|
| **Total Billed** | **$3,500.00** |

*Note: Some hours worked during the month of December, were included in this invoice, due to their having left out on the previous invoice for the month of December. A significant portion of the hours worked during the month of January were left out of the present invoice. They will be included in the invoice for the month of February 2016.*

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.*



**ALFREDO CASTELLANOS BAYOUTH**

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

January 30, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice **2016-01**

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. not billed in the December 2015 invoice and the month of January, 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 12/28/2015 | **3.0 hrs**.   2:00 to 5:00 pm. | Review, assessment and recommendations on the following policies "Investigacion de Delitos Sexuales" and "Manejo y Control de Multitudes |
| 12/30/2015 | **3.75 hrs**.  11:30 am to 1:00 pm, 3:00 to 4:00 pm, 4:30 to 5:45 pm. | Review, assessment, changes and recommendations on "Intervencion de Delitos Sexuales Cometidos por Empleados PPR" and "Orden General Estructura y Reorganizacion." |
| 1/07/2016 | **4.50 hrs**. 3:00 pm to 5:15 p.m and 6:00 pm to 8:15 pm. | Review and Assessment of DOJPR reply and Recommendations on draft of Procedures for Use of Specialized Weapons and Reorganization of Division of Special Weapons and Tactics. |
| 1/08/2016 | **6.5 hrs**.   11:30 am to 12:30 pm, 1:30 pm to 7:00 pm. | Review, analysis , recommendations regarding multiple items in USDOJ reply and recommendations to Draft Report |
| 1/09/2016 | **4:00 hrs**.  4:00 to 8:00 pm | Further review, analysis, advise and recommendations on consolidated recommendations and reply. |
| 1/25/2016 | **3:00 hrs**.  4:00 to 7:00 pm | Review of Judge's Order, USDOJ comments on Interventions with Foreign Nationals and review, comments and recommendations on SARP's agents manual. |
| 1/26/2016 | **2.0 hrs**.  11:00 am to 1:00 pm. | Personal meeting with TCA on further changes to draft report and discussion of extent of recommendations by parties. |
| 1/26/2016 | **3:00 hrs**.   1:00 pm to 4:00 pm | TCA's Office.  Meeting with DOJPR, PRPD, USDOJ to discuss more changes to Draft Report. |

**Page 1 of 2**

| 1/26/2016 | **2.0 hrs**.  8:00 to 10:00 pm. | Implementation, further discussion and writing of additional changes to draft report. |
|---|---|---|
| 1/28/2016 | **7.50 hrs**. 9:00 to 11:30 am and 1:00 to 6:00 pm. | Meeting at PRPD with attorneys for PRPD, USDOJ, DOJPR to discuss eight (8) policies where recommendations had been previously submitted to PRPD  Includes SARP's Manual |
| 1/29/2016 | **1.25 hrs**. 9:00 to 10:15 am. | Meeting at PRPD with attorneys for PRPD, USDOJ and DOJPR to discuss unfinished policies on automobile pursuits and remaining comments on specialized weapons |
| 1/29/2016 | **1.50 hrs**. 1:00 to 2:30 pm | Meeting at TCA's Offices to discuss meetings, visits of Core Team and issues related to P. 236 of the Agreement and USDOJ failure to request extension of time. |
| 1/30/2016 | **42   .0**   Total   Hours billed | 42 hrs. x $125.00= $5,250.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department  or to any other dependencies. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

# INVOICE 0110

1/25/016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services rendered during the week of | 900.00 |
| January 24-30, 2015 to TCAPR CORP | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

128 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

128 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 1/30/20 6

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☐  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | 20 | 0 |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 200

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIA**

FECHA 1/29/20 6

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☐  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | 30 | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 30

WEL COME TO
OUR  STORE

REG    CA #03   37.286L           9.65
                 $ 0.327/ L
               Sub Total         9.65
                 ESTATAL          0.00
                MUNICIPAL         0.00
          T O T A L     19.65
               CREDIT $        9.65
THANKS, COME  AGAIN
REG# 0001 CSH# 011 DRP 0   TRANS #2803
01/27/15  20:00:50         STA #P:03

*Raúl*

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO
-----------------------------------------
CASH           REC# 82855      01/26/16
-----------------------------------------

**✳✳✳✳  RECIBO  ✳✳✳✳**

1   GASOLINA(08)  34.71Lt        17.60
    (REGULAR)  50.7/Lt
                                -------
                                 17.60
             TAX MUN . . . . .     .00
             TAX EST . . . . .     .00
                                -------
    TOTAL DE LA VENTA . . . . .  17.60

    CAMBIO DE   20.00  -  2.40


* GRACIAS POR SU COMPRA, VUELVA PRONTO *

        1-Adm  13:16c

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIA

FECHA  1/27/20

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☐  CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | 40 |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

*cash*

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL**  40 α

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 1/24/20/6

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☐   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | 40 | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ _____   **TOTAL** | 40 00 | |

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | Qty | amount |
|---|---|---|
| Prepay CA#08 | | 20.00 |
| | Sub Total | 20.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| | **TOTAL** | **20.00** |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 016 DR# 01  TRAN# 42071
01/21/16  18:29:04          ST# 00012

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | cty | amount |
|--------|-----|--------|
| < DUPLICATE RECEIPT > | | |
| Prepay CA#12 | | 40.00 |

| | Sub Total | 40.00 |
|--|-----------|-------|
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| TOTAL. | | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 010 DR# 01   TRAN# 45243
01/16/16  15:44 58              ST# 00012

FABR PETROLEUM
767 1010

| descr. | qty | amount |
|--------|-----|--------|
| Prepay CR#07 | | 15.00 |

| | Sub Total | 15.00 |
|--|-----------|-------|
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| TOTAL | | 15.00 |
| | MAN CRED $ | 15.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01   TRAN# 12987
01/15/16  09:30:41             ST# TX224

CONTROL : FERN B/BBE
SJ
"processed by Softek"

Shell Global Station Group
CARR. 190 EM. 5.1
BO Quebrada Arena
Las Piedras, PR  00771
787 716 7533

Transaction #       167386
Date : 1/20/2016   Time : 3:12:02 PM
Cashier : GS        Register #:  1

| Item | Amount |
|------|--------|
| 1 | |
| GASOLINA | $40.00 |

| | Sub Total | $40.00 |
|--|-----------|--------|
| | Total | $40.00 |
| | CASH Tendered | $40.00 |
| | Change Due | $0.00 |

............ PIDE TU RECIBO ............
IVU# 0010  UPELO 23RNF
SE DRAW Dec/31/1969
CONTROL :
.... CON EL IVU LOTO TODOS GANAMOS .....

GRACIAS POR SU PATROCINIO
Shell Global Station Group

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | cty | amoun |
|--------|-----|-------|
| Prepay CA#01 | | 20.0 |

| | Sub Total | 20.0 |
|--|-----------|------|
| | IVU 1% | 0.0 |
| | IVU 10.5% | 0.0 |
| | SPEC 2% | 0.0 |
| TOTAL | | 20.00 |
| | CASH $ | 20.0 |

THANKS, COME AGAIN
REG# 0004 CSH# 028 DR# 01   TRAN# 4793
01/11/16  10:24 25             ST# C001

```
  BIENVENIDOS A
     ANY TIME
      OFINA

Descr.        qty      Amount
--------      ---      ------
Prepay CA#01           20.00
                      --------
         Sub Total     20.00
         MUNICIPAL      0.00
          ESTATAL       0.00
      TOTAL            20.00
          CASH  $      20.00
THANKS, COME  AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 17322
01/11/16  13:24:41       ST# AB123
```

```
      TO  GO  STORE  GURABO
        CARR  189  KM  0.4
      BO.  NAVARRO  GURABO
          PR.  00778

Descr.        qty      amount
--------      ---      ------
Prepay CA#02           40.00
                      --------
          Sub Total    40.00
            IVU 1%       0.00
            IVU 10.5%    0.00
            SPEC 2%      0.00
       TOTAL           40.00
            CASH  $     40.00
THANKS,  COME  AGAIN
REG# 0004 CSH# 004 DR# 01  TRAN# 48952
01/04/16  15:11 24       ST# 00012
```

## LULU SERVICE STATION
1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS | | |
|---|---|---|
| FECHA 12/30/20 5 | | |
| SR. | | |
| DIRECCION | | |
| TAB. NÚM. | CASH ☐ | CRÉDITO ☐ |
| LITROS DE GASOLINA | 40 | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | TOTAL | 40 00 |

```
      TO  GO  STORE  GURABO
        CARR  189  KM  0.4
      BO.  NAVARRO  GURABO
          PR.  00778

Descr.        qty      amount
--------      ---      ------
Prepay CA#05           40.00
                      --------
          Sub Total    40.00
            IVU 1%       0.00
            IVU 10.5%    0.00
            SPEC 2%      0.00
       TOTAL           40.00
            CASH  $     40.00
THANKS,  COME  AGAIN
REG# 0004 CSH# 028 DR# 01  TRAN# 45715
01/02/16  08:26 37       ST# 00012
```

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Sur, Carril 2
Cajero: 9570
01/02/16 09:09:20

Numero de Cuenta:       ACT03451155
Cantidad de Pago:      $      10.00
Metodo de Pago:          Efectivo
Balance:               $      25.00

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1655
01/20/16 16:40:23

Numero de Cuenta:       ACT03451155
Cantidad de Pago:      $      20.00
Metodo de Pago:          Efectivo
Balance:               $      25.45

*Raúl*

Recibo de Recarga

www.autoexpreso.com
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 953
01/24/16 10:13:30

Numero de Cuenta:       ACT03451154
Cantidad de Pago:      $      20.00
Metodo de Pago:          Efectivo
Balance:               $      33.35

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 01/20/20

SR.

DIRECCION

TAB. NÚM. ____ CASH ☐ CRÉDITO ☐

| LITROS DE GASOLINA | | |
|---|---|---|
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 15 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ____ **TOTAL** 15 00

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 01/02/20

SR.

DIRECCION

TAB. NÚM. ____ CASH ☐ CRÉDITO ☐

| LITROS DE GASOLINA | | |
|---|---|---|
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 15 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ____ **TOTAL** 15



AHORRAR ES FACIL
CON TU MEMBRESIA
GERENTE del CLUB CARLOS RODRIGUEZ
Club 6543 CAROLINA
TEL. 787-257-1500
01/14/16 18:43 4412 06543 060     2875

U MEMBER   101-*******7324

# THANK YOU,

JOSUE LOPEZ

```
       95721 PAPER              26.88 T
                 SUBTOTAL       26.88
       TAX 1  10.500 %           2.82
       TAX 2   1.000 %           0.27
                   TOTAL        29.97
          CASH  TEND           30.00
          CHANGE DUE            0.03
```

CONTROL: 9UDBT-K5HKH UH

# # ITEMS SOLD 1

TC# 6269 8882 7214 1329 7190



Por favor háblenos acerca de su experiencia de compra
http://www.survey.samsclub.com
EN AGRADECIMIENTO POR SU TIEMPO PODRÁ GANAR
UNA DE CINCO TARJETAS DE REGALO DE SAM'S CLUB
VALORADAS EN $1,000 CADA UNA. Para participar debe
ser mayor de 18 años y ser residente legal de EU. Nada
que comprar para participar. Para participar sin
comprar y ver las reglas oficiales visite:
www.entry.survey.samsclub.com
Los periodos de cada sorteo terminan en la fecha que
muestren las reglas oficiales.
Tiene DOS semanas a partir de la fecha de hoy para
contestar la encuesta.

## Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
01/14/16       18:43:35

ok



# J.JARAMILLO INSURANCE

PO Box 195357
San Juan, PR  00919

— **INVOICE** —

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO |
|---|---|
| | 16954 |
| Date | 01/13/2016 |
| Customer Service | DSG Insurance Corp |
| Page | 1 of 1 |

| Payment Information | |
|---|---|
| Invoice Summary | 280.00 |
| Payment Amount | |
| Payment for: | Invoice#114401 |
| CP000309909 | |

**Thank You**

TCAPR CORP &/OR ARNALDO CLAUDIO
WORLD PLAZA 68 MUNOZ RIVERA 1001
SAN JUAN, PR 00918-1921

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 114401 | 02/23/2016 | Renew policy | Policy #CP000309909  02/23/2016-02/23/2017<br>Multinational Insurance Company<br>General Liability - Renew policy | 280.00 |
| | | | **Total** | 280.00 |

**Thank You**

AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF
J. JARAMILLO INSURANCE, INC. ****** SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU
TOTALIDAD. FAVOR EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE, INC.

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357<br>San Juan, PR  00919-5357 | | 01/13/2016 |





**J.JARAMILLO**
**INSURANCE**

PO Box 195357
San Juan, PR  00919

## INVOICE

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO |
|---|---|
| | 16954 |
| Date | 01/14/2016 |
| Customer Service | DSG Insurance Corp |
| Page | 1 of 1 |

| Payment Information | |
|---|---|
| Invoice Summary | 1,564.00 |
| Payment Amount | |
| Payment for: | Invoice#114496 |
| CA000303925 | |

Thank You

TCAPR CORP &/OR ARNALDO CLAUDIO
WORLD PLAZA 68 MUNOZ RIVERA 1001
SAN JUAN, PR 00918-1921

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 114496 | 02/23/2016 | Renew policy | Policy #CA000303925  02/23/2016-02/23/2017 Multinational Insurance Company Business Auto - Renew policy | 1,564.00 |

| | Total |
|---|---|
| | 1,564.00 |

Thank You

AS PER RULE 29. COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF
J. JARAMILLO INSURANCE, INC. ****** SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU
TOTALIDAD. FAVOR EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE, INC.

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357 San Juan, PR  00919-5357 | | 01/14/2016 |



# INVOICE

**J.JARAMILLO INSURANCE**

PO Box 195357
San Juan, PR  00919

| | |
|---|---|
| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO |
| | 16954 |
| Date | 01/26/2016 |
| Customer Service | DSG Insurance Corp |
| Page | 1 of 1 |

| Payment Information | |
|---|---|
| Invoice Summary | 750.00 |
| Payment Amount | |
| Payment for: | Invoice#115911 |
| CU302282 | |

Thank You

**TCAPR CORP &/OR ARNALDO CLAUDIO**
**WORLD PLAZA 68 MUNOZ RIVERA 1001**
**SAN JUAN, PR 00918-1921**

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 115911 | 02/23/2016 | Renew policy | Policy #CU302282  02/23/2016-02/23/2017<br>Multinational Insurance Company<br>Umbrella - Renew policy | 750.00 |
| | | | **Total** | 750.00 |

Thank You

AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF
J. JARAMILLO INSURANCE, INC. ****** SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU
TOTALIDAD. FAVOR EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE, INC.

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357<br>San Juan, PR  00919-5357 | | 01/26/2016 |

