12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of January.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stake holders, including: a meeting with Dennys Torres, Assistant Director of the Veteran Employment & Training Service, US Department of Labor; with Dr. Blanco Peck in relation to discuss status of the surveys in accordance with para. 241; with GRUCORPO work team; and with Police Reform Unit work team to discuss work plan for the January visit. The TCA attended to a meeting in Fajardo Court House; attended a meeting with Jose Rodríguez, president of Centro de Protección de los Derechos Humanos de los Dominicanos; and actively participated in a conference call with USDOJ, PRDOJ and PRP to discuss the working agenda for the TCA Core Team Visit activity.

During the the visit of the Core team visited the Zone of Excellence of Bayamón; the Police Station of Humacao; and the Police Academy. During this period, the following Action Plans were reviewed: Implementation and Search and Seizures. The following Administrative Orders were reviewed: Civilian Complaints, Internal Investigation and Discipline; Police Implementation; and Drugs and Narcotics Unit. The following General Orders were reviewed: General Order on Crisis Intervention; General Order Foreign National Intervention Policies; General Order on Crowd Control; General Order Procedures for the Use of Specialized Weapons; General Order Policy on Management of Vehicles in Emergency Cases and Police Pursuits. Also the Equal Protection and Non-Discrimination Policy, the SARP Investigative Manual, and the 2016 work plan were discussed.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under paragraph 253 of the Agreement, the monthly meeting with the TCA´s CPA for the update of the employee records, income tax inquires; financial statements preparation and payroll, preliminary Core Team´s January agenda, circulating CT agenda and the Core Team work plan. Coordination and preparation of the TCA´s agenda and meetings with the Core Team to discuss 2016 Work Plan; and preparing respective court documents for the parties' review and input of the TCA Expenses, paragraph 30.