UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>Defendant. | No. 12-cv-2039 (GAG) |

## REQUEST FOR LEAVE TO FILE ANNUAL FINANCIAL STATEMENT

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs:

1. In accordance with the Stipulation and Order for the Establishment of the TCA Office and the Payment of TCA Expenses, "the Stipulation" (Dkt. 139), the TCA Office is required to file with this Court an annual financial statement.

2. Paragraph 30 of the Stipulation specifically states: "Following each natural year, which starts on January 1st and ends December 31st, the TCA shall file with the Court an annual financial statement."

3. Pursuant to this Court's order and in compliance with the same, the Technical Compliance Advisor, files the annual financial statement on this date, for the period covered from January 1st, 2015 to December 31st, 2015.

FOR ALL OF WHICH, the TCA respectfully requests that this Honorable Court affirms compliance with the order, approving and authorizing the filing of the annual financial statement, for the period covered from January 1st, 2015 to December 31st, 2015.

In San Juan, Puerto Rico, this day February _10_, 2016.

**RESPECTFULLY SUBMITTED.**

_____
**Arnaldo Claudio -TCA**

**CERTIFICATE OF SERVICE:** I hereby certify that an electronic copy of this document has been sent to all parties of record.