**Report Date:** January 28, 2016



RECEIVED AND FILED
2016 FEB 10 PM 4:01
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT

# TCAPR, CORP.
Office of the Technical Compliance Advisor

# Financial Report as of:

# December 31

# 2015

This financial report was prepared solely and exclusively for the use of the USDOJ, PRDOJ, and the USDC for the District of Puerto Rico and is to be considered private, privileged and confidential in substance and nature. It cannot be reproduced, shared, demonstrated, published or otherwise exposed to others without the express authorization. No one other than the named recipients can rely on this report and/or its terms and conditions.

Prepared by:
Eric Guzman
Executive Office Manager

January 28, 2016
Page 1 of 4

**To:** Judge Gustavo A Gelpi
United States District Court of Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardon Street
San Juan, PR, 00918-1767

**From:** Eric Guzman
Executive Office Manager
Office of the Technical Compliance

**Re:** Mr. Arnaldo Claudio
Technical Compliance Advisor ("TCA")
TCAPR, Corp.

**Subject:** Financial Report as of December 31, 2015

**Copies:** US Department of Justice
PR Department of Justice

**TCAPR, Corp.**
**Statement of Operations and Fund Balance vs. Budget**
**As of December 31, 2015**

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---|---|---|
| TOTAL PRPD REFORM CONTRIBUTIONS | $ 1,417,989.47 | $ 1,480,739.09 | $ (62,749.62) |
| | | | |
| **PROGRAM EXPENSES** | | | |
| SALARIES & WAGES | $ 466,314.36 | $ 467,400.00 | $ (1,085.64) |
| CONSULTANTS (CORE TEAM) | 604,950.00 | 719,819.98 | (114,869.98) |
| SPECIALISTS | 228,281.25 | 162,500.04 | 65,781.21 |
| TRANSPORTATION | 21,598.45 | 44,710.02 | (23,111.57) |
| TOTAL PROGRAM EXPENSES | $ 1,321,144.06 | $ 1,394,430.04 | $ (73,285.98) |
| | | | |
| **MANAGEMENT & GENERAL EXPENSES** | | | |
| EMPLOYER RELATED TAXES & BENEFITS | $ 44,076.34 | $ 35,514.64 | $ 8,561.70 |
| COMMUNICATIONS | 2,330.78 | 3,000.00 | (669.22) |
| PROFESSIONAL FEES | 17,520.00 | 17,520.00 | - |
| BANK CHARGES & FEES | 550.16 | 380.00 | 170.16 |
| OTHER OFFICE CHARGES | 3,863.45 | 5,269.98 | (1,406.53) |
| OFFICE RENT EXPENSE | 36,000.00 | 36,000.00 | - |
| TOTAL MANAGEMENT & GENERAL EXPENSES | $ 104,340.73 | $ 97,684.62 | $ 6,656.11 |
| | | | |
| FUND BALANCE (DEFICIENCY) (FS) | $ (7,495.32) | $ (11,375.57) | $ 3,880.25 |

## TCAPR, Corp.
## Budget Savings from Program and Management Expenses
## As of December 31, 2015

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---|---|---|
| PROGRAM EXPENSES | $ 1,321,144.06 | $ 1,394,430.04 | $ (73,285.98) |
| MANAGEMENT & GENERAL EXPENSES | 104,340.73 | 97,684.62 | 6,656.11 |
| BUDGET SAVINGS FROM PROGRAM & MANAGEMENT EXPENSES | $ 1,425,484.79 | $ 1,492,114.66 | $ (66,629.87) |

**TCAPR, Corp.**
**Statement of Financial Position**
**As of December 31, 2015**

| TCAPR, CORP. | ACTUAL |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| PETTY CASH | $ 93.11 |
| BANK ACCOUNT | 9,594.59 |
| RESTRICTED FUNDS (F1) | 7,675.00 |
| PRPD FUND RECEIVABLE (USDC) | 63,738.50 |
| PRPD FUND UNBILLED EXPENSES (USDC)(F2) | 2,901.23 |
| TOTAL CURRENT ASSETS | 84,002.43 |
| **OTHER ASSETS** | |
| PREPAID INSURANCE | 399.00 |
| PRTC DEPOSIT (F3) | 150.00 |
| TOTAL OTHER ASSETS | 549.00 |
| **TOTAL ASSETS** | $ 84,551.43 |
| **LIABILITIES AND FUND BALANCES** | |
| **CURRENT LIABILITIES** | |
| ACCOUNTS PAYABLE | $ 62,710.95 |
| TCAPR OVERBILLED (F4) | 866.74 |
| SOCIAL SECURITY TAXES | 2,743.81 |
| STATE INCOME TAX WITHHOLDING | 4,998.07 |
| VA INCOME TAX WITHHOLDING | 583.68 |
| CHAUFFER INSURANCE | 11.20 |
| 7% INCOME TAXES PAYABLE | 3,750.50 |
| ACCRUED VACATION | 4,500.00 |
| ACCRUED SICK | 2,880.00 |
| **TOTAL CURRENT LIABILITIES** | 83,194.95 |
| RESTRICTED FUND BALANCE | 1,356.48 |
| **TOTAL LIABILITIES AND FUND BALANCES** | $ 84,551.43 |

## TCAPR, Corp.
## Statement of Financial Position
## As of December 31, 2015

**Footnote 1:** Restricted Funds

The actual bank account balance contains funds in the amount of $7,675 that have been designated for the following transactions:

    (a) Landlord Deposit of $6,000
    (b) Funds for an Office Switchboard of $1,675

**Footnote 2:** PRPD Fund Unbilled Expenses (USDC)

This amount represents TCA Office expenses incurred that are to be invoiced to the U.S. District Court.

**Footnote 3:** PRTC Deposit

As a prerequisite to establishing a telephone/internet service with the PRTC/Claro for the TCA Office, a commercial deposit of $150 is required. Upon the closing of this account service, this deposit is to be applied towards the TCA Office's final invoice with any excess deposit to be refunded.

**Footnote 4:** TCAPR Overbilled

The TCA Office operates with reimbursement from PRPD funds assigned by the Government of Puerto Rico General Fund deposited with the USDC and restricted for a specific use. During the closing of the TCA Office's accounting books and records for the entire 2015 calendar year, small discrepancies emerged between the amounts requested for reimbursements and the actual amounts paid by the TCA Office totaling $866.74. These discrepancies could be the result of timing issues or administrative inaccuracies during the reimbursement and/or payment process. This amount of $866.74 has been recorded on the accounting books and records as an overbilled amount held in escrow by the TCA Office and is to be used to pay employer state unemployment taxes due for the first quarter of 2016.

**Footnote 5:** Fund Balance (Deficiency)

Deficiency on fund balance corresponds to non-billed vacations and sick leave accruals of non-exempt employees who worked more than 115 hours per month as required by Act No. 180 of July 27, 1998. Vacations and/or sick leave used by non-exempt employees during the year are applied against "fixed monthly staff salaries" funds. At the time of terminating an non-exempt employee, any unused vacation leave balance will be include in the monthly invoice and presented to the parties US Department of Justice, PR Department of Justice and to the United States District Court of Puerto Rico.