UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                              Defendants. | **SEALED**<br><br>No. 12-CV-2039 (GAG) |

**JOINT MOTION FOR EXTENSION OF TIME TO REQUEST FURTHER COURT DIRECTIVES**

Plaintiff, United States of America, and Defendants, Commonwealth of Puerto Rico, et al. (collectively, the "Parties"), respectfully seek an extension of time until March 4, 2016 to file their stipulation on supplemental directives related to this Court's December 10, 2015 Order (Dkt. No. 288). The Parties have reached agreement on supplemental directives in five areas addressed by the Court's December 10 Order. The extension of time is necessary to seek the Technical Compliance Advisor's ("TCA") agreement on two aspects of the supplemental directives, based on the TCA's request for additional time and the TCA's availability.

1. On December 10, 2015, the Court issued a sealed Order setting forth several directives that limit the TCA's activities in accordance with the Agreement for the Sustainable Reform of the Puerto Rico Police Department ("Agreement"). *See* Order, Dec. 10, 2015, Dkt. No. 288. The Order issues directives in nine areas and is intended to facilitate communication between the TCA and the Parties. *Id.* at 9. The Order is also intended to allow the TCA and his team to successfully carry out their duties under the Agreement. *Id.* The Court instructed the Parties to submit additional measures, if necessary, to supplement the directives by February 1, 2016 and to work

with the TCA on protocols in two specific areas of the Order.  *Id.* at 4, 6, 8.  These two specific areas relate to civilian complaints and community involvement and the TCA.

2. On February 1, 2016, the Parties filed a Joint Motion for Extension of Time until February 5 to file supplemental directives based on the airing of a television interview involving the TCA and implicating one of the directives in the Order.  Dkt. No. 308.  The Court granted the extension on February 2.  Dkt. No. 309.

3. On February 5, 2016, Commonwealth Defendants requested an extension of time until February 16 to finalize the Parties' supplemental directives and seek the TCA's agreement.  Dkt. No. 314.  The Court granted the extension on February 9.  Dkt. No. 317.

4. The Parties worked diligently to complete negotiations on the supplemental directives.  On February 11, 2016, the Parties agreed to additional measures in five areas that are necessary to supplement the Court's directives.  These measures pertain to:  (1) communications with the press and media; (2) political activity; (3) civilian complaints; (4) community involvement and the TCA; and (5) courteousness and civility.  That same day, February 11, the United States transmitted the Parties' stipulation on the supplemental directives to the TCA and noted the February 16 deadline.  *See* Email from Saucedo to TCA of 2/11/16, attached hereto as Ex. A.

5. On February 12, 2016, the TCA indicated that he would need additional time to review the supplemental directives and offered February 26 to discuss the Parties' stipulation based on the availability of TCA members and their workloads, and the complexity of the issues.  *See* Email from Morell to Saucedo of 2/12/16, attached

hereto as Ex. B.  Following subsequent communications, on February 16, the TCA confirmed that he requires additional time to review the supplemental directives and that February 26 is the earliest that relevant members of the TCA team are available. *Id*. at 1.

6. The Parties have reached agreement on additional measures in the five areas enumerated above that are necessary to advance and promote the Court's December 10 Order.  The Parties agree that an extension until March 4 is necessary, based on the TCA's earliest availability, to reach consensus on the two areas specified by the Court related to civilian complaints and community involvement.  If the extension is granted, the Parties will continue to engage in good-faith discussions with the TCA and the constitutional lawyers to complete discussions on protocols regarding civilian complaints and community involvement.  Should the Court deny the instant joint motion, the Parties respectfully request leave to file the Parties' stipulation as entered into by the Parties on February 11, 2016.

WHEREFORE, the Parties respectfully request an extension of time until March 4, 2016 to complete discussions with the TCA and the constitutional lawyers on protocols for civilian complaints and community involvement, pursuant to the TCA's request for additional time and the availability of TCA members.

Respectfully submitted,

FOR PLAINTIFF UNITED STATES:        FOR DEFENDANT COMMONWEALTH OF
                                    PUERTO RICO:

STEVEN ROSENBAUM                    CESAR MIRANDA
Chief                               Secretary of Justice

| | |
|---|---|
| CHRISTY LOPEZ<br>Deputy Chief | MARTA ELISA GONZALEZ YGLESIAS<br>Deputy Secretary of Justice<br>For Litigation |
| S/ LUIS E. SAUCEDO<br>LUIS E. SAUCEDO (G01613)<br>Counselor to the Chief<br>BRIAN BUEHLER<br>LYNDA GARCIA<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br>Tel:  (202) 598-0482<br>Fax: (202) 514-4883<br>luis.e.saucedo@usdoj.gov | S/ BEATRIZ ANNEXY GUEVARA<br>BEATRIZ ANNEXY GUEVERA<br>USDC-PR # 217505<br>bannexy@justicia.pr.gov<br>Special Assistant to the Secretary<br>P.R. Department of Justice<br>P.O. Box 9020192<br>San Juan, PR 00902-0192<br>Tel:  (787) 721-7700, ext. 2105<br>Fax. (787) 722-4440<br><br>*Attorneys for Defendants* |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 16th day of February 2016, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

S/ LUIS E. SAUCEDO
LUIS E. SAUCEDO
Counselor to the Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
Email:  luis.e.saucedo@usdoj.gov

Attorney for Plaintiff