## Saucedo, Luis E (CRT)

| | |
|---|---|
| **From:** | Saucedo, Luis E (CRT) |
| **Sent:** | Thursday, February 11, 2016 11:04 PM |
| **To:** | TCA PR; Lara Morell; Federico Hernandez Denton; 'Alfredo Castellanos' |
| **Cc:** | 'Beatriz Annexy Guevara'; Buehler, Brian (CRT); Garcia, Lynda (CRT); Wayne, Seth (CRT) |
| **Subject:** | PRPD:  Proposal for Joint Stipulation Supplementing Directives |
| **Attachments:** | Joint Stipulated Proposal to TCA to Supplement the Sealed Order 021116.docx |

Good evening Arnaldo, Attorneys Morell and Castellanos, and Justice Hernandez Denton:

On December 10, the Court issued a sealed order setting forth directives to the TCA and the Parties to facilitate communication and ensure compliance with the Court's orders concerning the TCA's duties and his role as a judicial officer.  In the order, the Court invited the Parties to propose additional measures to further those objectives.  The Parties have prepared the attached stipulation to supplement the sealed order.  The stipulation corresponds to the specific areas addressed in the sealed order and is consistent with the Court's instructions in the case.  We would like to file the stipulation as a joint submission by the Parties and the TCA.   Accordingly, please review the proposed stipulation and notify us if the TCA agrees to its terms.   We would like to file the stipulation by COB Tuesday, February 16, 2016.

We thank you in advance for your consideration.  Please do not hesitate to contact us if you have any questions or concerns.

Sincerely,
Luis Saucedo

### Luis E. Saucedo | Counselor to the Chief
United States Department of Justice
Civil Rights Division | Special Litigation Section
300 North Los Angeles  Street, Suite 7516
Los Angeles, CA  90012
(T) 213-894-6117 | (M) 202-598-0482 | luis.e.saucedo@usdoj.gov