## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | **SEALED**<br><br>No. 12-CV-2039 (GAG) |

## JOINT MOTION SEEKING ORDER APPROVING PROTOCOLS ON THE HANDLING OF CIVLIAN COMPLAINTS AND COMMUNITY ENGAGEMENT BY THE TECHNICAL COMPLAINCE ADVISOR

COME NOW, Plaintiff, United States of America, and Defendants, Commonwealth of Puerto Rico, et al., (collectively, "the Parties") and respectfully seek an order approving the attached Protocols for the Handling of Civilian Complaints and Community Engagement by the Technical Compliance Advisor ("Protocols"), in furtherance of this Court's Sealed Order Issuing Directives to the Technical Compliance Advisor and the Parties ("Sealed Order" of 12/10/15, Dkt. No. 288).  The Protocols are intended to further this Court's efforts to facilitate communication between the Technical Compliance Advisor ("TCA") and the Parties and ensure that the TCA carries out his duties successfully under the Agreement for the Sustainable Reform of the Puerto Rico Police Department ("Agreement," Dkt. No. 60).  The TCA consents to the Protocols.

1.  On December 10, 2015, the Court issued the Sealed Order to address concerns raised by the Parties at a sealed hearing on October 15, 2015.  (See Sealed Minute, Oct. 29. 2015, Dkt. No. 270).

2. The Sealed Order sets forth specific directives to the TCA and the Parties in the following eight areas:  (1) the scope of the Agreement; (2) political activity; (3) communications with the Court; (4) social media; (5) civilian complaints; (6) community involvement and the TCA; (7) private interests; and (8) courteousness and civility.

3. The Court instructed the TCA, together with counsel for the Parties, to jointly stipulate to measures in the following two areas of the Sealed Order:  community involvement and civilian complaints.  Sealed Order at 6.

4. In compliance with the Sealed Order, the Parties negotiated the terms of the attached Protocols.  The Protocols provide:  (1) a "process to provide the Parties advance timely notification when the TCA, his employees, agents and/or independent contractors, will assist or plan on assisting any engagement and/or meeting under Paragraph 254 of the Agreement" and (2) "measures that address the handling of information provided by civilians and/or interest group(s)."  Id.

5. The Protocols are designed to ensure that the TCA, his employees, agents, and independent contractors carry out their duties in a manner that complies with the Agreement and the Court's Orders, upholds the TCA's position as an officer of the Court, and furthers the civil rights reforms required by the Agreement.  All references to the TCA in the Protocols include the TCA, his employees, agents, or independent contractors.

WHEREFORE, the Parties respectfully seek an Order approving the attached Protocols to further this Court's directives regarding civilian complaints and community engagement by the TCA.

Respectfully submitted this 4th day of March, 2016 ,

FOR PLAINTIFF UNITED STATES:

STEVEN H. ROSENBAUM
Chief

S/ LUIS E. SAUCEDO
CHRISTY LOPEZ
Deputy Chief
LUIS E. SAUCEDO (G01613)
Counselor to the Chief
BRIAN BUEHLER
LYNDA GARCIA
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov

Attorneys for Plaintiff

FOR DEFENDANT COMMONWEALTH OF
PUERTO RICO:

CESAR MIRANDA
Secretary of Justice

S/ BEATRIZ ANNEXY GUEVARA
BEATRIZ ANNEXY GUEVERA
USDC-PR # 217505
Special Assistant to the Secretary
P.R. Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192
Tel:  (787) 721-7700, ext. 2105
Fax. (787) 722-4440
bannexy@justicia.pr.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 4th day of March 2016, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

S/ LUIS E. SAUCEDO
LUIS E. SAUCEDO
Counselor to the Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
Email:  luis.e.saucedo@usdoj.gov

Attorney for Plaintiff