### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>         Defendants. | No. 12-CV-2039 (GAG) |

### MOTION TO RESTRICT DOCUMENT

Plaintiff, United States of America, respectfully requests leave to file the "Joint Motion Requesting Order" ("Joint Motion"), Dkt. No. 330, in restricted mode for viewing by selected parties, pursuant to this Court's Standing Order No. 9.

1. The Joint Motion pertains to sensitive information in this Court's sealed Order of December 10, 2015. Dkt. No. 288.

2. The Court has granted leave to file similar filings related to the December 10 Order in restricted mode. *See*, Dkt. Nos. 294, 309, 317.

WHEREFORE, the United States respectfully requests that this Court restrict viewing of the Joint Motion to selected parties.

                Respectfully submitted,

                STEVEN H. ROSENBAUM
                Chief

                CHRISTY LOPEZ
                Deputy Chief

                S/ LUIS E. SAUCEDO
                LUIS E. SAUCEDO (G01613)
                Counselor to the Chief
                BRIAN BUEHLER

        LYNDA GARCIA
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 7th day of March 2016, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

S/ LUIS E. SAUCEDO
LUIS E. SAUCEDO
Counselor to the Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov

Attorney for Plaintiff