# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                                                 **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

## FINAL SCHEDULING ORDER:

## FAJARDO PUBLIC HEARING ON THE PUERTO RICO POLICE REFORM

As was previously advanced in the Preliminary Scheduling Order (Docket No. 302) of January 25, 2016, the Third Public Court Hearing and status conference in the captioned case is set for **Thursday, March 17, 2016,** and **Friday, March 18, 2016** at **9:00 a.m.** in the Commonwealth's Courthouse in Fajardo, Puerto Rico. The Court will first meet in camera at **8:30 a.m.** on Thursday, March 17, 2016, with the Technical Compliance Advisor ("TCA") and his team, including his legal and constitutional advisors, as well as counsel for the United States and the Commonwealth of Puerto Rico.  It is the intention of the Court for any issues arising or related matters to the present Scheduling Order and any other housekeeping matters, to be discussed prior to the commencement of the Public Hearing through the proper channels.

The objective of the present Public Hearing is to inform the Court and the public on the progress of the implementation of the Puerto Rico Police Department ("PRPD") Reform, and to fully engage the community in the Reform Process of the Puerto Rico Police Department. Particular attention is to be given to the communities in the eastern townships of Puerto Rico,

**Civil No. 12-2039 (GAG)**

including the islands of Vieques and Culebra.  The Court is committed to promote the community's role in assisting the TCA's office in his monitoring duties over compliance with the Agreement for the Sustainable Police Department Reform.  The Court wishes to stress that the present hearing is not adversarial in nature, but rather a transparent and welcoming proceeding that encourages the participation of the People of Puerto Rico, in order to ensure that the structural police Reform lives up to its potential as a sustainable reform.  The parties and attendees shall adhere to the guidelines set forth as follows.

First, the Court wishes to remind all interested parties that the Court shall address the deponents and entertain their respective testimonies in Spanish, while a certified court reporter will conduct simultaneous translation at all times, ensuring the complete historical record for the two days of proceedings will be entirely in English, in order to comply with the English language requirement for Federal Court Proceedings (see 48 U.S.C. § 864).

Second, this hearing will be open to the general public, students, interested parties and members of the community who wish to attend.  An exclusive area has been reserved for the media and guest speakers.  However, due to the Courtroom's limited seating capacity, **those who wish to attend must confirm their assistance by contacting the office of Mr. Alfredo Castellanos, Esq. Constitutional Legal Advisor to the Technical Compliance Advisor, at (787) 641-8447**.  Groups that may require special assistance should also contact Mr. Castellanos. **THE COURT REQUESTS THAT THE GENERAL PUBLIC ARRIVE AN HOUR PRIOR TO THE COMMENCEMENT OF THE HEARING SO THAT AN ORDERLY SECURITY PROCESS CAN ASSIST THE COURT IN COMMENCING AT THE SCHEDULED TIME.**  The Court further informs that special parking facilities with

**Civil No. 12-2039 (GAG)**

coordinated security and traffic measures have been obtained to accommodate all visitors and deponents.

### **FIRST DAY OF PROCEEDINGS**

On Thursday, March 17, 2016 the Court expects to see in attendance, at **9:00 a.m.**, *Carlos O. Figueroa Pérez, María del Pilar Rodríguez Vélez, Medelicia Velázquez Cruz, Víctor Calderón Vargas, José A. Baldaguez Matos, Heriberto Calero Pagán, Luis M. Berríos Fontanez, Carmen M. Lozada Ríos, Julio C. Sostre Bilbraut, Rufo Agosto Delgado, Ismael Vázquez Beltrán, María L. Colón Rivera, Sonia L. Rodríguez González*, from Humacao's Community Interaction Council. If any of the above mentioned members wishes to address the Court, they must make the corresponding arrangements with Mr. Castellanos, prior to the celebration of the Hearing.

The Court will commence the proceedings with a brief opening statement from **9:00 a.m. to 9:10 a.m.** From **9:10 a.m. to 9:20 a.m.**[1] the Court expects a welcoming message from the Chief Justice of the Puerto Rico Supreme Court, Maite Oronoz.[2] From **9:25 a.m. to 9:35 a.m.** the mayor of the township of Fajardo, the Hon. Aníbal Meléndez, will be briefly addressing the Court. The mayor of the township of Humacao, the Hon. Marcelo Trujillo, will follow from **9:40 a.m. to 9:50 a.m.** The Dean from the University of Puerto Rico's Law School, Vivian Neptune, Esq., will follow from **10:00 a.m. to 10:15 a.m.**

As was previously announced, the Court has extended an invitation to members of the press to participate. Accordingly, Mr. Oscar Serrano, Esq. from the *Center of Investigative*

---

[1] The Court will adjust any change to the Scheduling Order as the need may arise to accommodate the participation of any Supreme Court Justice from the Commonwealth's Supreme Court.

[2] Subject to the Justice's availability, these dates and times are subject to change.

3

*Journalism,* will be addressing the Court from **10:20 a.m. to 10:40 a.m**., followed by Mr. Miguel Rivera Puig, a reporter for *El Vocero's* Crime and Police News Section, from **10:50 a.m. to 11:10 a.m.**, and Mr. Juan Hernández, the president of *Puerto Rico's Journalists Association (ASPPRO)* from **11:20 a.m. to 11:40 a.m.**

From **11:50 a.m. to 12:10 noon**, the Court wishes to hear from Mrs. Iniabel Álvarez, Director of the *Programa Escudo*, from the township of Ceiba. The Court next wishes to hear from Mrs. Wanda Vázquez Garced, Esq., the Commonwealth's Women's Advocate, from **12:10 noon to 12:20 noon**. After which, the Court will Recess for lunch from **12:30 noon to 2:00 p.m.**

The afternoon session will commence with a message from Associate Justice for the Puerto Rico Supreme Court, the Hon. Anabelle Rodríguez, from **2:00 p.m. to 2:15 p.m.**[3] From **2:20 p.m. to 2:35 p.m.** the Court expects to hear from Carlos Iván Pérez, a community leader from the township of Naguabo. From **2:45 p.m. to 3:25 p.m.** the Court expects to hear from the Security Director of the Maritime Transport Authority, Mr. Luis Rivera Nuñez. The Security Director of the Ports Authority, Inspector Wilson Lebrón, will follow from **3:35 p.m. to 3:45 p.m.**

Dr. Keren Riquelme, the Director of the Central Community Interaction Council, will be addressing the Court from **3:55 p.m. to 4:15 p.m.** Mrs. Elitzia de Jesús, the Main Spokesperson for the Fajardo Community Interaction Council will address the Court from **4:25 p.m. to 4:35 p.m.** The parties may briefly address the Court prior to the closing of the first day's proceedings, at **4:45 p.m.**

---

[3] Subject to Justice's availability. These dates and times are subject to change.

4

**Civil No. 12-2039 (GAG)**

### SECOND DAY OF PROCEEDINGS

On Friday, March 18, 2016, the Hearing will commence with the participation of the mayor for the island of Vieques, the Hon. Víctor Emeric Catarineau, accompanied by the Police Commander for the island, Roberto Sánchez González, from **9:00 a.m. to 9:15 a.m.** Mr. José Vega, Esq., spokesperson for the Fajardo Community Interaction Council will address the Court from **9:25 a.m. to 9:35 a.m.** The Court expects to hear from Mr. Antonio Maldonado, the president of the Palmas del Mar Homeowner's Association, from **9:45 a.m. to 9:55 a.m.**

The Court has reserved a space of one hour for the participation of the different private securities in the island, from **10:05 a.m. to 11:05 a.m.** Accordingly, the Court expects the participation of Luis Pagán from *G4S,* Pedro Morales from *Genesis Security,* Juan Bravo III from *Ranger American* and Miguel Portilla from *Capitol Securities*.[4] From **11:20 a.m. to 11:25 a.m.**, a law student from the University of Puerto Rico, Johanis Salcedo, will be addressing the Court on behalf of the <u>*Sexual Orientation and Gender Identity Discrimination, Legal Assistance Clinic*</u>. From **11:30 a.m. to 11:40 a.m.** the Court expects to hear from one representative from GRUCORPO *(an organization comprised of: Espacios Abiertos –represented by Mrs. Mari Mari Narváez; Alianza Laura Aponte por la Paz Social (ALAPAS) - represented by Mrs. Myra Rivera; Amnistía Internacional, Sección de Puerto Rico –represented by Mr. Rubén Kondrup; Asian Community & Youth Association, Corp. (ACYA) –represented by Mr. Stephen Chang; Comité Amplio para la Búsqueda de la Equidad (CABE) –represented by Mr. Joey Pons; Clínica de Asistencia Legal, UPR –represented by Mrs. Nora Vargas; Colegio de Abogados –represented by Mr. Osvaldo Toledo; Coordinadora Paz para la Mujer –represented by Mrs. Vilma González;*

---

[4] The time for the Private Security Companies' representatives will be prorated prior to the Hearing.

**Civil No. 12-2039 (GAG)**

*Instituto de Investigación y Promoción de los Derechos Humanos; Intercambios PR – represented by Mr. Rafael Torruellas; Proyecto Matria; Sociedad de Asistencia Legal – represented by Mrs. Verónica Vélez; Taller Lésbico Creativo –represented in by Ms. Olga Orraca).* The Court understands that representatives from the Dominican community will also be submitting their deposition through written form. The Court will recess for lunch from **11:40 a.m. to 1:10 p.m.**

Coronel Luis Ortiz from the Puerto Rico Joint Forces of Rapid Action (FURA) will be commencing the afternoon's session from **1:10 p.m. to 1:50 p.m**. From **2:00 p.m. to 2:10 p.m.,** the Court will allow the participation from representatives from the Eastern zone's Marinas, such as *Villa Marina Yacht Harbour, Inc., Puerto del Rey, and Puerto Chico.* From **2:20 p.m. to 2:35 p.m.**, Lt. Col. Juan A. Cáceres Méndez, Police Commander for the Fajardo area, will be addressing the Court. From **2:50 p.m. to 3:30 p.m.** Col. Clementina Vega, the Executive Director of the Puerto Rico Police Department Reform's Office, will be addressing the Court.

Col. Arnaldo Claudio, Technical Compliance Coordinator (TCA) will be addressing the Court with a closing statement, from **3:55 p.m. to 4:25 p.m**. The parties will then be allowed to address the Court, from **4:40 p.m. to 4:55 p.m**.

Finally, the Court wishes to remind the parties and participants that it expects a sense of genuine collaboration and mutual assistance between the parties during its celebration. The Court intends on adhering to the scheduled itinerary with rigor, and exhorts all panelists to focus their respective testimonies to matters concerning the Agreement. With the intent of advancing the involvement of the community in the process of the Reform, any additional comments, concerns and/or suggestions that the speakers may not be allowed to express due to time constraints, may be submitted in written form to the attention of the Office of the TCA, by sending an email to

**Civil No. 12-2039 (GAG)**

Mr. Alfredo Castellanos, Esq., at alfredo@cglawpr.com, prior to or following the celebration of the hearing.

The Court instructs the TCA and Mr. Alfredo Castellanos, Esq., to deliver a copy of the present order to all scheduled panelists**,** The Clerk's Office for the United States District Court for the District of Puerto Rico, the U.S. Marshal, and any other individual that the TCA and Mr. Castellanos may deem necessary for purposes of the Fajardo Hearing. The Court alerts the parties, that if need be, the Court will order the participation of any other person that is deemed necessary for purposes of answering all relevant questions that may be raised during the course of the Public Hearing.

**SO ORDERED.**

In San Juan, Puerto Rico this 8th day of March, 2016.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge