

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

**FACTURA**

Fecha: 3/1/2016
Factura #: 2016-0632

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 3/1/2016 | Renta-01 | Renta de Local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

ID Cliente        TCAPR
Nombre Cliente    TCAPR Corp.

Fecha: 3/1/2016
Factura #: 2016-0632

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 3/1/2016 | Renta-01 | Renta de Local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

ok [signature]

**Favor de remitir su pago con este talonario a la dirección postal:**
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

Sales Tax: $0.00
Total: $3,000.00

 

| | |
|---|---|
| Factura | 02/04/16 |
| Cuenta | 769528798  2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de 3 |

| | |
|---|---|
| **FECHA DE VENCIMIENTO** | 03/04/16 |
| **TOTAL A PAGAR** | $378.64 |
| **CANTIDAD ENVIADA** | |

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000037864 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

Por favor, desprenda este talón y devuélvalo con su pago.

Factura 02/04/16
Cuenta 769528798  2



**CLARO SIN FRONTERAS**

**HABLA NAVEGA TEXTEA**

SIN COSTOS DE ROAMING, NI LARGA DISTANCIA
entre EE.UU., Canadá, México, Rep. Dominicana y Puerto Rico.

Borra Fronteras y ahorra con los planes sin fronteras de Claro.

| RESUMEN DE SU CUENTA | | |
|---|---|---|
| Balance Anterior | | $ 187.91 |
| Pagos Recibidos - ¡Gracias] | | 0.00 |
| Ajustes | | 0.00 |
| **TOTAL BALANCE VENCIDO** 02/02/16 **PAGUE INMEDIATAMENTE** | | **$ 187.91** |
| SERVICIOS A NIVEL DE CUENTA | | 2.82 |
| SERVICIOS TELEFONIA FIJA | | 187.91 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 03/04/16 | | $ 190.73 |
| **TOTAL A PAGAR*** | | **$378.64** |

*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

ok [signature]

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com



# Invoice for the Previous Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3814 |
|---|---|
| Date: | 2/24/2016 |
| Amount due (U.S. $): | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (February 2016): Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| | | | Total: $ | 1460.00 |

ok *[signature]*