# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:    **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **February/2016**, is detailed as follows:



| | | | | | |
|---|---|---|---|---|---|
| Working session with the TCA Arnaldo Claudio and Eric Guzmán for the organization and coordination of the February/2016's Agenda and pending matters; work related to the policies submitted by the PRPD. (2.0) | | N/A | X | 1/February | |
| Continue to work with the coordination of the February/2016's Agenda and other pending matters; and work related to the policies submitted by the PRPD with the Core Team. (4.0) | | N/A | X | 2/February | |
| Working session for the follow up, coordination and mailing of electronic communications to the Core Team of matters relating to PRPD's policies, pending matters related P. 241, among other outstanding matters. (4.0) | | N/A | X | 3-5/February | |
| Working session for the TCA Core Team & Reform Office February/2016 agenda, policies and Actions Plan. (4.0) | | N/A | X | 8-10 /February | |
| Assistance to the activity of "*Espacios Abiertos*" ("*El 10-4 de una Nueva Cobertura Policial*") on behalf of the TCA Arnaldo Claudio, along with Eric Guzman, held in the School of Public Communication of the UPR, Río Piedras Campus. (2.0) | | N/A | X | 10/February | |
| Working Session for the follow-up to the policies; follow-up of pending matters regarding the TCA Core Team FEB/2016 Week Agenda, review of documents related to the best practices of the police. (4.0) | | N/A | X | 11-12 /February | |

| | | | | |
|---|---|---|---|---|
| Meeting with the TCA Arnaldo Claudio; drafting document; follow up of outstanding matters; electronic communications to the Core Team; among other matters. (4.0) | N/A | X | 17/February | |
| Attendance and participation in meeting together to the Col. Clementina Vega and the TCA Arnaldo Claudio, for the coordination of matters relating to the agenda; as well as, follow-up and coordination of pending matters. (3.0) | N/A | X | 18/February | |
| TCA Core Team Week | N/A | X | 22/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 23/ February | $1,300.00 |
| TCA Core Team Week | N/A | X | 24/ February | $1,300.00 |
| TCA Core Team Week | N/A | X | 25/ February | $1,300.00 |
| TCA Core Team Week | N/A | X | 26/ February | $1,300.00 |
| Working session for the TCA Core Team & Reform Office March/2016's Agenda, and follow-up to the policies received and subject to review and discussion at this month, among other efforts made. (3.0) | N/A | X | 29/February | |

| | | |
|---|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK": | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | $2,600.00 |
| **TOTAL TO BE BILLED:** | **$9,100.00** |
| TOTAL HOURS WORKED "PRO BONO": 12.67 HOURS | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
February 29, 2016

2

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016

# INVOICE FOR PROFESSIONAL SERVICES:
## [FEB 1 THROUGH FEB 28, 2016]
## [SCOTT CRAGG, CRYSTAL REEF LLC]

[13932 SOUTH SPRINGS DR, CLIFTON VA 20124] | [703-795-0283]| [SPCRAGG@VERIZON.NET]

TO:    **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of February 2016, is detailed as follows:

| | | | | |
|---|---|---|---|---|
| Email and phone communications with TCAPR | 4.5 | | 2/1, 9, 14, 17, 21, 24 | $675 |
| Review Action Plan Methodologies, Judge Gelpi opinions, Action plan correspondence, PRPD/CIO proposal on action plan and strategic plan | 12.5 hours | 0 | 1/9,22,23,25,26,27 | $1875 |
| Research Police technology and methods on architecture | 1hours | 0 | 2/10 | $150 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 0 |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 18 Hours |
| **TOTAL TO BE BILLED:** | | | | **$2700.00** |
| | | | TOTAL HOURS WORKED 18 hrs US | |

INVOICE PRESENTED BY:
__//Signed//_____2/28/2016_____
Scott Cragg,  TCA Core Team
[13932 South Springs Dr.
Clifton, VA 20124]

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

Details on: Review Action Plan Methodologies, Judge Gelpi opinions, Action plan correspondence, PRPD/CIO proposal on action plan and strategic plan. (2/9,22,23,25,26,27) (Total 12.5 hours):

1. Review Action Plan Methodologies: Provided Subject Matter Expertise in the review, structure/production of the TCA's Methodology (draft) for the new set of Actions Plans on Professionalization, Supervision, Recruitment, and Community Engagement to be completed by the Puerto Rico Police Department (PRPD) as part of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (Agreement). Main tasks consisted of providing assessment and evaluation of areas associated with Information Technology and associated resources. (5.5hours)

2. Judge Gelpi opinions: Judge Gelpi's internal email to TCA, CT, legal/constitutional advisor and staff. (30 minutes)

3. Action plan correspondence: Action Plans Review requested by TCA. Crosswalk evaluation and check for alignment and consistency, each Action Plan beginning with the decree and leading up through the GO's and Action Plans. Initiative was discussed with PRPD CIO and will be further evaluated in next visit. (4.5 hours)

4. PRPD/CIO proposal on action plan and strategic plan: working directly with PRPD CIO to merge the Strategic Plan of the Bureau of Technology and Communications with the requirements established in the Agreement for the Sustainable Reform of the Puerto Rico Police Department. It includes the following phases; Update of the Bureau of Technology and Communications Strategic Plan. Development of the diagram that describes the processes and operational tasks that impacts the Information Systems and Technology of the areas included in the Agreement for the Sustainable Reform of the Puerto Rico Police Department. (See electronic mail by PRPD Reform Office Juan C. Rivera Vázquez MSC, DBAS, dated 18February 2016) (2 hours)

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

> A:    TCAPR, LLC
>        #268 Muñoz Rivera
>        Suite 1001, World Plaza
>        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of February 2016, is detailed as follows:

| | | | | |
|---|---|---|---|---|
| Work from New York City:  Work on Methodology for Action Plans on Professionalization, Recruitment, Supervision and Community Engagement; Review of findings by Dr. Blanco Peck (14.0 hours) | X | N/A | Saturday-Sunday, February 5-6, 2016 | (14 @ $150 = $2,100) |
| Work from New York City: Continue work on Action Plans and their methodologies; Review and comments on SARP policies (14.0 hours) | X | N/A | Saturday-Sunday, February 13-14, 2015 | (14 @ $150 = $2,100) |
| Work from New York City: Draft Final Cover Memo for Methodologies and Action Plan methodology on Supervision (8.0 hours) | X | N/A | Monday, February 15, 2016 | (8 @ $150 = $1,200) |
| Work from New York City:  Draft Final memos on Action Plan methodology for Professionalization, Community Engagement and Hiring (16.0 hours) | X | N/A | Saturday and Sunday, January 16-17, 2016 | (16 @ $150 = $2,400) |
| Work from New York City:  Final Review TCA Letter to Parties on Semi-Annual Report, Communications with the TCA and Core Team members (9.0 hours) | N/A | X | Friday 26, 2016, | 1,300 |

1

| | | | | |
|---|---|---|---|---|
| ■■■■ | ■■ | ■■ | ■■■ | ■■■ |
| Work from New York City:  Review of Action Plans in English, compare to approved plans and audit methodology for first set of Action Plans (12.0 hours, non-billable hours) | X | N/A | Saturday and Sunday, February 27-28, 2016 | (12 @ $0 = $0) |

| | |
|---|---|
| TOTAL HOURS WORKED: 73.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (1 days, 9 HOURS) | $1,300 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (52 HOURS @ $150): | $7,800 |
| TOTAL TO BE BILLED: | $9,100 |

INVOICE PRESENTED BY:

*marcos soler*

_____
MARCOS F. SOLER
TCA Core Team
February 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

2

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

I#2016-03

DATE:
FEBRUARY 26, 2016

**TO:**
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**
Services on: February 29, 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday 2/22/16: Meetings at TCA office: New Action Plans, Methodology; Discussion of surveys. (Note: meeting with Col Lopez was canceled at last minute) | | | |
| Tues, 2/23/16: Site Visit" a Zona de Excelencia Fajardo Div Drogas, CIC; Site Visit" a Comandancia de Área de Las Piedras; Academia de la PPR: Presentación Uso de Fuerza | | | |
| Wed, 2/24/16: Site Visit" a Comandancia de Área de Guayama, División de Drogas y Narcóticos; CIC, FRB; ("Estudio de Asignación de Personal y Recursos | | | |
| Thurs 2/25/16: Promotion Ceremony Police Academy; Reports TCA office. | | | |
| Friday, 2/26/16: "Exit Briefing Meeting"; Reunión P. 253; Reports TCA Offc | 5 Days | 1300.00/Day | $6500.00 |
| Annual review of Baton policy 600-603 | 3 hours | | |
| Review of Vehicle Pursuit policy 600-623 | 3 hours | | |
| Review Policy on Impact Weapons | 4 hours | | |
| Prep Reports for all above | 5 hours | | |
| Site Visit and Data collection | 3 hours | | |
| SUB-TOTAL HOURS BILLED | 17.33 hrs | | $2600.00 |
| TOTAL BILLED | | | $9100.00 |

Signature *Rafael E Ruiz*          Date **February 29, 2016**

# VOUCHER

**Invoice for Date of Service:   February 2016**

**TO:  TCA Corporation**

**FROM: Gerard LaSalle, Ph.D. LLC   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**

**PHONE: 973-943-3167    jlasalle24@comcast.net**

**TAX ID: 20-5830242**

**CASE: Reform Agreement Police of Puerto Rico**

**Professional Fee**

| | | | |
|---|---|---|---|
| **TCA On-Site visit** | **Fixed Rate** | **Feb.  22-26** | **$6500** |
| **Hourly rate (off-site):** | | | **$150.** |
| | | | **Hour(s)** |

**Month of February :**

| | |
|---|---|
| **8,-Research and prepare memorandum to Reform Unit regarding IAB candidate selection** | **2** |
| **9- Review and comment on complaint policy** | **5** |
| **17-18, 21 Review and comment on disciplinary policy and matrix** | **11** |
| **Total payable hours: 18 x $150. per hour** | **$ 2700** |

**TOTAL AMOUT DUE**                          **(capped limit)**        **$9100**

_Gerard LaSalle_ (signature)
7/26/16 (handwritten)

**Gerard LaSalle**

_____                                    _____

**Arnaldo Claudio, TCA**

OK (signature)

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

February 29, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 019
FOR PROFESSIONAL SERVICES RENDERED FEBRUARY 2016

| | |
|---|---|
| Monday, Feb 22, 2016 | TCA Office re: meetings |
| Tuesday, Feb 23, 2016 | Site Visit Farjardo & Las Pierdas |
| Wednesday, Feb 24, 2016 | Site Visit Guayama<br>PRPD HQ re; meetings |
| Thursday, Feb 25, 2016 | TCA Office re: meetings |
| Friday, Feb 26, 2016 | TCA Office re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

February 1-29      Reviewed PRPD's (revised) Final Draft on Crowd Control.4hrs.
Prepared written report on the above. 3 hrs.
Reviewed PRPD's policy on Standards for Managing Police
Pursuits 4 hrs.
Prepared written report on the above. 4hrs.
Develop Site Visit & Data collection for February.1 hr.
Prepare written plan for site visit and data collection. 30 min.
Reviewed PRPD's policy on Use and Management of Impact
Weapon (baton) 3 hrs.
Prepared written report on the above 2 hrs. 30 min.

**TOTAL HOURS: 22 HOURS**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =    4 HOURS   40 MINUTES**

**TOTAL. $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2016

**ALAN C. YOUNGS**
5552 W Lakeridge Road
Lakewood, co 80227
720-232-5812 | ALYOUN@AOL.COM

A:    **TCAPR, LLC**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

*The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of February 2016, is detailed as follows.*

| TASK PERFORMED AND HOURS WORKED | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed and obtained information on OSHA Training Standards  (8 hours) | X | N/A | 1/Feb | $ 1,200.00 |
| Researched, reviewed and obtained information on best police practices concerning Recommendations for the Police Academy (8 hours) | X | N/A | 8/Feb | $ 1,200.00 |
| Researched, reviewed and obtained information on best police practices concerning Post Academy Inspections in Spanish (8 hours) | X | N/A | 16/Feb | $ 1,200.00 |
| Researched, reviewed and obtained information on best police practices concerning Recommendations for Use of Force (8 hours) | X | N/A | 17/Feb | $ 1,200.00 |
| Researched, reviewed and obtained information on Officer Sorter Booklets and tests (4 hours) | X | N/A | 19/Feb | $  600.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 22/Feb | $ 1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 23/Feb | $ 1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 24/Feb | $ 1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 25/Feb | $ 1,300.00 |

1

| Task Performed and Hours Worked | U.S. Work Day | PR Work Day | Date of Work | Billable Amount |
|---|---|---|---|---|
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 26/Feb | $ 1,300.00 |

|  |  |
|---|---|
| Total Billable Hours (60.67 hours @ $150) | $ 9,100.00 |
| Total 13.33 Hours Provided Not Billed | $ 0.00 |
| Total to be billed | $ 9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
February 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE. CORRECT AND COMPLETE.

Date: 3/7/ , 2016.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

2

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg.. Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

February 26, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice **2016-02**

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of February 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 2/19/2016 | **7.25  hrs**.   10:15 am to 1:15 pm and 3:00 pm to 7:15 pm/ | Legal Advice, changes, additions and deletions to Reglamento de Personal-Faltas Leves y Graves. |
| 2/22/2016 | **2.50 hrs**. 1:30 to 3:00 pm | Meeting at TCA's Office with Counsel Lara Morell, Federico Hernandez Denton and Alfredo Castellanos |
| 2/26/2016 | **4.25  hrs**.   11:00 am to 3:15 pm. | TCA Office-Paragraph 253 and Discussion of Stipulations with USDOJ and DOJPR |
| 2/26/2016 | **14.50**  hrs.  Total  hours  billed | 14.50 X $125.00= $1,812.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department  or to any other dependencies. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

**Page 1 of 2**

*Federico Hernández Dentón*
Chief Justice (Retired)
· Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

February 29, 2016

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

## Invoice For Services Rendered To The TCA during The Month of February 2016.

The present invoice includes services that were rendered by FEDERICO HERNÁNDEZ DENTON during the month of February 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|---|---|---|
| 2/2/2016 | Meeting Board of Promotions of PRPD | 2 |
| 2/12/2016 | Receipt, reading and analysis of proposal by DOJ an PRDOJ. Conference calls with Alfredo Castellanos and TCA | 2 |
| 2/22/2016 | Meeting with the TCA. | 2.5 |
| 2/25/2016 | Reading of proposed stipulation and preparation of comments for the Paragraph 253 meeting. | 2 |
| 2/26/2016 | Meeting Paragraph 253 of Agreement. Meeting with DOJ and PRDOJ Stipulation and Proposed Order. | 2.5 |
| 2/27/2016 | Reading and analysis of draft of proposed Stipulation if the Parties and TCA in preparation for meeting with TCA. | 1 |
| 2/28/2016 | Reading and analysis of changes proposed by TCA to stipulation. | 1 |
| 2/29/2016 | Meeting Draft of Stipulations TCA | 2 |
| | **Total Billed Hours** | **15** |
| | **TOTAL** | **$1875.00** |

FEDERICO HERNÁNDEZ DENTON

OK

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked my capacity as Legal Advisor.*

CASTELLANOS GROUP, P.S.C.

March 3, 2016

**MR. ERIC GUZMÁN**

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

**FINAL: Invoice For Services Rendered To The TCA During The Second Half of the Month of January 2016.**

The present invoice includes services that were rendered by ALFREDO CASTELLANOS during the second half of the month of January 2016 and that were not billed during the month of February. The services rendered during the month of February will be billed in a later invoice.

| Date | Description | Hours |
|------|-------------|-------|
| 1/11/2016 | Written Communication and Follow-Up: Response to Parties Re: Sistema TV Transmission | 1 |
| 1/11/2016 | Follow-Up Phone Conversation with Manny Varela Re: Contact Information for the Public Hearing | .5 |
| 1/15/2016 – 1/16/2016 | Telephone and Written Communications Regarding Sistema TV's program: "SISTEMA TV INVESTIGA: CLAUDIO UN BORICUA CONTRA LA NARCOGUERRILLA DE PABLO ESCOBAR". | 2 |
| 1/19/2016 | Communications with the CIC (Mrs. Elipsia de Jesús, Esq.) regarding their potential participation in the Public Hearing. | .5 |
| 1/19/2016 | Communications with the Mayor of Fajardo's Office regarding the Contact Information for the Mayors of Vieques and Culebra and Follow-Up Phone Call | .75 |
| 1/20/2016 | Written and Telephone Communications with the Community Interaction Committees Regarding their Participation at the Public Hearing | 3 |
| 1/20/2016 | Written communication of the invitation to the Mayor of Vieques, Hon. Víctor Emeric Catarineau, from the Federal District Court for the Public Hearing in Fajardo and the Agreement for the Sustainable Reform of the Puerto Rico Police and Follow-Up Phone Call | .75 |
| 1/20/2016 | Written communication of the invitation to the Mayor of Culebra, Hon. Ivan Solís, from the Federal District Court for the Public Hearing in Fajardo and the Agreement for the Sustainable Reform of the Puerto Rico Police. | .75 |
| 1/21/2016 | Written and Telephone Communications with Atabex (translation company) regarding space arrangements needed at the Fajardo Courthouse | 1 |
| 1/22/2016 | Coordination Visit to the Fajardo Courthouse with the TCA, Col. Arnaldo Claudio, in order to make final arrangements. | 2 |
| 1/25 – 1/29 2016 | Communications and Coordination of Meetings with Members of the Press Regarding their Participation at the Hearing | 1 |

## CASTELLANOS GROUP, P.S.C.

| | | |
|---|---|---|
| 1/25/2016 | Written and Telephone Communication to the Women's Proctor soliciting a meeting prior to the Public Hearing. | .5 |
| 1/25/2016 | Communications to the Court Regarding Participants for the Hearing | 1 |
| 1/25/2016 | Meeting with Marcelo Trujillo Panisse, Mayor of Humacao, regarding his participation in the hearing as a representative of the members of his community. | 3 |
| 1/25/2016 | Summary of the stipulations in the Agreement for the Sustainable Reform of the PRPD for Marcelo Trujillo Panisse, Mayor of Humacao, and other potential guest speakers. | 2 |
| 1/11/2016 – 1/26/2016 | Communication attempts with Mr. Antonio Córdova Director of the Public Housing Field Office and Telephone Follow-UP | .75 |
| 1/26/2016 | Meeting with the Parties regarding the transmission of Sistema TV's program "UN BORICUA CONTRA LA NARCOGUERRILLA DE PABLO ESCOBAR". | 2 |
| 1/26/2016 | Monthly meeting (253) at the TCA's Office. | 2 |
| 1/27/2016 | Meeting between TCA's Counsels regarding the transmission of Sistema TV's program "UN BORICUA CONTRA LA NARCOGUERRILLA DE PABLO ESCOBAR" | 1 |
| 1/27/2016 | Notification of the Scheduling Order and Certification of Notice. | 1 |
| 1/28/2016 | Coordination of Meeting on February 8, 2016 with Women's Proctor regarding her potential participation in the Public Hearing. | .5 |
| 1/29/2016 | Written Communications to the Deans of the Interamerican and UPR Law Schools and the Directors of the Criminal Justice Program in the Interamerican University in Fajardo and the UPR in Humacao and Follow-Up Phone Calls | 1.5 |
| 1/29/2016 | Communication to FURA Director, regarding his potential participation at the Public Hearing and Telephone Follow-UP | .75 |
| 1/29/2016 | Meeting with the Parties to Discuss Potential Guest Speakers, Matters to be addressed and the order to be presented at the Hearing. | 2 |
| 1/30/2016 – 1/31/2016 | Communication with Constitutional Advisor, Federico Hernández Denton, regarding coordination matters of the Public Hearing – in particular, the participation of the Judicial Branch. | .5 |
| 1/31/2016 | Sistema TV Transmission: "UN BORICUA CONTRA LA NARCOGUERRILLA DE PABLO ESCOBAR" | 1 |

| | | |
|---|---|---|
| **Total Hours** | | 32.75 |
| **Total Billed** | | $4,093.75 |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.*



**ALFREDO CASTELLANOS BAYOUTH**

CONDOMINIO MADRID, SUITE 304, 1760 LOÍZA STREET, SAN JUAN, P. R. 00911

# INVOICE 0111

2/22/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during the week of February 21-27, 2016 to TCA Core Team, which includes the following: | 900.00 |
|   - Transportation from and to airport | |
|   - Transportation services to municipalities (Las Piedras, Fajardo, Guayama, Police Academy in Gurabo, Police Headquarters in Hato Rey) | |
| Total Hours Worked: 78 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| **USD TOTAL** | **$900.00** |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 2-27-2016 20 ____

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| ✓ | LITROS DE GASOLINA | 20 |
|---|---|---|
| | QTOS. DE ACEITE | |
| | FILTRO | |
| | ENGRASE | |
| | LAVADO | |
| | LAVADO MOTOR | |
| | INSPECCION | |
| | FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20

---

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIA**

FECHA 2-27-2016 20 ____

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| ✓ | LITROS DE GASOLINA | 20 |
|---|---|---|
| | QTOS. DE ACEITE | |
| | FILTRO | |
| | ENGRASE | |
| | LAVADO | |
| | LAVADO MOTOR | |
| | INSPECCION | |
| | FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20

---

Raúl ($17.50)

WELCOME TO
ANY TIME

| | Qty | Amount |
|---|---|---|
| REG CA #02 | | 17.50 |
| | @ 0.4774 L | |
| Prepay Fuel | | |

Sub Total        2.50
ESTATAL          0.00

TOTAL            2.50
CASH $           2.50

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01   TRAN# 0402
02/25/16   05:04:40           ST# AB123

---

BIENVENIDOS A
ANY TIME
CAROLINA

Descr.        qty        amount
REG  CA #01  42.826L      20.00
             @ 0.4677 L
   Prepay Fuel          -20.00

        Sub Total        0.00
        MUNICIPAL        0.00
        ESTATAL          0.00
  TOTAL            0.00
           ATH $         0.00
THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01   TRAN# 19550
02/25/16   20:01:42           ST# AB123

FABR PETROLEUM
767 1010

| Descr. | qty | amount |
|--------|-----|--------|
| REG    CA #06 | 37.732L | 18.00 |
|  | @ 0.477/ L | |
| | Sub Total | 18.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| TOTAL | | 18.00 |
| | CASH $ | 20.00 |
| | Change $ | -2.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01   TRAN# 17687
02/22/16  09:43:02          ST# TX224

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#11 | | 20.00 |
| | Sub Total | 20.00 |
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01   TRAN# 16231
02/05/16  15:35:23          ST# AB123

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#05 | | 14.00 |
| | Sub Total | 14.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| TOTAL | | 14.00 |
| | CASH $ | 14.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 007 DR# 01   TRAN# 47838
02/16/16  11:54 04          ST# 00012

01074

**25 Las Palmas Ave. Esq. R.H. Todd**
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 12-12-2016 20 ___

SR. _____

DIRECCION _____

TAB. NÚM. _____     CASH ☑     CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO    Caja    Auto | 20 | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____     **TOTAL** | 20 | 00

**Wed come To**
**Any Time**
Campo Rico

| Description | Qty | Amount |
|---|---|---|
| REG CR #05 | 36.393G | 17.00 |
| SELF @ 0.467/ L | | |
| | Subtotal | 17.00 |
| **TOTAL** | | **17.00** |
| | Ath $ | 20.00 |
| | CASH $ | -3.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1012714
CSH: 5
02/23/16 20:39:25

*Raúl*

## Gulf Roosevelt
Ave. Roosevelt
San Juan,P.R 00617
939-204-6805
Date: 2/23/2016 10:48 AM
Cashier:
Trans No. 226302
Batch No. 1090

| Qty | UPC/PLU | Description |
|---|---|---|
| Regular [5] | | $10 25 |
| 21.484 | $0.477 | |

| | |
|---|---|
| Subtotal: | $10.25 |
| State Tax: | $0.00 |
| Municipal Tax: | $0.00 |
| Total: | $10.25 |
| Tendered: | $20.00 |
| Change: | $9.75   REF: [$9.75] |

Gracias por comprar con nosotros

CONTROL: 6404J-W3M7W
ST

---

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH         REC# 04139      02/23/16

**\*\*\*\* RECIBO \*\*\*\***

| 1 GASOLINA BOMBA-04 | 20.00 |
|---|---|
| | 20.00 |
| TAX MUN . . . . . | .00 |
| TAX EST . . . . . | .00 |
| TOTAL DE LA VENTA . . . . . | 20.00 |
| CAMBIO DE   20.00 -   .00 | |

\* GRACIAS POR SU COMPRA, VUELVA PRONTO \*

1-Adm  08:19

*Raúl*
11.00

WELCOME TO
OUR STORE

| Desc | By | Amount |
|---|---|---|
| REG | GA HOM 35.038 | 11.00 |
| | @ 0.4774 | |
| | Subtotal | 11.00 |
| | Sub Total | 0.00 |
| | Subtotal | 0.00 |
| | | |
| **TOTAL** | | **0.00** |
| | CASH $ | 0.00 |

THANK YOU COME AGAIN
REC# 0001 CSH# 001 DR# 0  TRAN# 0001
02/24/16  18:58:29       ST# 0001

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|---|---|---|
| ------- | --- | ------ |
| REG CR #04 | 6.290L | 3.00 |
| | @ 0.477/ L | |
| Prepay Fuel | | -3.00 |
| | | ------ |
| Sub Total | | 0.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| **TOTAL** | | **0.00** |
| | CASH $ | 0.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 007 DR# 01 TRAN# 41282
02/18/16  19:38 41              ST# 00012

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|---|---|---|
| ------- | --- | ------ |
| Prepay CA#04 | | 20.00 |
| | | ------ |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 014 DR# 01 TRAN# 49687
02/17/16  18:14 12              ST# 00012

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|---|---|---|
| ------- | --- | ------ |
| Prepay CA#04 | | 20.00 |
| | | ------ |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0002 CSH# 006 DR# 01 TRAN# 24858
02/19/16  19:06:57             ST# 00012

Recibo de Re̶ _̶ _̶

www.autoexpr̶ ̶ ̶ ̶ ̶.con
PO Box 118̶3̶
San Juan, PR 009̶ ̶ ̶ 8̶8̶8̶
1-888-688-10̶ ̶
Plaza Buchanan, ̶ ̶ ̶ ̶ 13
Cajero: 16̶4̶0̶
02/23/16 09:3̶ ̶ ̶

Numero de Cuenta:          ̶ ̶ 0̶3̶451̶54
Cantidad de Pago:      $       20.00
Metodo de Pago:              Efectivo
Balance:                  ̶ ̶ 30.65

**AUTO expreso**
SISTEMA DE PEAJE ELECTRONICO

| | | |
|---|---|---|
| Recibo del Cliente | | PREPATRONRECEIPT_ES |
| AutoExpreso | | Fecha del Informe:    02/24/2016 |
| P.O. Box 11888 | | Hora del Informe:    14:43:36 |
| San Juan, PR 00922-1888 | | |

Numero de Cuenta:       3451155
TCA PR CORP
Sr JOSUE LOPEZ SIERRA
WORLD PLAZA  268 MUNOZ RIVERA
SAN JUAN, PR 00918

| Descripción | | Fecha de Transacción | Cantidad de la Transección($) | Balance ($) |
|---|---|---|---|---|
| Balance Inicial ($) | $0.30 | | | |
| PAGO EN EFECTIVO | | 02/24/2016 14:43:29 | $20.00 | $20.30 |
| Balance Final ($) | $20.30 | | | |

Resumen de la Cuenta:

| | |
|---|---|
| Cantidad de Sellos Electrónicos Emitidos: | 1 |
| Tipo de Cuenta: | Registrada |
| Tipo de Pago/Abono: | Dinero Efectivo |

***FIN DEL INFORME***

**AUTO EXPRESO**
SISTEMA DE PEAJE ELECTRONICO

<table>
<tr><td align="center">Recibo del Cliente<br>AutoExpreso<br>P.O. Box 11888<br>San Juan, PR 00922-1888</td><td>PREPATRONRECEIPT_ES<br><br>Fecha del Informe:          02/18/2016<br>Hora del Informe:          13:26:32</td></tr>
</table>

Numero de Cuenta:          3451155

TCA PR CORP

Sr JOSUE LOPEZ SIERRA

WORLD PLAZA  268 MUNOZ RIVERA

SAN JUAN, PR 00918

| Descripción | | Fecha de Transacción | Cantidad de la Transacción($) | Balance ($) |
|---|---|---|---|---|
| Balance Inicial ($) | ($0.45) | | | |
| PAGO EN EFECTIVO | | 02/18/2016 13:26:26 | $20.00 | $19.55 |
| Balance Final ($) | $19.55 | | | |

Resumen de la Cuenta:

| | |
|---|---|
| Cantidad de Sellos Electrónicos Emitidos: | 1 |
| Tipo de Cuenta: | Registrada |
| Tipo de Pago/Abono: | Dinero Efectivo |

***FIN DEL INFORME***