Enclosure I

Subject: Memorandum for Record-Work performed during the month of February.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including: a meeting with Mrs. Ana Rivera Lassen from LGBTT. Meeting with Dr. Blanco Peck in relation to discuss and review the preliminary results on of the PRPD & Residents surveys, in accordance with para. 241; and with Police Reform Unit work team to discuss the work plan for the February visit. The TCA held individual meetings to review Methodology of Action Plans (Search & Seizures, Use of Force, Equal Protection & Administrative Complaints); the TCA, Core Team and his staff visited Plaza Las Americas for the PRPD presentation of the Agreement for the Sustainable Reform of the PRPD; and actively participated in a conference call with USDOJ, PRDOJ and PRP to discuss the working agenda for the TCA Core Team Visit activity.

During this month the Core Team attended to scheduled visits: the Zone of Excellence of Las Piedras; the Police Station of Fajardo & Guayama; the Police Academy; the Police Headquarters; and the Drugs and Narcotics Unit. During this period, the Methodology to evaluate the Action Plans were discussed. The following General Order were approved: General Order 600-620 Procedures for the Used of Specialized Weapons by members of the Division of Specialized Tactics and the General Order on Standards for Handling Police Pursuits; and General Order 600-603 Order for the Use of Specialized Weapons and General Order on Crowd Control were reviewed and discussed. Also a meeting was held with NIBRS for an update on Implementation Process; and the Article 14 of the PRP Staff Regulation Staff Allocation & Resources Study and the IT Agenda Coordination were reviewed and discussed.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting under paragraph 253 of the Agreement; the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires; financial statements preparation and payroll; the coordination for the next public hearing; the preparation of the preliminary Core Team's March agenda; the update on the CT 2016 Core Team work plan and agenda; and preparing respective court documents for the parties' review and input of the TCA Expenses, paragraph 30.

RECEIVED AND FILED   2016 MAR -8  AM 5: 23   CLERK'S OFFICE ANNEX U.S. DISTRICT COURT