**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | **CASE NO. 12-2039 (GAG)** |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Defendants.** | |

**AMENDED FINAL SCHEDULING ORDER:**

**FAJARDO PUBLIC HEARING ON THE PUERTO RICO POLICE REFORM**

By stipulation of the parties, the Court hereby announces the following amendments to the Final Scheduling Order from March 8, 2016 (Docket No. 335), regarding the Third Public Court Hearing and status conference in the captioned case, set for **Thursday, March 17, 2016,** and **Friday, March 18, 2016** at **9:00 a.m.** in the Commonwealth's Courthouse in Fajardo, Puerto Rico.

**FIRST DAY OF PROCEEDINGS**[1]

From **9:00 a.m. to 9:10 a.m.** the Court will commence the proceedings with a brief opening statement. From **9:10 a.m. to 9:12 a.m.** the Court invites the Commonwealth's Secretary of Justice, the Hon. César A. Miranda Rodríguez to make a brief opening remark. From **9:12 a.m. to 9:14 a.m.**, the United States Department of Justice may address the Court

---

[1] The itinerary for the first day of proceedings has been amended to include the solicited participation of the Secretary of Justice, the Hon. César Miranda, and the Puerto Rico Police Department Superintendent, José Caldero López.

1

**Civil No. 12-2039 (GAG)**

with a brief opening statement. From **9:14 a.m. to 9:20 a.m.[2]** the Court expects a welcoming message from the Chief Justice of the Puerto Rico Supreme Court, Maite Oronoz.[3] From **9:25 a.m. to 9:35 a.m.** the mayor of the township of Fajardo, the Hon. Aníbal Meléndez, will be briefly addressing the Court, followed from **9:40 a.m. to 9:50 a.m.** by the Hon. Marcelo Trujillo, the mayor of the township of Humacao. From **10:00 a.m. to 10:15 a.m.** the Dean from the University of Puerto Rico's Law School, Vivian Neptune, Esq., will follow.

From **10:20 a.m. to 10:40 a.m** Mr. Oscar Serrano, Esq. from the *Center of Investigative Journalism,* will be addressing the Court, followed from **10:50 a.m. to 11:10 a.m.** by Mr. Miguel Rivera Puig from *El Vocero,* and from **11:20 a.m. to 11:40 a.m.** by Mr. Juan Hernández, the president of *Puerto Rico's Journalists Association (ASPPRO).*

From **11:50 a.m. to 12:10 noon**, the Court will hear from Mrs. Ineabelle Álvarez, Director of Ceiba's *Programa Escudo*. After a five minute session of questions and answers, the Court next wishes to hear from **12:15 noon to 12:25 noon** from Mrs. Wanda Vázquez Garced, Esq., the Commonwealth's Women's Advocate.[4] The Court will Recess for lunch from **12:30 noon to 2:00 p.m.**

The afternoon session will commence with a message from Associate Justice for the Puerto Rico Supreme Court, the Hon. Anabelle Rodríguez, from **2:00 p.m. to 2:15 p.m[5].** From **2:20 p.m. to 2:35 p.m.** the Court expects to hear from Carlos Iván Pérez from Naguabo. From

---

[2] The Court will adjust any change to the Scheduling Order as the need may arise to accommodate the participation of any Supreme Court Justice from the Commonwealth's Supreme Court.

[3] Subject to Justice's availability. These dates and times are subject to change.

[4] The ten minute session of questions and answers that had been originally allotted at the end of Mrs. Ineabelle Álvarez and Mrs. Wanda Vázquez's presentations, will now be divided into two five minute sessions at the end of each one.

[5] Subject to Justice's availability. These dates and times are subject to change.

2

**Civil No. 12-2039 (GAG)**

**2:45 p.m. to 3:25 p.m.** the Court will hear from the Director of Security for the Maritime Transportation Authority, Mr. Luis Rivera Nuñez, and from **3:35 p.m. to 3:45 p.m.,** from the Director of Security for the Ports Authority, Inspector Wilson Lebrón.

Dr. Keren Riquelme, the Director of the Central Community Interaction Council, will now be addressing the Court from **3:50 p.m. to 4:10 p.m.,** while Mrs. Elitzia de Jesús, the Main Spokesperson for the Fajardo Community Interaction Council will address the Court from **4:20 p.m. to 4:30 p.m.** From **4:35 p.m. to 4:45 p.m.** the Police Department Superintendent, José Caldero López, will be addressing the Court with his comments on the first day's proceedings. From **4:45 p.m. to 4:55 p.m.** the Parties may address the Court prior to the closing of the first day.

## SECOND DAY OF PROCEEDINGS[6]

On Friday, March 18, 2016, the Hearing will commence with the participation of the mayor for the island of Vieques, the Hon. Víctor Emeric Catarineau, accompanied by the Police Commander for the island, Roberto Sánchez González, from **9:00 a.m. to 9:15 a.m.** Mr. José Vega, Esq., from the Fajardo Community Interaction Council will address the Court from **9:25 a.m. to 9:35 a.m.** The Court next expects to hear from Mr. Antonio Maldonado, the president of the Palmas del Mar Homeowner's Association, from **9:40 a.m. to 9:50 a.m.**

From **9:55 a.m. to 10:55 a.m.** the Commonwealth's main private security companies will be addressing the Court, represented by Luis Pagán from *G4S,* Pedro Morales from *Genesis Security,* Juan Bravo III from *Ranger American* and Miguel Portilla from *Capitol Securities*.[7] From **11:05 a.m. to 11:10 a.m.** Johanis Salcedo will be addressing the Court on behalf of the

---

[6] Amendments to the itinerary for the second day of proceedings have been made in order to include the closing remarks of the Puerto Rico Police Department Superintendent, José Caldero López.

[7] The time for the Private Security Companies' representatives will be prorated prior to the Hearing.

3

*Sexual Orientation and Gender Identity Discrimination, Legal Assistance Clinic* from the University of Puerto Rico School of Law. From **11:15 a.m. to 11:25 a.m.** a representative from GRUCORPO will be addressing the Court. The Court is aware that there are currently some issues between GRUCORPO and the Police Department, and hereby exhorts the designated representative to focus his presentation on how to best resolve said differences in order to best achieve a sustainable Reform within the stipulations found in the Agreement. The Court will recess for lunch from **11:30 a.m. to 1:00 p.m.**

Coronel Luis Colón Ortiz from FURA will be commencing the afternoon's session from **1:00 p.m. to 1:40 p.m**. From **1:50 p.m. to 2:00 p.m.,** time will be reserved for any representative from the Eastern zone's Marinas, who may wish to address the Court. From **2:05 p.m. to 2:20 p.m.**, Lt. Col. Juan A. Cáceres Méndez, Police Commander for the Fajardo area, will be addressing the Court. From **2:30 p.m. to 3:10 p.m.** the Court will then hear from Col. Clementina Vega, the Executive Director of the Puerto Rico Police Department Reform's Office.

The Puerto Rico Police Department Superintendent, José Caldero López, will be addressing the Court with his comments regarding the day's proceedings and with a brief closing statement from **3:20 p.m. to 3:40 p.m.** Col. Arnaldo Claudio, Technical Compliance Coordinator (TCA) will be making his closing statement from **3:50 p.m. to 4:20 p.m**. The parties may then address the Court for ten minutes each, from **4:30 p.m. to 4:50 p.m**.

**All guest speakers will be given from five to ten minutes after their participation, to answer questions and comments from the Court**.

The Court instructs the TCA and Mr. Alfredo Castellanos, Esq., to deliver a copy of the present order to all scheduled panelists**,** The Clerk's Office for the United States District Court for the District of Puerto Rico, the U.S. Marshal, and any other individual that the TCA and Mr.

**Civil No. 12-2039 (GAG)**

Castellanos may deem necessary for purposes of the Fajardo Hearing. The Court reminds the parties, that if need be, the Court will order the participation of any other person that is deemed necessary for purposes of answering all relevant questions that may be raised during the course of the Public Hearing.

    **SO ORDERED.**

    In San Juan, Puerto Rico this 9th of March, 2016.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge