**Thursday, March 17, 2016**

| Time | Name | Association |
|---|---|---|
| 1. 9:00 a.m. – 9:10 a.m. | Judge Gelpí | The Court |
| 2. 9:10 a.m. to 9:12 a.m. | Hon. César Miranda | Commonwealth's Secretary of Justice |
| 3. 9:12 a.m. to 9:14 a.m. | Department of Justice | United States Government |
| 4. 9:16 a.m. – 9:20 a.m. | Chief Justice Maite Oronoz | Chief Justice Puerto Rico Supreme Court |
| 5. 9:20 a.m. – 9:25 a.m. | The Court | The Court |
| 6. 9:25 a.m. – 9:35 a.m. | Aníbal Meléndez | Fajardo Mayor |
| 7. 9:35 a.m. – 9:40 a.m. | The Court | The Court |
| 8. 9:40 a.m. – 9:50 a.m. | Marcelo Trujillo | Humacao Mayor |
| 9. 9:50 a.m. – 10:00 a.m. | The Court | The Court |
| 10. 10:00 a.m. – 10:15 a.m. | Vivian Neptune | UPR Law School Dean |
| 11. 10:15 a.m. – 10:20 a.m. | The Court | The Court |
| 12. 10:20 a.m. – 10:40 a.m. | Oscar Serrano | Media |
| 13. 10:40 a.m. – 10:50 a.m. | The Court | The Court |
| 14. 10:50 a.m. – 11:10 a.m. | Miguel Rivera Puig | Media |
| 15. 11:10 a.m.- 11:20 a.m. | The Court | The Court |

|  |  |  |
|---|---|---|
| 16. 11:20 a.m. -11:40 a.m. | Juan Hernández | Media |
| 17. 11:40 a.m. – 11:50 a.m. | The Court | The Court |
| 18. 11:50 a.m. – 12:10 noon | Iniabel Álvarez | Programa Escudo - Ceiba |
| 19. 12:10 noon – 12:15 noon | The Court | The Court |
| 20. 12:15 noon – 12:25 noon | Wanda Vázquez | Procuraduría de la Mujer |
| 21. 12:25 noon – 12:30 noon | The Court | The Court |
| 22. 12:30 noon – 2:00 p.m. | Lunch | Lunch |
| 23. 2:00 p.m. – 2:15 p.m. | Associate Justice Anabelle Rodríguez | Puerto Rico Supreme Court |
| 24. 2:15 p.m. – 2:20 p.m. | The Court | The Court |
| 25. 2:20 p.m. – 2:35 p.m. | Carlos Iván Pérez | Playas – Naguabo |
| 26. 2:35 p.m. – 2:45 p.m. | The Court | The Court |
| 27. 2:45 p.m. – 3:25 p.m. | Luis Rivera Núñez | Autoridad de Transporte Maritimo |
| 28. 3:25 p.m. – 3:35 p.m. | The Court | The Court |
| 29. 3:35 p.m. – 3:45 p.m. | Inspector Wilson Lebrón | Autoridad de Puertos |
| 30. 3:45 p.m. – 3:50 p.m. | The Court | The Court |
| 31. 3:50 p.m. – 4:10 p.m. | Dra. Keren Riquelme | Directora Nivel Central – Comites |

|  |  | de Interacción Comunitaria |
|---|---|---|
| 32. 4:10 p.m. -4:20 p.m. | The Court | The Court |
| 33. 4:20 p.m. – 4:30 p.m. | Elitzia de Jesús | CIC Fajardo |
| 34. 4:30 p.m. – 4:35 p.m. | The Court | The Court |
| 35. 4:35 p.m. – 4:45 p.m. | José Caldero López | Puerto Rico Police Superintendent |
| 36. 4:45 p.m. – 4:55 p.m. | The Parties | The Parties |
| 37. 4:55 p.m. -5:00 p.m. | The Court | The Court |

**Friday, March 18, 2016**

| Time | Name | Association |
|---|---|---|
| 1. 9:00 a.m. – 9:15 a.m. | Hon. Víctor Emeric Catarineau y Com. Roberto Sánchez González | Vieques |
| 2. 9:15 a.m. – 9:25 a.m. | The Court | The Court |
| 3. 9:25 a.m. – 9:35 a.m. | Lcdo. José Vega | CIC Fajardo |
| 4. 9:35 a.m. – 9:40 a.m. | The Court | The Court |
| 5. 9:40 a.m. – 9:50 a.m. | Antonio Maldonado | Presidente Palmas del Mar Homeowners' Association |
| 6. 9:50 a.m. – 9:55 a.m. | The Court | The Court |
| 7. 9:55 a.m. – 10:55 a.m. | Luis Pagán G4S, Juan Bravo III Ranger American, St. James, Miguel Portilla Capitol, Pedro Morales Génesis | Private Security Companies |
| 8. 10:55 a.m. – 11:05 a.m. | The Court | The Court |
| 9. 11:05 a.m. – 11:10 a.m. | Johanis Salcedo | Clínica de Asistencia Legal (UPR) – Discrimen por Orientación Sexual e Identidad de Género |
| 10. 11:10 a.m. – 11:15 a.m. | The Court | The Court |
| 11. 11:15 a.m. – 11:25 a.m. | PENDING | GRUCORPO |
| 12. 11:25 a.m. – 11:30 a.m. | The Court | The Court |
| 13. 11:30 a.m. – 1:00 p.m. | Lunch | Lunch |
| 14. 1:00 p.m. – 1:40 p.m. | Coronel Luis Colón Ortiz | FURA |

| | | |
|---|---|---|
| 15. 1:40 p.m. – 1:50 p.m. | The Court | The Court |
| 16. 1:50 p.m. – 2:00 p.m. | Marinas | Marinas |
| 17. 2:00 p.m. – 2:05 p.m. | The Court | The Court |
| 18. 2:05 p.m. – 2:20 p.m. | Tnte. Coronel Cáceres | Comandancia Fajardo |
| 19. 2:20 p.m. – 2:30 p.m. | The Court | The Court |
| 20. 2:30 p.m. – 3:10 p.m. | Col. Clementina Vega | Directora Oficina de la Reforma |
| 21. 3:10 p.m. – 3:20 p.m. | The Court | The Court |
| 22. 3:20 p.m. – 3:40 p.m. | José Caldero López | Puerto Rico Police Superintendent |
| 23. 3:40 p.m. – 3:50 p.m. | The Court | The Court |
| 24. 3:50 p.m. – 4:20 p.m. | Col. Arnaldo Claudio | TCA |
| 25. 4:20 p.m. – 4:30 p.m. | The Court | The Court |
| 26. 4:30 p.m. – 4:50 p.m. *10 minutes per Party. | The Parties | The Parties |