# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                                                    **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

     **Defendants.**

## NOTICE OF COMPLIANCE WITH DIRECTIVES OF THE COURT

Pursuant to the Orders entered on the 8th and 9th days of March, 2016, (Docket Nos. 335 and 342), the undersigned hereby certifies that he has accordingly complied with the Court's Directives of notifying all interested parties.

WHEREFORE, the undersigned very respectfully requests that the Court takes notice of the above for all relevant purposes.

In San Juan, Puerto Rico, this 10th day of March, 2016.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

1

Civil No. 12-2039 (GAG)

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.


**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

2