**Thursday, March 17, 2016**

| Time | Name | Association |
|---|---|---|
| 1. 9:00 a.m. – 9:10 a.m. | Judge Gelpí | The Court |
| 2. 9:10 a.m. to 9:12 a.m. | Hon. César Miranda | Commonwealth's Secretary of Justice |
| 3. 9:12 a.m. to 9:14 a.m. | Department of Justice | United States Government |
| 4. 9:16 a.m. – 9:20 a.m. | Hon. Rafael Martínez | Associate Justice Puerto Rico Supreme Court |
| 5. 9:20 a.m. – 9:25 a.m. | The Court | The Court |
| 6. 9:25 a.m. – 9:35 a.m. | Aníbal Meléndez | Fajardo Mayor |
| 7. 9:35 a.m. – 9:40 a.m. | The Court | The Court |
| 8. 9:40 a.m. – 9:50 a.m. | Marcelo Trujillo | Humacao Mayor |
| 9. 9:50 a.m. – 10:00 a.m. | The Court | The Court |
| 10. 10:00 a.m. – 10:15 a.m. | Vivian Neptune | UPR Law School Dean |
| 11. 10:15 a.m. – 10:20 a.m. | The Court | The Court |
| 12. 10:20 a.m. – 10:40 a.m. | Oscar Serrano | Media |
| 13. 10:40 a.m. – 10:45 a.m. | The Court | The Court |
| 14. 10:45 a.m. – 11:05 a.m. | Miguel Rivera Puig | Media |
| 15. 11:05 a.m.- 11:10 a.m. | The Court | The Court |

| | | |
|---|---|---|
| 16. 11:10 a.m. -11:30 a.m. | Juan Hernández | Media |
| 17. 11:30 a.m. – 11:35 a.m. | The Court | The Court |
| 18. 11:35 a.m. – 11:50 a.m. | Iniabel Álvarez | Programa Escudo - Ceiba |
| 19. 11:50 a.m. – 11:55 a.m. | The Court | The Court |
| 20. 11:55 a.m. – 12:05 noon | Wanda Vázquez | Procuraduría de la Mujer |
| 21. 12:05 noon – 12:10 noon | The Court | The Court |
| 22. 12:10 noon – 1:40 p.m. | Lunch | Lunch |
| 23. 1:40 p.m. – 1:55 p.m. | Associate Justice Anabelle Rodríguez | Puerto Rico Supreme Court |
| 24. 1:55 p.m. – 2:00 p.m. | The Court | The Court |
| 25. 2:00 p.m. – 2:15 p.m. | Carlos Iván Pérez | Playas – Naguabo |
| 26. 2:15 p.m. – 2:25 p.m. | The Court | The Court |
| 27. 2:25 p.m. – 3:05 p.m. | Luis Rivera Núñez | Autoridad de Transporte Maritimo |
| 28. 3:05 p.m. – 3:15 p.m. | The Court | The Court |
| 29. 3:15 p.m. – 3:25 p.m. | Inspector Wilson Lebrón | Autoridad de Puertos |
| 30. 3:25 p.m. – 3:30 p.m. | The Court | The Court |
| 31. 3:30 p.m. – 3:50 p.m. | Dra. Keren Riquelme | Directora Nivel Central – Comites de Interacción Comunitaria |

|  |  |  |
|---|---|---|
| 32. 3:50 p.m. – 4:00 p.m. | The Court | The Court |
| 33. 4:00 p.m. – 4:10 p.m. | Sonia Rodríguez | CIC Humacao |
| 34. 4:10 p.m. – 4:15 p.m. | The Court | The Court |
| 35. 4:15 p.m. – 4:25 p.m. | Elitzia de Jesús | CIC Fajardo |
| 36. 4:25 p.m. – 4:30 p.m. | The Court | The Court |
| 37. 4:30 p.m. – 4:40 p.m. | José Caldero López | Puerto Rico Police Superintendent |
| 38. 4:40 p.m. – 4:45 p.m. | The Court | The Court |
| 39. 4:45 p.m. – 4:55 p.m. | The Parties | The Parties |
| 40. 4:55 p.m. -5:00 p.m. | The Court | The Court |

**Friday, March 18, 2016**

| | Time | Name | Association |
|---|---|---|---|
| 1. | 9:00 a.m. – 9:15 a.m. | Hon. Víctor Emeric Catarineau y Com. Roberto Sánchez González | Vieques |
| 2. | 9:15 a.m. – 9:25 a.m. | The Court | The Court |
| 3. | 9:25 a.m. – 9:35 a.m. | Lcdo. José Vega | CIC Fajardo |
| 4. | 9:35 a.m. – 9:40 a.m. | The Court | The Court |
| 5. | 9:40 a.m. – 9:50 a.m. | Antonio Maldonado | Presidente Palmas del Mar Homeowners' Association |
| 6. | 9:50 a.m. – 9:55 a.m. | The Court | The Court |
| 7. | 9:55 a.m. – 10:55 a.m. | Luis Pagán G4S, Juan Bravo III Ranger American, St. James, Miguel Portilla Capitol, Pedro Morales Génesis | Private Security Companies |
| 8. | 10:55 a.m. – 11:05 a.m. | The Court | The Court |
| 9. | 11:05 a.m. – 11:10 a.m. | Johanis Salcedo | Clínica de Asistencia Legal (UPR) – Discrimen por Orientación Sexual e Identidad de Género |
| 10. | 11:10 a.m. – 11:15 a.m. | The Court | The Court |
| 11. | 11:15 a.m. – 11:25 a.m. | PENDING | GRUCORPO |
| 12. | 11:25 a.m. – 11:30 a.m. | The Court | The Court |
| 13. | 11:30 a.m. – 11:45 a.m. | Georgina Candal | Comisión de Derechos Civiles |
| 14. | 11:45 a.m. – 11:50 a.m. | The Court | The Court |
| 15. | 11:50 a.m. – 1:20 p.m. | Lunch | Lunch |

|  |  |  |
|---|---|---|
| 16. 1:20p.m. – 2:00 p.m. | Coronel Luis Colón Ortiz | FURA |
| 17. 2:00 p.m. – 2:10 p.m. | The Court | The Court |
| 18. 2:10 p.m. – 2:20 p.m. | Freddie Nieves from Villa Marina and Jaime Vega from Puerto del Rey | Marinas |
| 19. 2:20 p.m. – 2:25 p.m. | The Court | The Court |
| 20. 2:25 p.m. – 2:40 p.m. | Tnte. Coronel Cáceres | Comandancia Fajardo |
| 21. 2:40 p.m. – 2:45 p.m. | The Court | The Court |
| 22. 2:45 p.m. – 3:25 p.m. | Col. Clementina Vega | Directora Oficina de la Reforma |
| 23. 3:25 p.m. – 3:30 p.m. | The Court | The Court |
| 24. 3:30 p.m. – 3:50 p.m. | José Caldero López | Puerto Rico Police Superintendent |
| 25. 3:50 p.m. – 3:55 p.m. | The Court | The Court |
| 26. 3:55 p.m. – 4:20 p.m. | Col. Arnaldo Claudio | TCA |
| 27. 4:20 p.m. – 4:25p.m. | The Court | The Court |
| 28. 4:25 p.m. – 4:45 p.m. *10 minutes per Party. | The Parties | The Parties |
| 29. 4:45 p.m. – 5:00 p.m. | The Court | The Court |