IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs<br><br>        v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br>    Defendants | CIVIL NO.: 12-2039 (GAG) |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY
FOR DEFENDANTS AND FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT:**

**COME NOW**, the Defendants, through the undersigned counsel, and respectfully pray as follows:

1. As of March 18, 2016, the undersigned counsel is ending her professional engagements with the Puerto Rico Department of Justice ("PRDOJ"), and will no longer be authorized to appear on behalf of the Commonwealth defendants in this case. Counsel prays that her withdrawal be noted and approved.

2. Upon its filing, a copy of this motion will be delivered to the PRPDOJ, as well as the files and documents related to the captioned case.

3. The PRDOJ is currently evaluating a candidate that can continue delivering legal services in the case and as a result hereby requests a thirty (30) day extension of time to announce new legal representation.

- 2 -

**WHEREFORE**, defendants respectfully request leave for the undersigned to withdraw as counsel of record and that the extension of time be granted until April 15, 2016, for new legal representation to file a notice of appearance.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of March of 2016.

        **S/BEATRIZ ANNEXY-GUEVARA**
        BEATRIZ ANNEXY-GUEVARA
        USDC-PR 217505
        Calle 6 E-13
        Parque de Torrimar
        Bayamón, PR 00959
        beaannexy@gmail.com

**NOTICE OF ELECTRONIC FILING**

**WE HEREBY CERTIFY:** That on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.