# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **United States of America** <br> Plaintiff <br><br> vs. <br><br> **Commonwealth of Puerto Rico** <br> Defendant | **CIVIL CASE 12-2039 (GAG)** |

### ORDER

The Court hereby ORDERS the President of the State Elections Commission ("SEC"), Liza García-Velez, to appear at the U.S. Courthouse in Old San Juan, Courtroom #6 on March 28, 2016 at 9:00am.

The President of the SEC, along with her counsel, shall meet with the Police Reform Technical Compliance Advisor, Col. (Ret.) Arnaldo Claudio, his legal and constitutional advisor Alfredo Castellanos, as well as counsel for the Police Superintendent and the United States.

The purpose of the meeting is to seek an immediate resolution to the effect of the electoral ban on the Police Superintendent's ability to comply with the agreements, mandates and several court orders in the Police Reform.

At present, the Police Superintendent cannot publish nor promote matters that require to be published and promoted by the Reform Agreement.

The parties and President of the SEC shall meet in the court's jury room. If the matter is not resolved, the Court will then hold a hearing on the matter.

The U.S. Marshal shall serve copy of this order upon the President of the SEC on Monday morning, March 21st, 2016.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of March, 2016.

S/ Gustavo A. Gelpi
Gustavo A. Gelpi
United States District Judge