**United States District Court**
for the
District of Puerto Rico
Clemente Ruiz-Nazario U. S. Courthouse
150 Chardón Avenue, Room C H - 151
San Juan, PR 00918-0483

Hon. Gustavo A. Gelpí
U.S. District Judge

Telephone: (787) 772-3102
Facsimile: (787) 772-3204

Honorable Alejandro García Padilla
Gobernador
Estado Libre Asociado de Puerto Rico

11 de marzo de 2016



Estimado Señor Gobernador:

Como es de su conocimiento, presido sobre los casos de las Reformas de la Policía de Puerto Rico (Caso Núm. 12-2039 (GAG)) y de Discapacidad Mental (Caso Núm. 99-1435 (GAG)), en ambas las partes siendo los gobiernos de Puerto Rico y Estados Unidos. Desde el pasado año he llevado a cabo vistas públicas en ambos casos, con el propósito de que el proceso de reforma sea uno real y transparente, en el cual no solo las partes y monitores participan, sino también al público y organizaciones de interés. Esto ha sido tanto productivo como positivo, más se han podido ver los logros de su administración en dichas áreas.

Lo invito a usted, por ende, a que como Gobernador de Puerto Rico, deponga ante el Tribunal Federal con el fin de poder incorporar al récord histórico de ambos casos su perspectiva única. Además esto le servirá como guía a su sucesor para continuar laborando con éxito en los mismos.

A tales efectos, sugiero me indique su disponibilidad en los próximos meses. Una vez coordinemos una fecha señalaré una vista especial para ambos casos en el Tribunal Federal del Viejo San Juan, dedicada únicamente para recibir su valioso testimonio en ambos asuntos.

Hon. Gustavo A. Gelpí
U. S. District Judge

Estoy designando como contacto al Honorable Federico Hernández Denton, Juez Presidente del Tribunal Supremo de Puerto Rico, ahora retirado, quien es asesor legal y constitucional de los monitores del tribunal federal en ambos casos.

Atentamente,

*U.S.D.J.*

Gustavo A. Gelpí

cc:
Hon. Cesar Miranda, Secretario de Justicia
Col. (ret) Arnaldo Claudio, Monitor Tribunal Federal, Reforma de la Policía de Puerto Rico
Dr. Javier Aceves, Monitor Tribunal Federal, Reforma de Salud
Lcdo. Richard Farano, Departamento de Justicia de los Estados Unidos
Lcdo. Luis Saucedo, Departamento de Justicia de los Estados Unidos