IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **United States of America**<br><br>Plaintiff<br><br>vs.<br><br>**Commonwealth of Puerto Rico**<br><br>Defendant | **CIVIL CASE 12-2039 (GAG)** |

### ORDER

The Court hereby informs that September 1-2, 2016 have been set for the next public hearing in this case.

Tentatively, the same shall be held in Mayaguez, Puerto Rico, subject to available courthouse space which the Commonwealth Judiciary branch can provide.

An agenda will issue forthwith, during the next months to come. However, the topics shall focus on matters that impact/affect the Police Reform in the western side of the island.

Any interested bona fide parties who would like to depose during said dates shall contact the Technical Compliance Advisor, via his counsel, Alfredo Castellanos at **(787) 641-8447** on or before June 15, 2016.

The Puerto Rico Police Reform Office shall make this order readily available to the public, particularly in the west coast municipalities of San German, Guanica, Lajas, Mayaguez, Hormigueros, Cabo Rojo, Rincon, Añasco and Aguada.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of March, 2016.

S/ Gustavo A. Gelpi
Gustavo A. Gelpi
United States District Judge