IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **CASE NO. 12-2039 (GAG)** |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| Defendants. | |

### REPORT ON THE AGREEMENT BETWEEN THE PARTIES, THE TCA AND THE PRESIDENT OF THE STATE ELECTIONS COMMISSION

As previously announced by the Court (Docket No. 348), a meeting was held on Monday, March 28, 2016 at 9:00 a.m. between the Parties, the TCA and the President of the State Elections Commission, Mrs. Liza García-Vélez, Esq., in the Old San Juan Federal Courthouse. The following are the terms that were agreed, to proceed upon further mediation:

1. The Puerto Rico Police Department (hereinafter "PRPD") will be making a presentation before the State Elections Commission (hereinafter "SEC") about the specifications and requirements of the *Agreement for the Sustainable Reform of the Puerto Rico Police Department* (hereinafter the "Reform") directed towards obtaining the SEC's approval of a waiver, pursuant to Art. 12.001 of Puerto Rico's Electoral Code.

2. The State Elections Commission understands that no scenario should arise that may generate concern of non-compliance by the PRPD.

**Civil No. 12-2039 (GAG)**

3. The parties affirm that the present mediation process is not to be understood as an explicit or implicit modification of the Reform as subscribed between the Department of Justice of the United States and the Department of Justice of the Commonwealth, on behalf of the PRPD.

4. The SEC has proposed for the Office of the Reform to make a presentation on Wednesday, March 30, 2016 to put its commissioners in position to determine if they may grant the waiver within the parameters of the present mediation process. The presentation was tentatively scheduled for 10:00 a.m.[1] at the SEC's offices. Representatives from the PRPD's Reform Office as well as the TCA, Col. Arnaldo Claudio, and his Constitutional and Legal Advisor, Mr. Alfredo Castellanos-Bayouth, Esq[2]., will be attending.

5. The parties agree that it should not be interpreted, nor should the Court relinquish its jurisdiction, under any circumstances, regarding the oversight of compliance with the Reform.

6. If the PRPD and the SEC are unable to reach a resolution that is agreeable to the parties and the TCA before April 10, 2016, the SEC will notify the PRPD and the TCA of the status of its evaluation and/or its position regarding the waiver. The Court will then be able to take any actions it may deem necessary in order to guarantee compliance with the Reform.

7. This agreement has the consent and approval of the parties and the TCA.

---

[1] The time and date for the presentation has been confirmed by the SEC, for Wednesday, March 30, 2016 at 2:30 p.m.
[2] Mr. Castellanos-Bayouth, Esq. has been appointed by the Court as certified Mediator for all relevant matters.

2

**Civil No. 12-2039 (GAG)**

WHEREFORE, the undersigned very respectfully requests that the Court takes notice of the above for all relevant purposes.

In San Juan, Puerto Rico, this 29th day of March, 2016.

           **CASTELLANOS GROUP, P.S.C.**
           Cond. Madrid, Suite 304
           Calle Loiza 1760
           San Juan, PR 00911
           Tel. 787-641-8447
           Fax. (787)793-4495

           **S/ ALFREDO A. CASTELLANOS**
           **ALFREDO A. CASTELLANOS**
           Constitutional and Legal Advisor
           Federal District Court, for the District of Puerto Rico
           alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

           **S/ ALFREDO A. CASTELLANOS**
           **ALFREDO A. CASTELLANOS**
           Constitutional and Legal Advisor
           Federal District Court, for the District of Puerto Rico
           alfredo@cglawpr.com