IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | CASE NO. 12-2039 (GAG) |

### NOTICE OF COMPLIANCE WITH DIRECTIVES OF THE COURT

Pursuant to the Order entered on the 30th of March 2016 (Docket No. 354), the undersigned hereby certifies that he has accordingly complied with the Court's Directives of notifying Mr. José Nieto, Esq., legal representation for the State Elections Committee.

WHEREFORE, the undersigned very respectfully requests that the Court takes notice of the above for all relevant purposes.

In San Juan, Puerto Rico, this 30th day of March, 2016.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor

1

**Civil No. 12-2039 (GAG)**

Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com