UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　DATE: March 28, 2016

BEFORE HONORABLE GUSTAVO GELPI

COURTROOM DEPUTY: Ada Lopez　　　　　　CV No. 12-2039 (GAG)

COURT REPORTER: Evilys Carrion

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | Luis Saucedo, Esq. |
| VS |  |
| COMMONWEALTH OF PR, et al | Flor Velez-Diaz, Esq. |

**Case Called For Civil Hearing**

Present were Luis Saucedo from the USDOJ, Flor Velez-Diaz for the Commonwealth of PR, Lisa Garcia-Velez, President of SEC and counsel Jose Nieto, Arnaldo Claudio, TCA, and Alfredo Castellanos, Esq.

This hearing was a result of the last hearing in Fajardo to resolve the matter in regards to the denial from the State Elections Commission as to the advertisement and public announcements that need to be done pursuant the police reform agreement.

Parties informed that they were able to resolve the issue and the stipulation was read by Attorney Castellanos:

- The Puerto Rico Police Department is going to conduct a presentation before the State Electoral Commission over the specifications and demands of the police reform with the aspiration of finding the consent of the State Electoral Commission to obtain what is called a dispense, a waiver.

- The State Electoral Commission understands that no scenario should arise that may generate any concern of noncompliance on behalf of the Puerto Rico Police Department.

- The parties affirm that the present agreement does not constitute any modification expressed or implied of the agreement of sustainable reform that has been entered before this Court and subscribed between the parties both the Department of Justice of the United States and the Department of Justice of Puerto Rico on behalf of the Puerto Rico Police Department.

- SEC has proposed that a presentation be held as to the reform, the police reform, on Wednesday, the 30th of March of 2016, which is two days from today, tentatively scheduled for 10:00 a.m.

- The parties agreed that the Court should not waive or diminish its jurisdiction to interpret and enforce and to oversee the fulfillment and compliance of the police reform.

- The State Electoral Commission commits itself to notifying the parties and the monitor of said situation which they are confronting, or the position, the legal position, or position that they have assumed so that then the COURT can take the necessary measures to guarantee the compliance of the police reform of the police department and the people of Puerto Rico.

The Court asked the parties if they agreed with the agreement read by Attorney Castellanos, they all answered affirmative.

The Court understands that if a waiver is granted by SEC the matter becomes moot and the Court will not intervene.

Attorney Castellanos shall inform the court via motion about the outcome of the presentantion.

Attorney Jose Nieto shall file a Notice of Appearance in order to receive notifications automatically

S/ <u>Ada Lopez</u>
Courtroom Deputy Clerk