UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

Defendants.

No. 12-cv-2039 (GAG)

Request for Approval and Payment of Expenses

TO THE HONORABLE COURT,

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for March 2016.

| Core Team Expenses [1] | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | March 14, 2016 to March 18, 2016 |
| Rafael E. Ruiz | $6,500.00 | March 14, 2016 to March 18, 2016 |
| Marcos Soler | N/A | N/A |
| John J. Romero | $6,500.00 | March 14, 2016 to March 18, 2016 |
| Alan Youngs | $5,058.00 | March 14, 2016 to March 18, 2016 |
| Scott Cragg | $6,500.00 | March 14, 2016 to March 18, 2016 |
| Subtotal | $31,058.00 | |
| Telework | | |
| Gerard LaSalle | N/A | March 2016 |
| Linda V. Navedo | $2,600.00 | March 2016 |
| Rafael E. Ruiz | $2,600.00 | March 2016 |
| Marcos Soler | $9,100.00 | March 2016 |
| John J. Romero | $2,600.00 | March 2016 |
| Alan Youngs | $3,250.00 | March 2016 |
| Scott Cragg | $2,600.00 | March 2016 |
| Subtotal | $22,750.00 | |

---

[1] See attached Invoices

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $19,718.75 | March 2016 |
| Federico Hernandez Denton | $6,650.00 | March 2016 |
| Antonio Bazán | $3,375.00 | March 2016 |
| | Subtotal | $29,743.75 |
| Car Expenses | | |
| Chauffer | $900.00 | March 13, 2016 to March 19, 2016 |
| Gasoline | $326.25 | March 2016 |
| Tolls | $70.00 | March 2016 |
| Car Wash | $20.00 | March 2016 |
| Maintenance (Tire Repair) | $6.00 | March 2016 |
| | Subtotal | $1,322.25 |
| Surveys (para. 241) | | |
| Partial payment: Services for part of phase III | $5,000.00 | January 15, 2016 to March 15, 2016 |
| | Subtotal | $5,000.00 |
| Office Supply | | |
| Printer Cartridge | 180.00 | |
| | Subtotal | $180.00 |
| Grand Total | | $90,054.00 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $90,054.00, the total amount of the monthly expenses, for the month of March 2016.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH,** the TCA PR. Corp. respectfully requests the Honorable Court that the March expenses are approved and a check be issued in the amount of $90,054.00 the total amount of the expenses for the month of March 2016.

In San Juan, Puerto Rico, this day April 9, 2016.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.