12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of March.

The TCA attended scheduled visits; received. and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stake holders, including: a meeting with Milagros Catala, from Neighborhood Safety Committee; with Antonio Córdova, Director of the Housing Urban Development, in relation to developing a neighborhood safety committee; and with Dr. Blanco Peck, for the purpose of reviewing the final presentation of the survey's results which was presented to the Superintendent on March 29,2016. Lastly the parties, the PRPD and the TCA entered into a mediation process to mediate with the intention of preventing any foreseeable event that would arise from the electoral gag order.

The Core Team carried out the following visits: Police Headquarters, Carolina Police Station and Caguas Police Station. During this period, the following Action Plans were reviewed: Use of Force and Search and Seizures. The following matters were discussed: Drugs and Narcotics, Promotions, Staff Allocation (para. 13), SARP Investigation Manual, and Rules for the Processing, Investigation and Adjudication of Complaints Against PRPD Employees. The following Administrative Orders were approved: Functions and Responsibilities of the Domestic Violence Specialized Division and Investigation of Domestic Violence Incidents; also the General Order Investigation of Domestic Violence Incidents was approved. During March 17 to March 18 the TCA, his staff and Core Team attended to the Public Hearing in Fajardo.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires; financial statements preparation and payroll, preliminary Core Team's April agenda, circulating CT agenda and the Core Team work plan. Coordination and preparation of the TCA's agenda and meetings with the Core Team to discuss 2016 Work Plan and the next Six Month Report.