**[MARCH 1 THROUGH MAR 27, 2016]**
**[SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124]**

TO:     **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of March 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| On site Puerto Rico with TCA and PRPD | | 5 | 3/14 - 18 | 6500.00 |
| Email communications with TCA, review, official document translation, response, on site planning | 1.75 hours | | 3/8, 9, 23, 27 | 262.50 |
| Review and Analyze Action Plan, compare to performance plans and other action plans, performance evaluation, methodologies, and prepare for PRPD on site interviews | 10.25 hours | | 3/11, 12 | 1537.50 |
| Review of Police staffing Methods and CAD user manual | 1.5 hours | | 3/27 | 225.00 |
| Report Writing | 4 Hours | | 3/24, 25 | 600.00 |
| | | | Cost of Work Performed $9125.00 | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 5 Days |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 17.5 Hours |
| **TOTAL TO BE BILLED:** | | | | **$9100.00** |
| TOTAL HOURS WORKED US 17.5 Hrs. | | | | |
| Time not Billed (.25 Hrs.) | | | | |

INVOICE PRESENTED BY:
__//Signed//_____3/27/2016_____
Scott Cragg,  TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **March/2016**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|---|
| Working session to the attention of the policies that will be revised during the month of March/2016; work related to the TCA Core Team March/2016's Agenda, sending emails, among other issues. (2.0 Hrs.) | | N/A | X | 1/March | |
| Telephone conference with all parties to continue the review of the "Regulation to Amend the Art. 14 of the Personnel Regulation"; follow up to outstanding issues with the TCA. (4.0 Hrs.) | | N/A | X | 2/March | |
| Telephone conference with all parties to continue the review of the "Regulation to Amend the Art. 14 of the Personnel Regulation"; follow up to outstanding issues with the TCA; and assistance to activity of the ACLU in the Bar Association ("*Colegio de Abogados de PR*") on behalf of the TCA, for the presentation of the Conference: "Civilian independent Monitoring". (4.0 Hrs.) | | N/A | X | 3/March | |
| Meeting with Cor. Clementina Vega for the discussion of the TCA Core Team & Reform Office March's Agenda. (1.0) | | N/A | X | 8/March | |
| Working Session for the follow-up and revision of the policies; follow-up of pending matters regarding the TCA Core Team March/2016 Week Agenda, review of | | N/A | X | 9/March | |

1

| | | | | |
|---|---|---|---|---|
| documents related to the best practices of the police. (4.0) | | | | |
| Working session with the attorneys Guillermo Baralt and Antonio Bazán for the draft of a document related to the "Regulation to Amend the Art. 14 of the Personnel Regulation"; and coordination regarding the TCA Core Team' March/2016 visit. (4.0) | N/A | X | 11/March | |
| TCA Core Team Week | N/A | X | 14/March | $1,300.00 |
| TCA Core Team Week | N/A | X | 15/ March | $1,300.00 |
| TCA Core Team Week | N/A | X | 16/ March | $1,300.00 |
| TCA Core Team Week Public Hearing-Fajardo | N/A | X | 17/ March | $1,300.00 |
| TCA Core Team Week Public Hearing-Fajardo | N/A | X | 18/ March | $1,300.00 |
| Working session with the TCA Arnaldo Claudio, Eric Guzmán, Lara Morell, Dr. Blanco Peck in preparation for meeting for presentation of the results of surveys of residents of PR and the members of the PRPD, to the Superintendent José Caldero, his staff and the USDOJ (P. 241); meeting with TCA for the discussion of the Core Team & Reform Office April/2016's Agenda, among other matters. (4.0 Hrs.) | N/A | X | 28/March | |
| Assistance and participation in meeting along with the TCA Arnaldo Claudio and its staff, the Superintendent José Caldero and its staff and the representatives of the USDOJ for the presentation of the results of the surveys completed at the time; subsequent meeting for outstanding issues with all parties. (4.0 Hrs.) | N/A | X | 29/March | |
| Work session for the attention of the review of the Police Academy's syllabus, sending e-mails and telephone calls to follow up and coordination of outstanding issues, among other matters. (3.0 Hrs.) | N/A | X | 30/March | |
| Assistance to "Open Meeting" held in the municipality of Hormigueros (Mayaguez PRPD Area). (2.0 Hrs.) | N/A | X | 31/March | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK": | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |

2

| | | **TOTAL TO BE BILLED:** | **$9,100.00** |
| | | TOTAL HOURS WORKED "PRO BONO": 14.67 HOURS | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
April 1st, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 4/8/_____, 2016

3

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

March 31, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 020
FOR PROFESSIONAL SERVICES RENDERED MARCH 2016

Monday, March 14, 2016     TCA Office re: meetings
                                            Site Visit: Carolina "Area"

Tuesday, March 15, 2016     TCA Office
                                            Site Visit: Caguas "Area"
                                            PRPD Academy re: meetings

Wednesday, March 16, 2016     TCA Office re: meetings
                                            PRPD HQ. re: meetings

Thursday, March 17, 2016     Fajardo re: Public Hearing

Friday, March 18, 2016     Fajardo re: Public Hearing

**5 DAYS (DAY RATE $1,300) = $6500**

March 1-31     Reviewed PRPD's Redline Draft on Creation of the Crisis Intervention
Team of Puerto Rico (CIT) G.O. Chapter 600, Section 6, matched same
to previous draft, as well as to agreed changes discussed during meetings
At PRPD HQ. 4hrs.
Comments regarding changes to the above mentioned policy. 4 hrs.
Research and identify locations for (March) Site Visits) 1hr 30 min.
Comments on Site Visit to Caguas "Area" 3hrs 30 min.
Comments on Site Visit to Carolina "Area"3hrs.
Comments on Site Visit of SARP/SFRB/FIU 4 hrs.
Conferred with Core Team Members via emails/phone calls on above
as well as site visits to CIC and Drug Units in Caguas and
Carolina and other Core Team related work. 2hrs.40 min.

**TOTAL HOURS:  22 HOURS  40 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =      5 HOURS  20 MINUTES**

**TOTAL. $9,100**

# INVOICE FOR PROFESSIONAL SERVICES: MAR 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of March 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched availability of National Incident Based Reporting (NIBRS) documents (3 hours) | X | N/A | 1/Mar | 450.00 |
| Phone calls; National Incident Based Reporting (NIBRS) documents were obtained from law enforcement sources including the FBI (2 hours) | X | N/A | 1/Mar | 300.00 |
| Reviewed each of the four National Incident Based Reporting (NIBRS) manuals (3 hours) | X | N/A | 2/Mar | 450.00 |
| Researched best police practices concerning Management staff studies (3 hours) | X | N/A | 3/Mar | 450.00 |
| Contacted IACP contacts and obtained five major Management staff studies including a Data Collections Outline, and Command & Patrol Analysis Worksheets (2 hours) | X | N/A | 5/Mar | 300.00 |
| Reviewed five major staff studies completed by IACP and private consultants. (3 hours) | X | N/A | 6/Mar | 450.00 |
| Researched, reviewed and obtained information on best police practices concerning LGBT      (4 hours) | X | N/A | 7/Mar | 600.00 |
| Researched, reviewed and obtained information on best police practices concerning Job Task Analysis (4 hours) | X | N/A | 10/Mar | 600.00 |

1

| | | | | |
|---|---|---|---|---|
| Researched Drug Units in U.S. and Columbia (3 hours) | X | N/A | 11/Mar | 450.00 |
| Contacted and obtained drug unit documents from Denver West Metro Task Force, Dade County Sheriff's Dept. and Dept. of Justice. (2 hours) | X | N/A | 12/Mar | 300.00 |
| Read all obtained documents concerning best practices on drug units and drug unit training (3 hours) | X | N/A | 13/Mar | 450.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 14/Mar | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 15/Mar | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 16/Mar | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 17/Mar | $1,300.00 |
| TCA Core Team Week (5 hours - see agenda + work after hours) | N/A | X | 18/Mar | $650.00 |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 16.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

*Alan C Youngs*

Alan C. Youngs
TCA Core Team
March 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President

2

TCAPR Corp.

Date: ____4/8____, 2016.

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | GONZM377@NEWSCHOOL.EDU

A:   **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of March 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | US WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of three updated policies on domestic violence, SARP investigator manual, and administrative complaints policy; Submit memoranda on these policies; communications with TCA and core team on these matters (16.0 hours) | X | N/A | Saturday-Sunday, March 5-6, 2016 | (16 @ $150 = $2,400) |
| Work from New York City: Final review of SARP investigator manual; Draft preliminary comments to USDOJ on methodology; Review of DOJ comments on Action Plans methodology (14.0 hours) | X | N/A | Saturday-Sunday, February 12-13, 2015 | (14 @ $150 = $2,100) |
| Work from New York City: SARP investigator manual (2.0 hours) | X | N/A | Tuesday, March 15, 2016 | (2 @ $150 = $300) |
| Work from New York City: Submit comments to US DOJ on methodology, communications with TCA (1.0 hours) | X | N/A | Wednesday, March 16, 2016 | (1 @ $150 = $150) |
| Work from New York City: Review of PRPD comments on Action Plans methodology; Update methodology (15.0 hours) | X | N/A | Saturday-Sunday, February 19- | (15 @ $150 = $2,250) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | 20, 2015 | |
| Work from New York City:  SARP investigator manual follow-up (1.0 hours) | X | N/A | Wednesday, March 23, 2016 | (1 @ $150 = $150) |
| Work from New York City:  Draft Updated Responses to Action Plan methodology for Professionalization, Community Engagement and Recruitment (10.0 hours) | X | N/A | Saturday and Sunday, March 26-27, 2016 | (10 @ $150 = $1,500) |
| Work from New York City:  Assist Linda with review of best practices procedures (Protocolo de evaluacion sobre el cumplimiento de las mejores practicas) (2.0 hours) | X | N/A | Tuesday- Wednesday, March 29-30, 2016 | (2 @ $150 = $150) |
| | | | TOTAL HOURS WORKED: 61.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 days, 0 HOURS) | | | | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (61 HOURS @ $150): | | | | $9,100 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

*marcos soler*

MARCOS F. SOLER
TCA Core Team
March 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: ___4__/__8__/_____, 2016.

**Rafael E. Ruiz**
**Consultant**

# INVOICE

**Criminal Justice and Policing**

**610 Pleasant St**

**Canton, MA 02021**

INVOICE #2016-05

TO:
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
**SAN JUAN, PR 00918**

FOR:
Site visit to PR and work from home

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 3/14/16-Transported to Carolina Police Area (CIC, Drug Unit, FRB) Action Plans review on Use of Force and Search and Seizures | | | |
| 3-15-16 Caguas Police Area (CIC, Drug Unit, FRB). Action Plans review on Use of Force and Search and Seizures. | | | |
| Police Academy- Action Plan training review on Use of Force, Search and Seizures | | | |
| 3-16-16: General discussion on the following matters: TCA Six Month Report), Public Hearing, and Work Plan discussion for 2016; Afternoon Meeting FIU at SARP | 5 days | 1300/day | 6500.00 |
| 3-17-16: Fajardo Public Court Hearing | | | |
| 3-18-16: Fajardo Public Court Hearing | | | |
| March 1-13, 2016: | | | |
| Review of PRPD 615 Arrests and Summons:    3-1/2 hrs | | | |
| Review of GO 626 Personas Extranjeras:    2-1/2 hrs | | | |
| GO 626 Personas Extranjeras and all pertaining forms:  2 hrs | | | |
| Prepare schedule for site visits agenda:    2 hrs | | | |
| Emails and phone calls:    2 hrs | | | |
| March 20 through March 31: | | | |
| FRB, FIU, CIC, Drug Units Reports:    6 hrs | | | |
| Total hours worked: 18 hrs;    Billable hours:    17.33 hrs | 17.33 | 150/hr | 2600.00 |
| | | TOTAL | 9100.0 |

Make all checks payable to **Rafael E. Ruiz**
**Signature** _Rafael E Ruiz_           **Date 03/31/16** Thank you for your business!

CASTELLANOS GROUP, P.S.C.

March 28, 2016

MR. ERIC GUZMÁN

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

**Invoice For Services Rendered To The TCA During The Month of February and the Month of March 2016.**

The present invoice includes an itemized description of the services that were rendered by ALFREDO CASTELLANOS during the month of February 2016 that were not billed during the previous Invoice and the services rendered for part of the month of March, for your information and to be billed at a later date.

| Date | Description | Hours |
|------|-------------|-------|
| 2/1/2016 | Memorandum Review and Analysis of the TCA's Six-Month Report 06/18/2015 to 12/08/2015 (Filed on February 1, 2016) | 2.5 |
| 2/1/2016 | Communication with Lt. Col. Clementina Vega Regarding Lt. Col. Luis Colón's (Director of FURA) participation in the Public Hearting | .5 |
| 2/1/2016 | Written Communications with the Parties Regarding the Sistema TV Interview | .5 |
| 2/1/2012 – 2/4/2016 | In Progress Report: Coordination Efforts Prior to the Public Hearing | 2 |
| 2/2/2016 | In-Progress Report – Revision of General Orders | 1.5 |
| 2/2/2016 | Coordination of Conference Call with the Parties on 2/5/2016 | .5 |
| 2/2/2016 | Follow-Up Written and Phone Communications: Invitation Letters to the Law School Deans (Vivian Neptune – UPR and Julio Fontanet – Interamerican) and to the Director of the Criminal Justice Department (Porfirio Ortiz – Fajardo Interamerican University) | 2 |
| 2/2/2016 | Communications with Oscar Serrano, Esq. Regarding the Fajardo Public Hearing | .5 |
| 2/2/2016 | Written Communication to Lic. Jesús Ortiz, Director of *Autoridad de Transporte Marítimo* and Follow-Up Communications to Confirm Meeting | .75 |
| 2/2/2016 | Meeting with Juan Hernández, president of ASPPRO (*Asociación de Periodistas de Puerto Rico*) | 2 |
| 2/2/2016 | Preparation of Information Packet Re: Police Department Reform for Mr. Juan Hernandez and Telephone Follow-UP | .5 |
| 2/3/2016 | Written Communication to Counsel Federico Hernandez Denton Re: Important Documents of the Police Reform | .25 |
| 2/3/2016 | Telephone Communication from José González, Esq. from ACLU requesting a meeting, Re: his participation in the Fajardo Public | .5 |



## CASTELLANOS GROUP, P.S.C.

| Date | Description | Hours |
|---|---|---|
| 2/3/2016 | Coordination of Meeting with State and Supreme Court Judges during the Fajardo Public Hearing | .25 |
| 2/3/2016 | Discussion of Budgetary Issues with the Court and the TCA's Office | 2 |
| 2/3/2016 | Coordination Discussion with Court Reporter, Evilys Carrión | .25 |
| 2/4/2016 | Communications with the Mayors of Humacao and Fajardo Re: Their Participation in the Public Hearing | 1 |
| 2/4/2016 | Coordination of Meeting with Josué González, Esq. ACLU/GRUCORPO | .75 |
| 2/4/2016 | Communications with the Directors of the Overseas Press Club Re: Their Potential Participation in the Public Hearing | .75 |
| 2/4/2016 | Certification of Notification to All Interested Parties of the Preliminary Scheduling Order | .5 |
| 2/4/2016 | Conversations Regarding the Participation of ACLU of PR in the Public Hearing – Josué González, Esq. and TCA Arnaldo Claudio | .5 |
| 2/5/2016 | Conference Call: Constitutional Lawyers Hernández Denton and Castellanos Bayouth and the Parties Luis Saucedo and Beatriz Annexy | 2 |
| 2/5/2016 | Invitations to Potential Guest Speakers at the Public Hearing: Porfirio Ortiz (Interamerican University of Fajardo), Lt. Col. Luis Ortiz (FURA), Miguel Rivera Puig and Maribel Hernández (Members of the Press) | 1 |
| 2/7/2016 | Communications with Counsel Hernández Denton and TCA Arnaldo Claudio Re: Parties' Concerns and Course of Action Regarding Media Interviews | 2 |
| 2/8/2016 | Written Communication to the TCA Re: Parties Concerns and Course of Action Regarding Media Interviews | .5 |
| 2/9/2016 | Communications and Analysis of a Letter from Police Superintendent Calder to Wanda Vázquez *Procuradora de la Mujer* | .25 |
| 2/9/2016 | Communications with Miguel Rivera Puig (El Vocero) Re: His Participation in the Fajardo Public Hearing | .25 |
| 2/9/2016 | Consultation of Guest Speakers' Participation with Lt. Col. Clementina Vega | .50 |
| 2/9/2016 | Communications and Revision of Parties' Certification of Translation Services | .5 |
| 2/11/2016 | Coordination of Meeting with Director of *Autoridad de Transporte Marítimo* | .25 |
| 2/11/2016 | Analysis of Communication Received Between the TCA and Lt. Col. Vega | .5 |
| 2/11/2016 | Communication with US Marshal Manny Varela Re: Fajardo Security Matters and Follow-Up Phone Call | 1 |
| 2/11/2016 | Communication with Luis Santiago, Assistant to the Mayor of Humacao, Re: Mayor's Deposition in the Fajardo Public Hearing | .5 |
| 2/11/2016 | Communications with the Fajardo State Court: Invitation to the Ponce Hearing in Preparation of the Fajardo Public Hearing | .5 |
| 2/11/2016 | Meeting with the Director and the Head of Security of *Autoridad de Transporte Marítimo* Lcdo. José A. Ruiz García and Luis Rivera | 4 |



## CASTELLANOS GROUP, P.S.C.

Nuñez

| | | |
|---|---|---|
| 2/12/2016 | In-Progress Report Review and Analysis of the Joint Stipulation Supplementing Directives, as proposed by the Parties | 2 |
| 2/12/2016 | Revision of Proposed Communication to the Parties Re: Joint Stipulation | .5 |
| 2/12/2016 | Communications with the Parties Re: Joint Stipulation | .5 |
| 2/13/2016 | Revision of Proposed Communication to the Parties | .5 |
| 2/15/2016 | Coordination of 2/22/2016 Meeting with the TCA | .25 |
| 2/15/2016 | Communications with Marina Owners and Mayors's Office to Send Invitations for the Public Hearing | 1 |
| 2/15/2016 | Communications with Security Companies to Participate in the Public Hearing | 1 |
| 2/16/2016 | Written Communications Between the TCA's Office, Constitutional Lawyers and the Parties Re: Joint Stipulation | .5 |
| 2/18/2016 | Written Communications with the Parties and the TCA's Office Regarding Agenda | .25 |
| 2/22/2016 | Meeting with the TCA, Arnaldo Claudio | 1 |
| 2/22/2016 | Invitations and Communications with Marina Owners and Follow-Up Phone Call | 1.5 |
| 2/23/2016 | Coordination Discussions with the State Court for the Fajardo Public Hearing Re: Equipment | .25 |
| 2/23/2016 | Request of Information of the Community Interaction Committes Re: Their Participation in the Public Hearing | .5 |
| 2/23/2016 | Coordination of Visit to the Fajardo Courthouse with the Court's Staff and the Courtroom's Director in Preparation for the Public Hearing | .5 |
| 2/23/2016 | Meeting with Wanda Vázquez *Procuradora de la Mujer* | 2 |
| 2/24/2016 | Communications with the TCA and the Community Leader from Naguabo, Carlos Iván Pérez García | 1 |
| 2/24/2016 | Meeting with Lcdo. Josué González, ACLU and GRUCORPO | 2 |
| 2/24/2016 | List of Community Interaction Members – Received from Lt. Col. Clementina Vega | .5 |
| 2/24/2016 | Communications with the Dean of UPR Law School's Office Re: Vivian Neptune's Participation in the Public Hearing | .5 |
| 2/24/2016 | Conversation and Coordination of Meeting with Luis Pagán, Director of G4S Security | .5 |
| 2/24/2016 | Conversation and Coordination of Meeting with Pedro Morales, Director of Genesis Security | .5 |
| 2/24/2016 | Coordination of Meeting with Miguel Rivera Puig | .5 |
| 2/25/2016 | Invitations and Communications to Mayors to Attend the Fajardo Public Hearing | 1 |
| 2/25/2016 | Coordination of Meeting with Mr. Freddie Nieves, Owner of Puerto Marina | .25 |
| 2/25/2016 | Invitations and Communications to Airport Owners to Participate in Fajardo Public Hearing | .5 |
| 2/25/2016 | Communications with Community Leaders in the East Re: Their Participation in the Public Hearing: Carlos Iván Pérez García, Elitzia de Jesús | 1 |

## CASTELLANOS GROUP, P.S.C.

| Date | Description | Hours |
|---|---|---|
| 2/25/2016 | Coordination of Meeting with Iniabel Álverez (*Escudo*) and Ceiba's Mayor | .5 |
| 2/25/2016 | Coordination of Meeting Carlos Iván Pérez Community Leader in Naguabo | .5 |
| 2/25/2016 | Coordination of Meeting Lic. Vega and Lic. Elitzia de Jesús | .5 |
| 2/26/2016 | Telephone Communication with Mr. José Vega, Esq. (CIC Fajardo) | 1.25 |
| 2/27/2016 | Communication with Federico Hernández Denton Re: 253 Meeting | .25 |
| 2/29/2016 | Follow Up Conversation with Mr. José Vega, Esq. | .75 |
| During the Month of March | Provide Guest Speakers with Relevant Documents Re: Police Department Reform | 1 |
| 3/1/2016 | Conference Call with Miguel Rivera Puig (*El Vocero*) Regarding His Participation in the Public Hearing | 1.5 |
| 3/1/2016 | Revision of Draft for Joint Stipulation Between the Parties and the TCA's Office | 1 |
| 3/1/2016 | Coordination of Conference Call With the Parties | .5 |
| 3/2/2016 | Communications with the Court Re: TCA Forum at UPR Law | .5 |
| 3/2/2016 | Meeting with Luis Pagán from *G4S* Regarding His Participation in the Public Hearing | 1.5 |
| 3/2/2016 | Meeting with Pedro Morales from *Genesis Security* Regarding his Participation in the Public Hearing | 1 |
| 3/3/2016 | Coordination Visit to the Commonwealth's Courthouse in Fajardo with Judge Gelpí's Court Reporter and Courtroom Deputy | 2 |
| 3/3/2016 | Coordination Meeting with the Fajardo Courthouse Administrative Judge, Hon. Lourdes Díaz and the Executive Director of the Court, Mr. Rafael Hernández | 1 |
| 3/3/2016 | Meeting with Freddie Nieves from *Marina Villa del Rey* | 1 |
| 3/3/2016 | Meeting with José Vega, Esq. and Mrs. Elitzia de Jesús Regarding their Participation in the Public Hearing, Issues that should be Addressed at the Hearing and the Situation in Vieques | 2.5 |
| 3/3/2016 | Telephone Communications with Culebra's Emergencies Manager, Mr. José Pérez, Re: Culebra's Potential Participation in the Public Hearing | 1 |
| 3/3/2016 | Coordination of Meeting with the Palmas del Mar Homeowners' Association, with Mr. Luis Santiago, Assistant to Humacao's Mayor, Hon. Marcelo Panisse | .25 |
| 3/4/2016 | Revision Draft Communication to the Parties from the TCA's Office | .5 |
| 3/4/2016 | Coordination of Trip and Meeting to Vieques with Police Commander Roberto Sánchez González and Mr. José Vega, Esq. | 1.5 |
| 3/4/2016 | Meeting with Carlos Iván Pérez (*Community Leader – Beaches in Naguabo*) Regarding his Participation in the Public Hearing | 1 |
| 3/4/2016 | Meeting with the Executive Director for the *Proyecto Escudo* in Ceiba, Mrs. Iniabelle Álvarez, Ceiba's First Lady Yolanda Flores and Mayor Angelo Cruz Re: Mrs. Álvarez's participation in the Fajardo Public Hearing | 1.5 |
| 3/4/2016 | Meeting with Lt. Col. Cácerez, Police Commander for the Fajardo | 1 |

## CASTELLANOS GROUP, P.S.C.

| | Area, Re: Coordination Matters and his Participation in the Public Hearing | |
|---|---|---|
| 3/5/2016 | Meeting in Vieques with Mayor Victor Emeric Catarineau and the Police Commander Roberto Sánchez González, in Vieques RE: Mayor's Participation in the Public Hearing and the Issues Currently Faced by the Island | 3.5 |
| 3/6/2016 | Written Communications with Col. Clementina Vega, Director of the Police Reform's Office, Re: Her Participation in the Public Hearing | .5 |
| 3/6/2016 | Audiovisual Presentations Coordination with the Fajardo Courthouse: Communications with Mr. Rafael Hernández, Executive Director of the Courthouse. | .5 |
| 3/6/2016 | Meeting with the Homeowners' Association in Palmas del Mar Re: Mr. Antonio Maldonado's Participation at the Public Hearing | 3 |
| 3/6/2016 | Follow-Up Telephone Conversation with Josué González, Esq. from ACLU, Re: GRUCORPO'S Participation in the Hearing | .5 |
| 3/6/2016 | Telephone Communication with Nora Vargas, Esq. Re: Discrimination for Sexual Orientation and Gender Identity Clinic's Representative | .5 |
| 3/7/2016 | Follow-Up Telephone Communication with Nora Vargas, Esq. Re: Discrimination for Sexual Orientation and Gender Identity Clinic's Representative, Miss Johanis Salcedo | .25 |
| 3/7/2016 | Telephone Conversation with Mr. José Vega, Esq. Re: Monday, March 7, 2016 CIC Meeting in the San Juan Precinct | .75 |
| 3/7/2016 | Communication with Mr. Luis Santiago (Assistant to the Mayor of Humacao) Re: Meeting with Humacao's Police Commander, Lt. Col. Orlando Rivera | .5 |
| 3/7/2016 | Written Communication with Mr. Federico Hernández Denton Re: Stipulation Filed by the Parties | .5 |
| 3/7/2016 | Meeting with Juan Bravo III from *Ranger American* Re: His Participation in the Public Hearing | 1 |
| 3/7/2016 | Preparation of the Official Identification for the Public Hearing | 2.5 |
| 3/7/2016 | In Progress Report – Coordination Efforts for the Public Hearing January-Beginning of March | 3 |
| 3/8/2016 | In-Progress Report – Pending Matters Prior to the Public Hearing | 3 |
| 3/8/2016 | Confirmation of Email Address of All Interested Parties to Notify the Final Scheduling Order | 1 |
| 3/8/2016 | In-Progress Report – Communications with Guest Speakers | 3 |
| 3/8/2016 | Notification of the Final Scheduling Order to All Interested Parties | 2 |
| 3/9/2016 | Written Communication with the Hon. Isabel Llompart Zeno, Re: Chief Justice of the Puerto Rico Supreme Court, Hon. Maite Oronoz Attendance to the Public Hearing | .25 |
| 3/9/2016 | Conference Call with the Parties, Mr. Luis Saucedo, Esq. (US DoJ) and Mrs. Beatriz Annexy, Esq. (Commonwealth's DoJ) | 2 |
| 3/9/2016 | Notification of Amended Scheduling Order to all Interested Parties | 2 |
| 3/9/2016 | Written Communication with Mr. Luis Saucedo (US DoJ) Re: Itinerary for the Public Hearing | .25 |
| 3/10/2016 | Coordination of Meetings With Hon. Lourdes Díaz (Administrative | 1 |



## CASTELLANOS GROUP, P.S.C.

| | | |
|---|---|---|
| | Judge of the Fajardo Courthouse) | |
| 3/10/2016 | Meeting with Mr. Miguel Portilla from *Capitol Securities* Re: His Participation in the Public Hearing | 1 |
| 3/10/2016 | Conversation with Police Officers in the Fajardo Precinct In Charge of Refreshments During the Public Hearing for Attendants | .5 |
| 3/10/2016 | Meeting with Inspector Wilson Lebrón Security Director for the Ports' Authority | 1 |
| 3/11/2016 | Coordination of Parking Arrangements with Lt. Col. Cáceres | 1 |
| 3/11/2016 | Notification of Official Identification to US Marshal Manuel Valera and Lt. Col. Cáceres | .5 |
| 3/11/2016 | Written Communication to the Private Security Companies' Representatives to Ensure they Coordinated their Participations so as to Prevent Unnecessary Repetition During the Hearing | .25 |
| 3/12/2016 | Written Communication to the TCA's Core Team Re: Activities During the Public Hearing | .25 |
| 3/14/2016 | Meeting with Sonia Rodríguez, Spokesperson for the CIC in Humacao Re: Her Participation in the Public Hearing | 1.25 |
| 3/14/2016 | Follow-up Communication with Hon. Lourdes Díaz Re: Coordination of Meetings During the Public Hearing | .25 |
| 3/14/2016 | Coordination with the Press Regarding Attendance to the Public Hearing | .25 |
| 3/14/2016 | Communication with Maritere Rivera Corujo Re: Her Attendance to the Public Hearing | .25 |
| 3/14/2016 | Conversation with Mr. Miguel Rivera Puig and Mr. Juan Hernández Re: Arrangements for their Participation During the Public Hearing | 1 |
| 3/15/2016 | Meeting with Mrs. Georgina Candal, Esq. Director of the Civil Rights Commission Re: Her Participation in the Public Hearing | 1 |
| 3/15/2015 | Conversation with Mr. José Vega, Esq. Re: Vieques's Mayor Hon. Victor Emeric Catarineau's Documents for His Presentation During the Public Hearing | 1.5 |
| 3/15/2016 | Memorandum: Importance of Comity for the PRPD Reform | 4 |
| 3/16/2016 | Conversation with Mr. Oscar Serrano, Esq. Re: Arrangement for his Participation During the Public Hearing | .25 |
| 3/16/2016 | ~~Materials for the Public Hearing~~ | ~~$30~~ |
| 3/16/2016 | Final Coordination Visit to the Fajardo Courthouse with Mr. Rafael Hernández, Executive Director | 1 |
| 3/16/2016 | Confirmation of Equipment with ATABEX (Translation Company) | .5 |
| 3/16/2016 | Conversation with Mr. Federico Hernández Denton Re: Public Hearing | 2 |
| 3/16/2016 | Notification of Final Amended Scheduling Order to All Interested Parties | 1 |
| 3/16/2016 | In Progress Report: Status Prior to the Public Hearing | 3 |
| 3/16/2016 | Arrangements with the Press Regarding their Attendance and Coverage During the Public Hearing | 1 |
| 3/16/2016 | Final List of Confirmed Attendance for the Public Hearing | 1.5 |
| 3/16/2016 | Final Rundown prior to the Public Hearing | 1 |
| 3/17/2016 | Fajardo Public Hearing Day One | 10 |

## CASTELLANOS GROUP, P.S.C.

| | | |
|---|---|---|
| 3/17/2016 | Per Diem | $75 |
| 3/17/2016 | In-Progress Report First Day of the Public Hearing | 2 |
| 3/18/2016 | Fajardo Public Hearing Day Two | 10 |
| 3/18/2016 | Per Diem | $75 |
| 3/19/2016 | Written Communication with Mr. Federico Hernández Denton, Esq. Re: Police Department's Issues with the SEC (Denied Request for Promotional Material) | .5 |

| | |
|---|---|
| Total Hours | 157.75 |
| Other Expenses | $255.00 |
| Total Billed | $19,973.75 |

*Not Approved by TCA.*

Note: Some hours worked during the month of December, were not included in this invoice. They will be included in the invoice for the month of January 2016.

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.

**ALFREDO CASTELLANOS BAYOUTH**

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de Leon Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

March 31, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice **2016-03**

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of March 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 3/01/2016 | 2.5 hrs. | Review of Materials and Advice on issues of "Crisis Interventions" and review and legal assessment of "Stipulations" document submitted to the TCA (Privilege matter) |
| 3/14/2016 | 2.0 hrs. (9:00 to 11:00 am) | Paragraph 13 Meeting at PRPD Headquarters |
| 3/14/2016 | 1.0 hr. (11:15 am to 12:15 pm.) | Meeting with TCA (re: Legal Advice – Privileged Matter) |
| 3/14/2016 | 1.5 hrs. (1:30 to 3:00 pm) | Meeting at PRPD Headquarters on Narcotics Unit Reorganization |
| 3/14/2016 | 2.5 hrs.(3:30 to 6:00 pm) | Meeting at PRPD Headquarters on Review of Officer Promotion Files |
| 3/15/2016 | 3:0hrs. (9:00 am to 12:00 noon) | Meeting at PRPD Headquarters- Reglamento para Tramite de Querellas. |
| 3/17/2016 | 7.0 hrs. (9:00 am to 5:00 pm) | Hearing in case 3:12-cv-02039-GAG held at the Superior Court, Fajardo Part. Judge Gustavo A. Gelpí, presiding. |
| 3/18/2016 | 7.5 hrs. (9:00 am to 6:00 pm) | Hearing in case 3:12-cv-02039-GAG held at the Superior Court, Fajardo Part. Judge Gustavo A. Gelpí, presiding. |
| 3/31/2016 | 27.0 hrs. **Total hours billed** | 27 hrs. x $125.00=$3,375.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or

**Page 1 of 2**

the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

> *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

March 30, 2016

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

## Invoice For Services Rendered To The TCA during The Month of March 2016.

The present invoice includes services that were rendered by FEDERICO HERNÁNDEZ DENTON during the month of March 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 3/1/2016 | Communications with TCA and President of Board of Promotions regarding the publication of the list of the rankings of candidates. Analysis of changes in the Draft of Stipulation prepared by attorney Lara Morell in accordance with meeting and conference call. | 3 |
| 3/3/2016 | Meeting with Chair of Board of Promotions and Staff. | 2.5 |
| 3/4/2016 | Reading and analysis of changes proposed by DOJ and PRDOJ to Draft of Stipulation and conference calls regarding response of the TCA. Reading of emails Attorneys Saucedo and Annexy and conference call with TCA and CL Lawyers and Counsel of TCA regarding changes to stipulations according to sealed Order of the Court. | 3.5 |
| 3/8/2016 | Reading of Response of DOJ | 1.5 |
| 3/14/2016 | Coordination of participation of Chief Justice or designee invited to Fajardo Hearing. Meeting related to the Board of Promotions. | 4.5 |
| 3/17/2016 | Coordination and assistance to the TCA and Judge Gelpi in the Court Hearing held in Fajardo. | 10 |
| 3/18/2016 | Coordination and assistance to the TCA and Judge Gelpi in the Court Hearing held in Fajardo. | 10 |
| 3/19/2016 | Court Hearing- DOJ, analysis of decision of the State Election Commission denying PRPD's petition to be exempted from prohibition of Electoral Law. | 3 |
| **Total Billed** | | **38** |

Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

| Hours | |
|---|---|
| TOTAL | $6,650.00 |

FEDERICO HERNÁNDEZ DENTON

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked my capacity as Legal Advisor.*

# INVOICE 0112

3/14/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during the week of March 13-19, 2016 to TCA Core Team, which includes the following: | 900.00 |

  - Transportation from and to airport
  - Transportation services to municipalities
   (Caguas, San Juan, Carolina, Gurabo, Fajardo
    and Police Headquarters in Hato Rey)

Total Hours Worked: 86 hrs

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com



PUMA 135A
SACARSA
787-706-3871

Descr

Premmy Fuel                    20.00

            Sub Total             0.00
            STATETAX              0.00
            CITYTAX               0.00
TOTAL                            0.00
                 CASH $           0.00
THANKS COME AGAIN
REG# 0001 CSH# 008 DRW 01   TRAN# 11620
03/14/16  10:03:14              ST# AB123



PUMA MARCELINA SOLA
PUMA ENERGY PR

REG   CA #09  37.24AL         22.18
                 @ 0.57/L

[Pay Fuel]                   -22.00

               Sub Total       0.00
               STATE           0.00
               CITY            0.00
          TOTAL              0.00
               CASH $          0.00
     VUELVA PRONTO!!!!
REG# 0001 CSH# 006 DRR 01  TRAN# 18521
03/16/16  14:35:41         STN #0125



PUMA MARCELINO GRP D
PUMA ENERGY PR

Descr                        PTY              Amount

REG      GA R10   37.844L              20.00
                @ 0.537/ L
         Prepay Fuel              -20.00

                    Sub Total              0.00
                         STATE              0.00
                          CITY              0.00
         TOTAL              0.00
                        CASH $              0.00
VUELVA PRONTO !!!

```
        BIENVENIDOS A
          ANY TIME
          CAROLINA

Descr.          qty        amount
-------         ----       ------

Prepay CA#02               20.00
                         -----------
          Sub Total        20.00
          MUNICIPAL         0.00
          ESTATAL           0.00
     TOTAL      20.00
              CASH  $   20.00
  THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 13438
03/08/16  17:45:01           ST# AB123
```

```
        BIENVENIDOS A
          ANY TIME
          CAROLINA

Descr.          qty        amount
-------         ----       ------

Prepay CA#02               10.00
                         -----------
          Sub Total        10.00
          MUNICIPAL         0.00
          ESTATAL           0.00
     TOTAL      10.00
              CASH  $   10.00
  THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 14620
03/09/16  17:58:46           ST# AB123
```

```
        WELCOME TO
        STORE NUMER1

Descr.          qty        amount

Prepay CA#02               20.00
Prepay Fuel                20.00
                         -----------
          Sub Total         0.00
          ESTATAL           0.00
                            0.00
     TOTAL       0.00
              CASH  $    0.00
  THANKS, COME AGAIN
```

```
     H TO GO STORE GURABO
        CARR  189 KM 0.4
       BO. NAVARRO GURABO
          PR, 00778

Descr.          qty        amount
-------         ----       ------

REG  CR #02   37.95 lt     20.00
            @ 0.527/ L
  Prepay Fuel             -20.00
                         -----------
          Sub Total        0.00
          IVU 1%           0.00
          IVU 10.5%        0.00
          SPEC 2%          0.00
     TOTAL      0.00
              CASH  $    0.00
  THANKS, COME AGAIN
REG# 0004 CSH# 012 DR# 01  TRAN# 40384
03/18/16  18:45 20           ST# C0012
```

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _____ /20_____

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| | | | |
|---|---|---|---|
| LITROS DE GASOLINA | | | |
| QTOS. DE ACEITE | | | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | | | |
| LAVADO MOTOR | | | |
| INSPECCION | | | |
| FLUSHING | | | |
| | | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | | |
| RECIBÍ _____  **TOTAL** | | | |

SHELL GLOBAL STATION
LAS PIEDRAS

MAR 17 16 09:45PM    RECEIPT NO. 1149341

STORE ID 13395

PUMP GRADE    VOLUME    PPU    AMOUNT

PREPAID DISPENSED
4    PREM    4.855    4.00    19.00
               19.00

US Infanteria Sta. Ana Shopping
Carolina PR 00047
787-769-6200
Date: 3/17/2016 9:08 PM
Cashier: Marina Del Carmen
Trans No. 991794
Batch No. 3216
Qty  UPC/PLU   Description

FUEL SALES PREPAID FUEL
1.000           (20.500)          $0.00
Regular HI
R GAS            20.875           $10.00

Subtotal:         $10.50
Estatal:          $0.05
Municipal:        $0.00

Total             $10.55
Tendered:         $10.55
Change:           $0.00

Gracias por comprar combustible

BIENVENIDOS A
ANY TIME
CAROLINA

| DESC. | QTY | amount |
| --- | --- | --- |
| Prepay TAR01 | | 20.00 |
| Sub Total | | 20.00 |
| MUNICIPAL | | 0.00 |
| ESTATAL | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 16291
03/16/16  22:10:08              ST# AB123

BIENVENIDOS A
ANY TIME
CAROLINA

| descr. | qty | amount |
| --- | --- | --- |
| < DUPLICATE RECEIPT > | | |
| Prepay CR#02 | | 20.00 |
| Sub Total | | 20.00 |
| MUNICIPAL | | 0.00 |
| ESTATAL | | 0.00 |
| TOTAL | | 20.00 |
| VISA/MC $ | | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 13389
03/16/16  22:14:48              ST# AB123

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _____ 20 ___

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | 20 00 |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL**  20 00

---

H TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#07 | | 14.00 |
| | Sub Total | 14.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| | **TOTAL** | **14.00** |
| | CASH $ | 14.00 |

THANKS, COME AGAIN

REG# 0004 CSH# 012 DR# 01   TRAN# 45251
03/28/16  18:51:37            ST# 00012

CONTROL: H0X2Y-HK4LS
ST
processed by Softek

---

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH        REC# 29536        03/28/16

**∗∗∗∗ RECIBO ∗∗∗∗**

1  GASOLINA BOMBA-01        20.00
                           --------
                            20.00
    TAX MUN . . . . .        .00
    TAX EST . . . . .        .00
                           --------
    TOTAL DE LA VENTA . . . . .  20.00

    CAMBIO DE   20.00  -   .00

∗ GRACIAS POR SU COMPRA  VUELVA PRONTO ∗

 XCLUSIVE MART
BOLERA S.S
TEL, 743 2201

| Descr. | qty | amount |
| --- | --- | --- |
| REG  CA #12 | 30.836L<br>@ 0.527/ L | 16.25 |
| | | ----------- |
| Sub Total | | 16.25 |
| STATE TAX | | 0.00 |
| CITY TAX | | 0.00 |
| **TOTAL** | | **16.25** |
| CASH $ | | 30.00 |
| Change $ | | -13.75 |

THANKS,COME AGAIN
REG# 0001 CSH# 006 DR# 01   TRAN# 19190
03/16/16  19:15:10             ST# AB123

H TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#02 | | 20.00 |
| | | ---------- |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
REG# 0002 CSH# 004 DR# 01   TRAN# 28498
03/22/16  09:15:57             ST# 00012

--------------------------------
CONTROL: ASWC1-H18M3
ST
"processed by Softek"
--------------------------------

--------------------------------
CONTROL : G7CRM SL3B5
ST
"processed by Softek"

```
             BIENVENIDOS A
               ANY TIME
              CAROLINA

Descr.           qty        amount
-----------      ---        ------
Prepay CA#04                 30.00
                           ----------

              Sub Total      30.00
              MUNICIPAL       0.00
              ESTATAL         0.00
       TOTAL            30.00
                 CASH  $     40.00
                 Change $    -10.00
    THANKS, COME  AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 19389
03/30/16  17:17:53          ST# AB123
```

Recibo de Recarga

www.autoexpreso.com
PO Box 1183
San Juan, PR 009 -888
1-888-688-13 (
Plaza Caguas Norte, Carril 13
Cajero: 252
03/30/16 15:4 :0

```
Numero de Cuenta:       PC 03451155
Cantidad de Pago:       $    20.00
Metodo de Pago:              Efectivo
Balance:                     24.65
```



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Mar 16.16 | 09:33:11 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000215 | 87888010 | 378810700001 |

PREPAID CASH

PP NUMBER.
PAN #.   62780704071412B

AUTH. CODE: 0A1Y07       INVOICE: 049778
                         TRACE  :003697

TOTAL :      $          10.00

SIGNATURE :

APPROVED
20.05

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Mar 09.16 | 16:58:36 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000208 | 87888010 | 378810700001 |

PREPAID CASH

PP NUMBER.
PAN #.   62780704071412B

AUTH. CODE: 0A1NRX       INVOICE: 043755
                         TRACE  :003667

TOTAL :      $          10.00

SIGNATURE :

APPROVED
20.80

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Mar 16.16 | 09:33:33 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000215 | 87888010 | 378810700001 |

PREPAID CASH

PP NUMBER.
PAN #.   62780704071413B

AUTH. CODE: 0A1Y08       INVOICE: 049779
                         TRACE  :003699

TOTAL :      $          10.00

SIGNATURE :

APPROVED
20.06

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Mar 21.16 | 14:47:25 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000218 | 87888010 | 378810700001 |

PREPAID CASH

PP NUMBER.
PAN #.   62780704071413B

AUTH. CODE: 0A278L       INVOICE: 050026
                         TRACE  :003933

TOTAL :      $          20.00

SIGNATURE :

APPROVED
25.15

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio




# PUERTO NUEVO

**Servicio de gomas**
Lunes a Viernes 7:30 am a 6:30 pm
Domingo 8:30 am a 4:00 pm

**GOMAS NUEVAS Y USADAS**
**BALANCEO ELECTRONICOS**
**VENTA DE AROS NUEVOS Y USADOS**
**TEL. 787-781-5125**

*"TODO LO PUEDO EN CRISTO QUE E FORTALECE"*
*FILIPENSES 4:13*

**FACTURA**

VENTA CASH

**Cliente**

**Direccion**

**FECHA**

**TEL.**

**CEL.**

| CANT | DESCRIPCION | UNIDAD | PRECIO |
|---|---|---|---|
|  | **GOMA** |  |  |
|  |  |  |  |
|  | **REPARACION** |  |  |
|  | **PARCHO** |  |  |
|  | **INYECCION** |  |  |
|  | **ROTACION** |  |  |
|  | **BALANCEO** |  |  |
|  | **VALVULA** |  |  |
|  | **MONTURA** |  |  |
|  |  |  |  |

**FIRMA DEL CLIENTE**

**TOTAL**
**TAX**
**PRECIO TOTAL**

Garantia por desperfectos de fabrica gomas sin alteraciones.

1261 Las Palmas Ave. Esq. R.H. Todo Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

## CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 20 ___

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☐   CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    **TOTAL**

## Invoice March 15, 2016: $5,000

## The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

### Services for Part of Phase III: January 15 to March 15 2016: $5,000

**Department Reform of Puerto Rico, Department of Justice of the United States of America.**

| Phase | Calendar |
|-------|----------|
| 1- Statistical analysis of community and police surveys. Cross tabs construction, graphs and tables analysis. Descriptive and Inferential analysis with descriptions and conclusions.<br><br>2- Planning, organization, questionnaire design for detainee' and different sections and variable index. | (November to March 2016) |
| 3- Analysis and strategy design for detainees. | (January 2016) |
| 4- a.) Interviewers training and adjustments to the questionnaire in collaboration with the office of TCA. | (February 2016) |
| 5- Questionnaire reproductions and distributions to begin the detainee's survey. Recollection of the detainee's survey. | (February 2016) |
| 6- Recollection and preparation of answered questionnaires to be codified and data entry with the SPSS program and the variable indexes of each section of the Questionnaire.<br><br>7- Power point preparation for the Police Department presentation. | (March, 2016) |

I look forward to maintain communication with you,


Sincerely yours,

*Richard Blanco Peck*

**Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**PEDRO C. RIVERA / RECYCLING SOLUTIONS**
TEL 403-1657 / 668-5702
ELEMI 109 ALT. STA. MARIA GUAYNABO,P.R. 00969



# INVOICE

| Customer | | |
|---|---|---|
| NOMBRE | *TCA PR* | |
| TELEFONC | | |

RECIBIDO 3/16/16
REPARADO
LLAMADA
ENTREGA

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | *rlvleR loxmARil 604 H* | | 180 ⁰⁰ |
| | | SubTotal | |
| | | TOTAL | 180.00 |

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 10 DIAS
DE NOTIFICAR AL CLIENTE.