# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

**TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of April 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched availability of documents pertaining to staffing analysis and performance measurement (3 hours) | X | N/A | 1/Apr | 450.00 |
| Phone calls; Staffing analysis documents were obtained from law enforcement sources (2 hours) | X | N/A | 1/Apr | 300.00 |
| Reviewed each of the staffing analysis documents and links (3 hours) | X | N/A | 2/Apr | 450.00 |
| Researched  best police practices concerning Flash Bang policy & training (3 hours) | X | N/A | 8/Apr | 450.00 |
| Researched, reviewed and obtained Self-Assessment forms for best practices reference policies, crime control, and crime statistics.       (4 hours) | X | N/A | 8/Apr | 600.00 |
| Contacted and obtained manual for Media Relations from law enforcements sources (2 hours) | X | N/A | 11/APR | 300.00 |
| Contacted and obtained Arrest Control lesson plan and manual  from law enforcements sources (3 hours) | X | N/A | 13/Apr | 450.00 |
| Reviewed PRPDs curriculum on Ethics for annual review and submitted comments (2 hours) | X | N/A | 14/Apr | 300.00 |
| Reviewed PRPDs curriculum on Physical Fitness for annual review and submitted comments       (2 hours) | X | N/A | 14/Apri | 300.00 |
| Reviewed PRPDs policy on FTO  for annual review and submitted comments (2 hours) | X | N/A | 15Apr | 300.00 |
| Reviewed PRPDs FTO Manual for annual review and submitted comments  (3 hours) | X | N/A | 16/Apr | 450.00 |

1

| | | | | |
|---|---|---|---|---|
| Provided IACP Policy and white paper on Unbiased Policing (2 hours) | X | N/A | 17 Apr | 300.00 |
| Provided LaGrange policy manual on supervisor responsibility (2 hours) | X | N/A | 18/Apr | 300.00 |
| Reviewed bench marking surveys provided by numerous police department. (3 hours) | X | N/A | 20/Apr | 450.00 |
| Provided the Texas best police practices manual   (2 hours) | X | N/A | 20/Apr | 300.00 |
| Researched training materials for Criminal Investigations  (2 hours) | X | N/A | 23/Apr | 300.00 |
| Reviewed and provided training materials for Criminal Investigations  (2 hours) | X | N/A | 23/Apr | 300.00 |
| Provided  information on Public/Private Partnerships (2 hours) | X | N/A | 24/Apr | 300.00 |
| Researched training materials for Community Policing (2 hours) | X | N/A | 24/Apr | 300.00 |
| Reviewed and provided training materials reference Community Policing (2 hours) | X | N/A | 24/Apr | 300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 25/Apr | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 26/Apr | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 27/Apr | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 28/Apr | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 29/Apr | $1,500.00 |
| | | | | |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 37.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

TCA Core Team
April 30, 2016

Herby I CERTIFY that according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President.
TCAPR Corp.

Date: _____, 2016.

## VOUCHER

Invoice for Date of Service:    April 2016

TO:  TCA Corporation

FROM: Gerard LaSalle, Ph.D. LLC   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

PHONE: 973-943-3167     jlasalle24@comcast.net

TAX ID: 20-5830242

CASE: Reform Agreement Police of Puerto Rico

**Professional Fee**


Hourly rate (off-site):                                              $150.

                                                                                          **Hour(s)**

**Month of April:**

13-15, 23-25- translate, review, and comment on administrative order on corrective measures                                                                   13

1-30, continual updating of TCA/Core Team activities for semiannual

report                                                                                          7



Total payable hours: 20 x $150. per hour                          $ 3000

TOTAL AMOUT DUE                                                    $3000

_____                          MAY 1, 2016

Gerard LaSalle

_____                          MAY 3, 2016

Arnaldo Claudio, TCA

**INVOICE FOR PROFESSIONAL SERVICES:**
**[APRIL 1 THROUGH APR 28, 2016]**
**[SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124]**

TO:     **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the
month of April 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Email, communications with TCA and Core Team | 1.75 hours | | 4/1, 2, 19, 25,27 | 262.50 |
| Review of IT Action Plan, Action Plans, trip reports | 2 hours | | 4/24 | 300 |
| | 4 hours | | 4/25 | 600 |
| | 2 hours | | 4/26 | 300 |
| | 2.5Hours | | 4/27 | 675 |
| | | | Cost of Work Performed | $1837.50 |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | 0 Days |
| TOTAL OF BILLABLE HOURS (HOURS @ $150): | | | | 12.25 Hours |
| TOTAL TO BE BILLED: | | | | $1837.50 |
| TOTAL HOURS WORKED US 12.25 Hrs. Time not Billed (0 Hrs.) | | | | |

INVOICE PRESENTED BY:
__//Signed//_____4/28/2016_____
Scott Cragg,  TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this
invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President      ok  ___ 5/2/2016

1

# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:    TCAPR Corp.
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **April/2016**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session to the attention of policy and received files by the PPR, for review by the TCA and the Core Team; follow-up of telephones and electronic communications for the attention of outstanding issues; attention and follow-up issues related to the agenda of work for the month of April/2016. (3.0 hrs.) | N/A | X | 1-3/April | |
| During this period were worked the following issues: development of tool for the monitoring of the status of the revision of policies and syllabus sent by the PRPD; review of literature related to best practices; receipt, review and processing to the PRPD the policies and syllabus worked on by the TCA Arnaldo Claudio and Core Team. (12.0 hrs.) | N/A | X | 4-10/April | |
| During this period were worked the following matters: receipt, review and processing to the PRPD the policies and syllabus worked on by the TCA Arnaldo Claudio and Core Team; reading, review and analysis of documents related to best practices on (a) psychological aspects and management of police conduct, (b) management of conflict and mediation in police departments, (c) community police; preparation and coordination related to the preliminary agenda for the visit of the TCA Core Team for the month of April/2016; assistance to the meeting of the Central Council of the "Consejos | N/A | X | 11-17/April | |



| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| *Comunitarios de Seguridad de la PPR"*, in Palmas del Mar, Humacao. (21.0 hrs.) | | | | |
| During this period were worked the following matters: receipt, review and processing to the PRPD the policies and syllabus worked on by the TCA Arnaldo Claudio and Core Team; review of literature related to best practices; meeting with the TCA Arnaldo Claudio for the follow-up of outstanding issues; attendance and participation in meeting with the TCA Arnaldo Claudio, Cor. Clementine Vega, attorneys Flor Vega and Yashira Vega, Eric Guzmán and Guillermo Baralt for discussion of the work related to the agenda of the month of April/2016; assistance with the TCA Arnaldo Claudio, Antonio Bazán, Guillermo Baralt and Eric Guzmán in FUPO; preparation of final document relating to the agenda; drafting of documents related to the review of policies and syllabus; reading and revision of the three (3) latest drafts of the Action Plans (Training, Policies & Procedures, IT); preparation of documents for the seeing of progress of the Action Plans of Professionalization and Community Interaction & Public Information. (24.0 hrs.) | N/A | X | 18-24/April | |
| TCA Core Team Week | N/A | X | 25/April | $1,300.00 |
| TCA Core Team Week | N/A | X | 26/April | $1,300.00 |
| TCA Core Team Week | N/A | X | 27/April | $1,300.00 |
| TCA Core Team Week | N/A | X | 28/April | $1,300.00 |
| TCA Core Team Week | N/A | X | 29/April | $1,300.00 |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK": | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 42.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
May 2, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: __5/2/2016__, 2016

3

# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:    **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of April 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City:  Review of several "prontuarios academicos" (12.0 hours) | X | N/A | Saturday-Sunday, April 2-3, 2016 | (12 @ $150 = $1,800) |
| Work from New York City: Review monthly policies on "orden administrative on medidas correctivas no punitivas" (8.0 hours) | X | N/A | Saturday-Sunday, April 9-10, 2016 | (8 @ $150 = $1,200) |
| Work from New York City: Review of Action Plans on policies, training and IT and comparison with prior plans (14.0 hours) | X | N/A | Saturday-Sundaya, April 16-17, 2016 | (14 @ $150 = $2,100) |
| Work from New York City:  Draft Final memos and recommendations on Action Plans on policies, training, and IT (10.0 hours) | X | N/A | Saturday and Sunday, April 23-24, 2016 | (10 @ $150 = $1,500) |
| Work from New York City:  Call on community policing policy; review of documents for meetings in Puerto Rico regarding NIBRS policies and manual, discrimination, etc. (5.0 non-billable hours) | N/A | X | Tuesday and Wednesday 26-27, 2016, | (5.0 @ $0 = $0) |
| Work from Puerto Rico:  See TCA agenda (action plans, policies on discrimination and | N/A | X | Thursday and Friday, April | (1,300 @ 2 days = |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| disciplinary matrix, nibrs) | | | 28-29, 2016 | $2,600) |
| TOTAL HOURS WORKED: 69.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (2 days, 20 HOURS) | | | | $2,600 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (44 HOURS @ $150): | | | | $6,500 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

*marcos soler*

_____

MARCOS F. SOLER
TCA Core Team
April 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: __5 / 2 / __ , 2016.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

April 30, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 021
FOR PROFESSIONAL SERVICES RENDERED APRIL 2016

Monday, April 25, 2016          TCA Office re; meetings
                                PRPD Academy re: meetings


Tuesday, April 26, 2016         TCA Office re: meetings
                                Site Visit Arecibo "Area"



Wednesday, April 27, 2016   TCA Office re: meetings
                            Site Visit San Juan "Area"



Thursday, April 28, 2016    TCA Office re: meetings
                            PRPD HQ. re meetings


Friday, April 29, 2016      TCA Office re: meetings


**5 DAYS (DAY RATE $1,300) = $6500**

APRIL 1-30    Reviewed PRPD's policy on Use and Management of Chemical Agents
              Re: Annual Review. 2 hrs.
              Prepared comments on the above. 1hr. 30 min.
              Reviewed PRPD's policy on Vehicle Stops re: Annual Review.2 hrs.
              Prepared comments on the above. 1 hr.
              Reviewed PRPD Academy's cadet syllabus on Basic Techniques in the
              Use and Management of Force. 3 hrs.
              Prepared comments on the above. 2hrs.

Reviewed PRPD Academy cadet syllabus re: Basic Use and Management
Of a Firearm 2hrs. 30 min.
Prepared comments on the above 2 hrs.
Reviewed (3) PRPD Academy's syllabuses on Use and Management of
Firearms. 4 hrs.
Prepared comments on the above. 3 hrs.
Reviewed PRPD Academy's cadet syllabus on Intermediate Techniques
in the Use and Management of Force 2 hrs.
Prepared comments on the above. 2 hrs.
Reviewed PRPD Academy's cadet syllabus on Certification in the Use
and Management of Chemical Agent (pepper spray) 2hrs, 30 min.
Prepared comments on the above. 2 hrs.
Reviewed PRPD's policy on Use and Management of Impact Weapon
(baton) re: Annual Review. 3 hrs.
Prepared comments on the above 2 hrs.
Prepared April Site Visit request 1 hr.
Reviewed PRPD Academy's syllabus/test for candidates and existing
Members of DOT 1 hr. 30 min.
Prepared comments on the above 2 hrs.
Reviewed PRPD Academy's course/training on Distraction Device 2 hrs.
Prepared comments on the above 1 hr. 30 min.
Reviewed PRPD Academy's (3) course/test for candidates for SWAT
And existing members 2 hrs. 30 min.
Prepared comments on the above 2 hrs.
Reviewed PRPD Academy's course on Vehicle/foot pursuits 1 hr.
Prepared comments on the above 1 hr.


**TOTAL HOURS: 51 HOURS**


**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO = 33 HOURS   40 MINUTES**

**TOTAL. $9,100**

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

I#2016-06

DATE: APRIL 30,
2016

**TO:**

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**

Services ending: April 30, 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday, 4/25/16: TCA Office Meetings; Meeting at PRPD Academy<br>Tuesday, 4/26/16: TCA Office Meetings; Meetings at Arecibo Comandancia<br>Wednesday, 4/27/16: Meetings at police Academy, FIU at HQ, San Juan Comandancia FRB<br>Thursday, 4/28/16: TCA Meetings at Reform Unit; Meetings at San Juan Comandancia CIC and Drug Unit<br>Friday, 4,29,16: TCA Meetings at Reform Unit<br>For details on all above, please see TCA Agenda for April 25-29, 2016 | | | |
| SUB-TOTAL DAYS | | | |
| | 5 Days | 1300/day | 6500.00 |
| Reviews of and Prep reports on: | | | |
| Elementos Fundamentales en la Comunicacion y Redaccion de Informes y Formularios                3 hrs<br>REA-623, Police Pursuit                1-1/2 hrs | | | |
| POL-2018 Use/Mgmt Firearms                1 hr | | | |
| POL-1003 Ethical Principles                2 hrs<br>POL- 302/303/304 Physical Training                2 hrs | | | |
| POL-2040 Pepper Spray                3 hrs<br>POL-1004 Search and Seizures                3 hrs<br>POL-2011 Intermediate Techniques Use/Mgmt Force                2 hrs<br>GO-603 Use/Mgmt Impact Weapons                2 hrs<br>Adm Order 2015-1-1V AnnualReview M/V Stops                2 hrs<br>Prep TCA Pre-Agenda                1 hr<br>Emails/Phone calls | | | |
| TOTAL HOURS WORKED                22.5 hrs | | | |
| TOTAL HOURS BILLED | 17.33 hrs | 150/hr | $2600.00 |
| TOTAL BILLED | | | $9100.00 |

Signature _Rafael E Ruiz_ Date: **April 30, 2016**

ok _RL_ 5/2/2016



## CASTELLANOS GROUP, P.S.C.

May 2, 2016

**MR. ERIC GUZMÁN**

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

**Invoice For Services Rendered To The TCA During The Month of April 2016.**

The present invoice includes an itemized description of the services that were rendered by ALFREDO CASTELLANOS during the month of April 2016, for your information and to be billed at a later date.

| Date | Description | Hours |
|---|---|---|
| 3/21/2016 | Research In Preparation of Meeting at the Courthouse on Monday, March 28, 2016 | 2 |
| 3/21/2016 | Communications with the Court Re: Monday's Meeting with the SEC in the Old San Juan Courthouse | .5 |
| 3/22/2016 | Written Communication with Mr. Freddie Nieves from *Villa Marina Re:* FURA's Presentation (He was unable to attend the Public Hearing Due to Personal Matters but Offered to Submit His Participation Via Writing). | .25 |
| 3/22/2016 | Telephone Communication with Col. Arnaldo Claudio, TCA Re: Meeting at the Courthouse on Monday, March 28, 2016 (SEC) | .5 |
| 3/22/2016 | Further Work Research and Memorandum Re: Meeting with the SEC on Monday, March 28, 2016 at the Old San Juan Federal Courthouse | 2 |
| 3/22/2016 | Preparation of Thank You Letters for Guest Speakers | 1 |
| 3/25/2016 | Revision Memorandums Re: Meeting with SEC's President | 1 |
| 3/27/2016 | Memorandum Re: PRPD's Request for Waiver and SEC's Current Law | 1 |
| 3/27/2016 | Telephone Communication with Federico Hernández Denton, Esq. Re: Meeting with SEC's President | .5 |
| 3/28/2016 | Meeting at the Old San Juan Federal Courthouse Re: SEC's Waiver | 4.5 |
| 3/28/2016 | Sending Thank You Letters for Guest Speakers | .5 |
| ~~3/29/2016~~ | ~~Telephone conversation with Mr. José Vega, Esq.~~ | ~~.5~~ |
| 3/29/2016 | Telephone Conversation with Mrs. Ineabelle Álvarez, Executive Director of *Ceiba's Proyecto Escudo* Re: Meeting with the Sexual Crimes Division | .5 |
| 3/29/2016 | ~~Coordination Communications with the Court and with Federico~~ Hernández Denton, Esq. Re: Next Public Hearing | .5 |
| 3/29/2016 | Informative Motion to the Court Re: Report on the Agreement Meeting at the Courthouse with the SEC | 2 |
| 3/29/2016 | Communications with the Court and the TCA Re: PRPD's | .5 |

*Not Approved by TCA*

*Not Approved by TCA*



CASTELLANOS GROUP, P.S.C.

|  | Presentation Before the SEC |  |
|---|---|---|
| 3/29/2016 | Notification of Informative Motion to Federico Hernández Denton, Esq. | .5 |
| 3/30/2016 | Notification of Court Order to Mr. José Nieto, Esq. Attorney for the SEC | .5 |
| 3/30/2016 | Motion in Compliance with Court Order | .75 |
| 3/30/2016 | Telephone Conversation with Mr. José Vega, Esq. | .5 |
| 3/30/2016 | Follow-Up Conversation with Mr. José Vega, Esq. | .5 |
| 3/30/2016 | Coordination of Conference Call with U.S. DoJ | .5 |
| 3/30/2016 | Coordination of Conference Call with Col. Clementina Vega and Request for Information | .5 |
| 3/30/2016 | Communications with the Court and the TCA Re: Preparation for the Next Public Hearing | 1 |
| 3/31/2016 | Communication Re: PRPD Presentation Before the SEC | .5 |
| 3/31/2016 | Telephone Conference with the Parties | 1 |
| 3/31/2016 | Organization of Preliminary List – Suggestions for Guest Speakers – Next Public Hearing | 1 |
| 3/31/2016 | Contact Information of the Western CICs | .25 |
| 4/1/2016 | Written Communication Between the Parties Re: Next Public Hearing | .25 |
| 4/3/2016 | Follow-Up Written Communication Between the Parties Re: Next Public Hearing | .25 |
| 4/4/2016 | Forwarding of Letter from Georgina Candal (Civil Rights Commission) Re: March Public Hearing | .25 |
| 4/6/2016 | Visit to the Commonwealth's Courthouse in Mayagüez to Verify Facilities with Administrative Judge Aixa Rosado (Pursuant to Court Instructions) | 1 |
| 4/9/2016 | Request for Status Report Re: SEC Meeting | .5 |
| 4/10/2016 | Follow-Up Request for Status Report SEC Meeting | .5 |
| 4/11/2016 | Follow-Up with the Court Re: Status Report SEC Meeting | .25 |
| 4/13/2016 | Preliminary Research on the Mayagüez Police Area | .25 |
| 4/16/2016 | Written Communication Re: Judge Gelpí's Trip to Vieques, Culebra and Mona and Next Public Hearing | .25 |
| 4/15/2016 | Conversation with Emergency Director in Culebra Re: Incident with FURA Agents and Referral to the TCA's Office | 1 |
| 4/18/2016 | Telephone Call with TCA | .25 |
| 4/18/2016 | Meeting with TCA Re: Next Public Hearing | 1.5 |
| 4/18/2016 | Written Communication with the Court and the TCA Re: Time and Place for Next Public Hearing | .25 |
| 4/19/2016 | Forwarding of Court Order to Administrative Judge in Mayagüez, the Hon. Aixa Rosado, in Preparation of Next Public Hearing | .25 |
| 4/19/2016 | Communication with US Marshal Mr. Manny Varela Re: Contact Information of Mr. Jovino Pérez (Mayagüez Commonwealth Courthouse Bailiff) | .5 |
| 4/19/2016 | Follow-Up Conversations with Mrs. Ineabelle Álvarez from Proyecto Escudo Re: Meeting with the Sexual Crimes Division | .5 |
| 4/21/2016 | | |
| 4/30/2016 | Written Communication: Follow-Up on Conference Between the TCA | .5 |

Not Approved by TCA *(handwritten, repeated in right margin)*



## CASTELLANOS GROUP, P.S.C.

| | and the Parties | | 27.00 |
| | | **Total Hours** | ~~33.50~~ |
| | | **Total Billed** | $4,187.50 |

$3,375.00

*Note:* TCA not Approved 6.5 hrs to be discuss later. OK

*Note: A leftover from the month of March 2016 has been included in the present invoice.*

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.*



**ALFREDO CASTELLANOS BAYOUTH**

CONDOMINIO MADRID, SUITE 304, 1760 LOÍZA STREET, SAN JUAN P.R. 00911
Tel. 787-727-8443 | Fax: 787-793-4495

*Federíco Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

April 30, 2016

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

## Invoice For Services Rendered To The TCA during The Month of April 2016.

The present invoice includes services that were rendered by FEDERICO HERNÁNDEZ DENTON during the month of April 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 4/12/2016 | Review of PRPD corrective measures. | 2 |
| 4/13/2016 | Reading, analysis and preparation of recommendations of Correctives Orders of PRPD. | 2.5 |
| 4/14/2016 | Preparation for meeting of Board of Promotions | 1.5 |
| 4/15/2016 | Meeting of Board of Promotions. | 4 |
| | **Total Billed Hours** | **10** |
| | **TOTAL** | **$1,750.00** |

FEDERICO HERNÁNDEZ DENTON

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked my capacity as Legal Advisor.*

# Antonio R. Bazán

Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

April 29, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice **2016-04**

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of April 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 4/01/2016 | 1 hr. (3:30 to 4:30 pm) | Review and Advice on Amendment to Article 14 |
| 4/01/2016 | 1 hr. (4:30 to 5:30 pm) | Review and Advice on Prontuario Academia Policia |
| 4/01/2016 | 1 hr. (5:30 to 6:30 pm) | Order 600,Section 604-Annual Review |
| 4/04/2016 | 4.5 hrs. (3:00 to 7:00 pm) | Review and Advice onProntuario Derecho Penal-Academia Policia |
| 4/05/2016 | 7 hrs. (1:00 to 8:00 pm) | Review and Advice on Prontuario Leyes Especiales Penales and Privilege Work for TCA |
| 4/06/2016 | 3.0 hrs. (3:30 to 7:00 pm) | Review and advice on workd submitted on Cadet Training, Basic Use and Management of Firearm and on Agent Supervisors. |
| 4//07/2016 | 3 hrs. (3:00 to 6:00 pm) | Intermediate Techniques in the Use and Management of Force/Additional Review of Prontuario Derecho Penal |
| 4/08/2016 | 3.75 hrs. (2:00 to 5:45 pm) | Review & advice on Elementos Fundamentales en Comunicacion y Redaccion Informes, Use of Pepper Spray Annual Review, Searches and Seizures and Vehicle Interventions |
| 4/10/2016 | .50 hrs. (5:00 to 5:30 pm) | Review and Advice on Impact Weapons work |
| 4/12/2016 | 4.75 hrs. (2:00 to 7:45 pm) | Further Review and Advice on Amendment to Article 14 and on Police Ethics and Police Physical Fitness |
| 4/14/2016 | .50 (2:00 to 2:30 pm) | Review and Advice on Uso y Manejo de Armas |
| 4/15/2016 | 1.25 hrs. (10:45 to 11:30 | Review and Advice on Syllabus on Physical |

| | am) | and Mental Agility |
|---|---|---|
| 4/15/2016 | 2.0 hrs. (4:15 to 6:15 pm) | Annual Review on General Orders 700 and 701 Field Training and Field Training Officer Manual (Advice) |
| 4/15/2016 | 1.50 hrs. (6:15 to 7:45 pm) | Review and Advice on Use of Distractive Devices (Flash Bang) and SWATCONF SWATPAF-SWATIROF |
| 4/19/2016 | 2 hrs. (3:00 to 5:00 pm | Review and Recommendations of Syllabus to Police Academy |
| 4/21/2016 | 2 hrs. (6:00 to 8:00 pm | Comments and Recommendations on Course of Forensic Investigation for Police Officers |
| 4/24/2016 | .50 hrs. (5:00 to 5:30 pm) | Review and Advice on Rules and Procedures for Managing Police Pursuits |
| 4/25/2016 | 1 hr. (9:00 to 10:00 am) | Meeting with TCA & Core Team-TCA Office |
| 4/25/2016 | 3:00 hrs.   (1:00 to 4:00 pm) | Review and Advise on Courses at the Police Academy with Core Team |
| 4/26/2016 | 4:00 hrs. (9:00 to 11:00 am and 1:30 to 3:3o pm) | Community Police – Police Headquarters |
| 4/27/2016 | 1hr.  (3:00 to 4:00 pm) | Privilege work for TCA (Attorney Client) |
| 4/27/2016 | 1 hr. (4:00 to 5:00 pm) | Review and Advice on PRPD/Oficina Procuradora de la Mujer-Comments and Advice Review |
| 4/28/2016 | 7.75 hrs. (9:00 am to 6:00 pm) | Meeting at Police Headquarters with USDOJ-DOJPR and PRPD attorneys on Amendment to Article 14, Meeting with Associate Superintendent and discussion on Corrective Measures to PRPD officers. |
| 4/29/2016 | 7 hrs. (9:00 am to 5:00 pm) | Meeting at Police Headquarters with USDOJ-DOJPR and PRPD attorneys on Internal Rules on Discrimination, Harassment and Reprisals, Paragraph 253 and September Public Hearing. |
| 4/29/2016 | 64 hrs.   **Total hours billed** | **64 hrs. x $125.00=$8,000.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence,
the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

**Page 2 of 2**

Antonio R. Bazán González, Esq.

# INVOICE 0113

4/26/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

DETAILS                                                                LINE TOTAL

Professional services (transportation) rendered during                      900.00

the week of April 24-30, 2016 to TCA Core Team,

which includes the following:

  - Transportation from and to airport

  - Transportation services to municipalities

   (San Juan, Carolina, Gurabo, and Police

   Headquarters in Hato Rey)


Total Hours Worked: 79 hrs

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |

USD TOTAL          $900.00

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9243
04/30/16 11:03:33

Numero de Cuenta:        00 03451155
Cantidad de Pago:      $      5.00
Metodo de Pago:            Efectivo
Balance:               $      9.55

*** Balance puede no reflejar
transacciones en proceso ***

Recarga automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE          TIME              HOST
Apr 25.16     10:42:32          P.PAID
BATCH         TERMINAL ID    MERCHANT ID
033213        87880010    8788103703001

PREPAID CASH

PP NUMBER.
PEAJE       627607040714136

AUTH. CODE: 0430AF      INVOICE: 056177
                        TRACE :010061

TOTAL :        $         20.00

SIGNATURE: X

APPROVED
21.68

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE          TIME              HOST
Apr 25.16     10:43:22          P.PAID
BATCH         TERMINAL ID    MERCHANT ID
033213        87880010    8788103703001

PREPAID CASH

PP NUMBER.
PEAJE       627607040714128

AUTH. CODE: 0430AH      INVOICE: 056178
                        TRACE :010063

TOTAL :        $         20.00

SIGNATURE: X

APPROVED
22.10

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE          TIME              HOST
Apr 18.16     12:56:55          P.PAID
BATCH         TERMINAL ID    MERCHANT ID
033206        87880010    8788103703001

PREPAID CASH

PP NUMBER.
PEAJE       627607040714136

AUTH. CODE: 0430EJ      INVOICE: 055147
                        TRACE :003819

TOTAL :        $         15.00

SIGNATURE: X

APPROVED
16.10

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

AI BORAX S/S
AV CAMPO RICO F INAL
787 775 1685

| Desc | qty | amount |
|------|-----|--------|
| Prepay CA#07 | | 20.00 |
| Sub Total | | 20.00 |
| STATE TAX | | 0.00 |
| CITY TAX | | 0.00 |
| Total | | 20.00 |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
TABLILLA...........
REG# 0001 CSH# 007 DR# 01  TRAN# 14691
04/16/16  14:15:36         ST# AB123

---

BIENVENIDOS A
ANY TIME
CAROLINA

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#04 | | 20.00 |
| Sub Total | | 20.00 |
| MUNICIPAL | | 0.00 |
| ESTATAL | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 10388
04/08/16  19:28:33         ST# AB123

---

*Raúl*

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH        REC# 52948        04/26/16

**××××  RECIBO  ××××**

| 1 | GASOLINA(06) 34.66Lt | 20.00 |
|---|----------------------|-------|
|   | (REGULAR) 57.7/Lt | |
|   | | 20.00 |
|   | TAX MUN . . . . . | .00 |
|   | TAX EST . . . . . | .00 |
|   | TOTAL DE LA VENTA . . . . | 20.00 |

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

3-Adm  05:41c

---

*Raúl*

H TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|--------|-----|--------|
| REG  CR #06 | 31.300L | 17.43 |
| | @ 0.557/ L | |
| Prepay Fuel | | -20.00 |
| Sub Total | | -2.57 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| TOTAL | | -2.57 |
| CASH $ | | -2.57 |

THANKS, COME AGAIN
REG# 0004 CSH# 012 DR# 01  TRAN# 45920
04/25/16  13:49 22         ST# 00012

H TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 20.00 |
| | Sub Total | 20.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 008 DR# 01   TRAN# 47778
04/20/16  12:24 45          ST# 00012

CONTROL: YHSAG-JGYNM
ST
processed by Softek

---

BIENVENIDO A
H   TO GO STORE 24HRS.
INTERAMERICANA
/87-523-1068
www.togostores.com

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#04 | | 20.00 |
| | Sub Total | 20.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0002 CSH# 005 DR# 01   TRAN# 28143
04/26/16  16:42:51          ST# 00037

CONTROL: S2N6G-ZDWZY
ST
processed by Softek

---

H TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#05 | | 20.00 |
| | Sub Total | 20.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 012 DR# 01   TRAN# 42709
04/29/16  21:58 13          ST# 00012

CONTROL: B7PSO-GELLG
ST
processed by Softek

---

H TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#04 | | 20.00 |
| | Sub Total | 20.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 009 DR# 01   TRAN# 40667
04/01/16  15:02 20          ST# 00012

CONTROL: VUU8-XCAF2
ST
processed by Softek

```
       TO  GO  STORES
          FRAILES
       787  523  1625


  Descr.          qty          amount
  ------          ---          ------
  REG  CR #12    47.612L          27.00
                 @ 0.567/ L
   Prepay Fuel                   -40.00

              Sub Total          -13.00
                 IVU 1%            0.00
                 IVU 10.5%         0.00
                 SPC 2%            0.00
          TOTAL           -13.00
                 CASH  $   -13.00
  THANKS, COME  AGAIN
  REG# 0004 CSH# 008 DR# 01  TRAN# 40562
  04/27/16  14:38:43         ST# 00031
```

```
       BIENVENIDOS  A
          ANY  TIME
          CAROLINA

                        qty         amount
  Descr.                ---         ------
                                     20.00
  Prepay CA#01                      ---------

              Sub Total            20.00
              MUNICIPAL             0.00
                ESTATAL             0.00
          TOTAL          20.00
                 CASH  $    20.00
  THANKS, COME  AGAIN
  REG# 0001 CSH# 008 DR# 01  TRAN# 16703
  04/05/16  18:21:20         ST# AB123
```

```
        4/24/16  3:02PM
      13,486 = 3:02PM
                  Raul
  H
```

```
       PUMA PONTEZUELA
  VISTAMAR - PONTEZUELA ESQ MARG
  CAROLINA PR  ** 787-257-3273 *

  CASH          REC# 19088      04/24/16

       ****  RECIBO  ****

  1  GASOLINA(06) 25.55Lt           15.00
       (REGULAR) 58.7/Lt
                                    -------
                                     15.00
              TAX MUN . . . . .       .00
              TAX EST . . . . .       .00
                                    -------
  TOTAL DE LA VENTA . . . .         15.00

  CAMBIO DE   20.00  -  5.00


          2-Adm  15:01c
```

```
  H  TO  GO  STORE  GURABO
     CARR  189  KM  0.4
    BO.  NAVARRO  GURABO
        PR.  00778

  Descr.          qty          amount
  ------          ---          ------
  Prepay CA#03                  25.00
                              ---------
              Sub Total        25.00
                 IVU 1%         0.00
                 IVU 10.5%      0.00
                 SPEC 2%        0.00
          TOTAL          25.00
                 CASH  $   25.00
  THANKS,  COME  AGAIN
  REG# 0002 CSH# 007 DR# 01  TRAN# 21998
  04/23/16  07:15:01         ST# 00012

  -------------------------------------
   CONTROL: 3H5AY-FOCCK
   ST
   processed by Softek
  -------------------------------------
```

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH          REC# 46275        04/17/16

**** RECIBO ****

1  GASOLINA BOMBA-08            20.00

                                20.00
        TAX MUN . . . . .         .00
        TAX EST . . . . .         .00

    TOTAL DE LA VENTA . . . . .  20.00

    CAMBIO DE   20.00 -    .00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

              3-Adm  12:20

---

PARK
SERVICE STATION
GRACIAS

                              MC #01
REG  ALEXIS O 19-04-2016 20:15   067426

  1  REGULAR              $20.00
     TL            $20.00
     CASH               $20.00

CONTROL: 6LCTY-Z7ES8
ST
processed by Softek

---

*Raúl*

WELCOME TO
OUR STORE

REG   CA A01 31.583E           8.51  18.51
            8 6.587/1
      Prepay Fuel              -20.00

         Sub Total             -1.49
         ESTATAL               0.00
         Total Tax             0.00
    TOTAL                      -1.49
                   CASH $      -1.49
THANKS, COME AGAIN
REG# 6091 CS# 010 DRW 01  TRAN# 7320
04/28/16  05:07:59            STA# 0022

---

## Puma CMN 502

Arecibo,PR

**Date: 4/26/2016 10:12 AM**
**Cashier: Sulahy Candelaria**
**Trans No. 448975**
**Batch No. 2777**
Qty   UPC/PLU   Description

Prepay Amount                $20.00

Subtotal:       $20.00
IVU ESTATAL:    $0.00
IVU MUNICIPAL:  $0.00

Total:          $20.00
Tendered:       $20.00
Change:         $0.00
Gracias por comprar con nosotros

CONTROL: Y5TZ4-V5NZG
ST

# LULU SERVICE STATION

1251 Las Palmas,Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |
| --- |

FECHA *8/4/16* 20 ___

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| | | | |
| --- | --- | --- | --- |
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO *Reparación* | | |
| | *engrase* | 10 | 00 |
| | L. V. | | |
| | L. VAL. MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | | |
| RECIBÍ | **TOTAL** | 10 | 00 |

Case 3:15-cv-01167-FAB Document 363-1 Filed 05/09/ Page 28 of 34

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 4/22/2016

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 14 | 99 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 14 99

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 4/29/2016

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20 00

```
        WELCOME  TO
         AKI  PUMA

  Descr.            qty         amount

2  DENTYNE ARTIC CH    1          1.33
   Prepay CA#06                  15.00
                       ------------------
                Sub Total        16.33
                     Tax          0.15
                   Total         16.48
                  CASH  $        16.48
   THANKS, COME  AGAIN
   REG# 0001 CSH# 004 DR# 01  TRAN# 14626
   04/15/16  14:20:27         ST# AB123
```

```
---------------------------------
CONTROL : REMIS 04147
SI
processed by Softek
```

CUSTOMER #: 5727507

128460

*INVOICE*



CAGUAS EXPRESSWAY MOTORS, INC.
Carr. # 1 Río Piedras a Caguas * Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

TCA PR CORP
ERICK GUZMAN
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-306-4910 CONT:787-306-4910
BUS: 787-765-2209 CELL:

PAGE 1

SERVICE ADVISOR: 4644 CELIVETTE RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 36948/36948 | T7507 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 02JUL13 | DL29OCT12 | | 17:00 11APR16 | | 75.00 | CASH | 11APR16 |

| R.O. OPENED | READY | OPTIONS: | W-COMP:X DLR:F0R70 ENG:3.5_Liter |
|---|---|---|---|
| 08:07 11APR16 | 08:47 11APR16 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A CAMBIO DE ACEITE Y FILTRO
CAUSE: PLQ2000 CAMBIO DE ACEITE Y FILTRO
      PLQ2000 CAMBIO DE ACEITE Y FILTRO
          2738   CFQ   0.14                               10.80    10.80
        6 QXO*5W20*QSP MOTORCRAFT SAE 5W-20 API GF-5  6.09    4.95    29.70
        1 QAA5Z*6714*B FILTER ASY - OIL               8.20    8.00     8.00
        *****************************************************************

B ROTACION DE GOMAS
      PLQ2001 ROTACION DE GOMAS
          2738   CFQ   0.20                               10.00    10.00
        *****************************************************************

C CAMBIO DE FILTRO DE AIRE
      PLQ2002 CAMBIO DE FILTRO DE AIRE
          2738   CFQ   0.20                                7.00     7.00
        1 Q7T4Z*9601*A ELEMENT ASY - AIR CLEANER     22.18   18.00    18.00
        *****************************************************************

D INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS
CAUSE: INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS
      YTIRE-AMARILLO GOMAS ESTAN POR DEBAJO DE LO
      NORMAL HAY QUE CAMBIARLAS
          2738   CFQ   0.00                                0.00     0.00
      GBRAKE-VERDE PAD DE FRENOS ESTAN BIEN Y BANDAS
          2738   CFQ   0.00                                0.00     0.00
        *****************************************************************

                        TODO TRABAJO REALIZADO CON PIEZAS GENUINAS
                        FORD Y SU LABOR ESTA GARANTIZADO POR 12
                        MESES O 12,000 MIL MILLAS LO QUE OCURRA
                        PRIMERO. TELEFONOS:787-653-3333 787-641-4242
                        787-337-1600. CITA 787-337-1414. GRACIAS

PAID APR 11 2016

STATE TAX                                                        6.96
MUNICIPAL TAX                                                    0.56

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES, Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 27.80 |
| PARTS AMOUNT | 55.70 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 83.50 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 7.52 |

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON        DATE

CUSTOMER SIGNATURE

PLEASE PAY
THIS AMOUNT        91.02

CUSTOMER COPY

# Office DEPOT
# OfficeMax·

OFFICE DEPOT STORE 2684
104 Avenida San Patricio
Guaynabo PR 00968
787-792-1775
04/15/2016   16.2.2        10:20 AM
STR 2684   REG 3   TRN 4923  EMP 747120

SALE
Product ID    Description      Total
509637   INK CRTG HP 63        35.99 SS
884948   PRINTER,AIO,HP    79.99SS
  Instant Savings           -4.00
              **You Pay**         **75.99**SS

       Subtotal:        111.98
PR City Tax        1%      1.12
PR State Tax      10.5%    11.76
            Total:       124.86
            Cash:        140.00

         CHANGE:        (15.14)
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
  CONTROL:     3ZC98-JQB3D
  OD
JOSUE LOPEZ 5555959872
  Please create your online rewards
  account at officedepot.com/rewards.
  You must complete your account to
  claim your rewards and view your
  status.
       Total Savings:
          **$4.00**


xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
     WE WANT TO HEAR FROM YOU!

 Participate in our online customer survey
 and receive a coupon for **$10 off** your
 next qualifying purchase of **$50** or more on
   office supplies, furniture and more.
 (Excludes Technology. Limit 1 coupon per
        household/business.)

 Visit www.officedepot.com/feedback
     and enter the survey code below.

        Survey Code:
      **14JF HA13 1VB6**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



2TVTY3QPQH3X4MBBC



AHORRAR ES FACIL
CLUB MANAGER C RODRIGUEZ
( 787 ) 257 - 1500
Club 6543 CAROLINA
TEL. 787-257-1500
04/05/16 17:54 4246 06543 002     3050

U MEMBER 101 xxxxxx7324

# THANK YOU,

JOSUE LOPEZ

606806 COPY PAPER                 28.58 T
            SUBTOTAL              26.58
TAX 1   10.500 %                   3.00
TAX 2    1.000 %                   0.29
            TOTAL                 31.87
       CASH TEND                  40.00
       CHANGE DUE                  8.13

CONTROL: 6RXLH-98KZU UR

# # ITEMS SOLD 1

TC# 3320 6074 8082 3509 4361

Por favor responda nuestra "NUEVA Y MÁS RÁPIDA
ENCUESTA" acerca de su experiencia de compra
http://www.survey.samsclub.com.
EN AGRADECIMIENTO POR SU TIEMPO PODRÁ
GANAR UNA DE CINCO TARJETAS DE REGALO
DE SAM'S CLUB VALORADAS EN $1,000 CADA UNA.
Para participar debe ser mayor de 18 años y ser
residente legal de EU. Nada que comprar.
Visite: www.entry.survey.samsclub.com para las
Reglas Oficiales, la fecha final, y para participar sin
comprar. Tiene DOS semanas a partir de la fecha
de hoy para contestar la encuesta

# Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
04/05/16      17:55:11

# INVOICE FOR SERVICES RENDERED

From:  Guillermo A. Baralt Miró, Esq.                To:          TCA Corp.
2070 Calle 1 Apto 215B
Guaynabo, Puerto Rico
(787) 236-0645
guillermobaralt@outlook.com

| DATE | PROJECT | SERVICES RENDERED | HOURS | TOTAL (AT $50 PER HOUR) |
|---|---|---|---|---|
| 2/10/2016 | General Order implementing NIBRS | Drafted outline of NIBRS G.O. and relationship with SARP/Internal Affairs G.O. | 2 | 100 |
| 3/7/2016 | PRPD's Rules and Regulations regarding Administrative Complaints | In Depth study on legal merits of the proposed amendment | 10 | 500 |
| 3/9/2016 | Additional Comments on PRPD's proposed amendment to its rules and regulations | Composed Draft articulating TCA's objections | 5 | 250 |
| 3/10/2016 | " " | Final Draft | 8 | 400 |
| 3/10/2016 | Meeting's with SARP on "Escucha tu voz" Campaign & NIBRS and its implementation | Composed Draft of Memoranda including general observations and legal conclusions | 8 | 400 |
| 3/11/2016 | " " | Final Draft | 5 | 250 |
| 3/15/2016 | Public Hearings; Fajardo | Draft of TCA's message | 3 | 150 |
| 3/30/2016 | Additional Comments on PRPD's proposed amendment to its rules and regulations | Response to PRPD's response to TCA's Comments on the proposed amendment | 5 | 250 |
| 4/7/2016 | Syllabus: Criminal Law | Studied Proposed Syllabus and measured compliance with the agreed criteria | 8 | 400 |
| 4/12/2016 | PRPD's Proposed Amendment of its Rules and Regulations | Meeting with Attorney Antonio Bazán to discuss the redline version of the amendment | 3 | 150 |
| 4/13/2016 | " " | Composed outline of Article 14 deficiencies | 6 | 300 |
| 4/19/2016 | Meeting with F.U.P.O. | Composed internal memorandum regarding the events of 4/15/2016 | 3 | 150 |
| 4/22/2016 | Syllabus: Professional Responsibility | Studied Proposed Syllabus and measured compliance with the agreed criteria | 8 | 400 |
| | | Subtotal | 74 | 3,700 |
| | | Agreed Deduction | - | 2,700 |
| | | Total | = | $1,000 |

ok 

## Invoice May 15, 2016: $10,000

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

### Services for Part of Phase III: March 15 to May 15 2016: $10,000

Department Reform of Puerto Rico, Department of Justice of the United States of America.

| Phase | Calendar |
|---|---|
| 1-    Logistics and coordination for detainee's survey with interviewers and Police Stations. <br><br> 2-    Recollection of detainee's data. <br><br> 3-    Variable index and computer input. | (March to April 2016) |
| 1-   Graphs and tables construction. <br> 2-   Statistical analysis of detainee's survey. Graphs and tables analysis. <br> 3-   Descriptive statistical analysis with conclusions. <br> 4-   Preparing of Final Report. | (April to May 2016) |

I look forward to maintain communication with you,


Sincerely yours,

*Richard Blanco Peck*

**Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

oK *[signature]* 5/2/2016