

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico
P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 5/1/2016
Factura #: 2016-0756

**Dirección Postal**
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

**Dirección de Servicio**
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 5/1/2016 | Renta-01 | Renta de Local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

---

ID Cliente: TCAPR
Nombre Cliente: TCAPR Corp.

Fecha: 5/1/2016
Factura #: 2016-0756

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 5/1/2016 | Renta-01 | Renta de Local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de remitir su pago con este talonario a la dirección postal:
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

 

Factura 04/04/16
Cuenta 769528798 2
Núm. Servicio 765-2209-978
Página 1 de 4

**FECHA DE VENCIMIENTO** 05/03/16
**TOTAL A PAGAR** $378.83
**CANTIDAD ENVIADA**

TCAPR CORP
WORLD PLAZA
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000037883 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Por favor, desprenda este talón y devuélvalo con su pago.

Factura 04/04/16
Cuenta 769528798 2



**CLARO SIN FRONTERAS**

**HABLA NAVEGA TEXTEA**

**SIN COSTOS DE ROAMING, NI LARGA DISTANCIA**
entre EE.UU., Canadá, México, Rep. Dominicana y Puerto Rico.

Borra Fronteras y ahorra con los planes sin fronteras de Claro.

| RESUMEN DE SU CUENTA | | |
|---|---|---|
| Balance Anterior | | $ 378.64 |
| Pagos Recibidos - ¡Gracias! | | 190.73CR |
| Ajustes | | 0.00 |
| **TOTAL BALANCE VENCIDO** 04/02/16 **PAGUE INMEDIATAMENTE** | | **$ 187.91** |
| SERVICIOS A NIVEL DE CUENTA | | 2.82 |
| SERVICIOS TELEFONIA FIJA | | 188.10 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 05/03/16 | | $ 190.92 |
| **TOTAL A PAGAR*** | | **$378.83** |

*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.

La Comisión Federal de Comunicaciones determinó que para el segundo trimestre del 2016, el factor de contribución al Fondo de Servicio Universal Federal será de 17.9%.



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:

**TCAPR, CORP.**

Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 3856 |
|---|---|
| Date: | 4/21/2016 |
| Amount due (U.S. $): | 1460.00 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement (April 2016): Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
|  |  | Total: $ |  | 1460.00 |

ok [signature]