12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of March.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stake holders, including: assisted to the Annual Assembly of the Neighborhood Safety Committee in Humacao; and assisted to open meetings in San Juan and Aibonito. Met with Dr. Blanco Peck, for the purpose of updating the final presentation of the survey's results.

The Core Team carried out the following visits: Police Headquarters, Arecibo Police Station, Drugs and Narcotics Unit in Camuy and San Juan; and Police Academy. During this period, Pol-1005 Criminal Law and Pol-1003 Mediation and data related to the Action Plans were reviewed (para. 236, 240, 243, 248 and 245). The following Action Plans were discussed: Use of Force, Recruitment, Selection and Hiring, Training, Information System ad Technology; and the General Order 100-101. The following matters were discussed: status of the syllabus, status of training and retraining; review in the merit promotion from Inspector to Colonel and the review of the Internal Regulation for the Prevention of discrimination, harassment and retaliation of the PRP. Lastly during this period a total of 9 policies were reviewed and discussed; and 31 syllabuses were received and 29 of them were reviewed and sent to the Police Academy.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires; preparation and payroll. TCA Office Budget for 2016 – 2017 were presented to the parties and to the PRPD Reform Office. Preliminary Core Team's May agenda was discussed, and circulating CT April agenda and the Core Team work plan. Coordination and preparation of the TCA's Core Team meeting and agenda to discuss 2016 Work Plan and the next Six Month Report.