UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for May 2016.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | $6,500.00 | May 23, 2016 to May 27, 2016 |
| Linda V. Navedo | $6,500.00 | May 23, 2016 to May 27, 2016 |
| Rafael E. Ruíz | $6,500.00 | May 23, 2016 to May 27, 2016 |
| Marcos Soler | $3,900.00 | May 27, 2016 to May 29, 2016 |
| John J. Romero | $6,500.00 | May 23, 2016 to May 27, 2016 |
| Alan Youngs | $5,980.00 | May 23, 2016 to May 27, 2016 |
| Scott Cragg | $1,300.00 | May 23, 2016 to May 27, 2016 |
| Subtotal | $37,180.00 | |
| **Telework** | | |
| Gerard LaSalle | $2,600.00 | May 2016 |
| Linda V. Navedo | $2,600.00 | May 2016 |
| Rafael E. Ruíz | $2,600.00 | May 2016 |
| Marcos Soler | $5,200.00 | May 2016 |
| John J. Romero | $2,600.00 | May 2016 |
| Alan Youngs | $3,120.00 | May 2016 |
| Scott Cragg | $2,737.50 | May 2016 |
| Subtotal | $21,457.50 | |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $1,562.50 | May 2016 |
| Federico Hernandez Denton | N/A | May 2016 |
| Antonio Bazán | $3,281.00 | May 2016 |
| | Subtotal | $4,843.50 |
| Car Expenses | | |
| Chauffer | $900.00 | May 21, 2016 to May 28, 2016 |
| Gasoline | $285.70 | May 2016 |
| Tolls | $58.00 | May 2016 |
| Car Wash | $55.56 | May 2016 |
| Maintenance | $71.94 | May 2016 |
| | Subtotal | $1,371.20 |
| Policies, Syllabus review and meetings | $1,500.00 | |
| | Subtotal | $1,500.00 |
| Grand Total | | $66,352.20 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $66,352.20, the total amount of the monthly expenses, for the month of May 2016.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

FOR ALL OF WHICH, the TCA PR. Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of $66,352.20.

In San Juan, Puerto Rico, this day June __7__, 2016.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.