# INVOICE FOR PROFESSIONAL SERVICES: MAY 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314 | 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:    TCAPR, LLC
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of May 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City:  Final Review of Manual del Investigador de la SARP and Reglamento de Querellas Administrativas (6.0 hours) | X | N/A | Saturday-Sunday, May 7-8, 2016 | (6 @ $150 = $900) |
| Work from New York City: Review of Hate Crime Policy and Manual, draft recommendations, best practices research on hate crime (12.0 hours) | X | N/A | Saturday-Sunday, May 14-15, 2016 | (12 @ $150 = $1,800) |
| Work from New York City: Submit final comments on hate crime policy, edit document, discussion with TCA and Core Team member (2.0 hours) | X | N/A | Thursday, May 19, 2016 | (2 @ $150 = $300) |
| Work from New York City:  Work on sections of semi-annual report (6.0 hours) | X | N/A | Saturday and Sunday, May 21-22, 2016 | (6 @ $150 = $900) |
| Work from New York City:  Call on community policing policy; review of documents for meetings in Puerto Rico regarding NIBRS policies and manual, discrimination, etc. (2.0 non-billable hours) | X | N/A | Wednesday May 25, 2016, | (2.0 @ $150 = $300) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico:  See TCA agenda (Training, IT, TCA Report) | N/A | X | Friday through Sunday, April 27-29, 2016 | (1,300 @ 3 days = $3,900) |
| Work from New York City:  TCA semi-annual report (10.0 billable and non billable hours) | X | N/A | Monday 30, 2016, | (10.0 @ $150 = $1,500) |
| TOTAL HOURS WORKED: 68.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 days, 30 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | | | | $5,200 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

*marcos soler*

MARCOS F. SOLER
TCA Core Team
May 30, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

ok

INVOICE FOR PROFESSIONAL SERVICES:
[MAY 1 THROUGH MAY 31, 2016]
[SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124]

TO:   **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of May 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Tele-conferenciing PRPD on IT Action Plan, Email, communications with TCA and Core Team | 4.25 hours | | 5/1, 10, 11, 26, 27 | 637.50 |
| Review of; IT Action Plan, IT Policy & Procedures, procurement process, trip reports, performance evaluation forms, methodologies to review AP's and alignment. | 12.5 hours | | 5/22, 28, 29 | 1875 |
| Drafting 6 month report | 1.5 hours | | 5/30 | 225 |
| Meeting on site PRPD – IT Action Plan, Policies | | 1 | 5/31 | 1300 |
| | | | Cost of Work Performed $ 4037.50 | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING IN PUERTO RICO | | | | 1 Days |
| TOTAL OF BILLABLE HOURS IN US (HOURS @ $150): | | | | 18.25 Hours |
| TOTAL TO BE BILLED: | | | | $ 4037.50 |
| Time not Billed (0 Hrs.) | | | | |

INVOICE PRESENTED BY:
__//Signed//_____5/31/2016_____
Scott Cragg,  TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

ok

1

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 31, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 022
FOR PROFESSIONAL SERVICES RENDERED MAY  2016

| | |
|---|---|
| Monday, May 23, 2016 | TCA Office re: meetings |
| Tuesday, May 24, 2016 | TCA Office re: meetings<br>PRPD HQ. re; meetings |
| Wednesday, May 25, 2016 | TCA Office re: meetings<br>Site Visit ZOE Caguas |
| Thursday, May 26, 2016 | TCA Office re: meetings |
| Friday, May 27, 2016 | TCA Office re: meetings<br>PRPD Academy re: meetings |

## 5 DAYS (DAY RATE $1,300) = $6500

MAY 1-31    Prepared comments on April Site Visits to San Juan "Area", Arecibo "Area" and FIU  4 hrs.
Reviewed Use of Force Policy, General Order Chapter 600 Section 601 (Annual Review) 2 hrs.
Prepared comment on the above 2 hrs.
Reviewed Reporting and Investigating Use of Force Incidents Policy, General Order Chapter 600, Section 605, (Annual Review) 2 hrs.
Prepared comments on the above 2 hrs.
Reviewed Use and Management of Electronic Control Device Policy General Order Chapter 600, Section 602, (Annual Review) 1 hr. 30 min.
Prepared comments on the above. 1 hr. 30 min
Reviewed PRPD's policy on Glossary of Definitions 3 hrs.

OK

Prepared comments on the above 3 hrs.
Prepared comments for the Six Months report   4 hrs.

Reviewed PRPD course/training for SWAT personnel relating to firearm
HK USP Tactical 45 caliber 2 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPD course on recertification of Use and Management of
Chemical Agents (pepper spray) 2 hrs.
Prepared comments on the above 2 hrs.

**TOTAL HOURS: 33 HOURS**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO = 15 HOURS 40 MINUTES**

**TOTAL. $9,100**

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

I#2016-08

DATE: MAY 31, 2016

TO:
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:
Services on: May 1- 31, 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Site Visit Puerto Rico: Six Month Report discussion and preparation; Policies and curriculums Syllabus review and discussion; Visit to Caguas Z of E, Academy-; TCA Office meetings- See TCA CT Agenda | | | |
| May 1-31: Prepare reports on site visits to Area Command CIC's and Drug Units. Work on: Drug Unit Re-org policy, Use of Force 600-601 annual review, Drug Unit Forms, Use of Force Definitions, GO 600-602; 600-605, SWAT .45 cal. Firearm training; prepare 6-month report section on Search and Seizure, and Arrests and Summons | 5 Days | 1300.00/Day | $6500.00 |
| Total Hours worked: 25.5 | | | |
| SUB-TOTAL HOURS BILLED | 17.33 hrs | 150/hr | $2600.00 |
| TOTAL BILLED | | | $9100.00 |

Signature _Rafael E Ruiz_

# INVOICE FOR PROFESSIONAL SERVICES: MAY 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

**TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of May 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched , reviewed and provided best police practices concerning Community Policing (4 hours) | X | N/A | 4/May | 600.00 |
| Researched , reviewed and provided best police practices concerning Multi-Agency Investigative Teams Model Policy (1 hours) | X | N/A | 6/May | 150.00 |
| Researched , reviewed and provided best police practices concerning Interviewing and Interrogating Juveniles 1hours) | X | N/A | 7/May | 150.00 |
| Researched , reviewed and provided best police practices concerning Inspections 1 hours) | X | N/A | 8/May | 150.00 |
| Researched , reviewed and provided best police practices concerning Holding Facilities (3 hours) | X | N/A | 9/May | 450.00 |
| Researched availability of documents pertaining to restructuring of the Drugs, Narcotics & Illegal Firearms Division of the PRPD (3 hours) | X | N/A | 13/May | 450.00 |
| Phone calls; Drug Unit documents were obtained from law enforcement sources (2 hours) | X | N/A | 14/May | 300.00 |
| Reviewed each of the documents and links pertaining to the Drugs, Narcotics & Illegal Firearms Division of the PRPD (3 hours) | X | N/A | 15/May | 450.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Wrote up TCA Response to PRPD General Order for the Restructuring of the Drugs, Narcotics, & Illegal Firearms Division (5 hours) | X | N/A | 16/May | 750.00 |
| Researched , reviewed and provided best police practices concerning Employee Evaluation Systems (3 hours) | X | N/A | 17/MAY | 450.00 |
| Researched , reviewed and provided best police practices concerning Standards of Performance and Performance Factor Definitions (4 hours) | X | N/A | 16/May | 600.00 |
| Researched , reviewed and provided best police practices concerning Police Interaction with the Transgender community (4 hours) | X | N/A | 18/May | 600.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 23/May | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 24/May | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 25/May | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 26/May | $1,300.00 |
| TCA Core Team Week (6 hours – see agenda + work after hours) | N/A | X | 27/May | 780.00 |
| | | | | |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 13.2 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs

TCA Core Team
May 31, 2016

OK

2

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

# INVOICE FOR PROFESSIONAL SERVICES: MAY 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:   **TCAPR Corp.**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **May/2016**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working sessions to: the attention of the policies that will be revised during the month of May/2016; sending emails to the TCA, Core Team, PRPD for the follow-up of outstanding matters; work related to the TCA Core Team March/2016's Agenda; search and review of documents related to the police best practices of the police regarding community police, ethics and hate crimes; work related to the review and evaluations of activities in the Professionalization and Community Interaction and Public Information's Action Plans; coordination of activities with the PRPD Academy related to the follow-up to the syllabus' review for the month of May/2016. (18.0 hrs) | N/A | X | 1-7/MAY | |
| Working sessions to: reading, review and analysis of the Dr. Blanco Peck's report on surveys under P. 241; review of documents related to the police best practices on staffing pattern and resources studies; sending emails to the TCA, Core Team, PRPD for the follow-up of outstanding matters; assistance and participation with the TCA and office's representatives in a meeting held at the ACLU-PR office on May 12, 2016; meeting with PRPD representatives for the general order for community policing; assistance to the "Conference on Independence, Transparency & | N/A | X | 8-14/March | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Accountability in Policing" sponsored by NACOLE, which took place in the Amphitheatre of the Interamerican University School of Law on May 13, 2016. (18.0 hrs) | | | | |
| Working sessions to: coordination and drafting related to the TCA Core Team March/2016's; drafting of documents related to the revisions of polices and PRPD Academy's syllabus; e-mails and calls for the follow-up of policies and other outstanding matters; work related to the review and evaluations of activities in the Professionalization and Community Interaction and Public Information's Action Plans; working session drafting 4th TCA Six Month Report; meeting with Lt. Cor. Alba Díaz, attorneys Yashira Vega and Flor Vélez and TCA's representative for the discussion of the TCA Core Team & Reform Office March's Agenda; review of Dr. Blanco Peck's focus groups proposal. (18.0 hrs) | N/A | X | 15-21/March | |
| TCA Core Team Week | N/A | X | 23/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 24/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 25/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 26/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 27/May | $1,300.00 |
| Working session drafting 4th TCA Six Month Report. (12.0 Hrs.) | N/A | X | 29-31/March | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK": | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 48.67 HOURS | |

INVOICE PRESENTED BY:


_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
May 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.



_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.
Date: _____, 2016

3

**VOUCHER**

Invoice for Date of Service:   May 2016

TO:  TCA Corporation

FROM: Gerard LaSalle, Ph.D. LLC   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

PHONE: 973-943-3167   jlasalle24@comcast.net

TAX ID: 20-5830242

CASE: Reform Agreement Police of Puerto Rico

Professional Fee

Hourly rate (off-site):                                          $150.

                                                                    Hour(s)

Month of May:

1-31- research, prepare, review, modify Fourth Semiannual Report (capped hours for payment 17.333)
17

Total payable hours: 17.333 x $150. per hour                 $2600
.

On site May 22-28              Fixed Rate                    6500.

TOTAL AMOUT DUE              Capped Rate                    $9100.

                                                              5/28/16

Gerard LaSalle

_____                     _____

Arnaldo Claudio, TCA

## Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

May 31, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-05**

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of May 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 5/03/2016 | 1.0 hr. (2:00 to 3:00 pm) | Review and Legal Advice on the following: <br> 1. Annual Report Investigation on Use of Force. <br> 2. Use of Force Annual Review <br> 3. Taser Annual Review |
| 5/07/2016 | 0.25 hrs. (7:00 to 7:15 pm) | Review and Legal Advice on Issue of Taser Use |
| 5/18/2016 | 0.50 hrs. (5:00 to 5:30 pm) | Legal Advice & Review on General Order 10 on Drugs, Narcotics, Vice Control and Illegal Firearms Bureau. |
| 5/20/2016 | 0.50 hrs. (3:00 to 3:30 pm) | General Order Chapter 600, Section 604 Use and Management of Chemical Agents |
| 5/20/2016 | 0.50 hrs. (4:00 to 4:30 pm) | Initial Review of Prontuario Procedimiento Criminal POL 2021 |
| 5/23/2016 | 2 hrs. (4:00 to 6:00 pm) | Final Review, Recommendations and suggested amendments to Prontuario Procedimiento Criminal POL 2021. |
| 5/24/2016 | 3.50 hrs. (9:30 am to 1:00 pm. | Meeting at 4th. Floor of PRPD Headquarters, with PRPD Legal, DOJPR and USDOJ Paragraph 13 and interventions with Foreign Persons. |
| 5/24/2016 | 2.00 hrs. 1:30 to 3:30 | Glosario de Definiciones: Conceptos Básicos Política Uso de Fuerza -4th. Floor PRPD |
| 5/25/2016 <br> 5/25/2016 <br> 5/25/2016 | 2.0 hrs.(1:30 to 3:30 pm) <br> 1.5 hrs.(3:30 to 5:00 pm) <br> 0.25hrs(5:30 to 5:45 pm) | Manual Crímenes de Odio (At PRPD) <br> Unidad de Narcóticos (At PRPD) <br> TCA's End of day Meeting at TCA |

| 5/26/2016 | 1.75 hrs. (8:00 to 9:45 am) | Hate Crimes discussed with PRPD Legal, DOJPR and USDOJ (4th. Floor Headquarters) |
| 5/26/2016 | 1.5 hrs. (11:30 am to 1:00 pm) | Meeting at TCA on Attorney Client Privilege Matter |
| 5/27/2016 | 5 hrs. (8:00 am to 1:00 pm | Police Academy-Presentation of Prontuarios and Legal Advice on Policies involving Protected LBGT Communities, Searches and Seizures and Discrimination. Legal Advice and Suggested Changes |
| 5/27/2016 | 4.0 hrs. (1:30 pm to 6:30 pm) | Meeting at PRPD Headquarters on Paragraph 253, Transition Order Questionnaire and Next Court Hearing on Reform Progress |
| 5/31/2016 | 26.25 **Total hours billed** | **26.25 hrs. x $125.00 = $3,281.25** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

**Page 2 of 2**

## CASTELLANOS GROUP, P.S.C.

June 1, 2016

MR. ERIC GUZMÁN

Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

### Invoice For Services Rendered To The TCA During The Month of May 2016.

The present invoice includes an itemized description of the services that were rendered by ALFREDO CASTELLANOS during the month of May 2016, for your information and to be billed at a later date.

| Date | Description | Hours |
|---|---|---|
| 5/13/2016 | Telephone Communications with the Col. Miguel Rosado Re: Coordination of Meetings in Mayagüez | .25 |
| 5/13/2016 | Telephone Communication with Walter A. Santiago Re: Coordination of Meeting in Mayagüez | 25 |
| 5/20/2016 | Preparation of Memorandum of the Third Public Hearing in Fajardo | 4.25 |
| 5/20/2016 | Telephone Communication with Iniabelle Pérez Alvares Re: Coordination of Meeting | 25 |
| 5/20/2016 | Telephone Communication with Judge Aixa Rosado Re: Coordination of Meeting in Mayagüez | 25 |
| 5/20/2016 | Telephone Communication with Deputy Mayor Heriberto Acevedo Ruiz Re: Coordination of Meeting | 25 |
| 5/24/2016 | Telephone Communication with Yahaira Colón Re: Possible Participation in Public Hearings | 25 |
| 5/24/2016 | Written Communication to Yahaira Colón from SAL Re: Coordinating meeting for participation in Public Hearings | 25 |
| 5/24/2016 | Written Communication to Gerard La Salle Re: Memorandum of the Third Hearing in Fajardo | 25 |
| 5/24/2016 | Telephone Communication with US Marshal Mr. Manny Varela Re: Coordination of Meeting in Mayagüez | 25 |
| 5/24/2016 | Written Communication to Iniabelle Pérez Álvares Re: Coordination of Meeting | 25 |
| 5/27/2016 | Meeting with TCA Core Team Re: Public Hearings | 1 |
| 5/31/2016 | Meeting with Col. Miguel Rosado; Meeting with Judge Aixa Rosado; Meeting with Deputy Mayor Heriberto Acevedo Ruiz; Meeting with Walter A. Santiago CIC | 7 |
| | **Total Hours** | **14.75** |
| | **Total** | **$1,843.75** |

$1,562.50

### CASTELLANOS GROUP, P.S.C.

**Billed**

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity as Legal Advisor to TCAPR Corp.



**ALFREDO CASTELLANOS BAYOUTH**

From: Guillermo A. Baralt Miró, Esq.
2070 Calle 1 Apto 215B
Guaynabo, Puerto Rico
(787) 236-0645
guillermobaralt@outlook.com

| Invoice | #002 |
|---|---|
| Date | 5/31/2016 |
| Ammount Due | $ 1,500 |

To: TCA Corp
268 Muñoz Rivera
World Plaza, Suite 1001
San Juan, PR 00961

| DATE OF COMPLETION | POLICY | SERVICE RENDERED | TIME INVESTED (HRS)* |
|---|---|---|---|
| 5/4/2016 | Rules and Regulations regarding Administrative Complaints & Investigator's Manual Glossary on Use of Force Terminology Hate Crimes Policy and Agents Manual | Review of Final Draft Submitted for Approval | 8 |
| 5/12/2016 | N/A | NATCOLE Meeting | 3 |
| 5/18/2016 | Drugs, Narcotics, Vice-Control and Illegal Firearms | TCA Policy Review | 42 |
| 5/24/2016 - 5/26/2016 | Merit-Based Promotions Drugs, Narcotics, Vice-Control and Illegal Firearms Paragraph 13 G.O. Hate Crimes G.O. Drugs, Narcotics, Vice-Control, Illegal Firearms | Policy Discussion with PRPD's Reform Office | 11 |
| 5/27/2016 | Drugs, Narcotics, Vice-Control and Illegal Firearms GRUCORPO Merit-Based Promotions Article 14 | Six-Month Report | 24 |
| | | Balance** | $4,100 |
| | | Adjustment*** | 2,600 |
| | | **Total** | **$1,500** |

Notes:

*Amount of time invested in each project is for informational purposes only.

**Balance due was calculated using the criteria of the invoice submitted on 5/2/2016 (Invoice #1).

***Amount not billable as of the date of this invoice.

# INVOICE 0114

5/23/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

DETAILS

LINE TOTAL

Professional services (transportation) rendered during

900.00

the week of May 21-28, 2016 to TCA Core Team,

which includes the following:

 - Transportation from and to airport

 - Transportation services to municipalities

   (San Juan, Caguas, Gurabo Police Academy and

   Headquarters in Hato Rey)

Discount

Net Total

$900.00

Tax

USD TOTAL

$900.00

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |
|---|

FECHA _____ 20 _____

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| | | | |
|---|---|---|---|
| LITROS DE GASOLINA | | | |
| QTOS. DE ACEITE | | | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | | | |
| LAVADO MOTOR | | | |
| INSPECCION | | | |
| FLUSHING | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL**





AUTH. CODE: 209121

INVOICE: 01501
TRACE:

15.95
1.67
.16
17.78

AUTH. CODE: 800728

15.95
1.67
.16
17.78

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH        REC# 72312        05/20/16

***** RECIBO *****

GASOLINA(06) 31.90Lt
(REGULAR) 62.7/Lt          20.00

                           20.00
TAX MUN . . . . .           .00
TAX EST . . . . .           .00

TOTAL DE LA VENTA . . . .  20.00

GRACIAS POR SU COMPRA, VUELVA PRONTO

        1-Adm  11:23c

---

PUMA
PUERTO NUEVO

| Descr | qty | amount |
| --- | --- | --- |
| Prepay Fuel | | 20.00 |
| | REGULAR | 10.20 |
| | MUNICIPAL | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

GRACIAS

VUELVA PRONTO

REG# 0001 CSH# 00 DR# 01  TRAN# 15000
                              STR# 17220

---

TO GO STORE GURABO
PRR 189 KM 0.4
NAVARRO GURABO
PR. 00778

| | qty | amount |
| --- | --- | --- |
| REG CR #08 | 32.416L | 20.00 |
| | @ 0.617/ L | |
| Prepay Fuel | | -20.00 |
| Sub Total | | 0.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| TOTAL | | 0.00 |
| | CASH $ | 0.00 |

THANKS, COME AGAIN
REG# 0003 CSH# 003 DR# 01  TRAN# 32363
05/28/16  09:11:49          STR# 00012

---

Blanca
Fdz                Lau

BUCARE PUMA S/S
ESTACION 176

| Descr | qty | amount |
| --- | --- | --- |
| REG  CA #07 | 31.898L | 20.00 |
| | @ 0.627/ | |
| Prepay Fuel | | 20.00 |
| Sub Total | | 0.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| TOTAL | | 0.00 |
| CASH $ | | 0.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 10534
05/27/16  18:24:17          STR# P0625

H        TO GO STORES
            ALTAMIRA
          TEL 787-782-7187

Descr.           qty         amount
-------          ---         ------
REG  CR #08     35.985L         22.20
              @ 0.617/ L
         Prepay Fuel           -30.00
                            ----------
         Sub Total             -7.80
         IVU 1%                 0.00
         IVU 10.5%              0.00
         SPEC 2%                0.00
     TOTAL              -7.80
            CASH  $     -7.80
         GRACIAS.
         Vuelva Pronto
REG# 0003 CSH# 011 DR# 01   TRAN# 34265
05/27/16  09:41:34           ST# 00026


        BUCARE PUMA S/S
        ESTACION 176

Descr.           qty         amount
                 ---         ------
REG    CA #01   33.501L         20.00
              @ 0.597/ L
         Prepay Fuel           -20.00

         Sub Total              0.00
         MUN                    0.00
         EST                    0.00
     TOTAL              0.00
            CASH  $      0.00
THANKS,COME AGAIN
REG# 0801 CSH# 003 DR# 01  TRAN# 17077
05/13/16  22:43:03          ST# P0625


    TO GO STORE GURABO
    CARR 189 KM 0.4
BO   NAVARRO GURABO
    PR, 00778

Descr.           qty         amount
                 ---         ------
REG  CR #02    31.900L         20.00
              @ 0.627/ L
         Prepay Fuel          -20.00
                            ----------
         Sub Total             0.00
         IVU 1%                0.00
         IVU 10.5%             0.00
         SPEC 2%               0.00
     TOTAL              0.00
            CASH  $     0.00
THANKS, COME AGAIN
REG# 0003 CSH# 010 DR# 01  TRAN# 44213
05/27/16  07:47:55          ST# 00012



          qty          amount
                       .50
                      -----
                       .00
                      -----
                      7.50
          MUN          0.00
          EST          0.00
     TOTAL       -77.50
          CREDIT $ -77.50
    COME AGAIN

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|---|---|---|
| TCS CREDIT | 24.162L | 21.00 |
| # 1.607/L | | |
| Sub Total | | 21.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |

TOTAL     21.00
ATH $    21.00

THANKS, COME AGAIN
RCPT CNT CONR 012 DR1 01  TRAN# 4389
05/17/16  06:13:5           ST# 00012

CONTROL: PMN3 7ZGSO
SF
Processed by Softek

---

H TO GO STORE GURABO
CARR 185 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#13 | | 20.00 |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |

TOTAL     20.00
CASH $    20.00

THANKS, COME AGAIN
RCPT CNT CONR 012 DR1 01  TRAN# 33944
05/17/16  06:5:             ST# 00012

CONTROL: SET7-HD4O6
SF
Processed by Softek

---

BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-925-1268
www.togostores.com

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#02 | | 2 |
| Sub Total | | 2 |
| IVU 1% | | |
| IVU 10.5% | | |
| SPEC 2% | | |

TOTAL     CASH $    2

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCHOLICAS
EN LA TIENDA
SUS ALRREDEDORES
RCPT 0005 CS#1 DR3 DR# 01
05/13/16  18:21:0

CONTROL: DZOS3 YZCXC
SF
Processed by Softek

---

M      BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-925-1268
www.togostores.com

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#2 | | 20.00 |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |

TOTAL     20.00
CASH $    20.00

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCHOLICAS
EN LA TIENDA
SUS ALRREDEDORES
RCPT 0005 CS#1 DR3 DR# 01  TRAN# 3588.2
05/02/16  17:05:6           ST# 0005.7

CONTROL: 3R54 FN1 R
SF
Processed by Softek

TO GO STORE GURABO
CARR 189 KM 0.4
HC  NAVARRO GURABO
PR. 00778

| DESCT. | QTY | AMOUNT |
|---|---|---|

Sub. Total          15.00
IVU 1%               0.00
IVU 10.5%            0.00
IVU 7%               0.00
TOTAL              20.00
CACH $             20.00

THANKS, COME AGAIN

Produced by Sortek

GRACIAS

VUELVA PRONTO



Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 9122
05/30/16 11:38:15

Numero de Cuenta:      ACTO3451155
Cantidad de Pago:    $      10.00
Metodo de Pago:           Efectivo
Balance:             $      12.75

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9097
05/17/16 11:38:38

Numero de Cuenta:      ACTO3451155
Cantidad de Pago:    $       8.00
Metodo de Pago:           Efectivo
Balance:             $       8.55

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE              TIME
May 22.16    11:00:34       P.
                 TERMINAL ID
87690010  8788107

PREPAID CASH

PP NUMBER.
PEBE       627687040714136

AUTH. CODE: 0AAXZH      INVOICE: 86

TRACE :011

TOTAL :      $          10.0

SIGNATURE: X

APPROVED
15.55

CARDHOLDER ACKNOWLEDGES RECEIPT
AND/OR SERVICE IN THE AMOUNT OF THE
SHOWN HEREON AND AGREES TO PERFORM
OBLIGATIONS SET FORTH IN THE
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 9122
05/20/16 10:59:23

Numero de Cuenta:      ACTO3451154
Cantidad de Pago:    $      20.00
Metodo de Pago:           Efectivo
Balance:             $      26.70

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Ponce, Carril 11
Cajero: 1609
05/31/16 18:38:10

Numero de Cuenta:      ACTO3451155
Cantidad de Pago:    $      10.00
Metodo de Pago:           Efectivo
Balance:             $      12.50

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

CUSTOMER #: 164677

149614

TCAPR CORP
AVE MUNOZ RIVERA 268 EDIF
SAN JUAN, PR 00919
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:

**alberic**
CHRYSLER

*INVOICE*

AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
PO BOX70320, SAN JUAN P.R. 00936-8320
TEL: (787) 793-2223  FAX: (787) 781-0334

PAGE 3

SERVICE ADVISOR: 4014 GLORIMIL CRUZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 14 | JEEP COMPASS | 1C4NJCBB3ED541904 | HXO07 | 14145/14145 | T6085 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|------------|----------|--------|------|---------|-----------|
| 04JUN13 DD |  | 04JUN2016 | 08:12 09MAY16 |  | 80.00 | CASH | 06MAY16 |

| R.O. OPENED | READY | OPTIONS: | DLR:67036 ENG:2.4_Liter |
|-------------|-------|----------|--------------------------|
| 08:54 04MAY16 | 11:44 06MAY16 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|------|--------|------|------|-------|------|-----|-------|

RECEIPT   Date: 5/12/16   N° 11505

TCAPR CORP

Amount 71.94

Invoice #: 149614

PAYMENT   AMOUNT   By:

Posted:

STATE TAX                4.63
MUNICIPAL TAX            0.30

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE
INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE
SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO
OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE
VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED
UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS
CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT
NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY
MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all
of the warranties with respect to
the sale of this item/items. The
Seller hereby expressly disclaims all
warranties either express or
implied, including any implied
warranty of merchantability or
fitness for a particular purpose.
Seller neither assumes nor
authorizes any other person to
assume for it any liability in
connection with the sale of this
item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 37.00 |
| PARTS AMOUNT | 28.01 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 2.00 |
| TOTAL CHARGES | 67.01 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 4.93 |
| PLEASE PAY THIS AMOUNT | 71.94 |

(SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON  (DATE)

CUSTOMER SIGNATURE

CUSTOMER #: 164677

**149614**

*INVOICE*

**alberic**
CHRYSLER

TCAPR CORP
AVE MUNOZ RIVERA 268 EDIF
SAN JUAN, PR 00919
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:

PAGE 1

AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
PO BOX70320, SAN JUAN P.R. 00936-8320
TEL: (787) 793-2223  FAX: (787) 781-0334

SERVICE ADVISOR: 4014 GLORIMIL CRUZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 14 | JEEP COMPASS | 1C4NJCBB3ED541904 | HXO07 | 14145/14145 | T6085 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|------------|----------|--------|------|---------|-----------|
| 04JUN13 DD | | 04JUN2016 | 08:12 09MAY16 | | 80.00 | CASH | 06MAY16 |

| R.O. OPENED | READY | OPTIONS: | DLR:67036 ENG:2.4_Liter |
|-------------|-------|----------|-------------------------|
| 08:54 04MAY16 | 11:44 06MAY16 | | |

LINE OPCODE TECH TYPE HOURS

| | | | | LIST | NET | TOTAL |
|---|---|---|---|------|-----|-------|
| A BASICO CAMBIO DE ACEITE Y FILTRO DE MOTOR | | | | | | |
| F1001 BASICO CAMBIO DE ACEITE Y FILTRO DE MOTOR | | | | | | |
| 60608 MORALEZ,JOSE L LIC#: 25613 | | | | | | |
| CCM  0.20 | | | | | | |
| 1 4892339AA FILTER-ENGINE OIL | | | | | 12.00 | 12.00 |
| 5 5W20T MOTOR OIL | | | | 16.25 | 8.01 | 8.01 |
| 14145 SE LE CAMBIO ACEITE Y FILTRO DE MOTOR | | | | 8.13 | 4.00 | 20.00 |

**********************************************************

| B ROTACION Y BALANCEO DE GOMAS(4) | | | | | | |
|---|---|---|---|---|---|---|
| F1005 ROTACION Y BALANCEO DE GOMAS(4) | | | | | | |
| 60608 MORALEZ,JOSE L LIC#: 25613 | | | | | | |
| CCM  0.50 | | | | | | |
| 14145 SE LE REALIZO BALANCEO Y ROTACION DE GOMAS | | | | | 25.00 | 25.00 |

**********************************************************

C VERIFICACION DE FRENOS COMPLETA, CHILLIDO AL FRENAR
    M0800 OK
        60608 MORALEZ,JOSE L LIC#: 25613
            CC  0.00
    14145 SE VERIIFCO COMPLETA LA UNIDAD Y SE ENOCNTRO FRENOS EN BUEN    0.00    0.00
ESTADO
**********************************************************

D C/I A/C TARDA MUCHO EN ACTIVARSE
    M0900 NO PRESENTO CONDICION AL MOMENTO DE LA
        INSPECCION EN EL TALLER Y/O LA PRUEBA DE
        CARRETRA EFECTUADA.
        60608 MORALEZ,JOSE L LIC#: 25613
            CC  0.00
    14145 SE PROCEDIO A VERIFICAR QUEJA DEL CLIENTE DEL AC Y EN MOMETOS    0.00    0.00
DE PRUEBA NO PRESENTO FALLA EN EL SISTEMA DE AC,SE PROCEDIO A VERIFICAR
CALBRACION DE LOS ACTUATORS Y SE ENCONTRARON BIEN OPERANDO BAJO
CARACTERISTICAS NORMALES
**********************************************************

E VERIFICACION DE FILTRO DE AIRE DE MOTOR
    M0800 MISCELANEOS

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE
INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE
SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO
OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE
VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED
UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS
CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT
NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY
MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all
of the warranties with respect to
the sale of this item/items. The
Seller hereby expressly disclaims all
warranties either express or
implied, including any implied
warranty of merchantability or
fitness for a particular purpose.
Seller neither assumes nor
authorizes any other person to
assume for it any liability in
connection with the sale of this
item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

(SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON      (DATE)

CUSTOMER SIGNATURE

CUSTOMER #: 164677

149614

**alberic**
CHRYSLER • Jeep

TCAPR CORP
AVE MUNOZ RIVERA 268 EDIF
SAN JUAN, PR 00919
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:

*INVOICE*

PAGE 2

AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
PO BOX70320, SAN JUAN P.R. 00936-8320
TEL: (787) 793-2223  FAX: (787) 781-0334

SERVICE ADVISOR: 4014 GLORIMIL CRUZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 14 | JEEP COMPASS | 1C4NJCBB3ED541904 | HXO07 | 14145/14145 | T6085 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|------------|----------|--------|------|---------|-----------|
| 04JUN13 DD |  | 04JUN2016 08:12 09MAY16 |  |  | 80.00 | CASH | 06MAY16 |

R.O. OPENED                READY              OPTIONS:  DLR:67036 ENG:2.4 Liter

08:54 04MAY16      11:44 06MAY16

LINE OPCODE TECH TYPE HOURS                                      LIST        NET        TOTAL

        60608 MORALEZ,JOSE L LIC#: 25613
                CC  0.00

14145 OK                                                        0.00        0.00

        ***********************************************
F C/I RUIDO EN TREN DELANTERO AL AMORTIGUAR
    M2000 CLIENTE NO AUTORIZO TRABAJO
        60608 MORALEZ,JOSE L LIC#: 25613
                CC  0.00
14145 EN MOMETOS DE PRUEBA NO PRESENTO SONIDOS EN EL TREN DELANTERO    0.00        0.00
AL AMORTIGUAR
        ***********************************************
G SE REALIZO PRUEBA DE CARRETERA ENTRADA Y SALIDA DE UNIDAD CON CLIENTE
    RUIDO SE REALIZO PRUEBA DE CARRETERA ENTRADA Y
    SALIDA DE UNIDAD CON CLIENTE
        60608 MORALEZ,JOSE L LIC#: 25613
                CC  0.00                                        0.00        0.00
        ***********************************************
H C/I RUIDO AL GIRAR EL GUIA EN CUALQUIER DIRECCIO
    M0800 SE COMPLETO FLUIDOS DE POWER STEERING
    SUPLIDO POR TALLER
        60608 MORALEZ,JOSE L LIC#: 25613
                CC  0.00                                        0.00        0.00
14145 SE PROCEDIO A VERIFICAR SONIDO AL GIRAR EL GUIE Y SE ENOCNTRO
BAJO EL FLUIDO DE POWER STEERING,SE LE COMPLETO FLUIDO NSUPLIDO POR
TALLER Y NO DUPLICO LA FALLA
        ***********************************************
CUSTOMER PAY HAZRDOUSE DISP FOR REPAIR ORDER                                2.00
        ************* AVISO IMPORTANTE **************

                        TODA REPARACION EN GARANTIA SERA SUJETA A VER
                        IFICACION POR EL MANUFACTURERO. CUALQUIER MON
                        TO QUE EL MANUFACTURERO DENIEGUE CUBIERTA,
                        SERA EL CLIENTE RESPONSABLE DEL PAGO DE LA
                        MISMA

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON      (DATE)      CUSTOMER SIGNATURE