12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of May.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including: assisted to the signing of the Agreement between OPM and PPR; to the NACOLE seminar; and attended the inauguration of the Zone of Excellence of Caguas Norte. Met members of the Independent Association of Monitor of the New Orleans Police Department Reform, from the National Association for Civilian Oversight of Law Enforcement, from the City of Miami Civilian Investigative Panel and from members of the Department of Latin American And Latina/o Studies from the John Jay College of Criminal Justice. Also met with José Taboada, President of the Puerto Rico Police Members Association and with Dr. Blanco Peck, for the purpose of updating the final presentation of the survey's results.

The Core Team carried out the following visits: Police Headquarters, the Zone of Excellence of Caguas Norte and the Police Academy. During this period, the TCA and the Core Team reviewed and discussed the Paragraph 13, the Merit Promotion from Inspector to Colonel, the Basic Concepts on Use of Force Policy, the Syllabus & Recommendations by the Core Team. As well, the General Order on Hate Crimes and General Order on Drugs, Narcotics, and Illegal Weapons & Control Unit were reviewed and discussed. Lastly during this period, the Investigator's Manual of the Auxiliary Superintendent of Professional Responsibility and the Regulations for Receiving, Processing, Research and Administrative Adjudication of Grievances against employees of the Puerto Rico Police were approved and Core Team worked on the preparation, discussion and writing of the Six Month Report.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires; preparation and payroll. TCA Office Budget for 2016 – 2017 were presented and discussed with the parties and to the PRPD Reform Office. Preliminary Core Team's June agenda was discussed. Coordination and preparation of the TCA's Core Team meeting and agenda to discuss 2016 Second Semester Work Plan and the next Six Month Report.