UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiffs,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | Case No. 12-2039 (GAG) |

**JOINT MOTION SUBMITTING THE APPROVED BUDGET FOR THE TCA OFFICE FOR FISCAL YEAR 2016-2017**

COME NOW, the Defendant, the Commonwealth of Puerto Rico, and the Plaintiff, the United States of America (collectively, the Parties), jointly through the undersigned attorneys and very respectfully state, and pray as follows:

1. The Parties respectfully move this Court to receive the approved budget for the TCA Office for fiscal year 2016-2017. As part of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (Agreement), the Technical Compliance Advisor (TCA) is charged with assessing and reporting whether the provisions of the Agreement have been implemented, and whether this implementation is resulting in constitutional and effective policing, professional treatment of individuals, and increased community trust of the Puerto Rico Police Department (PRPD). Agreement ¶225, Dkt. #60.

2. The proposed budget was submitted by the TCA Office to the Parties for review and evaluation. After such evaluation, the budget was amended and the final budget approved in accordance with the stipulated order at ECF Document No. 139.

3.      The aforementioned order also requires the budget to be filed with the Court each year.  In compliance with such, the Parties hereby submit the approved TCA Office budget for fiscal year 2016-2017 as Exhibit I.

**WHEREFORE**, counsel respectfully requests this Honorable Court to take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of June, 2016.

| FOR PLAINTIFF UNITED STATES OF AMERICA: | FOR DEFENDANT COMMONWEALTH OF PUERTO RICO: |
|---|---|
| **STEVEN H. ROSENBAUM**<br>Chief, Special Litigation Section<br><br>**CHRISTY E. LOPEZ**<br>Deputy Chief, Special Litigation Section<br><br><u>**S/LUIS E. SAUCEDO**</u><br>**LUIS E. SAUCEDO** (G01613)<br>Counselor to the Chief<br>**BRIAN BUEHLER**<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 598-0482<br>Fax: (202) 514-4883<br>luis.e.saucedo@usdoj.gov<br><br>Attorney for Plaintiff | **CÉSAR MIRANDA RODRÍGUEZ**<br>Secretary of Justice<br><br>**MARTA ELISA GONZALEZ Y.**<br>Deputy Secretary of Justice<br>For Litigation<br>PR Department of Justice<br>P.O. Box 9020192<br>San Juan, PR 00902-0192<br>Tel 787 721-7700, ext. 2105<br>Fax. (787) 722-4440<br><br>**WANDYMAR BURGOS VARGAS**<br>**Director Federal Litigation and Bankruptcy**<br><br><u>**S/JOEL TORRES ORTIZ**</u><br>**Joel Torres Ortiz**<br>U.S.D.C. NO. 302311<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 721-2900, ext.2647,2650,2624<br>Fax (787) 723-9188<br>joeltorres@justicia.pr.gov<br><br>Attorneys for Defendants |

## NOTIFICATION

On this date, the signatories to this motion have filed it with the Clerk of the Court via the CM/ECF that shall relay it to all attorneys of record.