**TECHNICAL COMPLIANCE ADVISOR**
**TCAPR, CORP**
**2016-2017 BUDGET**

| Description | | Total |
|---|---|---:|
| **Salary & Wages** | | |
| Arnaldo Claudio | $ | 215,000.00 |
| Eric Guzman | | 130,000.00 |
| TCA In-house Legal Counsel | | 65,000.00 |
| Anjelica Orfila | | 32,450.00 |
| Josue Lopez | | 32,450.00 |
| | $ | **474,900.00** |
| **Salary & Wages Burden** | | |
| Social Security | $ | 30,327.30 |
| Medicare | | 7,092.68 |
| SUTA | | 1,505.00 |
| FUTA | | 210.00 |
| SDI | | 108.00 |
| CFSE | | 4,150.23 |
| Driver Insurance | | 15.60 |
| Christmas Bonus | | 14,250.00 |
| | $ | **57,658.80** |
| **Fixed Office Expenses** | | |
| Office Rent | $ | 36,000.00 |
| Office Supplies & Maintenance | | 1,500.00 |
| Telephone & Communications | | 3,000.00 |
| Accounting Services | | 18,000.00 |
| | $ | **58,500.00** |
| **Vehicle Expenses** | | |
| Gasoline | $ | 10,000.00 |
| Tolls | | 1,500.00 |
| Vehicle & Office Insurance | | 2,500.00 |
| Vehicle Maintenance | | 1,830.00 |
| Vehicles Registration | | 170.00 |
| CT Chauffer | | 10,800.00 |
| | $ | **26,800.00** |
| **Travel** | | |
| Conference, Conventions & Meetings | $ | 1,000.00 |
| | $ | **1,000.00** |
| **Update to Comply with Comprehensive Survey According to Paragraph 241** | | |
| Focus Group | $ | 30,000.00 |
| | $ | **30,000.00** |
| **Coreteam** | | |
| Policy Review | $ | 188,400.00 |
| Technical Assitance | | 237,600.00 |
| Training Assessment | | 90,000.00 |
| Incident Review | | 54,600.00 |
| Reporting Writing | | 84,600.00 |
| | $ | **655,200.00** |
| **Constitutional Lawyers** | | |
| Constitutional Lawyers | $ | 90,000.00 |
| | $ | **90,000.00** |
| **IT Consultant** | | |
| IT Consultant | $ | 70,000.00 |
| | $ | **70,000.00** |
| **Public Hearing** | | |
| Public Hearing | $ | 35,000.00 |
| | $ | **35,000.00** |
| | | |
| **2016-2017 Total Budget** | $ | **1,499,058.80** |

TECHNICAL COMPLIANCE ADVISOR

TCAPR, CORP

2016-2017 BUDGET (DETAIL BUDGET FOR CORETEAM MEMBERS)

| CORETEAM MEMBER | POLICY REVIEW | TECHNICAL ASSISTANT | TRAINING ASSESSMENT | INCIDENT REVIEW | REPORT WRITING |
|---|---|---|---|---|---|
| GERALD LASALLE | $ 27,300.00 | $ 39,600.00 | $ 15,000.00 | $ 9,100.00 | $ 18,200.00 |
| LINDA NAVEDO | 27,300.00 | 39,600.00 | 15,000.00 | 9,100.00 | 18,200.00 |
| JOHN J ROMERO | 35,500.00 | 39,600.00 | 15,000.00 | 9,100.00 | 10,000.00 |
| RAFAEL RUIZ | 35,500.00 | 39,600.00 | 15,000.00 | 9,100.00 | 10,000.00 |
| MARCOS F SOLER | 27,300.00 | 39,600.00 | 15,000.00 | 9,100.00 | 18,200.00 |
| ALAN C YOUNGS | 35,500.00 | 39,600.00 | 15,000.00 | 9,100.00 | 10,000.00 |
|  | $ 188,400.00 | $ 237,600.00 | $ 90,000.00 | $ 54,600.00 | $ 84,600.00 |

TECHNICAL COMPLIANCE ADVISOR
TCAPR, CORP
2016-2017 BUDGET (DETAIL BUDGET FOR CORETEAM MEMBERS)

| TOTAL |
| ---: |
| $ 109,200.00 |
| 109,200.00 |
| 109,200.00 |
| 109,200.00 |
| 109,200.00 |
| 109,200.00 |
| $ 655,200.00 |