UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**MOTION IN COMPLIANCE WITH REQUIREMENT 261 OF THE AGREEMENT**

**TO THE HONORABLE COURT:**

**COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows:

1. The Agreement for the Sustainable Reform of the Puerto Rico Police Department" (hereinafter referred to as the "Agreement") requires PRPD to file with the Court a status report that will delineate the steps taken during the review period to implement the Agreement, provide an assessment of the status of its progress, and any response to concerns raised in prior Technical Compliance Advisor's reports. (See, Requirement 261).

2. In compliance with the aforementioned Requirement, on this same date, PRPD will be submitting to the Court a sealed version of PRPD's Fourth Progress Report to cover the period from December 1, 2015 to May 31, 2016.

3. It is important that this Honorable Court take special notice that copy of the sealed document was notified originally to the TCA Office and to the attorneys of record, both through email and in paper format, on May 31st, 2016. However, due to the recent change of legal representation the defendants were not able to file the sealed version and inform the court of the above mentioned compliance.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 7, 2016.

**CÉSAR R. MIRANDA RODRÍGUEZ**
Secretary of Justice

**MARTA ELISA GONZÁLEZ Y.**
Deputy Secretary
General Litigations Office

**WANDYMAR BURGOS VARGAS**
Director
Federal Litigation Division
Department of Justice

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606

Fax (787) 723-9188
joeltorres@justicia.pr.gov