## VOUCHER

**Invoice for Date of Service:   June 2016**

**TO:  TCA Corporation**

**FROM: Gerard LaSalle, Ph.D. LLC   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**

**PHONE: 973-943-3167    jlasalle24@comcast.net**

**TAX ID: 20-5830242**

**CASE: Reform Agreement Police of Puerto Rico**

**Professional Fee**

**Hourly rate (off-site):**                                        **$150.**

                                                        **Hour(s)**

**Month of June:**

**1-7- review, research, comment, communicate with TCA on PRPD Fourth Status Report**                                        **6**

**1-7- research, communicate with TCA, preparation of Fourth Semiannual Report**

                                                        **11**

**18-19 review and revise final draft of Fourth Semiannual Report; communicate with TCA**                                        **4**

  **Total payable hours: 21 x $150. per hour**                **$3150.**

**TOTAL AMOUNT DUE**                                        **$3150.**

**Gerard LaSalle**

_____                    6/24/16

_____                    _____

**Arnaldo Claudio, TCA**

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

     A:    TCAPR Corp.
           #268 Muñoz Rivera
           Suite 1001, World Plaza
           San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of June/2016, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Sessions of work in attention to the following matters: meeting with the TCA Arnaldo Claudio, Eric Guzmán, Guillermo Baralt and Dr. Blanco Peck for review of the final report for the surveys (P. 241), and in preparation to meeting to the Superintendent of the PRPD, José Caldero; Drafting "TCA Six Month Report"; receipt, distribution and follow-up of the politics corresponding to the month of June/2016; reading, review and analysis of the PRPD Progress Report; follow-up of outstanding issues, sent and review electronic communications, among other matters. (21.0) | N/A | X | 1-4/JUNE | |
| Sessions of work for continuing the drafting of the "TCA Six Month Report"; examination and analyze best practices for the policies reviews; follow-up of outstanding issues; meeting with the TCA Arnaldo Claudio, Antonio Bazán, Marcos Soler, Guillermo Baralt and Anjelica Orfila in attention of the TCA Sic Month Report; sent and review electronic communications, among other matters. (18.0 hrs.) | N/A | X | 5-11/JUNE | |
| Sessions of work for continuing the drafting of the "TCA Six Month Report"; attention and follow up to the review process of the policies; revision of the generals conclusions of the results of the surveys sent by Dr. Blanco Peck; assistance and participation in meeting with TCA Arnaldo | N/A | X | 12-18/JUNE | |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Claudio, Scott Cragg, Guillermo Baralt, PRPD and DOJ representatives in attention of the Information and Technology Action Plan; conference calls with the TCA Arnaldo Claudio, sent and review electronic communications, among other matters. (21.0) | | | | |
| Sessions of work for the review of the final draft of the TCA Six Month Report; review of policies; review of documents related to the best practices of different areas of the agreement; conference calls with the TCA Arnaldo Claudio, sent and review electronic communications, among other matters. (10.0 hrs) | N/A | X | 19-25/JUNE | |
| Working session for the preparation of the agenda for the month of July/2016; Meeting with the Cor. Clementine Vega; Yashira Vega; Eric Guzmán for the discussion of the agenda; working session relating to the public hearing of August/2016 with the participation of the Governor, Hon Alejandro García Padilla; document preparation for the TCA Arnaldo Claudio for the attention of the activities of the TCA Core Team during the next semester, telephone conferences with the TCA, among other matters. (16.0 hrs) | N/A | X | 26-30/JUNE | |
| TOTAL OF BILLABLE HOURS (61.0 HOURS @ $150): | | | | $9,150.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 25.0 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
June 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 6/ 30/ , 2016

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

#2016-09

DATE: JUNE 30, 2016

**TO:**
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**
Services during June, 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| June 1st through June 30th | | | |
| Review of PRPD's Use and Management of Rigid Baton training for Division of Operations and Tactics---- 1 hr. | | | |
| Review of PRPD's training for the Use and Management of CS Tear Ga (for DOT) ---- 1 hr. | | | |
| Review of PRPD's training for Basic Formations (for DOT) in Basic 1hr. | | | |
| Prepare pre-agenda for July Site Visit---- 2 hr. | | | |
| Review "48 Hour Rule" on Use of Force---- 1hr. | | | |
| Review of "Protocolo para Recibo de Comentarios de Fiscales, Jueces y Defensores Públicos"---- 1 hr. | | | |
| Reviewed TCA's draft of Six Months Report---- 1.hr. | | | |
| Reviewed PRPD's Fourth Progress report 1hr. 30 min. Team Emails and phone calls---- 1 hr. | | | |
| TOTAL BILLED | 10.5 | 150/hr. | 1575.00 |

Signature _Rafael E Ruiz_____   Date: June 30, 2016

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314 | 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:    **TCAPR, LLC**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of June 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City:  Review and analysis of PRPD fourth annual report, including review of the items highlighted in the TCA response to PRPD third report; drafting and editing of TCA report (17.0 hours) | X | N/A | Saturday-Sunday, June 4-5, 2016 | (17 @ $150 = $2,550) |
| Work from New York City: Drafting and editing of TCA report; submission to TCA for review (6.0 hours) | X | N/A | Monday-Tuesday, June 6-7, 2016 | (6 @ $150 = $900) |
| Work from New York City: Final Review of Action Plans on Policies and Training, Draft memo regarding plans; additional work on TCA report (10.0 hours) | X | N/A | Saturday-Sunday, June 10-11, 2016 | (10 @ $150 = $1,500) |
| Work from New York City:  Review of internal PRPD regulation on discrimination and DOJ comments (2.0 hours) | X | N/A | Tuesday-Wednesday, June 15, 2016 | (5 @ $150 = $750) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City:  Editing draft version of the TCA for submission (14.0 hours) | X | N/A | Saturday-Sunday 18-19, 2016 | (14.0 @ $150 = $2,100) |
| Work from New York City:  Final Draft of TCA report (3.0 hours) | X | N/A | Monday, June 20, 2016 | (3.0 @ $150 = $450) |
| Work from New York City:  methodology for action plans (14.0 billable and non billable hours) | X | N/A | Monday 30, 2016, | (6 @ $150 = $900) |
| TOTAL HOURS WORKED: 69.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 days, 0 HOURS) | | | | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (61 HOURS @ $150): | | | | $9,100 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

*marcos soler*

  Marcos F. Soler
MARCOS F. SOLER
TCA Core Team
June 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA

2

President
TCAPR Corp.

Date: _____, 2016.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

June 30, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 024
FOR PROFESSIONAL SERVICES RENDERED JUNE 2016

**No Scheduled Site Visits**

June 1-30   Reviewed PRPD's proposed training for members of the Division of
Operations and Tactics (DOT) for Use and Management of Rigid Baton. 3hrs.
Prepared comments on the above course/training. 2 hrs.
Reviewed PRPD's proposed training for members of the Division of
Operations and Tactics (DOT) in the Use and Management of CS
(2-chlorobenzalmalononitrile) Tear Gas. 3 hrs.
Prepared comments on the above course/training 2hrs.
Reviewed PRPD's proposed training for members of the Division of
Operations and Tactics (DOT) in Basic Formations 2hrs.
Prepared comments on the above course/training 2hrs.
Research and identify locations and tasks to be conducted during July
Site Visit 1hr.
Prepare comments on the above. 2hrs.
Researched and disseminated "48 Hour Rule" information relating to Use of
Force 1hr.
Reviewed draft of Six Months Report 30 min.
Conferred with TCA Core members regarding the Six Month report 1hr.
Reviewed PRPD's Fourth Status report 1hr. 30 min.

**TOTAL HOURS:  18 HOURS**

**BILLABLE HOURS: 18 HOURS AT RATE OF**

**$150 PER HOUR = $2,700**

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

**TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of June 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed and provided best police practices concerning Transgender Policy (4 hours) | X | N/A | 1/Jun | 600.00 |
| Researched, reviewed and provided best police practices concerning writing and obtaining Grants for Staffing Study (8 hours) | X | N/A | 2/Jun | 1,200.00 |
| Researched, reviewed and provided examples of RFPs for Staffing Study (4 hours) | X | N/A | 3/Jun | 600.00 |
| Researched, reviewed and provided best police practices concerning TCA Review of General Order 700 & 701, Field Training Program and the Field Training Officers Manual (5 hours) | X | N/A | 15/Jun | 750.00 |
| Researched, reviewed and provided Spanish Translation of Police Job Descriptions (4 hours) | X | N/A | 23/Jun | 600.00 |
| | | | | |
| TOTAL OF BILLABLE HOURS 24.00 HOURS @ $150): | | | | 3,750.00 |
| TOTAL 0.00 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | 3,750.00 |

1

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
June 30, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _6/30/2016_, 2016.

2

INVOICE FOR PROFESSIONAL SERVICES:
JUNE 1-JUNE 30, 2016
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of June 2016 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Communications with TCA Principals and PRPD CIO / Reforma (Meetings, email, telecons, review forwarded attachments, interview planning, PRPD procurement process & fiscal documents) | 3.5 hours | | 6/5, 6, 8, 9, 10, 12, 18,19 | $525 |
| Working on TCA 6 month report, trip report and IT Action Plan, PRPD 6 month report, review PRPD supporting documents | 16.25 hours | | 6/2, 3, 4, 5, 10, 19, 23, 24 | $2437.50 |
| On site in Puerto Rico meeting with PRPD, TCA | | 5 | 6/13-17 | $6500 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING IN PUERTO RICO | | | | 5 days @ $6500 |
| TOTAL OF BILLABLE HOURS (19.75 HOURS @ $150): TOTAL OF HOURS NOT BILLABLE (2.45 HOURS @ 150) - $362.50 | | | | 19.75 hrs = $2962.50 |
| | | | TOTAL TO BE BILLED: | $9100 |
| | | | | TOTAL HOURS WORKED |

INVOICE PRESENTED BY:
____//Signed//_____6/30/2016
Scott Cragg, TCA Core Team          ok [signature]

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

*Federico Hernández Denton*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

June 30, 2016

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

## Invoice For Services Rendered To The TCA during The Month of June 2016.

The present invoice includes services that were rendered by FEDERICO HERNÁNDEZ DENTON during the month of June 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 6/6/2016 | Conference call with Attorney Bazán – Protocol Paragraph 73 of Agreement. | 1.5 |
| 6/8/2016 | Preparation of comments about the Draft of the Protocol prepared by PRPD to implement paragraph 73 of the Agreement. Reading, analysis of Draft of General Orders regarding transfer of members of PRPD and orders with regards to management of request to obtain copies of recording of police communications, preparation of memos. | 4.5 |
| 6/10/16 | Analysis of Law 143-2014 to complement memo regarding the establishment of a protocol in accordance with paragraph 73 of the Agreement. | 1.5 |
| 6/20/16 | Preparation of Memo on behalf of TCA with regards to the Draft of General Order establishing Rules and Regulations on the matter of Transfer of Members of PRPD and reading and analysis of procedure to handle request of tapes of radio communications. Conference call with attorney Bazán. | 3.5 |
| 6/24/16 | Conference call with Chief Justice concerning participation of the Judiciary in the protocol being prepared according to Paragraph 23 of Agreement and drafting of email of TCA to be forward to Coronel Clementina Vega. | 1 |
| 6/30/16 | Reading and analysis of Draft of Six Month Report. | 3 |

Federico Hernández Denton
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

| | | | Total Billed Hours | 15 |
| --- | --- | --- | --- | --- |
| | | | TOTAL | $1,875.00 |

FEDERICO HERNÁNDEZ DENTON

ok

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked my capacity as Legal Advisor.*



## CASTELLANOS GROUP, P.S.C.

June 30, 2016

**MR. ERIC GUZMÁN**
Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR, 00918

### Invoice for Services Rendered to the TCA during the month of June 2016

The present invoice includes the services that were rendered to this date by ALFREDO CASTELLANOS during the month of June 2016.

*Draft: for discussion purposes only*

| Date | Description | Hours |
|------|-------------|-------|
| 6/10/2016 | Written Communication with Mr. Richard Farano Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 6/10/2016 | Written Communication with Mr. Luis E. Saucedo Coordination of Meeting for participation in Public Hearings | .25 |
| 6/13/2016 | ~~Telephone Conference with Col. Clementina Vega~~ Re: Coordination of  Public Hearing in Mayagüez | 1 |
| 6/15/2016 | Meeting with Col. Clementina Vega Re: Coordination of  Public Hearing in Mayagüez | 1 |
| 6/25/2016 | Written Communications with US Marshal Mr. Manuel Varela Re: Coordination of  Public Hearing in Mayagüez | .25 |
| 6/27/2016 | Written Communications with Judge Aixa Rosado Re: Coordination of Meeting in Mayagüez | .25 |
| 6/28/2016 | Telephone Communication with Mr. Josue González of ACLU Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 6/28/2016 | Telephone Communication with Deputy Mayor Heriberto Acevedo Ruiz Re: Coordination of  Meeting in Mayagüez | .25 |
| 6/28/2016 | Telephone Communication with with Judge Aixa Rosado Re: Coordination of Meeting in Mayagüez | .50 |
| ~~6/28/2016~~ | Telephone Conference with US Marshal Mr. Manuel Varela Re: Coordination of Meeting in Mayagüez | ~~1.5~~ |
| ~~6/28/2016~~ | Telephone Conference with Col. Clementina Vega Re: Coordination of Meeting in Mayagüez | ~~1.5~~ |
| 6/29/2016 | ~~Full day in Mayagüez~~ Half day Meeting with Col. Clementina Vega Meeting with Col. Agustín Marrero of Aguadilla Meeting with Col. Miguel Rosado of Mayagüez | ~~4.0~~ ~~7.5~~ |

*Not approved by TCA*
*Not Approved by TCA*



## CASTELLANOS GROUP, P.S.C.

| | | |
|---|---|---|
| 6/29/2016 | ~~Telephone Communication with US Marshal Mr. Manuel Varela~~ Re: Coordination of Meeting in Mayagüez | .25 |
| 6/29/2016 | Telephone Communication with Mr. Josue González of ACLU Re: Coordination of Meeting for participation in Public Hearings Full day in Mayagüez | .25 |
| 6/30/2016 | Meeting at the Court House with Judge Aixa Rosado; US Marshal Mr. Manuel Varela; Col. Clementina Vega Meeting with members of the CIC Meeting with Deputy Mayor Heriberto Acevedo Ruiz | 8 |

*Not Approv by CC*

| | |
|---|---|
| **Total Hours** | ~~23~~ 15.25 |
| **Total Amount** | ~~$2,875~~ |

$1906.25

OK *[signature]*

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

June 29, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-06**

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of June 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---------|---------|------------------------------|
| 6/02/2016 | 2.25 hrs.  5:00 to 7:15 pm | Review of "Protocolo Interagencial Informacion Componentes Sistema de Justicia" Research for meeting with F. Hernandez Denton |
| 6/03/2016 | 2.0 hrs. 5:00 to 7:00 pm | Protocolo Manejo y Divulgacion Grabaciones Sistema de Radio Comunicación.   Research. Reading of Red Line on Policia Comunitaria |
| 6/06/2016 | 1:00 hr.  2:00 to 3:00 pm | Conference call with F.Hernandez Denton and research on Law 143 of 2014. Re: Protocolo Int. Inf. Componenentes Sistema de Justicia |
| 6/08/2016 | 5.50 hrs.  3:00 to 8:30 pm | Research and preparation of Draft on "Protocolo Interagencial Informacion Componentes Sistema de Justicia" |
| 6/09/2016 | 7.00 hrs. 11:00 am to 1:00 pm, 2:30 to 7:30 pm, 9:00 to 10:00 pm. | TCA's 6 Month Report Review, recommendations, editing and advice. |
| 6/10/2016 | 1.50 hrs. 9:00 to 10:30 am | Meeting at TCA's Office. Review and Legal Advice. |
| 6/10/2016 | 3.50 hrs. 2:00 to 5:30 pm | Review of additional material, advice and edits to Report |
| 6/13/2016 | 3:00 hrs. 3:00 to 6:00 pm | Further edits and Research of TCA's 6 Months Report |
| 6/14/2016 | 2:00 hrs. 6:00 to 8:00 pm | Final Recommendations with integrated comments of F. Hernandez Denton on "Protocolo Interagencial Informacion Componenentes Sistema de Justicia" |
| 6/15/2016 | 3:00 hrs. 9:00 am to 12:00 Noon | Final Meeting on edits, additions, deletions and legal advice at TCA Office, 6 Months Report. |

| 6/21/2016 | 2.5 hrs.  4:00 to 6:30 pm | Additional Recommendations &  Legal Opinion on Radio Com. Systems and Procedures |
| 6/24/2016 | 3.00 hrs. 5:00 to 8:00 pm | Draft of Sample Questions |
| 6/29/2016 | 36.25 **Total hours billed** | 36.25**hrs. x $125.00 = $4,531.25** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

> *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

**Page 2 of 2**

Gasolina - $316.00
Peaje    - $80.00
Lavado  - $40.00
Marbete - $210.00
Tinta   - $180.00
        Total - $826.00

BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-523-1068
www.togostores.com

| Descr. | qty | amount |
|--------|-----|--------|
| ------- | --- | ------ |
| Prepay CA#08 | | 30.00 |
| | | ------------ |
| Sub Total | | 30.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| TOTAL | | 30.00 |
| | CASH $ | 30.00 |

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0002 CSH# 007 DR# 01   TRAN# 20102
06/27/16  16:50:48            ST# 00037

CONTROL: EBUOH-J803P
SI
processed by Softek

---

# TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 26.00 |
| Sub Total | | 26.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| TOTAL | | 26.00 |
| | CASH $ | 26.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 12 DR# 01  TRAN# 41233
06/26/16  11:13 P          ST# 00012

CONTROL: SEMF-LXR7
SI
processed by Softek

---

# TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#05 | | 20.00 |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 2000.00 |
| | Change $ | -1980.00 |

THANKS, COME AGAIN
REG# 0003 CSH# 014 DR# 01   TRAN# 34244
06/01/16  09:06:30           ST# 00012

CONTROL: S9GAF-LXRH
SI
processed by Softek

```
            FABR  PETROLEUM
             767  TOTO

Descr.              qty        amount

Reg  gas  #7                   20.00

                                  x.00
            Tctals             0.00
              MIN              0.00
       TOTAL       20.00
            CASH  $    20.00
THANKS, COME  AGAIN
REG# 0001 CSH# 005 DR# 01  Gate #5054
06/17/16  11:41:16           Sid 1/224
```

```
       BIENVENIDO A
    TO GO STORE 24HRS.
      INTERAMERICANA
        787-523-1068
      www.togostores.com

Descr.         IVY       amount
-------        ---       ------
Prepay CA#05              20.00
                         --------
         Sub Total        20.00
            IVU 1%         0.00
         IVU 10.5%         0.00
           SPEC 2%         0.00
    TOTAL        20.00
          CASH  $         20.00
     GRACIAS, VUELVA PRONTO
   ***PROHIBIDO EL CONSUMO***
     DE BEBIDAS ALCOHOLICAS
        EN LA TIENDA Y
       SUS ALREDEDORES
REG# 0002 CSH# 015 DR# 01  TRAN# 24754
06/13/16  16:59:49         ST# 00037


---------------------------------
CONTROL: KB2J1T66A
S1
processed by Softek
---------------------------------
```

```
H           BIENVENIDO A
          TO GO STORE 24HRS.
            INTERAMERICANA
             787-523-1068
           www.togostores.com

Descr.          qty       amount
-------         ---       ------
Prepay CA#01              20.00
                         --------
         Sub Total        20.00
            IVU 1%         0.00
         IVU 10.5%         0.00
           SPEC 2%         0.00
    TOTAL        20.00
          CASH  $         20.00
     GRACIAS, VUELVA PRONTO
   ***PROHIBIDO EL CONSUMO***
     DE BEBIDAS ALCOHOLICAS
        EN LA TIENDA Y
       SUS ALREDEDORES.
REG# 0002 CSH# 021 DR# 01  TRAN# 24754
06/13/16  16:59:49         ST# 00037


---------------------------------
CONTROL: KL3SX-7JJ2V
ST
processed by Softek
---------------------------------
```

```
          PUMA
      PUERTO NUEVO
        (787) 201-171

Descr.          qty       amount
-------         ---       ------
Prepay CA#08              20.00
                         --------
        Sub Total         20.00
          ESTATAL          0.00
        MUNICIPAL          0.00
    TOTAL        20.00
            AMT  $        20.00
        GRACIAS

     VUELVA PRONTO


REG# 0001 CSH# 008 DR# 01  TRAN# 19354
06/15/16  13:15:46         ST# TX220
```

# ARAMBURU SERVICES, CORP.



Carretera 189. Km. 2.6 Salida a Gurabo
**TEL.: (787) 746-7372 • Fax (787) 745-7630**
ESTACION OFICIAL DE INSPECCION
Mecánica Liviana y frenos • Alineamiento de Autos • Venta de Marbete
**SERVICIO GARANTIZADO**

Fecha: _____

Co. _____

Millaje _____ Marca _____

Tab. No. _____ Cash ☐  Credito ☐

| | LITROS, GASOLINA DIESEL | |
|---|---|---|
| | QTOS. ACEITE | |
| | CAMBIO ACEITE Y FILTRO | |
| | LAVADO | |
| | INSPECCION | |
| | VENTA MARBETE | |
| | ACEITE FRENOS | |
| | REPARACION GOMAS | |
| | | |
| | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

```
        TO GO STORES
          FRAILES
        787 523 1625


  Descr.       qty       amount

  Prepay CA#10           20.00
                        ---------
        Sub Total        20.00
          IVU 1%          0.00
          IVU 10.5%       0.00
          SPC 2%          0.00
        TOTAL        20.00
             CASH  $    20.00
    THANKS, COME AGAIN
  REG# 0004 CSH# 013 DR# 01  TRAN# 48535
  06/22/16  17:51:14        ST# 00031
```

M- 15285
L- 32.948

```
  H TO GO STORE GURABO
     CARR 189 KM 0.4
   BO. NAVARRO GURABO
        PR. 00778

  Descr.       qty       amount
  -------      ---       ------
  Prepay CA#05           20.00
                        ---------
        Sub Total        20.00
          IVU 1%          0.00
          IVU 10.5%       0.00
          SPEC 2%         0.00
        TOTAL        20.00
             CASH  $    20.00
    THANKS, COME AGAIN
  REG# 0003 CSH# 014 DR# 01  TRAN# 38747
  06/09/16  16:31:48        ST# 00012


  --------------------------------
  CONTROL: HSKPB-EG10T
  ST
  processed by Softek
  --------------------------------
```

```
  H TO GO STORE GURABO
     CARR 189 KM 0.4
   BO. NAVARRO GURABO
        PR. 00778

  Descr.       qty       amount
  -------      ---       ------
  Prepay CA#03           10.00
                        ---------
        Sub Total        10.00
          IVU 1%          0.00
          IVU 10.5%       0.00
          SPEC 2%         0.00
        TOTAL        10.00
             CASH  $    10.00
    THANKS, COME AGAIN
  REG# 0001 CSH# 016 DR# 01  TRAN# 45813
  06/09/16  12:30:18        ST# 00012


  --------------------------------
  CONTROL: GSYAB-VBUB
  ST
  processed by Softek
  --------------------------------
```

```
        PUMA BUCARE
    TURQUESA ESQ. AMATISTA
   BUCARE, GUAYNABO, PR 00669

  CASH        REC# 00626      06/06/16


      ****  RECIBO  ****

  1  GASOLINA              30.00
                          ---------
                           30.00
         TAX MUN . . . . .    .00
         TAX EST . . . . .    .00
                          ---------
      TOTAL DE LA VENTA . . . . .  30.00

      CAMBIO DE   30.00      .00



         2 NL   14:56:30


  + + + + + PIDA SU RECIBO + + + + + +
  +                                  +
  +      IVUELTO:                    +
  +      ERROR EN COMUNICACION!      +
  +          CONTROL                 +
  +                                  +
```



30.00
30.00
0.00
0.00
30.00
30.00

06/02/16   13:48:28



PLAZA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1298 SANTURCE
SAN JUAN

PRE-PAID CASH

AUTH. CODE: 006704    INVOICE: 000748
TRACE :008077

$20.00

---

### Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 9254
06/14/16 21:37:58

Numero de Cuenta:    ACT03451155
Cantidad de Pago:    $      5.00
Metodo de Pago:          Efectivo
Balance:             $      2.05

\*\*\* Balance puede no reflejar
transacciones en proceso \*\*\*

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

---

### Recibo de Recarga

www.autoexpreso.c
1-888-688-1010
Plaza Caguas Norte, Carril
Cajero: 9254
06/14/16 21:39:10

Numero de Cuenta:    ACT0345
Cantidad de Pago:    $      5
Metodo de Pago:          Efec
Balance:             $      7

\*\*\* Balance puede no refleja
transacciones en proceso \*\*\*

Recarge automaticamente con
tarjeta de credito o cuenta
banco. Reciba emails y mensa
de texto con alerta sobre su
balances registrando su cuen
Visite www.autoexpreso.com

Favor de comunicarse con nues
Centro de Servicio al Client
referente a su sello #302191
Codigo:        M

---



PLAZA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1298 SANTURCE
SAN JUAN

PREPAID CASH

AUTH. CODE: 00    INVOICE: 00749
TRACE :001313

$30.00

---

### Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Montehiedra, Carril 11
Cajero: 1618
06/17/16 19:42:33

Numero de Cuenta:    ACT03451154
Cantidad de Pago:    $     20.00
Metodo de Pago:          Efectivo
Balance:             $     22.25

\*\*\* Balance puede no reflejar
transacciones en proceso \*\*\*

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA ............ 6 / 6 /20 16

SR. ——————————————————

DIRECCION ——————————————

TAB. NÚM. ——————— CASH ☐ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | 20 | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ——————— **TOTAL** 20 00


San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIA**

FECHA ............ 6 / 7 20 16

SR. ——————————————————

DIRECCION ——————————————

TAB. NÚM. ——————— CASH ☐ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ——————— **TOTAL** 2.0

PEDRO C. RIVERA / RECYCLING SOLUTIONS
TEL 403-1657 / 668-5702
ELEMI 109 ALT. STA. MARIA GUAYNABO,P.R. 00969



# INVOICE

**Customer**

NOMBRE  *TCAPR Corp*

TELEFONO

RECIBIDO  *6/8/2016*
REPARADO
LLAMADA
ENTREGA

| Qty | Description | Unit Price | TOTAL |
|-----|-------------|-----------|-------|
| 1 | *Lexmark  604H Toner* | | *180.00* |
| | | SubTotal | |
| | | TOTAL | *180.00* |

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 10 DIAS
DE NOTIFICAR AL CLIENTE.

# DIRECTORIA DE SERVICIOS AL CONDUCTOR
## PERMISO PARA VEHICULOS DE MOTOR O ARRASTRES

**2014 JEEP COMPASS SPORT NEGRO**
Automovil (Privado), Auto Privado
Descripción y Clasificación del Vehiculo

| 11177412 | 04jun2013 | HXO057==== | 11196557 |
|---|---|---|---|
| Registración | Fecha Registro | Tablilla | Titulo |

| 2014 | JEEP | CMP | NEG | | *4 | *4 | *172 |
|---|---|---|---|---|---|---|---|
| Año | Marca | Modelo | Color | | Puertas | Cilin | Cab Fuerza |

1C4NJCBB3ED541904          0                    0
VIN (Número de Serie)      Peso Desc.          Capacidad Carga

MZ0067     =====================
Dealer        Venta Condicional                 $19,109
                                                Precio Contribución

jul 2016 a jun 2017          *000043*           30jun2017
Vigencia                     Marbete            **Expiración**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921
Dueño del Vehiculo y Dirección Postal

La Misma

Dirección Residencial, sólo si es diferente a Postal
P. VENTA        $0

              Licencia          Estación de Inspección
20160516-12565500-386-10426-13-047711299

**– ORIGINAL - DUEÑO –**

## Relación de Multas Administrativas
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| Boleto | Fecha | Cantidad | Mun. | Orden o Ley |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Multas | $0.00 |
| Derechos Anuales | $40.00 |
| ACAA | $35.00 |
| Renovacion | $10.00 |
| Seguro Oblig | $99.00 |
| **Importe total** | **$184.00** |

### CLAVES MUNICIPALES

| | | | |
|---|---|---|---|
| 1. Adjuntas | 20. Ceiba | 39. Humacao | 57. Naguabo | 74. Santa Isabel |
| 2. Aguada | 21. Ciales | 40. Isabela | 58. Naranjito | 75. Santurce |
| 3. Aguadilla | 22. Cidra | 41. Jayuya | 59. Orovocis | 76. Toa Alta |
| 4. Aguas Buenas | 23. Coamo | 42. Juana Diaz | 60. Patillas | 77. Toa Baja |
| | 24. Comerio | 43. Juncos | 61. Peñuelas | 78. Tra jlo Alto |
| 6. Aibonto | 25. Corozal | 44. Lajas | 62. Ponce | 79. Roosevelt |
| 7. Añasco | 26. Cutebra | 45. Lares | 63. Puerto Nuevo | 80. Utuado |
| 8. Areoba | 27. Dorado | 46. Las Marias | 64. Quebradillas | 81. Vega Alta |
| 9. Arroyo | 29. Fajardo | 47. Las Piedras | 65. Rincón | 82. Vega Baja |
| 10. Barceloneta | 31. Guánica | 48. Canovanas | 66. Rio Grande | 83. Vieques |
| 11. Barranquitas | 32. Guayama | 50. Luquillo | 67. Rio Piedras | 84. Villalba |
| 12. Bayamón | 33. Guayanilla | 51. Manatí | 68. Sabana Grande | 85. Yabucoa |
| 13. Cabo Rojo | 34. Guaynabo | 52. Maricao | 69. Salinas | 86. Yauco |

### INSTRUCCIONES AL CONTRIBUYENTE

1. Notifique cambio de dirección residencial y postal dentro de sesenta (60) días siguientes al cambio
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago
3. Devuelva la tablilla, licencia y titulo, si aplica, al Departamento cuando se haya dispuesto del vehiculo como chatarra o abandono por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite qué otras personas puedan hacer uso ilegal de las mismas.
4. Vehiculos uso comercial con más de 10 pasajeros deberán cumplir con ...
5. Redique en el Centro de Servicio dentro de los 30 días de formalizado (endosado) el dólares [Articulo 3.34 (e)]
6. Pasado diez (10) dias y hasta treinta (30) dias, intereses internas, mas diez (10) dólares pagará diez (10) en Sello de R. dólares por cada mes que dejare
7. La Ley 116 del 30 de junio de $50.00

### TRASPASO DE VEHICULO
...tir del 7 de enero de 2001 deberán s...

AFFIDAVIT NUMER...
COMPARECEN:

FIRMA DEL VEND...

FIRMA DEL COMP...

TABLILLA
ASIGNADA _____

FECHA _____

LUGAR _____

Urbanización, Condominio o Barrio

Numero de Casa      Calle      Apartamento o Buzón

Municipio (Sólo si es Diferente a la Residencial)      Zip Code

ABOGADO NOTARIO          COLECTOR DE RENTAS INTERNAS
                         O FUNCIONARIO AUTORIZADO
                         DEL DEPARTAMENTO DE
                         TRANSPORTACION Y OBRAS PUBLICAS

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _____ 6 / 28 20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☐   CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | 20 | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL**   3.00

From:   Guillermo A. Baralt Miró, Esq.        To:     TCA Corp.                          DATE: June 29th, 2016
        2070 Calle 1 Apto 215B                        268 Muñoz Rivera,
        Guaynabo, Puerto Rico                         World Plaza, Suite 1001
        (787) 236-0645                                San Juan, PR 00961
        guillermobaralt@outlook.com

## SERVICES PROVIDED FOR THE PERIOD ENDING ON 6/29/16

| DATE | HOURS | POLICY / SERVICE PROVIDED (WEEKLY BASIS) |
|------|-------|------------------------------------------|
| 5/31/2016 | 6 | |
| 6/1/2016 | 5 | Six Month Report |
| 6/2/2016 | 5 | |
| 6/3/2016 | 5 | |
| 6/6/2016 | 8 | Translation of PRPD's Reform Documentation |
| 6/7/2016 | 5 | In depth study of the legal issues involved with the Internal Regulation on Harassment, Discrimination, |
| 6/9/2016 | 2 | and Retaliation |
| 6/10/2016 | 5 | |
| 6/13/2016 | 7 | Translation of PRPD's Reform Documentation |
| 6/14/2016 | 2 | |
| 6/15/2016 | 5 | In depth study of the legal issues involved with the Internal Regulation on Harassment, Discrimination, |
| 6/16/2016 | 2 | and Retaliation. |
| 6/17/2016 | 5 | TCA Review of General Order on Procedure for the Management and Disclosure of Recordings |
| 6/18/2016 | 5 | Generated in the Radio Communications System of the Puerto Rico Police Department |
| 6/19/2016 | 4 | TCA Review of General Order on Procedure for the Management and Disclosure of Recordings Generated in the Radio Communications System of the Puerto Rico Police Department (cont...) |
| 6/20/2016 | 8 | TCA Review of the General Order on the Rules and Procedures Governing PRPD Rank Personnel |
| 6/21/2016 | 7 | Transfer |
| 6/24/2016 | 6 | Drafting TCA Internal Document |
| 6/27/2016 | 7 | Drafting TCA Internal Document |
| Total | 99 | |
| Rate ($) | 20 per hour | |
| Balance | 1,980.00 | |

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless otherwise explicitly waived, the content of the service is privileged information to which TCA Corp has a right to maintain confidential, as recognized by Local and Federal statutes.
**This invoice is only for billable services rendered. It does not represent an exhaustive list of all work performed.

_____                                          _____

Guillermo A. Baralt Miró, Esq.                                    Date

## Invoice June 23, 2016: $4,500

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

### Services for Part of Phase I: (June 21, 2016 – July 21, 2016): $4,500

Translation of Final Report for Department of Justice of the United States of America.

| Translation Phase I | Calendar |
|---|---|
| 1- Translation (Spanish to English) of the Part I & II of the Final Report of the exhaustive surveys for the Department of Justice & the Office of the Technical Compliance Advisor of the Puerto Rico's Police Department Reform. | (June 21, 2016 – July 21, 2016) |
| | |

I look forward to maintain communication with you,


Sincerely yours,

*Richard Blanco Peck*

**Peck (Independent Researcher to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**