12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of June.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including: meeting with Mrs. Modesta Irizarry and other community leaders from Loiza; assisted to the open meeting in Yauco and met with Tati Escobar, Representative of People with Disabilities; with Milagros Catala representative of the Neighborhood Safety Committee; and with Pedro Julio Serrano, Esq., from LGBTT, along with Col. Clementina Vega. The TCA met with former judge Ariel Belén, Mediator and Arbitrator of New York; the TCA and his staff met with Dr. Blanco Peck, for the purpose of updating and presenting the final presentation of the survey's results and for presenting the survey to the Superintendent, Reform Office Unit and Area Commanders. Finally the TCA, along with the Superintended, visited Vieques.

On June 21st, the TCA submitted to the parties the draft of the Fourth Six Month Report. AS well the following policies were approved: the General Order of the Community Police; and the Administrative Order for Non-Punitive Corrective Actions Applicable to the Puerto Rico Police Members along with its supporting documents: the List of minor infractions and their remedial measures, the Form of Verbal Reprimand, the Form of Corrective Measures, and the Form of Written Reprimand The IT Action Plan were discussed at he Police Headquarters with the participation of the USDOJ (conference call). The following policies were reviewed: Protocol of Information Exchange between the components of the Criminal Justice System, Creation of Field Training Program, Operational Manual for Field Training Program and Procedures for the Handling and Disclosure of Recordings of Radio Communication System in the Puerto Rico Police.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA´s CPA for the update of the employee records, income tax inquires; preparation and payroll. TCA Office Budget for 2016 – 2017 were presented and discussed with the parties and the PRPD Reform Office. Preliminary Core Team´s July agenda was discussed, and circulating CT July agenda and the Core Team work plan. Coordination and preparation of the TCA´s Core Team meeting and agenda to discuss 2016 Second Semester Work Plan.