UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiffs;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.

    Defendants.

No. 12-cv-2039 (GAG)



**MOTION TO FILE FOURTH SIX MONTH REPORT TO THE HONORABLE COURT,**

**COMES NOW** before the Court Arnaldo Claudio, the Technical Compliance Advisor ("T.C.A."), and respectfully files this brief stating:

1. Pursuant to Paragraph § 250 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter "the Agreement"), the Technical Compliance Advisor (hereinafter 'the TCA"), prepared the required Six Month Report covering the period from December 9, 2015 to June 9, 2016.

2. In compliance with Paragraph § 252 of the Agreement, the TCA submitted to the parties a copy of the current Six Months report, in a draft form, on June 21, 2016.

3. The Agreement states in Paragraph § 252, that "the Parties shall have fifteen calendar days upon receipt of the draft report to allow the Parties to informally comment on the draft reports."

4. On July 6, 2016, the TCA received comments by the parties.

5. Having considered the parties' comments, the TCA is ready to file, in its final form, the Six Month Report with this Court, pursuant to Requirements 250 and 252 of

the Agreement.

6. Thus, the TCA is now able to formally present the Six Month Report in accordance with all applicable sections of the Agreement.

FOR ALL OF WHICH, the TCA respectfully requests that this Honorable Court allow for the filing of this Report, in compliance with Paragraphs §§ 250 and 252 of the Agreement, approving and authorizing the filing of the fourth Six Month Report, covering the period from December 9, 2015 to June 9, 2016.

In San Juan, Puerto Rico, this day July 11, 2016.

RESPECTFULLY SUBMITTED.

**Arnaldo Claudio      –      TCA**

**CERTIFICATE OF SERVICE: I hereby certify that an electronic copy of this document has been sent to all parties of record.**