# SIX-MONTH REPORT OF THE TECHNICAL COMPLIANCE ADVISOR DECEMBER 9, 2015 – JUNE 9, 2016

*Office of the Technical Compliance Advisor to the Agreement for the Sustainable Reform of the Puerto Rico Police Department*

TCA Fourth Semi-Annual Report                                2016

# Table of Contents

| | |
|---|---|
| Table of Contents | 1 |
| A Message from the TCA | 2 |
| TCA Reports under the Agreement | 6 |
| Introduction | 7 |
| **Section I** | |
| PRPD Status Report | 8 |
| The Work of the TCA | 11 |
| **Section II** | |
| PRPD Action Plans | 12 |
| **Section III** | |
| TCA Recommendations | |
|     Promotions | 42 |
|     Paragraph 13: Staffing Allocation and Resource Study | 46 |
|     Training and the Police Academy | 48 |
|     The Women's Advocate Office | 50 |
|     Domestic Violence and Mental Health Services | 51 |
|     Reorganization of the Drug Division | 52 |
|     Information Systems | 56 |
|     Third Public Hearing | 61 |
|     Partnerships with National Organizations | 65 |
|     Projected Activities | 66 |
| **Appendixes** | 68 |