TCA Fourth Semi-Annual Report | 2016

# Introduction

This is the fourth six-month report ("Report") of the Technical Compliance Advisor ("TCA"). The purpose of this Report is to measure the progress made by the Puerto Rico Police Department ("PRPD") in meeting the requirements outlined in the Agreement for the Sustainable Reform of the Puerto Rico Police Department for the period from December 9, 2015, through June 9, 2016. Pursuant to the terms of the Agreement, it is the responsibility of the TCA to provide technical assistance and systematically review Action Plans, policies, procedures, programs, protocols, training, and systems of the PRPD; while measuring the nature and the extent of the PRPD's compliance with the terms set forth in the Agreement and the Action Plans.

This Report consists of three major sections. In the first section, the Report comments on the PRPD's Fourth Status Report ("Status Report") documenting the PRPD's accomplishments and progress made from December 1, 2015, through May 15, 2016. Consistent with Paragraph 250(a), this section also discusses the work conducted by the TCA in the last six months, from December 9, 2015, through June 9, 2016. It focuses on the work of the TCA in providing technical assistance to the PRPD, including work in the development and review of policies and procedures, Action Plans, and training materials.

In its second section, the Report emphasizes on the eleven (11) areas of the Agreement, each requiring an individual Action Plan that delineates how and when PRPD will meet the objectives of the Agreement. This process is consistent with the requirements of Paragraph 250, subsections (b) through (d). In August 2015, the TCA and the United Stated Department of Justice ("USDOJ") approved four Action Plans: (1) *Use of Force; (2) Searches and Seizures; (3) Equal Protection and Non-Discrimination; and, (4) Civilian Complaints, Internal Investigations, and Discipline*. In February 2016, the TCA and the USDOJ approved four additional Plans: (5) *Professionalization; (6) Recruitment, Selection, and Hiring; (7) Supervision and Management; and (8) Community Engagement and Public Information*. The final set of Action Plans are currently under review; namely, the Action Plans on *Policies and Procedures, Training, and Information Systems and Technology*. Once these Plans are approved, all required eleven (11) Action Plans will be fully incorporated, enforceable by the terms of the Agreement and in compliance with Paragraph 238.

In the third section, as required by Paragraph 250(e), the Report makes recommendations for improvement wherever the TCA identifies gaps in policy and practice in connection with the implementation of the Action Plans. The TCA makes recommendations regarding any anticipated challenges or concerns related to the