# Appendixes

# Appendix 1:

# Review of Policies, December 2015 through June 2016

| Policy | Submission Date | Status |
|---|---|---|
| Control on the Use, Distribution, Archiving and Final Disposition of the Crime Incident Report (NIBRS) in the Puerto Rico Police Department | DECEMBER 2015 | 1st Revision: September 2015<br><br>2nd Revision: October 2015<br><br>3rd Revision: November 2015<br><br>Approved by the TCA.<br><br>Signed by Superintendent: December 10, 2015 |

| | | |
|---|---|---|
| | | Effective Date: January 1st, 2016 |
| General Order 600-624: Interactions with Transgender and Transsexual Persons | DECEMBER 2015 | 1st Revision: November 2015<br><br>2nd Revision: December 2015<br><br>Approved by the TCA.<br><br>Signed by Superintendent: December 10, 2015<br><br>Effective Date: December 10, 2015 |
| General Order 100-116: Reorganization of the Canine Division (K9) | DECEMBER 2015 | 1st Revision: October/2015<br><br>2nd Revision: December/2015 |

TCA Fourth Semi-Annual Report                                    2016

|  |  | 3rd Revision: January/2016 Approved by the TCA. Signed by Superintendent: January 14, 2016 Effective Date: January 14, 2016 |
|---|---|---|
| Rules and Procedures for the Implementation and Regulation of the Use of Patrol Dogs (K9)<br><br>Supporting Document:<br>  A.  PRPD FORM: Deployment of the K-9 Team | DECEMBER 2015 | 1st Revision: October/2015 2nd Revision: December 2015 3rd Revision: January 2016 Approved by the TCA. |

| | | |
|---|---|---|
| | | Signed by Superintendent:<br><br>January 14, 2016<br><br>Effective Date:<br><br>January 14, 2016 |
| General Order 100-112: Reorganization of the Tactical Operations Division | DECEMBER 2015 | 1st Revision:<br><br>September 2015<br><br>2nd Revision:<br><br>October 2015<br><br>3rd Revision:<br><br>November 2015<br><br>Approved by the TCA: November 2015<br><br>Resubmitted to the TCA:<br><br>December 2015<br><br>Approved by the TCA: December 2015 |

| | | |
|---|---|---|
| | | Signed by Superintendent: January 21, 2016<br><br>Effective Date: January 21, 2016 |
| General Order 100-117: Reorganization of the Division of Special Weapons and Tactics Division (SWAT) | DECEMBER 2015 | 1st Revision: December/2015<br><br>2nd Revision: January/2016<br><br>Approved by the TCA.<br><br>Signed by Superintendent: January 21, 2016<br><br>Effective Date: January 21, 2016 |
| | | |

TCA Fourth Semi-Annual Report                                    2016

| General Order 100-113: Division on Investigation of Use of Force Incidents (FIU) | DECEMBER 2015 | 1st Revision:<br><br>August 2015<br><br>2nd Revision:<br><br>September 2015<br><br>Approved by the TCA:<br><br>September 2015<br><br>Signed by Superintendent:<br><br>February 11, 2016<br><br>Effective Date:<br><br>February 11, 2016 |
| General Order 100-114: For the Reorganization of the Auxiliary Superintendence in Professional Responsibility (SARP) | DECEMBER 2015 | 1st Revision:<br><br>June/2015<br><br>2nd Revision:<br><br>September/2015<br><br>3rd Revision:<br><br>December/2015 |

TCA Fourth Semi-Annual Report                          2016

| | | |
|---|---|---|
| | | Approved by the TCA.<br><br>Signed by Superintendent:<br>February 11, 2016<br><br>Effective Date:<br>February 11, 2016 |
| Internal Rules for the Prevention of Discrimination, Harassment, Sexual Misconduct and Retaliation in Puerto Rico Police | DECEMBER/2015 | 1st Revision:<br>June/2015<br><br>2nd Revision:<br>September/2015<br><br>3rd Revision:<br>November/2015<br><br>4TH Revision:<br>December/2015<br><br>Approved by the TCA. |

TCA Fourth Semi-Annual Report                                    2016

| | | |
|---|---|---|
| | | Signed by Superintendent: February 11, 2106 Effective Date: February 29, 2016 After becoming effective, USDOJ has raised objections. The TCA is addressing in accordance with Paragraph 230. |
| PRPD Regulation No. 8728 for the Establishment of Police Practices Free of Sexual Misconduct, Discrimination, and Retaliation | DECEMBER/2015 | 1st Revision: June/2015 2nd Revision: September/2015 3rd Revision: December/2015 Approved by the TCA. Effective Date: |

TCA Fourth Semi-Annual Report                              2016

| | | April 13, 2016 |
|---|---|---|
| General Order 100-118: Functions and Responsibilities Special Domestic Violence Division<br><br>Supporting Documents:<br>PRPD's Form: 790-1, 790-2, 790-3, 790-A, 790-B, 790-C, 790-D, 790-E | DECEMBER/2015 | 1st Revision:<br>August/2015<br><br>2nd Revision:<br>September/2015<br><br>3rd Revision:<br>November/2015<br><br>4th Revision:<br>December/2015<br><br>5th Revision:<br>February/2016<br><br>Approved by the TCA.<br><br>Signed by Superintendent:<br>April 21, 2016<br><br>Effective Date: |

TCA Fourth Semi-Annual Report                               2016

| | | April 21, 2016 |
|---|---|---|
| Administrative Order 2016-4: Investigation on Incident of Domestic Violence Involving Puerto Rico Police Employees | DECEMBER/2015 | 1st Revision: August/2015<br><br>2nd Revision: September/2015<br><br>3rd Revision: November/2015<br><br>4th Revision: December/2015<br><br>5th Revision: February/2016<br><br>6th Revision: March 2016<br><br>Approved by the TCA.<br><br>Signed by Superintendent: |

TCA Fourth Semi-Annual Report                                    2016

| | | |
|---|---|---|
| | | April 21, 2016<br><br>Effective Date:<br>April 21, 2016 |
| General Order 600-627: Investigation of Domestic Violence Incidents | DECEMBER/2015 | 1st Revision:<br>August/2015<br><br>2nd Revision:<br>September/2015<br><br>3rd Revision:<br>November/2015<br><br>4th Revision:<br>December/2015<br><br>5th Revision:<br>March/2016<br><br>Approved by the TCA.<br><br>Signed by Superintendent: |

TCA Fourth Semi-Annual Report                                    2016

| | | |
|---|---|---|
| | | April 21, 2016<br><br>Effective Date:<br>April 21, 2016 |
| General Order 100-115: Reorganization and Functional Structure of the Sexual Offenses and Child Abuse | DECEMBER/2015 | 1st Revision:<br>June/2015<br><br>2nd Revision:<br>September/2015<br><br>3rd Revision:<br>November/2015<br><br>4th Revision:<br>December/2015<br><br>Approved by the TCA.<br><br>Signed by Superintendent:<br>April 21, 2016<br><br>Effective Date: |

TCA Fourth Semi-Annual Report                                    2016

| | | April 21, 2016 |
|---|---|---|
| General Order 600-622: Investigation of Sexual Offenses Incidents<br><br>Supporting Document:<br><br>A. Form: PRP-937, Nov/2015: Form to Attend the Orientation Phone Line for Sexual Offence Victims | DECEMBER/2015 | 1st Revision:<br>June/2015<br><br>2nd Revision:<br>September/2015<br><br>3rd Revision:<br>November/2015<br><br>4th Revision:<br>December/2015<br><br>Approved by the TCA.<br><br>Signed by Superintendent:<br>April 21, 2016<br><br>Effective Date:<br>April 21, 2016 |
| | | |

| | | |
|---|---|---|
| Administrative Order 2015-3: Investigation of Incidents of Sexual Violence Committed by PRPD Employees | DECEMBER/2015 | 1st Revision: June/2015 2nd Revision: September/2015 3rd Revision: November/2015 4th Revision: December/2015 5th Revision: January/2016 Approved by the TCA. Signed by Superintendent: April 21, 2016 Effective Date: April 21, 2016 |
| | | |

| General Order 600-620 Rules and Procedures for the Use of Specialized Weapons by Members of the Division of Specialized Tactics | DECEMBER/2015 | 1st Revision: November/2015<br><br>2nd Revision: December/2015<br><br>3rd Revision: January/2016<br><br>Approved by the TCA<br><br>Signed by Superintendent: February 11, 2016<br><br>Effective Date: February 11, 2016 |
| General Order 600-625: Management and Crowd Control<br><br>Supporting Document:<br>A. Form PRP174: Report on Constitutional Activities or Civil Disturbances | DECEMBER/2015 | 1st Revision: November/2015<br><br>2nd Revision: December/2015 |

| | | |
|---|---|---|
| | | 3rd Revision: |
| | | January/2016 |
| | | 4th Revision: |
| | | February/2016 |
| | | Approved by the TCA. |
| | | Signed by Superintendent: |
| | | April 19, 2016 |
| | | Effective Date: |
| | | April 19, 2016 |
| General Order 600- 623: Rules for the Handling of Police Pursuit | DECEMBER/2015 | 1st Revision: December/2016 |
| | | 2nd Revision: February/2016 |
| | | 3rd Revision: March 17, 2016 |

TCA Fourth Semi-Annual Report                                    2016

| | | Approved by the TCA.<br><br>Signed by Superintendent:<br>March 17, 2016<br><br>Effective Date:<br>April 19, 2016 |
|---|---|---|
| General Order 600-612: Authority of the Puerto Rico Police to Perform Searches and Seizures | JANUARY 2016 | Annual Revision |
| General Order 600-615: Authority of the Puerto Rico Police to carry out Arrest and Citations | JANUARY 2016 | Annual Revision |
| General Order 600-626: Intervention of Foreign Persons<br><br>Supporting Documents:<br>  A.  Steps to follow when a foreign person is detained or arrested | JANUARY 2016 | 1st Revision:<br>January/2016<br><br>2nd Revision:<br>March/2016 |

TCA Fourth Semi-Annual Report                                    2016

| | | |
|---|---|---|
| B. List of countries of compulsory notification<br>C. Notification to Consulate by reason of arrest or detention<br>D. Translations of Notification to Consulate and Access Languages<br>E. Sheet of facsimile notification to Consulate<br>F. List of Consulates in Puerto Rico | | Approved by the TCA.<br><br>Signed by Superintendent:<br>May 15, 2016<br><br><br>Effective Date:<br>May 26, 2016 |
| General Order Crisis Intervention Team | JANUARY 2016 | 1st Revision:<br>January/2016<br><br><br>2nd Revision:<br>February/2016 |
| Investigation Manual for the Auxiliary Superintendence in Professional Responsibility<br><br>Supporting Documents:<br><br>A. Complaint assignment sheet<br>B. Notification to Complainant<br>C. Notification to Defendant | JANUARY 2016 | 1st Revision:<br>January/2016<br><br><br>2nd Revision:<br>February/2016<br><br><br>3rd Revision:<br>March/2016 |

TCA Fourth Semi-Annual Report                                2016

| | | |
|---|---|---|
| | | 4th Revision: May/2016<br><br>Approved by the TCA: May 23, 2016 |
| Regulation of Receipt, Processing, Investigation and Adjudication of Administrative Complaints Against PRPD Employees | JANUARY 2016 | 1st Revision: November/2015<br><br>2nd Revision: December/2015<br><br>3rd Revision: January/2015<br><br>4th Revision: March/2016<br><br>5th Revision: May/2016<br><br>Approved by the TCA: |

| | | May 23, 2016 |
|---|---|---|
| Regulation for the Amendments on Art. 14 of the PRPD Personnel Regulation<br><br>Supportive Documents:<br>  A. Guide for Imposition of Corrective Measurements<br>  B. Written Reprimands<br>  C. Verbal Warnings<br>  D. Correctives Measures | FEBRUARY 2016 | 1st Revision:<br>February/2016<br><br>2nd Revision:<br>March/2016<br><br>3rd Revision:<br>April/2014<br><br>4th Revision:<br>June/2016 |
| General Order 600-603: Use and Management of Impact Weapons | APRIL 2016 | Annual Revision |
| General Order 600-604: Use and Management of Chemical Weapons | APRIL 2016 | Annual Revision |
| | APRIL 2016 | Annual Revision |

TCA Fourth Semi-Annual Report                              2016

| | | |
|---|---|---|
| General Order 700-701: Creation of Field Training Officer Program | | |
| Operational Manual for the Field Training Officer Program | APRIL 2016 | Annual Revision |
| Administrative Order-2015-1-IV: Vehicular Interventions | APRIL 2016 | Annual Revision |
| Administrative Order for Non-Punitive Correctives Actions Applicable to the Puerto Rico Police Members<br><br>Supporting Documents:<br><br>  A. List of minor infractions and their remedial measures<br>  B. Form of verbal reprimand<br>  C. Form of Corrective Measures<br>  D. Form of Written Reprimand | APRIL 2016 | 1st Revision:<br><br>April 2016<br><br><br>2nd Revision:<br><br>June 2016 |
| General Order of Open Meetings<br><br>Supporting Documents:<br><br>  A. RA-1: Guide for coordination of open meetings | APRIL 2016 | New Policy |

| | | |
|---|---|---|
| B. RA-2: Evaluation Sheet | | |
| General Order: Community Policing<br><br>Support Documents:<br><br>A. PRPD Form for Implementation of Problem-Solving Model (SARA)<br>B. Model of Agreement with Community Alliance<br>C. PRPD Form for the Formal Community Partnerships Report<br>D. PRPD Form Referral of a matter of Quality of Life Program<br>E. PRPD Form Monthly Registration of Referrals Received on Issues of Quality of Life<br>F. PRPD Form Monthly Registration of Referred Resolved on Matters Quality of Life | April 2016 | 1st Revision:<br>April/2016<br><br>2nd Revision:<br>May/2016<br><br>3rd Revision:<br>June/2016 |
| General Order: Drugs, Narcotics, Vice Control and Illegal Firearms Bureau | MAY 2016 | New Policy |
| PRPD Form's Manual for the Drugs, Narcotics, Vice Control and Illegal Firearms Bureau | MAY 2016 | New Policy |

TCA Fourth Semi-Annual Report                    2016

| Supporting Documents: PRPD's Forms | | |
|---|---|---|
| General Order of Ethic's Code for the PRPD Members | MAY 2016 | Annual Revision |
| General Order: Hate Crimes Investigations | MAY 2016 | New Policy |
| General Order 600-601: Rules for the Use of Force for Members of the Puerto Rico Police Department | MAY 2016 | Annual Revision |
| General Order 600-602: Use and Management of Electronic Control Device (Taser) | MAY 2016 | Annual Revision |
| General Order 600-605: Report and Investigation of Incidents of Use of Force by Members of the Puerto Rico Police Department | MAY 2016 | Annual Revision |
| | | |

| | | |
|---|---|---|
| Glossary of Definitions: Basic Concepts of the Policies of Use of Force | May 2016 | New Policy |
| Protocol for the Recording of Communication between Supervisors and Members of the Puerto Rico Police Department | JUNE 2016 | New Policy |
| Protocol to Receive Comments from the Public Prosecutors, Judges and Public Defenders with Respect to the Performance of Members of the Puerto Rico Police Department | JUNE 2016 | New Policy |
| General Order: Standards and Procedures of Transfers' Transactions of the Rank System's Staff<br><br>Supporting Documents:<br><br>  A. Communication from the Superintendent by assigning new functions<br>  B. Form PPRD-144: Request of Transfers and/or Exchange<br>  C. Form PPRD-693: Request for Transfers or Temporary Relocation by His Own Request | JUNE 2016 | New Policy |