| TCA Fourth Semi-Annual Report | | 2016 |
|---|---|---|

# Appendix 2:
# Review of PRPD Academy Curriculum/Syllabus December 2015 through June 2016

During this period, the TCA received, reviewed, and submitted recommendations for the PRPD Academy's Syllabus, as required in Paragraph 227. They are as follows:

| Course Name | Submission Date | Status |
|---|---|---|
| REA 618R: Familiarization with Long Rifle Gun Sig Saucer | December 2016 | In accordance with the Agreement. |
| REA 618N: Qualification for Regulatory Firearm in Shot of Low Lighting | December 2016 | In accordance with the Agreement. |
| PTF-100: Physical Aptitude Test  Annex: Table for the Standards of Push-Ups, Sit-Ups and One Mile Run | February 2016 | In accordance with the Agreement. |
| PFT-102: Canine Physical Fitness | March 2016 | |

|  |  | In accordance with the Agreement. |
|---|---|---|
| POL-1002: Fundamental Elements in the Communication and Writing of Reports of Forms | April 2016 | In accordance with the Agreement. |
| POL-1003: Police Ethical Principles | April 2016 | In accordance with the Agreement. |
| POL-1010: Introduction to Human and Civil Rights | April 2016 | In accordance with the Agreement. |
| POL-2008: Basic techniques in the Management and Use of Force | April 2016 | In accordance with the Agreement. |
| POL-2016: Use and Basic Handling of the Firearm | April 2016 | In accordance with the Agreement. |
| POL-2028: Criminology | April 2016 | In accordance with the Agreement. |

TCA Fourth Semi-Annual Report | 2016

| | | |
|---|---|---|
| POL-105: Psychological Fundamentals and Human Relations | April 2016 | In accordance with the Agreement. |
| POL-302/303/304: Physical Efficiency (For three semesters) | April 2016 | In accordance with the Agreement. |
| REA-618 D: Qualification of regulatory firearm | April 2016 | In accordance with the Agreement. |
| REA-618 E: Familiarization with Long Weapon, Manual Load Shotgun, 12 mm Caliber | April 2016 | In accordance with the Agreement. |
| REA-618 X: Acquainted with Shot in Stress | April 2016 | In accordance with the Agreement. |
| POL-1005: Criminal Law | April 2016 | In accordance with the Agreement. |
| | | |

TCA Fourth Semi-Annual Report | 2016

| | | |
|---|---|---|
| POL-2011: Intermediate Techniques in the Use and Management of Force | April 2016 | In accordance with the Agreement. |
| POL-2019: Domestic Violence, Sexual Harassment and LGBTT's Communities | April 2016 | In accordance with the Agreement. |
| POL-2032: Equal Protection and Non-Discrimination | April 2016 | In accordance with the Agreement. |
| POL-2018: Intermediate Use and Management of the Firearm | April 2016 | In accordance with the Agreement. |
| POL-1003: Police Managing in the Management of Conflict | April 2016 | In accordance with the Agreement. |
| POL-1004: Search and Seizure | April 2016 | In accordance with the Agreement. |
| POL-2020: Specials Laws | April 2016 | In accordance with the Agreement. |

| | | |
|---|---|---|
| POL-2040: Certification in the Use and Management of Chemical Agent (Pepper Spray) | April 2016 | In accordance with the Agreement. |
| RIPHHR: Prevention of discrimination, harassment and retaliation by the PPR | April 2016 | In accordance with the Agreement. |
| REA-624: Interaction with Transgender and Transsexuals Persons | April 2016 | In accordance with the Agreement. |
| REA-116: Police Dog Handler (K9) | April 2016 | In accordance with the Agreement. |
| PTF-112: Tactical Operations Division Physical Agility Test (DOT) | April 2016 | In accordance with the Agreement. |
| SWATCONF: Confidence Test SWAT Team | April 2016 | In accordance with the Agreement. |
| | | |

| TCA Fourth Semi-Annual Report | | 2016 |
|---|---|---|
| SWATPAF: <u>SWAT Team Physical Agility Test</u> | April 2016 | In accordance with the Agreement. |
| SWATIROX: <u>Gun Of Service Qualification Stress Test</u> (SWAT) | April 2016 | In accordance with the Agreement. |
| SWATDD: <u>Distraction Devices</u> (SWAT) | April 2016 | In accordance with the Agreement. |
| REA 612: <u>Search and Seizure</u> | April 2016 | In accordance with the Agreement. |
| EIC-100: <u>Legal, Scientific and Investigative Elements in the Process of Criminal Investigation</u> | April 2016 | In accordance with the Agreement. |
| REA-623: <u>Rules and Procedure for the Management of Police Pursuits</u> | April 2016 | In accordance with the Agreement. |
| DOT-604: <u>Use and Management of Tear Gas</u> | May 2016 | In accordance with the Agreement. |

| | | |
|---|---|---|
| DOT-603: Use and Management of Rigid Baton | May 2016 | In accordance with the Agreement. |
| DOT-112: Basic Course of Formations | May 2016 | In accordance with the Agreement. |
| POL 2021: Criminal Procedure | May 2016 | In accordance with the Agreement. |
| REA-604R: Operators Recertification in the Use and Management of Chemical Agent (Pepper Spray) | May 2016 | In accordance with the Agreement. |
| REA-618HK: Pistol Operator HK USP Tactical 45 mm Caliber | May 2016 | In accordance with the Agreement. |