| TCA Fourth Semi-Annual Report | 2016 |

# Appendix 3:
# Committees of Citizen Interaction Training

During this period, the TCA received and reviewed the multi-thematic seminar for the members of the Committees of Citizen Interaction as established in the Community Interaction and Public Information Action Plan (Part II: Objectives for Training Development, Activity 1.1).

| Policy | Submission Date | Status |
|---|---|---|
| 1.1.1 Agreement for the Sustainable Reform of the Puerto Rico of Police Department | May 2016 | In accordance with the Agreement. |
| 1.1.2 Functions and Duties of the Committees of Citizen Interaction, according to General Order 800-801 | May 2016 | In accordance with the Agreement. |
| 1.1.3 Parliamentary Rules | May 2016 | In accordance with the Agreement. |
| | | |

| TCA Fourth Semi-Annual Report | | 2016 |
|---|---|---|
| 1.1.4 Principles of Community Policing | May 2016 | In accordance with the Agreement. |
| 1.1.5 Problem-Solving: S.A.R.A Model | May 2016 | In accordance with the Agreement. |
| 1.1.6 Creation and Preservation of Community Partnerships | May 2016 | In accordance with the Agreement. |
| 1.1.7 Functioning of the Police Ranks System | May 2016 | In accordance with the Agreement. |
| 1.1.8 PRPD Organization Chart | May 2016 | In accordance with the Agreement. |
| 1.1.9 Functions and Duties of the Investigative Units, Specialized Units, Precincts, and Districts | May 2016 | In accordance with the Agreement. |
| 1.1.10 Functions and Duties of the PRPD Reform Office, TCA and DOJ | May 2016 | In accordance with the Agreement. |

| TCA Fourth Semi-Annual Report | | 2016 |
|---|---|---|
| 1.1.11 Process of Filing of Administrative Complaints | May 2016 | In accordance with the Agreement. |
| 1.1.12 Use of Force | May 2016 | In accordance with the Agreement. |
| 1.1.13 Right of Persons in a Search and Seizure | May 2016 | In accordance with the Agreement. |
| 1.1.14 Civil Rights | May 2016 | In accordance with the Agreement. |
| 1.1.15 Services to the Victims of Crimes | May 2016 | In accordance with the Agreement. |
| 1.1.16 PRPD Recruitment Process | May 2016 | In accordance with the Agreement. |
| | | |