| TCA Fourth Semi-Annual Report | | 2015 |
|---|---|---|
| 1.1.17 Functions and Duties of the Community Security Councils | May 2016 | In accordance with the Agreement. |
| 1.1.18 General Plan to Implement of Community Outreach Program and Public Information | May 2016 | In accordance with the Agreement. |
| 1.1.19 National Incident-Based Reporting System Manual (NIBRS) | May 2016 | In accordance with the Agreement. |

# Appendix 4:

# TCA Review of PRPD Action Plans for the Period Corresponding to 2015

Refer to "Section II: PRPD's Action Plans: Paragraph 250(b) through 250(d)" of the Third TCA Report.

**ACTION PLAN ON USE OF FORCE**

    I.    Policies and Procedures Development Objectives

| | |
|---|---|
| Requirement | Revise General Order Chapter 600, Section 603, Use and Management of Impact Weapons |
| Due Date | January 2015 |
| Progress | Approved by the Superintendent on January 31, 2015. |
| Finding | Full Compliance |

| | |
|---|---|
| Requirement | Revise General Order Chapter 600, Section 604, Use and Management of Chemical Agents. |
| Due Date | March 2015 |
| Progress | Approved by the Superintendent on March 27, 2015. |
| Finding | Full Compliance |

| | |
|---|---|
| Requirement | Revise General Order 2004-3 Policies and Procedures for Use, Possession, Maintenance, Change, Occupation, Re-Assignment and disposal of Police Regulation Weapons. General Order to be identified as Use and Management of Regulation Firearm. |

| Due Date | June 2015 |
|---|---|
| Progress | Approved by the Superintendent on June 1, 2015. |
| Finding | Full Compliance |

| Requirement | Revise General Order Chapter 600, Section 602 Use and Management of Electronic Control Device. |
|---|---|
| Due Date | April 2015 |
| Progress | Approved by the Superintendent on April 10, 2015. |
| Finding | Full Compliance |

| Requirement | Revise General Order Chapter 600, Section 601, Rules for the Use of Force by Members of PRPD to Incorporate Recommendations by DOJ and TCA. |
|---|---|
| Due Date | June 2015 |
| Progress | Approved by the Superintendent June 2015. |

| Finding | Full Compliance |
|---|---|

| Requirement | Revise General Order Chapter 600, Section 605: Reporting and Investigating Use of Force incidents by PRPD Members. |
|---|---|
| Due Date | June 2015 |
| Progress | Approved by the Superintendent on June 1, 2015. |
| Finding | Full Compliance |
| Requirement | Revise General Order 73-4 Mobilization of Tactical Operations Unit. This order will include eligibility requirements to remain in the specialized units, as well as the recruitment and selection process. It also includes the requirement to document the activities concerning mobilization and or activation, as well as after action reporting. |
| Due Date | July 2015 |
| Progress | Approved by the Superintendent in December 2015. |
| Finding | Full Compliance |

TCA Fourth Semi-Annual Report | 2015

| | |
|---|---|
| Requirement | Develop a General Order Chapter 100, Section 11, The Reorganization of the Division of Special Weapons and Tactics This order will include eligibility requirements to remain in the specialized units, as well as the recruitment and selection process. It also includes the requirement to document the activities concerning mobilization and or activation, as well as after action reporting. |
| Due Date | August 2015 |
| Progress | Approved by the Superintendent in November 2015. |
| Finding | Full Compliance |

| | |
|---|---|
| Requirement | Develop General Order Chapter 600, Section 620: Procedure for the Use of Intermediate and Specialized Weapons (less than lethal). |
| Due Date | August 2015 |
| Progress | Approved by the Superintendent December 2015. |
| Finding | Full Compliance |

II.   Training Development Objectives

| Requirement | Revise the training module for impact weapons. |
|---|---|
| Due Date | September 2015 |
| Progress | Approved training November 2015. |
| Finding | Full Compliance |

| Requirement | Develop a training module for chemical agents. |
|---|---|
| Due Date | November 2015 |
| Progress | Approved training module. |
| Finding | Full Compliance |

| Requirement | Develop a module for Training of Force Review Board and Superintendent Force Review Board members. |
|---|---|
| Due Date | December 2015 |
| Progress | Approved training module |

| Finding | Full compliance |
|---|---|

| Requirement | Revise training in the Use and Management of Regulation of Firearms. |
|---|---|
| Due Date | November 2015 |
| Progress | Training module approved. |
| Finding | Full Compliance |

| Requirement | Revise a training module for ECWS (Tasers). |
|---|---|
| Due Date | September 2015 |
| Progress | Training module approved. |
| Finding | Full Compliance |

| Requirement | Revise a Training Module for Use of Force Rules and Investigations. |
|---|---|

| Due Date | November 2015 |
|---|---|
| Progress | Approved training module. |
| Finding | Full Compliance |

| Requirement | Design Training module for Impact Weapons. |
|---|---|
| Due Date | June 2015 |
| Progress | Approved training module. |
| Finding | Full Compliance |

| Requirement | Design Training module for Chemical Agents. |
|---|---|
| Due Date | August 2015 |
| Progress | Approved training module. |
| Finding | Full Compliance |

TCA Fourth Semi-Annual Report │ 2016

| Requirement | Design Training for FRB and SFRB Board members. |
|---|---|
| Due Date | November 2015 |
| Progress | Approved training module. |
| Finding | Full Compliance |

| Requirement | Design Training for the Use and Management of Regulation Firearm. |
|---|---|
| Due Date | November 2015 |
| Progress | Approved training module. |
| Finding | Full Compliance |

| Requirement | Design Training for ECWS (Taser). |
|---|---|
| Due Date | September 2015 |

| | |
|---|---|
| Progress | Approved training module. |
| Finding | Full Compliance |

| | |
|---|---|
| Requirement | Design Training for Use of Force rules. |
| Due Date | November 2015 |
| Progress | Approved training module. |
| Finding | Full Compliance |

| | |
|---|---|
| Requirement | Design Training for Reporting and Investigating Use of Force Incident by members of PRPD. |
| Due Date | November 2015 |
| Progress | Approved training module. |
| Finding | Full Compliance |

| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

# ACTION PLAN ON SEARCH AND SEIZURE

I.  Policies and Procedures Development Objectives

| Requirement | Revise General Order 600-612: Searches and Seizure. |
|---|---|
| Due Date | August 2015 |
| Progress | Approved by Superintendent November 2015. |
| Finding | Full Compliance |

II.  Training Development Objectives

| Requirement | Review the training on GO 600-615, Arrests and Summons |
|---|---|
| Due Date | September 26, 2015 |
| Progress | Training module was approved. |
| Finding | Full Compliance |

TCA Fourth Semi-Annual Report | 2016

# ACTION PLAN ON EQUAL PROTECTION

I.  Policies and Procedures Development Objectives

| Requirement | Creation of a General Order |
|---|---|
| Due Date | March 31, 2015 |
| Progress | Approved by Superintendent September 2015 |
| Findings | Full Compliance |

| Requirement | General Order 2007-1 On Investigating Sexual Assault and abuse of minors. |
|---|---|
| Due Date | September 2015 |
| Progress | Approved by Superintendent |
| Findings | Full Compliance |

| Requirement | Develop Administrative Order on Interaction with Transgender and Transexual persons |
|---|---|
| Due Date | September 2015 |
| Progress | Approved by Superintendent December 2015 |
| Findings | Full Compliance |

| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

# ACTION PLAN ON ADMINISTRATIVE COMPLAINTS

I. Policies and Procedures Development Objectives

| Requirement | Create an administrative order informing the public the process to file misconduct complaints against PRPD to include the creation of brochures and posters. |
|---|---|
| Due Date | June 2015 |
| Progress | An administrative order was approved by the Superintendent on October 14, 2015. |
| Finding | Full Compliance |

| Requirement | Revise a memorandum of understanding between PRPD and PRDOJ concerning responsibilities for criminal and administrative investigations. |
|---|---|
| Due Date | August 2015 |
| Progress | Communication with the Reform Unit reflected a Memorandum of Understanding (MOU) was forwarded to PRDOJ and PRPD is awaiting a response. PRPD has met its obligation. |

| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

| | |
|---|---|
| Finding | Full Compliance |

| | |
|---|---|
| Requirement | Develop a procedure outlining an employee's responsibility to testify in a criminal proceeding. |
| Due Date | September 2015 |
| Progress | A memorandum was sent to PRDOJ outlining a protocol for employees. PRPD has met its obligation. |
| Finding | Full Compliance |

| | |
|---|---|
| Requirement | Revise Public Regulation, Rule 6506 concerning the processing of administrative complaints and adopt a new regulation outlining new mechanisms for receiving, processing, and providing final dispositions for all administrative complaints. |
| Due Date | October 2015 |
| Progress | Communication with the Reform Unit reflected that the regulation is pending approval in accordance with the uniform code of administrative procedures. PRPD has met its obligation. |