| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

| | |
|---|---|
| Finding | Full Compliance |

| | |
|---|---|
| Requirement | Develop the Administrative Complaint Investigations Manual |
| Due Date | December 2015 |
| Progress | The TCA reviewed and provided comments |
| Finding | Full Compliance |

# Appendix 5:

# TCA Activities and Community Engagements

*Monthly meetings with the Parties*

- In accordance with Paragraph 253 of the Agreement, the TCA has conducted monthly meetings with all Parties during this period, for the considerations of the pending matters. Also, continuous written and telephone communications have been made on a regular basis to ensure the effectiveness and timely response to the situations regarding the status of implementation of the Agreement.

- Assistance and participation in Third Public Hearing (Case No. 12-20139) held on March 17-18, 2016.

| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

- During the past six months, the TCA has maintained constant communication with the Hon. Gustavo Gelpí, Judge for the United States District Court of Puerto Rico, for issues or situations that have required his intervention.

- Throughout this period, the TCA has conducted more than 20 meetings with different police agents *of the Puerto Rico Police Department* for the attention of specific claims and/or complaints that have against the agency because of alleged violations of their administrative due process.

### *Meetings and activities in accordance with Paragraph 254 of the Agreement*

Meetings with Puerto Rico Government's Office
- Esq. Mari Tere Rivera Governor's Representative in the Agreement for the Sustainable Reform of the Puerto Rico Police Department. (March 2016)
- Hon. Cesar Miranda Secretary of Justice of Puerto Rico. (April 2016)

Meetings with Federal Government Officers:

- TCA meet with Douglas Leff of Federal Bureau of Investigation (FBI) Agency (May 2016)
- TCA meet with Antonio Cordova of Housing Urban Development (HUD) (January, & March 2016)

Meetings with Representatives of Executive Agencies:

- Esq. Wanda Vázquez, Office of the Women Rights' Advocate (March 2016)
- Esq.Grace Santana, Director of Infrastructure Financing Authority (known for its initials in Spanish as AFI) (January 2016)
- Iris Miriam Ruiz. Office of the Ombudsman, (April & May 2016)
- Esq. Georgina Candal, Puerto Rico Civil Right Commissions. (February & March 2016)

Meetings with Mayors and/or Municipal Security Commissioners:

- Ángel Martínez, Bayamón Municipality Security Commissioner (March 2016)
- Hon. Javier Carrasquillo, Mayor of Cidra, (February 2016)
- Hon. Victor M Ortiz Díaz, Mayor of Gurabo, (January 2016)

Meetings with Puerto Rico Police Reform Unit:

- Frequently meetings with Police Superintendent (February through May 2016)
- Frequently meetings and communications with Colonel Clementina Vega, Director of the Puerto Rico Police Reform Office, and other personnel of the PRPD.
- Monthly meetings with the Police Reform Unit designated personnel for the review, analysis and comments on the Action Plans presented by the PRPD.
- Numerous meetings, conference calls and documents' presentation with review of the politics of the PRPD with the Reform Unit's professionals and/or with the USDOJ and PRDOJ for the analysis, discussions and technical support to the final drafts of following Generals Orders, Policies, Actions Plans and PRPD Forms. (Please see Appendix 1)
- TCA Core Team meeting with Police Reform Unit and other divisions (January through May 2016)

Meetings with Puerto Rico Police Department representatives:

- Meeting with Colonel Héctor Agosto Rodríguez, Ponce Area Headquarters (January 2016)
- Several visits to the Police Academy, and meetings with Col. Hernández de Fraley and her staff.
- Meeting with Superintendence of Professional Responsibility, known by its Spanish initials as SARP (February 2016)
- TCA and TCA Constitutional Lawyer active participation during this period with PRPD's Board of Examinations for Promotion, (January through May 2016)
- Meeting with Col. Ramirez, Caguas Area Headquarters. (February 2016)
- Meeting with Col. Rosado, Mayaguez Area Headquarters (May 2016)

Visits and meetings to Police Regional Headquarters and Police Stations:

- TCA and Core Team visit to Bayamón Oeste Zone of Excellence (January 2016)
- TCA and Core Team visit to Canine Unit in Bayamón (January 2016)
- TCA and Core Team visit to Las Piedras Zone of Excellence (February 2016)
- Visit to police Fire Range at Gurabo, (April 2016)
- Visits and meetings to Police Regional Headquarters and Police Stations:
- TCA and Core Team visit to Fajardo Police Station (April 2016)
- TCA and Core Team visit to Arecibo Police Station (April 2016)
- TCA and Core Team visit Arecibo Drug Unit located in Camuy (April 2016)
- TCA and Core Team visit San Juan Drug Unit. (April 2016)
- TCA and Core Team Guayama Police Station (February 2016)

Meetings and communications with representatives of the following Puerto Rico Police's associations and others workers' union:
- Ismael Rivera, Police Association (January 2016)
- Gregorio Matías, Polices Organize Association (March 2016)
- Diego Figueroa, Federación Unida Policías Organizados (April 2016)

Meetings and activities of the Community Interaction Council ("*Consejo de Interacción Ciudadana*")

- Open Meeting for San Juan Area "Agreement for the Sustainable Reform of the PRPD presentation in San Juan. (April 2016)
- Open Meeting for Caguas Area "Agreement for the Sustainable Reform of the PRPD" presentation in Caguas. (April 2016)
- Open Meeting for Mayaguez Area "Agreement for the Sustainable Reform of the PRPD" presentation in Yauco.

Meetings and activities of the Community Safety Council ("*Consejos Comunitarios de Seguridad*"):

- Meeting with Naranjito Cedro Arriba Community Safety Council (March 2016)
- TCA and Staff attend to the Annual Assembly of the Neighborhood Safety Committee (April 2016)

Meetings with Community Leaders and other interaction community's activities:
- Meeting with Tati Escobar Office of Advocate for Individuals with Disabilities (March & April 2016)
- Meeting with Cecilia La Luz from "*Centro Comunitario LGBTT*", Transgender Group (January 2016)

Others Groups of Interest Meetings (Stakeholders):

- Esq. William Ramírez, ACLU (January, April, & May 2016)
- Dr. Richard Blanco Peck, University of Puerto Rico Public Administration Graduate School for the discussion and analysis of Paragraph 241 of the Agreement. (January through May 2016)
- Meeting with Group Corp. (Comite Comunitario) (January 2016)
- Mari Mari Narvaez Espacios Abiertos (January 2016)
- Jose Rodríguez, Dominican Community Leader (January & April 2016)
- Roberto "Papo" Christian Community Leader (May 2016)
- Esq. Ana Rivera Lassen LGBTT. (February 2016)