*budgetary update detailing how the implementation of programs is affected by budgetary constraints. The PRPD will submit to the TCA all documents (minutes of meetings, data collected, policy drafts, legal opinions, internal emails, etc.) used to review the Action Plan on Professionalization no later than one year from the date of approval of the Action Plan*

## VII. Action Plan Annual Review:

*Methodology:  The PRPD will submit to the TCA all documents (minutes of meetings, data collected, policy drafts, etc.) used to review the Action Plan on Professionalization no later than one year from the date of approval of the Action Plan*

C:     Luis E. Saucedo
       Special Litigation Section, USDOJ

       Flor Velez Diaz
       Special Assistant to the Secretary, PRDOJ

# Methodology to Review Action Plan on Recruitment, Selection, and Hiring

Arnaldo Claudio
Technical Compliance Advisor
TCAPR Corp.
268 Muñoz Rivera
World Plaza, Suite 1001
San Juan, PR 00918

March 27, 2016

<u>VIA ELECTRONIC MAIL</u>

Lt. Col. Clementina Vega Rosario
Reform Unit Director
Puerto Rico Police Department
P.O. Box 70166

San Juan, PR 00936

Re: USA v. Commonwealth of Puerto Rico, No. 3:12-cv-2039 (GAG)
*Methodology to Review Action Plan on Recruitment, Selection, and Hiring*

Lt. Col. Vega:

Please find enclosed the TCA's proposed methodology to review the Action Plan on Recruitment, Selection, and Hiring.

During the capacity building period, the TCA will take the following methodological actions to provide feedback and technical assistance while assessing PRPD's progress in the implementation of the Action Plan on Recruitment, Selection, and Hiring:

(a) In the first year of implementation of the Action Plan, the TCA will conduct random visits to the four Zones of Excellence in order to assess whether officers are being trained according to the syllabi, instructor guides, presentation and evaluation methodology approved by the TCA. The TCA will also conduct random visits to the other units. After the first year, the TCA will also visit all thirteen police areas and/or commands assigned to superintendents ("superintendencias") using SAEA training calendar.

(b) On a quarterly basis, the TCA will review availability of recruitment materials by police areas, including districts, precincts and units. The TCA will take into account the PRPD schedule for recruitment.

(c) The TCA will conduct random visits to the Office of Recruitment to determine that records relating to recruitment, selection, and hiring have been prepared and completed in accordance with the new General Order. The TCA will interview officers and personnel assigned to this Office. Start dates are documented in the detailed actions

(o) Using the training plan and calendar issued by the SAEA for each of the courses, the TCA will review attendance records and officer evaluations.

(p) Finally, the TCA will ensure that the PRPD complies with Paragraph 106 of the Agreement, which requires that candidates for sworn personnel undergo physical, medical, and polygraph examinations. The TCA will review records of such examinations.

More specifically, the TCA will also take the following specific methodological actions to assess PRPD's compliance with the Action Plan on Recruitment:

## I.    Policies

### Activities:

1.1   Collaborate in the General Order for an officer's tasks and standards. **This is included in the Action Plan on Professionalization**.
Methodology:  This is part of the Action Plan on Professionalization.  The TCA will ensure that this Regulation is developed in such Action Plan.

1.2   Collaborate in the revisión of Law 53-1996, Ley de la Policía de Puerto Rico. **This activity must be complemented with Law 112 of 2014.**

*Methodology:  The TCA will review Law 53-1996, Law 112-2014, and all documents (minutes of meetings, data collected, policy drafts, opinions, and any other relevant documents as needed) used by the PRPD to review these laws.  There is no reference to timing regarding this review process but the TCA recommends that this revision takes place no later than October 2016.*

1.3   Develop a Draft Law to amend Law 53-1996, **Ley de la Policía de Puerto Rico**, regarding Cadets and the required 800 hours of training.

**Table 1:**

| | |
|---|---|
| **Requerimiento(s)** | 105, 107 y 108 |
| **Responsables** | OS y OR (Mientras se crea la División de Políticas y Procedimientos de la PPR) |
| **Colaboradores** | Negociado de Recursos Humanos (NRH), División Reclutamiento (DR), SAEA, Oficina de Asuntos Legales (OAL ) |
| **Recursos** | Servicios Profesionales (Abogados); Recursos Internos (Colaboradores) |
| **Fecha Entrega** | Marzo de 2017 |

TCA Fourth Semi-Annual Report | 2016

| | |
|---|---|
| **Obstáculos** | 1. En el proceso de enmendar leyes, la PPR y el DJPR solamente remiten recomendaciones, ya que este un proceso es realizado por el Poder Legislativo del ELA. No podemos determinar si serán aprobadas ni estipular el tiempo que tomen en ser aprobadas.<br>2. El proceso de contratación de recursos externos requiere la aprobación de agencias gubernamentales. Este podría tardarse entre 60 a 90 días |
| **Soluciones** | 1. Establecer reuniones con la Legislatura para explicar la importancia de los requerimientos del Acuerdo y sus diferencias con la Ley Orgánica de la PPR en el reclutamiento. |

*Methodology: The TCA will review Law 53-1996 and all documents (minutes of meetings, data collected, policy drafts, opinions, and any other relevant documents as needed) used by the PRPD to review these laws. TCA will review timing of PRPD meetings with the Legislature so this revision takes place no later than March 2017.*

1.4 Collaborate in the revisión of Regulation 6403, **Reglamento del Programa para la Detección de Sustancias Controladas en Funcionarios y Empleados de la Policía de Puerto Rico**. This activity is part of the **Action Plan on Civilian Complaints.**

> Methodology: The Regulation is to be submitted to the TCA and USDOJ for review on or before December 2016. Paragraphs 229 and 230 of the Agreement are applicable. The TCA will monitor compliance with action plan deadlines. The TCA will also request updates from the PRPD on amendments to Law 78-1997. Training will be completed in 2019.

1.5 PRPD will review policies to recruit undercover agents (**Políticas de Reclutamiento de sus Agentes Encubiertos**). This is a confidential policy.

**Table 2:**

| Requerimiento(s) | 102, 104, 106 y 107 |
|---|---|
| **Responsables** | Oficina del Superintendente |

TCA Fourth Semi-Annual Report                                    2016

| Colaboradores | OR, SAIC y OAL |
|---|---|
| Recursos | Abogados Internos: Recursos Internos (colaboradores). |
| Fecha Entrega | Septiembre de 2016. |
| Obstáculos | No se visualiza ningún obstáculo. |

*Methodology: The policies are to be submitted to the TCA and USDOJ for review on or before September 2016. The TCA will monitor compliance with action plan deadlines. The TCA will review that the policy reflects the examination requirements of Paragraph 106. Issues of confidentiality are critical here.*

1.6   Draft a General Order on Recruitment (**Orden General sobre el Programa de Reclutamiento para Miembros de la PPR**). PRPD will establish the Office of Recruitment.

**Table 3:**

| Requerimiento(s) | 101,102, 103 |
|---|---|
| Responsables | OS y OR (Mientras se crea la División de Políticas y Procedimientos de la PPR) |
| Colaboradores | Negociado de Recursos Humanos (NRH), División Reclutamiento (DR), SAEA, Oficina de Asuntos Legales (OAL ) |
| Recursos | Servicios Profesionales (Abogados); Recursos Internos (Colaboradores) |
| Fecha Entrega | Mayo de 2017 |
| Obstáculos | 1. Durante el próximo año fiscal no se ha presupuestado el reclutamiento de MPPR, el Superintendente es quien determina iniciar el reclutamiento una vez se identifiquen plazas vacantes y presupuesto para estos puestos.<br>2. El proceso de contratación de recursos externos requiere la aprobación de agencias gubernamentales. Este podría tardarse entre 60 a 90 días. |

| | |
|---|---|
| **Soluciones** | ı. Establecer los procedimientos administrados mediante orden general para cuando se inicie el proceso de reclutamiento en la Agencia las guías estén establecidas. |

*Methodology: The Regulation is to be submitted to the TCA and USDOJ for review on or before May 2017. The TCA will review the General Order and all documents (minutes of meetings, data collected, policy drafts, opinions, and any other relevant documents as needed) used by the PRPD to draft the General Order. Although there is no current plan for recruitment, the General Order and the plan for recruitment are closely linked. If a plan is drafted, the TCA will review the plan for recruitment and its close aligned to requirements 101-103 of the Agreement. The TCA will monitor compliance with action plan deadlines.*

## II. Training:

Activities:

1.1 PRPD's SAEA will develop a comprehensive training for personnel involved in hiring.
Training will include:
1.1.1 General Order on Recruitment
1.1.2 Phases of the Recruitment Process;
1.1.3 Guidance on effective recruitment interview techniques;
1.1.4 Applicable laws on non-discrimination and equal protection of the laws and police practices generally accepted;
1.1.5 Candidate profile;
1.1.6 Information handbook on recruitment procedures;
1.1.7 Techniques for interviewing members of community organizations

**Table 4:**

| Requerimiento(s) | 101, 102, 104, 105 al 108 |
|---|---|
| **Responsables** | SAEA |
| **Colaboradores** | SAOC (Comandantes de Áreas), SASG (NRH) y (DR), SAIC, SARP |

| | |
|---|---|
| **Recursos** | Servicios Profesionales; (asesoría externa para el diseño y presentación del Taller); Recursos Internos (colaboradores). |
| **Fecha Entrega** | Noviembre 2017. |
| **Obstáculos** | 1. Se requiere de asignación de presupuesto para el reclutamiento de los MPPR, el Superintendente es quien determina iniciar el reclutamiento una vez se identifiquen plazas vacantes y presupuesto para estos puestos. <br> 2. El proceso de contratación de recursos externos requiere la aprobación de agencias gubernamentales. Este podría tardarse entre 60 a 90 días. <br> 3. Se requiere la colaboración de expertos internos asignados a las Superintendencias Auxiliares Investigaciones Criminales por lo cual los trabajos operacionales de este personal se verán afectados. |
| **Soluciones** | 1. Establecer el diseño de los adiestramientos para cuando se inicie el proceso de reclutamiento en la Agencia estén consonó con el Acuerdo y haya sido aprobado el mismo. <br> 2. Lograr entre las agencias la aprobación de un proceso expedito en común acuerdo para evaluación de los contratos. <br> 3. Los expertos identificados para ofrecer el programa de readiestramiento deberán ser asignados por un término ininterrumpido no menor de un mes ni mayor de dos meses a realizar dicha tarea. |

*Methodology: The training materials are to be submitted to the TCA and USDOJ for review on or before November 2017. The TCA will monitor compliance with action plan deadlines. The training will include references to items (1.1.1) through (1.1.7) referenced in the Action Plan. The TCA will conduct documentary evidence and review all training materials. The TCA will provide technical assistance as required. The TCA will ensure training topics 1.1.1 through 1.1.7 are included.*

1.2  PRPD's SAEA will develop a training on field investigations for new recruits.

**Table 5:**

| | |
|---|---|
| **Requerimiento(s)** | 102, 103, 106 y 107 |

| | |
|---|---|
| **Responsables** | SAEA |
| **Colaboradores** | OSP |
| **Recursos** | Recursos Interno; (colaboradores) |
| **Fecha Entrega** | 30 de marzo de 2016 |
| **Obstáculos** | 1. Se requiere de asignación de presupuesto para el reclutamiento de los MPPR, el Superintendente es quien determina iniciar el reclutamiento una vez se identifiquen plazas vacantes y presupuesto para estos puestos.<br><br>2. Se requiere la colaboración de expertos internos asignados a las Superintendencias Auxiliares por lo cual los trabajos operacionales de este personal se verán afectados. |
| **Soluciones** | 1. Establecer el diseño de los adiestramientos para cuando se inicie el proceso de reclutamiento en la Agencia estén consonó con el Acuerdo y haya sido aprobado el mismo.<br>2. Los Superintendentes Auxiliar deben realizar un plan de trabajo para mitigar este impacto. |

*Methodology: The training materials are to be submitted to the TCA and USDOJ for review on or before March 2016. The TCA will monitor compliance with action plan deadlines. The TCA will conduct documentary evidence and review all training materials. The TCA will provide technical assistance as required. The TCA will monitor that training materials are used during training of new recruits. Before the training starts the TCA will receive a roster with all employees that received training. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors.*

III. Implementation:

Activities:

1.1 The Superintendent will create the Office of Recruitment and will appoint a

Director.

**Table 6:**

| Requerimiento(s) | 102 y 103 |
|---|---|
| Responsables | Oficial de Reclutamiento |
| Colaboradores | SASG (NRH), Oficina Médica, DP, SAOC (Negociado de Relaciones con la Comunidad), SAIC, SARP, SAEA y la Oficina de Seguridad y Protección |
| Recursos | Recursos Internos (Directores de las Oficinas que componen el Proceso de Reclutamiento) |
| Fecha Entrega | 30 de Abril de 2017. |
| Obstáculos | 1. Se requiere de asignación de presupuesto para el reclutamiento de los MPPR, el Superintendente es quien determina iniciar el reclutamiento una vez se identifiquen plazas vacantes y presupuesto para estos puestos. |
| Solución | 1. Establecer los procesos de reclutamiento en la Agencia estén consonó con el Acuerdo y haya sido aprobado el mismo. |

*Methodology: The Office of Recruitment must be created and a Director must be appointed no later than April of 2017. The TCA will review the posting for the position and the application process.  The TCA will also review all documents (minutes of meetings, quantitative data collected, budget documents, policy drafts, opinions, etc.) used in PRPD's creation of the Office.*

1.2 PRPD will develop a flowchart of the recruitment process.

**Table 7:**

| Requerimiento(s) | 103 |
|---|---|
| Responsables | División de Reclutamiento |

| | |
|---|---|
| **Colaboradores** | SARP, SAIC, SAEA, OSP, SASG, (Oficina Médica [OM]), (División Psicología Trabajo Social [DPTS]) y (División de Nombramientos y Cambios (DNC]) |
| **Recursos** | Recursos Internos; (colaboradores) |
| **Fecha Entrega** | 20 de Febrero de 2016 |
| **Obstáculos** | Se requiere de asignación de presupuesto para el reclutamiento de los MPPR, el Superintendente es quien determina iniciar el reclutamiento una vez se identifiquen plazas vacantes y presupuesto para estos puestos. |
| **Solución** | Establecer los procesos de reclutamiento en la Agencia estén consonó con el Acuerdo y haya sido aprobado el mismo. |

*Methodology: The TCA will review all documents used by the PRPD in the creation of the workflow chart. In particular, the TCA will review documents that document how the PRPD understand the complete recruitment process, how the PRPD identify the critical stages of the process, how the PRPD locate problem areas, and how the PRPD show relationships between different steps in the process. The TCA will look at five parts of the workflow chart: initiation, planning, executing, monitoring, and closing or final implementation. The TCA will monitor compliance with the deadline as the task must be completed on or before February 2016.*

1.3 Develop an informational guide and brochure for potential new recruits.

**Table 8:**

| | |
|---|---|
| **Requerimiento(s)** | 105, 106 y 107 |
| **Responsables** | División de Reclutamiento |
| **Colaboradores** | Negociado de Recursos Humanos; División de Artes Gráficas |
| **Recursos** | Recursos internos |
| **Fecha Entrega** | Febrero 2017 |

| | |
|---|---|
| **Obstáculos** | Se requiere de asignación de presupuesto para el reclutamiento de los MPPR, el Superintendente es quien determina iniciar el reclutamiento una vez se identifiquen plazas vacantes y presupuesto para estos puestos. |
| **Solución** | Establecer los procesos de reclutamiento en la Agencia estén consonó con el Acuerdo y haya sido aprobado el mismo. |

*Methodology: The TCA will review the guide and brochure. TCA will monitor compliance with the deadline as the task must be completed on or before February 2017. The TCA will review that the guide and brochure reflect the examination requirements of Paragraph 106.*

1.4 Develop an advertising campaign for recruitment.

**Table 12:**

| | |
|---|---|
| **Requerimiento(s)** | 103,104, 105 |
| **Responsables** | División de Reclutamiento |
| **Colaboradores** | Oficina de Prensa (OP); NRH; NT, NRC, Representantes de la Comunidad, (Comités de Interacción Ciudadana), (Consejos de Seguridad Vecinal) (Líderes Comunitarios y de Organizaciones de Base de Fe) |
| **Recursos** | Recursos Internos; Espacios de servicios públicos y colaboradores con la PPR (televisión, radio y prensa) Redes Sociales. |
| **Fecha Entrega** | Una vez sea determinado por el Superintendente, se hayan identificado las plazas vacantes y el presupuesto. |
| **Obstáculos** | En el año 2016 no se presupuestó reclutamiento. |
| **Solución** | Se establezcan los procesos para cuando haya el presupuesto estén los mismo establecido. |

*Methodology: Once the campaign is in effect, the TCA will review the advertising campaign. The TCA will evaluate documentation of publication in the website of PRPD, the Commonwealth, and newspapers. The TCA will evaluate brochures used in recruitment fairs, academic institutions, and community events. To test the effectiveness of these campaigns, the PRPD will collect information from applicants about how and where they learned about the vacancies. The TCA recommends the adoption of effective online micro-advertising campaign tools.*

1.5 The PRPD will set a protocol to conduct background investigations of prospective candidates.

*Methodology: The TCA will review the protocol and the scoring system set by PRPD.*

1.6 The PRPD's Oficina de Seguridad y Protección will set a Quality Control Committee.

**Table 13:**

| Requerimiento(s) | 107 |
|---|---|
| Responsables | OSP |
| Colaboradores | Directores de Oficinas de Áreas de Seguridad y Protección |
| Recursos | Recursos Internos; (colaboradores) |
| Fecha Entrega | Cuando se inicie el proceso de reclutamiento. |
| Obstáculos | 1. Los Recursos Humanos que cuenta la OSP no sean los adecuados para cumplir con estas tareas. 2. Una vez sea determinado por el Superintendente, se hayan identificado las plazas vacantes y el presupuesto. |
| Solución | 1. Evaluar la cantidad de personal y establecer personal de apoyo mientras dure esta tarea. 2. Se establezcan los procesos para cuando haya el presupuesto estén los mismo establecido. |

*Methodology: Based on individualized identifiable information, the TCA will request a report from the PRPD on all candidates, their scores on each component of the evaluation, and the ultimate decision. The report will include demographic information about the candidates. The TCA will review these reports, will conduct*

TCA Fourth Semi-Annual Report | 2016

*his own quantitative assessment, and will submit recommendations, if any. The TCA will look at any possible disparate impact that the adopted scoring system may have in the recruitment practices of the PRPD. This analysis will be consistent with privacy and HIPPA protections.*

1.7 Evaluation of Cadets and their training.

**Table 14:**

| Requerimiento(s) | 108 |
|---|---|
| **Responsables** | SAEA |
| **Colaboradores** | SASG, (NT), (OAL), NRH) |
| **Recursos** | Recursos Internos y Consultores Externos. |
| **Fecha Entrega** | N/A |
| **Obstáculos** | 1. Se requiere de asignación de presupuesto para el reclutamiento de los MPPR, el Superintendente es quien determina iniciar el reclutamiento una vez se identifiquen plazas vacantes y presupuesto para estos puestos.<br>2. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a 90 días.<br>3. Las enmiendas a la Ley 53 de la PPR deben ser sometidas a la Legislatura para su aprobación, no podemos determinar si serán aprobadas por lo que no podemos estipular el tiempo que tomen en el proceso.<br>4. La Ley 66 de Sostenibilidad Fiscal limita la contratación de servicios. |

TCA Fourth Semi-Annual Report | 2016

| Soluciones | 1. Establecer los procesos de reclutamiento en la Agencia estén consonó con el Acuerdo y haya sido aprobado el mismo.<br>Lograr entre las Agencias la aprobación de un proceso expedito en común acuerdo para la evaluación de los contratos.<br>2. Lograr acuerdo con la Legislatura para que las enmiendas a la Ley 53 de la PPR se presenten y se aprueben dentro del tiempo establecido en el Acuerdo para la Reforma Sostenible.<br>3. Aprobar los fondos requeridos para la contratación de los consultores externos. |
|---|---|

*Methodology:  Before the training of Cadets takes place, the TCA will receive a roster with all identified employees.  The roster will be updated quarterly.  The PRPD will submit to the TCA quarterly training attendance logs and training evaluations.  The TCA will interview a random number of cadets who attended the training.  The TCA will also interview instructors.*

2. PRPD's SAEA will train qualified personnel on the General Order, **Orden General del programa de Reclutamiento para Miembros de la PPR**.

Activities

   2.1 Training

**Table 15:**

| Requerimiento(s) | 101 al 108 |
|---|---|
| Responsables | Oficial de Reclutamiento |
| Colaboradores | SA, Coordinadores de Adiestramiento e Instructores |
| Recursos | Recursos Internos (Instructores) |
| Fecha Entrega | 30 de Junio de 2018 |

| Obstáculos | 1. Para el diseño de los adiestramientos se requiere la colaboración de expertos internos asignados a las Superintendencias Auxiliares por lo cual los trabajos operacionales de este personal se verán afectados.<br>2. Factores operacionales en el año 2016, sobre los procesos eleccionarios de primarias y elecciones generales le van a requerir tiempo operacional policiaco adicional a todos los MPPR, lo cual se estima pueden afectarse el periodo de adiestramiento y las |
|---|---|
| Soluciones | 1. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un (1) mes ni mayor de dos (2) meses a la SAEA. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder cumplir con las responsabilidades contraídas con la SAEA.<br>2. De persistir los obstáculos se otorgado el tiempo requerido para poder cumplir con las labores operacionales de la PPR y requeridas para la seguridad del país. |

*Methodology: PRPD will draft the training module for qualified personnel. During the twelve (12) months following the final approval of the training material of the recruitment and the recruitment process multi-thematic workshop Manual, the SAEA will train simultaneously fifty percent (50%) of the employees of PPR through this-certified instructors. The remaining fifty percent (50%) of the personnel will be trained in the following twelve (12) months, once completed the training of the first group.*
*Before the training starts the TCA will receive a roster with all identified qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a random number of qualified employees who attended the training. The TCA will also interview instructors. The task is to be completed by June 2018.*

IV. Self-Assessment

Activities: 1.1 through 1.4

**Table 18:**