TCA Fourth Semi-Annual Report                                    2016

| Requerimiento(s) | 232 y 233 |
| --- | --- |
| Responsables | OR |
| Colaboradores | SASG, (NRH), (DR) |
| Recursos | Recursos Internos |
| Fecha Entrega | 6 de junio 2016. Revisión anual en junio del 2017. |
| Obstáculos | No se anticipan obstáculos. |

*Methodology: By June 2016, the PRPD will gather the data described in activities (1) through (4) of this section. PRPD will submit to the TCA all documents (minutes of meetings, notes from field visits, random tests, quantitative data collected, policy drafts, etc.) used in PRPD's self-evaluation.*

V. Budget:

*Methodology:  On a yearly basis, the PRPD will submit to the TCA a budgetary update detailing how the implementation of programs is affected by budgetary constraints. The PRPD will submit to the TCA all documents (minutes of meetings, data collected, policy drafts, legal opinions, internal emails, etc.) used to review the Action Plan on Recruitment, Selection, and Hiring no later than one year from the date of approval of the Action Plan*

VI. Annual Review:

*Methodology:  The PRPD will submit to the TCA all documents (minutes of meetings, data collected, policy drafts, etc.) used to review the Action Plan on Recruitment, Selection, and Hiring no later than one year from the date of approval of the Action Plan*

Cc:    Luis E. Saucedo
       Special Litigation Section, USDOJ

       Flor Velez Diaz
       Special Assistant to the Secretary, PRDOJ


## Methodology to Review Action Plan on Supervision and Management


Arnaldo Claudio
Technical Compliance Advisor
TCAPR Corp.

OFFICE OF THE TECHNICAL COMPLIANCE ADVISOR                    156

268 Muñoz Rivera
World Plaza, Suite 1001
San Juan, PR 00918

March 27, 2016

<u>VIA ELECTRONIC MAIL</u>

Lt. Col. Clementina Vega Rosario
Reform Unit Director
Puerto Rico Police Department
P.O. Box 70166
San Juan, PR 00936

Re: USA v. Commonwealth of Puerto Rico, No. 3:12-cv-2039 (GAG)
*Methodology to Review Action Plan on Supervision and Management*

Lt. Col. Vega:

Please find enclosed the TCA's proposed methodology to review the Action Plan on Supervision and Management.

During the capacity building period, the TCA will take the following methodological actions to provide feedback and technical assistance while assessing PRPD's progress in the implementation of the Action Plan on Supervision and Management:

(q) In the first year of implementation of the Action Plan, the TCA will conduct random visits to the four Zones of Excellence in order to assess whether supervisors are being trained according to the syllabi, instructor guides, presentation and evaluation methodology approved by the TCA. The TCA will also conduct random visits to the other units. After the first year, the TCA will also visit all thirteen police areas and/or commands assigned to superintendents ("superintendencias") using SAEA training calendar.

(r) On an annual basis, the TCA will review all policies and training affecting supervisors.

TCA Fourth Semi-Annual Report | 2016

(s) The TCA will conduct random visits to the to determine that records relating to the selection, promotion, and training of supervisors have been prepared and completed in accordance with the new policies.

(t) Using the training plan issued by the SAEA for each of the courses, the TCA will review training attendance records as well as evaluations of both new and senior supervisors.

More specifically, the TCA will also take the following specific methodological actions to assess PRPD's compliance with the Action Plan on Supervision and Management:

## II.    Policies

**Activities:**

1.1 Develop a General Order on tasks and standards for each rank position, **Orden General sobre la descripción detallada de labores por cada rango**. This General Order is part of the **Action Plan on Professionalization.**

> *Methodology: The TCA will ensure that this Regulation is evaluated through the Action Plan on Professionalization.*

1.2 Develop a General Order for supervisors, **Orden General sobre las Facultades, Deberes y Responsabilidades de los Supervisores**.

**Table 1:**

| Requerimiento(s) | 13, 81, 113, 135, 136, 137, 138, 139, 140, 141, 142, 143 y 144 |
|---|---|
| Responsables | OS, OR (Mientras se crea la División de Políticas y |
| Colaboradores | SASG (NRH), SAOC, SAIC, SARP |
| Recursos | Servicios Profesionales -Abogados; Recursos Internos |
| Fecha Entrega | 30 de Octubre de 2016. |
| Obstáculos | 1. La Ley 66 de Sostenibilidad Fiscal de P.R. congela los puestos vacantes y limita la contratación de personal.<br>2. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a |
| Soluciones | 1. Separar el presupuesto de los fondos para el cumplimiento de la Reforma.<br>2. Lograr la aprobación de un proceso expedito en mutuo |

TCA Fourth Semi-Annual Report                              2016

*Methodology: The order was to be submitted to the TCA and USDOJ for review on October 30, 2016. The TCA will monitor compliance with action plan deadlines.*

2. Objective Staff Evaluations

Activities:

2.1 Collaborate on Revision of Regulation 4216, "Reglamento de Personal de la Policía de Puerto Rico" Artículo 13, Sección 14.2. This is policy which is part of the **Action Plan on Policies.**

**Table 2:**

| Requerimiento(s) | 145 y 146 |
|---|---|
| Responsables Colaboradores | OS, OR (Mientras se crea la División de Políticas y SASG (NRH, NT) SAOC SAEA, SARP |
| Recursos | Servicios Profesionales -Abogados: Recursos Internos |
| Fecha Entrega | 30 de Noviembre de 2016. |
| Obstáculos | 1. La Ley 66 de Sostenibilidad Fiscal de P.R. congela los puestos vacantes y limita la contratación de personal. 2. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a |
| Soluciones | 1. Separar el presupuesto de los fondos para el cumplimiento de la Reforma. 2. Lograr la aprobación de un proceso expedito en mutuo acuerdo entre agencias para la contratación de recursos. |

*Methodology: This is part of the Action Plan on Policies and Procedures. The TCA will ensure that this Regulation is included in the Action Plan on Policies.*

2.2 Revise General Order 2008-3, "Normas y Procedimientos para la Evaluación de Miembros de la Policía y Personal Clasificado."

**Table 3:**

| Requerimient | 145 y 146 |
|---|---|
| Responsables Colaboradore | OS, OR (Mientras se crea la División de Políticas y SASG (NRH- División de Evaluación, NT), SAOC, SAEA, SARP |
| Recursos | Servicios Profesionales -Abogados: Recursos Internos |
| Fecha Entrega | 30 de Diciembre de 2016. |

| Obstáculos | 1. La Ley 66 de Sostenibilidad Fiscal de P.R. congela los puestos vacantes y limita la contratación de personal. 2. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a 90 días. |
|---|---|
| Soluciones | 1. Separar el presupuesto de los fondos para el cumplimiento de la Reforma. 2. Lograr la aprobación de un proceso expedito en mutuo |

*Methodology:  The General Order is to submitted to the TCA and USDOJ for review on December 30, 2016. The TCA will monitor compliance with action plan deadlines.*

3.  Supervisory support.

Activities:

3.1 Develop General Order on Early Identification System, **Orden General para la Creación del Sistema de Identificación Temprana**.

**Table 4:**

| Requerimiento( | 147, 148, 149, 150, 151, 152, 153 y 218 |
|---|---|
| Responsables | OS, OR (mientras se crea la Oficina de Políticas y |
| Colaboradores | OR, SASG (NT y NRH), SAEA, SARP, OAL |
| Recursos | Servicios profesionales – Abogados; Recursos Internos |
| Fecha Entrega | 30 de Octubre de 2017. |
| Obstáculos | El sistema de identificación temprana está en proceso de desarrollo y se espera este implementado en los próximos 18 |
| Soluciones | Se otorgue el tiempo para la implementación. |

*Methodology:  The General Order is to submitted to the TCA and USDOJ for review on October 30, 2017. The TCA will monitor compliance with action plan deadlines.*

3.2 Develop Handbook for the Use of Early Identification System, **Manual de Procedimientos para el uso del Sistema de Identificación Temprana**.

**Table 5:**

| Requerimiento(s) | 147, 148, 149, 150, 151, 152, 153 y 218 |
|---|---|
| Responsables | OS, OR (Mientras se crea la División de Políticas y |
| Colaboradores | SARP, SASG (NT, NRH), SAEA, OAL |

TCA Fourth Semi-Annual Report                                    2016

| Recursos | Servicios Profesionales -Abogados; Recursos Internos |
|---|---|
| **Fecha Entrega** | Noviembre 2017. |
| **Obstáculos** | 1. La Ley 66 de Sostenibilidad Fiscal de P.R. congela los puestos vacantes y limita la contratación de personal. <br> 2. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a |
| **Soluciones** | 1. Separar el presupuesto de los fondos para el cumplimiento de la Reforma. <br> 2. Lograr la aprobación de un proceso expedito en mutuo |

*Methodology:  The Handbook is to submitted to the TCA and USDOJ for review on November 30, 2017. The TCA will monitor compliance with action plan deadlines.*

4. Develop General Order on Auditing, **Orden General para realizar Inspecciones Operacionales, Administrativa y Auditorías de Integridad.**

Activities:

4.1 Review General Order 2010-1, "Reorganización de la Oficina de Auditoría Interna."

**Table 6:**

| Requerimiento( | 154 -156 |
|---|---|
| **Responsables** | OS, OR (Mientras se crea la División de Políticas y |
| **Colaboradores** | SARP, OAI |
| **Recursos** | Servicios Profesionales –Abogados; Recursos Internos |
| **Fecha Entrega** | Julio 2016. |
| **Obstáculos** | 1. La Ley 66 de Sostenibilidad Fiscal de P.R. congela los puestos vacantes y limita la contratación de personal. <br> 2. El proceso de contratación requiere la aprobación de |
| **Soluciones** | 1. Separar el presupuesto de los fondos para el cumplimiento de la Reforma. <br> 2. Lograr la aprobación de un proceso expedito en mutuo |

*Methodology:  The General Order is to submitted to the TCA and USDOJ for review on July 2016. The TCA will monitor compliance with action plan deadlines.*

4.2 Develop  Handbook  on  Auditing,  **las  Guías  para  Realizar  Inspecciones**

TCA Fourth Semi-Annual Report | 2016

**Operacionales, Administrativas y Auditorías de Integridad**.

**Table 7:**

| Requerimiento( | 154 -156 |
|---|---|
| **Responsables** | OS y OR (Mientras se crea la División de Políticas y |
| **Colaboradores** | SARP, SASG, OAL |
| **Recursos** | Servicios Profesionales –Abogados; Recursos Internos |
| **Fecha Entrega** | 30 de Agosto de 2016. |
| **Obstáculos** | 1. La Ley 66 de Sostenibilidad Fiscal de P.R. congela los puestos vacantes y limita la contratación de personal.<br>2. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a 90 |
| **Soluciones** | 1. Que se separe el presupuesto de los fondos para la Reforma.<br>2. Lograr la aprobación de un proceso expedito en mutuo acuerdo entre agencias para la contratación de recursos |

*Methodology: The Handbook is to be submitted to the TCA and USDOJ for review on August 2016. The TCA will monitor compliance with action plan deadlines.*

5. Creation of the **Comité de Coordinación Ejecutiva.**

5.1 Develop a MOU.

**Table 8:**

| Requerimient | 158 |
|---|---|
| **Responsable** | OS y OR (Mientras se crea la División de Políticas y |
| **Colaboradore** | SAOC, SARP, SAIC, SASG, SAEA, OAT, DJPR, DJEU y Policías |
| **Recursos** | Servicios Profesionales – Abogados Existentes; Recursos Internos |
| **Fecha** | 30 de Julio 2016. |
| **Obstáculos** | El Acuerdo no obliga a las agencias federales, ni a los departamentos de Policías Municipales y la Administración de Tribunales a ofrecer retroalimentación ni a formar parte del Comité. |
| **Soluciones** | Realizar acuerdos de colaboración con las entidades que formaran parte del Comité en virtud del Acuerdo para la Reforma Sostenible. |

*Methodology: The MOU is to be submitted to the TCA and USDOJ for review on July 2016. The TCA will monitor compliance with action plan deadlines.*

**II.** Training:

Activities:

1.1 SAEA will develop training on equal protection for supervisors.  This is part of the **Action Plan on Equal Protection.**

1.2 SAEA will develop multi-thematic training of not less than 40 hours for those who have been promoted to the ranks of Sargent, Lieutenant, and Captain.  The training will include:
    1.1.1   management
    1.1.2   supervision
    1.1.3   leadership
    1.1.4   chain of command
    1.1.5   equal protection or EEO.  This training is part of the **Action Plan on Equal Protection**.

**Table 9:**

| Requerimiento( | 22-24, 36-39 y 141 |
|---|---|
| **Responsables** | SAEA |
| **Colaboradores** | SARP, SAOC, SAIC, SASG, OR, OS (Junta Exámenes Ascenso) |
| **Recursos** | Asesoría Externa para el Diseño de Prontuario de Adiestramiento; Recursos Humanos Internos – Instructores Adiestramientos |
| **Fecha Entrega** | **Sesión I Sargentos**: Octubre 2015 **Sección II: Capitán y Teniente I**: Diciembre 2015 Sección III: Teniente II: Enero 2016 |
| **Obstáculos** | 1. Para el diseño de estos adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC, por lo que debido a factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por licencias que el empleado tiene derecho (disfrute de tiempo), podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento. 2. Los Instructores no puedan cumplir con la responsabilidad dual que tienen con la SAEA y la SARP, SAOC o SAIC. |

TCA Fourth Semi-Annual Report                              2016

| Soluciones | 1. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un (1) mes ni mayor de dos (2) meses a la SAEA. |
|---|---|
| | 2. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder cumplir con las responsabilidades contraídas con la |

*Methodology: PRPD will draft the training modules from October 2015 through January 2016.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors.*

1.3 SAEA will develop multi-thematic training of all supervisors according to their Rank.   The training will include:

    1.3.1    Effective supervision
    1.3.2    Conflict resolution
    1.3.3    Reports and Forms
    1.3.4    Risk Assessment;
    1.3.5    Evaluations;
    1.3.6    Award selection;
    1.3.7    Discipline and non-punitive discipline.  This is part of the Action Plan on Civilian Complaints.
    1.3.8    Use of the EIS – upon its implementation.
    **1.3.9**    Dissemination of public information.  This is part of the Action Plan on Community Engagement.
    1.3.10  Supervisory Handbook
    1.3.11  Equal Protection or EEO, which is part of the Action Plan on Equal Protection.
    1.3.12  MOU among agencies

**Table 10:**

| Requerimiento( | 22-24, 36-39, 143,144,145 |
|---|---|
| **Responsables** | SAEA |
| **Colaboradores** | SARP. SAOC. SAIC. SASG.OR |

TCA Fourth Semi-Annual Report                          2016

| | |
|---|---|
| **Recursos** | Asesoría Externa para el Diseño de Prontuario de Adiestramiento; Recursos Internos – Instructores |
| **Fecha Entrega** | 30 de Junio de 2016. |
| **Obstáculos** | 1. La Ley 239 de 2014, conocida como la Reforma Electoral, establece que las primarias electorales se celebren el primer domingo de junio 2016, y las elecciones generales se realicen 6 noviembre de 2016 y durante este tiempo los MPPR estarán asignados a dar vigilancia y seguridad durante todas las etapas que conllevan esta celebración siendo la activación de los MPPR en este proceso 72 horas antes de llevarse a cabo. <br> 2. Para el diseño de estos adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC, por lo que debido a factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por licencias que el empleado tiene derecho (disfrute de tiempo), podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento. <br> 3. Los Instructores no puedan cumplir con la responsabilidad dual |
| **Soluciones** | 1. Durante la celebración de eventos relacionados al proceso electoral los adiestramientos deben ser pospuestos y reanudados una vez concluyan los mismos, se debe otorgar el tiempo adicional requerido. <br> 2. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un (1) mes ni mayor de dos (2) meses a la SAEA. <br> 3. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y |

*Methodology: PRPD will draft the training modules on or before June 2016.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors.*

TCA Fourth Semi-Annual Report                    2016

> *The TCA will ensure that all topics mentioned are included in the training module.*
>
> *The TCA will review pre- and post-test scores, on-the-job assessments before and after the training, and supervisory reports. The TCA will also conduct on on-the-job observations.*

1.4 Subsequent annual training for supervisors of not less than 40 hours.

**Table 11:**

| Requerimient | 22-24, 36-39, 131,141, 142, 143 |
|---|---|
| **Responsables** | SAEA |
| **Colaboradore** | SAOC, SAIC, SARP, SASG (NRH), OS, OR |
| **Recursos** | Asesoría Externa para el Diseño de Prontuario de Adiestramiento; Recursos Internos: SAOC (Coordinadores Adiestramiento) |
| **Fecha** | Junio 2017 |
| **Obstáculos** | 1. Para el diseño de estos adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC, por lo que debido a factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por licencias que el empleado tiene derecho (disfrute de tiempo), podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento. 2. Los Instructores no puedan cumplir con la responsabilidad dual |
| **Soluciones** | 1. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un (1) mes ni mayor de dos (2) meses a la SAEA. 2. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder cumplir con las responsabilidades contraídas con la SAEA. |

> *Methodology: PRPD will draft the training modules on or before June 2017.*
>
> *Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training*

*evaluations.  The TCA will interview a number of employees who attended the training.  The TCA will interview instructors.*

2.  Training regarding General Order and Handbook on Early Identification Systems.

    2.1 PRPD's SAEA will develop training regarding General Order and Handbook on Early Identification Systems.

**Table 12:**

| | |
|---|---|
| **Requerimient** | 147-153,22-24, 36-39, 131,141, 142, 143 |
| **Responsables** | SAEA |
| **Colaboradore** | SAOC, SAIC, SARP, SASG (NRH), OS, OR |
| **Recursos** | Asesoría Externa para el Diseño de Prontuario de Adiestramiento; Recursos Internos; SAOC (Coordinadores Adiestramiento) |
| **Fecha Entrega** | 30 de Mayo de 2018. |
| **Obstáculos** | 1. Para el diseño de estos adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC, por lo que debido a factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por licencias que el empleado tiene derecho (disfrute de tiempo), podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento. <br> 2. Los Instructores no puedan cumplir con la responsabilidad dual |

*Methodology: PRPD will draft the training modules on or before May 2018.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees.  The roster will be updated quarterly.  The PRPD will submit to the TCA quarterly training attendance logs and training evaluations.  The TCA will interview a number of employees who attended the training.  The TCA will interview instructors.*

3.  PRPD will train his members to conduct integrity audits (**Inspecciones Operacionales, Administrativas y Auditorías de Integridad**).

    3.1 PRPD's SAEA will create a training course to train personnel assigned to the División de Inspecciones of the Superintendencia Auxiliar en Responsabilidad Profesional on the General Order on audits, Orden General de Procedimientos

de Inspecciones, Operacionales, Administrativas y Auditorías Internas.

**Table 13:**

| Requerimiento | 154 -156 |
|---|---|
| **Responsables** | SAEA |
| **Colaboradore** | SARP (NAI), SASG, SAIC, SAOC, OS, OR, OAL |
| **Recursos** | Asesoría Externa para el Diseño de Prontuario de Adiestramiento; Recursos Internos; SARP (Coordinadores Adiestramiento) |
| **Fecha Entrega** | 28 de Febrero de 2017. |
| **Obstáculos** | 1. La Ley 66 de Sostenibilidad Fiscal de P.R. congela los puestos vacantes y limita la contratación de personal.<br>2. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a 90 días. |
| **Soluciones** | 1. Que se separe el presupuesto de los fondos para la Reforma.<br>2. Lograr la aprobación de un proceso expedito en mutuo acuerdo entre agencias para la contratación de recursos. |

*Methodology: PRPD will draft the training modules on or before February 2017.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors.*

*The TCA will ensure that all topics are included in the training module.*

**III.** Implementation:

**1.**

**Activities:**

1.1 Training all promoted supervisors.

**Table 14:**

| Requerimiento(s | 117, 141, 142 y 143 |
|---|---|

TCA Fourth Semi-Annual Report | 2016

| | |
|---|---|
| **Responsables** | SAEA, OS (Junta Examen Ascenso) |
| **Colaboradores** | SARP, OR, DJPR, SAOC, SAIC, SARP, DJPR |
| **Recursos** | Recursos Internos, Recursos Externos colaboración del DJPR. |
| **Fecha Entrega** | **Sesión I Sargentos**: Octubre 2015; |
| | **Sección II: Capitán y Teniente I**: Diciembre 2015 |
| | Sección III: Teniente II: Enero 2016 |
| **Obstáculos** | No se anticipan obstáculos |
| **Soluciones** | No aplica |

*Methodology: PRPD will implement the training modules from October 2015 through January 2016.   During the twelve (12) months following the final approval of the training material and incorporated changes recommended by the TCA, the SAEA will train simultaneously one hundred percent (100%) of the MPPR who have passed exams for promotion, prior to assuming the responsibilities of his new rank, through this-certified instructors.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees.  The roster will be updated quarterly.  The PRPD will submit to the TCA quarterly training attendance logs and training evaluations.  The TCA will interview a number of employees who attended the training.  The TCA will interview instructors.*

1.2 Training all supervisors.

**Table 15:**

| **Requerimiento** | 22-24, 36-39, 143,144,145 |
|---|---|
| **Responsables** | SAEA |
| **Colaboradores** | SARP, SAOC, SAIC, SASG,OR |
| **Recursos** | Recursos Internos (Instructores Adiestramientos) |
| **Fecha Entrega** | 30 de Junio de 2017. |

TCA Fourth Semi-Annual Report                                        2016

| Obstáculos | 1. La Ley 239 de 2014, conocida como la Reforma Electoral, establece que las primarias electorales se celebren el primer domingo de junio 2016, y las elecciones generales se realicen 6 noviembre de 2016 y durante este tiempo los MPPR estarán asignados a dar vigilancia y seguridad durante todas las etapas que conllevan esta celebración siendo la activación de los MPPR en este proceso 72 horas antes de llevarse a cabo. 2. Para el diseño de estos adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC, por lo que debido a factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por licencias que el empleado tiene derecho (disfrute de tiempo), podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento. |
|---|---|
| Soluciones | 1. Durante la celebración de eventos relacionados al proceso electoral los adiestramientos deben ser pospuestos y reanudados una vez concluyan los mismos, se debe otorgar el tiempo adicional requerido. 2. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un (1) mes ni mayor de dos |

*Methodology: PRPD will implement the training modules on or before June 2017.   During the twelve (12) months following the final approval of the training material and incorporated changes recommended by the TCA, the SAEA will train simultaneously fifty percent (50%) of the MPPR in supervision roles. The remaining fifty percent (50%) of the supervisory personnel shall be trained in the following twelve (12) months, once completed the training of the first group.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees.  The roster will be updated quarterly.  The PRPD will submit to the TCA quarterly training attendance logs and training evaluations.  The TCA will interview a number of employees who attended the training.  The TCA will interview instructors.*

1.3 Training all PRPD employees who are first respondents in the order mentioned in the Action Plan:

*Methodology:  Before the training is implemented, the TCA will receive a roster with all qualified employees.  The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations.  The TCA will interview a number of employees who attended the training.  The TCA will interview instructors.  The TCA will ensure that the priority order is followed.*

1.4 Training all PRPD employees who are first respondents and belong to specialized units in the order mentioned in the Action Plan:

*Methodology:  Before the training is implemented, the TCA will receive a roster with all qualified employees.  The roster will be updated quarterly.  The PRPD will submit to the TCA quarterly training attendance logs and training evaluations.  The TCA will interview a number of employees who attended the training.  The TCA will interview instructors.  The TCA will ensure that the priority order is followed.*

1.5 Training all PRPD employees who are in charge of the evaluation system:

**Table 16:**

| Requeriment | 117, 141 al 149, 151, 154, 155 y 157 |
|---|---|
| Responsables | SAEA |
| Colaboradore | SAIC, SAOC, SARP, SASG (NT) |
| Recursos | Recursos Internos: Instructores Certificados, Coordinadores |
| Fecha | Agosto 2016 |
| Obstáculos | 1. La Ley 239 de 2014, conocida como la Reforma Electoral, establece que las primarias electorales se celebren el primer domingo de junio 2016 y las elecciones generales se realicen 6 noviembre de 2016; durante este tiempo los MPPR estarán asignados a dar vigilancia y seguridad durante todas las etapas que conlleva esta celebración siendo la activación de los MPPR en este proceso 72 horas antes de llevarse a cabo.<br>2. Estos adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC, por lo que debido a factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por licencias que el empleado tiene derecho (disfrute de tiempo), podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento. |

TCA Fourth Semi-Annual Report | 2016

| Soluciones | 1. Durante las celebración de eventos relacionados al proceso electoral los adiestramientos deben ser pospuestos y reanudados una vez concluyan los mismos, se debe otorgar el tiempo adicional requerido. |
| | 2. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un (1) mes ni mayor de dos (2) meses a la SAEA. |
| | 3. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder |

*Methodology: PRPD will implement the training modules in August 2016. During the twelve (12) months following the final approval of the training material and incorporated changes recommended by the TCA, the SAEA will train simultaneously fifty percent (50%) of the MPPR in supervision roles. The remaining fifty percent (50%) of the supervisory personnel shall be trained in the following twelve (12) months, once completed the training of the first group.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors. The TCA will ensure that the priority order is followed.*

1.6 Training all PRPD employees who are first responders to the community in the order mentioned in the Action Plan:

*Methodology: Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors. The TCA will ensure that the priority order is followed.*

1.7 Training all PRPD employees who are first respondents to the community and belong to specialized units in the order mentioned in the Action Plan:

*Methodology: Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly.*

*The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors. The TCA will ensure that the priority order is followed.*

1.8 Training all PRPD employees who are involved in the Early Identification System in the order mentioned in the Action Plan:

*Methodology: Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors. The TCA will ensure that the priority order is followed.*

1.9 Training all PRPD employees who are first respondents to the community in the order assigned in the Action Plan.

**Table 17:**

| | |
|---|---|
| **Requeriment** | 117, 141, 142, 143, 144, 145, 146, 147, 148, 149, 151, 154, 155 y |
| **Responsables** | SAEA |
| **Colaboradore** | SAIC, SAOC, SARP, SASG (NT) |
| **Recursos** | Recursos Internos; Instructores Certificados, Coordinadores |
| **Fecha** | Agosto 2017 |
| **Obstáculos** | 1. Para estos adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC, por lo que debido a factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por licencias que el empleado tiene derecho (disfrute de tiempo), podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento. <br> 2. Los Instructores no puedan cumplir con la responsabilidad dual que tienen con la SAEA y la SARP, SAOC o SAIC. |

TCA Fourth Semi-Annual Report | 2016



| Soluciones | 1. Los expertos identificados para colaborar en los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un (1) mes ni mayor de dos (2) meses a la SAEA. |
| | 2. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder cumplir con las responsabilidades contraídas con la SAEA. |

*Methodology: PRPD will implement the training modules on or before August 2016.   During the twelve (12) months following the final approval of the training material and incorporated changes recommended by the TCA, the SAEA will train simultaneously fifty percent (50%) of the MPPR in the identified roles. The remaining fifty percent (50%) of the identified personnel shall be trained in the following twelve (12) months, once completed the training of the first group.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees.  The roster will be updated quarterly.  The PRPD will submit to the TCA quarterly training attendance logs and training evaluations.  The TCA will interview a number of employees who attended the training.  The TCA will interview instructors.  The TCA will ensure that the priority order is followed.*

1.10  Training of all personnel in SARP.

**Table 18:**

| Requerimiento(s) | 154-157 |
|---|---|
| **Responsables** | SAEA, SARP |
| **Colaboradores** | OS, OR, SAOC, SAIC, SAPF, SASG |
| **Recursos** | Recursos Internos; SARP (Coordinadores Adiestramiento) |
| **Fecha Entrega** | 30 de Agosto 2018. |

| Obstáculos | 1. Para estos adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC, por lo que debido a factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por licencias que el empleado tiene derecho (disfrute de tiempo), podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento.<br>2. Los Instructores no puedan cumplir con la responsabilidad dual que tienen con la SAEA y la SARP, SAOC o SAIC. |
|---|---|
| Soluciones | 1. Los expertos identificados para colaborar en los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un (1) mes ni mayor de dos (2) meses a la SAEA.<br>2. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder cumplir con las responsabilidades contraídas con la |

*Methodology: PRPD will implement the training modules on or before August 2018.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors. The TCA will ensure that the priority order is followed.*

2. Implementation of Evaluation Systems, **Sistema de Evaluación de Desempeño.**

Activities:

2.1 PRPD will develop an automated evaluation system.

**Table 20:**

| Requerimiento(s | 145, 146 y 218 |
|---|---|
| Responsables | SASG (NT), (NRH) |
| Colaboradores | SARP, OAL, OR |
| Recursos | Recurso Externos; Servicios Profesionales;(contemplado en la Petición Presupuestaria AF 2015-2016) -- Recursos Internos |

| **Fecha Entrega** | Agosto 2016 |
|---|---|
| **Obstáculos** | No se anticipan |
| **Soluciones** | No aplica |

*Methodology: PRPD will develop the evaluation system by August 2016. The TCA will monitor compliance with action plan deadlines.*

*The TCA will review the automated evaluation system by looking at how the system enhances and automates PRPD's performance feedback and performance review processes.*

*The TCA's review will focus on the following criteria:*

*First, the system must enhance ongoing communications within the PRPD. This is because an automated performance management system provides the requisite tools that allow supervisors to more efficiently and effectively document performance and conduct regular performance reviews.*

*Second, the automated system must incorporate performance management best practices.*

*Third, all employees must be encouraged and trained to share in overall accountability for success. Having an automated system in place brings each level of the organization into alignment with one another and places emphasis on everyone moving in a common direction.*

*Fourth, an automated performance management system must be able to capture data over time and provide invaluable information about performance related to goals and competencies in a manner that is difficult and nearly impossible to achieve with manual systems.*

*Fifth, the new system must allow the PRPD to reduce or eliminate paperwork and go almost paperless. The inherent "hassle factor" associated with handling, passing and storing paper makes the entire performance management process less appealing to deal with.*

*Sixth, automation of performance management must help make managers more effective in managing their employees. Performance reviews need to be relevant and appropriate to the job being performed and to the goals of the employee and the organization. Feedback is enriched and is done in a*

TCA Fourth Semi-Annual Report                                    2016

*timelier manner by making sure that all forms and information are centrally located within the system. Employee feedback and documentation are handled by selecting the employee to be reviewed and all functionality related to the performance management process is located in one area.*

*Finally, performance reviews must mean more to the employee. Employees are often confused and frustrated by the discretionary performance review process. They often are kept waiting for their reviews to be completed or the feedback is incomplete, irrelevant or inappropriate in some manner.  Because the process is easier for managers to follow and because there are tools to assist in documenting ongoing performance, writing comments to support ratings and recommending awards, for example, the quality of the reviews increases dramatically.*

3. PRPD's SARP will implement an integrity system, **un Sistema de Inspecciones, Operacionales, Administrativas y de Integridad.**

Activities:
3.1 Develop audits' plan (See table 21).
3.2 Implement Plan for random, regular audits

**Table 21:**

| Requerimient os | 154, 155 y 156 |
|---|---|
| **Responsables** | SARP |
| **Colaboradore** | OR, SAOC, SAIC, OAT, DJPR, OAL, OAT y DJEU |
| **Recursos** | Recursos Internos; SARP (Coordinadores Adiestramiento) |
| **Fecha** | Marzo - 2017 |
| **Obstáculos** | 1. Limitación de Recursos Humanos para ocupar estas posiciones y cualificaciones que deben tener para ocupar la misma puede atrasar el proceso de implementación.<br>2. Esta Sección de Trabajo no existe al momento en el Negociado de Asuntos Internos de la SARP. |
| **Soluciones** | 1. Convocatorias para reclutar personal que cumpla con los requisitos para permanecer a esta unidad de trabajo y se otorgue el tiempo necesario para cumplir con este requerimiento.<br>2. Crear la Sección en el Negociado de Asuntos Internos de SARP. |

*Methodology:  The PRPD will develop the plan by March 2017.*

*The TCA will review the integrity plan and will develop methodology in response to the work plan.  The TCA will consider the following factors in*

> *the staffing and structuring of an internal audit function:  First, internal audit leaders and the strength of those in position of leadership.  Strong auditors must not be afraid to bring potential problems to light.  Second, the TCA will evaluate the reporting relationships.  Regardless of its defined reporting relationship to PRPD management, internal auditors should have frequent, open and direct lines of communication with the Superintendent, and the freedom to address meaningful organizational risks. Third, the TCA will evaluate the need for the plan to include specialists who can deal with complex or difficult transactions.   The TCA will also address objectivity and "independence."  Departmental auditors should be familiar with the Department, but should not be so closely tied to the departmental structure that their neutrality is impaired.*

4.  PRPD will establish a **Comité de Coordinación Ejecutiva** that will meet regularly. Activities:

   4.1 Appoint members of the Committee.

**Table 22:**

| Requeriment | 158 |
|---|---|
| Responsables | OS, OR |
| Colaboradore | SAOC, SARP, SAIC, OAT, DJPR, DJEU, PM |
| Recursos | Servicios Profesionales – Abogados; Recursos Internos |
| Fecha | Julio 2016 (fecha aproximada) |
| Obstáculos | El Acuerdo no obliga a las Agencias Federales, ni a los Departamentos de la Policías Municipales a formar parte del |
| Soluciones | Realizar acuerdos de colaboración con las entidades que formaran parte del sistema de justicia criminal y de no proceder |

> *Methodology: PRPD will develop the plan by July 2016.  The TCA will monitor compliance with action plan deadlines.*

5.  PRPD will have a ratio of one supervisor per ten members of the PRPD in the first five years since the implementation of this Action Plan.
   > *Methodology: The TCA will receive quarterly reports documenting supervisory ratios and needs.  The TCA will conduct a quantitative analysis based on the workplan and the documented needs.*

   5.1 PRPD will develop a workplan for human resources.
   5.2 PRPD will evaluate supervisory needs.

   5.3 PRPD will assign promoted officers to supervisory roles.

TCA Fourth Semi-Annual Report | 2016

**Table 23:**

| Requerimient | 13, 15, 17, 136-139 |
|---|---|
| Responsables | SASG |
| Colaboradore | SAOC, SAEA, OS |
| Recursos | Recursos Humanos Internos |
| Fecha | Una vez el Superintendente Determine convocar los Ascensos. |
| Obstáculos | 1. La Ley 66 de Sostenibilidad Fiscal de P.R. congela los puestos vacantes, limita el nombramiento de personal, así como los ascensos. |
| Soluciones | 1. La PPR debe someter una solicitud de autorización para realizar los ascensos y la asignación presupuestaria necesaria para llevarlos a cabo.<br>2. Identificar y justificar las plazas vacantes para el cumplimiento del Acuerdo y solicitar reconsideración a la Oficina de Gerencia y Presupuesto. |

**IV. Data Gathering:**

1. PRPD will develop a technological system capable of gathering required information. This is part of the Action Plan **on Information Systems**.
   *Methodology: The TCA will ensure that these system is included in the Action Plan on IT.*

Actividades:

1.1. Design of the EIS. This is part of the Action Plan **on Information Systems**. The *TCA will ensure that these systems are included in the Action Plan on IT.*

1.2. PRPD will maintain an automated evaluation system, **Sistema de Evaluación de Desempeño.**

1.3. PRPD will begin to document improper conduct into the EIS.

**Table 24:**

| Requerimient | 147, 148, 149, 150, 151, 152, 153, 218, 219 y 220 |
|---|---|
| Responsables | SASG (NT, NRH) |

TCA Fourth Semi-Annual Report | 2016

| Colaboradore | SARP, OAL, OR |
|---|---|
| Recursos | Recursos Internos; Servicios Profesionales – Asesor de los Sistemas de Información de los Procesos de la Reforma |
| Fecha | Agosto 2017 |
| Obstáculos | No se anticipan obstáculos. |
| Soluciones | No aplica. |

*Methodology:  PRPD will develop the evaluation system on or before August 2017.  The TCA will monitor compliance with action plan deadlines.   The TCA will also conduct quantitative review of the data gathered by the PRPD.   The TCA will review the protocols for data collection and data evaluation.*

2.  PRPD will implement protocol internal audits.

Activities:
2.1 The Superintendencia Auxiliar en Servicios Gerenciales will work with SARP y la OAL in the process of gathering data.

**Table 25:**

| Requerimient | 154, 155, 156, 157, 218 y 219 |
|---|---|
| Responsables | SARP |
| Colaboradore | SAGS, (NRH) (NT), OAL |
| Recursos | Recursos Internos; (colaboradores) Servicios Profesionales – Asesor de los Sistemas de Información de los Procesos de la |
| Fecha | Diciembre de 2017 |
| Obstáculos | No se anticipan obstáculos. |

Methodology:  PRPD will develop the evaluation system by December 2017.  *The TCA will monitor compliance with action plan deadlines.*   The TCA will also conduct quantitative review of the data gathered by the PRPD.   The TCA will review the protocols for data collection and data evaluation.

**V.** Self-Assessment:

1.1.

Activities:
1.1 PRPD will conduct regular self-assessment including the following items: