TCA Fourth Semi-Annual Report | 2016

      1.1.1   Utilization of the training plan
      1.1.2   Random field visits

1.2 PRPD will evaluate the Comité de Coordinación Ejecutiva.
1.3 PRPD will measure the progress in internal audits.

1.4 PRPD will monitor the supervisory to staff ratio.

> *Methodology: By June 2016, the PRPD will gather the data described in activities (1.1) through (1.4) of this section. PRPD will submit to the TCA all documents (minutes of meetings, notes from field visits, random tests, quantitative data collected, policy drafts, etc.) used in PRPD's self-evaluation.*

## VI. Budget:

> *Methodology: On a yearly basis, the PRPD will submit to the TCA a budgetary update detailing how the implementation of programs is affected by budgetary constraints. The PRPD will submit to the TCA all documents (minutes of meetings, data collected, policy drafts, etc.) used to review the budget for the Action Plan on Supervision no later than one year from the date of approval of the Action Plan*

## VII. Annual Review:

> *Methodology: The PRPD will submit to the TCA all documents (minutes of meetings, data collected, policy drafts, etc.) used to review the Action Plan on Supervision no later than one year from the date of approval of the Action Plan*

Cc:   Luis E. Saucedo
       Special Litigation Section, USDOJ

       Flor Velez Diaz
       Special Assistant to the Secretary, PRDOJ

# Methodology to Review Action Plan on Community Engagement and Public Information

| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

Arnaldo Claudio
Technical Compliance Advisor
TCAPR Corp.
268 Muñoz Rivera
World Plaza, Suite 1001
San Juan, PR 00918

March 27, 2016

VIA ELECTRONIC MAIL

Lt. Col. Clementina Vega Rosario
Reform Unit Director
Puerto Rico Police Department
P.O. Box 70166
San Juan, PR 00936

  Re: USA v. Commonwealth of Puerto Rico, No. 3:12-cv-2039 (GAG)
  *Methodology to Review Action Plan on Community Engagement and Public Information*

Lt. Col. Vega:

Please find enclosed the TCA's proposed methodology to review the Action Plan on Community Engagement and Public Information.

Consistent with PRPD's own self-assessment initiatives, during the capacity building period the TCA will take the following methodological actions to provide feedback and technical assistance while assessing PRPD's progress in the implementation of the Action Plan on Community Engagement and Public Information:

 (u) In the first year of implementation of the Action Plan, the TCA will conduct random visits to the four Zones of Excellence in order to assess whether officers are being trained according to the syllabi, instructor guides, presentation and evaluation methodology approved by the TCA. The TCA will also conduct random visits to the specialized units. After the first year, the TCA will also visit all thirteen police areas and/or commands assigned to superintendents ("superintendencias") using SAEA training calendar;

(v) The TCA will continue to meet with members of the community and of the CICs to gather feedback on the PRPD's community engagement and public information initiatives;

(w) The TCA will conduct random visits to districts, precincts and units to determine that public requests for public information have been addressed in accordance with the requirements of the Agreement and the Action Plan. The TCA will interview managers, press officers and those who have a role in community engagement and public information.

(x) The TCA will conduct onsite tour schedules and random visits to districts, precincts and units to determine whether the supervisors of the PRPD have received appropriate training on community engagement and public information. The TCA will interview supervisors.

(y) The TCA will randomly compare automated data and physical records on community engagement and requests for public information. The TCA will determine the number of records requested using a sample size table. The sample confidence level will be 97% and the selected margin of error will be 3%.

(z) Using the training plan issued by the SAEA for each of the courses, the TCA will review attendance records, topics for instruction, and officer evaluations.

More specifically, the TCA will also take the following specific methodological actions to assess PRPD's compliance with the Action Plan on Community Engagement:

**Policies**

1. Community Assistance.

**Activities:**

1.1 Review of General Order 800, 801, "Funcionamiento del Comité Central y de los Comités Áreas de Interacción Ciudadana con la Policía de Puerto Rico"

**Table 1:**

| **Requerimiento(s)** | 21, 113, 209, 210, 211, 212, 213 |
|---|---|
| **Responsables** | OS, OR (Mientras se crea la División de Políticas y Procedimientos) |
| **Colaboradores** | SAOC, Representantes de la Comunidad, Comité de Interacción Ciudadana |

TCA Fourth Semi-Annual Report | 2016

| Recursos | Servicios Profesionales – Abogados; Recursos Internos; (colaboradores) |
|---|---|
| Fecha Entrega | Aprobada el 8 de junio de 2015, firmada por el Superintendente el 15 de junio de 2015; próxima revisión el 15 de junio del 2016. |
| Obstáculos | No se anticipan obstáculos. |
| Soluciones | No aplica. |

*Methodology: The General Order is to submitted to the TCA and USDOJ for review on June 15, 2016. The TCA will monitor compliance with action plan deadlines. The qualitative review is performed when the TCA and USDOJ have the opportunity to review the policy.*

2. Community Problem-Solving.

Activities:

   2.1 Collaborate on policies for crisis response. This is included in Action Plan on **Use of Force.**
   2.2 Develop General Order on Community Policing.

**Table 2:**

| Requerimiento(s) | 21, 103, 113, 145, 205, 206, 207, 208 |
|---|---|
| Responsables | OS, OR (Mientras se crea la División de Políticas y Procedimientos) |
| Colaboradores | SA, (NRH) Representantes de la Comunidad, Comité de Interacción Ciudadana |
| Recursos | Servicios Profesionales – Abogados; Recursos Internos; (Colaboradores) |
| Fecha Entrega | 30 de Marzo de 2016. |
| Obstáculos | No se anticipan obstáculos. |
| Soluciones | No aplica. |

*Methodology: The order is to submitted to the TCA and USDOJ for review on March 30, 2016. The TCA will monitor compliance with action plan deadlines.*

3. Develop a Program for Community Engagement.

   3.1 Review Handbook for Community Engagement.

**Table 3:**

TCA Fourth Semi-Annual Report                                          2016

| Requerimiento(s) | 24, 88, 113, 214, 215, 216, 217 |
| --- | --- |
| Responsables | OS, OR (Mientras se crea la División de Políticas y Procedimientos) |
| Colaboradores | OP, SAOC, SAIC, SARP, Representantes de la Comunidad, Comité de Interacción Ciudadana |
| Recursos | Recursos Internos; Servicios Profesionales |
| Fecha Entrega | Aprobada y firmada el 24 de febrero de 2015; próxima revisión 24 de Marzo de 2016 |
| Obstáculos | No se anticipan obstáculos. |
| Soluciones | No aplica. |

*Methodology: The Handbook is to submitted to the TCA and USDOJ for review in March, 2016. The TCA will monitor compliance with action plan deadlines.*

3.2 Review of General Order 2005-7, "Reorganización y Renominación de la Oficina de Información Pública como la Oficina de Prensa."

**Table 4:**

| Requerimiento(s) | 24, 103, 113, 205, 214, 217 |
| --- | --- |
| Responsables | OS, OR (Mientras se crea la División de Políticas y Procedimientos) |
| Colaboradores | OP, SAIC, SARP, Representantes de la Comunidad, Comité de Interacción Ciudadana |
| Recursos | Servicios Profesionales – Abogados; Recursos Internos; |
| Fecha Entrega | 30 de junio de 2016. |
| Obstáculos | No se anticipan obstáculos. |
| Soluciones | No aplica. |

*Methodology: The General Order is to be submitted to the TCA and USDOJ for review on June 30, 2016. The TCA will monitor compliance with action plan deadlines.*

II. Training:

1. Training for the Community Interaction Councils (Comité de Interacción Ciudadana).

Activities:
1.1 SAEA will develop multi-thematic training for CICs.

**Table 5:**

| Requerimiento(s) | 205, 209, 210, 211, 212, 213 |
|---|---|
| Responsables | SAEA, SAOC |
| Colaboradores | OR, SAIC, SARP, SASG, Representantes de la Comunidad, Consejos Comunitarios de Seguridad |
| Recursos | Servicios Profesionales; Recursos Internos; (colaboradores) |
| Fecha Entrega | Entregado el April 2016. |
| Obstáculos | 1. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a 90 días.<br>2. Se requiere la colaboración de expertos internos asignados a las Superintendencias Auxiliares por lo cual los trabajos operacionales de este personal se verán afectados. |
| Soluciones | 1. Lograr entre las Agencias la aprobación de un proceso expedito en común acuerdo para la evaluación de los contratos.<br>2. Los expertos identificados para ofrecer el programa de readiestramiento deberán ser asignados por un término |

*Methodology: PRPD submitted the training modules on or before April 30, 2015. In its review, TCA is to ensure that all required training topics are included in the training modules.*

*Before the training is implemented, the TCA will receive a roster with all qualified members. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors.*

2. Training on community-based policing.

Activities:

2.1 Collaborate in the development of training on community policing and non-discrimination, "Perspectiva Comunitaria sobre la Conducta Policiaca Discriminatoria". This is the Action Plan on **Equal Protection.**

> *Methodology: The TCA will ensure that this training is evaluated through the Action Plan on Equal Protection.*

2.2 Collaborate in the field training on Community Policing. This is part of the Action Plan on **Training.**

> *Methodology: The TCA will ensure that this training is evaluated through the Action Plan on Training.*

2.3 SAEA will develop training on Principles of Community Policing.

**Table 6:**

| | |
|---|---|
| **Requerimiento(s)** | 117, 205, 206, 207, 208. |
| **Responsables** | SAEA |
| **Colaboradores** | OP, Instructores Certificados de SAOC, SAIC, SARP |
| **Recursos** | Servicios Profesionales; Recursos Internos; (colaboradores) |
| **Fecha Entrega** | 30 de Septiembre de 2016. |
| **Obstáculos** | 1. El proceso de contratación requiere la aprobación de agencias gubernamentales, este podría tardarse entre 60 a 90 días.<br>2. Se requiere la colaboración de expertos internos asignados a las Superintendencias Auxiliares por lo cual los trabajos operacionales de este personal se verán afectados.<br>3. Factores operacionales en el año 2016, sobre los procesos eleccionarios de primarias y elecciones generales le van a requerir tiempo operacional policiaco adicional a todos los MPPR, lo cual se estima pueden afectarse el periodo de adiestramiento y las investigaciones. |

| Soluciones | 1. Lograr entre las Agencias la aprobación de un proceso expedito en común acuerdo para la evaluación de los contratos.<br>2. Los expertos identificados para ofrecer el programa de readiestramiento deberán ser asignados por un término ininterrumpido no menor de un mes ni mayor de dos meses a realizar dicha tarea. Los Superintendentes Auxiliares deben realizar un plan de trabajo para mitigar este impacto.<br>3. De persistir el obstáculo será peticionado el tiempo requerido para poder cumplir con las labores operacionales de la PPR y requeridas para la seguridad del país. |
|---|---|

*Methodology: PRPD will submit the training modules on or before September 30, 2016. TCA will ensure that all required training topics are included in the training modules.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors. TCA will ensure that all proposed training topics are included.*

3. Training on Public Information.

Activities:
   3.1 SAEA will develop a training program in communications for press officers and high ranking officials.

**Table 7:**

| Requerimiento(s) | 205, 214, 217, 219(c) |
|---|---|
| **Responsables** | SAEA |
| **Colaboradores** | OS, SAOC (OP Áreas) |
| **Recursos** | Servicios Profesionales; especialistas en comunicaciones; Recursos Internos |
| **Fecha Entrega** | 30 de diciembre 2016 |

TCA Fourth Semi-Annual Report | 2016

| Obstáculos | 1. El proceso de contratación de profesionales de las comunicaciones requiere la aprobación de agencias gubernamentales.<br>2. Para el diseño de los adiestramientos se requiere la colaboración de expertos internos, asignados a las Superintendencias Auxiliares por lo cual los trabajos operacionales de este personal se verán afectados.<br>3. Factores operacionales en el año 2016, sobre los procesos eleccionarios de primarias y elecciones generales le van a requerir tiempo operacional policiaco adicional a todos los MPPR, lo cual se estima pueden afectarse el periodo de adiestramiento y las investigaciones. |
|---|---|
| Soluciones | 1. Lograr entre las Agencias la aprobación de un proceso expedito en común acuerdo para evaluación de los contratos.<br>2. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un mes ni mayor de dos meses a la SAEA. |

*Methodology: PRPD will submit the training modules on or before December 30, 2016. TCA will ensure that all required training topics are included in the training modules.*

3.2 SAEA will develop training on dissemination of public information for management and supervisory members of the PRPD.

**Table 8:**

| Requerimiento(s) | 205, 214, 217, 219(c) |
|---|---|
| Responsables | SAEA |
| Colaboradores | OP, SA, CA |
| Recursos | Asesoría Externa para diseño de prontuarios de |
| Fecha Entrega | 30 de diciembre de 2016 |

| Obstáculos | 1. El proceso de contratación de profesionales de las comunicaciones requiere la aprobación de agencias gubernamentales.<br>2. Para el diseño de los adiestramientos se requiere la colaboración de expertos internos asignados a las Superintendencias Auxiliares por lo cual los trabajos operacionales de este personal se verán afectados.<br>3. Factores operacionales en el año 2016, sobre los procesos eleccionarios de primarias y elecciones generales requieren tiempo operacional policiaco adicional a todos los MPPR, lo cual se estima pueden afectarse el periodo de adiestramiento y las investigaciones. |
|---|---|
| Soluciones | 1. Lograr entre las Agencias la aprobación de un proceso expedito en común acuerdo para evaluación de los contratos.<br>2. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un mes ni mayor de dos meses a la SAEA. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder cumplir con las responsabilidades contraídas con la SAEA.<br>3. De persistir los obstáculos se otorgado el tiempo requerido para poder cumplir con las labores operacionales de la PPR y requeridas para la seguridad del país. |

*Methodology: PRPD will submit the training modules on or before December 30, 2016. TCA will ensure that all required training topics are included in the training modules.*

**III. Implementation:**

1. To receive assistance from the community.

   Activities:

   1.1 Collaborate on staffing analysis report. This is part of the Action Plan on **Professionalization.**

| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

*Methodology: The TCA will ensure that this Report is evaluated through the Action Plan on Professionalization.*

1.2 Collaborate on the Recruitment Plan. This is part of the Action Plan **Recruitment.**

*Methodology: The TCA will ensure that this Regulation is evaluated through the Action Plan on Recruitment.*

1.3 Collaborate on the field training on community policing. This is part of the Action Plan on **Training.**

1.4 Collaborate on the review of General Order 2008-3, "Normas y Procedimientos para la Evaluación de los Miembros de la Policía y Personal Clasificado." This is part of the Action Plan on **Supervision.**

1.5 Collaborate on the review of General Order 300, Section 304, "Normas y Procedimientos para la Nominación, Selección y Premiación Anual de Empleados Sobresalientes en la Policía de Puerto Rico." This is part of the Action Plan on **Supervision.**

1.6 Post public call for positions in the Community Interaction Councils.

**Table 9:**

| **Requerimiento(s)** | 205, 209, 210, 211, 212, 213 |
|---|---|
| **Responsables** | OS, OR (Mientras se crea la División de Políticas y |
| **Colaboradores** | SAOC (CA), OP, SAIC, Representantes de la Comunidad; Comité de Interacción Ciudadana |
| **Recursos** | Servicios Profesionales; Abogado – Recursos Internos; (colaboradores) |
| **Fecha Entrega** | Convocatoria del 1 al 30 de julio de 2015, luego cada dos (2) años se volverá a convocar. |
| **Obstáculos** | No se anticipan obstáculos. |
| **Soluciones** | No aplica. |

*Methodology: The TCA was informed of the July 2015 public call. The TCA will continue to ensure that future postings are public and posted in a manner which is consistent with the Agreement. The TCA reviews the selection process. USDOJ has recommended that, because it appears that*

*there is still a perception among some stakeholders that the CICs are controlled by the PRPD and that the CICs are not providing objective recommendations to PRPD, the TCA conducts additional review of the selection process in order to resolve these concerns.*

1.7  Appoint Selection Board for Candidates to the CIC's.

**Table 10:**

| Requerimiento | 205, 209, 210, 211, 212, 213 |
|---|---|
| **Responsables** | OS, OR (Mientras se crea la División de Políticas y Procedimientos) |
| Colaboradores | OS, SAOC, OP, SAIC, OSP, SARP, Representantes de la Comunidad (Procuraduría de las Mujeres, Comisión de Derechos Civiles) |
| **Recursos** | Servicios Profesionales; Abogado– Recursos Internos; (colaboradores) |
| Fecha Entrega | 30 de octubre de 2015. La convocatoria es luego de cada dos (2) años. Próxima convocatoria octubre de 2017. |
| **Obstáculos** | No se anticipan obstáculos. |
| **Soluciones** | No aplica. |

*Methodology: The TCA was informed of the appointments of October 2015. The TCA will continue to ensure that future appointments are public and posted in a manner which is consistent with the Agreement. USDOJ recommended that the TCA reviews the actual selection process to determine whether it was open, fair, and according to Policy and the Agreement.*

1.8  Select and appoint new members of the CIC's.

**Table 11:**

| Requerimiento(s) | 205, 209, 210, 211, 212, 213 |
|---|---|
| **Responsables** | OS, OR (Mientras se crea la División de Políticas y Procedimientos) |
| Colaboradores | SAOC, OP, Representantes de la Comunidad, (Procuraduría de las Mujeres, Comisión de Derechos Civiles) |
| **Recursos** | Servicios Profesionales; Abogado– Recursos Internos |

TCA Fourth Semi-Annual Report | 2016

| Fecha Entrega | 30 de octubre de 2015. Las convocatorias son luego de cada dos (2) años. Próxima convocatoria octubre de 2017. |
|---|---|
| Obstáculos | Ausencias de candidatos para ocupar algunos de los sectores representativos según la Orden General Capítulo 800, sección 801. |
| Soluciones | Realizar una campaña enfocada a los sectores representativos que se identifiquen de difícil reclutamiento. |

*Methodology: The TCA was informed of the appointments of October 2015. The TCA will continue to ensure that future appointments are public and posted in a manner which is consistent with the Agreement.*

1.9 SAEA will develop materials and protocols to train all of the members of the CIC's.

**Table 12:**

| Requerimiento(s) | 205, 209, 210, 211, 212, 213 |
|---|---|
| Responsables | SAEA, SAOC |
| Colaboradores | SA, Coordinadores de Adiestramiento, Instructores Certificados |
| Recursos | Servicios Profesionales – Recursos Internos |
| Fecha Entrega | 30 de Julio de 2016 |
| Obstáculos | Los Instructores identificados no puedan cumplir con la responsabilidad dual que tienen con la SAEA y sus respectivas Superintendencias. |
| Soluciones | El personal que identifique como Instructor Certificados deberá realizar solamente las tareas relacionadas con los adiestramientos durante este período. Los Superintendentes Auxiliares realizarán un Plan de Trabajo para mitigar la falta de Recursos, para cumplir con los adiestramientos a los CIC en SAEA. |

*Methodology: PRPD developed the training modules on or before July 30, 2015. TCA is to ensure that all required training topics are included in the training modules.*

TCA Fourth Semi-Annual Report | 2016

1.10 SAEA will train members of the CIC's:

> *Methodology: Before the training is implemented, the TCA will receive a roster with all CIC members. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs. The TCA will interview a number of members who attended the training. The TCA will interview instructors.*

1.11 PRPD will provide resources to the operations of CIC's.

**Table 13:**

| Requerimiento(s) | 205, 209, 210, 211, 212, 213 |
|---|---|
| Responsables | OS, OR (Mientras se crea la División de Políticas y |
| Colaboradores | SAOC, CICs |
| Recursos | Compra de equipo, materiales y suministros; Recursos Internos |
| Fecha Entrega | 30 de Septiembre de 2016, luego se revisará anualmente |
| Obstáculos | Ley 66, otros obstáculos de carácter fiscal y proceso interno de compra |
| Soluciones | Se hará un estudio de necesidades particularidades de cada comité. |

> *Methodology: The TCA will review PRPD's analysis of needs on or before September 30, 2016. The TCA review will focus on: Do CICs have resources currently? What are they and are they sufficient? Are these resources also being used to further the Agreement and the CIC's mission? How do CIC account for the use of public funds?*

2. To advance community policing and problem-solving policing.

   Activities:

   2.1 Train officers on community and problem-solving policing.

**Table 14:**

| Requerimiento(s) | 125, 205, 206, 207, 208 |
|---|---|
| Responsables | Superintendencias Auxiliares |
| Colaboradores | SA, Coordinadores de Adiestramiento e Instructores Certificados |
| Recursos | Recursos Externos - Instructores; Recursos Internos |

OFFICE OF THE TECHNICAL COMPLIANCE ADVISOR          194

| Fecha Entrega | 30 de Septiembre de 2017. |
|---|---|
| Obstáculos | 1. Para el diseño de los adiestramientos se requiere la colaboración de expertos internos asignados a las Superintendencias Auxiliares por lo cual los trabajos operacionales de este personal se verán afectados.<br>2. Factores operacionales en el año 2016, sobre los procesos eleccionarios de primarias y elecciones generales le van a requerir tiempo operacional policiaco adicional a todos los MPPR, lo cual se estima pueden afectarse el periodo de adiestramiento y las investigaciones. |
| Soluciones | 1. Los expertos identificados para colaborar con el diseño de los adiestramientos deberán ser asignados por un término ininterrumpido no menor de un mes ni mayor de dos meses a la SAEA. Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder cumplir con las responsabilidades contraídas con la SAEA. |

*Methodology: PRPD will implement the training modules on or before September 30, 2017. The TCA will ensure that all required training topics are included in the training modules.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors.*

*The TCA will ensure that training follows the scheduled in sections 2.2 and 2.3*

2.2  First Responders:
2.3  Special Units:

*For 2.2. and 2.3, the TCA will ensure that all required training topics are included in the training modules from (a) through (m).*

3. To inform the public:

| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

Activities:

3.1 Implementation of training of press officers and high ranking officials.

**Table 15:**

| **Requerimiento(s)** | 205, 214, 217 y 237 (B) |
|---|---|
| **Responsables** | Superintendencias Auxiliares |
| **Colaboradores** | SA, Coordinadores de Adiestramiento e Instructores Certificados |
| **Recursos** | Recursos Externos - Instructores; Recursos Internos |
| **Fecha Entrega** | 30 de diciembre de 2017. |
| **Obstáculos** | Ley 66 y factores operacionales tales como: conflictos huelgarios, elecciones generales, desastres naturales, investigaciones en curso y por la licencia de enfermedad, podría dificultarse la asignación temporera de dichos recursos para colaborar en el diseño de este adiestramiento. |
| **Soluciones** | Los Superintendentes Auxiliares deberán establecer un Plan de Trabajo para mitigar el impacto de este adiestramiento y poder cumplir con las responsabilidades contraídas con la SAEA. |

*Methodology: PRPD will implement the training modules on or before December 30, 2017. The TCA will ensure that all required training topics are included in the training modules.*

*Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors.*

*The TCA will ensure that training follows the scheduled in section 3.1.*

3.2 Implementation of training of press officers and high ranking officials (themes).
*The TCA will ensure that all required training topics are included in the training modules from (a) through (m).*

3.3 PRPD will train management and supervisory personnel based on the themes and schedule set in this section of the Action Plan.

| TCA Fourth Semi-Annual Report | 2016 |
|---|---|

> *Methodology: Before the training is implemented, the TCA will receive a roster with all qualified employees. The roster will be updated quarterly. The PRPD will submit to the TCA quarterly training attendance logs and training evaluations. The TCA will interview a number of employees who attended the training. The TCA will interview instructors.*
> *The TCA will ensure that all required training topics are included in the training modules from (a) through (k).*

## IV. Data Gathering

1. PRPD will gather data to advance the initiatives mentioned in this Action Plan.
   1.1 PRPD will automate data collection. This is part of the Action Plan on **Informational Systems.**
   > Methodology: The TCA will ensure that this activity is included in the Action Plan on Informational Systems.

1.2 PRPD will submit an annual report.

**Table 16:**

| Requerimiento(s) | 205, 206, 207, 208, 218, 219, 221 |
|---|---|
| Responsables | SAOC (Negociado de Relaciones con la Comunidad) |
| Colaboradores | OR, SA, SASG (NT) |
| Recursos | Recursos Internos y Externos |
| Fecha Entrega | Mes de enero de cada año (enero 2017) |
| Obstáculos | No se anticipan obstáculos |
| Soluciones | No aplica. |

> Methodology: In the first month of each calendar year, the PRPD will submit an annual report. The TCA will review both the timely submission of the report and the content of the report.

## V. Self-Assessment:

1. To assess progress in community engagement, PRPD will do the following.

   Activities:
   1.1 PRPD will randomly collect data, such as:

    1.1.1    Review the training plan, calendars, etc,
    1.1.2    Conduct random field visits.

    1.1.3    The Office of the Reform will monitor compliance with plans for community engagement and public information, including:

        1.1.3.1    Visits to police areas.
        1.1.3.2    Review the website of PRPD.
        1.1.3.3    Review of all relevant reports.

    1.1.4    The Office of the Reform will monitor all agreements with the community.

**Table 17:**

| | |
|---|---|
| **Requerimiento(s)** | 232 y 233 |
| **Responsables** | OR |
| **Colaboradores** | SA, SASG (División de Estadísticas de la Criminalidad) |
| **Recursos** | Recursos Internos |
| **Fecha Entrega** | Dieciocho (18) meses después de aprobado el Plan de Acción. |
| **Obstáculos** | No se anticipan obstáculos. |
| **Soluciones** | No aplica. |

*Methodology: The PRPD will gather the data as described in activities (1.1.1) through (1.1.4) of this section. PRPD will submit to the TCA all documents (minutes of meetings, notes from field visits, random tests, quantitative data collected, website reviews, review of relevant reports, agreements with the community that were subject to review, policy drafts, etc.) used in PRPD's self-evaluation.*

VI. Budget:

*Methodology: On a yearly basis, the PRPD will submit to the TCA a budgetary update detailing how the implementation of programs is affected by budgetary constraints. The PRPD will submit to the TCA all documents (minutes of meetings, data collected, policy drafts, emails, etc.) used to review the budget of the Action Plan on the Community Engagement no later than one year from the date of approval of the Action Plan*

VII. Annual Review:

*Methodology: The PRPD will submit to the TCA all documents (minutes of meetings, data collected, policy drafts, etc.) used to review the Action Plan on Community Engagement no later than one year from the date of approval of the Action Plan.*

C:  Luis E. Saucedo
    Special Litigation Section, USDOJ

    Flor Velez Diaz
    Special Assistant to the Secretary, PRDOJ