IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

　**Plaintiff,**

　v.

**COMMONWEALTH OF PUERTO RICO, et al.,**

　**Defendants.**

CASE NO. 12-2039 (GAG)

## ORDER

　　The Court has before it the TCA's Fourth Six-Month Report (hereinafter "the Report") (Docket No. 382) which is a public document.   It will forthwith have the benefit of the parties' written comments in response, once the same are submitted.

　　Any matters contained in the Report may be addressed by any of the parties and the TCA at the September 1-2, 2016 public hearings to take place in Mayagüez.[1]   It will be the privilege of the undersigned district judge to sit in Mayagüez.  This marks the first such sitting in perhaps a century, given that as far as anyone can recall, the Court has not sat there way before the Commonwealth was established, perhaps as far back as the time of the Foraker and Jones Organic Acts.  The court is extremely thankful to Chief Justice Maite Oronoz for allowing the Court to sit in the Commonwealth's courthouse there and for all the assistance provided by the administrative judge and staff.

---

[1] The Foraker Act provided for the United States District Court for the District of Puerto Rico to sit in the Municipalities of San Juan, Ponce and Mayagüez. Organic Act of 1900, Ch. 191, sec. 33. 31 Stat. 77 (1900). See also GUILLERMO A. BARALT, HISTORY OF THE FEDERAL COURT IN PUERTO RICO: 1899-1999 115 (San Juan: Publicaciones Puertorriqueñas, 2004).

**Civil No. 12-2039 (GAG)**

The undersigned very much looks forward to this, the fourth of its public hearings.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th day of July, 2016.

                                                       *s/ Gustavo A. Gelpí*
                                                     GUSTAVO A. GELPI
                                        United States District Judge