IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | Civil No. 12-2039 (GAG) |

### ORDER

In relation to the captioned case, as in the previous Public Hearing, the parties are in charge of hiring the private company to be used to conduct the simultaneous transcription/translation of the upcoming Public Hearing in Mayagüez, in order to comply with the English language requirement for Federal Court Proceedings. Therefore, the Court orders the parties to certify, no later than Tuesday, August 2, 2016, that all translation services have been coordinated for the celebration of the Public Hearing to be held on September 1 and 2, 2016, at the Commonwealth Courthouse Building in Mayagüez, Puerto Rico. Furthermore, the Court instructs the parties to make any additional arrangements so that all matters relating to the translation of the Hearing's procedures are addressed and resolved expeditiously. Any questions or doubts regarding the present order should be brought to the attention to the Court through the proper channels.

    SO ORDERED.

In San Juan, Puerto Rico this 19th day of July, 2016.

                                        *S/ Gustavo A. Gelpi*
                                        GUSTAVO A. GELPÍ
                                        United States District Judge