1

2

3       **IN THE UNITED STATES DISTRICT COURT**

        **FOR THE DISTRICT OF PUERTO RICO**

4   **UNITED STATES OF AMERICA,**

5        **Plaintiff,**

6        **v.**                                    **CASE NO. 12-2039 (GAG)**

7   **COMMONWEALTH OF PUERTO RICO,**
    **et al.,**

8        **Defendants.**

9

10          <u>**NOTICE OF COMPLIANCE WITH DIRECTIVES OF THE COURT**</u>

11          Pursuant to the Initial Scheduling Order entered on July 19, 2016, (Docket No. 385), the

12   undersigned hereby certifies that he has complied with the Court's Directives of notifying all

13   relevant parties, via email.

14          WHEREFORE, the undersigned very respectfully requests that the Court takes notice of

15   the above for all relevant purposes.

16          In San Juan, Puerto Rico, this 21st day of July, 2016.

17

18                                          *s/ Alfredo A. Castellanos*
                                            **ALFREDO A. CASTELLANOS**
                                            Constitutional and Legal Advisor
19                                          Federal District Court, for the District of Puerto Rico
                                            alfredo@cglawpr.com

20

21                                          **CASTELLANOS GROUP, P.S.C.**
                                            Cond. Madrid, Suite 304
22                                          Calle Loiza 1760
                                            San Juan, PR 00911
23                                          Tel. 787-641-8447
                                            Fax. (787)793-4495

24                                                    1

**Civil No. 12-2039 (GAG)**

1

2

### NOTICE OF ELECTRONIC FILING

3
    **I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

4

5

6
*s/ Alfredo A. Castellanos*
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico

7
alfredo@cglawpr.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24