IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>　　　Defendants. | Civil No. 12-2039 (GAG) |

## ORDER

In relation to the captioned case, the Public Hearing that will be held at the Old San Juan Courthouse on August 10, 2016, shall follow the same procedures and format as the previous Public Hearings (See Docket Nos. 373, 302 at 2, 266 at 2.) Consequently, the parties are in charge of hiring the private company to be used to conduct the simultaneous translation of the upcoming Public Hearing in San Juan, in order to comply with the English language requirement for Federal Court Proceedings. Therefore, the Court orders the parties to certify, no later than Thursday, August 4, 2016, that all translation services have been coordinated for the celebration of the Public Hearing to be held on August 10, 2016, at the Old San Juan Courthouse in San Juan, Puerto Rico. Furthermore, the Court instructs the parties to make any additional arrangements so that all matters relating to the translation of the Hearing's procedures are addressed and resolved expeditiously. Any questions or doubts regarding the present order should be brought to the attention to the Court through the proper channels.

**SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*S/ Gustavo A. Gelpí*
　　　　　　　　　　　　　　　　　　　　　　　　　　　GUSTAVO A. GELPÍ
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge