UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**JOINT MOTION IN COMPLIANCE WITH JULY 19, 2016 ORDER**

**TO THE HONORABLE COURT:**

**COME NOW**, Plaintiff, United States of America, and Defendants, Commonwealth of Puerto Rico, et al. (collectively, the "Parties"), and respectfully and jointly certify that all necessary arrangements have been made to secure interpreter services for the September 1-2, 2016 public hearing in Mayaguez, Puerto Rico, in compliance with this Court's July 19, 2016 Order (Dkt. No. 384):

1.      On July 19, 2016, the Court issued a Scheduling Order setting the Fourth Public Hearing on the Puerto Rico Police Reform ("Fourth Public Hearing") for September 1-2, 2016 in the Commonwealth Courthouse Building in Mayaguez, Puerto Rico (Dkt. No. 385). The hearing provides the Parties and other interested parties with a forum to inform the Court and the public about the implementation of the Agreement for the Sustainable Reform of the Puerto Rico Police Department. The Court instructed the Parties to arrange for real-time interpretation to ensure that the proceedings are recorded officially in the English language and to share the cost of this service. *Id.* at 2.

2. On July 19, 2016, the Court ordered the Parties to certify by August 2, 2016, that all translation services have been coordinated for the celebration of the Fourth Public Hearing (Dkt. No. 384). The Court also instructed the Parties to determine whether any additional arrangements are necessary so that all matters relating to the translation of the Hearing's procedures are addressed and resolved expeditiously.

3. The Parties hereby certify that all arrangements have been made to coordinate appropriate interpreter services for the Fourth Public Hearing and that the services will be similar to those rendered during the Second and Third Public Hearing in Ponce and Fajardo, Puerto Rico. The Parties have secured the same vendor, which will provide real-time interpreter services for the hearing, all necessary equipment (e.g., interpreter booth, headphones, microphones, audio console), and set up. The Parties will also share the cost of the services.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on August 1, 2016.

| FOR PLAINTIFF UNITED STATES OF AMERICA: | FOR DEFENDANT COMMONWEALTH OF PUERTO RICO: |
|---|---|
| **STEVEN H. ROSENBAUM**<br>Chief, Special Litigation Section | **CÉSAR MIRANDA RODRÍGUEZ**<br>Secretary of Justice |

| | |
|---|---|
| **CHRISTY E. LOPEZ**<br>Deputy Chief, Special Litigation Section<br><br>**S/LUIS E. SAUCEDO**<br>**LUIS E. SAUCEDO** (G01613)<br>Counselor to the Chief<br>**BRIAN BUEHLER**<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 598-0482<br>Fax: (202) 514-4883<br>luis.e.saucedo@usdoj.gov<br><br>Attorneys for Plaintiff | **MARTA ELISA GONZALEZ Y.**<br>Deputy Secretary of Justice<br>For Litigation<br>PR Department of Justice<br>P.O. Box 9020192<br>San Juan, PR 00902-0192<br>Tel 787 721-7700, ext. 2105<br>Fax. (787) 722-4440<br><br>**WANDYMAR BURGOS VARGAS**<br>**Director Federal Litigation and Bankruptcy**<br><br>**S/JOEL TORRES ORTIZ**<br>**JOEL TORRES ORTIZ**<br>U.S.D.C. NO. 302311<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 721-2900,<br>ext.2647,2650,2624<br>Fax (787) 723-9188<br>joeltorres@justicia.pr.gov<br><br>Attorneys for Defendants |