## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

### JOINT MOTION IN COMPLIANCE WITH AUGUST 1, 2016 ORDER

**TO THE HONORABLE COURT:**

**COME NOW**, Plaintiff, United States of America, and Defendants, Commonwealth of Puerto Rico, et al. (collectively, the "Parties"), and respectfully and jointly certify that all necessary arrangements have been made to secure interpreter services for the August 10, 2016 public hearing at the Old San Juan Courthouse, in San Juan, Puerto Rico:

1. On June 27, 2016, the Court issued an Order for the Governor of Puerto Rico, Hon. Alejandro Garcia Padilla, to appear as a deponent as part of the periodic public hearings the Court holds on August 10, 2016 at 1:00 pm in Courtroom 4 (3rd floor) at the Old San Juan Courthouse. (Dkt. No. 371).

2. On August 1, the Court ordered the Parties to certify by August 4, 2016, that all translation services have been coordinated for the celebration of the Public Hearing to be held on August 10, 2016, at the Old San Juan Courthouse (Dkt. No. 389).

3. The Parties hereby certify that all arrangements have been made to coordinate appropriate interpreter services for the Public Hearing to be held on August 10, 2016, at the Old San Juan Courthouse. The Parties have secured the same vendor as for the Public Hearing to be held on September 1-2 in Mayaguez, which will provide real-time interpreter services for the hearing, all necessary equipment (e.g., interpreter booth, headphones, microphones, audio console), and set up. Defendants will bear the cost of the services.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on August 2, 2016.

| FOR PLAINTIFF UNITED STATES OF AMERICA: | FOR DEFENDANT COMMONWEALTH OF PUERTO RICO: |
|---|---|
| **STEVEN H. ROSENBAUM**<br>Chief, Special Litigation Section | **CÉSAR MIRANDA RODRÍGUEZ**<br>Secretary of Justice |
| **CHRISTY E. LOPEZ**<br>Deputy Chief, Special Litigation Section | **MARTA ELISA GONZALEZ Y.**<br>Deputy Secretary of Justice<br>For Litigation<br>PR Department of Justice |
| **S/LUIS E. SAUCEDO**<br>**LUIS E. SAUCEDO** (G01613)<br>Counselor to the Chief<br>**BRIAN BUEHLER**<br>Trial Attorney<br>U.S. Department of Justice | P.O. Box 9020192<br>San Juan, PR 00902-0192<br>Tel 787 721-7700, ext. 2105<br>Fax. (787) 722-4440<br><br>**WANDYMAR BURGOS VARGAS** |

2

| | |
|---|---|
| Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 598-0482<br>Fax: (202) 514-4883<br>luis.e.saucedo@usdoj.gov<br><br>Attorneys for Plaintiff | **Director Federal Litigation and Bankruptcy**<br><br>**S/JOEL TORRES ORTIZ**<br>**JOEL TORRES ORTIZ**<br>U.S.D.C. NO. 302311<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 721-2900,<br>ext.2647,2650,2624<br>Fax (787) 723-9188<br>joeltorres@justicia.pr.gov<br><br>Attorneys for Defendants |