# INVOICE FOR PROFESSIONAL SERVICES: JULY 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A: TCAPR Corp.
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of July/2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Sessions of work in attention to the following matters: receipt, distribution and follow-up of the politics corresponding to the month of July/2016; follow-up of outstanding issues, sent and review of electronic communications; work related to next Public Hearing (August 10, 2016) with the Governor of Puerto Rico; review and analysis of documents related to the Internal Regulation on Harassment, Discrimination, and Retaliation; work related to Paragraph 12: Request for Proposal for the Personnel and Resources Study of the PRDP; drafting of document related to the upcoming TCA Six Month Report, among other matters. (21.0 hrs) | N/A | X | 1-7/JULY | |
| TCA Core Team Week | N/A | X | 12/JULY | $1,300.00 |
| TCA Core Team Week | N/A | X | 13JULY | $1,300.00 |
| TCA Core Team Week | N/A | X | 14/JULY | $1,300.00 |
| TCA Core Team Week | N/A | X | 15/JULY | $1,300.00 |
| Sessions of work in attention to the following matters: review, study and analysis of documents related to the best practices and draft documents as part of the review process for the following policies submitted by the PRPD corresponding for the month of July/2016: | N/A | X | 17-23/JULY | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| General Order 600-617: Codes of Ethics for the PRPD Members (annual revision); General Order 800-801: Community Interaction Committees and support documents (annual revision); General Order: Community Meetings (new policy); General Order: Organizational and Functional Structure for the Dissemination of Public Information (new policy); and General Order: Dissemination of Public Information(new policy). Work related to the development of the agenda between the TCA Core Team and the reform of Office corresponding to the month of August/2016, with the TCA Arnaldo Claudio and Eric Guzmán; among other matters. (28.0 hrs) | | | | |
| Sessions of work in attention to the following matters: continue the review, study and analysis of documents related to the best practices and draft documents as part of the review process for the following policies submitted by the PRPD corresponding for the month of July/2016: General Order 600-617: Codes of Ethics for the PRPD Members (annual revision); General Order 800-801: Community Interaction Committees and support documents (annual revision); General Order: Community Meetings (new policy); General Order: Organizational and Functional Structure for the Dissemination of Public Information (new policy); and General Order: Dissemination of Public Information(new policy); assistance and participation in meeting with Cor. Clementina Vega, PRDOJ representative Joel Torres, Yashira Vega and Eric Guzmán for the discussion of the August/2016 TCA Core Team Agenda, among other matters. (24.0 hrs) | N/A | X | 24-29/JULY | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | | | | $5,200.00 |
| TOTAL OF BILLABLE HOURS (26.0 HOURS @ $150): | | | | $3,900.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | TOTAL TO BE BILLED: | $9,100.00 |
| | | | TOTAL HOURS WORKED "PRO BONO": 47.00 HOURS | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
July 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 7/29, 2016

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

#2016-11

DATE: JULY 31, 2016

**TO:**

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**

Services on: July 1- 31, 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday July 11, 8:30am 5:00pm – Transportation to TCA Office; Agenda discussion and general administrative matters; Transportation to Aibonito Police Station. Meeting with Drugs and Narcotics Unit, CIC Unit and Use of Force Unit | | | |
| Tuesday, July 12, 2016: 7:30am to 5:00pm – Transportation to Police Academy; Meeting to discuss Action Plans on Implementation Progress; Report Writing (Re. Visit to Aibonito Police Station and Police Academy) 5:00pm to 5:30pm – Wrap-of the day. | | | |
| Wednesday, July 13, 2016: 8:15am to 5:00pm – Transportation to TCA Office; 8:45am to 9:00am – Transportation to Police Headquarters; Meeting SARP on Use of Force reports; Report Writing; | | | |
| Thursday, July 14, 2016: 8:00am to 10:00am – Transportation to Ponce; 10:00am to 5:30pm – Meeting with Drug and Narcotic Unit; Meeting with Use of Force and CIC Unit. | | | |
| Friday, July 15, 2016: 8:15am to 8:30am – Transportation to TCA Office: 8:45am to 4:30pm – Transportation to Police Headquarters; "Exit Meeting"; Reunión paragraph 253; Vista pública el 10 de agosto en San Juan. | | | |
| SUB-TOTAL | 5 Days | 1300.00/Day | $6500.00 |
| July 1st through July 31st 2016: The following policies and curriculums were reviewed: | | | |

| | | | |
|---|---|---|---|
| OG-601_Reglas Uso de Fuerza-REDLINE: 2 hrs<br><br>Dispositivo de Control Electronico – REDLINE: 2 hrs<br><br>OG-605_Investigacion Uso de Fuerza-REDLINE: 2 hrs<br><br>Glosario de Definiciones Uso de Fuerza: 1.5 hr<br><br>Formulario PPR-900 RECIBO ARMA MENOS LETALES; 1 hr<br><br>Formulario PPR-854: 1 hr<br><br>NOTIFICACIÓN DIARIA INCIDENTES DE USO DE FUERZA<br>Form PPR 928: 1 hr<br><br>Prontuarios Arrestos y Citaciones (REA-615 - REA -615R): 3 hrs<br><br>Prep July site visit to PRPD agenda: 1.5 hrs<br><br>Phone calls and emails: 2.5 hrs<br><br>**Total hours worked 17.5 hrs** | | | |
| SUB-TOTAL HOURS BILLED | 17.33 hrs | | $2600.00 |
| TOTAL BILLED | | | $9100.00 |

**Signature** [signature] **Date: July 31, 2016**

ok [initials]

# INVOICE FOR PROFESSIONAL SERVICES: JUY 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A: TCAPR, LLC
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of July 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of work and correspondence on internal regulation on discrimination, draft memo, communications with TCA and legal counsels to the TCA(3.0 hours) | X | N/A | Friday, July 1, 2016 & Wednesday, July 6, 2016 | (3 @ $150 = $450) |
| Work from New York City: Drafting methodology for action plans on policies, training and IT (10.0 hours) | X | N/A | Saturday-Monday, July 2-4, 2016 | (10 @ $150 = $1,500) |
| Work from New York City: Review of PRPD and DOJ comments on TCA draft report, work and communications with TCA (2.0 hours) | X | N/A | Wednesday - Thursday, July 6-7, 2016 | (2 @ $150 = $300) |
| Work from New York City: Work on final draft of semi-annual report (3.0 hours) | X | N/A | Friday, July 8, 2016 | (3 @ $150 = $450) |
| Work from New York City: prepare meetings for work week in Puerto Rico, review work on action plans (8.0 non-billable hours) | X | N/A | Saturday and Sunday 9-10, 2016, | (6 @ $150 = $900) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico: See TCA agenda | N/A | X | Monday-Tuesday, July 11-12, 2016 | (1,300 @ 2 days = $2,600) |
| Work from New York City: Review of redlined policies on hate and new policy on evaluation, draft comments (4.0 hours) | X | N/A | Saturday-Sunday, July 16-17, 2016, | (4 @ $150 = $600) |
| Work from Puerto Rico: Review of 11 Action Plans with edits to the last 3 plans (8.0 hours) | X | N/A | Saturday-Sunday, July 23-24, 2016 | (8 @ $150 = $1,200) |
| Work from New York City: Final review of action plans and methodology for the last 3 plans (8 billable and 4 non billable hours) | X | N/A | Saturday-Sunday 30-31, 2016, | (8 @ $150 = 1,200) |
| TOTAL HOURS WORKED: 74.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (2 days, 22 HOURS) | | | | $2,600 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (44 HOURS @ $150): | | | | $6,500 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

*marcos soler*

MARCOS F. SOLER
TCA Core Team
July 31, 2016

ok [signature]

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

______________________________
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 7/29, 2016.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

July 31, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 025
FOR PROFESSIONAL SERVICES RENDERED JULY 2016

| | |
|---|---|
| Monday, July 11, 2016 | TCA Office re: meetings<br>Site Visit Albonito Area Command |
| Tuesday, July 12, 2016 | TCA Office re: meeting<br>PRPD Academy re: meetings |
| Wednesday, July 13, 2016 | TCA Office re: meetings<br>PRPD HQ. re: meetings |
| Thursday, July 14, 2016 | TCA Office re: meetings<br>Site Visit Ponce Area Command |
| Friday, July 15, 2016 | TCA Office re: meetings<br>PRPD HQ. re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

July 1-31      Reviewed PRPD's revised Use of Force Policy GO. Chapter 600
Section 601. 2 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPD's Glossary of Definitions 2 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPD's Last Revision On Use and Management of
Electronic Control Device Chapter 600 Section 602 3 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPD Form PPR-900, Receipt of Seized Less-than-lethal
Weapons 1 hr.
Prepared comments on the above 2 hrs.
Reviewed PRPD's Form, Daily Notifications of Incident of Use of
Force 30 min.
Prepared comments on the above 2 hrs.
Reviewed PRPD's Last Revision, Reporting and Investigating Use of
Force by PRPD members GO. Chapter 600, Section 605 3 hrs.
Prepared comments on the above 2 hrs.

Reviewed PRPD's Revised Use of Force Report (PRR-854) 1.5 hrs.
Prepared comments on the above 1.5 hrs.
Conferred with TCA Core Team via emails & phone 4 Hrs.

**TOTAL HOURS 30 HOURS 30 MINUTES**

**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO = 13 HOURS 10 MINUTES**

**TOTAL. $9,100**

John J Romero

ok 7/29/2016

# INVOICE FOR PROFESSIONAL SERVICES: JULY 2016

## ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

**TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of July 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched , reviewed and provided best police practices concerning Conducting an HR Audit and how HR can better measure the effectiveness of its functions and programs.(8 hours) | X | N/A | 1/July | 1,200.00 |
| Researched , reviewed and provided best police practices concerning Drugs, Narcotics, Vice Control and Illegal Firearms for Final Draft of Puerto Rico Police Department's General Order, Chapter 100, Section 10 (8 hours) | X | N/A | 6/July | 1,200.00 |
| Researched, reviewed and provided best police practices concerning Staffing Study (4 hours) | X | N/A | 6/July | 600.00 |
| Researched , reviewed and provided information and links concerning Transgender training (4hours) | X | N/A | 7/July | 600.00 |
| Researched , reviewed and provided best police practices concerning Property and Evidence Control (4 hours) | X | N/A | 9/July | 600.00 |
| Researched, reviewed and provided information concerning the OJP Diagnostic Center that assists community leaders in selecting and implementing data-driven programs and practices in criminal justice, juvenile justice, and victim services (4 hours) | X | N/A | 11/July | 600.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 11/July | $1,300.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 12/July | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 13/July | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 14/July | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 15/July | $1,300.00 |
| Researched, reviewed and provided to PRPD information regarding Juvenile Inmates (4 hours) | X | N/A | 20/July | 600.00 |
| Researched, reviewed and provided to PRPD information regarding job descriptions, duties & responsibilities of Supervisors. (4 hours) | X | N/A | 22/July | 600.00 |
| | | | | |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 29.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
July 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

OK

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 7/29, 2016.

INVOICE FOR PROFESSIONAL SERVICES:
JULY 1-JULY 28, 2016
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: TCAPR Corp.
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of July 2016 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|
| Review USDOJ, TCA, PRPD emails on SARP and IT Action Plan review acceptan | 0.25 | 7/1 | $37.50 |
| PRPD team communication on IT action Plan and others AP's, methodology | 0.50 | 7/4 | $75.00 |
| Translate and review Final IT Action Plan | 2.75 | 7/4 | $412.50 |
| Review agenda for July on site visit, email coordination with TCA and PRPD | 1.00 | 7/7 | $150.00 |
| Review Final June 2016 SAR, highlight for IT references | 1.75 | 7/10 | $262.50 |
| Coordination emails with TCA and PRPD on IT Governance plan delivery and research IT support strategies | 1.75 | 7/19-2 | $262.50 |
| Planning and scheduling PRPD mtgs, review of action plans, methodologies and agenda for on-site inspection | 1.00 | 7/20 | $150.00 |
| Begin translation and review of PR Comptroller Audit of PRPD IT | 3.25 | 7/21 | $487.50 |
| Review Action Plans | 0.75 | 7/23 | $112.50 |
| Complete translation and review PR Comptroller Audit of PRPD IT | 3.00 | 7/25 | $450.00 |
| | | | |
| TOTAL OF BILLABLE HOURS (16 HOURS @ $150): | | 16 hrs = $2400 | |
| TOTAL TO BE BILLED: | | $2400 | |
| TOTAL HOURS WORKED 16 | | | |

INVOICE PRESENTED BY:
____//Signed//___________7/28/2016
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE______________________________
ARNALDO CLAUDIO, TCA, President



CASTELLANOS GROUP, P.S.C.

July 29, 2016

MR. ERIC GUZMÁN
Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR, 00918

**Invoice for Services Rendered to the TCA during the month of July 2016**

The present invoice includes an itemized description of the services that were rendered by ALFREDO CASTELLANOS during the month of June 2016 that were not billed during the previous Invoice and the services rendered for part of the month of July, 2016.

*Draft: for discussion purposes only*

| Date | Description | Hours |
|---|---|---|
| 6/30/2016 | Trip to Mayagüez<br>Re: Coordination of Public Hearing | 4 |
| 7/1/2016 | Written Communication with Mr. Josue González of ACLU<br>Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 7/1/2016 | Review Documents sent by Col. Clementina Vega on 6/29/2016 | .50 |
| 7/1/2016 | In progress Report for the month of June | 1.25 |
| 7/1/2016 | Telephone Communication with Col. Agustín Marrero of Aguadilla<br>Re: Coordination of Meeting for participation in Public Hearings | .50 |
| 7/1/2016 | Telephone Communication with Sargent Lourdes Rivera<br>Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 7/1/2016 | Communications with Mayors of main townships of the West<br>Re: Invitation to Public Hearing | 2 |
| 7/1/2016 | Review TCA Core Team Work Agenda | .50 |
| 7/5/2016 | Written Communications with Mr. Josue González of ACLU<br>Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 7/5/2016 | Communications with the Court<br>Re: August 10th Public Hearing | .50 |
| 7/5/2016 | Preparation for Meeting set for 7/6/2016 | 1 |
| 7/6/2016 | Meeting with Mr. Josue González of ACLU and Mrs. Mari Mari Narváez of GRUCORPO<br>Re: Participation in Public Hearings | 3 |
| 7/7/2016 | Written Communication with Mrs. Georgina Candal, President of the Civil Rights Commission<br>Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 7/7/2016 | Telephone Communication with Mrs. Georgina Candal | .25 |



| | | |
|---|---|---|
| | Re: Coordination of Meeting for participation in Public Hearings | |
| 7/7/2016 | Review Transition Order Draft | .25 |
| 7/8/2016 | Written Communication to Mrs. Mari Mari Narváez<br>Re: Community Groups | .25 |
| 7/9/2016 | Review TCA's Finding and Conclusions received | .50 |
| 7/12/2016 | Written Communication with Mr. Josue González of ACLU<br>Re: Community Groups | .25 |
| 7/12/2016-7/14/2016 | Communications with the Parties<br>Re: Meeting set for 7/15/2016 | 1 |
| 7/13/2016 | Telephone Communication with Mrs. Rullán Emanuelli<br>Re: Possible Participation in Public Hearing | 1 |
| 7/13/2016 | Preparation for Meeting set on 7/14/2016 | 1 |
| 7/14/2016 | Telephone Conference with Mrs. Georgina Candal<br>Re: Participation in Public Hearing | 2 |
| 7/14/2016 | Written Communication to Mrs. Mari Mari Narváez<br>Re: Community Groups | .25 |
| 7/14/2016 | Written Communication to Mrs. Rullán Emanuelli<br>Re: Participation in Public Hearing | .25 |
| 7/14/2016 | Meeting with Mr. Jesús González Cruz<br>Re: Participation in Public Hearing | 2 |
| 7/15/2016 | Partial In Progress Report for the Month of July | 1 |
| 7/15/2016 | Written Communications with Col. Clementina Vega<br>Re: Contact Information of Speakers | .50 |
| 7/15/2016 | Written Communication to Judge Aixa Rosado<br>Re: Court Order | .25 |
| 7/15/2016 | Telephone Communication with Dr. Linares of Filius Institute<br>Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 7/15/2016 | Telephone Communication with Mayagüez Court<br>Re: Public Hearing Logistics | .50 |
| 7/18/2016 | Communications with Mrs. Tatiana Alejandro, Esq. of Tourism Company<br>Re: Coordination of Meeting for participation in Public Hearings | .50 |
| 7/18/2016 | Written Communication to Col. Clementina Vega<br>Re: CIC Participants | .25 |
| 7/19/2016 | Telephone Communication with Mrs. Yahaira Colón, Esq. of SAL<br>Re: Participation in Public Hearing | .25 |
| 7/19/2016 | Written Communication to Mr. Oscar Serrano, Esq.<br>Re: Invitation to Public Hearing | .25 |
| 7/19/2016 | Written Communication to Mrs. Yahaira Colón, Esq.<br>Re: Participation in Public Hearing | .25 |
| 7/19/2016 | Communications with Mrs. Tatiana Alejandro, Esq.<br>Re: Coordination of Meeting for participation in Public Hearing | .50 |
| 7/19/2016 | Telephone Conference with Deputy Mayor Heriberto Acevedo Ruiz | .75 |



CASTELLANOS GROUP, P.S.C.

| | | |
|---|---|---|
| | Re: Coordination of Meeting in Mayagüez | |
| 7/20/2016 | Telephone Communication with Col. Clementina Vega<br>Re: Speakers Contact Information | .25 |
| 7/20/2016 | Communications with Mrs. Tatiana Alejandro, Esq.<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/20/2016 | Telephone Communication with Col. Agustín Marrero of Aguadilla<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/20/2016 | Telephone Communication with Col. José García<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/20/2016 | Telephone Communication with Dr. Michelle Hernández<br>Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 7/20/2016 | Telephone Communication with Mr. José Nicolás Stefan Bosch, Leader of Dominican Community of Puerto Rico<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/20/2016 | Telephone Communication with Mr. José Nolo Díaz of Tallaboa Encarnación<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/20/2016 | Telephone Communication with Dr. Linares<br>Re: Coordination of Meeting set for 7/22/2016 | .25 |
| 7/20/2016 | Review Scheduling Order | .50 |
| 7/21/2016 | Notice to Interested Parties<br>Re: Scheduling Order for the Mayagüez Public Hearing | 2.50 |
| 7/21/2016 | Telephone Communication with Lt. Col. Miguel Rosado<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/21/2016 | Telephone Communication with Mr. Walter Santiago<br>Re: Coordination of Meeting for participation in Public Hearing | .50 |
| 7/21/2016 | Telephone Communication with Mr. Dennis Villanueva Díaz<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/21/2016 | Preparation for Meeting set on 7/22/2016 | 1 |
| 7/21/2016 | Communications with Mrs. Tatiana Alejandro, Esq.<br>Re: Coordination of Meeting for participation in Public Hearing | .75 |
| 7/22/2016 | Meeting with Dr. Linares<br>Re: Participation in Public Hearing | 2 |
| 7/23/2016 | Review Final Transition Order | .25 |
| 7/27/2016 | Telephone Communication with Dr. Michelle Hernández<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/27/2016 | Telephone Communication with Mr. José Nolo Díaz of Tallaboa Encarnación<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/27/2016 | Communication with Tourism Department Office<br>Re: Meeting Rescheduling | .25 |
| 7/28/2016 | Communications with Mrs. Linda Navedo<br>Re: Coordination of Meeting | .50 |
| 7/28/2016 | In Progress Report for the Month of July | 2 |



CASTELLANOS GROUP, P.S.C.

| | | |
|---|---|---|
| 7/28/2016 | Communication with Dr. Michelle Hernández<br>Re: Coordination of Meeting for participation in Public Hearings | .25 |
| 7/28/2016 | Communications with the Parties<br>Re: August 10th Public Hearing | 1 |
| 7/29/2016 | Communications with the Court<br>Re: August 10th Public Hearing | .75 |
| 7/29/2016 | Telephone Communication with Lt. Col. Miguel Rosado<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| 7/29/2016 | Telephone Communication with Mr. Walter Santiago<br>Re: Coordination of Meeting for participation in Public Hearing | .25 |
| | **Total Hours** | **43.50** |
| | **Billing Rate** | **$125p/h** |
| | **Total Amount** | **$5,437.50** |

*Federico Hernández Denton*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

July 27, 2016

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

**Invoice For Services Rendered To The TCA during The Month of July 2016.**

The present invoice includes services that were rendered by FEDERICO HERNÁNDEZ DENTON during the month of July 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|---|---|---|
| 7/1/2016 | Reading of Consent Decree in USA v. Carrasquillo signed by parties and Judge Besosa. Reading of Internal Regulations to Prevent Discrimination of PRPD. | 2.5 |
| 7/4/2016 | Reading and analysis of letters of DOJ and PRPD to provide recommendations to TCA with regards to differences between DOJ and PRPD with respect to the Internal Regulations to Prevent Discrimination. | 2.5 |
| 7/5/16 | Meeting with attorneys Bazan and Baralt – provide recommendations to TCA with respect to differences between DOJ and PRPD for the Internal Regulations to Prevent Discrimination. | 3 |
| 7/6/16 | Meeting with attorneys Bazán and Baralt – Internal Regulation of PRPD. | 2.5 |
| 7/7/16 | Revision of draft of TCA's decision in controversy with Internal Regulations. | 1.5 |
| 7/8/16 | Reading of draft of Title VII Opinion and preparation of Memos. | 2 |

*Federico Hernández Denton*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

| | | |
|---|---|---|
| 7/9/16 | Reading of final draft of Title VII opinion and preparation of Memos. Reading of the Six-Month Report to the Court. | 3 |
| 7/13/16 | Preparation for meetings with DOJ and PRPD. | 1 |
| 7/14/16 | Meeting with TCA and PRPD. | 3 |
| 7/15/16 | Meeting with PRPD and Core Team. | 3 |
| 7/20/16 | Revision and changes to transitional order of the District Court and conference call with attorney Bazan. | 2 |
| 7/21/16 | Preparation of transitional order with new changes. | 1.5 |
| 7/22/16 | Preparation of Draft of Transitional Order of the Court and Conference Calls with attorney Bazan. | 2.5 |
| | **Total Billed Hours** | **30** |
| | **TOTAL** | **$3,750.00** |

FEDERICO HERNÁNDEZ DENTON

ok [signature] 7/29/2016

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked my capacity as Legal Advisor.*

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

July 28, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-07**

Sir:

The following is a detailed statement of the hours worked on legal advice/consultations/meetings for the TCAPR Corp. during the month of July 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 7/01/2016 | 5.75 hrs. 3:00 to 8:45 pm | PRPD Internal Regulation, USDOJ Objection, PRPD reply, PRPD Glossary and Narcotic's and Illegal Firearms regulation & comments. Legal recommendations and issues |
| 7/05/2016 | 4.50 hrs. 1:30 to 6:00 pm | Work meeting at TCA's Office on Internal Regulation. Verification of critical dates and advice |
| 7/06/2016 | 6:00 hrs. 2:00 to 8:00 pm | Work meeting, comments, legal advice, research for initial draft. Additional issues |
| 7/07/2016 | 3.50 hrs. 9:30 am to 1:00 pm | Advice-J. Romero-Report & Investigate Use of Force Review of new case for draft on Title VII and EEOC |
| 7/08/2016 | 5.50 hrs. 10:00 am to 12:00 N and 4:30 to 8:00 pm | Final Opinion of TCA on Internal Regulation Legal Advice J. Romero on Electronic Control Devices |
| 7/12/2016 | 5.50 hrs. 9:00 am to 12:30 pm and 2:00 to 4:00 pm | Meeting at PRPD with Reform Unit, USDOJ attorney – Work Status-Budget Issues-Areas of Agreement |
| 7/13/2016 | 3:00 hrs. 9:00 am to 12:00 N | Meeting at PRPD with SARP Unit, PRPD Attorneys & USDOJ attorney- Use of Force-Action Plans –Methodology |
| 7/14/2016 | 9.50 hrs. 9:00 am to 12:30 pm and 1:30 to 7:30 pm | Meeting at PRPD with Reform Unit, PRPD Attorneys & USDOJ attorney - Protocol for recordings, Proceeding for Transfers of Personnel-Protocol on Comments by Judges, |

| | | |
|---|---|---|
| | | Prosecutors and Legal Aid Society, Field Manual Training |
| 7/15/2016 | 5.00 hrs. 9:00 am to 12:00 pm &1:30 to 4:30 pm | Paragraph 253, Parties arguments and determinations on TCA's Opinion of Internal Regulations and assorted issues on next hearing including submission of questionaires |
| 7/19/2016 | 4.25 hrs. 6:45 to 10:45 pm | Review of Forms 854 and 900 and Final Draft of Privilege Matter |
| 7/28/2016 | 52.50 **Total hours billed** | 52.50 hrs. x $125.00 =$6,562.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok

7/29/2016

# INVOICE 0115

7/13/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR 00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during the week of July 10-16, 2016 to TCA Core Team. | 900.00 |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION

Phone: 787.391.9630
Email: rf.torres@yahoo.com

05788

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 7/26/ 20 16

SR.

DIRECCION

TAB. NÚM. CASH [x] CRÉDITO [ ]

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | 21 | 00 |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ______ **TOTAL** 21 00

---

H TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#01 | | 10.00 |
| Sub Total | | 10.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPECIAL 2% | | 0.00 |
| TOTAL | | 10.00 |
| ATH $ | | 10.00 |

THANKS, COME AGAIN
REG# 0003 CSH# 011 DR# 01 TRAN# 33623
07/29/16 11:26:20 ST# 00012

CONTROL. #U963-70H1
51
processed by Softek

---

TO GO STORES
FRAILES
787 523 1625

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#02 | | 20.00 |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPC 2% | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
REG# 0004 CSH# 013 DR# 01 TRAN# 49883
07/13/16 20:34:03 ST# 00031

CARR PETROLEUM
767 1010

[illegible] [illegible] [illegible]

[illegible] CA #0C 24.970 [illegible]
@ 0.607 [illegible]

Sub Total [illegible]
ESTATAL [illegible]
MUN [illegible]
TOTAL 15.10
[illegible] [illegible]
Change $ [illegible]

THANKS, COME AGAIN
REC# 0001 CSH# 001 DR# 01 TRAN# [illegible]
07/11/16 09:21:08 [illegible]

[illegible]

Serviced by Softek

PUMA SANTA BARBARA
CARR 1 KM 29 CAGUAS
TEL 7877472933

CAGUAS, PR 00725

| Item | qty | amount |
|---|---|---|
| Prepay CA#05 | | 30.00 |
| | Sub Total | 30.00 |
| | MUN | 0.00 |
| | EST | 0.00 |
| TOTAL | | 30.00 |
| | CASH $ | 30.00 |

GRACIAS
VUELVA PRONTO

REC# 0001 CSH# 010 DR# 01 TRAN# 19250
07/06/16 14:16:41 ST# TX260

Servicio Fiscal Expirado
[illegible]

CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#3 | | 40.00 |
| | Sub Total | 40.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPEC 2% | 0.00 |
| | TOTAL | 40.00 |
| | CASH $ | 40.00 |

THANKS. COME AGAIN
REG# 0001 CSH# 002 DR# 01 TRAN# 46632
05/18/16 16:57:12 ST# 00012

CONTROL: [illegible]
ST
processed by Softek

H

PUMA BUCARE
[illegible] ESQ. AMATISTA
BUCARE, GUAYNABO, PR 00969

CASH REG# 20485 0[illegible]/21/16

**** RECIBO ****

1 GASOLINA 20.00

20.00
TAX MUN . . . . . .00
TAX EST . . . . . .00

TOTAL DE LA VENTA . . . . . 20.00

CAMBIO DE 20.00 .00

[illegible]

* * * * * * * FIRMA SU RECIBO * * * * * * *
EVOLUTIO:
LABOR EN COMUNICACION
CONTROL

Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 7/11/ 20 16

SR.

DIRECCION

TAB. NÚM. CASH [X] CRÉDITO [ ]

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | 10 | 00 |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ

TOTAL 10. 00

Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 7/12/ 20

SR.

DIRECCION

TAB. NÚM. CASH [X] CRÉDITO [ ]

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA 34.220L | 20 | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ

TOTAL 20.

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR 00778

TOTAL 20.00

THANK YOU COME AGAIN

CARR PETROLEUM

TOTAL 20.00

THANK YOU COME AGAIN

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 7/14/ 20 16

SR.

DIRECCION

TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | 19 | 00 |
| | QTOS. DE ACEITE LT. 31.918 | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ TOTAL 19 00

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIA

FECHA 7/14/ 20 16

SR.

DIRECCION

TAB. NÚM. CASH ☐ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | 14 | - |
| | QTOS. DE ACEITE LT. 23.067 | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

Cash

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ TOTAL 14

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 7/15/ 20 16

SR.

DIRECCION

TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | 15. | 00 |
| | QTOS. DE ACEITE LT. 35.126 | | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

Cash

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ TOTAL 15. 00

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR 00778

TOTAL -8.00

THANKS COME AGAIN

**Servicentro Las Lomas Puma**
Calle 38 S.O. #1719
Urb. Las Lomas San Juan PR 00921
(787) 781-0431

| | |
|---|---|
| Fecha | 07/22/16 |
| Factura | 85148 |

Nombre TCAPR CORP

| Marca | Modelo | Año | Color |
|---|---|---|---|
| FORD | EDG | 2013 | |

| TABLILLA | |
|---|---|

| QTY | DESCRIPCION | Precio |
|---|---|---|
| 1 | INSPECCION | $11.00 |
| 1 | LABOR | $9.00 |
| 2 | COPIAS | $1.00 |
| 1 | SERVICIO VENTA MARBETE | $5.00 |
| 1 | LICENCIA MENOS SEGURO | $85.00 |
| | | |
| | | |
| | | |
| | | |

DERECHOS PAGADOS
Certifico Correcto
JUL 26 2016
Firma
Núm. S.J.-
Estación Oficial de Inspección

| | |
|---|---|
| Sub Total | $111.00 |
| ~~CITY TAX~~ | 0 |
| STATE TAX | 0 |
| TOTAL | $111.00 |



PERMISO PARA VEHICULOS DE MOTOR O ARRASTRES

2013 FORD EDGE SE BLANCO
Automovil (Privado), Auto Privado

11239447 | 02jul2013 | HXO056==== | 11263847 (Título)

2013 (Año) | FORD (Marca) | EDG (Modelo) | BLA (Color) | *4 (Puertas) | *6 (Cilin) | *111 (Cab Fuerza)

2FMDK3GC2DBB27507 (VIN (Número de Serie)) | 0 (Peso Neto) | 0 (Capacidad Carga)

SJ0729 (Dealer) | ===================== (Venta Condicional) | $22,165 (Precio Contribución)

ago 2016 a jul 2017 (Vigencia) | 9187882 (Marbete) | 31jul2017 (Expiración)

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921
Dueño del Vehículo y Dirección Postal

La Misma
Dirección Residencial, sólo si es diferente a Postal

DERECHOS PAGADOS ... Correcto ... NO VALIDA SIN EL SELLO ... Estación Oficial de ...

P. VENTA $0

Licencia | Estación de Inspección

20160512-12210300-466-10778-13-047830157

| Multas | $0.00 |
|---|---|
| Derechos Anuales | $40.00 |
| ACAA | $35.00 |
| Renovacion | $10.00 |
| Seguro Oblig | $99.00 |
| **Importe total** | **$184.00** |

REQUIERE INSPECCION VEHICULOS DE MAS DE DOS AÑOS FABRICADOS

ORIGINAL - DUEÑO

CLAVES MUNICIPALES

1. Adjuntas 2. Aguada 3. Aguadilla 4. Aguas Buenas 6. Aibonito 7. Añasco 8. Arecibo 9. Arroyo 10. Barceloneta 11. Barranquitas 12. Bayamón 13. Cabo Rojo 14. Caguas 15. Camuy 17. Carolina 18. Cataño 19. Cayey 20. Ceiba 21. Ciales 22. Cidra 23. Coamo 24. Comerío 25. Corozal 26. Culebra 27. Dorado 29. Fajardo 31. Guánica 32. Guayama 33. Guayanilla 34. Guaynabo 35. Gurabo 36. Hatillo 37. Hato Rey 38. Hormigueros 39. Humacao 40. Isabela 41. Jayuya 42. Juana Díaz 43. Juncos 44. Lajas 45. Lares 46. Las Marías 47. Las Piedras 48. Canóvanas 50. Luquillo 51. Manatí 52. Maricao 53. Maunabo 54. Mayagüez 55. Moca 56. Morovis 57. Naguabo 58. Naranjito 59. Orocovis 60. Patillas 61. Peñuelas 62. Ponce 63. Puerto Nuevo 64. Quebradillas 65. Rincón 66. Río Grande 67. Río Piedras 68. Sabana Grande 69. Salinas 70. San Germán 71. San Juan 72. San Lorenzo 73. San Sebastián 74. Santa Isabel 75. Santurce 76. Toa Alta 77. Toa Baja 78. Trujillo Alto 79. Roosevelt 80. Utuado 81. Vega Alta 82. Vega Baja 83. Vieques 84. Villalba 85. Yabucoa 86. Yauco 87. Florida 88. Loíza

INSTRUCIONES AL CONTRIBUYENTE

1. Notifique cambio de dirección residencial y postal dentro de sesenta (60) días siguientes al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandono por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículos uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 pasajeros deberán cumplir con los requisitos de la Comisión de Servicio Público.
5. Radique en el Centro de Servicio al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por valor de diez (10) dólares. [Artículo 3.34 (e)].
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sello de Rentas Internas, mas diez (10) dólares por traspaso tardío [Artículo 2.34]. Después de de los treinta (30) días pagará diez (10) en Sello de Rentas Internas, más diez (10) dólares de traspaso tardío, más cinco (5) dólares por cada mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo Multa de $50.00.

## TRASPASO DE VEHICULO

**Los traspasos de los vehículos registrados a partir del 7 de enero de 2001 deberán ser notarizados en el título solamente.**

USE LETRA DE MOLDE

ESTADO LIBRE ASOCIADO DE PUERTO RICO

ENE FEB MAR ABR MAY JUL

CONDUCIR

009181882

AFFIDAVIT NUMERO
COMPARECEN: ______

FIRMA DEL VENDEDOR (MARCA) O TESTIGO

FIRMA DEL COMPRADOR (MARCA) O TESTIGO

TABLILLA ASIGNADA ______ MILLAJE ACTUAL ______

SUSCRITO Y JURADO ANTE MI POR LOS COMPARECIENTES A QUIENES DOY FE DE CONOCER

FECHA ______

LUGAR ______

ABOGADO NOTARIO

COLECTOR DE RENTAS INTERNAS O FUNCIONARIO AUTORIZADO DEL DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS

CUSTOMER #: 5727507

132534

*INVOICE*

PAGE 2

CAGUAS EXPRESSWAY MOTORS, INC.
Carr. # 1 Rio Piedras a Caguas * Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

TCA PR CORP
ERICK GUZMAN
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-306-4910 CONT:787-306-4910
BUS: 787-765-2209 CELL:

SERVICE ADVISOR: 2597 DEDRICKZA PEREZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 42668/42672 | T4641 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 02JUL13 DD | 29OCT12 | | 13:06 29JUL16 | | 75.00 | CASH | 29JUL16 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 08:22 22JUL16 | 11:58 29JUL16 | W-COMP:X DLR:FOR70 ENG:3.5_Liter |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| 2159 CP 0.00<br>42672 SE REALIZO INSPECCION MULTIPUNTOS | | 0.00 | 0.00 |
| ************************************************* | | | |
| F ROAD TEST<br>S201 ROAD TEST<br>2000 CP 0.00 | | 0.00 | 0.00 |
| ************************************************* | | | |
| G** MOTOR CARE ENGINE EXTERIOR PROTECTION<br>WAX01 MOTOR CARE ENGINE EXTERIOR PROTECTION<br>2159 CP 0.80<br>42672 SE REALIZO LAVADO DE MOTOR Y WAX OIL | | 49.95 | 49.95 |
| ************************************************* | | | |
| CUSTOMER PAY MISC-SUPPLIES FOR REPAIR ORDER | | | 19.50 |

TODO TRABAJO REALIZADO CON PIEZAS GENUINAS FORD Y SU LABOR ESTA GARANTIZADO POR 12 MESES O 12,000 MIL MILLAS LO QUE OCURRA PRIMERO. TELEFONOS:787-653-3333 787-641-4242 787-337-1600. CITA 787-337-1414. GRACIAS

| | |
|---|---|
| STATE TAX | 75.13 |
| MUNICIPAL TAX | 5.30 |

ON BEHALF SERVICING DEALER I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON DATE

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 537.45 |
| PARTS AMOUNT | 460.37 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 19.50 |
| TOTAL CHARGES | 1017.32 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 80.43 |
| PLEASE PAY THIS AMOUNT | 1097.75 |

CUSTOMER #: 5727507

132534

*INVOICE*

PAGE 1

CAGUAS EXPRESSWAY MOTORS, INC.
Carr. # 1 Rio Piedras a Caguas * Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

TCA PR CORP
ERICK GUZMAN
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-306-4910 CONT:787-306-4910
BUS: 787-765-2209 CELL:

SERVICE ADVISOR: 2597 DEDRICKZA PEREZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 42668/42672 | T4641 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 02JUL13 DD | 29OCT12 | | 13:06 29JUL16 | | 75.00 | CASH | 29JUL16 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 08:22 22JUL16 | 11:58 29JUL16 | W-COMP:X DLR:F0R70 ENG:3.5_Liter |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A C/I CHECK ENGINE PRENDIDO EN PANEL | | | |
| 12650D22 VAPOR MANAGEMENT VALVE / CANISTER PURGE VALVE - REPLACE (9B325/9C047/9C915/9D289/9G271/9J451) - L | | | |
| 2159 CFM 1.50 | | 112.50 | 112.50 |
| 1 AU5Z*9C915*B VALVE ASY | 59.92 | 38.95 | 38.95 |
| 42672 1.50 SE VERIFICO UNIDAD TIENE LUZ DE CHECK ENGINE ENCENDIDA, SE VERIFICARON DTC'S Y SE ENCONTRO DTC P0442, SE REEMPLAZO LA VALVULA DE PURGA DEL EVAP | | | |
| ************************************************************ | | | |
| B C/I ALENTA DE ABS ENCENDIDA EN PANEL | | | |
| 2219D11 SOLENOID VALVE BLOCK / HCU - REPLACE (2C065/2C215/2C219/2C266/2C286/2C405) - L | | | |
| 2159 CFM 5.00 | | 375.00 | 375.00 |
| 1 DT4Z*2C215*A MODULE | 432.00 | 280.80 | 280.80 |
| 1 DT4Z*2C219*B CONTROL | 216.34 | 140.62 | 140.62 |
| 42672 2.00 SE VERIFICO UNIDAD TIENE LUZ DE ABS ENCENDIDA, SE VERIFICARON DTC'S Y SE ENCONTRO DTC U3000, SE REEMPLAZO MUDULO DE ABS, SE REEMPLAZO HCU Y SE SANGRO EL SISTEMA | | | |
| ************************************************************ | | | |
| C C/I UNIDAD CONSUME DE GASOLINA EXCESIVO | | | |
| PLA VER LINEA A | | | |
| 2159 CP 0.00 | | | |
| 42672 REFERENTE A LINEA A | | 0.00 | 0.00 |
| ************************************************************ | | | |
| D C/I CUANDO BAJAN LAS REVOLUCIONES DE LA UNIDAD, NO ACELERA | | | |
| PLA VER LINEA A | | | |
| 2159 CP 0.00 | | | |
| 42672 REFERENTE A LINEA A | | 0.00 | 0.00 |
| ************************************************************ | | | |
| E INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS . | | | |
| CAUSE: INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS | | | |
| Q99P INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS . | | | |

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON DATE

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

# PROFESSIONAL SERVICES RENDERED: INVOICE

From: Guillermo A. Baralt Miró, Esq.
2070 Calle 1 Apto 215B
Guaynabo, Puerto Rico
(787) 236-0645
guillermobaralt@outlook.com

To: TCA Corp.
268 Muñoz Rivera,
World Plaza, Suite 1001
San Juan, PR 00961

DATE: July 28, 2016

## LEGAL FEES & PROFESSIONAL SERVICES PROVIDED FOR THE PERIOD ENDING ON 7/28/16

| DATE | HOURS | POLICY / SERVICE PROVIDED |
|---|---|---|
| 6/28/2016 | 3 | Drafted Motion to file biannual progress report<br>Other Internal Administrative Affairs |
| 6/29/2016 | 4 | |
| 6/30/2016 | 5 | |
| 7/1/2016 | 5 | Title VII Issue Between the Parties & Corresponding Resolution |
| 7/5/2016 | 7 | |
| 7/6/2016 | 12 | |
| | 2 | |
| 7/7/2016 | 4 | |
| | 4 | |
| | 3 | |
| 7/8/2016 | 5 | |
| | 8 | |
| 7/9/2016 | 5 | |
| 7/11/2016 | 7 | Core-Team Visit & Policy Review & Discussion with PRPD's Reform Unit |
| 7/12/2016 | 5 | |
| 7/14/2016 | 11 | |
| 7/15/2016 | 11 | Drugs, Narcotics, Vice Control & Illegal Firearms General Order Redline; Drafting of TCA's Review |
| 7/18/2016 | 7 | Drafting of material for the Governor's Hearing |
| 7/19/2016 | 3 | |
| 7/20/2016 | 4 | |
| 7/20/2016 | 3 | Material for the TCA regarding Promotions |
| 7/21/2016 | 4 | |
| 7/22/2016 | 7 | USDOJ Exit meeting and Corresponding memoranda |
| 7/23/2016 | 5 | Study of subjects dealing with free speech, in particular, right to access information<br>Annual Review CIC |
| 7/26/2016 | 5 | Status of ongoing Administrative Complaints |
| Total time invested (hours) | 135 | |
| Rate per hour ($) | 20.00 | |
| Total ($) | 2,700 | |
| Deduction for unbillable services rendered($) | 700 | |
| Due*** | $2,000 | |

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to publish or maintain confidential, as legally recognized by Local and Federal statutes.

**This invoice is only for billable services rendered. It does not represent an exhaustive list of all work performed.

***Thirty-five hours of services render for the TCA, are over the limit stablished in the contractual agreement between TCAPR Corp. and the undersigned. Thus, they are considered unbillable.

Guillermo A. Baralt Miró, Esq.

July 28, 2016
Date

all AA 7/29/2016

**Invoice July 28, 2016: $4,500**

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services for Part of Phase I: (July 21, 2016– August 31, 2016): $4,500**

**Translation of Final Report for Department of Justice of the United States of America.**

| Translation Phase I | Calendar |
|---|---|
| 1- Translation (Spanish too English) of the Part II & III of the Final Report of the exhaustive surveys for the Department of Justice & the Office of the Technical Compliance Advisor of the Puerto Rico's Police Department Reform. | (July 21, 2016 – August 31, 2016) |
| | |

I look forward to maintain communication with you,

Sincerely yours,

Richard Blanco Peck

**Dr. Richard Blanco Peck (Independent Researcher to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

015

Walgreens

#00509 101 CARR 1
CAGUAS, PR 00725
787-744-2905

3605 0022 07/06/2016 12:27 PM

REXFORD MULTI PURPOSE PAPER 400SH
04902264253 AD 7.18 SALE
2 @ 3.59
REGULAR PRICE 4.49
REWARDS SAVINGS 1.80
RETURN VALUE 3.59 ea

| | |
|---|---|
| SUBTOTAL | 7.18 |
| STATE TAX A=10.5% | 0.75 |
| MUN GENERAL TAX D=1.0% | 0.07 |
| TOTAL | 8.00 |
| CASH | 20.00 |
| CHANGE | 12.00 |

BALANCE REWARDS SAVINGS 1.80

THANK YOU FOR SHOPPING AT WALGREENS

YOU COULD HAVE SAVED BY USING YOUR BALANCE REWARDS CARD TODAY! RESTRICTIONS APPLY. FOR TERMS AND CONDITIONS, VISIT WALGREENS.COM/BALANCE.

DID YOU KNOW THAT YOU CAN EARN POINTS ON THOUSANDS OF ITEMS IN-STORE AND ONLINE? SEE OUR WEEKLY AD FOR MORE INFORMATION. ITEMS CHANGE WEEKLY. RESTRICTIONS APPLY. FOR TERMS AND CONDITIONS, VISIT WALGREENS.COM/BALANCE.

RFN# 0050-9223-6051-1607-0603

CONTROL: A5DLE-BGZNG
WA

balance rewards

TOTAL SAVINGS $1.80
SAVINGS VALUE 20%



AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL. 787-622-3600
07/22/16 15:53 8374 04866 009 806

W MEMBER 101-*******7324

THANK YOU,
JOSUE LOPEZ SIERRA

| | | |
|---|---|---|
| 618230 COPY PAPER | | 27.36 T |
| | SUBTOTAL | 27.36 |
| TAX 1 | 10.500 % | 2.87 |
| TAX 2 | 1.000 % | 0.27 |
| | TOTAL | 30.49 |
| | CASH TEND | 40.00 |
| | CHANGE DUE | 9.51 |

Visit samsclub com to see your savings

CONTROL: 3T81M-V74H5 WM

# ITEMS SOLD 1

TC# 8876 5237 9034 4148 1830

Por favor responda nuestra "NUEVA Y MÁS RÁPIDA ENCUESTA" acerca de su experiencia de compra http://www.survey.samsclub.com. EN AGRADECIMIENTO POR SU TIEMPO PODRÁ GANAR UNA DE CINCO TARJETAS DE REGALO DE SAM'S CLUB VALORADAS EN $1,000 CADA UNA. Para participar debe ser mayor de 18 años y ser residente legal de EU. Nada que comprar. Visite: www.entry.survey.samsclub.com para las Reglas Oficiales, la fecha final, y para participar sin comprar. Tiene DOS semanas a partir de la fecha de hoy para contestar la encuesta

Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
07/22/16 15:53:55