12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of July.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including: meeting with the Reform Unit to schedule the Core Team week visit agenda. During the visit of the USDOJ to the Reform Unit Office, the TCA and his staff attended to some of the meetings scheduled for such week, including the entry meeting; the meeting with the Central Coordinator for the Field Training Program and with representatives of the Evaluation Board for Field Training Program; the meeting with the Director of Administrative Investigation Bureau; and the exit meeting.

The TCA in close coordination with its Constitutional Lawyers and Subject Matter experts presented his findings and conclusions in relation to the Internal Regulation the Prevention of Discrimination, Harassment and Retaliation from MPRP. During the Core Team visited the Police Academy, the Aibonito Police and Ponce Police Stations. Also the following Units: Drugs and Narcotics Unit; SARP Unit; CIC and Use of Force Unit. The following General orders were reviewed and discussed: the General Order 700-701: Field Training Officer; the General Order 2010-12: Rules and Procedures of Rank System Personnel Transfer Transactions; the General Order 800-801: Citizen Interaction Committees; the General Order 600-601: Rules for the Use of Force for MPRP; the General Order 600-602: Use and Management of Electronic Device; the General Order 600-605: Report and Investigation of Use of Force Incidents of the MPRP. The following policies were reviewed and discussed: Protocol for the receipt of comments from prosecutors, judges, and public defenders regarding the MPRP performance and Protocol for the recording of communiations between Supervisors and MPRP. The following Forms were discussed: PRP-854 Use of Force Report and PRP-900: Receipt of Seized Less Lethal Weapons. As well the following Syllabus were reviewed and discussed: REA 615: Training Course Arrests and Citations MPRP and REA 615 (R): Retraining Course Arrests and Citations MPRP.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires; preparation of payroll. Preliminary Core Team's August and September agenda was discussed, and circulating CT August agenda and the Core Team work plan.

Coordination and preparation of the TCA's Core Team meeting and agenda to discuss 2016 Second Semester Work Plan.