IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO.: 12-2039 (GAG) |
| Plaintiffs | |
| V. | |
| COMMONWEALTH OF PUERTO RICO, et al. | |
| Defendants | |

## PRPDPRPD'S THIRD STATUS REPORT PURSUANT TO REQUIREMENT 261 OF THE AGREEMENT FOR THE SUSTAINABLE REFORM

TO THE HONORABLE COURT:

COMES NOW, the Department (PRPD) through the undersigned counsel and respectfully states as follows:

### I. INTRODUCTION

1.    The Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter referred to as the "Agreement") states in its pertinent part that, beginning with the Technical Compliance Advisor's first six-month report, PRPD shall file with the Court sealed and unsealed versions of a status report. Therein, PRPD will delineate the steps taken during the review period to implement the Agreement, an assessment of the status of its progress, and any response to concerns raised in prior Technical Compliance Advisor's reports. (See Requirement 261).

2.    In compliance with Requirement 261 of the Agreement, PRPD hereby submits its third status report and an assessment for each one of the areas of compliance as per the Agreement. This report includes the reform progress for the period covering May 31st, 2015 to

November 30th, 2015.  Any statistical data will be provided as of November 15, 2015, except in particular areas were a different date is therein stated.


## II. PROGRESS REPORT

### A. General Matters

3. _Reform Office:_ The PRPD Reform Office continues under the direction of the Lieutenant Colonel Clementina Vega Rosario. The PRPD  Reform Office is composed of   41 employees, among them 29 Puerto Rico Police Department Members (PRPDM) of different ranks, three (3) classified employees, eight (8) professional services contractors, and one (1) budget and financial analyst from the Office of Management and Budget working full time for the Reform Office.

4. _First Group of Action Plans_: As stated in the Second Progress report, the Action Plans on the Areas of Use of Force, Searches and Seizures, Equal Protection. and Non-Discrimination; and Citizen Complaints, Internal affairs and Discipline were sent on May 7, 2015 to the Technical Compliance Advisor (TCA) and to the Department of Justice (DOJ) for review and approval. The TCA and the DOJ issued suggestions and comments on those Action Plans, which were reviewed and accepted by the PRPD.  The revised versions of the plans were sent on July 13, 2015 to the TCA and the DOJ.  Additional suggestions were received, and on August 7, 2015 the final revised versions were resubmitted to the TCA and the DOJ. On August 27, 2015 the aforementioned Action Plans were approved by the TCA and the DOJ.

5. _Second Group of Actions Plans_: On September 25, 2015, PRPD tendered to the TCA and the DOJ the second group of Actions Plans: Professionalization; Recruitment,

Selection, and Hiring; Supervision and Administration; and Community Engagement and Public Information, for review and approval. On November 12 and 13, 2015, the Parties and the TCA Office members met to discuss the first draft of the Action Plans.

6. *Task Forces Training - Requirement 237 (a)*:

    a. PRPD provided its compliance assessment for Paragraph 237 (a) of the Agreement.  Requirement 237 (a) of the Agreement, provides that within a period of one (1) year from the date of appointment of the TCA, the PRPD shall provide training on policies and procedures on the Use of Force, Searches and Seizures, Equal Protection and Ethics. The Superintendent certified the status of PRPD's compliance with Paragraph 237 (a) on the trainings provided to  PRPDM assigned to the Joint Operations Units (Task Forces) with federal agencies of law and order as indicated below:

    b. The Superintendent submitted written certification of the trainings provided to the Task Forces (memorandum number OS-4-OR-1-551 of June 4, 2015) to the TCA based on the information provided by the Auxiliary Superintendence in Criminal Investigations.   A breakdown by courses and quantities of PRPDM assigned to the Task Forces was provided for the following policies: Use of Force, Searches and Seizures, Equal Protection and Ethics. These policies were developed in accordance with the Agreement and using as reference the best police practices generally accepted. The certification states that PRPD was in substantial compliance with Paragraph 237 (a) with a number of verifiable justified exceptions The total training provided to  the

434 members of the PRPDM assigned to the task forces as of June 4, 2015 is presented as follows:

1. In the Service Weapon training for the year 2014, four hundred twenty six (426) PRPDM were trained, consisting of ninety eight percent (98%) of the total. The remaining two percent (2%) were not trained due to the following reasons: one (1) assigned to the Replacement Center (Centro de Reemplazo)[1], three (3) on military leave and four (4) who did not belong to the Task Forces and were temporarily serving as part of the same.

2. In the Rifle and Nighttime Shooting with a Service Weapon training, four hundred twenty five (425) PRPDM were trained for a ninety eight percent (98%) of the total. The remaining two percent two percent (2%) were not trained due to the following reasons: two (2) assigned to the Replacement Center, three (3) on military leave, one (1) on maternity leave, two (2) for medical reasons (medical certificates on medical conditions) and one (1) in gestational period.

3. In the Impact Weapon (baton) training- four hundred and thirty (430) PRPDM were trained for a ninety nine percent (99%) of the total. The remaining one percent (1%) was not trained due to the

---

[1] The Replacement Center is an administrative work unit assigned to the Office of the Superintendent, wherein all PRPDM that have been absent for a period over thirty (30) working days are assigned to, in order to be issued the corresponding determinations regarding the redistribution of personnel.  See, OG 95-2 revised on February 8, 2000 "Norms and Procedures for Employees Reported on Sick, Work or Worker's Compensation Leave for More than Thirty Days"

following justifications: one (1) assigned to the Replacement Center and three (3) on military leave.

4. In the Electronic Control Device (ECW) training, four hundred and twenty nine (429) PRPDM were trained for a ninety nine percent (99%) of the total. The remaining one percent (1%) was not trained due to the following justifications: two (2) assigned to the Replacement Center and three (3) on military leave.

5. In the Use of Force training, four hundred and twenty nine (429) PRPDM were trained for a ninety nine percent (99%) of the total. The remaining one percent (1%) was not trained due to the following reasons: two (2) assigned to the Replacement Center and three (3) on military leave.

6. In the Searches and Seizures training, four hundred twenty seven (427) PRPDM were trained for a ninety eight percent (98%) of the total. The remaining two percent (2%) were not trained due to the following reasons: two (2) assigned to the Replacement Center, four (4) on military leave, and one (1) on work accident leave.

7. In the Firearms training for the year 2015, four hundred twenty four (424) PRPDM were trained for a ninety eight percent (98%) of the total. The remaining two percent (2%) were not trained due to the following reasons: two (2) in the Replacement Center, three (3) of military leave, one (1) on gestational period, two (2) with medical certifications, and two (2) sick leave.

8. In the Arrests and Citations training, four hundred twenty five (425) PRPDM were trained for a ninety eight percent (98%) of the total. The remaining two percent (2%) were not trained due to the following reasons: two (2) in the Replacement Center, four (4) on military leave, one (1) on maternity leave, one (1) on sick leave, and one (1) on work accident leave.

9. In the Vehicular Intervention training, four hundred twenty five (425) PRPDM were trained for a ninety eight percent (98%) of the total. The remaining two percent (2%) were not trained due to the following reasons: two (2) in the Replacement Center, four (4) on military leave, one (1) on maternity leave, and two (2) on sick leave.

10. In the Police Ethics training, four hundred twenty two (422) PRPDM were trained for a ninety seven percent (97%) of the total. The remaining three percent (3%) were not trained due to the following reasons: two (2) in the Replacement Center, four (4) on military leave, one (1) on maternity leave, one (1) on sick leave, one (1) work accident leave, one (1) on personal travel, and one (1) due to family illness.

11. In the Workshop I of Equal Protection and Non-Discrimination four hundred twenty four (424) PRPDM were trained for a ninety eight percent (98%) of the total. The remaining two percent (2%) were not trained due to the following justifications: two (2) in the

Replacement Center, four (4) on military leave, one (1) on maternity leave, two (2) on sick leave, one (1) work accident leave.

12. In the Workshop II Non Discrimination with the Citizen, four hundred twenty one (421) PRPDM were trained for a ninety seven percent (97%) of the total. The remaining three percent (3%) were not trained due to the following reasons: two (2) in the Replacement Center, five (5) on military leave, one (1) on maternity leave, two (2) on sick leave, two (2) work accident leave, and one (1) pending resignation.

13. In the Pepper Spray training, three hundred sixty-nine (369) PRPDM were trained for an eighty five percent (85%) of the total. The remaining fifteen percent (15%) were not trained due to the following reasons: two (2) in the Replacement Center, six (6) on military leave, one (1) on maternity leave, one (1) on gestational period,  two (2) work accident leave, forty-one (41) with medical certifications, one (1) on official business travel, seven (7) on personal travel, one (1) pending resignation, and three (3) on sick-leave.

c.  See table on the Task Forces trainings:

| TRAININGS OF PRPDM OF THE TASK FORCES WITH FEDERAL LAW AND ORDER AGENCIES (434 PRPDM) (Results until June 4, 2015) | | | | |
|---|---|---|---|---|
| **Trainings** | **Total of trained PRPDM** | **Not trained PRPDM** | **Amount of PRPDM (Justified Exceptions)** | **%** |
| 1.  **Service Weapon 2014** | 426 | 8 | 1-Replacement Center<br>3-Military Leave<br>4-Not Belong To Task Forces | 98% |

| | | | | |
|---|---|---|---|---|
| 2. Rifle/Nighttime with Service Weapon | 425 | 9 | 2-Replacement Center | 98% |
| | | | 3-Military Leave | |
| | | | 1-Maternity Leave | |
| | | | 2-Medical Certificate | |
| | | | 1-Pregnancy | |
| 3. Impact Weapon (Baton) | 430 | 4 | 1-Replacement Center | 99% |
| | | | 3-Military Leave | |
| 4. Electric Control Device | 429 | 5 | 2-Center Replacement | 99% |
| | | | 3-Military Leave | |
| 5. Use of Force | 429 | 5 | 2-Replacement Center | 99% |
| | | | 3-Military Leave | |
| 6. Searches and Seizures | 427 | 7 | 2-Replacement Center | 98% |
| | | | 4-Military Leave | |
| | | | 1-Work Accident Leave | |
| 7. Daytime Service Weapon 2015 and Shotgun | 424 | 10 | 2-Replacement Center | 98% |
| | | | 3-Military Leave | |
| | | | 1-Pregnancy | |
| | | | 2- Medical Certificate | |
| | | | 2-Sick Leave | |
| 8. Arrests and Citations | 425 | 9 | 2-Replacement Center | 98% |
| | | | 4-Military Leave | |
| | | | 1-Maternity Leave | |
| | | | 1-Sick Leave | |
| | | | 1-Work Accident Leave | |
| 9. Vehicular Interventions | 425 | 9 | 2-Replacement Center | 98% |
| | | | 4-Military Leave | |
| | | | 1-Maternity Leave | |
| | | | 2-Sick Leave | |
| 10. Police Ethics | 422 | 12 | 2-Replacement Center | 97% |
| | | | 4-Military Leave | |
| | | | 1-Maternity Leave | |
| | | | 2-Sick Leave | |
| | | | 1-Work Accident Leave | |
| | | | 1-Personal Business Trip | |
| | | | 1-Absent For Family Illness | |
| 11. Workshop I Equal protection and non-discrimination | 424 | 10 | 2-Replacement Center | 98% |
| | | | 4-Military Leave | |
| | | | 1-License Maternity | |
| | | | 2-Sick Leave | |
| | | | 1-Work Accident Leave | |
| 12. Workshop II non-discrimination minority | 421 | 13 | 2-Replacement Center | 97% |
| | | | 5-Military Leave | |
| | | | 1-Maternity Leave | |

| | | | 2-Sick Leave | |
|---|---|---|---|---|
| | | | 2-Work Accident Leave | |
| | | | 1-Pending Resignation | |
| 13.  Pepper Spray | 369 | 65 | 2-Replacement Center | 85% |
| | | | 6-Military Leave | |
| | | | 1-Maternity Leave | |
| | | | 1-Pregnancy | |
| | | | 2-Work Accident Leave | |
| | | | 41-Medical Certificate from PRPD Physician | |
| | | | 1-Official Travel | |
| | | | 7-Personal Travel | |
| | | | 1-Pending Resignation | |
| | | | 3-Sick Leave | |

d.  See table on Trainings of Task Forces as of November 13, 2015:

| PRPDM TASK FORCES TRAINING INFORMATION November 13, 2015 | | | | | |
|---|---|---|---|---|---|
| Training | PRPDM Trained | PRPDM Retrained | Total | Percent | Total PRPDM Task Forces |
| Electronic Control Weapon | 425 | 2 | 427 | 98% | 434 |
| Use of Force | 421 | 0 | 421 | 97% | |
| Arrests and Citations | 422 | 0 | 422 | 97% | |
| Ethics | 416 | 0 | 416 | 95% | |
| Daytime Service Weapon | 422 | 0 | 422 | 97% | |
| Nighttime Service Weapon | 420 | 0 | 420 | 97% | |
| Stress Shooting | 422 | 0 | 422 | 97% | |
| Rifle | 420 | 0 | 420 | 97% | |
| Shotgun | 420 | 0 | 420 | 97% | |
| Pepper Spray | 382 | 0 | 382 | 88% | |
| Baton | 426 | 0 | 426 | 98% | |

7.      *Procurement and Delivery of Equipment to PRPD Units*:

a.    On July 7, 2015 the Superintendent announced the acquisition of a new fleet of

500 Ford vehicles models Police Interceptor Sedan, Taurus, and Explorer, with

the necessary equipment to perform their duties with efficacy, efficiency and in

accordance with the Agreement, to be distributed in the districts and precincts of

PRPD. The first fifteen (15) patrols equipped with GPS system computers, and license plate reader were delivered on July 12, 2015, and distributed as follows:

    i. Five (5) patrols to the San Juan Police Area;

    ii. Five (5) patrols to the Bayamon Police Area (including one [1] for the ZOE Unit of Bayamon Oeste Precinct);

    iii. Five (5) patrols to the Carolina Police Area.

b. On September 9, 2015, thirty five (35) minivan vehicles were delivered to the PRPD to be used with the Neighborhood Safety Councils ("Consejos de Seguridad Vecinal") and the Police Athletic League ("Liga Atlética Policiaca"). Among the vehicles delivered to Police Athletic League, one is specially equipped for use by participants in the First Chapter of the Police Athletic League with Down Syndrome in the Police Area of Aguadilla. Twenty five (25) Ford Explorers were handed over to the Canine Division of PRPD. Along with these vehicles, the following equipment was delivered to PRPD:

    i. Twenty seven (27) life vests;

    ii. Twenty seven (27) helmets for the helicopters crewmembers;

    iii. Six hundred and fifty (650) portables radios distributed to the investigations units of the Auxiliary Superintendence of Criminal Investigations, Traffic Bureau, and the Arecibo Police Area;

    iv. One (1) License Plate Reader System for Helicopter

## B. Zones of Excellence (ZOEs)

8.    *Operational Manual for the Zones of Excellence ("ZOEs")*: The PRPD Reform Office prepared a draft "Operational Manual of Rules and Procedures for the Zones of

Excellence" along with a work plan. Both drafts documents are under review to obtain comments and suggestions from the PRPD prior to being sent to the TCA and the DOJ.

9.   *Training progress of the ZOE's is shown in the following table:*

| ZONES OF EXCELENCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| District/Precinct | Total PRPD Members | Expandable Baton | Service Weapon Training | E-mail | Use of Force Training | Electronic Control Weapon Training | Reform Orientation | Arrestos Y Citaciones |
| Bayamon Oeste Precinct | 108 | 106 | 107 | 107 | 101 | 107 | 107 | 4 |
| Utuado District | 37 | 37 | 37 | 37 | 33 | 37 | 37 | |
| Quebradillas District | 45 | 43 | 41 | 44 | 44 | 43 | 43 | 11 |
| Las Piedras District | 41 | 40 | 40 | 40 | 37 | 39 | 39 | |
| TOTAL | 231 | 226 | 225 | 228 | 215 | 226 | 226 | 15 |
| Percent (%) | ----------- | 98% | 97% | 99% | 93% | 98% | 98% | 6% |

## III. COMPLIANCE AREAS

### A. Professionalization (Chapter III of the Agreement)

10.   *Promotions*: The examination for promotion to the rank of Sergeant was announced through job posting amended on July 9, 2015 alongside to the prospectus, amended on June 26, 2015. The exam was administered as scheduled on August 29, 2015 to one thousand four hundred and thirty on (1,431) PRPDM applicants and one hundred and ninety four (194) PRPDM approved the same.  Similarly, on August 20, 2015 job postings for the promotion examinations to the ranks of First Lieutenant and Captain were published, while both were administered as scheduled on October 24, 2015.  Related to the Captain Promotion test, eighty one (81) out of one hundred and fifty three (153) PRPDM approved it for a fifty three percent (53%) of the total; as to the First Lieutenant test, sixty eight (68) out of two hundred and six (206) PRPDM approved the same for a thirty three percent (33%) of the total. The job posting for Second Lieutenant was published on October 1, 2015.  The exam will be administered on

December 5, 2015 and as of now, one thousand one hundred and three (1,103) Sergeants have filed the request for examination.

**B. Use of Force (Chapter IV of the Agreement)**

11.      *Use of Force and Reportable Use of Force*: As established in paragraph 226 of the Agreement, the TCA in a memorandum of approval dated June 8, 2015, reviewed the following policies: General Order 601 "Rules of Use of Force by PRPDM" and General Order 605 "Report and Investigation of Use of Force Incidents by PRPDM". Both policies were approved both as a final with an effective date of June 5, 2015. Likewise, on May 20, 2015, the TCA approved as final the following policies: General Orders 602 "Use and Handling of the Electronic Control Weapon" with an effective date of April 10, 2015; General Order 603 "Use and Handling of Impact Weapons " with an effective date of January 31, 2015; and General Order 604 "Use and Management of Chemical Agents" with an effective date of March 27, 2015. The Superintendent approved all of the aforementioned policies and they were divulged by email to make them available to all PRPDM.

12.      *Policy on Force Investigations Units or FIU's*: On August 26, 2015, PRPD sent to the TCA and the DOJ the final version of the General Order titled "Creation of the Force Investigation Units" with their respective forms. On September 14, 2015, the TCA approved the same as General Order Chapter 100; Section 113. The purpose of this General Order is to establish the duties of these units to investigate all serious incidents of use of force including those indicating apparent criminal conduct by a PRPDM; critical discharge of a firearm, incidents of use of force by members of the PPR with a rank higher to Sergeant; or those cases reassigned by the Superintendent, the

Superintendence of Professional Responsibility (SPR) or the Use of Force Incidents Evaluation Board (FRB). The creation of the FIU is critical to the process of gathering data related to cases of serious use of force, as these tend to require the intervention of several divisions of the PPR and or external investigative units. Full cooperation is expected in the process in order to ensure that all incidents of use of serious force and allegations of excessive use of force are investigated fully and equally by experts on the field ensuring that unlawful practices are properly identified and operational deficiencies are corrected.

13.    *Acquisition of Chemicals Agents and others Related Materials and Equipment*: PRPD acquired the chemicals agents and the necessary equipment and materials for the Chemical Agents' training and the decontamination. Once the PRPDM are certified accordingly, they will have accessible chemical agents as part of their less lethal weapon gear, so that they use the amount of force necessary and reasonable to control any situation, make an arrest, neutralize resistance to an arrest, prevent injury or to defend their life or that of a third person. See table for details:

| CHEMICAL AGENTS AND RELATED EQUIPMENT AND MATERIALS PURCHASES | | |
|---|---|---|
| **ITEMS** | **QTY.** | **DESCRIPTION** |
| 1.    Sabre Gel MK-3 | 7,000 | Chemical agent sprayer to be used by the PRPDM |
| 2.    Gas Holster | 7,000 | For the portability of the chemical agent sprayer |
| 3.    Canisters | 100 | Rechargeable containers |
| 4.    Refill System with air compressor | 14 | Use to recharge the canisters |
| 5.    Sabre Gel MK-4 (OC) | 200 | Sprayer to be used in trainings for its greater storage capacity |
| 6.    Sabre Gel (unit inert stream) | 200 | To be used in training (inert gas) |
| 7.    Sabre Decon Cleanse | 50 | To be used as decontamination of pepper spray |

On October 2015, PRPD procured 4,000 additional units of Sabre Gel MK-3. The purchase was approved and the funds have been identified for such purpose.

14.    *Delivery of the Chemical Agent Equipment to the PRPDM*:

| Delivery of Chemical Agents (Pepper Spray) to PRPDM | |
| --- | --- |
| **Superintendence** | **Quantity** |
| 1.  Auxiliary Superintendence in Fields Operation | 18 |
|    a.  Traffic Bureau | 9 |
|    b.  San Juan Area | 156 |
|    c.  Arecibo Area | 8 |
|    d.  Ponce Area | 17 |
|    e.  Humacao Area | 10 |
|    f.  Mayaguez Area | 8 |
|    g.  Caguas Area | 11 |
|    h.  Bayamon Area | 206 |
|    i.  Carolina Area | 212 |
|    j.  Guayama Area | 8 |
|    k.  Aguadilla Area | 14 |
|    l.  Utuado Area | 19 |
|    m.  Fajardo Area | 9 |
|    n.  Aibonito Area | 8 |
| 2.  Auxiliary Superintendence in Criminal Investigations | 255 |
| 3.  Superintendence of Professional Responsibility | 28 |
| 4.  Auxiliary Superintendence in Education and Training | 158 |
| 5.  Auxiliary Superintendence in Managerial Services | 0 |
| 6.  Superintendent Office | 26 |
| 7.  Superintendence Fortress Police | 4 |
| **Total:** | **1,184** |

15.     *Policy on the Use of Firearms*: On   June 5, 2015 the TCA approved General Order Chapter 600, Section 618 "Use and Handling of Service Weapons" amending in its entirety the General Order 2004-3 "Rules and Procedures for the Use, Carrying, Maintenance, Replacement, Seizing, Reassignment and Disposition of the Service Weapons of the Puerto Rico Police". On September 14, 2015, the Superintendent signed General Order 618 which was disseminated by electronic mail on September 15, 2015, and will also be published in the PRPD webpage to make it available to all PRPDM. This General Order establishes guidelines and procedures governing the use, handling, transport, maintenance, and security provisions of the firearms authorized by PRPD to comply fully with the policies on the use and reporting of usage force and other applicable laws. The fit and proper handling of firearms is one of the priorities of the PRPD, since it is a lethal weapon that by its nature is inherently dangerous. When a gun

is pointed intentionally, or is used against a person, such an act constitutes a use of force that must be reported immediately. All firearm incidents will be assessed in an objective and reasonable manner, using the criterion of proportionality between the situation and the resistance presented.

16.     *Policy on the Tactical Operation Division Requirements 27 to 31*: On July 31, 2015, PRPD submitted to the TCA the final version of the General Order Chapter 100, Section 112 "Reorganization of the Tactical Operations Division" for the corresponding review and approval. The purpose of this General Order is to establish the Tactical Operations Division as the operational unit of the PRPD which is responsible for crowd control and/or disturbances. The Tactical Division's actions will be framed in interventions wherein life and property are in danger, where there is destruction of public or private property; threat of explosives; or any other particular circumstances that threatens public safety. To fulfill their responsibilities, the PRPDM assigned to the Tactical Operations Division will receive specialized trainings in strategies, tactics and techniques that will enable them to perform their duties without the need for excessive use of force, as dictated by PRPD policies. This reorganization responds to the need for establishing new standards of selection, recruitment and retention of staff; temper their mission to the current social reality; and improve the use of human resources and quality of services provided by PRPD. Therefore, this change will ensure public safety and compliance with law enforcement in a constitutional manner.

17.     *Policy on Special Weapons and Tactics Division (SWAT)*: On August 31 PRPD sent to the TCA and DOJ the draft for the General Order to be entitled "Reorganization of the Division of Special Weapons and Tactics (SWAT)" for its review and comments.

This order establishes the organizational structure, method of selection, recruitment and mobilization of SWAT. The main objective of SWAT teams at PRPD is to handle high-risk incidents that endanger public security, in the safest possible manner. This is achieved through the proper selection and recruitment of staff; trainings according to the best law enforcement practices; appropriate tactical equipment to address such situations; and assignment of specialized duties focused on tactics to protect human life, property, civil rights of people and fight against crime.

18.     *Policy on Canines (Requirement 24)*: On September 30, 2015, PRPD delivered for review and approval to the TCA and the DOJ the Canine Policy. Once approved, this General Order is intended to establish the organizational structure of the Canine Division and delineate its administrative and operational duties, including the patrol dogs' protocol, according to applicable laws and the best police practices.

19.     *Assignment of Electronic Control Devices (ECW) to the PRPD*: PRPD has invested in the acquisition of electronic control devices so that PRPDM can have accessible less lethal weapons.  ECW's are vital instruments as less lethal weapons when the use of  necessary and reasonable force is required to control any situation, make an arrest, neutralize resistance of an arrest, avoid injuries to in self-defense or in defense of a third party. See, table for a ratio of the total allocation of ECW acquired by PRPD.

| ASSIGNMENTS OF ECW IN THE PRPD | | | | |
|---|---|---|---|---|
| **AREAS** | **YEARS** | | | |
| | **2012** | **2013** | **2014** | **2015** |
| AGUADILLA | 1 | 7 | 82 | 119 |
| AIBONITO | 4 | 4 | 56 | 114 |
| ARECIBO | 3 | 5 | 78 | 127 |
| BAYAMÓN | 1 | 25 | 283 | 133 |

| | | | |
|---|---|---|---|
| CAGUAS | 3 | 12 | 112 | 119 |
| CAROLINA | 27 | 12 | 221 | 127 |
| FAJARDO | 3 | 17 | 75 | 99 |
| GUAYAMA | 2 | 6 | 91 | 96 |
| HUMACAO | 2 | 9 | 61 | 105 |
| MAYAGÜEZ | 2 | 12 | 80 | 109 |
| PONCE | 5 | 15 | 133 | 101 |
| SAN JUAN | 12 | 23 | 294 | 174 |
| UTUADO | 1 | 3 | 65 | 116 |
| **Sub Total Annual** | **66** | **150** | **-- 1,631** | **1,539** |
| OFFICES/SUPERINTENDENCES/BUREAUS | | | | |
| Superintendent Office | 1 | 2 | 5 | 15 |
| Auxiliary Superintendence of Training and Education | 20 | 4 | 16 | 3 |
| Auxiliary Superintendence of Fort Police | 1 | 5 | 12 | 4 |
| Auxiliary Superintendence Professional Responsibility | 0 | 0 | 1 | 1 |
| Auxiliary Superintendence of Field Operations | 14 | 9 | 32 | 16 |
| Traffic Bureau | 0 | 29 | 172 | 172 |
| Auxiliary Superintendence Criminal Investigations | 14 | 119 | 132 | 250 |
| **Sub Total Annual** | **50** | **168** | **370** | **461** |
| | | | | |
| **Total Global Annual** | **116** | **318** | **2,000** | **2,000** |
| **GRAND TOTAL** | | | **4,435** | |

20.   *Force Review Boards' Policy*: On June 8, 2015, the TCA approved the policy for the Force Review Boards. General Order Chapter 500, Section 502 "Creation of the Use of Force Review Boards for the Puerto Rico Police" was signed by the Superintendent on July 16, 2015. This policy was disseminated to all PRPDM using the PRPD email system "Police Informs" Informa Policía). The content of this policy was developed taking into account Requirements 46, 47 and 52 of the Agreement. This General Order creates the Force Review Boards (FRBs) at the Police Areas, and the Superintendent Force Review Board (SFRBs). These boards will serve as a quality control mechanism in investigations related to use of force incidents in which injury, serious bodily injury or death are recorded, or those involving possible criminal conduct of a PRPDM, as

applicable. They will ensure a full, timely and objective evaluation of the reported incident and an assessment as to whether the collection of evidence required and the terms applicable to the process have been met, as provided in PRPD policies. The FRB assess whether the investigations of a Level 2 and 3 use of force incidents wherein there has been an injury, were effectively made by a supervisor. For its part, the SFRB is responsible for evaluating reviews of serious incidents of use of force, use of force committed by members of the PRPD with superior rank than that of Sergeant, and those of apparent criminal conduct by members of the PRPD.

21.    *Appointment of the Superintendent's Force Review Board and Legal Advisors for the Force Review Boards*: The Superintendent, as per   General Order Chapter 500; Section 502, "Creation of the Force Review Boards of the PRPD", appointed the components of the SFRB and its Legal Advisors, as well as those attorneys assigned to the FRBs assigned to the Police Areas. The attorneys assigned to the boards will participate in the deliberation process on revisions to the investigations of incidents of use of force. They have no right to vote or to be part of the members forming the boards and their role is limited to clarifying legal issues necessary to complete the investigation process by the members thereof.

22.    *Workshops for Force Review Boards (FRB's) Legal Advisors*: On August 20, 2015, the Auxiliary Superintendence for Education and Training held a workshop for legal advisors and other PRPD staff, on the use of force. The workshop was attended by the following personnel:

   a.   Ten (10) FRB's Legal Advisors;

   b.   Ten (10)  members of the Legal Affairs Office;

c.  Eight (8) members of the PRPD's Reform Office;

d.  One (1) member of the Puerto Rico's Justice Department (Assigned to the PRPD's Reform Office).

23.  *Use of Force Incidents Statistics:* Shown below a table with the Use of Force Incidents reported for the years 2014 and 2015 as data provided by the Superintendence in Professional Responsibility:

| Area | 2014 (Jan. 1- Dec.31) | | | | Sub-Total 2014 | 2015 (Jan. 1-Oct. 31) | | | | Sub-Total 2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Level I | Level II | Level III | Level IV | | Level I | Level II | Level III | Level IV | |
| 1.  San Juan | 3 | 15 | 21 | 9 | 48 | 8 | 3 | 10 | 18 | 39 |
| 2.  Arecibo | 11 | 30 | 26 | 2 | 69 | 22 | 42 | 16 | 0 | 80 |
| 3.  Ponce | 30 | 53 | 14 | 10 | 107 | 47 | 22 | 9 | 10 | 88 |
| 4.  Humacao | 0 | 0 | 5 | 7 | 12 | 5 | 8 | 9 | 7 | 29 |
| 5.  Mayaguez | 13 | 24 | 7 | 3 | 47 | 22 | 27 | 10 | 1 | 60 |
| 6.  Caguas | 2 | 7 | 11 | 3 | 23 | 3 | 17 | 23 | 8 | 51 |
| 7.  Bayamón | 2 | 19 | 21 | 19 | 61 | 2 | 14 | 12 | 3 | 31 |
| 8.  Carolina | 10 | 8 | 10 | 5 | 33 | 6 | 10 | 12 | 1 | 29 |
| 9.  Guayama | 0 | 0 | 0 | 0 | 0 | 15 | 8 | 7 | 5 | 35 |
| 10.  Aguadilla | 25 | 31 | 16 | 9 | 81 | 21 | 29 | 12 | 0 | 62 |
| 11.  Utuado | 3 | 20 | 7 | 2 | 32 | 13 | 16 | 9 | 0 | 38 |
| 12.  Fajardo | 21 | 23 | 13 | 11 | 68 | 9 | 14 | 12 | 4 | 39 |
| 13.  Aibonito | 17 | 19 | 10 | 2 | 48 | 30 | 6 | 19 | 6 | 61 |
| Total: | 137 | 249 | 161 | 82 | 629 | 203 | 216 | 160 | 63 | 642 |
| Difference | 629 | | | | | 642 | | | | +13 |

## C.  Searches and Seizures (Chapter V of the Agreement)

24.  *Searches and Seizures:* On September 1, 2015, PRPD submitted the final version of the annual review of the General Order Chapter 600; Section 612 entitled "Authority of the PRPD to Conduct Searches and Seizures" to the TCA and DOJ for review and approval. This review is made in compliance with the Requirement 113, which establishes that the PRPD will review each policy annually during the first three (3) years from the date of appointment of the TCA or as soon as a deficiency on the same is notified.

25.   *Meetings with the Judiciary, Prosecutors, Public Defenders and Others*: In accordance with the Requirement 73, PRPD continues celebrating meetings with the different law and order agencies.  The most recent meeting was held in the Police Area of Humacao on June 12, 2015.  The goal is to meet with representatives of the different components of law enforcement in order to receive feedback from those entities to learn about the quality of investigations, arrests, testimonies in court and exchange views and recommendations in order to foster the improvement of processes.

**D. Equal Protection and Non-Discrimination (Chapter VI of the Agreement)**

26.   *Collaborative Agreement between the LGBTT Community Center (Centro Comunitario LGBTT) and the PRPD*: On June 28, 2015, the Superintendent, in representation of PRPD and Ms. Cecilia La Luz for the LGBTT Community Center, signed a Collaborative Agreement between them aiming to coordinate efforts to help the victims of domestic violence belonging to the LGBTT Community. Through this agreement, the PRPD undertakes to offer conferences at the LGBBT Community Center and the community at large, about the services offered by the Agency in support and for the protection of the victims of gender violence.

27.   *Executive Hearings for PRPDM or their Partners on Victims of Domestic Violence and/or Sexual Harassment*: As part of a collaborative effort with the Women's Advocate Office, the Superintendent announced the opportunity for PRPDM or their partners to appear at the executive hearings held on September 16 and 17, 2015. The Superintendent instructed that this information be circulated to all PRPDM through memorandum and electronic mail communication (Police Informs/"Informa Policía") in an effort to promote open access to the complaints regarding discriminatory practices

and to discourage any type of misconduct in compliance with Requirements 80, 93, and 99 of the Agreement.

28.    *Directive on the Prohibition of Discrimination in the Workplace*: On September 21 2015, the Superintendent, in compliance with the Consent Decree between the PRPD and the DOJ in the case of the <u>United States v. the Commonwealth of Puerto Rico and the Police of Puerto Rico</u>, Civil Action No. 3:13-cv-1566 (FAB), signed a directive to all staff of the Agency, reiterating in the institutional policy of zero tolerance to discrimination by reason of race, gender, color and religion. Also prohibited is any act of retaliation against any PRPD employee who is engaged in any activity according to Title VII of the 1964 Civil Rights Act.

29.    *PRPDM's Attendance to the Puerto Rican Congress on Human Rights, Gender and Sexuality*: On September 2 and 3, 2015 the Puerto Rico Civil Rights Commission invited PRPD to attend the Puerto Rican Congress on Human Rights, Gender and Sexuality. Participation by PRPDM included representatives of the following dependencies: Office of Legal Affairs; Reform Office; Auxiliary Superintendence of Education and Training; and the Bureau of Drugs, Narcotics, Vice and Illegal Weapons. The Narcotics' Bureau, represented by the Director of the Bureau and eighteen (18) of the Drug Division Directors attended on September 3, 2015 wherein the following topics were presented: International Legal Framework on Human Rights, Gender and Sexuality; Criminalization of Sexuality; Necessary Changes for Equity, which are very helpful for the daily work of these Directors and the staff they supervise. Similarly, on September 30, 2015 the Director of the PRPD Reform Office attended the presentation of the report entitled "Human Rights and Corruption". Attendance of PRPDM,

especially supervisors and senior managers to this type of activity, allows for a learning experience and greater understanding of how to improve the daily work PRPDM perform.

30. *Regulation Number 3743 "Procedures to Channel Sexual Harassment Complaints in the Workplace" (formerly General Order Number 88-7)*: PRPD developed the following regulations drafts, which will replace the current Regulation 3743

   a. Internal Regulations for the Prevention of Sexual Harassment, Discrimination, and Retaliation at PRPD;

   b. Regulation for the Establishment of Police Practices Free of Discrimination, Improper Sexual Conduct and Reprisals at PRPD.

These drafts have been prepared taking into account the best police practices and Requirements 80 and 81 of the Agreement. On September 4, 2015, the final drafts of the policies were referred to the TCA and the DOJ for review and approval.

31. *Review of General Order on Domestic Violence*: On August 15, 2015 the final versions of the policies on domestic violence were submitted for review and approval to the TCA and the DOJ. The policy under review "General Order 2006-4 "Reorganization of the Specialized Division of Domestic Violence of the Puerto Rico Police" was divided into three (3) policy drafts: General Order "Duties and Responsibilities of the Specialized Division of Domestic Violence"; Administrative Order "Intervention on Domestic Violence Incidents"; and Administrative Order "Intervention on Domestic Violence Incidents Applicable to PRPD Employees". These

drafts have been prepared taking into account the best police practices, applicable laws and the Agreement.

32.    *Policies on Sexual Crimes*: On September 30, 2015, PRPD sent to the TCA and the DOJ, the following policies:

    a.  Administrative Order "Reorganization and Functional Structure of the Sex Crimes Division".

The purpose of this Administrative Order is to repeal General Order 2007-1 "Roles and Responsibilities of the Divisions of Sexual Crimes and Child Abuse" to redefine its organizational and functional structure in order to segregate anything related to the investigation of sex crimes and child abuse, and to outline all administrative processes related to the roles and responsibilities of the PRPDM that comprise the Divisions of Sexual Crimes and Child Abuse.

    b.  General Order "Investigation of Incidents of Sexual Violence Applicable to PRPD Employees".

The purpose of this General Order is to reiterate the public policy of PRPD of zero tolerance towards crimes of sexual violence. The General Order also implements the procedures in dealing with such offenses, when a PRPD employee is involved. This, with the primary intention of maintaining community confidence in the work done by the PRPD on the strict application of the law. Therefore, the duties of PRPDM are stated in full detail and in a precise manner, particularly those of the   Sex Crimes Division and all its components in handling both criminal and administrative investigations of sexual offenses' complaints where PRPD employees are either the victims or perpetrators. Emphasis is made

on the obligation of all PRPDM to refer the employee involved in these acts to the Superintendence of Professional Responsibility and/or the Department of Justice of Puerto Rico, for the corresponding legal or administrative procedures. The General Order safeguards the effectiveness of procedures and equal protection of the laws to meet an unprejudiced investigation of the employee of the PRPD involved in the incident.

c.   General Order "Intervention of Sexual Violence Incidents"

The purpose of this Administrative Order is to provide operational and specialized agents the guidelines to address cases regarding all sexual violence crimes. In addition, the General Order also establishes interagency cooperation to provide support services to victims and families. It also incorporates protocols for initial response to any report of a sexual offense and investigation mechanisms, including interaction with the victims, interviews and the gathering of evidence. The PRPD has the primary interest of assisting and protecting the victims of sexual violence, as well as to achieve the identification of the aggressor for proper prosecution.

33.   *NIBRS*: On September 1, 2015, PRPD submitted to the TCA and the DOJ the draft policy on the NIBRS system entitled "Controls on the Use, Distribution, Archiving and Final Disposition of the Crime Incident Reports NIBRS in the Puerto Rico Police" for review.   This policy allows the implementation of a system of rules, duties, and responsibilities that will be followed by PRPDM, through the creation of a framework of administrative controls for the use, distribution, archive and disposal of reports of incidents. The collection of data on criminal occurrences through incident reports, is an

essential tool for the agency since it can be measured and analyzed in order to determine accountability of PRPDM. The data will serve as a basis for planning, preparation and development of effective work plans, aimed to prevent crime, to solve criminal cases and to maximize the resources at PRPD. At the same time, the structure to be implemented, includes the process of incorporation into our jurisdiction of the use and management of new technologies and systems of digitalization through the establishment of the Computer Aided Dispatch System (CAD).

34.    *Requirement 100 - Monitoring of Domestic Violence Cases*: PPRD is gathering statistical information on the results of the investigations of domestic violence, in order to issue the annual report as required by the Agreement. See, table for the statistical data of the investigations of domestic violence cases for the period covering January 1 to November 15, 2015:

| Results Of Investigations of Cases of Domestic Violence Against PRPDM (Requirement 100) Period January 1 to November 15, 2015 (Source SPR) | | | | | |
|---|---|---|---|---|---|
| Gender | Complaints Received | PRPDM Arrested | Quantity of Cases Filed | Convicted PRPDM | Other Persons Arrested |
| Male Arrested | 116 | 46 | 19 | 0 | 0 |
| Female Arrested | 12 | 5 | 0 | 0 | 0 |
| Total | 128 | 51 | 19 | 0 | 0 |

## E. Recruitment, Selection, and Hiring (Chapter VII of the Agreement)

35.    *Recruitment Action Plan*: On September 25, 2015, the Recruitment Action Plan was submitted to the TCA and the DOJ for review and approval. Under the Agreement, the Department of Compliance Recruitment, Selection and Appointment has as its main purpose to develop and establish a program with clear guidelines and objectives for the recruitment of candidates for PRPDM. The Department has developed specific strategies to attract diverse groups among the Puerto Rico population and successfully

promote the appointment of qualified candidates of different communities. The aim is for a clear and transparent recruitment process that guarantees equal protection of the law and nondiscrimination as per police best practices. The activities contained in the Action Plan must first be approved in order to proceed with their implementation. At the time, the Superintendent has not issued a call for recruitment of applicants as PRPDM. Nonetheless, PRPD is receiving the transfer of a number of employees from other agencies for administrative work. The Superintendent's commitment with the Legislature, is that for every civilian employee who is incorporated into the PRPD, two (2) PRPDM with related duties are identified so then they can be used in proper police field work.

**F. Policies and Procedures (Chapter VIII of the Agreement)**

36.    *Status of Policies Development*: As of this date, the TCA has approved a total of fourteen (14) policies, the equivalent to a twelve and a half percent (12.5%) of the total number of policies and procedures designed in the Action Plans. The TCA and the DOJ are currently in the process of evaluating sixteen (16) additional policies for approval.

**G. Training (Chapter IX of the Agreement)**

37.    *Field Training Officers (FTO's)*: According to statistics provided by the Assistant Superintendent in Field Operations, of a total of three hundred ten (310) apprentices, three hundred three (303) have completed the FTO Program. The remaining seven (7) have not completed the Program either because of military leave or because they have been disarmed, as a result of PRPD policies and procedures.

a.   FTO's and Apprentices Distribution:

| GLOBAL | | |
|---|---|---|
| PRPD AREA | FTO's | Apprentices |
| Bayamon | 95 | 105 |
| Carolina | 88 | 78 |
| San Juan | 135 | 127 |
| Sub Total | 318 | 310 |
| Drops | (8)[2] | (7) |
| *TOTAL* | *310* | *303* |

b.   Statistics on status of pending trainees to complete the program:

| Apprentices Pending to Finalize the FTO Program | | |
|---|---|---|
| Work Unit | Inactive Apprentices | Reasons |
| Area Bayamon (3) | | |
| Precinct Bayamon North | 1 | Disarmed |
| Precinct Bayamon South | 1 | Military Leave |
| Precinct Bayamon West | 1 | Military Leave |
| Area Carolina (0) | | |
| Area San Juan (4) | | |
| Precinct Calle Loíza | 1 | Disarmed by the PRPD Psychologist |
| Precinct Puerto Nuevo | 1 | Military Leave |
| Precinct Río Piedras | 1 | Military Leave |
| Tourist Unit | 1 | Military Leave |
| GLOBAL TOTAL | 7 | |

38.   *Trainings provided to the PRPDM*: The Auxiliary Superintendence for Education and Training have trained a total of thirteen thousand eight hundred and eighty four (13,884) PRPDM between the period of January 1 to November 6, 2015.

a.   See table for the training disciplines:

| | Trainings | PRPDM Trained | Percent of the PRPDM Trained |
|---|---|---|---|
| 1. | General Order 603 (Baton) 16 hours | 1,010 | |
| 2. | Order General 603 (Baton) 8 hours | 314 | 51% |
| | Order General 603 (Baton) 2-3 hours | 6,033 | |

---

[2] Seven (7) transfers and one resignation among the FTO's

| 3. | Electronic Control Weapon | 9,260 | 70% |
|----|---------------------------|-------|-----|
| 4. | Recertification of Electronic Control Weapon | 476 | |
| 5. | Use of Force | 147 | 1% |
| 7. | Pepper Spray and Tear Gas Training | 1,236 | 9% |
| 8. | Arrest and Citations | 1,075 | 8% |
| 9. | Code of Ethical Conduct | 810 | 6% |

39. *Equipment Acquired by the PRPD to Facilitate Trainings*:

    a. Nineteen (19) wireless microphones (headsets) with portable speakers to facilitate the instructors to provide the training required by the Agreement. One unit of this equipment has been assigned to each of the thirteen (13) Police Areas and each of the four (4) Zones of Excellence.

    b. Twenty two (22) photo cameras, five (5) video (camcorders) cameras, twenty seven (27) memory cards of 16GB capacity, twenty seven (27) lithium batteries, and twenty seven (27) bulks of shoulder to be distributed in the PRPD Areas training centers and the ZOE's.

    c. One hundred and eighty (180) desks to the police Areas of Caguas, Humacao and Fajardo training centers.

    d. Two hundred and twenty five (225) pen drives of 16 GB capacity were acquired to be distributed among the instructors for use in their training duties.

40. *Update of the Use of Force Trainings as per the Action Plan on Use of Force*: The Auxiliary Superintendence in Education and Training established the Use of Force training according to the General Orders Chapter 600; Sections 601 "Rules for the Use of Force by Members of the Puerto Rico Police"; 605 "Report and Investigation of Use of Force Incidents by the Members of the Puerto Rico Police" and the Action Plan on Use of Force, respectively.  The Auxiliary Superintendence also developed the in-service courses for supervisors and non-supervisory personnel at PRPD, the syllabi of

which were sent to the TCA for review and approval.   These courses, detailed herein, include theory, practical trainings scenarios and interactive exercises:

a. Course of sixteen (16) contact hours training for supervisor personnel: codification number REA 601_605 (S) - Rules on the use of force by PRPDM who act as supervisors.

b. Courses of sixteen (16) contact hours training for non-supervisory personnel: codification number REA 601_605 - Rules on the Use of Force by Members of the PRPD who do not exercise supervisory duties.

41. *Development of the Training Design for the Course "Recertification of Instructors on Use of Force Rules"*: The Auxiliary Superintendence in Education and Training developed the training design for this course which includes instruction methodology and practices of training on the rules and guidelines governing the use of force, investigation and reporting of incidents, in accordance with the General Orders of the chapter 600,  Sections 601 "Rules for the Use of the Force by Members of the Police of Puerto Rico",  and 605 "Report and Investigation of Incidents of Use of Force by Members of the Police of Puerto Rico". On October 15, 2015, training design documents were sent to the TCA and to DOJ for review and approval.

42. *Requirement 120:* In compliance with  Requirement 120, the Auxiliary Superintendence in Education and Training reviewed  the curricula for the first, second and third semesters of pre-service training, which were sent on  July 8 and 15, 2015 respectively, to the TCA and the DOJ for review and comments.

43.   *Course Design for the Training on Investigation of Use of Force Incidents for Members of the Force Review Boards on the Use of Force (FRB)*: As per the Action Plan on Use of Force, PRPD's Auxiliary Superintendence in Education and Training developed the training design for the course on Investigation of Use of Force Incidents for members of the Force Review Boards at the Police Areas (REA No. 502 of four [4] contact hours).   The same is pending referral to the TCA and the DOJ for review, comments, and approval.

44.   *Design for the Training and Syllabus of the Arrest and Citations Course for PRPDM*: The Auxiliary Superintendence in Education and Training, as stipulated in the Action Plan on Searches and Seizures have developed the design for the training and syllabus for the course for Arrest and Citations of PRPD (REA 615 of 16 contact hours). On September 15, 2015, it was referred to the TCA and the DOJ for review, and approval.   The Auxiliary Superintendence for Education and Training through a collaborative agreement with the Puerto Rico Justice Department, has assigned a prosecutor to work with the staff and instructors on the training related to the aforementioned policy.   The prosecutor will also collaborate in the training of four (4) Master Instructors from the Arrests and Citations Division of the Auxiliary Superintendence of Criminal Investigations.   A syllabus was developed for a course for Instructors of 40 contact hours on the General Order 615 "Authority of the PRPD to carry out Arrest and Citations".   As a result, sixty five (65) PRPDM were trained, and are now skilled on the subject so that they themselves, can train others in their respective work units. This will allow the decentralization of trainings.

45. *Review of Chemical Agent Training*: On March 27, 2015, according to General Order Chapter 600; Section 604 "Use and Management of Chemical Agents" the Auxiliary Superintendence for Education and Training reviewed and approved the developed training material. At present, the agency has five (5) Master Instructors trained by a senior instructor from the Sabre Company, PRPD's supplier for the Pepper Spray.  The master instructors in part have trained 135 regular instructors, which will allow to continue the decentralization of trainings. The courses and a brief description of them are indicated below:

   a.  INST-304: Course of 16 contact hours for the certification of new instructors on chemical agents (pepper spray). It includes theory on rules and procedures and technical aspects and assessments (practice, simulated situations, contamination, decontamination and written examination from the perspective of the instructor).

   b.  POL-3046: Course of eight (8) contact hours for new operators of chemical agents (pepper spray). This training includes theory, practice and assessment (practice, simulated situations, contamination, decontamination and written exam).

46. *Update of the Pepper Spray Training to Incorporate Criteria to be Considered by Instructors as Indicators of Lack of Control of the Trainee*:  At the request of the Auxiliary Superintendence in Education and Training, the Division of Psychology and Social Work at PRPD evaluated the content and objectives of the Pepper Spray Training and as a result, developed a criteria to assess when to refer a trainee to the Division of Psychology by reason of lack of emotional control during the training. The instrument developed, considers the behavior at each training phase that if present, would constitute

the criteria to be considered as poor control indicators by PRPDM at the time taking the training.

47. *On October 5, 2015 PRPD Reform Office began the distribution of Equipment for the Pepper Spray Training to the PRPD Areas:*

| Areas | Units of Sabre MK - 3 delivered | Quantity of Inert Gas Delivered | Recharge Machine and Compressor | Observations |
|---|---|---|---|---|
| San Juan | 70 | 0 | 0 | |
| Arecibo | 200 | 20 | 1 | |
| Ponce | 275 | 20 | 1 | |
| Humacao | 100 | 20 | 1 | |
| Mayaguez | 200 | 20 | 1 | |
| Caguas | 175 | 20 | 0 | |
| Bayamón | 375 | 20 | 1 | |
| Carolina | 200 | 20 | 1 | |
| Guayama | 125 | 20 | 1 | |
| Aguadilla | 175 | 20 | 1 | |
| Utuado | 100 | 20 | 1 | |
| Fajardo | 100 | 20 | 1 | |
| Aibonito | 100 | 20 | 1 | |
| Academy | 0 | 0 | 2 | |

48. *Course on Revised Use of Force Policies for High Ranking Officers*: On September 16 and 17, 2015, ten (10) Colonels, ten (10) Lieutenant Colonels, one (1) Commander, and one (1) Inspector were trained on the updated course on the Use of Force for supervisors (REA 601_ 605 [S]) offered to executive staff and high ranking officers.

49. *Training on the General Order Chapter 600; Section 603 "Use and Handling of Impact Weapons"*: PRPD has a Master Instructor on Impact Weapons and the necessary training materials. The impact weapons training was updated according to the revised policy, resulting in the development of the following courses:

    a.  POL-2043: Course of 16 contact hours for new operators of the expandable baton;

    b.  POL-2044: Course of eight (8) contact hours retraining for expandable baton for operators whose two (2) year certification has expired or is about to expire;

    c.  Refresher Course of three (3) contact hours on the reviewed policy to the PRPDM whose certification is still valid.

50.   *Shooting Training with Regulation Firearms according to Requirements 24; 26; 53 (e) and 54 (a-e)*: The Auxiliary Superintendent in Education and Training is in the process of modifying the regulation firearms' training along with new policy approved on September 11, 2015, General Order 618 "Use, Operation and Maintenance of Regulation Firearms of the Puerto Rico Police". The training is coordinated by the Superintendence, and records are maintained as to firearm qualification.

    a.  Firearms Training Statistics:

| Quantity PRPDM Trained in Regulation Firearms | | | |
|---|---|---|---|
| Shooting Range | Regulation Firearms Qualification (Handgun) | Qualification with Long Gun and Shotgun | Familiarization Training with Regulation Firearms (Handgun) with Stress |
| Gurabo | 3,708 | 3,016 | 2,386 |
| Isla de Cabras | 4,195 | 4,140 | 1,412 |
| Arecibo | 1,644 | 1,333 | 1,283 |
| Aguadilla | 822 | 743 | 743 |
| Cabo Rojo | 2,413 | 2,413 | 2,378 |
| | | | |
| **TOTAL** | **12,782**[3] | **11,645** | **6,920** |

51.   *Development of the Training Design for the Course of the Operators of the Electronic Control Devices*: On October 15, 2015, the TCA and the DOJ received for

---

[3] This number does not reflect the 6,508 MPPR trained in night shooting training with regulation firearms (handgun) in its first phase, which was included in the Second Progress Report. The second phase of this training began on September 28 and ends on December 11, 2015 as reflected in the table up to date. (Requirement 53c).

review and approval the Training Design developed by the Auxiliary Superintendence in Education and Training of the following courses:

   a. REA_602 -- Operators Certification for the Electronic Control Device of 16 contact hours.

   b. REA_602 (R) – Operators Recertification for the Electronic Control Device of eight (8) contact hours.

52.     *Development of the Training Design for the Course Associated with the Physical Fitness Test*: The Auxiliary Superintendence for Education and Training developed the training design of the course entitled Physical Fitness Test - PTF-100 of two (2) contact hours.  The purpose is to demonstrate that PRPDM are physically able to perform the duties assigned to law enforcement members. On October 15, 2015 this document was sent to the TCA and the DOJ for review and approval.

53.     *Requirement 93-94 Sexual Assault and Domestic Violence*: PRPD submitted a proposal which was approved, for the federal project Victims of Crime Assistance (VOCA) with the purpose of advancing the investigative process and the individualized and sensible intervention of the victims of domestic violence and sexual assault.  VOCA is aimed at people who have suffered physical, sexual, emotional or financial harm as a result of the commission of a crime; abused children; victims of domestic violence and victims of sexual assault. The approved proposal creates a pilot training program for the PRPD Areas of Caguas and Humacao, in order to provide the PRPDM skill development in the areas of domestic violence and sexual assault. A psychologist and an attorney at law, were hired through this program and they will develop a syllabus for a training of twenty (20) contact hours on the psychosocial aspects of the dynamics of domestic

violence and twenty (20) contact hours on the legal aspects focused on the fair treatment of victims under the standards set by the PRPD and the Agreement. Training to the Police Areas of Caguas and Humacao, will be provided at the facilities of the Auxiliary Superintendence for Education and Training, once a month for about a year, beginning on November 2015.

54.   *Requirement 120 Evaluation and Review of Curricula Prior to Service*: During the period covering the months of March until June 2015, the Auxiliary Superintendence of Training and Education reviewed thirty (30) syllabi of the curricula for the training prior to service 2015-2016.  The recommendations of the Community Working Group on the Police Reform (GRUCORPO) was taken into consideration.  On April 20, 2015, the Superintendent approved the curricula sequential 2015-2016, which has one thousand one hundred and fifty eight (1,158) contact hours. The syllabi were approved in their entirety by the TCA and the DOJ.

55.   *Requirement 122; Selection and Training of PRPDM and the Qualified Academic Instructors*: The Auxiliary Superintendence of Education and Training implemented as a required course for all instructor candidates the Instructor Development Course, which certifies PRPDM in the proper techniques of adult education (andrology). The program also encourages participants to be trained in strategies and teaching methods, evaluation methods, development of objectives, techniques of projection and presentation of audiovisual material. Important changes incorporated into the syllabi include the following:

   a.   Legal and ethical issues;

   b.   Study or needs assessment;

    c.   Theoretical principles of teaching – learning;

    d.   Taxonomy of Educational Objectives;

    e.   Development of a syllabus as a basis for curriculum design;

    f.   Plagiarism and intellectual honesty;

    g.   Adult teaching techniques I;

    h.   Adult teaching techniques II;

    i.   Effective communication in the classroom;

    j.   Evaluation and measurement;

    k.   Audiovisual resources.

The Instructor Development course consists of eighty (80) contact hours which includes theory, practical exercises and a final presentation. The Instructor Development Training Course was offered during the following periods:

    a.   June 16 -30, 2015 - attended by twenty (20) people, of which eighteen (18) are members of the PRPD, two (2) belong to the Puerto Rico's Department of Corrections and one (1) is part of the classified personal the PRPD.

    b.   August 10-15, 2015- attended by twenty one (21) members of the PRPD.

    c.   October 14-29, 2015- attended by twenty one (21) members of the PRPD.

## H. Supervision and Management (Chapter X of the Agreement)

56.   *Executive Level-Liaison Committee (Requirement 158)*: On August 27, 2015 the Superintendent appointed three (3) PRPD high-level police officials, who will be members of the Executive Coordination Committee of PRPD. The Committee shall meet every three (3) months with representatives of the local and federal components of criminal justice, including judicial courts, prosecutors, colleges and municipal police

departments. The purpose is to search for mutual feedback and information on how to improve the criminal aspect of Puerto Rico and the justice system, strategies to solve problems or concerns related to the PRPD and the performance of its officers, employees or units.

## I. Civilian Complaints, Internal Investigations, and Discipline (Chapter XI of the Agreement)

57.    *Reorganization of the Deputy Superintendence of Professional Responsibility (SPR)*: On August 26, 2015, PRPD submitted the final version of the policy titled "Reorganization of the Superintendence of Professional Responsibility" and the Organizational Chart of the SPR to the TCA and DOJ for review and approval. This structural reorganization will allow for the investigations of misconduct to be conducted in a diligent, objective and effective manner, creating specialized work units that did not exist before with an appropriate staff to perform them. This policy establishing the manner in which misconduct complaints against PRPDM are investigated.

58.    *Administrative Order for the Public Information Program on Complaints and Recognitions*: On September 4, 2015, PRPD submitted to the TCA and the DOJ the final version of the Administrative Order for the Program on Public Information on Complaints and Recognitions. The TCA approved the policy on October 16, 2015. As part of the process of informing the general public about the purpose of this policy, on November 4, 2015, PRPD began the new educational public awareness campaign entitled "La Policía Escucha Tu Voz" (PRPD Listens to Your Voice) which is a strategy to educate the community about the new communication systems available to all citizens for the reporting of any behavior they may deem to be improper on the part of any

PRPDM. The program also provides an educational campaign on recognizing those officers who have provided excellent service to the community.

a. Process

    i. The citizen has several ways of presenting a complaint or request for recognition, which are listed below:

        1. In person at any dependence of the PRPD or in any area, precinct or police district, 24-hours, seven (7) days a week;

        2. Via phone by calling the following number; 1(787) 781-7685;

        3. Via e-mail to : responsabilidadprofesional@policia.pr.gov;

        4. By postal mail to the following address:

**Policía de Puerto Rico**
**Superintendencia Auxiliar en Responsabilidad Profesional**
**P.O. Box 70166**
**San Juan, P.R. 00936-8166**

    ii. Forms for the filing of complaints or awards are available through PRPD's website www.policia.pr.gov;

    iii. One of the most relevant aspects of this new mechanism, is that officers will have both forms handy and available to the public. Anyone interested in filing a complaint, or to highlight the work of a fellow police member, can approach any of the agents and ask for the form.

b. Procedure after filing a complaint :

    i. Once the citizen files a complaint, it is assigned to the corresponding staff and then the citizen is notified in writing that the complaint is being investigated;

    ii.  Statements are taken to those involved in the situation, documents and evidence from the case is collected for drafting of the final report;

    iii.  This final report is submitted to the director of the relevant division who, in turn notifies the citizen that the investigation process has concluded and sends the report to the Superintendence of Professional Responsibility for analysis;

    iv.  The analysis which is made of the complaint is sent to the Legal Division of PRPD for evaluation and its result is delivered to the Superintendent;

    v.  Finally, the Superintendent will determine the actions to be taken and will notify the parties involved of the result of the investigation.

  c.  Every complaint will be investigated:

    i.  It is important that the community learns that all filed complaints will be evaluated according to the stipulated process and that the citizen will be informed about the receipt of the complaint, its progress and the outcome of the investigation.

    ii.  As established, the process of investigation of a complaint shall not exceed 90 days.

    iii.  The PRPD has established the necessary mechanisms to ensure compliance with that period of time.

    iv.  Anonymous complaints will be investigated and will be reported though the new channels of communication.

59.  *Collaborative Agreement between the School of Law of the Interamerican University of Puerto Rico and the PRPD*: On August 5, 2015, six (6) students of the

School of Law of the Interamerican University enrolled to participate in the clinic for the Supervised Practice with the PRPD. These law students will be working with the SPR and the Office of Legal Affairs on the administrative complaints.  This will serve the interest of both parties, since the students will benefit from a supervised practice that prepares them for their profession, while PRPD receives manpower in order to aid in the handling of the administrative complaint process.

60    *SPR Administrative Complaints Statistics*: Since the year 2012 until November 10, 2015 SPR has investigated a total of eight thousand one hundred nine (8,109) administrative complaints. Currently there are three hundred and three (303) complaints pending investigation.

Statistics of Administrative Complaints Received by Cause of Offense Alleged:

| REPORT OF ADMINISTRATIVE COMPLAINTS RECEIVED BY CAUSE OF OFFENSE ALLEGED Period from January 1 to November 15, 2015, Auxiliary Superintendence in Professional Responsibility | |
| --- | --- |
| 1.   Illegal or unreasonable arrests or detentions | 19 |
| 2.   Illegal or unreasonable records, searches, and seizures | 39 |
| 3.   Attacks or excessive or unjustified aggressions | 28 |
| 4.   Discrimination by politics, religion, socio-economic status, gender, nationality, race, and others | 34 |
| 5.   Undue delay in conducting arrestee to a magistrate | 0 |
| 6.   Use of unjustified violence; physical, psychological coercion against an arrestee | 3 |
| 7.   Refusal by an official to an arrestee to communicate with a family member | 0 |
| 8.   Interception and recording and  private communications | 0 |
| 9.   Inciting a person to commit a crime | 2 |
| 10.  Malicious persecution | 16 |
| 11.  Slander, libel and defamation | 11 |
| 12.  Misrepresentation and imposture | 0 |
| 13.  Use false evidence linking a person with crime | 1 |
| 14.  Start or continue surveillance or ostensible investigation | 0 |
| 15.  Obstruct, impede or interrupt the lawful exercise of the freedoms | 0 |
| *SUBTOTAL* | *153* |
| 16.  Absence or abandonment of service | 37 |
| 17.  Neglect, bias and incompetence | 531 |
| 18.  Misuse, loss or theft of Government property | 27 |
| 19.  Misuse or loss of service weapon | 47 |
| 20.  Declare, write, or write documents, aware that the facts are false | 5 |
| 21.  Abuse concerning of alcohol | 4 |
| 22.  Accident with official vehicles | 22 |
| 23.  Accidents with private owned vehicles | 3 |

| | | |
|---|---|---:|
| 24. | Aggression against a member of the PRPD | 5 |
| 25. | Immoral conduct | 246 |
| 26. | Physical Aggression (not CIPA [Commission of Investigation Processing and Appeal] | 4 |
| 27. | Unjustified denunciation | 12 |
| 28. | Debt | 15 |
| 29. | Verbal abuse | 34 |
| 30. | Communicate official affairs to unauthorized persons | 0 |
| 31. | Disobey and defy orders | 43 |
| 32. | Child support payments | 2 |
| 33. | Abuse of controlled substances | 3 |
| 34. | Domestic violence | 216 |
| 35. | Sexual Harassment | 29 |
| 36. | Workplace harassment. | 20 |
| | Subtotal | *1,305* |
| | Total | *1458* |

61.   *Controlled Substances Detection Test (Requirement 200)*:  For the period between January 1, 2015 to November, 2015 PRPD has performed one thousand seven hundred and thirty six (1,736) tests for controlled substances to PRPDM in a continuous manner. In order to ensure the reliability and validity of tests performed prior to service for cadets and to PRPDM, the tests are conducted randomly. Only three (3) positives results have been received during this year, as shown in the table below:

| CONTROLLED SUBSTANCES TESTING IN THE PRPD | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PERIOD FROM JANUARY 1 TO NOVEMBER 30, 2015 (Source SPR) | | | | | | | | | | | |
| AREAS | JAN | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPT | OCT | NOV | TOTAL |
| Aguadilla | | | 17 | | | | | | 49 | | | *66* |
| Aibonito | | | | | | | | | | | | *0* |
| Arecibo | | | | | | 23 | | | 54 | 32 | | *109* |
| Bayamon | | | 26 | | | 88 | | 56 | 24 | 41 | | *235* |
| Caguas | 226 | | 23 | | | | | | | | | *249* |
| Carolina | | | 26 | | | | | | | | | *26* |
| Fajardo | | | | | | | | | | 20 | | *20* |
| Guayama | | | | | | | | | | | 42 | *42* |
| Humacao | | | | | | 30 | | | | | | *30* |
| Ponce | | | | | | | 18 | | | | | *18* |
| Mayaguez | | | 20 | | | | 15 | | | | | *35* |
| Utuado | | | | | | 169 | | | 9 | *16* | | *194* |
| San Juan | | 79 | 64 | | | 76 | | | 87 | 76 | | *382* |

| Pre-Employment Cadets | | 1 | | | | | | | 6 | | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 323 | | | | | | | | | | 323 |
| **Total** | 549 | 80 | 176 | 0 | 0 | 217 | 169 | 89 | 136 | 202 | 1,736 |
| Positives Results | 2 | | | | | | 1 | | | | 3 |

## J. Community Engagement and Public Information (Chapter XII of the Agreement)

62.  *Policy on Citizen Interaction Committees*: On June 8, 2015, the TCA approved General Order Chapter 800, Section 801 "Operation of the Central Committee and Areas Committees of Citizen Interaction with the Puerto Rico Police", which was signed by the Superintendent on June 15, 2015. By June 17, 2015 the policy was available to all PRPDM through their email accounts.

63.  *Call for Citizens interested in the Citizen Interaction Committees (CIC's)*: On July 1, 2015, a press conference was held to announce the call for interested citizens to belong to the Central or the thirteen (13) Police Areas Citizen Interaction Committees. The opening was extended to the month of July 2015.  This project was carried out in compliance with the Requirements 209 and 210, as established in the Agreement, and the General Order Chapter 800, Section 801 "Functioning of the Central and Areas Committees of Citizen Interaction with the Puerto Rico Police".

64.  *General Order 801-Selection Committee to Assess and Select the Candidates who will Constitute the Citizen Interaction Areas Committees*: On August 5, 2015 the Superintendent appointed the members of "Selection Committee to Assess and Select the Candidates who will Constitute the Citizen Interactions Areas Committees" as set out in the General Order Chapter 800, Section 801 "Operation of the Central Committee and Areas Committees of Citizen Interaction with the Puerto Rico Police".  The purpose of this Committee was to assess all of the candidates who responded and who

represented different sectors of the community. Through the selection process, five hundred and ninety (590) persons were evaluated and finally one hundred and seventy four (174) were recruited to become part of the CICs. See table for statistics of the amount of persons who constitute the Citizen Interaction Committees (CIC's):

| Areas & Central Committee | Candidates Selected |
|---|---|
| Central | 13 |
| San Juan | 11 |
| Arecibo | 13 |
| Ponce | 14 |
| Humacao | 13 |
| Mayaguez | 13 |
| Caguas | 11 |
| Bayamon | 12 |
| Carolina | 12 |
| Guayama | 13 |
| Aguadilla | 12 |
| Utuado | 13 |
| Fajardo | 13 |
| Aibonito | 11 |
| **TOTAL** | **174** |

On October 19 and 21, 2015 one hundred and seventy four (174) new members of the CIC's Central and Police Areas were sworn in.

65.   *Open Meetings (OM)*: PRPD continues celebrating Open Meetings in order to cultivate their relations with the community.  So far in 2015, PRPD has held twenty-five (25) Open Meetings with more than three thousand nine hundred sixty two (3,962) participants from the communities:

| PRPD OPEN MEETINGS IN 2015 | | | |
|---|---|---|---|
| Area | Date | Public Attendance | Comments |
| 1.  Fajardo | March 11 | 118 | |
| 2.  Utuado | March 18 | 42 | |
| 3.  Carolina | March 20 | 30 | |
| 4.  Arecibo | March 26 | 93 | |

| | | | |
|---|---|---|---|
| 5. Aibonito | April 8 | 47 | |
| 6. Humacao | April 15 | 90 | |
| 7. Guayama | April 22 | 27 | |
| 8. Bayamon | April 28 | 92 | |
| 9. San Juan | May 6 | 63 | |
| 10. Mayaguez | May 14 | 53 | |
| 11. Aguadilla | May 19 | 99 | |
| 12. Ponce | June 17 | 184 | |
| 13. Caguas | July 1 | 73 | |
| 14. Utuado | August 19 | 51 | |
| 15. Mayaguez | September 10 | 2,090 | Transmitted by Radio (Radio Sol 1090 AM/estimated audience by the radio station) and Internet |
| 16. Humacao | September 16 | 96 | |
| 17. Arecibo | September 17 | 93 | |
| 18. Carolina | September 18 | 40 | |
| 19. Guayama | September 23 | 43 | |
| 20. Fajardo | September 29 | 95 | |
| 21. San Juan | October 7 | 17 | |
| 22. Aibonito | October 14 | 82 | |
| 23. Caguas | October 21 | 207 | |
| 24. Aguadilla | October 27 | 44 | |
| 25. Ponce | October 28 | 93 | |
| **TOTAL** | | **3,962** | |

66. *Public Information*: Through press release, the Superintendent informed that as of June 22, 2015, all General Orders from 1973 to the present would be available on PRPD's website (www.policia.pr.gov). This effort is to keep the staff informed of the existing policies as well as to the general public providing transparency to the reform process. This contributes to meeting the Requirements 4 and 205 which deal with the responsibility of the PRPD in the collection and public dissemination of information on the reform efforts, its results and the duty to develop strong relationships with the community.

67. *Informational Workshops on the Reform Progress for Community Councils*: During the period from May to September 2015, the PRPD Reform Office has been

conducting informational workshops to educate the members of the Community Counsels on the reform process and the progress achieved in compliance with the Requirements of the Agreement. The workshops were conducted in the thirteen (13) Police Areas impacting 578 councilmembers.

| Guidance Workshops Regarding the Reform Office PRPD for Community Councils During 2015 | | |
|---|---|---|
| **Area** | **Date** | **Councilmembers** |
| 1.  San Juan | August 12 | 74 |
| 2.  Arecibo | May 27 | 36 |
| 3.  Ponce | August 20 | 37 |
| 4.  Humacao | July 2 | 25 |
| 5.  Mayaguez | June 18 | 54 |
| 6.  Caguas | July 22 | 50 |
| 7.  Bayamon | September 9 | 70 |
| 8.  Carolina | July 16 | 20 |
| 9.  Guayama | August 5 | 40 |
| 10. Aguadilla | July 28 | 50 |
| 11. Utuado | June 3 | 36 |
| 12. Fajardo | July 8 | 50 |
| 13. Aibonito | May 13 | 36 |
| **TOTAL** | | **578** |

68.    *Informational Workshop about the Reform Progress for Members of the Dominican Community*:   On May 14, 2015, the PRPD Reform Office held an informational workshop on the Agreement and the achievements obtained in the reform process for the Dominican Community.

69.    *Community Groups Cooperating on Policymaking*: Community Groups have been contributing in the development of policies that have been developed in the reform process. Among the collaborating groups are GRUCORPO (Community Group Working on the Police Reform) composed of the following community organizations and individuals: Laura Aponte Alliance for Social Peace (ALAPAS); ACLU; Amnisty International Puerto Rico Chapter; Asian Community Group and Youth Association

Corp. [(ACYA)]; Ample Committee for the Search of Equity [CABE]; Puertorrican Coalition for Reduction of Damages (CoPuReDa); Colegio de Abogados de Puerto Rico; Legal Assistance Clinic of the University of Puerto Rico, Section of Discrimination for Sexual Orientation and Gender Equality; Coordinator of Peace for Women (CPM); Open Spaces (EA); Institute for the Investigation and Promotion of Human Rights (INIPRODEH); Intercambio PR; Society for the Legal Assistance (SAL) and Creative Lesbian Workshop. All draft policies have been sent to these group. Presently, PRPD and GRUCORPO are negotiating a Memorandum of Understanding in order to establish a better sense of the responsibilities among them, in their continued participation in the development of constitutional and bias free policies.

70.    *Second Public Hearing*: The public hearing was celebrated on October 22 and 23, 2015 at Ponce, Puerto Rico with a varied participation of community groups and influential personalities such as Former governor Rafael Hernández Colón, Ponce Mayor Maria Melendez Altieri, and William Ramirez from the ACLU.

71.    *National Night Out (Requirement 205)*: On August 4, 2015, PRPD along with the Community Security Councils, municipal, state, and federal agencies, civic, cultural, and religious groups attended the traditional event known as the "National Night Out".  This activity was carried out in all 13 Police Areas to bring a strong and clear message that communities in union with the PRPD can work in a collaborative and organized manner on public awareness regarding issues like drugs, violence and crime.

72.    *Public Broadcasting on Radio (Requirements 205)*: On June 23, 2015, staff from the Reform Office attended the Radio Program "Police 10-22" which airs every Tuesday from 7:30 pm to 8:00 pm, in order to answer questions from the program's presenter and

radio listeners in order to clarify doubts about the reform process. This approach promotes the dissemination of information on the reform process to both PRPDM and the general public, contributing to the compliance of Requirement 205 of the Agreement.

### K. Information Systems and Technology (Chapter XIII of the Agreement)

73.    *PRPD Web Page*: PRPD's website, (www.policia.pr.gov) has undergone continuous improvements since its creation, related to modernization and content of information therein published. The interest of the webpage is to keep both PRPD and the general public informed on the reform process and its progress.

74.    *Advances on Mobile Applications for the handling of Electronic Complaints*: The implementation of the mobile application for the handling of electronic complaints was completed in the Zones of Excellence.

75.    *Advances on the Application for the Handling of Electronics Complaints in PRPD Facilities*: The application for the handling of electronics complaints was installed in all detents of PRPD dependencies.

76.    *Data Backup System*: The installation of the PRPD Data Backup System it was completed.

77.    *Auxiliary Superintendence in Education and Training Technology Improvement*: The PRPD Academy wireless communication infrastructure was completed and operational.

78. *PRPD Headquarters Technology Improvements*: The connectivity of the data communications network of the PRPD Headquarters was actualized.  This with the purpose of balance the amount of data that runs in the actual lines.

79. *Computers for the Auxiliary Superintendence in Education and Training*: PRPD provided to the Auxiliary Superintendence with thirty five (35) computers for the facilities of the Auxiliary Superintendence in Gurabo.  This equipment  was installed as follows:

   a. Fifteen (15) laptops were installed in the faculty area of the Auxiliary Superintendence with access to the PRPD network and its collaboration platform (Microsoft Office 365).

   b. Twenty (20) desktop computers were installed to substitute and/or to add to the existence inventory in the library facility.

80. *Connection between the PRPD Corporate Network and the Auxiliary Superintendence on Education and Training's Network*: The connection amongst the two (2) networks was finalized.  This achievement brought back the Auxiliary Superintendence's communications data network up to the same accessibility level as the rest of the PRPD has.

81. *Computer Aid Dispatch (CAD)*: PRPD completed the installation of the bases and laptops on the patrol vehicles utilized for the CAD in all Zones of Excellence work units. In the Area of Humacao twelve (12) Laptops were allocated to be installed in their units. This allowed for the Las Piedras ZOE to receive the installation of Laptops in two (2) official vehicles as well as in the Naguabo District and the Highway Patrol Division of Humacao. Laptops were also installed in the District of Maunabo and Yabucoa.

82.   *ZOE's Use of the Crime Mapping as a Technology Tool*: As part of the overall development of information technology in relation to the fight against crime by the PRPD, presently the ZOE's have access to the application of the Crime Mapping. This has proved to be an effective tool in the development of operational work plans and the effective achievement of the goals in the fight against crime.

## IV. PRPD'S RESPONSE TO CONCERNS RAISED BY THE TCA OFFICE IN THE SIX MONTH REPORT JUNE 6, 2014-DECEMBER 6, 2014 (DOCKET 203)

83.   *Concerns raised by the TCA in its report for the period of December 7, 2014 to June 7, 2015*: In relation to the matters raised as a result of the visit of the TCA to the Canine Division, South Section in Ponce on May 12, 2015, we first state that PRPD provided a response to the TCA's report which was made public on October 29, 2015 (Docket No. 271).   Nonetheless, we provide the following information concerning the matters raised by the TCA Office:

a. Lack of supervisory staff: three (3) sergeants were allocated in the Central Office in Bayamon.

b. Due to the dynamic operations of the Canine Division of PRPD and given the particular needs and costs of operation of the service performed by these units, the staff assigned therein is serving according to a model based on the residence location of the PRPDM working in these units. This will minimize transportation and overtime costs, and will achieve a more flexible and convenient service to support the daily operations of the units.

c.  Lack of a training facility for dogs at the Canine Unit Ponce: A working plan was structured so that everyone received training at the facilities of the Northern Section in the Canine Division in Bayamon. These facilities are suitable to conduct training sessions for the PRPDM of the Canine Division.

d.  Handling of explosive material for training in possession of a supervisor assigned to the Southern Section Division Canine: The explosive material described by the TCA Office was a pseudo explosive and not a real explosive item. Nonetheless, the supervisor was properly trained and certified to perform the work of handler of dogs for detection of explosives from October 2014, before being assigned to the public security division, where he was trained and certified in explosives.  At the time of the TCA Office's visit on May 12, 2015, the supervisor's held a current license for handling explosives.

e.  Storage of chemicals used for the training of dogs: These are a combination of inert material that does not have explosive qualities (pseudo explosives) and are stored only in the facilities of Central and Northern Sections of the Canine Division. It is not necessary to have a special place for storage for these substances or to have a permit for transportation for transporting them since they are inert. As for the need for a control book regarding the movement of these materials, a record was developed to keep the information on the movement and use thereof, as a control tool.

f.  The materials required for the recertification of explosive detection dogs, were petitioned, as well as the respective storage equipment with the transportation and

control specifications. All requests are made by the PRPD Purchasing Division for the corresponding procedure of acquisition.

g.  Canine facilities in the Southern Section Division are in the process of being relocated to the old PRPD Shooting Range in Ponce. The structure of the facilities was transferred from the PRPD Academy to the Canine Division to be used as headquarters for this unit in Ponce. Necessary arrangements have been made to purchase the necessary materials, for the remodeling of the area.

h.  The Director of the Canine Division attended Indianapolis from August 24 to October 30, 2015, where he received three hundred and sixty (360) contact hours to become certified as Kennel Master Instructor. This certification will allow him to certify the handlers and their dogs. These contact hours have allowed him to also be certified in the National Odor Recognition System.

84.  *Zones of Excellence*: The TCA Office made some remarks about his visits to the ZOE's on its report for the period from December 7, 2014 to June 7, 2015.  In PRPD's response to the TCA report, these matters were addressed.  We discuss some of them below:

a.  The TCA received comments reflecting that there were some alleged areas of deficiency in the ZOE's. Specifically, one commander stated that not all PRPDM were trained in the basic principles of community policing.  PRPD has yet to receive any evidence on this matter.

i.  According to Requirements 227 and 229 all policies, training material, protocols and programs have to be submitted for review and approval to the TCA and the DOJ before its official effectiveness. In compliance with both

Requirements and according to Schedule P (page 109) of the Action Plan Community Engagement Interaction and Public Information currently in the review and approval process by the TCA and DOJ, provides that a General Order will be developed setting out the principles of community policing in the PRPD. This policy is due for delivery by December 2015. According to the above PRPD cannot train any PRPDM on this subject until this policy and their training materials are approved and meet deadlines.

85.   *Fajardo Maritime Unit*: The duties of these work units are set forth in the policy governing the same General Order 2006-1; which it is confidential and therefore its contents cannot be disclosed publicly. As for the jurisdiction of the Maritime Unit located on the coast of the Municipality of Fajardo, the same monitors this part of the east coast from the coast up to nine (9) miles offshore, sharing this part of the east coast with the Marine Unit Humacao. PPR also has additional Marine units strategically located around Puerto Rico, covering the same and adjacent islands within the maritime jurisdiction in international waters. Therefore Fajardo Maritime Unit is not responsible for monitoring the Multi-Agency Program Caribbean Corridor (Prohibición de Drogas Frontera Del Caribe) of maritime surveillance until the coasts of the Municipality of Rincon.

## V. CONCLUSION

With the submission of this report, PRPD celebrates eighteen (18) months of the reform process. The progress that has been achieved in this first period of capacity building has been remarkable when compared with the agency five years ago. PRPD welcomes the change that has

commenced at the agency in order to become a top notch law enforcement agency in the near future. PRPD thanks the communities involved in the transformation process and welcomes their collaboration and support in the process.  A special thanks is given to both the DOJ and the TCA Office for working in a collaborative manner with PRPD in order to effect change.

I hereby certify under penalty of perjury under 28 U.S.C. § 1746 and any other applicable law of United States of America, that the foregoing report and information is true and correct.

Executed on San Juan, Puerto Rico, on this 20th day of November, 2015.

JOSÉ L. CALDERO-LÓPEZ
Superintendent Puerto Rico Police

RESPECTFULLY SUBMITTED.

IT IS HEREBY CERTIFIED that on this same date, the foregoing was submitted to the Attorney General of Puerto Rico: César Miranda; the Technical Compliance Advisor: Arnaldo Claudio; to the Attorney General Office of the United States: Loretta E. Lynch and the attorneys of record, and that the foregoing was notified this 20th day of November 2015, to all attorneys of record.

CESAR MIRANDA RODRÍGUEZ
Secretary of Justice

*S/ BEATRIZ ANNEXY GUEVARA*
BEATRIZ ANNEXY GUEVARA
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-7700
Fax. (787) 722-4440
USDC-PR No. 217505
bannexy@justicia.pr.gov