UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **Plaintiffs,** <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO, et. al.** <br><br> **Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**MOTION TENDERING PRPD'S CORRECTED THIRD PROGRESS REPORT**

**TO THE HONORABLE COURT:**

    **COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows.

1. On August 12, 2016, PRPD filed a Motion for Leave to File its Third Progress Report as Per Requirement 261 of the Agreement.

2. On August 15, 2016, leave was granted by the Court (See Dkt. 401). Consequently, PRPD hereby tenders its Third Progress Report as **Exhibit 1**.[1]

    **WHEREFORE**, PRPD respectfully requests from this Honorable Court that it take notice of the aforementioned.

---

[1] The document was initially filed on August 16, 2016, but with minor errors. Consequently, it is being filed with the corresponding corrections.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on August 17, 2016.

**CÉSAR R. MIRANDA RODRÍGUEZ**
Secretary of Justice


**MARTA ELISA GONZÁLEZ Y.**
Deputy Secretary
General Litigations Office

**WANDYMAR BURGOS VARGAS**
Director
Federal Litigation Division
Department of Justice


**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov