# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>　　　　　　Defendants | No. 12-cv-2039 (GAG) |

## MOTION SUBMITTING THE SURVEY RESULTS
## PURSUANT TO PARAGRAPH 241 OF THE AGREEMENT
## FOR THE SUSTAINABLE REFORM OF THE POLICE OF PUERTO RICO

**TO THE HONORABLE COURT,**

Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. The survey conducted pursuant to Paragraph 241 of the Agreement for the Sustainable Reform of the Police of Puerto Rico has been completed and translated to the English language for filing with this Honorable Court. The aforesaid document is entitled "Report of the Results of the Exhaustive Surveys Related to the Perception of the Police Department of Puerto Rico According to Paragraph 241 of the Agreement of the Sustainable Reform of the Police of Puerto Rico" and was prepared by Richard Blanco Peck, Ph.D. The parties and the Superintendent of the Police of Puerto Rico were previously provided copy of this survey and the thirteen Area Commanders of the Police of Puerto Rico were briefed on the results of the same.

Wherefore, in view of the above it is respectfully requested the filing of the survey be permitted and this motion be granted as requested.

Certificate of Service:  I hereby certify that copy of the foregoing motion and the survey attached in *pdf* form have been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 23rd. day of August, 2016.

    S/ Antonio R. Bazán
    Antonio R. Bazán González
    U.S.D.C. No. 117007
    Banco Cooperativo Plaza Bldg.
    Suite 604-B, #623 Ponce de León Ave.
    San Juan, Puerto Rico, 00918.
    Tel. No. (787) 764-7684 & (787) 249-3070