# REPORT OF THE RESULTS OF THE EXHAUSTIVE SURVEYS RELATED TO THE PERCEPTION OF THE POLICE DEPARTMENT OF PUERTO RICO ACCORDING TO PARAGRAPH 241 OF THE AGREEMENT OF SUSTAINABLE REFORM OF THE POLICE OF PUERTO RICO



**Office of the Technical Compliance Advisor of the Sustainable Reform of the Police Department of Puerto Rico, Hato Rey, P.R.**

**Conducted by: Richard Blanco-Peck, Ph.D.**

## Table of Contents

*Page*

*Preface…………………………………………………………………………………4*

## First Part:

*Residents survey……………………………………………………………………...6*

*General conclusions…………………………………………………………………...59*

*Conclusions of the correlations………………………………………………………61*

## Second Part:

*Survey of the members of the P.R.P.D.……………………………………………...63*

*General conclusions…………………………………………………………………...115*

*Conclusions of the correlations………………………………………………………116*

## Third Part:

*Survey of the Arrested (Detainees) ………………………………………………118*

*Specific conclusions……………………………………………………………….....140*

*General conclusions and recommendations…………………………………….... 144*

*Bibliography…………………………………………………………………………146*

*Appendices……………………………………………………………………………148*

*Appendix A: QUESTIONNAIRE Residents………………………………………149*

*Appendix B: Questionnaire Members of the P.D.P.R………………………………160*

*Appendix C: Questionnaire of the Arrested ……………………………………......167*

**Preface**

On July 17, 2013, the United States of America District Court of Puerto Rico reached an Agreement to establish a Sustainable Reform for the Police Department of Puerto Rico. Senior officials of the Government of Puerto Rico and the Department of Justice of the United States of America signed this agreement. The Parties jointly enter into this Agreement to ensure that the Puerto Rico Police Department ("PRPD") delivers policing services in a manner that upholds civil rights guaranteed by the Constitution and laws of the United States and the Commonwealth of Puerto Rico.  The Agreement is also intended to promote public safety by providing PRPD officers with the tools, guidance, and resources that they need to fight crime effectively.  The Parties recognized that public safety, constitutional policing, and the community's trust in its police force are interdependent.  The full and sustained implementation of this Agreement will protect public safety, guarantee individual civil rights, and increase public confidence in the police.

On June 6, 2014, Mr. Arnaldo Claudio was appointed as Technical Compliance Advisor to "assess and report whether the provisions of this Agreement have been implemented and whether this accomplishment is resulting in constitutional and effective police practices, professional treatment of individuals and increase the confidence of the Community toward the P.R.P.D." (Paragraph 225 of the Agreement). On August, 2015 the Office of the Technical Compliance Adviser of Puerto Rico requested us for an independent professional consulting service through a contract for the development of statistically valid surveys, based on a consistent methodology and for the development of a Final Report. Therefore, complying with Paragraph 241 of the Agreement.

This researcher is a professor at the University of Puerto Rico Graduate School of Public Administration and has performed extensive survey research to the population of Puerto Rico on public policy issues, political inquiries, and evaluations of public agencies through the measurement of citizen perception of government performance. This academic, enjoys the professional resources to develop such research designs and has the faculty to incorporate and train graduate students and/or professionals as interviewers. This study involved 22 professionals, some of them with doctoral and master degrees. The three studies report includes the statistical results of: a.) a residents stratified random survey of the 78 municipalities, b.) a simple random survey of the members of the Police Department, c.) and face-to-face interviews with detainees in the police stations around Puerto Rico. The three surveys contained validated questionnaires and acceptable (over .80) indexes of consistency or Cronbach Alphas.

**Methodology:**

The attainment of paragraph 241 of the Agreement for a Sustainable Reform of the Police Department of Puerto Rico established on 17 July 2013 was achieved through three research designs that measured: a.) the experiences and perceptions of communities of Puerto Rico with the PRPD through a multi-modal survey that included a telephone-cellular-personal stratified random sampling of the 78 municipalities in Puerto Rico according to the proportion of each municipality established in the last census (2012). For the residents survey we selected the random proportions of the Puerto Rican population of older adults from 18 years according to the last census. The self-perception random survey of the members of the PRPD was attained by randomly selecting police members of the P.R.P.D. 13 Areas; and c.) the experiences and perceptions of people arrested by the PRPD where received through face-to-face interviews at police stations across Puerto Rico.

**Residents Survey**

## I.     First Part:

**Results of the Residents Survey:**

**Results of the comprehensive survey related to resident's perceptions of Puerto Rico's Police Department. A sample of 1.309 residents was drawn from the population between the weeks of August 14, 2015 to October 3, 2015.**

This **First Part** presents the findings of the scientific survey of the adult residents of Puerto Rico (18 years or more) and was conducted during August 14, 2015 through October 3, 2015. A random stratified sampling of 1.309 subjects selected in proportion of the 78 municipalities in Puerto Rico (including the islands municipalities of Vieques and Culebra). It was conducted in order to receive statistically valid information about the perception of the residents view of the 11 police reform areas addressed in the Agreement.

For this survey, three random and stratified modules were developed, 1- Telephone numbers selected systematically from the telephone directories by geographic area including Vieques and Culebra, 2- cell numbers selected systematically from the 78 municipalities including Vieques and Culebra and 3- random person to person visits in all the municipalities of Puerto Rico except Vieques and Culebra. In this aspect, the T.C.A. complies with the residential survey indicated in paragraph 241 of the Agreement between the U.S. Department of Justice and the Puerto Rico's Police Department.

The stratified random sampling research design was prepared and implemented with a margin of error of 2.5% and response rate of approximately 60 percent. A 17,000 cell phone

numbers data bank was randomly used to interview the adult population (18 years or more) of Puerto Rico. In addition, we used telephone random numbers selected from the Puerto Rico's telephone books by region picking area codes of each municipality. In addition, our team visited the municipalities with a crew of 20 people in residential areas of difficult access. This system of interviews is known as multi-modal survey design and is producing positive results in the innovation of scientific surveys in a 21st century era of population changes and advance technologies (Dillman, D., Smyth, J. & Christian, L.M., 2014).

The first findings presented below are from the demographic variables of this scientific research. The first table of this report shows the variable ethnic group to which the subjects interviewed corresponded.

Table 1: Ethnic Group

| | Frequencies | Percentage Frequency (%) |
|---|---|---|
| Ethnic Group | | |
| Predominant White | 642 | 49.0 |
| Predominantly Black/Mulatto | 294 | 22.5 |
| Predominantly Indian | 52 | 4.0 |
| Asian | 1 | .1 |
| Mixed | 271 | 20.7 |
| Other | 46 | 3.5 |
| No answer | 3 | .2 |
| Total | n = 1309 | 100.0% |

Table 1 shows the variable Ethnic Group and indicates that 49 per cent (642 persons) of the 1.309 residents surveyed in Puerto Rico revealed to be predominantly white. The 22.5 per cent (294 persons) indicated to be of the predominantly black/mulatto group, 20.7 percent (271 persons) selected the category of mixed, 4.0 percent (52 persons) predominantly Indian, 3.5 percent another (46 persons), the .2 percent (3 people) did not answer the question and only the .1 percent (1 person) was identified as an Asian. See Table 1 and Graph 1 to perceive such descriptions.

**Graph I**



Residents Survey of Puerto Rico, n = 1,309

The graph 1 presents the frequency and percentage frequency distributions of the demographic variable Ethnic Group of this research study. It is perceived that the majority of Puerto Ricans are identified as white (49%), black/mulatto (22.5%), mixed (20.7%) and Indian (3.97%) representing a 96.17% of the subjects of this survey. The rest denotes a small minority. Next, we perceive Table 2 that displays the variable Gender.

Table 2: Gender

|  | Frequencies | |
|---|---|---|
|  | Frequency | Percentage Frequency (%) |
| Gender | | |
| Male | 575 | 43.93 |
| Female | 734 | 56.07 |
| Total | n = 1309 | 100.00% |

The table indicates that the majority of the people who participated in this extensive survey were females with the 56.1 (734) percent versus a 43.9 (575) percent of male gender. According to the observations of our interviewers, many men were reluctant to participate and answer a questionnaire related to the State Police of Puerto Rico.

Next graph exhibits the percentage frequency distribution of gender groups.

**Graph II**



The graph II displays the frequency and percentage frequency distributions of the demographic variable gender. It shows that the majority of those interviewed were identified as 56.07 per cent female (734) and 43.93% (575) male.   Being the females the most of the participants in this scientific research.

Table 3 presents the frequency distribution of the demographic variable age.

Table 3: Age

| | Frequencies | |
| --- | --- | --- |
| | Frequency | Percentage Frequency (%) |
| **Age** | | |
| 18 to 28 years | 324 | 24.8 |
| 29 to 39 | 212 | 16.2 |
| 40 to 50 | 258 | 19.7 |
| 51 to 61 | 241 | 18.4 |
| 62 to 72 | 179 | 13.7 |
| 73 or more | 94 | 7.2 |
| No answer | 1 | .1 |
| Total | n = 1309 | 100.0% |

Table 3 shows that the subjects sample interviewed are distributed as follows: 24.8 per cent (324 respondents) are from 18 to 28 years of age, 16.2 per cent (212 subjects) of 29 to 39 years of age, 19.7 per cent (258 subjects) between the ages of 40 to 50 years, 18.4 per cent (241 persons) between 51 and 61 years, 13.7 per cent (179 subjects) between the ages of 62 to 72 years of age, and 7.2 per cent (94 respondents) between the ages of 73 or more. Only one person (1) did not indicate its age for a .1 percent of the category not answered. The sample accurately represents the population of 18 years or more of Puerto Rico.

Ahead we present Graph III where its shows the percentage frequency distribution of the age groups.

**Graph III**



Residents Survey of Puerto Rico, n = 1,309

The graph III illustrates the percentage frequency distribution of the demographic variable age. It exhibits the wide variation of the subjects examined. There is a very good percentage distribution of the resident's age groups. These statistics indicate that the sample obtained a good participation of the different age groups surveyed for this study.

The next variable to be exposed is residential area (zone).

Table 4: Residential Area

| | Frequencies | |
| --- | --- | --- |
| | Frequency | Percentage Frequency (%) |
| **Residential Area** | | |
| Rural Community | 466 | 35.6 |
| Urban neighborhood | 289 | 22.1 |
| Urban Town (Municipality) | 247 | 18.9 |
| City | 299 | 22.8 |
| No answer | 8 | .6 |
| Total | n = 1309 | 100.0% |

This variable has the categories of rural community, urban neighborhood, urban town (municipality) and city as shown in Table 4. If we add the categories related to urban areas, we have a 64.4 percent of respondents indicating that they reside in one of the classifications expressed in table 4. Around 35.6 percent resided in rural communities of Puerto Rico. Only 8 persons did not want to answer the question for a .6 per cent of the 1.309.

This shows that our interviewers reached various residential areas of the Puerto Rican population and the results match the 2012 census.

**Graph IV**



Residents Survey of Puerto Rico, n = 1,309

The graph IV describes the percentage frequency distribution of the demographic variable Residential Area. In this graph, we observe the residential area distribution of the interviewees. There is a very good representation of diverse residential area groups. The data indicates that the sample surveyed has a distinct groups influence with a 63 percent urban and a 37 percent rural.

The following Table 5 demonstrates the frequency distribution of the demographic variable Working Group.

Table 5: Working Group

| | Frequencies | |
| --- | --- | --- |
| | Frequency | Percentage Frequency (%) |
| **Working Group** | | |
| Professional | 113 | 8.6 |
| Middle management | 88 | 6.7 |
| White collar employee | 287 | 21.9 |
| Blue collar employee | 90 | 6.9 |
| Housewife | 324 | 24.8 |
| Part-time employee | 122 | 9.3 |
| Unemployed | 85 | 6.5 |
| Retiree/ Pensioner | 197 | 15.0 |
| No answer | 3 | .2 |
| Total | n = 1309 | 100.0% |

This table indicates the distribution of the respondents by Working Group variable in the following way: 8.6 percent (113 respondents) are of the professional group, 6.7 percent (88 subjects) of the middle management cohort, 21.9 percent (287 subjects) of the white collar employee group, 6.9 per cent (90 persons) identified as blue collar employees, 24.8 percent (324 subjects) distinguished themselves as housewife's, 9.3 percent (122 respondents) were part-time employees, 6.50 per cent (85) as unemployed, and 15.0 percent (197) as pensioners. Only three individuals (3) did not specify their working group for a .2 percent of the category not answered. The sample represents the distribution of the Puerto Rican residents in the island. Forward we

present Graph V showing the percentage frequency distribution of the working groups of this study.

**Graph V**



Residents Survey of Puerto Rico, n = 1,309

The graph arranges the percentage frequency distribution categories of the variable Working Group rounded to two decimal positions. These figures highlight the good percentage distribution of the different working groups that were sampled. It is a heterogeneous sample of the population of Puerto Rico. The 1.309 individuals surveyed represent the assorted socio-economic groups of Puerto Rico.

Table 6 presents the frequency distribution of the demographic variable education level.

Table 6: Education Level (degree studied and finished)

|  | Frequencies | |
| --- | --- | --- |
|  | Frequency | Percentage Frequency (%) |
| **Education Level** | | |
| Doctorate or J.D. | 45 | 3.4 |
| Master | 103 | 7.9 |
| Bachelor | 439 | 33.5 |
| Assoc. Degree /Technical | 235 | 18.0 |
| High School | 397 | 30.3 |
| Elementary School | 82 | 6.3 |
| No Education | 3 | .2 |
| No answer | 5 | .4 |
| Total | n = 1309 | 100.0% |

The table 6 exhibits the following percentage distribution by level studied and finished of those who responded in this survey: 3.4 percent (45 respondents) are from the group with a Doctoral Degree or J.D; 7.9 percent (103 subjects) of the group with a Master degree; 33.5 percent (439 subjects) of the group with a Baccalaureate degree, the 18.0 per cent (235 persons) are from the group with an Associate or Technical degree; 30.3 percent (397 subjects) indicated to only have a High School Diploma; 6.3 percent (82 respondents) reported having an Elementary School diploma; and .2 percent (3 individuals) not formally studied. Only five persons (5) did not answer their education level for a .4 percent. The sample fairly represents the

population of Puerto Rico, based on those who wished to participate in the study. Usually, those more educated are more willing to cooperate with scientific surveys. Ahead, we present the Graph VI displays the percentage frequency distribution of the groups by education level.

**Graph VI**



The pie chart (graph) VI highlights the percentage frequency distribution of the demographic variable education level. In this graph, one contemplates the categories by education level of the people surveyed. These numbers can also be seen in the Table 6. About 37 percent of the interviewed has high school or less. Approximately 67 per cent of the subjects who wanted to participate in this study have some preparation after high school.

Table 7 shows the frequency distribution of the demographic variable marital status.

Table 7: Marital Status

Frequencies

| | Frequency | Percentage Frequency (%) |
|---|---|---|
| **Marital Status** | | |
| Married | 485 | 37.1 |
| Divorced | 183 | 14.0 |
| Single | 435 | 33.2 |
| Widowed | 80 | 6.1 |
| Living Together (cohabitation) | 123 | 9.4 |
| No answer | 3 | .2 |
| Total | N = 1309 | 100.0% |

The table 7 indicates the sample distribution of the subjects organized by marital status categories. The results are as follows: 37.1 per cent (485 respondents) are married; 14.0 percent (183 subjects) are divorced; 33.2 percent (435 subjects) said to be single; 6.1 percent (80 persons) are widowed; and 9.4 percent (123 subjects) indicated to be living together. Only three persons (3) did not indicate their marriage status for a .2 percent of the category no answer. Next, we present Graph VII and the percentage frequency distribution of the Marital Status groups.

**Graph VII**



Residents Survey of Puerto Rico, n = 1,309

The graph VII exhibits the percentage frequency distribution of the demographic variable Marital Status. In this graph, you can observe the subjects who participated in this study by marital status. About 37 percent of the interviewees are married. Approximately 33 per cent of the subjects are single and almost 14 per cent indicate to be divorced. Around 6 percent said they were widowed. Near 9.4 percent expressed, they were living together. Only .23 percent did not answer the question.

The last table of demographic change in the Residential Survey presents the nationality variable to which it belongs each subject interviewed.

The next table of the Residential Survey is about the nationality of those who answered the questionnaire interview.

Table 8: Nationality

Frequencies

|  | Frequency | Percentage Frequency (%) |
|---|---|---|
| Nationality |  |  |
| Puerto Rican | 1214 | 92.7 |
| Dominican | 54 | 4.1 |
| Continental American | 20 | 1.5 |
| Asian | 1 | .1 |
| Cuban | 4 | .3 |
| Another | 14 | 1.1 |
| No answer | 2 | .2 |
| Total | N = 1309 | 100.0% |

The Nationality table shows that 92.7 percent (1,214 persons) of the 1.309 residents surveyed indicated to be Puerto Ricans. The 4.1 percent (54 individuals) revealed to be Dominicans, the 1.5 percent Continental Americans (20 subjects), the .3 per cent (4 persons) were identified as Cubans, 1.1 percent (14 people) as another nationality, only the .1 percent (1 person) was identified as Asian, and .2 per cent did not answer (2 interviewed). See Table 8 and Graph VIII to perceive such descriptions. As discussed in detail below, Graph VIII exhibits the percentage frequency distribution of the groups by nationality.

**Graph VIII**



This graph displays the percentage frequency distribution of the demographic variable Nationality rounded to two decimal places. In this graph, you contemplate the clusters by nationality. These numbers can also be seen in Table 8. About 93 percent of those interviewed identified as Puerto Ricans. The remaining 7 per cent were distributed among the other categories of nationality.

**Residents Results on the P.R.P.D. Reform**

Table 9 of the Residential Survey presents the variable Level of Knowledge of the Residents on the P.R.P.D. Reform. With this table, we begin to show the attitudes and familiarity of the residents of Puerto Rico regarding the P.R.P.D. Reform.

Table 9: Level of Knowledge of the Residents on the P.R.P.D. Reform

Frequencies

|  | Frequency | Percentage Frequency (%) |
|---|---|---|
| Level of Knowledge |  |  |
| Total Ignorance | 755 | 57.7 |
| Little Knowledge | 280 | 21.4 |
| Some Knowledge | 200 | 15.3 |
| Considerable knowledge | 46 | 3.5 |
| Much knowledge | 17 | 1.3 |
| No answer | 11 | .8 |
| Total | n = 1309 | 100.0% |

In this table, we perceive that 57.7 percent (755 residents) indicated to have total ignorance about the reform of the P.R.P.D. Another 21.4 percent (280 residents) proved to have little knowledge. Meanwhile, 15.3 per cent (200 persons) selected the category of some knowledge, 3.5 percent (46 people) said to have enough knowledge, 1.3 percent much

knowledge (17persons), the .8 per cent (11 people) did not reply. See Table 9 and Graph IX to examine this descriptive analysis. Ahead Graph IX exhibits the percentage frequency distribution of the groups of the variable level of knowledge of the residents on the reform of the P.R.P.D.

**Graph IX**



The graphic representation shows the percentage frequency distribution of the variable level of knowledge of the residents on the reform of the P.R.P.D. rounded to two decimal places. In this graph, we can visualize the categories of level of knowledge on the reform of the P.R.P.D.

of the people who were questioned for this study. These descriptive statistics can also be seen in Table 9.

Around 79 percent of the interviewed have a total ignorance or little knowledge of the P.R.P.D. reform. This statistic demonstrates that there is much to be done to disseminate the key areas of reform and educating people about the same. The remaining 21 percent indicated having from some to high levels of knowledge of the residents on the reform of the P.R.P.D.

The Office of the Reform of the P.R.P.D. should intensify its public relations with the residents of all municipalities for the dissemination of information about the reform.

As examined in detail below, Table 10 reveals the dependent variable Level of Satisfaction with the P.R.P.D. in Recent Relations with the Body. In the creation of such dependent variable, we added questions 10 through 12 of the questionnaire and generated an ordinal scale (high-moderate-low). This variable measures the individual perception of the residents with respect to the treatment received in their last experience with the members of the P.R.P.D.

Table 10: Summary of replies from the **level of satisfaction with the P.R.P.D. in recent relations with the body** (ordinal variable) Questions: 10, 11 and 12.

See Appendix A: Residential Questionnaire

<u>Frequencies of Grades</u>

Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

10- In recent relations and interventions with the P.R.P.D., I was confident that the State Police was following the correct procedures.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 128 (9.8%) | 190 (14.5%) | 472 (36.1%) | 372 (28.4%) | 147 (11.2%) | **2.17 C** |

≤ Very Mistrustful                    Completely Confident ≥

11- The state police have treated me as follows:

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 85 (6.5%) | 98 (7.5%) | 504 (38.5%) | 448 (34.2%) | 174 (13.3%) | **2.40 C+** |

≤ very bad and disrespectful                    very good and respectful ≥

12 - In the last intervention, how satisfied were you with the treatment received by the state police officer.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 120 (9.2%) | 178 (13.6%) | 429 (32.8%) | 420 (32.1%) | 162 (12.4%) | **2.25 C** |

≤ completely dissatisfied                    completely satisfied ≥

Note: The tendencies of answers go from the most negative (F) to the most positive (A)

In order to perceive the level of satisfaction of residents with the P.R.P.D. in recent relations with the body, we **merged the responses to the questions 10, 11 and 12 of the resident's questionnaire by adding the results of the Likert scale from 0 (F) to 4 (A).** This creates the dependent variable **level of satisfaction of residents with the police of P.R., in recent relations with the body**. It creates an ordinal scale of High, Moderate and Low level of satisfaction of the residents with the P.R.P.D. These ordinal categories are viewed in Graph X. The global grade of the sum of the answers to questions 10, 11 and 12 was a C with an average of 2.27

**Graph X**



The graph X displays the level of satisfaction of residents with the P.R.P.D. and indicates that almost 53 percent of the residents interviewed have a moderate level of satisfaction with the

police. The 33 percent (1 out of 3 respondents) has a high level of satisfaction of residents with the P.R.P.D. in recent relations with the body. Only 14.13 percent said to have a low level of satisfaction with the body. One can conclude that the residents have a moderate/high level of satisfaction of residents with the P.R.P.D. in recent relations with the body. The grade average of the questions was a C of 2.27.

Next results (Table 11), indicate an improvement in the relations with individual members of the P.R.P.D. in recent encounters. Specially the results of Question 15: Are you are afraid to interact with the Police of Puerto Rico. Table 11 the summarizes the replies from questions: 13, 14, 15, 16, 17, 18 and 19 of the next dependent variable **level of citizen satisfaction with the** P.R.P.D (ordinal variable).

Table 11: Summary of replies from the level of citizen satisfaction with the State Police of Puerto Rico (variable ordinal) Questions: 13, 14, 15, 16, 17, 18 and 19.
See Appendix A: Residential Questionnaire

Frequencies of Grades
Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

13- The State Police of Puerto Rico complies with their police functions obeying the law.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 153 | 231 | 544 | 290 | 91 | |
| | (11.7%) | (17.6%) | (41.6%) | (22.2%) | (7.0%) | **1.95 C** |

≤ Totally Disagree                    Totally Agree ≥

14 - The level of corruption in the State Police of P.R. is low.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 320 | 384 | 404 | 144 | 57 | |
| | (24.4%) | (29.3%) | (30.9%) | (11.0%) | (4.4%) | **1.41 D** |

≤ Totally Disagree                    Totally Agree ≥

15- Are you are afraid to interact with the Police of Puerto Rico?
.

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  1,309 | 64 | 115 | 262 | 248 | 620 | |
| | (4.9%) | (8.8%) | (20.0%) | (18.9%) | (47.4%) | **2.95 B** |

≤ So Much Afraid                    No Fear ≥

16 - There is a greater presence of the state police in the places that are necessary for our community.

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  1,309 | 281 | 525 | 346 | 126 | 31 | |
| | (21.5%) | (40.1%) | (26.4%) | (9.6%) | (2.4%) | **1.37 D** |

≤ Any Presence                    A lot of Presence ≥

17- The P.R. State Police Officers participate in activities with the youth and the community.

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  1,309 | 266 | 357 | 484 | 154 | 48 | |
| | (20.3%) | (27.3%) | (37.0%) | (11.8%) | (3.7%) | **1.51 D** |

≤ Never Participate                    A Lot of Participation ≥

18- When compared with three years ago, my community has more confidence in the State Police of P.R.

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  1,309 | 269 | 407 | 430 | 135 | 68 | |
| | (20.6%) | (31.1%) | (32.8%) | (10.3%) | (5.2%) | **1.49 D** |

≤ Totally Disagree                    Totally Agree ≥

19- You believe that the PDPR has a great need of professionalization.

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  1,309 | 732 | 317 | 135 | 41 | 84 | |
| | (55%) | (24.2%) | (10.3%) | (3.1%) | (6.4%) | **0.80 F** |

≤ Totally Disagree                    Totally Agree ≥

Note: The reply inclinations go from the most negative (F) to the most positive (A).

To measure the **level of citizen satisfaction with the State Police of Puerto Rico** (P.R.P.D.), we blended the responses to questions 13, 14, 15, 16, 17, 18 and 19 of the resident's questionnaire by adding the results of the Likert scale from 0 (F) to 4 (A). This produces the dependent variable Level of Citizen Satisfaction with the State Police of Puerto Rico, a variable that measures the collective perception of the residents. Developed as an ordinal scale of High, Moderate and Low levels of citizen satisfaction with the P.R.P.D. This variable measures the collective perception that residents have in regard to the work and proceedings of the P.R.P.D. as an institution.

The Graph XI presents the ordinal scale of the results of residents. **However, the general grade average of the questions presented in Table 11 was a 1.64 C-.**

**Graph XI**



Level of Citizen Satisfaction with the State Police of Puerto Rico (PRPD)

3.9%

33.38%

62.72%

High 51
Moderate 821
Low 437

Residents Survey of Puerto Rico, n = 1,309

The Graph XI shows the level of citizen satisfaction with the State Police of Puerto Rico and it is perceived that almost 63 percent of the residents interviewed have a moderate/low level of satisfaction with the P.R.P.D. The 33.38 per cent (1 out of 3 respondents) have a low level of satisfaction around the questions about the ethical conduct, work and the practice of the members of the P.R.P.D in general terms. They even disagree about a higher professionalization of the P.R.P.D.

The P.R.P.D has a considerable budget and a high number of officers. Several attempts of professionalization have somewhat failed including an associate degree in criminal justice with the City University of New York (John Jay College of Criminal Justice) in the mid 1990's.

 In this study, only 3.9 percent said to have a high level of satisfaction with the P.R.P.D. and almost 63 percent have a moderate view of the Agency. Therefore, the level of satisfaction was a moderate/low. The general grade average was a low C- 1.64. Residents have a slightly negative perception of the PRPD. In addition, are not pleased with their work and general performance.

The next table 12 presents the **level of public perception of the judicial procedures and the reliability on the** P.R.P.D (ordinal variable of High-Moderate-Low categories) Questions: 20, 21, 22, 23, 24, 25, 28, 29 and 30.

Table 12: Summary of replies from the Level of Public **Perception of the Judicial Procedures and Trustworthiness on the State Police of Puerto Rico** (PRPD) (ordinal variable) Questions: 20, 21, 22, 23, 24, 25, 28, 29 and 30.

See Appendix A: Residential Questionnaire

<u>Frequencies of Grades</u>

Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

20- The members of the PRPD are more honest than those of other countries or states.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 143 | 243 | 607 | 219 | 97 | |
| | (10.9%) | (18.6%) | (46.4%) | (16.7%) | (7.4%) | **1.91 C** |

≤ Totally Disagree                    Totally Agree ≥

21- The State Police Officers of P.R. are professionals who comply with the laws.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 134 | 229 | 614 | 250 | 82 | |
| | (10.2%) | (17.5%) | (46.9%) | (19.1%) | (6.3%) | **1.94 C** |

≤ Totally Disagree                    Totally Agree ≥

22- The members of the P.R.P.D. are not racists and do not discriminate against minority groups in our society.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 109 | 228 | 515 | 227 | 230 | |
| | (8.3%) | (17.4%) | (39.3%) | (17.3%) | (17.6%) | **2.18 C** |

≤ Are racist and discriminate          Never discriminate and are not racist ≥

23- The members of the P.R.P.D. treat well the victims of crime.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 75 | 152 | 684 | 310 | 88 | |
| | (5.7%) | (11.6%) | (52.3%) | (23.7%) | (6.7%) | **2.14 C** |

≤ treated badly                    treatment is very good ≥

24- The members of the P.R.P.D. agree that in order to be effective must earn the confidence of the public.

|         | F       | D        | C        | B        | A        | Average |
|---------|---------|----------|----------|----------|----------|---------|
| N = 1,309 | 116 (8.9%) | 154 (11.8%) | 412 (31.5%) | 393 (30.0%) | 234 (17.9%) | **2.36 C** |

≤ Totally Disagree                    Totally Agree ≥

25- The Police Officers of the P.R.P.D. treat tourists in the same way that treats the residents of PR.

|         | F       | D        | C        | B        | A        | Average |
|---------|---------|----------|----------|----------|----------|---------|
| N = 1,309 | 259 (19.8%) | 339 (25.9%) | 416 (31.8%) | 193 (14.7%) | 102 (7.8%) | **1.65 C-** |

≤ Totally Disagree                    Totally Agree ≥

28- Generally speaking, officers of the PRPD stop and register individuals for legitimate reasons.

|         | F       | D        | C        | B        | A        | Average |
|---------|---------|----------|----------|----------|----------|---------|
| N = 1,309 | 100 (7.6%) | 184 (14.1%) | 577 (44.1%) | 311 (23.8%) | 137 (10.5%) | **2.15 C** |

≤ Totally Disagree                    Totally Agree ≥

29 - The vast majority of the members of the PRPD use correct language when they interact with citizens.

|         | F       | D        | C        | B        | A        | Average |
|---------|---------|----------|----------|----------|----------|---------|
| N = 1,309 | 79 (6.0%) | 223 (17.0%) | 489 (37.4%) | 422 (32.2%) | 96 (7.3%) | **2.18 C** |

≤ None use correct language        All use correct language ≥

30- The Police Officers of the P.R.P.D.  stop and search people abusively.

|         | F       | D        | C        | B        | A        | Average |
|---------|---------|----------|----------|----------|----------|---------|
| N = 1,309 | 76 (5.8%) | 179 (13.7%) | 694 (53.0%) | 300 (22.9%) | 60 (4.6%) | **2.07 C** |

≤ Stopped and searched very abusively     Stopped and searched very fairly  ≥

Note: The reply inclinations go from the most negative (F) to the most positive (A).

Developed as an ordinal scale of High, Moderate and Low level the variable Level of Public Perception of the Judicial Procedures and Trustworthiness on the State Police of Puerto Rico (PRPD) is presented in Graph XII. This variable measures the collective opinion of residents with respect to the judicial proceedings and reliability of the PRPD competence as an organization.

The Graph XII provides the ordinal scale results of the resident's perception. **The global average of Questions: 20, 21, 22, 23, 24, 25, 28, 29 and 30 was 1.82 C-.**

**Graph XII**



Level of Public Perception of the Judicial Procedures and Reliability on the State Police of Puerto Rico (PRPD)

5.27%

25.74%

68.98%

High 69

Moderate 821

Low 337

Residents Survey of Puerto Rico, n = 1,309

Graph XII shows the **Level of Public Perception of the Judicial Procedures and Trustworthiness on the State Police of Puerto Rico (PRPD)** and it is appreciated that almost 69 per cent of residents interviewed had a moderate level of satisfaction with the Puerto Rican Police Department. The low level had 25.74 per cent (1 out of 4 respondents). Only, 5.7 percent said to have a high level of satisfaction with the body. It was determined that the level of satisfaction toward the members of the P.R.P.D. was moderate/low. The general grade average of the questions 20, 21, 22, 23, 24, 25, 28, 29 and 30 reached a **1.82 C-**.  Residents have a slightly negative view of the **PRPD** and are not pleased with the judicial proceedings work and their reliability. These satisfaction levels were developed adding the questions about the collective perception of residents with respect to judicial proceedings and reliability of the P.R.P.D. as an institution. The next table presents the Level of Residents Respect toward the P.R.P.D. and Laws (ordinal variable) Questions: 26 and 27.

Table 13: Summary of replies from the **Level of Residents Respect toward the P.R.P.D. and Laws** (variable ordinal) Questions: 26 and 27.

See Appendix A: Residential Questionnaire

| Questions | | Frequencies of Grades | | | | |
|---|---|---|---|---|---|---|
| | F | D | C | B | A | Average |
| 26- You respect the Police of Puerto Rico. | | | | | | |
| . | F | D | C | B | A | Promedio |
| N =   1,309 | 46 (3.5%) | 121 (9.2%) | 285 (21.8%) | 396 (30.3%) | 461 (35.2%) | **2.84 B-** |
| | ≤ Nothing | | | | A lot≥ | |
| 27. You as a resident of P.R. have a moral obligation to comply with the law | | | | | | |
| | F | D | C | B | A | Promedio |
| N =   1,309 | 37 (2.8%) | 11 (.8%) | 80 (6.1%) | 252 (19.3%) | 929 (71.0%) | **3.55 A-** |

≤ Totally Disagree                    Totally Agree ≥

Note: The reply inclinations go from the most negative (F) to the most positive (A).

With the two questions exhibited in Table 13, we developed an ordinal scale of High, Moderate and Low Level of the dependent variable Level of Residents Respect toward the P.R.P.D. and Laws. This variable measures the respect perceptiveness that residents have toward the P.R.P.D. as an institution and Puerto Rico's laws. The pie chart (Graph XIII) displays the resident's results. **The global grade average of the Table 13 questions was 3.20 B., demonstrating that the residents generally respect the police and the laws of Puerto Rico.**

**Graph XIII**



The graph XIII shows the Level of Residents Respect toward the P.R.P.D. and Laws. So in this graph we observe that 74.5 (3 of every 4 respondents) percent of the residents interviewed have a high level of respect toward the P.R.P.D. and the laws. The 23.53 percent have a

moderate level of respect with this dependent variable. Only, the 1.99 per cent said to have a low level of respect toward the P.R.P.D. and laws.

The level of respect concerning the members of the PRPD and Puerto Rico's laws was a high/moderate consensus. Therefore, a global grade average of B (3.20) was achieved in Table 13. The residents in general indicated having respect toward the P.R.P.D. and laws.

The next table 14 informs **How the P.R.P.D. treats the members of minority communities** (ordinal variable) Questions: 31, 32, 33, 34, 35, 36, 37, 38, 39, 40 and 41. This dependent variable has 11 questions.

Table 14: Summary of Replies from the variable: **How the P.R.P.D. treats the members of minority communities** (ordinal variable) Questions: 31, 32, 33, 34, 35, 36, 37, 38, 39, 40 and 41.

See Appendix A: Residential Questionnaire

| Questions | | | Frequencies of Grades | | | |
|---|---|---|---|---|---|---|
| | F | D | C | B | A | Average |

31- How do officers of the P.R.P.D. treat black people (dark complexion)?

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 97 (7.4%) | 178 (13.6%) | 640 (48.9%) | 315 (24.1%) | 79 (6.0%) | **2.08 C** |

≤ Very Bad                                    Very Well ≥

32- How do the members of the P.R.P.D. treat the residents of the Dominican community?

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 136 (10.4%) | 252 (19.3%) | 678 (51.8%) | 197 (15.0%) | 46 (3.5%) | **1.82 C-** |

≤ Very Bad                                    Very Well ≥

33- How do the members of the P.R.P.D. treat members of the Lesbian, Gay, Bisexual, and Transgender (LGBT) community?

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  1,309 | 122 (9.3%) | 210 (16.0%) | 700 (53.5%) | 228 (17.4%) | 49 (3.7%) | **1.90 C-** |

≤ Very Bad                                    Very Well ≥

34- Do some members of the Dominican community in Puerto Rico fear reporting a crime for living frightened of being deported.

|  | F | D | C | B | A |
|---|---|---|---|---|---|
| Average |  |  |  |  |  |
| N =  1,309 | 87 (6.6%) | 66 (5.0%) | 322 (24.6%) | 393 (30.0%) | 441 (33.7%) **2.79 B-** |

≤ Much fear                              A lot of confidence ≥

35- The P.R.P.D.  often gets involved in perform racial and/or ethnic profiling (followed because of their race, ethnic/racial origin).

|  | F | D | C | B | A |
|---|---|---|---|---|---|
| Average |  |  |  |  |  |
| N =  1,309 | 233 (17.8%) | 267 (20.4%) | 577 (44.1%) | 130 (9.9%) | 102 (7.8%) **1.70 C-** |

≤ Many cases                              Never≥

36 - The communities where people of black origin/mulatto, are expecting to be persecuted by the P.R.P.D.

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  1,309 | 125 (9.5%) | 152 (11.6%) | 538 (41.1%) | 266 (20.3%) | 228 (17.4%) | **2.24 C** |

≤ Many cases                              Never≥

37- The Dominican communities think that the P.R.P.D. is not reliable. (do not believe in the P.R.P.D.).

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  1,309 | 149 (11.4%) | 299 (22.8%) | 533 (40.7%) | 216 (16.5%) | 112 (8.6%) | **1.88 C-** |

≤ Totally Disagree                      Totally Agree ≥

38 - There are many injustices and prejudices of the P.R.P.D.  against African descent (black/mulatto).

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 169 (12.9%) | 325 (24.8%) | 383 (29.3%) | 158 (12.1%) | 274 (20.9%) | **2.03 C** |

≤ Many injustices and prejudices      No injustices and prejudices ≥

39 - The members of the Lesbian, Gay, Bisexual, and Transgender (LGBT) community do not have confidence in the P.R.P.D.

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 145 (11.1%) | 300 (22.9%) | 684 (52.3%) | 111 (8.5%) | 69 (5.3%) | **1.74 C** |

≤ Totally Disagree                Totally Agree ≥

40- During encounters between the PRPD and the homeless, the state police treat the homeless poorly.

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 167 (12.8%) | 274 (20.9%) | 530 (40.5%) | 156 (20.9%) | 182 (13.9%) | **2.11 C** |

≤ Totally Disagree                Totally Agree ≥

41- The PRPD has sufficient officers who speak in English to interact with English speaking suspect. It is prepared with:

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 135 (10.3%) | 722 (55.2%) | 408 (31.2%) | 43 (3.3%) | 1 (.1%) | **1.28 D** |

≤ None                Many ≥

Note: The reply inclinations go from the most negative (F) to the most positive (A).

To measure the dependent variable How the P.R.P.D. treats the members of minority communities we created an ordinal scale of High, Moderate and Low. This dependent variable quantifies the collective perception that residents have toward the way in which the members of the P.R.P.D. treat residents of minority communities in Puerto Rico.

The Graph XIV illustrates the results of the resident's perception of the treatment received by the minority communities by the P.R.P.D. **The global average grade of the** 11 questions **was C 1.96.** This statistic is very important for this study and the PRPD Reform.

**Graph XIV**





Residents Survey of Puerto Rico, n = 1,309

Graph XIV exposes the categories of the variable How the P.R.P.D. treats the members of minority communities. It is noticed that nearly 92.9 percent (more than 9 out of 10 respondents) of those residents interviewed have a moderate perception of the treatment received by the minority communities from the members of the P.R.P.D. The 4.36 percent has a

low perception of the treatment the P.R.P.D. sustains toward the minority communities living in Puerto Rico. Only, 2.75 per cent said to have a high opinion about such treatment.

It was concluded that the level of perception of the treatment received by the minority communities of the members of the PRPD is moderate. **The global average grade of the** 11 questions **was C 1.96.** The residents in general indicate that the P.R.P.D. has a long way to go in improving their relationship with the minority communities of Puerto Rico.

In the following pages, several correlation models and summary tables are displayed describing and explaining the significant correlations between demographic variables of this study and the levels of satisfaction variables. These last, measure the levels of satisfaction the residents of Puerto Rico have toward the reform areas of the P.R.P.D. These correlations give us a demographic profile of how the various portions of the population perceive the PRPD performance in several affairs.

**Correlation Model I: Demographic variables and the variable,** *Have you read and know about the PRPD Reform?*



This correlation model shows the four demographic variables that were statistically significant affecting the variable **Have you read and Know about the PRPD Reform?**

Table XV: Summary of the correlations between the significant demographic variables and the variable **Have you read and Know about the PRPD Reform?**

| Variable | Correlation | Statistic | Significant Level |
|---|---|---|---|
| 1- Age | .064 | Somer's D | .004 |

While younger, less knowledge and reading about the PRPD Reform. The older read and know somewhat more.

| | | | |
|---|---|---|---|
| 2- Residential Area | .091 | Cramer's V | .002 |

The residents of rural areas have less knowledge and have read less of the reform than those from the urban areas.

| | | | |
|---|---|---|---|
| 3- Working Group | -.106 | Somer's D | .0001 |

The higher on the professional scale, the more knowledge and reading on the reform. The blue collar and manual workers have very little knowledge.

| | | | |
|---|---|---|---|
| 4- Education Level | -.184 | Somer's D | .0001 |

Those with a high educational level have extra knowledge and have read more about the reform. People with a low level of education have very little knowledge of the reform

Sample of n = 1.309 Residents of Puerto Rico.
Correlations ∞ ≤ .05

Table XV and the Correlation Model I express the four demographic variables that were statistically affecting the variable **Have you read and Know about the PRPD Reform?**

These variables were: age, residential area, working group, and education level. The correlations were estimated with inferential statistics known as non-parametric and all were significant at the .05 level or less ($\infty \leq .05$). The non-parametric statistics are used when the categories of the variables are of a nominal and/or ordinal scale and are very frequent in studies of social attitudes and demographic research.

The table gives us a demographic profile of the surveyed residents (n = 1,309) who do not know and have not read about the PRPD Reform versus those who have. **The younger residents, those living in rural areas, the low income working groups and the less educated virtually do not know about the reform and have not read about it.**

An intense community public relations effort is recommended, allocating the promotional purposes to those sectors of the population through public facilities as: agencies, schools, hospitals, community centers, universities and other institutions; to disseminate with simple but complete information concerning the PRPD reform.

The PRPD Reform Office must reach all sectors of Puerto Rico disseminating the information by radio, television, social networks, visits to institutions and direct contact with the public in general. It has to be at all socio economic and segments of the population. It can be accomplished by scheduling an intensive outreach by each one of the thirteen areas of the PRPD.

**Correlation Model II: Demographic variables and the variable Residents Level of Satisfaction with the PRPD in Recent Relations with its Members.**

Table XVI: Summary of the correlations between demographic variables and the variable **Residents Level of Satisfaction with the PRPD in Recent Relations with its Members.**

| Variable | Correlation | Statistic | Significant Level |
|---|---|---|---|
| 1- Gender | .071 | Cramer's V | .04 |

Females have a higher level of satisfaction with the PRPD in recent relations.

| | | | |
|---|---|---|---|
| 2- Age | -.203 | Somer's D | .0001 |

The younger have a lower level of satisfaction regarding the recent relations with the PRPD.

| | | | |
|---|---|---|---|
| 3- Residential Area | .095 | Cramer's V | .003 |

Those of rural area have a higher level of satisfaction with the PRPD

| | | | |
|---|---|---|---|
| 4- Working Group | -.184 | Somer's D | .0001 |

The blue collar, part-time and unemployed has less satisfaction concerning the recent relations with the PRPD. The professionals have a more positive view.

| | | | |
|---|---|---|---|
| 5- Education Level | -.063 | Somer's D | .01 |

The higher the educational level, the lower the level of satisfaction on the recent relations with the PRPD. The more educated have a more positive perspective

| | | | |
|---|---|---|---|
| 6- Marital Status | .151 | Cramer's V | .0001 |

The unmarried and those who live together, have less satisfaction with the PRPD in recent relations with its members.

| | | | |
|---|---|---|---|
| 7- Knowledge About the Reform | -.111 | Somer's D | .0001 |

Those who have read or/and have been informed about the reform have shown a higher level of satisfaction in relation to the recent dealings with the PRPD than those who haven't read.

Sample of n = 1.309 Residents of Puerto Rico.

Correlations $\infty \leq .05$

---

Table XVI and Correlation Model II present seven demographic variables that were found statistically associated to the variable Residents Level of Satisfaction with the PRPD in Recent Relations with its Members. The variables were: gender, age, residential area, working group, education level, marital status and level of knowledge about the reform. The correlations made were estimated with inferential statistics known as non-parametric, all significant at the .05 level or less ($\infty \leq .05$). The table gives us a demographic description of the residents and their relationship with the Level of Satisfaction with the PRPD in Recent Relations with its Members.

**Summary:**

**The: 1. male residents, 2. the younger, 3. those of urban areas, 4. the blue collar employees, the part-timers and the unemployed, 5. the more educated, 6. those single and those who live together, and 7. those who are unaware of the reform, have lesser satisfaction with the PRPD in Recent Relations with its Members.**

It is recommended an intense public relations and educational work devoting efforts to relate to those sectors of the population, especially the youth of urban area, where you can use public facilities as: agencies, schools, hospitals, community centers, universities and other institutions; to disseminate information on the PRPD reform.

The Reform Office should reach all sectors of Puerto Rico, especially young people, expanding the diffusion by radio, television, social networks, visits to institutions, and direct contact with the public in general. It has to be at the island level and to all sectors of the

population. It can be done by scheduling an intensive outreach by each one of the thirteen districts of the police, but one at a time to concentrate efforts.

**Correlation Model III: Demographic variables and the variable Level of Resident Satisfaction with the PRPD.**



Table XVII: Summary of the correlations between the significant demographic variables and the variable **Level of Resident Satisfaction with the PRPD**.

| Variable | Correlation | Statistic | Significant Level |
|---|---|---|---|
| 1- Age | -.140 | Somer's D | .0001 |

Those younger have a lower Level of Citizen Satisfaction with the PRPD, especially in the 18 to 39 years' age groups.

| | | | |
|---|---|---|---|
| 2- Marital Status | .112 | Cramer's V | .0001 |

The unmarried and those who live together, have a lower level of citizen satisfaction with the PRPD than the other groups.

| | | | |
|---|---|---|---|
| 3- Level of Knowledge about the Reform | -.095 | Somer's D | .0001 |

Those with little or no knowledge about the reform, have a lower level of citizen satisfaction toward the PRPD.

Sample of n = 1.309 Residents of Puerto Rico.
Correlations $\infty \leq .05$

Correlation Model III and table XVII show the three demographic variables that were statistically significant influencing the variable Level of Resident Satisfaction with the PRPD. These variables were: age, marital status, and the level of knowledge on the reform. The correlations made were determined with inferential statistics known as non-parametric, all significant to the .05 level or less ($\infty \leq .05$). The table gives us a demographic outline of those who have a low level of resident satisfaction with the PRPD. **The younger residents,**

49

**the unmarried, those who live together (cohabitation) and those who do not know about the reform have a low level of resident satisfaction with the PRPD.**

It is recommended an intense public relations community work, allocating the publicity efforts to those sectors of the population where public facilities exist, as: agencies, schools, hospitals, community centers, universities and other institutions; to disseminate with direct contact information on the reform of PRPD. All sectors of Puerto Rico should be reached through information disseminated by radio, television, social networks, visits to institutions and direct contact with the public in general.

**Correlation Model IV: Demographic Variables and the variable Public Perception of the Trustworthiness on Judicial Procedures and the PRPD.**



Table XVIII: Summary of the correlations between the Demographic variables and the variable **Level of Public Perception of the Judicial Procedures and Trustworthiness on the PRPD**.

| Variable | Correlation | Statistic | Significant Level |
|---|---|---|---|
| 1- Age | -.248 | Somer's D | .0001 |

The younger have a lower level of perception of the judicial procedures and trustworthiness on the PRPD.

| | | | |
|---|---|---|---|
| 2- Working Group | -.063 | Somer's D | .005 |

The blue collar, part-time and unemployed have a lower perception of the procedures of the PRPD than the other employment groups.

| | | | |
|---|---|---|---|
| 3-Education Level | -.060 | Somer's D | .015 |

The higher the education level, the lower the level of believability on the PRPD.

| | | | |
|---|---|---|---|
| 4- Marital Status | .164 | Cramer's V | .0001 |

The unmarried and those who cohabitate, have more low perception of the judicial procedures and trustworthiness with the PRPD.

| | | | |
|---|---|---|---|
| 5- - Level of Knowledge about the Reform | -.066 | Somer's D | .009 |

Those with little or no knowledge about the reform, have a lower level of public perception of the judicial procedures and trustworthiness on the PRPD.

Sample of n = 1.309 Residents of Puerto Rico.

Correlations ∞ ≤ .05

Table XVIII and the Correlation Model IV exhibit the five demographic variables that were found to be influencing the variable Public Perception of the Judicial Procedures and the Trustworthiness on the PRPD. These variables were: age, working group, education level, marital status and the level of knowledge on the reform. The correlations were computed with inferential statistics known as non-parametric, all significant to the .05 level or less ($\infty \le .05$).

The table gives us a demographic makeup of who have a high to low public perception of the judicial procedures and reliability on the PRPD.

**The results indicate that the younger residents, the more educated, the blue-collar employees, the part-time and unemployed, the unmarried, those who cohabitate and finally, those who do not know about the reform have a low or negative public perception of the judicial procedures and trustworthiness of the PRPD. In other words, these citizens are distrustful of the PRPD and understand that the judicial processes and police are not functioning properly.**

It is recommended an intense work in the upgrading of the police and judicial work, where the citizen can perceive real transformations. The citizen must witness a significant renovation of the PRPD.

**Correlation Model V: Between Demographic variables and the variable Level of Residents Respect toward the PRPD and Laws.**



Table XIX: Summary of the correlations between Demographic variables and the variable **Level of Residents Respect toward the PRPD and Laws.**

| Variable | Correlation | Statistic | Significant Level |
| --- | --- | --- | --- |
| 1- Age | -.165 | Somer's D | .0001 |

The younger the lower the Level of Residents Respect toward the PRPD and Laws.

| | | | |
| --- | --- | --- | --- |
| 2- Residential Area | .086 | Cramer's V | .01 |

The urban city residents have a lower level of respect toward the PRPD and Laws, than those of rural areas.

| | | | |
| --- | --- | --- | --- |
| 3- Marital Status | .132 | Cramer's V | .0001 |

The unmarried and those who cohabitate have a lower level of respect toward the PRPD and Laws.

4- Level of Knowledge about the Reform

| | | | |
| --- | --- | --- | --- |
| | -.124 | Somer's D | .0001 |

Those with a low level of knowledge on the reform also have a low Level of Residents Respect toward the PRPD and Laws.

Sample of n = 1.309 Residents of Puerto Rico.

Correlations $\infty \leq .05$

The table XIX and the Correlation Model V gather the four demographic

variables that were found statistically correlated with the variable Level of Residents

Respect toward the PRPD and Laws. These variables were: Level of knowledge about the reform, age, marital status and residential area. The correlations were estimated using non-parametric inferential statistics, all significant to the .05 level or less ($\infty \leq .05$).

The table presents the sectors of the population and their resident's level of respect regarding the PRPD and our laws. The residents with more knowledge on the reform have a higher level of resident respect toward the PRPD and laws than those with a lower knowledge. Others with a high level of respect were the older and the residents of rural areas. Contrary, those younger and the residents of urban areas demonstrated to have a low level of respect. Finally, married people interviewed have more respect regarding the PRPD and laws.

**We respectfully recommend an intense community public relations on all sectors where there is a low respect on both, the laws and the members of the PRPD. There is a great need for citizen reconciliation among the young and urban residents of our country and the authorities of public order in general.**

**Correlation Model VI: Demographic variables and the variable Level of Residents Perception of How the PRPD treats Members of Minority Communities.**



Table XX: Summary of the correlations between demographic variables and the variable **Level of Residents Perception of How the PRPD treats Members of Minority Communities.**

| Variable | Correlation | Statistic | Significant Level |
|---|---|---|---|
| 1- Age | -.065 | Somer's D | .0001 |

The younger the lower (poorer) the Level of Residents Perception of How the PRPD treats Members of Minority Communities.

| | | | |
|---|---|---|---|
| 2- Residential Area | .081 | Cramer's V | .03 |

The urban city residents have a lower (poorer) Level of Residents Perception of How the PRPD treats Members of Minority Communities.

| | | | |
|---|---|---|---|
| 3- Marital Status | .151 | Cramer's V | .0001 |

The unmarried and those who cohabitate have a lower (poorer) Level of Residents Perception of How the PRPD treats Members of Minority Communities.

| | | | |
|---|---|---|---|
| 4- Level of Knowledge about the Reform | -.039 | Somer's D | .04 |

Those with a low level of knowledge on the reform also have a low (poorer) Level of Residents Perception of How the PRPD treats Members of Minority Communities.

Sample of n = 1.309 Residents of Puerto Rico.

Correlations $\infty \leq .05$

As presented above, table XX and the Correlation Model VI describe the significant correlation coefficient of the four demographic variables with the variable Level of Residents Perception of How the PRPD treats Members of Minority Communities.

These variables were: Level of knowledge on the Reform, age, marital status and residential area. The correlations counted with a significant level of .05 level or less ($\infty \leq .05$).

Table XX shows us the segments of the population of those who have a high to low Level of Residents Perception of How the PRPD treats Members of Minority Communities. The residents with more knowledge on the reform indicate that the PRPD is respectable to members of minority communities, but residents with little or no knowledge of the reform indicate the opposite creating a polarization between these groups.

The same division exist among the older and younger groups, being the younger those with lower ratings toward the PRPD treatment of minority communities. Another split happens amid the rural and urban residents. Those residents of rural areas give higher judgments than the urban neighborhood inhabitants. Finally, the married and those single or those who cohabitate also have a disagreement about this issue. Those married indicate to be satisfied with the treatment that the PRPD gives to minority, however, the single and those who cohabitate have an opposite position.

The Puerto Rican youth, the urban area residents, those who do not have any knowledge about the PRPD reform, and the singles and couples that cohabitate have the most negative perceptions of the PRPD concerning the treatment of members of minority communities.

**General Conclusions:**

1- The younger residents, those of rural areas, the low income working groups, and the less educated virtually don't know and have not read about the PRPD reform. That represents almost 79 percent of the population and need to be educated about the reform.

2- The residents level of satisfaction with the PRPD in recent relations with the group members, received an overall grade average of 2.27 C.

3- The level of resident satisfaction with the PRPD was moderate/low. With a general grade average of C- 1.64.  Residents have a slightly negative perception of the PRPD and are not pleased with their work.

4- The Public Perception of the Trustworthiness on Judicial Procedures and the PRPD received a modest grade average of 1.82 C-.

5- The Level of Residents Respect toward the PRPD and Laws received a global average of 3.20 B. In general, terms the residents respect the PRPD and laws.

6- The residents gave an ordinary global average of 1.96 C to the PRPD on "Level of Residents Perception of How the PRPD treats Members of Minority Communities". This variable included 11 questions of the questionnaire.

**Conclusions of the Correlations:**

1. The male residents, the younger clusters, the urban area group, the blue collar, part-time and unemployed, the more educated, the singles and those who cohabitate; and those who are unaware of the reform, **have a lower satisfaction level with the PRPD in recent relations with the body.**

2- The younger residents, the unmarried, those who cohabitate and those who do not know about the reform have a low level of resident satisfaction with the PRPD.

3- The younger residents; the more educated; the blue-collar, part-time and unemployed; the unmarried and those who cohabitate; and those who do not know about the reform, **have a low or negative public perception of the judicial procedures and PRPD. In other words, these residents are distrustful of the PRPD and understand that the judicial processes and police are not fully reliable.**

4- The residents with more knowledge on the reform are more respectful concerning the PRPD and laws. The older and the rural residents are the more respectful cohorts. Finally, married subjects indicated their high respect regarding the PRPD.

5- The residents with more knowledge on the reform, indicate that the PRPD is better mannered with members of minority communities, than residents with little or no knowledge of the same. While more knowledge about the reform the higher the perception on the PRPD.

6- Contrary to the urban, younger and those not married; the older, the married and the rural areas residents affirm that the PRPD is well-mannered with members of minority communities.

7- Certainly, the PRPD must develop an intensive program to help smooth over differences with the younger residents of Puerto Rico.

## II.     Second Part:

**Results of the (P.R.P.D.) Puerto Rico' Police Department member's survey:**

**Results of the comprehensive survey related to the self-perception of 386 officers of the Puerto Rico' Police Department interviewed between the weeks of November 8, 2015 to 19 December 19, 2015.**

The police survey started on November 8, 2015 and finished on December 19, 2015. This second survey interviewed 386 members of the PRPR with the intention of measuring their perception on several important issues regarding the Agreement of the Reform. Several matters include, but are not limited to: how they perceive work and the behavior of their superiors, colleagues and themselves.

For this purpose, we built a 30 multiple choice questions questionnaire and we estimated at .84 Cronbach alpha that is suitable for this study (usually not less than .70). Then, a research design based on a simple random sample was prepared and implemented. It studied the 13 PRPD geographic areas with a margin of error of 5 per cent and a response rate of approximately 90 per cent (McCall, R.B., 2008).

We developed a list of police stations around the island and focused on interviewing members of the PRPD that were out, preferably in the street of their district. (Dillman, D., Smyth, J. & Christian, L.M., 2014). The vast majority of the PRPD members were interested in participating (response rate of 90%), only 10 percent chose not to contribute. The highest

participation rate was among the municipalities of San Juan Metro area (Old San Juan, Condado, Santurce, Hato Rey and Rio Piedras), Mayagüez, Ponce, Caguas, Bayamon, Cataño, Toa Baja, Carolina, Cabo Rojo, Luquillo and Fajardo. Probably, because of the higher concentration of police officers in these municipalities (urban areas).

This study will greatly help the managers and policy makers of the PRPD in determining which demographic sectors are uncomfortable, so they can listen to them, and improve the organizational culture of the institution. It is a great opportunity for reconciliation with the internal groups that are reluctant to policies, regulations, reforms, and other changes. The Reform Office has the great task in creating quality circle groups that can help with the reform and re socializes the different groups within the organization.

The first findings that are presented below are the demographic variables of this scientific inquiry. And. the initial table of this second part displays the variable years of service of each subject interviewed.

Table 2.1: Years of Service

| | Frequencies | | |
| --- | --- | --- | --- |
| - | | Frequency | Percentage Frequency |
| Years of Service | | | |
| 0 to 4 years | 44 | 11.4 | |
| 5 to 9 years | 72 | 18.7 | |
| 10 to 14 years | 74 | 19.2 | |
| 15 to 19 years | 84 | 21.8 | |
| 20 to 24 years | 77 | 19.9 | |

| | | |
|---|---|---|
| 25 years or more | 35 | 9.1 |
| Total | N = 386 | 100.0% |

Table 2.1 presents us with the demographic variable years of service that has its categories from 0 to 4 years of service up to 25 years or more in the PRPD. If we add the categories related to years of service of 0 to 4 years and 5 to 9 years, we have a 30.1 percent of respondents indicating that they have less than ten years of service. The rest, 69.9 percent of those who answered this Puerto Rico's survey have between 10 to 25 years or more of professional service with the PRPD. Finally, 29 per cent of the PRPD members who participated in this study specified that they have worked in the Department for more than 20 years (20 to 24 years of service and 25 or more).

This points to a population with many years of service under decades of an outdated organizational culture that can be changed with a good strategic throughout a long period of years. The table shows that our interviewers evenly reached diverse clusters of the PRPD.

Ahead, we present Graph 2.I where the percentage frequency distribution of the groups by years of service is perceived

**Graph 2.I**



Years of Service in the PRPD

Police Survey of Puerto Rico, n = 389

Graph 2.I unveils the percentage frequency distribution of the demographic variable years of service. Here one can contemplate the PRPD member groups by years of service of those who participated in this study. These statistics can also be seen in Table 2.1.

The results indicate that approximately 11.4 per cent of those interviewed were between 0 and 4 years of service. Around, 16.7 per cent of the subjects said to be in the 5 to 9 years of

service group, and 19.2 percent indicated to be between 10 and 14 years of service.  About 21.3 percent were between 15 and 19 years. As well as 20 per cent were between 20 and 24 years. Finally, 9.1 per cent of the persons interviewed said to have 25 years or more of service.

Almost 42 per cent of the responders said to have 20 years of service or more.   The PRPD is an aging department.

The next table and graph present the variable rank of the PRPD members surveyed.

Table 2.2: Rank

<u>Frequencies</u>

| - | Frequency (f) | % Frequency |
|---|---|---|
| <u>Rank</u> | | |
| Agent | 310 | 80.3 |
| Detective | 10 | 2.6 |
| Sergeant | 44 | 11.4 |
| Second Lieutenant | 8 | 2.1 |
| First Lieutenant | 1 | .3 |
| Captain | 5 | 1.3 |
| Inspector | 4 | 1.0 |
| Commander | 1 | .3 |
| Lieutenant Colonel | 3 | .8 |
| Total | N = 386 | 100.0% |

Table 2.2 illustrates the demographic variable rank and displays the categories from agent to lieutenant- colonel of the PRPD. The vast majority of those interviewed were identified as police agents (officers), these were 310 (80.3 percent). Ten (10) indicated to be detectives (2.6 percent). Other 44 claimed to be sergeants (11.4 percent). Of the officers, 8 said to be second lieutenants (2.1 percent), 1 first lieutenant (.3 percent), 5 captains (1.3 percent), Four indicated to be inspectors (1.0 percent), one commander (.3 percent) and 3 lieutenant-colonels (.8 percent). If we add the categories related to the rank of sergeant to lieutenant colonel, we have 19.7 percent of the respondents indicating to have a rank higher than the agent. This table specifies the rank within the PRPD of those interviewed. This distribution shows the variety of various groups of the members of the PRPD reached by our interviewers.

Ahead, we present Graph 2.II and the percentage frequency distribution of the categories by years of service.

**Graph 2.II**



Police survey of Puerto Rico n = 386

In this graph, we observe the categories by rank of the PRPD members who participated. These numbers can also be seen in the Table 2.2, where around 80 per cent indicated to be police officers.

The next table and graph are of the gender of those studied.

Table 2.3: Gender

|  | Frequencies | |
| --- | --- | --- |
|  | Frequency   (f) | Percentage Frequency |
| **Gender** | | |
| Male | 303 | 78.5 |
| Female | 83 | 21.5 |

| | | |
|---|---|---|
| Total | N = 386 | 100.0% |

The table indicates that the majority of the subjects that participated in this survey were males. The 78.5 percent (303 officers) were male versus 21.5 per cent (83 officers) that were female.

According to the observations of our interviewers, some men were reluctant to participate and answer the questionnaire related to the PRPD.

Next, we present Graph 2.III with the percentage frequency distribution of the gender groups.

**Graph III**



The graph 2.III demonstrates the percentage frequency distribution of the demographic variable gender. We can observe the categories by gender of the PRPD members who participated in this research. These figures can also be seen in the Table 2.3, next to the description of the data.

The next table and graph are of the variable titled as nationality (National Identity) of the assessed police officers.

Table 2.4: Nationality

| | Frequencies | |
| | Frequency | (%) Frequency |
|---|---|---|
| Nationality | | |
| Puerto Rican | 373 | 96.7 |
| Dominican | 1 | .3 |
| Continental American | 10 | 2.6 |
| Asian | 1 | .3 |
| Cuban | 1 | .3 |
| Total | N = 386 | 100.0% |

Table 2.4 highlights that 96.7 per cent (373 police interviewed) of the 386 members of the PRPD selected Puerto Rican as their national identity. One person (.3 percent) pointed out to be Dominican, 2.6 percent (10 persons) Continental American, the .3 percent (1 person) identified as a Cuban, and only .3 percent (1 person) identified itself as Asian. Therefore, the immense majority of those officers interviewed identified themselves as Puerto Rican.

See Table 2.4 and Graph 2.IV to perceive these descriptions. Coming up is Graph 2.IV where you can observe the percentage frequency distribution of the categories of the variable nationality (national identity).

**Graph 2.IV**



The graph 2.IV exposes the Nationality frequency distribution and of the PRPD. These amounts also can be comprehended in Table 2.4. The next table and graph are of the variable age of the PRPD members.

Table 2.5: Age of the PRPD Members

Frequencies

| | Frequency | (%) Frequency |
|---|---|---|
| **Age** | | |
| 18 to 28 years | 47 | 12.2 |
| 29 to 39 | 113 | 29.3 |
| 40 to 50 | 170 | 44.0 |
| 51 to 61 | 50 | 13.0 |
| 62 or more | 5 | 1.3 |
| Not answered | 1 | .3 |
| Total | N = 386 | 100.0% |

The table 2.5 reveals the age distribution of the 386 subjects, as follows: 12.2 per cent (47 respondents) were between 18 and 28 years of age, 29.3 per cent (113 subjects) were among the 29 to 39 years of age cohort, 44.0 per cent (170 officers) were between the ages of 40 to 50 years, 13.0 per cent (50 persons) between 51 and 61 years of age, and 1.3 percent (5 subjects) between the ages of 62 or more years of age. Only one person (1) did not indicate its age for a .3 percent of the not answered category. The sample fairly represents the age population distribution of the PRPD.   Next, we present Graph 2.V where the percentage frequency distribution of the age groups is observed.

**Graph 2.V**



The graph 2.V presents the frequency distribution of the demographic variable age of the members of the Puerto Rico Police Department. This graph shows the groups by age of those members of the PRPD who participated in this survey. These quantities also can be appreciated in Table 2.5.

The next table and graph of this study will exhibit the variable ethnic group.

Table 2.6: Ethnic Group

Frequencies

| | Frequency | (%) Frequency |
|---|---|---|
| Ethnic Group | | |
| Predominantly White | 208 | 53.9 |
| Predominantly Black/Mulatto | 87 | 22.5 |
| Predominantly Indian | 6 | 1.6 |
| Asian | 1 | .1 |
| Mixed Ethnicity | 81 | 21.0 |
| Another | 3 | .8 |
| Total | N = 386 | 100.0% |

Table 2.6 indicates that 53.9 per cent (208 persons) of the 386 respondents of the PRPD survey identified as predominantly white. More than twenty-two (22.5) per cent (87 individuals) acknowledged to be predominantly black/mulatto, 21.0 percent (81 police staffs) selected the category of mixed, 1.6 percent (6 officers) chose predominantly Indian, only .8 per cent another (3 members), and merely .1 percent (1 police) was picked Asian. See Graph 2.VI to comprehend these descriptions of the demographic variable ethnic group.

**Graph 2.VI**



The graph 2.VI exposes the frequency distribution of the demographic variable Ethnic Group of the members of the Puerto Rico Police Department rounded to two decimal spaces. The majority of the PRPD indicated to be predominantly white (53.89%), the second ranked ethnic group was the predominantly black/mulatto with 22.54 per cent (87 officers), third came the mixed ethnic group with 20.98% (81) policepersons. The other categories receive less than 7 subjects. These quantities also can be recognized in the above Table 2.6.

Table 2.7: Education Level

Frequencies

| | Frequency | (%) Frequency |
|---|---|---|
| Level of Education | | |
| Doctorate or J.D. | 2 | .5 |
| Master Degree | 18 | 4.7 |
| Bachelor | 109 | 28.2 |
| Assoc. Degree /Technical | 208 | 53.9 |
| Higher School | 49 | 12.7 |
| Total | N = 386 | 100.0% |

Table 2.7 exposes the education level distribution of the PRPD members who participated in the survey: only .5 percent (2 interviewed) have a Doctoral Degree or J.D, merely 4.7 percent (18 subjects) have a master degree, the 28.2 percent (109 subjects) have a baccalaureate, the 53.9 per cent (208 officers) have an associated or technical degree, finally, the 12.7 percent (49 subjects) have a high school diploma. The sample accurately exemplifies the PRPD population education distribution.

Successively, we present the Graph 2.VII where the PRPD education level percentage frequency distribution is observed.

**Graph 2.VII**



The graph 2.VII shows the percentage frequency distribution of the demographic variable education level of the PRPD members. In this graph, we analyze the education level groups of the 386 officers surveyed. These numbers can also be seen in Table 2.7.

Of those studied, about 66.6 per cent (two thirds of the PRPD interviewed) has a High School diploma or an Associate/ Technical degree. From those 2/3 of the officers, approximately 28.2 per cent had a High School Diploma.

We suggest to the PRPD, to establish a recruitment effort of Baccalaureate Degree prospects and to foster more studies leading to a higher degree for those already in the Department.

Table 2.8: Perception of the Superintendent (Approval rate of the Superintendent work)

| | Frequencies | |
| --- | --- | --- |
| - | Frequency | (%) Frequency |
| Superintendent in the right direction | | |
| F = Strongly Disagree | 41 | 10.6 |
| D = Disagree | 38 | 9.8 |
| C = Partially Agree | 127 | 32.9 |
| B = Agree | 146 | 37.8 |
| A = Fully Agree | 34 | 8.8 |
| Total | N = 386 | 100.0% |

Table 2.8 indicates that 46.6 percent (180 members of the PRPD) expressed to agree or strongly agree with the Superintendent's work. The 32.9 percent (127 respondents) implied to be partially agreeable with the Superintendent's performance. While, 20.4 percent (79 subjects) selected categories of disagree (9.8 per cent or 38 persons) and strongly disagree (10.6 percent or 41 officers). See Table 2.8 and Graph 2.VIII to observe this descriptive analysis.

**Graph 2.VIII**



Perception of Superintendent Work

Police survey of Puerto Rico, n - 386

Graph 2.VIII demonstrates the percentage frequency distribution of the variable Perception of the Superintendent's Work. In this graph, we observe the categories by level of approval. We notice that around 46.6 percent of the respondents (almost half the members of the PRPD surveyed) have a positive perception of the Superintendent's work. The 32.9 percent partially agree with the Superintendent's performance. Moreover, 20.4 per cent disapprove his effort.

**This study will greatly help the PRPD management to determine which sectors are uncomfortable, and to listen to them and improve the organizational culture of the**

81

**institution. It is a great opportunity for reconciliation with the internal groups that are reluctant to policies, regulations, reforms, and other changes.**

Below we present the next variable, level of knowledge of the residents on the reform of the P.R.P.D.

Table 2.9: Level of Knowledge of the P.R.P.D. Officers about the Reform

<u>Frequencies</u>

|  | Frequency | (%) Frequency |
|---|---|---|
| <u>Level of Knowledge</u> | | |
| High | 235 | 60.9 |
| Moderate | 78 | 20.2 |
| Low | 73 | 18.9 |
| Total | N = 386 | 100.0% |

Table 2.9 shows that 60.9 percent (235) of the PRPD have a high level of knowledge and have read about the reform. A moderate level of knowledge was indicated by 20.2 per cent (78 residents). Meanwhile, 18.9 per cent (73 persons) demonstrated to have a low level of knowledge.

**The Office of the Reform has an important task in educating and informing all of the PRPD members. This data was collected between the months of November and December 2015, and there is still a considerable percentage of the PRPD that do not know about the reform.** See Table 2.9 and Graph 2.IX to perceive this revealing analysis.

Further, on, we display Graph 2.IX and observe the percentage frequency distribution of the scales of the variable Level of Knowledge of the P.R.P.D. officers on the Reform.

**Graph 2.IX**



Level of Knowledge of the P.R.P.D. officers on the Reform

Puerto Rico's Police Survey, n= 386

The graph 2.IX reveals the percentage frequency distribution of the variable level of knowledge of the P.R.P.D. officers on the reform rounded to two decimal points. The data can be also being seen in Table 2.9. The 18.9 per cent of the PRPD members recognized to have a low level of knowledge on the reform. The Office of the Reform must remedy this situation as soon as possible.

**Police Survey Results on the P.R.P.D. Reform**

Table 2.10 presents the summary of the replies to questions 7, 8, 9, 10 and 26 of the police officers questionnaire. The addition of these questions creates the attitude (view point) variable, Officers Level of Satisfaction with Work and Environment, of this study. With this table, we begin to expose the attitudes of the PRPD members toward several reform essential issues. This variable measures the level of satisfaction that the PRPD officers have toward work and its environment. Grades (academic grades from A to F) are given to rank their answers.

Table 2.10: Summary of the correlations between the significant demographic variables and the variable **Officers Level of Satisfaction with Work and Environment** (questions 7, 8, 9, 10 and 26).

See Appendix B: Police Questionnaire

<u>Frequencies of Grades</u>

Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

7- Usually civilian employees (PRPD) of my "district, division or specialized unit " treat me:

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 1 | 1 | 49 | 220 | 115 | |
| | (.3%) | (.3%) | (12.7%) | (57.0%) | (29.8%) | **3.16 B** |

    ≤ Very Bad                                 Very Well   ≥

8- Generally, in the PRPD, my colleagues (agents, officers and supervisors) treat me:

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 1 | 2 | 80 | 214 | 80 | |
| | (.3%) | (.5%) | (23.1%) | (55.4%) | (20.7%) | **2.96 B** |

$\leq$ Very Bad                                     Very Well  $\geq$

9- I receive necessary equipment of the Police Department to help me do my work effectively.

|         | F | D | C | B | A | Average |
|---------|---|---|---|---|---|---------|
| N = 386 | 50 (13.0%) | 91 (23.6%) | 134 (34.7%) | 95 (24.6%) | 16 (4.1%) | **1.83 C-** |

$\leq$ Totally Disagree                          Totally Agree $\geq$

10- Do you believe that the PRPD has an information system that operates satisfactorily?

|         | F | D | C | B | A | Average |
|---------|---|---|---|---|---|---------|
| N = 386 | 70 (18.1%) | 138 (35.8%) | 94 24.4% | 70 (18.1%) | 14 (3.6%) | **1.53 D+** |

$\leq$ Totally Disagree                          Totally Agree $\geq$

26- The PRPD is today a better organization of what it was two years ago.

|         | F | D | C | B | A | Average |
|---------|---|---|---|---|---|---------|
| N = 386 | 23 (6.0%) | 65 (16.8%) | 101 (26.2%) | 170 (44.0%) | 27 (7.0%) | **2.29 C+** |

$\leq$ Totally Disagree                          Totally Agree $\geq$

Note: The trends of replies go from the most negative (F) to the most positive (A)

In order to understand the global level of the Officers Level of Satisfaction with Work and Environment, therefore we joined the responses to questions 7, 8, 9, 10, and 26 of the police officer's questionnaire. This action creates the dependent variable Officers Level of Satisfaction with Work and Environment and generates an ordinal scale of High, Moderate and Low Levels.

The graph 2.X presents the results of the members of the PRPD and a global grade of the sum of the answers was a **2.35 C+.**

**Graph 2.X**



**Graph 2.X** indicates the officer's level of satisfaction with the police work and their environment. Almost, 97 per cent of the police officers interviewed have a moderate/high level of satisfaction with their work and environment with the PRPD. In general, he 29.27 percent has a high level of satisfaction with their work and environment.

Only, the 3.11 percent said to have a low level of satisfaction with the working conditions and the job environment. One can conclude that the officer's level of satisfaction with the police work and its environment was a moderate/high level. The grade average of this global variable was a C+ of 2.35.

Next, we display Table 2.11 of the variable Officers Level of Satisfaction PRPD Supervisors and Managers. This is an ordinal scale variable compose by the questions 11, 12, 13,

14 and 15 of the police questionnaire. These questions have a Likert scale of 0 to 4. (See Appendix B).

Table 2.11: Summary of the correlations between the statistically significant demographic variables and the variable **Officers Level of Satisfaction with the PRPD Supervisors and Managers** (questions 11, 12, 13, 14 and 15).

See Appendix B: Police Questionnaire

<u>Frequencies of Grades</u>

Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

11- Most of your supervisors treat officers without gender distinction.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 14 (3.6%) | 44 (11.4%) | 96 (24.9%) | 195 (50.5%) | 37 (9.6%) | **2.51 B-** |

≤ Very Bad                                    Very Well  ≥

12- Most of your superiors treat officers equally and without ethnic distinction (ethnic group).

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 10 (2.6%) | 26 (6.7%) | 83 (21.5%) | 214 (55.4%) | 53 (13.7%) | **2.71 B-** |

≤ Very Bad                                    Very Well  ≥

13- Most of your superiors treat all officers without distinction of their sexual orientation.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 32 (8.3%) | 29 (7.5%) | 76 (19.7%) | 206 (53.4%) | 43 (11.1%) | **2.52 B-** |

≤ Totally Disagree                              Totally Agree ≥

14- Do you believe that the Puerto Rico State Police has qualified immediate supervisors that guide?

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 16 | 54 | 148 | 139 | 29 | |
| | (4.1%) | (14.0%) | (38.3%) | (36.0%) | (7.5%) | **2.29 C** |

≤ Totally Disagree                              Totally Agree ≥

15- The Supervisor of your working area is an:

|  | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 16 | 25 | 103 | 177 | 65 | |
| | (4.1%) | (6.5%) | (26.7%) | (45.9%) | (16.8%) | **2.65 B-** |

≤ Inadequate Leader                        Excellent Leader ≥

Note: The trends of replies go from the most negative (F) to the most positive (A)

In order to establish the level of satisfaction of the members of the PRPD with their supervisors and managers we **added the responses to questions** 11, 12, 13, 14 and 15 **of the police.** This created the dependent variable **Officers Level of Satisfaction with the PRPD Supervisors and Managers**. This elaborated the design of an ordinal scale of High, Moderate and Low that facilitated the measurement of the variable level of satisfaction with the managers and supervisors of the PRPD.

Chart 2.XI shows the results of the response of the PRPD members. The variable produced a global **grade** (of the sum of the answers to questions 11, 12, 13, 14 and 15) **average of 2.54 B-.**



**Graph 2.XI**



Officers Level of Satisfaction PRPD Supervisors and Managers
(questions 11, 12, 13, 14 and 15)

Puerto Rico's Police Survey, n= 386

The **Officers Level of Satisfaction with the PRPD Supervisors and Managers** is presented in graph 2. XI. One can perceive that almost 94.6 per cent of the police officers interviewed have a moderate/high level of satisfaction with the managers and supervisors of the State Police of Puerto Rico. The 41.97 percent had a high level of satisfaction and 52.59 percent understands that the work of managers and supervisors is moderate or *acceptable*.

Only, 5.44 percent said to have a low level of satisfaction with the managers and supervisors at work. We determine that the level of satisfaction of the police officers toward their supervisors was moderate/high. Finally, the grade average resulted in 2.54 B-.

Subsequently, we display table 2.12 with the data collected on the variable Officers Level of Satisfaction with the PRPD Resources and Management System (questions 16, 17 and 19).

Table 2.12: Summary of the correlations between the statistically significant demographic variables and the variable **Officers Level of Satisfaction with the PRPD Resources and Management System (questions 16, 17 and 19).**

See Appendix B: Police Questionnaire

<u>Frequencies of Grades</u>

Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

16- The Puerto Rico Police has developed a good program of recruitment.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 27 (7.0%) | 79 (20.5%) | 129 (33.4%) | 134 (34.7%) | 17 (4.4%) | **2.09 C** |

≤ Very Bad                                        Very Well  ≥

17- The job and performance evaluation system is objective.

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 34 (8.8%) | 76 (19.7%) | 124 (32.1%) | 129 (33.4%) | 23 (6.0%) | **2.08 C** |

≤ Very Bad                                        Very Well  ≥

18- Do you believe that the training of the PRPD officers are offered by qualified instructors?

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 13 (3.4%) | 24 (6.2%) | 98 (25.4%) | 211 (54.7%) | 40 (10.4%) | **2.62 B-** |

≤ Totally Disagree                              Totally Agree ≥

Note: The trends of replies go from the most negative (F) to the most positive (A)

90

To create the **Officers Level of Satisfaction with the PRPD Resources and Management System we merged the responses to the questions** 16, 17 and 19 **of the police questionnaire.** In this way, we measured the dependent variable **Officers Level of Satisfaction with the PRPD Resources and Management System** through an ordinal scale of High, Moderate and Low. The graph 2.XII presents the percentage distribution of the results. The global grade of the sum of answers to questions 16, 17 and 19 had an **average of 2.26 C.**

**Graph 2.XII**



Officers Level of Satisfaction with the PRPD Resources and Management System

8.03%

23.58%

High 91

Moderate 264

Low 31

68.39%

Puerto Rico's Police Survey n = 386

The variable **Officers Level of Satisfaction with the PRPD Resources and Management System** shown in graph 2.XII clearly displays that 92 per cent of the police officers surveyed have a moderate/high level of satisfaction. Of those interviewed, 23.58 percent indicated to have a high level of satisfaction. Moreover, 68.39 percent had a moderate level of satisfaction with the PRPD resources and management system. Only, 8.03 percent said to have a low level of satisfaction. The grade average of this variable reached a 2.26 C.

Below, table 2.13 exhibited the data collected on the variable officer's level of compliance with the laws and civil rights (questions: 18, 20, 21, 22 and 27).

Table 2.13: Summary of the correlations between the statistically significant demographic variables and the variable **Officers Level of Compliance with the Laws and Civil Rights (questions: 18, 20, 21, 22 and 27). AUTO EVALUATION.**

See Appendix B: Police Questionnaire

<u>Frequencies of Grades</u>

Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

18- Do you perceive that the members of the Puerto Rico Police comply with the laws to intervene with residents?

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 1 | 6 | 88 | 250 | 41 | |
| | (.3%) | (1.6%) | (22.8%) | (64.8%) | (10.6%) | **2.84 B** |

≤ Totally Disagree                    Totally Agree ≥

20- Do you clearly know what type of behavior will result in disciplinary acts?

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 3 | 14 | 43 | 189 | 137 | |
| | (.8%) | (3.6%) | (11.1%) | (49.0%) | (35.5%) | **3.15 B** |

≤ Totally Disagree                                 Totally Agree ≥

21- Do you perceive that the PRPD members comply with the civil rights guaranteed by the Constitution of the United States and Puerto Rico?

|        |   | F | D | C | B | A | Average |
|--------|---|---|---|---|---|---|---------|
| N = 386 | | 4 | 14 | 82 | 209 | 77 | **2.88 B** |
|         | | (1.0%) | (3.6%) | (21.2%) | (54.1%) | (19.9%) | |

≤ Totally Disagree                                 Totally Agree ≥

22- Do you believe that PRPD carries out objective police services free of bias (racial, groups of different socio-economic levels, or sexual orientation)?

|        |   | F | D | C | B | A | Average |
|--------|---|---|---|---|---|---|---------|
| N = 386 | | 10 | 32 | 92 | 218 | 34 | **2.61 B-** |
|         | | (2.6%) | (8.3%) | (23.8%) | (56.5%) | (8.8%) | |

≤ Totally Disagree                                 Totally Agree ≥

27- The PRPD performs professional interventions by ensuring the protection of civil rights.

|        |   | F | D | C | B | A | Average |
|--------|---|---|---|---|---|---|---------|
| N = 386 | | 6 | 14 | 83 | 227 | 56 | 2 81B |
|         | | (1.6%) | (3.6%) | (21.5%) | (58.8%) | (14.5%) | |

≤ Totally Disagree                                 Totally Agree ≥

Note: The trends of replies go from the most negative (F) to the most positive (A)

In the creation of the dependent variable *Officer's Level of Compliance with the Laws and Civil Rights,* we **joined the responses to the questions** 18, 20, 21, 22 and 27 **of the police questionnaire.** This established an ordinal scale of High, Moderate and Low level of compliance where officer's auto evaluated himself or herself. Chart 2.XIII very well presents the results of

the PRPD members. When we sum the answers to questions 18, 20, 21, 22 and 27, the officers graded themselves with an **average of 2.86 B.**

Forward, we can perceive the graph 2.XIII, where it shows the officers levels of compliance with the laws and civil rights.

**Graph 2.XIII**



The officer's perception of their level of compliance with the laws and civil rights shown in chart 2.XIII indicates that nearly 99.48 per cent of the police officers have a high/moderate level of satisfaction with the level of compliance with the laws and civil rights. The 66.84 percent has a high level of satisfaction. In addition, the 32.64 percent empathizes to be

moderately satisfied with the necessary compliance of the State Police with the laws and civil rights established in Puerto Rico

Only, the .52 percent of the officers said to have a low level of satisfaction with their own level of compliance. In general, the officer's level of satisfaction with their own observance of the laws and civil rights was high/moderate. Their grade average was 2.86 B. The PRPD officers surveyed are satisfied with their own level of compliance with the laws and civil rights.

Next, we display table 2.14 with the data collected on the variable Officers Level of Satisfaction with PRPD Administrative Investigations (questions: 23 and 24).

Table 2.14: Summary of responses from the variable Officers Level of Satisfaction with PRPD Administrative Investigations (questions: 23 and 24) (ordinal variable).

See Appendix B: Police Questionnaire

<u>Frequencies of Grades</u>

Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

23- Do you believe that the PRPD investigates improper conduct complaints of any member of the organization?

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 32 (8.3%) | 38 (9.8%) | 83 (21.5%) | 197 (51.0%) | 36 (9.3%) | **2.43 C+** |

≤ Totally Disagree               Totally Agree ≥

24- Do you believe that the administrative investigations are met on time?

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 89 (23.1%) | 115 (29.8%) | 86 (22.3%) | 81 (21.0%) | 15 (3.9%) | **1.53 D+** |

≤ Totally Disagree               Totally Agree ≥

Note: The trends of replies go from the most negative (F) to the most positive (A)

To construct variable Officers Level of Satisfaction with PRPD Administrative Investigations (questions: 23 and 24) we combined the responses to questions 23 and 24 of the police questionnaire. As a result, an ordinal scale of High, Moderate and Low Level of satisfaction was developed for the measurement of that dependent variable.

Chart 2.XIV shows the variable's percentage distribution of those PRPD members that answered the survey. The sum, of the answers to questions 23 and 24, established a global grade

average of 1.98 C. The officers surveyed indicate that the administrative investigations of the PRPD are not met on time.

**Graph 2.XIV**



Officers Level of Satisfaction with PRPD Administrative Investigations

High 81
Moderate 232
Low 73

Puero Rico's Police Survey, n = 386

The Officers Level of Satisfaction with PRPD Administrative Investigations is shown in chart 2.XIV and demonstrates that nearly 60.10 per cent of the police officers interviewed have a moderate level of satisfaction with the administrative inquiries. The 20.98 percent has a high level of satisfaction and 18.91 percent indicates to be dissatisfied with the administrative investigations of the PRPD. Therefore, we can perceive a polarization between the officers.

One can conclude that the predominant level of satisfaction on the administrative investigations is the moderate level; however, there is a polarized view about the administrative

investigations. Further, those differences are observed when we exhibit the correlation model of this dependent variable with the independent demographic variables.

The grade average reached by this variable was a 1.98 C. The members of the PRPD are moderately satisfied with the administrative investigations.

Next, we display the data collected on the variable officer's level of satisfaction with the community relations (questions 25 and 28) (See Table 2.15).

Table 2.15: Summary of responses from the variable Officers Level of Satisfaction with the Community Relations (questions 25 and 28) (ordinal variable).

See Annex B: Questionnaire of the members of the RPP for categories of questions.

See Appendix B: Police Questionnaire

<u>Frequencies of Grades</u>

Note: The reply inclinations go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

25- Do you perceive that the officers of the Office of Community Relations are dedicated in improving the quality of community life?

| | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 386 | 29 (7.5%) | 32 (8.3%) | 107 (27.7%) | 174 (45.1%) | 44 (11.4%) | **2.45 C+** |

≤ Totally disagree          Totally agree ≥

28- Do you believe that the PRPD creates strong relationships with the communities?

| | F | D | C | B | A | Promedio |
|---|---|---|---|---|---|---|
| N = 386 | 21 (5.4%) | 60 (15.5%) | 122 (31.6%) | 155 (40.2%) | 28 (7.3%) | **2.28 C** |

≤ Totally disagree          Totally agree ≥

Note: The trends of replies go from the most negative (F) to the most positive (A)

The level of satisfaction of the members of the State Police of Puerto Rico with Community Relations measured by joining the responses to questions 25 and 28 of the questionnaire created the dependent variable Officers Level of Satisfaction with the Community Relations. In addition, we developed an ordinal scale of High, Moderate and Low Level of satisfaction. Graph 2.XV presents the results of this dependent variable. The global grade average of the sum of the answers to questions 25 and 28 was **2.37 C+**.

PRPD members understood that the relations with the Community are moderately satisfactory.

**Graph 2.XV**



Officers Level of Satisfaction with the Community Relations

11.66%

42.49%   High 164

Moderate 177

Low 45

45.85%

Puerto Rico's Police survey, n = 386

The community relations satisfaction level of the PRPD members shown in chart 2.XV indicates that nearly 45.85 per cent of the police officers interviewed have a moderate level of satisfaction. The 42.49 percent has a high level of satisfaction with the community relations. Finally, the 11.66 percent is dissatisfied with the community relations. This graph shows a moderate level/high of satisfaction and an 11.66 percent dissatisfied.

In the next pages of this report, we arranged several correlation models and summary tables. They describe and explain the significant correlations between demographic variables of this study and its variables of levels of satisfaction and perception of the members of the PRPD These correlations give us a demographic profile on how the officers surveyed perceive themselves and the PRPD as an organization.

**Correlation model VII: Demographic variables and the variable Officers Level of Satisfaction with Work and Environment.**



This correlation   model   shows the four demographic   variables   that   were   significant

affecting the variable **Officers Level of Satisfaction with Work and Environment.**

Table 2.XVI: Summary of the correlations between the Demographic Variables and the Dependent Variable **Officers Level of Satisfaction with Work and Environment.**

| Variable | Correlation | Statistic | Significance level |
|---|---|---|---|
| 1- **Years of Service** | .207 | Cramer's V | .0001 |

Those officers with more years of service have a higher the level of satisfaction with the police work and its environment. The more years of service, the more satisfied with the environment within the PRPD and vice versa.

| | | | |
|---|---|---|---|
| 2- **Rank** | -.216 | Somer's D | .0001 |

The high level officers and sergeants have a higher level of satisfaction with the police work and its environment than detectives and agents.

| | | | |
|---|---|---|---|
| 3- **Age** | .219 | Somer's D | .05 |

The aged have the highest the level of satisfaction with the police work and its environment. The young and middle-aged have lower levels of satisfaction with the Police Work and Its Environment

| | | | |
|---|---|---|---|
| 4- **Educational level** | .219 | Somer's D | .05 |

Those with the highest level of education report a high level of satisfaction with the police work and its environment, the members of the PRPD with less education are more dissatisfied with the environment.

Sample of N = 386 Members of the Police of Puerto Rico.
$\infty \leq .05$

Table 2.XVI and Correlation Model VII highlight five demographic variables statistically correlated to the dependent variable **Officers Level of Satisfaction with Work and Environment.**

These demographic variables are, years of service, age, educational level and rank. The non-parametric correlations above presented, were all significant at the .05 level or less ($\infty \leq$ .05).

Table 2.XVI identifies the profile of those PRPD members examined about the dependent variable Officers **Level of Satisfaction with Work and Environment.**

- The PRPD members with more years of service specify a high level of satisfaction with the police work and its environment. However, those officers with fewer years of service have a dissatisfied moderate/low level of satisfaction with the Police Work and Its Environment.

- The higher the officers rank, the higher the level of satisfaction with the police work and their environment and vice versa. The lesser ranked are more dissatisfied.

- The older officers are more satisfied with the police work and their environment and vice versa. Young PRPD members are more dissatisfied.

- Finally, those PRPD members with a high level of education are more satisfied with the police work and their environment and vice versa.

Conclusions:

Those officers with fewer years of service, those of lesser rank, the young and the less educated are unhappy with the police work and the environment in the organization.

**Correlation model VIII: Variable Officers Level of Satisfaction with the PRPD Resources and Management System and the variable Officers Level of Satisfaction with the PRPD Supervisors and Managers.**



This correlation model shows the relationship between the variable **Officers Level of Satisfaction with the PRPD Resources and Management System** and the variable **Officers Level of Satisfaction with the PRPD Supervisors and Managers.**

Table 2.XVII:

Summary of the correlation between the variable Officers Level of Satisfaction with the PRPD Resources and Management System and the variable Officers Level of Satisfaction with the PRPD Supervisors and Managers.

| Variable | Correlation | Statistic | Significance level |
|----------|-------------|-----------|--------------------|
| 1- Officers Level Satisfaction PRPD Supervisors & Managers | .326 | Somer's D | .0001 |

The higher the Officers Level of Satisfaction with the PRPD Resources and Management System, the higher the Officers Level of Satisfaction with the PRPD Supervisors and Managers, and vice versa. The lacking in enthusiasm with one variable was also with the other level of satisfaction, creating a polarization within the institution.

Sample of N = 386 Members of the Police of Puerto Rico.
$\infty \leq .05$

Table 2.XVII and Correlation Model VIII show the correlation results between the variable **Officers Level of Satisfaction with the PRPD Resources and Management System** the variable **Officers Level of Satisfaction with the PRPD Supervisors and Managers**. This correlation indicates that the higher the level of satisfaction with the resources and management system the higher the level of satisfaction with the managers and supervisors and vice versa. The dissatisfied with a variable is also with the other one. The correlation resulted in a .326 Somer's D significant at the .0001 level. This is a reliable non-parametric statistic used in ordinal-ordinal relationships. Therefore, these variables significantly correlated to each other.

These are the main conclusions of the above correlation:

- The PRPD officers with a high level of satisfaction with the management systems and resources point to to have a high level of satisfaction with the managers and supervisors.

- Those with a moderate level of satisfaction with the management systems and resources obtained a moderate level of satisfaction with the managers and supervisors.

- Finally, individuals that reported a low level of satisfaction with the management systems and resources also specified to have a low level of satisfaction with the managers and supervisors.

The higher the **Officers Level of Satisfaction with the PRPD Resources and Management System,** the higher the **Officers Level of Satisfaction with the PRPD Supervisors and Managers,** and vice versa. The lacking in enthusiasm with one variable also spilled to the other level of satisfaction creating a polarization within the institution.

Ahead we exhibit table 2.XVIII and the correlation model IX of the demographic variable *years of service* and the dependent variable *the PRPD level of compliance with the laws and civil rights.*

**Correlation model IX: Demographic variable (years of service) and the PRPD Level of Compliance with the Laws and Civil Rights.**



This correlation model and Table 2.XVIII show the relationship between the demographic variable (years of service) and the PRPD Level of Compliance with the Laws and Civil Rights.

Table 2.XVIII: Summary of the correlation between demographic variable Years of Service and the variable PRPD Level of Compliance with the Laws and Civil Rights

| Variable | Correlation | Statistic | Significance level |
|----------|-------------|-----------|--------------------|
| **1-** Years of Service | -.100 | Somer's D | .016 |

The more years of service the higher the PRPD level of compliance with laws and civil rights. The more years of service the higher the PRPD level of compliance.

Sample of N = 386 Members of the Police of Puerto Rico.
$\infty \leq .05$

The variable *years of service* is affecting variable the PRPD level of compliance with the laws and civil rights. While more years of service in the PRPD the higher the level of compliance with laws and civil rights. In addition, those with more years of service are more satisfied with the level of compliance of the PRPD with laws and civil rights than the groups with less time in the organization. The PRPD officers with less time in the body are less pleased with their peer's law enforcement and the civil rights practices.

Next, we illustrate Table 2.XIX and Correlation Model X where they describe the relationship between the variable Ethnic Group and the Officers Level of Satisfaction with the Administrative Investigations.

**Correlation Model X: between demographic variables (Ethnic Group) and the Officers Level of Satisfaction with the Administrative Investigations**



This correlation model shows the relationship between the demographic variable ( ethnic group) and the Officers Level of Satisfaction with the Administrative Investigations  .

Table 2.XIX: Summary of the correlations between the demographic variable (Ethnic Group) and the variable Officers Level of Satisfaction with the Administrative Investigations.

| Variable | Correlation | Statistic | Significance level |
|---|---|---|---|
| **1- Ethnic group** | .158 | Cramer´s V | .036 |

The predominantly white PRPD officers have a higher level of satisfaction with the administrative inquiries of the institution. Those who identified with other ethnic groups have a lower level of satisfaction with PRPD administrative investigations.

Sample of N = 386 Members of the Police of Puerto Rico.
$\infty \le .05$

There is a correlation between the demographic variable ethnic group and the variable officers level of satisfaction with its administrative investigations. A Cramer´s V of .158 and significant at the .036 level, confirms the association between those non parametric variables. The predominantly white officers interviewed, have a higher level of satisfaction with the administrative inquiries of the institution than those identified with other ethnic groups (mixed, Asian, predominantly Indian and predominantly black) that have a lower level of satisfaction.

Next, we expose Table 2.XIX and Correlation Model XI that describe the relationship between Age and the Officers Perception of the Superintendent´s Job.

**Correlation model XI: between demographic variables (age) and the level of perception of the Superintendent**



This correlation model illustrates the association between the demographic variable Age and the Officers Perception of the Superintendent´s Job.

Table 2.XX: Summary of the correlation between the demographic variable Age and the Officers Perception of the Superintendent´s Work.

| Variable | Correlation | Statistic | Significance level |
|----------|-------------|-----------|--------------------|
| **1- Age** | ,185 D | Somer´s D | .0001 |

The younger members of the PRPD indicate that they have a higher and better perception of the Puerto Rico´s Police Superintendent compared to older age groups.

Sample of N = 386 Members of the Police of Puerto Rico.
∞ ≤ .05

There is a correlation between the demographic variable Age and the Officers Perception of the Superintendent´s Work. The younger members of the PRPD have a higher perception level of the Puerto Rico´s Police Superintendent compared to older age officers studied. Younger respondents support the work of the current Superintendent by far. One can infer a cultural/generational polarization in the Police Department. Younger cohorts support transformations and cultural change vice versa the older groups.  The ,185 Somer´s D significant at the .0001 clearly shows this relationship.

Further on, we present Correlation model XII with the Demographic variables associated to the variable Reading & Knowledge Level on the Reform.

**Correlation model XII: Demographic variables associated to the variable Reading & Knowledge Level of the Reform.**



This correlation model demonstrates the three demographic variables that were significantly associated with the variable Reading & Knowledge Level of the Reform.

Table 2.XXI: Summary of the correlations between the three demographic variables and the variable Reading & Knowledge Level of the Reform.

| Variable | Correlation | Statistic | Significance level |
|---|---|---|---|
| **1- Years of Service** | - .231 | Somer's D | .0001 |

The more years of service, the higher the level of knowledge and reading of the reform. The less time in the PRPD, the less knowledge and reading about the reform.

| | | | |
|---|---|---|---|
| **2- Ethnic Group** | .170 | Cramer's V | .013 |

The predominantly white officers have more knowledge and do more reading of the reform than the members of other ethnic groups.

| | | | |
|---|---|---|---|
| **3- Educational Level** | .197 | Somer's D | .0001 |

The higher the officers level of education, the higher their level of knowledge and reading of the reform. The PRPD officers with less education are more detached from the reform.

Sample of N = 386 Members of the Police of Puerto Rico.
$\infty \leq .05$

Table 2.XXI illustrates a statistical summary of the correlations between three demographic variables and the variable Reading & Knowledge Level of the Reform.

The following are the main conclusions of this table:

- The more years of service, the higher the level of knowledge and reading of the reform. Younger officers indicate to have less knowledge and have not read as much as the older cohorts.

114

- The predominantly white officers expressed to have more knowledge and done more reading about the reform, than members of other ethnic groups.

- Those officers with the highest level of education expressed to have the highest level of knowledge and reading of the reform. The PRPD members with less education are more unfamiliar with the reform.

## General Conclusions

1- The 18.9 per cent of the PRPD officers recognized to have a low level of knowledge about the police reform.

2- The PRPD officers have a moderate level of satisfaction with their work and environment, with a grade average of 2.35 C+.

3- The Officers Level of Satisfaction with the PRPD Supervisors and Managers was moderate/high, with a grade average of 2.54.

4- The Officers Level of Satisfaction with the PRPD Resources and Management System was moderate/high, with a grade average of 2.26.

5- The Officers Level of Compliance with the Laws and Civil Rights was high/moderate, with a grade average of 2.86. The members of the PRPD are satisfied with their own level of compliance with the laws and civil rights.

6- The Officers Level of Satisfaction with PRPD Administrative Investigations was moderate, with a grade average of 1.98 C.

7- The Officers Level of Satisfaction with the Community Relations was moderate, with a grade average of 2.37 C+.

**Correlation Conclusions**

1- Those officers with more years of service have a higher the level of satisfaction with the police work and its environment. The more years of service, the more satisfied with the environment within the PRPD and vice versa.

2- The high level officers and sergeants have a higher level of satisfaction with the police work and its environment than detectives and agents.

3- The aged have the highest the level of satisfaction with the police work and its environment. The young and middle-aged have lower levels of satisfaction with the Police Work and Its Environment

4- Those with the highest level of education report a high level of satisfaction with the police work and its environment, the members of the PRPD with less education are more dissatisfied with the environment.

5- The higher the Officers Level of Satisfaction with the PRPD Resources and Management System, the higher the Officers Level of Satisfaction with the PRPD Supervisors and Managers, and vice versa. The lacking in enthusiasm with one variable was also with the other level of satisfaction, creating a polarization within the institution.

6- The more years of service the higher the PRPD level of compliance with laws and civil rights. The more years of service the higher the PRPD level of compliance.

7- The predominantly white PRPD officers have a higher level of satisfaction with the administrative inquiries of the institution. Those who identified with other ethnic groups have a lower level of satisfaction with PRPD administrative investigations.

8- The younger members of the PRPD indicate that they have a higher and better perception of the Puerto Rico´s Police Superintendent compared to older age groups.

9- The more years of service, the higher the level of knowledge and reading of the reform. The less time in the PRPD, the less knowledge and reading about the reform.

10- The predominantly white officers have more knowledge and do more reading of the reform than the members of other ethnic groups.

11- The higher the officers level of education, the higher their level of knowledge and reading of the reform. The PRPD officers with less education are more detached from the reform.

**III Third Part:**

**Results of a nonrandom sample of those detained in some PRPD detention cells around Puerto Rico. We interviewed 25 detainees between the weeks of February 29, 2016 to April 12, 2016.**

During the weeks of February 29, 2016 to April 12, 2016; a third sample was taken where 25 arrested or detainees were interviewed to know how they were treated, how the conditions of the cell were handled and their experiences in the arrest process. A questionnaire of 26 easy closed questions to answer was constructed, prepared and implemented as part of research design (See Appendixes).

A research design of a nonrandom sampling method was prepared and implemented using discretionary sampling (or sampling trial) of the 13 Police areas where they had arrested and willing to be interviewed detainees. The Non-probability sampling (or non-random sampling) is the sampling technique where the elements are chosen according to the investigator; the probability with which you can select each individual is not known. Non-probability sampling is used when it is impossible or very difficult to obtain the sample by probability sampling methods. Selected by non-random sampling methods are intended to be representative samples under the criteria of the researcher, but in any case, ensure representativeness

The method of discretionary sampling (or sampling trial) is a non-probability sampling method. The subjects are selected based on the accessibility of the population, knowledge and judgement of the investigator. The researcher selects individuals through their professional judgment and how feasible are the interviews with the subjects. You can rely on the experience

of previous studies or knowledge about the population and the behavior of this versus the characteristics being studied. These types of design are used to analyze hard to reach populations and exploratory studies (Hernández Sampieri, R., Fernandez Collado, C. Baptista Lucio, P., 2010).

There was more participation in the San Juan Metropolitan area (Santurce and Hato Rey), Mayagüez, Bayamón, and Cataño. We attempted to interview arrested individuals in police custody in Caguas, Rio Piedras, Trujillo Alto, Cayey, Cidra, Cabo Rojo and other municipalities without favorable results. The sample of 25 respondents, although limited, is an inaccessible sector of the population. Therefore, the results, although not statistically significant, give us valuable information on procedures, conditions and treatment of these residents during detention. This social research technique is widely used in Qualitative and Descriptive analysis. And usually combined with focus groups and other valuable qualitative research methods.

These first results will greatly assist the management of the P.R.P.D. to determine which issues can be improved with procedures, treatment and the environment in the detention cells for those arrested. It also serves as a framework for further studies of this population.

It's important to establish which is approximately the population of arrested in Puerto Rico observing in which dates it increases or decreases. The PRPD should provide exact numbers for further studies.

Also, this data could be useful for moments of great social intensity and prevent problems or issues with the members of this population. So, in the nearby future a useful database should be provided by the PRPD.

The first findings presented below are related to demographic variables of this non-probability sampling (or non-random sampling). The findings of interviews with those arrested in this Third Part are presented below as Univariate tables.

The first table of this Third Part presents the ethnic group interviewed in each subject variable.

Table 3.1: Ethnic Group of Respondents Arrested

Frequencies

|  | Frequencies | Frequency Percent |
|---|---|---|
| Ethnic group | | |
| Predominant White | 22 | 88.0 |
| Predominant Black/Mulatto | 2 | 8.0 |
| Mixed | 1 | 4.0 |
| Total | n = 25 | 100.0% |

Table 3.1 Variable ethnic group notes that 88 percent (22 people arrested) of the 25 respondents indicated arrested belong to the predominantly white group, 8.0 percent (2 people) were identified as predominantly black / mulatto and 4.0 percent (1 person) selected the mixed category. The vast majority of those interviewed identified themselves as predominantly white.

The next table is the gender variable.

Table 3.2: Gender of Respondents Arrested

<u>Frequencies</u>

| | Frequencies | Frequency Percent |
|---|---|---|
| <u>Gender</u> | | |
| Male | 18 | 72.00 |
| Female | 7 | 28.00 |
| Transgender | 0 | 0.00 |
| Total | n = 25 | 100.00% |

Table 3.2 shows that most of the people who participated in these interviews were men (18) with 72.0 percent versus 28 (7) percent of the female gender. According to the observations of our interviewers, the detained did not refuse to participate and answer the questionnaire regarding the Reform of the Police Department of Puerto Rico

Table 3.3 presents the frequency distribution of the demographic variable Age.

Table 3.3: Age

Frequencies

| Age | Frequencies | Frequency Percent |
|---|---|---|
| 18 a 28 ages | 13 | 52.0 |
| 29 a 39 | 10 | 40.0 |
| 40 a 50 | 1 | 4.0 |
| 51 a 61 | 1 | 4.0 |
| Total | n = 25 | 100.0% |

Table 3.3 shows that the sample of subjects interviewed is distributed as follows: 52.0 percent (13 respondents) are from 18 to 28 years of age, 40 percent (10 subjects) from 29 to 39 years of age, 4.0 per percent (1 subject) between the ages of 40 to 50 years, and 4.0 percent (1 person) between 51 and 61 years. The sample indicates that younger groups consist of 92 percent.

The next variable to be exposed is Residential Zone.

Table 3.4: Residential Zone

<u>Frequencies</u>

|  | Frequencies | Frequency Percent |
|---|---|---|
| <u>Residential Zone</u> | | |
| Rural District | 6 | 24.0 |
| Urban District | 4 | 16.0 |
| Urban Town | 7 | 28.0 |
| City | 8 | 32.0 |
| Total | n = 25 | 100.0% |

This variable has categories of Rural District, Urban District, Urban Town and City as shown in Table 3.4. If we add up the urban areas categories we have a 76.0 per cent of respondents indicating that reside in one of the urban groupings described in Table 3.4. This indicates that interviewers reached various residential areas of the Puerto Rican population.

Table 3.5 shows the frequency distribution of the demographic areas.

Table 3.5: Working Group of the Arrested

<u>Frequencies</u>

| Working Group | Frequencies | Frequency Percent |
|---|---|---|
| Professional | 1 | 4.0 |
| Middle Management | 0 | 0.0 |
| White Collar Employee | 7 | 28.0 |
| Blue Collar Employee | 9 | 34.0 |
| Housewife | 1 | 4.0 |
| Part Time Employee | 1 | 4.0 |
| Unemployed | 6 | 24.0 |
| Pensioner / Retired | 0 | 0.0 |
| No Answer | 0 | 0.0 |
| Total | n = 25 | 100.0% |

This table indicates that the sample of respondents is distributed as follows: 4.0 percent (1 respondent) is of the Professional Group; 0.0 percent (0 subjects) Middle Management Group; 28.0 percent (7 subjects) White collar employee Group, 34.0 percent (9 people) Blue collar employee Group, 4.0 percent (1 subject) was identified as Housewife, 4.0 percent (1 respondent) Part- Time Work Group, 24.0 percent (6 people) were unemployed, 0.0 percent (pensioners) of pensioners / retirees and 0.0 percent (0 people) did not answer. The sample does not necessarily

represent Puerto Rico's arrested population. We lack evidence of the approximately total detainee's population of the island.

Table 3.6 presents the frequency distribution of the demographic variable Level of Education.

Table 3.6: Level of Education

Frequencies

|  | Frequencies | Frequency Percent |
|---|---|---|
| Level of Education |  |  |
| Masters | 1 | 4.0 |
| Bachelors | 2 | 8.0 |
| Assoc. Degree / Tech School | 6 | 24.0 |
| G.E.D. | 16 | 64.0 |
| Total | n = 25 | 100.0% |

Table 3.6 shows the following percentage distribution by degree studied and finished: 4.0 percent (1 subject) have a master's degree, 8.0 percent (2 subjects) of the Bachelor's degree group, 24.0 percent (6) have a Assoc. Degree / Technical School, 64.0 percent (16 subjects) reported having a High School Degree / G.E.D. Therefor, most of those interviewed specified having a High School Degree.

The next table is 3.7, and shows the frequency distribution of the Nationality demographic variable of respondents arrested.

Table 3.7: Nationality

<u>Frequencies</u>

|  | Frequencies | Frequency Percent |
|---|---|---|
| <u>Nationality</u> | | |
| Puerto Rican | 24 | 96.0 |
| Continental American | 1 | 4.0 |
| Total | n = 25 | 100.0% |

Table 3.7 indicates that 96.0 percent (24 people) of the 25 respondents indicated belonging to the Puerto Rican group.  And 4.0 percent (1 person) Continental American group. No interviews with people of other national groups were attained.

**Answers to questions about the process of arrest and stay in the detention cells:**

The table is 3.8 shows the frequency distribution of the question: At the time of your arrest did someone explained why they were arresting you.

Table 3.8: At the time of your arrest, did they explain why you were being arrested?

Frequencies

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 23 | 96.0 |
| No | 2 | 4.0 |
| Total | n = 25 | 100.00% |

Table 3.8 shows that the vast majority (23 of 25 respondents) of those arrested, who participated in these interviews, said they were informed of their arrest causes for 96.0 percent of the time.

The next table is 3.9 and shows the frequency distribution of the question: Do you understand why you are being arrested?

Table 3.9: Do you understand why you are being arrested?

Frequencies

| | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 22 | 88.0 |
| No | 1 | 4.0 |
| No Answer | 2 | 8.0 |
| Total | n = 25 | 100.00% |

Table 3.9 shows that 22 of the 25 respondents said they understood the reason for their arrest for 88.0 percent. Only one person indicates not knowing why she was arrested and two refused to answer the question for 8.0 percent of the time. The vast majority said they knew the reason for their arrest.

The next table is 3.10 and displays the frequency distribution of the question: During your stay and check into the detention cell, police officers asked about your health.

Table 3.10:  During your stay and check into the detention cell police officers asked about your health.

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 16 | 66.0 |
| No | 9 | 34.0 |
| Total | n = 25 | 100.00% |

Table 3.10 shows that 16 of the 25 respondents said that during their stay and registration in the cell, police officers asked them about their health for 66.0 percent of the time. Nine people said that they were not asked for 34.0 percent.

The next table is 3.11 and reveals the frequency distribution of the question: Where you wounded by a police officer during your arrest?

Table 3.11: Where you wounded by a police officer during your arrest?

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 1 | 4.0 |
| No | 24 | 96.0 |
| Total | n = 25 | 100.00% |

Table 3.11 shows that 1 of the 25 interviewed said that he was wounded by a police officer during his arrest for 4.0 percent. Twenty- four people said they were not injured for 96.0 percent of those interviewed.

The next table is 3.12 and displays the frequency distribution of the question: If you were injured, did they provide immediate medical assistance?

Table 3.12: If you were injured, did they provide immediate medical assistance?

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 0 | 0.0 |
| No | 25 | 100.0 |
| Total | n = 25 | 100.00% |

Table 3.12 indicates that during their stay and registration in the police station, the 25 respondents were not attended for some injury to 100.0 percent.

The next table is 3.13 and presents the frequency distribution of the question: During your stay and check into the police station, officers took a photo of you?

Table 3.13: During your stay and check into the police station, officers took   a photo of you?

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 3 | 12.0 |
| No | 22 | 88.0 |
| Total | n = 25 | 100.00% |

Table 3.13 presents the frequency distribution of the question: During your stay and check into the cell, police officers took a photo of you. The vast majority indicated that there were not taken photos of them to 88 percent of those interviewed. 12.0 percent said that they took photos of them (3 respondents).

The next table is 3.14 and shows the frequency distribution of the question: While in the police station, police officers provided you with basic items in your cell (Blanket, pillow).

Table 3.14: While in the police station, police officers provided you with basic items in your cell (Blanket, pillow).

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 0 | 0.0 |
| No | 25 | 100.0 |
| Total | n = 25 | 100.00% |

Table 3.14 indicates that 25 respondents (100.0 percent) reported that during their stay in the police station and registration; they were not provided basic items in their cells (sheet, pillow).

Next we present table 3.15 with the frequency distribution of the question: During your stay and check into the detention cell; police officers provided you food and water.

133

Table 3.15: During your stay and check into the detention cell; police officers provided you food and water.

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 11 | 44.0 |
| No | 14 | 56.0 |
| Total | n = 25 | 100.00% |

Table 3.15 presents the frequency distribution of the question: During your stay and check into the detention cell, police officers provided you with food and water.

Most indicated that no water and food was received for 56 percent (14) of those interviewed, 44.0 percent said to (11 respondents) receive water and food.

The next table is 3.16 and shows the frequency distribution of the question: While in the police station police officers removed the handcuffs while you enter your detention cell.

Table 3.16: While in the police station police officers removed the handcuffs while you enter your detention cell.

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 21 | 84.0 |
| No | 4 | 16.0 |
| Total | n = 25 | 100.00% |

Table 3.16 indicates the frequency distribution of the question: While in the police station, police officers removed the handcuffs on entering the detention cell. Most indicate that they removed the handcuffs on entering the detention cell for 84 percent (21) of those interviewed, 16.0 percent said that no officer (4 respondents) removed the handcuffs while entering the detention cell.

The next table is 3.17 and shows the frequency distribution of the question: Have you ever been arrested before?

Table 3.17: Have you ever been arrested before?

|  | Frequencies | Frequency Percent |
| --- | --- | --- |
| Yes | 6 | 24.0 |
| No | 19 | 76.0 |
| Total | n = 25 | 100.00% |

Table 3.17 presents the frequency distribution of the question: Have you ever been arrested before? Most stated that they had not been arrested before for 76 percent (19) of those interviewed, 24.0 percent said that (6 respondents) yes, they had been arrested before.

The following table is 3.18 and displays the frequency distribution of the question: You will be given the opportunity to make a phone call (family, lawyer, etc.)?

Table 3.18: You will be given the opportunity to make a phone call (family, lawyer, etc.)?

|  | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 20 | 80.0 |
| No | 5 | 20.0 |
| Total | n = 25 | 100.00% |

Table 3.18 presents the frequency distribution of the question: You were given the opportunity to make a phone call (family, lawyer, etc.)? The majority was given the opportunity to make a call for 80 percent (20) of those surveyed, 20.0 percent said they were not given the opportunity to make a phone call (5 respondents).

The next table is 3.19 and displays the frequency distribution of the question: How do you evaluate the treatment they have given you so far after the arrest?

Table 3.19: How do you evaluate the treatment they have given you so far after the arrest?

|  | Frequencies | Frequency Percent |
|---|---|---|
| Mistreated | 0 | 0.0 |
| Regular | 8 | 32.0 |
| Good | 17 | 68.0 |
| No answer | 0 | 0.0 |
| Total | n = 25 | 100.00% |

136

Table 3.19 shows the frequency distribution of the question: How do you evaluate the treatment they have given you so far after the arrest?

Most appraised as a good treatment their stay during and after their arrest for 68 percent (17) of those interviewed. About 32.0 percent said the ordeal during their arrest was fair (8 respondents). This means that the consensus among all respondents is that the treatment was between good and regular (fair). Nobody said to be mistreated.

The following table is 3.20 and presents the frequency distribution of the question: The process of transportation during the arrest was adequate (safety aspects such as the seat belt).

Table 3.20: The process of transportation during the arrest was adequate (safety aspects such as the seat belt).

| | Frequencies | Frequency Percent |
|---|---|---|
| Yes | 23 | 92.0 |
| No | 2 | 8.0 |
| Total | n = 25 | 100.00% |

Table 3.20 presents the frequency distribution of the question: Does the process of transportation during the arrest was adequate (safety aspects such as the seat belt)? The vast majority states that they were given an adequate transportation in the police patrol for 92 percent (23) of those interviewed, the 8.0 percent said that they were not given adequate transportation (2 respondents).

The next table is 3.21 and exposes the frequency distribution of the question: There were sanitary services in the detention cell?

Table 3.21: There were sanitary services in your cell?

| Frequencies | Frequency | Percent |
|---|---|---|
| Yes | 23 | 92.0 |
| No | 2 | 8.0 |
| Total | n = 25 | 100.00% |

Table 3.21 presents the frequency distribution of the question: There were sanitary services in your detention cell? The vast majority affirmed that the cell had a working toilet for 92 percent (23) of those interviewed, the remaining 8.0 percent said they did not have functional sanitary services (2 respondents).

The next table is 3.22 and reveals the frequency distribution of the question: If you are transgender or transsexual the transportation provided to you was apart from the others arrested.

Table 3.22: If you are transgender or transsexual the transportation provided to you was apart from the others arrested.

| Frequencies | Frequency | Percent |
|---|---|---|
| No Answer | 23 | 92.0 |
| No | 2 | 8.0 |
| Total | n = 25 | 100.00% |

Table 3.22 presents the frequency distribution of the question: If you are transgender or transsexual the transportation provided was apart from others arrested? The vast majority did not answer the question (it's concluded that they are not transgender or transsexual) for 92 percent (23) of those interviewed, and 8.0 percent said that they were not provided transportation apart from others arrested (two respondents identified as transgender or transsexual, that initially did not identified as so).

The next table is 3.23 and reveals the frequency distribution of the question: In general, how were you treated during your arrest and detainment?

Table 3.23: In general, how were you treated during your arrest and detainment?

| Frequencies | Frequency | Percent |
|-------------|-----------|---------|
| Unsatisfactory | 4 | 16.0 |
| Satisfactory | 20 | 80.0 |
| No Answer | 1 | 4.0 |
| Total | n = 25 | 100.00% |

The next table is 3.23 and reveals the frequency distribution of the question: In general, how were you treated during your arrest and detainment? Most reported to be satisfactorily treated during their arrest and detention for 80 percent (20) of those interviewed, the other 16.0 percent said that were treated (a) unsatisfactorily (4 respondents) and one person did not answer the question for 4.0 of all answers.

139

The next table is 3.24 and shows the frequency distribution of the question: Agents treated me with professionalism?

Table 3.24: Agents treated me with professionalism?

|  | Frequencies | Frequency Percent |
|---|---|---|
| No | 4 | 16.0 |
| Yes | 20 | 80.0 |
| No Answer | 1 | 4.0 |
| Total | n = 25 | 100.00% |

Table 3.24 shows the frequency distribution of the question: Agents treated me with professionalism? Most respondents (20) show that the agents treated them with professionalism during their arrest and detainment for 80 percent of the people interviewed, another 16.0 percent said that they were treated unsatisfactorily (4 respondents) and one person did not answer the question for 4.0 percent of all answers.

The next table is 3.25 and shows the frequency distribution of the question: Do police officers have good relationships with my community?

Table 3.25: Do police officers have good relationships with my community?

|  | Frequencies | Frequency Percent |
|---|---|---|
| No | 5 | 20.0 |
| Yes | 14 | 56.0 |
| No Answer | 6 | 24.0 |
| Total | n = 25 | 100.00% |

Table 3.25 exhibits the frequency distribution of the question: Do police officers have good relationships with my community? This table indicates that the majority of respondents (14) said that the police officers have good relationships with their community for 56 percent of the people interviewed, the 20.0 percent said that police officers do not have good relationships with their community (5 respondents) and 6 persons did not answer the question for a 24.0 percent to be one of the less answered questions of this non-probability sampling /exploratory research.

Next, the conclusions of this Part of the Report and the results of the detainee survey, related to the perception of the Department of the Puerto Rico Police; pursuant to paragraph 241 of the Agreement Reform for P.R. Police Department.

**Specific findings: Part Three Report**

1- The sample of those arrested is an exploration and does not necessarily represent the population of those arrested in Puerto Rico. It serves as a framework for conducting further studies on this population.

2- The table of ethnic group variable indicates that 88 percent (22 people arrested) of the 25 respondents were of the predominantly white group.

3- Table 3.2 shows that most people who participated in these interviews were 18 men with 72.0 percent versus 28 (7) percent of the female gender.

4- Table 3.3 shows that the majority of subjects sampled are from the younger groups and consist of 92 percent of those interviewed.

5- Around 76.0 per cent of the respondents were from urban areas of Puerto Rico.

6- Persons from a variety of professional groups were interviewed.

7- Most of those arrested have interviewed indicated having a G.E.D.

8- The 96.0 percent (24 people) of the 25 respondents indicated to be Puerto Rican.

9- The vast majority (23 of 25 respondents) of those arrested, said they were informed of the causes of their arrest for 96.0 percent.

10- The 88.0 percent (22 of the 25 respondents) said to understand the reason for their arrest.

11- Table 3.10 shows that 16 of the 25 respondents said that during their stay and detention in the police station officers asked him about their health for 66.0 percent. Nine persons said that they were not asked for 34.0 percent.

12- Twenty- four people said they were not injured for 96.0 percent of those interviewed.

13- The 25 respondents were not attended for some injury to 100.0 percent.

14- The vast majority indicated that there were not taken photos of them to 88 percent of those interviewed. 12.0 percent said that they took photos of them (3 respondents).

15- That the 25 respondents (100.0 percent) reported that during their stay in the police station and registration; they were not provided basic items in their cells (sheet, pillow).

16- Most indicated that no water and food was received for 56 percent (14) of those interviewed, 44.0 percent said to (11 respondents) receive water and food.

17- Most indicate that they removed the handcuffs on entering the detention cell for 84 percent (21) of those interviewed, 16.0 percent said that no officer (4 respondents) removed the handcuffs while entering the detention cell.

18- Most stated that they had not been arrested before for 76 percent (19) of those interviewed, 24.0 percent said that (6 respondents) yes, they had been arrested before.

19- The majority was given the opportunity to make a call for 80 percent (20) of those surveyed, 20.0 percent said they were not given the opportunity to make a phone call (5 respondents).

20- Most appraised as a good treatment their stay during and after their arrest for 68 percent (17) of those interviewed. About 32.0 percent said the ordeal during their arrest was fair (8

respondents). This means that the consensus among all respondents is that the treatment was between good and regular (fair). Nobody said to be mistreated.

21- The vast majority affirmed that the cell had a working toilet for 92 percent (23) of those interviewed, the remaining 8.0 percent said they did not have functional sanitary services (2 respondents).

22- The vast majority did not answer the question (it's concluded that they are not transgender or transsexual) for 92 percent (23) of those interviewed, and 8.0 percent said that they were not provided transportation apart from others arrested (two respondents identified as transgender or transsexual, that initially did not identified as so).

23- Most reported to be satisfactorily treated during their arrest and detention for 80 percent (20) of those interviewed, the other 16.0 percent said that were treated (a) unsatisfactorily (4 respondents) and one person did not answer the question for 4.0 of all answers.

24- Most respondents (20) show that the agents treated them with professionalism during their arrest and detainment for 80 percent of the people interviewed, another 16.0 percent said that they were treated unsatisfactorily (4 respondents) and one person did not answer the question for 4.0 percent of all answers.

**25-** the majority of respondents (14) said that the police officers have good relationships with their community for 56 percent of the people interviewed, the 20.0 percent said that police officers do not have good relationships with their community (5 respondents) and 6 persons did not answer the question for a 24.0 percent to be one of the less answered questions of this non-probability sampling /exploratory research.

**General Conclusions and Recommendations**

We recommend the PRPD Reform office to instruct ALL commandants and their respective headquarters to provide those arrested food and water, health services, a bed and clean sheet, authorization to make a phone call, a photo of the arrested individual, separate the transgenders individuals of the general population, safe transportation, medical care, and remove the handcuffs upon entering the cell.

- We recommend better treatment and professionalism in the process of arrest and detention.

- It is recommended to the Police Department to have a better relationship with the communities were most of the detainees come from and are especially recurrent.

- It is recommended to follow the verbatim protocols of the Police Department of Puerto Rico and the Office of the Reform, to fully comply with the procedures for arrest and detention of those arrested.

- The civil rights of the arrested must be protected without distinction and faithfully following the Bill of Rights and the Constitution of the United States of America and the Constitution of Puerto Rico.

- We recommended to the Office of the Reform in the Police Department to develop statistics of the number of people arrested per month and per week. This way you can perform parametric sampling in the immediate future.

COR

# Bibliography

➢ Dillman, D., Smyth, J. & Christian, L.M., 2014, Internet, Phone, Mail, and Mixed-Mode Surveys: The Tailored Design Method, Wiley, Fourth Edition.

➢ Hernández Sampieri, R., Fernández Collado, C. y Baptista Lucio, P.   (2010). Metodología de la Investigación.   3ra Edición. México, DF: McGraw-Hill. Interamericana Editores.

➢ Blanco Peck, R.  (2007).   La Estadística: Herramienta de Análisis y de Acción Anti Corrupción, Tecnología Hecha Palabra: Respuestas para la Era de la Información, Bolivia.  http://www.tecnologiahechapalabra.com/

➢ Blanco-Peck, R. 2006.  Los Enfoques Metodológicos y Administración Pública Moderna, Cinta Moebio 27: 34-42. Chile.  www.moebio.uchile.cl/27/blanco.html 34

➢ McCall, R.B. (2008).   Fundamental Statistics for the Behavioral Sciences. 9th Edition. Belmont, California, U.S.A. Wadsworth/Thomas Publications.

➢ Kerlinger, F.N., y Lee, H.B.   (2002). Investigación del Comportamiento: Métodos de Investigación en Ciencias Sociales. México: McGraw -Hill, Interamericana Editores.

➢ Sánchez Viera (2001).   Fundamentos Estadísticos para las Ciencias Sociales. 3era Edición.

➢ Burgos, W.Y Villanueve, M. (1998).   Guía Práctica para la Redacción de Propuestas y Documentos de Tesis.  2da Edición.  Publicaciones Puertorriqueñas.

➢ Rossi, P., Lipsey, M. and Freeman, H.E. (2003).  Evaluation: A Systematic approach. 7th Edition. California, U. S. A. Sage Publications.

➢ Babbie, E. (2007) the Practice of Social Research. Wadsworth Publishing 10th edition.

➢ Babbie, E. (1990).  Survey Research Methods.  Wadswoth Publishing Company; 2nd edition.

➢ Nachmias, D. and Nachmias, C. (Oct.1999).  Research Methods in the Social Sciences. W. H Freeman & Company; 6th edition.

➢ Meier, K. and Brudney, J. (2002) Applied Statistics for Public Administration. 5th.Wadsworth Publishing.

➢ Bridget Somekh (Editor), Cathy Lewin (Editor) (2004).  Research Methods in the Social Sciences. SAGE Publications.

➢ David R. Krathwohl. (2004). Methods of Educational and Social Science Research: An Integrated Approach, Waveland PR Inc.; 2ndedition.

➢ Bruce L. Berg. (2006). Qualitative Research Methods for the Social Sciences. Allyn & Bacon; 6edition.

➢ Robert A., Canadian Stebbins. (2001). Exploratory Research in the Social Sciences (Qualitative Research Methods). SAGE Publications.

➢ Michael S., Ph.D. Lewis-Beck (Editor), Alan E Bryman (Editor), Futing (Tim) Liao (Editor) (2004).   The SAGE Encyclopedia of Social Science Research Methods. SAGE Publications.

➢ David E. McNabb. (2012) Research Methods in Public Administration and Nonprofit Management: Quantitative and Qualitative Approaches. M.E. Sharpe.

➢ Elizabeth Ann O'Sullivan, Gary R. Rassel, Maureen Berner. (2007). Research Methods for Public Administration. Longman; 4 edition.

➢ L. Ruiz Maya. (2004). Métodos Estadísticos de Investigación En Las Ciencias Sociales. Alfa Centauro.

➢ Gloria Ladson-Billings (Editor), William F. Tate (Editor). (2006) Education Research in the Public Interest: Social Justice, Action, and Policy (Multicultural Education Series). Teachers College Press.

➢ Blanco-Peck, R. Las aplicaciones cibernéticas y la teoría de la probabilidad en la administración pública: hacia un nuevo paradigma educativo, Revista Gestiopolis. Colombia; mayo 2010. http://www.gestiopolis.com/economia/aplicaciones-ciberneticas-administracion-publica-educativa.htm

➢ Johnson, Gail, Research Methods for Public Administration. M.E. Sharpe; 2nd edition (December 31, 2009).

➢ Mc Nabb, David E. Research Methods in Public Administration and Nonprofit Management: Quantitative and Qualitative Approaches. M.E. Sharpe; 2nd edition (February 23, 2008).

➢ Sandra van Thiel, Research Methods in Public Administration and Public Management: An Introduction (Routledge Masters in Public Management) Paperback – (February 28, 2014).

# Appendixes:

Appendix A: Questionnaires for Residents ……………………………………………161

Appendix B: Questionnaires for members of the P.R. P.D. …………………………….…159

Appendix C: Questionnaires for the detainees …………………………………............168

**Residents Questionnaires**
**Puerto Rico Police Department Reform**
**T.C.A., Corporation**

# Demographic Questions:

**1-  To what ethnic group do you belong?**

○ a.) Predominately White

○ b.) Predominantly Black/ African American

○ c.) Predominantly American Indian

○ d.) Asian

○ e.) Mixted

○ f.) Other

**2- Gender**

○ a.) Masculine          ○ b.) Feminine

**3- Age**

○ a.) 18 - 28 years

○ b.) 29 - 39 years

○ c.) 40 – 50 years

○ d.) 51 – 61 years

○ e.) 62 - 72 years

○ f.) 73 +

**4- Residence Area**

○ a.) Rural County

○ b.) Urban County

○ c.) Urban Town

○ d.) Urban City

**5-    To what working group do you belong?**

○ a.) Professional (medic, lawyer, engineer, professor, business, High Management)

○ b.) Medium Management (supervisor)

○ c.) White Collar employee (Teacher, Nurse, secretary, police, store dependent, realtor, mail carrier, marshal, clerical work, plumber, electrician)

○ d.) Blue collar employee (maintenance, gardener, carpenter, masonry worker, movers, construction)

○ e.) House Wife / Student

○ f.) Partial Time Employee

○ g.) Unemployed

○ h.) Pension / Retire

**6- What level of education do you have?**

○ a.) Doctor or Juris doctor

○ b.) Master

○ c.) Bachelors

○ d.) Associate Degree or Tech School

 ○ e.) GED

○ f.) Elementary School

○ g.) Non Education

**7- Please, explain your marital status:**

○ a.) Married

○ b.) Divorce

○ c.) Single

○ d.) Widow/widower

○ e.) Cohabit

**8- How do you identify yourself?**

○ a.) Puerto Rican

○ b.) Dominican

○ c.) American

○ d.) Asian

○ e.) Cuban

○ f.) Other

**9- Have you read about the P.R. Police Department Reform and/or have heard about it?**

○ a.) No, I don't know

○ b.) I know very little

○ c.) I know something

○ d.) I know enough

○ e.) I'm fully aware of the reform

○ f.) Don't know, no answer

……………………………………………………….

**Questions about Citizen Satisfaction of the Puerto Rico State Police; in recent relationships and interventions with them. Answer the question according to your last experience and interaction with officers of the Puerto Rico State Police.**

**10- In your past interactions and interventions with the P.R.P.D., were you confident that the state police were following the correct procedures.**

○ a.) Fully Distrustful
○ b.) Wary
○ c.) Partially Confident
○ d.) Confident
○ e.) Fully Confident
○ f.) Do not know, no answer

**12- In your last intervention with the P.R.P. where you satisfied with the treatment received by the state police officer?**

○ a.) Completely Dissatisfied
○ b.) Dissatisfied
○ c.) Mostly Satisfied
○ d.) Satisfied
○ e.) Fully Satisfied
○ f.) Do not know, no answer

------------------------------------------------------------------------

## Questions about Citizen Satisfaction of the Puerto Rico State Police

**13- The Puerto Rico State Police meet its police functions obeying the laws.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**14- The level of corruption in the P.R. State Police is low.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**15-  Are you afraid to interact with the Puerto Rico Police?**

○ a.) Very much
○ b.) Pretty
○ c.) More or less
○ d.) Shortly
○ e.) Very little or nothing
○ f.) Do not know, no answer

**16- There is a greater presence of the state police in the necessary places in our community.**

○ a.) None

○ b.) Very little presence

○ c.) More or less, some

○ d.) Enough Presence

○ e.) A lot of Presence

○ f.) Do not know, no answer

**17- The P.R. Police officers participate in activities with youth and community.**

○ a.) Never

○ b.) Almost never

○ c.) Some, more or less

○ d.) Participate significantly

○ e.) A lot of participation with citizens

○ f.) Do not know, no answer

**18- When compared to three years ago, my community has more confidence in the P.R. State Police**

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) Do not know, no answer

**19- Do you believe that there is a great need to professionalize more the P.R. State Police?**

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) Do not know, no answer

---------------------------------------------------------

**Questions regarding Public Perception on Judicial Procedures and Reliability for the Puerto Rico State Police.**

**20- The P.R. State Police are more honest than those in other states or countries.**

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partial Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) Do not know, no answer

**21- The Police officers of P.R. are professionals who comply with the law.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**22 - The P.R. State Police are not racist and do not discriminate against minority groups in our society.**

○ a.) They are racist and discriminate
○ b.) Discriminate enough
○ c.) More or less, sometimes discriminate
○ d.) Little Discrimination
○ e.) Never discriminate and are not racists
○ f.) Do not know, no answer

**23- P.R. State Police treat victims of crime in a good and respectful way.**

○ a.) Treat crime victims badly
○ b.) Mistreats crime victims
○ c.) More or less
○ d.) The treatment is good and respectful
○ e.) The treatment is very good and very respectful
○ f.) Do not know, no answer

**24- The P.R. State Police agree that to be effective, they must earn the trust of the public.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) More or less
○ d.) Agree
○ e.) The police, strongly agrees
○ f.) Do not know, no answer

**25- The Police officers of P.R. treat tourists the same way they treat residents of P.R.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**26- Do you respect the police of Puerto Rico?**

○ a.) Not at all
○ b.) Very little
○ c.) More or less
○ d.) Much

○ e.) Very much
○ f.) Do not know, no answer

**27- You as a resident of P.R., have a moral obligation to comply with the law.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**28. Generally speaking, officers of the P.R.P.D. stop and search people for legitimate reasons.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**29- The vast majority of P.R.P.D. members use the correct language when they interact with citizens.**

○ a.) None use correct language
○ b.) Very few use the correct language
○ c.) More or less, some use correct language
○ d.) Many use correct language
○ e.) Everyone use the correct language
○ f.) Do not know, no answer

**30- Officers from the P.R.P.D. stop and search people the wrong way (abusively).**

○ a.) Arrest and search abusively
○ b.) Abusively
○ c.) More or less
○ d.) Fairly
○ e.) Very fair
○ f.) I do not know, no answer

-----------------------------------------------------------------

**Questions about the perception of citizens on how the P.R.P. treats members of minority communities.**

**31- How do officers of the P.R.P.D. treat African American or Mulatto citizens?**

○ a.) Very bad
○ b.) Pretty bad
○ c.) More or less
○ d.) Well
○ e.) Very Good
○ f.) Do not know, no answer

**32- How do members of the P.R.P.D. treat members of the Dominican community?**

○ a.) Very bad
○ b.) Pretty bad
○ c.) More or less
○ d.) Well
○ e.) Very Good
○ f.) Do not know, no answer

**33- How do members of the P.R.P.D. treat members of the Lesbian, Gay, Bisexual, Transgender and Transsexual (LGBTT) Community?**

○ a.) Very bad
○ b.) Pretty bad
○ c.) More or less
○ d.) Well
○ e.) Very Good
○ f.) Do not know, no answer

**34- You understand that some members of the Dominican community in Puerto Rico are afraid to report a crime for fear of being deported.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**35- The P.R.P.D. often is involved in doing racial profiling and / or ethnic (persecution for race, ethnic / racial origin).**

○ a.) Many times
○ b.) On several occasions
○ c.) Sometimes
○ d.) Almost never
○ e.) Never persecuted because of their ethnic / racial origin
○ f.) Do not know, no answer

**36- The Communities where people of black / mulatto origin predominate, expect to be persecuted by the P.R.P.D.**

○ a.) In all cases persecuted by their ethnic / racial backgrounds
○ b.) In many cases persecuted by their ethnic / racial backgrounds
○ c.) Sometimes persecuted by their ethnic / racial backgrounds
○ d.) Almost never
○ e.) Never persecuted by their ethnic / racial backgrounds
○ f.) Do not know, no answer

**37- The Communities where people of Dominican origin predominate don't not believe that P.R.P.D. is reliable (do not believe in the P.R.P.D.).**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**38- There are many injustices and prejudices of the P.R.P.D. against the Communities of African origin (black / mulatto).**

○ a.) A lot of injustices and prejudices
○ b.) Many injustices and prejudices
○ c.) Few injustices and prejudices
○ d.) Very few injustices and prejudices
○ e.) No injustices and prejudices
○ f.) Do not know, no answer

159

**39- The community members of the Lesbian, Gay, Bisexual, Transgender and Transsexual (LGBTT) have no confidence in the P.R.P.D.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**40- During encounters between the P.R.P.D. and the homeless population in Puerto Rico, the state police treat the homeless poorly.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**41- The P.R.P.D. has enough officers that speak English, to interact with English-speaking suspects. Counts with:**

○ a.) None
○ b.) Very few
○ c.) Some
○ d.) Many
○ e.) A lot
○ f.) Do not know, no answer

**Police Officers Questionnaire**
**Puerto Rico Police Department Reform**
**T.C.A., Corporation**

## Demographic Questions:

**1- Please, indicate your years of service in the Puerto Rico Police.**

○ a.) 0 to 4 years
○ b.) From 5 to 9 years
○ c.) From 10 to 14 years
○ d.) From 15 to 19 years
○ e.) From 20 to 24 years
○ f.) 25+

**2- Indicate your rank in the P.R.P.D.**

○ a.) Police officer
○ b.) Detective
○ c.) Sergeant
○ d.) Second Lieutenant
○ e.) First Lieutenant
○ f.) Captain
○ g.) Inspector
○ h.) Commander
○ I.) Lieutenant Colonel
○ j.) Colonel

**3- Gender**

○ a.) Male  ○ b.) Female

**4- Age**

○ a) 18 -. 28 years
○ b) 29 -. 39 years
○ c) 40 -. 50 years

○ d) 51 -. 61 years
○ e.) 62 +

**5- How you identify yourself?**

○ a.) Puerto Rican
○ b.) Dominican
○ c.) American
○ d.) Asian
○ e.) Cuban
○ f.) Other

**6- At what ethnic group do you belong?**

○ a.) Predominately White
○ b.) Predominantly Black/ African American
○ c.) Predominantly American Indian
○ d.) Asian
○ e.) Mixted
○ f.) Other

**7- What level of education do you have?**

○ a.) Doctor or Juris doctor
○ b.) Master
○ c.) Bachelors
○ d.) Associate Degree or Tech School
○ e.) GED
○ f.) Elementary School
○ g.) Non Education

**Questions about police work and their Environment**

**8- Generally, the civilian employees of (P.R.P.D.) from my district, division or specialized unit treat me:**

○ a.) Very bad
○ b.) Bad
○ c.) More or less
○ d.) Good

○ e.) Very good
○ f.) Do not know, no answer

**9- Generally, my fellow agents, officers and supervisors in the P.R.P.D. treat me:**

○ a.) Very bad
○ b.) Bad
○ c.) More or less
○ d.) Good
○ e.) Very good
○ f.) Do not know, no answer

**10- At the police department, I receive the necessary equipment that helps me do my job effectively.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**11- You believe that the Puerto Rico Police Department has information systems that operate acceptably.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

------------------------------------------------------

# Questions to Managers and Supervisors

**12- Most supervisors treat agents regardless of gender.**

○ a.) Strongly Disagree
○ b.) Disagree

○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**13- Most of the superiors treat agents equally regardless of ethnicity (ethnic group).**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**14- Most of the superiors treat agents regardless of their sexual orientation.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**15- You believe that the Puerto Rico Police Department has qualified immediate supervisors that guide us.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**16- Your Workspace Manager is:**

○ a.) It is a lousy leader
○ b.) It is a poor leader
○ c.) It is a partially effective leader
○ d.) A good leader
○ e.) It is an excellent leader
○ f.) Do not know, no answer

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

## Questions about the Management Systems and Resources

**17- The Puerto Rico Police have developed a good recruitment program.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**18- The job performance and evaluation system is objective.**

○ a.) Not objective
○ b.) Shortly objective
○ c.) More or less, a bit objective
○ d.) Objective
○ e.) Extremely objective
○ f.) Do not know, no answer

**19- Do you perceive that members of the Puerto Rico Police Department follow the law when intervening with residents?**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**20- Do you believe that the training received by the members of the Puerto Rico Police Department is offered by qualified instructors?**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**21- You clearly know what kind of behavior will result in disciplinary action.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**22- You perceive that members of the Puerto Rico Police comply with civil rights guaranteed by the Constitution of the United States and Puerto Rico.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**23- Do you believe that the Puerto Rico Police perform their services objectively and unprejudiced of (racial, groups of different social- economic levels, or sexual orientation).**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**24- You understand that the P.R.P.D. investigates complaints of misconduct of any member of the Puerto Rico Police Department.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**25- Do you believe that administrative investigations are answered on time?**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer


…………………………………

## Community Questions

**26- Do you perceive that the agents of the Office of Community Relations are dedicated to improving the quality of community life?**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer


**27- The PRPD is a better organization today than it was two years ago?**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree


**28- Members of the PRPD perform professional interventions ensuring the protection of civil rights.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) do not know, no answer


**29- You believe that PRPD creates strong relationships with communities.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**30- I understand that our superintendent is leading us in the right direction.**

○ a.) Strongly Disagree
○ b.) Disagree
○ c.) Partially Agree
○ d.) Agree
○ e.) Strongly Agree
○ f.) Do not know, no answer

**31- I read about the reform of the PRPD?**

○ a.) Nothing
○ b.) Too Little
○ c.) Something
○ d.) Yes, I have read enough
○ e.) Yes, I 'we read a lot
○ f.) Do not know, no answer

………………………………….

**Detainees' questionnaire; Puerto Rico Police Department Reform, T.C.A. Corporation**

**1-      At what ethnic group do you belong?**

○ a.) Predominately White

○ b.) Predominantly Black/ African American

○ c.) Predominantly American Indian

○ d.) Asian

○ e.) Mixed

○ f.) Other


**2- Gender Identity**

        ○ a.) Masculine      ○ b.) Feminine      ○ c.) Transgender


**3- The members of the police treated you according to your sexual preference without insults or disparities in terms.**

○ a.) No

○ b.) If

○ c.) Do not know, no answer


**4- Age**

○ a.) 18 - 28 years

○ b.) 29 - 39 years

○ c.) 40 – 50 years

○ d.) 51 – 61 years

○ e.) 62 - 72 years

○ f.) 73 +

**5- Residence Area**

○ a.) Rural County

○ b.) Urban County

○ c.) Urban Town

○ d.) Urban City

**6- To what working group do you belong?**

○ a.) Professional (medic, lawyer, engineer, professor, business, High Management)

○ b.) Medium Management (supervisor)

○ c.) White Collar employee (Teacher, Nurse, secretary, police, Store dependent, realtor, mail carrier, marshal, clerical work, plumber, electrician)

○ d.) Blue collar employee (maintenance, gardener, carpenter, masonry worker, movers', construction)

○ e.) House Wife / Student

○ f.) Partial Time Employee

○ g.) Unemployed

○ h.) Pension / Retire

**7- What level of education do you have?**

○ a.) Doctor or Juris doctor

○ b.) Master

○ c.) Bachelors

○ d.) Associate Degree or Tech School

○ e.) GED

○ f.) Elementary School

○ g.) Non Education

**8- How do you identify yourself?**

○ a.) Puerto Rican

○ b.) Dominican

○ c.) American

○ d.) Asiatic

○ e.) Cuban

○ f.) Other

**Questions about your arrest and registration**

**9. At the time of your arrest, did they tell you why they were arresting you?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**10- Do you understand why you were arrested?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**11- During your stay and check into the police station, did officers asked you about your health?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**12- Where you wounded by a police officer during your arrest?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**13- If you were injured, did they provide you immediate medical assistance?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**14- -During your stay and check into the police station, did officers take your photo?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**15- While in the HQ, police officers provided you with basic items in your cell (blanket, pillow).**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**16- During your stay into the police station, officers provided you with food and water.**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**17- While in the HQ, police officers removed the handcuffs on entering in the cell.**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**18- Have you been arrested before?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**19- Did you have the opportunity to make a call (family, lawyer, etc.)?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**20- How would you describe the treatment they have given you so far after the arrest?**

○ a.) Mistreated
○ b.) More or less
○ c.) Good
○ c.) Do not know, no answer

**21- The process of transportation during the arrest was adequate (safety aspects such as the seat belt).**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**22- Did the cell have a working toilet?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**23- If you are transgender or transsexual, was the transportation provided, apart from others arrested?**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**24- In general, how were you treated during your arrest and detainment?**

○ a.) Unsatisfactorily
○ b.) Satisfactorily
○ c.) Do not know, no answer

**25- The officers treated me with professionalism.**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer

**26- The police officers have a good relationship with my community.**

○ a.) No
○ b.) Yes
○ c.) Do not know, no answer