**Mayagüez Public Hearing**

Day 1
Thursday, September 1st, 2016

| Time | Name | Association |
|---|---|---|
| 9:30 a.m. – 9:40 a.m. | Judge Gelpí | |
| 9:40 a.m. – 9:42 a.m. | Hon. César R. Miranda | Secretary of Justice of Puerto Rico |
| 9:42 a.m. – 9:45 a.m. | Associate Justice Edgardo Rivera | Supreme Court of Puerto Rico |
| 9:45 a.m. – 9:50 a.m. | Judge Gelpí | |
| 9:50 a.m. – 10:05 a.m. | Hon. José Guillermo Rodríguez | Mayor of Mayagüez |
| 10:05 a.m. – 10:10 a.m. | Judge Gelpí | |
| 10:10 a.m. – 10:15 a.m. | Mrs. Ingrid Rivera Rocafort | Director of the Tourism Company of Puerto Rico |
| 10:15 a.m. – 10:20 a.m. | Judge Gelpí | |
| 10:20 a.m. – 10:25 a.m. | Mrs. Tatty Escobar | |
| 10:25 a.m. – 10:30 a.m. | Judge Gelpí | |
| 10:30 a.m. – 10:40 a.m. | Mrs. Georgina Candal, Esq. | Civil Rights Commission President |
| 10:40 a.m. – 10:45 a.m. | Judge Gelpí | |
| 10:45 a.m. – 10:55 a.m. | Dr. Michelle Hernández de Fraley | Education and Training Deputy Chief |
| 10:55 a.m. – 11:05 a.m. | Judge Gelpí | |
| 11:05 a.m. – 11:15 a.m. | Dr. Juan Centeno López | Psychology Division Director |
| 11:15 a.m. – 11:25 a.m. | Judge Gelpí | |
| 11:25 a.m. – 11:28 a.m. | Mr. Arnaldo Claudio | TCA |
| 11:28 a.m. – 11:31 a.m. | Mr. José Caldero López | Puerto Rico Police Superintendent |
| 11:31 a.m. – 11:37 a.m. | The Parties | |
| 11:37 a.m. – 11:40 a.m. | Mr. Arnaldo Claudio | TCA |
| **11:40 a.m. – 1:10 p.m.** | **Lunch** | |
| 1:10 p.m. – 1:30 p.m. | Colonel Francisco Rodríguez Ortiz | Professional Responsibility Deputy Chief |
| 1:30 p.m. – 1:40 p.m. | Judge Gelpí | |
| 1:40 p.m. – 2:00 p.m. | Dr. Javier Aceves | Joint Compliance Coordinator |

| | | |
|---|---|---|
| 2:00 p.m. – 2:10 p.m. | Judge Gelpí ||
| 2:10 p.m. – 2:20 p.m. | Colonel Orlando Meléndez Serrano | Camp Operations Deputy Chief |
| 2:20 p.m. – 2:30 p.m | Judge Gelpí ||
| 2:30 p.m. – 2:40 p.m. | Lieutenant Jaime Cosme Oliver | Force Investigation Unit Director |
| 2:40 p.m. – 2:50 p.m. | Judge Gelpí ||
| 2:50 p.m. – 3:20 p.m. | Lieutenant Colonel Jose Juan García Díaz | Drug and Narcotics Department Director |
| 3:20 p.m. – 3:30 p.m. | Judge Gelpí ||
| 3:30 p.m. – 3:40 p.m. | II Lieutenant Alberto Rivera Ortiz | K-9 Unit Director |
| 3:40 p.m. – 3:50 p.m. | Judge Gelpí ||
| 3:50 p.m. – 3:55 p.m. | Colonel Luis Colón | FURA Director |
| 3:55 p.m. – 4:00 p.m. | Juge Gelpí ||
| 4:00 p.m. – 4:10 p.m. | Colonel Miguel Rosado Carrero | Mayagüez Area Commander |
| 4:10 p.m. – 4:20 p.m. | Judge Gelpí ||
| 4:20 p.m. – 4:30 p.m. | Mr. Arnaldo Claudio | TCA |
| 4:30 p.m. – 4:40 p.m. | Mr. José Caldero López | Puerto Rico Police Superintendent |
| 4:40 p.m. – 5:00 p.m. | The Parties ||
| 5:00 p.m. – 5:05 p.m. | Mr. Arnaldo Claudio | TCA |

Day 2
Friday September 2, 2016

| Time | Name | Association |
|---|---|---|
| 9:30 a.m. – 9:35 a.m. | Judge Gelpí | |
| 9:35 a.m. – 9:45 a.m. | Lieutenant Colonel Agustín Marrero Marrero | Aguadilla Area Commander |
| 9:45 a.m. – 9:55 a.m. | Judge Gelpí | |
| 9:55 a.m. – 10:05 a.m. | Mrs. Vilma Pérez Portalatín | President of the Down Syndrome Association Corp. |
| 10:05 a.m. – 10:15 a.m. | Ms. Dagmary Fornes | Community Aliances Coordinator |
| 10:15 a.m. – 10:25 a.m. | Judge Gelpí | |
| 10:25 a.m. – 10:35 a.m. | Sargent Lourdes Rivera Arce | Community Relations Division Director |
| 10:35 a.m. – 10:45 a.m. | Judge Gelpí | |
| 10:45 a.m. – 10:55 a.m. | Mr. Juan Carlos Mejías Muñiz | American Association Against Cancer Executive Director |
| 10:55 a.m. – 11:00 a.m. | Judge Gelpí | |
| 11:00 a.m. – 11:05 a.m. | Dr. Juan Avilés | Vice Dean of E.D.P. University, San Sebastian Campus |
| 11:05 a.m. – 11:10 a.m. | Judge Gelpí | |
| 11:10 a.m. – 11:15 a.m. | Mrs. Lisette Morales García | InterAmerican University Continuing Education Program Director |
| 11:15 a.m. – 11:20 a.m. | Judge Gelpí | |
| 11:20 a.m. – 11:25 a.m. | Mrs. María Hernández Jiménez | P.A.E.C. Director |
| 11:25 a.m. – 11:30 a.m. | Mr. Santiago Concepción Cajigas | Editor of *Escuela en tu Casa* Magazine |
| 11:30 a.m. – 11:35 a.m. | Judge Gelpí | |
| 11:35 a.m. – 11:40 a.m. | Mr. Juan Giraud and Mr. Ariel Negrón | Destacamientos |
| 11:40 a.m. – 11:45 a.m. | Judge Gelpí | |
| 11:45 a.m. – 11:50 a.m. | Mr. Euclides Feliciano | Aguadilla Civic Interaction Committee Spokesperson |
| 11:50 a.m. – 11:55 a.m. | Judge Gelpí | |
| 11:55 a.m. – 12:00 p.m. | Mr. Eduardo Muñoz Ramos | Community Security Advice Spokesperson |
| 12:00 p.m. – 12:05 p.m. | Judge Gelpí | |

| | | |
|---|---|---|
| 12:05 p.m. – 12:10 p.m. | Mr. Arnaldo Claudio | TCA |
| 12:10 p.m. – 12:15 p.m. | Mr. José Caldero López | Puerto Rico Police Superintendent |
| 12:15 p.m. - 12:25 p.m. | The Parties ||
| 12:25 p.m. – 12:30 p.m. | Mr. Arnaldo Claudio | TCA |
| **12:30 p.m. – 2:00 p.m.** | **Lunch** ||
| 2:00 p.m. – 2:10 p.m. | Dr. Nicolás Linares | FILIUS Institute |
| 2:10 p.m.-2:20 p.m. | Judge Gelpí ||
| 2:20 p.m. – 2:30 p.m. | Mr. Walter Santiago Rodríguez | Mayagüez Civic Interaction Committee Spokesperson |
| 2:30 p.m. - 2:40 p.m. | Judge Gelpí ||
| 2:40 p.m. – 2:50 p.m. | Mr. Dennis Villanueva and Mr. Luis García Mercado | Representatives of the LGBTT Community |
| 2:50 p.m. – 3:00 p.m. | Judge Gelpí ||
| 3:00 p.m. -3:05 p.m. | Mr. Felipe Morales | Movimiento de Mayagüez Pro Desarrollo del Oeste |
| 3:05 p.m.- 3:10 p.m. | To be Announced | Chamber of Commerce |
| 3:10 p.m. – 3:20 p.m. | Judge Gelpí ||
| 3:20 p.m. – 3:30 p.m. | Mr. José Vega , Esq. | Fajardo Civic Interaction Committee Spokesperson |
| 3:30 p.m. – 3:40 p.m. | Judge Gelpí ||
| 3:40 p.m. – 3:50 p.m. | Mr. José Díaz | Tallaboa Encarnación Civic Group |
| 3:50 p.m. – 4:00 p.m. | Judge Gelpí ||
| 4:00 p.m.-4:10 p.m. | To be Announced | GRUCORPO |
| 4:10 p.m. – 4:20 p.m. | Judge Gelpí ||
| 4:20 p.m. – 4:35 p.m. | Colonel Clementina Vega Rosario | Executive Director of the Puerto Rico Police Department Reform |
| 4:35 p.m. – 4:45 p.m. | Judge Gelpí ||
| 4:45 p.m. – 4:55 p.m. | Mr. Arnaldo Claudio | TCA |
| 4:55 p.m. – 5:05 p.m. | Mr. José Caldero López | Puerto Rico Police Superintendent |
| 5:05 p.m. – 5:25 p.m. | The Parties ||
| 5:25 p.m. – 5:30 p.m. | Mr. Arnaldo Claudio | TCA |
| 5:30 p.m. | Judge Gelpí ||