```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO
 2     :_____:

 3        UNITED STATES OF AMERICA,          :
                                             :
 4                      Plaintiff,           :
                           vs.               :   NO: 99-CV-1435 GAG
 5                                           :
          COMMONWEALTH OF PUERTO RICO,       :
 6        PUERTO RICO POLICE DEPARTMENT,     :
                                             :
 7                      Defendants.          :
       :_____:
 8
          TRANSCRIPT OF PART 1 - FOURTH PUBLIC HEARING ON POLICE REFORM
 9           HELD BEFORE THE HONORABLE JUDGE GUSTAVO A. GELPÍ
          JOSÉ V. TOLEDO U.S. COURTHOUSE, OLD SAN JUAN, PUERTO RICO
10           WEDNESDAY, AUGUST 10, 2016, BEGINNING AT 1:15 P.M.
       :_____:
11

12     A P P E A R A N C E S:

13          UNITED STATES DEPARTMENT OF JUSTICE
            Civil Rights Division, Special Litigation Section
14          300 N. Los Angeles Street
            Federal Building, Suite 7516
15          Los Angeles, California 90012
            BY LUIS E. SAUCEDO, ESQUIRE
16          For the Plaintiffs

17          LAW OFFICE OF GERARDO A. De-JESUS-ANNONI
            P.O. Box 51
18          Ceiba, Puerto Rico 00735
            For Defendant Commonwealth of Puerto Rico and
19          Puerto Rico Police Department

20          DEPARTMENT OF JUSTICE-FEDERAL LITIGATION DIVISION
            P.O. Box 9020192
21          San Juan, Puerto Rico 00902
            BY JOEL TORRES-ORTÍZ
22          For Defendant Commonwealth of Puerto Rico and
            Puerto Rico Police Department
23
       ALSO PRESENT:
24          Sonia Cardona, Courtroom Deputy
            Carlos Lao, Spanish Interpreter
25
```

Part 1 - Fourth Public Hearing

1          (The Court enters the room.)

2          THE COURTROOM DEPUTY:  All rise.

3          The United States District Court for the

4    District of Puerto Rico is now in session.  The

5    Honorable Judge Gustavo A. Gelpí presiding.  All

6    those having business before this Court shall draw

7    near, give your attention and you shall be heard.

8    God save the United States of America and this

9    Honorable Court.

10          (Address the public in English.)

11          THE COURT:  Please be seated.  Good

12    afternoon.  Let's have my courtroom deputy please

13    call the matter for this afternoon.

14          THE COURTROOM DEPUTY:  Civil case

15    No. 12-2039.  The United States of America versus the

16    Commonwealth of Puerto Rico, et al.  Set for fourth

17    public hearing.  The parties will be identified by

18    the Court.

19          THE COURT:  Good afternoon, everybody.  And

20    as a preliminary matter, as in the past three public

21    hearings, we have an English language interpreter, a

22    translator.  So, all the proceedings will be

23    conducted in Spanish but there will be a simultaneous

24    translation into English for the record, as required

25    by the Jones Act.  So, I will proceed to give myself

Part 1 - Fourth Public Hearing

1     leave to address everybody in Spanish and everybody

2     else who will be addressing the Court will do so in

3     Spanish.  But, again, the official record is in

4     English and it's simultaneous.  That way we will

5     avoid interruptions and we will proceed in a much

6     shorter manner.

7              (Address the public in Spanish.)

8              Good afternoon, to all.  Thank you for being

9     here.  Above all, I want to recognize the presence of

10    the governor of Puerto Rico.  It's a pleasure for the

11    Court.  And the governor is going to be here to be

12    able to share his experience from the context of the

13    reform of the Police of Puerto Rico.

14             I want to also recognize the presence of

15    Counsel Saucedo from the Department of Justice who is

16    here; Attorney César Miranda, Secretary of Justice;

17    Superintendent José Caldero, superintendent of the

18    police and the advisor of the Department of Justice;

19    and other personnel from the Puerto Rico Police.  And

20    we all know them very well, so I'm not going to do

21    make a long introduction greeting each and every one.

22             So, just to give you a background, I want to

23    state that this afternoon, this hearing, is probably

24    sui generis because it's the first time that a

25    governor in power in Puerto Rico appears of his own

Part 1 - Fourth Public Hearing

1    initiative to the United States District Court to

2    state his opinion on an issue of such importance as

3    the reform of the police.  This not only lacks of

4    precedence but it's a historic event, and I feel

5    totally satisfied to have the privilege of presiding

6    over this hearing.

7         Before going into specific which make this

8    hearing very significant, I want to talk a little bit

9    about the real reason for which we're all present

10   here and obviously it is this police reform.

11        As we all know, the Puerto Rico Police began

12   a transformation process because of the signing of

13   the agreement between the United States and the

14   government of the Commonwealth of Puerto Rico.  This

15   agreement for a sustainable reform of the police of

16   Puerto Rico aspires for a fundamental change to what

17   it means being a member of the Puerto Rico police.

18        So much so that it would turn the members of

19   the police and agent into catalyst of change to keep

20   equilibrium, a balance, between the struggle with

21   criminal activity and statutes of the state that

22   limit its intermission to the private lives of

23   citizens.  The Puerto Rico Police member not only has

24   a challenge to serve the community, sustain law and

25   order, but also ensuring that the state will observe

Part 1 - Fourth Public Hearing

1   those limitations, those that we colloquially know as

2   civil rights.

3           In the beginning, the agreement appears to

4   be a list of procedures to follow and reach a

5   professional attitude within the police career.

6   These instructions are organized by subjects.  And

7   these subjects are:  Professionalism; use of force;

8   search and seizures; equal protection of the laws and

9   zero discrimination; recruitment, selection and

10  appointments; policies and procedures; trainings;

11  administrative supervision; internal affairs;

12  administrative and disciplinary complaints;

13  interaction with the community; public information;

14  and technology information systems.

15          However, this agreement does not limit

16  itself to only a list of steps.  On the contrary,

17  these are the steps that are done strategically to

18  ensure that the goal can be reached.  And one of the

19  first goals is the training of the agency, the Puerto

20  Rico Police.

21          The police accepted the responsibility of

22  investing its first four years in developing its

23  training to ensure the continuity of the process

24  without the intervention of external elements to the

25  agency.  It's precisely this period in which the

Part 1 - Fourth Public Hearing

1    police is in right now.

2         This isn't an easy task.  It requires true

3    commitment and the utmost diligence all so that the

4    Police of Puerto Rico can reach that day in which it

5    would be capable of tending to what is expected of

6    them.

7         As an example, as recently as last week, an

8    unexpected event came to light which put the full

9    magnitude of the process of the Reform.  The

10   technical compliance advisor, Colonel Claudio, and

11   Colonel Clementina Vega, who are here present,

12   traveled to the Municipality of Peñuelas to speak to

13   the people that were protesting in front of the

14   Peñuelas landfill.  There were also interested

15   parties present:  The company, the public.  The

16   result was that Colonel Claudio and Colonel Vega

17   served to ensure that the participation of the police

18   was in accordance to its duties and needs of society.

19        Of course the situation in Peñuelas required

20   an extraordinary situation before it became something

21   that was irreversible.  However, the office of the

22   police reform and Superintendent Caldero and everyone

23   acted with expediency to stabilize the situation.

24   And all this occurred between Sunday and Monday and

25   it was resolved officially.  So, that's an example of

Part 1 - Fourth Public Hearing

1     how little by little things are done and achieved

2     here and eventually without a monitor.

3            And we can appreciate that The Reform is

4     something continuous where everybody who does work in

5     the process does it without rest at every moment,

6     24 hours a day, seven days a week, 365 days a year --

7     and if it's a leap year, then 364.

8            So, this isn't a reform just on paper; it's

9     something that has to be done completely and fully.

10    That has been the result of the work and message

11    going into the agreement.

12           As we enter into the content of the

13    Agreement, we have to recognize that the agreement is

14    much more than a list of orders.  It's an invitation

15    to do something that it's transcendental.  It is a

16    change of ideology, a completely radical approach to

17    what it means to be an officer of the Puerto Rico

18    Police.  This is a great task to be done.

19           We must remember that governmental

20    intercession is as resistive to change as those who

21    would compose it.  However, this is the progress that

22    the agency wants where change has to be received and

23    be done in an active and positive manner.  Regarding

24    this, we recognize that The Reform can be a very

25    rigorous task to which an agency has been submitted

Part 1 - Fourth Public Hearing

1    not only in Puerto Rico but in all the United States.

2    So, that's something that we recognize and we

3    applaud.

4            In the meanwhile, the Puerto Rico Police has

5    mobilized everybody to be able to accomplish the

6    creation of many mechanisms that simply did not exist

7    before The Reform.  For example, the policy governing

8    the use of force, search and seizure.  This policy is

9    accompanied by the implementation of non-lethal

10   weapons such as Taser, pepper gas, in addition to the

11   training and design of these.  If we look at the

12   nightsticks, they're not like the ones which existed

13   before which looked like baseball bats.  They are

14   retractable, they're not as lethal but they're just

15   as effective.  The firearm has stopped being the only

16   alternative to deter crime.

17           And as a judge, I can say that I've seen a

18   drastic reduction in the last years of cases where a

19   police officer has been sued because of a death, and

20   I foresee that they will continue to go down because

21   of The Reform.

22           The police have also reopened the

23   disciplinary actions in the police and they've been

24   drafted according to the agreement.  And it's

25   something that recognizes the rights of the

Part 1 - Fourth Public Hearing

1  complainants while they just see improvements in its

2  procedures consistently.  Training has been a notable

3  and enviable area of progress; it's training that we

4  can see the implementation of the best practice to

5  adopt them to be able to do them day-by-day.

6          The Puerto Rico Police also has opted to

7  improve its relationship with the community

8  implementing policy which safeguards the rights of

9  all human beings be it equal protection,

10  nondiscrimination, just like I've extended the

11  opportunity to groups to be part of the process.  The

12  agency has also improved transparency to keep the

13  public informed on The Reform process all for the

14  betterment of the people of Puerto Rico.

15          Now, we obviously know this is a monumental

16  task and that's why the capability-building period

17  exists and this has also allowed the agency to learn

18  new ideas, better practices guaranteeing

19  constitutional rights while at the same time looking

20  to serve the taxpayers much better helping them feel

21  safer in their homes.

22          In the last two years the effort -- which I

23  believe has been almost three years.  The efforts of

24  the parties to reach compliance with the agreement

25  has been successful such that the parties, the

Part 1 - Fourth Public Hearing

1   monitor, and this Court have backed the efforts of

2   the police at all times.  That's why today with great

3   expectation the Court is willing to open dialog with

4   the governor of Puerto Rico, Honorable Alejandro

5   García-Padilla, so that he can share his opinions

6   touching on all issues concerning The Reform.

7           And we're specifically paying attention to

8   the difficulties that he's had and the ones that will

9   come.  And I think it's very important -- and I hope

10  that this serves as precedent that the governor in

11  office at least once or twice every quarter can come

12  to this court and share his perspective and ideas

13  regarding the process; because it's not the same to

14  have the Court mediating and ensuring that the

15  agreement is complied with and the day-to-day

16  negotiations of the parties and the government of

17  Puerto Rico that certainly involves the governor.

18  So, we hope that this is a positive precedent and the

19  next governors who come will also appear here with

20  some frequency.

21          Before presenting the governor formally --

22  and I have a brief biography -- I'd like to take the

23  opportunity to present Attorney General César

24  Miranda, Secretary of Justice; and Attorney Luis

25  Saucedo from the federal Department of Justice.  I'll

Part 1 - Fourth Public Hearing

1    give you each some time to address the Court for the

2    record.   Counsel Saucedo, if you want to go first.

3            MR. SAUCEDO:   Good afternoon, Your Honor.

4    May it please the Court.   Luis Saucedo for the United

5    States.

6            I want to thank Governor García-Padilla,

7    Secretary Miranda, Superintendent Caldero, security

8    advisor, all Commonwealth staff, guests, and the

9    technical compliance advisor for being here today.

10   We also want to thank the Court for holding todays

11   hearing to hear the governor's unique perspective on

12   critical reforms that are underway.

13           Just over three years ago, Former Attorney

14   General Eric Holder and Governor García-Padilla at

15   Fortaleza came together to sign this historic

16   settlement agreement.   Since signing the agreement,

17   the parties have worked together to implement its

18   terms and promote broad participation among

19   stakeholders, to ensure the agreement's success.

20   Implementation is no easy task.   It will take time

21   along with focused effort and sustained commitment,

22   and it will take the active participation of the

23   community.

24           The settlement agreement reflects many

25   months of intense and detailed negotiations between

Part 1 - Fourth Public Hearing

1    the Commonwealth and the Department of Justice.  It

2    charts a path forward for the Puerto Rico Police

3    Department to ensure the protection of civil rights.

4    It's important that these protections are embodied in

5    its core values and that it's reflected as part of

6    its policies, its training, and ultimately as part of

7    its daily interactions with the residents of Puerto

8    Rico.  We hope the governor's remarks today help PRPD

9    move forward towards professionalizing and

10   modernizing the police department and ultimately

11   towards verifiable compliance and sustainable reform.

12           We wish to thank the governor and his entire

13   team for their cooperation.  We recognize that Puerto

14   Rico has continued to make significant investments in

15   police reform even in the face of significant fiscal

16   challenges.  The governor has also continued to set a

17   tone of collaboration between the parties and other

18   stakeholders which has been a hallmark of this case

19   from its inception.

20           We'd also like to thank all the men and

21   women of the PRPD who are the front line of

22   implementing this historic agreement and who have

23   sworn to protect and serve the people of Puerto Rico.

24   We would also like to thank all the individuals and

25   community groups who have participated in The Reform

Part 1 - Fourth Public Hearing

1    efforts and we look forward to working with many

2    more.  Some these individuals are here today and we

3    know that they're looking for true change within the

4    police department.

5         We will continue to meet and hear from

6    individuals and other community stakeholders to

7    ensure that implementation is resulting in meaningful

8    reform and that PRPD is able to sustain these reforms

9    for generations to come.

10        Thank you, Your Honor.

11        THE COURT:  Thank you.  Attorney General,

12   please.

13        ATTORNEY GENERAL MIRANDA:  Good afternoon,

14   Your Honor.

15        THE COURT:  Good afternoon.

16        ATTORNEY GENERAL MIRANDA:  I completely

17   adhere to the recognition, the acknowledgment, that

18   Counsel Saucedo made.  From the beginning of this

19   reform we known we're living in historic times.

20        Again, as I've said, at all times this is

21   the most important project that the people of Puerto

22   Rico are going through right now because whatever

23   ensures peace and quality of life of all Puerto

24   Ricans definitely has to be what motivates us the

25   most.

Part 1 - Fourth Public Hearing

1          We have had the pleasure of being the legal

2     representative of the Puerto Rico Police throughout

3     all this time.  There isn't an adversarial event in

4     this reform.  The positions that we have assumed are

5     consonant with the aspirations of the Department of

6     Justice, the federal Department of Justice when the

7     complaint was filed initially.  But above all they're

8     consonant with the aspirations that Puerto Ricans

9     have had and this administration in reaching a better

10    police for the people of Puerto Rico.

11         I have to state that, even in times of

12    fiscal crises, the governor of Puerto Rico has never

13    shied away from his economic obligations in order

14    that this reform be a reality.

15         And, Your Honor, I also wanted to share with

16    you my appreciation and how grateful I am for the

17    court officers who have always been willing to lend a

18    hand on all the occasions that has been necessary,

19    resolve any difference that has arisen to be able to

20    reach a middle point or any part of this agreement

21    that The Reform has had.

22         So, my appreciation to Your Honor, to

23    members of the court, and to Mr. Claudio, the TCA

24    who's been working hand in hand with us, and to all

25    those who have a total understanding of what's the

Part 1 - Fourth Public Hearing

1  applicable law in this agreement between the federal

2  Department of Justice and us, the Department of

3  Justice of Puerto Rico, the Commonwealth of Puerto

4  Rico, the people of Puerto Rico who really has given

5  us the opportunity to be able to conduct this event.

6  It's one that's progressive, it will take time, but

7  will definitely be for the betterment of the police

8  of Puerto Rico and its citizens.  Thank you very

9  much.

10        THE COURT:  Thank you, Attorney General.

11        Now I'm happy to present a brief biography

12  of the governor of Puerto Rico, and then we'll go to

13  what everybody has come here to see.

14        Governor García-Padilla was born on

15  August 3, 1971.  So, for whoever does the math, he

16  recently had a birthday.  And he's from Coamo but

17  very few people know this.  Even Wikipedia has this

18  wrong because he was not born in Coamo, he was born

19  in Ponce because there was no hospital in Coamo but

20  he immediately moved to Coamo.  Almost every governor

21  of Puerto Rico has been born in Ponce.  So, everybody

22  who has aspirations, think about it.

23        He graduated from the University of Puerto

24  Rico with a bachelor's degree in political science

25  and economics.  He later obtained a Juris Doctor from

Part 1 - Fourth Public Hearing

1   the Inter-American University, thanks to his brother.

2   He was a dean at the University of Puerto Rico and he

3   said, You're not going to apply here to study law.

4           As an attorney, he showed his commitment for

5   social and civil causes be it with the College of

6   Attorneys of Puerto Rico, as well as the Commission

7   on Women's Affairs.  Then, as we all remember, he

8   served a four-year term as the secretary of consumer

9   affairs, DACO, which gave him a broad knowledge of

10  administrative affairs.

11          He, once again, came into public service

12  when he became a senator.  And as a member of the

13  minority he presided over various commissions as part

14  of the minority in that four-year term.  One of the

15  causes in which he participated was implementing a

16  health model to tends to the needs of drug addiction

17  to controlled substances.

18          Governor García-Padilla was elected in

19  November or 2012 becoming the tenth governor of

20  Puerto Rico.  And Governor Hernández-Colón always

21  wants me to remind everyone that he was the second

22  youngest assuming that position.

23          During the months of the transition before

24  assuming the position, as soon as he was sworn in, in

25  January of 2013, the governor had to entertain the

Part 1 - Fourth Public Hearing

1  offer of the then Attorney General of the United

2  States Eric Holder to settle a suit against the state

3  for the violation of fundamental rights of citizens

4  by the agency.

5          In June of 2013, the agreement was signed in

6  this courthouse -- well, first in Fortaleza first and

7  then this courthouse -- for a sustainable reform for

8  the Puerto Rico Police.  Because of this, the Court

9  has a great interest in preserving the historical

10  testimony of the governor because it's an instrument

11  for all of us and specifically for those who still

12  haven't reached the table and aren't familiar with

13  the process.  We're going to have new participants

14  from the side of the governor next year and it's

15  important that this historical record is here showing

16  what we've been doing the last two or three years.

17          So, before the governor presents himself, I

18  want to thank Attorney Maria Teresa Rivera-Corujo,

19  who is the advisor on public safety, for having

20  helped coordinate this hearing and being present in

21  all the public hearings that we've had.

22          Also, I wanted to let the members of the

23  press who are here and any other persons interested

24  that the court has a photographer and Fortaleza also

25  has a photographer.  Obviously there's no pictures

Part 1 - Fourth Public Hearing

1    allowed in this courtroom, but because this is a

2    historical hearing, I've allowed the pictures that

3    will be taken from the court which will be sent to

4    the monitor, Colonel Claudio.  Whomever is interested

5    in the pictures can call him, by six o'clock they

6    should be there.  And if Fortaleza has some pictures

7    they'd like to share, send it to the TCA and also to

8    the office of communication of Fortaleza.

9            Now we're ready to begin.  Governor, you're

10   an attorney.  I know you haven't stepped inside a

11   courthouse in a long time.  You're not being sued or

12   cross-examined, so if you want to make any general

13   comment to begin and then I have a few questions.  I

14   have sent you the questions before coming in so you

15   can have an idea of the areas I wanted to cover.

16           So, welcome once again.  It's a pleasure to

17   have you here.

18           GOVERNOR GARCÍA-PADILLA:  Thank you, Your

19   Honor.  I have been wanting to say what I'm going to

20   say for many years.  May it please the Court.

21           THE COURT:  Please go ahead.  Or when you

22   come back next year to address the Court.  Welcome.

23           GOVERNOR GARCÍA-PADILLA:  Thank, Your Honor.

24   And I'm already getting off script, but I would like

25   to thank you from the bottom of my heart for your

Part 1 - Fourth Public Hearing

1   statements about the work that we have been doing in

2   terms of the causes to advance the police reform, and

3   also the statements of Attorney Saucedo on behalf of

4   the Department of Justice of the United States of

5   America.

6           I appreciate you allowing me to complement

7   the historical record on these hearings and on this

8   case.  I would also like to greet the officers of the

9   Department of Justice present, as well as those of

10  the Civil Liberties Union, the monitor Colonel

11  Arnaldo Claudio.  I would like to greet all of the

12  officers and the people present here today.

13          It is an honor to appear before this Court

14  to talk about something that's so fundamental for our

15  people:  Justice and the state of law and order.

16          As we have said before, we will be speaking

17  about the police reform.  It has been a very tough

18  four-year term.  We assumed a country that was in a

19  deep crises due to excess and from postponing

20  difficult situations and decisions.  The excess, Your

21  Honor, was not only seen in police duties but in all

22  of the areas and departments of our government.

23          In five months, I will pass the baton to a

24  new government, a new administration, that most

25  certainly will not be the second youngest but the

Part 1 - Fourth Public Hearing

1   third youngest governor -- a government that,

2   contrary to my own, will receive a country that has

3   benefitted from all these many changes we're

4   proposing.

5          The role of Puerto Rico has been

6   strengthened as an actor in the global economy.

7   Pharmaceuticals are growing, medical equipment

8   distribution is growing.  We have revitalized key

9   sectors of the economy.  Agriculture has increased

10  30 percent in its net income.  We have also received

11  more tourists than ever before in our history.  We

12  have begun a process to restructure public debt.

13         This has been the biggest restructuring

14  process in the history of the United States.  So that

15  the debt rescheduling does not risk basic services

16  this is why the restructuring has been done, in order

17  to ease the heavy burden that in the past was put on

18  the shoulders of all Puerto Rican men, women,

19  children, and grandchildren.

20         We want to defend our people.  We gave

21  meaning to Article II, Section 19 of the Puerto Rico

22  constitution, the power of the Legislative Assembly.

23  This is why I tell you, Your Honor, that we cannot

24  separate the changes in the police force from the

25  rest of the changes that we were forced to put into

Part 1 - Fourth Public Hearing

1   place as a country.

2          By its own definition, we are an integrated

3   body, a country.  We have common needs and we have

4   unique resources that are limited, as any other

5   country.  They are all part of a remand and a process

6   of change and reform so that Puerto Rico can vary

7   from that tough period with growth and a stronger

8   economy.

9          We cannot deny the paradigms in the post-war

10  that made us just look up to the north, but now we

11  look to Latin America and Europe all while continuing

12  to look north so that we may also come out of this

13  with a restructured debt that eases the heavy burden,

14  a debt resulting from solving immediate problems

15  while putting future problems on the back burner.

16  And it just came to haunt us.  This is the context

17  within which we started our four-year term, our

18  administration.  That's the context in which this

19  suit came up and the context in which the agreement

20  was formulated.

21          And so, the American Civil Liberties Union

22  sued the Commonwealth due to the excesses that we

23  lived for many years -- events with university

24  students, episodes that I witnessed when I was a

25  senator on Capitol Hill.

Part 1 - Fourth Public Hearing

1        On September 5, 2011, the section of civil

2    rights in the federal justice department wrote a

3    terrible report that it witnessed use of force,

4    discrimination for ethnic causes and nationality by

5    our police force, and other violations to civil

6    liberties on behalf of the police department.

7        Instead of attacking the report, as a

8    governor, I decided to attack the problems.  This is

9    what was correct and what the country demanded.  We

10   have the obligation to give the best possible police

11   force to our people, so we cannot limit this effort

12   to only The Reform years.  The Reform must be the

13   stepping block for this continuous action in the path

14   of our people.  And it corresponds to all

15   administration to provide the best police force

16   possible.

17       As Your Honor stated, on July 17, 2013, we

18   reached a historical agreement with the federal

19   justice department.  It was very nice to receive the

20   Attorney General, at the time Eric Holder, to sign

21   that historic agreement.  The most important

22   agreement, however, was precisely the agreement we

23   made with ourselves to make the police reform a

24   project for our country.

25       Today your words, Your Honor, evidence that

Part 1 - Fourth Public Hearing

1    this is not just an administration project, it is not

2    only a judicial project or that of one agency or

3    another; it is the project of our country, of the

4    country where this court resides, where the agencies

5    reside, where our government resides.

6              We reach this agreement because the men and

7    women of the police reform put at risk their lives

8    every day so that our citizens who live on this

9    island live safety.  And the majority of the members

10   of the police force do it faithfully and they do what

11   they promised to do.

12             And I didn't say citizens, Your Honor,

13   because one of the communities that presented the

14   most claims and which are part of this suit are the

15   communities and members our country who are not

16   citizens but who should also receive human rights,

17   because they are human beings and not because they

18   come from elsewhere.

19             The federal justice department has reached

20   similar agreements with police departments in other

21   jurisdictions of the United States:  Detroit, Los

22   Angeles, New Orleans, New York City, Pittsburgh, and

23   in Washington, D.C.

24             According to a report posted in The

25   Washington Post, in November of last year most police

Part 1 - Fourth Public Hearing

1   departments have tried to get extensions to comply

2   with the agreements with the justice department, but

3   the Police of Puerto Rico has complied with all of

4   the terms of the agreement reached with the justice

5   department and has never asked for an extension.

6   This is not random and it is a topic that I

7   personally follow continuously.

8           Moreover, as governor I have worked hand in

9   hand with the federal justice department and the

10  Attorney General of Puerto Rico Cesar Miranda and all

11  of the members of the Police of Puerto Rico.  This

12  process has not been contentious.  On the contrary,

13  both parties are committed to reform the Police of

14  Puerto Rico.  This is why I thank from the bottom of

15  my heart the personnel of the U.S. justice department

16  and in particular the section of civil rights.

17  Together we have assigned priority to what needs more

18  priority.

19          The police department has been part of the

20  list of priorities which is not an extensive list.

21  One of our problems as a country is that we give

22  priority to everything and when everything is

23  priority by definition nothing really is priority.

24  The intrinsic nature of priorities is to put some

25  issues above others.  That list only includes health,

Part 1 - Fourth Public Hearing

1   education, and safety in a broad sense.  That level

2   of priority toward The Reform and this is in my

3   interest and that of my administration.

4         This is why, Your Honor, in the midst of the

5   fiscal crisis we have sustained the budget allotted

6   to comply with the agreement of the police reform,

7   which is $20 million a year.  And we have complied

8   with all of the terms such as The Moratorium Act

9   passed on April last year and the many other fines

10  that have been imposed in order to guarantee the

11  continuity of the essential services our country

12  needs.  The fact that we maintained intact the budget

13  of the police reform in the face of this critical

14  scenario shows the level of commitment that we have

15  with The Reform.

16        And, Your Honor, I would like to go further.

17  While the fiscal crisis has forced us to reduce the

18  budget for many agencies, the budget of the police as

19  a department has increased.  In other words, while we

20  have been forced to cut the other operational areas

21  of the government, we have not touched the police

22  budget.

23        I would like to talk about one of the key

24  components of this reform, and it is a key element,

25  and this is the academy.  As Your Honor already said,

Part 1 - Fourth Public Hearing

1    when I came into the administration the academy was

2    in the hands of the criminal justice and it was seen

3    just as academic, it was autonomous from the police

4    department of Puerto Rico.  This concept created

5    problems that surpassed the benefits.

6           The time of training and education is

7    fundamental in the life of a police officer and it is

8    not correct to leave this training in the hands of an

9    agency that, since it was autonomous, didn't have the

10   same interest of the country or of the police

11   department.  Every police officer must have at least

12   some basic education, but the academy was not there

13   to support this.  The police academy should provide

14   an experience whereby the cadet must prove if they

15   can live under the discipline, the code of honor and

16   integrity, which is essential in order to be a police

17   officer.

18           In addition, it is an opportunity for the

19   cadet to demonstrate whether they can identify and

20   confront situations where his life is at risk or that

21   of others.  And they must prove that they can perform

22   in stressful situations without using excessive force

23   or discriminating based on race, ethnicity,

24   nationality, social conditions, ideas, religious or

25   political beliefs, sexual orientation of the person

Part 1 - Fourth Public Hearing

1   that they intervene with.  This is why I dare say

2   that the academy is one of the most vital resources

3   of the police and our country.  The academy must not

4   exist outside of the police department.

5          On June 30, 2014 I approved Law 112 of that

6   year that returned the academy into the hands of the

7   police.  We needed to do so.  And since then the

8   academy is, again, under the control of the police.

9   This was a qualitative leap of The Reform.  Through

10  Law 112 we made the academy a subsidiary of the

11  police department.  The rank of auxiliary

12  superintendent is very important and shows what we

13  must do.  Under the new norms every candidate must

14  have at least an associate's degree from a licensed

15  and accredited institution.  The cadets receive more

16  than 900 hours of education in police sciences,

17  investigation techniques, tactical training,

18  supervision, interpersonal relations with civilians,

19  ethics in performing their duty, respect and

20  protection of civil rights and effective

21  communication with the communities.

22          With Law 112 each officer must comply with

23  at least 12 hours of continuous education, and that

24  is another qualitative leap.  Before, the officer

25  left the academy once they formed part of the police

Part 1 - Fourth Public Hearing

1   force.  Continuous education should have been a

2   component always.  This is the way it is now, and

3   this is the commitment that we agreed on.  And we

4   will comply in a coordinated step with the mandate of

5   that of this Honorable Court.

6           In the most recent academy, March of last

7   year, the graduates numbered 300 cadets, and they are

8   the first to graduate from the new academy.  I would

9   have liked to graduate more cadets, but the fiscal

10  crises avoided it.

11          Another reform was to settle strong bonds

12  between the police and the communities, as you said

13  before.  This is an objective that we have been

14  working for and not only in those communities that

15  had a good relationship with the police officers, but

16  we also want to establish these bonds in those

17  communities where the relationship between the police

18  and the communities have been a source of mistrust,

19  prejudice and, on occasions, has resulted in violent

20  acts.

21          In order to reach this agreement, starting

22  this year the police has held 35 meetings in the 13

23  different police sectors.  And we have met with many

24  different organizations that defend human rights and

25  community-based organizations such as the Civil

Part 1 - Fourth Public Hearing

1    Liberties Union and international amnesty, the center

2    for helping Dominican Republic females, coordinator

3    peace for women, the creative lesbian workshop, the

4    institute for promoting human rights, the commission

5    of rights of immigrants from the college of

6    attorneys, and the corporation of legal services

7    among many others.  The Consulate General of the

8    Dominican Republic in Puerto Rico has also had a

9    prominent participation.

10           These meetings have served to promote the

11   guidelines of the police department in order to deal

12   with immigrants and also the members of the LGBT

13   community.  However, there's much to do.  To develop

14   guidelines is just the first step.  Recognizing human

15   rights is a continuous process.

16           Let's take the case of the United States,

17   for example, where so much has been furthered since

18   in the 1860s the abolition of slavery was proclaimed.

19   And since then so much has been done to fight against

20   discrimination, racism; and still today there are

21   fights because of inequality and unjust treatment by

22   the police of the African American community.  This

23   is a continuous process that is never-ending.

24           Since November of last year the police

25   department has campaigned so that the people know the

Part 1 - Fourth Public Hearing

1   mechanisms available to report behavior that is not

2   good by the police.  We have identified mechanisms

3   for the police and the people of Puerto Rico.  For

4   the first time there are laws that prohibit the

5   police officers to name public officers.  Part of the

6   problems that stained this new institution were

7   caused by politicians who were in power who forgot

8   that the police is not a praetorian guard that can be

9   ordered to attack or who in exercising their civil

10  rights differ from the government from time to time.

11          This is why on June 30, 2010 when officers,

12  following the orders of politicians, they clubbed and

13  attacked college students -- and I will never forget

14  this because if somewhere should be the form for free

15  expression it's the immediate area and surroundings

16  of the Capitol Hill.  That's what it's there for.

17  Likewise, the intervention of the police back then

18  because they were following instructions of partisans

19  was the cause that created all of this use of force.

20          Every time that I visit a municipality, Your

21  Honor, somebody comes to me to ask me to transfer a

22  family member who lives away from the Metropolitan

23  area but they work here.  Sometimes their petitions

24  are very particular that could be sustained because

25  of health reasons or others, but sometimes they tell

Part 1 - Fourth Public Hearing

1    me that they worked in the campaign; and obviously I

2    appreciate their work in the political campaign, but

3    this cannot be the reason to transfer somebody.  I

4    can guarantee to this court that in my administration

5    transfers are not guided by partisan politics, and I

6    have many examples of this, and this will continue to

7    be so.

8         We have proposed legislation that

9    strengthens prohibitions contained on ethics law and

10   utilizes employment using government unity to further

11   partisans ideas.  On the other hand, we have ensured

12   that the women that are in the police force can

13   occupy positions of power.  We have five women

14   leading districts, four in precincts, two in zones,

15   and three leading criminal investigation divisions

16   including San Juan, which is the biggest.

17        The homicide division in San Juan is also

18   led by a woman.  We have ten directors of domestic

19   violence and 12 in sexual crimes.  In total 39

20   divisions of the police department are led by women.

21   Actually, we have the first unit of women in the

22   tactical divisions.

23        This is a historical time when there are

24   more divisions in the police force led by women.

25   This is why I dare say that the police has never had

Part 1 - Fourth Public Hearing

1  so many women in prominent positions.  And I

2  apologize superintendent but maybe this is why we

3  have so much success now.  We hope that this amount

4  will continue increasing when we break down the

5  walls, when merit is the only matter that promotes

6  people in ranks.

7        And I would like, Your Honor, to give you

8  one last reflection.  In the last year after the

9  tragic events of Ferguson, Missouri, which have been

10  replicated unfortunately in smaller cities in the

11  U.S., we have crudely seen the force of police that

12  shows its worst face in face of citizens that they

13  should be protecting, and citizens that also show

14  their worst face in front of police that should be

15  protected.

16        And we have seen that the police reform is

17  not exclusive to Puerto Rico.  And honestly we don't

18  want to reach such a breakdown level where the police

19  and the community see each other as foes, enemies.

20  This is why it was so important to begin this police

21  reform and leave it well-guided.  There's so much at

22  stake.

23        Although I will finish my four-year period,,

24  The Reform has not been finished.  It has brought

25  fundamental changes in education, training and

Part 1 - Fourth Public Hearing

1   supervision in the Police of Puerto Rico.  It's also

2   brought new equipment, patrol cars, portable

3   computers, fire weapons, non-lethal weapons, as well

4   as an air force that is comparable and exceeds that

5   of any other department of any city in the United

6   States; and we have achieved this in the midst of the

7   worst financial crises in our history.

8          Having done so, I submit, Your Honor,

9   respectfully to you, just as an example, as

10  Exhibit 1, that this was our priority.  I cannot let

11  this opportunity slip by without pubically

12  acknowledging Superintendent José Luis Caldero for

13  putting in his hands the future of the country and

14  his more than three decades of experience at the

15  service of this reform.

16         Thank you, Superintendent, for putting into

17  place a plan that has been fundamental to reach the

18  lowest criminal crime rates in the history of our

19  country.  Homicide have been reduced, Type 1, which

20  really take the peace away from our people's minds.

21  To date, this year, Type 1 crimes have been reduced

22  by six percent versus last year which was the lowest

23  in 30 years.  Murders, compared to last year, have

24  increased.  However, even in face of that increase,

25  Your Honor, this year at this rate is one of the ones

Part 1 - Fourth Public Hearing

1   with less murders in the last 30 years.  However, we

2   are not satisfied.  You should not be satisfied and

3   no Puerto Rican men or women should be satisfied with

4   these figures.

5        I also believe that it is pertinent to say

6   that a body that used to drag its feet investigating

7   complaints has become a police force that from 2014

8   to present has investigated over 75 percent of the

9   complaints received.  And we should thank not only

10  the superintendent but every man and woman of the

11  police force that has made these changes possible.

12       Thanks to Colonel Clementina Vega for her

13  mission to lead from her department this reform, to

14  the Puerto Rico chapter of the American Civil

15  Liberties Union for raising the red flag, for

16  beginning the suit and initiating this reform.  It

17  will be senseless to even mention that this reform

18  would have happened unless that suit was brought up

19  in 2012.

20       Thanks to the U.S. State Department,

21  specially the civil rights division, for putting

22  their best in this process.

23       I would also like to acknowledge publically

24  the Department of Justice of Puerto Rico and the

25  attorneys who represent the Commonwealth of Puerto

Part 1 - Fourth Public Hearing

1    Rico in this fundamental case in our history.

2    Thanks, Your Honor, and the officers of the court for

3    supervising this reform with a great sense of

4    justice.

5            You already mentioned, Your Honor, that I'm

6    from the countryside, and we people from the country

7    are distinguished for many things.  We drag our Rs,

8    sometimes we don't congregate words well in English,

9    but we also make a lot of comparisons with

10   agriculture.  In these last years, Your Honor, we

11   have cleaned the field, we have improved irrigation,

12   we sewed the seed and you have been able to see that

13   we've started to harvest; but harvest is also a

14   continuous process.  It does not end with the first

15   fruit; it begins with the first fruit.

16           Some fruit will take a long time to reap and

17   harvest, above all those that have to do with

18   cultural patterns of discrimination that are so

19   deeply rooted in our beings.  Those cultural patterns

20   that make people mock foreigners or against those

21   that love the same but with a different orientation.

22   Those cultural discriminations practices have been in

23   place for many decades and breaking them will take

24   some time.

25           I would request, Your Honor, very dealer for

Part 1 - Fourth Public Hearing

1    you to continue supervising strictly this reform when

2    this goes into the hands of the next administration

3    in November.  I would also like to request, Your

4    Honor, to do everything in your hands so that this

5    reform forms part of the priorities of the fiscal

6    board to be appointed by the next president.

7          In my administration we began this reform

8    together.  Your Honor, do not allow that once I

9    finish as a governor this reform derails its

10   direction.  Please do not allow it.  We have begun.

11   The police has many successes in terms of crime

12   reduction and recognition of human rights but there

13   is still a long way to go.

14         Thank you very much, Your Honor.

15         THE COURT:  Thank you, Governor.  I'm going

16   to make some brief comments to what you've stated and

17   then I have a few questions.  I have a lot more but

18   obviously you've touched on it with your comments.

19         So before anything, I know that you talked

20   about the role of women and The Reform and the

21   position that they have, and I know that

22   Superintendent Caldero is very proud of that because

23   his wife was a police officer and she retired from

24   the police.  So he's very proud of it.  So, you don't

25   have to apologize for all of that, right,

Part 1 - Fourth Public Hearing

1    Superintendent?

2           SUPERINTENDENT CALDERO:  That is correct.

3           THE COURT:  So, something else that you

4    mentioned which is interesting sometimes things don't

5    come out in the public light which happen behind the

6    scenes with the attorneys when there's hearings in

7    the court or meetings.  You mentioned that there's

8    never been an extension that's been requested in this

9    case and that's correct.

10          There's been times that I know it's Friday

11   and the document is due on Monday and the parties are

12   working and they're all working big time.  And I say

13   why don't we give them an extra week?  And the

14   monitor has told me, no, they don't want it, they

15   want to finish it, and they're working on it.  So,

16   contrary to any other case, criminal or civil,

17   there's never been a request for an extension.  The

18   case has been moved according to the dates that have

19   been set and everything's been up-to-date.  And

20   that's something that I have to highlight and it's

21   important for me to highlight that.

22          And this case is also a case that has great

23   importance for Puerto Rico.  Beyond that, this case

24   has a worldwide importance.  As we're seeing in the

25   United States the Department of Justice, since this

Part 1 - Fourth Public Hearing

1    case was filed 12, 14 more cases have been filed

2    throughout the United States.  And Ferguson was the

3    last one.  Counsel Saucedo sends me periodically --

4    every time there's a new one he sends me material.

5    Since the statute was created for these cases there's

6    been 20 cases filed.

7            So, it's very important because Puerto Rico

8    is the biggest jurisdiction in which a reform has

9    taken place.  And we're going to be a model not only

10   for Puerto Rico but also for all the counties,

11   cities, states or any jurisdiction in the United

12   States in which this is done.  And eventually

13   worldwide this will also happen.  This won't be a

14   model just of the United States because this is a

15   worldwide problem.

16           So, it's very important that we're all

17   involved in this reform.  And our roles, you as a

18   governor, me as a judge, the monitor, the attorneys

19   for the Department of Justice, that we're all setting

20   a precedent that maybe your children, if one of them

21   studies law and civil right, that they're going to

22   study this type of case.

23           So, in November we have the first national

24   meeting of the monitoring of the police.  That is

25   going to be in the State of Texas.  I will be there

Part 1 - Fourth Public Hearing

1   invited there, and the judges of federal jurisdiction

2   are also going to participate.  And the

3   superintendent, this is the weekend before elections

4   so obviously your presence is required.  But I really

5   thank Colonel Fraley of the academy is going to

6   participate in that program, because I believe that

7   we have model academy that other jurisdictions

8   follow.  And she's going to participate in the panel

9   there also.  So, I think we're going to be an example

10  of all this which is a growing wave.

11          And some things that are also very

12  important, the Ferguson case of the United States has

13  to do a lot with discrimination against black people.

14  In Puerto Rico, we rarely see a racial discrimination

15  case, be it black or white, the big problem you

16  mentioned here is the Dominican Republic community.

17  Our Dominican Republic community here, be it legal or

18  illegally or in process of being legal, they've been

19  discriminated against historically.

20          And also the LGBT -- I always say it wrong,

21  but the LGBTT community have also been discriminated

22  against.  This reform also attacks that issue here

23  south of the United States or in other areas, but

24  here it's the equivalent of what happens over there.

25          I also want to highlight the ACLU, but

Part 1 - Fourth Public Hearing

1    before that there were many individual attorneys who

2    brought cases and the Department of Justice

3    represented them.  Many of these cases it came to the

4    point of a settlement and the Attorney General saw

5    what happened and most of these cases were settled.

6    But it's very important to highlight that if it

7    wasn't for those attorneys and the ACLU we wouldn't

8    have seen all the information that eventually the

9    Federal Government obtained which is part of the

10   complaint.  So, that's very important.

11          Something else that is important for The

12   Reform but also in Puerto Rico the mayor of San Juan,

13   Carmen Yulín Cruz; the mayor of Ponce, Mayita, both

14   of them -- the mayor of Ponce participated in the

15   public hearings but the mayor of San Juan wants to

16   adopt -- we saw her at the graduation of the academy,

17   and she wants to adopt administratively everything

18   concerning The Reform because it benefits her.  So,

19   we're having an impact not only outside of Puerto

20   Rico but in Puerto Rico.  Maria Meléndez is Mayita.

21          So, it's very important and we have other

22   mayors from different regions that they've stated

23   their interest, although they're not part of The

24   Reform, in following these steps.

25          Something else that I want to acknowledge

Part 1 - Fourth Public Hearing

1    from your administration when you came in there was

2    in effect several task forces which are the state

3    police that collaborated with the federal officers

4    and vice verse.  And you, as governor, you took the

5    decision -- you left the task forces in place.  In

6    fact, you designated additional officers.

7            So, this has been very important and I

8    believe this is one of the reasons why crime has been

9    reduced; because, if I'm not mistaken, in 2010 there

10   were 1,200 murders and last year it was down to 600.

11   They've gone up a little bit this year but much less

12   than in other years.  And those task forces since

13   they were started in 2010 or 11 they've continued

14   working, and since last term to this one murders have

15   continued to go down.  One murder is always more than

16   enough, but this cannot be done from one day to the

17   next.

18           So, it's very important the officers that

19   you have imposed in the Federal Government because

20   they give us a lot of assistance.  Sometimes our

21   federal officers don't speak Spanish.  They have good

22   techniques, they know how to do certain things that

23   the officers here are not trained to do, but they

24   work together with the state officers.  And if it

25   weren't for this concerted effort in working with the

Part 1 - Fourth Public Hearing

1    federal officers, we wouldn't have the number of

2    cases we have.  The number of cases that you see here

3    it's impressive.

4            And something else that's impressive when

5    you came into power and you came into the governor's

6    office there was obviously a transition, the Attorney

7    General changed and other public officers changed,

8    the superintendent changed.  But one of the things

9    that I do remember for a period of a year and a half

10   you worked with the police and the Attorney Marxuach

11   who had been advisor to Governor Fortuño and you

12   continued until The Reform was signed.

13           And I believe you were a crucial person.

14   And this is important because had we changed

15   everybody and began anew with people that wouldn't

16   know anything about this change, we would be

17   beginning with this again.  So, it's very important

18   to acknowledge and I hope that your successor

19   recognizes this.

20           We have to recognize that there's people

21   that eventually are going to do other things but

22   there's some people that are key and who know The

23   Reform better than anyone.  And I hope the next

24   person who comes uses those resources; because many

25   of these people have been committed to The Reform,

Part 1 - Fourth Public Hearing

1    it's not one administration in particular.  They are

2    public servants who want to see this come to

3    fruition.  So, I believe that when the next

4    administration comes in that these people can

5    contribute as much as possible.  And whomever want to

6    continue as volunteers, I ask that they please do so

7    and incorporate themselves.

8           So with those comments I have some brief

9    questions.  Obviously you spoke of some achievements

10   and goals that you believe are important, but which

11   one do you think within The Reform if you could tell

12   us -- this'll be like those talk-shows, I ask a

13   question and you give the answer.

14          So within The Reform if you could tell us

15   which one do you believe, as brief as possible, which

16   has been the biggest achievement that you've reached

17   in The Reform?

18          GOVERNOR GARCÍA-PADILLA:  Well.

19          THE COURT:  Incorporating everything you

20   said.

21          GOVERNOR GARCÍA-PADILLA:  Yes.  Well, from

22   the perspective of the people that represent the

23   country, what people want from the police is that

24   crime is reduced and that the police protect them and

25   don't assault them.  I think that the country is

Part 1 - Fourth Public Hearing

1  feeling that there's been a change in these last

2  years; that is, that the police is there to protect

3  them.  It's not always been successful, but it has

4  stopped being a partisan or political discussion and

5  has become a social one.

6         The main achievement has been the police

7  gaining the trust of the people.  And it's a process,

8  it hasn't concluded.  But the trend whereby the

9  people weren't trusting the police has been reversed.

10  The people little by little have been trusting of the

11  police.

12         THE COURT:  The next question is, on

13  January 9th we'll know who will be your successor --

14         GOVERNOR GARCÍA-PADILLA:  In November.  We

15  don't have to wait that long.  November 9th.

16         THE COURT:  November 9th.  When said person

17  is going to Fortaleza to meet with you, which would

18  you say is the biggest challenge regarding The

19  Reform?  If you were to give advise, what advise

20  would you give your successor?

21         GOVERNOR GARCÍA-PADILLA:  That that person

22  has to continue The Reform, and that in order to

23  continue The Reform that person cannot give into the

24  political pleasure that he/she is going to feel to

25  control the Puerto Rico Police politically.  I felt

Part 1 - Fourth Public Hearing

1    that way.  Some of the things you've mentioned were

2    true, at times ones feels political pressure that one

3    has to resist.  And the next governor, in order to

4    continue The Reform, that person cannot give in to

5    partisan politics pressure.

6              People who today lead divisions of the

7    police, people that are very connected -- and I don't

8    want to state their positions -- to The Reform are

9    people within the police who are said to be from this

10   party or the opposing party, a party of which I have

11   participated in elections and of which I'm a member.

12   But one must be firm.

13             And when promotions are going to be given,

14   promotions can be given to people that are in the

15   party but it's because they are good at their jobs

16   and that's why the raise has been given regardless of

17   which party the person is a member.  So, resisting

18   the temptation of leading the police electorally is

19   something that the next governor has to try and do.

20   If they don't, this reform won't continue.

21             THE COURT:  What role -- what is your

22   vision?  Because from my judicial perspective I like

23   a case to reach me, I'll resolve the case.  There can

24   be an injunction permit, the order can be resolved.

25   But this is a case in which I already issued the

Part 1 - Fourth Public Hearing

1   judgment, the agreement, but I retained jurisdiction.

2   And from the point of view of a judge, sometimes I

3   feel there's little -- and I don't say it negatively,

4   but I think it's judicially offensive to be

5   micromanaging the issues of the state, at least in

6   this case, regarding the police for such a long time.

7          Sometimes it could be a necessary evil for a

8   short period of time.  And now that the oversight

9   board is coming -- until the oversight board is in

10  place we have the oversight of Gelpí.

11         So, how do you see the intervention of

12  having a monitor?  Is it something positive?  We all

13  want this intervention to be as short as possible,

14  but from your perspective, you're also an attorney,

15  of federalism of nations which are governed with both

16  federal and state relationships.  I mean, this is the

17  first time this happens here, but what could you

18  mention about that?

19         GOVERNOR GARCÍA-PADILLA:  Your Honor, I

20  think that it's not only an issue of federalism but a

21  separation of powers.  It's not your mission to

22  manage the Police of Puerto Rico, but the truth is

23  that there are some facts that gave rise to

24  complaints and they had merit and they were true.

25  And those facts violated civil rights that created

Part 1 - Fourth Public Hearing

1   some controversies which you have the duty of

2   resolving.  For the future, not for the fact in

3   itself.

4          So, that's why today my petition to the

5   Court is that The Reform not be allowed to stop.

6   Based on the improvisation of bad practice was the

7   result of decades of bad practices, and they won't

8   change one day to the next.  It doesn't change like

9   that.  It's no longer the police of *siete maravillas*

10  [seven wonders].  It's other bad practices that harm

11  the essence of human rights simply for being a human

12  being independent of where he/she was born or their

13  citizenship, independent of their sexual orientation,

14  independent of their physical appearance.

15         In this case, the mission of the Court is a

16  two-fold mission.  It has to ensure some things to

17  the country in its traditional duties of solving

18  controversy.  Let me go further.  My mother says that

19  this is where I get *corso*.  They come from Spain.

20  And sometimes you have an angel on your shoulder

21  saying, Don't say this, but you can't resist.

22         Without the complaint, without this case

23  that was before you, I would have found public

24  objection to many of the things that we've been able

25  to reform.  If it wasn't because this case is alive,

Part 1 - Fourth Public Hearing

1   I would have found public opposition to return the

2   academy to the police.  I would have found opposition

3   to depoliticize the transfers and promotions.  I

4   would have found public opposition to submit police

5   officers to -- help me, Judge.  How do you translate

6   P.T. test?  The physical test.

7          The first time that I proposed it as a

8   senator I received public criticism.  In fact, I was

9   told that I should really challenge a police officer

10  to see if I could beat him running a mile.  As if

11  that's what it was about.

12         So, the police reform has gone through the

13  public scrutiny with little opposition because it's

14  in this court.  And don't let it go, Your Honor.

15         THE COURT:  Thank you.  Well, the other

16  thing that I wanted to say, and you've mentioned it,

17  was the de-politicization of the police.  And that's

18  important.  And let me tell you something, it's

19  interesting.  I was not a presiding judge here yet,

20  but in the eighties I was an attorney in federal

21  court but you had the First Circuit and the Supreme

22  Court, and the end of the eighties and beginning of

23  the nineties there was discrimination.  Every time

24  there's a change in government, it was something that

25  was incredible the public funds and municipal funds

Part 1 - Fourth Public Hearing

1    that were spent.  And these are also things that you

2    would not for that.

3           But the Government Development Bank the

4    money that it gave for transactions such as this was

5    in the millions throughout the years, and this is all

6    administrations, all municipalities.  And I think

7    it's a culture that at the central government level,

8    just like the cases of violation of civil rights and

9    abuse of force, have been reduced.  And I think this

10   culture is reducing.  It hasn't ended, we still have

11   cases that settle, but it's not at the volume we've

12   seen in previous years.  Let's see what happens in

13   this change of government.

14          But one of the things that happened -- and

15   this is something I've always said publically -- and

16   also at these hearings I asked Governor

17   Hernández-Colón, also the superintendent, and I

18   believe the secretary of justice as well.  At the

19   federal level we have federal employees, even judges.

20   We have federal employees who work for the United

21   States be they Democrat, Republicans.  Whether Donald

22   Trumps wins or whether Hillary Clinton wins, we're

23   loyal to the Constitution and laws of the United

24   States.

25          In Puerto Rico, the Hatch Act, when Sila

Part 1 - Fourth Public Hearing

1  Calderón was governor, the administration made a mini

2  Hatch Act.  I think it was for the department of

3  justice, the governor's office, the department of

4  state, and even transportation; but it was just

5  there.  And I think that recently you signed a law,

6  and when you were away the secretary of state would

7  make their appearance saying that the Puerto Rico

8  Aqueduct ans Sewer Authority [PRASA] and the Puerto

9  Rico Electric Power authority [PREPA] basically

10  they're being applied something very similar to the

11  Hatch Act.

12          My question is -- and obviously you're not

13  running for governor again.  You're not going to

14  elections so you can maybe say things you don't want

15  to say.  But as governor for the future of Puerto

16  Rico, the day that your sons are older and they want

17  to work for the government or they're public servants

18  or any other person who wants to go into government,

19  what do you believe is the next administration should

20  evaluate having a Hatch Act?  And specifically I say

21  it's regarding the Puerto Rico Police.  Do you

22  believe this would be something sustainable,

23  something good and positive?

24          Obviously I know.  And I know the other

25  ex-governors and I've known many police officers

Part 1 - Fourth Public Hearing

1   throughout the years.  And right now sometimes you

2   know them, and I've been helping and advancing of

3   such and such.  And it's as you said, if he wins,

4   I'll be here, and if they lose they'll also go

5   somewhere else.

6           But in the Puerto Rico police do you

7   think --

8           GOVERNOR GARCÍA-PADILLA:  And if he loses,

9   we also have to go someplace else.

10          THE COURT:  But do you think as the

11  superintendent does that there should be some type of

12  Hatch Act or some type of order in the police and

13  possibly in the rest of the government of Puerto

14  Rico.  What is being done so that these trust

15  positions, this practice -- because here in Puerto

16  Rico it's been years, so that it ends once and for

17  all?

18          GOVERNOR GARCÍA-PADILLA:  Without a doubt,

19  Your Honor.  And in fact one of the first things I

20  did as governor was a law that prohibited public

21  employees to donate money to political parties, as

22  the Hatch Act states.  And this was a message I had

23  prepared for the first gubernatorial speech.  And

24  that was something that had to be changed.  It was

25  declared unconstitutional.

Part 1 - Fourth Public Hearing

1          But regarding the intervention of

2    politicians and the appointment and in the movement

3    of personnel or public corporations we have been able

4    to do so.  These are two bills that we presented in

5    our administration and restructuring of the Puerto

6    Rico Electric Power and Authority, and these they

7    haven't been discussed.

8          These are two elements that are public

9    corporations that have been very politicized and that

10   we turned into law and the public discussions have

11   been very little.  And I think something needs to be

12   done throughout the government elected positions

13   should not be an employment agency.  And

14   unfortunately the elected officials look at

15   themselves as an employment agency, they think that

16   that's their duty.  And I think that's not correct

17   for many reasons including for political reasons that

18   I'll allow the Court to state.

19          THE COURT:  Well, if you can do so, this

20   will help your successor.

21          GOVERNOR GARCÍA-PADILLA:  If there's a

22   position in the police and I become a selected

23   official and a person who, among other things,

24   facilitate the possibility that a person from my

25   party has that position, 20 persons from my party are

Part 1 - Fourth Public Hearing

1    going to come to request that position.  There's one

2    position and I'm going to make one person happy and

3    I'm going to make 19 others mad.

4            So, I thought that this practice didn't

5    exist.  I read it in a book during my studies in the

6    law.  If I'm not mistake, it was Governor Muñoz-Marín

7    who used to say it.  When it happened to me, I

8    couldn't believe it.

9            If an elected official tells me or

10   recommends a person for one position and tells me

11   that he/she is the best qualified person for that

12   position, but then I'll receive more than one letter

13   from that same elected official that that person's

14   the best qualified.  So, I have letters from mayors,

15   for example, from legislators, leaders from my party

16   for one position recommending three persons and

17   telling me that each one of those persons is the best

18   qualified for the position.

19           THE COURT:  That must be that each person

20   gave a copy of the letter and they weren't 20 other

21   letters, and the officer and everybody was happy with

22   that elected official.

23           GOVERNOR GARCÍA-PADILLA:  But once that

24   person is selected, the others get mad at the elected

25   official.

Part 1 - Fourth Public Hearing

1       THE COURT:  I think that this is something

2  that should be explored.  When I saw the news that

3  the water authority and the electric power authority

4  had taken certain measures.  And I have to

5  congratulate them publically.  I've always encouraged

6  any administration to limit this because it's an evil

7  that still permeates.  It's been reduced, but it's

8  always around.

9       Okay.  Another question that I had -- and

10  for those of you who are here, we're almost done,

11  two-thirds of the questions have been asked.  One of

12  the things that I requested that you do in this case

13  and in order to keep informed day of day of The

14  Reform process -- and I know that the Attorney

15  General has told me that you and he speak almost

16  daily and also the superintendent.

17       And I took this from the Morales-Feliciano

18  case that you have an officer that comes daily to

19  these hearings that you appointed a public safety

20  officer to do so.  And I want to ask, not only the

21  superintendent to come and manage that the security

22  meetings that are conducted weekly, but I also know

23  the attorney speaks to the monitor when there's

24  issues.  There may be times when the secretary of

25  justice if there's a crises speaks to the

Part 1 - Fourth Public Hearing

1    superintendent and the monitor speaks with her.  How

2    useful has this been to have this position, this

3    person appointed to the position of this practice?

4             GOVERNOR GARCÍA-PADILLA:  My recommendation,

5    if it helps in anything, is to continue with it;

6    because just like you say in English.  Hands on.  In

7    order for me to react to the needs that arise, I have

8    to have the information.  And having an officer from

9    Fortaleza with the information up-to-date, it allows

10   instructions to be given and they could flow easily.

11   And it's useful in cases related to The Reform of the

12   police and other issues.

13             I mean, as César Miranda has informed you --

14   in fact, we have daily communications and with the

15   superintendent as well, but the follow-up of that

16   information is done at other levels.  And there has

17   to be that direct contact, that continuous direct

18   contact.

19             THE COURT:  Thank you.  Something else that

20   comes to mind and which has been important throughout

21   your four year term -- and this was begun by the

22   secretary of justice, I think the police is also like

23   that.  Previously the economy we thought it was

24   better, there was more money for other things.  Had

25   this occurred years ago, I guarantee you that you

Part 1 - Fourth Public Hearing

1    would not only have the secretary of justice, but

2    you'd have four attorneys.  It would've happened

3    under any administration.  You'd have four attorneys

4    from an incredible law firm from Washington, D.C. and

5    maybe several attorneys from one or two law firms

6    from here in Puerto Rico as co-counsel; but the

7    attorneys that work here have been internal

8    attorneys.

9            The attorneys from the Department of Justice

10   here it was a career position attorney.  I know that

11   previously not only this case, but Morales-Feliciano

12   and also in the case of the dairy industry, a lot of

13   these a large cases.  I also have the health reform,

14   the case of the 330 centers.  But they've been

15   internal attorneys from the Department of Justice.

16           So, obviously this saves millions to the

17   Government of Puerto Rico.  It also gives confidence

18   to the attorneys of Puerto Rico.  And I remember with

19   the Department of Justice there was external law

20   firms, and I would think why don't they choose us.

21   When I was Attorney General I would say to the

22   governor that I was going to go to New York and I can

23   argue this in the Second Circuit.

24           Do you believe that this practice has been a

25   good one?  I mean, the talent is here.  You don't

Part 1 - Fourth Public Hearing

1    prove it in this case, it's been proven; but do you

2    have anything to say about it?

3         GOVERNOR GARCÍA-PADILLA:  I think that those

4    with the expertise which we have at the Department of

5    Justice should continue in the Department of Justice.

6    César Miranda refers to them as a dream team.  Maybe,

7    Your Honor, it's the fact that not long ago I was

8    also a young attorney.  Sometimes I still believe it

9    until I look at myself in the mirror.  But they're

10   totally capable and they've shown it in court.

11        And I think that that external contracting

12   should be limited on occasions where some expertise

13   is needed in the law to litigate a controversy.  When

14   that expert's specific expertise is not in the

15   department, then external attorneys should be used.

16        THE COURT:  Something else that happens.

17   Here is the TCA Colonel Claudio.  He periodically

18   presents quarterly reports.

19        Quarterly; right?

20        TCA COLONEL CLAUDIO:  Every six months.

21        THE COURT:  Every six months.  I get ahead

22   of myself.  But when I receive those reports, when

23   the report arrives, how useful is that report?  In

24   your mind -- I know you see a lot of things

25   considered achievements that are consistently being

Part 1 - Fourth Public Hearing

1    done.  There are two or three areas which have their

2    deficiencies.  And I want to make clear, usually the

3    public looks and says, Oh, well, the TCA found such

4    and such deficiency and this a scolding to the

5    superintendent, and then there's an issue where there

6    really is no issue.  And it's just like when you have

7    a son of yours who from eight classes he has five As,

8    one B plus, and a C.  Then you say, okay, let's

9    improve on the C and let's continue with the other

10   grades.

11          But how useful are these reports for you?

12   What do you do when you review them?  What

13   instructions do you give?  And whatever else you want

14   to say about that.

15          GOVERNOR GARCÍA-PADILLA:  I read it before

16   calling the Secretary of Justice César Miranda or

17   Superintendent Caldero.  And I read it before so I

18   can get to know what's the opinion of the TCA, and

19   then I talk about it with them to see what their

20   opinion is.  And sometimes they agree on what the

21   findings are and sometimes they don't, but that's the

22   process.  If the reports of the TCA or the opinion of

23   the secretary of justice were that everything is

24   perfect in the police reform, I would doubt that.

25          I don't know if it's called the same, but

Part 1 - Fourth Public Hearing

1    when I was in private practice we see the JTS.  I

2    imagine that now it's all electronic.  And I can be

3    in favor or against the determination of the court,

4    but I have to know it.  I think the best analogy,

5    Your Honor, is to be up-to-date with what happens in

6    The Reform.

7         There's been controversy in which I've asked

8    for them to be corrected.  And there's been

9    controversy that I have backed the decision of the

10   superintendent, but one has to be hands-on in what's

11   happening with The Reform to be able to react and not

12   only to react but to be pro active in order to comply

13   with the agreement reached with the federal

14   Department of Justice.

15        THE COURT:  But let me say that, as of

16   today, I think it was yesterday in the evening, some

17   comments were filed regarding the last report, and I

18   think that these comments, and they're public, are

19   excellent.  They mention the areas that are most

20   negatively stated in the report.

21        We're talking about, like I said, there

22   could be some As, some Bs and some Ds, but the

23   reaction of the Department of Justice I think has

24   been, and throughout all this time, it's been

25   excellent; because it's not that this happened and

Part 1 - Fourth Public Hearing

1    this happened, it's just that we differ regarding a

2    few things, this is the issue.  But instead of going

3    back and forth, they're saying, We're taking these

4    steps to cure these issues and improve on this.

5         And counsel is here who prepared it with the

6    secretary of justice, and I wanted to commend them

7    because I think that this has been -- all of them

8    have been very good but this one has been very

9    concise; it's eight pages and they go straight to the

10   point.

11        And what the police is saying is we differ

12   from the TCA in this or that but, no excuses, this is

13   what we're going to do and this is what we've been

14   doing.  Do you believe that's how the government

15   should react?

16        GOVERNOR GARCÍA-PADILLA:  I haven't read the

17   one from last night but, yes, it has to be like that.

18   It has to be like that.  The police reform cannot be

19   seen in a contentious perspective -- the Court, the

20   parties, it cannot be seen like that.

21        There's two parties here:  The police and

22   the country.  The country has some claims and the

23   police has a duty.  The police has to comply with

24   protecting the country and that the people feel

25   protected by the police.  Those are the parties.  And

Part 1 - Fourth Public Hearing

1    the relationship cannot be contentious.  It cannot be

2    like that.

3           THE COURT:  And let me comment on something

4    you said.  I'd never seen it this way but I think is

5    very curious.  As governor you represent the police

6    but you also represent the people of Puerto Rico, so

7    basically -- because the government of the United

8    States is in the case but it's for the citizens, for

9    the people of Puerto Rico, U.S. citizens and whatever

10   foreigners that are here, but basically you are

11   representing both parties.  So, it's a sui generis

12   role as well from your point of view, and I'd never

13   thought of it like that.

14          But I want to now briefly talk about one of

15   the subjects that's been the one that I know most

16   about in The Reform and one of my favorite ones.  All

17   of them are very important, but this has been one

18   I've had a lot of opportunity to go into, which is

19   the police academy.

20          You've spoken about your policy and your

21   administration regarding the police academy.  And

22   obviously this academy is important because it's

23   backed by The Reform.  I, as a judge, was not

24   involved but it was more an agreement that was

25   reached within the parties to have this type

Part 1 - Fourth Public Hearing

1    of academy.

2           And personally I went to two of the award

3    ceremonies that occurred where the now Colonel

4    Clementina Vega promoted.  And I also went to the

5    graduation that you had to go to Washington, D.C., we

6    know why.  But I was there and the secretary of state

7    was there in your place, which was of all the police

8    that were graduating including municipal police

9    officers.  And it was an incredible experience.

10          I also had one visit at the academy where I

11   saw the use of batons, the use of Tasers.  On another

12   visit I wasn't there, but the monitor volunteered to

13   be Tased, and he survived.  But I think that the

14   academy is very important.

15          And you also as an attorney and obviously I

16   as a judge, and of course I am an attorney, the

17   Puerto Rico Supreme Court constantly issues decisions

18   based on the bill of rights; the Supreme Court of the

19   United States also does so.  Very recently one of the

20   last opinions gives more tools the police officers to

21   stop people and contains parameters which gives more

22   flexibility for the Terry stops.

23          And if it's a case of mistaken identity,

24   before you make a mistake -- for example, if an

25   officer in a patrol car asks for a license, and

Part 1 - Fourth Public Hearing

1    initially when they stopped somebody it was illegal.

2    If the person later had something pending or a

3    criminal record, they can arrest them.  And the

4    Supreme Court in a very dissenting opinion from Judge

5    Sotomayor, it gives a lot of flexibility to make the

6    arrest for these types of things.

7              And I think it's also important for the

8    academy that the police officers -- for example, one

9    of the things that I've spoken about with Colonel

10   Fraley who is here, which is important, because

11   tomorrow an opinion from the Supreme Court can come

12   down that can help the police, but there can come

13   down one saying that this type of arrest is illegal.

14             Just like you said, someone entered the

15   academy and they retired 30 years later, and they

16   would hit someone with the nightstick like they

17   learned 30 years ago.  And if it's not legal, then

18   the decision of the Supreme Court they don't know it.

19   And I believe the academy will help tremendously with

20   this endeavor in the sense that there's lawyers,

21   officers that must be instructed that that practice

22   cannot be done anymore.  Because it isn't enough to

23   say that it's a memorandum, they have to go back to

24   the academy to be trained.

25             What do you believe regarding that?  I think

Part 1 - Fourth Public Hearing

1    you agree with me, but I think that the academy is

2    one of the most important things we have here.

3           GOVERNOR GARCÍA-PADILLA:  Yes.  It has its

4    duty.  We also encourage police officer to have an

5    academic degree.  The academy doesn't handle that.

6    When they already at the academy they must already

7    know that.  So, if a person of that culture arrives

8    at the police academy, it's not our job to give them

9    that academic degree.  We have to train them as

10   police officers.

11          So, I remember that beginning the new

12   academy a cadet complained that he had to work a lot.

13   And I remember the answer that the colonel gave

14   publically, she said, "This isn't a summer camp."

15   And I thought it was very eloquent.  We're going to

16   train police officers there, men and women, who must

17   be prepared to react accordingly in situations of a

18   lot of stress, in situations of a lot of complexity.

19          Recently I was informed by the

20   superintendent by the superintendent and the

21   secretary of justice of a case very recently where

22   some police officers did not tend to the intervention

23   they had to do where a person that was transsexual

24   was involved in this situation.  And what this shows

25   us is that we have continuous work to do with the

Part 1 - Fourth Public Hearing

1   police just like military personnel have to go to

2   continuing education for training, just like

3   attorneys have to go to continuing education, just

4   like doctors have to go to continuing education.

5          So, the duties of the police officer in our

6   society cannot continue to be -- and thank God we're

7   seeing less and less cases of police misconduct.

8   They're function is vital in our society.  So, it's

9   not only the 900 hours that they have to graduate --

10  more than 900 plus hours.  It's not only the training

11  that they receive there, but it's the training they

12  have to receive every year.

13         Just to give you an example, on a particular

14  day the Supreme Court resolved that one must have

15  probable cause to go into the rights of privacy when

16  intervening with a citizen.  That just happened one

17  day, it hadn't happened before.  And one day the

18  Supreme Court of Puerto Rico decided that before

19  arresting somebody or while under arrest you had to

20  tell them that they had a right to remain silent,

21  that anything they say can be used against them in a

22  court of law, that they had a right to an attorney.

23         And then the Supreme Court in the case of

24  *Miranda versus Arizona*, if I'm not mistaken, they

25  added that if they don't have an attorney, one will

Part 1 - Fourth Public Hearing

1  be provided for you.  But that wasn't there before.

2  So, police officers who continue arresting -- and I

3  imagine it still happens in court -- have the case

4  thrown out because the admission of a detainee, if

5  challenged when it was submitted, the police officer

6  had not read that person their rights.  So, that's

7  something the police officer has to know; he/she has

8  to be trained to do it.  One does what one is trained

9  to do.  So, not only do I agree, it's a requirement

10  which doesn't work without The Reform.

11        THE COURT:  Well, Governor, it's almost

12  three o'clock and I know that you have many other

13  commitments.

14        GOVERNOR GARCÍA-PADILLA:  I prefer to be

15  here than to tend to some of the other commitments.

16        THE COURT:  I can give you an injunction and

17  you can stay here until November 9th.

18        GOVERNOR GARCÍA-PADILLA:  Preferably in one

19  of the other rooms that are more protected, I have no

20  problem.

21        THE COURT:  Well, thank you very much.

22  You're excused.  And I'll ask if any other parties

23  wants to react to any of this.  We haven't concluded

24  the hearing, but, Governor, you may be excused.  And

25  within the next four-year term the monitor and I

Part 1 - Fourth Public Hearing

1    would love to hear from you again so you can share

2    your perspective on The Reform.  Thank you.

3                 GOVERNOR GARCÍA-PADILLA:  Thank you, Your

4    Honor.  Permission to withdraw.  Can I be excused,

5    Your Honor.

6                 THE COURT:  Yes you may.  Granted.

7                 Well, before recessing, I would like to give

8    a brief opportunity, a minute or two, to the

9    secretary of justice and Mr. Saucedo, if they want to

10   make any last remarks before we close our hearing.

11   And the monitor, I'll give you 30 seconds because if

12   I don't give him a limit, he can be here until 5:00.

13   So, if the monitor wants to make a very brief

14   comment, as well as any other party, you're welcome.

15   Mr. Saucedo.

16                MR. SAUCEDO:  Your Honor, we want to thank

17   the Court again for giving us all an opportunity to

18   listen to the governor and to listen about his

19   priorities and what worked and what needs to remain

20   as part of this case.

21                All of these cases demand a lot of attention

22   around the country.  Today we issued findings in

23   Baltimore, Maryland after an extensive investigation

24   there.  So, this work is difficult but it's

25   necessary.  And we want to thank the Commonwealth for

Part 1 - Fourth Public Hearing

1    being a partner with us and implementing this

2    agreement.

3           THE COURT:  And I think having the governor

4    here come to the hearing voluntarily sets a

5    precedent; because you have mayors, city officials,

6    who may not want to come voluntarily, and at least

7    you can say if the governor comes, there's no reason

8    why you cannot come.  So, thank you very much.

9           Attorney Miranda.

10          ATTORNEY GENERAL MIRANDA:  Your Honor, I

11   echo the commitment of Attorney Saucedo on behalf of

12   the federal department of justice.  This is a matter

13   of working as a team for the people of Puerto Rico.

14          It has been my honor to work directly in

15   this group and I am extremely proud of the work done

16   by the attorneys of the justice department.  They

17   have been fully devoted and committed to the police

18   department.  They have identified the communities

19   that have clamored for their rights to be heard.  We

20   are not here to deviate the knowledge of the people

21   when there's a violation.  When there is a violation,

22   we want it to be known.  And this is the instruction

23   to all of the attorneys of the Department of Justice.

24   We're not here to hide anything.

25          Recently there was a case against a

Part 1 - Fourth Public Hearing

1    transsexual young person and we took immediate

2    action.  When Mr. Claudio, the TCA, points out

3    anything we're not going to hide anything.  We're

4    going to correct it.  This is what the people of

5    Puerto Rico can expect from each one of us.

6          And I thank you for mentioning the

7    participation of the young attorneys of the justice

8    department.  We have much talent in Puerto Rico.  You

9    were the solicitor general of this country and you

10   know all of the talent that we have.  And these

11   attorneys are proud to represent the people of Puerto

12   Rico and they are proud to safeguard the interest of

13   the people.

14          This is the position we had and we will

15   continue assuming this position and always in harmony

16   with the TCA.  The police department and the

17   representatives of the justice department, and

18   obviously with your support, Your Honor, which has

19   been very, very good for us and we appreciate it.

20   It's invaluable.

21          THE COURT:  Thank you very much.  Yes, for

22   purposes of the record, *procurador general* in English

23   is solicitor general.

24          We're going to conclude now with some brief

25   comments from the TCA.  He didn't know I was going to

Part 1 - Fourth Public Hearing

1    ask him to speak, but since he's here he's free to

2    make some brief comments, and any question that you

3    want to ask the TCA about this hearing in particular

4    he has been authorized by me to address the press

5    after we conclude this session.

6              And the last thing I want to say before I

7    forget, this is the fourth public hearing.  This

8    fourth public hearing will continue on September 1st

9    and 2nd in Mayagüez.  The reason why we did this

10   special session is because to take the governor to

11   Mayagüez he had to go in a car for two hours or in a

12   helicopter, and that will be too cumbersome for him.

13   This is why we held this special session here, but

14   this is part of the public hearing in Mayagüez.  And,

15   once again, we commend the governor for being here.

16   We thought it would be an hour and he was here two

17   hours.  So, the fourth public hearing will continue

18   September 1st and 2nd in the west coast in Mayagüez.

19             So, Mr. Claudio, you're the only thing that

20   keeps us here from leaving.  Take your time, but

21   whether you speak in English or Spanish, any

22   commentaries are welcome.

23             TCA CLAUDIO:  Thank you, Your Honor.  And I

24   thank Your Honor for giving us the opportunity to

25   express ourselves in front of you, the parties, and

Part 1 - Fourth Public Hearing

1    the superintendent.

2           But there's some people here who are also so

3    important.  We have representatives of the Dominican

4    community, Mr. Rodriguez.  We have Papo Christian who

5    is also present here.  We also have Tati Escobar from

6    Ponce --

7           THE COURT:  So, we'll probably see them in

8    Ponce again.

9           TCA CLAUDIO:  Yes.  This is a team effort

10   between the TCA, the police department or the

11   secretary, and the community.  I want to say that the

12   conversations with the superintendent will continue.

13   They are fun, they fruitful.  And yesterday we had a

14   specific meeting regarding some operations that

15   obviously we cannot mention today, but these are the

16   times that people should understand that there is

17   daily conversation with the police department of

18   Puerto Rico.

19          I've always said that Colonel Clementina

20   Vega and her reform team, the TCA team, us, we are in

21   constant communication and we meet every month with

22   the new attorneys, like they say, to forge the future

23   of the police department in Puerto Rico in terms of

24   policies, general orders, instruction, training,

25   philosophy, professionalizing this elite group that

Part 1 - Fourth Public Hearing

1    my father was a part of.  On his behalf we assure

2    Your Honor that my team will move on and continue

3    this mission performing so that this reform takes

4    place.

5            And with the governor's declaration today,

6    his statements, and with the department of justice

7    through Mr. Saucedo with the secretary of justice

8    César Miranda, I believe toddy we have solidified a

9    crucial moment within the police reform so that this

10   will become a reality not only for us but for the

11   people of Puerto Rico.

12           THE COURT:  Thank you.  And we have hereby

13   concluded these proceedings.  Tomorrow we will go to

14   Ponce, Puerto Rico and we'll be continue discussing

15   The Reform for the health department.  We will

16   continue there tomorrow.  Thanks for being here and

17   see you soon.

18           (Public Hearing concluded at 3:03 p.m.)

19                        ---

20

21

22

23

24

25

Part 1 - Fourth Public Hearing

1    UNITED STATES DISTRICT COURT     )

2                 OF                  )ss.

3         PUERTO RICO                 )

4

5

6

7                         CERTIFICATE

8

9

10          I, EVILYS E. CARRIÓN-ESQUILÍN, hereby

11    certify that the proceedings are contained fully and

12    accurately, to the best of my ability, in the notes

13    recorded stenographically by me through the use of

14    Spanish interpreters, at the public hearing in the

15    above matter; and that the foregoing is a true and

16    accurate transcript of the same.

17

18                         /s/ Evilys E. Carrión-Esquilín

19                         EVILYS E. CARRIÓN-ESQUILÍN, RPR
                           Official Court Reporter
20                         United States District Court
                           Federal Building, Room 200
21                         San Juan, Puerto Rico 00918
                           787-772-3377
22

23

24

25