

# PUERTO RICO POLICE DEPARTMENT

# FOURTH STATUS REPORT

## José L. Caldero López

### Superintendent

### May 15, 2016

# SIX-MONTH PROGRESS REPORT

## CONTENTS

I.   Introduction ............................................................ 2

II.   General Matters ...................................................... 3

III.   Zones of Excellence .............................................. 6

IV.   Compliance Areas ................................................. 9

A.   Professionalization ............................................... 9

B.   Use of Force ........................................................ 11

C.   Searches and Seizures ......................................... 18

D.   Equal Protection and No Discrimination ............. 19

E.   Recruitment, Selection and Hiring ...................... 26

F.   Policies and Procedures ...................................... 27

G.   Training .............................................................. 28

H.   Supervision and Management ............................ 42

I.   Civilian Complaints, Internal Investigations and Discipline ............... 42

J.   Community Engagement and Public Information ............... 48

K.   Information System and Technology ................... 53

V.   PRPD Response to Concerns Raised in the TCA Previous Six Month-Report ............... 54

VI.   Conclusion .......................................................... 56

# SIX-MONTH PROGRESS REPORT

## I.    Introduction

The Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter referred to as the "Agreement") states in its pertinent part that, beginning with the Technical Compliance Advisor's (TCA) first six-month report, Puerto Rico Police Department (PRPD) shall file with the Court sealed and unsealed versions of a status report.  Therein, PRPD will delineate the steps taken during the review period to implement the Agreement, an assessment of the status of its progress, and any response to concerns raised in prior TCA's reports. (See Requirement 261).

In compliance with Requirement 261 of the Agreement, PRPD hereby submits its fourth (4th) status report and an assessment for each one of the areas of compliance as per the Agreement. This report includes the reform progress for the period comprising from December 1[th], 2015 to May 15 2016.  Any statistical data will be provided as of April 30, 2016, except in particular areas were a different date is therein stated.

## SIX-MONTH PROGRESS REPORT

## II.   General Matters

REFORM OFFICE

The PRPD Reform Office continues under the direction of the Colonel Clementina Vega Rosario. The PRPD Reform Office is composed of forty-one (41) employees, among them twenty nine (29) Puerto Rico Police Department Members (PRPDM) of different ranks, three (3) classified employees, one (1) budget and financial analyst from the Office of Management and Budget working full time for the Reform Office, and eight (8) professional services contractors.

ACTION PLANS

On February 29, 2016, PRPD delivered the **Second Group of Actions Plans** of: Professionalization; Recruitment, Selection and Hiring; Supervision and Management; and Community Engagement and Public Information.  The purpose of each of these Action Plans are as follows: through the Professionalization Action Plan it will be developed directed professional, ethical, respectful, fair and constitutional police services to developed sustainably improvement of the PRPDM performance; through the Recruitment Action Plan shall be established the actions aimed at developing a Recruitment Plan conducive to choose suitable and qualified personnel to serve as a PRPDM; in the Supervision and Administration Action Plan will be guides and trainings that serve as the instruments and tools necessary to each supervisor to improve and optimize its functions and responsibilities; and in the Community Interaction and Public Information Action Plan is aimed at achieving integration of police principles aimed at solving problems in their work, and to involve the community in the training, evaluation and implementation of activities aimed at compliance with the Agreement.

On April 14, 2016, PRPD submitted the **Third (3rd) Group of Actions Plans** on: Policies and Procedures; Training; and Information Systems and Technology, for review and approval.  In the aforementioned Action Plans is set the purpose of each, as follows: through the Policies and Procedures Action Plan will be developed and/or review existing policies and procedures to

## SIX-MONTH PROGRESS REPORT

ensure that they reflect the public policy and the priorities of the PRPD, which are based on best police practices and are subject to the rights and privileges guaranteed by the Constitution and laws of the United States of America and the Commonwealth of Puerto Rico. These will be developed through various legal instruments such as regulations, general orders, administrative orders, procedures manuals, collaboration agreements and draft laws, among others. They foster clear and specific instructions for the operational and administrative performance is one addressed to the police services are granted ethical, respectful and free way to prejudice and promote the professionalization of the PRPD employees.

DEVELOPMENT, IMPLEMENTATION AND EVALUATION OF ACTION PLANS

On April 12 to 13 and 14 to 15, 2016, ten (10) PRPDM of different ranks and sections of the Reform Office were trained in the Electronic Control Weapon (ECW) Instructor Course. The purpose of this action is to comply with the provisions of requirement 231, in relation to the characteristics of the training given to the Reform Office staff, from which we quote part "which shall be an interdisciplinary division and multi-rank unit with the skills and abilities necessary to plan and facilitate the implementation of this Agreement". In this particular case, to train the Reform Office staff as ECW instructors, allowing them to effectively measure this, including the instructor role.

EQUIPMENT ACQUIRED

PRPD during the period of this report acquired equipment necessary to contribute to the progress and compliance of the Agreement, of which listed below:

    a. Thirteen (13) printers with the ability to capture digital signature for each of the Police Areas Administrative Investigations Divisions. This allowed a faster and easy process of taking statements outside of the PRPD work units.

    b. Six hundred and fifty (650) walkie-talkies were purchased to be distributed in the different work units according to current priorities. The acquisition of this equipment facilitates compliance with the Agreement in Sections: IV of Use of Force in its

# SIX-MONTH PROGRESS REPORT

requirements numbers 43 and 49; and V of Searches and Seizures in its requirements numbers 66 and 67, where in situations established in the same the PRPDM must communicate with their supervisors.

c. On March 2016 Electronic Control Weapon (ECW) devices and other related equipment were received as follows:

   i.   One thousand three hundred and twenty four (1,324) ECW;

| ECW DISTRIBUTION | | |
|---|---|---|
| Work Units | Quantity | Observations |
| 1. San Juan | 113 | |
| 2. Arecibo | 72 | |
| 3. Ponce | 49 | |
| 4. Humacao | 29 | |
| 5. Mayaguez | 24 | |
| 6. Caguas | 109 | Zone of Excellence included |
| 7. Bayamon | 193 | Zone of Excellence included |
| 8. Carolina | 101 | |
| 9. Guayama | 14 | |
| 10. Aguadilla | 34 | |
| 11. Utuado | 27 | Zone of Excellence included |
| 12. Fajardo | 21 | |
| 13. Aibonito | 33 | |
| 14. Auxiliary Superintendence in Field Operation | 25 | |
| 15. Transit Bureau (Total) | 331 | |
| 16. Auxiliary Superintendence in Criminal Investigations | 137 | |
| 17. Auxiliary Superintendence in Professional Responsibility | 5 | |
| 18. Superintendent Office | 5 | Escorts, Reform Office and Press Office |
| 19. Auxiliary Superintendence in Education and Training | 2 | |
| Sub Totals | 1,324 | |

   ii.  Five thousand one (5,001) cartridges for ECW of twenty (21) feet of reach;

   iii. Two thousand (2,000) batteries for ECW;

   iv.  One thousand and four hundred (1,400) holsters for EWC;

d. PRPD received four thousand (4,000) additional units of pepper spray (MK-3) to the seven thousand (7,000) already on hand, for a total of eleven thousand (11,000) units, to continue equipping PRPDM;

e. On March 13, 2016, the Auxiliary Superintendence for Education and Training (ASET) received one of two Training Simulators which provides virtual training for weapons, ECW, and impact weapons.

**SIX-MONTH PROGRESS REPORT**

## III.   Zones of Excellence

TRAINING PROGRESS

In the table below is shown the training progress in the four (4) Zones of Excellence: Bayamon Oeste Precinct, Utuado District, Quebradillas District, and Las Piedras District until May 13, 2016.  Compliance percentage is based on two hundred and twenty-six (226) sworn members assigned to those Precincts and Districts.

**ZONES OF EXCELLENCE TRAINING PROGRESS**

| District/Precinct | Impact Weapons | Service Weapon | Use of Force | ECW | Arrests and Citations | Chemical Agents |
|---|---|---|---|---|---|---|
| Bayamon Oeste | 42 | 103 | 8 | 8 | 47 | 89 |
| Utuado | 4 | 36 | 13 | 36 | 36 | 35 |
| Quebradillas | 40 | 41 | 5 | 42 | 41 | 40 |
| Las Piedras | 40 | 41 | 6 | 41 | 25 | 33 |
| Totals | 126 | 221 | 32 | 186 | 149 | 197 |
| Compliance % | 56.0 | 98.2 | 14.2 | 82.7 | 66.2 | 87.6 |

USE OF FORCE INCIDENTS

Shown below are tables with the Use of Force Incidents reported from the year **2014 through 2016** in the Zones of Excellence, as provided by the Superintendence in Professional Responsibility (SPR).

a.  The table below shows the amount of use of force incidents reported in the Zones of Excellence from **January 1 through December 31, 2014**.

## SIX-MONTH PROGRESS REPORT

| District/Precinct | UF Level I | UF Level II | UF Level III | UF Level IV | Totals |
|---|---|---|---|---|---|
| Bayamon Oeste | 1 | 2 | 0 | 2 | 5 |
| Utuado | 0 | 1 | 1 | 0 | 2 |
| Quebradillas | 0 | 1 | 1 | 1 | 3 |
| Las Piedras | 0 | 0 | 1 | 0 | 1 |
| **Totals** | **1** | **4** | **3** | **3** | **11** |

b.  The Table below shows the amount of use of force incidents reported in the Zones of Excellence from **January 1 through December 31, 2015**.

| District/Precinct | UF Level I | UF Level II | UF Level III | UF Level IV | Totals |
|---|---|---|---|---|---|
| Bayamon Oeste | 1 | 3 | 0 | 1 | 5 |
| Utuado | 4 | 0 | 0 | 1 | 5 |
| Quebradillas | 1 | 2 | 0 | 0 | 3 |
| Las Piedras | 1 | 4 | 1 | 1 | 7 |
| **Totals** | **7** | **9** | **1** | **3** | **20** |

c.  The Table below shows the amount of use of force incidents reported in the Zones of Excellence from **January 1 through April 30, 2016**.

| District/Precinct | UF Level I | UF Level II | UF Level III | UF Level IV | Totals |
|---|---|---|---|---|---|
| Bayamon Oeste | 0 | 0 | 0 | 0 | 0 |
| Utuado | 0 | 0 | 0 | 0 | 0 |
| Quebradillas | 0 | 0 | 1 | 1 | 2 |
| Las Piedras | 0 | 0 | 0 | 0 | 0 |
| **Totals** | **0** | **0** | **1** | **1** | **2** |

During the year 2014, from the eleven (11) incidents of use of force reported, none of them resulted in death, three (3) citizens, and three (3) PRPDM were slightly injured.   The investigations revealed that the use of force exerted was justified.

## SIX-MONTH PROGRESS REPORT

In comparison with 2014, during the year 2015, the incidents of use of force reported raised to twenty (20), but none of them resulted in death, nine (9) citizens, and two (2) PRPDM were slightly injured.  The investigations revealed that the use of force exerted was justified.  It is very possible that the raise in the incidents reported are directly associated with the knowledge regarding PRPDM responsibility to report use of force incidents acquired during trainings.

Until April 30, 2016 only two (2) incidents of use of force has been reported in the Zones of Excellence.  None of the incidents resulted in death, two (2) citizens, and one (1) PRPDM were slightly injured, and the investigations revealed that the use of force exerted was justified.

## IV.  Compliance Areas

### A. PROFESSIONALIZATION

GOVERNMENT ETHICS

On April 15, 2016, the PRPD Academy offered a training of seven (7) contact hours of duration on Law No.1 of January 3, 2012 "Puerto Rico Government Ethics Act", the topics discussed were: "Successful Teams and My Personal Finance"; "In Whose Hands?". Also on April 22, 2016, was offered in different PRPD units, the screening of the movie "Coach Carter", the attendance to this, will serve for the accumulation of contact hours for the PRPD employees towards compliance with Act 1-2012, *supra*.

PROMOTIONS

On December 5, 2015, the promotion test for the Second (2nd) Lieutenant rank was administered. From a total of nine hundred and seventy-eight (978) Sergeants that participated in the process, five hundred and seventeen (517) or a fifty-three percentage 53% approved it. Also during the period comprised by this report and as part of the process established in the Agency, the eligible register was published for the ranks of: Captain; First Lieutenant; Second II and Sergeant.

On February 25, 2016, during the PRPD Week, two hundred and fifty-eight (258) promotions were granted to the different ranks listed as follows:

|    |                      |     |
|----|----------------------|-----|
| a. | Colonel              | 1   |
| b. | Lieutenant Colonel   | 13  |
| c. | Commander            | 18  |
| d. | Inspector            | 15  |
| e. | Captain              | 60  |
| f. | First Lieutenant     | 36  |
| g. | Second Lieutenant    | 50  |
| h. | Sergeant             | 65  |

## SIX-MONTH PROGRESS REPORT

COLLABORATIVE AGREEMENT BETWEEN PRPD AND THE OFFICE OF GOVERNMENT ETHICS

In accordance with the Collaborative Agreement signed on March 16, 2015, and pursuant to Article 3.3 of Act No. 1-2012, named "Ethics in Government Act" at the request of any public employee, trainings offered by the PRPD, other government agencies or private companies may be validated for ten (10) contact hours of continuing education on topics related with government ethics. As stated in the aforementioned Law, every PRPDM has to comply with twenty (20) hours of continuing education on government ethics every biennial period. The PRPD trainings to be validated for this period are: Code of Ethics for PRPDM; Quick Response to Suicide Prevention; Citations and Arrests; Domestic Violence; Basic Course of Electric Control Device (ECD); Expandable Baton Operators; Operators Certification in Use and Management of Pepper Spray; and Use of Force.

This effort contributes to our compliance with the requirement number twelve (12), as it promotes professional, ethical and respectful police practices to deal effectively with the challenges of public safety and constitutional police practices applied consistently and uniformly; as well as developing the confidence of citizens and strengthen institutional structures.

STAFFING ALLOCATION AND RESOURCES STUDY

On February 24, 2016, a team was constituted with representation of the Auxiliary Superintendence's of: Managerial Services (as leaders), Field Operations, Criminal Investigations, Education and Training, Reform Office, Legal Affairs Office, and other work units responsible directly or indirectly in the development of the study of personnel and resources. Among those units are: the Bureau of Human Resources, Bureau of Technology and Informatics, representatives of operational and investigative PRPD branches, and representatives of the TCA Core Team and the USDOJ.

## SIX-MONTH PROGRESS REPORT

### B. USE OF FORCE

USE OF FORCE INCIDENTS STATISTICS

Shown below are tables with the Use of Force Incidents reported from the year **2014 through 2016**, as provided by the Superintendence in Professional Responsibility (SPR).

a.  The Table below shows the amount of Use of Force Incidents by Level reported from **January 1** to **December 31, 2014** are as follows:

| Police Areas | UF Level I | UF Level II | UF Level III | UF Level IV | Totals |
|---|---|---|---|---|---|
| San Juan | 3 | 14 | 20 | 11 | 48 |
| Arecibo | 10 | 31 | 26 | 2 | 69 |
| Ponce | 33 | 51 | 13 | 10 | 107 |
| Humacao | 0 | 0 | 5 | 7 | 12 |
| Mayaguez | 13 | 24 | 7 | 4 | 48 |
| Caguas | 2 | 7 | 11 | 3 | 23 |
| Bayamon | 2 | 19 | 21 | 19 | 61 |
| Carolina | 10 | 9 | 10 | 5 | 34 |
| Guayama | 0 | 0 | 0 | 0 | 0 |
| Aguadilla | 25 | 31 | 16 | 9 | 81 |
| Utuado | 3 | 20 | 7 | 2 | 32 |
| Fajardo | 22 | 20 | 16 | 11 | 69 |
| Aibonito | 17 | 19 | 9 | 3 | 48 |
| **Sub Totals** | **140** | **245** | **161** | **86** | **632** |

## SIX-MONTH PROGRESS REPORT

b.  The Table below shows the amount of Use of Force Incidents by Level reported from **January 1 to December 31, 2015** are as follows:

| Police Area | UF Level I | UF Level II | UF Level III | UF Level IV | Totals |
|---|---|---|---|---|---|
| San Juan | 8 | 17 | 17 | 30 | 72 |
| Arecibo | 38 | 24 | 24 | 2 | 88 |
| Ponce | 73 | 23 | 23 | 14 | 133 |
| Humacao | 5 | 13 | 13 | 9 | 40 |
| Mayaguez | 38 | 10 | 10 | 1 | 59 |
| Caguas | 10 | 35 | 35 | 9 | 89 |
| Bayamon | 17 | 20 | 20 | 15 | 72 |
| Carolina | 9 | 22 | 22 | 2 | 55 |
| Guayama | 16 | 8 | 8 | 6 | 38 |
| Aguadilla | 52 | 22 | 22 | 1 | 97 |
| Utuado | 19 | 10 | 10 | 4 | 43 |
| Fajardo | 19 | 16 | 16 | 5 | 56 |
| Aibonito | 36 | 19 | 19 | 7 | 81 |
| **Sub Totals** | **340** | **239** | **239** | **105** | **923** |

c.  The Table below shows the amount of Use of Force Incidents by Level reported from **January 1 to April 30, 2016** are as follows:

| Police Area | UF Level I | UF Level II | UF Level III | UF Level IV | Totals |
|---|---|---|---|---|---|
| San Juan | 5 | 8 | 18 | 1 | 32 |
| Arecibo | 7 | 4 | 13 | 4 | 28 |
| Ponce | 17 | 5 | 11 | 2 | 35 |
| Humacao | 2 | 1 | 5 | 4 | 12 |
| Mayaguez | 9 | 8 | 8 | 2 | 27 |
| Caguas | 0 | 6 | 9 | 0 | 15 |
| Bayamon | 11 | 7 | 13 | 6 | 37 |
| Carolina | 9 | 6 | 8 | 1 | 24 |
| Guayama | 1 | 4 | 3 | 3 | 11 |
| Aguadilla | 5 | 3 | 5 | 2 | 15 |
| Utuado | 4 | 1 | 1 | 1 | 7 |
| Fajardo | 2 | 10 | 28 | 1 | 41 |
| Aibonito | 5 | 3 | 9 | 1 | 18 |
| **Sub Totals** | **77** | **66** | **131** | **28** | **302** |

## SIX-MONTH PROGRESS REPORT

d.  The Table below shows the quantity of **incidents of use of force** level IV that have resulted in **mutilations or major damages** from **January 1, 2014 to April 30, 2016**:

| Police Areas | 2014 | 2015 | 2016 | Totals |
|---|---|---|---|---|
| San Juan | 3 | 6 | 2 | **11** |
| Arecibo | 1 | 1 | 1 | 3 |
| Ponce | 1 | 1 | 0 | 2 |
| Humacao | 0 | 0 | 0 | **0** |
| Mayaguez | 0 | 1 | 1 | 2 |
| Caguas | 1 | 1 | 0 | 2 |
| Bayamon | 0 | 3 | 4 | 7 |
| Carolina | 0 | 2 | 1 | 3 |
| Guayama | 0 | 1 | 1 | 2 |
| Aguadilla | 0 | 0 | 1 | 1 |
| Utuado | 0 | 2 | 0 | 2 |
| Fajardo | 1 | 1 | 0 | 2 |
| Aibonito | 1 | 0 | 0 | 1 |
| **Sub Totals** | **8** | **19** | **11** | **38** |

e.  The Table below shows the quantity of **incidents of use of force** level IV that have resulted in **death** from **January 1, 2014 to April 30, 2016**:

| Police Areas | 2014 | 2015 | 2016 | Totals |
|---|---|---|---|---|
| San Juan | 1 | 0 | 0 | **1** |
| Arecibo | 0 | 0 | 0 | **0** |
| Ponce | 0 | 0 | 0 | **0** |
| Humacao | 1 | 0 | 1 | **1** |
| Mayaguez | 2 | 0 | 0 | **2** |
| Caguas | 0 | 2 | 0 | **2** |
| Bayamon | 1 | 1 | 0 | **2** |
| Carolina | 0 | 0 | 0 | **0** |
| Guayama | 0 | 0 | 0 | **0** |
| Aguadilla | 0 | 0 | 0 | **0** |
| Utuado | 0 | 0 | 0 | **0** |
| Fajardo | 0 | 0 | 0 | **0** |
| Aibonito | 0 | 0 | 0 | **0** |
| Municipal Police | 3 | 2 | 0 | **5** |
| **Totals** | **8** | **5** | **0** | **13** |

Page 13

## SIX-MONTH PROGRESS REPORT

As shown in the Table above, for the year 2014, three (3) of the eight reported incidents which resulted in death involved municipal sworn members, one (1) of them was already convicted, one (1) resulted in self-defense, but the status of the last incident involving a municipal police officer is pending.  Regarding the other five (5) use of force incidents involving PRPDMs which resulted in death, the investigations showed one (1) was a suicide and the other four (4) were self-defense.

During 2015, five (5) incidents of use of force which resulted in death were reported, two (2) of them involved municipal police officers, one (1) of those resulted in self-defense, but the status of the last incident involving a municipal police officer is pending.  Regarding the other three (3) use of force incidents involving PRPDMs which resulted in death, the investigations showed all of them were self-defense.

Until April 30, 2016, no deaths have been reported during use of force incidents.

**POLICIES ON USE OF FORCE**

All of the policies signed by the Superintendent were previously approved by the TCA, without the objection of the USDOJ. Those policies were disseminated through email and published on PRPD's website for easy access and knowledge for all PRPDM and the general public.

POLICY ON CANINES

In compliance with requirement number 24, on January 14, 2016, the Superintendent signed the General Order Chapter 100; Section 116, named "**Reorganization of the Canine Division**". The purpose of this General Order is to establish the organizational structure of the Division and delineate its administrative and operational duties, including the patrol dogs' protocol, according to applicable laws and the best police practices.

## SIX-MONTH PROGRESS REPORT

POLICIY ON SPECIALIZED TACTICAL UNITS: "SPECIAL WEAPONS AND TACTICS DIVISION (SWAT)"

In compliance with requirement number 27, on January 21 de 2016, the Superintendent signed the General Order Chapter 100 Section 117, named "**Reorganization of the Special Weapons and Tactics Division (SWAT)**". This policy establishes the organizational structure, method of selection, recruitment and mobilization of SWAT. The main objective of SWAT teams at PRPD is to handle high risk incidents that endanger public security, in the safest possible manner. This is achieved through the proper selection and recruitment of staff; trainings according to the best law enforcement practices; appropriate tactical equipment to address such situations; and assignment of specialized duties focused on tactics to protect human life, property, safeguarding peoples civil rights and fight against crime.

POLICY ON SPECIALIZED TACTICAL UNITS: "TACTICAL OPERATIONS DIVISION"

As well, in compliance with requirement number 27, on January 21, 2016, the Superintendent signed General Order Chapter 100 Section 112 named "**Reorganization of the Tactical Operations Division**". The purpose of this General Order is to establish the Tactical Operations Division as the operational unit of the PRPD which is responsible for crowd control and/or disturbances. The Tactical Operations Division's actions will be framed in interventions wherein life and property are in danger, where there is destruction of public or private property; threat of explosives; or any other particular circumstances that threatens public safety. To fulfill their responsibilities, the PRPDM assigned to the Tactical Operations Division will receive specialized trainings in strategies, tactics and techniques that will enable them to perform their duties without the need for excessive use of force, as dictated by PRPD policies. This reorganization responds to the need for establishing new standards of selection, recruitment and retention of staff; temper their mission to the current social reality; and improve the use of human resources and quality of services provided by PRPD.  Therefore, this change will ensure public safety and compliance with law enforcement in a constitutional manner.

## SIX-MONTH PROGRESS REPORT

POLICY ON LESS LETHAL MUNITIONS AND ANY OTHER FORCE TECHNOLOGY

In compliance with requirement number 24, on 11 February 2016, the Superintendent signed the General Order Chapter 600 Section 620, named "**Rules and Procedures for the Use of Specialized Weapons by Members of the Divisions of Specialized Tactics**". The purpose of this General Order is to establish the rules and procedures to be followed during the use of intermediate and specialized weapons by members of the PRPD assigned to the Specialized Tactics Division exclusively. This type of weapons and ammunition, are considered less lethal, because they are designed to control a person in circumstances where it is not reasonable or justified the use of a firearm. This General Order complements the General Orders Chapter 100 Sections 112 and 117, above mentioned.

POLICY ON CROWD CONTROL AND INCIDENT MANAGEMENT

In compliance with requirement number 32, on April 21, 2016, the Superintendent signed the General Order Chapter 600 Section 625, named "**Management and Crowd Control**". This policy established the rules, procedures and guidelines governing the PRPDM in how to handle crowds or groups and preserve peace during demonstrations, scheduled events, protests, strikes or restore order during a spontaneous disturbance, guaranteeing that the mission of the PRPD of protect lives and property is carried out with the utmost efficiency, acting with respect for human dignity and protecting the rights and freedoms of all people who live and visit our Island. Also, by this Order are established the circumstances under which will be activated, mobilized and deployed the specialized tactical units, as well as establish the circumstances under which support units such as the: Canine Division, Motorcyclists Units and the Mounted Division or any other unit needed, will participate during constitutional activities or civil disturbances.

POLICY ON FORCE REVIEW, INVESTIGATION, AND ANALYSIS

In compliance with requirements number 40 and 41, on February 11, 2016, the Superintendent signed the General Order Chapter 100 Section 113, named "**Division of Investigation of Use of Force Incidents (FIU)**". Through this General Order the Division of Investigation of Incident

## SIX-MONTH PROGRESS REPORT

of Use of Force of the PRPD (FIU) has been created. The function of this Division will be to investigate all incidents of use of serious force, use force indicating apparent criminal conduct by a PRPDM, critic discharges of firearms, and incidents of use of force by PRPDM with a rank higher than Sergeant. In addition, they investigate the uses of force reassigned by the Superintendent, the Auxiliary Superintendent of Professional Responsibility (SPR), the Force Review Board (FRB) and the Superintendent Force Review Board (SFRB), for further investigation.

The central facilities of the Investigation Division of Use of Force incidents are located on the first floor of the PRPD headquarters in Hato Rey.

POLICY ON POLICE PURSUITS

In compliance with requirements number 22, 23, and 53(h), on March 17, 2016, the Superintendent signed the General Order Chapter 600 Section 623, named "**Rules for the Handling of Police Pursuits**". This policy establishes the rules to be followed by PRPDM in cases of incidents where police chases occur and those related to the handling of official vehicles in emergency situations. It is extremely important that the PRPDM achieve a balance between what is public safety and fulfilling their responsibilities during these events. The main objective of this policy is to prevent traffic accidents and other incidents that may put at risk the lives of the PRPDM, suspects or others, while fulfilling their obligation to protect lives and property of people, maintain public order and prevent, detect, investigate and prosecute the crime. The guidelines included in this General Order will assist members of the PRPD to properly consider all the circumstances when making the determination to start a chase, continue the same and / or abandon it.

485836e53572f4fc

## SIX-MONTH PROGRESS REPORT

### ANNUAL REVIEW OF POLICY ON IMPACT WEAPONS

In compliance with requirements number 24(g) and 53, on March 31, 2016, the annual review of General Order Chapter 600 Section 603, named "**Use and Management of Impact Weapons**" was sent to the USDOJ and the TCA for evaluation and approval certification.

### ANNUAL REVIEW OF POLICY ON CHEMICAL AGENTS

In compliance with requirements number 24(e) and 53, on March 31, 2016, the annual review of General Order Chapter 600 Section 604 named "**Use and Management of Chemical Agents**" was sent to the USDOJ and the TCA for evaluation and approval certification.

### MEMORANDUM OF UNDERSTANDING BETWEEN THE CARIBBEAN CENTRAL UNIVERSITY (UNIVERSIDAD CENTRAL DEL CARIBE) AND PRPD

The Superintendent formalized a memorandum of understanding with the Caribbean Central University, which is based on the project named "Advancing Wellness and Resilience in Education" (AWARE-PR) from the Institute of Research, Education and Services in Addiction (IRESA, for its acronym in English), adjoined to that University. As established by the Central University the workshops to be provided as part of this project, aims to implement an intervention model that allows to identify and respond assertively, in the presence of mental health conditions and the use of psychoactive substances in minors between the ages of 12 to 18 years. The PRPD commitment in this MOU is to include PRPDMs from the Division of the Police Athletic League working with the Loiza, Canovanas, Rio Grande, and Luquillo youth to receive these workshops of eight (8) contact hours of duration. These workshops will be taught by certified instructors in the curriculum of First Aid for Youth Mental Health (YMHFA, for its acronym in English).

### C. SEARCHES AND SEIZURES

### ANNUAL REVIEW OF SEARCHES AND SEIZURES POLICY

In compliance with requirements number 59, 74 through 77, on February 11, 2016, the Superintendent signed the annual review of the General Order Chapter 600 Section 612, named

## SIX-MONTH PROGRESS REPORT

"**Authority of the Puerto Rico Police to perform Searches and Seizures**". The purpose of this General Order is to regulate the policy and standards that PRPDM have to follow in the exercise of their legal authority to carry out searches and seizures, thereby ensuring that all searches and seizures is in accordance with the civil rights of people and applicable laws.

ANNUAL REVIEW OF ARRESTS POLICY

In compliance with requirements number 59, 65 through 73, on April 21, 2016, the Superintendent signed the annual review of the General Order Chapter 600 Section 615, named **"Authority of the Puerto Rico Police to carry out Arrests and Citations"**. The purpose of this General Order is to regulate the policy and rules that PRPDM have to follow in exercising their legal authority to carry out arrests and citations. Like searches and seizures, arrests and citations are a vital aspect of police work. The rules and procedures promulgated by this policy incorporated concepts, doctrines and procedures under the Constitution of the Commonwealth of Puerto Rico, the United States of America Constitution, laws and state and federal jurisprudence. However, the situations contained in this Order are not a limited list with which can face the daily law enforcement personnel, those must be supplemented with judicial decisions that occur quite frequently.

### D.  EQUAL PROTECTION AND NON-DISCRIMINATION

DISCRIMINATORY POLICING

In compliance with requirement number 89, on December 10, 2015, the PRPD made history when the Superintendent signed the General Order Chapter 600 Section 624 named "**Interactions with Transgender and Transsexual Persons**". The purpose of the General Order is to establish the policy and the administrative and operational procedures for the PRPD employees in their interactions with transgender and transsexual persons (Tran's persons), with the purpose of provide security, respect and dignity. The inappropriate interventions with the "Trans" violates their civil rights and infringe their human rights by affecting their quality of life and their daily lives in areas such as employment, housing and health.  The PRPD prohibits any

# SIX-MONTH PROGRESS REPORT

type of prejudice and/or discrimination or the perception of prejudice and/or discrimination on their interventions with the Trans persons. By establishing a policy that respects civil and human rights of transgender people, promotes a relationship of trust and in turn the ability of the PRPDM, in their role of providing protection and security to the community, is strengthened.

The signature of the policy was carried out after a workshop provided to senior officials and other staff of the Agency, named "Transgender, What to ask? What not?"  The lecturers were Magistrate Aleida Varona, of the Commonwealth of Puerto Rico Court of Appeals, Ms. Amanda Baerga, Coordinator of the Gender Equality Project from Courts Administration Office, and Attorney Osvaldo Burgos, as a representative of the community.

In the drafting of the General Order collaborated representatives of the following organizations: Transgender and Transsexual Community, Puerto Rico Civil Rights Commission, American Civil Liberties Union (ACLU), Legal Services Clinic of the University of Puerto Rico (UPR) School Law, and persons from the community in general.

INTERVENTION WITH FOREIGN PERSONS POLICY

In compliance with requirements number 87 and 88, on March 15, 2016, the TCA approved the General Order Chapter 600 Section 626 named "**Intervention with Foreign Persons**".  This policy was signed by the Superintendent on May 26, 2016.  Its purpose is to establish the rules and procedures to be followed by PRPDM, when they intervene when foreign people who commit crimes or other circumstances that requires the interaction of PRPD with this population. In addition, institutes public policy of non-discrimination against people based their immigration status, origin or social status, and national or ethnic origin.

PREVENTION OF DISCRIMINATION, HARASSMENT AND RETALIATION POLICIES

In compliance with requirements number 80, 81, 84, 87 and 88, on February 11, 2016, the Superintendent signed the regulation named "**Internal Rules for the Prevention of Discrimination, Harassment and Retaliation in the Puerto Rico Police**".  The purpose of this

## SIX-MONTH PROGRESS REPORT

regulation is to recognize that discrimination, harassment and retaliation in the workplace, are behaviors that undermine the dignity of human beings and affect the work environment, behaviors that are regulated by laws and jurisprudence, both federal as a state. In addition, it is established in the same that the PRPD has the responsibility to provide procedures for reporting, investigating and resolving these incidents, in order to promote and maintain a safe, healthy and free work environment from this type of behavior. Similarly, it is the responsibility of the PRPD to take action in a timely and effective manner.

REGULATION FOR ESTABLISHMENT OF NON-DISCRIMINATORY POLICING

Similarly, in compliance with requirements number 80, 81, 84, 87 and 88, on April 13, 2016, the Superintendent signed Regulation Number 8728, named "**Regulation for Establishment of Non-discriminatory Policing**". This regulation has an effect on third parties, and as required by the Uniform Administrative Procedures Act of the Commonwealth of Puerto Rico (LPAU, for its Spanish name) it was published and approved by the Department of State. This regulation aims to provide its employees with guidance and the necessary tools to provide impartial and respectful police services, based on the needs of people with whom they interact daily.

## POLICIES ON SEXUAL ASSAULT AND DOMESTIC VIOLENCE

POLICIES ON DOMESTIC VIOLENCE

In compliance with requirements number 93, 98 through 100, and 111(d), on April 21, 2016, the Superintendent signed the General Order Chapter 600 Section 627, named "**Investigation of Domestic Violence Incidents**". The purpose of this policy is to establish the guidelines for the PRPDM responsible of enforcement of the law in response to calls of domestic violence. As a result of this order, it is expected that PRPDM may provide protection and support for all victims of domestic violence, including primary and secondary, whether adults, children, elderly people or pets; take appropriate action for any violation of an order of protection; promote the safety of the PRPDM in interventions of domestic violence incidents; guide and provide victims of domestic violence valuable information about government services and non-profit entities in

## SIX-MONTH PROGRESS REPORT

order to help prevent future incidents of domestic violence; complete a thorough investigation and, if there is good reason, arrest the aggressor or aggressors involved in the incident.

As well, in compliance with requirements number 93, 98 through 100, and 111(d), on April 21, 2016, the Superintendent signed the Administrative Order 2016-4, named "**Investigation of Incident of Domestic Violence Involving Puerto Rico Police Employees**". This Administrative Order provides additional procedures to be carried out for the handling and investigation of domestic violence incidents involving employees of the PRPD, either the classified system or rank, and regardless of rank or position that holds within the Agency, either as a victim or aggressor.  This Order provides a comprehensive and proactive approach in cases of domestic violence involving one (1) or more employees of the PRPD with an emphasis on the safety of the victim. The Agency will adopt clear policies that show conclusively that domestic violence will not be tolerated and thus preserve the integrity of the police profession and the sense of trust that communities have in this.  This Administrative Order establishes as a priority the safety of victims, it is designed to address the issue of prevention through effective recruitment practices and training, establish a structured response to domestic violence incidents involving employees of the PRPD, and provide guidance for further administrative and criminal investigations

In addition to the two orders previously mentioned, on April 21, 2016, the Superintendent signed the General Order Chapter 100 Section 118 named "**Roles and Responsibilities of the Specialized Division of Domestic Violence**".  The purpose of this General Order is to establish the roles and responsibilities of the PRPD Specialized Division of Domestic Violence (*DEVD*, for its acronym in Spanish) under the rules and procedures established in the General Order Section 627.

PRPD will guarantee the protection of life, physical and mental integrity, and dignity. PRPD will not tolerate ideas, attitudes and discriminatory behaviors. Investigations will be conducted free of bias; regardless of gender, marital status, sexual orientation, gender identity and/or expression,

social status, homeless status, disability, religion, or immigration status of any of the parties involved in the relationship.

POLICIES ON SEXUAL ASSAULT

In compliance with requirements number 93, 95 through 97, and 111(d), on April 21, 2016, the Superintendent signed the Administrative Order 2016-3, named "**Investigations of Incidents of Sexual Violence Committed by PRPD Employees**". Which it aims to reiterate the public policy of the PRPD of zero tolerance towards crimes of sexual violence. Also, to establish that in circumstances where an employee of the PRPD appears as a suspect in the commission of a crime of this nature or any other, criminal and administrative procedures concerning this must be followed. This, with the primary intention of maintaining community confidence in the work done by the PRPD in the strict application of the law.

As well, in compliance with requirements number 93, 95 through 97, and 111(d), on April 21, 2016, the Superintendent signed the General Order Chapter 600 Section 622, named "**Investigations of Sexual Assault Incidents**". This General Order provides operational and specialized agents adequate guidelines to address issues related to sexual offenses in all its forms. In addition, this policy establishes interagency collaboration processes to provide support services to victims and their families. It incorporates protocols of initial response to the report of a sexual assault, investigation mechanisms; including interaction with victims, interviews, and evidence gathering.

In addition to the two orders previously mentioned, on April 21, 2016, the Superintendent signed the General Order Chapter 100 Section 115 named "**Reorganization and Functional Structuration of the Division of Sexual Crimes and Child Abuse**". This General Order has the following purposes: to restructure the duties and responsibilities assigned to the Division of Sexual Offences and Child Abuse (DDSMM, for its Spanish acronym) and incorporate new

## SIX-MONTH PROGRESS REPORT

communication mechanisms as the new hotline for sexual assault victims; and repeal the General Order 2007-1 "Roles and Responsibilities of the Divisions of Sexual Offences and Child Abuse".

POLICY ON DEMOGRAPHIC DATA GATHERING OF INCIDENTS

In compliance with requirements number 83, 85, and 86, on January 1st, 2016, the Superintendent signed the General Order Chapter 600 Section 621 named "**Controls on the Use, Distribution, Archiving and Final Disposition of the Crime Incident Reports (NIBRS) in the Puerto Rico Police Department**". This policy allows the implementation of a system of rules, duties, and responsibilities that will be followed by PRPDM, through the creation of a framework of administrative controls for the use, distribution, archive and final disposition of the incidents reports. Data collection of reports of crimes occurred, account for PRPD an essential tool for measurement, analysis and introspection, which serves as a basis for planning, preparation and conduct of effective work plans aimed at preventing crime, clarifying the criminal cases and maximize the resources acquired by the Agency. At the same time, the structure to be implemented, includes the process of incorporation into our jurisdiction of the use and management of new technologies and systems of digitalization through the establishment of the Computer Aided Dispatch System (CAD).

MONITORING OF DOMESTIC VIOLENCE CASES

In compliance with requirement number 100, PPRD is gathering statistical information on the results of the investigations of domestic violence, in order to issue the annual report as required by the Agreement. See table for the statistical data of the investigations of domestic violence cases for the period covering from **January 1 to March 31, 2016**:

### Results Of Investigations of Cases of Domestic Violence Against PRPDM

| Gender | Complaints Received | PRPDM Arrested | Cases Filed | Convicted PRPDM | Other Persons Arrested |
|---|---|---|---|---|---|
| Male | 39 | 23 | 11 | 0 | 0 |
| Females | 3 | 2 | 1 | 0 | 1 |
| **Totals** | **42** | **25** | **12** | **0** | **1** |

## SIX-MONTH PROGRESS REPORT

COLLABORATION WITH THE WOMEN'S ADVOCATE OFFICE

On March 11, 2016, in accordance with the agreement with the Women's Advocate Office in joining efforts to eradicate domestic violence in the workplace, the Superintendent took steps in order to staff personnel from his Office, the Legal Affairs Office, and the Auxiliary Superintendence on Professional Responsibility, and Management Services, to meet with the Women's Advocate to provide information about the status of certain cases of domestic violence, that she brought to the attention of the PRPD. The information was provided through a written report, in which the necessary measures to safeguard any confidential information were taken.

ANNUAL REPORTS

The PRPD in compliance with requirements 97 and 100, made the annual reports required on domestic violence and sexual assault, respectively for 2015. These reports were published on the PRPD website and they are available to the general public using the following steps: choosing the Section **Police Informs**; then **Statistics**; and finally choosing **Domestic Violence Statistics** and **Sexual Offences Complaint** to access the respective annual reports.

TRAINING IN HOW TO HANDLE CASES OF VICTIMS OF DOMESTIC VIOLENCE, SEXUAL AGGRESSIONS AND STALKING AGAINST PERSONS OF THE LGBTT COMMUNITY

At the request of the staff of the "Proyecto Matria", PRPD issued a Letter of Commitment to the Office of Violence against Women (OVW) of the USDOJ, to obtain a federal funds grant. This proposal has the purpose of train PRPDM in the handling of cases of domestic violence, sexual aggressions, and stalking against LGBTT community. In this letter the PRPD committed with assigning three hundred and one (301) employees from which two hundred and seventy-one (271) are PRPDM assigned to the Specialized Units of Domestic Violence and Sexual Offenses to be trained. Likewise, PRPD selected thirty (30) of PRPD Academy instructors to be trained by "Proyecto Matria". In addition PRPD will designate staff to attend meetings and interagency

coordination sessions every year held by "Proyecto Matria", as part of the follow-up work to this training project.

WORKSHOP ON CONSCIOUSNESS ABOUT INTERACTION WITH PERSONS WITH DISABILITIES

On March 14, 2016, staff of the Office of the Ombudsman for Persons with Disabilities (OPPI, for its acronym in Spanish) provided to PRPDM at our Headquarters the aforementioned workshop. As an introduction, it was discussed the direct relationship of the themes with the Reform process; the Action Plans; and the Compliance Area of Equal Protection and Non-Discrimination. The remaining time consisted of two (2) sessions as detailed below:

1. *"Dignified Treatment toward persons with disabilities"*, which included the following topics:
    a. Applicable Laws; and
    b. Considerations when providing services.
2. *"A Deaf Person! ... Now, what do I do?"*, which included the following topics:
    a. Details of the subculture of the population; and
    b. Basic communication with the population.

These workshops attended PRPDM and other personnel from the thirteen (13) police areas detailed as follows: Area Commanders, Districts and Precincts Commanders, Directors of Community Relations, Directors of the Police Athletic League; Citizen Interaction Committees Facilitators, Headquarters Surveillance Office staff, and Reform Office staff.

### E. RECRUITMENT, SELECTION AND HIRING

PRPDM HIRING PRACTICES

In compliance with requirement number 108, the Superintendent appointed a team, leader by the Director of the Office of Legal Affairs, to draft a bill to amend Act No. 53 of June 10, 1996, as amended, better known as the "Puerto Rico Police Act" to adjust it to the PRPD Agreement for a Sustainable Reform, which establishes that the PRPD will review and implement policies to

# SIX-MONTH PROGRESS REPORT

ensure that the recruits and cadets does not qualify for civil service employment protection labor until their aptitude and abilities are properly assessed.

### F.  POLICIES AND PROCEDURES

STATUS OF POLICIES DEVELOPMENT

As of this date, the TCA has **approved** a total of thirty-eight **(38)** policies, the equivalent to a thirty-nine percent **(39%)** of compliance considering the total number of policies and procedures included in the Action Plans.  PRPD is in the process of incorporating USDOJ and TCA's comments to nine (9) additional policies, and the TCA and the USDOJ are currently in the process of evaluating five (5) other policies for approval.

POLICIES WORKLOAD PROJECTION ACCORDING TO ACTION PLANS FOR THE YEAR 2016 AND 2017

The graphic below illustrates the workload of policies projected for the Reform Office during the year **2016**, according to the Action Plans.  At the end of the year, a total of eighty two **(82)** policies will be developed and/or reviewed by the PRPD.

## Workload Projection for 2016 According to the Action Plans





| TASKS | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total | Tendency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Policies | 6 | 6 | 7 | 14 | 2 | 7 | 7 | 6 | 6 | 6 | 7 | 8 | 82 | |
| Total | 6 | 6 | 7 | 14 | 2 | 7 | 7 | 6 | 6 | 6 | 7 | 8 | 82 | |

## SIX-MONTH PROGRESS REPORT

As well, the graphic below illustrates the workload of policies projected for the Reform Office during the year **2017** according to the Action Plans.  At the end of the year, a total of ninety-seven **(97)** policies will be developed and/or reviewed by the PRPD.



Workload Projection for 2017 According to the Action Plans

| TASKS | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total | Tendency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Policies | 7 | 7 | 9 | 14 | 3 | 8 | 8 | 8 | 7 | 9 | 8 | 9 | 97 | |
| Total | 7 | 7 | 9 | 14 | 3 | 8 | 8 | 8 | 7 | 9 | 8 | 9 | 97 | |

### G. TRAINING

INSTITUTIONAL CLOSING OF THE UNIVERSITY COLLEGE OF CRIMINAL JUSTICE (UCCJ)

As the result of the approval of Act 112-2014, the organic law of UCCJ (Act 155-1999) was repealed.  Act 112, *supra,* also had the intention of amend Article 6 of the Act 53-1996, *supra,* in order to return UCCJ educational powers and responsibilities to the PRPD, under the control and direction of the Superintendent.  According with the powers and responsibilities given by law to the Superintendent, on July 30, 2014, the General Order Chapter 100 Section 108, named **"Creation of the Auxiliary Superintendence for Education and Training"** was signed.  In order to complete the process of institutional closing of the UCCJ, on April 30, 2016, the Council of Higher Education of Puerto Rico issued certification number 2015-175 recognizing the

institutional closure. This certification was issued under Chapter VI of the Rules for Licensing of Institutions of Higher Education of Puerto Rico, no. 8265-2012.

Considering the institutional closing of the University College of Criminal Justice (UCCJ), requirement number 118 of the Reform Agreement will no longer be applicable to PRPD. However, since the creation of the Auxiliary Superintendence for Education and Training (ASET), PRPD is the entity responsible of the Pre-Service Education and Training of new cadets.

PRE SERVICE EDUCATION AND TRAINING CURRICULA

In compliance with requirements 119 and 120, the Auxiliary Superintendence in Education and Training (ASET) reviewed the curricula of the Pre-Service Education and Training Program for the First, Second and Third Bimester. The Superintendent approved the aforementioned training curricula. The syllabi associated with training curricula for the first, second and third bimester were sent to the TCA on March 28, April 4, and May 18, 2016 for review and approval. The designed training for the Class 225, meets the requirements to provide not less than nine hundred (900) contact hours of training. This design includes the development of training courses syllabi according to study programs listed below for each of the following bimester:

1. *First Bimester*
   a. Criminology;
   b. Communication Skills and Redaction of Reports and Forms[1];
   c. Basic Course Use of Force[2];
   d. Psychological Foundations of Human Relations and Staff Development;
   e. Police Ethics[3];
   f. Criminal Law;

---

[1] On April 8, 2016 it was approved by the TCA.
[2] On April 7, 2016, the TCA referred to the PRPD Reform Office the document concluding that PRPD developed an in depth curriculum for the **Basic Course of Use of Force** for the purpose of ensuring that Cadets are properly trained in the same.
[3] On April 13, 2016 it was approved by the TCA.

## SIX-MONTH PROGRESS REPORT

    g.   Introduction to Human and Civil Rights; and

    h.   Basic Course in Management and Use of Weapons[4].

2. *Second Bimester*

    a.   Intermediate Techniques in the Use and Management of Force;

    b.   Domestic Violence, Sexual Harassment and LGBTT Communities;

    c.   Equal Protection and No Discrimination;

    d.   Intermediate Use and Handling of Firearms;

    e.   Police Management in Pepper Gas Handling;

    f.   Searches and Seizures[5];

    g.   Specials Laws[6]; and

    h.   Certification in the Use and Handling of Pepper Spray[7].

3. *Third Bimester*

    a.   Introduction to Juvenile Justice;

    b.   Rules of Evidence and Court Testimony;

    c.   Organizational Behavior in the Police Context;

    d.   Basic Foundations in the Management of the Transit Law;

    e.   Criminal Investigation and Scene Handling;

    f.   Protocol for Handing Crisis Situations;

    g.   Simulated Situations in Operational Skills;

    h.   Interview and Interrogation Techniques;

    i.   Community Policing;

    j.   Use of Cybernetics in Criminal Investigations; and

    k.   Blood borne pathogens, Emergency Response, and First Aid.

---

[4] On April 7, 2016, the TCA referred to the Office of Reform PPR document concluding that the PRPD developed a detailed curriculum for the **Basic Course of Use and Handling of Firearms** for the purpose of ensuring that Cadets are properly trained in the same.

[5] On April 8, 2016 it was approved by the TCA.

[6] On April 10, 2016 it was approved by the TCA.

[7] On April 8, 2016 it was approved by the TCA.

## SIX-MONTH PROGRESS REPORT

### SECOND CLASS GRADUATING UNDER THE AGREEMENT

On March 16, 2016, the Superintendent recognized the success achieved by one hundred and five (105) Cadets from the Class 224, who successfully completed the Pre-Service Education and Training Program given at the PRPD Academy. This was the second (2nd) group of cadets which graduated under the requirements of Reform Agreement. This Class was composed of one hundred and one (101) municipal policemen from different municipalities and four (4) from the PRPD. The graduation of these cadets, who are mostly municipal policemen, concluded a training of an Academy that has the tools and the necessary knowledge to serve the community with loyalty, honesty and sensitivity. We are forging agents who know that the protection of the human rights of all individuals is equally important.

In this class we incorporated new courses in the subjects of the Interaction with LGBTT Communities; Human Trafficking; and Interview and Interrogation Techniques. The reviewed curriculum includes a total of one thousand one hundred and fifty-eight contact hours (1,158), exceeding the minimum of nine hundred (900) hours required by the Agreement. The Puerto Rico Civil Rights Commission, the non-profit organization "Fondita de Jesus", GRUCORPO, the PRDJ, and the USDOJ participated in the revision of the curriculum. The PRDJ collaborated with the Use of Cybernetics in the Criminal Investigation Course, and the USDOJ under the COPS Program collaborated with the Community Policing Course, developed by "*Saint Petersburg College Center for Public Safety Innovation*". Likewise, course changes were made to incorporate the police context using the syllabus provided by the Puerto Rico Civil Rights Commission on Civil and Human rights as base. In addition, other changes were incorporated into the curriculum to reflect the General Orders recently approved and published as follows: Code of Ethics of the Puerto Rico Police; Use of Force; Impact Weapons; Chemical Agents; Electric Control Weapons; and Use and Handling of Firearms.

On April 11, 2016 the third (3rd) Class of Cadets under the requirements of the Reform Agreement started. Class 225, was constituted of Cadets recruited by Municipal Police Departments from

## SIX-MONTH PROGRESS REPORT

Arroyo, Bayamon, Fajardo, San Juan, and San Lorenzo municipalities, in addition to one (1) PRPD Cadet.

We must emphasize that, although the Agreement for the Sustainable Reform of the Puerto Rico Police doesn't requires us to train the Municipal Police, PRPD has remained in contact with the different municipalities of the Island to learn about their needs and particular problems. Noteworthy is the fact that the curriculum for Municipal Police cadets is the same as the PRPD Cadets. As an additional effort to develop a seamless training environment between the PRPD and the Municipal Police Departments, the Superintendent signed a directive to provide training to the municipal police on impact weapons, electric control weapon, and chemical agents.

POLICIES ON FIELD TRAINING PROGRAM

In compliance with requirements 123 through 128, 111(e) and 113, on March 31, 2016, the annual review of General Order Chapter 700 Section 701, named **"Creation of the Field Training Program"** was sent to the USDOJ and the TCA for review and approval certification. Its purpose is ensure that PRPDM apprentices have on the job training, acquire understanding and knowledge from experienced agents on the field work and on the investigative branch, and develop habits and skills necessary to cultivate good judgment. To meet these objectives, PRPD created the Field Training Program through the apprentices will be in a continuous and consistent monitoring during their probationary period. This constant monitoring will be achieved through with the supervision and help of qualified mentors, guiding the PRPDM apprentices during their transition, from the theoretical learning offered by the Auxiliary Superintendence for Education and Training to the operational phase. This Order also establishes the functions and duties of the Mentors that will be part of the Field Training Program and their selection methodology.

Also, in compliance with requirements 123 through 128, 111(e) and 113, on March 31, 2016, the annual review of the **"Field Instructors Operational Manual"** was sent to the USDOJ and the

## SIX-MONTH PROGRESS REPORT

TCA for evaluation and approval certification.  Below we listed the objectives Field Instructors Operational Manual

1. Having a motivated personnel, with a positive attitude and a high level of training, exceeding the highest standards of performance required by the PRPD;

2. Ensure fair and uniform training for all members of the PRPD, among these the apprentices, providing corrective training in those phases where deficiencies are identified;

3. Develop new training on the basis of knowledge acquired at the PRPD Academy, to create an environment in which participants can develop new skills as well as an increase of abilities acquired in the academic environment;

4. Establish career plans within the Agency, providing opportunities to develop leadership skills to qualified PRPDM; and

5. Increase efficiency and effectiveness of PRPD, to improve the climate of professionalism and competence required by the ethical standards of law enforcement.

As part of the effort to obtain feedback for the revision of the General Order 701 and the Manual above mentioned, the staff of the Reform Office held meetings with staff from the Auxiliary Superintendence of Field Operations that supervised the Field Training Program, among these: SAOC Coordinator, Coordinators form the Police Areas, Mentors, Program Supervisors, Districts and Precincts Commanders, Reform Office Monitoring Personnel, and PRPDM who recently completed the Program. These personnel submitted recommendations from which a large majority were incorporated in the above mentioned policies.

FIELD TRAINING OFFICERS (FTO'S PROGRAM)

According to statistics provided by the Assistant Superintendent in Field Operations, of a total of three hundred ten (310) apprentices of the Class 223, three hundred three (306) have completed the FTO Program.  The remaining four (4) that haven't completed the Program was: one (1) because they're in a military leave and three (3) disarmed as a result of PRPD policies and

## SIX-MONTH PROGRESS REPORT

procedures. At the recent graduation of Class 224 composed of one hundred (101) Municipal Police Officers and PRPDM, where were graduated four (4) new PRPDM who entered the program as apprentices and were assigned to their field instructors to take this final phase of their training.

Below is shown statistics of **trainees pending to complete** the Field Training Program:

| Police Area | Amount of Apprentices | Reason |
|---|---|---|
| Bayamon | 1 | Disarmed |
| San Juan | 2 | Disarmed |
| | 2 | Graduated on March 16, 2016 |
| | 1 | Military leave |
| Carolina | 2 | Graduated on March 16, 2016 |
| **Total** | **8** | |

## CREATION OF THE SCHOOL SUPERVISION, ADMINISTRATION AND LEADERSHIP (ESAL, FOR ITS ACRONYM IN SPANISH)

In compliance with requirements number 141 through 144, and with the Supervision and Administration Action Plan approved on February 29, 2016, on April 7, 2016 the Superintendent approved the creation of the School of Supervision, Administration, and Leadership adjoined to the Auxiliary Superintendence on Education and Training (ASET).

## TRAINING CURRICULUM FOR OFFICERS

On March 7, 2016, the Superintendent requested the Auxiliary Superintendence on Education and Training (ASET) to provide a schedule to train officers from the ranks of Inspector through Colonel on the courses developed as a result of the new and revised policies adopted in the process of the PRPD Reform.

## SIX-MONTH PROGRESS REPORT

FIREARMS TRAINING SYLLABUS ON RIFLE AND NIGHTTIME SHOOTING

On January 27 2016, the TCA informed PRPD, that ended the revision and approved the syllabi for trainings related with the General Order Chapter 600 Section 618 "**Use and Handling of Service Weapons**" as listed below:

1. **Familiarization with Rifle Sig Sauer Brand, Model 516 and caliber 5.56mm Course** (*REA 618 R*); and

2. **Nighttime Shooting with Service Weapon Qualification Course** (*REA 618 N*).

WORK PLAN FOR TRAININGS ON THE REVISED USE OF FORCE GENERAL ORDERS

In compliance with the Use of Force Action Plan, on March 2, 2016, the Auxiliary Superintendence on Education and Training (ASET) issued a General Work Plan for the Certification Training on the revised General Orders Chapter 600 Section 601; "**Rules for the Use of Force by Members of the Puerto Rico Police**"; and Section 605, "**Report and Incident Investigation of Use of Force Members of Puerto Rico Police**".  As part of this Work Plan, ASET developed two (2) courses described as follows:

1. **Certification of PRPDM who does not supervise** for a total of 16 contact hours (*REA 601-605*); and

2. **Certification of PRPDM who supervise** for a total of 16 contact hours (*REA 601-605* [*S*]).

The Instructor's Guide for this course was sent to TCA on March 2, 2016 for review and approval. The purpose of this Work Plan was to issue instructions for the implementation of training in order to achieve the primary goal of adequately train all the PRPDM.  As an integral part of the Work Plan, the Trainings Coordinators will have to develop the Calendar of their units.

WORK PLAN FOR TRAINING ON ELECTRONIC CONTROL WEAPON (ECW)

In compliance with the Use of Force Action Plan, on March 18, 2016, the ASET developed a Work Plan for the implementation of the Certification and Recertification trainings of the ECW

## SIX-MONTH PROGRESS REPORT

Operators in accordance with the Agreement, Action Plans and public policy of the PRPD. Through this Plan, the Auxiliary Superintendence for Education and Training (ASET) establishes three (3) courses pursuant to General Order Chapter 600 Section 602 "**Use and Management of the Electrical Control Weapon**" as follows:

1. **Certification for New ECW Operators Course** for a total of 16 contact hours (*REA-602*);

2. **Recertification for Operators of ECW Course** for a total of eight (8) contact hours (*REA-602*); and

3. **Refresher Course for ECW Operators**, that their certification is not nearly due, for a total of three (3) contact hours (*Actualization Course*).


TRAININGS DESIGNS ON SERVICE WEAPON QUALIFICATION AND FAMILIARIZATION WITH SHOTGUN, AND STRESS SHOOTING

In compliance with the Use of Force Action Plan, on March 28, 2016, the ASET submitted to the Reform Office the Training Designs related to the General Order Chapter 600 Section 618 "**Use and Handling of Service Weapons**" as follows:

1. **Service Weapon Qualification**[8] (*REA 618 D*);

2. **Familiarization with the Manual Loading Shotgun Caliber12**[9] (*REA 618 E*);and

3. **Stress Shooting Familiarization**[10] (*REA 618 X*).

---

[8] On April 7, 2016, the TCA referred to the PRPD Reform Office the document concluding that PRPD developed an in depth curriculum for the Course of Service Weapon Qualification for the purpose of ensuring that Cadets are properly trained in the same.

[9] On April 7, 2016, the TCA referred to the PRPD Reform Office the document concluding that PRPD developed an in depth curriculum for the Course of Familiarization with the Manual Loading Shotgun 12 Caliber for the purpose of ensuring that Cadets are properly trained in the same.

[10] On April 7, 2016, the TCA referred to the PRPD Reform Office the document concluding that PRPD developed an in depth curriculum for the Course of Stress Shooting Familiarization for the purpose of ensuring that Cadets are properly trained in the same.

## SIX-MONTH PROGRESS REPORT

On March 29, 2016, the aforementioned training material was sent to TCA for review and approval, and as a result, they were approved on April 7, 2016.

SPECIAL WEAPONS AND TACTICS (SWAT) TRAINING DESIGN

In compliance with the Use of Force Action Plan, on 28 March 2016, the Auxiliary Superintendence for Education and Training (ASET) completed the design of the training for SWAT, according to General Order Chapter 100 Section 117 "**Reorganization of the Division of Special Weapons and Tactics (SWAT)**" and sent it to the PRPD Reform Office. The training material designed contains the following tests:

1. **Confidence Test** (*SWATTCONF*);
2. **Physical Fitness Test** (*SWATPAF*); and
3. **Aptitude Test shooting with Firearms** (*SWATIROX*).

On the same date, the ASET informed the Reform Office that the **training material was approved by the TCA**. Physical Agility Test (PFT 100) for the Division of Special Weapons and Tactics (SWAT) took place on May 17, 18 and 19, 2016. As established by the General Order Chapter 100 Section 117, *supra*, those PRPDM who approved the basic Physical Agility Test (PFT 100) will continue on the Division to take the above mentioned tests. The most recent tests took place during May 11 and 12, 2016.

TRAINING DESIGN OF AGILITY TEST FOR CANINE DIVISION

In compliance with General Order Chapter 100 Section 116 "**Canine Division**" and as part of the criteria to be chosen as a canine handler, PRPDM have to pass an agility test. As a result of those requirements Auxiliary Superintendence for Education and Training (ASET) sent the training material to the TCA and on March 22, 2016, the TCA approved the Training Design of the Agility Test for the Canine Division (PFT 116).

## SIX-MONTH PROGRESS REPORT

CANINE DIVISION TRAINING DESIGN (CANINES HANDLER COURSE)

In compliance with the Use of Force Action Plan, on March 28, 2016, the Auxiliary Superintendence for Education and Training (ASET) sent to the Office of Reform the Training Design according with the General Order Chapter 100 Section 116 "**Canine Division**". The training material contained the following course:

1. **Canines Handler Course** (*REA 116*).

The aforementioned training material was sent to TCA on March 28, 2016, for its review and approval. On April 18, 2016, it was returned to the Reform Office with TCA's comments and recommendations for PRPD evaluation and consideration.

TRAINING DESIGN ASSOCIATED WITH THE GENERAL ORDER CHAPTER 100 SECTION 112 "REORGANIZATION OF THE TACTICAL OPERATIONS DIVISION"

In compliance with the Use of Force Action Plan, on March 28, 2016, the Auxiliary Superintendence for Education and Training (ASET) developed and sent to the Reform Office the Training Design according to the General Order Chapter 100 Section 112 "**Reorganization of the Tactical Operations Division**", particularly the Physical Agility Test. The training material contains the following course:

1. **Agility Test for the Tactical Operations Division** (*PTF 112*).

On the same date, the Auxiliary Superintendence for Education and Training (ASET) informed the Reform Office that the training material was approved by the TCA. The basic Physical Agility Tests (PFT 100) for Tactical Operations Divisions took place on May 2 through 6 and 9 through 10 of 2016. As established by the General Order Chapter 100 Section 112, *supra*, those PRPDM who approved the basic Physical Agility Test (PFT 100) will continue on the Division to take the Agility Test for the Tactical Operations Division (PFT 112), above mentioned.

## SIX-MONTH PROGRESS REPORT

INTERACTIONS WITH TRANSGENDER AND TRANSSEXUALS PERSONS TRAINING
DESIGN

In compliance with the Equal Protection and Non-Discrimination Action Plan, on March 28,
2016, the Auxiliary Superintendence for Education and Training (ASET) sent to the Office of
Reform the Training Designs according with the General Order Chapter 600 Section 624
"**Interactions with Transgender and Transsexuals Persons**". The training material contains
the following course:

1. **Interaction with Transgender and Transsexuals Persons Course** (*REA 624*).


The aforementioned training material was sent to TCA on March 28, 2016, for its review and
approval.

TRAINING DESIGN ON PREVENTION COURSE OF DISCRIMINATION, HARASSMENT,
AND RETALIATION ON THE PRPD (RIPDHR)

In compliance with the Equal Protection and Non-Discrimination Action Plan, on April 13, 2016,
the PRPD Reform Office sent to the TCA for review and approval, the Training Design for the
**Discrimination, Harassment, and Retaliation Course**, developed by the Auxiliary
Superintendence Education and Training (ASET).


TRAINING DESIGN RELATED TO THE SUPERINTENDENCE IN PROFESSIONAL
RESPONSIBILITY (SPR) POLICY

In compliance with the Civilian Complaints Action Plan, on April 17, 2016, the PRPD Reform
Office sent to the TCA for review and approval, the Training Design according with General
Order Chapter 100 Section 114, "**Reorganization of the Auxiliary Superintendence on
Professional Responsibility**". The course developed by the ASET was named "**Juridical,
Scientific, and Investigative Elements in the Criminal Process**" (*EIC-100*).

## SIX-MONTH PROGRESS REPORT

### POLICE PURSUITS TRAINING DESIGN

In compliance with the Use of Force Action Plan, on April 22, 2016, PRPD sent to the TCA for review and approval the Training Design developed by the Auxiliary Superintendence for Education and Training, which corresponds to the General Order Chapter 600 Section 623 **"Norms for the Handling of Police Pursuits"**. As part of the Training Design it was developed the following course: **"Norms and Procedures for the Handling of Police Pursuits"** (*REA 623*) This course has the primary objective of training PRPDM in the rules and procedures to be followed during police chases on foot or in vehicles, thereby safeguarding both, PRPDMs and the general public.

### TRAININGS PROVIDED TO THE PRPDM

From **January 1 to April 30, 2016**, the Auxiliary Superintendence Education and Training (ASET) has trained PRPDM in different topics as follows:

| Training Courses | PRPDM Trained | % of PRPDM Trained |
|---|---|---|
| General Order 603 (Baton) 16 hours | 1,494 | |
| General Order 603 (Baton) 8 hours | 1,407 | 70% |
| General Order 603 (Baton) 2-3 hours | 6,559 | |
| Electronic Control Weapon 16 hours | 1,276 | |
| Recertification of Electronic Control Weapon 8 hours | 182 | 38% |
| Refresher Course for ECW Operators 2-3 hours | 3,719 | |
| Use of Force | 1,608 | 12% |
| Pepper Spray | 6,819 | 50% |
| Arrest and Citations | 5,111 | 38% |
| Code of Ethics | 5,672 | 42% |

### SHOOTING WITH FIREARMS TRAINING

In compliance with requirements number 24; 26; 53 (e) and 54 (a-e), until April 30, 2016, the Auxiliary Superintendence Education and Training (ASET) reported they had trained six thousand five hundred and twelve (6,534) PRPDM in the Nighttime Shooting with Service

## SIX-MONTH PROGRESS REPORT

Weapon (handgun) Qualification Course and Long Weapon (Rifle) familiarization during the period of January 11 to April 30, 2016. A second (2nd) round of Nighttime Shooting Qualification Course is scheduled to be performed during the period of September 19 to December 9, 2016. In the Daytime Shooting Qualification Course with Service Weapon (Handgun) and Long Weapon Familiarization (Shotgun), and on shooting with dynamic stress situations one thousands four hundred and forty four (1,444) PRPDM have been trained since April 18 until April 30, 2016.

REARM TRAINING

On April 11 and 12, 2016, the PRPD Police Academy offered the rearm training for the PRPDM which met the requirements for assigning service weapon to perform their duties. This training was offered in the aforementioned dates in the shooting ranges of Isla de Cabras, Gurabo, Cabo Rojo, Arecibo, Guayama, and Moca to facilitate carrying out the same with the minor inconveniences and expenses.

COLLABORATIVE AGREEMENT FOR TRAINING

On 12 April 2016, the PRPD and the Department of Corrections signed a two (2) years collaborative agreement, where both parties agree to the following:

   a. PRPD through the Auxiliary Superintendence Education and Training (ASET), is committed to provide the Shooting Instructor Training for two (2) Correctional Officers and the Shooting Instructor Recertification Training to an additional one (1) Correctional Officer; and

   b. The Department of Corrections is committed in exchange, to grant the use of the facilities and services of the Corrections Academy located in the Municipality of Ponce, to provide training to PRPDMs.

As a result of this Agreement, this action makes it easier to PRPDM assigned to work units near Ponce to move to a nearby place to receive training, promoting savings in transportation costs, salaries and rental of facilities for training.

## SIX-MONTH PROGRESS REPORT

### H. SUPERVISION AND MANAGEMENT

SUPERVISORS TRAINING

In compliance with requirements 141 and 143, PRPD provided training adapted to each level of supervision to candidates for promotion to the ranks of Sergeant to Captain, prior to assuming their supervision and command responsibilities. The following trainings were offered to those supervisors: Responsibility; Supervision; Arrests and Citations; Human and Civil Rights; Community Policing; Ethics; Conflict Mediation; Disciplinary Processes; Crisis Situations; Use of Force; Teamwork; Organizational Structure; Writing of Reports; Performance Evaluation; Duties and Responsibilities; Criminal Investigation; Arrests Mechanics; Physical Efficiency; Writing Reports; Public Speaking and Handling Press, and COMSTAT. This training was provided to a total of nine hundred and five (905) candidates for promotion as detailed below:

a. Captain                88
b. First Lieutenant       92
c. Second Lieutenant      533
d. Sargent                192

### I. CIVILIAN COMPLAINTS, INTERNAL INVESTIGATIONS AND DISCIPLINE

POLICY ON PROFESSIONAL RESPONSIBILITY

In compliance with requirements number 194 and 195, and the Civilian Complaints Action Plan, on February 11, 2016, the Superintendent signed the General Order Chapter 100 Section 114 named **"Reorganization of the Superintendence of Professional Responsibility"**.   This General Order aims to reorganize the Superintendence of Professional Responsibility to provide them with the work units and necessary powers to ensure that all administrative complaints of misconduct are investigated diligent, thorough, fair, and in a non-biased manner.

## SIX-MONTH PROGRESS REPORT

ADMINISTRATIVE COMPLAINTS PROCEDURES POLICY

In compliance with requirements 159, 163, 166 through 169, 171 through 176, and 178 through 180 and the Civilian Complaints Action Plan, on October 30, 2015, the "**Regulation for the Receipt, Processing, Investigation and Adjudication of Administrative Complaints**" was submitted to TCA and USDOJ for their review and approval.  It was returned to the PRPD with comments and recommendations, and their comments were discussed during meetings and conference calls.  Once revised, a new draft of the Regulation was sent back to the TCA and the USDOJ on February 29, 2016, for their review and approval. On March 22, 2016 the USDOJ issued additional comments and recommendations of this policy, which the PRPD had already incorporated. The last version of the Regulation was sent to the USDOJ and the TCA for its review and certification on May 2, 2016.

This policy establishes the rules and procedures to be followed by the PRPD regarding the receipt, processing, investigation, and adjudication of any received administrative complaint of misconduct. Those processes are established to develop a work environment in accordance with the highest principles of the police ethics and protection of human and civil rights.

COMPLAINTS INVESTIGATION POLICY

In compliance with requirements 159, 160, 162, 168, 170 through 174, 176, 177 through 180, and 186 through 187, and the Civilian Complaints Action Plan, on December 31, 2015, the "**SARP Investigator's Manual**" was sent to the TCA and the USDOJ for their review and approval.  It was returned to the PRPD with comments and recommendations, and their comments were discussed during meetings and conference calls.  Once revised, a new draft of the Manual was sent back on February 29, 2016 to TCA and USDOJ for their review and approval. On March 23, 2016 the USDOJ issued additional comments and recommendations of this policy, which the PRPD had already incorporated. The last version of the Manual was sent to the USDOJ and the TCA for their review and certification on May 2, 2016.

## SIX-MONTH PROGRESS REPORT

### POLICY OF INVESTIGATION OF MINOR MISCONDUCT ALLEGATIONS

In compliance with requirements 164, 165, and 191 through 192, and the Civilian Complaints Action Plan, on March 31, 2016, the **"Administrative Order for Non-Punitive Corrective Actions Applicable to the Puerto Rico Police Members"** was sent to the TCA and the USDOJ for their review and approval. It was returned to the PRPD with comments and recommendations on April 20 and 26, 2016 and their comments were discussed during a meeting. PRPD Reform Office is in the process of incorporating USDOJ's and TCA's comments into a final draft. At the end of May, it will be sent to the TCA and USDOJ for their review and approval.

### SPR ADMINISTRATIVE COMPLAINTS STATISTICS

The following table shows the statistics reported by the Superintendence of Professional Responsibility (SPR):

a.  The following Table shows the amount of Administrative Complaints received and investigated from January through April 30, 2016, as well as complaints pending investigation up to **April 30, 2016**:

| Police Areas | Complaints Received | Investigated Complaints from 2016 | Investigated Complaints from Previous Years | Complaints of 2016 Pending Investigation | Complaints of Previous Years Pending Investigation[11] |
|---|---|---|---|---|---|
| Aguadilla | 47 | 20 | 3 | 47 | 4 |
| Aibonito | 27 | 10 | 1 | 26 | 3 |
| Arecibo | 55 | 20 | 2 | 54 | 5 |
| Bayamon | 133 | 26 | 4 | 121 | 5 |
| Caguas | 46 | 16 | 4 | 46 | 2 |
| Carolina | 46 | 31 | 0 | 44 | 0 |
| Fajardo | 21 | 11 | 0 | 20 | 1 |
| Guayama | 29 | 11 | 1 | 28 | 5 |
| Humacao | 33 | 7 | 2 | 33 | 2 |
| Mayaguez | 46 | 10 | 6 | 46 | 11 |
| Ponce | 68 | 13 | 1 | 66 | 21 |

[11] Complaints pending investigation from previous years include 2012 through 2015.

## SIX-MONTH PROGRESS REPORT

| Police Areas | Complaints Received | Investigated Complaints from 2016 | Investigated Complaints from Previous Years | Complaints of 2016 Pending Investigation | Complaints of Previous Years Pending Investigation[12] |
|---|---|---|---|---|---|
| San Juan | 81 | 30 | 5 | 79 | 1 |
| Utuado | 19 | 11 | 0 | 19 | 0 |
| AAIB[13] | 79 | 4 | 0 | 79 | 1 |
| IAB[14] | 43 | 7 | 0 | 35 | 109 |
| **Totals** | **773** | **227** | **29** | **743** | **170** |

CONTROLLED SUBSTANCES DETECTION TEST

In compliance with requirement number 200, for the period of **January 1 to April 30, 2016,** PRPD has performed one thousand and seventy six **(1,076)** tests to detect the use of controlled substances in PRPDM in a continuous manner. In order to ensure the reliability and validity of tests performed prior to service for cadets and to PRPDM, the tests are conducted randomly:

| Police Areas | January | February | March | April | Totals |
|---|---|---|---|---|---|
| Aguadilla | 0 | 0 | 0 | 0 | 0 |
| Aibonito | 0 | 0 | 0 | 41 | 41 |
| Arecibo | 249 | 0 | 0 | 0 | 249 |
| Bayamon | 0 | 0 | 0 | 0 | 0 |
| Caguas | 0 | 0 | 0 | 0 | 0 |
| Carolina | 0 | 0 | 0 | 0 | 0 |
| Fajardo | 0 | 0 | 19 | 0 | 19 |
| Guayama | 0 | 243 | 0 | 0 | 243 |
| Humacao | 0 | 0 | 0 | 28 | 28 |
| Mayaguez | 0 | 0 | 43 | 0 | 43 |

---

[12] Complaints pending investigation from previous years include 2012 through 2015.

[13]Antidiscrimination Affairs Investigations Bureau (AAIB) addresses administrative complaints of domestic violence, any type of harassment, including sexual harassment, and gender discrimination, among other type of complaints.

[14]Internal Affairs Bureau (IAB) is responsible for investigating any complaint of apparent or alleged conduct of a criminal nature made or in which it is involved an employee of the PRPD, except complaints of aggravated assaults, violent death, suspicious death, suicide, missing persons, sexual assault, domestic violence and sexual harassment, which will be investigated by the Auxiliary Superintendence for Criminal Investigations (SAIC, for its Spanish acronym).

## SIX-MONTH PROGRESS REPORT

| Police Areas | January | February | March | April | Totals |
|---|---|---|---|---|---|
| Ponce | 25 | 0 | 38 | 0 | 63 |
| San Juan | 0 | 16 | 231 | 115 | 362 |
| Utuado | 0 | 0 | 0 | 0 | 0 |
| Pre-Employment | 5 | 22 | 1 | 0 | 28 |
| Cadets | 0 | 0 | 0 | 0 | 0 |
| Totals[15] | 279 | 281 | 332 | 184 | 1,076 |
| Positives | 0 | 0 | 0 | 0 | 0 |

STATUS OF ADMINISTRATIVE COMPLAINTS IN THE PRPD LEGAL AFFAIRS OFFICE

Legal advisors ascribed to the Legal Affairs Office are responsible for evaluating and analyzing administrative complaints that are referred to them by the Superintendence on Professional Responsibility (SPR), and recommend the appropriate disciplinary actions or dismissal of the complaint according with the proved facts and applicable law.

1. The following Table shows the amount of administrative complaints pending to be assigned to lawyers for their evaluation, analysis and recommendations:

**Administrative Complaints Pending to be Assigned to Lawyers**

| 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |

| 2013 | 2014 | 2015 | 2016 | TOTAL |
|---|---|---|---|---|
| 1 | 0 | 4 | 1 | 6 |

2. The following Table illustrates the amount of administrative complaints received until 2016 by their final dispositions:

---

[15] None of the employees, Cadets, or applicants refused to take the tests.

## SIX-MONTH PROGRESS REPORT

### Final Dispositions of Administrative Complaints Received in the Legal Affairs Office until 2016[16]

| Year | Sustained | Not Sustained | Unfounded | Exonerated | Summary Investigations |
|---|---|---|---|---|---|
| 2007 | 0 | 0 | 0 | 0 | 0 |
| 2008 | 0 | 0 | 0 | 0 | 0 |
| 2009 | 0 | 0 | 0 | 0 | 0 |
| 2010 | 0 | 0 | 0 | 0 | 0 |
| 2011 | 0 | 0 | 0 | 0 | 0 |
| 2012 | 1 | 0 | 0 | 1 | 0 |
| 2013 | 1 | 2 | 0 | 0 | 0 |
| 2014 | 5 | 0 | 0 | 0 | 6 |
| 2015 | 32 | 22 | 1 | 6 | 3 |
| 2016 | 3 | 5 | 5 | 3 | 9 |
| Subtotals | 42 | 29 | 6 | 10 | |
| Total | | | 96 | | |

3. The following Table illustrates how many complaints have been signed by the Superintendent until April 30, 2016 by their Final Disposition:

### Final Dispositions of Administrative Complaints signed by the Superintendent in 2016[17]

| Month | Not Sustained | Unfounded | Exonerated | Orientation | Final Resolution | Final Expulsions | Positions Declared Vacant | Archived [18] | Total |
|---|---|---|---|---|---|---|---|---|---|
| January | 3 | 4 | 1 | 35 | 3 | 1 | 0 | 4 | 51 |
| February | 103 | 26 | 37 | 57 | 13 | 1 | 0 | 0 | 237 |
| March | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 3 |
| April | 49 | 1 | 16 | 96 | 8 | 3 | 0 | 1 | 174 |
| Totals | 155 | 31 | 54 | 189 | 24 | 7 | 0 | 4 | 465[19] |

---

[16] Data collected until April 30, 2016.

[17] Data collected until April 30, 2016.

[18] Dismissed - Resolutions issued by the Commission of Investigation, Prosecution and Appeal (CIPA for its acronym in Spanish).

[19] According to the PRPD Office of Legal Affairs (OAL for its acronym in Spanish) this data is approximate.

## SIX-MONTH PROGRESS REPORT

### J.  COMMUNITY ENGAGEMENT AND PUBLIC INFORMATION

DESIGNATION EXECUTIVE DIRECTOR OF THE COMMITTEE OF CITIZEN INTERACTION

On March 11, 2016, the Superintendent pursuant to the General Order Chapter 800 Section 801 **"Operation of the Citizen Interaction Central Committee and Areas Committees with the Puerto Rico Police Department"** appointed Commander Iris J. Colón Santiago as Executive Director of the Citizen Interaction Central Committee.

ANNUAL REPORT OF THE CITIZEN INTERACTION COMMITTEES

In compliance with requirement number 213 and the General Order Chapter 800 Section 801 "Functioning of the Central Committee and the Areas Citizen Interaction Committees with the Puerto Rico Police ", the Citizen Interaction Committee delivered to the PRPD its Annual Report for the period from October 21, 2015 to January 25, 2016 with their recommendations.  It will be published on the PRPD website with the approval of the State Election Commission of the Commonwealth of Puerto Rico (authorization number CEE-SA-16-9494).

COMMUNITY POLICING POLICY

In compliance with requirements 205 through 208, and the Community Engagement and Public Information Action Plan, on March 31, 2016, the General Order on **"Community Policing"** was sent to the TCA and the USDOJ for their review and approval.  It was returned to the PRPD with comments and recommendations on April 20 and on April 21, 2016 and their comments were discussed during a meeting.  PRPD Reform Office is in the process of incorporating TCA's and USDOJ's comments into a final draft.  At the end of May, it will be sent to the TCA and USDOJ for their review and approval.

## SIX-MONTH PROGRESS REPORT

PUBLIC INFORMATION

In compliance with requirements 4, 214 through 216, PRPD has been conducting public information activities in different media to provide guidance on the PRPD Sustainable Reform progress, as listed below:

1.  On January 30, 2016, PRPD personnel participated in the public service television program known as "Police Report", which is broadcast on Channel 54. In this opportunity the public was oriented on the following information:

    a. What is the Reform?

    b. Objectives of the Reform;

    c. Terms and Implications of the Agreement;

    d. Compliance Areas;

    e. Composition of the PRPD Reform Office; and

    f. Citizen Interaction Committees.

2.  On 16 February 2016, personnel of the PRPD Reform Office participated in the radio program known as, "Police 10-22" on Radio Paz 810 AM station. This public service space was used to answer questions of the moderator and radio listeners. The following topics or issues were discussed:

    a. Brief introduction about the Federal Investigation to the PRPD, USDOJ Report and the Reform Agreement;

    b. What are General Orders (policies) and where citizens and PRPDM can find them?

    c. What is the process and who is involved in the development and/or revision of the General Orders?

    d. What things are taken in consideration when developing or reviewing a policy? As an example, best police practices, requirements of the Agreement, culture and legal framework in Puerto Rico.

    e. Who are our stakeholders?

    f. How much time does the ASET have to develop training materials after a policy is approved?

## SIX-MONTH PROGRESS REPORT

g.  The importance having an environment of respect, dignity and guaranteed human and civil rights during an interaction or intervention with foreigners and the "Trans" community;

h.  Diversity of foreigners in Puerto Rico and our relationship with the seventy eight (78) consulates; and

i.  The importance of having e-mail accounts for all PRPDMs as a mechanism to disseminate policies.

PRPD will continue to conduct this type of public outreach activities in order to communicate the progress of the PRPD in its efforts to comply with the Agreement and strengthen the confidence of the community in it as an entity of law and order.

### DISSEMINATION PUBLIC INFORMATION DURING THE PRPD WEEK

From January 22 to 28 2016, the PRPD Week was being celebrated. Likewise, Plaza Las Americas shopping center celebrated an activity named "Plaza Las Americas Security Week" in which PRPD participated by placing information booths, exhibitions related to the different work units to show and orientate how they operate, and the resources and equipment utilized.  As an additional effort to explain the public how to report a misconduct behavior, PRPD personnel performed role plays.

The purpose of this activity with displays of personnel and equipment is to orientate the public in general and create a positive environment between them and PRPDM.

### PRESENTATIONS ON ACTION PLANS TO STAKEHOLDERS

On April 12, 2016, staff from the PRPD Reform Office gave presentations about the content of the eight (8) Action Plans approved by the TCA: Use of Force; Searches and Seizures; Equal Protection and Non-Discrimination; Civilian Complaints; Professionalization; Recruitment; Community Engagement and Public Information to representatives of the Civil Rights Commission of Puerto Rico, GRUCORPO (CABE-Comité Amplio para la Búsqueda de la

## SIX-MONTH PROGRESS REPORT

Equidad; TLC-Taller Lésbico Creativo; Asian Community and Youth Association; ALAPAS-Alianza Laura Aponte por la Paz Social; ACLU-American Civil Liberties Union; y Amnistía Internacional Sección de Puerto Rico) and members of the press. The purpose was to discuss the content of the Action Plans to the people interested in our Reform process. That would help us comply with the transparency of the processes and have the opportunity to provide an environment where groups and individuals interested serve as external supervisory body, providing their feedback on the aforementioned Plans.

ORIENTATION OFFERED TO POLICE COMMISSIONERS AND OTHER REPRESENTATIVES OF MUNICIPAL POLICE

On April 13, 2016, the Director of the PRPD Reform Office, Colonel Clementina Rosario Vega provided an Orientation to several Commissioners and other members of different Municipal Police Corps. In that opportunity she offered general information to these officials about the reform process since its commencement, the Agreement and the building capacity period (4 years).

OPEN MEETINGS

1. In compliance with requirements 214 to 216, PRPD continues celebrating Open Meetings in order to cultivate their relations with the community. So far in 2016, PRPD has held seven (7) Open Meetings, with more than three hundred and eighty five (385) participants from the communities and has other six (6) meetings in Calendar. The topics discussed in these Open Meetings were: Puerto Rico Police Reform; Community Policing; Statistics; Use of Force; Highway (Transit) Patrol; Professional Responsibility; Searches and Seizures; Citizen Interaction Committee; Interaction with Transsexuals People; and Prevention and/or particular needs of Police Areas.

# SIX-MONTH PROGRESS REPORT

| Police Area | Date of Meeting | Place | Public Attendance |
|---|---|---|---|
| **PRPD Open Meetings Calendar for 2016** | | | |
| Mayaguez | March 31 | Roberto "Bobby Capo" Convention Center | 48 |
| Humacao | April 13 | Yabucoa Multiple Use Hall | 102 |
| San Juan | April 19 | Doubletree Hotel | 54 |
| Guayama | April 20 | Bo. Corazon Community Center | 39 |
| Carolina | April 26 | Los Angeles Community Center 35 | 21 |
| Aibonito | April 27 | Baños de Coamo Hotel | 53 |
| Aguadilla | May 11 | Universidad del Turabo, Recinto de Isabela | 68 |
| Caguas | May 23 | Centro Criollo de Ciencias y Tecnología del Caribe (C3TEC) | |
| Utuado | May 26 | Pending Information | |
| Ponce | June 8 | Pending Information | |
| Bayamon | June 9 | Pending Information | |
| Fajardo | June 15 | Pending Information | |
| Arecibo | June 23 | Pending Information | |
| **Totals** | | | **385** |

## THIRD (3RD) PUBLIC HEARING

On March 17 and 18, 2016, the Third Public Hearing of the Federal Court for the District of Puerto Rico about the progress of the PRPD Sustainable Reform was held in the Fajardo Superior Court. It was presided by the Honorable Federal Judge Gustavo Gelpí. During the hearing were present the following: Mr. Arnaldo Claudio, TCA and its Core Team, representatives of the USDOJ, and personnel from the PRPD Reform Office. In the same deposed members of the PRPD, Members of the Press, the Puerto Rico Civil Right Commission, and different community members, among others.

## RECORDINGS AND POLICE ETHICS ORIENTATION

As part of the efforts of reestablishing the relationships with the community, in May 19, 2016 two hundred and fourteen (214) PRPDMs received an orientation from community leaders and American Civil Liberties Union (ACLU) Director, William Ramírez, Esq.   During this

## SIX-MONTH PROGRESS REPORT

orientation, the topics discussed were the constitutional liberties that allow people to record PRPDMs actions during their shifts and while using their uniforms; when PRPDMs have the right to have privacy; the adequate interaction with people recording; and police ethics. The orientation was carried out in the PRPD Headquarters' amphitheater from 8 am through 12pm.

### K. INFORMATION SYSTEMS AND TECHNOLOGY

ACCESS TO NATIONAL CRIME INFORMATION CENTER (NCIC)

The requirement 223 Agreement Reform states and we quote "All officers shall have access to National Crime Information Center (NCIC) data for valid law enforcement purposes only. PRPD shall develop a protocol for the handling and of NCIC data".

As part of the process of progress for compliance with this requirement Technology Division will start working to develop the implementation of the application, to ensure all PRPDM have access to the NCIC (National Crime Information Center) application and RCI (Record Criminal Integrated ) administered by the FBI and the PRDJ.

The first step in the implementation of this application is the fingerprinting all the staff assigned to the Districts and Precincts Zones Excellence (Las Piedras, Bayamon Oeste, Quebradillas, Utuado). Once this step is complete, the application tests will begin in the above mentioned work units.

SIX-MONTH PROGRESS REPORT

# V. PRPD Response to Concerns Raised by the TCA in the Previous Six-Month Report (Docket 203)

## A. CONTROLLED SUBSTANCES TESTS RESULTS

In the Third PRPD Progress Report were informed three (3) positive results in the controlled substances testing, this information was until November 30, 2015, after that date an additional case was reported, for a total of four (4) in that year. Related to the request of TCA to abound on these cases that tested positive, please note the following:

- *Case 1*: Employee was separated from Service (to shed positive, the employee failed to comply with the job requirements during the probation period);
- *Case 2*: Employee was expelled on April 9, 2015;
- *Case 3*: Employee was expelled on October 19, 2015; and
- *Case 4*: Employee was expelled on April 4, 2016.

## B. TCA'S ASSESMENT OF THE PRPD PROMOTION PROCESS

On April 5, 2016, the TCA sent to the Reform Office the results of the evaluation made by his Team concerning the promotion processes for the ranks from Sergeant to Captain during the year 2015. In the assessment report, the TCA made clear that this evaluation is exclusively for the aforementioned promotion ranks and the evaluation of the other ranks (Inspector through Coronel) will be held separately. In his findings and recommendations the TCA indicated and we quote: "We found numerous operational and administrative challenges. However, there was no evidence of illegal promotions". It is clear that PRPD is in a process of reform in which they are developing new procedures and others are being revised to adjust them to the best police practices, the Agreement, and the laws governing the Agency. The fact that the TCA in its assessment report about the promotion process reports that although improvements are needed, it was legal and in harmony with the reform process, which provides transparency to the processes.

Page 54

## SIX-MONTH PROGRESS REPORT

### C. STATISTICS ON ADMINISTRATIVE COMPLAINTS OF DOMESTIC VIOLENCE

As mention by the TCA in his Third Semi-Annual Report, there's an alleged inconsistency in statistical data reported on the administrative complaints of domestic violence against PRPDM. We take this opportunity to clarify that the statistical data reported on the PRPD Third Reform Progress Report in the tables included on pages 25 and 40 were wrong by mistake and that both tables should read the total number of two hundred and sixteen (216) of domestic violence against PRPDM. As for the number of cases of PRPDM arrested on this matter, versus those who were charged and if they end up convicted or not, it is a situation that goes beyond the discretionary power of the PRPDM, who investigates the case. The decision to file a criminal case is on the hands of the prosecutors and the final results on judges, which all are part of the criminal justice system.

SIX-MONTH PROGRESS REPORT

## VI. Conclusion

As PRPD reaches the halfway mark of the capacity building period, the agency recognizes the significant achievements reached. One of the most important is the fact that the last three (3) Action Plans were finalized to complete the eleven (11) required by the Agreement. With this step, PRPD can continue moving forward providing key training to all its personnel, to surpass a ninety percent (90%) completion level of use of force and weapons trainings for those PRPDM assigned to Zones of Excellence. These advances are added to the ethics trainings, the two hundred and fifty-eight (258) promotions, the collaborations reached with the Office of Government Ethics and the Office of the Women's Advocate, and the historic policies signed during this period, like those related to transgender and transsexual persons, and foreign persons. The reorganization of the Superintendence for Professional Responsibility also marks an essential benchmark of implementing the best investigative practices for civilian and other misconduct complaints.

PRPD is extremely grateful to all community stakeholders, individuals, and agencies that have added their contribution to the immense efforts of the PRPDM and civilian personnel, to make PRPD a law enforcement agency to be emulated. PRPD will continue along this path, with the assistance of the TCA team and USDOJ, until the finalization of the Agreement period. The mutually beneficial learning experiences will provide PRPD the capacity to achieve and maintain sustainability, which is the desired outcome of this reform process.

## SIX-MONTH PROGRESS REPORT

CERTIFY

I hereby certify under penalty of perjury under 28 U.S.C. § 1746 and any other applicable law of United States of America, that the foregoing report and information is true and correct. Executed on San Juan, Puerto Rico, on this 31st day of May, 2016.

JOSÉ L. CALDERO LÓPEZ
Superintendent Puerto Rico Police

RESPECTFULLY SUBMITTED.

IT IS HEREBY CERTIFIED that on this same date, the foregoing was submitted to the Attorney General of Puerto Rico: César Miranda; the Technical Compliance Advisor: Arnaldo Claudio; to the Attorney General Office of the United States: Loretta E. Lynch and that the foregoing was notified this 31st day of May 2016, to all attorneys of record.

CESAR MIRANDA RODRÍGUEZ
Secretary of Justice

MARTA ELISA GONZÁLEZ .
Deputy Secretary for Litigation

## SIX-MONTH PROGRESS REPORT

_S/ FLOR VÉLEZ DÍAZ_
FLOR VÉLEZ DÍAZ
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-2900 ext. 2540/2546
Fax. (787) 722-1595
USDC-PR No.
fvelez@justicia.pr.gov