

# POLICIA DE PUERTO RICO
# CUARTO INFORME DE PROGRESO

José L. Caldero López

Superintendente

15 de mayo de 2016

# INFORME DE PROGRESO SEMESTRAL

## CONTENIDO

I.   Introducción _____ 2

II.   Aspectos Generales _____ 3

III.   Zonas de Excelencia _____ 7

IV.   Áreas de Cumplimiento_____ 10

A.   Profesionalización _____ 10

B.   Uso de Fuerza_____ 12

C.   Registros y Allanamientos_____ 21

D.   Igual Protección y No Discrimen_____ 22

E.   Reclutamiento, Selección y Nombramiento_____ 30

F.   Políticas y Procedimientos_____ 30

G.   Adiestramientos_____ 32

H.   Supervisión y Administración_____ 46

I.   Querellas Administrativas, Investigaciones Internas y Disciplina _____ 47

J.   Interacción con la Comunidad e Información Pública _____ 53

K.   Sistemas de Información y Tecnología_____ 58

V.   Respuesta de la PPR al TCA sobre Inquietudes Planteadas en Informe anterior ___ 59

VI.   Conclusión_____ 61

## INFORME DE PROGRESO SEMESTRAL

## I.    Introducción

El Acuerdo para la Reforma Sostenible del Departamento de la Policía de Puerto Rico (en lo sucesivo el "Acuerdo") establece en su parte pertinente que, comenzando con el primer informe semestral del Asesor Técnico de Cumplimiento (TCA por sus siglas en el idioma inglés), la Policía de Puerto Rico (PPR) deberá presentar ante el Tribunal versiones sellados y no sellados del informe de estatus.  En esto, la PPR delineará las medidas adoptadas durante el período de revisión para aplicar el Acuerdo, una evaluación del estado de su progreso y cualquier respuesta a las preocupaciones planteadas en informes anteriores del TCA. (Ver requerimiento 261).

En cumplimiento con el requerimiento 261 del Acuerdo se proporciona un cuarto (4to) informe de estatus y una evaluación de cada una de las áreas de cumplimiento. Este informe incluye los avances de la Reforma para el período que cubre el 1ro de diciembre de 2015 al 15 de mayo de 2016.  Los datos estadísticos son presentados a la fecha del 30 de abril de 2016, excepto en áreas particulares donde se indica la fecha a la cual se recopilaron los mismos.

## INFORME DE PROGRESO SEMESTRAL

# II.   Aspectos Generales

OFICINA DE REFORMA

La Oficina de Reforma de la Policía de Puerto Rico continúa bajo la dirección de la Coronela Clementina Vega Rosario.  La Oficina cuenta con cuarenta y un (41) empleados, entre estos veintinueve (29) Miembros de la Policía de Puerto Rico (MPPR) de diferentes rangos, tres (3) empleados del sistema clasificado, ocho (8)  contratistas para servicios profesionales y un (1) analista financiero de presupuesto de la Oficina de Gerencia y Presupuesto, trabajando a tiempo completo en la Oficina de Reforma.

PLANES DE ACCIÓN

El 29 de febrero de 2016, la PPR entregó el **Segundo Grupo de los Planes de Acción** sobre: Profesionalización; Reclutamiento, Selección y Contratación; Supervisión y Administración; e Interacción con la Comunidad e Información Pública.  Los propósitos de cada uno de los Planes de Acción son indicados a continuación: a través del Plan de Acción de Profesionalización, se desarrollarán servicios policiales profesionales, éticos, respetuosos, equitativos y constitucionales dirigidos a mejorar de forma sostenible el desempeño de los MPPR; mediante el Plan de Acción de Reclutamiento, Selección y Nombramientos, se establecerán las acciones dirigidas a desarrollar un Plan de Reclutamiento conducente a escoger el personal idóneo y debidamente cualificado para ejercer como MPPR; en el Plan de Acción de Supervisión y Administración, se proporcionarán las guías y adiestramientos que servirán como instrumentos y herramientas de trabajo necesarias para cada supervisor para mejorar y optimizar sus funciones y responsabilidades, y en el Plan de Acción de Interacción con la Comunidad e Información Pública, está dirigido a lograr la integración de los principios policiacos orientados a la solución de problemas y a la administración de sus políticas y procedimientos, reclutamiento, adiestramiento, evaluaciones de personal, tácticas, despliegue de los recursos en la fijación de responsabilidades, así como obtener la participación de la comunidad en general en el

## INFORME DE PROGRESO SEMESTRAL

adiestramiento, evaluación e implementación de las actividades orientadas al cumplimiento del Acuerdo.

El 14 de abril de 2016, la PPR entregó el **Tercer Grupo de Planes de Acción** sobre: Políticas y Procedimientos; Adiestramiento; y Sistemas de Información y Tecnología, para su revisión y aprobación. En los Planes de Acción antes mencionados se establece el propósito específico de cada uno de estos, según se describe a continuación: mediante el Plan de Acción de Políticas y Procedimientos, se desarrollarán y/o revisarán las políticas y procedimientos existentes para asegurar que éstas reflejen la política pública y prioridades de la PPR, las cuales están basadas en las mejores prácticas policiacas y sean conforme a los derechos y privilegios garantizados en la Constitución y leyes de los Estados Unidos de América y el Estado Libre Asociado de Puerto Rico. Estas políticas se desarrollarán a través de diversos instrumentos jurídicos tales como: reglamentos, órdenes generales, órdenes administrativas, manuales de procedimientos, acuerdos de colaboración y anteproyectos de ley, entre otros. Las mismas propiciarán instrucciones claras y específicas para que el desempeño operacional y administrativo sea uno dirigido a que los servicios policiacos se otorguen de manera ética, respetuosa y libre de prejuicio y promuevan la profesionalización de los empleados de la PPR.


DESARROLLO, IMPLEMENTACIÓN Y EVALUACIÓN DE LOS PLANES DE ACCIÓN

Los días 12 al 13 y 14 al 15 de abril de 2016, fueron adiestrados en el Curso de Instructor de Dispositivo de Control Eléctrico (DCE), diez (10) MPPR de diferentes rangos y secciones de la Oficina de Reforma. El propósito de esta acción es cumplir con lo establecido en el requerimiento 231, en lo relacionado a las características del adiestramiento brindado al personal de la Oficina de Reforma, del cual mencionamos parte "que será una división interdisciplinaria y multi-rango con las destrezas y habilidades necesarias para planificar y facilitar la implementación del Acuerdo y servirá como eje central de la reforma dentro de la PPR y esta se asegurara de que sus miembros reciban todo el adiestramiento y los recursos necesarios para completar con éxito sus funciones". En este caso en particular el adiestrar este personal de la Oficina de Reforma como

# INFORME DE PROGRESO SEMESTRAL

instructores del DCE, les permitirá medir de manera efectiva estos adiestramientos, incluyendo el rol del instructor.

EQUIPO ADQUIRIDO

La PPR durante el periodo de este informe adquirió diferentes equipos necesarios para el contribuir al progreso y cumplimiento del Acuerdo, los cuales mencionamos a continuación:

a. Trece (13) impresoras con la capacidad de capturar la firma digital, para cada una de las Divisiones de Investigaciones Administrativas de las Áreas Policiacas.  Este equipo agiliza y facilita la toma de declaraciones fuera de las unidades de trabajo.

b. Seiscientos cincuenta (650) radios de comunicación portátiles fueron adquiridos para ser distribuidos en las diferentes unidades de trabajo según las prioridades actuales.  La adquisición de este equipo facilita el cumplimiento del Acuerdo en las Secciones: IV de Uso de Fuerza en sus requerimientos números 43 y 49; y V de Registros y Allanamientos en los requerimientos números 66 y 67, donde en las situaciones establecidas en los mismos los MPPR tienen que comunicarse con sus supervisores.

c. En marzo de 2016 se recibieron Dispositivos de Control Eléctrico (DCE) y otros equipos relacionados según se especifica a continuación:

i.    Mil trescientos veinticuatro (1,324) DCE;

### DISTRIBUCIÓN DCE

| Unidades de Trabajo | Cantidad | Observaciones |
| --- | --- | --- |
| San Juan | 113 | |
| Arecibo | 72 | |
| Ponce | 49 | |
| Humacao | 29 | |
| Mayagüez | 24 | |
| Caguas | 109 | Zona de Excelencia incluida |
| Bayamón | 193 | Zona de Excelencia incluida |
| Carolina | 101 | |
| Guayama | 14 | |
| Aguadilla | 34 | |
| Utuado | 27 | Zona de Excelencia incluida |
| Fajardo | 21 | |
| Aibonito | 33 | |
| Superintendencia Auxiliar en Operaciones de Campo | 25 | |

# INFORME DE PROGRESO SEMESTRAL

| | | |
|---|---|---|
| Negociado de Tránsito (Total) | 331 | |
| Superintendencia Auxiliar en Investigaciones Criminales | 137 | |
| Superintendencia Auxiliar en Responsabilidad Profesional | 5 | |
| Oficina Superintendente | 5 | Escoltas, Oficina de Reforma y Oficina de Prensa |
| Superintendencia Auxiliar en Educación y Adiestramiento | 2 | |
| **Sub Totales** | **1,324** | |

ii.  Cinco mil un (5,001) cartuchos para DCE de veintiún (21) pies de alcance;

iii.  Dos mil (2,000) baterías para DCE;

iv.  Mil Cuatrocientas (1,400) vaquetas para DCE;

d.  La PPR recibió cuatro mil (4,000) unidades de gas pimienta (MK-3) adicionales a las ya siete mil (7,000) adquiridas, para un total de once mil (11,000) unidades, para continuar equipando a los MPPR;

e.  El 14 de marzo de 2016, la PPR recibió un Simulador de Uso de Fuerza para ser usado en los adiestramientos de armas de reglamento, armas largas, DCE y armas de impacto, brindados por la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA).

## INFORME DE PROGRESO SEMESTRAL

### III.  Zonas de Excelencia

PROGRESOS DE ADIESTRAMIENTO

En la tabla a continuación se muestra el progreso del entrenamiento en las cuatro (4) Zonas de Excelencia: Precinto de Bayamón Oeste, Distrito de Utuado, Distrito de Quebradillas y el Distrito de Las Piedras desde el 1 de enero al 13 de mayo de 2016. El porcentaje de cumplimiento se basa en doscientos veinte y seis (226) MPPR asignados a dichos precintos y distritos.

### PROGRESO DE ADIESTRAMIENTO DE LAS ZONAS DE EXCELENCIA

| Distrito/Precinto | Batón Expandible | Arma Reglamento | Uso de Fuerza | DCE | Arrestos y Citaciones | Gas Pimienta |
|---|---|---|---|---|---|---|
| Bayamón Oeste | 42 | 103 | 8 | 8 | 47 | 89 |
| Utuado | 4 | 36 | 13 | 36 | 36 | 35 |
| Quebradillas | 40 | 41 | 5 | 42 | 41 | 40 |
| Las Piedras | 40 | 41 | 6 | 41 | 25 | 33 |
| Totales | 126 | 221 | 32 | 186 | 149 | 197 |
| % Cumplimiento | 56.0 | 98.2 | 14.2 | 82.7 | 66.2 | 87.6 |

INCIDENTES DE USO DE FUERZA

En las tablas mostradas a continuación se muestra la cantidad de incidentes de uso de fuerza reportados desde el año **2014 hasta el 2016** en las unidades de trabajo de las Zonas de Excelencia, según la información provista por la Superintendencia Auxiliar en Responsabilidad Profesional.

   a. La siguiente tabla contiene la cantidad de incidentes de uso de fuerza reportados en el año 2014 en las Zonas de Excelencia durante el periodo del **1 de enero al 31 de diciembre de 2014**:

| Distritos/Precintos | UF Nivel I | UF Nivel II | UF Nivel III | UF Nivel IV | Totales |
|---|---|---|---|---|---|
| Bayamón Oeste | 1 | 2 | 0 | 2 | 5 |
| Utuado | 0 | 1 | 1 | 0 | 2 |
| Quebradillas | 0 | 1 | 1 | 1 | 3 |
| Las Piedras | 0 | 0 | 1 | 0 | 1 |
| **Totales** | 1 | 4 | 3 | 3 | 11 |

## INFORME DE PROGRESO SEMESTRAL

b.   La siguiente tabla contiene la cantidad de incidentes de uso de fuerza reportados en el año 2015 en las Zonas de Excelencia durante el periodo del **1 de enero al 31 de diciembre de 2015**:

| Distritos/Precintos | UF Nivel I | UF Nivel II | UF Nivel III | UF Nivel IV | Totales |
|---|---|---|---|---|---|
| Bayamón Oeste | 1 | 3 | 0 | 1 | 5 |
| Utuado | 4 | 0 | 0 | 1 | 5 |
| Quebradillas | 1 | 2 | 0 | 0 | 3 |
| Las Piedras | 1 | 4 | 1 | 1 | 7 |
| **Totales** | 7 | 9 | 1 | 3 | 20 |

c.   La siguiente tabla contiene la cantidad de incidentes de uso de fuerza reportados en el año 2016 en las Zonas de Excelencia durante el periodo del **1 de enero al 30 de abril de 2016**:

| Distritos/Precintos | UF Nivel I | UF Nivel II | UF Nivel III | UF Nivel IV | Totales |
|---|---|---|---|---|---|
| Bayamón Oeste | 0 | 0 | 0 | 0 | 0 |
| Utuado | 0 | 0 | 0 | 0 | 0 |
| Quebradillas | 0 | 0 | 1 | 1 | 2 |
| Las Piedras | 0 | 0 | 0 | 0 | 0 |
| **Totales** | 0 | 0 | 1 | 1 | 2 |

Durante el año 2014, de los once 11 incidentes de uso de la fuerza reportados, ninguno de ellos resultó en muerte, tres (3) ciudadanos y tres (3) MPPR resultaron lesionados, aunque no con *lesiones graves* según lo definido en el requerimiento 11(yy) del Acuerdo.  Las investigaciones revelaron que fue justificado el uso de la fuerza ejercida.

En comparación con el año 2014, durante el año 2015, los incidentes de uso de fuerza reportados totalizaron veinte (20) casos, ninguno de ellos resultó en muerte, nueve (9) ciudadanos y dos (2) MPPR resultaron lesionados, aunque no con *lesiones graves* según lo definido en el requerimiento 11(yy).  Las investigaciones revelaron que fue justificado el uso de la fuerza ejercida en estos casos.  Es muy posible que el aumento en los incidentes registrados están

## INFORME DE PROGRESO SEMESTRAL

directamente asociados con el conocimiento adquirido durante los adiestramientos en cuanto a la responsabilidad de los MPPR de reportar los casos de uso de fuerza.

Hasta el 30 de abril de 2016 se han reportado solamente dos (2) casos de incidentes de uso de fuerza en las Zonas de Excelencia. Ninguno de los incidentes resultó en muerte, dos (2) ciudadanos y un (1) un MPPR resultaron lesionados, aunque no con *lesiones graves* según lo definido en el requerimiento 11(yy), las investigaciones revelaron que el uso de la fuerza ejercido fue justificado.

# IV.  Áreas de Cumplimiento

## A. PROFESIONALIZACIÓN

ÉTICA GUBERNAMENTAL

El 15 de abril de 2016, se ofreció un adiestramiento en la Academia de la PPR de siete (7) horas presenciales sobre la Ley Núm. 1 de 3 de enero de 2012 "Ley de Ética Gubernamental de Puerto Rico", los temas discutidos fueron: "Equipos Exitosos y Mis Finanzas Personales"; "¿En Manos de Quién?".  Asimismo el 22 de abril de 2016, se ofreció en las dependencias de las trece (13) Áreas Policiacas de la PPR, la proyección de la película titulada "Coach Carter", la asistencia a esta actividad, le servirá para la acumulación de horas contacto a los empleados de la PPR que asistan para el cumplimiento de la Ley1-2012, *supra*.

ASCENSOS

El 5 de diciembre de 2015 fue administrado el examen para ascenso al rango de Teniente Segundo. De un total de novecientos setenta y ocho (978) Sargentos que participaron del proceso, quinientos dieciséis (517) aprobaron el mismo para un 53% de este total.  Además durante el periodo cubierto por este informe y como parte del proceso establecido en la Agencia se publicaron los registros de elegibles a los rangos de: Capitán; Teniente Primero; Teniente Segundo y Sargento.

El 25 de febrero de 2016, durante la Semana de la PPR, se otorgaron doscientos cincuenta y ocho (258) ascensos a los diferentes rangos según se desglosa a continuación:

| | | |
|---|---|---|
| a. | Coronel | 1 |
| b. | Teniente Coronel | 13 |
| c. | Comandante | 18 |
| d. | Inspector | 15 |
| e. | Capitán | 60 |
| f. | Teniente Primero | 36 |

## INFORME DE PROGRESO SEMESTRAL

g. Teniente Segundo                    50

h. Sargento                            65

## ACUERDO COLABORATIVO ENTRE LA PPR Y LA OFICINA DE ÉTICA GUBERNAMENTAL (OEG)

En conformidad con el Acuerdo Colaborativo firmado el 16 marzo de 2015 y en cumplimiento con la Ley Núm. 1-2012 "Ley de Ética Gubernamental" Artículo 3.3, a petición de cualquier empleado público, los adiestramientos brindados por la PPR; otras agencias gubernamentales; o empresas privadas podrán ser convalidados por diez (10) horas contacto de educación continua sobre el tema de ética gubernamental. Según lo establecido en la antes mencionada Ley, cada MPPR tiene que cumplir con el requisito de veinte (20) horas de educación continua en ética gubernamental en cada periodo bienal. Los adiestramientos de la PPR que podrán convalidarse son los siguientes: Código de Ética de los MPPR; Respuesta Rápida en Prevención de Suicidio; Arrestos y Citaciones; Violencia Doméstica; Curso Básico del Dispositivo de Control Eléctrico (DCE); Operadores de Batón Expandible; Certificación de Operadores en Uso y Manejo de Gas Pimienta; y Uso de Fuerza.

Esta gestión contribuye al cumplimiento del requerimiento número doce (12), ya que promueve prácticas policiacas profesionales, éticas y respetuosas para afrontar de manera efectiva los retos de seguridad pública y aplicar prácticas policiacas constitucionales de manera consistente y uniforme; además de desarrollar la confianza de la ciudadanía y fortalecer las estructuras institucionales.

## ESTUDIO DE ASIGNACIÓN DE PERSONAL Y RECURSOS

El 24 de febrero de 2016, se constituyó el equipo de trabajo con representación de las Superintendencias Auxiliares de: Servicios Gerenciales (como líder); Operaciones de Campo; Investigaciones Criminales; Educación y Adiestramiento; Oficina de Reforma; Oficina de Asuntos Legales; y diferentes áreas de trabajos responsables de forma directa o indirecta en el

## INFORME DE PROGRESO SEMESTRAL

desarrollo del estudio de personal y recursos.  Entre estas unidades se encuentran: el Negociado de Recursos Humanos; Negociado de Tecnología e Informática; representantes de las áreas operacionales e investigativas y representantes del Grupo de Trabajo del TCA y del DJEU.

### B.  USO DE FUERZA

ESTADÍSTICAS DE INCIDENTES DE USO DE FUERZA

A continuación se muestran las tablas con los incidentes de Uso de Fuerza reportados desde el año **2014 hasta el 2016**, según datos proporcionados por la Superintendencia Auxiliar de Responsabilidad Profesional (SARP).

a.  La siguiente tabla muestra la cantidad de incidentes de Uso de la Fuerza por niveles reportados desde **1 enero** al **31 diciembre 2014**:

| Áreas Policiacas | UF Nivel I | UF Nivel II | UF Nivel III | UF Nivel IV | Totales |
|---|---|---|---|---|---|
| San Juan | 3 | 14 | 20 | 11 | 48 |
| Arecibo | 10 | 31 | 26 | 2 | 69 |
| Ponce | 33 | 51 | 13 | 10 | 107 |
| Humacao | 0 | 0 | 5 | 7 | 12 |
| Mayagüez | 13 | 24 | 7 | 4 | 48 |
| Caguas | 2 | 7 | 11 | 3 | 23 |
| Bayamón | 2 | 19 | 21 | 19 | 61 |
| Carolina | 10 | 9 | 10 | 5 | 34 |
| Guayama | 0 | 0 | 0 | 0 | 0 |
| Aguadilla | 25 | 31 | 16 | 9 | 81 |
| Utuado | 3 | 20 | 7 | 2 | 32 |
| Fajardo | 22 | 20 | 16 | 11 | 69 |
| Aibonito | 17 | 19 | 9 | 3 | 48 |
| **Sub Totales** | **140** | **245** | **161** | **86** | **632** |

## INFORME DE PROGRESO SEMESTRAL

b. La siguiente tabla muestra la cantidad de incidentes de Uso de Fuerza por niveles reportados desde el **1 de enero al 31 de diciembre de 2015**:

| Áreas Policiacas | UF Nivel I | UF Nivel II | UF Nivel III | UF Nivel IV | Totales |
|---|---|---|---|---|---|
| San Juan | 8 | 17 | 17 | 30 | 72 |
| Arecibo | 38 | 24 | 24 | 2 | 88 |
| Ponce | 73 | 23 | 23 | 14 | 133 |
| Humacao | 5 | 13 | 13 | 9 | 40 |
| Mayagüez | 38 | 10 | 10 | 1 | 59 |
| Caguas | 10 | 35 | 35 | 9 | 89 |
| Bayamón | 17 | 20 | 20 | 15 | 72 |
| Carolina | 9 | 22 | 22 | 2 | 55 |
| Guayama | 16 | 8 | 8 | 6 | 38 |
| Aguadilla | 52 | 22 | 22 | 1 | 97 |
| Utuado | 19 | 10 | 10 | 4 | 43 |
| Fajardo | 19 | 16 | 16 | 5 | 56 |
| Aibonito | 36 | 19 | 19 | 7 | 81 |
| **Sub Totales** | **340** | **239** | **239** | **105** | **923** |

c. La siguiente tabla muestra la cantidad de incidentes de Uso de Fuerza por niveles reportados desde el **1 de enero al 30 de abril de 2016**:

| Áreas Policiacas | UF Nivel I | UF Nivel II | UF Nivel III | UF Nivel IV | Totales |
|---|---|---|---|---|---|
| San Juan | 5 | 8 | 18 | 1 | 32 |
| Arecibo | 7 | 4 | 13 | 4 | 28 |
| Ponce | 17 | 5 | 11 | 2 | 35 |
| Humacao | 2 | 1 | 5 | 4 | 12 |
| Mayagüez | 9 | 8 | 8 | 2 | 27 |
| Caguas | 0 | 6 | 9 | 0 | 15 |
| Bayamón | 11 | 7 | 13 | 6 | 37 |
| Carolina | 9 | 6 | 8 | 1 | 24 |
| Guayama | 1 | 4 | 3 | 3 | 11 |
| Aguadilla | 5 | 3 | 5 | 2 | 15 |
| Utuado | 4 | 1 | 1 | 1 | 7 |
| Fajardo | 2 | 10 | 28 | 1 | 41 |
| Aibonito | 5 | 3 | 9 | 1 | 18 |
| **Sub Totales** | **77** | **66** | **131** | **28** | **302** |

## INFORME DE PROGRESO SEMESTRAL

d. La siguiente tabla muestra la cantidad de incidentes de Uso de Fuerza de Nivel IV que han resultado en **lesiones graves** desde el **1 de enero de 2014 hasta el 30 de abril de 2016**.

| Áreas Policiacas | 2014 | 2015 | 2016 | Totales |
|---|---|---|---|---|
| San Juan | 3 | 6 | 2 | 11 |
| Arecibo | 1 | 1 | 1 | 3 |
| Ponce | 1 | 1 | 0 | 2 |
| Humacao | 0 | 0 | 0 | 0 |
| Mayagüez | 0 | 1 | 1 | 2 |
| Caguas | 1 | 1 | 0 | 2 |
| Bayamón | 0 | 3 | 4 | 7 |
| Carolina | 0 | 2 | 1 | 3 |
| Guayama | 0 | 1 | 1 | 2 |
| Aguadilla | 0 | 0 | 1 | 1 |
| Utuado | 0 | 2 | 0 | 2 |
| Fajardo | 1 | 1 | 0 | 2 |
| Aibonito | 1 | 0 | 0 | 1 |
| **Sub Totales** | **8** | **19** | **11** | **38** |

## INFORME DE PROGRESO SEMESTRAL

e.  La siguiente tabla muestra la cantidad de incidentes de Uso de la Fuerza de Nivel IV que han resultado en **muertes** desde el **1 de enero de 2014 hasta el 30 de abril de 2016**.

| Áreas Policiacas | 2014 | 2015 | 2016 | **Totales** |
|---|---|---|---|---|
| San Juan | 1 | 0 | 0 | 1 |
| Arecibo | 0 | 0 | 0 | 0 |
| Ponce | 0 | 0 | 0 | 0 |
| Humacao | 1 | 0 | 0 | 1 |
| Mayagüez | 2 | 0 | 0 | 2 |
| Caguas | 0 | 2 | 0 | 2 |
| Bayamón | 1 | 1 | 0 | 2 |
| Carolina | 0 | 0 | 0 | 0 |
| Guayama | 0 | 0 | 0 | 0 |
| Aguadilla | 0 | 0 | 0 | 0 |
| Utuado | 0 | 0 | 0 | 0 |
| Fajardo | 0 | 0 | 0 | 0 |
| Aibonito | 0 | 0 | 0 | 0 |
| Policía Municipal | 3 | 2 | 0 | 5 |
| **Sub Totales** | **8** | **5** | **0** | **13** |

Como se muestra en la tabla anterior, para el año 2014, tres (3) de los ocho (8) incidentes de uso de fuerza reportados que resultaron en muertes están vinculados a policías municipales, en uno (1) de estos casos ya hubo convicción, en otro se determinó ser un caso de legítima defensa y el tercer (3er) incidente de policías municipales está aún pendiente de adjudicación. En cuanto a los otros cinco (5) incidentes de uso de la fuerza que involucran a MPPR que resultaron en muertes, las investigaciones mostraron que uno (1) fue suicidio y los otros cuatro (4) fueron en legítima defensa.

Durante el 2015 fueron reportados cinco (5) incidentes de uso de fuerza que resultaron en muertes, en dos (2) de estos los involucrados eran policías municipales, uno (1) de estos resultó en defensa propia, el estatus del último incidente con un policía municipal está aún pendiente de adjudicación. Con respecto al uso de fuerza de los otros tres (3) incidentes de MPPR que

resultaron en muertes, las investigaciones demostraron que todos ellos fueron casos de defensa propia.

Al 30 de abril de 2016, no se han reportado muertes por incidentes de uso de fuerza.

## POLÍTICAS DE USO DE FUERZA

Todas las políticas firmadas por el Superintendente fueron aprobados previamente por el TCA, sin la objeción del DJEU.  Estas políticas se difundieron a través de correo electrónico y fueron publicadas en la página electrónica de la PPR, para facilitar el acceso y para conocimiento de todos los MPPR y el público en general.

## POLÍTICA SOBRE CANINOS

En cumplimiento con el requerimiento número 24, el 14 de enero de 2016, el Superintendente firmó la Orden General Capítulo 100; Sección 116, titulada "**Reorganización de la División Canina**".  El propósito de esta Orden General es el de establecer la estructura organizacional de la División y delinear sus funciones administrativas y operacionales, incluyendo el protocolo de canes patrulleros de acuerdo a las leyes aplicables y mejores prácticas policiacas.

## POLÍTICA DE UNIDADES DE TÁCTICAS ESPECIALIZADAS: "ARMAS Y TÁCTICAS ESPECIALES (SWAT)"

En cumplimiento con el requerimiento número 27, el 21 de enero de 2016, el Superintendente firmó la Orden General Capítulo 100; Sección 117 titulada "**Reorganización de la División de Armas y Tácticas Especiales (SWAT)**".  Esta política tiene como propósito establecer la estructura organizacional, métodos de selección, reclutamiento y movilizaciones de SWAT.  El objetivo principal de los equipos SWAT de la PPR es de manejar incidentes de alto riesgo, que ponen en peligro la seguridad pública, de la forma más segura posible.  Esto se logra a través de la selección y reclutamiento adecuado del personal, los adiestramientos acordes a las mejores prácticas policiacas y equipos tácticos para atender estos  tipos de situaciones; y la asignación de

## INFORME DE PROGRESO SEMESTRAL

funciones especializadas, enfocadas en tácticas de protección de la vida humana, la propiedad, salvaguardando los derechos civiles de las personas y la lucha contra el crimen.

POLÍTICA DE UNIDADES DE TÁCTICAS ESPECIALIZADAS: "DIVISIÓN DE OPERACIONES TÁCTICAS"

Asimismo en cumplimiento con el requerimiento número 27, el 21 de enero de 2016, el Superintendente firmó la Orden General Capítulo 100 Sección 112 titulada "**Reorganización de las Divisiones de Operaciones Tácticas**". El propósito de esta política es el de establecer la División de Operaciones Tácticas como la unidad operacional de la PPR que es responsable del control de multitudes y/o disturbios. Las acciones de la División de Operaciones Tácticas estarán enmarcadas en intervenciones en donde la vida y la propiedad estén en peligro, donde haya destrucción de la propiedad pública o privada; amenaza de explosivos; o cualquier otra circunstancia particular que atente contra la seguridad pública. Para cumplir con su responsabilidad, los MPPR asignados a la División de Operaciones Tácticas contarán con una formación especializada en estrategias, tácticas y técnicas, que les permitan llevar a cabo sus deberes sin la necesidad de hacer uso excesivo de la fuerza, según lo dictan las políticas de la PPR. Esta reorganización responde a la necesidad de establecer nuevos parámetros de selección, reclutamiento y retención del personal; atemperar su misión a la realidad social actual; y mejorar la utilización de recursos humanos y la calidad de los servicios que prestados por la PPR. Por lo tanto, este cambio garantizará la seguridad pública y el cumplimiento de la aplicación de la ley de forma constitucional.

POLÍTICA SOBRE ARMAS MENOS LETALES Y DE CUALQUIER OTRA TECNOLOGIA

En cumplimiento con el requerimiento número 24, el 11 de febrero de 2016, el Superintendente firmó la Orden General Capítulo 600 Sección 620, titulada "**Normas y Procedimientos para la Utilización de Armas Especializadas por Miembros de las Divisiones de Tácticas Especializadas**". El propósito de esta Orden General es establecer las normas y procedimientos que deben seguirse durante el uso de armas intermedias y especializados por MPPR asignados a

## INFORME DE PROGRESO SEMESTRAL

la División de Tácticas Especiales debidamente adiestrados y certificados exclusivamente, sin que esto se entienda como una medida para sustituir cualquier otra opción de uso de fuerza establecida en la política pública de la PPR para el manejo de un incidente. Este tipo de armas y municiones, se consideran menos letales, ya que están diseñados para controlar a una persona en circunstancias en que no es razonable ni justificado el uso de un arma de fuego. Esta Orden General complementa las Ordenes Generales del Capítulo 100 Secciones 112 y 117, antes mencionadas.

POLÍTICA SOBRE CONTROL DE MULTITUDES
En cumplimiento con el requisito número 32, el 21 de abril de 2016, el Superintendente firmó la Orden General Capítulo 600 Sección 625 titulada "**Manejo y Control de Multitudes**". Esta política establece las normas, procedimientos y guías que regularán a los MPPR en cómo manejar multitudes o grupos y preservar la paz durante demostraciones, eventos programados, protestas, huelgas o restaurar el orden durante un disturbio espontáneo, garantizando que la misión de la PPR de proteger vidas y propiedades sea llevada a cabo con la mayor eficiencia, actuando con respeto a la dignidad humana y protegiendo los derechos y libertades de todas las personas que residen y visitan nuestra Isla. Asimismo, mediante esta Orden se establecen las circunstancias bajo las cuales será activada, movilizada y desplegada las unidades tácticas especializadas, así como establecer las circunstancias bajo las cuales participarán, durante las actividades constitucionales o disturbios civiles, las unidades de apoyo tales como: la División Canina (la misma no podrá ser desplegada para el control de multitudes y su uso estará delineado por la Orden General Capítulo 100 Sección 116 titulada "Division Canina"), la Unidad de Motociclistas y la División Montada o cualquier otra unidad que sea necesaria.

POLÍTICA EN INVESTIGACIÓN Y ANÁLISIS SOBRE USO DE FUERZA
En cumplimiento con los requerimientos números 40 y 41, el 11 de febrero de 2016, el Superintendente firmó la Orden General Capítulo 100 Sección 113 titulada "**División de Investigación de Incidentes de Uso de Fuerza (FIU)**". A través de esta Orden General se creó

## INFORME DE PROGRESO SEMESTRAL

la División de Investigación de Incidentes de Uso de Fuerza de la Policía de Puerto Rico (FIU). La función de esta División será la de investigar todos los incidentes de uso de fuerza grave, usos de fuerza que indiquen aparente conducta criminal por un MPPR, descargas críticas de armas de fuego, e incidentes de uso de fuerza por parte de MPPR con un rango superior al de Sargento. Además, investigarán los usos de fuerza que sean reasignados por el Superintendente, la Superintendencia Auxiliar en Responsabilidad Profesional (SARP), la Junta Evaluadora de Incidentes de Uso de Fuerza (FRB) y la Junta Evaluadora de Incidentes de Uso de Fuerza del Superintendente (SFRB), para investigación adicional.

Las facilidades centrales de la División de Investigación de Incidentes de Uso de Fuerza están ubicadas en el primer piso del Cuartel General de la PPR en Hato Rey.

POLÍTICA SOBRE PERSECUCIONES POLICIACAS

En cumplimiento con los requerimientos números 22, 23, y 53(h), el 17 de marzo de 2016, el Superintendente firmó la Orden General Capítulo 600 Sección 623 titulada "**Normas para el Manejo de Persecuciones Policiacas**". Esta política establece las normas a seguir por los MPPR en casos de que ocurran incidentes donde se produzcan persecuciones policiacas y aquellos relacionados al manejo de vehículos oficiales en situaciones de emergencia. Es de suma importancia que los MPPR logren un balance entre lo que es la seguridad pública y el cumplimiento de sus responsabilidades durante estos eventos. El objetivo principal de esta política es evitar accidentes de tránsito y cualquier otro incidente que pueda poner en riesgos la vida de los MPPR, sospechosos o terceros, a la vez que cumplen con su obligación de proteger vidas y propiedades de las personas, mantener el orden público y prevenir, descubrir, investigar y perseguir el delito. Las guías incluidas en esta Orden General servirán para que los MPPR consideren adecuadamente la totalidad de las circunstancias al momento de tomar la determinación de iniciar una persecución, continuar la misma y/o desistir de ella.

## INFORME DE PROGRESO SEMESTRAL

REVISIÓN ANUAL DE LA POLÍTICA SOBRE ARMAS DE IMPACTO

En cumplimiento con los requerimientos números 24(g) y 53, el 31 de marzo de 2016, fue enviada al TCA y al DOJ la versión final de la revisión anual de la **Orden General Capítulo 600 Sección 603 titulada "Uso y Manejo de Armas de Impacto"**, para evaluación y certificación de aprobación.

REVISIÓN ANUAL DE LA POLÍTICA SOBRE ARMAS QUIMICAS

En cumplimiento con los requerimientos números 24(e) y 53, el 31 de marzo de 2016, fue enviada al TCA y al DOJ el borrador final de la revisión anual de la Orden General Capítulo 600 Sección 604 titulada "**Uso y Manejo de Agentes Químicos**", para evaluación y certificación de aprobación.

MEMORANDO DE ENTENDIMIENTO ENTRE LA UNIVERSIDAD CENTRAL DEL CARIBE Y LA PPR

El Superintendente formalizó un memorando de entendimiento con la Universidad Central del Caribe, el cual tiene como base el proyecto titulado en inglés "Advancing Wellness and Resilience in Education" (AWARE-PR) del Instituto de Investigación, Educación y Servicios en Adicción (IRESA por sus siglas en inglés), adscrito a esta Universidad. Según lo establecido por la Universidad Central, el programa de adiestramiento que se brindará como parte del proyecto, tiene como fin implementar un modelo de intervención que permita identificar y responder asertivamente, ante la presencia de condiciones de salud mental y uso de sustancias psicoactivas en menores de edad entre las edades de 12 a 18 años. El compromiso de la PPR en este memorando de entendimiento es el incluir a los MPPR de la División de la Liga Atlética Policiaca que trabajan con la juventud de Loíza, Canóvanas, Río Grande y Luquillo para que reciban talleres de capacitación de ocho (8) horas contacto de duración. Estos talleres serán impartidos por personas certificadas como instructores en el currículo de Primeros Auxilios para la Salud Mental de los Jóvenes (YMHFA, por sus siglas en inglés). Esto se relaciona al requerimiento número 207 de Interacción con la Comunidad e Información Pública "La PPR continuará con

una política de alcance a una amplia base de líderes comunitarios para establecer alianzas orientadas a la solución de problemas y desarrollar estrategias de cooperación que generen respeto mutuo y relaciones de confianza.".

### C. REGISTROS Y ALLANAMIENTOS

REVISIÓN ANUAL DE LA POLÍTICA DE REGISTROS Y ALLANAMIENTOS

En cumplimiento con los requerimientos números 59, 74 al 77, el 11 de febrero de 2016, el Superintendente firmó la revisión de la Orden General Capítulo 600 Sección 612 titulada **"Autoridad de la Policía de Puerto Rico para llevar a cabo Registros y Allanamientos"**. El propósito de esta Orden General es reglamentar la política y las normas que los MPPR tienen que seguir en el ejercicio de su autoridad legal para llevar a cabo registros y allanamientos, garantizando de esta manera que todo registro y allanamiento se realice conforme a los derechos civiles de las personas y las leyes aplicables al respecto.

REVISIÓN ANUAL DE LA POLÍTICA DE ARRESTOS

En cumplimiento con los requerimientos números 59, 65 al 73, el 21 de abril de 2016, el Superintendente firmó la revisión de la Orden General Capítulo 600 Sección 615 titulada **"Autoridad de la Policía de Puerto Rico para llevar a cabo Arrestos y Citaciones"**. El propósito de esta Orden General es reglamentar la política y las normas que los MPPR tienen que seguir en el ejercicio de su autoridad legal para llevar a cabo arrestos y citaciones. Al igual que los registros y allanamientos, los arrestos y citaciones constituyen un aspecto vital del trabajo policiaco. Las reglas y procedimientos que se promulgan mediante esta política incorporan los conceptos, doctrinas y procedimientos aplicables en virtud de la Constitución del Estado Libre Asociado de Puerto Rico, la Constitución de Estados Unidos, las leyes y jurisprudencia estatal y federal. Sin embargo, las situaciones contenidas en esta Orden no representan un listado limitado con el que a diario puede enfrentarse el personal policiaco, debiendo complementarse las mismas con las decisiones judiciales que con relativa frecuencia se producen.

## INFORME DE PROGRESO SEMESTRAL

### D. IGUAL PROTECCIÓN Y NO DISCRIMEN

PRÁCTICAS POLICIACAS DISCRIMINATORIAS

En cumplimiento con el requerimiento número 89, el 10 de diciembre de 2015, la PPR hizo historia al Superintendente firmar la Orden General Capítulo 600 Sección 624 titulada **"Intervención con Personas Transgénero y Transexuales"**. El propósito de esta Orden General es establecer la política y procedimientos operativos y administrativos para los empleados de la PPR en su interacción con personas transgénero y transexuales (personas Trans), con el fin de proveer seguridad, respeto y dignidad. Las intervenciones indebidas con las personas Trans viola sus derechos civiles y vulnera sus derechos humanos afectando su calidad de vida y su diario vivir en áreas tales como empleo, vivienda y salud. La PPR prohíbe cualquier tipo de perjuicio y/o la discriminación o la percepción de prejuicio y/o discriminación en sus intervenciones con las personas Trans. Mediante el establecimiento de una política que respete los derechos civiles y humanos de las personas Trans, se promueve una relación de confianza y a su vez la capacidad de los MPPR, en su función de brindar protección y seguridad a la comunidad, se fortalece.

La firma de la política se llevó a cabo luego de un taller brindado a altos oficiales y otro personal de la Agencia, titulado "Transgénero, ¿Que preguntar? ¿Qué no?", los conferenciantes del mismo fueron la Honorable Juez Aleida Varona del Tribunal de Apelaciones del Estado Libre Asociado de Puerto Rico, la Sra. Amanda Baerga, Coordinadora del Proyecto de Igualdad de Género de la Administración de Tribunales y el Licenciado Osvaldo Burgos como representante de la comunidad.

En la redacción de la Orden General colaboraron representantes de las siguientes organizaciones: Comunidad Transgénero y Transexual; Comisión de Derechos Civiles de Puerto Rico; Unión Americana de Libertades Civiles (ACLU por sus siglas en inglés), Clínica de Servicios Legales de la Escuela de Derecho de la Universidad de Puerto Rico (UPR) y personas de la comunidad en general.

## INFORME DE PROGRESO SEMESTRAL

POLITICA DE INTERVENCIONES CON PERSONAS EXTRANJERAS

En cumplimiento con los requerimientos números 87 y 88, en marzo 15 de 2016, el TCA aprobó la Orden General Capítulo 600 Sección 626 titulada **"Intervención con Personas Extranjeras"**. Esta política fue firmada por el Superintendente el 25 de mayo de 2016. El propósito de esta política es el de establecer las normas y procedimientos a seguir por los MPPR, cuando intervienen con personas extranjeras por la comisión de delitos u otras circunstancias que requieran la interacción de la PPR con esta población. Además, instituye la política pública de no discrimen contra personas por condición de su estatus migratorio, origen o condición social y nacionalidad u origen étnico.

POLÍTICA SOBRE LA PREVENCIÓN DE DISCRIMEN, HOSTIGAMIENTO Y REPRESALIAS

En cumplimiento de los requisitos números 80, 81, 84, 87 y 88, el 11 de febrero de 2016, el Superintendente firmó el reglamento titulado **"Reglamento Interno para la Prevención de Discrimen, Hostigamiento y Represalias en la Policía de Puerto Rico"**. El objetivo de esta regulación es reconocer que el discrimen, acoso y represalias en el lugar de trabajo, son comportamientos que atentan contra la dignidad del ser humano y afectan el ambiente de trabajo, comportamientos que están regulados por las leyes y jurisprudencia, tanto federal como estatal. Además, se estableció en el mismo que la PPR tiene la responsabilidad de proporcionar procedimientos para informar, investigar y resolver estos incidentes, con el fin de promover y mantener un ambiente de trabajo seguro, saludable y libre de este tipo de comportamiento. Del mismo modo, es responsabilidad de la PPR para tomar medidas de manera oportuna y eficaz.

REGLAMENTO PARA EL ESTABLECIMIENTO DE SERVICIOS POLICIALES NO DISCRIMINATORIOS

Del mismo modo, en cumplimiento de los requisitos número 80, 81, 84, 87 y 88, el 13 de abril de 2016, el Superintendente firmó el Reglamento Número 8728, titulado **"Reglamento para el Establecimiento de Prácticas Libres de Discrimen"**. Esta regulación tiene un efecto sobre terceros y según lo exige la Ley de Procedimiento Administrativo Uniforme del Estado Libre

## INFORME DE PROGRESO SEMESTRAL

Asociado de Puerto Rico (LPAU) fue publicado y aprobado por el Departamento de Estado. Esta regulación tiene como objetivo proporcionar a sus empleados con las guías y herramientas necesarias para proporcionar servicios policiales imparciales y respetuosos, basados en las necesidades de las personas con las que interactúan a diario.

**POLÍTICAS SOBRE AGRESIÓN SEXUAL Y VIOLENCIA DOMÉSTICA**

POLÍTICAS SOBRE VIOLENCIA DOMÉSTICA

En cumplimiento de los requerimientos números 93, 98 al 100, y 111 (d), el 21 de abril de 2016, el Superintendente firmó la Orden General Capítulo 600 Sección 627, titulada **"Investigación de Incidentes de Violencia Doméstica"**. El propósito de esta política es establecer las directrices para los MPPR responsables de hacer cumplir la ley en respuesta a las llamadas de violencia doméstica. Como resultado de esta orden, se espera que los MPPR puedan brindar protección y apoyo a todas las víctimas de violencia doméstica, incluyendo las víctimas primarias y secundarias, ya sean adultos, niños, personas de la tercera edad o mascotas; tomar las medidas apropiadas para cualquier violación de una orden de protección; promover la seguridad de los MPPR en las intervenciones de los incidentes de violencia doméstica; orientar y proporcionar a las víctimas de violencia doméstica sobre valiosa información acerca de los servicios gubernamentales y entidades sin fines de lucro con el fin de ayudar a prevenir incidentes futuros de violencia doméstica; completar una investigación a fondo y si hay una buena razón, detener al agresor o agresores involucrados en el incidente.

Asimismo, en cumplimiento con los requerimientos números 93, 98 al 100, y 111 (d), el 21 de abril de 2016, el Superintendente firmó la Orden Administrativa 2016-4, titulada **"Investigación de Incidente de Violencia Doméstica Involucrando Empleados de la Policía de Puerto Rico"**. Esta Orden Administrativa proporciona procedimientos adicionales que se llevarán a cabo en el manejo e investigación de incidentes de violencia doméstica que involucren a empleados de la PPR, tanto del sistema clasificado como el de rango, e independientemente del rango o posición que ocupe dentro de la Agencia, ya sea como víctima o agresor. Esta Orden proporciona

## INFORME DE PROGRESO SEMESTRAL

un enfoque integral y proactivo en los casos de violencia doméstica que afecte a uno (1) o más empleados de la PPR con énfasis en la seguridad de la víctima. La Agencia adoptará políticas claras que demuestren de manera concluyente que la violencia doméstica no será tolerada y así preservar la integridad de la profesión policial y el sentido de la confianza que las comunidades tienen en la misma. Esta Orden Administrativa establece como prioridad la seguridad de las víctimas, está diseñada para hacerle frente al asunto de la prevención a través de prácticas de contratación eficaces y la capacitación, establecer una respuesta estructurada a los incidentes de violencia doméstica que involucren a empleados de la PPR y proveer una guía para futuras investigaciones administrativas y criminales.

Además de las dos órdenes mencionadas anteriormente, el 21 de abril de 2016, el Superintendente firmó la Orden General Capítulo 100 Sección 118 titulada **"Funciones y Responsabilidades de la División Especializada de Violencia Doméstica"**. El propósito de esta Orden General es establecer las funciones y responsabilidades de la División Especializada de Violencia Doméstica de la PPR (DEVD, por sus siglas en español) bajo las normas y procedimientos establecidos en la Orden General Sección 627.

La PPR garantizará la protección de la vida, la integridad física y mental y la dignidad. La PPR no tolerará las ideas, actitudes y comportamientos discriminatorios. Las investigaciones se llevarán a cabo libre de prejuicios; independientemente de su sexo, estado civil, orientación sexual, identidad de género y/o expresión, condición social, condición de personas sin hogar, discapacidad, religión o estatus migratorio de cualquiera de las partes involucradas en la relación.

## POLÍTICAS SOBRE AGRESIONES SEXUALES

En cumplimiento con los requerimientos números 93, 95 al 97 y 111 (d), el 21 de abril de 2016, el Superintendente firmó la Orden Administrativa 2016-3, titulada **"Investigación de Incidentes de Delitos Sexuales Cometidos por Empleados de la Policía de Puerto Rico"**. La cual tiene como objetivo reiterar la política pública de la PPR de la cero tolerancia a los delitos de violencia sexual. Además, para establecer que en circunstancias en las que figure un empleado de la PPR

figure como sospechoso en la comisión de un delito de esta naturaleza o cualquier otra, tienen que seguirse los procedimientos criminales y administrativos concernientes. Esto, con la intención primordial de mantener la confianza de la comunidad en el trabajo realizado por la PPR en la aplicación estricta de la ley.

Asimismo, en cumplimiento de los requerimientos números 93, 95 al 97 y 111 (d), el 21 de abril de 2016, el Superintendente firmó la Orden General Capítulo 600 Sección 622, titulada "**Investigación de Incidentes de Delitos Sexuales**". Esta Orden General proporciona a los agentes operacionales y especializados unas guías para atender los casos relacionados con los delitos sexuales en todas sus modalidades. Además, esta política establece los procesos de colaboración interagencial para proporcionar servicios de apoyo a las víctimas y sus familias. Incorpora protocolos de respuesta inicial ante el reporte de un asalto sexual, los mecanismos de investigación; incluyendo la interacción con las víctimas, entrevistas y recopilación de evidencia.

Además de las dos órdenes mencionadas anteriormente, el 21 de abril de 2016, el Superintendente firmó la Orden General Capítulo 100 Sección 115 titulada "**Reorganización y Estructuración Funcional de la División de Delitos Sexuales y Maltrato Infantil**". Esta orden General tiene los siguientes propósitos: reestructurar los deberes y responsabilidades asignadas a la División de Delitos Sexuales y Maltrato a Menores (DDSMM, por sus siglas en español) e incorporar nuevos mecanismos de comunicación como la nueva línea telefónica para víctimas de agresión sexual; y derogar la Orden General 2007-1 "Funciones y Responsabilidades de las Divisiones de Delitos Sexuales y Maltrato a Menores".

POLÍTICA SOBRE LA RECOPILACIÓN DE DATOS DEMOGRÁFICOS DE INCIDENTES

En cumplimiento de los requerimientos número 83, 85 y 86, el 1 de enero de 2016, el Superintendente firmó la Orden General Capítulo 600 Sección 621 titulada "**Control, Uso, Distribución, Archivo y Disposición Final de los Informes de Incidentes del Crimen (NIBRS) en la Policía de Puerto Rico**". Esta política permite la implementación de un sistema

## INFORME DE PROGRESO SEMESTRAL

de reglas, deberes y responsabilidades que serán seguidos por los MPPR, a través de la creación de un marco de controles administrativos para el uso, distribución, archivo y disposición final de los informes de incidentes. La recolección de datos de los informes de crímenes ocurridos, es considerada para la PPR como una herramienta esencial para la medición, el análisis y la introspección, lo cual sirve como base para la planificación, preparación y realización de planes de trabajo efectivos destinados a prevenir el delito, clarificando los casos criminales penales y maximizando los recursos adquiridos por la Agencia. Al mismo tiempo, la estructura que deberá realizarse, incluye el proceso de incorporación a nuestra jurisdicción del uso y manejo de las nuevas tecnologías y sistemas de digitalización a través de la creación del Sistema de Despacho Computadorizado (CAD).

MONITOREO DE CASOS DE VIOLENCIA DOMÉSTICA

En cumplimiento con el requerimiento número 100, la PPR está recopilando información estadística sobre los resultados de las investigaciones de violencia doméstica, con el fin de emitir el informe anual requerido por el Acuerdo. Véase tabla para los datos estadísticos de las investigaciones de los casos de violencia doméstica para el período comprendido entre el 1 de enero al 30 de abril de 2016:

**Resultados de las Investigaciones de Casos de Violencia Doméstica Contra MPPR**

| Género | Querellas Recibidas | MPPR Arrestados | Casos Radicados | MPPR Convictos | Otras Personas Arrestadas |
|--------|---------------------|-----------------|-----------------|----------------|---------------------------|
| Masculinos | 39 | 23 | 11 | 0 | 0 |
| Femeninas | 3 | 2 | 1 | 0 | 1 |
| **Totales** | **42** | **25** | **12** | **0** | **1** |

COLABORACIÓN CON LA OFICINA DE LA PROCURADORA DE LAS MUJERES

El 11 de marzo de 2016, de conformidad con el acuerdo con la Oficina de la Procuradora de las Mujeres de unir esfuerzos para erradicar la violencia doméstica en el lugar de trabajo, el

## INFORME DE PROGRESO SEMESTRAL

Superintendente tomó medidas con el fin de asignar personal de su oficina, de la Oficina de Asuntos Legales y de las Superintendencias Auxiliares de Responsabilidad Profesional, y Asuntos Gerenciales, para reunirse con la Procuradora de las Mujeres para proporcionarle información sobre el estado de ciertos casos de violencia doméstica, que la misma trajo a la atención de la PPR. La información fue suministrada a través de un informe escrito, en el que se tomaron las medidas necesarias para salvaguardar la información confidencial.

REPORTES ANUALES

La PPR en cumplimiento de los requerimientos 97 y 100, realizó los informes anuales requeridos sobre violencia doméstica y agresión sexual, respectivamente para el año 2015. Estos informes fueron publicados y están a la disposición del público en general en la página electrónica de la PPR siguiendo los siguientes pasos: escogiendo la Sección de **Policía Informa**; luego **Estadísticas**; y finalmente escogiendo **Estadísticas de Violencia Doméstica y Querellas de Delitos Sexuales** para obtener acceso a los respectivos informes anuales.

ADIESTRAMIENTO DE COMO MANEJAR VÍCTIMAS DE CASOS DE VIOLENCIA DOMÉSTICA, AGRESIONES SEXUALES Y ACECHO CONTRA PERSONAS DE LA COMUNIDAD LGBTT

A solicitud del personal del "Proyecto Matria", la PPR emitió una Carta de Compromiso dirigida a la Oficina de la Violencia contra la Mujer (OVW) del DJEU, para obtener una subvención (propuesta o grant en el idioma ingles) de fondos federales. Esta propuesta tiene como propósito el adiestrar a MPPR en el manejo de casos de violencia doméstica, agresiones sexuales y acecho donde las personas perjudicadas son parte de la comunidad LGBTT. En esta carta la PPR se comprometió con asignar para ser adiestrados a trescientos un (301) empleados, de los cuales doscientos setenta y uno (271) son MPPR asignados a las Unidades Especializadas de Violencia Doméstica y de Delitos Sexuales. Así mismo, la PPR ha seleccionado treinta (30) instructores de la Academia de la PPR para ser adiestrados por el "Proyecto Matria". En adición la PPR designará personal para asistir a las reuniones y sesiones de coordinación interagencial a ser

## INFORME DE PROGRESO SEMESTRAL

llevadas a cabo anualmente por "Proyecto Matria", como parte del seguimiento a este proyecto de adiestramiento.

TALLER PARA LA CONCIENCIACIÓN SOBRE LA INTERACCIÓN CON PERSONAS CON DISCAPACIDADES

El 14 de marzo de 2016, personal de la Oficina del Procurador de Personas con Impedimentos (OPPI) le brindó a MPPR en nuestro Cuartel General este Taller antes mencionado. Introductoriamente se discutió la relación directa de los temas brindados en el taller con el Proceso de Reforma, los Planes de Acción y el Area de Cumplimiento de Igual Protección y No Discrimen.  El resto de la actividad constaba de dos (2) sesiones según se detalla a continuación:

1. *"Trato Digno hacia las Personas con Impedimento"*, el cual trató sobre los siguientes temas:
   a. *Leyes Aplicables*; y
   b. *Consideraciones al momento de prestar servicio e intervenciones policiacas.*
2. *"! Una Persona Sorda!... ¿Y Ahora qué hago?"* el cual trató sobre los siguientes temas:
   a. *Detalles de la subcultura de la población*; y
   b. *Comunicación básica con la población.*

En estos talleres estuvieron presentes personal policiaco de las trece (13) áreas policiacas según se detalla a continuación: Comandantes de Area; Comandantes de Distritos y Precintos; Directores de Relaciones con la Comunidad; Directores de la Liga Atlética Policiaca; Facilitadores de los Comités de Interacción Ciudadana; personal de la Oficina de Vigilancia del Cuartel General y de la Oficina de Reforma.  La realización de este taller ayuda la PPR a atender una situación expuesta en la segunda Vista Pública del Tribunal Federal para el Distrito de Puerto Rico, celebrada en Ponce, en la cual se trajo a la atención de Tribunal por un deponente el tema del trato de la PPR a las personas con discapacidades.

## INFORME DE PROGRESO SEMESTRAL

### E. RECLUTAMIENTO, SELECCIÓN Y NOMBRAMIENTO

PRÁCTICAS DE RECLUTAMIENTO DE LA PPR

En cumplimiento con el requerimiento número 108, el Superintendente nombró a un equipo, liderado por el Director de la Oficina de Asuntos Legales, para redactar un anteproyecto de ley para enmendar la Ley Núm. 53 del 10 de junio de 1996, según enmendada, mejor conocida como la "Ley de la Policía de Puerto Rico" para ajustarla al Acuerdo de la PPR para una Reforma Sostenible, el cual establece que la PPR revisará e implementará políticas para asegurar que los reclutas y cadetes no cualifiquen para las protecciones laborales del servicio civil hasta que sus aptitudes y habilidades hayan sido evaluadas correctamente.

### F. POLÍTICAS Y PROCEDIMIENTOS

ESTATUS DEL DESARROLLO DE POLÍTICAS

A esta fecha, el TCA ha aprobado un total de 38 políticas, el equivalente a un 39% del total de las políticas y procedimientos incluidos en los planes de acción.  La PPR está en proceso de incorporar comentarios del DJEU y del TCA para nueve (9) políticas adicionales, y el TCA y el DJEU están en el proceso de evaluación de otras cinco (5) políticas para su aprobación.

PROYECCIÓN DE VOLUMEN DE TRABAJO SEGÚN LOS PLANES DE ACCIÓN PARA EL AÑO 2016 Y 2017

La siguiente gráfica ilustra el volumen de políticas proyectadas a ser trabajadas por la Oficina de Reforma en el año 2016, de acuerdo a los Planes de Acción.  Al finalizar el año serán desarrolladas y/o revisadas ochenta y dos (82) políticas por la PPR:

## INFORME DE PROGRESO SEMESTRAL

### Volumen de Trabajo Año 2016 Conforme a los Planes de Acción



| TAREAS | Ene | Feb | Mar | Abril | Mayo | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total | Tendencias |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Políticas | 6 | 6 | 7 | 14 | 2 | 7 | 7 | 6 | 6 | 6 | 7 | 8 | 82 | |
| Total | 6 | 6 | 7 | 14 | 2 | 7 | 7 | 6 | 6 | 6 | 7 | 8 | 82 | |

Asimismo, la siguiente gráfica muestra el volumen de políticas proyectadas a ser trabajadas por la Oficina de Reforma en el año 2017 de acuerdo a los Planes de Acción. Al finalizar el año serán desarrolladas y/o revisadas noventa y siete (97) políticas por la PPR.

### Volumen de Trabajo Año 2017 Conforme a los Planes de Acción



| TAREAS | Ene | Feb | Mar | Abril | Mayo | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total | Tendencias |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Políticas | 7 | 7 | 9 | 14 | 3 | 8 | 8 | 8 | 7 | 9 | 8 | 9 | 97 | |
| Total | 7 | 7 | 9 | 14 | 3 | 8 | 8 | 8 | 7 | 9 | 8 | 9 | 97 | |

## INFORME DE PROGRESO SEMESTRAL

**G.** ADIESTRAMIENTO

CIERRE INSTITUCIONAL DEL COLEGIO UNIVERSITARIO DE JUSTICIA CRIMINAL (CUJC)

Como resultado de la aprobación de la Ley 112-2014, la ley orgánica del CUCJ (Ley 155-1999) fue derogada. La Ley 112, *supra*, además tenía la intención de enmendar el artículo 6 de la Ley 53-1996, *supra*, con el propósito de devolver los poderes y responsabilidades del CUJC a la PPR, bajo el control y dirección del Superintendente. De acuerdo con los poderes y responsabilidades que la ley concede al Superintendente, el 30 de julio de 2014, se firmó la Orden General Capítulo 100 Sección 108, Titulada **"Creación de la Superintendencia Auxiliar de Educación y Adiestramiento"**.

Con el fin de completar el proceso de cierre institucional del CUJC, el 30 de abril de 2016, el Consejo de Educación Superior de Puerto Rico emitió la certificación número 2015-175 reconociendo este cierre institucional. Esta certificación fue emitida en virtud del Capítulo VI del Reglamento el Licenciamiento de Instituciones de Educación Superior de Puerto Rico, Núm. 8265-2012.

Teniendo en cuenta el cierre institucional del Colegio Universitario de Justicia Criminal (CUJC), el requerimiento número 118 del Acuerdo de la Reforma ya no será aplicable a la PPR. Sin embargo, desde la creación de la Superintendencia Auxiliar de Educación y Adiestramiento, la PPR es la entidad responsable de la educación previa al servicio y el adiestramiento de nuevos cadetes.

EDUCACIÓN PREVIA AL SERVICIO Y CURRÍCULOS DE ADIESTRAMIENTOS

En cumplimiento con los requerimientos 119 y 120, la Superintendencia Auxiliar de Educación y Adiestramiento revisó los currículos de Educación y Adiestramiento Previo al Servicio para el Primer, Segundo y Tercer Bimestre. El Superintendente aprobó los materiales de adiestramiento

## INFORME DE PROGRESO SEMESTRAL

antes mencionados. Los diseños de adiestramientos asociados a estos currículos de adiestramiento fueron enviados al TCA el 28 de marzo, 4 de abril y 18 de mayo de 2016 para su revisión y aprobación. El diseño de adiestramiento para la clase 225, cumple con los requisitos de proporcionar un mínimo de novecientas horas (900) contacto de adiestramiento. Este diseño de adiestramiento incluye el desarrollo de los cursos de programas de estudio según mencionados adelante para cada uno de los siguientes bimestres:

1. *Primer Bimestre*
   a. Criminología;
   b. Destrezas de Comunicación y Redacción de Informes y Formularios [1];
   c. Curso Básico de Uso de Fuerza [2];
   d. Fundamentos Psicológicos de las Relaciones Humanas y el Desarrollo Personal;
   e. Ética Policial [3];
   f. Derecho Penal;
   g. Introducción a los Derechos Humanos y Civiles; y
   h. Curso Básico en Uso y Manejo de Armas [4].

2. *Segundo Bimestre:*
   a. Técnicas Intermedias en el Uso y Manejo de Fuerza;
   b. Violencia Doméstica, Hostigamiento Sexual y Comunidades LGBTT;
   c. Igual Protección y No Discrimen;
   d. Uso y Manejo Intermedio del Arma de Fuego;
   e. Gestión Policial en el Manejo de Gas Pimienta;

---

[1] Fue aprobado por el TCA el 8 de abril de 2016.
[2] El 7 de abril de 2016, el TCA remitió a la Oficina de Reforma de la PPR el documento donde concluye que la PPR desarrolló un currículo minucioso y completo para el **Curso Básico de Uso de Fuerza** en el aspecto de asegurarse que los Cadetes sean adiestrados apropiadamente en el mismo.
[3] Aprobado por el TCA el 13 de abril 2016.
[4] El 7 de abril de 2016, el TCA remitió a la Oficina de Reforma de la PPR el documento donde concluye que la PPR desarrolló un currículo minucioso y completo para el **Curso Básico de Uso y Manejo de Armas de Fuego** en el aspecto de asegurarse que los Cadetes sean adiestrados apropiadamente en el mismo.

    f.   Registro y Allanamiento [5];

    g.   Leyes Especiales [6];

    h.   Certificación en Uso y Manejo de Gas Pimienta[7]; y

    i.   Procedimiento Criminal.

3. *Tercer Bimestre*:

    a.   Introducción a la Justicia Juvenil;

    b.   Reglas de Evidencia y Testimonio en Corte;

    c.   La Conducta Organizacional en el Contexto Policial;

    d.   Fundamentos Básicos en la Administración de Ley de Tránsito;

    e.   Investigación Criminal y Manejo de Escenas;

    f.   Protocolo para el Manejo de Situaciones de Crisis;

    g.   Situaciones Simuladas en Destrezas Operacionales;

    h.   Técnicas de Entrevista e Interrogatorio;

    i.   Policía Comunitaria;

    j.   Cibernética en la Investigación Criminal; y

    k.   Patógenos Sanguíneos, Respuestas en Caso de Emergencias, Primeros Auxilios.

SEGUNDA CLASE GRADUANDA DE LA ACADEMIA DE LA POLICÍA DE PUERTO RICO BAJO EL ACUERDO

El 16 de marzo de 2016, el Superintendente reconoció el logro obtenido a los ciento cinco (105) Cadetes de la Clase 224 quienes completaron satisfactoriamente el Programa de Educación y Adiestramiento Previo al Servicio dado en la Academia de la PPR.  Este fue el segundo (2^do) grupo graduado bajo los requerimientos del Acuerdo de la Reforma. Esta Clase se componía de ciento un (101) Policías Municipales de diferentes municipalidades y cuatro (4) de la PPR.  La

---

[5] El 8 de abril de 2016, fue aprobado por el TCA.
[6] El 10 de abril de 2016, fue aprobado por el TCA.
[7] El 8 de abril de 2016, fue aprobado por el TCA.

## INFORME DE PROGRESO SEMESTRAL

graduación de estos cadetes, que en su mayoría son policías municipales, culminó un adiestramiento de una Academia que cuenta con las herramientas y los conocimientos necesarios para servir a la comunidad con lealtad, sensibilidad y honestidad. Estamos forjando agentes que conocen que la protección de los derechos humanos de todas las personas es igual de importante que combatir la criminalidad.

En esta clase se incorporaron nuevos cursos en los temas de Interacción con las Comunidades LGBTT, Trata Humana y Técnicas de Entrevista e Interrogatorio. El revisado currículo incluye un total de mil ciento cincuenta y ocho (1,158) horas contacto, excediendo el mínimo de novecientas (900) horas requeridas por el Acuerdo. En la revisión del currículo participaron la Comisión de Derechos Civiles de Puerto Rico, GRUCORPO, la organización sin fines de lucro Fondita de Jesús, el DJPR y el DJEU. El DJPR colaboró con el curso de cibernética en la Investigación Criminal y el DJEU bajo el Programa COPS colaboró con el curso de Policía Comunitaria desarrollado por "*Saint Petersburg College, Center for Public Safety Innovation*". Asimismo, se hicieron cambios en el curso para incorporar el contexto policiaco utilizando el prontuario que proveyó la Comisión de Derechos Civiles de Puerto Rico sobre Derechos Humanos y Civiles como base. Además, se incorporaron cambios al currículo para reflejar las Órdenes Generales recientemente aprobadas y publicadas como: Código de Ética de la Policía de Puerto Rico; Uso de Fuerza; Armas de Impacto; Agentes Químicos; Dispositivo de Control Eléctrico; y el Uso y Manejo de Armas de Fuego.

El 11 de abril de 2016 comenzó la tercera (3ra) Clase de Cadetes bajo los requerimientos del Acuerdo de la Reforma. La Clase 225 fue compuesta de Cadetes reclutados por los Departamentos de Policía Municipal de las municipalidades de Arroyo, Bayamón, Fajardo, San Juan y San Lorenzo, en adición de un (1) Cadete de la PPR.

Es importante señalar, que aunque el Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico no requiere que adiestremos a las Policías Municipales, la PPR ha permanecido en contacto

con los diferentes municipios de la Isla para conocer de cerca sus necesidades y problemas particulares.  Digno de mención es el hecho de que el currículo para los Cadetes de la Policía Municipal es el mismo de los Cadetes de la PPR.  Como un esfuerzo adicional para desarrollar un ambiente de adiestramiento continuo entre la PPR y los Cuerpos de Policía Municipal, el Superintendente firmó una directiva autorizando a la PPR a adiestrar Policías Municipales en los temas de armas de impacto, dispositivo de control eléctrico y agentes químicos.

POLÍTICAS SOBRE EL PROGRAMA DE ADIESTRAMIENTO DE CAMPO

En cumplimiento de los requerimientos número 123 al 128, 111 (e) y 113, el 31 de marzo de 2016, la revisión anual de la Orden General Capítulo 700 Sección 701, titulada **"Creación del Programa de Adiestramiento de Campo"** fue enviada al DJEU y el TCA para revisión y certificación de aprobación.  Su propósito es asegurar que los aprendices MPPR cuenten con el conocimiento, la experiencia operacional, que adquieran entendimiento y conocimiento de los agentes con experiencia en el trabajo de campo y en la rama de investigación, que desarrollen los hábitos y habilidades necesarias para cultivar el buen juicio.  Para cumplir con estos objetivos, la PPR creó el Programa de Adiestramiento de Campo, a través del cual los aprendices estarán en una supervisión constante y consistente durante su período de prueba.  Esta supervisión constante se logrará mediante la selección, certificación y nombramiento de Mentores idóneos, que guíen al miembro de la PPR de nuevo ingreso durante la transición del aprendizaje teórico ofrecido por la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA), a la fase operacional.  Esta orden también establece las funciones y tareas de los Mentores que serán parte del Programa de Adiestramiento de Campo y la metodología de selección.

Asimismo, en cumplimiento con los requerimientos 123 al 128, 111 (e) y 113, el 31 de marzo de 2016, la revisión anual del **"Manual de Operacional de Instructores de Campo"** fue enviado al DJEU y al TCA para su evaluación y certificación de aprobación.  A continuación se mencionan los objetivos del Manual Operacional de Instructores de Campo:

## INFORME DE PROGRESO SEMESTRAL

1. Contar con personal motivado, actitud positiva y un alto nivel de capacitación, superando los más altos estándares de desempeño requeridos por la PPR;

2. Garantizar una formación equitativa y uniforme para todos los miembros de la PPR, entre estos los aprendices, proporcionando adiestramiento correctivo en aquellas fases donde se identifiquen deficiencias;

3. Elaborar nuevos adiestramientos sobre la base del conocimiento adquirido en la Academia de PPR, para crear un ambiente en el que los participantes puedan desarrollar nuevas habilidades, así como también, un aumento de las habilidades adquiridas en el entorno académico;

4. Establecer planes de desarrollo profesional dentro de la Agencia, proporcionando a los miembros de la PPR cualificados, oportunidades para desarrollar habilidades de liderazgo; y

5. Aumentar la eficiencia y eficacia de la PPR, al mejorar el entorno profesional y de competencia exigido por las normas éticas de aplicación de la ley.

Como parte del esfuerzo para obtener retroalimentación para la revisión de la Orden General 701 y el Manual antes mencionado, el personal de la Oficina de Reforma sostuvo reuniones con el personal a cargo de supervisar el Programa de Instructores de Campo de la Superintendencia Auxiliar de Operaciones de Campo, entre estos: Mentores, Supervisores del Programa, Comandantes de Distritos y Precintos, Coordinadores de Enlace de la Oficina de Reforma en las Áreas Policiacas, personal de Monitoreo de la Oficina de Reforma y MPPR que recientemente completaron el programa. Este personal sometió recomendaciones de las cuales una gran mayoría fueron incorporadas en las políticas antes mencionadas.

INSTRUCTORES DE CAMPO (FTO'S)

Según la estadística brindada por la Superintendencia Auxiliar en Operaciones de Campo del total de trescientos diez (310) aprendices de la Clase 223, han finalizado trescientos seis (306) el programa de FTO. Los restantes cuatro (4) no han completado el programa: uno (1) por licencia

## INFORME DE PROGRESO SEMESTRAL

militar y tres (3) desarmados por procedimientos establecidos en las políticas y procedimientos de la Agencia.  En la reciente graduación de la Clase 224 compuesta por ciento un (101) Policías Municipales y MPPR, donde se graduaron cuatro (4) nuevos aprendices que ingresaron al Programa y le fueron asignados a sus Instructores de Campo, para que completen esta fase final de su adiestramiento.

A continuación se muestra estadísticas de **aprendices pendientes de completar** el Programa de Adiestramiento de Campo:

| Área Policiaca | Cantidad de Aprendices | Razones |
|---|---|---|
| Bayamón | 1 | Desarmado |
| San Juan | 2 | Desarmados |
| | 2 | Graduado el 16 de marzo de 2016 |
| | 1 | Licencia militar |
| Carolina | 2 | Graduado el 16 de marzo de 2016 |
| **Total** | **8** | |

CREACIÓN DE LA ESCUELA DE SUPERVISIÓN, ADMINISTRACIÓN Y LIDERAZGO (ESAL)

En cumplimiento con los requerimientos números 141 al 144 y con el Plan de Acción de Supervisión y Administración aprobado el 29 de febrero de 2016, el 7 de abril de 2016 el Superintendente aprobó la creación de la Escuela de Supervisión, Administración y Liderazgo, adscrita a la Superintendencia Auxiliar de Educación y Adiestramiento (SAEA).

CURRÍCULO DE ADIESTRAMIENTO PARA OFICIALES

El 7 de marzo de 2016, el Superintendente solicitó a la Superintendencia Auxiliar de Educación y Adiestramiento que proveyera un calendario para adiestrar a los oficiales de los rangos de

## INFORME DE PROGRESO SEMESTRAL

Inspector hasta Coronel en los cursos desarrollados como resultado de las nuevas y revisadas políticas adoptadas en el Proceso de la Reforma de la PPR.

PRONTUARIOS DE ADIESTRAMIENTO SOBRE RIFLE Y TIRO NOCTURNO

El 27 de enero de 2016, el TCA informó a la PPR, que finalizó la revisión y aprobó los prontuarios para los adiestramientos relacionados a la Orden General Capítulo 600 Sección 618 titulada "**Uso y Manejo de Armas de Reglamento**" que se indican a continuación:

1.  **Curso de Familiarización Rifle Marca Sig Sauer, Modelo 516 y calibre 5.56mm** (*REA 618 R*);
2.  **Curso de Calificación con Arma de Reglamento en Tiro Nocturno** (*REA 618 N*).

PLAN DE TRABAJO PARA ADIESTRAMIENTO SOBRE POLÍTICAS REVISADAS DE USO DE FUERZA

En cumplimiento con el Plan de Acción de Uso de Fuerza, el 2 de marzo de 2016 la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA) emitió un Plan de Trabajo para la Certificación de Adiestramiento sobre las revisadas Órdenes Generales Capítulo 600 Sección 601 "**Reglas para el Uso de la Fuerza por Miembros de la Policía de Puerto Rico**" y Sección 605 "**Informe e Investigación de Incidentes de Uso de Fuerza de Miembros de la Policía de Puerto Rico**". Como parte de este Plan de Trabajo la SAEA desarrolló dos (2) cursos que se describen a continuación:

1.  **Certificación de MPPR que no ejercen funciones de supervisión** de 16 horas contacto (*REA 601-605*);
2.  **Certificación de MPPR que ejercen funciones de supervisión** de 16 horas contacto (*REA 601-605* [*S*]).

La guía de instructor de este curso fue enviada al TCA el 2 de marzo de 2016 para su revisión y aprobación. El propósito de este Plan de Trabajo es el de impartir instrucciones en cuanto a la ejecución del adiestramiento para lograr la meta primordial de adiestrar adecuadamente a la

## INFORME DE PROGRESO SEMESTRAL

totalidad de los MPPR.   Como parte integral del Plan de Trabajo, los Coordinadores de Adiestramientos tendrán que desarrollar el Calendario de sus unidades de trabajo.

PLAN DE TRABAJO PARA ADIESTRAMIENTO SOBRE DISPOSITIVO DE CONTROL ELÉCTRICO (DCE)

En cumplimiento con el Plan de Acción de Uso de Fuerza, el 18 de marzo de 2016, la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA) desarrolló un Plan de Trabajo para la implementación de los adiestramientos de Certificación y Recertificación de Dispositivo de Control Eléctrico en concordancia con el Acuerdo, los Planes de Acción y la política pública de la PPR.  Mediante este Plan, la SAEA establece tres (3) cursos de conformidad con la Orden General Capítulo 600 Sección 602 **"Uso y Manejo del Dispositivo de Control Eléctrico"** de la siguiente manera:

1. **Curso de Certificación de Nuevos Operadores** de 16 horas contacto (*REA-602*);
2. **Curso de Recertificación de Operadores** de 8 (ocho) horas contacto (*REA-602[R]*);
3. **Curso de Actualización para Operadores de DCE**, que su certificación no este próxima a vencer, de tres (3) horas contacto (*Curso de Actualización*).

DISEÑO DE ADIESTRAMIENTO SOBRE ARMAS DE FUEGO PARA CALIFICACIÓN DE ARMA REGLAMENTO Y FAMILIARIZACIÓN CON ESCOPETA Y TIRO DE ESTRÉS

En cumplimiento con el Plan de Acción de Uso de Fuerza, el 28 de marzo de 2016, la Superintendencia Auxiliar en Educación y Adiestramiento remitió a la Oficina de Reforma los diseños de adiestramiento relacionados a la Orden General Capítulo 600 Sección 618 **"Uso y Manejo de Armas de Reglamento"** de los siguientes cursos:

1. **Calificación Arma de Fuego Reglamentaria**[8] (*REA 618 D*);
2. **Familiarización con Escopeta de Carga Manual Calibre 12**[9] (*REA 618 E*);

---

[8] El 7 de abril de 2016, el TCA remitió a la Oficina de Reforma de la PPR el documento donde concluye que la PPR desarrolló un currículo minucioso y completo para el Curso de Calificación con Arma de Fuego Reglamentaria, con el aspecto de asegurarse que los Cadetes sean adiestrados apropiadamente en el mismo.

[9] El 7 de abril de 2016, el TCA remitió a la Oficina de Reforma de la PPR el documento donde concluye que la PPR desarrolló un currículo minucioso y completo para el Curso Familiarización con Escopeta de Carga Manual Calibre 12, en el aspecto de asegurarse que los Cadetes sean adiestrados apropiadamente en el mismo.

## INFORME DE PROGRESO SEMESTRAL

3. **Familiarización con Tiro en Estrés**[10] (*REA 618 X*).

El 29 de marzo de 2016, le fue enviado al TCA el material de adiestramiento antes mencionado para su revisión y aprobación, los mismos fueron aprobados por este el 7 de abril de 2016.

DISEÑOS DE ADIESTRAMIENTO DE ARMAS Y TÁCTICAS ESPECIALES (SWAT)

En cumplimiento con el Plan de Acción de Uso de Fuerza, el 28 de marzo de 2016, la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA) desarrolló el Diseño de Adiestramiento para SWAT atemperado a la Orden General Capítulo 100 Sección 117 **"Reorganización de la Division de Armas y Tácticas Especiales (SWAT)"** y lo remitió a la Oficina de Reforma de la PPR. El material de adiestramiento diseñado contiene las pruebas siguientes:

1. **Prueba de Confianza** (*SWATTCONF*);
2. **Prueba de Aptitud Física** (*SWATPAF*); y
3. **Prueba de Aptitud de tiro con Armas de Fuego** (*SWATIROX*).

En la misma fecha, la Superintendente Auxiliar en Educación y Adiestramiento informó que el material de adiestramiento fue aprobado por el TCA. La Prueba Básica de Agilidad Física (PFT 100) para las División de Armas y Táctieas Especiales (SWAT) fue llevada a cabo en las fechas del 17, 18 y 19 de mayo del 2016. Según lo establecido en la Orden General Capítulo 100 Sección 117, supra, los MPPR que aprobaron la Prueba Básica de Física de Agilidad (PFT 100) continuaran en la División para tomar las pruebas arriba mencionadas. Las pruebas más recientes fueron llevadas a cabo durante el 11 y 12 de mayo de 2016.

---

[10] El 7 de abril de 2016, el TCA remitió a la Oficina de Reforma de la PPR el documento donde concluye que la PPR desarrolló un currículo minucioso y completo para el Curso Familiarización con Tiro en Estrés en el aspecto de asegurarse que los Cadetes sean adiestrados apropiadamente en el mismo.

## INFORME DE PROGRESO SEMESTRAL

DISEÑO DE ADIESTRAMIENTO DE PRUEBA DE APTITUD FÍSICA PARA LA DIVISIÓN CANINA

En cumplimiento con la Orden General Capítulo 100 Sección 116 titulada "**Reorganización de la Division Canina**", como parte de los criterios para la ser seleccionado como manejador de canes, el MPPR tiene que aprobar una prueba de eficiencia física. Como resultado de estos requerimientos la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA) envió el diseño de adiestramiento al TCA  el 22 de marzo de 2016, el TCA aprobó el diseño de adiestramiento de la Prueba de Aptitud Física para la División Canina (PFT 116).

DISEÑO DE ADIESTRAMIENTO DE LA DIVISIÓN CANINA (CURSO DE MANEJADOR DE CANES)

En cumplimiento con el Plan de Acción de Uso de Fuerza, el 28 de marzo de 2016, la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA) envió a la Oficina de Reforma el Diseño de Adiestramiento conforme a la Orden General Capítulo 100 Sección 116 "**Reorganización de la División Canina**".  El material de adiestramiento contiene el siguiente curso:

1. **Curso de Manejador de Canes** (*REA 116*).

El material de adiestramiento antes mencionado fue enviado al TCA el 28 de marzo de 2016, para revisión y aprobación.  El 18 de abril de 2016, este fue devuelto a la Oficina de Reforma con comentarios y recomendaciones del TCA para ser evaluados y considerados por la PPR.

DISEÑO DE ADIESTRAMIENTO ASOCIADO A LA ORDEN GENERAL CAPÍTULO 100 SECCIÓN 112 "REORGANIZACIÓN DE LA DIVISIÓN DE OPERACIONES TÁCTICAS"

En cumplimiento con el Plan de Acción de Uso de Fuerza, el 28 de marzo de 2016, la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA) desarrolló y entregó a la Oficina de Reforma el Diseño de Adiestramiento relacionado a la Orden General antes

## INFORME DE PROGRESO SEMESTRAL

mencionada sobre Pruebas de Agilidad Física.  El material de adiestramiento contiene el siguiente curso:

1. **Prueba Básica de Agilidad Física para la División de Operaciones Tácticas** (*PTF 112*):

Para la misma fecha, la Superintendente Auxiliar en Educación y Adiestramiento informa a la Oficina de Reforma que el material de adiestramiento fue aprobado por el TCA.  La Prueba de Básica de Agilidad Física (PTF 100) para las Divisiones de Operaciones Tácticas se llevó a cabo en las fechas del 2 al 6 y 9 al 10 de mayo del 2016.  Según lo establecido en la Orden General Capítulo 100 Sección 112, *supra*, aquellos MPPR que aprobaron la Prueba Básica de Agilidad Física (PTF100) continuarán en la División para tomar la Prueba PFT 112 arriba mencionada.

DISEÑO DE ADIESTRAMIENTO ASOCIADO A LA INTERACCIÓN CON PERSONAS TRANSGÉNERO Y TRANSEXUALES

En cumplimiento con el Plan de Acción de Igual Protección y No Discrimen, el 28 de marzo de 2016, la Superintendente Auxiliar en Educación y Adiestramiento (SAEA) envió a la Oficina de Reforma el Diseño de Adiestramiento conforme con la Orden General Capítulo 600 Sección 624 **"Interacción con Personas Transgénero y Transexuales"**.

El material de adiestramiento contiene el siguiente curso:

1. Curso de Interacción con Personas Transgénero y Transexuales (*REA 624*).

El material de adiestramiento antes mencionado fue enviado al TCA el 28 de marzo de 2016, para revisión y aprobación.

## INFORME DE PROGRESO SEMESTRAL

### DISEÑO DE ADIESTRAMIENTO SOBRE CURSO DE PREVENCIÓN DE DISCRIMEN, HOSTIGAMIENTO Y REPRESALIAS EN LA PPR (RIPDHR)

En cumplimiento con el Plan de Acción de Igual Protección y No Discrimen, el 13 de abril de 2016, la Oficina de Reforma remitió al TCA para revisión y aprobación, el Diseño de Adiestramiento del **Curso Prevención de Discrimen, Hostigamiento y Represalias en la PPR**, desarrollado por la Superintendencia Auxiliar de Educación y Adiestramiento.

### DISEÑO DE ADIESTRAMIENTO RELACIONADO A LA POLÍTICA DE LA SUPERINTENDENCIA AUXILIAR EN RESPONSABILIDAD PROFESIONAL (SARP)

En cumplimiento con el Plan de Acción de Querellas Administrativas, el 17 de abril de 2016, la Oficina de Reforma remitió al TCA para revisión y aprobación el Diseño de Adiestramiento conforme a la Orden General Capítulo 100 Sección 114 **"Reorganización de la Superintendencia Auxiliar en Responsabilidad Profesional"**.  El Curso desarrollado por la Superintendencia Auxiliar en Educación y Adiestramiento fue titulado **"Elementos Jurídicos, Científicos e Investigativos en el Proceso de la Investigación Criminal"** (*EIC100*).

### DISEÑO DE ADIESTRAMIENTO SOBRE PERSECUCIONES POLICIACAS

En cumplimiento con el Plan de Acción de Uso de Fuerza, el 22 de abril de 2016. La PPR remitió al TCA para revisión y aprobación el Diseño de Adiestramiento desarrollado por la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA), el cual corresponde a la Orden General Capítulo 600 Sección 623 **"Normas y Procedimientos para el Manejo de Persecuciones Policiacas"**.  Como parte del diseño de formación se desarrolló el siguiente curso: **"Normas y Procedimientos para el Manejo de Persecuciones Policiacas"** (*REA 623*).  Este curso tiene como objetivo primario el adiestrar a los MPPR en las reglas y procedimientos a seguir durante persecuciones policiacas a pie o en vehículos, de este modo salvaguardando ambos, los MPPR y el público en general.

## INFORME DE PROGRESO SEMESTRAL

ADIESTRAMIENTOS BRINDADOS A LOS MPPR

Desde el **1ro de enero al 30 de abril de 2016**, la Superintendencia Auxiliar en Educación y Adiestramiento ha adiestrado a los MPPR en los diferentes temas según se indica en la siguiente tabla:

| Cursos de Adiestramiento | MPPR Adiestrados | % de MPPR Adiestrados |
|---|---|---|
| Orden General 603 (Batón) 16 horas | 1,494 | |
| Orden General 603 (Batón) 8 horas | 1,407 | 70% |
| Orden General 603 (Batón) 2-3 horas | 6,559 | |
| Dispositivo de Control Eléctrico 16 horas | 1,276 | |
| Recertificación de Dispositivo de Control Eléctrico 8 horas | 182 | 38% |
| Curso de Actualización Operadores DCE 2-3 horas | 3,719 | |
| Uso de Fuerza | 1,608 | 12% |
| Gas Pimienta | 6,819 | 50% |
| Arrestos y Citaciones | 5,111 | 38% |
| Código de Ética | 5,672 | 42% |

ADIESTRAMIENTO DE TIRO CON ARMAS DE FUEGO

En cumplimiento con los requerimientos números 24; 26; 53(e), hasta el 30 de abril de 2016, la Superintendencia Auxiliar en Educación y Adiestramiento informó que adiestró en el Curso de Calificación de Tiro Nocturno con Arma de Reglamento (pistola) con Familiarización con Arma Larga (rifle) a seis mil quinientos treinta y cuatro (6,534) MPPR durante el periodo del 11 de enero al 30 de abril de 2016. Una segunda (2$^{da}$) ronda de tiro nocturno está programada para llevarse a cabo durante el periodo del 19 de septiembre al 9 de diciembre de 2016.  En el Curso de Tiro de Calificación Diurno con Arma de Reglamento (Pistola) con Familiarización con Arma Larga (Escopeta) y tiro de situaciones dinámicas con estrés, se han adiestrado mil cuatrocientos cuarenta y cuatro (1,444) del 18 de abril al 30 de abril de 2016.

## INFORME DE PROGRESO SEMESTRAL

ADIESTRAMIENTO PARA REARMES

El 11 y 12 de abril de 2016, la Academia de la PPR ofreció el adiestramiento para rearme de los MPPR que cumplieron con los requisitos para asignarle arma de reglamento para el cumplimiento de sus funciones. Este adiestramiento fue ofrecido en las fechas antes mencionadas en los polígonos ubicados en: Isla de Cabras, Gurabo, Cabo Rojo, Arecibo, Moca y Guayama, para facilitar el llevar cabo el mismo con los menores inconvenientes y gastos.

ACUERDO COLABORATIVO ENTRE EL DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN Y LA POLICÍA DE PUERTO RICO PARA ADIESTRAMIENTO

El 12 de abril de 2016, la PPR y el Departamento de Corrección firmaron un acuerdo colaborativo de dos (2) años de duración, donde ambas partes se comprometen a lo siguiente:

    a. La PPR por medio de la Superintendencia Auxiliar en Educación y Adiestramiento, se compromete a brindarle adiestramiento de Instructor de Tiro a dos (2) Oficiales Correccionales y de Recertificación de Instructor de Tiro a un (1) Oficial Correccional; y

    b. El Departamento de Corrección se compromete a cambio, a conceder el uso de las facilidades y servicios de la Academia de Corrección ubicada en el Municipio de Ponce, para brindar adiestramiento a los MPPR.

Como resultado de este acuerdo colaborativo, se facilita a los MPPR adscritos a unidades de trabajo cercanas a Ponce el poder trasladarse a un lugar más cercano para recibir adiestramiento, promoviendo el ahorro en los costos de transportación, salarios y de alquiler de facilidades para adiestramiento.

### H. SUPERVISIÓN Y ADMINISTRACIÓN

ADIESTRAMIENTO DE SUPERVISORES

En cumplimiento con los requerimientos números 141 y 143, la PPR brindó adiestramiento adaptado a cada nivel de supervisión a los candidatos a ascenso a los rangos de Sargento hasta

## INFORME DE PROGRESO SEMESTRAL

Capitán, previo a asumir sus labores de supervisión y comando.  Se ofrecieron los siguientes adiestramientos a estos supervisores: Responsabilidad; Supervisión; Arrestos y Citaciones; Derechos Humanos y Civiles; Policía Comunitaria; Ética; Mediación de Conflictos; Procesos Disciplinarios; Situaciones en Crisis; Uso de Fuerza; Trabajo en Equipo; Estructura Organizacional; Redacción de Informes; Evaluación de Desempeño; Deberes y Responsabilidades; Investigación Criminal; Mecánicas de Arrestos; Eficiencia Física; Redacción; Prensa y COMSTAT. El adiestramiento fue brindado a un total de novecientos cinco (905) candidatos a ascensos según se detalla a continuación:

a.  Capitán               88

b.  Teniente I            92

c.  Teniente II          533

d.  Sargento            192

## I.  QUERELLAS ADMINISTRATIVAS, INVESTIGACIONES INTERNAS Y DISCIPLINA

POLÍTICA SOBRE RESPONSABILIDAD PROFESIONAL

En cumplimiento con los requerimientos números 194 y 195, y el Plan de Acción de Querellas Administrativas, el 11 de febrero de 2016, el Superintendente firmó la Orden General Capítulo 100 Sección 114 titulada **"Reorganización de la Superintendencia Auxiliar en Responsabilidad Profesional"**.  Esta Orden General tiene como propósito reorganizar la Superintendencia Auxiliar de Responsabilidad Profesional para dotar a la misma de las unidades de trabajo con las facultades necesarias para asegurar que todas las querellas administrativas por conducta impropia sean investigadas de manera diligente, exhaustiva, equitativa e imparcial.

POLÍTICA SOBRE PROCEDIMIENTOS DE QUERELLAS ADMINISTRATIVAS

En cumplimiento con los requerimientos números 159, 163, 166 al 169, 171 al 176 y 178 al 180 y el Plan de Acción de Querellas Administrativas, el 30 de octubre de 2015, fue remitido al TCA y el DJEU el **"Reglamento para el Recibo, Trámite, Investigación y Adjudicación de Querellas Administrativas"** para revisión y aprobación.  Este fue devuelto a la PPR con

## INFORME DE PROGRESO SEMESTRAL

comentarios y recomendaciones, y sus comentarios fueron discutidos durante reuniones y conferencias telefónicas. Una vez revisado, un nuevo borrador del Reglamento fue devuelto al TCA y el DJEU el 29 de febrero de 2016, para su revisión y aprobación. El 22 de marzo de 2016 el DJEU emitió comentarios y recomendaciones adicionales sobre esta política, los cuales la PPR incorporó en el mismo. La última versión de este Reglamento fue enviada al TCA y el DJEU para su revisión y certificación el 2 de mayo de 2016.

Esta política establece las reglas y procedimientos que los MPPR tienen que seguir respecto al recibo, trámite, investigación y adjudicación de toda querella administrativa recibida por conducta impropia. Estos procesos son establecidos para cultivar un ambiente de trabajo conforme con los más altos principios de la ética policiaca y la protección de los derechos humanos y civiles.

POLÍTICA SOBRE INVESTIGACIÓN DE QUERELLAS

En cumplimiento con los requerimientos números 159, 160, 162, 168, 170 al 174, 176 al 180 y 186 al 187, y el Plan de Acción de Querellas Administrativas, el 31 de diciembre de 2015, el **"Manual del Investigador de la Superintendencia Auxiliar en Responsabilidad Profesional"** fue enviado al TCA y el DJEU para revisión y certificación. El mismo fue devuelto a la PPR con comentarios y recomendaciones, los cuales fueron discutidos en reuniones y conferencias telefónicas. Una vez revisado un nuevo borrador del Manual fue reenviado el 29 de febrero de 2016 al TCA y DJEU para su revisión y certificación. El 23 de marzo de 2016 el DJEU emitió comentarios y recomendaciones adicionales a la política, los cuales la PPR incorporó. La versión final de la misma fue enviada al TCA y el DJEU para su revisión y aprobación el 2 de mayo de 2016.

## INFORME DE PROGRESO SEMESTRAL

POLÍTICA DE INVESTIGACIÓN DE FALTAS LEVES POR ALEGACIONES DE CONDUCTA IMPROPIA

En cumplimiento con los requerimientos números 164, 165 y 191 al 192 y el Plan de Acción de Querellas Administrativas, el 31 de marzo de 2016, fue enviada al TCA y el DJEU la "**te para la Investigación, Manejo y Adjudicación de Faltas Leves por Supervisores**" para su revisión y aprobación. La Orden fue devuelta a la PPR con comentarios y recomendaciones el 20 de abril de 2016 y sus comentarios fueron discutidos en una reunión. La Oficina de Reforma de la PPR está en el proceso de incorporación de los comentarios del TCA y el DJEU para emitir un borrador final. El mismo, se espera que sea remitido al TCA y DJEU al final del mes de mayo de 2016, para revisión y aprobación.


ESTADÍSTICAS DE QUERELLAS ADMINISTRATIVAS DE LA SARP

Las siguientes tablas muestran las estadísticas reportadas por la Superintendencia Auxiliar en Responsabilidad Profesional (SARP):

1.  La siguiente tabla muestra la cantidad de Querellas Administrativas recibidas e Investigadas desde enero hasta el 30 de abril de 2016, así como las querellas pendientes de investigación hasta el 30 de abril de 2016:

| Áreas Policiacas | Querellas Recibidas | Querellas Investigadas 2016 | Querellas Investigadas Años Anteriores | Querellas 2016 Pendientes Investigación | Querellas Años Anteriores Pendientes Investigación[11] |
|---|---|---|---|---|---|
| Aguadilla | 47 | 20 | 3 | 47 | 4 |
| Aibonito | 27 | 10 | 1 | 26 | 3 |
| Arecibo | 55 | 20 | 2 | 54 | 5 |
| Bayamón | 133 | 26 | 4 | 121 | 5 |
| Caguas | 46 | 16 | 4 | 46 | 2 |
| Carolina | 46 | 31 | 0 | 44 | 0 |
| Fajardo | 21 | 11 | 0 | 20 | 1 |
| Guayama | 29 | 11 | 1 | 28 | 5 |
| Humacao | 33 | 7 | 2 | 33 | 2 |

---

[11] Querellas pendientes de investigación de años anteriores incluyen del 2012 al 2015.

## INFORME DE PROGRESO SEMESTRAL

| | | | | | |
|---|---|---|---|---|---|
| Mayagüez | 46 | 10 | 6 | 46 | 11 |
| Ponce | 68 | 13 | 1 | 66 | 21 |
| San Juan | 81 | 30 | 5 | 79 | 1 |
| Utuado | 19 | 11 | 0 | 19 | 0 |
| NIAA[12] | 79 | 4 | 0 | 79 | 1 |
| NAI[13] | 43 | 7 | 0 | 35 | 109 |
| **Totales** | **773** | **227** | **29** | **743** | **170** |

PRUEBAS DE DETECCIÓN DE SUSTANCIAS CONTROLADAS

En cumplimiento con el requerimiento número 200, durante el periodo del **1ro de enero al 30 de abril de 2016**, la PPR ha realizado pruebas para la detección de sustancias controladas a mil setenta y seis **(1,076)** MPPR de forma continua. Con el fin de garantizar la confiabilidad y validez de las pruebas realizadas antes del servicio para los cadetes y para los MPPR, las pruebas se llevan a cabo al azar.

| Áreas Policiacas | Enero | Febrero | Marzo | Abril | Totales |
|---|---|---|---|---|---|
| Aguadilla | 0 | 0 | 0 | 0 | **0** |
| Aibonito | 0 | 0 | 0 | 41 | **41** |
| Arecibo | 249 | 0 | 0 | 0 | **249** |
| Bayamón | 0 | 0 | 0 | 0 | **0** |
| Caguas | 0 | 0 | 0 | 0 | **0** |
| Carolina | 0 | 0 | 0 | 0 | **0** |
| Fajardo | 0 | 0 | 19 | 0 | **19** |
| Guayama | 0 | 243 | 0 | 0 | **243** |
| Humacao | 0 | 0 | 0 | 28 | **28** |
| Mayagüez | 0 | 0 | 43 | 0 | **43** |
| Ponce | 25 | 0 | 38 | 0 | **63** |
| San Juan | 0 | 16 | 231 | 115 | **362** |
| Utuado | 0 | 0 | 0 | 0 | **0** |

---

[12]El Negociado de Investigación de Asuntos Antidiscriminatorios (NIAA) atiende querellas administrativas de violencia doméstica, todo tipo de hostigamiento, incluyendo hostigamiento sexual y discriminación por género, entre otros tipos de querellas.

[13]El Negociado de Asuntos Internos (NAI) es responsable de investigar toda querella de aparente o alegada conducta de naturaleza criminal realizada o en la cual está involucrado un empleado de la PPR, excepto querellas de asalto agravado, muertes violentas, muertes sospechosas, suicidio, personas desaparecidas, asalto sexual, violencia doméstica y acoso sexual las cuales serán investigadas por la Superintendencia Auxiliar en Investigaciones Criminales (SAIC).

INFORME DE PROGRESO SEMESTRAL

| | | | | | |
|---|---|---|---|---|---|
| Pre-Empleo | 5 | 22 | 1 | 0 | 28 |
| Cadetes | 0 | 0 | 0 | 0 | 0 |
| Totales[14] | 279 | 281 | 332 | 184 | 1,076 |
| Positivos | 0 | 0 | 0 | | 0 |

ESTATUS DE QUERELLAS ADMINISTRATIVAS EN LA OFICINA DE ASUNTOS LEGALES DE LA PPR

Los asesores legales adscritos a la Oficina de Asuntos Legales son responsables de evaluar y analizar las querellas administrativas que le son referidas por la Superintendencia Auxiliar en Responsabilidad Profesional, y recomendar las medidas disciplinarias correspondientes o la desestimación de la querella de acuerdo con los hechos probados y la ley aplicable.

1.  La siguiente tabla muestra la cantidad de querellas administrativas pendientes de ser asignadas a abogados para su evaluación, análisis y recomendación.

**Querellas Administrativas Pendientes De Asignar A Abogados**

| 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |
| **2013** | **2014** | **2015** | **2016** | **TOTAL** |
| 1 | 0 | 4 | 1 | 6 |

2.  La siguiente tabla muestra las cantidades de investigaciones administrativas recibidas hasta el 2016 para disposición final:

---

[14] Ninguno de los empleados, cadetes, o aplicantes se negó a someterse a las pruebas.

## INFORME DE PROGRESO SEMESTRAL

### Investigaciones Administrativas Recibidas 2016[15] en la Oficina de Asuntos Legales

| Años | Sostenida | No Sostenida | Infundado | Exonerado | Investigación Sumaria |
|------|-----------|--------------|-----------|-----------|----------------------|
| 2007 | 0 | 0 | 0 | 0 | 0 |
| 2008 | 0 | 0 | 0 | 0 | 0 |
| 2009 | 0 | 0 | 0 | 0 | 0 |
| 2010 | 0 | 0 | 0 | 0 | 0 |
| 2011 | 0 | 0 | 0 | 0 | 0 |
| 2012 | 1 | 0 | 0 | 1 | 0 |
| 2013 | 1 | 2 | 0 | 0 | 0 |
| 2014 | 5 | 0 | 0 | 0 | 0 |
| 2015 | 32 | 22 | 1 | 6 | 6 |
| 2016 | 3 | 5 | 5 | 3 | 3 |
| **Subtotales** | **42** | **29** | **6** | **10** | **9** |
| **TOTAL** | | | **96** | | |

3. La siguiente tabla muestra cuantas querellas administrativas han sido firmadas por el Superintendente hasta febrero del 2016 por disposición final:

### Informe Total Querellas con Disposiciones Finales Firmadas por el Superintendente en el 2016[16]

| Mes | No Sostenida | Infundada | Exonerada | Orientación | Resolución Final | Expulsión Final | Declaración Puesto Vacante | Archivo [17] | Total Mensual |
|-----|--------------|-----------|-----------|-------------|------------------|-----------------|----------------------------|--------------|---------------|
| Enero | 3 | 4 | 1 | 35 | 3 | 1 | 0 | 4 | 51 |
| Febrero | 103 | 26 | 37 | 57 | 13 | 1 | 0 | 0 | 237 |
| Marzo | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 3 |
| Abril | 49 | 1 | 16 | 96 | 8 | 3 | 0 | 1 | 174 |
| **Total** | **155** | **31** | **54** | **189** | **24** | **7** | **0** | **5** | **465[18]** |

---

[15] Actualizado al mes de abril de 2016.

[16] Actualizado al mes de abril de 2016.

[17] Archivo - Resoluciones emitidas por la Comisión de Investigación, Procesamiento y Apelación (CIPA).

[18] Según la Oficina de Asuntos Legales (OAL) de la PPR este dato es aproximado.

## INFORME DE PROGRESO SEMESTRAL

### J.  INTERACCIÓN CON LA COMUNIDAD E INFORMACIÓN PÚBLICA

DESIGNACIÓN DIRECTORA EJECUTIVA DEL COMITÉ DE INTERACCIÓN CIUDADANA (CIC'S)

El 11 de marzo de 2016, el Superintendente conforme a lo establecido en la Orden General Capítulo 800 Sección 801 "**Funcionamiento del Comité Central y de los Comités de Áreas de Interacción Ciudadana con la Policía de Puerto Rico**" designó como Directora Ejecutiva del Comité Central de Interacción Ciudadana a la Comandante Iris J. Colón Santiago.

INFORME ANUAL DE LOS COMITÉS DE INTERACCIÓN CIUDADANA

En cumplimiento con el requerimiento número 213 y la Orden General Capítulo 800 Sección 801 "**Funcionamiento del Comité Central y de los Comités de Áreas de Interacción Ciudadana con la Policía de Puerto Rico**", el Comité de Interacción Ciudadana entregó a la PPR su Informe Anual para el periodo desde el 21 de octubre de 2015 al 25 de enero de 2016, con sus recomendaciones.  El mismo será publicado en el portal Web de la PPR con la aprobación previa de la Comisión Estatal de Elecciones del Estado Libre Asociado de Puerto Rico (número de autorización CEE-SA-16-9494).

POLÍTICA DE POLICÍA COMUNITARIA

En cumplimiento con los requerimientos 205 al 208 y el Plan de Acción de Interacción Ciudadana e Información Pública, el 31 de marzo de 2016, la Orden General sobre "**Policía Comunitaria**" fue enviada al TCA y el DJEU para revisión y aprobación.  La Orden General fue devuelta a la PPR con comentarios y recomendaciones el 20 de abril y el 21 de abril de 2016 sus comentarios fueron discutidos durante una reunión.  La Oficina de Reforma de la PPR está en el proceso de incorporación de los comentarios del TCA y de DJEU en un borrador final.  A finales de mayo, será enviada al TCA y DJEU para su revisión y aprobación.

## INFORME DE PROGRESO SEMESTRAL

**INFORMACIÓN PÚBLICA**

En cumplimiento de los requerimientos 4, 215 al 216, la PPR ha estado realizando actividades de información pública utilizando diferentes medios informativos para orientar sobre la Reforma Sostenible de la PPR y su progreso, según se menciona a continuación:

1. El 30 de enero de 2016, personal de la Oficina de Reforma participó en el programa de televisión de servicio público conocido como "La Policía Informa" el cual es transmitido por el Canal 54. En esta ocasión el público fue orientado sobre la siguiente información:

   a. ¿Qué es la Reforma?

   b. Objetivos de la Reforma;

   c. Implicaciones y Términos del Acuerdo;

   d. Áreas de Cumplimiento;

   e. Composición de la Oficina de Reforma; y

   f. Comités de Interacción Ciudadana.

2. El 16 de febrero de 2016, el Personal de la Oficina de Reforma de la Policía de Puerto Rico participó en el Programa Radial "Policía 10-22" en la Emisora Radio Paz 810 AM. Este espacio de servicio público se utilizó para contestar preguntas del moderador y de los radioescuchas. Los siguientes temas o asuntos fueron discutidos:

   a. Breve introducción sobre de la Investigación Federal a la PPR , Informe del DJEU y Acuerdo de la Reforma;

   b. ¿Que son Órdenes Generales (políticas) y donde las pueden encontrar?

   c. ¿Cuál es el proceso y quienes son las partes involucradas en el desarrollo y/o revisión de los Ordenes Generales?

   d. ¿Qué cosas son consideradas al desarrollar o revisar una política? Por ejemplo, mejores prácticas policiacas, requerimientos del Acuerdo, la cultura y el marco jurídico en Puerto Rico;

   e. ¿Quiénes son las partes interesadas o comunidades de interés?

f.  ¿Término de tiempo que tiene la SAEA para desarrollar los adiestramientos luego de aprobadas las políticas?

g.   La importancia de tener un ambiente de respeto, dignidad y de garantizar los derechos civiles y humanos al interactuar o intervenir con extranjeros y la comunidad Trans;

h.  La diversidad de los extranjeros en Puerto Rico y nuestra relación con los setenta y ocho (78) consulados; y

i.  La importancia de que los MPPR tengan correo electrónico como mecanismo para difundir las políticas.

La PPR continuará realizando este tipo de actividad de difusión pública para así comunicar el progreso de la PPR en su esfuerzo por lograr cumplir con el Acuerdo y fortalecer la confianza de la comunidad en general en la misma como entidad de orden público.

DISEMINACIÓN DE INFORMACIÓN PÚBLICA DURANTE LA SEMANA DE LA PPR

Del 22 al 28 de enero de 2016, se celebró la Semana de la PPR.  Asimismo, el centro comercial Plaza Las Américas celebró la actividad denominada "Plaza Las Américas Semana de la Seguridad" en la cual la PPR participó mediante la colocación de puestos de información, exposiciones relacionadas con las diferentes unidades de trabajo para mostrar y orientar la forma en que operan, los recursos y equipos utilizados.  Como un esfuerzo adicional para explicar al público cómo reportar una conducta indebida, MPPR realizaron una recreación de roles como dinámica.

El propósito de esta actividad con las exhibiciones de personal y equipo es el de orientar al público en general y crear un ambiente positivo de acercamiento entre estos y los MPPR.

## INFORME DE PROGRESO SEMESTRAL

PRESENTACIONES SOBRE LOS PLANES DE ACCIÓN A LA COMUNIDAD

El 12 de abril de 2016, personal de la Oficina de la Reforma le brindó presentaciones sobre el contenido de los ocho (8) Planes de Acción aprobados sobre: Uso de Fuerza; Registros y Allanamientos; Igual Protección y No Discrimen; Querellas Administrativas; Profesionalización; Reclutamiento; e Interacción con la Comunidad e Información Pública a representantes de la Comisión de Derechos Civiles de Puerto Rico, GRUCORPO (CABE-Comité Amplio para la Búsqueda de la Equidad; TLC-Taller Lésbico Creativo; Asian Community and Youth Association; ALAPAS-Alianza Laura Aponte por la Paz Social; ACLU-American Civil Liberties Union; y Amnistía Internacional Sección de Puerto Rico) y miembros de la prensa. El propósito era de mostrar el contenido de los Planes de Acción a las personas interesadas para brindar la transparencia de los procesos relacionados con la Reforma y tener la oportunidad brindar un ambiente donde los grupos y personas interesadas sirvan como entidad supervisora externa y brinden su retroalimentación sobre los antes mencionados Planes.

ORIENTACIÓN A COMISIONADOS Y OTROS REPRESENTANTES DE POLICÍAS MUNICIPALES:

El 13 de abril de 2016, la Directora de la Oficina de Reforma de la PPR, Coronela Clementina Vega Rosario ofreció una orientación a varios Comisionados y diferentes miembros de diferentes Cuerpos de Policías Municipales. En la misma se les ofreció información general a estos funcionarios sobre el proceso de reforma desde sus comienzos, el periodo de construcción de capacidad (4 años) y el Acuerdo de la Reforma Sostenible de la PPR.

REUNIONES ABIERTAS

En cumplimiento de los requerimientos 214 al 216, la PPR continúa celebrando las Reuniones Abiertas con el fin de fomentar sus relaciones con la comunidad. En lo que va del año 2016, la PPR ha llevado a cabo siete (7) Reuniones Abiertas, donde han asistido trescientos ochenta y cinco (385) miembros de las comunidades y tiene otras seis (6) en Calendario:

## INFORME DE PROGRESO SEMESTRAL

| Calendario de Reuniones Abiertas de la PPR para 2016 | | | |
|---|---|---|---|
| Área Policiaca | Fecha | Lugar | Asistencia de Público |
| Mayagüez | Marzo 31 | Centro de Convenciones Roberto "Bobby Capo" | 48 |
| Humacao | Abril 13 | Salón de Usos Múltiples Yabucoa | 102 |
| San Juan | Abril 19 | Hotel Doubletree Santurce | 54 |
| Guayama | Abril 20 | Centro Comunal, Bo. Corazón Guayama | 39 |
| Carolina | Abril 26 | Centro Comunal Los Ángeles | 21 |
| Aibonito | Abril 27 | Hotel Baños de Coamo | 53 |
| Aguadilla | Mayo 11 | Universidad del Turabo en Isabela | 68 |
| Caguas | Mayo 23 | Centro Criollo de Ciencias y Tecnología del Caribe (C#TEC) Caguas | |
| Bayamón | Junio 9 | Pendiente de Información | |
| Ponce | Junio 8 | Pendiente de Información | |
| Utuado | Mayo 26 | Pendiente de Información | |
| Fajardo | Junio 15 | Pendiente de Información | |
| Arecibo | Junio 23 | Pendiente de Información | |
| Totales | | | 385 |

## TERCERA AUDIENCIA PÚBLICA

El 17 y 18 de marzo de 2016, se llevó a cabo la Tercera Audiencia Pública del Tribunal Federal para el Distrito de Puerto Rico sobre el progreso de la Reforma Sostenible de la PPR en el Tribunal Superior de Fajardo.  Fue presidida por el Juez Federal de la Honorable Gustavo Gelpí. Durante la audiencia estuvieron presentes los siguientes: Sr. Arnaldo Claudio, TCA y su Equipo de Trabajo (Core Team), representantes del DJEU y personal de la Oficina de Reforma de la PPR. En el mismo depusieron MPPR, Miembros de la prensa, de la Comisión de Derechos Civiles de Puerto Rico y personas de distintas comunidades, entre otros.

## ORIENTACIÓN SOBRE GRABACIONES Y ÉTICA POLICIAL

Como parte del esfuerzo de reestablecer relaciones con la comunidad, el 19 de mayo de 2016 doscientos catorce (214) MPPR recibieron una orientación del líder comunitario y Director de la

## INFORME DE PROGRESO SEMESTRAL

Unión Americana de Libertades Civiles (ACLU por sus siglas en inglés) Licenciado William Ramírez. En esta, se discutieron los tópicos sobre las libertades constitucionales que le permiten a las personas a grabar las acciones de los MPPR durante sus turnos de trabajo y mientras están vistiendo sus uniformes; cuando los MPPR tienen el derecho a tener privacidad; la interacción adecuada con las personas que están grabando; y la ética policial. La orientación fue llevada a cabo en el anfiteatro del Cuartel General desde las 8:00am hasta las 12:00pm.

### K. SISTEMAS DE INFORMACIÓN Y TECNOLOGÍA

ACCESO AL CENTRO NACIONAL DE INFORMACIÓN CRIMINAL (NCIC)

El requerimiento 223 establece y citamos "Todos los MPPR tendrán acceso a la información provista por el Centro Nacional de Información de Crímenes (NCIC por sus siglas en inglés) solo para propósitos relacionados a sus funciones policiacas. La PPR desarrollará un protocolo para el manejo y uso de la información del NCIC".

Como parte del proceso hacia el progreso de cumplimiento de este requerimiento la División de Tecnología ha iniciado la implementación de la aplicación, para que todos los MPPR tengan acceso a la aplicación de NCIC (National Crime Information Center) y RCI (Record Criminal Integrado) administrado por el FBI y por el DJPR.

El primer paso para la implementación de esta aplicación es la toma de huellas dactilares a todo el personal adscrito a los Distritos y Precintos de las Zonas de Excelencia (Las Piedras, Bayamón Oeste, Quebradillas, Utuado). Una vez realizado esta fase, se comenzarán las pruebas de la aplicación en las unidades de trabajo antes mencionadas.

## INFORME DE PROGRESO SEMESTRAL

# V.  Respuesta De La PPR A Inquietudes Planteadas Por El TCA En Su Informe Semestral Previo (Expediente 203)

### A. RESULTADOS PRUEBAS DE SUSTANCIAS CONTROLADAS

En el Tercer Informe de Progreso de la PPR fueron informados tres (3) casos de resultados positivos a las pruebas de sustancias controladas, esta información es hasta el 30 de noviembre de 2015, posterior a esa fecha se informó un caso adicional, para un total de cuatro (4) en ese año. Relacionado a la petición del TCA de que se abunde sobre las acciones llevadas a cabo en estos casos que arrojaron positivo a estas pruebas, le informamos lo siguiente:

- *Caso 1*: Separado del servicio (al arrojar positivo incumplió con los requerimientos del período probatorio del puesto);
- *Caso 2*: Expulsado el 9 de abril de 2015;
- *Caso 3*: Expulsado el 19 de octubre del 2015; y
- *Caso 4*: Expulsado el 4 de abril de 2016.

### B. REVISIÓN DEL TCA DEL PROCESO DE PROMOCIONES DE LA PPR

El 5 de abril de 2016, el TCA remitió a la Oficina de Reforma el resultado de la evaluación realizada por su Equipo de Trabajo (Core Team) concerniente a los procesos de ascensos de Sargento hasta Capitán durante el año 2015. En el reporte sobre la evaluación, el TCA hace claro que esta evaluación es exclusivamente para los ascensos antes mencionados y que la evaluación de los demás rangos (Inspector a Coronel) será realizada separadamente. En la parte de hallazgos y recomendaciones el TCA indicó y citamos: "We found numerous operational and administrative challenges. However, there was no evidence of illegal promotions." Esto se traduce a lo siguiente: "Hemos encontrado numerosos retos operacionales y administrativos. Sin embargo, no hay evidencia de ascensos ilegales". Es claro que la PPR está en un proceso de

reforma en el cual se están desarrollando nuevos procedimientos y otros están siendo revisados para atemperarlos a las mejores prácticas policiacas, al Acuerdo y a las Leyes que regulan la Agencia. El hecho de que el TCA en su informe de evaluación sobre este proceso de ascensos reportará que aunque necesite mejoras, fue uno legal y cónsono con el proceso de Reforma, le brinda transparencia a los procesos.

C. ESTADÍSTICAS DE QUERELLAS ADMINISTRATIVAS DE VIOLENCIA DOMÉSTICA CONTRA MPPR

Según lo señalado en el Tercer Reporte Semestral del TCA, donde fue señalada una incongruencia en los datos estadísticos sobre las querellas administrativas de violencia doméstica reportadas contra los MPPR. Aprovechamos para indicar que los datos estadísticos informados sobre el tema en el Tercer Informe de Progreso de la Reforma de la PPR en las tablas de las páginas 25 y 40 fue un error y en ambas tablas deben leer un total de doscientas dieciséis (216) querellas de violencia doméstica contra MPPR. En cuanto a la cantidad de casos de MPPR arrestados por esta situación, versus los que resultaron acusados y si resultaron convictos o no, es una situación que va más allá del poder discrecional de los MPPR, que investigan los casos. La decisión de radicar el caso criminal está en las manos de los fiscales y el resultado final en los jueces, lo cual es parte del sistema de justicia criminal.

## VI.  Conclusión

A medida que la PPR llega a la mitad del recorrido del período de desarrollo de capacidades, la agencia reconoce los importantes logros alcanzados.  Uno de los más importantes, es el hecho de que los últimos tres (3) Planes de Acción se finalizaron para completar los once (11) requeridos por el Acuerdo.  Con este paso, la PPR puede seguir avanzando para proporcionar la formación clave para todo su personal, para superar un noventa por ciento (90%) del nivel de cumplimiento en los adiestramientos de uso de la fuerza y de armas para los MPPR asignados a las Zonas de Excelencia.  Estos avances se añaden a los adiestramientos sobre ética, los doscientos cincuenta y ocho (258) ascensos, los acuerdos colaborativos realizados con la Oficina de Ética Gubernamental y la Oficina de la Procuradora de las Mujeres, y las políticas históricas firmadas durante este período, como las relacionadas con las personas transgénero y transexuales y las personas extranjeras.  La reorganización de la Superintendencia Auxiliar en Responsabilidad Profesional también marca un punto de referencia esencial en la aplicación de las mejores prácticas de investigación de las querellas por conducta impropia y otras.

La PPR está muy agradecida de todas las partes interesadas de la comunidad, individuos y agencias que han contribuido junto a los inmensos esfuerzos de los MPPR y el personal civil, para hacer de la PPR una agencia de seguridad digna de ser emulada.  La PPR continuará a lo largo de este camino, con la asistencia del equipo de TCA y DJEU, hasta la finalización del período de Acuerdo. Las experiencias de aprendizaje que han sido de mutuo beneficio, dotarán a la PPR de las capacidades necesarias para lograr y mantener la sostenibilidad, que es el resultado deseado de este proceso de reforma.

## INFORME DE PROGRESO SEMESTRAL

CERTIFICO

Certifico bajo pena de perjurio debajo 28 U.S.C. § 1746 y cualquier otra ley aplicable de los Estados Unidos, que el informe anterior y la información es verdadera y correcta.   Ejecutado en San Juan, Puerto Rico, en el día 31 de mayo de 2016.

JOSÉ L. CALDERO-LÓPEZ
Superintendente de la Policía de Puerto Rico

RESPETUOSAMENTE SOMETIDA.

SE CERTIFICA que en esta misma fecha, de lo anterior se presentó al Procurador General de Puerto Rico: César Miranda; al Asesor de Cumplimiento Técnico: Arnaldo Claudio; a la Oficina del Procurador General de los Estados Unidos: Loretta E. Lynch y los abogados de record, y que lo anterior fue notificado el día de hoy, 31 de mayo de 2016, a todos los abogados de record.

CESAR MIRANDA RODRÍGUEZ
Secretario de Justicia

MARTA ELISA GONZÁLEZ
Secretaria Auxiliar de Litigación

# INFORME DE PROGRESO SEMESTRAL

*S/ FLOR VÉLEZ DÍAZ*
FLOR VÉLEZ DÍAZ
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, P.R. 00902-0192
Tel. (787) 721-2900 ext. 2540/2546
Fax. (787) 722-1595
USDC-PR No.
fvelez@justicia.pr.gov