UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for August 2016.

| Core Team Expenses [1] | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | August 1st, 2016 to August 5th, 2016 |
| Rafael E. Ruíz | $6,500.00 | August 1st, 2016 to August 5th, 2016 |
| Marcos Soler | $2,600.00 | August 6th, 2016 to August 7th, 2016 |
| John J. Romero | $6,500.00 | August 1st, 2016 to August 5th, 2016 |
| Alan Youngs | $6,500.00 | August 1st, 2016 to August 5th, 2016 |
| Scott Cragg | $4,750.00 | August 2nd, 2016 to August 5th, 2016 |
| Subtotal | $33,350.00 | |
| Visit August 29th to August 31st, 2016 | | |
| Gerard LaSalle | N/A | |
| Linda V. Navedo | $3,900.00 | |
| Rafael E. Ruíz | $3,900.00 | |
| Marcos Soler | N/A | |
| John J. Romero | $3,900.00 | |
| Alan Youngs | $3,900.00 | |
| Scott Cragg | $3,450.00 | |
| Subtotal | $19,050.00 | |

[1] See attached Invoices
[2] Car wash and change of engine oil and filter see invoice for details.

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Telework | | |
|---|---|---|
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $2,600.00 | August 2016 |
| Rafael E. Ruíz | $2,600.00 | August 2016 |
| Marcos Soler | $4,950.00 | August 2016 |
| John J. Romero | $2,600.00 | August 2016 |
| Alan Youngs | $2,600.00 | August 2016 |
| Scott Cragg | $3,825.00 | August 2016 |
| | Subtotal | $19,175.00 |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $ | August 2016 |
| Federico Hernandez Denton | $2,625.00 | August 2016 |
| Antonio Bazán | $3,375.00 | August 2016 |
| | Subtotal | $6,000.00 |
| **Car Expenses** | | |
| Chauffer | $900.00 | July 31st, 2016 to August 7th, 2016 |
| Gasoline | $587.01 | August 2016 |
| Tolls | $165.00 | August 2016 |
| Car Maintenance [2] | $133.00 | August 2016 |
| Car Repair [3] | $686.88 | August 2016 |
| Car Rental | $634.17 | August 2016 |
| | Subtotal | $3,106.06 |
| | | |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $2,000.00 | August 2016 |
| | Subtotal | $2,000.00 |
| | | |
| **Office Supply** | | |
| White Copy Paper | $23.74 | |
| | Subtotal | $23.74 |
| **Grand Total** | | $82,704.80 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $82,704.80, the total amount of the monthly expenses, for the month of August 2016.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

---

[2] Car wash and change of engine oil and filter see invoice for details.
[3] Car repair and battery replacement, see invoice for details.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $82,704.80 the total amount of the expenses for the month of August 2016.

In San Juan, Puerto Rico, this day September 7, 2016.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.