# INVOICE FOR PROFESSIONAL SERVICES: AUG 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983 | 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:    **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **AUG/2016**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week | N/A | X | 1/ Aug | $1,300.00 |
| TCA Core Team Week | N/A | X | 2/ Aug | $1,300.00 |
| TCA Core Team Week | N/A | X | 3/ Aug | $1,300.00 |
| TCA Core Team Week | N/A | X | 4/ Aug | $1,300.00 |
| TCA Core Team Week | N/A | X | 5/ Aug | $1,300.00 |
| Researched and review of local laws and best practices concerning: General Order: Employee Assistance Program and General Order: Internal Audit.  Drafted review documents of policies.  Assistance and participation along with the TCA, PRDOJ and USDOJ representatives in the following meetings: Policy Review, PRPD Reform Unit Budget, KRONOS System, Governor's Public Hearing | N/A | X | 9-26/ Aug | |
| | | TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK": | | $6,500.00 |
| | | TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | | $2,600.00 |
| | | TOTAL TO BE BILLED: | | $9,100.00 |
| | | TOTAL HOURS WORKED "PRO BONO": 10.67 HOURS | | |

INVOICE PRESENTED BY:

_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
AUg 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____   oK
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.
Date: ___9/7/2016___, 2016

1

# INVOICE FOR PROFESSIONAL SERVICES: AUG 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:     **TCAPR Corp.**
         #268 Muñoz Rivera
         Suite 1001, World Plaza
         San Juan, Puerto Rico

The invoice for professional services rendered by **Linda V. Navedo Cortés** (TCA Core Team) during the month of **AUG/2016**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 29/ Aug | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 30/ Aug | $1,300.00 |
| TCA Core Team Week (10 hours - see agenda + work after hours) | N/A | X | 31/ Aug | $1,300.00 |
| | | TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK": | | $3,900.00 |
| | | | TOTAL TO BE BILLED: | $3,900.00 |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
Aug 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President          ok
TCAPR Corp.
Date: ___9/7/2016___ , 2016

1

# Rafael E. Ruiz

610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE #2016-12

**TO:**

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**

Services on: August 1st -- 27th 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 8-1-16 Discussion of Agenda & administrative matters; HQ Review/Discuss CAD System<br>8-2-16 TCA Office Meetings; SITE Visit to Police Academy<br>Discussion on progress report | | 1,300/day | 1,300.00 |
| | | 1,300/day | 1,300.00 |
| 8-3-16 Site Visit to Mayaguez Police HQ<br>meeting w/Drug and Narcotics Unit, CIC, FIU/FRB | | 1,300/day | 1,300.00 |
| 8-4-16 Site Visit to Aguadilla Police HQ meet w/ Drugs &Narcotics Unit, CIC Unit and FIU/FRB | | 1,300/day | 1,300.00 |
| 8-5-16 Site Visit to Police HQ Meetings; TCA Office for Meetings/Reports | | 1,300/day | 1,300.00 |
| August 7-27<br>Prep'd report on Site Visit to PRPD Academy | | | |
| Prep'd report on Site Visit Mayaguez Area Command | 2 hours | | |
| Prep'd report on Site Visit Aguadilla Area Command | 2 hours | | |
| Review of "Prontuarios 615 and 615R on Arrests & Summons GO 615 | 2 hours<br>3 HRS | | |
| Reviewed Policy on Evaluations Boards of Incidents of Use Of Force (Annual Review) | 1.5 HRS | | |
| Reviewed PRPD's forms 921-921a-922. | 1 HR | | |
| Comments on above policies  and forms | 1.5 HRS. | | |
| Reviewed PRPD's policy on Use and Management of Electronic Control Device (DCE) Last Review | 2 HRS. | | |
| Prepared comments on the above | 1.5 HRS. | | |
| Phone calls and emails with Core Team members regarding policies and reports, reviews and site visits | 1.5 HRS. | | |
| TOTAL HOURS WORKED 18 | | | |
|     BILLABLE Hours | 17.33 | 150/hr | 2600.00 |

1

| | TOTAL | $9100.00 |
|---|---|---|

Make all checks payable to Rafael E. Ruiz          INVOICE #2016-12

**Signature** _Rafael E Ruiz_          **Date** Aug 31,2016

ok

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

I#2016-13

DATE: AUGUST
31, 2016

**TO:**
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**
Services on: August 29 through 31 , 20´

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| August 29th – TCA Office Adm. Meetings | | 1300.00/Day | 1300.00 |
| August 30th – TCA Office meetings and PRPD Ride-alongs | | 1300.00/Day | 1300.00 |
| August 31st – TCA Office meetings and reports | | 1300.00/Day | 1300.00 |
| TOTAL BILLED | | | $3900.00 |

Signature _Rafael E Ruiz_     Date: **August 31, 2016**

OK _[signature]_ 9/7/2016

# INVOICE FOR PROFESSIONAL SERVICES: AUGUST 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:   **TCAPR, LLC**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of August 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City:  Draft correspondence on action plans and discussion with TCA; Review of Hate Crime Policy review and conference calls with PRPD and DOJ on said policy (5.0 hours) | X | N/A | Monday-Tuesday, August 1-2, 2016 | (5 @ $150 = $750) |
| Work from New York City: Prep work re: powerpoints for CIC training workshop (3.0 hours) | X | N/A | Friday, August 5, 2016 | (3 @ $150 = $450) |
| Work from Puerto Rico: See TCA agenda, Review of training workshop for CICs (20.0 hours) | N/A | X | Saturday - Sunday, August 6-7, 2016 | ($1,300 @ 2 days = $2,600) |
| Work from New York City:  Review of DOJ comments on 11 action plans submitted on 8/9, 8/10; discussion with TCA and conference call with PRPD (8.0 hours) | X | N/A | Tuesday through Thursday, August 9-11, 2016 | (8 @ $150 = $1,200) |
| Work from New York City:  Review of SARP manual and new edits, review materials on ride-alongs and conduct research on other jurisdictions (8.0 hours) | X | N/A | Friday through Sunday 13-15, 2016, | (8 @ $150 = $1,200) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review PRPD response on action plans, prepare final letter on methodology for 3 remaining action plans (7.0 hours) | X | N/A | Saturday-Sunday, August27-28, 2016, | (7 @ $150 = $1,050) |
| Work from New York City: Prep and meeting to discuss administrative order on program evaluation and call on SARP manual (2.0 hours) | X | N/A | Tuesday, August 30 30, 2016 | (2 @ $150 = $300) |
| TOTAL HOURS WORKED: 74.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (2 days, 20 HOURS) | | | | $2,600 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (33 HOURS @ $150): | | | | $4,950 |
| TOTAL TO BE BILLED: | | | | $7,550 |

INVOICE PRESENTED BY:


_____marcos f soler_____

MARCOS F. SOLER
TCA Core Team
August 30, 2016


Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.


_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

OK
9/4/20

2

Date: _____, 2016.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

August 27, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 026
FOR PROFESSIONAL SERVICES RENDERED AUGUST  2016

| | |
|---|---|
| Monday, August 1, 2016 | TCA Office re: meetings<br>PRPD HQ. re: meetings |
| Tuesday, August 2, 2016 | TCA Office re: meetings<br>PRPD Academy re: meetings |
| Wednesday, August 3, 2016 | Site Visit Mayaguez Area Command |
| Thursday, August 4, 2016 | Site Visit Aguadilla Area Command |
| Friday, August 5, 2016 | TCA Office re: meetings<br>PRPD HQ. re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

August 1-27    Prepared comments on Site Visit to PRPD Academy 2.5 hours
Prepared comments on Site Visit Mayaguez Area Command 2.5 hours
Prepared comments on Site Visit Aguadilla Area Command 2.5 hours
Reviewed PRPD's policy on "Evaluations Boards of Incidents of Use
Of Force  by the PRPD" (Annual Review)  2 hours
Reviewed PRPD's forms 921-921a-922. 1 hour.
Prepared comments on the above policy and forms 3.5 hours.
Reviewed PRPD's policy on Use and Management of Electronic
Control Device (DCE) Last Review 2.5 hours.
Prepared comments on the above 1.5 hours.
Conferred with TCA Core Team members re: above policy
reviews and site visits. 1.5 hours.

**TOTAL HOURS  19 HOURS 30 MINUTES**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO = 2 HOURS  30 MINUTES**

**TOTAL. $9,100**

*John J Romano*

ok ff
9/7/2014

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

August 31, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 027
FOR PROFESSIONAL SERVICES RENDERED AUGUST 2016

Monday, August 29, 2016          TCA Office re: meetings

Tuesday, August 30, 2016         TCA Office re: meetings

Wednesday, August 31, 2016    TCA Office re: meetings


**3 DAYS (DAY RATE $1,300) =  $3900**


**TOTAL = $3900**

# INVOICE FOR PROFESSIONAL SERVICES: AUGUST 2016
## ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

**TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of August 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 01/Aug | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 02/Aug | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 03/Aug | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 04Augt | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 05/Aug | $1,300.00 |
| Researched , reviewed and provided best police practices concerning Drugs, Narcotics, Vice Control and Illegal Firearms for Final Draft of Puerto Rico Police Department's General Order, Chapter 100, Section 10. A book has been compiled with best practices concerning this topic. (8 hours) | X | N/A | 2/Aug | 1,200.00 |
| Researched , reviewed and provided best police practices concerning Addressing the mental health needs of police personnel and PTSD (4 hours) | X | N/A | 4/Aug | 600.00 |
| Reviewed Field Training Officer program and FTO Manual and submitted completed TCA Review (8 hours) | X | N/A | 11/Aug | 1200.00 |
| Researched, reviewed and provided best police practices concerning CAD for Dispatch Departments (2 hours) | X | N/A | 13?Aug | 300.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed and provided best police practices concerning Property and Evidence control. Photographs of a model Property and Evidence room have been compiled. (4 hours) | X | N/A | 23/Aug | 600.00 |
| TOTAL OF BILLABLE HOURS 60.67 HOURS @ $150): | | | | 9,100.00 |
| TOTAL 15.33 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
August 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President                OK
TCAPR Corp.

Date: _____, 2016.        9/7/2016

2

# INVOICE FOR PROFESSIONAL SERVICES: AUGUST 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

**TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of August 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 29/Aug | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 30/Aug | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 31/Aug | $1,300.00 |
| TOTAL OF BILLABLE HOURS: 30.00 HOURS ): | | | | 3,900.00 |
| TOTAL TO BE BILLED: | | | | $3,900.00 |

INVOICE PRESENTED BY:

*Alan C. Youngs* (signature)

Alan C. Youngs

TCA Core Team
August 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

9/7/2016

1

Date: _____, 2016.

# INVOICE FOR PROFESSIONAL SERVICES:

## AUGUST 1-AUGUST 28, 2016
### SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of August 2016 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S HRS | PR DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| On-site mtgs with PRPD and TCA | | 3 Days 5 Hrs | 8/2-5 | $4750 |
| Analyze audit of IT for purpose of conducting mtg with CIO 8/2 | 3.50 | | 8/1 | 525.00 |
| Finalize draft trip report | 2.25 | | 8/6 | 337.50 |
| Review Draft IT Governance Policy, comment back to PRPD CIO | 2.25 | | 8/10 | 337.50 |
| Develop draft on site agenda and coordinate with PRPD CIO | 0.75 | | 8/10 | 112.50 |
| Review PRPD DRAFT Gen order dtd Aug 2 | 1.75 | | 8/15 | 262.50 |
| Review PRPD Gen order 100 dated Aug 14 | 3.00 | | 8/15 | 450.00 |
| Review of policy: Protocol for exchange of information between components of Criminal Justice System | 0.75 | | 8/21 | 112.50 |
| Interview preparation for week of 29 August, review of prior trip data/reports and mtg minutes to optimize use of PRPD staff time | 2.75 | | 8/24 | 412.50 |
| NIBRS Gen Order - Translate and review for applicability to IT | 3.50 | | 8/28 | 525.00 |
| Email (TCA and PRPD) coordination of IT visit and meeting agenda and travel logistics | 0.50 | | 8/25 | 75.00 |
| Review Mayaguez agenda | 0.25 | | 8/27 | 37.50 |
| Review Certified English Action Plan - Use of Force dtd 8 Aug 2015 for applicability to IT Action Plan | 1.25 | | 8/27 | 187.50 |
| Review Certified English Action Plan - Searches and Seizures dtd 8 Aug 2015 for applicability to IT Action Plan | 1.00 | | 8/27 | 150.00 |
| Review Certified English Action Plan - Equal Opportunity & Non-Discrimination dtd 8 Aug 2015 for applicability to IT Action Plan | 0.75 | | 8/28 | 112.50 |
| Review Certified English Action Plan - Administrative Complaints, Internal Investigations, and Discipline dtd 8 Aug 2015 for applicability to IT Action Plan | 0.75 | | 8/28 | 112.50 |
| Scan Action plan Budgets | 0.50 | | 8/28 | 75.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S HRS | PR DA Y | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS WORKING IN PUERTO RICO 3 days 5 hours | | | | $4750 |
| TOTAL OF BILLABLE HOURS (25.50 HOURS @ $150): | | | | $3825 |
| TOTAL TO BE BILLED: | | | | $8575 |

INVOICE PRESENTED BY:
_____//Signed//_____8/28/2016
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

2

INVOICE FOR PROFESSIONAL SERVICES:
AUG 29-AUG 31, 2016
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during Aug 29, 30, 31, 2016 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | US HRS | PR DAYS | DATES OF WORK | BILLED AMT $ |
|---|---|---|---|---|
| On site in Puerto Rico meeting with CIO at PRPD Headquarters, TCA | 0 | 2 days, 5 hours | 8/29-31 | $3450 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING IN PUERTO RICO  X 2 days plus 5 hours | | | | $3450 |
| TOTAL OF BILLABLE HOURS NOT IN PUERTO RICO (0 HOURS @ $150): | | | | $0 |
| TOTAL TO BE BILLED: | | | | $3450 |
| | | | | |

INVOICE PRESENTED BY:
_____//Signed//_____8/31/2016
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

ok &Y. 9/7/2014

1

*Federico Hernández Denton*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

August 30, 2016

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

## Invoice For Services Rendered To The TCA during The Month of August 2016.

The present invoice includes services that were rendered by FEDERICO HERNÁNDEZ DENTON during the month of August 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 8/8/2016 | TCA meeting with Judge Gelpi. | 2.5 |
| 8/11/2016 | Reading and analysis of latest draft of General Order with rules and procedures for transactions related to transfers of members of PRPD. | 2.5 |
| 8/12/16 | Meeting with the Board of Promotions PRPD | 3 |
| 8/16/16 | Review of General Order related to transfer of PRPD Members and incorporation of changes to memorandum sent by Attorney Bazán. | 3 |
| 8/25/16 | Meeting with TCA. | 3 |
| 8/30/16 | Meetings with PRPD Reform Unit – Plans of Action. | 7 |
| **Total Billed Hours** | | **21** |
| **TOTAL** | | **$2,625.00** |



*Federico Hernández Denton*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH – I ofi.1201
Hato Rey Puerto Rico 00918

FEDERICO HERNÁNDEZ DENTON

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked my capacity as Legal Advisor.*

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

August 30, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-08**

Sir:
The following is a detailed statement of the hours worked on legal   advice/
consultations/meetings for the TCAPR Corp. during the month of August 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 8/02/2016 | 6 Hrs. 9:00 am to 12:00N 1:30 to 4:30 pm | Meeting at PRPD Headquarters –Narcotic Drugs, Vice Control etc.. and Methodology on Action Plans- Hate Crimes/Manuals-Legal Issues-Querellas Administrativas |
| 8/05/2016 | 6 hrs. 9:00 am to 12:00N 1:00 to 4:00 pm | Paragraphs 236,240,245,248, 253 Exit Briefing PRPD Headquarters-Inter Agency Protocol |
| 8/08/2016 | 1 Hr. 3:30-4:30 pm | Meeting with Judge Gelpi-Re Hearing |
| 8/09/2016 | 1.25 hrs. 6:30 to 7:45 pm | Use and Management of Electronic Devices and Annual Review (J. Romero) Review and Legal Advice |
| 8/10/2016 | 2 hrs. 1:00 to 3:00 pm | US District Court – Hearing Appearance of Governor Alejandro Garcia Padilla |
| 8/11/2016 | 1 hr.  11:30 am to 12:30 pm | Redline on Protocol for Recordings of Communications and Redline for Transfers Manual of PRPD |
| 8/12/2016 | 3 hrs. 5:00 to 8:00 pm | Order 700-701 FTO Field Training Manual-Revised/Legal Advice |
| 8/13/2016 | .5 hrs. 3:00 to 3:30 pm | RA-615 and 615 R- Review and advice. |
| 8/30/2016 | 6 hrs.  9:00 am to 12:00 N and 1:00 to 4:00 pm | PRPD Headquarters-Meetings with DOJ, DOJPR and PRPD regarding Officer Promotions and Polygraph examinations of Officers of Narcotics Unit and Referrals of Complaints by TCA |
| 8/30/2016 | **27Hrs.Total hours billed** | 27 hrs. x $125.00 =$3,375.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

OK ___ 9/7/2014

From:   Guillermo A. Baralt Miró, Esq.
        2070 Calle 1 Apto 215B
        Guaynabo, Puerto Rico
        (787) 236-0645
        guillermobaralt@outlook.com

To:     TCA Corp.                      DATE: August 31, 2016
        268 Muñoz Rivera,
        World Plaza, Suite 1001
        San Juan, PR 00961

## LEGAL FEES AND PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD ENDING 8/28/2016

| DATE | HOURS | SERVICE RENDERED |
|------|-------|------------------|
| 7/28/2016 | 5 | Review of syllabus on training for arrest and citations; drafted internal memorandum arguing for the inclusion of search incident to the arrest. |
| 7/31/2016 | 10 | Visit to Peñuelas, Drafted Corresponding Memorandum (travel time already deducted). |
| 8/1/2016 | 8<br>3 | Core Team Visit<br>Preparation on Drugs and Narcotics Meeting<br>Research and Compiling of information regarding Best Practices |
| 8/2/2016 | 8 | Core Team Visit |
| 8/3/2016 | 6 | Core Team Visit<br>Research and Analysis on Best Police Practice, their viability for incorporation in Puerto Rico and study of proposed training material (Preparation for Syllabus Review) |
| 8/4/2016 | 7<br>3 | Core Team Visit<br>Preparation for Syllabus Review<br>Work on Governor's Hearing (Confidential) |
| 8/5/2016 | 7<br>2 | Core Team Visit<br>Work on Governor's Hearing |
| 8/6/2016 | 11 | Work on Governor's Hearing<br>Preparation for Syllabus Review |
| 8/7/2016 | 7 | Work on Governor's Hearing |
| 8/8/2016 | 9 | Preparation for Syllabus Review<br>Additional Work Governor's Hearing |
| 8/9/2016 | 6 | Preparation for Syllabus Review |
| 8/10/2016 | 7 | Preparation for Syllabus Review<br>Governor's Hearing (not billed for) |
| 8/11/2016 | 1<br>6 | Drafting Syllabus Review |
| 8/12/2016 | 6 | Drafting Syllabus Review |

| 8/13/2016 | 8 | Drafting Syllabus Review |
|---|---|---|
| 8/14/2016 | 7 | Drafting Syllabus Review |
| 8/15/2016 | 9 | Drafting Syllabus Review<br>Worked on Review of G.O. on PRPD's Protocol for the Management of Audio Recordings |
| 8/16/2016 | 5 | Drafting Syllabus Review |
| 8/17/2016 | 6 | Drafting Syllabus Review |
| 8/18/2016 | 6 | Began Final Draft of Document "T.C.A.'s Review of Training Material" |
| 8/19/2016 | 7 | Final Draft TCA's Review |
| 8/22/2016 | 3 | Final Draft TCA's Review |
| 8/23/2016 | 3 | Final Draft TCA's Review |
| 8/27/2016 | 5 | Final Draft, & preparations for submission and preliminary approval by the TCA |
| Total time invested (hours) | 171 | |
| Rate per hour ($) | 20.00 | |
| Total ($) | 3,420 | |
| Deduction for presently unbillable services rendered($) | 1,420 | |
| Due*** | $2,000 | |

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to publish or maintain confidential, as legally recognized by Local and Federal statutes.

**This invoice is only for billable services rendered. It does not represent an exhaustive list of all work performed.

***Seventy-one hours of services render for the TCA fall outside the scope of the service agreement between TCAPR Corp. and the undersigned. Thus, they are considered unbillable.

However, please consider the time and effort I invested upon producing quality material that fall under the scope of what is required of the TCA by the Agreement. Although conscious that I wouldn't be compensated for it, and albeit my best effort to have any issue clarified, I decided to produce a well-informed review of training material and how they measure compared to generally regarded best policing practices, and submitted this review on August 29 2016.

This, not out of my own self-interest, but because I understood that it would be detrimental to the collective effort of the Commonwealth, the United States, and the TCA, in caring out a Reform process.

_____  8/31/2016
Guillermo A. Baralt Miró, Esq.

August 31, 2016
Date

```
H  TO  GO  STORE  GURABO
   CARR  189  KM  0.4
BO.  NAVARRO  GURABO
       PR,  00778
```

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CASH | | 40.00 |

```
                Sub Total      40.00
                  IVU 1%        0.00
                  IVL 10.5%     0.00
                SPECIAL 2%      0.00
          TOTAL          40.00
                  CASH  $      40.00
```

```
THANKS,  COME  AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 48404
05/31/16  07:26:18          ST# 00012
```

```
CONTROL  Y3L08-1-GMS
ST
processed by Softek
```

PUMA
PUERTO NUEVO
(787) 296-4179

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#05 | | 20.00 |
| | | ---------- |
| Sub Total | | 20.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

GRACIAS

VUELVA PRONTO

REG# 0001 CSH# 008 DRA 01   TRAN# 14351
08/23/16  13:22:17        ST# TX220

H TO GO STORE GURABO
CASR 188 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | Qty | amount |
| --- | --- | --- |
| Prepay CA#05 | | 13.00 |
| | | ---------- |
| Sub Total | | 13.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPECIAL 2% | | 0.00 |
| TOTAL | | 13.00 |
| | CASH $ | 13.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01   TRAN# 42850
05/22/16  18:27:00         ST# 00010

CONTROL: AAAA-0060
SI
processed by Softek

HBIENVENIDO A
TO GO STORES 24HRS.
CAGUAS

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#10 | | 20.00 |
| | | ---------- |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

GRACIAS, VUELVA PRONTO
x
ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
REG# 0005 CSH# 008 DR# 01   TRAN# 50573
08/15/16  09:22:53        ST# 00019

CONTROL: CY2FG-U2HYP
SI
processed by Softek

BIENVENIDOS A
FOOD & GAS S.STA.

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#02 | | 30.0 |
| | | ---------- |
| Sub Total | | 30.0 |
| MUN | | 0.0 |
| EST | | 0.0 |
| TOTAL | | 50.0 |
| | CASH $ | 50.0 |

THANKS.COME AGAIN
GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01   TRAN# 1219
08/18/16  12:02:36         ST# P060

**Puma Post**
Calle Post
Mayaguez,PR 00680

Date: 8/3/2016 4:01 PM
Cashier: Natasha Cuevas
Trans No. 1060109
Batch No. 3148

| Qty | UPC/PLU | Description |
|-----|---------|-------------|

Prepay Amount                    $20.00

| | |
|---|---|
| Subtotal: | $20.00 |
| ESTATAL: | $0.00 |
| MUNICIPAL: | $0.00 |
| | |
| Total: | $20.00 |
| Tendered: | $20.00 |
| Change: | $0.00 |

Gracias por comprar con nosotros

CONTROL: 3J655-CRT1B
ST

---

TOTAL ROOSEVELT
AVE ROOSEVELT
HATO REY, P.R
787-792-8153

**SALES RECEIPT**

Transaction #:        326950
Date:   8/3/2016      Time:   12:47:23 PM
Cashier:  1           Register #:  1

| Item | Description | Amount |
|------|-------------|--------|
| 6 | GASOLINA | $20.00 |

                    Sub Total    $20.00
                    Total        $20.00

                    CASH Tendered  $20.00
                    Change Due     $0.00

326950
Thank you for shopping
TOTAL ROOSEVELT
We hope you'll come back soon!

PIDE TU RECIBO
FVOLDTD: TC376-11780
DRAW:   12/31/1969 4:00:00 AM

---

16.01

TOTAL      $3.99

THANKS COME AGAIN

---

BIENVENIDO PUMA
PUERTO NUEVO NORTH
(787) 782 0221

| Desc. | Qty | Amount |
|-------|-----|--------|
| REG CA #07 | 19.060 | 11.00 |
| | @ 0.577/1 | |
| Fuel Tax | | 20.30 |

                    Sub Total    9.00
                    STATE        0.00
                    MUNICIPAL    0.00
                    TOTAL        9.00
                    CASH $       -9.00

GRACIAS VUELVA
PRONTO
REG# 0001 CSR# 009 DRW 00   TRAN# 19404
08/02/16  09:08:06          ST# TX227

BIENVENIDOS A
FOOD & GAS S.STA.

| Descr. | qty | amount |
|--------|-----|--------|
| REG    CA #04 | 27.733L | 16.00 |
|        | @ 0.577/ L | |
| Prepay Fuel | | -20.00 |

| | | |
|--|--|--|
| Sub Total | | -4.00 |
| REG | | 0.00 |
| EST | | 0.00 |
| **TOTAL** | | **-4.00** |
| CASH  $ | | -4.00 |

THANKS,COME AGAIN
GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01   TRAN# 12931
08/01/16  13:59:50            ST# P0601

H TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#04 | | 20.00 |

| | | |
|--|--|--|
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPECIAL 2% | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH  $ | | 20.00 |

THANKS, COME AGAIN
REG# 0002 CSH# 010 DR# 01   TRAN# 22185
08/02/16  21:40:17           ST# 00012

H

```
-------------------------------------
      GULF SAN JUAN SERVICE STATION
      AVE FERNANDEZ JUNCOS/ESQ TADEO
           PUERTA DE TIERRA, PR
-------------------------------------
CASH            REC# 53857        08/10/16


       ****  RECIBO  ****

  1  GASOLINA BOMBA-05              10.00
                                  --------
                                    10.00
               TAX MUN . . . . .      .00
               TAX EST . . . . .      .00
                                  --------
          TOTAL DE LA VENTA . . . . 10.00

          CAMBIO DE   10.00  -    .00



              1-XA    11:31
```

```
-------------------------------------
|                                     |
|  *  CONTROL: NO DISPONIBLE          |
|     ST                              |
|     processed by Softek             |
-------------------------------------
```

```
      H TO GO STORE  GURABO
        CARR  189  KM 0.4
      BO. NAVARRO  GURABO
         PR.  00778

Descr.              qty
-------             ---         amount
                                ------
REG CR #05     52.915L
             @ 0.567/ L          30.00
     Prepay Fuel                -30.00
                               --------
            Sub Total             0.00
               IVU 1%             0.00
            IVU 10.5%             0.00
            SPECIAL 2%            0.00
          TOTAL              0.00
                CASH  $          0.00
THANKS,  COME  AGAIN
REG# 0003 CSH# 014 DR# 01  TRAN# 32888
08/16/16  14:17:09             ST# 00012
```

```
      H TO GO STORE  GURABO
        CARR  189  KM 0.4
      BO. NAVARRO  GURABO
         PR.  00778

Descr.              qty         amount
.....               ...         ......

Prepay CA#01                     20.00
                               --------
              Sub Total          20.00
                IVU 1%            0.00
             IVU 10.5%           0.00
             SPECIAL 2%          0.00
          TOTAL             20.00
                CASH  $         20.00
THANKS,  COME  AGAIN
REG# 0011 CSH# 012 DR# 01  TRAN# 45154
08/04/16  07:07:38            ST# 00012
```

```
--------------------------------------
CONTROL: DISPONIBLE
ST
processed by Softek
--------------------------------------
```

```
              PUMA
           PUERTO NUEVO
           (787) 296-6179


Descr.              qty         amount
-------             ---         ------

Prepay CA#05                     20.00
                               --------
             Sub Total           20.00
             ESTATAL             0.00
             MUNICIPAL           0.00
          TOTAL             20.00
                CASH  $         20.00
          GRACIAS

        VUELVA  PRONTO


REG# 0001 CSH# 009 DR# 01  TRAN# 14925
08/09/16  12:24:23            ST# TX220
```

CASH  189  KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Desc. | Qty | Amount |
| --- | --- | --- |
| Ready CASH | | 22.00 |

| | Sub Total | 22.00 |
| | MUN 1% | 0.00 |
| | ES. .50.5% | 0.00 |
| | State 2% | 0.00 |
| | T O T A L | 22.00 |
| | CASH $ | 22.00 |

T H A N K S,  C O M E  A G A I N

RECH 0001 CSH# 038  TRH# 4139
07/31/16   2:08 P     ST# 00012

CONTROL: ELIZA-005
SF
processed by Sertek

---

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH            REC# 27013        07/29/16

**** RECIBO ****

1  GASOLINA(08) 59.63Lt          35.00
   (REGULAR) 58.7/Lt
                                 ----------
                                 35.00
        TAX MUN . . . . .          .00
        TAX EST . . . . .          .00

   TOTAL DE LA VENTA . . . . .   35.00

   CAMBIO DE  40.00 - 5.00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

2-Adm  17:44c

---

H TO GO STORE GURABO
CASH  189  KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Desc. | Qty | Amount |
| --- | --- | --- |
| Ready CASH | | 5.00 |

| | Sub Total | 5.00 |
| | MUN 1% | 0.00 |
| | ES .50.5% | 0.00 |
| | State 2% | 0.00 |
| | T O T A L | 5.00 |
| | CASH $ | 5.00 |

T H A N K S,  C O M E  A G A I N

RECH 0001 CSH# 038  TRH# 4663E
07/30/16   12:13 P     ST# 00012

CONTROL: ELIZA-005
SF
processed by Sertek

---

PUMA
PUERTO NUEVO
(787) 296-179

| Desc. | Qty | Amount |
| --- | --- | --- |
| REG | GASOLINA 72.97Lt | 39.99 |
|  | @ 0.537/L | |
| Prepay Fuel | | -40.00 |

| | Sub Total | 1.00 |
| | ESTATAL | 0.00 |
| | MUNICIPAL | 0.00 |
| | T O T A L | 1.00 |
| | CASH $ | 1.00 |

G R A C I A S

V U E L V A  P R O N T O

REG# 0001 CSH# 108 DRW 01  TRAN# 19847
08/01/16   14:50:17       STR 14020

*Josué*

(upside-down receipt, top-left)

```
                              ST# P0625
         08/26/16  19:59:19
REG# 0001 CSH# 003 DR# 01  TRAN# 12683
          THANKS, COME AGAIN
                    CASH  $     0.00
              0.00
TOTAL       0.00
              0.00        EST
              0.00        MUN
              0.00        Sub Total
          ---------
Prepay Fuel
@ 0.607/ L
         REG   CA #05   49.423L         -30.00
          ---                       30.00
Descr.        qty        amount

         ESTACION 1/6
        BUCARE PUMA S/S
```

---

```
H

     ------------------------------------
          PUMA ZONA BANCARIA
        AVENIDA PONCE DE LEON
        HATO REY, PUERTO RICO
     ------------------------------------
CASH          REC# 51139          08/29/1

       ****  RECIBO  ****

 1  GASOLINA BOMBA-01            40.00
                              -------
                                40.00
          TAX MUN . . . . .       .00
          TAX EST . . . . .       .00
                              -------
   TOTAL DE LA VENTA . . . . .  40.00

   CAMBIO DE   40.00  -    .00

 * GRACIAS POR SU COMPRA, VUELVA PRONTO *

           2-Adm   13:43
     ------------------------------------
     |                                  |
     |    CONTROL: B738K-PYKX4          |
   * | ST                               |
     |    processed by Softek           |
     ------------------------------------
```

---

*Josué*

```
H        BIENVENIDO A
     TO GO STORE 24HRS.
        INTERAMERICANA
          787-523-1068
         www.togostores.com

Descr.        qty        amount
-------       ---        ------
Prepay CA#03             20.00
                       ----------
         Sub Total       20.00
             IVU 1%       0.00
             IVU 10.5%    0.00
             SPEC 2%      0.00
     TOTAL       20.00
             CASH  $     20.00
      GRACIAS, VUELVA PRONTO
    ***PROHIBIDO EL CONSUMO***
      DE BEBIDAS ALCOHOLICAS
           EN LA TIENDA Y
          SUS ALREDEDORES.
REG# 0004 CSH# 011 DR# 01  TRAN# 40877
08/25/16  12:14:05          ST# 00037

     ------------------------------------
      CONTROL  DV670 VRTNV
```

---

*Raúl*
*Transit Lease*

```
H

     ------------------------------------
          PUMA ZONA BANCARIA
        AVENIDA PONCE DE LEON
        HATO REY, PUERTO RICO
     ------------------------------------
CASH          REC# 51117          08/29/16

       ****  RECIBO  ****

 1  GASOLINA(04) 59.63Lt          35.00
    (REGULAR) 59.7/Lt
                              -------
                                35.00
          TAX MUN . . . . .       .00
          TAX EST . . . . .       .00
                              -------
```

# Boricua Mufflers



Ave. Roosevelt 1100, Puerto Nuevo, PR 00920 / Tel. 787.781.3622 / 787.648.5008

**Nombre** *I C A P R (Jesue)*    **Fecha:** 25-Apt-16
**Tel.**    *Edge*    **Factura:**
**Modelo**
**Año**
**Tabilla** *HX 94875*
**Millage**

| Cantidad | Piezas | Precio | Total |
|---|---|---|---|
| 5/4 | Aceit Motor | 5/00 | 30.00 |
| 1 | Pas Aceit original ford | | 10.00 |
| | FL 500 | | |
| | **Labor** | | |
| 1 | Cambio Aceit y Filt | | 10.00 |

| | | |
|---|---|---|
| | Piezas | 30.00 |
| | Labor | 10.00 |
| | IVU | 5.00 |
| | Total | 45.00 |

*"Porque yo sé muy bien los planes*
*que tengo para contigo, planes de bienestar*
*y no de calamidad..."   Jeremias   29:11*

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9549
08/29/16 19:44:09

Numero de Cuenta:       ACT03451155
Cantidad de Pago:    $      20.00
Metodo de Pago:             Efectivo
Balance:             $      38.00

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



PUMA BOLERA S-S
CARR 189 KM 2.0
CAGUAS
DATE                TIME                HOST
Aug 15.16           13:28:47            P.PAID
BATCH       TERMINAL ID     MERCHANT ID
000126         87880457     878910370358

### PREPAID CASH

PEAJE            PP NUMBER.
               627607040714128

AUTH. CODE: 048606      INVOICE: 019564
                        TRACE  :002005

TOTAL :          $        20.00

SIGNATURE: X_____

           APPROVED
           39.85

           Gracias por su patrocinio



PUMA BOLERA S-S
CARR 189 KM 2.0
CAGUAS
DATE                TIME                HOST
Aug 15.16           13:28:58            P.PAID
BATCH       TERMINAL ID     MERCHANT ID
000126         87880457     878910370358

### PREPAID CASH

               PP NUMBER.
PEAJE          627607040714128

AUTH. CODE: 048608      INVOICE: 019565
                        TRACE  :002007

TOTAL :          $         5.00

SIGNATURE: X_____

           APPROVED
           44.85

           Gracias por su patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE                TIME                HOST
Aug 16.16           12:03:56            P.PAID
BATCH       TERMINAL ID     MERCHANT ID
000062         87880010     878910370001

### PREPAID CASH

               PP NUMBER.
PEAJE          627607040714136

AUTH. CODE: 048847      INVOICE: 000529
                        TRACE  :001722

TOTAL :          $        40.00

SIGNATURE: X_____

           APPROVED
           43.30

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
        AGREEMENT WITH THE ISSUER

           CUSTOMER COPY
        Gracias por su patrocinio



PAPA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE

**PREPAID CASH**

AUTH. CODE: 8A7085F    INVOICE: 006993
                       TRACE :001254

TOTAL        $    20.00

APPROVED
26.10

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY

---



PAPA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

**PREPAID CASH**

AUTH. CODE: 8A7APU    INVOICE: 007250
                      TRACE :001209

TOTAL        $    20.00

APPROVED
31.45

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY



**PREPAID CASH**

AUTH. CODE:    INVOICE:
               TRACE

TOTAL        $    20.00

---

PAPA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

**PREPAID CASH**

AUTH. CODE: 8A808A    INVOICE: 007551
                      TRACE :001384

TOTAL        $    20.00

APPROVED
52.15

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY

03895

1201 Las Palmas,Ave. Esq. R.H. 10dd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 8 / 15 / 20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | | 20.00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL**   20.00

03884

San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 8 / 10 / 20 6

SR.

DIRECCION

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | 15.8 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 15.

---

03924

1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 8 / 18 / 20 6

SR.

DIRECCION

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | 20 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20

---

# LULU SERVICE STATION
1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

03886

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 8 / 2 / 20 6

R.

DIRECCION

TAB. NÚM. _____   CASH ☐   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | 15 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 15 00

---

# LULU SERVICE STATION
1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

03885

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 8 / 5 / 20 6

SR.

DIRECCION

TAB. NÚM. _____   CASH ☐   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | 18 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL**



**CAGUAS EXPRESSWAY MOTORS**
Carr. #1 Rio Piedras a Caguas Km. 30.6
Box 5879  Caguas, P.R. 00725
Tels.: 746-4242, 746-2746 Fax 746-2937

227763

```
        AMOUNT        PAID BY    COMMENT
        570.53        CASH       PL/133145
                                 D.PEREZ
```

```
TCA PR CORP                          TOTAL RECEIVED:       $570.53
ERICK GUZMAN
WORD PLAZA 268                       DATE-TIME: 11AUG2016 15:59
MUNOZ RIVERA 1001
SAN JUAN         PR      00918           CASHIER: ISAURA
                                        LOCATION:
5727507                              CASH DRAWER:
```

## ACCOUNTING DISTRIBUTION

| CO | JOURNAL | CO | ACCOUNT | AMOUNT | CONTROL | CONTROL2 |
|----|---------|----|---------|--------|---------|----------|
| 1  | 56      | 1  | 11299   | 570.53 | 227763  |          |
|    |         | 1  | 10102   | -570.53 | 133145 |          |



USTOMER #: 5727507

133145

*INVOICE*

CA PR CORP
RICK GUZMAN
ORD PLAZA 268
AN JUAN, PR 00918
OME:787-306-4910 CONT:787-306-4910
US: 787-765-2209 CELL:

PAGE 2

**CAGUAS EXPRESSWAY MOTORS, INC.**
Carr. # 1 Río Piedras a Caguas * Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

SERVICE ADVISOR: 2597 DEDRICKZA PEREZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| LANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 43826/43828 | T4912 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 2JUL13 | DD29OCT12 | | 17:00 08AUG16 | | 75.00 | CASH | 11AUG16 |

| R.O. OPENED | READY | OPTIONS: | W-COMP:X DLR:F0R70 ENG:3.5 Liter |
|-------------|-------|----------|----------------------------------|
| 9:12 08AUG16 | 15:10 11AUG16 | | |

| INE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|-----|--------|------|------|-------|--|------|-----|-------|

PAID

AUG 11 2016

BY:_____

STATE TAX ................................................. 38.52
MUNICIPAL TAX ........................................ 2.67

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS, ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 262.50 |
| PARTS AMOUNT | 256.34 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 10.50 |
| TOTAL CHARGES | 529.34 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 41.19 |
| PLEASE PAY THIS AMOUNT | 570.53 |

CUSTOMER SIGNATURE

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON          DATE

CUSTOMER #: 5727507

133145

*INVOICE*



CAGUAS EXPRESSWAY MOTORS, INC.

Carr. # 1 Río Piedras a Caguas * Km. 30.8
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

CA PR CORP
ERICK GUZMAN
NORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-306-4910 CONT:787-306-4910
BUS: 787-765-2209 CELL:

PAGE 1

SERVICE ADVISOR: 2597 DEDRICKZA PEREZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 43826/43828 | T4912 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 02JUL13 | DD29OCT12 | | 17:00 08AUG16 | | 75.00 | CASH | 11AUG16 |

| R.O. OPENED | READY | OPTIONS: | W-COMP:X DLR:F0R70 ENG:3.5 Liter |
|---|---|---|---|
| 09:12 08AUG16 | 15:10 11AUG16 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A C/I ALERTA DE ABS ENCENDIDO EN PANEL | | | |
| PLWR WIRING REPAIR | | | |
| 2159  CFM  2.00 | | 150.00 | 150.00 |
| 1 CA8Z*19628*DX ELECTRICAL TAPE | 2.13 | 1.38 | 1.38 |

43828 2.00 SE VERIFICO UNIDAD TIENE LUZ DE AIRBAG Y TRACTION
CONTROL ENCENDIDA, SE VERIFICARON DTC'S Y SE ENCONTRO DTC
U0028:88-0B-(RCM) VEHICLE COMMUNICATION BUS A-BUS OFF. SE REPARO
CABLERIA DEBAJO DEL ASIENTO DEL CONDUCTOR, REFERENTE AL RCM
**********************************************************

| B C/I A/C DE LA UNIDAD NO ENFRIA CUANDO ESTA ESTACIONADA | | | |
|---|---|---|---|
| 8621A MOTOR-RADIATOR COOLING FAN - REPLACE | | | |
| (8C607/8K621) - L | | | |
| 2159  CFM  1.50 | | 112.50 | 112.50 |
| 1 CT4Z*8C607*B MOTOR AND FAN ASY - ENGINE COO | 440.10 | 254.96 | 254.96 |

43828 1.50 SE VERIFICO UNIDAD A/C NO ENFRIA CUANDO ESTA DETENIDA.
SE REEMPLAZO ABANICO DEL MOTOR
**********************************************************

| C INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS . | | | |
|---|---|---|---|
| CAUSE: INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS | | | |
| PL9000 MULTI-POINT INSPECTION WAS PERFORMED | | | |
| 2159  CFM  0.00 | | 0.00 | 0.00 |

43828 SE REALIZO INSPECCION MULTIPUNTOS
**********************************************************

| D ROAD TEST | | | |
|---|---|---|---|
| PL8010 NO CARGO | | | |
| 2000  CFM  0.00 | | 0.00 | 0.00 |
**********************************************************

| CUSTOMER PAY MISC-SUPPLIES FOR REPAIR ORDER | | | 10.50 |
|---|---|---|---|

TODO TRABAJO REALIZADO CON PIEZAS GENUINAS
FORD Y SU LABOR ESTA GARANTIZADO POR 12
MESES O 12,000 MIL MILLAS LO QUE OCURRA
PRIMERO. TELEFONOS:787-653-3333 787-641-4242
787-337-1600. CITA 787-337-1414. GRACIAS

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON      DATE

CUSTOMER #: 5727507

TCA PR CORP
ERICK GUZMAN
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-306-4910 CONT:787-306-4910
BUS: 787-765-2209 CELL:

**133450**

*INVOICE*

PAGE 1

SERVICE ADVISOR: 4644 CELIVETTE RODRIGUEZ



CAGUAS EXPRESSWAY MOTORS, INC.
Carr. # 1 Rio Piedras a Caguas * Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 43853/43853 | T7507 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 02JUL13 | DD29OCT12 | | 17:00 15AUG16 | | 75.00 | CASH | 15AUG16 |

| R.O. OPENED | READY | OPTIONS: | W-COMP:X DLR:F0R70 ENG:3.5 Liter |
|---|---|---|---|
| 12:12 15AUG16 | 12:49 15AUG16 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A REEMPLAZO DE BATERIA
    PL6020 REEMPLAZO DE BATERIA
      765 CANUELAS,HECTOR LIC#: 765
        CQL  0.20                    14.00   14.00
    1 BXT*59* BATTERY            178.95  89.99  89.99
    ********************************************

B INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS .
CAUSE: INSPECCION DE 27 PUNTOS Y VERIFICACION DE FLUIDOS
    Q99P INSPECCION DE 27 PUNTOS Y VERIFICACION DE
      FLUIDOS .
      765 CANUELAS,HECTOR LIC#: 765
        CQL  0.00                 0.00   0.00
    GTIRE-VERDE GOMA ESTAN BUENAS
      765 CANUELAS,HECTOR LIC#: 765
        CQL  0.00                 0.00   0.00
    GBRAKE-VERDE PAD DE FRENOS ESTAN BIEN Y BANDAS
      765 CANUELAS,HECTOR LIC#: 765
        CQL  0.00                 0.00   0.00
    ********************************************

TODO TRABAJO REALIZADO CON PIEZAS GENUINAS
FORD Y SU LABOR ESTA GARANTIZADO POR 12
MESES O 12,000 MIL MILLAS LO QUE OCURRA
PRIMERO. TELEFONOS:787-653-3333 787-641-4242
787-337-1600. CITA 787-337-1414. GRACIAS

PAID AUG 15 2016

STATE TAX                  10.92
MUNICIPAL TAX           1.04

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE. SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES, Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS. SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 14.00 |
| PARTS AMOUNT | 89.99 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 103.99 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 11.96 |
| PLEASE PAY THIS AMOUNT | |

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    DATE

► CUSTOMER SIGNATURE

leaseway@leasewaypr.com       OPEN RA#: CATS105454        Office: (787) 788-2121   Fax: (787) 788-4405

| RENTER | | | | REPLACEMENT CAR NO. | | ORIGINAL CAR NO. | |
|---|---|---|---|---|---|---|---|
| ERIC GUZMAN JANER | | | | | | 52909 | |
| HOME ADDRESS | | | | MAKE-MODEL-YEAR-COLOR | | MAKE-MODEL-YEAR-COLOR | |
| URB MILAVILLE 120 CALLE MAMEY | | | | | | FORD      TRAN:   2016 WHITE | |
| CITY | STATE | | ZIP CODE | LICENSE NUMBER | | LICENSE NUMBER | |
| SAN JUAN | P.R | | 00926 | | | 949-812 | |
| DRIVER'S LICENSE NO. | STATE | | EXP. DATE | ODOMETER IN | | ODOMETER IN | |
| 647797 | PR | | 03/08/2019 | | | | |
| BIRTHDATE | SOCIAL SECURITY NO. | | HOME PHONE | ODOMETER OUT | | ODOMETER OUT | 9,865 |
| 03/08/1957 | | | (787)765-2209 | | | | |
| LOCAL CONTACT | ADDRESS | | LOCAL PHONE | MILES DRIVEN | | DATE AND TIME IN | |
| EMPLOYER | | | WORK PHONE | MILES ALLOWED | | DATE AND TIME OUT | |
| | | | | | | 08/27/2016       11.48 | |
| EMPLOYER'S ADDRESS | | | | CHARGEABLE MILES | | DUE - EXPIRATION OF AGREEMENT | |
| | | | | | | 09/03/2016       11.48 | |

| CITY          STATE          ZIP          REFERRED BY | GAS OUT  IN | RENTAL RATES | | CHARGES |
|---|---|---|---|---|
| 6 | | | | |

| | GAS OUT IN | RENTAL RATES | | | CHARGES |
|---|---|---|---|---|---|
| I will not under any circumstances surrender the use of the rented vehicle to any person other than those listed below. | E | Hourly | | 33.33   hour | .00 |
| | 1/4 | Daily | | 100.00   day | .00 |
| | 1/2 | Weekly | 1 @ | 600.00   week | 600.00 |
| | | Monthly | | ??????  month | .00 |
| ADDITIONAL RENTER NAME    HOME PHONE NUMBER   DATE OF BIRTH | 3/4 | Discount | | 10.00% | -60.00 |
| JOSUE LOPEZ SIERRA   (787)556-4501   05/10/1975 | > F | Net T&M | | | 540.00 |
| DRIVER'S LICENSE NO.    STATE/COUNTRY    EXPIRATION DATE | | Licence Recovery | 1 @ | 2.96   unit | 2.96 |
| 4068791   PR   05/10/2021 | | Service Charge | 1 @ | 1.00   unit | 1.00 |
| | | Sales Tax-IVU | | 10.500 % | 57.12 |
| LOSS DAMAGE WAIVER | | Muncipal Tax | | 1.000 % | 5.44 |
| I have DECLINED the LDW, I accept full responsibility for the full value of the vehicle in case of any vehicle damage, accident or loss whether my fault or not. | x JLS | Autoexpreso | 7 @ | 3.95   day | 27.65 |
| | CUST. INITIALS | Refuelling Charge (per Gallon) | | 1.75 | |
| | | Subtotal of Other Charges | | | 94.17 |
| PERSONAL ACCIDENT INSURANCE | x JLS | Estimated Charges | | | 634.17 |
| LIABILITY INSURANCE | x JLS | Deposit CK RR286 | | | 634.17 |
| | | Total Deposits/Payments | | | 634.17 |
| SUPPLEMENTAL LIABILITY INSURANCE | | | | | |
| I have DECLINED the SLI; I agree to be responsible for all damages or injury that I may cause to others and/or their properties. | x JLS | | | | |
| | CUST. INITIALS | | | | |

CUSTOMER RESPONSIBILITY

Your initials will acknowledge receipt of our rental policies jacket enclosed

I hereby authorize the use of this deposit to charge my credit card account for additional expenses and/or vehicle damage incurred during my rental.   x JLS   CUST. INITIALS

Important Notice : Unauthorized use of the AUTO EXPRESSO toll booths carry a fine of $100.00 plus the cost of the toll. Law 22 dated Jan 7,2000. You will be responsible for payments of this charges plus a handling fee of $50.00 per occurance.
The hold deposit will be charged in case of incident/accident per occurrence.

| VEHICLE CONDITION | CUSTOMER INITIALS |
|---|---|
| Customer acknowledges vehicle condition at check out | JLS |

ALL CHARGES SUBJECT TO FINAL AUDIT

Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due are evidence of abandonment or refusal to redeliver, punishable in accordance with local laws.

RENTAL WILL BE PAID BY

| | | | | |
|---|---|---|---|---|
| 1) ERIC GUZMAN JANER XXXXXXXXXXXX | 08/27/2016 | Auth#: 016057 | Auth Deposit | |
| 2) ERIC GUZMAN JANER XXXXXXXXXXXX | 08/27/2016 | Auth#: | Paid Deposit | |

We do not accept CASH for payment or deposit

By signing below, I acknowledge that I am legally authorized to operate the vehicle by valid driver's license

I authorize LWPR to process my credit card or charge card for ALL rental charges DUE under this agreement. By signing below I agree that the rates and/or fees are subject to change if I return the vehicle before or after the due date or to a different location.

I have read and agreed to the terms, conditions and notices both printed and written on this agreement and on the separate rental jacket enclosed.

I will report all accidents immediately to Leaseway and Local Authorities.

Paid Deposits: 634.17        Auth Deposits: 500.00

| ADDITIONAL DRIVER'S SIGNATURE | | | | RENTER'S SIGNATURE | | | |
|---|---|---|---|---|---|---|---|
| CREDIT CARD TYPE | CREDIT CARD NUMBER | EXPIRATION DATE | | EXTEND TO | ADDITIONAL DEPOSIT | DATE | INITIALS |
| V | 42XXXXXXXXX3028 | 04/30/2019 | | | | | |

# OfficeMax

OfficeMax Store 6667
525 Juan Calaf Street
Hato Rey, PR 00918
(787) 294-0300

08/22/2016    16.4.2              12:47 PM
STR 6667   REG 1   TRN 1700   EMP 318703
------------------------------------------------
SALE
Product ID     Description         Total
828265  PPR,LINEN,100,             17.29 SS
909919  TAPE,MAGIC,2/P      4.99SS
   Instant Savings           -0.99
             You Pay               4.00SS
572398  REWARDS ENROLL      0.01
   Promotion                 -0.01
             You Pay               0.00SS

      Subtotal:               21.29
PR City Tax          1%        0.21
PR State Tax      10.5%        2.24
         Total:               23.74
         Cash:                30.00

      CHANGE:                 (6.26)
********************************************
   CONTROL:      JB3Q6-8D08N
   OD
   ERIC GUZMAN 5669356750

             Total Savings:
               $1.00


********************************************
       WE WANT TO HEAR FROM YOU!

   Participate in our online customer survey
   and receive a coupon for $10 off your
   next qualifying purchase of $50 or more on
   office supplies, furniture and more.
   (Excludes Technology. Limit 1 coupon per
          household/business.)


   Visit www.officedepot.com/feedback
     and enter the survey code below.

           Survey Code:
         14KN 6DQD HKHK
********************************************

                2PVT33XPA4555E66C

# INVOICE 0116

8/3/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of July 31-August 7, 2016 to TCA Core Team, | |
| which includes the following: | |
|   - Transportation from and to airport/hotels | |
|   - Transportation services to municipalities | |
|    (San Juan, Fajardo, Gurabo Police Academy, | |
|   TCA Office, and Headquarters in Hato Rey) | |
| Total Hours Worked: 91 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com