12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of August.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including: meeting with community leader of Loiza Municipality, Mrs. Modesta Irizarry and members of the Taxi Drivers Federation; assisted to the training workshop of the Citizen Interaction Committee; and participated in El Nuevo Dia's Panel Discussion. The TCA assisted to scheduled meetings with members of GRUCORPO, ACLU, and NIE; and assisted to the Puerto Rico's Governor Public Hearing. Met with Reform Office to discuss KRONOS Program and Reform Unit's budget.

On August 24th the TCA Office filed to the Honorable Court the comprehensive surveys conducted to the Puerto Rico community, detainees arrested by PRPD and PRPD Officers regarding their experiences with and perception of PRPD.  During the Core Team week visits to the Police Academy, the Police Headquarters of Hato Rey, Mayaguez and Aguadilla were conducted. The team met with the Drugs and Narcotics Unit, CIC Unit and the Use of Force Unit; and met with the Technological Bureau to discuss CAD System at Central Level. The Action Plans Progress was discussed and evaluated; as well the following General Orders were reviewed and discussed: General Order 500-502: Evaluation Board of PRPD Use of Force Incidents; General Order 100-10: Drugs and Narcotics Bureau, General Order: Investigation and Identification of Hate Crimes. Finally the following General Orders supporting documents were approved: General Order 600-601: Rules for the Use of Force for Members of the Puerto Rico Police Department; General Order 600-603: Use and Management of Weapons of Impact; General Order 600-604: Use and Management of Chemical Agent; General Order 600-605: Reporting and Investigating Incidents of Use of Force by Members of the Puerto Rico Police Department; General Order 600-617: Code of Ethics for Members of the Puerto Rico Police Department; General Order 700-701: Creation of the Field Training Program; Glossary of Definitions: Basic Concepts of Policies for the Use of Force; Regulation to Amend Article 14 of the Puerto Rico Police Personnel Regulation; and Operational Manual of the Field Training Program.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires; preparation and payroll. Preliminary Core Team's September agenda was discussed, and circulating CT September agenda and the Core Team work plan. Coordination and preparation for the September Public Hearing in Mayaguez, TCA's Core Team meeting was conducted to discuss agenda and 2016 Second Semester Work Plan.