**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiffs,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et. al.<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**MOTION TENDERING PRPD'S PRESENTATIONS**

**TO THE HONORABLE COURT:**

  **COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows.

1. On September 8, 2016, PRPD filed a Motion for Leave to File its speaker's PowerPoint presentations in the spanish language. (See Dkt. 418)

2. On September 9, 2016, leave was granted by the Court (See Dkt. 419). Consequently, PRPD hereby tenders its presentations as **Exhibit 1 through 11**.

  **WHEREFORE**, PRPD respectfully requests from this Honorable Court that it take notice of the aforementioned.

  **I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on September 9, 2016.

**CÉSAR R. MIRANDA RODRÍGUEZ**
Secretary of Justice

**MARTA ELISA GONZÁLEZ Y.**
Deputy Secretary
General Litigations Office

**WANDYMAR BURGOS VARGAS**
Director
Federal Litigation Division
Department of Justice

<u>**S/JOEL TORRES ORTIZ**</u>
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov