

# COMANDANCIA AREA DE AGUADILLA

*Tnte. Cor. Agustín Marrero Marrero 2-13898*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA
Area Aguadilla



**POLICIA DE PUERTO RICO**
**COMPROMETIDOS CON EL SERVICIO!**



**Densidad Poblacional Area de Aguaddilla**
**246,278 habitantes Segun Censo 2010**

Isabela · Isabela    Quebradillas · Quebradillas

446

Piedra Gorda

Cacao · Cacao   Quebradillas

Aguadilla

Isabela

**Población de Isabela**
**45,631 habitantes**

**Población de Aguadilla**
**60,949 habitantes**

110
Aceitunas · Aceitunas

**Población de Moca**
**40,109 habitantes**



Aguadilla · Aguadilla

**Población de San Seb.**
**42,430 habitantes**

111
Moca
Moca   Moca

129

125   111P
San Sebastian · San Sebastián

San Sebastián

Lares · Lares

Aguad

**Población de Aguada**
**41,959 habitantes**

Aguada

Lares

**Población de Rincón**
**15,200 habitantes**

115

Rincón

Stella · Stella

Data SIO, NOAA, U.S. Navy, NGA, GEBCO
© 2013 Europa Technologies
© 2013 Google
Anasco Image © 2014 DigitalGlobe

Añasco

Las Marías

**Google** earth

La Playa · La Playa

Imagery Date: 12/17/2012    18°23'15.63" N   67°03'57.44" W   elev   521 ft    eye alt   29.02 mi



## DISTRIBUCION DE PERSONAL SAOC, AREA DE AGUADILLA

| | |
|---|---|
| Tnte. Coronel | 1 |
| Comandante | 1 |
| Inspector | 3 |
| Capitán | 7 |
| Teniente I | 7 |
| Teniente II | 14 |
| Sargento | 71 |
| Agente | <u>393</u> |
| **total** | **497** |

**Cantidad de**
**Miembros fuerza en otros**    **328**

**Reservista**    **8**
**Civiles**    **21**

# Oficina Educación y Adiestramiento Area de Aguadilla

Carretera Núm. 2 km 118.5

Bo. Ceiba Baja, Aguadilla

# FACILIDADES DE ADIESTRAMIENTOS AREA DE AGUADILLA








# PERSONAL ADSCRITO A OFICINA DE EDUCACION Y ADIESTRAMIENTO

| | |
|---|---|
| **Tnte. I Lizette Quintana Morales** | **6-13596** |
| **Sgto. Jorge L. Cruz Acevedo** | 8-23283 |
| **Agte. José J. Cruz Acevedo** | 14072 |
| **Agte. Annette Rosario Tellado** | 22377 |
| **Agte. Junior Hernández González** | 23269 |
| **Agte. Ana L. Candelario López** | 25323 |
| **Agte. Giselle Rivera Quintana** | 32705 |

# INSTRUCTORES ADIESTRADOS EN CADA MATERIA

| ADIESTRAMIENTOS | INSTRUCTORES ADIESTRADOS | ORDEN GENERAL QUE RIGEN |
|---|---|---|
| USO DE FUERZA | 6 | OG 600-601 OG 600-605 |
| ARMAS DE IMPACTO (BATON) | 4 | OG 600-602 |
| GAS PIMIENTA | 7 | OG 600-603 |
| DISPOSITIVO DE CONTROL ELECTRICO | 3 | OG 600-604 |
| ARRESTOS Y CITACIONES | 7 | OG 600-615 |
| ETICA POLICIAL | 6 | OG 600-617 |
| PERSONAS TRANSGENERO | 2 | OG 600-624 |
| PERSECUCIONES | 3 | OG 600-623 |
| REGISTROS Y ALLANAMIENTOS | 4 | OG 600-612 |
| TIRO DIURNO | 5 | OG 600-618 |
| TIRO NOCTURNO | 5 | OG 600-618 |
| TIRO EN ESTRES | 5 | OG 600-618 |
| TIRO/RIFLE | 5 | OG 600-618 |



# PERSONAL QUE OFRECE ADIESTRAMIENTO EN BATON

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|--------|-------|-------------------|
| **Sgto. Adam Cordero Pérez** | 8-13471 | C.I.C. |
| **Sgto. Antonio Soto Medina** | 8-19465 | O.T. |
| **Agte. Miguel Velázquez Arce** | 15171 | O.T. |
| **Agte. José J. Cruz Acevedo** | 14072 | Educación |



## PERSONAL QUE OFRECE ADIESTRAMIENTO EN DISPOSITIVO CONTROL ELECTRICO

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|---|---|---|
| **Sgto. Armando González Collazo** | 8-23671 | Drogas |
| **Sgto. Jorge L. Cruz Acevedo** | 8-25283 | Educación |
| **Agte. José J. Cruz Acevedo** | 14072 | Educación |
| **Agte. Ana L. Candelario López** | 25323 | Educación |



# PERSONAL QUE OFRECE ADIESTRAMIENTO GAS PIMIENTA

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|---|---|---|
| Agte. Annette Rosario Tellado | 22377 | Educación |
| Agte. Junior Hernández González | 23269 | Educación |
| Agte. Ana L. Candelario López | 25323 | Educación |
| Agte. Giselle Rivera Quintana | 32705 | Educación |
| Agte. Yamil Hernández Capella | 32974 | Tránsito |
| Agte. Leslie González Melón | 1845 | Tránsito |
| Agte. Héctor Cordero Rivera | 29038 | Drogas |
| Agte. Jacqueline Muñiz Hernández | 16138 | Tiro |



# PERSONAL QUE OFRECE ADIESTRAMIENTO EN TIRO Y GAS PIMIENTA

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|---|---|---|
| **Sgto. Gil Rivera Cornier** | 8-17488 | Polígono |
| **Agte. William Hernández Badillo** | 30086 | Polígono |
| **Agte. Pedro Ramos Vélez** | 22660 | Polígono |
| **Agte. Héctor Matías Torres** | 23379 | Polígono |
| **Agte. Eddie Torres Montalvo** | 24009 | Polígono |



## PERSONAL QUE OFRECE ADIESTRAMIENTO EN TRANSGENERO

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|---|---|---|
| **Sgto. Katherine Hernández Pérez** | 8-24697 | C.I.C. |
| **Sgto. Lisandra Crespo Castro** | 8-28056 | S.A.R.P. |
| **Agte. Junior Hernández González** | 23269 | Educación |



# PERSONAL QUE OFRECE ADIESTRAMIENTO EN CITACIONES Y ARRESTOS

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|---|---|---|
| **Sgto. Jorge L. Cruz Acevedo** | 8-23283 | Educación |
| **Sgto. Armando González Collazo** | 8-23371 | Drogas |
| **Agte. Junior Hernández González** | 23269 | Educación |
| **Agte. José J. Cruz Acevedo** | 14072 | Educación |
| **Agte. Annette Rosario Tellado** | 22377 | Educación |
| **Agte. Griselle Rivera Quintana** | 32705 | Educación |



# PERSONAL QUE OFRECE ADIESTRAMIENTO EN PERSECUSIONES

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|---|---|---|
| **Tnte. I Lizette Quintana Morales** | 6-13596 | Educación |
| **Agte. José J. Cruz Acevedo** | 14072 | Educación |
| **Agte. Annette Rosario Tellado** | 22377 | Educación |



# PERSONAL QUE OFRECE ADIESTRAMIENTO EN ETICA

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|---|---|---|
| Sgto. Jorge L. Cruz Acevedo | 8-23283 | Educación |
| Agte. Junior Hernández González | 23269 | Educación |
| Agte. José J. Cruz Acevedo | 14072 | Educación |
| Agte. Ana L. Candelario López | 25323 | Educación |
| Agte. Annette Rosario Tellado | 22373 | Educación |
| Agte. Griselle Rivera Quintana | 32705 | Educación |



# PERSONAL QUE OFRECE ADIESTRAMIENTO EN USO DE FUERZA

| NOMBRE | PLACA | UNIDAD DE TRABAJO |
|--------|-------|-------------------|
| Tnte. I Lizette Quintana Morales | 6-13596 | Educación |
| Sgto. Jorge L. Cruz Acevedo | 8-23283 | Educación |
| Agte. Junior Hernández González | 23269 | Educación |
| Agte. Ana L. Candelario López | 25323 | Educación |
| Agte. Annette Rosario Tellado | 22373 | Educación |

# PLANES DE ADIESTRAMIENTOS

| Adiestramientos | Duración (Horas) | Cantidad Instructores | Fecha de Comienzo | Fecha de Culminación | Cantidad de Cursos en el Período |
|---|---|---|---|---|---|
| 1. DISPOSITIVO CONTROL ELECTRICO | 2.3/8/16 | 2 | 22 SEPT. 2014 | SAEA | SAEA |
| 2. USO DE FUERZA | 16 | 5 | 16 MARZO 2016 | SAEA | |
| 3. ARRESTOS Y CITACIONES | 16 | 6 | 14 OCT. 2015 | | CONTINUA |
| 4. CODIGO DE ETICA | 4 | 6 | 6 OCT. 2015 | | CONTINUA |
| 5. GASES | 8 | 4 | 4 AGO. 2015 | | CONTINUA |
| 6. BATON | 2.5 / 8 / 16 | 3 | 6 ABRIL 2015 | | |
| 7. PERSECUCIONES POLICIACAS | 4 | 3 | 2 AGO. 2016 | | |
| | | | | | |
| | | | | | |

# MIEMBROS DE LA FUERZA ADIESTRADOS QUE PERTENECEN AL SAOC, AREA DE AGUADILLA

| CURSO | CANTIDAD DE ADIESTRADOS |
|---|---|
| Uso de Fuerza | 206 |
| Gas Pimienta | 312 |
| Arrestos y Citaciones | 197 |
| Etica Policial | 231 |
| Personas Transgénero | 83 |
| Persecuciones | 15 |
| Batón | 400 |
| Dispositivo Control Eléctrico | 181 |
| CANTIDAD DE PERSONAL ADSCRITO A SUPERINTENDENCIA, NEGOCIADO QUE TAMBIEN SON ADIESTRADOS. | 497 |

# MIEMBROS DE LA FUERZA ADIESTRADOS DEL AREA DE AGUADILLA QUE PERTENECEN A OTRAS SUPERINTENDENCIAS

| CURSO | CANTIDAD DE ADIESTRADOS |
|---|---|
| Uso de Fuerza | 99 |
| Gas Pimienta | 192 |
| Arrestos y Citaciones | 152 |
| Etica Policial | 160 |
| Personas Transgénero | 47 |
| Persecuciones | 31 |
| Batón | 294 |
| Dispositivo Control Eléctrico | 101 |
| CANTIDAD DE PERSONAL ADSCRITO A SUPERINTENDENCIA, NEGOCIADO QUE TAMBIEN SON ADIESTRADOS. | 328 |

# **FECHAS DE ADIESTRAMIENTOS**



# JULIO 2016

| ADIESTRAMIENTO | FECHAS DE JULIO | | | | |
|---|---|---|---|---|---|
| Arrestos y Citaciones | 13/14 | 27/28 | | | |
| Gas | 1 | 8 | 15 | 22 | 29 |
| Etica y Dispositivo Eléctrico | 5 | 12 | | | |
| Transgénero | 19 | 26 | | | |
| Uso de Fuerza | 6/7 | 20/21 | | | |

# AGOSTO 2016

| ADIESTRAMIENTO | FECHAS DE AGOSTO | | | | |
|---|---|---|---|---|---|
| Arrestos y Citaciones | 10/11 | | | | |
| Gas | 5 | 12 | 19 | 26 | |
| Etica y Dispositivo Eléctrico | 2 | 9 | | | |
| Transgénero | 16 | 23 | | | |
| Etica y Persecuciones | 23 | 30 | | | |
| Uso de Fuerza | 3/4 31/1 sept. | 17/18 | 22/23 | 24/25 | 29/30 |

# SEPTIEMBRE 2016

| ADIESTRAMIENTO | FECHAS DE SEPTIEMBRE | | | | |
|---|---|---|---|---|---|
| Arrestos y Citaciones | 14/15 | | | | |
| Gas | 2 | 9 | 16 | 23 | 30 |
| Etica y Persecuciones | 6 | 13 | | | |
| Transgénero | 20 | 27 | | | |
| Uso de Fuerza | 7/8 | 21/22 | | | |

# CANTIDAD DE INFORMES
# USO DE FUERZA POR NIVEL

| FECHA | NIVEL 1 | NIVEL 2 | NIVEL 3 | NIVEL 4 | TOTAL |
|---|---|---|---|---|---|
| AÑO 2015 | 18 | 28 | 21 | 1 | 68 |
| ENERO-AGOSTO 2016 | 10 | 7 | 7 | 1 | 25 |

# INVERSION ADIESTRAMIENTO DE TIRO EN ACADEMIA

| CONCEPTO DE INVERSION | TOTAL |
|---|---|
| Horas extras rango sargento (promedio) | $8,235 |
| Horas extras agentes (promedio) | $36,720 |
| Pago de dietas | $13,209 |
| Gastos en combustible | $4,050 |
| **INVERSION TOTAL** | $59,214 |

En Polígono de Tiro en Moca el costo anual es de $3,000 (junio 2015 hasta junio 2017)



# PERSONAL S.A.O.C. ADIESTRADO EN TIRO
# AREA DE AGUADILLA

| ADIESTRAMIENTO EN TIRO | FECHA | CANTIDAD |
|---|---|---|
| Diurno (arma de reglamento), Estrés y Escopeta | Hasta el 7 septiembre 2016 | 435 |
| Nocturno y Rifle | Primera etapa enero a abril | 225 |
| | Segunda etapa 21 septiembre a 9 diciembre | |



## SUPERINTENDENCIAS O NEGOCIADOS ADIESTRADO EN TIRO

| ADIESTRAMIENTO EN TIRO | FECHA | CANTIDAD |
|---|---|---|
| Diurno (arma de reglamento), Estrés y Escopeta | Hasta el 7 septiembre 2016 | 294 |
| Nocturno y Rifle | Primera etapa enero a abril | 149 |
| | | |
| | | |



# EQUIPOS DISTRIBUIDOS
# AREA DE AGUADILLA

| EQUIPO | PERSONAL S.A.O.C. | PERSONAL OTRAS SUPERINTEN-DENCIAS, NEGOCIADO | TOTAL |
|---|---|---|---|
| Batón Expandible 21" Monadnock | 484 | 277 | 761 |
| Dispositivo de Control Eléctrico Taser | 231 | 113 | 344 |
| Gas Pimienta Crossfire SABRE Red | 303 | 200 | 503 |
| **GRAN TOTAL** | **1,018** | **590** | **1,608** |

# ALGUNAS DE NUESTRAS ALIANZAS COMUNITARIAS

| ALIANZA | ENTIDADES | LOGROS |
|---|---|---|
| Entrega de pitos Adiestramiento de computadora | EDP University, San Sebastián | Entrega de pitos para ancianos Adiestramiento de computadora para concejales |
| Escuchando con el Corazón | Comunidad Sorda | Capítulo L.A.P. |
| Unidos por nuestro bienestar | Municipio de Moca Consejo Comunitario de Seguridad Extensión Agrícola | Huerto comunitario |
| Día de Hacer la Diferencia | Altrusas Inc. Logia Sol Naciente, Capítulo de Aguadilla | Cena, entrega de ropa, frazadas y artículos de primera necesidad para deambulantes |
| Ayudando al Necesitado | Municipios de Moca, San Sebastián y Aguada | Entrega de materiales para mejoras en estructura a residencias. |
| Síndrome Down | Asociación Síndrome Down, Aguadilla | Juramentación de Capítulo L.A.P. el 1 de mayo de 2014, otros. |
| Universidad Interamericana, Aguadilla | Departamento de Enfermería y Administración | Ferias de salud a adictos y deambulantes, visitas a Hospital |