

# DIVISIÓN CANINA

# Tnte. I Alberto J. Rivera Ortiz 6-21120 Director



- Cuento con un grado asociado en Justicia Criminal. El 26 de octubre del 2012 fui ascendido a Teniente Segundo y asignado como Director de la División Canina en el año 2013 lugar en el que trabajé como manejador de can durante 7 años. Como parte de mis funciones me he enfocado en que al personal de esta División se le provea el equipo necesario para realizar su trabajo de manera eficaz y a su vez que represente dignamente nuestra Agencia. Para estos fines fui adiestrado por la Academia Vohne Liche Kennels de Indiana como "Kennel Master", lo que me ha preparado para desarrollar adiestramientos, capacitar nuevos instructores, manejar situaciones que envuelven los equipos k-9, entre otras.

# División Canina



- La División Canina es una unidad de apoyo que brinda servicio las veinticuatro (24) horas del día, a las diversas agencias de seguridad, estatales, municipales y federales con funciones operacionales e investigativas, facilitando y complementando así su trabajo en las diferentes áreas en las que nos especializamos.

   Cuenta con un total de (96) canes certificados en la detección de:

  - Narcóticos (37 canes)
  - Armas de fuego (19 canes)
  - Explosivos (13 canes)
  - Rastreo de personas – armas de fuego y/o narcóticos (24 canes)
  - Búsqueda de cadáver (3 canes)

# Historia



- La Policía de Puerto Rico comenzó a utilizar canes para la detección de sustancias explosivas en el Aeropuerto Luis Muñoz Marín para el año 1978. Desde ese momento comienza la historia de la División Canina pasando por grandes cambios que han contribuido a la formalidad y el desarrollo de nuestra División.

  Ese desarrollo se refleja en la preparación y aumento del personal el cual se evidencia con los múltiples logros alcanzados a través de los años en la incautación de drogas, armas de fuego, dinero obtenido por medios ilícitos y otros.

  Recientemente (14 de enero) fue firmada la Orden General Capítulo 100 Sección 116 "Reorganización de la División Canina" para establecer la estructura organizacional de la División así como delinear las funciones administrativas y operacionales de esta, incluyendo el Protocolo de Canes Patrulleros.

# Composición

- La División Canina cuenta con las siguientes secciones:



Sección Norte, Parque Julio E. Monagas, Bayamón



Sección Oeste, Sector Playa, Añasco

# Composición





Sección Sur, Sector Brisas, Ponce

Sección Este, Cuartel Distrito, Las Piedras



# Composición

- La división Canina tiene asignado el siguiente personal:

(1) Teniente

(6) Sargentos (1 fémina y 5 varones)

(88) Agentes (11 féminas y 77 varones)



# Logros

- Desde la implementación del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico hemos los siguientes logros:

  - Adiestramiento de Kennel Master en la academia Vohne Liche Kennels de Indiana. El curso tuvo una duración de 360 horas contacto.

  - Adiestramiento instructores K9 en la academia Vohne Liche Kennels de Indiana en un curso de 240 horas contacto. (4 instructores).

  Para cumplir con las 4 horas mínimas de adiestramientos semanales, re-certificación anual y adiestramiento de canes nuevos según lo establece la Orden General.



# Logros

- Se aprobó la nueva Orden General que rige la División Canina. Con esta se establece el Protocolo de Canes Patrulleros con el fin de que sus funciones estén enmarcadas en el cumplimiento del uso de fuerza, las leyes y reglamentos establecidos por la Agencia.

- Fueron asignados tres (3) nuevos sargentos para cumplir con el requerimiento de mayor supervisión del personal.

# Logros

- Se impartió la prueba de aptitud física a todo el personal de la División para garantizar que se encuentran capacitados físicamente para la función de manejado de can, realizar registros prolongados, rastreos de sospechosos o personas desaparecidas entre otros.  A demás deben contar con fortaleza física en incidentes que ameriten la asistencia al can por heridas ocasionadas a estos.

- De una matrícula de 111 agentes que componían la División Canina,  96 pasaron la prueba.  El personal que no dominó la misma le fueron asignadas nuevas funciones dentro de la uniformada.



# Logros

- Se adquirió material para adiestramiento a un costo de $17,200.00

    6 First Aid Kit

    5 Narc Safe (4 compartments)

    3 Heavy Duty AR-15 Weapon Box

    4 Training Boxer (set of 4)

    2 Type 3 magazine day box

    1 Sistema de sonido

    1 pantalla de proyección

    1 proyector

    4 letreros de precaución

    1 balanza

# Logros

- Se adquirió un kit de explosivos vivos a un costo de $ 37,950.00. Estos son utilizados en la preparación y adiestramiento de los canes detectores de sustancias explosivas de los cuales depende la seguridad del gobernador, dignatarios y la ciudadanía.







# Logros

- El 18 de julio comenzó el primer curso de manejadores de canes certificados por la Academia de la Policía. El 19 de agosto culminó el mismo con la certificación de 23 canes patrulleros.

    El segundo curso está programado para comenzar el 5 de septiembre.

    Nuestra meta para el 2017 es haber completado la certificación de todo el personal en 4 cursos.





# Logros

- Se habilitó el "bunker" de la División Canina para realizar los adiestramientos. El área cuenta con un salón academia con equipo de sonido y proyector para impartir material teórico y dos salones para adiestramientos prácticos.







# Logros

- El personal de la División Canina ha sido capacitado en el uso de los equipos provistos por la Agencia.

| CURSO | PERSONAL ADIESTRADO | PERSONAL READIESTRADO | TOTAL | % | CANTIDAD DE PERSONAL ADSCRITO A LA SUPERINTENDENCIA/ AREA/ NEGOCIADO |
|---|---|---|---|---|---|
| USO DE FUERZA | 8 | 0 | 8 | 8% | 95 |
| GAS PIMIENTA | 94 | 0 | 94 | 99% | |
| REGISTROS Y ALLANAMIENTOS | 0 | 0 | 0 | 0% | |
| ARRESTOS Y CITACIONES | 50 | 0 | 50 | 53% | |
| ETICA POLICIAL | 24 | 0 | 24 | 25% | |
| TIRO DIURNO | 79 | 0 | 79 | 83% | |
| TIRO NOCTURNO | 77 | 0 | 77 | 81% | |
| TIRO EN ESTRES | 79 | 0 | 79 | 83% | |
| TIRO/RIFLE | 77 | 0 | 77 | 81% | |
| TIRO/ESCOPETA | 79 | 0 | 79 | 83% | |
| PERSONAS TRANS | 0 | 0 | 0 | 0% | |

| CURSO uso y manejo Baton 23 marzo 2015 | PERSONAL ADIESTRADO |
|---|---|
| 2.3 HORAS BATON | 14 |
| 8 HORAS BATON | 52 |
| 16 HORAS BATON | 29 |
| TOTAL | 95 |
| % | 100% |

| CURSO Dispositivo Electronico 30 noviembre 2015 | PERSONAL ADIESTRADO |
|---|---|
| 2 HORAS D.C.E. | 20 |
| 8 HORAS D.C.E. | 3 |
| 16 HORAS D.C.E. | 71 |
| TOTAL | 94 |
| % | 99% |

# Logros



- Cada sección de la División Canina cuenta con personal capacitado para llevar a cabo charlas y demostraciones en escuelas o colegios, entidades sin fines de lucro y otros.  Las mismas permiten que las comunidades se familiaricen con las funciones de los equipos K-9 mediante la interacción con los niños y jóvenes que son atraídos por el interés que generan los canes.  Durante este año se han llevado a cabo doscientas veinticuatro (224) demostraciones y se han impactado sobre trece mil cuatrocientas sesenta (13,460) personas.



# Logros

| Servicios y ocupaciones Año 2016 | Total |
|---|---|
| **Allanamientos** | 335 |
| **Registros de Drogas y Armas de Fuego** | 1,023 |
| **Búsqueda de Cadáver** | 4 |
| **Registros de Explosivos** | 317 |
| **Demostraciones** | 224 |
| **Armas de Fuego** | 162 |
| **Cargadores** | 657 |
| **Municiones** | 6,295 |
| **Dinero** | $2,804,870.56 |
| **Marihuana** | |
|     **Libras** | 191 |
|     **Bolsas** | 8,222 |
|     **Cigarrillos** | 68 |
|     **Plantas** | 431 |
| **Heroína** | |
|     **Decks** | 7,238 |
| **Cocaína** | |
|     **Kilos** | 158 |
|     **Bolsas** | 4,789 |
| **Crack** | |
|     **Capsulas** | 4,366 |
| **Pastillas ( Percoset, Xanax, entre otras)** | 2,766 |



El personal de la División Canina está comprometido a seguir trabajando para alcanzar las mejoras necesarias con el fin de cumplir con el Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico y ser un ejemplo de apertura y colaboración con la ciudadanía.

*"Tu mismo debes ser el cambio que quieres ver en el mundo"*

Mahatma Gandhi