# NEGOCIADO FUERZAS UNIDAS DE RAPIDA ACCION



## VISTA INFORMATIVA AL TRIBUNAL FEDERAL

Coronel Luis O. Colón Ortiz 1-12090

Director FURA

# DIVISIONES DE VIGILANCIA MARITIMAS OESTE



**AÑASCO**
TNTE. II = 1
SARGENTOS = 2
AGENTES MASCULINOS = 21
AGENTES FEMENINOS = 2
EMBARCACIONES = 2



**CABO ROJO**
SARGENTOS MASCULINOS = 4
SARGENTOS FEMENINOS = 1
AGENTES MASCULINOS = 23
AGENTES FEMENINOS = 2
EMBARCACIONES = 2



**BUZOS CABO ROJO**
AGENTES MASCULINO = 5

# LABOR REALIZADA





ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA
NEGOCIADO DE FUERZAS UNIDAS DE RAPIDA ACCION

# LABOR REALIZADA CABO ROJO Y AÑASCO

| Unidades del Negociado de Fuerzas Unidas de Rapida Accion | | Arrestos | | Boletos | | Intervencion | | Horas de Patrullaje | | Drogas Incautadas | | | | | | | | | Incautacion | | | | | Planes de Trabajo | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Cocaina | | | Heroina | | | Marihuana | | | | | | | | | |
| | | Adultos | Menores | Ley 430 | Ley 22 | Maritima | Terrestre | Maritimas | Terrestre | Kilos | Onzas | Bolsas | Kilos | Onzas | Decks | Libras | Onzas | Bolsas | Embarcacion | Vehiculo | Dinero | Armas | Municiones | Planes | Resultados |
| Maritima Cabo Rojo | 2016 | 1 | 0 | 1210 | 417 | 2295 | 1002 | 3033 | 551.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 5 | 1 |
| Maritima Añasco | 2016 | 6 | 2 | 17 | 6 | 252 | 81 | 2502 | 382.5 | 38.44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 550.00 | 0 | 0 | 9 | 7 |

  

Estado Libre Asociado de Puerto Rico
POLICIA
NEGOCIADO DE FUERZAS UNIDAS DE RAPIDA ACCION

## INCAUTACIONES DE DROGAS POR EL NEGOCIADO DE FURA
### AÑO 2016

| Drogas Incautadas | | | |
|---|---|---|---|
| | Heroína | Kilos | 2.2 |
| | | Onzas | 3.32 |
| | | Decks | 780 |
| | Cocaína | Kilos | 4204.55 |
| | | Onzas | 4.2 |
| | | Bolsas | 113 |
| | Marihuana | Libras | 947.6 |
| | | Onzas | 0 |
| | | Bolsas | 18 |





ESTADO LIBRE ASOCIADO DE PUERTO RICO
NEGOCIADO DE FUERZAS UNIDAS DE RAPIDA ACCION

# EXPECTATIVAS DE INCAUTACIONES DE DROGAS
# NEGOCIADO DE FURA AÑO 2016

| Drogas Incautadas | | | | Expectativa | Diferencia |
|---|---|---|---|---|---|
| | Heroína | Kilos | 2.2 | 0 | 2.2 |
| | | Onzas | 3.32 | 0 | 3.32 |
| | | Decks | 780 | 0 | 780 |
| | Cocaína | Kilos | 4204.55 | 3372.48 | 832.07 |
| | | Onzas | 4.2 | 0 | 4.2 |
| | | Bolsas | 113 | 0 | 113.6 |
| | Marihuana | Libras | 947.6 | 295.02 | 652.58 |
| | | Onzas | 0 | 0 | 0 |
| | | Bolsas | 18 | 18 | 18 |





# MUELLE CABO ROJO



# DIVISION MARITIMA AGUADILLA



# MUCHAS GRACIAS