

*Estado Libre Asociado de Puerto Rico*

*Superintendencia Auxiliar de Investigaciones Criminales*
*Negociado de Drogas, Narcóticos, Control Vicios y Armas Ilegales*





# TNTE. COR. JOSE JUAN GARCIA DIAZ, 2-13505
## DIRECTOR

2 de septiembre de 2016

HONORABLE GUSTAVO A. GELPI
JUEZ DE DISTRITO
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO
SAN JUAN, PUERTO RICO

PONENCIA ANTE EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Muy buenas tardes al Honorable Juez Gustavo A. Gelpí y a todos los aquí presentes. Comparece ante ustedes en representación de la Policía de Puerto Rico el Tnte. Cor. José J. García Díaz, Director del Negociado de Drogas, Narcóticos, Control del Vicio y Armas Ilegales.

He laborado en la Policía de Puerto Rico por treinta (30) años y aproximadamente, veinte (20) de estos he estado laborando en distintas oficinas del Negociado de Drogas desde Agente hasta el Rango de Teniente Coronel. La Oficina Central del Negociado ubicada en el piso 11 del Cuartel General y cuenta con dieciséis (16) Oficinas distribuidas en las trece (13) Áreas Policíacas.

1

*Curse estudios en Criminología, luego obteniendo un Grado de Bachillerato en Gerencia, proseguí Maestría en Administración con concentración en Recursos Humanos.*

*En mi carrera como funcionario público obtuve varios logros, entre ellos, Oficial del Año 2012 y 2014 premios otorgados a nivel Isla. Además el haber ascendido del Rango de Sargento al de Capitán, siendo en el Rango de Capitán la Puntuación más Alta.*

*El Negociado de Drogas, Narcóticos, Control del Vicio y Armas Ilegales fue creado a partir del 1 de mayo de 2014, el mismo responde a la Superintendencia Auxiliar en Investigaciones Criminales.*

*El Negociado de Drogas, Narcóticos, Control del Vicios y Armas Ilegales, tiene la responsabilidad de atender la problemática del trasiego de drogas, armas Ilegales, juegos ilegales y prostitución en Puerto Rico, donde brindamos servicio policiaco dirigido a identificar organizaciones criminales, delinear estrategias y Planes con el propósito de desarticularlas las mismas e intervenir en Puntos de Drogas utilizando métodos efectivos de investigación e incluyendo la tecnología que es una de las herramientas más efectivas en la lucha contra el crimen y creando secciones de Inteligencia donde se recibe información y se analiza diariamente.*

# ORGANIGRAMA



3

*Actualmente el Negociado de Drogas, Narcóticos, Control del Vicio y Armas Ilegales tiene asignado:*

| | |
|---|---|
| *Teniente Coronel:* | 1 |
| *Inspector:* | 1 |
| *Capitán:* | 2 |
| *Teniente I:* | 5 |
| *Teniente II:* | 16 |
| *Sargentos:* | 82 |
| *Agentes:* | 568 |
| **Total:** | 675 (miembros Policía) |
| *Civiles:* | 20 |

4

*Antes de crear el Negociado de Drogas, Narcóticos, Control del Vicio y Armas Ilegales en el año 2014, las Divisiones de Drogas respondían a las Regiones Policiacas, en aquel entonces existía la Regionalización la cual se dividía en la Sección Norte, Sur, Este y Oeste. Como efecto de la regionalización las Unidades Investigativas perdieron su norte de lo que realmente es Investigación Criminal (Drogas), ya que por experiencia propia puedo expresar lo siguiente: el Director Regional, en ese entonces, tenía la autoridad de poder mover el Personal a Distritos, Unidades y Divisiones aún sin investigar las competencias que debe poseer un agente investigador de Drogas y Narcóticos y Armas Ilegales. Esto Causó que asignaran agentes a estas divisiones sin realizar la investigación de campo correspondiente, carente de experiencia, sin el adiestramiento en el campo de la investigación criminal, estas deficiencias en el proceso de selección de los candidatos trajo como consecuencia querellas por violación a los derechos civiles, aprovechamiento de su cargo como funcionario público y transar casos por dinero en los Tribunales y en ocasiones por obtención del dinero ocupado.*

*Además, el personal era utilizado para rondas preventivas, reforzando Distritos, Precintos, realizando plantones en Centros Comerciales y servicios especiales dentro de la Región Policiaca, desvirtuando así el propósito de lo que debería de ser un agente investigador de la división de Drogas. Esto dificultó el curso de las investigaciones sobre el Narcotráfico, compra de Drogas, Armas de fuego y las investigaciones en los puntos de drogas. Además, los recursos tales como vehículos, equipo de comunicación y otros, que pertenecían a las Divisiones, en ocasiones eran compartidos con los Distritos y Precintos de la Región Policiaca.*

5

*El 1 mayo de 2014 el Superintendente de la Policía estableció el Negociado de Drogas Narcóticos, Control del Vicio y Armas Ilegales y me designo como Director del mismo. A partir de esta fecha junto a mi personal inicie la evaluación de la fase administrativa y operacional de las dieciséis (16) divisiones que componen este Negociado. Durante este proceso nos percatamos que había mucho por hacer en cada una de estas divisiones, como por ejemplo, el procedimiento para la selección de los agentes, además las Estadísticas fueron casi imposible de recopilar las mismas, ya que la administración en las divisiones era pobre porque cada una respondida a una Región Policíaca diferente.*

*Las Oficinas de Asuntos Confidenciales tenían serios problemas relacionados con sus estadísticas, datos de gastos y porciento de convicciones en los casos de operaciones de encubiertos. En la otorgación de vacaciones de algunos agentes encubiertos no le fue concedida hasta por espacio de tres o cuatro años y tampoco se sabía con exactitud las horas acumuladas ni los feriados que estos agentes tenían pendientes.*

*No existían Planes de Trabajo Uniformes, cada división establecía su plan operacional de manera diferente.*

*En los cuarto de evidencia no se mantenían inspecciones para verificar los mismos, no habían listados de los encasillados de evidencia de los Agentes, por lo que las divisiones no contaban con un record exacto si la evidencia depositada por los agentes cumplía con lo establecido en Orden General 2008-13 titulada: "Normas y Procedimientos para el Recibo, Custodia, Entrega y Disposición de Propiedad que forma parte de Evidencia".*

No se revisaba el expediente del personal que laboraba en estas divisiones, para verificar la cantidad de Investigaciones Administrativas donde se haya adjudicado responsabilidad por conducta impropia o violación a los derechos civiles.

El personal de las divisiones carecían de equipo como: chalecos anti-balas, equipo de comunicaciones y tecnológico, vehículos oficiales y otro equipo para llevar a cabo investigaciones.

No había Registro del manejo de la evidencia (Drogas, Armas de Fuego, Dinero, etc.) que nos pudiera constatar si se cumplió con el debido procedimiento de Ley. Como consecuencia de esto han resultado varios agentes procesados y otros actualmente se encuentran bajo investigación.

Luego de evaluar todas estas deficiencias comencé a reorganizar las Divisiones de Drogas, ya que no existe una Orden General que sirviera de guía para poder reorganizar las mismas. Sobre este asunto está en proceso la aprobación de la Orden General para este Negociado en la cual personal nuestro ha tenido participación en todo momento.

También comencé la evaluación de los Directores y el personal adscrito a las Divisiones de Drogas, donde inmediatamente le solicité a cada Director que realizara su Inventario de Propiedad en su División, además que realizaran una inspección de los encasillados de Evidencia, Cuarto de Evidencia, así como la Flota Vehicular y una evaluación del personal con sus recomendaciones. Al recibir la información de estos vi que había mucho por resolver.

7

*En relación con los Planes de Trabajo se estableció la PPR-853 "Plan para Efectuar Arrestos /Detenciones, Registro/Allanamientos" aprobada por la Reforma de la Policía de Puerto Rico, donde exigimos toda la información requerida en el documento. Ningún director puede autorizar operativos, vigilancias, allanamientos y operaciones encubiertas a su personal sin antes haber confeccionado un plan de trabajo cumpliendo con las leyes, directrices y ordenes generales establecidas.*

*En relación a las estadísticas hoy le puedo expresar que mantenemos las estadísticas exactas de intervenciones y evidencia ocupada por las Divisiones de Drogas y el mayor números de casos referidos a las Agencias federales (FBI, ATF, DEA, ICE). Hasta el momento se han referido seiscientos quince (615) casos de los cuales en cuatrocientos siete (407) de ellos, las agencias federales tomaron jurisdicciones y el restante fue procesado en los Tribunales Estatales.*

*En las secciones de Operaciones Encubiertas hemos logrado establecer una administración de primer orden donde las estadísticas, documentos fiscales y Planes Operacionales cumplen con cada una de las normas establecidas por la Agencia. Ejemplo de esto, en el área de las estadísticas mantenemos un noventa y ocho (98) por ciento de convicciones. Todas las transacciones Encubiertas se han realizado utilizando grabaciones en videos. Asimismo, se ha mejorado el proceso para identificar organizaciones criminales. Además, esta sección ha llevado a cabo los Operativos más Grandes en la Historia de la Policía de Puerto Rico, en transacciones de compra de Armas de Fuego durante los años 2014 y 2016.*

8

*Se crearon las secciones de Inteligencias en el Negociado y las Divisiones de Drogas donde hay personal asignado que mantienen la información actualizada con datos estadísticos y Organigramas e información de las operaciones y composición de Organizaciones Criminales y monitorean los lugares identificados como Puntos de Drogas en todo Puerto Rico.*

*Se estableció que en toda investigación que realicen nuestros agentes utilicen fotografías y videos, siempre y cuando no esté en riesgo la vida y seguridad de los Agentes. En los casos donde no podemos utilizar el equipo tecnológico se utiliza la declaración del agente sobre los hechos delictivos las cuales son evaluadas rigurosamente por los supervisores antes de solicitar la Orden así como al momento de diligenciar las mismas.*

*En cuanto a las querellas confidenciales recibidas en nuestras divisiones se le asigna un número de control, son evaluadas por supervisores y se le refieren a los agentes para ser investigadas. Donde mantenemos un Record con números de control y fecha para darle seguimiento al curso de las mismas.*

*De igual modo, no se estaban efectuando Academias para los Agentes Encubiertos, que es una de las herramientas vitales para combatir el tráfico de Drogas y Armas de fuego. Entre los años 2015 y 2016 comenzamos el reclutamiento de Agentes Encubiertos logrando completar una Academia, los cuales recibieron adiestramiento graduándose hace apenas unos días. Próximamente estaremos enviando a adiestramiento la segunda Academia para Agentes Encubiertos. Dicho reclutamiento constante nos permitirá combatir el tráfico de drogas y armas efectivamente.*

9

*Toda información recibida en el Negociado de Drogas, Narcóticos, Control del Vicio y Armas Ilegales, que señale agentes o empleados de nuestra Agencia cometiendo actos ilegales (actos corrupción, violación a los Derechos Civiles o cualquier otro delito) ha sido canalizada a la Superintendencia Auxiliar de Responsabilidad Profesional y otras que hemos referido a Agencias Federales a través de la cadena de mando, de las cuales hay Investigaciones en curso. Por lo que nunca he tolerado ni permitido actos de corrupción y les aseguro que mi compromiso siempre ha sido "Que el que cometa un delito o falta administrativa sea procesado".*

*En el Área de Registro y Allanamiento hemos mantenido un Registro según dispone la Orden General Capítulo 600 sección 612 titulada: "Autoridad de la Policía de Puerto Rico para llevar a cabo Registros y Allanamientos". Hemos sido inspeccionados por personal de la Oficina de la Reforma y la Superintendencia Auxiliar en Responsabilidad Profesional, donde hasta la fecha de hoy hemos sido notificados que prácticamente hemos cumplido con lo establecido en la Orden General.*

*En las intervenciones se han logrado la ocupación de grandes cantidades se sustancias controladas así como la incautación de sobre cien (100) Invernaderos, la ocupación de más de ocho millones de dólares en efectivo, sobre dos mil (2,000) armas de fuego, noventa y ocho mil quinientas (98,500) municiones de diferentes calibres, sobre 1,600 vehículos de motor y gran cantidad de sustancias controladas de diferentes tipos.*

10

*Cada División de Drogas cuenta un Pagador Auxiliar, el cual le responde al Pagador Oficial del Negociado de Drogas y a su vez éste, al Pagador Central de la Superintendencia Auxiliar en Investigaciones Criminales. Además fueron nombrados dos coordinadores con el rango de teniente donde mantienen visitas constantes dándole seguimiento a que se cumpla con las directrices y Planes de Trabajo.*

*Fue creada la Oficina a nivel Central de Orientación y Prevención de Sustancias Controladas y Armas, la cual coordina y canaliza con las Divisiones de Drogas, toda petición de Charlas, Conferencias y exhibiciones recibidas de Instituciones públicas y privadas , Iglesias, Etc. En cada División de Drogas existe un personal debidamente adiestrado para realizar estas funciones.*

*Se nos ha asignado equipo tecnológico, así como radios de comunicaciones, chalecos anti-balas y vehículos confidenciales para así poder realizar las investigaciones en curso. Nuestro personal está recibiendo adiestramiento continuo para así cumplir con lo establecido en la Reforma de la Policía.*

*Hemos logrado establecer buena comunicación con los fiscales adscritos a las Fiscalías. De esta manera nos mantenemos informados del curso de las investigaciones. Dentro de las trece (13) Áreas Policiacas solo en Área de Aguadilla, Mayagüez confrontamos dificultad, por la exigencia de los Fiscales, de videos para ser consultados los casos de los agentes, de no tener un video en relación al caso presentado ordenan no radicar. Quiero hacer la salvedad que las grabaciones las utilizamos a la medida que no pongamos en riesgo a nuestros agentes. Para*

11

*someter un caso no es necesario obtener una grabación y bastaría con la declaración sobre unas observaciones de unos hechos de violación de Ley, que cumpla con el motivo fundado para radicar los mismos. Esto limita la radicación de casos en los Tribunales.*

*En relación con el decomiso de evidencia tenemos la situación que la dependencia responsable es el Departamento de Salud, lo cual ha provocado problemas de logística para el decomiso de la misma.*

*Le doy las gracias por la oportunidad de permitirme participar en estas vistas que son muy necesarias y donde se nos permite presentar la realidad de nuestra capacidad, profesionalismo, compromiso y esfuerzo con la Policía de Puerto Rico. Le aseguro que continuaré brindándoles un servicio de calidad a los ciudadanos con los cuales convivimos en nuestro País.*



12