

# VISTAS PÚBLICAS DE LA REFORMA DE LA POLICÍA DE PUERTO RICO



Cor. Miguel Rosado Carrero 1-0879
Comandante de Area Mayagüez





# DISTRIBUCIÓN DE PERSONAL Y SECTORIZACIÓN

## UNIFORMADOS
- COMANDANCIA
- DTTO MAYAGUEZ
- DTTO AÑASCO
- DTTO LAS MARIAS
- DTTO MARICAO
- DTTO LAJAS
- DTTO SABANA GRANDE
- DTTO. SAN GERMAN
- DTTO. HORMIGUEROS
- DIVISIÓN OPERACIONES TACTICAS Y UM

**586**

## RAMA INVESTIGATIVA Y OTRAS UNIDADES
- CUERPO DE INVESTIGACIONES CRIMINALES
- DIVISIÓN VEHÍCULOS HURTADOS
- DIVISIÓN DROGAS Y NARCÓTICOS (MAYAGÜEZ / CABO ROJO)
- DIVISIÓN PATRULLA DE CARRETERAS
- DIVISIONES MARÍTIMAS (AÑASCO Y CABO ROJO)
- OFICINA DE RESPONSABILIDAD PROFESIONAL
- DIVISION DE EXPLOSIVOS

**395**

**981**





**Densidad Poblacional**

- Añasco - 29,261
- Mayagüez - 89,080
- Las Marias - 9,881
- Maricao - 6,276
- Hormigueros - 17,250
- San Germán - 35,527
- Sabana Grande - 25,265
- Lajas - 25,753
- Cabo Rojo - 50,917

POLICÍA DE PUERTO RICO — ÁREA DE MAYAGÜEZ

289,210 Habitantes

La Comandancia de Area está ubicada en: 1059. Calle Ramon Arbona Fronteras antigua Ave. Corazones, Mayagüez; 00680  Teléfono 787-832-9696





# POBLACIÓN Y ÁREAS TURÍSTICAS

Población: 289,210
Población flotante: 600,000
Hoteles, Hospederías y Paradores
Aeropuertos: 2
Marinas: 6   Puertos: 1



- **Lugares de Interés:**
  - Bahía Bioluminiscente (Parguera)
  - Balneario Añasco
  - Balneario Boqueron
  - Balneario Lajas
  - Balneario Combate
  - Playa Sucia
  - Cervecera de Mayagüez
  - Universidad De PR RUM
  - Univ. Interamericana San Germán
  - Bosque nacional El Corozo
  - Los Kioskos (Parguera)
  - Playa Buyé
  - Isla Ratones (Joyudas)
  - Reserva natural Sabana Grande
  - Pozo de la Virgen (Sabana Grande)
  - Restaurantes (Joyudas)
  - Restaurantes (Litoral)
  - Sector La Pared
  - El Faro Cabo Rojo





# OFICINA DE ADIESTRAMIENTO

- Adiestrar y re-adiestrar
    - Ordenes Generales
    - Ordenes Especiales
    - Políticas Públicas
    - Requerimientos
- Porcentaje de cumplimiento





## OFICINA DE ADIESTRAMIENTO

| CURSO | PERSONAL ADIESTRADO | PERSONAL POR ADIESTRAR | % ADIESTRADO | CANTIDAD DE PERSONAL EN EL AREA |
|---|---|---|---|---|
| Batón expandible** | 883 | 98 | 90% | 981 |
| Área (SAOC) | 558 | 28 | 95% | 586 |
| Otras Superintendencias | 325 | 70 | 82% | 395 |
| | | | | |
| Dispositivo Control Eléctrico (DCE) | 195 | 786 | 20% | 981 |
| Área (SAOC) | 125 | 461 | 21% | 586 |
| Otras Superintendencias | 70 | 325 | 17% | 395 |
| | | | | |
| Gas Pimienta | 608 | 373 | 62% | 981 |
| Área (SAOC) | 376 | 210 | 64% | 586 |
| Otras Superintendencias | 232 | 163 | 59% | 395 |
| | | | | |
| Ética Policial | 832 | 149 | 85% | 981 |
| Área (SAOC) | 536 | 50 | 91% | 586 |
| Otras Superintendencias | 296 | 99 | 75% | 395 |





## OFICINA DE ADIESTRAMIENTO

| CURSO | PERSONAL ADIESTRADO | PERSONAL POR ADIESTRAR | % ADIESTRADO | CANTIDAD DE PERSONAL EN EL AREA |
|---|---|---|---|---|
| **Arrestos & Citaciones** | 479 | 502 | 48% | 981 |
| *Área (SAOC)* | 323 | 263 | 55% | 586 |
| *Otras Superintendencias* | 156 | 239 | 39% | 395 |
| | | | | |
| **Uso Fuerza** | 580 | 401 | 59% | 981 |
| *Área (SAOC)* | 370 | 216 | 63% | 586 |
| *Otras Superintendencias* | 210 | 185 | 53% | 395 |
| | | | | |
| **Personas Trans. ₮** | 460 | 521 | 47% | 981 |
| *Área (SAOC)* | 298 | 288 | 51% | 586 |
| *Otras Superintendencias* | 162 | 233 | 41% | 395 |
| | | | | |
| **Diurno (Etapa II)** | 734 | 247 | 74% | 981 |
| *Área (SAOC)* | 507 | 79 | 87% | 586 |
| *Otras Superintendencias* | 227 | 168 | 57 | 395 |
| | | | | |
| **Nocturno (Etapa I)** | 523 | 458 | 53% | 981 |





OFICINA DE ADIESTRAMIENTO

# PERSONAL ADIESTRADO EN EL AREA DE MAYAGUEZ

\*\*Actualmente el personal está en proceso de readiestramiento, luego de haber transcurrido 2 años desde el primer adiestramiento.

\*\*\* 12 enero / 11 marzo 2016 - Tiro Nocturno (Etapa I)

18 abril /9 septiembre 2016 – Tiro Diurno (Etapa II)

☦ Adiestramiento comenzó el 20 de junio de 2016.

| | |
|---|---|
| CANTIDAD DE BATONES ASIGNADOS AL AREA: | 956 |
| CANTIDAD DE DISPOSITIVOS ASIGNADOS AL AREA: | 301 |
| CANTIDAD DE DISPOSITIVOS GAS PIMIENTA ASIGNADOS AL AREA: | 513 |
| CANTIDAD DE VAQUETAS ASIGNADAS: | 500 |



# INFORMACIÓN E INTEGRACIÓN CIUDADANA

- 24 CHARLAS, 1172 PERSONAS
- EDUCAR A LA CIUDADANIA SOBRE:
  - SUS DERECHOS
  - SERVICIOS PPR
- TEMAS:
  - BULLYING
  - VÍCTIMA DEL CRIMEN
  - TU AMIGO EL POLICÍA
  - TUS VALORES CUENTAN
  - ETC.

**CONSEJOS COMUNITARIOS**
- 19 CONSEJOS
- 255 CONSEJALES
- PROBLEMATICA SOCIAL

**CHARLAS EDUCATIVAS**

**REUNIÓN ÁBIERTA**
- INTEGRACIÓN DE LA COMUNIDAD CON LA POLICÍA
- INFORMAR SOBRE LA REFORMA, LAS NUEVAS POLÍTICAS Y ADIESTRAMIENTOS

- 31 COMUNIDADES
- 2,194 PERSONAS
- ORGANIZAR LAS COMUNIDADES PARA MINIMIZAR EL PROBLEMA SOCIAL Y MEJORAR LA CALIDAD DE VIDA

- 13 COMPONENTES
- FORTALECER LAZOS CON LAS COMUNIDADES Y LOS GRUPOS QUE REPRESENTAN
- TRABAJAR DE FORMA INTEGRADA PARA LOGRAR:
  - DISMINUCIÓN DE DELITOS
  - IMPLANTACIÓN DE LA REFORMA
- PLAN DE TRABAJO

**LABOR COMUNITARIA**

**COMITE INTERACCIÓN CIUDADANA**

(POLICÍA DE PUERTO RICO — REFORMA)
(POLICÍA DE PUERTO RICO — ÁREA DE MAYAGÜEZ)



# Nuestra motivación:

"El logro de tu meta está asegurada el momento en que te comprometes con ella."
- Mack R. Douglas -

LEMA DE NUESTRA AREA

"COMPROMETIDOS CON EL SERVICIO"

