

Estado Libre Asociado de Puerto Rico
POLICIA
SARP
Superintendencia Auxiliar en Responsabilidad Profesional



# Ponencia sobre vista de la Reforma Sostenible de la Policía de Puerto Rico

*1 de septiembre de 2016*

## Tnte. Primero Jaime Cosme Oliver 6-13664

Director de la División Especializada
en Investigaciones de Incidentes de Uso de Fuerza

 

**SUPERINTENDENCIA AUXILIAR EN RESPONSABILIDAD PROFESIONAL**
**NEGOCIADO DE INVESTIGACIONES ADMINISTRATIVAS**
**DIVISIÓN ESPECIALIZADA EN INVESTIGACIONES DE INCIDENTES USO DE FUERZA**

Tnte. Primero Jaime Cosme Oliver 6-13664
Ave. Roosevelt, Cuartel General
P.O. Box 70166, San Juan P.R. 00936-8166
jcosme@policia.pr.gov
787-793-1234 Ext. 2156

Buenos tardes a todos. Honorable Juez Gustavo Gelpí, Sr. José L. Caldero López, Superintendente de la Policía de Puerto Rico, Sr. Arnaldo Claudio Asesor Técnico de Cumplimiento, Oficiales de la Policía de Puerto Rico. He ocupado diferentes posiciones de dirección en la Agencia; Director de la División de Seguridad y Protección de Ponce y Caguas, Coordinador de HIDTA como COTR del Negociado de Fuerzas Unidas de Rápida Acción, entre otros.

Actualmente me desempeño como Director de la División Especializada en Investigaciones de Incidentes de Uso de Fuerza, desde el 7 de julio de 2014. Por designación del Superintendente, el Sr. José L. Caldero López.

Quiero agradecer el espacio que se me ha otorgado para exponer ante este tribunal todo lo relacionado a la creación de la División comúnmente conocida como FIU; la cual está adscrita al Negociado de Investigaciones Administrativas de la Superintendencia Auxiliar en Responsabilidad Profesional (SARP), cuyo Superintendente Auxiliar es el Coronel Francisco Rodríguez Ortiz.

Llevo laborando en la Policía de Puerto Rico por espacio de 30 años, mi carrera policiaca se ha desarrollado en diversas divisiones, tanto operacionales como especializadas. En el año 2011, fui adiestrado como Instructor sobre Uso de Fuerza en la Policía de Puerto Rico. En esa ocasión aprendí a identificar y definir conceptos relacionados, en especial en las Políticas que se relacionan al Uso de Fuerza de la Policía de Puerto Rico, Además se me instruyó sobre los requisitos para la toma de decisiones, el marco legal que aplica al uso de fuerza, identificar, evaluar y examinar los reportes de incidentes sobre uso de fuerza requeridos,

---

supervisar los procedimientos necesarios para completarlos y analizar los usos de fuerza utilizados por los subordinados. En la actualidad soy Instructor de las siguientes materias:

1. Master en Uso de Fuerza (Policía)
2. Uso y manejo de Agentes Químicos (Gas Pimienta)
3. Del Código de Ética Policiaca
4. Arrestos y Citaciones
5. DCE Dispositivo de Control Eléctrico
6. Investigador de Situaciones y Soluciones Dispositivo de Control Eléctrico
7. Persecuciones Policiacas
8. Registros y Allanamientos

Desde el momento que fui designado a trabajar en la SARP, con la tarea de cumplir con el requerimiento 48, contemplado en el Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, esto con el fin de garantizar que todos los usos de fuerza grave y las alegaciones de uso de fuerza excesiva sean investigados plena y equitativamente. El Coronel Rodríguez Ortiz, fue enfático de que se seleccionara personas con experiencia, objetividad y conocimientos sobre investigación; para asegurar que todas las investigaciones relacionadas a los usos de fuerza que sean contrarias a la ley o las políticas de la PPR, sean identificadas y resueltas de manera apropiada para que se identifiquen y corrijan las deficiencias operacionales y de adiestramientos.

Ante tal reto, mi primera gestión fue realizar un estudio de necesidad para así poder dar inicio a la creación de la División FIU, con las responsabilidades de llevar a cabo las investigaciones de uso de fuerza:

- Usos de fuerza grave.
- Los que implican una aparente conducta criminal por parte de un MPPR.
- Los usos de fuerza cometidos por los MPPR de un rango superior al de Sargento.
- Los usos de fuerza reasignados por el Superintendente, o su designado, la SARP o la Junta Evaluadora de Incidentes de Uso de Fuerza del Superintendente (SFRB).

En cuanto a la selección y reclutamiento del personal quiero mencionar que se evaluaron noventa y siete (97) MPPR y solo se escogieron veintiséis (26), para un 37%. Previo a ser aceptado a laborar en la División FIU, el personal tuvo que someterse a las siguientes pruebas y requisitos:

- Investigación de Campo.
- Prueba del Polígrafo.
- Prueba de Detección de Sustancias Controladas.

2

- No tener querellas administrativas pendientes de adjudicación, o que hayan sido sostenidas en los últimos cinco (5) años por las siguientes causales:
    - ✓ Violación a derechos civiles.
    - ✓ Discrimen u hostigamiento.
    - ✓ Violencia doméstica.
    - ✓ Agresión sexual.
    - ✓ Conducta inmoral.
    - ✓ Uso excesivo de fuerza.

El personal asignado a la División FIU, está distribuido en todo Puerto Rico, en las 13 áreas policiacas y disponibles sus Investigadores para atender cualquier incidente que ocurra en su jurisdicción. En los casos de incidente de uso de fuerza, nivel 4, el Investigador completará el Informe PPR-932 "Notificación Preliminar de Incidentes de Uso de Fuerza", y me lo envía, para notificar al Superintendente Auxiliar y a la Directora de la Oficina de Reforma. Esta notificación se hará dentro del término de dos (2) horas a partir de la culminación de la investigación preliminar.

Cumpliendo con el Requerimiento 55 del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, expongo ante este Honorable Tribunal que solicite que todos los integrantes de la División FIU fueran adiestrados en el tema de uso de fuerza e investigaciones y revisiones de los incidentes sobre el uso de fuerza.

Quiero mencionar que el 92 % de nuestro personal son Instructores de diversas materias relacionadas al Uso de Fuerza. Estos han sido certificados por la Superintendencia Auxiliar en Educación y Adiestramiento, donde colaboran en la faceta de capacitar a los MPPR. Estos Instructores pasaron por un escrutinio riguroso cuyo objetivo fue reclutar el mejor talento en la Policía. Para la gran mayoría de los oficiales que buscan convertirse en Instructores, esto les resulta ser un privilegio, formar parte de la historia de la Reforma de la Policía de Puerto Rico. Este personal continuamente adiestra personal de la Superintendencia Auxiliar en Operaciones de Campo, en las Academias Locales de los diferentes Distritos, Precintos, Divisiones y Unidades.

Como parte de los requisitos para certificarse como instructor, los 24 MPPR de FIU tuvieron que aplicar los conocimientos adquiridos durante el taller y participar de varias intervenciones simuladas de forma adecuada, aplicando la guía de uso escalonado de la fuerza. El entrenamiento práctico fue realizado en la Academia de la Policía. Durante el mismo se enfatizó en las normas constitucionales y se les presentó jurisprudencia estatal y federal sobre el tema, con el objetivo de ilustrar de forma clara como debe actuar un oficial durante una intervención y lo más importante como redactar y evaluar el reporte de uso de fuerza.

_____
3

Tnte. Jaime Cosme Oliver
Director División FIU

El 18 de agosto de 2014, se comenzó una evaluación estricta de cada uno de los incidentes de uso de fuerza recibidos en la Superintendencia Auxiliar en Responsabilidad Profesional. Desde ese entonces de forma continua e ininterrumpida se evalúan y se custodian los mismos. El Requerimiento 39 del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, dispone que la política sobre el manejo de Informes de Uso de Fuerza será que los miembros de la PPR presenten copias de dicho Informe a su supervisor inmediato y a SARP para su seguimiento y análisis. SARP conservará las copias originales de estos Informes en la División Especializada en Investigaciones de Incidentes Uso de Fuerza, primer piso del Cuartel General.

Es de suma importancia establecer el proceso de recopilación de datos relacionados a los casos de uso de fuerza grave. Esto garantizaría que todos los incidentes y sus alegaciones de uso de fuerza excesiva, sean investigados plena y equitativamente. Nuestra visión es asegurar que las actuaciones contrarias a la Ley, las políticas de la PPR, puedan identificarse adecuadamente, encaminar la corrección de las deficiencias operacionales y de las políticas relacionadas al uso de fuerza.

Para lograr transparencia en los procesos relacionados a los usos de fuerza, me di a la tarea de elaborar una base de datos, logrando realizar un análisis de todos los reportes de incidentes de uso de fuerza en de todo Puerto Rico, el cual permitió redactar un análisis estadístico de todos los campos cubiertos en el Formulario PPR-854 "Reporte de Uso de Fuerza". Una vez la SARP, recibe estos formularios, pasan a nuestra División, donde se analizan y se ingresan en la mencionada base de datos. Al ingresar esta información podemos tomar datos de años anteriores y usarlos para proyectar futuros resultados. Cada campo ingresado permite utilizar el proceso de filtrado a través de una aplicación, la cual nos ofrece la posibilidad de mostrar datos en forma de gráfica y obtener las tendencias para realizar una proyección de cómo podrían verse los datos en el futuro.

Ante el pueblo de Puerto Rico, informo que el proceso de ingresar toda la data relacionada a los usos de fuerza, permite consistentemente observar el comportamiento de los diferentes incidentes de uso de fuerza generados en cualquiera de las 13 Áreas policiacas. También detectamos algunos cambios significativos y obtenemos una visión general de los procesos de adjudicación en uso de la fuerza.

Nuestra División cumple con el Requerimiento 41 del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, ya que responsablemente analizamos los datos relativos al uso de fuerza por los MPPR, para determinar las tendencias significativas, identificar y corregir las deficiencias detectadas en estos análisis, y documentar sus conclusiones en un informe público, el cual está disponible para su análisis y publicación.

_____

4

Tnte. Jaime Cosme Oliver
Director División FIU

Ciertamente tener disponible estas estadísticas ayuda a aumentar la transparencia entre nuestra Agencia y los grupos de interés de todo Puerto Rico. El objetivo de la nueva visión de la Policía de Puerto Rico, es erradicar el uso excesivo de la fuerza, educar sobre las acciones correctas por parte de los agentes del orden público durante una intervención y aumentar la conciencia sobre la protección de los derechos constitucionales y civiles de los ciudadanos e informar y reportar cada incidente sobre uso de fuerza, ante un nuevo estilo para servir, atender, responder e intervenir con nuestros conciudadanos.

Este servidor ha adiestrado en varias ocasiones a oficiales asignados a las Juntas de Revisión de Incidentes de Uso de Fuerza de las 13 Áreas Policiacas, a los Asesores de la División de Asuntos Legales de la Policía de Puerto Rico y todos han sido certificados en las Reglas sobre Uso de Fuerza. Estos funcionarios son los responsables de evaluar y revisar cada expediente donde resulte lesionado un ciudadano. Una tarea adicionales la de adiestrar a todo oficial de alto rango (de rango de Capitán hasta el rango de Coronel) de las Áreas Policiacas.

Para finalizar quiero expresar que nuestro trabajo ha sido arduo y lleno de dificultades al desarrollar una de las Divisiones más observada y necesaria en la Policía de Puerto Rico, es inevitable agradecer a las personas que de una forma u otra creyeron en mi persona y que se podía lograr con tanto éxito a pesar de las dificultades económicas que enfrenta el gobierno.

¡Gracias por la Oportunidad brindada!

---

5

Tnte. Jaime Cosme Oliver
Director División FIU