

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA

# OFICINA DE REFORMA

# PONENCIA

# VISTAS SOBRE EL PROGRESO DE REFORMA DE LA POLICIA DE PUERTO RICO

### CLEMENTINA VEGA ROSARIO
### CORONEL

2 DE SEPTIEMBRE DE 2016

MAYAGUEZ, PUERTO RICO

 

2 de septiembre de 2016

Honorable Gustavo A. Gelpí
Juez de Distrito
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico San Juan, Puerto Rico

## PONENCIA ANTE EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Muy buenas tardes al Honorable Juez Gustavo A. Gelpí y a todos los que se encuentran aquí presentes. Comparece ante ustedes la Coronel Clementina Vega Rosario, Directora de la Oficina de Reforma y en beneficio de todos los ciudadanos aquí presentes, es la responsable en la agencia de velar por la implementación, y servir de enlace entre el TCA y el DOJ para los trabajos de seguimiento.

Queremos comenzar agradeciendo su gentileza en acceder a celebrar esta vista en el área oeste para así darle audiencia a todos los residentes de esta ciudad, como de los pueblos limítrofes.

Desde la última vista, a pesar de que no habían sido completados ni aprobados todos los Planes de Acción. La Policía reconociendo su responsabilidad, continúo su proceso de transformación. Desarrollando nuevas políticas, revisando las vigentes y diseñando e implementando adiestramientos. A continuación le detallamos los avances según el orden cronológico de aprobación.

Con el propósito de implementar una política de cero tolerancia al discrimen y hostigamiento, el 13 de abril de 2016 la policía aprobó el reglamento "Para el

Establecimiento de Prácticas Policiacas Libres de Discrimen, Conducta Sexual Impropia y Represalias de la Policía de Puerto Rico".

Como parte del compromiso de la Policía en atender el reclamo de la ciudadanía tanto en vistas previas como en otros foros, se inició el proceso de reestructuración de las unidades especializadas. El 19 de abril de 2016, se firmó la política "Manejo y Control de Multitudes" donde se establece detalladamente el procedimiento que seguirán los MPPR para manejar multitudes o grupos y preservar la paz durante los eventos programados, protestas, huelgas o recobrar el orden durante un disturbio inesperado.

Para el cumplimiento del área de "Igual Protección y no Discrimen" la Policía se embarcó en el proceso de reestructuración de las Unidades Investigativas tanto en delitos de Violencia Doméstica como en delitos de Violencia Sexual. También a nivel operacional reestructuró sus procesos. Con estos cambios se da inicio a una manera de investigación centrada en la víctima.

La Policía inició este proceso estableciendo la política "Reorganización y Estructuración Funcional de la División de Delitos Sexuales y Maltrato a Menores" donde se definió la funcionalidad del organismo de manera operacional.

Relacionado a este tema se desarrollaron dos (2) políticas adicionales "Investigación de Incidentes de Delitos Sexuales" y "Intervención de Incidentes de Delitos Sexuales cometidos por empleados de la Policía de Puerto Rico" donde se definen las responsabilidades de cada miembro de la policía en el desarrollo de una investigación que involucre delitos de violencia sexual. Sobre ésta última por primera vez se reconoce y atiende el problema de incidentes donde estén involucrados empleados de la Agencia.

Quiero aprovechar este foro para informar que dándole continuidad a estos procesos y en cumplimiento del requerimiento número 96, el superintendente está próximo a inaugurar la línea 24/7 de servicio a víctimas de delitos de violencia sexual. El número a utilizarse para lograr acceso a la misma es el 787-343-0000. Se estableció como lema "Cero Tolerancia a los Delitos de Agresión Sexual".

Continuando con las políticas aprobadas el 21 de abril de 2016, la policía aprobó la restructuración de la División de Violencia Domestica con las políticas "Funciones y Responsabilidades de la División Especializada de Violencia Doméstica de la Policía de Puerto Rico" "Investigación de Incidentes de Violencia Doméstica cometidos por empleados de la Policía de Puerto Rico" estas políticas fueron

2

creadas con el propósito de enfrentar este inaceptable mal social que tanto afecta a nuestra sociedad. Cabe mencionar que todas estas políticas tanto las de incidentes que involucren delitos de violencia sexual como las que van a atender asuntos relacionados a incidentes de violencia doméstica son dirigidas hacia la atención de la víctima y los adiestramientos fueron creados para la protección y la ayuda a las mismas. Para crear estas se hicieron alianzas con organizaciones comunitarias para que evaluaran el desarrollo de las nuevas políticas, entre las que participaron podemos mencionar:

- La Procuradora de la Mujer.
- GRUCORPO.
- Centro Comunitario LGBTT.
- Coordinadora Paz para la Mujer.

En esta ocasión la policía tuvo la oportunidad de revisar la orden general "Autoridad de la Policía para Llevar a Cabo Arrestos y Citaciones" para así atemperar las misma a las mejores prácticas policiacas.

Como parte de este proceso de reforma uno de los señalamientos a la policía en el informe del 5 de septiembre de 2011 lo fue, la manera en que se interactuaba con las personas extranjeras. Con el propósito de realizar intervenciones libres de perjuicios el 26 de mayo de 2016, se implementó la política "Intervención con Personas Extranjeras". Con el fin de brindar unas guías a los MPPR de como intervenir con un ciudadano extranjero.

Además, la policía revisó y atemperó al diario vivir de los MPPR la "orden administrativa de intervenciones vehiculares". En ambas órdenes Generales colaboraron el Cónsul y Vice-Cónsul de la Comunidad Dominicana.

En cumplimiento con el Acuerdo que establece que anualmente hay que revisar las políticas de uso de fuerza el 24 de agosto de 2016, fueron firmadas por el superintendente luego de pasar por el proceso de revisión las Ordenes Generales Relacionadas a los usos de fuerza. Entre estas: "Reglas para el Uso de Fuerza por MPPR" y "Informe e Investigación de Incidentes de Uso de Fuerza de MPPR" las cuales establecen el nivel de fuerza a ser implementado por un agente, las reglas para utilizar la fuerza y la manera o guía de como cumplimentar el Reporte de Incidente de Uso de Fuerza.

Además se revisaron otras políticas relacionadas al uso de fuerza, como lo son:

- "Uso y Manejo del Dispositivo de Control Eléctrico".
- "Uso y Manejo de Armas de Impacto".
- "Uso y Manejo de Agentes Químicos".

Todas en cumplimiento a los requerimientos del acuerdo y con las prácticas policiacas generalmente aceptadas.

Por otra parte se creó un "Glosario de Definiciones" con el propósito de establecer estándares para los significados de las reglas de usos de fuerza establecidos en las políticas y así evitar alguna mala interpretación o contradicción en los mismos.

El lunes 29 de agosto de 2016 se envió para aprobación final por parte del TCA la Política del Negociado de Drogas. No obstante, durante el día de hoy estaremos enviándole siguientes políticas;

- Investigación sobre maltrato y/o negligencia en Instituciones Juveniles.
- Memorando Interagencial para la Investigación de Alegaciones de Maltrato en Instituciones Juveniles.
- Revisión OG Reorganización de la Superintendencia Auxiliar en Servicios Gerenciales.
- OG para establecer los procesos y procedimientos del Negociado de Tecnología.
- Ingreso y egreso en las celdas de la PPR.
- Intervención con Menores.
- Investigación de Abuso Sexual y/o Acoso Sexual en las celdas de la PPR.

También queremos informar que las siguientes políticas han de ser remitidas al TCA antes de que culmine este mes;

- Revisión de la Orden General 100 Sección 107, titulada Creación de la Superintendencia Auxiliar en Investigaciones Criminales (SAIC).

- Revisión de la Orden General 2008-13 titulada Normas y Procedimientos para el Recibo, Custodia, Entrega y Disposición de propiedad que forma parte de evidencia (SAIC, SAOC, SASG).

- Revisión Anual de la Orden General capítulo 600 Sección 618 Uso y Manejo de las Armas de Reglamento.

- Orden General para establecer el programa de Reclutamiento para MPPR (SASG).

- Orden General para establecer la descripción de deberes, funciones, responsabilidades y requisitos mínimos de cada puesto comprendido en el sistema de rango (colaboradores SAOC, SAIC, SASG).

El martes, 6 de septiembre de 2016 la Policía tiene calendarizado enviar al TCA la política referente a Crímenes de Odio para su aprobación.

Tenemos para Aprobación Final versión con los cometarios acogidos del TCA y DOJ *"red lines"* (2 de mayo de 2016)

- Reglamento de Querellas Administrativas

- Manual del Investigador de SARP

La Policía en su interés de tener procesos de transparencia y la integración a los grupos comunitarios, ha continuado con el proceso de acercamiento con la organización GRUCORPO, se realizó una reunión el día 18 de agosto de 2016, en las facilidades de la organización. Se le presentaron varias alternativas para ayudar a la Policía en el proceso de Reforma. Entre las alternativas están:

- Contribuir en el análisis de las políticas a través de las que están publicadas en el portal electrónico de la policía.

- Colaborar en el proceso de diseño de adiestramiento y revisión de currículos.

- Se les invitó a observar adiestramientos ofrecido por la Agencia a su empleados. Lo que realizaron durante el día 24 de agosto de 2016, asistiendo

5

al adiestramiento de intervención con personas transgénero. Como parte de esta actividad se le brindó el prontuario, manual del instructor y la presentación para que puedan evaluar el adiestramiento.

- Ser portavoces en asuntos que afecten a las comunidades.

- Ser enlaces entre la policía y las comunidades llevando información y orientación a estas, como por ejemplo de los procesos de como radicar querellas administrativas.

- Reportar problemas de orden público.

- Reportar elogios a actos positivos de agentes de orden público.

- Visitar y evaluar los encuentros comunitarios entre la Policía y la comunidad.

- Acompañar a los miembros de la Oficina de Reforma a las Zonas de Excelencia a evaluar el cumplimiento de las mismas.

- Participar en el desarrollo de un adiestramiento dirigido a la interacción con las víctimas. La creación del mismo fue recomendado por GRUCORPO.

Como resultado de la reunión, se le proveyó el espacio para que ellos evalúen estas alternativas y determinen la manera en que desean contribuir al proceso. Se logró un acuerdo donde, aceptaron la integración del personal de la Oficina de Reforma a los talleres que estos ofrecen. Estos son relacionados al tema de registros y allanamientos "Oficial tengo Derechos" que a su vez es un área de cumplimiento del Acuerdo. Nuestra intención al participar de estos talleres es recibir de primera mano el insumo de la comunidad de manera que podamos incorporar sus preocupaciones y obtener ideas para mejorar nuestros acercamientos comunitarios, afiches informativos dirigidos a las personas y adiestramientos. El 29 de agosto de 2016, fuimos visitados por la "*Open Society Foundation*". Donde hubo un intercambio de ideas entre la organización y el personal adscrito a la Oficina de Reforma. También se les aclararon unas inquietudes que ellos tenían referentes a los temas relacionados a la comunidad, tecnología y academia.

Por otra parte relacionado a los Comités de Interacción Ciudadana y en cumplimiento del requerimiento 211 del Acuerdo. Se ofrecieron cuatro (4) sesiones

de diez y seis (16) horas contacto que comprendían diez y nueve (19) temas. Donde se logró la participación del 83% de los componentes activos de los catorce (14) Comités de Interacción Ciudadana. Los mismos fueron ofrecidos en cuatro (4) áreas policiacas:

- San Juan, el 25 y 26 de junio de 2016
- Ponce, 9 y 10 de junio de 2016
- Arecibo, 16 y 17 julio de 2016
- Humacao, 6 y 7 de agosto de 2016

Con el propósito de facilitarle la participación a los miembros de los Comités que no pudieron asistir a los adiestramientos los fines de semana. Se están otorgando adiestramientos durante la noche en los días de la semana. Estos comenzaron en el Área de San Juan en las fechas del 17 y 18 de agosto de 2016.

Además, informamos que el adiestramiento de Registros y Allanamientos comenzó el 29 de agosto de 2016 y para la Alta Gerencia está pautado para el 22 y 23 de septiembre de 2016. El adiestramiento de intervención con personas transgénero comenzó el 31 de mayo de 2016 y para la Alta Gerencia está pautado para el día 9 de septiembre de 2016.

Agradecemos a todas las personas aquí presentes la atención prestada y estamos a su disposición para contestar cualquier pregunta relacionada con los asuntos discutidos durante nuestra ponencia.

Respetuosamente sometida,


Cnel. Clementina Vega Rosario
Directora
Oficina de Reforma