# VISTAS PÚBLICAS: 1 Y 2 DE SEPTIEMBRE DE 2016
# TRIBUNAL FEDERAL: MAYAGUEZ, PUERTO RICO

**DIAPOSITIVA 1:** Titulo

Buenos días a todos.  Con la venia del tribunal, se dirige a ustedes la Dra. Michelle M. Hernández de Fraley, Superintendente Auxiliar en Educación y Adiestramiento.  Tengo el placer de ocupar esta posición de confianza en la Policía de Puerto Rico desde el 2 de junio de 2014.

**DIAPOSITIVA 2:** Foto de la Superintendencia Auxiliar en Educación y Adiestramiento con las astas en área circular frente al edificio de administración y el anfiteatro.

El cambio más significativo que ha ocurrido con la Superintendencia Auxiliar en Educación y Adiestramiento, comúnmente conocida como la Academia de la Policía de Puerto Rico, desde que el Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico se firmó, fue la aprobación de la Ley 112 el 30 de julio de 2014.  La nueva Ley 112 eliminó el Colegio Universitario de Justicia Criminal (CUJC) y estableció la Superintendencia Auxiliar en Educación y Adiestramiento bajo la jurisdicción del Superintendente de la Policía de Puerto Rico.  Concurrentemente, el Consejo de Educación de Puerto Rico emitió la certificación de cierre institucional del Colegio en sus recintos de Gurabo y Villalba.

La Academia de la Policía, **no confiere grados académicos** y tiene la responsabilidad de desarrollar e implementar el programa de profesionalización de la Policía de Puerto Rico según fuera establecido por la Ley 112-2014.  El Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico amplía las responsabilidades que impone a la Agencia la referida Ley.  Además, el Acuerdo aumenta las 12 horas de educación continua que establece la Ley 103-2010.  Actualmente, nuestros policías están tomando unas 110 a 120 horas de educación continua.

**DIAPOSITIVA 3:** Tres fotos (cadete, agente/mentor y agente) que entran según narrativa.

El Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico establece dentro del programa de adiestramiento tres componentes esenciales.  Primeramente, (**click foto de cadete**), el adiestramiento previo al servicio, el cual consiste en la formación y adiestramiento de los cadetes estatales y municipales.  Segundo, (**click foto agente/mentor**) el programa de adiestramiento de campo, donde los agentes del orden público recién graduados se desempeñan y son evaluados por Instructores de Campo.  Finalmente, (**click foto agente**) el programa de adiestramiento y readiestramiento diseñado para los agentes del orden público que ya están activos en servicio.

**DIAPOSITIVA 4:** Cadetes (izquierda) y símbolos de organizaciones (derecha)

Por los pasados dos años, desde que comenzó la implantación del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, todo lo que comprende la formación de los cadetes estatales y municipales ha sido el reto que más satisfacción nos ha producido. El secuencial curricular inicialmente aprobado por el Superintendente en julio del 2014, ha sido revisado y mejorado en tres (3) ocasiones a los efectos de reflejar las mejores prácticas policiacas generalmente aceptadas. En este punto, es importante mencionar que ello también ha sido posible mediante la contribución de diferentes organizaciones las cuales han colaborado con las revisiones del secuencial curricular. Ejemplo de ellas son: la Comision de Derechos Civiles, la Fondita de Jesús, GRUCORPO, la Oficina del Procurador de las Personas con Impedimentos (OPPI), la Oficina de Ética Gubernamental, el Departamento de Justicia de Puerto Rico, la Oficina de la Procuradora de la Mujer, el Centro de la Comunidad LGBTT, el Departamento de Justicia Federal (Programa COPS- Community Oriented Policing Services) y el equipo de Asesor de Cumplimiento Técnico, entre otras entidades. A modo de ilustración, reconocemos y agradecemos a la Fondita de Jesús que ofrece un curso orientado a sensibilizar al cadete a la hora de intervenir con personas sin hogar. El curso incluye un juego de roles en los cuales los cadetes hacen el papel de persona sin hogar en situaciones que pudiera confrontar un policía.

**DIAPOSITIVA 5:** Demografía (tabla) con

Como parte del reto que hemos afrontado en la formación de los cadetes, hemos desarrollado un mecanismo de trabajo sumamente transparente que nos ha permitido crear y perfeccionar unos 36 prontuarios, así como otros programas que incluyen la guía del instructor, presentaciones en Microsoft PowerPoint, rúbricas para ejercicios prácticos, pruebas y exámenes. De otra parte, además de las evaluaciones que realizan los estudiantes sobre los cursos y la facultad, se ha desarrollado una evaluación para los miembros de la facultad.

Asimismo, hemos conformado clases que integran entre sí cadetes estatales y municipales todos con un **mínimo de preparación académica de un Grado Asociado**. Ello mediante una enmienda al Artículo 12, Sección 12.2 del Reglamento de Personal de la Policía de Puerto Rico del 18 de junio de 2014.

En marzo de 2015 graduamos a la primera clase utilizando los parámetros del Acuerdo. La misma estuvo compuesta por 321 cadetes estatales y 6 cadetes municipales de Aguada. En marzo de 2016, graduamos la segunda clase con 4 cadetes estatales y unos 101 cadetes municipales de Arroyo, Bayamón, Dorado, Morovis, San Juan, Vega Baja y Vieques. Debo añadir, que en octubre del corriente año se graduarán otros 44 cadetes de los municipios de Bayamón, Fajardo, San Juan, San Lorenzo y Vega Baja y un (1) cadete de la Policía de Puerto Rico. Tan reciente como la pasada semana comenzó una cuarta clase, también con los mismos parámetros del Acuerdo, y la integran cadetes de los municipios de Bayamón y Fajardo y dos (2) cadetes de la Policía de Puerto Rico.

Con la ejecución de un secuencial curricular de sobre 1,100 horas contacto que requiere a los cadetes que comiencen su día laboral a las 4:50 a.m. y finalicen su última clase normalmente a las 9:00 p.m., la graduación de 432 cadetes, es significativa. El rigor establecido en el programa de adiestramiento previo al servicio ha tenido otras consecuencias que debemos mencionar como la baja de otros 28 cadetes que no pudieron culminar (6.086957%).

**DIAPOSITIVA 6:** Facultad (policía, reservistas y servicios profesionales)

Nuestra facultad está integrada por miembros de la Policía de Puerto Rico con una sólida preparación Académica. Estamos muy orgullosos de dos de nuestros policías quienes están en el proceso de obtener su doctorado. La preparación académica de nuestro personal docente, los años de experiencia como policías y la conducta ética e íntegra exhibida sirve de ejemplo para el resto de la facultad. Actualmente, contamos con una facultad externa de cuatro (4) asesores y profesores con doctorado, otros dieciséis (16) con maestría, la cual incluye seis (6) con *Juris Doctor*. Dicha facultad, también integra a profesionales de otras universidades de Puerto Rico, al igual que otros expertos en materias legales tales como jueces, fiscales y abogados.

**DIAPOSITIVA 7:** Agente de nuevo ingreso con mentor (San Juan, Bayamón y Carolina)

Al momento de los cadetes graduarse y convertirse en agentes del orden público, entran en el programa de Adiestramiento de Campo. La Academia prepara a los Instructores de Campo con un currículo de 80 horas contacto que enfatiza la garantía de los derechos civiles de los individuos y la proporcionalidad en el uso de fuerza dentro del marco del policía comunitario. La Academia de la Policía de Puerto Rico certificó a 362 Instructores de Campo para la Clase 223.

La Superintendencia Auxiliar en Operaciones de Campo dirige la fase operacional del referido programa de Adiestramiento de Campo. Dicho programa, dura unos cinco (5) meses, que se dividen en cuatro (4) fases de cinco (5) semanas cada una, para un mínimo de 800 horas contacto. Para la Clase 223, la primera fase de integración se concentró en respuestas a incidentes que no constituyan emergencias. La segunda fase se dedicó a situaciones en respuestas a incidentes que constituyen emergencias. La tercera fase se centralizó en actividades durante el patrullaje. La cuarta y última fase se concentró en investigaciones criminales. Los agentes recién graduados son evaluados diariamente y semanalmente, de la misma forma, que ellos tienen la oportunidad de evaluar a sus Instructores de Campo.

Como parte de la evaluación del programa de Adiestramiento previo al Servicio y Adiestramiento de Campo, la Academia de la Policía de Puerto Rico, junto a la Oficina de Reforma y la Superintendencia Auxiliar en Operaciones de Campo, entrevistó a 90 agentes recién graduados. Para la Academia de la Policía de Puerto Rico, las entrevistas provocaron ajustes en varios cursos.

**DIAPOSITIVA 8:** Policías en adiestramiento y readiestramiento

El reto más grande y de mayor impacto que tiene la Academia de la Policía de Puerto Rico es el programa de adiestramiento y readiestramiento en el servicio, el cual continúa evolucionando en la medida en que la política pública es aprobada mediante la creación y/o enmiendas a leyes, reglamentos, Órdenes Generales, Órdenes Especiales y Órdenes Administrativas.

El proceso de diseño y desarrollo de currículos bajo la Oficina de la Superintendente Auxiliar en Educación y Adiestramiento ha resultado exitoso al integrar expertos en diferentes materias dentro de la Policía de Puerto Rico. Además, ha sido de gran beneficio el insumo del equipo del Asesor de Cumplimiento Técnico y de otras entidades para desarrollar más de 40 cursos. Grandes avances en adiestramientos y readiestramientos se han realizado en los últimos dos años en las áreas de cumplimiento de Uso de Fuerza, Registros y Allanamientos, Igual Protección y No Discrimen, Adiestramiento, Supervisión y Administración e Interacción con la Comunidad e Información Pública. Aunque todos los cursos tienen sus desafíos, nos sentimos muy complacidos con la implemenación del curso Intervención con Personas Transgénero y Transexuales más la integración de otros 22 cursos relacionados con Uso de Fuerza, que incluyen a su vez, los cinco cursos en Uso y Manejo de Armas de Fuego, el proceso y curso de Manejadores de Can y las cinco (5) pruebas de aptitud física que se han desarrollado para diversas unidades especializadas.

**DISPOSITIVA 9:** 624 (retratos)

Reconocemos a la organización Centro de la Comunidad LGBTT, que nos ayudó con el curso para Intervención con Personas Transgénero y Transexuales. Su personal colaboró en el acercamiento a varias personas transgénero quienes participaron en una serie de videos que comparan la forma correcta e incorrecta de intervenir en diversos escenarios, como lo es la intervención vehicular.

**DISPOSITIVA 10:** Tiro 618D/N/E/R/X

La complejidad de correr un programa para el Uso y Manejo de Armas de Fuego se manifiesta de muchas formas, particularmente lo que representa la coordinación de recursos y manejo de equipo como lo son las municiones, tarjetas, cartones, número de polígonos e instructores hábiles. Lo anterior, para cumplir con los cinco diferentes requerimientos de certificación y familiarización que consisten en: tiro diurno, tiro con luz reducida, tiro en estrés, familiarización con la escopeta y el rifle. Ello, sin mencionar el movimiento vehicular de más de 13,000 policías dos veces al año a los diferentes polígonos de la isla. Otros logros en el último año incluyen la renta de dos polígonos privados y un calendario de días hábiles para adiestramientos de **ciento ocho (108) días**. En fin, esta ha sido la temporada de tiro más larga en toda la historia de la Policía de Puerto Rico. (86.85%/81.51%)

**DIAPOSITIVA 11:** Policías Auxiliares

El programa del Cuerpo de Policías Auxiliares integra la participación ciudadana. Bajo este programa, ciudadanos profesionales de nuestro país se unen voluntariamente a la Policía de Puerto Rico para colaborar en aspectos relacionados a la seguridad pública, especialmente, en sus comunidades aledañas. Actualmente, la Superintendencia Auxiliar en Educación y Adiestramiento ofrece readiestramiento los fines de semana alternos a unos 63 policías auxiliares entre los rangos de agente a coronel. Estos recibirán unas 208 horas de readiestramiento en áreas que comprenden derechos civiles, derecho penal, policía comunitario, uso de fuerza, ética y temas policiacos, entre otras materias. Esta es la primera vez que los policías auxiliares activos se exponen a un programa de readiestramiento complejo y atemperado a los cambios que, la también llamada Academia de la Policía, ha estado realizando como parte del Acuerdo Sostenible para la Reforma de la Policía de Puerto Rico.

**DIAPOSITIVA 12:** Policías Municipales y Otros

Nuestros esfuerzos de adiestramiento y readiestramiento no se han limitado a los cadetes municipales. El Superintendente ha aprobado varios cursos que se ofrecen en las Comandancias de las Áreas para los policías municipales tales como los cursos de Tránsito relacionados con el fotómetro y radar y pruebas de alcohol. También se están ofreciendo en las Comandancias los cursos de armas de impacto (batón expandible), dispositivo de control eléctrico y gas pimienta. En la Academia se desarrolló un curso específico para policías municipales en investigación criminal al igual que otros cursos de policía comunitaria con la asistencia del programa COPS. Los policías municipales y personal de otras agencias tales como: Hacienda, Recursos Naturales, y Corrección se han certificado como Instructores de Tiro. A los mismos se les ha facilitado el uso de los cuatro Polígonos de la Policía de Puerto Rico para el tiro reglamentario.

**DIAPOSITIVA 13:** Banda, campamento de la Banda

La Banda de la Policía, adscrita a la Academia, la integran unos 40 miembros de la policía cuya función principal es lograr un acercamiento con la comunidad.  Ello lo logran mediante diferentes programas.  Por un lado, el concepto Banda está disponible para la celebración de actividades de índole educativa y ayuda social tanto para el sistema escolar como para los municipios y agencias de gobierno.  De otra parte, la Banda, bajo el programa "Rompiendo Barreras" ofrecen charlas al sistema de educación pública y privada de todos los niveles con énfasis en el tema del "*bullying*".  Además, ofrecen talleres musicales a escuelas que cuentan con bandas, a la vez que, participan con ellos en conciertos para la comunidad estudiantil.  Otra gesta muy significativa de la Banda, es el Campamento de Verano Musical, cuya misión es buscar jóvenes con talentos musicales a nivel isla -que estén activos en el sistema de educación - audicionarlos y calificarlos para pasar una semana completa en las inmediaciones de la Academia y ampliar sus conocimientos y destrezas durante esos cinco días.  El último campamento contó con unos 76 jóvenes de entre las edades de 13 a 18 años, quienes también recibieron diversas charlas educativas y finalizaron con la celebración de un concierto para sus familiares.  [A continuación presentamos una pequeña muestra del resultado que se logra obtener en tan solo una semana de preparación.]

**DIAPOSITIVA 14:** Logo de la SAEA

Lo antes expresado comprende tan solo un corto resumen del trabajo que hemos realizado.  El trabajo hasta hoy desarrollado ha provocado muchos cambios administrativos y operacionales.  No obstante, nos ha servido de barómetro para medir donde estamos, hacia donde nos dirigimos y, más que todo, cuanto nos queda por hacer.  Con la compra de dos (2) simuladores virtuales y en espera de la adjudicación del contrato para adiestramiento y readiestramiento con cursos en línea, nuestra responsabilidad transciende el salón de clase.  Nuestras energías continúan incansables y tenemos un compromiso con nuestros policías y nuestras comunidades.

¡Muchas gracias!