



ESTADO LIBRE ASOCIADO DE PUERTO RICO
# POLICIA

# SUPERINTENDENCIA AUXILIAR EN OPERACIONES DE CAMPO

## DIVISIÓN DE OPERACIONES TÁCTICAS



**COR. ORLANDO MELÉNDEZ SERRANO 1-7505**
*SUPERINTENDENTE AUXILIAR EN OPERACIONES DE CAMPO*

*miércoles, 31 de agosto de 2016*



# ORGANIGRAMA PPR



**Superintendente
Asociado**



José L. Caldero López
**Superintendente**



**Superintendencia Auxiliar
en Operaciones de
Campo**



**Superintendencia Auxiliar
en Investigaciones
Criminales**



**Superintendencia Auxiliar
En Responsabilidad
Profesional**



**Superintendencia Auxiliar
en Servicios Gerenciales**



**Superintendencia Auxiliar
De Policía Fortaleza**



**Oficina de Reforma**



**Superintendencia Auxiliar
en Educación y
Adiestramiento**

2



# ORGANIGRAMA SAOC



# REORGANIZACIÓN DE LA DOT



## OG CAP. 100 SEC. 112

- CUMPLIENDO CON EL ACUERDO PARA UNA REFORMA SOSTENIBLE (ART. IV, REQUERIMIENTOS 22 AL 35), EL 21 DE ENERO DE 2016 EL SUPERINTENDENTE JOSÉ L. CALDERO LÓPEZ FIRMA LA ORDEN GENERAL CAPÍTULO 100 SECCIÓN 112, "REORGANIZACIÓN DE LAS DIVISIONES DE OPERACIONES TÁCTICAS".



5




# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)

## PROPÓSITO:

- RESPONDE A LA NECESIDAD DE ESTABLECER NUEVOS PARÁMETROS DE SELECCIÓN, RECLUTAMIENTO O PERMANENCIA DEL PERSONAL MIEMBRO DE LA PPR QUE SOLICITE INGRESO, SEA RECLUTADO O QUE PERMANEZCA EN LA DOT, CONFORME A LOS CRITERIOS ESTABLECIDOS POR EL ACUERDO PARA LA REFORMA SOSTENIBLE DE LA PPR.

- ATEMPERAR SU MISIÓN A LA REALIDAD SOCIAL ACTUAL; Y MEJORAR LA UTILIZACIÓN DE RECURSOS HUMANOS Y LA CALIDAD DE LOS SERVICIOS QUE PRESTAN.

12




# REORGANIZACIÓN DE LA DOT
## (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)

**PROPÓSITO** (CONTINUACIÓN)

- GARANTIZAR LA SEGURIDAD PÚBLICA Y EL CUMPLIMIENTO DE LA APLICACIÓN DE LEY DE FORMA CONSTITUCIONAL.

- LLEVAR A CABO SUS FUNCIONES, CONTANDO CON UNA FORMACIÓN ESPECIALIZADA EN ESTRATEGIAS, TÁCTICAS Y TÉCNICAS PREVIAMENTE PLANIFICADAS QUE LE PERMITAN EJERCERLAS SIN LA NECESIDAD DE HACER USO EXCESIVO DE FUERZA SEGÚN LO DICTAN LAS POLÍTICAS DE LA AGENCIA.

13





# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)

## ESTRUCTURA ORGANIZACIONAL Y FUNCIONAL

- SU MISIÓN PRINCIPAL ES RESTABLECER EL ORDEN PÚBLICO (CONTROLAR CUALQUIER DISTURBIO), GARANTIZANDO LA PROTECCIÓN DE LOS DERECHOS CIVILES DE LAS PERSONAS.

- RESPONSABLE DE CONTROLAR CUALQUIER INCIDENTE EN DONDE OCURRE UN DISTURBIO EN EL QUE SE ATENTE CONTRA LA SEGURIDAD PÚBLICA.

- CONTRIBUIR A LA REALIZACIÓN DE UNA LABOR POLICIACA EFECTIVA E INVOLUCRAR A LA COMUNIDAD, LOGRAR SU COLABORACIÓN EN LA SOLUCIÓN DE PROBLEMAS CON MIRAS A RECUPERAR SU CONFIANZA.



# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)



## ESTRUCTURA ORGANIZACIONAL Y FUNCIONAL (CONTINUACIÓN)

- INTERVENDRÁ EN SITUACIONES EN LOS QUE LA VIDA O PROPIEDAD ESTÉN EN ALTO PELIGRO O SURJA UN EVENTO EN EL QUE LA VIOLENCIA ESCALE NIVELES QUE PROVOQUEN DESORDENES PÚBLICOS.

- APOYO A OTRAS DIVISIONES DE LA PPR EN LOS INCIDENTES DONDE SE REQUIERA:
  - DESTREZAS ESPECIALES
  - FLEXIBILIDAD DE MOVIMIENTO

16



# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)

## ORGANIZACIÓN

- ÁREAS POLICIACAS

  - SAN JUAN, BAYAMÓN Y CAROLINA

    - COMPONEN LA DOT METROPOLITANA, ESTARÁ ADSCRITA Y RESPONDERÁ A SAOC ADMINISTRATIVA Y OPERACIONALMENTE.

  - CADA UNA DE LAS RESTANTES ÁREAS POLICIACAS CONTARÁ CON UNA DOT, LA CUAL RESPONDERÁ AL COMANDANTE DE ÁREA.

    - LAS ÁREAS DE AIBONITO, AGUADILLA, ARECIBO, CAGUAS, FAJARDO, GUAYAMA, HUMACAO, PONCE Y MAYAGÜEZ, YA CUENTAN CON DOT; ESTÁN ORGANIZADAS Y EN FUNCIONES.  EXCEPTO EL ÁREA DE UTUADO, CUYO COMANDANTE TIENE LA ENCOMIENDA DE ORGANIZAR LA MISMA.

17





# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*



## JUNTA DE EVALUACIÓN

EL PROCESO DE RECLUTAMIENTO, SELECCIÓN Y PERMANENCIA DE LOS MIEMBROS DE LA PPR (DOT) SERÁ RESPONSABILIDAD DE LA JUNTA DE EVALUACIÓN CREADA POR LA OG 100-112 (PÁG. 9 SECCIÓN C).

- EL SUPERINTENDENTE NOMBRARÁ SUS COMPONENTES, SERÁ PRESIDIDA POR UN MIEMBRO DE LA PPR CON UN RANGO MÍNIMO DE COMANDANTE.

- AL EVALUAR EL PROCESO DE RECLUTAMIENTO Y SELECCIÓN ESTARÁ COMPUESTA POR:
  - DIRECTOR DE LA DOT METROPOLITANA
  - DIRECTOR DE LA DOT DE LAS ÁREAS
  - COORDINADOR DE ADIESTRAMIENTO DE LA DOT
  - DOS (2) PERSONAS EXTERNAS A LA DOT, SELECCIONADAS Y DESIGNADAS POR EL SUPERINTENDENTE.

20



# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*

## RECLUTAMIENTO, SELECCIÓN Y NOMBRAMIENTO

### a) RECLUTAMIENTO

- SE ESTABLECE EN ESTA ORDEN GENERAL LOS CRITERIOS MÍNIMOS DE RECLUTAMIENTO Y SELECCIÓN PARA LOS MIEMBROS DE LA PPR QUE ASPIREN A PERTENECER A LAS DOT. SE TOMARÁ EN CUENTA SU EXPERIENCIA POLICIACA, HABILIDADES VERBALES, APTITUD, BUENA DISPOSICIÓN Y CAPACIDAD PSICOLÓGICA.

  - LOS CRITERIOS MÍNIMOS PODRÁN SER AMPLIADOS MEDIANTE UNA CONVOCATORIA PROMULGADA POR EL SUPERINTENDENTE CUANDO SURJAN VACANTES O POR NECESIDAD DE RECURSOS.

  - LA ACEPTACIÓN POR PARTE DEL MIEMBRO DE LA PPR PARA INGRESAR A LA DOT ES COMPLETAMENTE VOLUNTARIA DEBIDO A LOS RIESGOS Y REQUISITOS DE ENTRENAMIENTO.

22




# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)

## RECLUTAMIENTO, SELECCIÓN Y NOMBRAMIENTO

### a) RECLUTAMIENTO (CONTINUACIÓN)

- CRITERIOS DE SELECCIÓN:

    - CONOCIMIENTO DE DERECHOS CIVILES, LEYES, REGLAMENTOS Y NORMAS INHERENTES A LA DOT.

    - HABILIDAD COMO FUNCIONARIO DEL ORDEN PÚBLICO, PARA TRATAR CON OTRAS PERSONAS, SU RELACIÓN CON LA COMUNIDAD Y CON SU GRUPO DE PARES.

    - INTEGRO Y DE EXCELENTE REPUTACIÓN MORAL, COMPRENSIÓN Y CORTESÍA EN EL CUMPLIMIENTO DEL DEBER.

23




# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*

## RECLUTAMIENTO, SELECCIÓN Y NOMBRAMIENTO

### a) RECLUTAMIENTO (ANÁLISIS)

- PRUEBA DE APTITUD FÍSICA
- EVALUACIÓN PSICOLÓGICA
- PRUEBA DE DOPAJE
- INVESTIGACIÓN DE CAMPO
- ENTREVISTA CON LA JUNTA DE EVALUACIÓN
  - EXPERIENCIA EN LA AGENCIA
  - VOLUNTAD PARA ASUMIR LOS DEBERES Y RESPONSABILIDADES
  - DINAMISMO
  - ASERTIVIDAD EN LA TOMA DE DECISIONES
  - APARIENCIA Y COMPORTAMIENTO ADECUADO
  - HABILIDAD PARA COMUNICARSE EFECTIVAMENTE

24




# REORGANIZACIÓN DE LA DOT
### (Orden General Capitulo 100 Sección 112)

## Reclutamiento, Selección y Nombramiento

### b) Selección

- La Junta creará una lista de elegibles, la cual será estrictamente, en orden descendente de puntuación. Los criterios de elegibilidad a considerar son:

    - Años en la Agencia

    - Certificaciones de adiestramientos relacionados a las labores de la DOT

    - Prueba de aptitud física (PTF-100 & PTF-112)

- La lista será enviada al SAOC o al Comandante de Área, quien autorizará la incorporación al Registro de Elegibles que este hábil para traslado según la OG 2010-12 (Normas y Procedimientos para las Transacciones de Traslado del personal del Sistema de Rango).

- Una vez seleccionado, durante las primeras dos semanas, el personal permanecerá en un proceso de preparación e integración, antes de iniciar el Adiestramiento Básico de la DOT.

    - Este personal no podrá operar en las funciones especializadas de la DOT.

25



# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*

## RECLUTAMIENTO, SELECCIÓN Y NOMBRAMIENTO

### c) NOMBRAMIENTO

- ESTARÁN ADSCRITOS A LA DOT POR UN PERIODO DE SEIS (6) AÑOS. DE REQUERIR TIEMPO ADICIONAL SERÁ ENTREVISTADO Y EVALUADO POR LA JUNTA PARA EXTENDER EL PERIODO
  - LOS CRITERIOS DE PERMANENCIA SON: LIDERATO, ACTITUD, DESEMPEÑO OPERACIONAL, ORGANIZACIÓN, TRABAJO EN EQUIPO, INICIATIVA, RESPONSABILIDAD, APTITUD FÍSICA, CONTROL EMOCIONAL
- DURANTE SU PERMANENCIA EN LA DOT SE EVALUARÁ LA APROBACIÓN EN LOS SIGUIENTES CRITERIOS:
  - EXÁMENES DE RENDIMIENTO FÍSICO
  - PRUEBAS DE APTITUD FÍSICA
  - ADIESTRAMIENTOS O READIESTRAMIENTOS
  - EVALUACIONES PSICOLÓGICAS
  - INVESTIGACIONES DE CAMPO

27





# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*



## COMPOSICIÓN

- DIRECTORES
- DIRECTOR AUXILIAR (DOT METRO)
- LÍDER DE PELOTÓN
  - PELOTÓN
    - 4 ESCUADRAS
- LÍDER DE ESCUADRA
  - ESCUADRA
    - UN (1) SARGENTO
    - DE 9 A 12 AGENTES



30



# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)

## SECCIÓN DE ADIESTRAMIENTOS SAOC

- ESTARÁ ADSCRITA Y RESPONDE AL SAOC

- UN MIEMBRO ACTIVO DE LA DOT SERÁ DESIGNADO COMO COORDINADOR

CRITERIOS DE SELECCIÓN:

- CINCO (5) AÑOS DE EXPERIENCIA EN LA PPR

- MÍNIMO DE TRES (3) AÑOS EN UNA UNIDAD ESPECIALIZADA

- POSEER CERTIFICACIÓN EN USO DE FUERZA, DESARROLLO DEL INSTRUCTOR, CONTROL Y MANEJO DE MULTITUDES, ARMAS MENOS LETALES Y/O CUALQUIER OTRA POLÍTICA ACORDE CON LOS REQUERIMIENTOS DE LOS ACUERDOS PARA LA REFORMA SOSTENIBLE DE LA PPR

- CUMPLIR CON LOS DEBERES Y FUNCIONES IMPUESTOS EN LA OG 100-112 (PÁG. 20)

- EL SUPERINTENDENTE AUXILIAR EN OPERACIONES DE CAMPO EN COORDINACIÓN CON LOS DIRECTORES DE LA DOT DETERMINARÁ EN NIVEL DE RANGO ADECUADO PARA EJERCER ESTAS FUNCIONES

31



# REORGANIZACIÓN DE LA DOT
*(Orden General Capitulo 100 Sección 112)*



## ADIESTRAMIENTO

### Promedio General



## % de Cumplimiento por Tipo de Adiestramiento



- BATON — 97%
- D.C.E. — 92%
- O.C. — 94%
- TIRO DIURNO — 79%
- TIRO NOCTURNO — 63%
- USO FUERZA — 80%
- CIT. ARRESTO — 77%
- ETICA POLICIAL — 65%

*(Hasta el 17 de agosto del 2016)*

32






# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*

## USO DE LA FUERZA

- SOLO UN (1) USO DE FUERZA (NIVEL 2) DURANTE EL 2016 EN UN PATRULLAJE PREVENTIVO.

- DURANTE EL 2016 SE REALIZADO 51 MOVILIZACIONES; EN LAS CUALES NO HA HABIDO USOS DE FUERZA.



**Movilizaciones (PPR-920) por Meses 2016**

Total de Movilizaciones **51**

*(Hasta el 11 de agosto del 2016)*





# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)

## IGUAL PROTECCIÓN Y NO DISCRIMEN (REQUERIMIENTOS 87 AL 92)

a) ORDEN GENERAL 600-625 **(MANEJO Y CONTROL DE MULTITUDES)** ESTIPULA LO SIGUIENTE:

- TODA MEDIDA UTILIZADA PARA REESTABLECER EL ORDEN HABRÁ DE SER COMPATIBLE CON LOS DERECHOS HUMANOS

- EL RESTABLECIMIENTO DEL ORDEN SE LOGRARÁ SIN DISCRIMINACIÓN

- LAS RESTRICCIONES DE LOS DERECHOS SERÁN EXCLUSIVAMENTE LOS DETERMINADOS MEDIANTE LEY

- LAS MEDIDAS QUE SE ADOPTEN TENDRÁN COMO FIN GARANTIZAR LOS DERECHOS Y LIBERTADES DE LOS DEMÁS, ASÍ COMO LAS NORMAS DE LA MORAL, EL ORDEN PÚBLICO Y BIENESTAR GENERAL

- NO SE IMPONDRÁN LIMITACIONES INNECESARIAS A LOS DERECHOS DE LIBERTAD DE EXPRESIÓN, PRENSA, REUNIÓN, ASOCIACIÓN O MOVIMIENTO

- LA FUERZA SE UTILIZARÁ DE FORMA RAZONABLE Y PROPORCIONAL A CADA SITUACIÓN

- SE HARÁ TODO LO POSIBLE PARA EVITAR DAÑOS Y LESIONES

- SE ATENDERÁ INMEDIATAMENTE A TODAS LAS PERSONAS QUE PUEDAN RESULTAR LESIONADAS.



# REORGANIZACIÓN DE LA DOT
*(Orden General Capitulo 100 Sección 112)*



## POLÍTICAS Y PROCEDIMIENTOS

**a)** ORDEN GENERAL CAPÍTULO **100 SECCIÓN 112** ESTIPULA LO SIGUIENTE:

- REORGANIZACIÓN DE LA DOT

**b)** ORDEN GENERAL CAPÍTULO **600 SECCIÓN 625** ESTIPULA LO SIGUIENTE:

- ESTABLECE LAS CIRCUNSTANCIAS BAJO LAS CUALES SERÁ ACTIVADA, MOVILIZADA Y DESPLEGADA LAS UNIDADES TÁCTICAS ESPECIALIZADAS
- PROCEDIMIENTO, MANEJO Y CONTROL DE MULTITUDES
- ESTIPULA LOS PROCESOS Y PROTOCOLOS DE ACTIVACIÓN DE LAS STU PARA CUALQUIER MOVILIZACIÓN
- CREA LA **PPR-920** (REGISTRO MOVILIZACIONES DOT & SWAT)
- CREA LA **PPR-174** (INFORME DE ACTIVIDADES CONSTITUCIONALES O DISTURBIOS CIVILES)

**c)** PLANES DE ACCIÓN

- USO FUERZA, REGISTROS Y ALLANAMIENTOS, NO DISCRIMEN Y QUERELLAS ADMINISTRATIVAS
- PROFESIONALISMO, RECLUTAMIENTO, SELECCIÓN Y NOMBRAMIENTO, SUPERVISIÓN Y ADMINISTRACIÓN, INTERACCIÓN CON LA COMUNIDAD E INFORMACIÓN PÚBLICA

39




# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)

**TIPOS DE MOVILIZACIONES:**

**a) ACTIVIDADES DE CONCENTRACIÓN DE MULTITUDES**

- PARA MANTENER EL CONTROL Y GARANTIZAR LOS DERECHOS CIVILES

**b) ACTIVACIÓN PREVENTIVA**

- SE MANTENDRÁ EN UN SITIO ESTRATÉGICO, CERCANO A LA ACTIVIDAD

**c) ACTIVACIÓN Y DESPLIEGUE**

- DEBERÁ SER POR ESCUADRAS, BASÁNDOSE EN RAZONABILIDAD Y PROPORCIONALIDAD

**d) APOYO ESPECIALIZADO**

- SON AQUELLAS ACTIVIDADES QUE NO ESTÁN RELACIONADAS AL CONTROL DE MULTITUDES O DISTURBIOS CIVILES [P18]

42




# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*

## INTERACCIÓN CIUDADANA E INFORMACIÓN PÚBLICA

HEMOS TRABAJADO CON CAMBIOS, Y TRANSFORMACIONES, ATEMPERÁNDONOS AL ACUERDO PARA LA REFORMA SOSTENIBLE DE LA PPR, DONDE NUESTRA UNIDAD SE HA INTEGRADO A UN NUEVO ENFOQUE HACIA UNA POLICÍA COMUNITARIA.

LA DIVISIÓN DE OPERACIONES TÁCTICAS SE HA IDENTIFICADO CON ACTIVIDADES QUE ENVUELVEN MÁS ALLÁ DEL DEBER MINISTERIAL Y QUE EXIGE LA SENSIBILIDAD HUMANA DE CADA UNO DE LOS INDIVIDUOS.



43



# REORGANIZACIÓN DE LA DOT
### (ORDEN GENERAL CAPITULO 100 SECCIÓN 112)



## INTERACCIÓN CIUDADANA E INFORMACIÓN PÚBLICA

44




# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*

## SISTEMA DE INFORMACIÓN Y TECNOLOGÍA

SIEMPRE QUE SE ACTIVA LA DOT PARA ATENDER INCIDENTES MULTITUDINARIOS SE NOTIFICA LAS SIGUIENTES UNIDADES:

- DIVISIÓN LEGAL
- SERVICIOS TÉCNICOS
- OFICIAL DE PRENSA PPR
- CRADIC
  - PARA QUE GRABE EL INCIDENTE, CON EL PROPÓSITO DE MANTENERLO COMO EVIDENCIA DE ACUERDO A LOS PROTOCOLOS ESTABLECIDOS.

45



# REORGANIZACIÓN DE LA DOT
*(ORDEN GENERAL CAPITULO 100 SECCIÓN 112)*



## LOGROS ALCANZADOS

- ### ESCUADRA DE MUJERES







