**SUPERINTENDENCIA AUXILIAR EN RESPONSABILIDAD PROFESIONAL**

Cnel. Francisco Rodríguez Ortiz 1-8374

Ave. Roosevelt, Cuartel General
P.O. Box 70166, San Juan P.R. 00936-8166
FRodriguez2@policia.pr.gov
787-793-1234 Ext. 3035

Buenos Días, Honorable Juez Gustavo Gelpí, Sr. José L. Caldero López, Superintendente de la Policía de Puerto Rico, Sr. Arnaldo Claudio Asesor Técnico de Cumplimiento, Sr. Luis E. Saucedo Asesor del Departamento de Justicia Federal, Oficiales de la Policía de Puerto Rico. Comparece ante este Honorable Tribunal Federal el Coronel Francisco Rodríguez Ortiz de la Policía de Puerto Rico, cuento con treinta y tres años de servicio sirviendo al Pueblo de Puerto Rico. He ocupado diferentes posiciones de dirección en la Agencia; Director de la Región Norte, Superintendente Auxiliar en Operaciones Estratégicas, Director General de Investigaciones Criminales, Director Negociado de Vehículos Hurtados, Director Asuntos Confidenciales y Crimen Organizado entre otros. Actualmente me desempeño como Superintendente Auxiliar en Responsabilidad Profesional, desde el 1 de mayo de 2014. Por designación del Superintendente, el Sr. José L. Caldero López.

Agradezco la oportunidad que se me brinda, a los efectos de presentar en este Tribunal los asuntos requeridos y atendidos contemplados en el Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, que para fines de cumplimiento de la Ley realizara el Estado Libre Asociado de Puerto Rico y el Gobierno de los Estados Unidos.

Específicamente asegurar que la Policía de Puerto Rico ofrezca servicios policiacos que respeten los derechos civiles garantizados por la Constitución y las Leyes de los Estados Unidos y del Estado Libre Asociado de Puerto Rico.

Esto sin perder de perspectiva que también tienen el objetivo de promover la seguridad pública al proveerle al personal de rango las herramientas, la orientación y los recursos que necesitan para combatir efectivamente el crimen. Se reconoce además que la seguridad pública, las actuaciones policiacas constitucionales y la confianza de la comunidad en su cuerpo de policía son interdependientes. Por tanto, se espera que con la implantación plena y sostenida de este Acuerdo se protegerá la seguridad pública, garantizará los derechos civiles de los individuos y aumentará la confianza del público en la policía. Con estos principios establecidos en el referido Acuerdo y con las Guías de los Planes de Acción para cumplir con los mismos presentamos un cuadro de las ejecutorias de la Policía de Puerto Rico en relación a los asuntos que competen directamente a la Superintendencia Auxiliar en Responsabilidad Profesional.

En el ejercicio de mi deber ministerial mi primera gestión fue la de evaluar aspectos tales como el Recurso Humano, conocer sus fortalezas y debilidades para el desempeño de su

quehacer investigativo y todos los procesos vinculados al mismo. Identificamos fortalezas consistentes en que el personal era uno comprometido con el trabajo a realizar, íntegro en cuanto a la aplicabilidad de los procesos, ético en el desempeño de su

función y fuera de este, esto dentro del marco de un sinnúmero de cualidades. En el renglón de las funciones encontramos, falta de adiestramiento y capacitación, equipo, transportación, facilidades no adecuadas, falta de políticas claras, carencia de uniformidad en algunos procesos administrativos, duplicidad de funciones, falta identificación, selección y reclutamiento de recursos humanos adecuado.

Otro hallazgo significativo era el cúmulo de aproximadamente 3,000 querellas de años anteriores pendientes de análisis y otras 873 para análisis y adjudicación.

Para atender la situación elaboramos Planes de Acción Internos dirigidos a resolver la problemática existente tomando el sentido de urgencia como nuestra punta de lanza. Esto sumado a los Planes de Acción de la Oficina de Reforma.

Establecimos como prioridad El Acuerdo Para la Reforma Sostenible de la Policía de Puerto Rico y en la medida de lo posible los trabajamos dedicando todo nuestro esfuerzo y empeño. Esto en coordinación con el personal de la Oficina de Reforma, así como personalmente con el Señor Superintendente de la Policía, de quien hemos recibido un apoyo incondicional.

El resultado de estos planes se hizo palpable, ya que en la actualidad sólo tenemos del año 2015, doscientas una querellas y del año 2016 trescientas una para analizar.

De igual manera en la Sección de Evaluación y Adjudicación de Querellas, están pendientes de adjudicar ciento trece del año 2015 y veintidós del año 2016. Esto gracias a que logramos que esta Sección trabajase con más eficiencia y rapidez, porque dotamos la misma de personal, capacitación; y mejoramos las facilidades las que fueron remodeladas mejorando la distribución de espacio por medios de cubículos, además instalando el equipo necesario. Esto ha permitido aumentar la capacidad de producción.

En el proceso de análisis de las querellas identificamos una acción que determinamos redundaba en atrasos de las Querellas Administrativas.

El mismo consistía en que la Superintendencia Auxiliar en Responsabilidad Profesional, analizaba querellas que era de la Competencia de la Oficina de Asuntos Legales. El análisis realizado por SARP no tenía relevancia ya que la Oficina de Asuntos Legales realizaba su propio análisis. Este asunto fue atendido por el Señor Superintendente y este con la recomendación de las partes determinó que la SARP no realizaría análisis sobre las Querellas Administrativas Competencia de la Oficina de Asuntos Legales.

De esta manera eliminamos la duplicidad de trabajo permitiendo a la SARP dedicar ese tiempo al análisis de Querellas Administrativas de su Competencia.

El trabajo realizado por esta Sección no sólo ha sido mayor sino que los Análisis y Resoluciones de estos han mejorado significativamente, logrando que la mayoría de las sanciones impuestas se sostengan en los foros correspondientes.

Otra estrategia utilizada para no permitir el cúmulo indiscriminado de Querellas Administrativas para analizar fue clasificarla por grado de complejidad. De tal manera que las querellas de fácil disposición se le de atención inmediata por un personal destinado para las mismas versus otras querellas de mayor complejidad.

En el campo investigativo adoptamos e implementamos técnicas investigativas que permitirán agilizar la investigación de las querellas, así como garantizar a las partes un proceso rápido, justo e imparcial.

Para ello, identificamos los adiestramientos que entendíamos eran necesarios para tales fines. Entre estos mencionamos los siguientes;

- Entrevista e Interrogatorios
- Investigación Criminal
- Técnico de Escena
- Fotografía Digital
- Preparación de Expedientes Investigativos
- Preponderancia de la Prueba
- Procesos Administrativos
- Procedimientos para el uso de polígrafo

Otra iniciativa implementada para reducir aún más el tiempo utilizado para realizar la investigación, fue la adquisición de 18 computadoras portátiles con sus impresoras. Con la utilización de estas podemos movilizarnos a cualquier lugar que sea necesario tomar una declaración en caso de que la persona tenga algún impedimento que no le permita asistir a las unidades investigativas.

Dando continuidad a nuestra meta en que las investigaciones administrativas se realicen en el menor tiempo posible, establecimos el término de 45 días para concluir las mismas. Esto luego de hacer un análisis basado en calcular el tiempo aproximado que debe invertir un Oficial Investigador en la investigación de una querella promedio. Esto a pesar que el Acuerdo Para la Reforma Sostenible en su Requerimiento 179, establece el término de 90 días.

Esta directriz interna no debe interpretarse como que la Policía de Puerto Rico renuncia a dicho término establecido en el Acuerdo, sino como una medida proactiva en busca de mayor eficiencia.

De otra parte, la SARP tomando interés sobre aspectos medulares que afectaban o podían afectar la eficiencia y eficacia de nuestro quehacer, identificó desarrolló e implantó lo siguiente;

Reconociendo que las políticas creadas requieren en su mayoría de que el Miembro de la Policía de Puerto Rico sea adiestrado en las mismas, la SARP se dio a la tarea de identificar

un lugar y preparar este con lo necesario para adiestrar y readiestrar no sólo al personal asignado a nuestra Superintendencia Auxiliar, sino a todo aquel Miembro de la Policía de PR que lo requiera.

El mismo está ubicado en la Ave. Roosevelt 1208 esquina calle Constitución, San Juan, P.R. Esto nos permitió agilizar los adiestramientos requeridos para nuestro personal y la vez ampliar la capacidad de facilidades para adiestramientos en la Policía de Puerto Rico.

Continuando con el tema de la capacitación notamos que nuestro recurso humano adolecía de herramientas cognoscitivas que los dotaran de conocimientos necesarios en vías de desarrollar una mejor labor.

Para atender este aspecto desarrollamos un Proyecto denominado Conversatorios. En esta dinámica presentamos al personal conferenciantes cualificados para ofrecer charlas interactivas relacionadas a su área laboral.

En Nuestra Primera Convocatoria establecimos la política pública sobre la manera en que atenderíamos los aspectos Administrativos y Operacionales de la Superintendencia. Además continuando con esta dinámica programamos agendas dirigidas a atender diversos aspectos relacionados a nuestro quehacer, tales como:

- Ley 41 *Ley de Metales de Puerto Rico*
- Ley 266 *Ley de Registro de Personas Convictas por Delitos Sexuales Abusos contra Menores*
- Ley 300 *Registro de Ofensores Sexuales*
- Nacional Security Systems Identification Checklist (NSSIC)
- Real Time Crime Center (RTCC)
- Shotspotter
- Orden General 600-602 Uso y Manejo del Dispositivo Eléctrico
- Ley 22 de Tránsito de Puerto Rico
- Ley 4 de Sustancias Controladas
- Ley 17 Ley de Hostigamiento Sexual
- Ley 54 Ley de Violencia Doméstica
- Charla del Polígrafo
- Charla sobre Relaciones Interpersonales
- Taller sobre preparación y Redacción de Resoluciones de Cargos
- Adiestramiento Básico de Querellas Administrativas
- Conversatorios para Compartir Ideas, Clarificar Inquietudes en los Procesos Investigaciones Administrativas.
- Conversatorio de Relaciones Interpersonales y Manejo de Conflictos
- Conversatorio La Entrevista Cognitiva como Técnica de Entrevista
- Conversatorio Entrevista e Interrogatorio a Testigos en las Investigaciones Administrativas

En el desarrollo de facilidades identificamos en el piso 10 del Cuartel General una estructura la cual acondicionamos e instalamos 13 cubículos, 10 computadoras, 1 impresoras, 13 extensiones telefónicas. Esto con el propósito de desarrollar en la misma el Proyecto de Sistema Centralizado de Números y Rastreo de Querellas.

En el aspecto administrativo a la SARP le corresponde expedir Certificaciones relacionadas con Querellas Administrativas y los Reconocimientos. Sobre este particular las mismas se emitían en el lenguaje español, realizamos los cambios necesarios y en la actualidad se emiten además en idioma inglés.

Además para cumplir con los Requerimientos del 58 al 79 del Acuerdo sobre Registros y Allanamientos Controles Internos y Responsabilidad Pública participamos en la elaboración del afiche con el propósito que el ciudadano conozca la política y normas de los Miembros de la Policía de Puerto Rico tienen que seguir en ejercicio de su autoridad legal para llevar acabo registros y allanamiento, garantizando que toda esta acción se ejecute en conformidad a los derechos civiles de las personas.

Atendiendo el aspecto estructural como es conocido, para que cualquier Organización funcione requiere de estructura, siguiendo este principio la Superintendencia Auxiliar en Responsabilidad Profesional, estaba configurada administrativa y funcionalmente por la institución de la Orden General 2010-14 "*Creación de la Superintendencia Auxiliar en Responsabilidad Profesional*".

No obstante, la misma fue derogada por la Orden General Capítulo 100, Sección 114, "*Reorganización de la Superintendencia Auxiliar en Responsabilidad Profesional*, siendo efectiva el 11 de febrero de 2016. Esto para cumplir con los estándares de la Reforma. El propósito establecido en la misma es dotar a dicha Superintendencia Auxiliar de unidades de trabajo con las facultades necesarias para asegurar que todas las querellas administrativas por conducta impropia sean investigadas de manera diligente, exhaustiva, equitativa e imparcial. Además garantizar que todos los funcionarios sean responsables en virtud de un régimen disciplinario que sea justo y consistente. Esta política es de aplicabilidad exclusiva al funcionamiento de esta Superintendencia Auxiliar.

Establece también la responsabilidad de ofrecer a todos los habitantes de la isla, la seguridad necesaria, con el fin de proyectarse como un organismo íntegro, ágil, equitativo y transparente, de igual manera, las investigaciones concernientes serán realizadas en el marco de mayor objetividad posible, y serán adjudicadas siguiendo el debido proceso de ley, para garantizar simultáneamente los derechos de las personas y de los Empleados de la Agencia. Además de estas garantías institucionales a través de esta orden se reconoce las protecciones, requisitos y prerrogativas que tiene el personal de rango que labora en la Superintendencia Auxiliar.

Entre estos se destaca garantizar para que no sean objetos de represalias como resultado de las investigaciones que realizan.

De igual manera establece pruebas y requisitos que serán de aplicabilidad previo a la aceptación en la Superintendencia Auxiliar a saber:

- Investigación de Campo
- Prueba de Polígrafo
- Prueba De Detección De Sustancias Controladas
- No tener querellas administrativas pendientes de adjudicación o que hayan sido sostenidas en los últimos 5 años por las siguientes causales: violación a derechos civiles, discrimen u hostigamiento, violencia doméstica, agresión sexual, conducta inmoral o uso excesivo de la fuerza.
- Conocimiento básico del teclado y programas de computadoras.
- Cualquier otra que el Superintendente estime pertinente.

Además se establece que el Superintendente, Superintendente Asociado o el Superintendente Auxiliar en Responsabilidad Profesional podrá solicitar a cualquier miembro que trabaje en la misma someterse a cualquiera de las pruebas citadas.

De igual manera se garantizará que el personal sea adiestrado y re adiestrado en las materias que compete a sus funciones y a traslados, reubicaciones, destacamentos sin razón justifica.

Esta orden además incorpora definiciones sobre sobre términos aplicables a nuestra fase operacional lo que facilita la integración e interpretación de los mismos a nuestro quehacer investigativo.

Entre lo que respecta a la Estructura Organizacional y Funcional la orden establece que los Funcionarios y Empleados de la Policía de Puerto Rico serán responsables de administrar la estructura organizacional con el fin de dar cumplimiento a las políticas públicas instituidas.

Esta se compone de lo siguiente:

I. **Superintendencia Auxiliar en Responsabilidad Profesional**:

A través de la Oficina del Superintendente Auxiliar se implementa la política pública del Superintendente en lo que respecta a promover la ética, integridad, igualdad e imparcialidad mediante la investigación de todas las alegaciones de conducta impropia por parte de los Empleados de la Policía de Puerto Rico que son recibidas o referidas a la Superintendencia Auxiliar en Responsabilidad Profesional. Asimismo a través de esta se supervisa el funcionamiento interno de la Superintendencia Auxiliar y se imparte dirección a cada unidad, adscrita a esta.

En esta Oficina se agrupa el personal que brinda asistencia y apoyo al Superintendente Auxiliar, tanto en asuntos administrativos como en los operacionales tales como: análisis de las investigaciones administrativas que hayan sido completadas para asegurar su corrección; evaluación de las investigaciones administrativas con el propósito de hacer recomendaciones al Superintendente sobre las determinaciones y adjudicaciones finales, la coordinación del Programa de Detección de Sustancias Controladas; recopilación de información estadísticas para la preparación de informes y otras labores administrativas.  El Superintendente Auxiliar contará con el apoyo de un Asistente, quien lo representará en su ausencia. En la fase estructurar además de lo mencionado la orden instituye las que a continuación se mencionan:

- ❖ **Oficina del Superintendente Auxiliar**

    - **Coordinador del Programa de Detección de Sustancias Controladas**

        Esta designado por el Superintendente de la Policía con la recomendación del Superintendente Auxiliar en Responsabilidad Profesional. Le corresponde aplicar las disposiciones del Reglamento 6403 *"Del Programa Para La Detección De Sustancias Controladas En Funcionarios Y Empleados De La Policía De Puerto Rico."*

    - **Sección de Evaluación y Adjudicación de Querellas Administrativas**

        Función principal es evaluar y recomendar las determinaciones y adjudicaciones finales al Superintendente de cada una de las investigaciones realizadas sobre una querella administrativa contra Miembros de la Policía de Puerto Rico. Contará con un Supervisor designado por el Superintendente Auxiliar en Responsabilidad Profesional.  De ser un Miembro de la Policía de Puerto Rico su Rango no podrá ser menor a Sargento.

    - **División de Inspecciones**

        Función primordial realizará inspecciones de Campo para asegurar que las Unidades y el personal de la Policía de PR estén en cumplimiento con las políticas y procedimientos establecidos por la Policía de Puerto Rico, identificar deficiencias administrativas y operacionales, identificar necesidades de recursos humanos y equipos, entre otros.  Así como recomendar posibles medidas correctivas para atender las deficiencias identificadas.  Esta División contará con los servicios de un Director que será designado por el Superintendente Auxiliar en Responsabilidad Profesional.  De ser un Empleado del Sistema de Rango no será menor al de Teniente.

❖ **Negociado De Asuntos Internos**

Este Negociado tiene la misión de investigar toda querella por aparente o alegada conducta de índole criminal realizada o en la que esté involucrado algún Empleado de la Policía de Puerto Rico, con excepción de agresiones agravadas, muertes violentas o sospechosas, suicidios, personas desaparecidas, agresión sexual, violencia doméstica y hostigamiento sexual, las cuales serán investigadas por la Superintendencia Auxiliar en Investigaciones Criminales (S.A.I.C.) Asimismo, será responsable de realizar de forma periódica y aleatoria investigaciones especiales de integridad. Dicho Negociado contará con los servicios de un Director cuyo puesto estará comprendido dentro del servicio de confianza y será designado por el Superintendente.

El Negociado de Asunto Internos está compuesto por las siguientes Divisiones:

- **División de Asuntos Internos**

    Esta División tiene la responsabilidad de cubrir las 13 Áreas Policíacas y contarán con un Director, de ser del Sistema de Rango, no será menor a Teniente.

- **División de Investigaciones Especiales sobre Integridad**

    Su función principal es realizar de forma periódica, investigaciones de integridad dirigidas a un objetivo en específico y de forma aleatoria, para detectar aspectos relacionados con la integridad. Mediante dichas investigaciones se podrá identificar aquellos Miembros de la Policía que incurran en actos tales como: registro y allanamiento, posible conducta criminal, discrimen, desalentar presentación de querellas o querellas administrativas o negarse atender las misma y no informar e conducta impropia entre otras. Contará con un Director, de ser del Sistema de Rango, no será menor a Teniente.

- **División de Servicios Confidenciales**

    Tendrá la función principal de realizar investigaciones confidenciales sobre querellas por alegada conducta impropia d naturaleza criminal cometidas por Empleados de la PPR, tales como venta y distribución de sustancias controladas, armas de fuego, brindar escolta a personas relacionadas con organizaciones criminales. Contará con un Director, de ser del Sistema de Rango, no será menor a Teniente. Además esta División contará con Agentes

Encubiertos cuya misión es infiltrarse en el entorno laboral y personal de los Empleados, también contará con informantes y confidentes, los cuales obtendrán beneficio acordado por la información provista que conduzca a esclarecer cualquier acto delictivo por un empleado.

- **Sección de Apoyo Técnico**

    Su función principal es servir de apoyo a las Divisiones que componen SARP o a cualquier Unidad de la PPR por solicitud del Superintendente, mediante uso de equipo y tecnología especializada que sea requerido en Investigación administrativa y/o criminal conforme a las leyes y reglamentos aplicables. Esta sección contará con un Supervisor, de ser del Sistema de Rango, no será menor a Sargento.

❖ **Negociado de Investigaciones Administrativas**

El Negociado de Investigaciones Administrativas será responsable de investigar las querellas en contra de las Empleados de la PPR por conducta impropia, que no sea de índole criminal, presentadas tanto por miembros de la comunidad como por Empleados de la PPR.

Este Negociado contará con los servicios de un Director cuyo puesto estará comprendido dentro del servicio de confianza y será designado por el Superintendente. El Director del Negociado contará con un Asistente, quien será designado por este, con el aval del Superintendente Auxiliar. De ser un empleado del Sistema de Rango, contará con un rango no menor de Teniente. El Asistente sustituirá al Director del Negociado en ausencia de este, por lo que tendrá las mismas responsabilidades que el Director del Negociado cuando le sustituya y aquellas que le sean asignadas por este. El Negociado de Investigaciones Administrativas está compuesto por Divisiones en las 13 Áreas Policíacas.

Divisiones de Investigaciones Administrativas, su misión principal investigar toda conducta indebida de los Empleados de la PPR, que no sea de índole criminal, presentadas tanto por miembros de la comunidad como por Empleados de la PPR. Contará un Director, de ser del Sistema de Rango, no será menor a Teniente. Estas divisiones contarán con Miembros de las Policía de Puerto Rico que fungirán como Oficiales Investigadores.

- **División de Incidentes de Uso de Fuerza FIU**

    La División tendrá como función principal investigar todos los incidentes de uso de fuerza grave, aquellos que aparenten conducta criminal por un Miembro de la Policía de Puerto Rico, descargas criticas de armas de fuego y los incidente de usos de fuerzas llevados a cabo por Miembros de la Policía de Puerto Rico con rango Superior a Sargento, además acudirán a las escenas de estas, o los reasignados por el Superintendente, la Superintendencia Auxiliar en Responsabilidad Profesional o la Junta Evaluadora de Incidentes de Usos de Fuerza. FRB.

    La División tendrá personal asignado en cada una de las trece (13) áreas policíacas bajo la supervisión del Director de la División que será designado por el Superintendente Auxiliar en Responsabilidad Profesional, para atender diligentemente cada incidente de uso de fuerza que ocurra bajo su jurisdicción. El Director de ser un Empleado del Sistema de Rango, contará con un rango no menor de Teniente.

- ❖ **Negociado de Investigaciones en Asuntos Antidiscriminatorios**

    Será responsable de investigar toda querella presentada contra los Empleados de la PPR de índole administrativa en la cual se alegue discrimen, hostigamiento, conducta sexual impropia, violencia doméstica y represalias que haya surgido como consecuencia de las querellas presentadas, cometidas en violación a las leyes que rigen dicha conducta, tales como: el Titulo VII de la Ley Federal de Derechos de 1964, según enmendada; la Ley Núm. 54-1989, según enmendada y la Ley Núm.17-1988, según enmendada, entre otras; así como los reglamentos y ordenes aplicables.

Dicho Negociado tendrá personal asignado en las 13 áreas policiacas, quienes realizaran las investigaciones que sean recibidas en las áreas o le sean asignadas por el Negociado, conforme a la jurisdicción establecida mediante esta Orden General. Dicho Negociado contará con los servicios de un Director cuyo puesto estará comprendido dentro del servicio de confianza y será designado por el Superintendente. El Director del Negociado contará con los servicios de un Asistente, quien será designado por este con el aval del Superintendente Auxiliar. De ser un Empleado del Sistema de Rango, contará con un rango no menor de Teniente. De esta forma quedó constituida la Superintendencia Auxiliar en Responsabilidad Profesional.

Dando continuidad a los Planes de acción debíamos crear la orden general que instituyera, dirigiera e integrará todos los aspectos administrativos y operacionales sobre la investigación de incidentes de uso fuerza de la PPR.

Sobre este aspecto dirigimos al igual que en todos los demás todo nuestro empeño logrando que en fecha de 11 de febrero de 2016 se aprobara la orden general capítulo 100 sección 113 titulada División Investigaciones de Incidente Uso de Fuerza (FIU).

En relación a este asunto me permito recordarle al Tribunal que en estas vistas habrá participación del Tnte. Jaime Cosme Oliver, Director de la División Investigaciones de Incidente Uso de Fuerza FIU y su ponencia va dirigida va dirigida a explicar el desarrollo de la misma.

Así las cosas, continuamos laborado en todos aquellos proyectos que inciden de forma directa a las funciones y responsabilidades de la SARP.  Entre los que podemos  mencionar los siguientes:

Protocolos para atender querellas administrativas recibidas a través de la línea telefónica 1-877-996-6627, libre de costo como mecanismo adicional para la presentación de quejas contra personal de la Agencia.

Este protocolo establece las normas que se tienen que seguir en el manejo de llamadas de esta línea telefónica.  Esta línea cuenta con un sistema de buzón de mensajes el que estará en función en las instancias que el personal este ocupado atendiendo llamadas de querellantes previos o llamadas recibidas fuera de los horarios de servicios.

Además se trabajó en la creación de la  Orden Administrativa OA-2015-2 Programa de Información Pública  sobre Querellas y Reconocimientos la cual fue efectiva en fecha de 2 de noviembre de 2015.

El propósito de la misma, restituir la confianza de las comunidades en la PPR, promover  la colaboración de estos en la solución de problemas y cumplir con la responsabilidad de difundir información pública sobre los esfuerzos de la Reforma de la Policía de Puerto Rico.

Mediante este programa se informará  a través de los diversos medios de comunicación disponibles, cuáles son sus derechos, cuales son los mecanismos disponibles y procesos a seguir para presentar querellas contra aquellos Empleados de la Policía de Puerto Rico que manifiesten una conducta impropia.  Asimismo, se le informará a las Comunidades, las alternativas disponibles para reconocer el buen servicio y desempeño de los Empleados de la Policía de Puerto Rico.

Sobre este particular la Oficina de Prensa del Superintendente en colaboración con la SARP y la Oficina de Reforma durante el mes de noviembre de 2015, llevamos la campaña publicitaria de orientación radial, escrita y televisiva "La Policía Escucha Tu Voz"  Conforme a los datos suministrados por los medios, el periódico *El Nuevo Día* en versión impresa circuló 213,231 ejemplares de lunes a viernes, versión virtual 408,000 visitas diarias.  El Programa *Pegaos en*

*la Mañana* de Radio Isla 2.8% de audiencia, otro medio fue la Emisora WIPR, quien no suministro información de audiencia.

En la actualidad en la SARP nos hemos propuesto dar continuidad a estas orientaciones a través de los distintos medios de comunicación radial y/o escrita a través de toda la isla, al presente tenemos identificados 22 medios de prensa escrita y 74 emisoras de radio de frecuencia AM y 80 de FM a las cuales estaremos haciendo acercamiento en vías a lograr la cooperación de estos y establecer nuestra participación en los mismo de manera continua.

Como dato relevante la orden administrativa instituye como prioridad que en toda actividad que efectué la Policía de Puerto Rico como parte de su integración a la comunidad esté como temas principales la orientación sobre este asunto.

De igual manera, establecer que todo Mimbro de la Policía de Puerto Rico es responsable de llevar en todo momento consigo o en los vehículos el Formulario PPR-111 Formulario de Querellas Administrativas, que se utilizan para presentar querellas administrativas contra Empleados de Policía de Puerto Rico. Asimismo el Formulario PPR-888 Formulario de Reconocimiento que se utiliza para presentar reconocimientos a Empleados de Policía de Puerto Rico.

Además estructura la forma y manera en que se presenta y tramita los referidos formularios. Lo que permite garantía en la fiel tramitación de los mismos.  En lo que respecta al formulario PPR-111; la Superintendencia Auxiliar en Responsabilidad Profesional ha radicado en la Oficina de Reforma enmiendas al mismo las cuales fueron acogidas.  Estas con el propósito de ser más efectivos a lo que a nuestro quehacer investigativo compete.

Todas estas iniciativas algunas contempladas en el Acuerdo Para la Reforma Sostenible de la Policía de Puerto Rico y otros productos de quienes administramos la Agencia nos permiten construir el puente de acceso para cumplir nuestra misión de reformar la Policía de Puerto Rico, en unión a las comunidades para las cuales servimos.

Además de establecer y desarrollar programas en el que se involucra policía y comunidad para lograr la solución de problemas, servicios policiacos éticos y una prevención más efectiva del crimen. (205)

Tanto los Empleados de la Policía de Puerto Rico, como las personas que se encuentran en la isla deben sentirse confiados en que la SARP, atenderá todas sus quejas libre de toda coacción y de manera rápida, justa e imparcial.

Agradezco la oportunidad que me han brindado de exponer ante este Honorable Tribunal mediante estas Vistas Públicas,  en especial al Pueblo de Puerto Rico, el esfuerzo que estamos forjando, implementando los cambios estructurales a través de la Oficina de Reforma y Cumplimiento, para lograr brindarles seguridad garantizando los Derechos Constitucionales de todo Ciudadano, de parte de la Policía de Puerto Rico.

Case 3:12-cv-02039-FAB   Document 420-10   Filed 09/09/16   Page 13 of 13