

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA

# SERVICIOS PSICOLOGICOS EN LA POLICIA DE PUERTO RICO

**Juan C. Centeno López, M.S.Psy.**
**Director**
**División de Psicología y Trabajo Social**

 

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

# SERVICIOS PSICOLÓGICOS EN LA POLICÍA DE PUERTO RICO

*Juan C. Centeno López, M.S.Psy.*

Ave. Roosevelt, Cuartel General,
Hato Rey, San Juan,
Puerto Rico 00936-8166
jccenteno@policia.pr.gov
(787)793-1234 Ext. 2336

## INTRODUCCION

Buenos días honorable Juez Gustavo A. Gelpí, Superintendente José L. Caldero López, Asesor de Cumplimiento Técnico Arnaldo Claudio, Oficiales de la Policía de Puerto Rico y demás personas presentes. Se dirige ante ustedes el Sr. Juan Carlos Centeno López, poseo una Maestría en Psicología con licencia profesional vigente expedida por la Junta Examinadora de Psicólogos de Puerto Rico. Director de la División de Psicología y Trabajo Social de la Policía de Puerto Rico desde septiembre del 2012. Agradecemos la invitación que nos hicieron para participar en la Vista Pública sobre la Reforma Sostenible de la Policía de Puerto Rico. En la mañana de hoy les estaré hablando sobre cómo está compuesta la División de Psicología y Trabajo Social, los tipos de servicios que brinda al personal del sistema de rango, al personal del sistema clasificado y sus familiares, como se manejan los incidentes críticos y los logros alcanzados.

## COMPOSICIÓN DE LA DIVISION DE PSICOLOGIA Y TRABAJO SOCIAL

La División de Psicología y Trabajo Social ha ofrecido servicios ininterrumpidamente a la Policía de Puerto Rico desde 1971. En la actualidad está compuesta por un grupo de especialistas en conducta humana comprometidos en promover y proteger el bienestar emocional y psicológico del recurso humano que labora en la Policía de Puerto Rico. Nuestra visión es optimizar con excelencia y prontitud la mejor calidad de vida y el adecuado funcionamiento psicosocial del personal que recibe nuestros servicios.

Al presente la División de Psicología y Trabajo Social cuenta con su Oficina Central en el segundo piso del Cuartel General (San Juan) y oficinas en las diferentes áreas policiacas de: Bayamón, Carolina, Humacao, Caguas, Guayama, Ponce, Mayagüez, Aguadilla, Arecibo y Utuado.

Los empleados del área de Aibonito son atendidos en la Comandancia de Bayamón, los empleados del área de Fajardo son atendidos en la Comandancia de Carolina y los empleados de la Academia de la Policía (SAEA) son atendidos en la Comandancia de Caguas. El personal que labora en las oficinas de las áreas policiacas son once (11) psicólogos/as contratados/as por servicios profesionales a razón de cien (100) horas mensuales. Los contratos son sufragados con la partida de los 20 millones asignados a la de Reforma de la Policía. Estos profesionales realizan evaluaciones psicológicas para determinar la aptitud, estabilidad emocional y psicológica del personal del sistema de rango. Esto con el propósito de determinar si pueden continuar realizando las funciones inherentes de su puesto a la vez que recomiendan si pueden iniciar el proceso para su re-arme. También realizan evaluaciones psicológicas a los candidatos de nuevo ingreso (cadetes) y al personal de las unidades especializadas (DOT, SWAT, LAP). Brindan talleres al personal de su área policiaca, están disponibles para consulta de los supervisores y realizan las intervenciones en crisis cuando surgen, entre otras.

Los servicios de tratamiento individual se brindan a través del Programa de Ayuda al Empleado Interno. Para este servicio la División cuenta con dos (2) psicólogas por contrato de servicios profesionales a razón de cien (100) horas mensuales con sus oficinas en el segundo piso del Cuartel General. Estos contratos también son sufragados con la partida de los 20 millones asignados a la de Reforma de la Policía.

En adición la División cuenta con un (1) Psicólogo Industrial empleado de carrera que se encarga de la administración y corrección de las pruebas psicológicas escritas. Un (1) Sargento en destaque administrativo en funciones de Psicólogo que atiende los casos del área de Utuado. Dos (2) Trabajadoras Sociales empleadas de carrera que realizan entrevistas, investigaciones sociales de campo, orientaciones a beneficiarios de los policías fallecidos, orientación a los empleados y supervisores sobre los servicios que brinda la División, realizan intervenciones en crisis y ofrecen talleres entre otras. También cuenta con una (1) Técnica en Relaciones Psicosociales empleada de carrera que se encarga de la tramitación de las becas de los hijos/a de los Policías fallecidos en cumplimiento del deber. Recopila toda la información necesaria para los expedientes y los somete a la Junta. Las funciones administrativas se llevan a cabo en la oficina central por dos (2) Técnicas en Sistemas de Oficina empleadas de carrera con la asistencia de una (1) Reservista a tiempo parcial.

Case 3:12-cv-02039-FAB   Document 420-11   Filed 09/09/16   Page 4 of 9
Servicios psicológicos en la Policía de Puerto Rico
Page **3** of **7**

**SERVICIOS QUE BRINDA DE LA DIVISION DE PSICOLOGIA Y TRABAJO SOCIAL**

Los servicios que brinda la División están contemplados bajo los siguientes amparos: *Ley 53 de la Policía de Puerto Rico, Orden General Capítulo 100 Sección 101, Orden General Capítulo 100 Sección 112, Orden General Capítulo 600 Sección 618, Orden General 2004-3, Orden Especial 2007-16 y Orden Especial 2010-2.*

Según la *Orden General 100-101*, como organismo, la División es responsable del ofrecimiento de servicios en el área de salud mental y emocional con miras a que todo personal de la agencia pueda cumplir con sus funciones con la mayor eficiencia posible. Tanto para el personal del sistema de rango como para el personal del sistema clasificado, los servicios psicológicos comprenden desde el proceso de evaluación psicológica hasta consejería y tratamiento.

Dentro de la amplia gama de servicios la División a través de los psicólogos evaluadores realiza evaluaciones psicológicas a los candidatos al puesto de cadete. Este proceso evaluativo incluye: administración, corrección e interpretación de pruebas psicológicas, entrevista psicológica y recomendación final tomando en cuenta el perfil psicológico de los aspirantes que puedan eventualmente cumplir con la sana ejecución del rol de agente del orden público.

También se evalúa la estabilidad emocional de los miembros del sistema de rango y del personal clasificado que son referidos por sus supervisores ante eventos, incidentes u observaciones de determinados comportamientos o conductas. Dicha evaluación cumple con el propósito de identificar posibles elementos de peligrosidad para a su vez ofrecer las recomendaciones preventivas y/o tratamiento que se estime necesario.

Entre los referidos que llegan a la División sobresalen los del Negociado de Investigaciones en Asuntos Antidiscriminatorios. En estos referidos se incluye los detalles de los eventos que involucran conductas de: Violencia Doméstica, Hostigamiento Sexual, Discrimen por Genero, Acoso Laboral entre otros, en los miembros del sistema de rango y por lo regular se solicita a la División una evaluación psicológica con el propósito de que los psicólogos puedan ponderar el curso de acción a fin de atender efectivamente la situación. Como parte del curso de acción la División somete al miembro de sistema de rango a la administración de pruebas psicológicas para así determinar si existe o no al momento elementos psicológicos, emocionales o

mentales que sugieran compromiso con el sano desempeño de las funciones que realiza un agente del orden público además de entrevistar a colaterales y obtener información relevante a través de los supervisores. En aquellos casos en que el análisis de la situación y las pruebas psicológicas administradas sugieran áreas de necesidad en los miembros del sistema de rango la División ofrece tratamiento individualizado a través del Programa de Ayuda al Empleado Interno (PAE) y/o tratamiento grupal a través de los Talleres Psico-educativos con el objetivo de que los hallazgos que surgen del proceso evaluativo sean atendidos.

La **Orden Especial 2007-16** dispone que todos los miembros del sistema de rango, sin distinción, deben someterse a un proceso de evaluación psicológica cada tres (3) años. Según dicta la orden este plan está dirigido a realizar estas evaluaciones con el propósito de promover la identificación temprana y la consecuente intervención psicológica con los miembros del sistema de rango que así lo ameriten. De acuerdo a esta orden, una vez completada la evaluación psicológica; en aquellos casos en los que se haya detectado indicadores de violencia o de conducta mal adaptativa el miembro del Sistema de Rango será enviado al Programa de Ayuda al Empleado de la División para consejería y/o tratamiento.

Los procesos antes descritos aplican no sólo a lo referido hasta ahora si no que se añaden evaluaciones psicológicas que se realizan periódicamente al personal de las unidades especializadas consideradas como sensitivas por el tipo de trabajo que realizan. Entre estas se encuentran la División de Operaciones Tácticas, División de SWAT, personal de la Liga Atlética entre otras. Estas evaluaciones psicológicas tienen el propósito de identificar áreas de necesidad en los miembros que componen estas unidades mientras se busca atender preventivamente algún rasgo o viso que pudiera propender a conductas que pongan en riesgo la sana ejecución de las funciones que realizan.

Además, se realizan intervenciones en crisis cuando está involucrado algún miembro de la Policía. Dependiendo de la magnitud del evento el Director de la División en conjunto con el Psicólogo asignado al Área desarrollan un plan de acción coordinado con todos los recursos necesarios. Por ejemplo, cuando fallece un policía en el cumplimiento del deber el personal de la División (psicólogos/as y trabajadoras sociales) asisten a la

unidad de trabajo, al velatorio y a las exequias fúnebres en el cual se les brinda apoyo psicológico y emocional a los compañeros y familiares del policía fallecido.

Otro de los servicios que se ofrecen en la División es la evaluación psicológica sin referido por parte del supervisor (walk-in). En los últimos años ha habido un incremento en las personas que solicitan ser atendidos sin que medie un referido. Entendemos que es bien positivo el que se acerquen a buscar ayuda antes de que ocurra una situación lamentable en la que se tenga que activar algún protocolo que provoque el desarme.

## LOGROS ALCANZADOS

La División de Psicología y Trabajo Social atiende una población de **14,000** efectivos aproximadamente. Durante el año en curso se han realizado **7,527** intervenciones de servicio directo a empleados de la agencia. Se han recibido **908** referidos nuevos de supervisores para evaluación psicológica o ayuda psicológica. En el Programa de Ayuda al Empleado se han recibido **109** referidos para terapia psicológica. Se han evaluado **256** empleados del sistema de rango de las Divisiones de Operaciones Tácticas. Se han expedidos **230** Certificaciones para el proceso de Re-arme. Se han recibido **82** referidos sobre alegado Hostigamiento Sexual y Discrimen. Durante el año 2015 y 2016 se brindaron **231** talleres sobre "Respuesta Rápida ante Situaciones de Comportamiento Suicida" impactando aproximadamente a **5,025** empleados de la agencia. En igual cantidad de orientó sobre los servicios disponible que brinda la División.

A continuación se presentan unas tablas multianuales para comparar la cantidad de servicios brindados durante los pasados cinco años.

**Tabla 1**. *Casos recibidos mediante referidos para evaluación psicológica.*

| CASOS REFERIDOS | |
|---|---|
| 2012 | 596 |
| 2013 | 629 |
| 2014 | 766 |
| 2015 | 784 |
| 2016 | 908[1] |

[1]*Hasta el 31 de agosto.*

Case 3:12-cv-02039-FAB   Document 420-11   Filed 09/09/16   Page 7 of 9
Servicios psicológicos en la Policía de Puerto Rico
Page 6 of 7

**Tabla 2.** . *Evaluaciones psicológicas al personal de las Divisiones de Operaciones Tácticas*

| EVALUACIONES PSICOLOGICAS AL PERSONAL DE LA DOT | |
|---|---|
| 2012 | 164 |
| 2013 | 134 |
| 2014 | 40 |
| 2015 | 39 |
| 2016 | 256[1] |

[1]*Hasta el 31 de agosto.*

**Tabla 3.** *Certificaciones de Re-armes expedidas por los Psicólogos*

| CERTIFICACIONES PARA RE-ARME | |
|---|---|
| 2012 | --- |
| 2013 | --- |
| 2014 | 382 |
| 2015 | 359 |
| 2016 | 230[1] |

[1]*Hasta el 31 de agosto.*

**Tabla 4.** *Casos referidos internamente al PAE para tratamiento psicológico.*

| REFERIDOS INTERNOS PAE | |
|---|---|
| 2012 | 98 |
| 2013 | 153 |
| 2014 | 128 |
| 2015 | 117 |
| 2016 | 110[1] |

[1]*Hasta el 31 de agosto.*

Case 3:12-cv-02039-FAB   Document 420-11   Filed 09/09/16   Page 8 of 9
Servicios psicológicos en la Policía de Puerto Rico
Page **7** of **7**

**Tabla 5.** *Casos referidos por hostigamiento sexual y discrimen*

| REFERIDOS POR HS Y DISCRIMEN | HS | DHS |
|---|---|---|
| 2012 | 17 | --- |
| 2013 | 16 | --- |
| 2014 | 13 | --- |
| 2015 | --- | 80 |
| 2016 | --- | 82[1] |

[1]Hasta el 31 de agosto.

El Negociado de Investigaciones en Asuntos Antidiscriminatorios amplio las causales de referidos lo que ha provocado un incremento en los pasados dos años (2015 y 2016).

**Tabla 6.** *Intervenciones directas realizadas por el personal de la División de Psicología y Trabajo Social*

| INTERVENCIONES DIRECTAS | |
|---|---|
| 2014 | 12,005 |
| 2015 | 12,321 |
| 2016 | 7,527[1] |

[1] Hasta el 31 de agosto

Agradecemos nuevamente la invitación que nos hicieron a la Vista Pública para presentar los servicios psicológicos que se brindan en la Policía de Puerto Rico. Reconocemos de manera positiva los cambios organizacionales que se han implementado a través de la Oficina de Reforma y Cumplimiento y nos reiteramos a sus órdenes para contestar sus preguntas.