| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME Luis Saucedo | 2. PHONE NUMBER (202) 598-0482 | 3. DATE 9/22/2016 | |
|---|---|---|---|
| 4. MAILING ADDRESS 950 Pennsylvania Avenue, NW | 5. CITY Washington | 6. STATE DC | 7. ZIP CODE 20530 |
| 8. CASE NUMBER 12-cv-2039 | 9. JUDGE GAG | DATES OF PROCEEDINGS | |
| | | 10. FROM 9/1/2016 | 11. TO 9/2/2016 |
| 12. CASE NAME USA v. Commonwealth of Puerto Rico | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Mayaguez | 14. STATE PR |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Part 2- Fourth Public Hearing | 9/1/2016 - 9/2/2016 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE *(signed)* | | PROCESSED BY | |
| 19. DATE 9/22/2016 | | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY