# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiffs;<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>       Defendant. | No. 12-cv-2039 (GAG) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT,**

    Comes Now the Technical Compliance Advisor, Arnaldo Claudio, by and through the undersigned counsel and very respectfully submits and informs as follows:

    1. The Technical Compliance Advisor, hereinafter the TCA, respectfully informs this Honorable Court that on September 21, 2016, the Island of Puerto Rico suffered an island-wide power failure caused by a power plant fire directly affecting an estimate of 1.5 million homes and businesses and almost 100% of the entire Island roadway infrastructure. This is an event of which this Honorable Court may, in its discretion, take judicial notice pursuant to Rule 201(c), Federal Rules of Evidence.

    2. The TCA submits that the aforesaid power failure represented a serious challenge to the Puerto Rico Police Department (PRPD); especially in three critical areas: infrastructure, residents and highway security.

3. The TCA further submits that within minutes from the major power failure announcement, the PRPD reassigned approximately 3,000 agents across the Island of Puerto Rico to begin the arduous task of traffic control, providing security and complying with their law enforcement mission. The Emergency Operations Center (EOC) was activated and the operational staff was empowered to make field decisions while working closely with other State, local and federal emergency personnel. Regular operations ceased in order to reserve staff members for activities associated with the restoration of power, which lasted in some cases more than 96 hours. The PRPD used their backup power in their facilities to maintain operations throughout the duration of the blackout and implemented emergency management procedures and expanded hours of operation for highway and patrol of local areas. The PRPD also systematically assisted with the evacuation and movement of emergency vehicles and personnel providing a visible and necessary presence in the hours of darkness to guarantee public safety and security. Overall, this was a major strategic, operational and tactical success on the part of PRPD in the handling of the aforesaid emergency.

4. As the above referred information relates to the Reform process, the actions of PRPD during this major crisis emphasized the absolute need of Community Policing, a major objective of the Reform, where the "range of potential partners is large and these partnerships can be used to accomplish the two interrelated goals of developing solutions to problems through collaborative problem solving and improving public trust".

5. The accomplishments by the PRPD, as described in paragraph 3, were not tasks done in isolation as many other agencies, organizations and individuals also supported the operation, however, the TCA finds it essential to provide the Court an opportunity to learn about PRPD's important accomplishments while still in the

Capacity Building Period since these actions relate to their handling of special events, crisis management and PRPD's ability to mitigate the effects of an event of this nature.

6. As part of the Reform process the TCA will ascertain from the PRPD their internal evaluation (lessons learned) of the event and will provide recommendations, if warranted.

Wherefore, the TCA respectfully requests from this Honorable Court that the information provided in this motion be noted.

**Certificate of Service**: I hereby certify that copy of the foregoing motion in *pdf* form has been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 26th. day of September, 2016.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 &
(787) 249-3070