Rev. 7-10
PPR-650



# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## POLICÍA DE PUERTO RICO

### OFICINA DE REFORMA

## GERENCIA

| | Nombre | Placa | Funciones | Status |
|---|---|---|---|---|
| 1 | Cor. Clementina Vega Rosario | 1-13603 | Directora | Regular |
| 2 | Tnte. Cor. Alba I. Díaz Torres | 2-18280 | Directora Auxiliar | Regular |

## ADMINISTRACIÓN

| | Nombre | Placa | Funciones | Status |
|---|---|---|---|---|
| 3 | Tnte. II Miguel Torres Emmanuelli | 7-34824 | Oficial Administrativo y Presupuesto | Regular |
| 4 | Sgto. Vanessa La Santa Cintrón | 8-18254 | Coordinador Gas Pimienta y DCE | Regular |
| 5 | Agte. Janet L. Cumba Berríos | 23515 | Compras de Reforma | Regular |
| 6 | Agte. José De Jesús Martínez | 34848 | Encargado Vehículos / Sistema Kronos | Regular |
| 7 | Sra. Neidys Cruz Nieves | | Administradora Sistemas Oficina II | Regular |
| 8 | Sr. José D. Rodríguez Ortiz | | Especialista Finanzas y Presupuesto | Destaque OGP |
| 9 | Sr. Carlos Colón Alsina | | Especialista Planificación Estratégica | Contrato |

## SECCIÓN DE POLÍTICAS Y PROCEDIMIENTOS

| | Nombre | Placa | Funciones | Status |
|---|---|---|---|---|
| 10 | Lcda. Yashira M. Vega Montalvo | | Directora | Puesto de Confianza |
| 11 | Capt. Carlos J. Figueroa Ortolaza | 6-23921 | Políticas y Procedimientos | Regular |
| 12 | Tnte. II Luis A. Vázquez Centeno | 7-27947 | Políticas y Procedimientos | Regular |
| 13 | Sgto. Alexis O. Quiñones Ortiz | 8-28295 | Políticas y Procedimientos | Regular |
| 14 | Sgto. Pedro Cruz Febo | 8-29859 | Políticas y Procedimientos | Regular |
| 15 | Sgto. Carlos Burgos Colón | 8-34063 | Políticas y Procedimientos | Regular |
| 16 | Agte. Marilyn Santana Alvarez | 29331 | Políticas y Procedimientos | Regular |
| 17 | Dra. Carmen Acosta Sánchez | | Políticas y Procedimientos | Regular |
| 18 | Lcda. Alice M. Morales Roldan | | Políticas y Procedimientos | Regular |
| 19 | Lcda. Helena M. Márquez Acevedo | | Políticas y Procedimientos | Contrato |
| 20 | Lcdo. José C. Vázquez Rivera | | Políticas y Procedimientos | Contrato |
| 21 | Lcda. Marian Rivera Santos | | Políticas y Procedimientos | Contrato |
| 22 | Lcda. Marlene Rodríguez Colón | | Políticas y Procedimientos | Contrato |
| 23 | Sr. Ángel Díaz Camarero | | Asesor Sistemas Información y Tecnología | Contrato |
| 24 | Sra. Rebecca Maldonado Morales | | Políticas y Procedimientos | Contrato |

## SECCIÓN DE IMPLEMENTACIÓN

| | Nombre | Placa | Funciones | Status |
|---|---|---|---|---|
| 25 | Capt. Alexander Acevedo Ruiz | 5-24046 | Director | Regular |
| 26 | Tnte. I José A. Hernández | 6-14029 | Implementación | Regular |
| 27 | Tnte. I Migna L. Valles Ortiz | 6-14274 | Implementación | Regular |
| 28 | Tnte. I Nelson Castro Nieves | 6-22361 | Implementación | Regular |
| 29 | Tnte.II Yamillette Acevedo Rodríguez | 7-31399 | Implementación | Regular |
| 30 | Sgto. Ángel Rodríguez Figueroa | 8-19505 | Implementación | Regular |
| 31 | Sgto. Eddie Vicente Rivera | 8-27873 | Implementación | Regular |
| 32 | Sgto. José L. Morales Cintrón | 8-27786 | Implementación | Regular |
| 33 | Agte. Ángel G. Resto Adorno | 18836 | Implementación | Regular |
| 34 | Agte. David Ruiz Rodríguez | 22473 | Implementación | Regular |
| 35 | Agte. Juan A. Bernier Rivera | 33370 | Implementación | Regular |
| 36 | Agte. Maritza Ramos Veléz | 36436 | Implementación | Regular |