| NOMBRE | POSICION | ESTATUS EMPLEO | RESPONSABILIDADES |
|---|---|---|---|
| 1. Adorno Ocasio, Maritza | Auxiliar Sistema Oficina III | Carrera | Labores Clericales |
| 2. Báez Rodríguez, Luis | Jardinero | Carrera | Labores de Mantenimiento de las áreas verdes |
| 3. Carrillo De León, Edwin | Ayudante de Cocina | Carrera | Colabora en la confección de alimentos |
| 4. Centeno Castro, Olga E. | Técnico Sistema Oficina III | Carrera | Labores Clericales |
| 5. Colón Nuncci, Sandra | Bibliotecaria Principal | Carrera | Bibliotecaria |
| 6. Cruz Collazo, Olga L. | Oficial Ejecutivo II | Carrera | Oficina de Registraduría |
| 7. De Jesús De Jesús, Angel | Ayudante de Cocina | Carrera | Colabora en la confección de alimentos |
| 8. García Leduc, Natividad | Técnico Sistema Oficina III | Carrera | Labores Clericales |
| 9. Gerena Torréns, José M. | Decano de Administración | Confianza | Labora en los procesos administrativos |
| 10. Gómez Huertas, Omayra | Auxiliar Sistema Oficina III | Carrera | Labores Clericales Oficina Registraduría |
| 11. Guzmán López, José A. | Guarda Almacén | Carrera | Guarda Almacén |
| 12. González Torres, Carmen | Enfermera Práctica Licenciada | Carrera | Servicios de enfermería |
| 13. Guzmán González, Marisol | Auxiliar Sistema Oficina II | Carrera | Labores Clericales |
| 14. Hernández Colón, Francisco J. | Conserje | Carrera | Labores de Mantenimiento |
| 15. Hernández de Fraley, Michelle | Superintendente Auxiliar en Educación y Adiestramiento (SAEA) | Confianza | Dirige la SAEA, labora en todo lo relacionado en lo administrativo, académico, adiestramiento y readiestramiento PPR |
| 16. Jiménez Marrero, Henry | Conserje | Carrera | Labores de Mantenimiento |
| 17. Martínez Báez, Heriberto | Director Oficina Asuntos Generales | Carrera | Labora con todo lo relacionado con la planta física |
| 18. Ocasio Ortíz, José M. | Jardinero | Carrera | Labores de Mantenimiento de las áreas verdes |
| 19. Ortiz Berdecía, Brenda L. | Oficial Ejecutivo II | Carrera | Colabora con los asuntos académicos |
| 20. Ortiz Castillo, Migdalia | Decana Readiestramiento | Carrera | Labora en los readiestramientos PPR |
| 21. Ortiz Dones, Lorenzo | Jardinero | Carrera | Labores de Mantenimiento de las áreas verdes |
| 22. Ortiz Dones, Sergio | Cocinero | Carrera | Confección de alimentos |
| 23. Ortiz Ortiz, José J. | Cocinero | Carrera | Confección de alimentos |
| 24. Ramírez Hernández, Carmen M. | Administradora Sistema Oficina II | Carrera | Labores Clericales |
| 25. Rodríguez Tollinchi, Jeffrey | Director Servicios Cafetería | Carrera | Supervisar todo lo relacionado con el Comedor |

| | | | |
|---|---|---|---|
| 26. Román Hernández, Julio | Decano Auxiliar Asuntos Administrativos | Carrera | Colabora con los asuntos administrativos |
| 27. Rosario Alamo, Zaida I. | Técnico Sistema Oficina III | Carrera | Labores Clericales |
| 28. Santos Colón, Isaías | Conserje | Carrera | Labores de Mantenimiento |
| 29. Ventura Sánchez Marcos J. | Operador Equipo de Información | Carrera | Oficina Registraduría |
| 30. Soler De Jesús, Danilo | Teniente I | Carrera | Director de la Banda de la Policía |
| 31. Del Valle Navarrete, Héctor | Sargento | Carrera | Banda Policía |
| 32. Vázquez Santiago, Manuel | Sargento | Carrera | Banda Policía |
| 33. Laboy Ortiz, Angel M. | Sargento | Carrera | Banda Policía |
| 34. Morales Cruz, Edickson | Sargento | Carrera | Banda Policía |
| 35. Cruz García, Nelson | Agente | Carrera | Banda Policía |
| 36. Pérez Oquendo, Oscar | Agente | Carrera | Banda Policía |
| 37. Irizarry Acevedo, Eddie E. | Agente | Carrera | Banda Policía |
| 38. Falcón Rivera, Leticia | Agente | Carrera | Banda Policía |
| 39. Torres Hernández, Marcos A. | Agente | Carrera | Banda Policía |
| 40. Castro Fragoso, José | Agente | Carrera | Banda Policía |
| 41. Rojas Hernández, Jorge A. | Agente | Carrera | Banda Policía |
| 42. Lagomarsini Martínez, Michael | Agente | Carrera | Banda Policía |
| 43. Torres Torres, Cynthia | Agente | Carrera | Banda Policía |
| 44. Ruíz Díaz, Félix A. | Agente | Carrera | Banda Policía |
| 45. Vélez Rodríguez, Waldo | Agente | Carrera | Banda Policía |
| 46. Rivera Cruz, Rocío del Mar | Agente | Carrera | Banda Policía |
| 47. Díaz Roche, José | Agente | Carrera | Banda Policía |
| 48. Rosado Velázquez, William J. | Agente | Carrera | Banda Policía |
| 49. Mercado Martínez, Luis A. | Agente | Carrera | Banda Policía |
| 50. Rodríguez Ortiz, Grabiel | Agente | Carrera | Banda Policía |
| 51. Ceballos Molina, Carmen G. | Agente | Carrera | Banda Policía |
| 52. Rodríguez Ramírez, Pedro M. | Agente | Carrera | Banda Policía |
| 53. Vazquez Benítez, José L. | Agente | Carrera | Banda Policía |
| 54. Lugo Orsini, Joel | Agente | Carrera | Banda Policía |
| 55. Torres Hernández, Kervin | Agente | Carrera | Banda Policía |
| 56. Rivera Alvarado, Javier | Agente | Carrera | Banda Policía |
| 57. González Santana, José | Agente | Carrera | Banda Policía |

| | | | |
|---|---|---|---|
| 58. Vega Vega, Kayvan | Agente | Carrera | Banda Policía |
| 59. Martínez Picart, José | Agente | Carrera | Banda Policía |
| 60. Ortiz Cosme, José A. | Agente | Carrera | Banda Policía |
| 61. Rivera Cruz, Luis L. | Agente | Carrera | Banda Policía |
| 62. De Jesús Fonseca, Edgardo | Agente | Carrera | Banda Policía |
| 63. Kuilán García, Michael | Agente | Carrera | Banda Policía |
| 64. Collazo Quintana, Rafael | Agente | Carrera | Banda Policía |
| 65. Castro Ocaña, Marilyn | Teniente Coronel | Carrera | Asistente de la Superintendencia Auxiliar en Educación y Adiestramiento |
| 66. Colón Ríos, Juan E. | Teniente I | Carrera | Director Escuela de Administración, Supervisión y Liderazgo |
| 67. Cruhigger Olmeda, Jessica | Sargento | Carrera | Instructor |
| 68. Vitali Figueroa, Edwin | Sargento | Carrera | Coordinador Adiestramiento |
| 69. Flores Sánchez, Eric | Sargento | Carrera | Instructor |
| 70. Sánchez Méndez, Luis A. | Agente | Carrera | Instructor |
| 71. Rodríguez Reyes, Juan | Agente | Carrera | Sistema E-Time (Asistencia) |
| 72. Villahermosa Aguasvivas, Enrique | Agente | Carrera | Manejo de Emergencia – Encargado Propiedad |
| 73. Rivera Rosado, Desireé | Agente | Carrera | Receptora |
| 74. Maysonet Crespo, Héctor L. | Agente | Carrera | Instructor |
| 75. Rodríguez Báez, Eddie | Agente | Carrera | Supervisor Auxiliar Comedor |
| 76. Morales López, Mario | Agente | Carrera | Colabora en la confección de Alimentos |
| 77. Vargas Alvira, Reinaldo | Agente | Carrera | Encargado Sección Mantenimiento |
| 78. Arroyo Morales, Julio C. | Agente | Carrera | Labores de Mantenimiento |
| 79. Ruiz Ortiz, Carlos R. | Agente | Carrera | Encargado Sección Transportación |
| 80. Cartagena Castillo, Genaro | Agente | Carrera | Labora con la flota vehicular |
| 81. Pastrana Díaz, Jesús | Agente | Carrera | Técnico Computadora/Instructor |
| 82. Nieves Martínez, José E. | Agente | Carrera | Técnico de Informática/Instructor |
| 83. Rodríguez Berríos, José O. | Agente | Carrera | Técnico de Informática/Instructor |
| 84. Cruz Torres, Edwin D. | Capitán | Carrera | Decano Asuntos Académicos |
| 85. Pagán Mercado, Ramón | Agente | Carrera | Auxiliar Decano Asuntos Académicos |
| 86. Reyes Cotto, Yamil | Agente | Carrera | Encargado Programa FTO |
| 87. Dávila Ramos, Carlos M. | Agente | Carrera | Instructor |
| 88. Lamboy Rivera, Alfredo E. | Agente | Carrera | Instructor |

| | | | |
|---|---|---|---|
| 89. Lugo Ruiz, Roland | Agente | Carrera | Instructor |
| 90. Hiraldo Benítez, José R. | Agente | Carrera | Instructor |
| 91. Santiago Pastrana. Gisela | Sargento | Carrera | Instructor |
| 92. Rodríguez Marrero, Roberto | Sargento | Carrera | Instructor |
| 93. Encarnación Delgado, Jorge | Agente | Carrera | Instructor |
| 94. Santiago Soto, Héctor | Agente | Carrera | Labores en Biblioteca |
| 95. Díaz Polo, Yamilka | Sargento | Carrera | Registradora |
| 96. Ramos Ojeda, Rafael | Sargento | Carrera | Director Sección Eficiencia Física/Uso de Fuerza |
| 97. Díaz Rivera, Carlos E. | Agente | Carrera | Auxiliar Director Sección Eficiencia Física/Uso de Fuerza |
| 98. Cappas Vega, Jose A. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de fuerza |
| 99. López Perales, Santiago | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza |
| 100. Navarro Mejías, Denisse | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza |
| 101. Haddock Sánchez, Jorge L. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza |
| 102. Díaz Ramos, Héctor | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza |
| 103. Díaz Maldonado, Hugo E. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza |
| 104. Santana Velázquez, Elvin J. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza |
| 105. Fernández Santa, José C. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza |
| 106. Rodríguez González, Jennifer | Agente | Carrera | Instructor |
| 107. Jiménez Medina, Josephine | Sargento | Carrera | Auxiliar Decanato de Readiestramiento |
| 108. Rivera Pérez, Carmen I. | Sargento | Carrera | Instructor |
| 109. Hernández Castro, Carmen M. | Agente | Carrera | Instructor |
| 110. Rivera Pacheco, Maggie I. | Agente | Carrera | Sección Eficiencia Física/Uso de Fuerza |
| 111. Rodríguez Santiago, Ricardo | Agente | Carrera | Instructor |
| 112. Pérez Colón, Blanca R. | Teniente I | Carrera | Directora Escuela de Investigación Criminal |

| # | Name | Rank | Category | Position |
|---|------|------|----------|----------|
| 113. | Franco Ortiz, Tom | Sargento | Carrera | Auxiliar Directora Escuela Invest. Criminal |
| 114. | Beltrán Colón, Higinio | Sargento | Carrera | Instructor |
| 115. | Marreto Trinidad, Diana | Agente | Carrera | Instructor |
| 116. | Ramos Ortiz, Noel | Agente | Carrera | Instructor |
| 117. | Moctezuma Carrasquillo, Frances | Agente | Carrera | Instructor |
| 118. | Rodríguez Laboy, Cindy | Agente | Carrera | Instructor |
| 119. | Ortiz Resto, Wanda | Agente | Carrera | Instructor |
| 120. | Alvarado Rodríguez, Aracelys | Agente | Carrera | Instructor |
| 121. | Meléndez Ríos, Diana | Teniente I | Carrera | Decana Disciplina y Seguridad |
| 122. | Asia De Jesús, María E. | Sargento | Carrera | Auxiliar Decana Disciplina y Seguridad |
| 123. | Díaz Denis, Israel | Sargento | Carrera | Labores de Disciplina |
| 124. | Díaz Aponte, Gerardo | Sargento | Carrera | Labores de Disciplina |
| 125. | Carlo Rivera, Arleen | Agente | Carrera | Labores de Disciplina |
| 126. | De Jesús Aponte, Juan M. | Agente | Carrera | Labores de Disciplina |
| 127. | Luzunaris Marcano, Miguel A. | Agente | Carrera | Labores de Disciplina |
| 128. | Bruno González, Luis A. | Agente | Carrera | Labores de Disciplina |
| 129. | Cosme Rodríguez, Brenda L. | Agente | Carrera | Labores de Disciplina |
| 130. | López Ginorio, Iván | Agente | Carrera | Labores de Disciplina |
| 131. | González Gómez, Julio Y. | Agente | Carrera | Labores de Disciplina |
| 132. | Ramos Martínez, Maileen | Agente | Carrera | Labores de Disciplina |
| 133. | Arce Cruz, Norma | Sargento | Carrera | Supervisora Seguridad |
| 134. | Escalante Delgado, Eric N. | Sargento | Carrera | Supervisor Seguridad |
| 135. | Huertas Nieves, José L. | Sargento | Carrera | Supervisor Seguridad |
| 136. | Cedeño Rodríguez, Genaro M. | Agente | Carrera | Labores Vigilancia y Seguridad |
| 137. | Rivera Figueroa, Virgilio | Agente | Carrera | Labores Vigilancia y Seguridad |
| 138. | Díaz Díaz, Rolando | Agente | Carrera | Labores Vigilancia y Seguridad |
| 139. | Rivera Torres, Eduardo | Agente | Carrera | Labores Vigilancia y Seguridad |
| 140. | Dávila Vázquez, Brenda | Agente | Carrera | Labores Vigilancia y Seguridad |
| 141. | Anaya Arroyo, Rafael | Agente | Carrera | Labores Vigilancia y Seguridad |
| 142. | Lebrón Montañez, José E. | Agente | Carrera | Labores Vigilancia y Seguridad |
| 143. | Torres Muñóz, José H. | Agente | Carrera | Labores Vigilancia y Seguridad |
| 144. | Cedeño Rivera, Reynaldo | Agente | Carrera | Labores Vigilancia y Seguridad |
| 145. | Rodríguez Lassalle, Samily | Agente | Carrera | Labores Vigilancia y Seguridad |

| | | | |
|---|---|---|---|
| 146. Rivera Collazo, David R. | Agente | Carrera | Labores Vigilancia y Seguridad |
| 147. Rivera Santiago, Eddie | Agente | Carrera | Labores Vigilancia y Seguridad |
| 148. Quiñónes Matos, Edwin | Agente | Carrera | Labores Vigilancia y Seguridad |
| 149. Maldonado Hernández, Carmen | Agente | Carrera | Labores Vigilancia y Seguridad |
| 150. Rivera Velázquez, Lázaro | Agente | Carrera | Labores Vigilancia y Seguridad |
| 151. Anaya Sifuente, Guillermo | Agente | Carrera | Labores Vigilancia y Seguridad |
| 152. Flores Miranda, Benjamín | Agente | Carrera | Labores Vigilancia y Seguridad |
| 153. Ramos García, Francisco | Agente | Carrera | Labores Vigilancia y Seguridad |
| 154. Ramírez Rosario, Angel N. | Agente | Carrera | Labores Vigilancia y Seguridad |
| 155. Ojeda Torres, Orlando | Teniente II | Carrera | Decano Asuntos Estudiantiles |
| 156. Morales Espinell, Nilsa | Sargento | Carrera | Auxiliar Decano de Estudiantes |
| 157. Ortiz Hernández, Ernesto | Agente | Carrera | Labores Oficina de Servicios de Enfermería |
| 158. Colón García, Judith | Agente | Carrera | Labores Oficina de Servicios de Enfermería |
| 159. Colón Matos, Obed | Agente | Carrera | Labores Oficina de Servicios de Enfermería |
| 160. Martínez Rosario, Angel M. | Inspector | Carrera | Decano de Adiestramiento de Tiro |
| 161. Anaya Suárez, Julia I. | Agente | Carrera | Decanato Adiestramiento de Tiro |
| 162. Rivera Santos, Cándido | Agente | Carrera | Instructor |
| 163. Escobar Martínez, Andrés | Agente | Carrera | Instructor |
| 164. Romero Torres, Darlene M. | Agente | Carrera | Instructor |
| 165. Rosario Rosado, William | Sargento | Carrera | Director Polígono de Gurabo |
| 166. De León Reyes, Jorge | Sargento | Carrera | Instructor en Uso y Manejo de Armas |
| 167. Hernández Padilla, Raúl | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 168. Lugo Hernández, Rafael | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 169. Berríos Franco, Osvaldo | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 170. Sandoval Rivera, Eulises | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 171. Vazquez Robles, Héctor | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 172. Ventura Berberena, Ruperto L. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 173. Rivera Nieves, Luis R. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 174. Pellicier Valdés, Erick | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 175. Sánchez Díaz, Jorge L. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 176. Rivera Vargas, Víctor | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 177. Díaz Calzada, Nathanel | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 178. Feliciano Cruz, Rafael A. | Agente | Carrera | Instructor en Uso y Manejo de Armas |

| | | | |
|---|---|---|---|
| 179. Domena Ríos, José F. | Sargento | Carrera | Director Polígono Arecibo |
| 180. Tirado González, Alfredo | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 181. De Jesús Álamo, Javier | Sargento | Carrera | Instructor en Uso y Manejo de Armas |
| 182. Santiago Rivera, Gilberto | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 183. De Jesús Ortiz, Luis A. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 184. Hernández Millet, Moisés | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 185. Pagán Soto, Rubén | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 186. Arroyo Montalvo, Luis | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 187. Morales Rodríguez, David | Teniente II | Carrera | Director Polígono Isla de Cabras |
| 188. Lacén Cepeda, José | Sargento | Carrera | Instructor en Uso y Manejo de Armas |
| 189. Flores Morales, Pedro | Sargento | Carrera | Instructor en Uso y Manejo de Armas |
| 190. Alice Vega, Luis E. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 191. Quiles Santana, Jorge I. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 192. Carrillo Fuentes, Rubén | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 193. Martínez, Rivera, Osvaldo | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 194. Otero Esquerdo, Norbert | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 195. Charriez Clark, Carlos M. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 196. Ortiz Correa, Juan C. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 197. Rosa Robledo, Juan | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 198. Figueroa Rosado, James O. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 199. Crespo Flores, Zequiel | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 200. Ojeda Martínez, Erika E. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 201. Rivera Cartagena, Alejandro | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 202. Vargas Maldonado, Emmanuel | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 203. Rivera Cornier, Gil | Sargento | Carrera | Director Polígono Moca |
| 204. Múñiz Hernández, Jackeline | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 205. Ramos Vélez, Pedro | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 206. Matías Torres, Héctor L. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 207. Hernández Badillo, William | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 208. Torres Montalvo, Eddie | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 209. Ramírez Torres, René | Sargento | Carrera | Director Polígono Cabo Rojo — Mayagüez |
| 210. Sánchez Galarza, Luis M. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 211. Mercado Flores, María E. | Agente | Carrera | Instructor en Uso y Manejo de Armas |

| | | | |
|---|---|---|---|
| 212. Ramos Agostini, Luis A. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 213. Maldonado Acosta, Alexander | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 214. Rivera Pérez, Félix J. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 215. Matos Valentín, Osvaldo | Sargento | Carrera | Director Polígono Guayama |
| 216. Santiago González, Santos F. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 217. Ramos Vélez, Pedro | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 218. Rodríguez Vargas, Angel | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 219. Meléndez Rodríguez, Kelvin | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 220. Marcial Mattei, Reinaldo | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 221. Millán Santana, Daniel E. | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 222. Mariani García, Angel | Agente | Carrera | Instructor en Uso y Manejo de Armas |
| 223. Ramírez Hernández, Myrta | Reservista | Contrato | Labores Clericales |
| 224. Merced Centeno, María M. | Reservista | Contrato | Labores Clericales |
| 225. Gómez López, Gladys | Reservista | Contrato | Labores Clericales |
| 226. Sánchez Oyola, Carmen G. | Reservista | Contrato | Labores Clericales |
| 227. Ocasio Maldonado, Miriam | Reservista | Contrato | Labores Clericales |
| 228. Arimont Vázquez, Hilda | Reservista | Contrato | Labores Mantenimiento |
| 229. Alejandro Ayala, Ana Marie | Reservista | Contrato | Labores Clericales |
| 230. Rivera Colón, Mayra | Reservista | Contrato | Recaudadora |
| 231. Sánchez Díaz, Luz Nereida | Reservista | Contrato | Labores Clericales |
| 232. Muñiz Vázquez, Gerald | Reservista | Contrato | Labores Anfiteatro |
| 233. Núñez Díaz, José P. | Reservista | Contrato | Labores de Mantenimiento |
| 234. Rivera Rivera, Adelina | Reservista | Contrato | Labores de Mantenimiento |
| 235. Rivera Centeno, Domingo | Reservista | Contrato | Mensajero y Distribución Correspondencia Cuartel General |
| 236. Sánchez González, Dimas | Reservista | Contrato | Labores de Mantenimiento |
| 237. Rojas Santiago, Ricardo | Reservista | Contrato | Supervisor Mantenimiento |
| 238. Ramos Meléndez, Iris | Reservista | Contrato | Labores Clericales |
| 239. Rivera Alcázar, Angel | Reservista | Contrato | Instructor |
| 240. Cruz Ortiz, Rafael | Reservista | Contrato | Oficina Registraduría |
| 241. Sánchez Maldonado, Carmen | Reservista | Contrato | Coordinadoras de Capacitación |
| 242. Torrella Simonetti, Victoriana | Reservista | Contrato | Coordinadoras de Capacitación |
| 243. Rondón Derieux, Flavia V. | Reservista | Contrato | Labores Requisiciones y Propiedad |

| # | Name | Status | Role |
|---|---|---|---|
| 244. | Cintrón Vázquez, Luis A. | Reservista | Sección Comedor |
| 245. | Cruz Santiago, Miguel | Reservista | Sección Comedor |
| 246. | Montes Vázquez, Aníbal | Reservista | Sección Comedor |
| 247. | Santana Zambrana, Luis A. | Reservista | Sección Comedor |
| 248. | Llop Ramírez, Guelmarie | Contrato | Relaciones Públicas |
| 249. | Torres Pérez, Hilda | Contrato | Oficina Registraduría |
| 250. | Green Torres, James | Contrato | Programador Oficina Registraduría |
| 251. | Ferrer Toledo, Ralip | Contrato | Asesora Académica |
| 252. | Rodríguez Pagán, Orlando | Contrato | Asesor Académico/Instructor |
| 253. | González Báez, Beniliz | Contrato | Asesora Académica/Instructor |
| 254. | De L. Tirado Cruz, Jovaika M.A | Contrato | Instructor |
| 255. | Peluyera Santiago, Jesús JD | Contrato | Instructor |
| 256. | Vidal Rios, Pedro JD | Contrato | Instructor |
| 257. | Medina Cruz, Janet MA | Contrato | Instructor |
| 258. | Martínez Meléndez, Dorca M.A. | Contrato | Instructor |
| 259. | Bauzá Hernández, Milagros A. M.A. | Contrato | Instructor |
| 260. | Ortiz Rodríguez, Heidi A. JD | Contrato | Instructor |
| 261. | Serrano Bonilla, Frank JD | Contrato | Instructor |
| 262. | Vidal Valdez, Maribel JD | Contrato | Instructor |
| 263. | Rivera, Luis Armando JD | Contrato | Instructor |
| 264. | Reyes Pérez, Jun Arian M.A | Contrato | Instructor |
| 265. | Rodríguez Ramos, José Oscar M.A. | Contrato | Instructor |
| 266. | Rodríguez Santiago, David M.A | Contrato | Instructor |
| 267. | Martínez Maisonave, Ileana JD | Contrato | Instructor |
| 268. | Barbosa Serrano, Luz PH.D | Contrato | Instructor |
| 269. | García, Juan R. B.A | Contrato | Instructor |
| 270. | Laracuente Lugo, Gisela B.A | Contrato | Redactora |