UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# ORDER

**The Closed Hearing originally set for October 7th, 2016 at 4:00 PM is ADVANCED to 2:00 PM in Old San Juan Courtroom before Hon. Gustavo A. Gelpi.** This hearing is for the Court to hear the Puerto Rico Police Reform as to matters pertaining to undercover police affairs. Specifically recruitment, training and all other matters that may be impacted by the Police Reform. Due to the sensitive nature of the undercover process the hearing will not be open to the public, given that the Court finds that the government's interest in the matter outweighs the public's interest in such information.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of September of 2016.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge