RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4025 |
|---|---|
| Date: | 9/20/2016 |
| Amount due (U.S. $): | 1460.00 |
| Terms of payment: | NET 15 |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement August 2016):  Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| | | | Total: $ | 1460.00 |

Page 1 of 1



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico
P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha:       10/1/2016
Factura #:   2017-0154

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 10/1/2016 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax:   $0.00
Total:       $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI

---

ID Cliente       TCAPR
Nombre Cliente   TCAPR Corp.

Fecha:       10/1/2016
Factura #:   2017-0154

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 10/1/2016 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Favor de remitir su pago con este talonario a la dirección postal:
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

Sales Tax:   $0.00
Total:       $3,000.00

OK [signature]

 

Puerto Rico Telephone

Factura    09/04/16
Cuenta     769528798   2
Núm. Servicio 765-2209-978
Página     1 de  3

| FECHA DE VENCIMIENTO | 10/03/16 |
|---|---|
| TOTAL A PAGAR | $187.64 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000018764 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

Por favor, desprenda este talón y devuélvalo con su pago.

Factura    09/04/16
Cuenta     769528798   2



Descarga el APP HOY

- Accede tu cuenta
- Paga tu factura
- Chatea online



| RESUMEN DE SU CUENTA | Balance Anterior | $ 187.64 |
|---|---|---|
| | Pagos Recibidos - ¡Gracias! | 187.64CR |
| | Ajustes | 0.00 |
| TOTAL BALANCE VENCIDO | | $ 0.00 |
| SERVICIOS TELEFONIA FIJA | | 187.64 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 10/03/16 | | $ 187.64 |
| TOTAL A PAGAR* | | $187.64 |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.