## Antonio R. Bazán

Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

September 28, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-09**

Sir:

The following is a detailed statement of the hours worked on legal   advice/
consultations/meetings for the TCAPR Corp. during the month of September 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---------|---------|------------------------------|
| 9/01/2016 | 8 hrs. 9:00 am to 6:00pm | 12cv-2039 (GAG) Mayaguez Hearing |
| 9/02/2016 | 8 hrs. 9:00 am to 6:00pm | 12cv-2039 (GAG) Mayaguez Hearing |
| 9/09/2016 | 2 hrs. 5:00 to 7:00 pm | Review and legal assessment of Community based policing and Crisis Management |
| 9/12/2016 | 3 hrs. 4:00 to 7:00 pm | Review and legal assessment on Ingress & Egress Cells, Order and PRPD Forms, General Order PREA. |
| 9/13/2016 | 2 hrs. 2:00 ro 4:00 pm | PRPD Academy Syllabus, Recommendations of initial 2 of 11. |
| 9/14/2016 | 1.5 hrs.  10:15 to 10:45 am and 1:00 to 2:00 pm | PREA forms reviewed (J. Romero) and legal assessment of Syllabus on Criminal Investigation and Proper Handling of Crime Scene |
| 9/15/2016 | 2.5 hrs.  5:00 to 6:15 pm and 6:15 to 7:30 pm | Assessment and Comments of Syllabus on Cyberculture and Impact of Technology, Syllabus on Blood Pathogens, First Aid and First Respondent Training. |
| 9/16/2016 | 1 hr. 8:00 to 9:00 pm | Comments and legal Assessment on Syllabus on Rules of Evidence |
| 9/19/2016 | 1 hr. 2:45 to 3:45 pm | Comments  and  legal  Assessment  of  Syllabus  on Traffic Laws and Protocols |
| 9/26/2016 | 1 hr. 7:00 to 8:00 pm | Preparation and filing of motion in case 12cv-2039 (GAG) |
| 9/28/2016 | **30 hrs.Total hours billed** | 30 hrs. x $125.00 =$3,750.00 |

**Page 1 of 2**

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

      *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.



## CASTELLANOS GROUP, P.S.C.

September 12, 2016

**MR. ERIC GUZMÁN**
Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR, 00918

### Invoice for Services Rendered to the TCA during the month of August 2016

The present invoice includes an itemized description of the services that were rendered by ALFREDO CASTELLANOS during the month of August 2016 through September 2, 2016.

*Draft: Revised Invoice by the TCA's Office for discussion purposes only.*

| Date | Description | Hours |
|---|---|---|
| 08/01/2016 | Telephone Communication with Mrs. Vilma Pérez Portalatín Re: Coordination of Meeting for Participation in Public Hearing | .25 |
| 08/01/2016 | Communications with Mr. Wálter Santiago Re: Coordination of Meeting for Participation in Public Hearing | .50 |
| 08/01/2016 | Written Communication to Col. Clementina Vega Re: August 10th Public Hearing | .25 |
| 08/01/2016 | Communication with Mr. José Díaz of Tallaboa Encarnación Re: Confirmation of Meeting set for 08/02/2016 | .25 |
| 08/01/2016 | Communication with Dr. Michelle Hernández de Fraley Re: Confirmation of Meeting set for 08/02/2016 | .25 |
| 08/01/2016 | Communication with Dr. Nicolás Linares Re: Confirmation of Meeting set for 08/02/2016 | .25 |
| 08/01/2016 | Communication with Mrs. Tatty Escobar Re: Participation in Public Hearing | .25 |
| 08/02/2016 | Meeting with Mr. José Díaz and Mr. Luis Enrique Martínez Acosta of Tallaboa Encarnación Re: Participation in Public Hearing | 2.50 |
| 08/02/2016 | Meeting with Dr. Nicolás Linares Re: Participation in Public Hearing | 2 |
| 08/02/2016 | Meeting with Dr. Michelle Hernández de Fraley Re: Participation in Public Hearing | 1 |
| 08/02/2016 | Telephone Communication with Tourism Company of Puerto Rico Re: Confirmation of Meeting set for 08/03/2016 | .25 |
| 08/03/2016 | In Progress Report: Month of August | 2.75 |
| 08/04/2016 | Follow up Communications with Mr. José Díaz Re: Participation in Public Hearing | .50 |
| 08/04/2016 | Follow up Communication with Mrs. Dagmary Fornes | .25 |



## CASTELLANOS GROUP, P.S.C.

| | | |
|---|---|---|
| 08/08/2016 | Written Communication with Mr. Josue González of ACLU<br>Re: Community Participation in the Public Hearing | .25 |
| 08/08/2016 | Communications with the Court<br>Re: August 10th Public Hearing | 1.25 |
| 08/09/2016 | Written Communication to Mrs. Linda Navedo and Mr. Eric Guzmán<br>Re: Coordination of Conference Call | .50 |
| 08/10/2016 | Public Hearing in San Juan | 4 |
| 08/13/2016 | Review the Commonwealth's Motion for Leave filed on 08/12/2016 | .25 |
| 08/13/2016 | Communications with the Court, the TCA and the TCA's Counsels<br>Re: Ride Alongs | .50 |
| 08/15/2016 | Review the Commonwealth's Response to the 6 month Report of the TCA | .50 |
| 08/15/2016 | Telephone Communication with Dr. Michelle Hernández de Fraley<br>Re: Participation in Public Hearing | .25 |
| 08/15/2016 | Communications with Mrs. Adriana Cortina Martínez, Esq. of St. James Security<br>Re: Coordination of Meeting for Participation in Public Hearing | .50 |
| 08/15/2016 | Communications with Dr. Javier Aceves<br>Re: Participation in Public Hearing | 1.25 |
| 08/16/2016 | Communication with Sgt. Lourdes Rivera<br>Re: Participation in Public Hearing | .25 |
| 08/16/2016 | Written Communication to Ms. Mari Mari Narváez of GRUCORPO<br>Re: Community Participation in the Public Hearing | .25 |
| 08/16/2016 | Communication to Col. Clementina Vega<br>Re: Proposed Speakers | .25 |
| 08/16/2016 | Written Communication to Mrs. Sandy Foster Borras<br>Re: Invitation to Participate in Public Hearing | .25 |
| 08/16/2016 | Communication with Mrs. Neldys Cruz<br>Re: Proposed Speakers | .25 |
| 08/16/2016 | Communication with Mrs.Vilma Pérez Portalatín<br>Re: Participation in Public Hearing | .25 |
| 08/16/2016 | Communication with Dr. Nicolás Linares<br>Re: Participation in Public Hearing | .25 |
| 08/16/2016 | Communications with Hon. José Guillermo Rodríguez Rodríguez<br>Re: Participation in Public Hearing | .50 |
| 08/16/2016 | Communication with the Court<br>Re: Proposed Speakers | .75 |
| 08/17/2016 | Communication with Mr. José Vega, Esq.<br>Re: Participation in Public Hearing | .25 |
| 08/17/2016 | Communication with Mrs. Georgina Candal, Esq.<br>Re: Participation in Public Hearing | .25 |



CASTELLANOS GROUP, P.S.C.

| Date | Description | Hours |
|---|---|---|
| 08/17/2016 | Coordination of Meeting set for 08/18/2016 | .50 |
| 08/17/2016 | Preparation for Meeting set for 08/18/2016 | .75 |
| 08/18/2016 | Communications with Mrs. Sandy Foster Borras Re: Invitation to Participate in Public Hearing | .50 |
| 08/18/2016 | Communications with Dr. Juan Centeno Re: Participation in Public Hearing | .50 |
| 08/18/2016 | Communications with Col. Clementina Vega Re: Dr. Juan Centeno's Participation in the Public Hearing | .75 |
| 08/18/2016 | Telephone Communication with Sgt. José Hernández Padilla Re: Visit to Añasco K-9 Division | .25 |
| 08/18/2016 | Telephone Communication with Sgt. Wilfredo Padilla Re: Visit to Cabo Rojo's FURA Division | .25 |
| 08/18/2016 | Communications with Dr. Javier Aceves Re: Participation in Public Hearing | 1.25 |
| 08/18/2016 | Communication with Mr. Dennis Villanueva Re: Coordination of Meeting | .25 |
| 08/18/2016 | Preparation for Meetings set for 08/19/2016 | 2.25 |
| 08/19/2016 | Meeting with Dr. Juan Centeno Re: Participation in Public Hearing | 1 |
| 08/19/2016 | Communications with Mrs. Tatiana Alejandro, Esq. of the Puerto Rico Tourism Company Re: Participation in Public Hearing | .50 |
| 08/19/2016 | Communications with Dr. Aceves Re: Participation in Public Hearing | .75 |
| 08/19/2016 | Communication with Mrs. Tatty Escobar Re: Participation in Public Hearing | .25 |
| 08/19/2016 | Reviewed Article "Se suicida teniente de la Policía" | El Nuevo Día | .50 |
| 08/22/2016 | Telephone Communication with Col. Rosado Re: Meeting Confirmation | .25 |
| 08/22/2016 | Communications with Col. Clementina Vega Re: Public Hearing Logistics | 1.50 |
| 08/22/2016 | Communication with Ms. Dagmary Fornes Re: Participation in Public Hearing | .25 |
| 08/22/2016 | Communication with Mrs. Tatiana Alejandro, Esq. of the Puerto Rico Tourism Company Re: Participation in Public Hearing | .25 |
| 08/22/2016 | Communication with Col. Clementina Vega Re: Speakers Time | .25 |
| 08/22/2016 | Coordination of Visit to Mayagüez and Preparation for Meetings set for 08/24/2016-08/25/2016 | 5.75 |
| 08/22/2016 | Written Communication to Hon. José Guillermo Rodríguez Re: Executive Summaries | .25 |
| 08/22/2016 | Communication with Mr. Felipe Morales of Movimiento de Mayagüez Pro Desarrollo del Oeste Re: Invitation to Participate in Mayagüez Public Hearing | .50 |



CASTELLANOS GROUP, P.S.C.

| Date | Description | Hours |
|------|-------------|-------|
| 08/25/2016 | Telephone Conference with Col. Luis Colón<br>Re: Public Hearing | 2.50 |
| 08/25/2016 | Meeting with Mr. Marcos Rivera Rivera, Esq. and Mrs. Adriana Cortina Martínez, Esq, of St. James Security<br>Re: Assistance to Public Hearing | 1.50 |
| 08/25/2016 | Telephone Conference with Mr. Felipe Morales of Movimiento de Mayagüez Pro Desarrollo del Oeste<br>Re: Participation in Public Hearing | 2.25 |
| 08/25/2016 | Telephone Conference with Mr. José Vega, Esq.<br>Re: Participation in Public Hearing | 1.75 |
| 08/25/2016 | Meeting with Col. Clementina Vega<br>Re: Public Hearing Logistics | 2 |
| 08/26/2016 | Interested Members of the Community<br>Re: Confirmation of Attendance to the Public Hearing | 3.25 |
| 08/26/2016 | Review Col. Miguel Rosado's Presentation | 1 |
| 08/26/2016 | Communications with Mrs. Tatiana Alejandro, Esq. of the Puerto Rico Tourism Company<br>Re: Participation in Public Hearing | .75 |
| 08/26/2016 | Review Mrs. Dagmary Fornes' Presentation | 1 |
| 08/26/2016 | Review Final Scheduling Order | .50 |
| 08/26/2016 | Notice to Interested Parties<br>Re: Final Scheduling Order for the Mayagüez Public Hearing | 2.50 |
| 08/26/2016 | Notification of Official Identifications to Federal Marshal Manuel Varela | .50 |
| During the last week of August | Communications with Guest Speakers<br>Re: Information Requests and Public Hearing Logistics | 4.75 |
| 08/29/2016 | Review communications and responses regarding Promotions | 1.25 |
| 08/29/2016 | Communications with Federal Marshal Mr. Manuel Varela<br>Re: Public Hearing Security Logistics | .75 |
| 08/29/2016 | Review Article "New Orleans Program Teaches Officers to Police One Another" \| The New York Times | .50 |
| 08/29/2016 | Communications with Sgt. Gamaliel Dumeng<br>Re: Participation in Public Hearing | 1 |
| 08/29/2016 | Communications with Mrs. Georgina Candal, Esq.<br>Re: Participation in Public Hearing | .50 |
| 08/29/2016 | Communications with Hon. Efraín Rivera's Chambers<br>Re: Participation in Public Hearing | 1.25 |
| 08/29/2016 | Review Mr. Felipe Morales' Presentation | .75 |
| 08/29/2016 | Communications with Hon. Aixa Rosado<br>Re: Public Hearing Logistics | .50 |
| 08/29/2016 | Telephone Communication with Col. Agustín Marrero<br>Re: Participation in Public Hearing | .50 |



CASTELLANOS GROUP, P.S.C.

| 08/29/2016 | Communications with Sgt. Lourdes Rivera Re: Speakers Information | .50 |
|---|---|---|
| 08/31/2016 | Communications with Sgt. Lourdes Rivera Re: Speakers Information | 1.50 |
| 08/31/2016 | Arrangements with the Press Regarding their Attendance and Coverage During the Public Hearing | 1 |
| 08/31/2016 | Conversations with Hon. Federico Hernández Denton Re: Public Hearing | 2.50 |
| 08/31/2016 | Confirmation of Equipment with Translation Company | .50 |
| 08/31/2016 | Visit to the Mayagüez Courthouse with Mr. Dámaso Ramos, Executive Director and Mr. José Crespo Court Clerk Re: Final Rundown of the Hearing | 4.50 |
| 08/31/2016 | Final List of Confirmed Attendance for the Public Hearing | 2 |
| 08/31/2016 | In Progress Report: Status Prior to the Public Hearing | 3.50 |
| 09/01/2016 | Public Hearing: First Day | 10 |
| 09/02/2016 | Public Hearing: Second Day | 10 |
| | **Total Hours** | **109.50** |
| | **Billing Rate** | **$125 p/h** |
| | **Total Amount** | **$13,687.50** |

*Federico Hernández Dentón*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH — I ofi.1201
Hato Rey Puerto Rico 00918

September 27, 2016

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

## Invoice For Services Rendered To The TCA during The Month of September 2016.

The present invoice includes services that were rendered by FEDERICO HERNÁNDEZ DENTON during the month of September 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 9/1/2016 | Public Hearing of the U.S. District Court – PRPD Constitutional Reform. | 10 |
| 9/2/2016 | Public Hearing of the U.S. District Court – PRPD Constitutional Reform. | 10 |

| | | |
|---|---|---|
| Total Billed Hours | | 20 |
| TOTAL | | $ 2,500.00 |

FEDERICO HERNÁNDEZ DENTON

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked my capacity as Legal Advisor.*

# PROFESSIONAL SERVICES RENDERED: INVOICE

From:  Guillermo A. Baralt Miró, Esq.     To:   TCA Corp.                    DATE: September 28, 2016
       2070 Calle 1 Apto 215B                   268 Muñoz Rivera,
       Guaynabo, Puerto Rico                    World Plaza, Suite 1001
       (787) 236-0645                           San Juan, PR 00961
       guillermobaralt@outlook.com

## LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD ENDING ON 9/28/2016

| DATE | HOURS | SERVICE RENDERED |
|------|-------|------------------|
| 8/29/2016 | 7 | Core Team Visit |
| 8/31/2016 | 2.5 | Travel to Mayaguez |
| 9/1/2016 | 8 | First Day Public Hearings |
| 9/2/2016 | 8<br>2.5 | Public Hearing (Cont..)<br>Travel to San Juan |
| 9/5/2016 | 5 | First Syllabus Review (Cont..) |
| 9/7/2016 | 3 | Began Second Revision of Proposed Training Material |
| 9/8//2016 | 5 | |
| 9/13/2016 | 7 | |
| 9/14/2016 | 7 | |
| 9/15/2016 | 6 | |
| 9/16/2016 | 6 | |
| 9/17/2016 | 4 | |
| 9/18/2016 | 5 | |
| 9/19/2016 | 6 | |

# PROFESSIONAL SERVICES RENDERED: INVOICE

| | | |
|---|---|---|
| 9/20/2016 | 2 | Finished Second and Final Revision of Proposed Training Material for Approval |
| 9/22/2016 | 6 | Work related to Promotion and the criteria employed in the process off evaluation of candidates. |
| Total time invested (hours) | 90 | |
| Billable Services Rendered on the month of July (hours) | 10*** | |
| Total Billable Hours | 100 | |
| Rate ($) | 20.00 | |
| Total Due | $2,000 | |

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to publish or maintain confidential, as legally recognized by Local and Federal statutes.

**This invoice is only for billable services rendered. It does not represent an exhaustive list of all work performed.

***35 Hours of services provided rendered for the month of July were not billed for. Presently, conditions allow for the billing of those unpaid hours.

_____
Guillermo A. Baralt Miró, Esq.

September 28, 2016_____
Date

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

I#2016-15

DATE:9-30-2016

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:

Services: September 30, 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 9-1-16 Transportation to Mayaguez-hearing-Judicial Center | 1 day | 1,300.00 | 1,300.00 |
| 9-2-16 Transp. To Mayaguez-Hearing-Judicial Center | 1 day | 1,300.00 | 1,300.00 |
| Activities Sept 3 through Sept 30:<br>Bayamon West Ride-along reports            2 hrs.<br>North Caguas Ride-along reports            2 hrs.<br>Review and reports on of PRPD Forms PPR-82, PPR-82A,<br>PPR82B, PPR-82C, PPR-82D            4 hrs.<br>Rev/recom on Final PREA Lockup Standards    1.5 hrs.<br>Prep of October site visit agenda        1 hr.<br>Review of PRPD Policy "PREA"            1.5 hrs.<br>Review and comments on PRPD Forms: How to Report<br>Improper Sexual Conduct, Risk Analysis, Data List of<br>Incidents of Sex Crimes            3.5 hrs.<br>Review PRPD Policy on Ingress/Egress of Cells  3.5 hrs.<br>Tel Calls/Emails with TCA CT's            1 hr.<br>            TOTAL HOURS WORKED        20 hrs. | | | |
| TOTAL HOURS BILLED            17.33 | 17.33 hrs. | 150/hr | 2,600.00 |
| TOTAL BILLED | | | 5,200.00 |

Signature _Rafael E Ruiz_

Date: 09/30/2016

# INVOICE FOR PROFESSIONAL SERVICES: SEPT 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227
720-232-5812 | ALYOUN@AOL.COM

A:     **TCAPR, LLC**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of SEPTEMBER 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 1/Sept | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 2/Sept | $1,300.00 |
| Researched, reviewed and obtained information on best police practices concerning Drug, Narcotics, and Illegal Weapons ( 4 hours) | X | N/A | 6/Sept | 600.00 |
| Researched, reviewed and obtained information on best police practices concerning Candidate Profiles for Chiefs of Police (3.3 hours) | X | N/A | 12/Sept | 500.00 |
| Researched, reviewed and obtained information on best police practices concerning General Order of Management/Administration (2 hours) | X | N/A | 15/Sept | 300.00 |
| Provide monitoring tables for Supervision & Management Action Plan (2 hours) | X | N/A | 18/Sept | 300.00 |
| Provide monitoring tables for Recruitment Action Plan Action Plan (2 hours) | X | N/A | 18/Sept | 300.00 |
| Researched, reviewed and obtained Organizational Strategy Guide (2 hours) | X | N/A | 21/Sept | 150.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Researched, reviewed & obtained information on best police practices for Interview & Interrogation Class (2 hours) | X | N/A | 23/Sept | 150.00 |
| Obtained information on Prosecutors Guide from Chilie (2 hours) | X | N/A | 23/Sept | 300.00 |
| TOTAL OF BILLABLE HOURS 17.3 HOURS @ $150): | | | | 2,600.00 |
| TOTAL 0 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | 5,200.00 |

INVOICE PRESENTED BY:

Alan C. Youngs
TCA Core Team
September 30, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

# INVOICE FOR PROFESSIONAL SERVICES: SEPTEMBER 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      TCAPR Corp.
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of September/2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Public Hearing: Mayaguez | N/A | X | 1/ SEPT | $1,300.00 |
| Public Hearing: Mayaguez | N/A | X | 2/ SEPT | $1,300.00 |
| Sessions of work in attention to the following matters: receipt, distribution and follow-up of the politics corresponding to the month of September/2016; drafting of document related to the upcoming TCA Six Month Report; follow-up of outstanding issues, sent and review of electronic communications; among other matters. (21.0 hrs) | N/A | X | 4-10/ SEPT | |
| Sessions of work in attention to the following matters: review, study and analysis of documents related to the best practices and draft documents as part of the review process for the following policies submitted by the PRPD corresponding for the month of September/2016: P.R.E.A, juvenile and minors policies, administration policy; work related to the development of the agenda between the TCA Core Team and the Reform of Office corresponding to the month of October/2016; work related to the syllabus academy; draft of emails and calls for the attention and follow of different matters with the members of the Core Team; review, reading and analysis of documents in preparation for the next TCA Core Team visit; among other matters. (12.0 hrs) | N/A | X | 11-17/ SEPT | |
| Working session for the follow up of policies | N/A | X | 18-24/ SEPT | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| corresponding to the month of September/2016, for the syllabus of the Academy, for the agenda of the TCA Core Team, conferences call with the TCA and the members of the Core Team, among other matters. (8.0) | | | | |
| Assistance and participation in meeting with the TCA Arnaldo Claudio, Cor. Clementina Vega and others for the discussion of the next visit agenda; worked related to the policies and syllabus of the Academy; review, analysis and draft of the General Order for the Reorganization of the Auxiliary Superintendency of Administration; meeting with the PRPD for the discussion of General Orders for the Employee Support Program an Internal Audit, among other matters. (21.00) | N/A | X | 25-30/SEPT | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLES DAYS WORKING ON THE "TCA CORE TEAM WEEK" | $2,600.00 |
| TOTAL OF BILLABLE HOURS (17.33 HOURS @ $150): | $5,200.00 |
| TOTAL TO BE BILLED: | $5,200.00 |
| TOTAL HOURS WORKED "PRO BONO": 44.67 HOURS | |

INVOICE PRESENTED BY:

_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
September 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA                    Date: _____, 2016
President
TCAPR Corp.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

September 30, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 028
FOR PROFESSIONAL SERVICES RENDERED SEPTEMBER 2016

Thursday, Sept 1, 2016        Mayaguez re: Public Hearing

Friday, Sept 2, 2016        Mayaguez re: Public Hearing

### 2 DAYS (DAY RATE $1,300) = $2600

Sept 1-31    Prepared comments on Bayamon West Ride Along 1.5 hrs.
Prepared comments on Procedures Caguas North Ride Along 1.5 hrs.
Reviewed PRPD's policy on Ingress and Egress of Cells 4 hrs.
Prepared comments on the above policy 3 hrs.
Reviewed the following PPD Forms: Condition of Persons Entering/Exiting
Cells, PPR-82, Condition of Minor in Secure Custody, PPR-82A, (Property)
Consent re: Cells, PPR-82B, Registration of Visitors of Persons Incarcerated
In Cells, PPR-82C, Cell Inspection, PR-82D 3 hrs.
Prepared comments on the above 3 hrs.
Reviewed PRPD's policy on Prison Rape Elimination Act (PREA) 2 hrs.
Researched the "Final PREA Lockup Standards" 1.5 hrs.
Prepared comments on the above policy 3 hrs.
Reviewed the following PRPD Forms: How to Report Improper Sexual
Conduct, PPR_, Risk Analysis (PREA), PPR_, Data List of Incidents of
Sex Crimes, PPR_ 3 hrs.
Prepared comments on the above. 3 hrs.
Conferred with TCA Core Team members via emails/telephone 1.5 hrs.
Prepared comments re: levels of Force for Six Month Report 1 hrs.
Prepared recommended October Site Visits. 1.5 Hrs.

**TOTAL HOURS:  32 HOURS 30 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =  15 HOURS 10 MINUTES**

**TOTAL: $5200**

**VOUCHER**

Invoice for Date of Service:   September 2016

TO:  TCA Corporation

FROM: Gerard LaSalle, Ph.D. LLC   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

PHONE: 973-943-3167   jlasalle24@comcast.net

TAX ID: 20-5830242

CASE: Reform Agreement Police of Puerto Rico

<u>Professional Fee</u>

Hourly rate (off-site):                                                    $150.

                                                                          Hour(s)

<u>Month of September:13-28</u>

   (1) Communicate with TCA and prepare written reports to include draft of 5th semiannual report

Total payable hours: 26 x $150. per hour                          $ 3900

TOTAL AMOUT DUE                                                  $3900

_____                          _____

Gerard LaSalle

_____                          _____

Arnaldo Claudio, TCA

## INVOICE FOR PROFESSIONAL SERVICES:

SEPTEMBER 1- SEPTEMBER 28, 2016
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:    TCAPR Corp.
          #268 Muñoz Rivera
          Suite 1001, World Plaza
          San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of September 2016 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| on-site PRPD | | | 9/1, 2 | 2600.00 |
| Review Analysis and side by side comparison of IT General Order | 3.25 | | 9/13,14,15 | 487.50 |
| Develop and crosswalk October IT visit agenda with past reviews | 1.25 | | 9/17 | 187.50 |
| Research - Law Enforcement Organizations GovernancePractices for technology | 2.25 | | 9/18 | 337.50 |
| emails to/from core team, telcon withCore team on Action Plan and October Agenda | 0.75 | | 9/18, 19 | 112.50 |
| Review and Map October Onsite agenda to the decree and IT action Plan per TCA Request | 2.75 | | 9/19, 20 | 412.50 |
| Analyze and Develop   IT Task Matrix with Equal Protection AP | 1.50 | | 9/22 | 225.00 |
| Analyze and develop IT task matrix for Administrative Complaints, Use of force and Search and Seizures | 4.75 | | 9/24 | 712.50 |
| Reconcile/Normalize Task matrix actions with existing versions of translated action plans | 2.75 | | 9/26 | 412.50 |
| email review, agenda, translation | 0.50 | | 9/27 | 75.00 |
| mapping of  Core team methodologies for assessment to   the IT Task matrix | 2.00 | | 9/27 | 300.00 |
| Emails and review of DOJ comments to IT General Order | 0.25 | | 9/28 | 37.50 |
| | | | | |
| TOTALS | 22.00 | | | $5900 |
| | | | | |
| TOTAL AMOUNT OF BILLABLES DAYS WORKING IN PUERTO RICO X 2 days | | | | $2600 |
| TOTAL OF BILLABLE HOURS (20.33) HOURS @ $150): | | | | $3050 |
| TOTAL OF HOURS NOT BILLABLE "PRO BONO" (1.66 HRS) | | | | $250 |
| TOTAL BILLABLE AMOUNT | | | | $5650 |

1

INVOICE PRESENTED BY:
____//Signed//_____9/28/2016
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

2

# INVOICE FOR PROFESSIONAL SERVICES: SEPTEMBER 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:   TCAPR, LLC
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of September 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico: See TCA Agenda, court Hearing + post hearing related work (20.0 hours) | N/A | X | Friday-Saturday, September 2-3, 2016 | ($1,300 @ 2 days = $2,600) |
| Work from New York City: Correspondence and communications with TCA, TCA team and PRPD (2.0 hours) | X | N/A | Wednesday, September 7, 2016 | (2 @ $150 = $300) |
| Work from New York: Prep work for policies on juveniles and detention, review of policies, review of hate crime edits (14.0 hours) | X | N/A | Saturday - Sunday, September 10-11, 2016 | (14 @ $150 = $2,100) |
| Work from New York City: Review of PRPD request on officer interviews, communications with TCA and TCA team, call with PRPD (3.0 hours) | X | N/A | Tuesday- Wednesday August 13-14, 2016 | (3 @ $150 = $450) |
| Work from New York City: Final submission of TCA AP methodology for policies and training, Communications with TCA (1.0 hours) | X | N/A | Friday 15, 2016, | (1 @ $150 = $150) |
| Work from New York City: IT General Order and TCA comments, line edits, work on assigned policies, review of best practices | X | N/A | Saturday- Sunday, September | (8 @ $150 = $1,200) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| (8.0 hours) | | | 17-28, 2016, | 6800 |
| Work from New York City: Final review of assigned policies, review of best practices, draft response, review DOJ comments (14.0 hours) | X | N/A | Saturday through Tuesday, September 24-27, 2016 | (14 @ $150 = $2,100) |

| | | |
|---|---|---|
| | TOTAL HOURS WORKED: 52.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (2 days, 20 HOURS) | | $2,600 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (42 HOURS @ $150): | | $4,950 |
| TOTAL TO BE BILLED: | | $8,900 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
September 28, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

# INVOICE 0117

8/31/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Aug 27-Sep 3, 2016 to TCA Core Team, | |
| which includes the following: | |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (San Juan, Caguas, Bayamon, Mayaguez [*Wed-Fri*] | |
| TCA Office, and Headquarters in Hato Rey) | |
| | |
| Total Hours Worked: 91 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com



**kmart**

BIG KMART STORE 7783
TRES MONJITA PARK
HATO REY, PR 00918
(787)282-2280

**** SHOPYOURWAY ****
**** Members Save More ****

CASHIER: ZACHA
GENERAL MERCHANDISE
02394249068   16GB BLUE          11.99 [

            SUBTOTAL             11.99
            SUT STATE             1.26
            SUT LOCAL              .12
    **** TOTAL                   13.37
            Cash                 20.40
            CHANGE                7.03

TOTAL NUMBER OF ITEMS = 1



          ØMY WVY CIF ØØQ 3WR QØL

    RECEIPT# 07783 092116 004 54666

09/21/16 11:55 AM 7783 04 5466 0229


CONTROL: D6PJZ-41021

MERCHID: 67190077834

H

*Jssue*

```
        PUMA BUCARE
     TURQUESA ESQ. AMATISTA
    BUCARE, GUAYNABO, PR 00969

CASH          REC# 54963        09/01/16


      ****  RECIBO  ****

  1  GASOLINA
                                  40.00
                              ------------
                                  40.00
              TAX MUN . . . . .     .00
              TAX EST . . . . .     .00
                              ------------
      TOTAL DE LA VENTA . . . .   40.00

      CAMBIO DE   40.00  -   .00
```

```
        2-G A  20:20:55
```

```
* * * * * * PIDA SU RECIBO * * * * * * *
*                                       *
*          IVULOTO:                      *
*      ERROR EN COMUNICACION!            *
*          CONTROL -                     *
*                                       *
* * * *  Con el IVU Todos Ganamos  * * * *
```

*Paul Jesse*

```
        MANOLIN S S
     TEL  787  733  1775

 Descr.            qty        amount
 ------           ---        ------
 REG  CA #02    56.022L        34.01
                @ 0.607/ L
    Prepay Fuel              -40.00

          Sub Total          -5.99
              MUN             0.00
              EST             0.00
      TOTAL               -5.99
              CASH  $       -5.99
THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01  TRAN# 15805
08/30/16  20:36:21           ST# AB123
```

```
        BIENVENIDOS A
   FOOD & GAS S.STA.

 Descr.          Qty        amount
 --------        ----       ------
 Prepay Gas04               $2.00

                Sub Total    $2.00
                     Tax     $0.00
                              0.00
        TOTAL         $2.00
                  Cash #     $2.00
                 Change #   -$0.00
 THANKS.COME AGAIN
        GRACIAS
   VUELVA PRONTO
 REG# 0001 CSH# 009 DR# 01  TRAN# 1117
 09/29/15 10:48:07           STR# F0001
```

*Raúl (Leasing)*

## Puma Villa Del Carmen
Date: 8/31/2016 7:19 PM

Cashier: Wilbert Bertran
Trans No. 1008630
Batch No. 3247

| Qty | UPC/PLU | Description |
|---|---|---|

Regular [6]
60.299          $0.597          $36.00

| | |
|---|---|
| Subtotal: | $36.00 |
| Tax 1: | $0.00 |
| Tax 2: | $0.00 |
| Tax 3: | $0.00 |
| Total: | $36.00 |
| Tendered: | $40.00 |
| Change: | $4.00   REF: [$4.00] |

Gracias por comprar con nosotros

*Raúl Lease*

## Puma Mendez Vigo
190 calle mendez vigo
Mayaguez,PR 00680
(787)832-6278
0

Date: 9/2/2016 10:14 AM
Cashier: Alberto
Trans No. 33887
Batch No. 190

| Qty | UPC/PLU | Description |
|---|---|---|

Regular [5]                          $13.00
20.735          $0.627

| | |
|---|---|
| Subtotal: | $13.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $13.00 |
| Tendered: | $13.00 |
| Change: | $0.00 |

Gracias por comprar con nosotros

*Raúl Lease*

## Mayaguez Gulf
Carr#2 KM 151.5
Mayaguez,PR 00680
787-834-6634
Date: 9/1/2016 6:05 PM
Cashier: Jennifer Berrocales
Trans No. 5116206
Batch No. 8117

| Qty | UPC/PLU | Description |
|---|---|---|

Regular [11]                          $42.00
66.985          $0.627

| | |
|---|---|
| Subtotal: | $42.00 |
| STATE: | $0.00 |
| MUNICIPAL: | $0.00 |
| Total: | $42.00 |
| Tendered: | $42.00 |
| Change: | $0.00 |

Gracias por su visita.
Sugerencias al 787-834-6634
CONTROL: RYLXV-5KPF6

ST

*Raúl Lease*

## PUMA HORMIGUEROS
CARR 2 KM 166.4
HORMIGUERO

| | qty | amount |
|---|---|---|
| CGE: | | |
| CA #0', 41.876L | | 25.00 |
| 8 0.597/ l | | |
| Prepay Fuel | | -25.00 |
| Sub Total | | 0.00 |
| STATE | | 0.00 |
| MUN | | 0.00 |

TOTAL                    0.00
              CASH $     0.00

### GRACIAS
REG# 0001 CSH# 008 DR# 01   TRAN# 14523
09/02/16   14:24:22          ST# AB123

Josue

BARTOLO GAS STATION
CARR 1 KM 20.4
BO TORTUGO GUAYNABO
787 272 5145

| Descr. | qty | amount |
| --- | --- | --- |
| REG CA #10 | 32.948L | 20.00 |
| | @ 0.607/ L | |
| Prepay Fuel | | -20.00 |
| Sub Total | | 0.00 |
| STATETAX | | 0.00 |
| CITYTAX | | 0.00 |
| TOTAL | | 0.00 |
| CASH $ | | 0.00 |

Y #949367
THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01 TRAN# 16556
09/02/16 22:35:03 ST# AB123

Josué

BARTOLO GAS STATION
CARR 1 KM 20.4
BO TORTUGO GUAYNABO
787 272 5145

| Descr. | qty | amount |
| --- | --- | --- |
| REG CA #04 | 32.948L | 20.00 |
| | @ 0.607/ L | |
| Prepay Fuel | | -20.00 |
| Sub Total | | 0.00 |
| STATETAX | | 0.00 |
| CITYTAX | | 0.00 |
| TOTAL | | 0.00 |
| CASH $ | | 0.00 |

Y #950732
THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01 TRAN# 18102
09/04/16 13:44:39 ST# AB123

Josué

H

BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-523-1068
www.togostores.com

| Descr. | qty | amount |
| --- | --- | --- |
| < DUPLICATE RECEIPT > | | |
| Prepay CA#03 | | 30.00 |
| Sub Total | | 30.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| TOTAL | | 30.00 |
| CASH $ | | 40.00 |
| Change $ | | -10.00 |

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0002 CSH# 009 DR# 01 TRAN# 23904
08/31/16 20:49:24 ST# 00037

Josué

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH REC# 57475 09/06/16

***** RECIBO *****

| | | |
| --- | --- | --- |
| 1 | GASOLINA BOMBA-04 | 20.00 |
| | | 20.00 |
| | TAX MUN . . . . . | .00 |
| | TAX EST . . . . . | .00 |
| | TOTAL DE LA VENTA . . . . . | 20.00 |

CAMBIO DE 20.00 - .00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

1-Adm 08:35

CONTROL: EVNV4-40M6Q
ST
processed by Softek

BIENVENIDOS A
PUMA PLAZA GUAYNABO

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#02 | | 30.00 |
| | Sub Total | 30.00 |
| | ESTATAL | 0.00 |
| | MUNICIPAL | 0.00 |
| **TOTAL** | | **30.00** |
| | CASH $ | 30.00 |

THANKS, COME AGAIN

REG# 0001 CSH# 003 DR# 01   TRAN# 11315
09/08/16  16:30:16              ST# AB123

---

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|--------|-----|--------|
| | Sub Total | 20.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPECIAL 2% | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 014 DR# 01   TRAN# 41246
09/27/16  02:53:?              ST# 0012

CONTROL ITEM 1-97A
SF
Processed by Sortek

---

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR. 00778

| Descr. | qty | amount |
|--------|-----|--------|
| REG CR #07 | 54.368L | 33.00 |
| | @ 0.607/ L | |
| Prepay Fuel | | -35.00 |
| | Sub Total | -2.00 |
| | IVU 1% | 0.00 |
| | IVU 10.5% | 0.00 |
| | SPECIAL 2% | 0.00 |
| **TOTAL** | | **-2.00** |
| | CASH $ | -2.00 |

THANKS, COME AGAIN
REG# 0003 CSH# 014 DR# 01   TRAN# 32947
09/23/16  10:11:12              ST# 0012



PLAZA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | HOST |
|------|------|------|
| Sep 29.16 | 11:01:49 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000106 | 87080010 | 878810370080L |

### PREPAID CASH

PP NUMBER.
PEALE    627607040714136

AUTH. CODE: 0AA93H        INVOICE: 017320

TRACE  :002893

TOTAL :    $       20.00

SIGNATURE: X..............................  ....

APPROVED
26.00

CARDHOLDER ACKNOWLEDGES RECEIPT  OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND  AGREES TO  PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su Patrocinio

*Issue*

08951

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA __8/31/__ 20 __16__

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑   CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20 00

04642

# LULU SERVICE STATION

1251 Las Palmas,Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |
|---|

FECHA ___ 27 - 9 - 20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH [✓]   CRÉDITO [ ]

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    **TOTAL**  20 | 00

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

08994

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 9/3/20

SR.

DIRECCION

TAB. NÚM. _____ CASH ☐ CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | 10 |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ _____ **TOTAL** | | 10 00 |