12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of September. The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including Mrs. Modesta Irizarry, community leader of Loiza Municipality, Carmen Villanueva, community leader from San Juan Municipality, and with Jose Rodríguez, Dominican community leader. The TCA also assisted a transgender workshop, and referred to the PRPD a communication from ACLU in relation to claims of violation of civil rights.

The TCA assisted to a scheduled meeting with Dr. Blanco Peck in relation to the work plan of the focus groups in compliance with paragraph 241 and held a conference call with Honorable Judge Gelpí in order to coordinate activities after the Public Hearing.

Through September 1st to September 2nd the TCA, the Core Team and his staff attended to the Public Hearing in Mayaguez Municipality. Progress on the Action Plans was discussed and evaluated. General Orders were reviewed and discussed, including General Order on Entry and Exit of Cells (and Forms PPR) and General Order on P.R.E.A. The following policies were also discussed and reviewed: POL-2024: Introduction to Juvenile Justice; Pol-2022: Rules of Evidence and Testimony in Court; Pol-2010: Basic Principles on the Traffic Law administration; Pol-3389: Protocol and Management of Crisis Situations; Pol-3087: Community Policing Pol-2037: Blood-borne Pathogens, Emergency Response Replies, First Aid; Pol-3004: Organizational Behavior at the Police Context; Pol-2003: Criminal Investigation and Scene Management; Pol-2013: Simulated Situations in Operational Skills; Pol-2054: Interview and Interrogation Techniques; and Pol-2031: Cybernetics in the Criminal Investigation. The following General Order was approved: General Order 100-10: Bureau of Drugs, Narcotics, Vice Control and Illegal Weapons.

Lastly, all administrative actions were completed, including but not limited to: a meeting with Gilberto Montanez, Esq. regarding tax exemption (IVU), the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's October agenda was discussed, the circulating CT October agenda and the Core Team work plan. Finally, coordination and preparation for the October Public Hearing in in the US District Court and TCA's Core Team meetings were carried out to discuss agenda and 2016 Second Semester Work Plan.