**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL NO. 12-2039 (GAG)** |
| **Plaintiffs,** | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et. al.** | |
| **Defendants.** | |

**MOTION IN COMPLIANCE WITH COURT ORDER**

**TO THE HONORABLE COURT:**

   **COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows.

1. On September 30, 2016, PRPD filed a Motion in compliance with the Court's Order at docket # 388, to mitigate and prevent any undue interruption in operations or abrupt turnover in personnel that is likely to set back the Commonwealth's efforts to implement key civil rights reforms at PRPD. (*See* Docket No. 427).

2. On October 3, 2016, this Honorable Court Noted the aforementioned motion which included two Exhibits, 1 and 2, in the Spanish language. (See Docket No. 429)

3. L.Cv.R.P. 5 (g) requires that all documents not in the English language, which are presented to or filed in this Court, must be accompanied at the time of presentation or filing by a certified translation into English.

4. However, taking into consideration the non-adversarial nature of the motion and that the content is non-litigious, the PRPD requests from this Court to permit the filing of such exhibits in Spanish Language.

5. Therefore, the PRPD is re-filing both Exhibits in this motion in order for this Honorable Court to allow leave to file in the Spanish language. Also, the PRPD has revised and updated the Exhibits to be more precise and to fully comply with the Court's order.

**WHEREFORE**, PRPD respectfully requests from this Honorable Court that it take notice of the aforementioned and grant leave to file the Exhibits in the Spanish Language.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on October 17, 2016.

**CÉSAR R. MIRANDA RODRÍGUEZ**
Secretary of Justice

**MARTA ELISA GONZÁLEZ Y.**
Deputy Secretary
General Litigations Office

**WANDYMAR BURGOS VARGAS**
Director

Federal Litigation Division
Department of Justice

**S/JOEL TORRES ORTIZ**

**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov