| NOMBRE | POSICION | ESTATUS EMPLEO | RESPONSABILIDADES/REQUERIMIENTO |
|---|---|---|---|
| 1. Hernández de Fraley, Michelle | Superintendente Auxiliar en Educación y Adiestramiento (SAEA) | Confianza | Gerencia, administración, formación, adiestramiento y readiestramiento de los MPPR bajo el Acuerdo para la Reforma Sostenible de la Policia de Puerto Rico |
| 2. Colón Ríos, Juan E. | Teniente I | Carrera | Director Escuela de Administración, Supervisión y Liderazgo (Requerimiento 141, 142, 143 y 144) |
| 3. Flores Sánchez, Eric | Sargento | Carrera | Instructor (Requerimientos 53, 54, 78, 79, 129, 130, 131, 132) |
| 4. Sánchez Méndez, Luis A. | Agente | Carrera | Instructor (Requerimientos 53, 54, 78 y 79) |
| 5. Maysonet Crespo, Héctor L. | Agente | Carrera | Instructor (Requerimientos 53, 54, 78, 79, 129, 130, 131, 132) |
| 6. Pastrana Díaz, Jesús | Agente | Carrera | Técnico de Informática (CAD y otra tecnología) |
| 7. Nieves Martínez, José E. | Agente | Carrera | Técnico de Informática (CAD y otra tecnología) |
| 8. Cruz Torres, Edwin D. | Capitán | Carrera | Decano Asuntos Académicos (119, 120, 121, 122, 125, 127 y 128) |
| 9. Pagán Mercado, Ramón | Agente | Carrera | Auxiliar Decano Asuntos Académicos (119, 120, 121, 122, 125, 127 y 128) |
| 10. Reyes Cotto, Yamil | Agente | Carrera | Encargado Programa FTO (Requerimiento 125) |
| 11. Dávila Ramos, Carlos M. | Agente | Carrera | Instructor (Clase 226 y Requerimientos 119, 120, 121, 122) |
| 12. Lamboy Rivera, Alfredo E. | Agente | Carrera | Instructor (Clase 226 y Requerimientos 119, 120, 121, 122) |
| 13. Díaz Polo, Yamilka | Sargento | Carrera | Registradora (Requerimiento 133 y 134) |
| 14. Ramos Ojeda, Rafael | Sargento | Carrera | Director Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |
| 15. Díaz Rivera, Carlos E. | Agente | Carrera | Auxiliar Director Sección Eficiencia Física/Uso de Fuerza(Clase 226 y Requerimiento 53) |
| 16. Cappas Vega, Jose A. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |
| 17. López Perales, Santiago | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |

| # | Nombre | Rango | Tipo | Función |
|---|---|---|---|---|
| 18. | Navarro Mejías, Denisse | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |
| 19. | Haddock Sánchez, Jorge L. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |
| 20. | Díaz Ramos, Héctor | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |
| 21. | Díaz Maldonado, Hugo E. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |
| 22. | Rivera Pacheco, Maggie I. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |
| 23. | Fernández Santa, José C. | Agente | Carrera | Instructor Sección Eficiencia Física/Uso de Fuerza (Clase 226 y Requerimiento 53) |
| 24. | Hernandez Castro, Carmen I. | Agente | Carrera | Instructor (Requerimiento 134) |
| 25. | Jiménez Medina, Josephine | Sargento | Carrera | Instructor  (Requerimientos 53, 54, 78, 79, 129, 130, 131, 132) |
| 26. | Pérez Colón, Blanca R. | Teniente I | Carrera | Directora Escuela de Investigación Criminal (Requerimientos 78, 79,90 y 196) |
| 27. | Franco Ortiz, Tom | Sargento | Carrera | Auxiliar Directora Escuela Investigación Criminal (Requerimientos 78, 79,90 y 196) |
| 28. | Beltrán Colón, Higinio | Sargento | Carrera | Instructor (Requerimientos 78, 79,90 y 196) |
| 29. | Marreto Trinidad, Diana | Agente | Carrera | Instructor (Requerimientos 78, 79,90 y 196) |
| 30. | Ramos Ortiz, Noel | Agente | Carrera | Instructor (PREA, DS, VD, DHR) |
| 31. | Moctezuma Carrasquillo, Frances | Agente | Carrera | Instructor (Requerimientos 78, 79,90 y 196) |
| 32. | Lugo Ruiz , Roland | Agente | Carrera | Instructor (Clase 226) |
| 33. | Hiraldo Benítez, José R. | Agente | Carrera | Instructor (Clase 226) |
| 34. | Santiago Pastrana, Gisela | Sargento | Carrera | Instructor (Clase 226, VD) |
| 35. | Rodríguez Marrero, Roberto | Sargento | Carrera | Instructor (Clase 226) |
| 36. | Encarnación Delgado, Jorge | Agente | Carrera | Instructor (Clase 226) |
| 37. | Alvarado Rodríguez, Aracelys | Agente | Carrera | Instructor (Trans, PREA, VD, DHR) |
| 38. | Meléndez Ríos, Díana | Teniente I | Carrera | Decana Disciplina y Seguridad-Reglamento 2017 |
| 39. | Martínez Rosario, Angel M. | Inspector | Carrera | Decano de Adiestramiento de Tiro (Requerimiento 53 y 54) |
| 40. | Anaya Suárez, Julia I. | Agente | Carrera | Decanato Adiestramiento de Tiro (Gas Pimienta=OC) |

| # | Name | Rank | Type | Role |
|---|---|---|---|---|
| 41. | Rivera Santos, Cándido | Agente | Carrera | Instructor Uso y Manejo de Armas (estadísticas) |
| 42. | Escobar Martínez, Andrés | Agente | Carrera | Instructor Uso y Manejo de Armas (Tirador Activo) |
| 43. | Romero Torres, Darlene M. | Agente | Carrera | Instructor Uso y Manejo de Armas (Requisiciones) |
| 44. | Rosario Rosado, William | Sargento | Carrera | Director Polígono de Gurabo (Requerimiento 54) |
| 45. | De León Reyes, Jorge | Sargento | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 46. | Hernández Padilla, Raúl | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 47. | Lugo Hernández, Rafael | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 48. | Berríos Franco, Osvaldo | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 49. | Sandoval Rivera, Eulises | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 50. | Vazquez Robles, Héctor | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 51. | Ventura Berberena, Ruperto L. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 52. | Rivera Nieves, Luis R. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 53. | Pellicier Valdés, Erick | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 54. | Bruno González, Luis A. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 55. | Sánchez Díaz, Jorge L. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 56. | Rivera Vargas, Víctor | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 57. | Díaz Calzada, Nathanel | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 58. | Feliciano Cruz, Rafael A. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 59. | Domena Ríos, José F. | Sargento | Carrera | Director Polígono Arecibo (Requerimiento 54) |
| 60. | Tirado González, Alfredo | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 61. | De Jesús Alamo, Javier | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 62. | Santiago Rivera, Gilberto | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 63. | De Jesús Ortiz, Luis A. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 64. | Hernández Millet, Moisés | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 65. | Pagán Soto, Rubén | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 66. | Arroyo Montalvo, Luis | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 67. | Morales Rodríguez, David | Teniente II | Carrera | Director Polígono Isla de Cabras (Requerimiento 54) |
| 68. | Lacén Cepeda, José | Sargento | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 69. | Flores Morales, Pedro | Sargento | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 70. | Alice Vega, Luis E. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 71. | Quiles Santana, Jorge I. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 72. | Carrillo Fuentes, Rubén | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 73. | Martínez, Rivera, Osvaldo | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |

| # | Name | Rank | Type | Position |
|---|---|---|---|---|
| 74. | Otero Esquerdo, Norbert | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 75. | Charriez Clark, Carlos M. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 76. | Ortiz Correa, Juan C. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 77. | Rosa Robledo, Juan | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 78. | Figueroa Rosado, James O. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 79. | Crespo Flores, Zequiel | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 80. | Ojeda Martínez, Erika E. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 81. | Rivera Cartagena, Alejandro | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 82. | Vargas Maldonado, Emmanuel | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 83. | Rivera Cornier. Gil | Sargento | Carrera | Director Polígono Moca (Requerimiento 54) |
| 84. | Múñiz Hernández, Jackeline | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 85. | Ramos Vélez, Pedro | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 86. | Matías Torres, Héctor L. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 87. | Hernández Badillo, William | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 88. | Torres Montalvo, Eddie | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 89. | Ramírez Torres, René | Sargento | Carrera | Director Polígono Cabo Rojo – Mayagüez (Requerimiento 54) |
| 90. | Sánchez Galarza, Luis M. | Agente | Carrera | Instructor Uso y Manejo de Armas (Requerimiento 54) |
| 91. | Mercado Flores, María E. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 92. | Ramos Agostini, Luis A. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 93. | Maldonado Acosta, Alexander | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 94. | Rivera Pérez, Félix J. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 95. | Matos Valentín, Osvaldo | Sargento | Carrera | Director Polígono Guayama (Requerimiento 54) |
| 96. | Santiago González, Santos F. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 97. | Ramos Vélez, Pedro | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 98. | Rodríguez Vargas, Angel | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 99. | Meléndez Rodríguez, Kelvin | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 100. | Marcial Mattei, Reinaldo | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 101. | Millán Santana, Daniel E. | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 102. | Mariani García, Angel | Agente | Carrera | Instructor Uso y Manejo de Armas/OC (Requerimiento 54) |
| 103. | Cruz Ortiz, Rafael | Reservista | Contrato | Oficina del Registrador (Requerimiento 134) |
| 104. | Torres Pérez, Hilda | Contrato | Contrato | Oficina del Registrador (Requerimiento 134) |
| 105. | Green Torres, James | Contrato | Contrato | Programador Aplicación de la Oficina del Registrador |

|  |  |  | (Requerimiento 134) |
|---|---|---|---|
| 106. González Báez, Beniliz | Contrato | Contrato | Asesora Académica/Facultad (Legales y Derechos Humanos/Civiles) |
| 107. De L. Tirado Cruz, Jovaika MA | Contrato | Contrato | Facultad (DHR) |
| 108. Peluyera Santiago, Jesús JD | Contrato | Contrato | Facultad (Legales y Derechos Humanos/Civiles) |
| 109. Vidal Rios, Pedro JD | Contrato | Contrato | Facultad (Legales y Derechos Humanos/Civiles) |
| 110. Nevarez Garcias, Juan S. JD | Contrato | Contrato | Facultad (Legales y Derechos Humanos/Civiles) |
| 111. Martínez Maisonave, Ileana JD | Contrato | Contrato | Facultad (Clase 226) |