UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 1:00 PM
Started: 1:17 PM
Ended: 3:03 PM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: August 10th, 2016

COURT REPORTER: Evilys Carrion                    **CASE #: 12-CV-2039 (GAG)**

COURT INTERPRETERS: Carlos Lao/ Brenda Bibiloni

**ATTORNEYS:**

| | |
|---|---|
| USA | Luis E. Saucedo, Esq. |
| VS. | |
| COMMONWEALTH OF PUERTO RICO ET AL | Joel Torres- Ortiz, Esq. |

**CASE CALLED FOR FOURTH PUBLIC HEARING:**

Present were Hon. Alejandro Garcia-Padilla, Governor of Puerto Rico; Hon. Cesar R. Miranda, Attorney General for Puerto Rico; Jose Caldero, Superintendent for the Puerto Rico Police and Col. Arnaldo Claudio, Technical Compliance Advisor.

The Court described the purpose of the Fourth Public Hearing which was to hear the governor's perspective on the Puerto Rico Police Reform. The hearing was held in the Spanish language and was simultaneously translated to the English language for the record.

Declarations of Hon. Alejandro Garcia-Padilla, Governor of Puerto Rico were heard regarding his opinion on various issues concerning the Puerto Rico Police Reform.

**Further Fourth Public Hearing set for September 1st, 2016 before Hon. Gustavo Gelpi at the Commonwealth's Court of First Instance in Mayaguez, Puerto Rico.**

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk