UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 9:41 AM
Ended: 5:06 PM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE/ HONORABLE EDGARDO RIVERA-GARCIA, P.R. SUPREME COURT ASSOCIATE JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: September 1st, 2016

COURT REPORTER: Evilys Carrion                    **CASE #: 12-CV-2039 (GAG)**

COURT INTERPRETERS: Carlos Lao/ Jose Rosado

**ATTORNEYS:**

USA                                                Luis E. Saucedo, Esq.

VS.

COMMONWEALTH OF PUERTO RICO ET AL                  Joel Torres- Ortiz, Esq.

**CASE CALLED FOR FURTHER FOURTH PUBLIC HEARING (First day):**

The Court described the purpose of the Fourth Public Hearing which was to inform the Court and the public of the progress on the implementation of the Puerto Rico Police Department Reform, as well as to hear in an open judicial forum all upcoming plans and ensuing steps that are required to be taken in order to guarantee that the PRPD Reform is proceeding as per the Agreement for the Sustainable Reform of the Puerto Rico Police Department.

The hearing was held in the Spanish language and was simultaneously translated to the English language for the record.

The following deponents were heard:

- Hon. Cesar Miranda, Puerto Rico Attorney General;
- Hon. Jose Guillermo Rodriguez, Mayor of Mayaguez;
- Hon. Edgardo Rivera-Garcia, Associate Justice of the P.R. Supreme Court;
- Ingrid Rivera-Rocafort, Director of the Puerto Rico Tourism Company;

- Georgina Candal, Esq., President of the Civil Rights Commission;

- Dr. Javier Aceves, Joint Compliance Coordinator on 99-1435 (GAG);

- Dr. Michelle Hernandez de Fraley, Education and Training Deputy Chief (PRPD);

- Tatty Escobar;

- Dr. Juan Centeno-Lopez, Psychology Division Director (PRPD);

- Col. Francisco Rodriguez-Ortiz, Professional Responsibility Deputy Chief (PRPD);

- Lt. Col. Jose Juan Garcia-Diaz, Drug and Narcotics Department Director (PRPD);

- Pablo Quiles, RUM Student;

- Jose Caldero-Lopez, Puerto Rico Police Superintendent;

- Col. Arnaldo Claudio, Technical Compliance Advisor.


**Further Fourth Public Hearing to continue on September 2nd, 2016 before Hon. Gustavo Gelpi at the Commonwealth's Court of First Instance in Mayaguez, Puerto Rico.**

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk