## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 9:08 AM
Ended: 5:20 PM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona        DATE: September 2nd, 2016

COURT REPORTER: Evilys Carrion                  **CASE #: 12-CV-2039 (GAG)**

COURT INTERPRETERS: Carlos Lao/ Jose Rosado

**ATTORNEYS:**

USA                                             Luis E. Saucedo, Esq.

VS.

COMMONWEALTH OF PUERTO RICO ET AL               Joel Torres- Ortiz, Esq.

**CASE CALLED FOR FURTHER FOURTH PUBLIC HEARING (Second day):**

The hearing was held in the Spanish language and was simultaneously translated to the English language for the record.

The following deponents were heard:

- Lt. Jaime Cosme- Oliver, Force Investigation Unit Director (PRPD);
- II Lt. Alberto Rivera- Ortiz, K-9 Unit Director (PRPD);
- Col. Orlando Melendez-Serrano, Camp Operations Deputy Chief (PRPD);
- Col. Miguel Rosado-Carrero, Mayaguez Area Commander (PRPD);
- Vilma Perez-Portalatin, President of the Down Syndrome Association;
- Lt. Col. Agustin Marrero-Marrero, Aguadilla Area Commander (PRPD);
- Sgt. Lourdes Rivera-Arce, Community Relations Division Director (PRPD);
- Dr. Nicolas Linares, FILIUS Institute;
- Walter Santiago-Rodriguez, Mayaguez Civic Interaction Committee Spokesperson;

- Dennis Villanueva, Representative of the LGBTTQ Community;

- Felipe Morales, Movimiento de Mayaguez Pro Desarrollo del Oeste;

- Jose Diaz, Tallaboa Encarnacion Civic Group;

- Luis Garcia-Mercado, representative of the LGBTTQ community;

- Jose Vega, Esq., Fajardo Civic Interaction Committee Spokesperson;

- Mari Mari Narvaez and Jose Gonzalez-Ortiz, GRUCORPO;

Closing statements were heard from Luis Saucedo, Esq. on behalf of the plaintiff, Joel Torres, Esq. on behalf of the defendant and Arnaldo Claudio, TCA.

**Further Public Hearing to be scheduled by separate order.**

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk