# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Scheduled: 2:00 PM
Started: 2:00 PM
Ended: 3:15 PM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

DATE: October 7th, 2016

CASE #: 12-CV-2039 (GAG)

**ATTORNEYS:**

USA — Luis E. Saucedo, Esq.
Brian Buehler, Esq.

VS.

COMMONWEALTH OF PUERTO RICO ET AL — Wandymar Burgos, Esq.
Sofia Rosado-Wojna, Esq.

**CASE CALLED FOR CLOSED HEARING OF THE POLICE REFORM RE: UNDERCOVER AGENTS:**

Present were Jose Caldero, Superintendent for the Puerto Rico Police, Col. Arnaldo Claudio, Technical Compliance Advisor, Antonio Bazan, attorney to the TCA, Col. Clementina Vega, Col. Michelle Fraley, Col. Antonio Lopez, Col. Francisco Rodriguez, Joseph Molina, Sgt. Miguel Candelario, Maricarmen Ortiz and Juan Manuel Mencacci.

In camera hearing held. The courtroom was sealed. Court staff was excused. The parties discussed the matters pertaining to the Puerto Rico Police undercover agents as to the Police Reform.

This hearing has been closed to the public given the sensitive nature of this matter. No transcripts will be made. If required a further hearing shall be held.

The Court at this time is satisfied with the presentation provided by PRPD.

*s/ Gustavo A. Gelpi*
Gustavo A. Gelpi
U.S. District Judge