12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of October.
The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled meeting with Dr. Blanco Peck and Community Leaders in relation to the work plan of the focus groups in compliance with paragraph 24. A meeting was held between with SARP, USDOJ, PRDOJ and the TCA and his staff to discuss subject on promotions; and amendments to PR Police Law 53 were discussed (regarding promotions).

During the Core Team week the following matters were discussed: Action Plan Implementation, Ride Alongs, Paragraph 13, Polygraph Examinations, Policies, Procedures for Criminal Examination; PRPD's request for not submitting a separate protocol on compelled statements; Promotions and Trainings and the report with findings and recommendations of the review process files relating to promotions. Through this week the TCA, the Core Team and Staff attended to previously scheduled visits in the Zones of Excellence of Quebradillas, Utuado and Bayamón; the Police Academy; and the Police Headquarters.

Is important to mention that the following General Orders were discussed and reviewed: General Order: Reorganization of the Assistant Superintendent for Education Training; General Order 600-618: Use and Management of Regulation Firearms; General Order: Ingress and Egress of Cells; General Order: Intervention with Minors and Collaborative Agreement with the Department of Correction; General Order: Research and Child Abuse and/or Neglected Juvenile Institutions; General Order 100-10: Assistant Superintendent of Management Services (SASG); General Order: Information Systems; and **General Order on P.R.E.A.** The descriptions of the following position were reviewed: Agent, Captain, Sergeant, Inspector, Commander, Lieutenant Colonel and Coronel.

As well during this month the eleven Action Plans (Plans) developed by the Puerto Rico Police Department (PRPD) concerning Professionalization, Use of Force, Search and Seizure, Equal Protection and Non-Discrimination, Recruitment, Policies and Training were approved. A final copy of all these eleven Plans was submitted to the United States Department of Justice (USDOJ) and the TCA on October 14, 2016. They are in Spanish and will be translated into English.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's November and December agenda was discussed, the circulating CT December agenda and the Core Team work plan.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

**Request for Payment of Monthly Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs and requests:

1. That the TCA Office may submit a request for payment of certain monthly expenses as per the Stipulation presented by the parties and approved by this Honorable Court on June 26, 2014 (Dkt. 139)

2. The TCA hereby submits for consideration, that the following administrative expenses be approved prior to their expenditure, in accordance to paragraph 22 of the Stipulation. Said expenses are as follows:

    a. Fixed monthly staff salaries:

    Arnaldo Claudio................................................$18,000.00

    Eric Guzmán......................................................$10,800.00

    Anjélica Orfila....................................................$2,704.73

    Josué López.......................................................$2,704.73

    TCA Office Christmas Bonus ........................$6,200.00

    b. Office Expenses:

    Monthly Rent.....................................................$3,000.00

    Telephone and Communication.......................$187.43

    c. Accounting Services......................................$1,460.00

                                                     -------------

    **Total**..................................................................**$45,056.89**

3. TCAPR, Corp., as an employer, is required to deposit several employment related taxes with local and federal government agencies. This employment treatment is consistent with Section B of the *Stipulation and Order for the establishment of the TCA Office and the payment for TCA Expenses* (No. 12-cv-2039 (GAG). Payroll related expenditures accrued for the month of October and payable on or before November 15th (Medicare, SDI) or November 30th (SDI-CH) are as follows:

| Item | Tax | October |
|---|---|---|
| 1 | Soc_Sec | $1,006.98 |
| 2 | Medicare | $495.32 |
| 3 | Chauffer Ins. | $1.30 |
|  | Totals | $1,503.60 |

4. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

5. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $46,560.49, the total amount of the fixed monthly expenses, for the month of November 2016.

6. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**FOR ALL OF WHICH,** the TCA Office respectfully requests this Honorable Court, that the monthly expenses be approved and a check issued in the amount of $46,560.49, the total amount of the fixed monthly expenses, for the month of November 2016.

In San Juan, Puerto Rico, this day November 7, 2016.

Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

           Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,     No. 12-cv-2039 (GAG)

           Defendants.

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

    Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for October 2016.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Rafael E. Ruíz | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Marcos Soler | $5,200.00 | October 6th, 2016 to October 9th, 2016 |
| John J. Romero | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Alan Youngs | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Scott Cragg | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Subtotal | $37,700.00 | |
| **Telework** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $2,600.00 | October 2016 |
| Rafael E. Ruíz | $2,600.00 | October 2016 |
| Marcos Soler | $3,900.00 | October 2016 |
| John J. Romero | $2,600.00 | October 2016 |
| Alan Youngs | $2,600.00 | October 2016 |
| Scott Cragg | $2,600.00 | October 2016 |
| Subtotal | $16,900.00 | |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | N/A | N/A |
| Federico Hernandez Denton | $750.00 | October 2016 |
| Antonio Bazán | $5,750.00 | October 2016 |

---
[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

|  | Subtotal | $6,500.00 |
|---|---|---|
| Car Expenses |  |  |
| Chauffer | $900.00 | October 2nd, 2016 to October 8th, 2016 |
| Gasoline | $418.00 | October 2016 |
| Tolls | $40.00 | October 2016 |
| Car Maintenance | $66.00 | October 2016 |
|  | Subtotal | $1,424.00 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $2,000.00 | October 2016 |
|  | Subtotal | $2,000.00 |
| Marcos Soler | $1,350.00 | Amount not paid due to an error in the last month's invoice. |
| Richard Blanco Peck, Ph D. | $5,000.00 | Services for Phase I: Starting on November 1, 2016 |
| Stamp Purchase | $5.00 | Legal stamp required to the TCA Office in an official document. |
|  | Subtotal | $6,355.00 |
| Office Supply |  |  |
| White Copy Paper | $31.87 |  |
|  | Subtotal | $31.87 |
| Grand Total |  | $70,910.87 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $70,910.87, the total amount of the monthly expenses, for the month of October 2016.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $70,910.87 the total amount of the expenses for the month of October 2016.

In San Juan, Puerto Rico, this day November __7__, 2016.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.