IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA, et al,**

**Plaintiff,**

**v.**

**THE COMMONWEALTH OF PUERTO RICO, et al,**

**Defendant.**

CIVIL NO. 12-2039 (GAG)

## ORDER

For purposes of the smoothest governmental transition possible, as it pertains to this most important police reform consent decree case, the Court, for the benefit of the incoming administration, as well as transition teams (and even the fiscal control board), hereby includes as attachments to this order: (1) the agreement reached by the Commonwealth and United States governments in 2013 (Docket No. 57-1); (2) the transition order recently entered by the court (Docket No. 388); (3) order entered in 2013 regarding budget (Docket No. 15); (4) Transcript of Gov. García-Padilla's appearance at the fourth public hearing on police reform; (5) article about police reform authored by the undersigned this year, and (6) a PowerPoint presentation prepared by the Court Monitor.  This is not an exhaustive list of materials, but sufficient to make anyone new to the case familiar with the issues involved.  Furthermore, the Court Monitor in this case is available to assist the parties in any matters that may arise during the transition period.  The court reminds the parties of what it stated in its recent order at Docket No. 441:

**Civil No. 12-2039 (GAG)**

ORDER: Given the imminent change in government administration in January 2017, it is foreseeable that new counsel will appear in this case. Regardless of who appears or leaves, all counsel, as officers of the Court, are responsible for being fully familiar with this case, and/or preparing new counsel. The Court advises all parties that matters in this case will not be delayed nor stayed in order for any new counsel to familiarize themselves. Any counsel making an appearance is expected to be ready to appear before the Court and respond to any and all matters.

**SO ORDERED.**

In San Juan, Puerto Rico this 15th day of November, 2016.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
UNITED STATES DISTRICT JUDGE