

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**



# The Sustainable Reform Of  The Puerto Rico Police Department



# Timeline of Relevant Events

1994   ·Violent Crime Control and Law Enforcement
Act of 1994, 42 U.S.C. § 14141

2008   ·US DOJ Investigation

2011   · Investigative Report

2012   · U.S. v. Commonwealth

2013      · Agreement







Investigation



Complaint

enosotros



Agreement



# July 1st, 2008

Investigation by the U.S. Department of Justice.

- Interviews

- Suits filed against PRPD

- Press and other media



# September 5th, 2011



Investigation (le la
Polieia de Puerto Rico

Depaitamento de Justicia de los Estados Unidos
Division de Derechos Civiles

5 de septiembre de 2011

Publication of DOJ Investigative Report

9 systemic deficiencies

Over 133 recommendations



# December 21, 2012

US DOJ Files Suit against the Commonwealth

-Submits an initial draft of the Agreement

-Negotiations ensure



# July 17, 2013

Case 3:12-cv-02039-GAG   Document 57-1   Filed 07/17/13   Page 1 of 106

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,              No. 3:12-cv-2039 (GAG)

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO and the
PUERTO RICO POLICE DEPARTMENT,

Defendants.

AGREEMENT FOR THE SUSTAINABLE REFORM OF THE
PUERTO RICO POLICE DEPARTMENT

## Agreement is made and entered



# Three Goals Set Forth by the Agreement



# Objectives

Incorporate Police Practices that are better suited to enforce the law and guarantee public safety, while safeguarding Fundamental Rights.





# Objectives

Increase Public Safety



# Objectives



Provide Police Officers with the resources required for the development of their career as law enforcement professionals





# Eleven Areas Within the Scope of the Reform



# 1. PROFESSIONALIZATION

To have members of PRPD carry out their duty with outmost professionalism and respect while guaranteeing the citizens' constitutional rights.



■ Personnel Study

■ Development of Ethical Guidelines

■ Agreement with the Office of Government Ethics

■ Promotion Examination Board

■ Description of their duties



# 2. Use of Force

Develop policies, guidelines and procedures that stablish a classification of different levels of use of force,
in what context can they be applied, and use that criteria as a basis for examining if the force employed was appropriate.

Members of PRPD that uses force excessively or otherwise negligently, may face criminal and/or civil sanctions.



- Force Investigation Unit

- Supervisory Use of Force Board?

- Mental Health Crisis Response
- Low Impact Weapons and other
   non-lethal alternatives



# 3. Search and Seizures

In order to strive in the pursuit of public safety, all search, seizures and arrest shall be carried out strategically and within the confines of the law. Any allegation of civil rights shall be promptly investigated and adequately corrected.



New Policies:

■   Citations and Arrest

■   Search and Seizures



# 4. Equal Protection and Non-Discrimination

PRPD will guarantee professional and unbiased law enforcement with the help of the community.

PRPD shall provide an opening for the inclusion of the community in law enforcement, and crime prevention.



New Policies, General Orders, Rules and Regulations

- Sex Crimes
- Spousal Abuse (Domestic Violence)
- Discrimination, harassment, and retaliation



# 5. Recruitment, Selection and Hiring

PRPD will develop a strategic recruitment program

designed to seek adept and qualified applicants

from diverse backgrounds

having attained some degree of higher education.



■Revision of Recruitment Protocols

■Amendment to law 53 to include a minimum requirement of associates degree

■ Creation of the PRPD Academy



# 6. Policies and Procedures

New policies shall be a reflection of the agency's core values. All policies and procedures shall be accessible to the public, composed using easily understood language, and detailing each unit structure and the roles of each member.



- Revision of all guidelines that give structure to the agency
- All policies due in the last action plan have been completed.
- PRPD have agreed to collaborate, reciprocusly, with small minority groups, in order to advante the goals of the agreement.



# 7. Training

All MPPR shall be trained, including civil employees, in their duties, responsibilities, and the scope of their authority.

Trainers will be trained themselves in methods and techniques approved by the academy.







# 8. Supervision and Administration

Supervisors will instruct, provide orientation and help their subordinates in the process of development as law enforcement professionals.

PRPD will also guarantee supervisory positions for the purpose of identifying illicit or otherwise counterproductive conduct in the lower ranks, and taking the adequate course of action.



■New evaluation system.

■Training for the supervisory positions

■The higher ranks have been trained



# 9. Administrative Complains, Internal Affairs, and Discipline

PRPD shall address, investigate, and otherwise resolve all administrative complains. All MPPR will carry copies of the corresponding forms. Complaints could be carried out in writing, verbally, through correspondence, the internet, third parties, etc.



■   All administrative complains shall be resolved in no less than 90 days.

■   Various methods of  filing a complaint.

■   Forms for Complains and Commendations



# 10. Public Information and Interaction with Citizens

PRPD will stablish strong bonds with the community by continuous interaction with the community. Through Citizen Interaction Committees, PRPD shall work towards a trustworthy relationship that would ultimately help in crime prevention/reporting.

PRPD will keep the citizens well informed throughout the reform process with updates, statistics,  milestones attained, etc.



- ■ Strengthen Community Relations
- ■ Open Meetings, Encounters with the Community
- ■ 35 Community Groups
- ■ Revamping of PRPD's website.



# 11. Information Technology

PRPD will implement information technology systems to maintain data in a easily accessible and organized structure.

This system will help  PRPD  in becoming an organized centralized agency of law enforcement.

i.e. Allow for supervisors to upload statements as they're being offered, in any type of situation, such as a Force Review Board, etc.





- Equipment will be required.

- MPPR will be provided with an email account

- Most  expensive area of the agreement.



# Terms

## First Four Years

-Capacity Building
-Draft policies, training and other protocols

## Fifth Year
-Evaluation
-Adjustments

## Tenth Year

-Sustained



# Policies

As  of May 2016
- General Orders- 31
- Administrative Orders- 4
- Rules and Regulations - 4
- Protocols -1
- Action Plans - 8



# Working towards attaining
# A relationship based on Respect









