UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>　　　　　　　Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

　　Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for October 2016.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Rafael E. Ruíz | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Marcos Soler | $5,200.00 | October 6th, 2016 to October 9th, 2016 |
| John J. Romero | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Alan Youngs | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
| Scott Cragg | $6,500.00 | October 3rd, 2016 to October 7th, 2016 |
|  | Subtotal | $37,700.00 |
| **Telework** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $2,600.00 | October 2016 |
| Rafael E. Ruíz | $2,600.00 | October 2016 |
| Marcos Soler | $3,900.00 | October 2016 |
| John J. Romero | $2,600.00 | October 2016 |
| Alan Youngs | $2,600.00 | October 2016 |
| Scott Cragg | $2,600.00 | October 2016 |
|  | Subtotal | $16,900.00 |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | N/A | N/A |
| Federico Hernandez Denton | $750.00 | October 2016 |
| Antonio Bazán | $5,750.00 | October 2016 |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

|  |  | Subtotal | $6,500.00 |
|---|---|---|---|
| Car Expenses |  |  |  |
| Chauffer |  | $900.00 | October 2rd, 2016 to October 8th, 2016 |
| Gasoline |  | $418.00 | October 2016 |
| Tolls |  | $40.00 | October 2016 |
| Car Maintenance |  | $66.00 | October 2016 |
|  |  | Subtotal | $1,424.00 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. |  | $2,000.00 | October 2016 |
|  |  | Subtotal | $2,000.00 |
| Marcos Soler |  | $1,350.00 | Amount not paid due to an error in the last month's invoice. |
| Richard Blanco Peck, Ph D. |  | $5,000.00 | Services for Phase I: Starting on November 1, 2016 |
| Stamp Purchase |  | $5.00 | Legal stamp required to the TCA Office in an official document. |
|  |  | Subtotal | $6,355.00 |
| Office Supply |  |  |  |
| White Copy Paper |  | $31.87 |  |
|  |  | Subtotal | $31.87 |
| Grand Total |  |  | $70,910.87 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $70,910.87, the total amount of the monthly expenses, for the month of October 2016.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $70,910.87 the total amount of the expenses for the month of October 2016.

In San Juan, Puerto Rico, this day November _7_, 2016.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.