# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2016 LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **October/2016**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week | N/A | X | 3/OCT | $1,300. |
| TCA Core Team Week | N/A | X | 4/OCT | $1,300. |
| TCA Core Team Week | N/A | X | 5/OCT | $1,300. |
| TCA Core Team Week | N/A | X | 6/OCT | $1,300. |
| TCA Core Team Week | N/A | X | 7/OCT | $1,300. |
| Working session which consisted of meetings at SARP and legal Division at the Headquarters, for the review of records of complaints, relating to members of the PRPD, as part of the evaluation of progress of paragraphs 14-21 of the Agreement. Report writing for the TCA. (24.0 hrs.) | N/A | X | 9-15/OCT | |
| Sessions of work in attention to the following matters: attention and follow of the policies' review process with the Core Team members; review of documents related to the best practices of different areas of the agreement and related to the policies under review; policies analysis and drafting; follow-up of outstanding issues, sent and review electronic communications, among other matters. Meetings for the attention and follow-up of the Community Interaction Committees. Meeting with TCA Arnaldo Claudio and PRPD Superintendent, | N/A | X | 23-31/OCT | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| José Caldero, for the attention of the amendments to the PRPD law and promotions (30.0 hrs.) | | | | |
| | | | | |
| TOTAL OF BILLABLE HOURS (61.0 HOURS @ $150): | | | | $9,150.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 33.0 HOURS | | | | |

INVOICE PRESENTED BY:

_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
October 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA                    Date: _____, 2016
President
TCAPR Corp.

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

**INVOICE**

I#2016-16

DATE:10-31-2016

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:

Services on: October 1st-Oct 31st, 2016

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 10-3-16 Site Visit- Adm. Duties TCA Office | 1 day | 1,300.00 | 1,300.00 |
| 10-4-16 Site Visit- Zone of Exc Quebradillas | 1 day | 1,300.00 | 1,300.00 |
| 10-5-16 Site Visit- Meetings at HQ and TCA Office | 1 day | 1,300.00 | 1,300.00 |
| 10-6-16 Site Visit-  PRPD Academy and TCA Office meetings | 1 day | 1,300.00 | 1,300.00 |
| 10-7-16 Site Visit- Review Promo Folders at HQ; TCA Office meetings/reports | 1 day | 1,300.00 | 1,300.00 |
| Work performed Oct 1st through Oct 31st 2016: | | | |
| Review of "Re-Organizing SAEA" Docs                          2 hrs | | | |
| Firearms Forms review                                             1 hr | | | |
| Use/Mgmt Regulation Firearms                                 2 hrs | | | |
| Review/Prep reports for Job Descript for Inspector    3 hrs | | | |
| Review/Prep reports for job descript for Commander 3 hrs | | | |
| Review job description for Agent                               1 hr | | | |
| Review job description for Sergeant                          1 hr | | | |
| Review job description for Captain                           1.5 hrs | | | |
| Review job description for Lt. Colonel                      1.5 hrs | | | |
| Review job description for Colonel                             1 hr | | | |
| Phone calls/emails with TCA group                           2 hr | | | |
| Sub-total Hrs      19 hrs. | 17.33 | 150.00/hr | 2,600.00 |
| BILLABLE HOURS | | | |
| | | | |
| TOTAL BILLED | | | $9,100.00 |

Signature *Rafael E Ruiz*          Date:10-31- 2016

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:     **TCAPR, LLC**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of October 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York:  Assigned policies for review and support (6.0 hours) | X | N/A | Friday-Saturday, October 1-2, 2016 | (6 @ $150 = $900) |
| Work from New York: Review of Syllabi INS-108 and REA 627 + prep for Puerto Rico meetings (3.0 hours) | X | N/A | Wednesday, October 5, 2016 | (3 @ $150 = $450) |
| Work from Puerto Rico: See agenda + ride-alongs+ working on reports from team members (42.0 hours) | N/A | X | Thursday - Sunday, October 6-9, 2016 | ($1,300 @ 4 days = $5,200) |
| Work from New York City:  Review of Memo on promotions and related materials, discussion with TCA and team members (3.0 hours) | X | N/A | Tuesday-Wednesday, October 18-19, 2016 | (3 @ $150 = $450) |
| Work from New York City:  Work on documents for Semi-Annual Report (3.0 hours) | X | N/A | Saturday, October 22, 2016 | (3 @ $150 = $450) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Final review of assigned policies (SAIC, OGIC) review of best practices, draft response, prep work for Semi Annual Report (11.0 hours) | X | N/A | Friday through Sunday, October 28-30, 2016 | (11 @ $150 = $1,650) |
| TOTAL HOURS WORKED: 68.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (4 days, 42 HOURS) | | | | $5,200 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (26 HOURS @ $150): | | | | $3,900 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

*Marcos Soler*

_____

MARCOS F. SOLER
TCA Core Team
October 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 31, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 029
FOR PROFESSIONAL SERVICES RENDERED OCTOBER 2016


| Monday, Oct 3, 2016 | TCA Office re: meetings |
| Tuesday, Oct 4, 2016 | Site Visit Utuado (ZOE) |
| Wednesday Oct 5, 2016 | TCA Office re: meetings<br>PRPD HQ. re: meetings |
| Thursday, Oct 6, 2016 | TCA Office re: meetings<br>PRPD Academy re: meetings |
| Friday, Oct 7, 2016 | TCA Office re: meetings |


### 5 DAYS (DAY RATE $1,300) = $6500

Oct 1-31    Reviewed PRPD's Use and Management of Regulation Firearm
(Annual Review) 2 hrs.
Prepared comments on the above. 2 hrs.
Reviewed PRPDs Reorganizing Assistant Superintendent in
Education and Training 3 hrs.
Prepared comment on the above. 2.5 hrs.
Reviewed PRPD Forms relating to Firearms 2 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPD's Job Description for the rank of Sergeant .5 hrs.
Prepared comments on the above 1.5 hr.
Reviewed PRPD's Job Description for the rank of Captain .5 hrs.
Prepared comments on the above. 1.5 hrs.

Reviewed PRPD's Job Description for Agent .5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's Job Description for Inspector/Commander/
Lieutenant Colonel/Colonel 2 hrs.
Prepared comments 2 hrs.
Conferred with Core Team Members via email/telephone 2 hrs.

**TOTAL HOURS:  25 HOURS 30 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =    8 HOURS    10 MINUTES**

**TOTAL: $9100**

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

**TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of October 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 3/OCT | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 4/OCT | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 5/OCT | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 6/OCT | $1,300.00 |
| TCA Core Team Week (10 hours – see agenda + work after hours) | N/A | X | 7/OCT | $1,300.00 |
| Researched, reviewed and provided best police practices concerning the Dispatch Center (4 hours) | X | N/A | 1/OCT | 600.00 |
| Arranged visit of PRPD Academy Director with the NYPD Police Academy Director (2 Hours) | X | N/A | 2/OCT | 300.00 |
| Completed ride-a-long summary of Bayamon West (3 hours) | X | N/A | 8/OCT | 450.00 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Changed format, added current statistics and summary of Police Academy visits for 6-month report. (3 hours) | X | N/A | 9/OCT | 450.00 |
| Researched, reviewed and provided information that should be used as a guide when conducting interviews for ride-a-longs. (4 hours) | X | N/A | 20/OCT | 600.00 |
| As Lead, researched, reviewed and provided information concerning job descriptions, duties & responsibilities for the positions of Agent, Sergeant, Captain, Commander, Colonel, Inspector, Lieutenant Colonel, & Assistant Superintendent of Education & Training. (6 hours) | X | N/A | 23/OCT | 900.00 |
| Arranged contact for PRPD and IACP concerning membership (1 hour) | X | N/A | 25/OCT | 150.00 |
| 50 HOURS IN PUERTO RICO @ $130.00 PER HOUR | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS 17.33 HOURS @ $150 PER HOUR | | | | $2,600.00 |
| TOTAL 5.67 HOURS PROVIDED NOT BILLED | | | | $0.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

*Alan C. Youngs* (signature)

Alan C. Youngs

TCA Core Team
October 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

2

**INVOICE FOR PROFESSIONAL SERVICES:**

**OCTOBER 1- OCTOBER 27, 2016**
**SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:    **TCAPR Corp.**
          #268 Muñoz Rivera
          Suite 1001, World Plaza
          San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of October 2016 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| Research IT Governance Policy for IT Security | 2.75 | | 10/1 | 412.50 |
| Review and scan Lasalle email & first draft of 6 month report due in November | 0.5 | | 10/1 | 75.00 |
| Prepare for on site PRPD interviews - Review Materials necessary for mtgs with PRPD and structure questions | 1.5 | | 10/1 | 225.00 |
| On-site TCA Core team mtg with PRPD | | 5 | 10/3-7 | 6500.00 |
| Complete trip report (pro bono) | 4 | | 10/7-8 | 600.00 |
| Revise IT Action Plan Task Tracker alignment following PRPD Input | 4.25 | | 10/11 | 637.50 |
| Compare current PRPD policy aligment CIO input relevant to IT Action Plan | 3 | | 10/19 | 450.00 |
| Review/Research breach report and threats for upcoming review of PRPD IT security posture | 2.25 | | 1/22 | 337.50 |
| Continue to prepare and fill in IT Action Plan Task Tracker | 3.5 | | 10/25 | 525.00 |
| Total hours US | 21.75 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES IN PUERTO RICO 5 days | | | | $6500 |
| TOTAL OF BILLABLE HOURS (17.33) HOURS @ $150): | | | | $2600 |
| TOTAL OF  HOURS NOT BILLABLE "PRO BONO" (4.42 HRS) | | | | $663 |
| TOTAL FEE | | | | $9,100.00 |

INVOICE PRESENTED BY:
_____//Signed//_____10/27/2016
Scott Cragg, TCA Core Team
I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

*Federico Hernández Denton*
Chief Justice (Retired)
Ave. Arterial Hostos #239
Edificio Capital Center Torre Sur
PH-I Ofic. 1201
Hato Rey, Puerto Rico 00918

Octubre 31, 2016

Arnaldo Claudio
President
TCAPR Corp.
268 Muñoz Rivera 1001 World Plaza
San Juan, PR 00918

**Invoice For Services Rendered To The TCA During The Month of October 2016**

The present invoice includes services that were rendered by FEDERICO HERNÁNDEZ DENTON during the month of October 2016. The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 10/04/2016 | Meeting of Core Team and Constitutional Lawyers at PRPD Headquarters to analyze PRPD Policy Directives on Polygraph and changes to Organic Law with regards to Promotions. | 5 |
| 10/19/2016 | Meeting at TCA's office with father Carlos Pérez and TCA. | 1 |
| | **Total Billed Hours** | **6** |
| | **TOTAL** | **$750.00** |

Federico Hernández Denton

I hereby certify that amount billed in this Invoice is true and correct and corresponds to the number of hours worked my capacity as Legal Advisors.

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

October 28, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-10**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of October 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 10/04/2016 | **3 hrs.**   9:00 am 12:00N | Meeting at PRPD Headquarters USDOJ,DOJPR & PPR |
| 10/04/2016 | **1.25 hrs.**  1:30 to 2:45 pm | Meeting at PRPD Headquarters USDOJ,DOJPR & PPR |
| 10/04/2016 | **1.00 hr.**   5:00 to 6:00 pm | Protocol on Communications Criminal Justice System |
| 10/05/2016 | **3.00 hrs.** 1:30 to 4:30 pm | Meeting at PRPD Headquarters USDOJ,DOJPR & PPR |
| 10/07/2016 | **2.00 hrs.** 9:00 to 11:00am | Meeting at PRPD Headquarters USDOJ,DOJPR & PPR |
| 10/07/2016 | **1.50 hrs.** 1:30 to 3:00 pm | US District Court – Meeting w/ Judge Gelpi, PPR Superintendent, USDOJ, DOJPR |
| 10/07/2016 | **0.50 hr.** 4:00 to 4:30 pm | Meeting with TCA at TCA Office |
| 10/11/2016 | **2.50 hrs.** 1:30 to 4:00 pm | PPR Legal Div. Officer File (Complaints) |
| 10/13/2016 | **3:00 hrs.**  9:00 to 12:00N | PPR Legal Div. Officer File (Complaints) |
| 10/21/2016 | **3.50 hrs.** 4:00 to 7:30 pm | Policy on Protocol for the Exchange of Information and TCA Annual Review of GO 600 Section 618-Use and Management of Regulation Firearm |
| 10/24/2016 | **1 hr.** 10:00 to 11:00 am | PRPD Headquarters- Counsel M. Rodriguez, additional discussion on Transfers Policy |
| 10/25/2016 | **7 hrs.** 10:00 to 1:00 pm   5:00 to 6:00 pm   8:00 to 11:00 pm | Memorandum to TCA on proposed amendments to Law 53-1996 regarding promotions, transfers, assorted promotions. |
| 10/26/2016 | **5 hrs.** 11:00 to 1:00 pm &   3:00 to 6:00 pm | Job Descriptions of several ranks and SAEA Order |
| 10/27/2016 | **5.25 hrs.**9:30 to 11:30 am   3:30 to 4:30 pm   5:30 to 7:45 pm | Job Description of several ranks ranging from Agent to Colonel.-Review of Proposed Amendments to Law 53-1996 |
| 10/28/2016 | **6.50 hrs.**10:30 to 1:00 pm   2:00 to 4:30 pm | Job Description of several ranks ranging from Agent to Colonel(Final), SAE Order, Review |

| | 4:45 to 6:30 pm | and Comments on Draft of Evidence Rooms, Review and comments on GO for Promoting Recruitment in PRPD cadet corps of GABM. |
|---|---|---|
| 10/28/2016 | **46.00 hrs.** Total Hrs. billed | 46 hrs. x $125.00= $5,750.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

# INVOICE 0118

10/6/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during the week of Oct 2-Oct 8, 2016 to TCA Core Team, which includes the following: | 900.00 |
|    - Transportation from and to airport/hotels | |
|    - Transportation services to municipalities | |
|     (San Juan, Caguas, Police Academy Gurabo, | |
|      TCA Office, and Headquarters in Hato Rey) | |
| **Total Hours Worked: 80 hrs** | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

PUMA BUCARE
TURQUESA ESQ. AMATISTA
BUCARE, GUAYNABO, PR 00969

CASH              REC# 80382        10/08/16

**** RECIBO ****

1 GASOLINA                          40.00
                                  --------
                                    40.00
               TAX MUN . . . . .      .00
               TAX EST . . . . .      .00
                                  --------
   TOTAL DE LA VENTA . . . . .      40.00

   CAMBIO DE   40.00  -    .00

         1-MLH  10:14:50

* * * * * PIDA SU RECIBO * * * * * *
*                                   *
*      IVULOTO:                     *
*      ERROR EN COMUNICACION!       *
*      CONTROL -                    *
*                                   *
* * * * Con el IVU Todos Ganamos * * * *

                    Ford Edge
   BIENVENIDOS    Raúl

Descr.         qty         amount

REG   CA #05  47.09L        30.00
              @ 0.637/ L
   Prepay Fuel            -100.00
                        ----------
         Sub Total         -70.00
              MUN            0.00
              EST            0.00
     TOTAL       -70.00
              CASH $       -70.00
THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 10369
10/03/16  10:23:03         ST# S0520

---

GULF SAN JUAN SERVICE STATION
AVE FERNANDEZ JUNCOS/ESQ TADEO
PUERTA DE TIERRA, PR

CASH              REC# 23097        10/07/16

**** RECIBO ****

1 GASOLINA BOMBA-05                  22.00
                                  --------
                                    22.00
               TAX MUN . . . . .      .00
               TAX EST . . . . .      .00
                                  --------
   TOTAL DE LA VENTA . . . .        22.00

   CAMBIO DE   22.00  -    .00

         2-OME  14:19

┌─────────────────────────────┐
│      CONTROL: NO DISPONIBLE  │
│      SI                      │
│      processed by Softek     │
└─────────────────────────────┘

                    Raúl (Edge)

TO GO STORE GURABO
CARR 189 KM 0.4
BO. NAVARRO GURABO
PR, 00778

Descr.         qty         amount

REG  CR #09   11.347L        7.00
              @ 0.617/ L
   Prepay Fuel              -7.00
                        ----------
         Sub Total          0.00
         IVU 1%             0.00
         IVU 10.5%          0.00
         SPECIAL 2%         0.00
     TOTAL        0.00
              CASH $        0.00
THANKS, COME AGAIN
REG# 0003 CSH# 014 DR# 01  TRAN# 39338
10/06/16  09:21:18         ST# 00012

*Raúl (Edge)*

H

```
            PUMA ZONA BANCARIA
            AVENIDA PONCE DE LEON
            HATO REY, PUERTO RICO
---------------------------------------
CASH           REC# 80592        10/03/16
---------------------------------------

        ****  RECIBO  ****

1  GASOLINA(04) 40.52Lt
      (REGULAR) 61.7/Lt            25.00
                               ----------
                                   25.00
          TAX MUN . . . . .          .00
          TAX EST . . . . .          .00
                               ----------
   TOTAL DE LA VENTA . . . .       25.00

   CAMBIO DE    26.00  -   1.00


* GRACIAS POR SU COMPRA. VUELVA PRONTO *

          2-Adm  14:57c
---------------------------------------
```

*Raúl (Ford)*

```
         WELCOME TO
         .... STORE

Descr.            qty        amount
----              ---        ------
REG    CA #04  31.89"L        20.00
              @ 0.627/ L
   Prepay Fuel               -20.00
                           ----------
          Sub Total           0.00
          ESTATAL            0.00
          MUNICIPAL          0.00
     TOTAL            0.00
                     CASH $   0.00
   THANKS,COME  AGAIN
REC# 0001 CSH# 010 DRW 01  TRAN# 15944
10/05/16  05:01:59         STA A0123
```

H

```
            PUMA ZONA BANCARIA
            AVENIDA PONCE DE LEON
            HATO REY, PUERTO RICO
---------------------------------------
CASH           REC# 83460        10/06/16
---------------------------------------

        ****  RECIBO  ****

1  GASOLINA(06) 51.03Lt              32.00
      (REGULAR) 62.7/Lt
                               ----------
                                   32.00
          TAX MUN . . . . .          .00
          TAX EST . . . . .          .00
                               ----------
   TOTAL DE LA VENTA . . . . .     32.00

   CAMBIO DE    40.00  -   8.00


* GRACIAS POR SU COMPRA. VUELVA PRONTO *

          2-Adm  16:08c
---------------------------------------
```

```
H TO GO STORE GURABO
   CARR 189 KM 0.4
BO. NAVARRO GURABO
      PR. 00778

Descr.            qty        amount
----              ---        ------
Prepay Fuel                   21.00

          Sub Total          21.00
          IVU 1%             1.50
          IC  10.5%          1.50
          SPECIAL 2%         1.50
     TOTAL      21.00
                    CASH $   21.30
   THANKS, COME  AGAIN
REC# 0001 CSH# 01  DRW 01  TRAN# 41465
11/01/16  15:47:8          STA 00012


---------------------------------------
     CASH    $ 21.30
     SP
   Processed by: Nortek
---------------------------------------
```

*Josué*

H           BIENVENIDO A
TO GO STORE 24HRS.
     INTERAMERICANA
        787-523-1068
       www.togostores.com

| Descr. | qty | amount |
|--------|-----|--------|
|        | --- | ------ |
| Prepay CA#03 | | 20.00 |
|        |     | ---------- |
| Sub Total |  | 20.00 |
| IVU 1% |  | 0.00 |
| IVU 10.5% |  | 0.00 |
| SPEC 2% |  | 0.00 |
| TOTAL |  | 20.00 |
| ATH $ |  | 20.00 |

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0004 CSH# 005 DR# 01   TRAN# 45484
10/01/16  17:29:44           ST# 00037

------------------------------------
CONTROL: DO24W-9VKPE
ST
processed by Softek
------------------------------------

H

.........................................
          PUMA ZONA BANCARIA
       AVENIDA PONCE DE LEON
       HATO REY, PUERTO RICO
.........................................
CASH          REC# 80592        10/03/16


     ****  RECIBO  ****

1  GASOLINA BOMBA-04              26.00
                                 --------
                                   26.00
               TAX MUN . . . . .    .00
               TAX EST . . . . .    .00
                                 --------
    TOTAL DE LA VENTA . . . . .   26.00

    CAMBIO DE   26.00  -   .00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

          2-Adm  14:57

.........................................
|         CONTROL: 6HTBQ-9300U          |
*         ST                            *
|         processed by Softek           |
.........................................


H           BIENVENIDO A
TO GO STORE 24HRS.
     INTERAMERICANA
        787-523-1068
       www.togostores.com

| Descr. | qty | amount |
|--------|-----|--------|
|        | --- | ------ |
| Prepay CA#01 | | 20.00 |
|        |     | ---------- |
| Sub Total |  | 20.00 |
| IVU 1% |  | 0.00 |
| IVU 10.5% |  | 0.00 |
| SPEC 2% |  | 0.00 |
| TOTAL |  | 20.00 |
| CASH $ |  | 20.00 |

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0002 CSH# 006 DR# 01   TRAN# 27216
10/06/16  13:43:36           ST# 00037

------------------------------------
CONTROL: RLMAZ-MDCYN
ST
processed by Softek
------------------------------------

```
TO GO STORE GURABO
CARR 182 KM 0.4
BO. NAVARRO GURABO
PR. 00778

Descr.          qty          amount
                             ------
                             13.00
         4.11 GAL
   Prepay Paid               -13.00
                             ------
    Sub Total                 0.00
      TAX 1%                   0.00
   IVU 10.5%                   0.00
   STATAX 2%                   0.00
      TOTAL          0.00
         CASH  $              0.00
THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01 TRAN# 43569
12/12/06  19:40:41          ST# A0012
```

```
TO GO STORE GURABO
CARR 182 KM 0.4
BO. NAVARRO GURABO
PR. 00778

Descr.          qty          amount
                             ------
Prepay CA#07                 20.00
                             ------
    Sub Total                20.00
      TAX 1%                  0.00
   IVU 10.5%                  0.00
   STATAX 2%                  0.00
      TOTAL         20.00
         CASH  $            20.00
THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01 TRAN# 43960
12/12/06  19:11:04          ST# A0012
```

```
        BIENVENIDOS A
   PUMA PLAZA GUAYNABO


Descr.          qty          amount
                             ------
Prepay CA#06                 25.00
                             ----------
      Sub Total              25.00
        ESTATAX               0.00
       contido %             0.00
      TOTAL         25.00
         CASH  $            25.00
THANKS, COME AGAIN


REG# 0001 CSH# 004 DR# 01  TRAN# 19718
10/14/16  12:54:52          ST# AB123
```

H

```
              PUMA BUCARE
        TORQUESA ESQ. AMATISTA
      BUCARE, GUAYNABO, PR 00969

CASH          REC# 86285        10/19/16

        ****  RECIBO  ****

1  GASOLINA                     25.00
                               --------
                                25.00
              TAX MUN . . . . .   .00
              TAX EST . . . . .   .00

      TOTAL DE LA VENTA . . . . . 25.00

      CAMBIO DE  25.00  =   .00


              2 NL   19:32:25


* * * * * *  PIDA SU RECIBO * * * * * *
*                                      *
*           IVU DID:                   *
*        ERROR EN COMUNICACION:        *
*           CONTROL -                  *
*                                      *
* * * * Con el IVU todos Ganamos  * * * *
```

H      BIENVENIDO A
    TO GO STORE 24HRS.
     INTERAMERICANA
       787-523-1068
     www.togostores.com

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#05 | | 30.00 |

```
              Sub Total      30.00
              IVU 1%          0.00
              IVU 10.5%       0.00
              SPEC 2%         0.00
         TOTAL     30.00
              CASH $        30.00
      GRACIAS, VUELVA PRONTO
    ***PROHIBIDO EL CONSUMO***
      DE BEBIDAS ALCOHOLICAS
         EN LA TIENDA Y
        SUS ALREDEDORES.
REG# 0004 CSH# 015 DR# 01  TRAN# 47805
10/25/16  07:34:07          ST# 00037


  -------------------------------
  CONTROL: SX07M-W1A77
  ST
  prccessed by Softek
  -------------------------------
```

```
h          BIENVENIDO A
       TO GO STORE 24HRS.
         INTERAMERICANA
            787-523-1068
          www.togostores.com

Descr.          qty        amount
-------         ---        ------
                            20.00
Prepay CA#07
                          ----------
              Sub Total      20.00
                  IVU 1%      0.00
               IVU 10.5%      0.00
                SPEC 2%       0.00
       TOTAL           20.00
              CASH  $        20.00
        GRACIAS, VUELVA PRONTO
       xxxPROHIBIDO EL CONSUMOxxx
        DE BEBIDAS ALCOHOLICAS
            EN LA TIENDA Y
           SUS ALREDEDORES.
REG# 0004 CSH# 013 DR# 01   TRAN# 43134
10/30/16  10:25:31            ST# 00037


-----------------------------------
    CONTROL: BY5Y7-NBHF1
    ST
    processed by Softek
-----------------------------------
```



# CENTRO DE GOMAS
# PUERTO NUEVO

**Servicio de gomas**
Lunes a Viernes 7:30 am a 6:30 pm
Domingo 8:30 am a 4:00 pm



"TODO LO PUEDO EN CRISTO
QUE E FORTALECE"
FILIPENSES 4:13

**GOMAS NUEVAS Y USADAS
BALANCEO ELECTRONICOS
VENTA DE AROS NUEVOS Y USADOS
TEL. 787-781-5125**

VENTA CASH

**FACTURA**
03094

| Cliente | FECHA 24-10-20/ |
| Direccion | TEL. |
| | CEL. |

| CANT | DESCRIPCION | UNIDAD | PRECIO |
|------|-------------|--------|--------|
| | **GOMA** | | 6.00 |
| | | | |
| | **REPARACION** | | |
| / | **PARCHO** | | |
| | **INYECCION** | | |
| | **ROTACION** | | |
| | **BALANCEO** | | |
| | **VALVULA** | | |
| | **MONTURA** | | |
| | | | |

| | | TOTAL | 6.00 |
| | | TAX | |
| | | PRECIO TOTAL | 6.00 |

FIRMA DEL CLIENTE

Garantia por desperfectos de fabrica gomas sin alteraciones.

# LULU SERVICE STATION

1251 Las Palmas,Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

04522

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS | | |
|---|---|---|

FECHA _____ 7/Oct 20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____

CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20 00

# LULU SERVICE STATION
### 1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
### San Juan, Puerto Rico 00907
### Tel. (787) 724-5670

04623

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 10/11/ 20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | | |
|---|---|---|---|
| LITROS DE GASOLINA | | | |
| QTOS. DE ACEITE | | | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | | 20 | 00 |
| LAVADO MOTOR | | | |
| INSPECCION | | | |
| FLUSHING | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 20 00

---

# LULU SERVICE STATION
### 1251 Las Palmas, Ave. Esq. R.H. Todd Pda. 18
### San Juan, Puerto Rico 00907
### Tel. (787) 724-5670

04543

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 10/12/ 20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | | |
|---|---|---|---|
| LITROS DE GASOLINA | | | |
| QTOS. DE ACEITE | | | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | | 20 | 00 |
| LAVADO MOTOR | | | |
| INSPECCION | | | |
| FLUSHING | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 20 00



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| | TIME | HOST |
|---|---|---|
| DATE | 13:34:23 | P.PAID |
| Oct 06.16 | TERMINAL ID | MERCHANT ID |
| BATCH | 87880010 | 87801070XX01 |
| 000113 | | |

## PREPAID CASH

PP NUMBER.
627607040714128
PCA.E

AUTH. CODE: 0AAJT6      INVOICE: 018586

TRACE  :000004

TOTAL :          $         20.00

SIGNATURE: C. ............. ...

APPROVED
19.15

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND  AGREES TO  PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



**AUTO EXPRESO**
SISTEMA DE PEAJE ELECTRONICO

|  |  |  |
|---|---|---|
| Recibo del Cliente | | PREPATRONRECEIPT_ES |
| AutoExpreso | Fecha del Informe: | 10/14/2016 |
| P.O. Box 11888 | Hora del Informe: | 14:14:35 |
| San Juan, PR 00922-1888 | | |

Numero de Cuenta:     3451155

TCA PR CORP
Sr JOSUE LOPEZ SIERRA
WORLD PLAZA  268 MUNOZ RIVERA
SAN JUAN, PR 00918

| Descripción | | Fecha de Transacción | Cantidad de la Transacción($) | Balance ($) |
|---|---|---|---|---|
| Balance Inicial ($) | $5.80 | | | |
| CARGO MANUAL DE MASTERCARD | | 10/14/2016 14:14:27 | $20.00 | $25.80 |
| Balance Final ($) | $25.80 | | | |

Resumen de la Cuenta:

| | |
|---|---|
| Cantidad de Sellos Electrónicos Emitidos: | 1 |
| Tipo de Cuenta: | Registrada |
| Tipo de Pago/Abono: | Dinero Efectivo |

***FIN DEL INFORME***

# PROFESSIONAL SERVICES RENDERED: INVOICE

From:  Guillermo A. Baralt Miró, Esq.       To:     TCA Corp.                    DATE: October 28, 2016
       2070 Calle 1 Apto 215B                       268 Muñoz Rivera,
       Guaynabo, Puerto Rico                        World Plaza, Suite 1001
       (787) 236-0645                               San Juan, PR 00961
       guillermobaralt@outlook.com

## LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD ENDING ON 10/28/2016

| DATE | HOURS | SERVICE RENDERED |
|------|-------|------------------|
| 10/3/2016 | 4 | TCA Core Team Visits & Other Meetings<br>Created Outline of Guidelines to be employed on a review of promotion files |
| 10/4/2016 | 12 | Ride-Along |
| 105/2016 | 6 | Preparation of Review Material |
| 10/6/2016 | 4 | Provided Guidelines for the review of promotion material to the Core Team |
| 10/7/2016 | 8 | Core-Team exit |
| 10/12/2016 | 12 | TCA Administrative Issues; Drafting of Profesional Serivces Contract |
| 10/13//2016 | 5 | Began reading assigned Policies |
| 10/14/2016 | 6 | Drafted Promotion Memorandum on Findings |
| 10/17/2016 | 9 | Began organizing all of the TCA's material regarding promotions |
| 10/18/2016 | 9 | Wrote memorandum on findings of the material on Promotions |
| 10/19/2016 | 5 | Began informal comments on Policies |
| 10/20/2016 | 5 | " " |
| 10/24/2016 | 3 | Meeting with the Reform Unit to discuss the general order on personnel relocation (transfers) |
| 10/25/2016 | 6 | Worked on Drafting Policy Review |

| Date | Hours | Description |
|---|---|---|
| 10/24/2016 | 4 | " " |
| 10/25/2016 | 5 | " " |
| 10/26/2016 | 3 | |
| 10/27/2016 | 9 | Finished assigned Policy Review:<br>General Order on Recruitment Plan<br>General Order regarding the evidence rooms. |
| | | |

| | | |
|---|---|---|
| Total time invested (hours) | 115 | |
| Unbillable Services Rendered for the month of October (hours) | 15 | |
| Total Billable Hours | 100 | |
| Rate ($) | $20 | |
| Total Due | $2,000 | |

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to maintain confidential or disclose.

**This invoice is for billable services rendered. However, it does not represent an exhaustive list of all work performed, but only that of which the source of the data is easily revisable.

***Invoice for the Surplus of Hours shall be rendered once the conditions area ideal to do so.

_____          October 28, 2016 _____
Guillermo A. Baralt Miró, Esq.                    Date

## Invoice October 26, 2016: $5,000

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services for Phase I: Starting on November 1, 2016. To begin the project immediately.**

Professional shall be paid or otherwise reimbursed for professional services rendered according to the terms of this Agreement as follows: $5,000.00 as an enabling advance for the professional to begin the project immediately.

This professional by contract will be carrying out a survey and study of eight (8) different "focus groups" from within the context of their experience with the Puerto Rico Police Department, pursuant to §251 of the Agreement.

These "focus groups" are subclasses found within/are a part of the Puerto Rican societal structure, separated by only that defining characteristic that make them homogeneous as a group.

These groups are:

     1.LGBTT group whose members share a meeting space, but dwell in different municipalities.
     2.Group of Homeless citizens from the San Juan greater Metropolitan Area.
     3.Group of residents that either migrated from the Dominican Republic, and or are descendants of immigrants from the Dominican Republic (legal status not withstanding).
     4.Group of Residents from the "Luis Llorens Torres" Public Housing Community.
     5.Students enrolled at the University of Puerto Rico, Mayaguez Campus.
     6.A group whose members identify themselves as "Afro-Caribbean."
     7.A group of crime victims that are of the female sex & gender.
     8.Groups of residents of the Municipality of Loiza.

I look forward to maintain communication with you,


Sincerely yours,

*Richard Blanco Peck*

**Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**



HACIENDA MILLA DE ORO
WESTERNBANK PLAZA 268 AVE MUNOZ RIVERA
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Oct 20,16 | 15:21:21 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 020089 | 30202033 | 4549106520182 |

SALE

ACCT.
DEBIT            ************2335

AUTH. CODE: 349930      INVOICE: 004483

TRACE :004543

TOTAL :        $        5.00

NO SIGNATURE REQUIRED

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL. 787-622-3600
10/06/16 15:46 4992 04866 005      247

V MEMBER  101-*******6645

# THANK YOU,
RAUL TORRES DIAZ

```
  606806 COPY PAPER              28.58 T
              SUBTOTAL           28.58
  TAX 1  10.500 %                 3.00
  TAX 2   1.000 %                 0.29
                 TOTAL           31.87
          CASH  TEND             35.00
          CHANGE DUE              3.13
```

Visit samsclub.com to see your savings

CONTROL: Q36DT-W3VG4 WM

# # ITEMS SOLD 1

TC# 8568 7615 8490 0103 2473

Por favor responda nuestra "NUEVA Y MÁS RÁPIDA
ENCUESTA" acerca de su experiencia de compra
http://www.survey.samsclub.com.
EN AGRADECIMIENTO POR SU TIEMPO PODRÁ
GANAR UNA DE CINCO TARJETAS DE REGALO
DE SAM'S CLUB VALORADAS EN $1,000 CADA UNA.
Para participar debe ser mayor de 18 años y ser
residente legal de EU. Nada que comprar.
Visite: www.entry.survey.samsclub.com para las
Reglas Oficiales, la fecha final, y para participar sin
comprar.  Tiene DOS semanas a partir de la fecha
de hoy para contestar la encuesta

# Happy to Help

Escose Mastercard para
todas tus compras en Sam's Club
10/06/16      15:46:47