12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of October. The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled meeting with Dr. Blanco Peck and Community Leaders in relation to the work plan of the focus groups in compliance with paragraph 24. A meeting was held between with SARP, USDOJ, PRDOJ and the TCA and his staff to discuss subject on promotions; and amendments to PR Police Law 53 were discussed (regarding promotions).

During the Core Team week the following matters were discussed: Action Plan Implementation, Ride Alongs, Paragraph 13, Polygraph Examinations, Policies, Procedures for Criminal Examination; PRPD's request for not submitting a separate protocol on compelled statements; Promotions and Trainings and the report with findings and recommendations of the review process files relating to promotions. Through this week the TCA, the Core Team and Staff attended to previously scheduled visits in the Zones of Excellence of Quebradillas, Utuado and Bayamón; the Police Academy; and the Police Headquarters.

Is important to mention that the following General Orders were discussed and reviewed: General Order: Reorganization of the Assistant Superintendent for Education Training; General Order 600-618: Use and Management of Regulation Firearms; General Order: Ingress and Egress of Cells; General Order: Intervention with Minors and Collaborative Agreement with the Department of Correction; General Order: Research and Child Abuse and/or Neglected Juvenile Institutions; General Order 100-10: Assistant Superintendent of Management Services (SASG); General Order: Information Systems; and General Order on P.R.E.A. The descriptions of the following position were reviewed: Agent, Captain, Sergeant, Inspector, Commander, Lieutenant Colonel and Coronel.

As well during this month the eleven Action Plans (Plans) developed by the Puerto Rico Police Department (PRPD) concerning Professionalization, Use of Force, Search and Seizure, Equal Protection and Non-Discrimination, Recruitment, Policies and Training were approved. A final copy of all these eleven Plans was submitted to the United States Department of Justice (USDOJ) and the TCA on October 14, 2016. They are in Spanish and will be translated into English.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's November and December agenda was discussed, the circulating CT December agenda and the Core Team work plan.