UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO POLICE DEPARTMENT<br><br>Defendants | NO. 12-2039 (GAG) |

## MOTION IN COMPLIANCE WITH PARAGRAPH 261 OF THE AGREEMENT

TO THE HONORABLE COURT:

**COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows:

1. The Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter referred to as the ("Agreement") requires PRPD to file with the Court a status report that will delineate the steps taken during the review period to implement the Agreement, provide an assessment of the status of its progress, and any response to concerns raised in prior Technical Compliance Advisor's reports. (*See* Agreement ¶ 261, Dkt. No. 60).

2. In compliance with the aforementioned Requirement, on this same date, PRPD will be submitting to the Court a sealed version of PRPD's Fifth Progress Report to cover the period from May 26, 2016 to November 25, 2016.[1]

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on November 28, 2016.

**CÉSAR R. MIRANDA RODRÍGUEZ**
Secretary of Justice

**MARTA ELISA GONZÁLEZ Y.**
Deputy Secretary
General Litigations Office

**WANDYMAR BURGOS VARGAS**
Director
Federal Litigation Division
Department of Justice

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov

---

[1] The progress report for this semester was due on November 25th 2016. However, that date was being observed as a Holiday by the District Court of Puerto Rico. Pursuant to Rule 6 of the Federal Rules of Civil Procedure the next available filing date is on November 28th, 2016.