Exhibit 1:  CARIBBEAN BUSINESS, 11/25/16, http://caribbeanbusiness.com/protests-against-the-deposit-of-carbon-ashes-will-be-mobilized-to-la-fortaleza/.

# Coal Ash Protest moves to La Fortaleza on Monday

By Cindy Burgos Alvarado on November 25, 2016

**6**
SHARES

ShareTweetShareShareShare



Second from right, Puerto Rican Independence Party (PIP) Secretary-General Juan Dalmau Ramírez and, on his left, former PIP gubernatorial candidate Sen. María de Lourdes Santiago are seen protesting the disposal of coal ash in the Peñuelas Valley Landfill. (Inter News Service photo)

SAN JUAN – Some of the protesters who have demonstrating this week in front of Peñuelas Valley Landfill (PVL) to stop dump trucks from disposing coal ash there will mobilize Monday to Old San Juan to take their call directly to Gov. Alejandro García Padilla.

The spokesman for activist group Toabajeños en Defensa del Ambiente, Juan Camacho, who joined the protest in Peñuelas Friday morning, said the protest Monday will be at 4 p.m. and is to demand that García Padilla include Senate Bill 340, which establishes public policy for the disposal of coal ash, in the special session he convened last week.

This bill was presented by Puerto Rican Independence Party (PIP) Sen. María de Lourdes Santiago, one of dozens of protesters who were arrested Wednesday for blocking traffic into the Peñuelas landfill for the trucks to deposit coal ash produced by Applied Energy Systems (AES) in Guayama.

Peñuelas Mayor Walter Torres Maldonado announced that on Dec. 1, he will hold a meeting in San Juan so both sides of the controversy meet to reach an agreement. Participating in the meeting will be a police monitor, the landfill's owner (EC Waste) and government and community representatives.

The mayor asked the company to stop its ash disposal until Thursday. "We are waiting for the meeting, from now until Thursday, we asked for the deposit of ash to be stopped. We don't know what will happen, because there is no clear answer from them," he said.

"We want the people to join the battle, which isn't just about the people of Peñuelas, but also about the health of all Puerto Ricans. We want Senate bill 349 to be included in the agenda of the special session to adequately address ash disposal in Puerto Rico," Camacho said, according to La Perla del Sur (Ponce).

Ex. 1:  METRO NEWS, 11/25/16, https://www.metro.pr/pr/noticias/2016/11/25/alcalde-penuelas-anuncia-reunion-llegar-acuerdo-deposito-cenizas.html.

# Alcalde de Peñuelas anuncia reunión para llegar a acuerdo por depósito de cenizas

**La reunión será el 1ro de diciembre.**

*Por: [Inter News Services](#)*

25/11/2016

El alcalde de Peñuelas, Walter Torres Maldonado, anunció hoy una reunión para el 1 de diciembre en San Juan para llegar a un acuerdo entre los distintos sectores por el conflicto del depósito de cenizas de carbón en el vertedero municipal, que ha provocado una ola de protestas y arrestos.

Torres Maldonado indicó que en la cita, en uno de los salones del coliseo Roberto Clemente, se reunirán el monitor de la Policía, los dueños del vertedero del municipio, representantes de la comunidad, personeros del actual gobierno y del entrante, "para ver cómo podemos llegar a un entendimiento en lo que el Supremo ve el caso".

A su vez, el primer ejecutivo ha pedido al dueño del vertedero la paralización del depósito de cenizas, lo que aún no es respondido.

"Estamos en espera de esa reunión, de aquí al jueves se pidió que se paralizara el depósito de cenizas. No sabemos aún que sucederá, porque no hay contestación clara de ellos".

Opinó, además, que "si la Policía no escolta (a los camiones) y no se deposita, no hay conflicto".

El alcalde dijo que si el jueves no se llega a un acuerdo, el domingo llega el gobernador y le vamos a pedir que incluya el proyecto 370 (de prohibición del depósito de cenizas) en la sesión extraordinaria.

Igualmente, expuso que "ya viene Navidad y en lo que entra la nueva administración" se podría detener el depósito de cenizas y las manifestaciones.

En cuanto a la posibilidad de realizar actos de desobediencia civil, indicó que deben ser "bien orquestados" para que llamen la atención de los tribunales

# Alcalde peñolano apuesta a reunión con monitor federal

NC www.noticel.com /noticia/197419/alcalde-penolano-apuesta-a-reunion-con-monitor-federal.html

Inicio»

## Ahora



Alcalde de Peñuelas, Walter Torres. (Twitter)

Sandra Torres para NotiCel

26/11/2016 04:13 pm

El monitor federal de la Policía de Puerto Rico atenderá una solicitud hecha por el alcalde de Peñuelas, Walter Torres Maldonado, este próximo jueves, 1 de diciembre, para que se detenga el depósito de cenizas en el Peñuelas Valley Landfill hasta que el Tribunal Supremo tome una decisión final.

Esto surge, ya que es a través de la uniformada que la empresa EC Waste, dueña y operadora del vertedero peñolano, ha logrado que sus camiones de acarreo despachen el material por encima de las manifestaciones ciudadanas que resultaron en el arresto de más de 60 personas esta semana.

Según Torres Maldonado, la reunión se hará las oficinas del Coliseo Roberto Clemente en presencia del monitor Arnaldo Claudio, el municipio de Peñuelas y los dueños del vertedero.

"Se pidió también que de aquí al jueves se detuviera el depósito de cenizas. Hoy no se iba a depositar porque estaban las manifestaciones, pero no sé lo que pueda pasar el lunes, martes o miércoles, porque al no haber una contestación clara de ellos (EC Waste), uno está en esa misma disyuntiva", señaló el primer ejecutivo de Peñuelas en conferencia de prensa.

"Peñuelas Landfill es quien decide si habrá depósito de cenizas o no, antes del jueves", agregó.

Por otra parte, el alcalde indicó que espera el regreso del gobernador Alejandro García Padilla, quien continúa fuera del país hasta mañana, domingo, para solicitarle formalmente la inclusión en la sesión extraordinaria del Proyecto del Senado 340 (PS 340), de la senadora independentista María de Lourdes Santiago. La medida busca

prohibir el uso de las cenizas de carbón en proyectos de construcción, en vías o su depósito en terrenos, entre otros asuntos.

"Nos hemos sentado con representantes del gobierno entrante y ya hay unas intenciones escritas de proyectos que se van a hacer para legislar y hacer legal el no depósito de cenizas", aclaró mientras manifestó que los representantes legales del municipio lograron que el Tribunal Supremo consolide este caso con el presentado desde el 2014 contra la empresa Eco Systems.

El próximo lunes, 28 de noviembre, los manifestantes en contra del depósito de cenizas estarán atentos ante cualquier movimiento de camiones, pues continuarán protestando frente al vertedero en Peñuelas desde horas de la madrugada.

Por otro lado, el Partido Independentista Puertorriqueño (PIP) convocó a una manifestación en La Fortaleza. El evento "No a las Cenizas de Carbón" tendrá lugar a las 4:00 p.m. y le reclamará al gobernador que añada el PS 340 a la a la sesión extraordinaria.

Exhibit 1:  PRIMERA HORA, 11/27/16, http://www.primerahora.com/noticias/puerto-rico/nota/inciertalaparticipaciondeecwasteenreunionsobrecenizasdepenuelas-1190778/.

# Incierta la participación de EC Waste en reunión sobre cenizas de Peñuelas

**Por Michelle Estrada Torres /** michelle.estrada@primerahora.com 11/27/2016 |04:17 p.m.



Los manifestantes han convocado a un piquete a partir de las 4:00 a.m. de mañana, en espera de más camiones con cenizas. (tonito.zayas@gfrmedia.com)
En el cónclave estarán presentes el alcalde de Peñuelas, el monitor federal de la Policía y otros dos representantes de la comunidad.

Peñuelas. La empresa EC Waste, operadora del vertedero Peñuelas Valley Landfill, comunicó hoy que todavía no ha decido si asistirá a una reunión convocada por el monitor federal de la Policía, Arnaldo Claudio, para discutir la entrada de camiones con cenizas de carbón al relleno industrial.

Ese cónclave será el jueves, 1 de diciembre a las 11:00 a.m. en una oficina del Coliseo Roberto Clemente en San Juan. En el mismo estarán presentes el alcalde de Peñuelas, Walter Torres Maldonado; José Manuel Díaz y otros dos representantes de la comunidad; un representante de la Policía y Claudio. No se ha confirmado si también asistirá el juez federal Gustavo Gelpí, quien tiene a cargo la reforma de la Policía de Puerto Rico.

"La operación se va a continuar y todavía no se ha decidido si se va a acudir a la reunión", afirmó esta tarde Ricardo Soto, portavoz de la empresa, durante una visita guiada para periodistas en el vertedero peñolano.

De esta manera, EC Waste deja la puerta abierta para continuar el recibo de camiones con cenizas provenientes de la planta AES de Guayama a partir de mañana, lunes.

Exhibit 1:  PRIMERA HORA, 11/27/16, http://www.primerahora.com/noticias/puerto-rico/nota/inciertalaparticipaciondeecwasteenreunionsobrecenizasdepenuelas-1190778/.

Sin embargo, Torres Maldonado dijo a Primera Hora que Claudio le indicó la semana pasada que el presidente de EC Waste, Randy Jensen, había confirmado su asistencia a la reunión.

El alcalde agregó que hoy le entregaría una carta al gobernador Alejandro García Padilla para que asista al encuentro o envíe un representante, y para pedirle "que instruya al superintendente de la Policía, José Caldero, a comparecer".

El depósito de cenizas, viabilizado este mes por una decisión del Tribunal de Apelaciones, reactivó el Campamento contra las cenizas de carbón en la entrada del vertedero en la carretera PR-385. La semana pasada la Policía arrestó a 61 manifestantes en desobediencia civil y permitió el paso de 88 camiones.

La  expectativa del alcalde Torres Maldonado con la reunión, según dijo el viernes pasado, es conseguir un acuerdo con EC Waste para que no reciba las cenizas en lo que queda del año, mientras hace gestiones con el gobierno entrante para buscar la manera de prohibir por ley el depósito de este material en Puerto Rico.

Los manifestantes han convocado a un piquete a partir de las 4:00 a.m. de mañana, en espera de más camiones con cenizas. También, a las 4:00 p.m., habrá una manifestación frente a La Fortaleza, en San Juan, para pedirle al gobernador que incluya en la sesión extraordinaria el Proyecto del Senado 340, de la senadora independentista María de Lourdes Santiago, que prohibiría el uso y disposición de las cenizas de carbón en Puerto Rico