

ESTADO LIBRE ASOCIADO DE PUERTO RICO
*Gobierno Municipal de Peñuelas*
OFICINA DEL ALCALDE
APARTADO NO. 10
PEÑUELAS, P.R. 00624

Hon. Walter Torres Maldonado
ALCALDE

27 de noviembre de 2016

Hon. Alejandro García Padilla
Gobernador
Estado Libre Asociado de Puerto Rico
La Fortaleza
San Juan, Puerto Rico

Estimado Gobernador:

Este jueves, 1 de diciembre con el aval del Juez Federal Gustavo Gelpí y en coordinación con el Monitor de la Policía de Puerto Rico, estaremos celebrando una reunión en uno de los salones del Coliseo Roberto Clemente en San Juan.

El propósito de la misma, es llegar a acuerdos que satisfagan todas las partes y que nos permita ayudar a llevar sosiego y paz en esta época tan preciada espiritual y culturalmente para el pueblo puertorriqueño. Dando así espacio a que los tribunales consideren y pasen juicios sobre los planteamientos que tienen ante sí.

Han sido convocados, representantes de las compañías administradoras del vertedero; Peñuelas LandFill y/o EcoSystems, representantes de los manifestantes y este servidor.

Por medio de la presente, muy respetuosamente, solicitamos que usted o un representante y el Superintendente de la Policía, José Caldero López comparezcan a la misma.

Con esperanzadora espera, quedo a sus órdenes.

Walter Torres Maldonado
Alcalde