

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 12/1/2016
Factura #: 2017-0270

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 12/1/2016 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

ID Cliente       TCAPR
Nombre Cliente   TCAPR Corp.

Fecha:       12/1/2016
Factura #:   2017-0270

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 12/1/2016 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

**Favor de remitir su pago con este talonario a la dirección postal:**
**P.O. Box 41207 - San Juan, PR 00940-1207**
**ó entregar físicamente en:**
**Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey**

**RR GROUP, PSC**
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for Previous Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4083 |
|---|---|
| Date: | 11/21/2016 |
| Amount due (U.S. $): | 1480.30 |
| Terms of payment: | NET 30 |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement November 2016: Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| Expense | Certified Mail Number 7013 0600 0001 2190 9883 filing 941-PR | 1.00 | 6.47 | 6.47 |
| Expense | Certified Mail Number 7013 0600 0001 2190 9791- payment Chauffers Insurance | 1.00 | 6.47 | 6.47 |
| Expense | Certified Mail Number 7013 0600 0001 2190 9890- VOB | 1.00 | 7.36 | 7.36 |
| | | | Total: $ | 1480.30 |

1,460.00

Page 1 of 1



# CORPORACION DEL FONDO DEL SEGURO DEL ESTADO
*State Insurance Fund Corporation*

TCAPR CORP
268 MUNOZ RIVERA
SUITE 1001 WORLD PLAZA
SAN JUAN    PR  00918

**NUMERO DE POLIZA**
*Policy Number*

**1512000598-2017**

## NOTIFICACION DE COBRO DE PRIMAS DE SEGURO OBRERO
*Workers Compensation Premium Notice*

### LIQUIDACION FINAL AÑO 2016,  PRIMA PRELIMINAR 2017
*(Final Statement Year 2016,  Preliminary Premium 2017)*

*A CONTINUACION LE OFRECEMOS UN RESUMEN DE SU NOTIFICACION DE COBRO DE PRIMA CON LAS FECHAS DE PAGO.*
*(The following is a summary of your Premium NOTICE with the payment due dates.)*

| | |
|---|---|
| *Su prima total a pagar en el año 2016–2017 es de  :* <br> *(The total premium to be paid for the year 2016–2017 is:)* | **$2,696.75** |
| *Esta prima se divide en dos semestres.* <br> *(This premium is divided in two semesters)* | |
| *El importe a Pagar para el primer semestre es    :* <br> *(The amount to be paid for the first semester)* | **$1,159.58** |
| *Fecha de Vencimiento :* <br> *(Due Date)* | **2016-12-12** |
| *El importe a Pagar para el segundo semestre es   :* <br> *(The amount to be paid for the second semester)* | **$1,537.17** |
| *Fecha de Vencimiento :* <br> *(Due date)* | **2017-01-20** |

Para ver más detalles sobre la Notificación de Cobro de Primas de
su seguro obrero,   véase documento adjunto.
*(To view more details regarding the Workers Compensation Premium*
*Notice,  refer to the attach document.)*



| | |
|---|---|
| Factura | 11/04/16 |
| Cuenta | 769528798  2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de  4 |

| | |
|---|---|
| **FECHA DE VENCIMIENTO** | 12/03/16 |
| **TOTAL A PAGAR** | $380.46 |
| **CANTIDAD ENVIADA** | |

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000038046 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Por favor, desprenda este talón y devuélvalo con su pago.

Factura  11/04/16
Cuenta  769528798  2

## Chatea en vivo
### con un representante de servicio.



Accede desde claropr.com
o en Mi Claro App

| | | |
|---|---|---|
| **RESUMEN DE SU CUENTA** | Balance Anterior | $ 187.43 |
| | Pagos Recibidos - ¡Gracias! | 0.00 |
| | Ajustes | 0.00 |
| **TOTAL BALANCE VENCIDO** 11/02/16 **PAGUE INMEDIATAMENTE** | | $ 187.43 |
| SERVICIOS A NIVEL DE CUENTA | | 2.81 |
| SERVICIOS TELEFONIA FIJA | | 190.22 |
| **TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 12/03/16** | | $ 193.03 |
| **TOTAL A PAGAR*** | | $380.46 |

*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.

Si usted es beneficiario del subsidio que provee el Programa de Servicio Universal Lifeline este mensaje es para usted. La Junta Reglamentadora de Telecomunicaciones de PR ha informado mediante Orden Administrativa, que efectivo el 1ro de Noviembre del corriente cancelará su aportación de $1 al subsidio.  Esto significa que a partir de esa fecha, usted recibirá un subsidio de $9.25 mensual en vez de los $10.25 que recibe en la actualidad.