UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff; v. COMMONWEALTH OF PUERTO RICO, ET AL., Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for November 2016.

| Core Team Expenses [1] | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | November 2016 |
| Rafael E. Ruíz | N/A | N/A |
| Marcos Soler | $5,200.00 | November 5th, 2016 to November 8th, 2016 |
| John J. Romero | N/A | N/A |
| Alan Youngs | N/A | N/A |
| Scott Cragg | N/A | N/A |
| Subtotal | $11,700.00 | |
| Telework | | |
| Gerard LaSalle | $3,696.00 | November 2016 |
| Linda V. Navedo | $2,600.00 | November 2016 |
| Rafael E. Ruíz | $6,600.00 | November 2016 |
| Marcos Soler | $3,900.00 | November 2016 |
| John J. Romero | $6,375.00 | November 2016 |
| Alan Youngs | $6,150.00 | November 2016 |
| Scott Cragg | $3,300.00 | November 2016 |
| Subtotal | $32,621.00 | |

---

[1] See attached Invoices

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $6,656.25 | November 2016 |
| Federico Hernandez Denton | N/A | N/A |
| Antonio Bazán | $2,187.50 | November 2016 |
| | Subtotal | $8,843.75 |
| Car Expenses | | |
| Chauffer | N/A | N/A |
| Gasoline | $269.75 | November 2016 |
| Tolls | $80.00 | November 2016 |
| Car Maintenance | $50.00 | November 2016 |
| | Subtotal | $399.75 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $1,600.00 | November 2016 |
| | Subtotal | $1,600.00 |
| Richard Blanco Peck, Ph D. | $5,000.00 | Services for Phase I: Services Phase I: Hiring, Organizing & Planning of Research Study |
| | Subtotal | $5,000.00 |
| Office Supply | | |
| File Folders | $10.02 | |
| | Subtotal | $10.02 |
| Reimbursement For Travel Expenses (Forth Worth, TX. Conference) | | |
| Arnaldo Claudio | | |
| Airfare | Paid by host | |
| Lodging | Paid by host | |
| Per Diem Non – Travel Day | $150.00 | Reduced from $59.00 to $50.00 per day due to various dinners offered by host (three days) |
| Per Diem Travel Day | $88.50 | $44.25 per day (two days) |
| Ground Transportation | Provided by host | |
| | Subtotal | $238.50 |
| Linda Navedo | | |
| Airfare | $400.00 | |
| Lodging | $596.00 | $149.00 per night (four nights) |
| Per Diem Non Travel Day | $177.00 | $59.00 per day (three days) |
| Per Diem – Travel Day | $88.50 | $44.25 per day (two days) |
| Ground Transportation | Provided by host | |
| | Subtotal | $1,261.50 |
| Alfredo Castellanos | | |
| Airfare | $400.00 | |
| Lodging | $447.00 | $149.00 per night (four nights) |
| Per Diem Non Travel Day | $118.00 | $59.00 per day (three days) |
| Per Diem – Travel Day | $88.50 | $44.25 per day (two days) |
| Ground Transportation | $68.71 | |
| | Subtotal | $1,122.21 |
| Grand Total | | $62,796.73 |

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $62,796.73, the total amount of the monthly expenses, for the month of November 2016.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH,** the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $62,796.73 the total amount of the expenses for the month of November 2016.

In San Juan, Puerto Rico, this day December 7, 2016.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.