## VOUCHER

**Invoice for Date of Service:   November 2016**

**TO:  TCA Corporation**

**FROM: Gerard LaSalle, Ph.D. LLC   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**

**PHONE: 973-943-3167**   jlasalle24@comcast.net

**TAX ID: 20-5830242**

**CASE: Reform Agreement Police of Puerto Rico**

**Professional Fee**

**Hourly rate (off-site):**                                        **$150.**

                                                                        **Hour(s)**

**Month of November**

(1) Communicate with TCA and Core Team to prepare, review, revise, written
   reports to include draft of 5th semiannual report

**Total payable hours: 24 x $150. per hour**                   **$ 3696**

**TOTAL AMOUT DUE**                                             **$3696**

**Gerard LaSalle**

_____

**Arnaldo Claudio, TCA**

ok

# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER/2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      TCAPR Corp.
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **November/2016**, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Working session with TCA Arnaldo Claudio and Marcos Soler in attention to DEC/2016-TCA Six Month Report and November-December/2016' Agendas. (8.0) | N/A | X | 7/NOV | |
| Session of work which consisted in reading, review and analysis of the policy assigned corresponding to the month of NOV / 2016: (1) General Order on SASG; (2) General Order on Locals Academies; (3) General Order on Copy Rights; (4) General Order on Police Reform Office; (5) Regulation for the Amendment of the Art. 5 of the PRPD Personnel Regulation; and, (6) General Order on Property Acquired. (30.0 hrs) | N/A | X | 14-18/NOV | |
| Working session for the drafting of the topics assigned for the DEC/2015 TCA-Six Month Report. (30.0 hrs) | N/A | X | 21-23, 26-27/NOV | |
| -Assistance and participation in meeting with TCA Arnaldo Claudio, Cor. Clementina Vega; Joel Torres and Eric Guzmán. -Session of work which consisted in reading, review and analysis of the policy assigned corresponding to the month of NOV / 2016: (1) General Order on SASG; (2) General Order on Locals Academies; (3) | N/A | X | 29-30/NOV | |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| General Order on Copy Rights; (4) General Order on Police Reform Office; (5) Regulation for the Amendment of the Art. 5 of the PRPD Personnel Regulation; and, (6) General Order on Property Acquired. (24.0 hrs) | | | | |
| TOTAL OF BILLABLE HOURS (61.0 HOURS @ $150): | | | | $9,150.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 31.0 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
November 30, 2016

6k

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA                              Date: _____, 2016
President
TCAPR Corp.

2

# INVOICE FOR TRAVEL EXPENSES: NOVEMBER/2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:     TCAPR Corp.
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for travel expenses for Linda V. Navedo Cortés (TCA Core Team) during the month of November/2016, is detailed as follows:

| DATE: | EXPENCE: | PAID TO: | TOTAL AMOUNT : |
|---|---|---|---|
| SEPT/06/2016<br><br>SEPT/06/2016<br><br>SEPT/06/2016 | Air Rate Cost:<br><br>San Juan – Fort Worth (2/11/2016)<br>Fort Worth – San Juan (6/11/2016)<br><br>Luggage:<br><br>1 piece ($25.00)<br><br>1 piece ($25.00) | American Airlines<br>$428.00<br><br><br><br>American Airlines<br>$50.00 | $478.00 |
| 6/NOV/2016 | Accommodation costs:<br><br>2/11/2016    $278.02<br>3/11/2016    $278.02<br>4/11/2016    $278.02<br>5/11/2016    $268.07 | OMNI Hotels & Resort<br>1300 Huston Street<br>Fort Worth, Texas 76102 | $1,102.13 |
| 2-6/NOV/2016 | Other costs: Meals<br><br>2/11/2016    $60.00<br>3/11/2016    $60.00<br>4/11/2016    $60.00<br>5/11/2016    $60.00 | | $300.00 |



1

| | 6/11/2016 | $60.00 | | |
|---|---|---|---|---|

Total travel expenses incurred during the month of November/2016:
$1,888.13

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
November 30, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016

2

Record Locator **YGUDTQ**

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---------|----------|-----------|----------|-----------|
| American<br>Lind Navedo Cortes | 1591<br>Seat 16B | SAN JUAN PR<br>WED 02NOV<br>9:15 AM<br>Economy | DALLAS FT WORTH<br>1:28 PM | Q<br><br>Food For Purchase |
| American<br>Lind Navedo Cortes | 2481<br>Seat 16B | DALLAS FT WORTH<br>SUN 06NOV<br>12:55 PM<br>Economy | SAN JUAN PR<br>7:32 PM | Q<br><br>Food For Purchase |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|-----------|----------|----------|-------------------------------|--------------|
| Lind Navedo Cortes | 0012390756819 | 373.00 | 55.80 | 428.80 |
| Visa XXXXXXXXXXXX3100 | | | | $ 428.80 |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -SJUDFW-No free checked bags/ American Airlines BAG ALLOWANCE -DFWSJU-No free checked bags/ American Airlines 1STCHECKED BAG FEE-SJUDFW-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-DFWSJU-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-SJUDFW-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-DFWSJU-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have 24 hours to cancel your trip for a full refund if you booked at least 7 days prior to departure. You must cancel your trip before requesting a refund. To cancel your trip, login on aa.com or Contact Reservations. For our refund policy and to request a refund, go to www.aa.com/refunds.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

American 

BAGGAGE CHARGE RECEIPT

PASSENGER NAME
NAVEDO CORTES/LINDA

UPTO50LB 23KG AND62LI          1          25.00 USD

UBER
Get your first ride free
(up to $20.00)
PROMO CODE: RideAA

SJU DFW - AA
Total with Applicable TFC                25.00 USD
Credit Card        VI XXXXXXXXXXX3100

| Fare | 25.00 USD | FLIGHT | DATE |
|------|-----------|--------|------|
| TFC  |           | 1591   | NOVEMBER 02, 2016 |
| TFC  |           | PNR: YGUOTO | |
| TFC  |           | Agent: SJU-SSN  001   0264612601   1 | |
| Total | 25.00 USD | | |

TFC=TAXES,FEES & CHARGES

NOT VALID FOR TRAVEL

---

American

BAGGAGE CHARGE RECEIPT

PASSENGER NAME
NAVEDO CORTES/LINDA

UPTO50LB 23KG AND62LI          1          25.00 USD

UBER
Get your first ride free
(up to $20.00)
PROMO CODE: RideAA

DFW SJU - AA
Total with Applicable TFC                25.00 USD
Credit Card        VI XXXXXXXXXXX3100

| Fare | 25.00 USD | FLIGHT | DATE |
|------|-----------|--------|------|
| TFC  |           | 2481   | NOVEMBER 06, 2016 |
| TFC  |           | PNR: YGUOTO | |
| TFC  |           | Agent: DFW-SSN  001   0264959032   2 | |
| Total | 25.00 USD | | |

TFC=TAXES,FEES & CHARGES

NOT VALID FOR TRAVEL

# OMNI HOTELS & RESORTS
## fort worth

Linda V. Navedo Cortes
1 COSTA MARINA
TOWER I, APT. 9-J, GALICIA FINAL AVE.
Carolina OT 00983

| | | |
|---|---|---|
| Room No. | : | 1323 |
| Arrival | : | 11/02/16 |
| Departure | : | 11/06/16 |
| Page No. | : | 1 of 1 |
| Folio No. | : | |
| Conf. No. | : | 40025385188 |
| Cashier No. | : | |

**INFORMATION INVOICE**

| | |
|---|---|
| Membership No. | : |
| A/R Number | : |
| Group Code | : |
| Company Name | : |

11/06/16

| Date | Description | Charges | Payments |
|---|---|---|---|
| 11/02/16 | Deposit Transfer | | 1,072.28 |
| 11/02/16 | WIFI Internet access | 9.95 | |
| 11/02/16 | Room Charge | 233.10 | |
| 11/02/16 | 9% City Occupancy Tax | 20.98 | |
| 11/02/16 | 6% State Occupancy Tax | 13.99 | |
| 11/03/16 | Room Service | 31.44 | |
| 11/03/16 | WIFI Internet access | 9.95 | |
| 11/03/16 | Room Charge | 233.10 | |
| 11/03/16 | 9% City Occupancy Tax | 20.98 | |
| 11/03/16 | 6% State Occupancy Tax | 13.99 | |
| 11/04/16 | WIFI Internet access | 9.95 | |
| 11/04/16 | Room Charge | 233.10 | |
| 11/04/16 | 9% City Occupancy Tax | 20.98 | |
| 11/04/16 | 6% State Occupancy Tax | 13.99 | |
| 11/05/16 | Room Charge | 233.10 | |
| 11/05/16 | 9% City Occupancy Tax | 20.98 | |
| 11/05/16 | 6% State Occupancy Tax | 13.99 | |
| 11/06/16 | Visa | | 61.29 |

| | Total | 1,133.57 | 1,133.57 |
|---|---|---|---|
| | Balance | | 0.00 |

**Thank you for staying at the Omni Fort Worth.**

1300 Houston Street
Fort Worth, Texas 76102
Phone: 817-535-6664   Fax: 817-882-8140

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

INVOICE

#2016-18

DATE: NOVEMBER
30, 2016

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:

Services for: November 1-30, 2016

| | |
|---|---|
| Review of PRPD's Operational Manual: Intervention in Crisis and Negotiations in Hostage-Taking | **4 hrs.** |
| Prep'd comments on the above Operations Manual. | **2.5 hrs.** |
| | |
| Review of PRPD's Revision of General Order, Chapter 600, (no section assigned yet): P.R.E.A. | **2 hrs.** |
| Prep'd comment on the above policy. | **1.5 hrs.** |
| | |
| Review of PRPD's forms on PREA Policy: How to Report Improper Sexual Conduct, Risk Analysis, Data List of Incidents of Sex Crimes | **2 hrs.** |
| Prep'd comments on the above forms. | **1.5 hrs.** |
| | |
| Review of PRPD's forms on Ingress and Egress of Cells: Condition of Persons Entering/Exiting Cells, PPR-82, Condition of Minor in Secure Custody, PPR-82A, Registration of Visitors of Persons Incarcerated in Cells, PPR 82C, Cell Inspection PPR-82D | **2.5 hrs.** |
| Prep'd comments on all the forms above. | **2 hrs.** |
| | |
| Review of PRPD's Revision of General Order, Chapter 600, (no section assigned yet: Ingress and Egress of Cells. | **2 hrs.** |
| Prep'd comments on the above policy. | **2 hrs** |
| | |
| Review of PRPD's General Order, Chapter 600, Section 628, Rules for Intervention with Persons in Crisis and Negotiations in the taking of Hostages | **3.5 hrs.** |
| | |
| Review of PRPD's form on the above policy Crisis Intervention Incident Report | **1 hr.** |
| Prep'd comments on the above policy and form. | **2.5 hrs.** |
| | |
| Review of PRPD's General Order on Rules and Procedures of Training Program for Pre-service. | **2.5 hrs.** |
| | |
| Review of PRPD's forms on Rules and Procedures of Training Program for Pre-service: Optional Performance Evaluation, Interview and Evaluations of Faculty Candidates, Faculty Assessment | **2 hrs.** |
| Prep'd comments on the above policy | **1.5 hrs.** |
| | |
| Telephone/email communication with TCA Core Team members on the above matters | **6 hrs.** |
| | |
| Prep'd agenda/comments on proposed December, 2016 Site Visits | **1 hr.** |
| | |
| Reviewed USDOJ comments on all above PRPD Gen Orders and Forms | **2 hrs** |

**TOTAL HOURS BILLED:**                    44 HOURS @ $150/HR= **$6,600.00**

*Rafael E. Ruiz*
**RAFAEL E. RUIZ**                    **DATE: NOV. 30, 2016**

ok

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

November 30, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 030
FOR PROFESSIONAL SERVICES RENDERED NOVEMBER 2016

Reviewed PRPD's Last Revision of General Order, Chapter 600, (no section), Titled:
Ingress and Egress of Cells. 2 hrs.
Prepared comments on the above policy. 1.5 hrs.
Reviewed PRPD's forms relating to Ingress and Egress of Cells: Condition of Persons
Entering/Exiting Cells, PPR-82, Condition of Minor in Secure Custody, PPR-82A,
Registration of Visitors of Persons Incarcerated in Cells, PPR 82C, Cell Inspection PPR-
82D 2 hrs.
Prepared comments on the above forms.2 hrs.
Reviewed PRPD's Last Revision of General Order, Chapter 600, (no section) Titled:
Prison Rape Elimination Act (PREA). 1.5 hrs.
Prepared comment on the above policy. 2 hrs.
Reviewed PRPD's forms related to PREA Policy Titled: How to Report Improper Sexual
Conduct, Risk Analysis (PREA), Data List of Incidents of Sex Crimes 1 hr.
Prepared comments on the above forms. 1.5 hrs.
Reviewed PRPD's proposed policy General Order, Chapter 600, Section 628, Rules for
Intervention with Persons in Crisis and Negotiations in the taking of Hostages 4 hrs.
Reviewed PRPD's form relating to the above policy Crisis Intervention Incident
Report .5 hrs.
Prepared comments on the above policy and form. 3.5 hrs.
Reviewed PRPD's proposed Operations Manual Titled: Intervention in Crisis and
Negotiations in Hostage-Taking 4 hrs.
Prepared comments on the above Operations Manual. 3 hrs.
Reviewed PRPD's General Order on Rules and Procedures of Training Program for Pre-
service. 2.5 hrs.
Reviewed PRPD's forms related to Rules and Procedures of Training Program for Pre-
service Titled: Optional Performance Evaluation, Interview and Evaluations of Faculty
Candidates, Faculty Assessment 1hr.
Prepared comments on the above policy 1.5 hrs.
Conferred with TCA Core Team members on the above matters via telephone/email
6 hrs.
Prepared comments re: proposed November Site Visits 1 hr.
Reviewed USDOJ's comments on policies 2 hrs.

**BILLABLE HOURS 42 HOURS 30 MINUTES AT RATE OF**

**$150 PER HOUR = $6,375**

                         **TOTAL: $6,375**

**INVOICE FOR PROFESSIONAL SERVICES:**

## NOVEMBER 1- NOVEMBER 28, 2016
**SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:     TCAPR Corp.
           #268 Muñoz Rivera
           Suite 1001, World Plaza
           San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of November 2016 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| Radio Comm Policy translation, review and analysis | 4.50 | | 11/9, 14, 15 | 675.00 |
| Establishment IT Organization Policy translation, review and analysis | 6.00 | | 11/11, 18, 28 | 900.00 |
| Computer Systems Policy translation, review and analysis | 5.00 | | 11/9, 10, 15 | 750.00 |
| General Order - Computer Use, Controls translation, review and analysis | 2.00 | | 11/11 | 300.00 |
| Preparation, review past materials and focus IT mtg review agenda for December visit | 2.50 | | 11/22 | 375.00 |
| PRPD IT Draft Report review, assess and communicate to TCA | 1.50 | | 11/27, 28 | 225.00 |
| Review DOJ Comments on IT Policy for systems and computers | 0.50 | | 11/28 | 75.00 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES IN PUERTO RICO 0 days | | | | $0 |
| TOTAL OF BILLABLE HOURS (22) HOURS @ $150): | | | | $3,300.00 |
| TOTAL OF  HOURS NOT BILLED "PRO BONO" (0 HRS) | | | | $0 |
| | | | TOTAL FEE | $3,300.00 |

INVOICE PRESENTED BY:
____//Signed//_____11/28/2016
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER 2016
# ALAN C. YOUNGS

5552 W LAKERIDGE ROAD
LAKEWOOD, CO 80227

720-232-5812 | ALYOUN@AOL.COM

**TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Alan C. Youngs (TCA Core Team) during the month of November 2016, is detailed as follows:

As Lead, researched, reviewed and provided information concerning PRPD's General Order on Rules and Procedures of Training Program for Pre-service. (4 hours)
Prepared comments on the above policy ( 2 hours)

As Lead, researched, reviewed and provided information concerning PRPD's forms related to Rules and Procedures of Training Program for Pre-service Titled:  Optional Performance Evaluation, Interview and Evaluations of Faculty Candidates, Faculty Assessment (2 hours)
Prepared comments on the above policy ( 1.5 hours)

Reviewed PRPD's proposed Operations Manual Titled: Intervention in Crisis and Negotiations in Hostage-Taking (3 hours)
Prepared comments on the above Operations Manual (2 hours)

Reviewed PRPD's proposed policy General Order, Chapter 600, Section 628, Rules for Intervention with Persons in Crisis and Negotiations in the taking of Hostages (2 hours)
Reviewed PRPD's form relating to the above policy Crisis Intervention Incident Report (1 hour)
Prepared comments on the above policy and Crisis Intervention Incident Report (2 hour)

Reviewed PRPD's Last Revision of General Order, Chapter 600, (no section), Titled Ingress and Egress of Cells ( 1 hour)
Prepared comments on the above policy (1.5 hours)

Reviewed Entering/Exiting Cells, PPR-82, Condition of Minor in Secure Custody, PPR-82A, Registration of Visitors of Persons Incarcerated in Cells, PPR82C, Cell Inspections PPR-82D (1 hour)
Prepared comments on the above forms (1 hour)

Reviewed PRPD's Last Revision of General Order, Chapter 600, (no section), Titled Prison Rape Elimination Act (PREA) (1 hour)
Prepared comment on the above policy (1 hour)

Reviewed PRPD's forms related to PREA Policy Titled: How to Report Improper Sexual Conduct, Risk Analysis (PREA), Data List of Incidents of Sex Crimes (1 hour)
Prepared comments on the above forms (1 hours)

Conferred with TCA Core Team members on the above matters via telephone and email (6 hours)

Prepared comments re: proposed December Site Visit (1.5 hours)

Review of DOJ comments on policies and redlines submitted in November (2.5 hours)

During NYPD Police Academy two day visit,  conferred with Director Fraley in regards to the information obtained from the Academy and its application to the PRPD Police Academy. (3 hours)

TOTAL OF BILLABLE HOURS 41.00 HOURS @ $150 PER HOUR:   $6,150.00

INVOICE PRESENTED BY:

Alan C. Youngs
 TCA Core Team
 October 31, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314 | 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:   **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of November 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico: drafting of semi-annual report, meetings with TCA (40.0 hours) | N/A | X | Friday-Tuesday, November 5-8, 2016 | ($1,300 @ 4 days = $5,200) |
| Work from New York: drafting semi-annual report (12.0 hours) | X | N/A | Saturday-Sunday, November 12-13, 2016 | (12 @ $150 = $1,800) |
| Work from New York: drafting semi-annual report (12.0 hours) | X | N/A | Saturday -Sunday, November 20-21, 2016 | ($12 @ $150 = $1,800) |
| Work from New York City: drafting of semi-annual report, review of policies (2.0 billable hours + 14 non-billable hours) | X | N/A | Saturday-Tuesday, November 26-29, 2016 | (2 @ $150 = $300) |
| TOTAL HOURS WORKED: 80.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (4 days, 40 HOURS) | | | | $5,200 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (26 HOURS @ $150): | | | | $3,900 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:


___Marcos Soler_____

MARCOS F. SOLER
TCA Core Team
November 29, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.



_____          OK
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.

2

# Office DEPOT
# OfficeMax

```
        OfficeMax Store 6667
        525 Juan Calaf Street
         Hato Rey, PR 00918
           (787) 294-0300
11/10/2016    16 8 2          2 18 PM
STR 6667   REG 3   TRN 8102  EMP 282692

SALE
Product ID     Description        Total
319838  FLDR,1/3CUT,10           8.99 SS

           Subtotal:             8 99
PR City Tax          1%          0 09
PR State Tax        10 5%        0 94
             Total.             10 02
             Cash:              10 02

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
CONTROL:        D1KA5-P94KA
QD

   Shop online at www.officedepot.com


XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
       WE WANT TO HEAR FROM YOU!

   Participate in our online customer
    survey and receive a coupon for
    $10 off your next qualifying
    purchase of $50 or more on
   office supplies, furniture and more.
  (Excludes Technology  limit 1 coupon per
          household/business.)


    Visit www.officedepot.com/feedback
    and enter the survey code below:
```

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

November 28, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-11**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of November 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 10/31/2016 | **4 hrs.** 11:00 to 12:00 N + 2:00 to 5:00 pm **NOT BILLED IN OCTOBER INVOICE** | Meeting at PRPD-Policy on Transfers + discussion on Citizen Interaction Committees + General Meeting With Committees and TCA and PRPD on Law 53-1996 |
| 11/01/2016 | **1 hr.** 11:00 to 12:00 n | Policy on Protocol for Exchange of Information |
| 11/01/2016 | **1 hr.** 12:45 to 1:45 pm | Review of General Order For the Promotion of Civilians into PRPD's Cadet Corps. |
| 11/07/2016 | **.75 hr.** 7:00 to 7:45 pm | TCA Memo To PRPD |
| 11/16/2016 | **.50 hr.** 5:00 to 5:30 pm | Review on Issues of Examinations from Sgt. to Captain |
| 11/18/2016 | **2.25 hrs.** 10:30 am. to 12:45 pm. | Final on Ingress-Egress Policy, Ingress-Egress Forms and Final on Prison Rape Elimination Act |
| 11/18/2016 | **4.25 hrs.** 3:00 to 7:15 pm. | Analysis of Forms for Instructors and Operations Manual Persons in Crisis and Hostage Situations |
| 11/22/2016 | **2.5 hrs.** 10:00 am. to 12:30 pm | Memo on Amendments to Article 6 Law 53-1996 and Analysis for Policies for Instructors |
| 11/23/2016 | 1.25 hrs. 10:00 to 11:15 am | Review of 8 redline policies and comments by USDOJ |
| 11/28/2016 | **17.50 hrs.** Total Hrs. billed | 17.50 hrs. x $125.00= $2,187.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

      \*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

 

                                                            _____
                                                     Antonio R. Bazán González, Esq.

# CASTELLANOS GROUP, P.S.C.

October 3rd, 2016

**MR. ERIC GUZMÁN**
Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR, 00918

### Revised Invoice for Services Rendered to the TCA during the month of August 2016

The present invoice includes an itemized description of the services that were rendered by ALFREDO CASTELLANOS during the month of August 2016 through September 2, 2016.

*Draft: for discussion purposes only*

| Date | Description | Hours | |
|------|-------------|-------|---|
| 08/01/2016 | Telephone Communication with Mrs. Vilma Pérez Portalatín Re: Coordination of Meeting for Participation in Public Hearing | .25 | Paid |
| 08/01/2016 | Communications with Mr. Wálter Santiago Re: Coordination of Meeting for Participation in Public Hearing | .50 | Paid |
| 08/01/2016 | Review Court's Order Re: Transition Order & Translation Services Order | .25 | ok for payment |
| 08/01/2016 | Written Communication to Col. Clementina Vega Re: August 10th Public Hearing | .25 | Paid |
| 08/01/2016 | Communications with the Court Re: August 10th Public Hearing | 1.25 | ok for paymet |
| 08/01/2016 | Communication with Mr. José Díaz of Tallaboa Encarnación Re: Confirmation of Meeting set for 08/02/2016 | .25 | Paid |
| 08/01/2016 | Communication with Dr. Michelle Hernández de Fraley Re: Confirmation of Meeting set for 08/02/2016 | .25 | Paid |
| 08/01/2016 | Communication with Dr. Nicolás Linares Re: Confirmation of Meeting set for 08/02/2016 | .25 | Paid |
| 08/01/2016 | Communication with Mrs. Tatty Escobar Re: Participation in Public Hearing | .25 | Paid |
| 08/01/2016 | Preparation for Meetings set for 08/02/2016 - Subject Matter Profile - Relevant Articles | 3.50 | ok for paymi |
| 08/02/2016 | Meeting with Mr. José Díaz and Mr. Luis Enrique Martinez Acosta of Tallaboa Encarnación Re: Participation in Public Hearing | 2.50 | ok for payme |
| 08/02/2016 | Meeting with Dr. Nicolás Linares Re: Participation in Public Hearing | 2 | Paid |
| 08/02/2016 | Meeting with Dr. Michelle Hernández de Fraley Re: Participation in Public Hearing | 1 | Paid |



## CASTELLANOS GROUP, P.S.C.

| Date | Description | Hours | Status |
|---|---|---|---|
| 08/02/2016 | Telephone Communication with Tourism Company of Puerto Rico Re: Confirmation of Meeting set for 08/03/2016 | .25 | Paid |
| 08/02/2016 | Preparation for Meetings set for 08/03/2016 - Subject Matter Profile - Relevant Articles | 3 | ok for payment |
| 08/03/2016 | Meeting with Mrs. Vilma Pérez Portalatín and Mrs. Dagmary Fornes Re: Athletic League's Participation in Public Hearing | 5 | ok for payment |
| 08/03/2016 | Meeting with Sgt. Lourdes Rivera Re: Participation in Public Hearing | 4 | Not App Need more explanat |
| 08/03/2016 | Meeting with Mrs. Ingrid Rivera Rocafort, Director of the Tourism Company of Puerto Rico Re: Participation in Public Hearing | 2 | Not App Need |
| 08/03/2016 | In Progress Report: Month of August | 2.75 | Paid |
| 08/04/2016 | Follow up Communications with Mr. José Díaz Re: Participation in Public Hearing | .50 | Paid |
| 08/04/2016 | Follow up Communication with Mrs. Dagmary Fornes | .25 | Paid |
| 08/08/2016 | Written Communication with Mr. Josue González of ACLU Re: Community Participation in the Public Hearing | .25 | Paid |
| 08/09/2016 | Written Communication to Mrs. Linda Navedo and Mr. Eric Guzmán Re: Coordination of Conference Call | .50 | Paid |
| 08/10/2016 | Public Hearing in San Juan | 8 | Paid |
| 08/10/2016 | Conversations with the Court Re: The Day's Proceedings | 2 → | Not Approve Need more Explanat |
| 08/13/2016 | Review the Commonwealth's Motion for Leave filed on 08/12/2016 | .25 — | Paid |
| 08/15/2016 | Review the Commonwealth's Response to the 6 month Report of the TCA | .50 · | Paid |
| 08/15/2016 | Telephone Communication with Dr. Michelle Hernández de Fraley Re: Participation in Public Hearing | .25 · | Paid |
| 08/15/2016 | Communications with Mrs. Adriana Cortina Martínez, Esq. of St. James Security Re: Coordination of Meeting for Participation in Public Hearing | .50 · | Paid |
| 08/15/2016 | Communications with Dr. Javier Aceves Re: Participation in Public Hearing | 1.25 · | Paid |
| 08/16/2016 | Communication with Sgt. Lourdes Rivera Re: Participation in Public Hearing | .25 | Paid |
| 08/16/2016 | Written Communication to Ms. Mari Mari Narváez of GRUCORPO Re: Community Participation in the Public Hearing | .25 | Paid |
| 08/16/2016 | Communication to Col. Clementina Vega Re: Proposed Speakers | .25 | Paid |
| 08/16/2016 | Written Communication to Mrs. Sandy Foster Borras Re: Invitation to Participate in Public Hearing | .25 | Paid |



## CASTELLANOS GROUP, P.S.C.

| | | | |
|---|---|---|---|
| 08/16/2016 | Communication with Mrs. Neldys Cruz<br>Re: Proposed Speakers | .25 | Paid |
| 08/16/2016 | Communication with Mrs. Vilma Pérez Portalatín<br>Re: Participation in Public Hearing | .25 | Paid |
| 08/16/2016 | Communication with Dr. Nicolás Linares<br>Re: Participation in Public Hearing | .25 | Paid |
| 08/16/2016 | Communications with Hon. José Guillermo Rodríguez Rodríguez<br>Re: Participation in Public Hearing | .50 | Paid |
| 08/16/2016 | Communication with the Court<br>Re: Proposed Speakers | .75 | Paid |
| 08/17/2016 | Communication with Mr. José Vega, Esq.<br>Re: Participation in Public Hearing | .25 | Paid |
| 08/17/2016 | Communication with Mrs. Georgina Candal, Esq.<br>Re: Participation in Public Hearing | .25 | Paid |
| 08/18/2016 | Communications with Mrs. Sandy Foster Borras<br>Re: Invitation to Participate in Public Hearing | .50 | Paid |
| 08/18/2016 | Communications with Dr. Juan Centeno<br>Re: Participation in Public Hearing | .50 | Paid |
| 08/18/2016 | Communications with Col. Clementina Vega<br>Re: Dr. Juan Centeno's Participation in the Public Hearing | .75 | Paid |
| 08/18/2016 | Telephone Communication with Sgt. José Hernández Padilla<br>Re: Visit to Añasco K-9 Division | .25 | Paid |
| 08/18/2016 | Telephone Communication with Sgt. Wilfredo Padilla<br>Re: Visit to Cabo Rojo's FURA Division | .25 | Paid |
| 08/18/2016 | Communications with Dr. Javier Aceves<br>Re: Participation in Public Hearing | 1.25 | Paid |
| 08/18/2016 | Communication with Mr. Dennis Villanueva<br>Re: Coordination of Meeting | .25 | Paid |
| 08/18/2016 | Review PRPD's Third Progress Report | 1 | ok for Payment |
| 08/18/2016 | Preparation for Meetings set for 08/19/2016<br>- Subject Matter Profile<br>- Relevant Articles | 2.25 | ok for payment |
| 08/19/2016 | Meeting with Dr. Juan Centeno<br>Re: Participation in Public Hearing | 1 | ok for payment |
| 08/19/2016 | Communications with Mrs. Tatiana Alejandro, Esq. of the Puerto Rico Tourism Company<br>Re: Participation in Public Hearing | .50 | Paid |
| 08/19/2016 | Communications with Dr. Aceves<br>Re: Participation in Public Hearing | .75 | Paid |
| 08/19/2016 | Communication with Mrs. Tatty Escobar<br>Re: Participation in Public Hearing | .25 | Paid |
| 08/22/2016 | Telephone Communication with Col. Rosado<br>Re: Meeting Confirmation | .25 | Paid |
| 08/22/2016 | Communications with Col. Clementina Vega<br>Re: Public Hearing Logistics | 1.50 | Paid |
| 08/22/2016 | Communication with Ms. Dagmary Fornes | .25 | Paid |



## CASTELLANOS GROUP, P.S.C.

| | Re: Participation in Public Hearing | | |
|---|---|---|---|
| 08/22/2016 | Communication with Mrs. Tatiana Alejandro, Esq. of the Puerto Rico Tourism Company Re: Participation in Public Hearing | .25 | paid |
| 08/22/2016 | Communication with Col. Clementina Vega Re: Speakers Time | .25 | Paid |
| 08/22/2016 | Coordination of Visit to Mayagüez and Preparation for Meetings set for 08/24/2016-08/25/2016 | 5.75 | paid |
| 08/22/2016 | Written Communication to Hon. José Guillermo Rodríguez Re: Executive Summaries | .25 | paid |
| 08/22/2016 | Communication with Mr. Felipe Morales of Movimiento de Mayagüez Pro Desarrollo del Oeste Re: Invitation to Participate in Mayagüez Public Hearing | .50 | paid |
| 08/23/2016 | Whole day in Mayagüez Meetings with: Sgt. José Hernández Padilla Col. Miguel Rosado Mr. Walter Santiago Mr. Dennis Villanueva | 10 | ok for payment |
| 08/24/2016 | Whole day in Mayagüez Meetings with: Sgt. Wilfredo Padilla Hon. José Guillermo Rodríguez Hon. Heriberto Acevedo Ruíz Mr. Felipe Morales | 8 | ok for payment |
| 08/24/2016 | Communications with the Court Re: Public Hearing | 2 | ok for payment |
| 08/24/2016 | Preparation for Meetings and Conference Calls set for 08/25/2016 - Subject Matter Profile - Relevant Articles | 5 | notapp need mo details |
| 08/25/2016 | Telephone Conference with Col. Luis Colón Re: Public Hearing | 2.50 | paid |
| 08/25/2016 | Meeting with Mr. Marcos Rivera Rivera, Esq. and Mrs. Adriana Cortina Martínez, Esq, of St. James Security Re: Assistance to Public Hearing | 1.50 | Paid |
| 08/25/2016 | Telephone Conference with Mr. Felipe Morales of Movimiento de Mayagüez Pro Desarrollo del Oeste Re: Participation in Public Hearing | 2.25 | Paid |
| 08/25/2016 | Telephone Conference with Mr. José Vega, Esq. Re: Participation in Public Hearing | 1.75 | Paid |
| 08/25/2016 | Meeting with Col. Clementina Vega Re: Public Hearing Logistics | 2 | Paid |
| 08/26/2016 | Interested Members of the Community Re: Confirmation of Attendance to the Public Hearing | 3.25 | paid |
| 08/26/2016 | Review Col. Miguel Rosado's Presentation | 1 | Paid |
| 08/26/2016 | Communications with Mrs. Tatiana Alejandro, Esq. of the Puerto Rico Tourism Company Re: Participation in Public Hearing | .75 | Paid |



## CASTELLANOS GROUP, P.S.C.

| 08/26/2016 | Review Mrs. Dagmary Fornes' Presentation | 1 | Paid |
|---|---|---|---|
| 08/26/2016 | Review Final Scheduling Order | .50 | Paid |
| 08/26/2016 | Notice to Interested Parties Re: Final Scheduling Order for the Mayagüez Public Hearing | 2.50 | Paid |
| 08/26/2016 | Notification of Official Identifications to Federal Marshal Manuel Varela | .50 | Paid |
| During the last week of August | Communications with Guest Speakers Re: Information Requests and Public Hearing Logistics - Curriculum Vitae or Resume - Information Regarding Public Hearing Logistics | 4.75 | Paid |
| 08/29/2016 | Review communications and responses regarding Promotions | 1.25 | Paid |
| 08/29/2016 | Communications with Federal Marshal Mr. Manuel Varela Re: Public Hearing Security Logistics | .75 | Paid |
| 08/29/2016 | Communications with Sgt. Gamaliel Dumeng Re: Participation in Public Hearing | 1 | Paid |
| 08/29/2016 | Communications with Mrs. Georgina Candal, Esq. Re: Participation in Public Hearing | .50 | Paid |
| 08/29/2016 | Communications with Hon. Edgardo Rivera's Chambers Re: Participation in Public Hearing | 1.25 | Paid |
| 08/29/2016 | Review Mr. Felipe Morales' Presentation | .75 | Paid |
| 08/29/2016 | Communications with Hon. Aixa Rosado Re: Public Hearing Logistics | .50 | Paid |
| 08/29/2016 | Telephone Communication with Col. Agustín Marrero Re: Participation in Public Hearing | .50 | paid |
| 08/29/2016 | Communications with Sgt. Lourdes Rivera Re: Speakers Information | .50 | Paid |
| 08/30/2016 | Communications with Mr. Jovino Pérez Santiago Re: Coordination of Meeting | .50 | ok for payment |
| 08/30/2016 | Communications with Mrs. Dagmary Fornes Re: Participation in Public Hearing | .75 | ok for payment |
| 08/30/2016 | Review documents sent by Mrs. Tatty Escobar | .50 | ok for payment |
| 08/30/2016 | Communications with Mr. Felipe Morales Re: Participation in Public Hearing | .50 | ok for payment |
| 08/30/2016 | Revision of Information Received Re: Guest Speakers' Presentations and Other Information | 4.50 | Not fully necessary ok for payment |
| 08/30/2016 | Communications with Hon. Edgardo Rivera's Chambers Re: Participation in Public Hearing | .75 | |
| 08/30/2016 | Communications with Hon. Heriberto Acevedo Ruiz Re: Hon. José Guillermo Rodríguez's Participation in Public Hearing | .50 | ok for payment |
| 08/30/2016 | Follow Up Written and Telephone Communications with Guest Speakers Re: Curriculum Vitae or Resume Request | 2.25 | ok for payment |
| 08/30/2016 | Preparation of the Attendance List for the Mayagüez Public | 2.25 | ok for payment |



## CASTELLANOS GROUP, P.S.C.

| Date | Description | Hours | |
|---|---|---|---|
| | Hearing | | |
| 08/30/2016 | In Progress Report Re: Public Hearing Security Logistics | 3 | not Approve more de |
| 08/30/2016 | Communications with Col. Miguel Rosado Re: Public Hearing Security Logistics | .50 | ok for payment |
| 08/31/2016 | Communications with Sgt. Lourdes Rivera Re: Speakers Information | 1.50 | paid |
| 08/31/2016 | Arrangements with the Press Regarding their Attendance and Coverage During the Public Hearing | 1 | paid |
| 08/31/2016 | Confirmation of Equipment with Translation Company | .50 | paid |
| 08/31/2016 | Visit to the Mayagüez Courthouse with Mr. Dámaso Ramos, Executive Director and Mr. José Crespo Court Clerk Re: Final Rundown of the Hearing | 4.50 | paid |
| 08/31/2016 | Final List of Confirmed Attendance for the Public Hearing | 2 | Paid |
| 08/31/2016 | In Progress Report: Status Prior to the Public Hearing | 3.50 | Paid |
| 09/01/2016 | Public Hearing: First Day | 10 | Paid |
| 09/01/2016 | Conversations with the Court Re: The Day's Proceedings | 3.5 | ok for payment |
| 09/01/2016 | In Progress Report Re: First Day of the Hearing | 3 | not App |
| 09/02/2016 | Public Hearing: Second Day | 10 | Paid |
| 09/02/2016 | Conversations with the Court Re: The Day's Proceedings | 3.5 | ok for payment |
| 09/02/2016 | In Progress Report Re: Second Day of the Hearing | 3 | Not Appro |
| **Total Hours** | | **183.25** | 53.25 |
| **Billing Rate** | | **$125 p/h** | |
| **Total Amount** | | **$22,906.25** | 6,656. |





## CASTELLANOS GROUP, P.S.C.

November 17, 2016
**MR. ERIC GUZMÁN**
Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR 00918

## **Reimbursement for Travel Expenses**

The present invoice includes the billable expenses for the Fort Worth Conference. The above being said, the following is an itemized description of the billable travel expenses:

| Description | Rate | Total |
|---|---|---|
| Lodging | $149.00 per night | $447.00 |
| Airfare | $400.00 | $400.00 |
| Per Diem Non- Traveling Days | $59.00 | ~~$177.00~~ *118.00* |
| Per Diem Traveling Days | $44.25 | $88.50 |
| Transportation | $----- | $68.71 |
| | **TOTAL** | ~~$1,181.21~~ |

~~$1,033.71~~
$1,122.21

*I hereby certify that the amount billed in this Invoice is true and correct.*

CONDOMINIO MADRID, SUITE 304, 1760 LOÍZA STREET, SAN JUAN P.R. 00911
Tel. 787-727-8443 | Fax: 787-793-4495

CASTELLANOS GROUP, P.S.C.

November 17, 2016

MR. ERIC GUZMÁN
Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR, 00918

Re: **Fort Worth Conference Travel Expenses Reimbursement**

Dear Mr. Guzmán,

I hope this letter finds you well. Enclosed please find the invoice for the expenses made during the Fort Worth Conference Trip.

For your convenience, the invoice breakdown is as follows:

- Lodging
- Airfare
- Per Diem Non- Traveling Days
- Per Diem Traveling Days
- Transportation

Needless to say, if you have any questions regarding the invoice, contact us at any time. Thank you for your trust and consideration.

Sincerely,

**Sheela M. Robles Vega**
Castellanos Group, P.S.C.



Alfredo Castellanos <alfredo@cglawpr.com>

## Your booking at Club Quarters Hotel in Houston
1 message

Booking.com <customer.service@booking.com>                        Wed, Aug 10, 2016 at 11:21 PM
Reply-To: "Booking.com" <cs-noreply@booking.com>
To: alfredo@cglawpr.com

# Booking.com

Booking number: 587820645
PIN code: 2491 🔒

## Thanks, Alfredo! Your reservation is now confirmed.

Did you know you can book your business stays with Booking.com?

Get the print version          📱     Paperless confirmation

## Club Quarters Hotel in Houston

720 Fannin Street, Downtown Houston, Houston (Texas), TX 77002, United States of America - Show directions

Phone: +12125750006





⚙ Make changes to your booking

| Your reservation | |
|---|---|
| | 1 night, 1 room Change |
| Check-in | Wednesday, November 2, 2016 (from 4:00 PM) |
| Check-out | Thursday, November 3, 2016 (until 12:00 PM) |

| | |
|---|---|
| Small Queen Room | $164 |
| 17 % TAX is included. | $27.88 |
| **Total Price** | **$191.88** |
| | 🏷 Best Price Guaranteed |

You'll pay when you stay at Club Quarters Hotel in Houston

Pre-authorization: To check the validity of your credit card and guarantee your booking, the property reserves the right to temporarily hold an amount prior to arrival.

Please note: additional supplements (e.g. extra bed) are not added to this total.

11/14/2016    Castellanos et al v. PSC Orlando — Hotels.com reservation confirmation 131751452116 - Sheraton Fort Worth Downtown Hotel - Fort Worth

Case 6:12-cv-02035-FAB Document 454-1 Filed 12/07/16 Page 29 of 48



Alfredo Castellanos <alfredo@cglawpr.com>

---

# Fwd: Hotels.com reservation confirmation 131751452116 - Sheraton Fort Worth Downtown Hotel - Fort Worth
1 message

---

**Alfredo Castellanos** <alfredo@cglawpr.com>                    Sat, Sep 24, 2016 at 11:42 PM
To: Rebeca López <rebecalopez2418@gmail.com>, Sheila Torres-Sterling <torressterling@cglawpr.com>

---

———— Forwarded message ————
From: **Hotels.com** <confirmation@mail.hotels.com>
Date: Wednesday, August 10, 2016
Subject: Hotels.com reservation confirmation 131751452116 - Sheraton Fort Worth Downtown Hotel - Fort Worth
To: Alfredo@cglawpr.com

---

 **Dear Alfredo, your reservation is guaranteed and all paid for.**

 Manage booking      Print receipt      Book again

**Sheraton Fort Worth Downtown Hotel**

1701 Commerce St
Fort Worth
76102
TX
US

+18173357000



| | |
|---|---|
| **Hotels.com confirmation number** | 131751452116 |
| **Check-in** | Thursday, November 3, 2016 (3 PM) |
| **Check-out** | Sunday, November 6, 2016 (noon) |
| **Your stay** | 3 nights, 1 room |
| **Cancellation policy** | Free cancellation until 11/02/16 6:00 PM (GMT-06:00) |
| **Total amount paid** | **$709.98** |

**UBER**

# $34.86

Thanks for choosing Uber, Alfredo

November 3, 2016 | uberX

---

● 04:13pm | 3200 Terminal B E Airfield Dr, Dallas, TX

● 04:55pm | 1600-1698 Calhoun St, Fort Worth, TX

---

You rode with Ric

| 27.11 miles | 00:42:02 Trip time | uberX Car |
|---|---|---|

11/14/2016

Case 3:12-cv-02039-FAB  Document 454-1  Filed 12/07/16  Page 31 of 48
Fwd: FW: Trip Details for ARNALDO CLAUDIO on November 2, 2016 - alfredo@cglawpr.com - Castellanos Group PSC Mail

airfare

## Mail

Move to Inbox

COMPOSE

**www.cglawpr.com**

[ You or Linked in ]

Inbox (25,163)

Starred

Important

Sent Mail

Drafts (174)

IMPORTANT DISCLAIMER: This communication constitutes an electronic communication within the mean
CASTELLANOS GROUP, P.S.C. which is confidential and/or legally privileged. The information is intended
that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said info
e-mail that you received this message by mistake and also permanently delete the original and all copies
free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain v
message, which arise as a result of e-mail transmission

Circles

---------- Forwarded message ----------
From: TCA PR <tca.prm@gmail.com>
Date: Tue, Sep 6, 2016 at 5:17 PM
Subject: Fwd: FW: Trip Details for ARNALDO CLAUDIO on November 2, 2016
To: Linda Navedo <lindavictorianavedo@gmail.com>, Alfredo Castellanos <alfredo@c
Cc: Gustavo Gelpi <gustavo_gelpi@prd.uscourts.gov>

ANSWERING-SER...

castellanos@cgla...

educación jurídica ...

Golf

Honduras

iTunes (49)

FYI..My trip plans. Thank you.
---------- Forwarded message ----------
From: Deadmon, Ms. Angela <DEADMON@tarleton.edu>
Date: Fri, Jun 17, 2016 at 10:29 AM
Subject: FW: Trip Details for ARNALDO CLAUDIO on November 2, 2016
To: "a.claudio" <tca.prm@gmail.com>

Migrated/Archive...

Migrated/Importa...

Notes

Good morning Mr. Claudio,

PDF

Please see your attached fight itinerary.  Room reservations will follow soon.

PDF Archive

Programa Educativ...

Thanks,

Prontuarios

Angela

Remus Emails

REPOSITORY (4

**From:** state@shortstravel.com [mailto:state@shortstravel.com]
**Sent:** Thursday, June 16, 2016 4:56 PM
**To:** Deadmon, Ms. Angela <DEADMON@tarleton.edu>
**Subject:** Trip Details for ARNALDO CLAUDIO on November 2, 2016

SHORT'S TRAVEL MANAGEMENT
EMAIL: TEXAS@SHORTSTRAVEL.COM
HOURS: 8AM-5PM CST

TOLL FREE NUMBER: 877-225-0239
AFTERHOURS PHONE NUMBER: 877-225-0239

PLEASE REVIEW THE ENTIRE ITINERARY. NOTIFY SHORT'S TRAVEL OF ANY DISCREPANCIES WITHIN 24 HOURS TO AVOID
AIRLINE CHANGE FEES. A VALID GOVERNMENT ISSUED PHOTO ID REQUIRED AT CHECK IN. **FOR ANY CHANGES TO YOUR
AIRFARE ITINERARY, PLEASE CONTACT SHORTS TRAVEL AT 877-225-0239**

RATE YOUR EXPERIENCE WITH US

| SHORT'S REFERENCE - MCVDB0 - BOOKING AGENT - CONCUR ONLINE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRAVELER | BILLING INFO | INVOICE DATE | INVOICE | TICKET | | PAYMENT | TOTAL |
| | TAMUS 04 04-CJ | JUN 16, 2016 | 15337773 | 0017824218448 | | MC...6185 | $428.80 |
| | BASE FARE: $373.00 | | | | | | |
| | TAXES: XF $9.00 AY $11.20 US $35.60 | | | | | | |
| | TOTAL FARE: $428.80 | | | | | | |
| | TAMUS 04 04-CJ | JUN 16, 2016 | 15337773 | FEE 0665967608 | | MC...6185 | $2.00 |
| TOTAL | | | | | | PAID | $430.80 |

| WEDNESDAY, NOVEMBER 2, 2016 | | | | CONFIRMED |
|---|---|---|---|---|
| AMERICAN AIRLINES INC. | FLIGHT 1591 | ECONOMY | MILES: 2165 | |
| DEPART: (SJU) SAN JUAN PR | 9:22 AM | SEAT: 33C | ELAPSED: 5:03 | |
| ARRIVE: (DFW) DALLAS/FT WORTH, TX | 1:25 PM | | FARE BASIS: QNX9C4O1 | |
| AIRLINE CONFIRMATION: **AMERICAN AIRLINES INC. - WLDDSF** | | | | |

CLICK HERE TO CHECK IN ONLINE

| SUNDAY, NOVEMBER 6, 2016 | | | | CONFIRMED |
|---|---|---|---|---|
| AMERICAN AIRLINES INC. | FLIGHT 2481 | ECONOMY | MILES: 2165 | |
| DEPART: (DFW) DALLAS/FT WORTH, TX | 12:40 PM | SEAT: 33C | ELAPSED: 4:56 | |
| ARRIVE: (SJU) SAN JUAN PR | 7:36 PM | | FARE BASIS: QNW9C4O1 | |
| AIRLINE CONFIRMATION: **AMERICAN AIRLINES INC. - WLDDSF** | | | | |

CLICK HERE TO CHECK IN ONLINE

11/14/2016    Castellanos Group PSC Mail - Fwd: Hotels.com reservation confirmation 131751452116 - Sheraton Fort Worth Downtown Hotel - Fort Worth

Case 3:12-cv-02039-FAB    Document 454-1    Filed 12/07/16    Page 33 of 48



Alfredo Castellanos <alfredo@cglawpr.com>

## Fwd: Hotels.com reservation confirmation 131751452116 - Sheraton Fort Worth Downtown Hotel - Fort Worth

1 message

**Alfredo Castellanos** <alfredo@cglawpr.com>         Sat, Sep 24, 2016 at 11:42 PM
To: Rebeca López <rebecalopez2418@gmail.com>, Sheila Torres-Sterling <torressterling@cglawpr.com>

---------- Forwarded message ----------
From: **Hotels.com** <confirmation@mail.hotels.com>
Date: Wednesday, August 10, 2016
Subject: Hotels.com reservation confirmation 131751452116 - Sheraton Fort Worth Downtown Hotel - Fort Worth
To: Alfredo@cglawpr.com

 **Dear Alfredo, your reservation is guaranteed and all paid for.**

 **Manage booking**      **Print receipt**      **Book again**

### Sheraton Fort Worth Downtown Hotel

1701 Commerce St
Fort Worth
76102
TX
US

+18173357000



| | |
|---|---|
| **Hotels.com confirmation number** | 131751452116 |
| **Check-in** | Thursday, November 3, 2016 (3 PM) |
| **Check-out** | Sunday, November 6, 2016 (noon) |
| **Your stay** | 3 nights, 1 room |
| **Cancellation policy** | Free cancellation until 11/02/16 6:00 PM (GMT-06:00) |
| **Total amount paid** | **$709.98** |

Trip fare                                          33.85

Subtotal                                         $33.85

CHARGED

**$33.85**

**Subject:**   Re: Fort Worth Conference.

**From:**   Gustavo_Gelpi@prd.uscourts.gov (Gustavo_Gelpi@prd.uscourts.gov)

**To:**   alfredo@cglawpr.com;

**Cc:**   ericguzman53@yahoo.com;

**Date:**   Wednesday, August 10, 2016 11:18 AM

Eric. Thanks !
This sees very reasonable.

Sent from my iPhone

On Aug 10, 2016, at 10:54 AM, Alfredo Castellanos <alfredo@cglawpr.com> wrote:

Thank you very much!!!! AC

On Wednesday, August 10, 2016, Eric Guzman <ericguzman53@yahoo.com> wrote:
Good morning:

According to Honorable Judge Gelpi and the Technical Compliance Advisor instructions' please find the travel expenses that will be covered by the TCA's office.

The Federal Joint Travel Regulation will be used for travel expenses guidance.

Expenses will be as follow:
1) Lodging (hotel) $149.00 per day.
2) Meals $59.00 per day. During the travel days 75% of the $59.00 will be covered.
3) Air fare will be $400.00, economic class only. A research performed today shows that the rates from San Juan to Fort Worth goes from $361.00 to $432.00 (American Airlines $361.00, Delta $389.00, United $382.00 and Jet Blue $432).
4) Transportation (a taxi) will be from the Airport to the Hotel and from the Hotel to the Airport.
5) The attendee to the Conference will be for training; no rate per hour will be reimbursement or paid.
6) All reimbursement will need the correspondent evidence.

If you have any question or doubt please let me know at your convenience. Thanks.

Eric Guzmán

TCAPR Corp.
Executive Office Manager
268 Muñoz Rivera
World Plaza, Suite 1001
San Juan, PR 00918
Tel.(787)765-2209
tcap.prin@mail.com
tcap.coma-53@yahoo.com

--

## Alfredo Castellanos, Esq.



**Castellanos Group, P.S.C.**
Cond. Madrid, Suite 304
1760 Loiza Street
San Juan, P.R. 00911
Phone line: (787) 641-8447
Fax line:(787) 793-4495
Email: alfredo@cglawpr.com
www.cglawpr.com



IMPORTANT DISCLAIMER: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510. This communication contains information belonging to CASTELLANOS GROUP, P.S.C. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore we do not accept liability for any errors or omissions in the contents of this
message, which arise as a result of e-mail transmission

CONFIDENTIALITY DISCLAIMER: The information contained in this email and any attachment to it is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended for the sole use of the intended recipient(s). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it.

```
        BIENVENIDOS A
    FOOD & GAS S.STA.

  Descr.            qty        amount
  -------           ---        ------
  REG   CA BO4  58.340          57.29
                 $ 0.6487/L
        Frenzy Fuel            -0.00
                            -----------
              Sub Total       -2.25
              Tax             0.00
              GST             0.00
        TOTAL     -2.25
                 CA# 1    -2.25
  THANKS,COME AGAIN
        GRACIAS
    VUELVA PRONTO
  REG# 0001 OP# 001 OD# 241 01 TRAN# 0021
  11/01/11  13:56:21         ST# POS01
```

TO GO STORES
GURABO
VP13007411001
VeriFone Gold Disk

FL

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
|-------|---|------|
| REG CA #11 | 33.502G | 20.00 |
| SELF @ 0.597/ L | | |

| | | |
|---|---|---|
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 9111712
CSH: 0                    11/25/16 11:19:58

BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-523-1068
www.togostores.com

| Descr. | Qty | amount |
|-------|---|------|
| REG  CR #04 | 32.948L | 20.00 |
| | @ 0.607/ L | |
| Prepay Fuel | | -20.00 |

| | |
|---|---|
| Sub Total | 0.00 |
| IVU 1% | 0.00 |
| IVU 10.5% | 0.00 |
| SPEC 2% | 0.00 |
| TOTAL | 0.00 |
| CASH  $ | 0.00 |

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0002 CSH# 007 DR# 01  TRAN# 23054
11/23/16  10:55:35          ST# 00037

```
          TO GO STORES
            GURABO
         VP13007411001
       VeriFone Gold Disk


             FL

      ***PREPAID RECEIPT***

Description        Qty      Amount
---------          ---      ------
PREPAY CA #01               20.00
                         ----------
            Subtotal       20.00
                Tax         0.00
   TOTAL            20.00
            CASH  $         20.00


           GRACIAS,
         Vuelva Pronto
ST#  00012 TILL XXXX DR# 1 TRAN# 1028754
CSH: 7                 11/28/16 07:50:53
```

```
          TO GO STORES
            GURABO
         VP13007411001
       VeriFone Gold Disk


             FL

      ***PREPAID RECEIPT***

Description        Qty      Amount
---------          ---      ------
PREPAY CA #07               20.00
                         ----------
            Subtotal       20.00
                Tax         0.00
   TOTAL            20.00
            CASH  $         20.00


           GRACIAS,
         Vuelva Pronto
ST#  00012 TILL XXXX DR# 1 TRAN# 1023525
CSH: 6                 11/05/16 17:21:59
```

```
    PUMA SERVICE STATION
   CUPEY ALTO CARR. 176
   KM 3.3 SAN JUAN P.R.

 Descr.           Qty        amount

 REG    CA #05  32.415L
                           20.00
              & 0.617/ L
        Prepay Fuel        -20.00

            Sub Total       0.00
              STATE         0.00
              CITY          0.00
              Total         0.00
           004850000  $     0.00
   THANKS, COME AGAIN
 REG# 0001 CSH# 002 DR# 01  TRAN# 12459
 11/22/16  08:18:30          ST# AB123
```

```
          PUMA
   MUNOZ RIVERA S/S
     560 PDA.35 HATO REY
       787 759 3417

 Descr.           Qty        amo

 Prepay CA#08               30

            Sub Total       30
              ESTATAL        0
              MUNICIPAL      0
       TOTAL        30.0
            CASH  $         30
     Gracias por comprar en
           PUMA
 REG# 0001 CSH# 004 DR# 01  TRAN# 14
 11/17/16  11:18:40          ST# T
```

```
            TO GO STORES
               GURABO
            VP13007411001
          Verifone Gold Disk

                 FL


Description        Qty      Amount
---------         ---      -------
REG CA #06        47.840G    30.00
   SELF @ 0.627/ L
                          ---------
          Subtotal          30.00
          Tax                0.00
     TOTAL        30.00
               CASH  $       40.00
               CASH  $      -10.00


              GRACIAS,
            Vuelva Pronto
ST#  00012 TILL XXXX DR# 1 TRAN# 1029429
CSH: 16                  11/09/16 14:40:46
```

```
            TO GO STORES
               GURABO
            VP13007411001
          Verifone Gold Disk

                 FL

          ***PREPAID RECEIPT***

Description        Qty      Amount
---------         ---      -------
PREPAY CA #01               20.00
                          ---------
          Subtotal          20.00
          Tax                0.00
     TOTAL        20.00
               CASH  $       20.00


              GRACIAS,
            Vuelva Pronto
ST#  00012 TILL XXXX DR# 1 TRAN# 1021708
CSH: 7                   11/11/16 05:20:05
```

```
            TO GO STORES
               GURABO
            VP13007411001
          Verifone Gold Disk

                 FL

          ***PREPAID RECEIPT***

Description        Qty      Amount
---------         ---      -------
PREPAY CA #04               22.00
                          ---------
          Subtotal          22.00
          Tax                0.00
     TOTAL        22.00
               CASH  $       22.00


              GRACIAS,
            Vuelva Pronto
ST#  00012 TILL XXXX DR# 1 TRAN# 1011564
CSH: 3                   11/07/16 17:13:27
```

```
          BUCARE PUMA S/S
           ESTACION 176

Descr.             qty      amount
------            ---      -------
REG    CA #03   16.207L     10.00
                @ 0.617/ L
   Prepay Fuel             -10.00
                          ---------
          Sub Total         0.00
                MUN          0.00
                EST          0.00
     TOTAL         0.00
               CASH  $       0.00
    THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 13577
11/14/16  20:18:03          ST# P0625
```

BIENVENIDOS A
PUMA PLAZA GUAYNABO

| Descr. | qty | amount |
|--------|-----|--------|
| REG    CA #02 32.949L | | 20.00 |
| @ 0.607/ L | | |
| Prepay Fuel | | -20.00 |
| Sub Total | | 0.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 0.00 |
| CASH $ | | 0.00 |

THANKS, COME AGAIN

REG# 0001 CSH# 007 DR# 01   TRAN# 19930
11/30/16  11:31:20            ST# AB123

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 2098
11/07/16 18:27:43

Numero de Cuenta:        ACT03451155
Cantidad de Pago:      $      20.00
Metodo de Pago:             Efectivo
Balance:               $      21.80

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 909?
11/29/16 11:26:17

Numero de Cuenta:        ACT03451155
Cantidad de Pago:      $      20.00
Metodo de Pago:             Efectivo
Balance:               $      21.60

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Toa Baja, Carril 2
Cajero: 9245
11/11/16 08:36:44

Numero de Cuenta:        ACT03451155
Cantidad de Pago:      $      20.00
Metodo de Pago:             Efectivo
Balance:               $      23.00

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

DATE              TIME              HOST
Nov 01.16         14:01:09          P.PAID
BATCH             TERMINAL ID       MERCHANT ID
000139            87880010          87281037X0X01

PREPAID CASH

                  PP NUMBER.
PEAJE             627E07040714136

AUTH. CODE: 04BM00      INVOICE: 022992
                        TRACE  :003843

TOTAL :      $        20.00

SIGNATURE: X

          APPROVED
          21.00

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

          CUSTOMER COPY
       Gracias por su patrocinio

Case 3:12-cv-04339-PAD Document 454-1 Filed 12/01/16 Page 44 of 48

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

08048

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |
|---|

FECHA 11/25/20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

|  | | |  |
|---|---|---|---|
|  | LITROS DE GASOLINA | | |
|  | QTOS. DE ACEITE | | |
|  | FILTRO | | |
|  | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
|  | LAVADO MOTOR | | |
|  | INSPECCION | | |
|  | FLUSHING | | |
|  | | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | | |
| RECIBÍ _____ | **TOTAL** | 20 | 00 |

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

04829

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |
|---|

FECHA 11/25/20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

|  | | |  |
|---|---|---|---|
|  | LITROS DE GASOLINA | | |
|  | QTOS. DE ACEITE | | |
|  | FILTRO | | |
|  | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
|  | LAVADO MOTOR | | |
|  | INSPECCION | | |
|  | FLUSHING | | |
|  | | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | | |
| RECIBÍ _____ | **TOTAL** | 20 | 00 |

# LULU SERVICE STATION

1251 Las Palmas,Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |

FECHA _____ 11/25/16 20__

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☐  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | Rep. Goma | 10 |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ _____  **TOTAL** | 10 | 00 |

**Invoice November 29, 2016: $5,000**

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services Phase I: Hiring, Organizing & Planning of Research Study**

A.        Professional shall be paid or otherwise reimbursed for professional services rendered per the terms of this Agreement as follows: $5,000.00 payable by December 15, 2016 for services rendered.

This professional by contract will be carrying out a survey and study of eight (8) different "focus groups" from within the context of their experience with the Puerto Rico Police Department, pursuant to §241 of the Agreement. This phase will be focused on hiring, organizing & planning of the staff selected as "moderators" of the 8 Focus Groups described below. Also, this researcher will be coordinating the reconnaissance strategies necessary for the correct pursue of these eight studies.

These "focus groups" are subclasses found within/are a part of the Puerto Rican societal structure, separated by only that defining characteristic that make them homogeneous as a group.

**These groups are:**

1.LGBTT group whose members share a meeting space, but dwell in different municipalities.
        2.Group of Homeless citizens from the San Juan greater Metropolitan Area.
        3.Group of residents that either migrated from the Dominican Republic, and or are descendants of immigrants from the Dominican Republic (legal status not withstanding).
        4.Group of Residents from the "Luis Llorens Torres" Public Housing Community.
        5.Students enrolled at the University of Puerto Rico, Mayaguez Campus.
        6.A group whose members identify themselves as "Afro-Caribbean."
        7.A group of crime victims that are of the female sex & gender.
        8.Groups of residents of the Municipality of Loiza.

I look forward to maintain communication with you,

Sincerely yours,

*Richard Blanco Peck*

**Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

OK

From:  Guillermo A. Baralt Miró, Esq.
2070 Calle 1 Apto 215B
Guaynabo, Puerto Rico
(787) 236-0645
guillermobaralt@outlook.com

To:  TCA Corp.
268 Muñoz Rivera,
World Plaza, Suite 1001
San Juan, PR 00961

DATE: November 28, 2016

## LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD ENDING ON 11/28/2016

| DATE | HOURS | SERVICE RENDERED |
|---|---|---|
| 10/31/2016 | 3 | Preparation CIC meeting. |
| 11/1/2016 | 8 | Meeting to discuss focus group. Final Revision General Order on Recruitment. No policies assigned for the month of November.* |
| 11/2/2016 | 7 | Meeting PRPD Headquarters on the CIC. Began drafting memorandum. |
| 11/3/2016 | 7 | Research on amendments to law creating PRPD |
| 11/7/2016 | 7 | Preparation on PRPD overtime consent decree case. |
| 11/9/2016 | 3 | Final Review of Memorandum of previous meetings |
| 11/10/2016 | 5 | District Court |
| 11/14//2016 | 4 | Research on Amendments to law creating PRPD |
| 11/15/2016 | 5 | " " Preparation for 11/16/2016 hearing |
| 11/16/2016 | 7 | Hearing for the signing of Consent Decree on Overtime Wages Owed & PRPD Payroll Reform |
| 11/17/2016 | 8 | Memorandum on the Hearing / |
| 11/18/2016 | 8 | Policy Review "G.O. on Copyrights" Research on Copyright's Law and Preemption |
| 11/21/2016 | 8 | Review Copyrights G.O. |
| Time dedicated for this present period: | 80 | |
| Hours of service rendered on July that are now billable | 20 | |
| | 100 | |
| | $20 | |
| Total Due | $2,000 | |

* Please consider assigning work on policies on a timely basis. I was not given a policy to review on the day that policies were assigned. After carrying out all due diligence to rule out human error, it was clear that I was not going to be reviewing policies for the month of November. However, I was asked to review an order on November 17th under the guise of being a "partial review" of the order (despite the fact that there cannot be a correct review without considering the text as a whole).

There was no consideration of time required for adequate study and subsequent review. This is not the first time this happens.

I ask, respectfully, that TCAPR Corp considers assigning policies for review to the undersigned under the same conditions as every other Core Team member. Also, that the policy should be assigned on a personal basis with

instruction regarding who will receive the work product. I believe TCAPR Corp will be better served by everyone under these two principles.

** This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to maintain confidential or disclose.

*** This invoice is for billable services rendered. However, it does not represent an exhaustive list of all work performed, but only that of which the source of the data is easily revisable.

_____
Guillermo A. Baralt Miró, Esq.

November  28, 2016 _____
Date