12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of November.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints. During this month the TCA attended to the Police Reform Conference held in Forth Worth, TX.

Several meetings were held with different groups and stakeholders, including a scheduled meeting with Dr. Blanco Peck and Community Leaders such as Sara Benitez, José Ridríguez, Pedro Julio Serrano, Roberto Pérez Santori, Carmen Villanueva, Modesta Irizarry, Dra. Carmen Acosta and Cecilia La Luz, in relation to the work plan of the focus groups in compliance with paragraph 241. In this meeting also participated Joel Torres, Luis Saucedo, Savannah Black, Sergeant Pedro Cruz Febo, and Lieutenant Jose A. Hernandez.

A meeting was held between with, USDOJ, PRDOJ and the TCA and his staff to discuss the role and responsibility of the Citizen Interaction Committees with the Community and the Police. The TCA participated to the monthly meeting to coordinate the meetings for the upcoming visit of the Core Team and in this meeting was established that between General Order and Policies the TCA has reviewed 19; which are: General Order: Technology and Communications Bureau; General Order of the Assistant Superintendent in Management Services; Assistant Superintendent in Management Services Flowchart; General Order: Rules and Proceedings for the Transfer Transactions for the Rank System Personnel; Interagency Collaborative Agreement (Correction Department, Family Department, Justice Department and PRPD); General Order: Rules and Proceedings for the Intervention with Minors in the Fault Commission; General Order: Investigation of Maltreatment and Malpractice in Juvenile Institutions; General Order: PREA; General Order: Ingress and Egress of Cells; General Order: Rules for the Intervention with Persons in Crisis and Negotiations in Taking Hostages; Negotiators and Crisis Intervention Manual; General Order Monthly Local Academies; General Order: Copyrights in the PRP; Rules and Proceedings of the Pre – Service Training Program; General Order: Rules and Proceedings for the Use of Communication Radios in the Puerto Rico Police; General Order: Rules and Controls for the Use of Computer Systems of the PRP; General Order: Restructuration of the Reform Office; General Order: Assets; and Article 5 Amendment: Personnel Regulation.

The TCA visited Vieques for a community meeting in relation to the Police Reform Updates; and visited Fajardo for a meeting with the Citizen Interaction Committee of thus Municipality. As well during this month the TCA, his staff and the Core Team began to work on the writing of the Six Month Report.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and

preparation, and payroll. Preliminary Core Team's December and January agenda was discussed, circulating CT December agenda and the Core Team work plan.