UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Started: 6:00 PM
Ended: 10:00 PM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

DATE: December 1st, 2016

CASE #: 12-CV-2039 (GAG)

---

USA

VS.

COMMONWEALTH OF PUERTO RICO ET AL

---

**MINUTES FOR ONSITE INSPECTION OF THE PRPD HEADQUARTERS IN HATO REY, PR:**

The undersigned along with the TCA, Arnaldo Claudio, visited the PRPD main Headquarters in Hato Rey, to observe the operations of the command center, as well as see the Reform Office facilities. Subsequently, we both visited the San Juan precinct, to observe the change in officer shift, whereupon we both participated in a "ride along".

The court commends the PRPD staff for their support and sincere desire to demonstrate the above.

*s/ Gustavo A. Gelpi*
Gustavo A. Gelpi
U.S. District Judge