

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico
P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

| | |
|---|---|
| Fecha: | 1/1/2017 |
| Factura #: | 2017-0330 |

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 1/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total: | $3,000.00 |

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.



| | | | |
|---|---|---|---|
| ID Cliente | TCAPR | Fecha: | 1/1/2017 |
| Nombre Cliente | TCAPR Corp. | Factura #: | 2017-0330 |

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 1/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total: | $3,000.00 |

**Favor de remitir su pago con este talonario a la dirección postal:**
**P.O. Box 41207 - San Juan, PR 00940-1207**
**ó entregar físicamente en:**
**Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey**

ok

# RRG

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:

**TCAPR, CORP.**

Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4111 |
|---|---|
| Date: | 12/16/2016 |
| Amount due (U.S. $): | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement December 2016: Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| | | | Total: $ | 1460.00 |



Factura        12/04/16
Cuenta         769528798    2
Núm. Servicio 765-2209-978
Página          1 de     4

**FECHA DE VENCIMIENTO**        01/02/17

**TOTAL A PAGAR**        $438.85

**CANTIDAD ENVIADA**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000043885  70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
**www.clarotodo.com**

Factura        12/04/16
Cuenta         769528798    2

Por favor, desprenda este talón y devuélvalo con su pago.



**Descarga el APP HOY**

 

• Accede tu cuenta

• Paga tu factura

• Chatea online



| | Balance Anterior | $ 380.46 |
|---|---|---|
| **RESUMEN** | Pagos Recibidos - ¡Gracias! | 187.43CR |
| **DE SU CUENTA** | Ajustes | 0.21CR |
| **TOTAL BALANCE VENCIDO** 12/03/16 | | $ 192.82 |
| **PAGUE INMEDIATAMENTE** | | |

**SERVICIOS A**
**NIVEL DE CUENTA** ——————  2.85

**SERVICIOS**
**TELEFONIA FIJA** ——————  243.18

**TOTAL DE CARGOS CORRIENTES**
**A PAGAR EN O ANTES DE**        $ 246.03
01/02/17

**TOTAL A PAGAR***        $438.85

*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de
pago por lo que el servicio podrá ser suspendido en cualquier
momento. La reconexión del servicio conlleva un cargo de $10.00
por línea. Además un depósito adicional podría ser requerido.

Estimado cliente, pague su factura utilizando
nuestro servicio de pago expreso disponible las 24
horas los 7 días de la semana.  Sólo marque *7246
desde su Claro móvil o el (787) 281-4111 desde su
Claro fijo.

Claro le recuerda que para evitar cargos de
reconexión debe pagar su factura antes de la fecha
de vencimiento de la misma.

