# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

### Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1.  The following contains the Technical Compliance Advisor's variable expenses for December 2016.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | December 5th, 2016 to December 9th, 2016 |
| Rafael E. Ruíz | $6,500.00 | December 5th, 2016 to December 9th, 2016 |
| Marcos Soler | $3,900.00 | December 9th, 2016 to December 11, 2016 |
| John J. Romero | $6,500.00 | December 5th, 2016 to December 9th, 2016 |
| Alan Youngs | $6,500.00 | December 5th, 2016 to December 9th, 2016 |
| Scott Cragg | $6,500.00 | December 5th, 2016 to December 9th, 2016 |
| | Subtotal | $36,400.00 |
| **Telework** | | |
| Gerard LaSalle | $2,850.00 | December 2016 |
| Linda V. Navedo | $2,600.00 | December 2016 |
| Rafael E. Ruíz | $2,600.00 | December 2016 |
| Marcos Soler | $5,100.00 | December 2016 |
| John J. Romero | $2,600.00 | December 2016 |
| Alan Youngs | $2,600.00 | December 2016 |
| Scott Cragg | $2,600.00 | December 2016 |
| | Subtotal | $20,950.00 |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $2,250.25 | December 2016 |
| Federico Hernandez Denton | $1,687.00 | December 2016 |
| Antonio Bazán | $2,187.50 | December 2016 |

---
[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | | Subtotal | 6,124.75 |
|---|---|---|---|
| Car Expenses | | | |
| | Chauffer | $900.00 | December 4th, 2016 to December 11, 2016 |
| | Gasoline | $360.00 | December 2016 |
| | Tolls | $70.00 | December 2016 |
| | Car Maintenance | $342.84 | December 2016 |
| | | Subtotal | $1,672.84 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | | $400.00 | November 2016 |
| | | $2,000.00 | December 2016 |
| | | Subtotal | $2,400.00 |
| Richard Blanco Peck, PhD. | | $5,000.00 | Services for Phase I: Services Phase I: Hiring, Organizing & Planning of Research Study |
| | | Subtotal | $5,000.00 |
| Grand Total | | | $72,547.59 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $72,547.59, the total amount of the monthly expenses, for the month of December 2016.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $72,547.59 the total amount of the expenses for the month of December 2016.

In San Juan, Puerto Rico, this day January 9, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.