## VOUCHER

**Invoice for Date of Service:   December 2016**

**TO:  TCA Corporation**

**FROM: Gerard LaSalle, Ph.D. LLC   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**

**PHONE: 973-943-3167    jlasalle24@comcast.net**

**TAX ID: 20-5830242**

**CASE: *Reform Agreement Police of Puerto Rico***

<u>**Professional Fee**</u>

| | |
|---|---|
| **Hourly rate (off-site):** | **$150.** |
| | **Hour(s)** |

<u>**Month of November**</u>

(1) **Communicate with TCA and Core Team to prepare, review, revise, written reports to include draft of 5th semiannual report**

**Total payable hours: 19 x $150. per hour**          **$ 2850**

**TOTAL AMOUT DUE**          **$2850**

**Gerard LaSalle**

_____

**Arnaldo Claudio, TCA**

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2016
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:     TCAPR Corp.
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **December/2016**, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Working session for the distribution of policies received, drafting of e-mails, conference calls, follow-up of outstanding issues in preparation for the working week of the TCA Core Team in Puerto Rico (December 5-9, 2016) (8.0 hrs) -Working session for the review of six (6) assigned redline policies, which will be subject of discussion at the policies' meetings during the "TCA Core Team Week". (8.0 hrs) | N/A | X | 1-4/ DECEMBER | |
| TCA Core Team Week | N/A | X | 5/DECEMBER | $1,300.00 |
| TCA Core Team Week | N/A | X | 6/DECEMBER | $1,300.00 |
| TCA Core Team Week | N/A | X | 7/DECEMBER | $1,300.00 |
| TCA Core Team Week | N/A | X | 8/DECEMBER | $1,300.00 |
| TCA Core Team Week | N/A | X | 9/DECEMBER | $1,300.00 |
| -Working sessions for the coordination, follow-up and mailings of policies and Academy's Syllabus for the month of December, 2016. (8.0 hrs) | N/A | X | 12-16 & 19-23/DECEMBER | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

i

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TOTAL HOURS WORKED "PRO BONO": 6.67 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
December 30, 2016


Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.


_____
ARNALDO CLAUDIO, TCA                          Date: _____, 2016
President
TCAPR Corp.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

December 31, 2016

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 031
FOR PROFESSIONAL SERVICES RENDERED DECEMBER 2016

| | |
|---|---|
| Monday, Dec 5, 2016 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Tuesday, Dec 6, 2016 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Wednesday Dec 7, 2016 | TCA Office re: meetings<br>PRPD Police Academy re: meetings |
| Thursday, Dec 8, 2016 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Friday, Dec 9, 2016 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

| | |
|---|---|
| Dec 1-31 | Reviewed PRPD's Last Revision on PRPD's policy titled: Use and Management of Regulation Firearm. 2 hrs.<br>Prepared comments on the above2 hrs.<br>Reviewed the following ten (10) PRPD's Academy Curriculums:<br>Regulations of Use of Force by Members of the PRPD (supervisors)<br>Regulation of Use of Force by Members of the PRPD (non-supervisor)<br>Certification of Operators of Electronic Control Devices<br>Recertification of Operators of Electronic Control Device<br>Use and Management of Expandable Baton |

Recertification of Use and Management of Expandable Baton
Certification of Use and Management of OC Spray (pepper spray)
Recertification of Use and Management of OC Spray (pepper spray)
Retraining on Regulations Use and Management of Force by Members
of the PRPD & Reporting and Investigating Use of Force by Members
of the PRPD
History and Mission of Special Weapons and Tactics (SWAT)
Curriculum review totals 8 hrs.
Prepared comments on the above 10 hrs.
Reviewed PRPD's CIC Manual 4 hrs.

**TOTAL HOURS: 26   HOURS    MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =    8 HOURS  40 MINUTES**

**TOTAL: $9100**

Rafael E. Ruiz
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

INVOICE

#2016-19

DATE: DECEMBER 31, 2016

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:

Services on: Dec. 1st 2016 through Dec 31, 2016

| | | |
|---|---|---|
| December 5, 2016 Site Visit- TCA Office and Police HQ | $1300/day | $1,300.00 |
| December 6, 2016 Site Visit- Police HQ Policy review and TCA Office | $1300/day | $1,300.00 |
| December 7, 2016 Site Visit- PRPD Police Academy and TCA Office | $1300/day | $1,300.00 |
| December 8, 2016 Site Visit- Police HQ and TCA Office policy | $1300/day | $1,300.00 |
| December 9, 2016 Site Visit- Police HQ and TCA Office Meetings | $1300/day | $1,300.00 |

December 1st through December 31st :

| | |
|---|---|
| Review and report on 10 PRPD Academy Curriculums | 7 hrs. |
| Review and report on CIC Operational Manual sections on Bank Robbery and Robbery Squad, Vehicle Theft Unit | 8 hrs. |
| Review and report on Dignitary Protection Curriculum | 4 hrs. |
| Review of "Use and Mgmt. of Reg. Firearm | 2 hrs. |
| TOTAL HOURS WORKED | 21 hrs. |

TOTAL HOURS BILLED        17.33 hrs. @    $150/hr.        $2,600.00

TOTAL        $9,100.00

Rafael E. Ruiz

Dec 31st, 2016

INVOICE FOR PROFESSIONAL SERVICES:

## DECEMBER 1- DECEMBER 31, 2016
**SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:    **TCAPR Corp.**
          #268 Muñoz Rivera
          Suite 1001, World Plaza
          San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of December 2016 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 5 | 12/5 - 9 | 6500.00 |
| Review DOJ comments to GO; Computer Systems and compare to prior comments | 0.5 | | | 75.00 |
| Translate Interoperability Policy and review | 5.00 | | | 750.00 |
| Translate, review, analyze PRPD CIO action plan tracking matrix | 6.00 | | 12/1 - 31 | 900.00 |
| Translate, review, analyze PRPD provided documents; OGP Technology Policy, PRPD IT Strategic plan | 7.00 | | | 1050.00 |
| Reconciliation of action tracking with decree | 4.00 | | | 600.00 |
| | | | | |
| | | | | |
| hours US | 22.50 | 5 | | 9875.00 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLES IN PUERTO RICO 5 days | | | | $6,500 |
| TOTAL OF BILLABLE HOURS (17.33) HOURS @ $150): | | | | $2,600.00 |
| TOTAL OF HOURS NOT BILLED "PRO BONO" (5.17 HRS) | | | | $775 |
| TOTAL FEE | | | | $9,100.00 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2016
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:   **TCAPR, LLC**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of December 2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York: drafting of semi-annual report, calls with TCA (15.0 hours) | X | N/A | Friday-Sunday, December 2-4, 2016 | (15 hours @ $150 = $2,250) |
| Work from Puerto Rico: TCA agenda, meetings with TCA, drafting semi-annual report (33.0 hours) | N/A | X | Friday-Sunday, December 9-11, 2016 | (1,300 @ 3 days = $3,900) |
| Work from New York: Editing final version of the semi-annual report (4.0 hours) | X | N/A | Wednesday - Thursday, December 15-16, 2016 | (4 hours @ $150 = $600) |
| Work from New York City: review of policies and training manuals (15.0 hours) | X | N/A | Friday-Sunday, December 16-18, 2016 | (15 hours @ $150 = $2,250) |
| TOTAL HOURS WORKED: 77.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 days, 33 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (34 HOURS @ $150): | | | | $5,100 |
| TOTAL TO BE BILLED: | | | | $9,000 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |

INVOICE PRESENTED BY:


Marcos Soler
_____
MARCOS F. SOLER
TCA Core Team
December 19, 2016

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.



_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2016.


oK

December 31, 2016

Alan C. Youngs
5552 W. Lakeridge Road
Lakewood, CO 80227

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite
1001 San Juan, Puerto Rico 00918

INVOICE FOR PROFESSIONAL  SERVICES  RENDERED  DECEMBER 2016

| | |
|---|---|
| Monday, Dec 5, 2016 | TCA Office re: meetings |
| | PRPD  Headquarters  re: meetings |
| Tuesday, Dec 6, 2016 | TCA Office re: meetings |
| | PRPD  Headquarters  re: meetings |
| Wednesday Dec 7, 2016 | TCA Office re: meetings |
| | PRPD  Police Academy  re: meetings |
| Thursday, Dec 8, 2016 | TCA Office re: meetings |
| | PRPD  Headquarters  re: meetings |
| Friday, Dec 9, 2016 | TCA Office re: meetings |
| | PRPD  Headquarters  re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

Dec 1-31    Reviewed PRPD's Last Revision on PRPD's policy titled:
            Recruitment. 2 hrs.
            Prepared comments on the above 2 hrs.
            Reviewed the following ten (10) PRPD's Academy Curriculums:
            Regulations of Use of Force by Members of the PRPD (supervisors)
            Regulation of Use of Force by Members of the PRPD (non-supervisor)
            Certification of Operators of Electronic Control Devices Recertification
            of Operators of Electronic Control Device
            Use and Management of Expandable Baton

Recertification of Use and Management of Expandable Baton Certification of Use and Management of OC Spray (pepper spray) Recertification of Use and Management of OC Spray (pepper spray) Retraining on Regulations Use and Management of Force by Members of the PRPD & Reporting and Investigating Use of Force by Members of the PRPD

History and Mission of Special Weapons and Tactics (SWAT) Curriculum review totals 6 hrs.

Prepared comments on the above 4 hrs.

Reviewed PRPD's CIC Manual 4 hrs.

Reviewed PRPD's Auxiliary Supt. of field operation 3hrs.

Prepared comments on the above 3hrs

**TOTAL HOURS: 24 HOURS**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =6 HOURS  40 MINUTES**

**TOTAL: $9100**



## Castellanos Group, P.S.C.

December 16th, 2016

**Mr. Eric Guzmán**
Executive Office Manager, TCAPR Corp.
268 Muñoz Rivera Ave., World Plaza Bldg., Suite 1001
San Juan, PR, 00918

### Partial Invoice for Services Rendered to the TCA during the month of December2016

The present invoice includes services that were rendered by Alfredo Castellanos during the period of December 1st through December 16th of 2016.  The above being said, the following is an itemized description of the services that were rendered:

| Date | Description | Hours |
|------|-------------|-------|
| 11/30/2016 | Preparation for Peñuelas – PR Police Department & Landfill Protest Hearing<br>Re: Law Research, study case docket | 1.5 |
| 12/01/2016 | Peñuelas – PR Police Department & Landfill Protest Hearing | 4 |
| 12/05/2016 | Preparation of the TCA Team's new Court- Issued ID's | 2 |
| 12/05/2016 | Preparation for Transition Hearing | 2 |
| 12/05/2016 | Communications with Mr. Arnaldo Claudio, TCA<br>Re: Transition Hearing and various matters | 3 |
| 12/05/2016 | Communications with the Court<br>Re: Transition Hearing | 1.5 |
| 12/05/2016 | Communication with Mr. Luis E. Saucedo, Esq.<br>Re: Privilege Attorney Legal advisory | 1 |
| 12/06/2016 | Transition Hearing<br>Re: Police Reform and Government Transition | 2 |
| 12/09/2016 | Meeting with PRPD<br>Re: Paragraph 253 Reform | 1 |

| | |
|---|---|
| **Total Billed Hours** | **18** |
| **TOTAL** | **2,250.00** |

*I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked for the client.*

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

December 22, 2016.


TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919


### Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **12-2-2016** | Reading and analysis of general orders of PRPD sent by the TCA for preparation of comments. | 2 |
| **12-15-2016** | Reading and analysis of Fwd. Comments on General Order to Compel Appearance in Court and Administrative Proceedings and conference call with Attorney Antonio Bazán. | 2 |
| **12-16-2016** | Reading and preparation of comments of TCA to General Order on citations of members of PRPD. | 2 |
| **12-18-2016** | Reading of Operational Manual of Drug Unit and preparation of Comments. | 2.5 |
| **12-20-2016** | Reading of PRPD General Order #600-614 providing for Rules and Procedures to Respond to Cases of Missing People and the Preparation of Comments on Behalf of the TCA. | 2.5 |
| **12-21-2016** | Reading, analysis and preparation of comments for TCA on general order of PRPD to establish a protocol for the taking and conservation of photos of a criminal scene. | 2.5 |
| | **TOTAL BILLED HOURS:** | **13.5** |
| | **TOTAL:** | **$1,687.50** |

_____
Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

December 22, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-12**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of December, 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---------|---------|------------------------------|
| 12/01/2016 | **1 hr.** 4:00 to 5:00 pm | Red line on PRPD transfers policy initial assessment. |
| 12/04/2016 | **1.75 hrs.** 1:30 to 3:15 pm | Protocol for Exchange of Information-Legal advice and comments. |
| 12/04/2016 | **1 hr.** 9:00 to 10:00 pm | Initial assessment and research on Evidence Rooms |
| 12/04/2016 | **1 hr.** 10:00 to 11:00 pm | Initial assessment on redline on General Order CIC |
| 12/04/2016 | **1 hr.** 11:00 to 12:00 M | Initial Review of 6 months Report with comments and advice |
| 12/06/2016 | **3.50 hrs.** 11:00 to 11:30 a.m. and 1:30 to 4:30 p.m. | Meetings at PRPD Headquarters with DOJ and PRPD counsel on diverse General Orders and policies. |
| 12/07/2016 | **8 hrs.** 10 :00 am to 12:00 and 5:00 to 11:00 pm | Advice, additions, deletions, research, editing of 6 months Report |
| 12/08/2016 | **3.50 hrs.** 2:00 to 5:30 pm | Meeting at PRPD Headquarters on S.A.I.C., General Order CIC, General Order on Transfers |
| 12/08/2016 | **2.75 hrs.** 8:30 to 11:15 p.m. | Advice, additions, deletions, research, editing of 6 months Report |
| 12/09/2016 | **8.75 hrs.** 8:00 to 9:15 am,11:00 am to 1:45 pm, 2:30 to 7:15 pm | Final submission of assigned issues for Advice, additions, deletions, research and editing of 6 months Report |
| 12/13/2016 | **2.50 hrs.** 3:30 to 4:15 pm 4:15 to 4:45, 4:45 to 5:15 and 5:15 to 6:00 pm Continued    12/13/2016 | Advice, research, editing on Annual Review Use of Force Recertification, Management of Regulation Firearm, A.R. Use of Baton, Use and Management of Chemical Agent (Pepper Spray |
| 12/15/2016 | **2.50 hrs.** 4:00 to 6:37 pm | Comments and Legal Advice on General Order for PRPD members court and administrative |

| | | proceedings appearances |
|---|---|---|
| 12/16/2016 | **3.00 hrs**. 4:00 to 7:00 pm | Comments and Legal Advice on Manual of the Bureau of Drugs, Vice and Illegal Firearms |
| 11/28/2016 | **40.25 hrs.** Total Hrs. billed | **40.25hrs**. x $125.00= <u>$5,031.25</u> |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

# INVOICE 0119

12/7/2016

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

TCAPR Corp
World Plaza
268 Muñoz Rivera 1001
San Juan PR 00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during the week of Dec 4-Dec 10, 2016 to TCA Core Team, which includes the following: | 900.00 |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (San Juan, Caguas, Police Academy Gurabo, | |
| TCA Office, and Headquarters in Hato Rey) | |
| | |
| Total Hours Worked: 85 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

```
            TO GO STORES
              GURABO
            VP13007411001
         VeriFone Gold Disk

               FL

        ***PREPAID RECEIPT***

 Description       Qty      Amount
 -----------       ---      ------
 PREPAY CA #01              ⌐ 20.00
                           -----------
               Subtotal      20.00
               Tax            0.00
       TOTAL              20.00
               CASH  $      20.00


            GRACIAS,
           Vuelva Pronto
 ST#  00012 TILL XXXX DR# 1 TRAN# 1023817
 CSH: 9             12/01/16 08:27:06
```

```
            TO GO STORES
              GURABO
            VP13007411001
         VeriFone Gold Disk

               FL

 Description       Qty      Amount
 -----------       ---      ------
 REG CA #02      43.271G     28.00
   SELF @ 0.647/ L
                           -----------
               Subtotal      28.00
               Tax            0.00
       TOTAL              28.00
               CASH  $      40.00
               CASH  $     -12.00


            GRACIAS,
           Vuelva Pronto
 ST#  00012 TILL XXXX DR# 1 TRAN# 1017463
 CSH: 14            12/13/16 12:49:57
```

```
H       BIENVENIDO A
     TO GO STORE 24HRS.
       INTERAMERICANA
          787-523-1068
        www.togostores.com

 Descr.          Qty      Amount
 ------          ---      ------
 Prepay CA#03              40.00
                         ----------
            Sub Total      40.00
            IVU 1%         0.00
            IVU 10.5%      0.00
            SPEC 2%        0.00
       TOTAL           40.00
            CASH  $       40.00
     GRACIAS, VUELVA PRONTO
   ***PROHIBIDO EL CONSUMO***
     DE BEBIDAS ALCOHOLICAS
        EN LA TIENDA Y
        SUS ALREDEDORES.
 REG# 0004 CSH# 005 DR# 01  TRAN# 45628
 12/05/16  19:54:11           ST# 00037
```

```
     WELCOME  TO                        BUCARE  PUMA  S/S
     OUR  STORE                          ESTACION  176

Descr.        Qty       amount     Descr.         qty       amount
--------     -----     --------    --------      -----     --------
REG   CA #04  13.77 L    17.00     REG   CA #03  17.99 L     12.00
             @ 0.577/L                          @ 0.667/L
     Prepay Fuel        -17.00          Prepay Fuel         -12.00

          Sub Total      0.00               Sub Total        0.00
          ESTATAL        0.00               MUN              0.00
          MUNICIPAL      0.00               EST              0.00
     TOTAL        0.00               TOTAL         0.00
              CASH $     0.00                   CASH $       0.00
     THANKS, COME  AGAIN            THANKS, COME  AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 18190  REG# 0001 CSH# 003 DR# 01  TRAN# 11329
12/07/16  04:45:25     STA #F123      12/15/16  17:45:07     ST# POE25
```

*Josué Negro*

```
       TO GO STORES                     TO GO STORES
         GURABO                            GURABO
      VP13007411001                    VP13007411001
   VeriFone Gold Disk               VeriFone Gold Disk

         FL                               FL

  ***PREPAID RECEIPT***           ***PREPAID RECEIPT***

Description      Qty    Amount   Description      Qty    Amount
-----------     ----   -------   -----------     ----   -------
PREPAY CA #05          16.00     PREPAY CA #04          20.00
               -----------                     -----------
       Subtotal       16.00             Subtotal       20.00
       Tax            0.00               Tax            0.00
   TOTAL      16.00              TOTAL      20.00
       CASH $         16.00              CASH $         20.00

       GRACIAS,                         GRACIAS,
      Vuelva Pronto                    Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1025670  ST# 00012 TILL XXXX DR# 1 TRAN# 1034357
CSH: 4            12/08/16 07:53:28  CSH: 20          12/09/16 18:32:51
```

*Josué Negra*

```
           TO GO STORES
              GURABO
           VP13007411001
         VeriFone Gold Disk

                 FL

        < DUPLICATE RECEIPT >

Description        Qty      Amount
-----------        ---      ------

REG CA #07      15.698G      10.00
  SELF @ 0.637/ L
                          ----------
            Subtotal        10.00
            Tax              0.00
      TOTAL            10.00
            CASH  $      10.00


            GRACIAS,
          Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 9073652
CSH: 0           12/09/16 08:45:41
```

*Raúl*

```
         WELCOME TO
         OUR STORE

Diesel         B2        400.1

RSC  CA #04  20.555
             @ 1.9572/ L
      Prepay Fuel         40.00

       Sub Total          0.00
       ESTATAL            0.00
       IVU - CA           0.00
    TOTAL          0.00
            CASH  $       0.00

THANKS, COME AGAIN
TFC# C001 CS# 010 DR# 2  TRAN# 107
12/08/15  04:40:35        STR  0036
```

*Josué Negra*

```
           TO GO STORES
              GURABO
           VP13007411001
         VeriFone Gold Disk

                 FL

        ***PREPAID RECEIPT***

Description        Qty      Amount
-----------        ---      ------

PREPAY CA #01               20.00
                          ----------
            Subtotal        20.00
            Tax              0.00
      TOTAL            20.00
            CASH  $      20.00


            GRACIAS,
          Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1023955
CSH: 6           12/07/16 07:32:55
```

*Josué Negra*

### Shell Coto Laurel
**Date: 12/7/2016 4:18 PM**

**Cashier: Luis A. Vega**
**Trans No. 1597446**
**Batch No. 6900**

| Qty | UPC/PLU | Description |
|-----|---------|-------------|
| Regular [12] | | |
| 35.445 | $0.677 | $24.00 |

| | |
|---|---|
| **Subtotal:** | **$24.00** |
| **Tax 1:** | **$0.00** |
| **Tax 2:** | **$0.00** |
| **Tax 3:** | **$0.00** |
| **Total:** | **$24.00** |
| **Tendered:** | **$30.00** |
| **Change:** | **$6.00**   REF: [$6.00] |

Gracias por comprar con nosotros

*Josue Negra*

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH          REC# 32850          12/05/16

✳✳✳✳  RECIBO  ✳✳✳✳

1  GASOLINA BOMBA-05
                                          20.00

                                          20.00
      TAX MUN . . . . .       .00
      TAX EST . . . . .       .00

TOTAL DE LA VENTA . . . . .   20.00

CAMBIO DE   20.00  -   .00

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

            2-Adm  15:48

CONTROL: CR42P-GTYVN
ST
processed by Softek

*Raúl*

BIENVENIDO PUMA
PUERTO NUEVO NORTE
(787) 782-0221

Descr.          Qty          amount

REG  CR #05    30.44L        20.00
               @ 0.657/L

Prepay Fuel                  20.00

      Sub Total              0.00
      STATE                  0.00
      MUNICIPAL              0.00
  TOTAL          0.00
               Ath $         0.00

GRACIAS  VUELVA
PRONTO
REG# 0001 CSH# 006 DR# 01  TRAN# 10636
12/06/16  08:35:00          ST# FC227

H

```
---------------------------------------
              PUMA BUCARE
          TURQUESA ESQ. AMATISTA
        BUCARE, GUAYNABO, PR 00969
---------------------------------------
CASH            REC# 21390        12/09/16
---------------------------------------

         ****  RECIBO  ****

    1  GASOLINA                20.00
                               --------
                                20.00
              TAX MUN . . . . .    .00
              TAX EST . . . . .    .00
                               --------
       TOTAL DE LA VENTA . . . . 20.00

       CAMBIO DE   20.00  -    .00


            2-G A   19:56:07
---------------------------------------

* * * * * * PIDA SU RECIBO * * * * * * *
*                                      *
*         IVULOTO:                     *
*      ERROR EN COMUNICACION!          *
*         CONTROL. -                   *
*                                      *
* * * *  Con el IVU Todos Ganamos  * * * *
```

Ford Edge
Rental

```
       WELCOME  TO
        OUR STORE

   Descr.        Qty       amount
   ----------------------------------
   REG   CA #03  44.313R        80.00
              @ 3.5377 L
       Prepay Fuel              -80.00

              Sub Tota           0.00
               ESTATAL           0.00
              MUNICIPAL          0.00
       TOTAL             0.00
              CASH $             0.00
   THANKS, COME AGAIN
   REG# 0001 CSH# 008 DRW 01 TRAN# 12761
   12/09/16  04:50:19          STR #0133
```

```
        BIENVENIDOS A
      GULF SANTURCE
        TEL.787 722 0229

Descr.          qty      amount
--------        ----     -------
Prepay CA#08             30.00
                        -----------
        Sub Total        30.00
             MUN          0.00
             EST          0.00
     TOTAL      30.00
          CASH  $    30.00
   THANKS,COME AGAIN
 REG# 0001 CSH# 010 DR# 01  TRAN# 15903
 12/22/16  12:52:34          ST# G0507
```

*JOSUE NEGRA*

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1655
12/06/16 19:58:52

Numero de Cuenta:      ACT03451154
Cantidad de Pago:    $    20.00
Metodo de Pago:          Efectivo
Balance:             $    16.85

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Sur, Carril 1
Cajero: 9614
12/15/16 14:12:01

Numero de Cuenta:      ACT03451155
Cantidad de Pago:    $    20.00
Metodo de Pago:          Efectivo
Balance:             $    20.00

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



PUMA FOOD AND GAS SERVICE
AVE. FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE         TIME              HOST
Dec 19.16    13:15:29        P.PAID
BATCH        TERMINAL ID     MERCHANT ID
090036       87020010      878810370C001

PREPAID CASH

PP NUMBER.
PEAJE        627E07040714128

AUTH. CODE: 0AOL5Y    INVOICE: 006542
                      TRACE  :001017

TOTAL :     $      10.00

SIGNATURE: (_____

APPROVED
21.30

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su Patrocinio

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9582
12/02/16 15:46:22

Numero de Cuenta:      ACT03451155
Cantidad de Pago:    $    20.00
Metodo de Pago:          Efectivo
Balance:             $    25.20

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus

# LULU SERVICE STATION

1251 Las Palmas,Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

03938

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 12/9/ 20 16

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL**   20 00



# CENTRO DE GOMAS
# PUERTO NUEVO



Servicio de gomas
Lunes a Viernes 7:30 am a 6:30 pm
Domingo 8:30 am a 4:00 pm

"TODO LO PUEDO EN CRISTO
QUE E FORTALECE"
FILIPENSES 4:13

**GOMAS NUEVAS Y USADAS
BALANCEO ELECTRONICOS
VENTA DE AROS NUEVOS Y USADOS
TEL. 787-781-5125**

## FACTURA

VENTA CASH

| Cliente | FECHA /2-07-/6 |
|---|---|
| Direccion | TEL. |
| | CEL. |

| CANT | DESCRIPCION | UNIDAD | PRECIO |
|---|---|---|---|
| | GOMA 235/65/17 | | |
| | Maxxi | | |
| | REPARACION | | |
| | PARCHO | | |
| | INYECCION | | |
| | ROTACION | | |
| | BALANCEO | | |
| | VALVULA | Paid | |
| | MONTURA | | |
| | | | |
| | | TOTAL | 260 00 |
| | | TAX | |
| | | PRECIO TOTAL | 260 00 |

_____
FIRMA DEL CLIENTE

Garantia por desperfectos de fabrica gomas sin alteraciones.



# CENTRO DE GOMAS
# PUERTO NUEVO

**Servicio de gomas**
Lunes a Viernes 7:30 am a 6:30 pm
Domingo 8:30 am a 4:00 pm



"TODO LO PUEDO EN CRISTO
QUE E FORTALECE"
FILIPENSES 4:13

**GOMAS NUEVAS Y USADAS**
**BALANCEO ELECTRONICOS**
**VENTA DE AROS NUEVOS Y USADOS**
**TEL. 787-781-5125**

**FACTURA**

VENTA CASH

| Cliente | FECHA /2 - 05-/6 |
| Direccion | TEL. |
| | CEL. |

| CANT | DESCRIPCION | UNIDAD | PRECIO |
|------|-------------|--------|--------|
| | GOMA | | |
| | | | |
| | REPARACION | | |
| | PARCHO | | |
| 2 | INYECCION | 10 | 10 |
| | ROTACION | | |
| | BALANCEO | | |
| | VALVULA | | |
| | MONTURA | | |
| | | | |
| | | **TOTAL** | 10 00 |
| | | **TAX** | |
| | | **PRECIO TOTAL** | 10 00 |

_____
**FIRMA DEL CLIENTE**

**Garantia por desperfectos de fabrica gomas sin alteraciones.**



# CENTRO DE GOMAS
# PUERTO NUEVO

**Servicio de gomas**
**Lunes a Viernes 7:30 am a 6:30 pm**
**Domingo 8:30 am a 4:00 pm**

**GOMAS NUEVAS Y USADAS**
**BALANCEO ELECTRONICOS**
**VENTA DE AROS NUEVOS Y USADOS**
**TEL. 787-781-5125**



"TODO LO PUEDO EN CRISTO
QUE E FORTALECE"
FILIPENSES 4:13

**FACTURA**

VENTA CASH

| Cliente | FECHA Dic 17 2016 |
| Direccion | TEL. |
| | CEL. |

| CANT | DESCRIPCION | UNIDAD | PRECIO |
|---|---|---|---|
| | GOMA | | |
| | | | |
| | REPARACION | | |
| | PARCHO | | |
| | INYECCION | | |
| 1 | ROTACION | | 5.00 |
| | BALANCEO | | |
| | VALVULA | | |
| | MONTURA | | |
| | | | |

FIRMA DEL CLIENTE

| | |
|---|---|
| TOTAL | 5.00 |
| TAX | 0.5 |
| PRECIO TOTAL | 5.57 |

**Garantia por desperfectos de fabrica gomas sin alteraciones.**

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

08492

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |
|---|

FECHA 12/22/2016

SR.

DIRECCION Ford EDGE

TAB. NÚM.    CASH ☐   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | 30 | 00 |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ _____ **TOTAL** | 30 | 00 |

Cash

# sears
## AUTO CENTER

**2789 - Sears, Roebuck and Co.  PLAZA LAS AMERICAS**
**SAN JUAN, PR  00918    (787) 773-7305**

Número de EPA:     Facilidad Número:

**RECIBO FINAL**
INVOICE DATE : 12/19/2016

NOMBRE : PR CORP, TCA

DIA :   SAN JUAN
        SAN JUAN, PR 00919

PRI :   (787) 756-2209

SEC :

INSTRUCCIONES INSTALACION DE GOMAS

**PROMETIDA: 12/19/2016 10:00 PM**

AÑO/MARCA/MODELO
2014 JEEP TRUCK COMPASS 4-144  2.4L DOHC

# DE LICENCIA ENTRADA      COLOR          ODÓ.
HXO057                      Black          20329

Y.I.N.                  LOCALIZACIÓN    ODÓ.
1C4NJCBB3ED541904                       SALIDA

HORA ENTRADA            HORA SALIDA
12/19/2016 01:47 PM     12/19/2016 03:28 PM

# DE ETIQUETA          ENTREGAR

| | ESTIMADO INICIAL | ESTIMADO REVISADO |
|---|---|---|
| PARTES | $15.74 | $15.74 |
| MANO DE OBRA | $15.25 | $15.25 |
| OTROS | $0.00 | $0.00 |
| IMPUESTOS | $1.28 | $1.28 |
| TOTAL | $17.27 | $17.27 |

FECHA/HORA DEL ESTIMADO
12/19/2016 01:47 pm

FECHA/HORA DEL EST REVISADO
12/19/2016 03:38 PM

AUTORIZACIÓN TELEFÓNICA        NÚMERO REF
                               IN6421536

AUTORIZADO POR:                CREADO POR:
                               4465

CONTACTADO POR:                FACTURADO POR:
                               528489

NÚMERO LLAMADO:                COMPRA LOCAL ORDEN DE COMPRA NÚMERO:
                               421536

DIA / HORA LLAMADA:

PRESIÓN DE AIRE FRENTE/ATRÁS
SEE COMMENTS BELOW

ESPECIFICACIÓN TORQUE RUEDAS
YLW/100 - ALL O.E. APPLICATIONS

Ver al dorso para condiciones de la garantía y otra información importante.

COMENTARIOS / OTRO CONTACTO:

TRABAJO AUTORIZADO POR:
X

| CANTIDAD | # ARTICULO | DESCRIPCIÓN DE MERCANCIA | PRECIO UNITARIO | TOTAL | TEC | CSA |
|---|---|---|---|---|---|---|
| 1 PS | 02826103 | L12222,OIL FILTER | $4.49 | $4.49 T | | 4465 |
| 1 PS | 19045062 | 4.5Cts 5w20 Conv Oil | $11.25 | $11.25 | | 4465 |
| 1 LB | 19045050 | OIL CHANGE, SERVICE | $15.25 | $15.25 T | 529065 | 4465 |
| 1 LB | 19042001 | UNDERHOOD,COURTESY CK | $0.00 | $0.00 T | 529065 | 4465 |
| 1 LB | 19042002 | UNDERCAR,COURTESY CK | $0.00 | $0.00 T | 529065 | 4465 |
| 1 PS | 02808268 | SIRIUS, TRIAL ELIGIBLE | $0.00 | $0.00 T | | 4465 |
| # 1 PS | 02866720 | SUGGEST, OBD II SCAN | $0.00 | $0.00 T | | 529065 |
| # 1 LB | 19016033 | SNAPSHOT,PERFORMANCE | $0.00 | $0.00 T | | 528489 |
| 1 RD | 58 | MULTI CREDIT 36160 | -$8.63 | -$8.63 T | | 4465 |
| 1 RD | 58 | MULTI CREDIT 36160 | -$6.37 | -$6.37 | | 4465 |

# - Este símbolo indica cambios en piezas o labor en el estimado original.

RETAIN FOR COMPARISON WITH MONTHLY STATEMENT OR FOR RETURN OR EXCHANGE

| | | |
|---|---|---|
| Parts Subtotal: | | $15.74 |
| Labor Subtotal: | | $15.25 |
| Reductions Subtotal: | | $0.00 |
| Subtotal: | | $15.99 |
| State Tax: | 10.500% | $1.17 |
| Local Tax: | 1.000% | $0.11 |
| Total: | | USD $17.27 |

FC: 6939-5093-3829-3789-0619

| | |
|---|---|
| Cash Tendered: | $20.00 |
| Change Due: | -$2.73 |

Visit us at SYWR.com

### SEARS VALUES YOUR FEEDBACK!

We hope we lived up to your expectations. Please let us know at WWW.SEARSAUTOFEEDBACK.COM

Esperamos haber sobrepasado sus expectativas. Haganos saber en WWW.SEARSAUTOFEEDBACK.COM

SALESCHECK # 027690721814

ARTICULO / INFORMACIÓN GARANTIA / DETALLES DE LABOR / COMENTARIOS          TODAS PARTES NUEVAS, NO ORIGINALES, A MENOS ESPECIFICACIÓN CONTRARIA

4.5 Cts 5w20 Conventional Oil

ITEM COMMENTS:
02808268: Today's service includes a free two-month trial subscription to SiriusXM Satellite Radio. Please contact SiriusXM at 855-719-0859 to claim your offer!

ALL LUG NUTS ON CUSTOM AND ALLOY WHEELS MUST BE RE-TORQUED AFTER 25 MILES AND CHECKED PERIODICALLY.

| Size | PSI | Torque | Vehicle Description | Size | PSI | Torque | Vehicle Description |
|---|---|---|---|---|---|---|---|
| P205/70R16 | 32/32 | YLW/100 | Latitude; 4435-4575 lbs.; 103.7 in. | P205/70R16 | 32/32 | YLW/100 | Sport; 4435-4575 lbs.; 103.7 in. |
| P215/55R18 | 35/35 | YLW/100 | Limited; 4435-4575 lbs.; 103.7 in. | P215/60R17 | 32/32 | YLW/100 | Latitude; 4435-4575 lbs.; 103.7 in. |
| P215/60R17 | 32/32 | YLW/100 | Sport; 4435-4575 lbs.; 103.7 in. | P215/65R17 | 32/32 | YLW/100 | Latitude; 4435-4575 lbs.; 103.7 in. |
| P215/65R17 | 32/32 | YLW/100 | Limited; 4435-4575 lbs.; 103.7 in. | P215/65R17 | 32/32 | YLW/100 | Sport; 4435-4575 lbs.; 103.7 in. |

# Invoice for Professional Services Rendered

From: Guillermo A. Baralt Miró, Esq.
      2070 Calle 1 Apto 215B
      Guaynabo, Puerto Rico
      (787) 236-0645
      guillermobaralt@outlook.com

To:   TCA Corp.
      268 Muñoz Rivera,
      World Plaza, Suite 1001
      San Juan, PR 00961

DATE: December 9, 2016

### INVOICE FOR SERVICES RENDERED

Please find the following information regarding invoice for service rendered. It contains all requested information.

| | | |
|---|---|---|
| 7/20/2016 | 1 | DRAFTING OF MATERIAL FOR THE GOVERNOR'S HEARING AS REQUESTED BY THE TCA |
| 7/20/2016 | 3 | ANALYSIS OF MATERIAL REGARDING PROMOTIONS FOR THE TCA |
| 7/21/2016 | 4 | |
| 7/22/2016 | 7 | MEMORANDUM PREPARED FOR THE TCA REGARDING USDOJ ONSITE VISITS (7/18/2016 – 7/22/2016) INCLUDING EXIT MEETING |
| 7/23/2016 | 5 | REVIEW OF PUBLIC INFORMATION POLICY & ANNUAL REVIEW G.O. C.I.C. AS REQUESTED BY TCA |

_____
Guillermo A. Baralt Miró, Esq.

December 9, 2016
Date

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to publish or maintain confidential, as legally recognized by Local and Federal statutes.

# Invoice for Professional Services Rendered

From: Guillermo A. Baralt Miró, Esq.          To:   TCA Corp.
2070 Calle 1 Apto 215B                              268 Muñoz Rivera,
Guaynabo, Puerto Rico                               World Plaza, Suite 1001
(787) 236-0645                                      San Juan, PR 00961
guillermobaralt@outlook.com

DATE: December 9, 2016

### INVOICE FOR SERVICES RENDERED

Please find the following information regarding invoice for service rendered. It contains all requested information.

| | | |
|---|---|---|
| 7/20/2016 | 1 | DRAFTING OF MATERIAL FOR THE GOVERNOR'S HEARING AS REQUESTED BY THE TCA |
| 7/20/2016 | 3 | ANALYSIS OF MATERIAL REGARDING PROMOTIONS FOR THE TCA |
| 7/21/2016 | 4 | |
| 7/22/2016 | 7 | MEMORANDUM PREPARED FOR THE TCA REGARDING USDOJ ONSITE VISITS (7/18/2016 – 7/22/2016) INCLUDING EXIT MEETING |
| 7/23/2016 | 5 | REVIEW OF PUBLIC INFORMATION POLICY & ANNUAL REVIEW G.O. C.I.C. AS REQUESTED BY TCA |

_____                    December 9, 2016
Guillermo A. Baralt Miró, Esq.                            Date

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to publish or maintain confidential, as legally recognized by Local and Federal statutes.

## LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED*
## FOR THE PERIOD ENDING ON 12/28/2016

From: Guillermo A. Baralt Miró, Esq.      To:   TCA Corp.    2070
      Calle 1 Apdo. 215B                        268 Muñoz Rivera,
      Guaynabo, Puerto Rico 00966               World Plaza, Suite 1001
      (787) 236-0645                            San Juan, PR 00961
      guillermobaralt@outlook.com

DATE: December 28, 2016

| DATE | HOURS | SERVICE RENDERED |
|------|-------|------------------|
| 11/30/2016 | 6 | Review of Amendments to Law 53 as requested by the T.C.A. |
| 12/1/2016 | 5 | Preparation for Core Team Visit; general review of policies to be discussed |
| 12/2/2016 | 5 | Research and Review Copy rights G.O./Policy as requested by the T.C.A. |
| 12/5/2016 | 8 | Core Team Visit/Meetings PRPD Headquarters |
| 12/6/2016 | 4 | "" |
| 12/8//2016 | 5 | "" |
| 12/9/2016 | 8 | "" |
| 12/10/2016 | 7 | Writing and Reading Six Month Report |
| 12/11/2016 | 8 | "" |
| 12/12/2016 | 6 | "" |
| 12/13/2016 | 7 | "" |
| 12/14/2016 | 6 | Review Law 53 on issues regarding notification of resolution. |
| 12/16/2016 | 7 | Review of Policy Prepared by Core Team members with proper recommendations. |
| 12/17/2016 | 6 | Research for review SOP Explosive Manual |

## LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED*
## FOR THE PERIOD ENDING ON 12/28/2016

| | | |
|---|---|---|
| 12/18/2016 | 4 | Review of SOP Explosive Division Manual |
| 12/19/2016 | 5 | Research for Policy Review on into relationship between automobiles and its importance as a mean of interstate commerce; legislation protecting / crimes that punish illicit use of vehicles, and on which circumstances can they be federal punishable offenses |
| 12/20/2016 | 4 | Review Illegally taken Vehicle and Vehicle Parts Manuals |
| Total | 100 | |
| Rate Per Hour ($) | 20 | |
| Balance: | $2,000 | |

_____          December 28, 2016
Guillermo A. Baralt Miró, Esq.            Date

ok

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to publish or maintain confidential, as legally recognized by Local and Federal statutes.

## Invoice December 29, 2016: $5,000

## The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

### Services Phase I: Hiring, Organizing & Planning of Research Study

A.      Professional shall be paid or otherwise reimbursed for professional services rendered per the terms of this Agreement as follows: $10,000.00 payable by January 15, 2017 for services rendered.

This professional by contract will be carrying out a survey and study of eight (8) different "focus groups" from within the context of their experience with the Puerto Rico Police Department, pursuant to §251 of the Agreement. This phase will be focused on hiring, organizing & planning of the staff selected as "moderators" of the 8 Focus Groups described below. Also, this researcher will be coordinating the reconnaissance strategies necessary for the correct pursue of these eight studies.

These "focus groups" are subclasses found within/are a part of the Puerto Rican societal structure, separated by only that defining characteristic that make them homogeneous as a group.

**These groups are:**

1. LGBTT group whose members share a meeting space, but dwell in different municipalities.
2. Group of Homeless citizens from the San Juan greater Metropolitan Area.
3. Group of residents that either migrated from the Dominican Republic, and or are descendants of immigrants from the Dominican Republic (legal status not withstanding).
4. Group of Residents from the "Luis Llorens Torres" Public Housing Community.
5. Students enrolled at the University of Puerto Rico, Mayaguez Campus.
6. A group whose members identify themselves as "Afro-Caribbean."
7. A group of crime victims that are of the female sex & gender.
8. Groups of residents of the Municipality of Loiza.

I look forward to maintain communication with you,


Sincerely yours,

*Richard Blanco Peck*

## Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).