12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of December.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled meeting by instructions of Honorable Judge Gelpí, with the Secretary of Justice to thank him for his support during these past years. The TCA attended to Ms. Liga Atletica, an activity of the PRP; and met with Sara Pastor from the Central Committee of Citizen Interaction: met with Dr. Blanco Peck for a progress report of the work plan of the focus groups in compliance with paragraph 241. A meeting was held to coordinate the meetings and visits for the upcoming visit of the Core Team.

The TCA, his Core Team and Staff visited the Police Headquarters and the Police Academy.

During theses visits the following General Orders were reviewed and discussed: General Order: Rules and Proceedings for the Intervention with Minors in the Fault Commission; General Order: Maltreatment and Malpractice in Juvenile Institutions; General Order: Organizational and Functional Structure of the Press Office; General Order: Incident Information Dissemination; General Order: Rules and Proceedings to Attend Cases of Missing Persons; General Order: Rules and Procedures for the Appearance of Police Personnel in Court and Administrative Forum; and General Order 600-606: Criminal Photography. As well the TCA and his team attended to a meeting to discuss the following policies: Polygraph Examinations and Policies and Procedure for Criminal Examinations; Stolen Vehicle Manual; Arrests Division and Summons' Procedures of Standards Manual; Homicide Handbook; Explosives Manual; and Manual of Illegal Drugs, Narcotics, Vices and Illegal Weapons. General Order: Criminal Investigation Corps; General Order: Auxiliary Superintendence of Management Services; General Order for the Delivery, Custody and Disposition of Evidence; General Order: Promotion and Process of Recruiting Applicants to Cadets of the PPR; and General Order: Use and Management of Regulation Weapons.

The following were also reviewed and discussed: REA 601-605(S): Use of Force Rules for PRPM exercising supervisory functions; REA 601-605: Use of Force Rules for MPRP not exercising supervisory functions; REA 602(R): Recertification Course of Electrical Control Device Operators; REA 602: Certification Course of Electrical Control Device Operators; REA 603: Expandable Baton Operators; and REA 603(R): Re-training for Expandable Baton Operators.

A meeting was held to report update and discuss the following subjects: Paragraph 13; CIC Training; amendments to Law 53; Policies writing; Policy Protocol; Development of Policies for the Attention Of Civil Disobedience; Bank Robbery Division; Investigation of Crimes Against Property Division; Youth Affair Division; Division Of Investigation of Theft and Frauds to Financial Institutions and Cooperatives; Investigation of Sexual Crimes and Mistreatment Division; Youth Affairs Division; and Homicides Division.

During this month the following General Orders and Administrative Orders were approved:
- General Order: Rules and Procedures for Transfer of the Range System Personnel
- General Order: PREA ("Prison Rape Elimination act")
- General Order: Cell Ingress and Egress
- General Order: Technology Bureau
- General Order Rules for the Use of Computerized Systems
- General Order: Rules and Controls for the Use of Computer Systems
- Interagency Collaborative Agreement (Department of Correction, Department of the Family, Department of Justice and PPR)
- General Order: Structure and Organizational Functioning of the Press Office
- General Order: Dissemination of Incident Information
- General Order: Investigation on Maltreatment and/or Neglect in Juvenile Institutions
- Administrative Order: Employee Assistance Program
- General Order: Reorganization of the Auxiliary Superintendence in Education and Training
- Exchange of Information Protocol: Feedback of Components of the Puerto Rico Criminal Justice System (Requirements 73 & 158)
- General Order: Restructuration of the Reform Office

As well during this month the TCA, his staff and the Core Team prepared the Six Month Report and sent it to the parties on December 23rd, 2016.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's January and February agenda was discussed, circulating CT January agenda and the Core Team work plan.