# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                        **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

### ORDER APPOINTING DEPUTY TECHNICAL COMPLIANCE ADVISOR

The Court recognizes that the monitoring efforts of the Technical Compliance Advisor ("TCA"), Colonel Arnaldo Claudio, will be enhanced by the appointment of a Deputy Technical Compliance Advisor (DTCA) to carry out duties that the TCA assigns. The DTCA will serve as acting TCA only when Colonel Arnaldo Claudio is unable to perform his duties, and shall work exclusively under the direct supervision and instruction of Colonel Arnaldo Claudio. The DTCA shall have no authority independent of that when he is serving as acting TCA. More so, the DTCA's work shall not be duplicative to that of Colonel Arnaldo Claudio except when he requires a joint work effort.

Upon consultation with Colonel Arnaldo Claudio, the Court hereby appoints Mr. Marcos Soler as DTCA, effective January 11, 2017. The Court recognizes that Mr. Soler has been an active member of the TCA Core Team over two years and that his professional experiences and contributions to the implementation of the Sustainable Reform of the Puerto Rico Police

**Civil No. 12-2039 (GAG)**

Department qualify him for the above position. Mr. Soler will not receive any additional compensation and will continue providing services as member of the TCA Core Team.

**SO ORDERED.**

In San Juan, Puerto Rico this 11th day of January, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge