IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **COMMONWEALTH OF PUERTO RICO, et al.,**  Defendants. | **CASE NO. 12-2039 (GAG)** |

### ORDER APPOINTING DOCTOR ALEX DEL CARMEN TO TCA CORE TEAM

The Court hereby appoints Dr. Alejandro ("Alex") del Carmen as a member of the TCA Core Team.

Due to his knowledge and experience in police interactions with marginalized communities, in 2014, Dr. del Carmen was appointed by Judge Susie Morgan of the U.S. District Court for the Eastern District of Louisiana as a federal monitor to oversee the New Orleans Police Department Reform. He is also the author of books in the fields of criminology and racial profiling, among others. Dr. del Carmen has a Ph.D. in criminology and is a native Spanish speaker.

The Court finds that Dr. del Carmen possesses significant qualities to provide additional support to the TCA Core Team throughout the implementation of the Sustainable Reform of the Puerto Rico Police Department. Dr. del Carmen shall carry out his duties and have the responsibilities that the TCA, Col. Arnaldo Claudio, may assign, and he shall work exclusively under his direct supervision.

**Civil No. 12-2039 (GAG)**

Dr. del Carmen' appointment as a member of the TCA's Core Team will be effective January 17, 2017.

Both the Commonwealth and United States Department of Justice have interviewed Dr. del Carmen and have no objection to his appointment.

**SO ORDERED.**

In San Juan, Puerto Rico this 17th day of January, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge