UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiffs;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL.<br>Defendants. | No. 12-cv-2039 (GAG) |

RECEIVED AND FILED
2017 JAN 20  AM 10: 13
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT

MOTION CLARIFYING DE MINIMIS ERROR IN THE TECHNICAL COMPLIANCE ADVISOR'S SIX MONTH REPORT TO THE HONORABLE COURT,

**COMES NOW** before the Court Arnaldo Claudio, the Technical Compliance Advisor ("T.C.A."), and respectfully files this brief stating:

1. On January 13, 2017, the T.C.A. filed Motion submitting Six Month Report ("Report") (See Dkt. 464), pursuant to Paragraph § 250 of the "Agreement for the Sustainable Reform of the Puerto Rico Police Department."

2. On page nineteen of the Report, the last sentence of the first complete paragraph erroneously states that "These findings are documented in the **Appendix.**"

3. The aforementioned sentence should've referred to **Section III of the Report**, not the Appendix.

FOR ALL OF WHICH, the T.C.A. respectfully requests that this Honorable Court to take notice of the correction to page nineteen of the Report.

In San Juan, Puerto Rico, this day, January 20, 2017.

RESPECTFULLY SUBMITTED.

_____
Arnaldo Claudio   -   TCA

CERTIFICATE OF SERVICE: I hereby certify that an electronic copy of this document has been sent to all parties of record.