IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                              CIVIL NO. 3:12-cv-02039-GAG

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

**PRELIMINARY SCHEDULING ORDER:**

As previously announced to the parties, the First Public Court Hearing in the captioned case is set for Friday, February 24, 2017, at 9:00 a.m. at the José V. Toledo U.S. Courthouse in Old San Juan, Puerto Rico. The purpose of said Hearing is for the incoming administration to inform the Court about the state affairs in all matters related to this case, as well as compliance with the different areas of the Agreement for the Sustainable Reform of the Puerto Rico Police Department.

As always, the Court is committed to transparency and seeks to ensure that the structural police reform meets its goal of holistic and sustainable reform, while guaranteeing and encouraging public access to important information throughout this important process. The parties and attendees shall adhere to the following guidelines set forth as follows.

First, the Court shall address the deponents and entertain their respective testimonies in Spanish. Notwithstanding, in order to comply with the English language requirement for Federal Court Proceedings (see 48 U.S.C. §864) all communications by the parties and scheduled speakers must be conducted in English, while a certified court interpreter will conduct simultaneous translation at all times; thus, the complete historical record for the day of the

proceeding shall be entirely in English. However, the Court reiterates that any party, representative thereof, or invited deponent who requires interpreter service must provide his/her own certified court interpreter, using the same method of translation as in every Public Hearing. The Court expects the parties to share the cost of all translation expenses.

Second, the Court expects the participation of the Puerto Rico Police Superintendent, Michelle Hernández de Fraley; the Executive Director of the Puerto Rico Police Department Reform, Col. Clementina Vega Rosario; Coordinator of the Field Training Officer Program, Cap. Carlos Rivera Otero; and Police Commander for the Aibonito Area, Col. Miguel Colón; among other participants who will be further mentioned in the final scheduling order.

The Court wishes to remind the parties and participants that, in general, the present Public Hearing and its proceedings are not adversarial in nature, and that it expects a sense of genuine collaboration and mutual assistance between the parties during its celebration. The Court notifies the parties that the schedule for the rest of the proceedings is currently being prepared and will be made available to the public in the final scheduling order that will be issued prior to the celebration of the Hearing.

**SO ORDERED.**

In San Juan, Puerto Rico this 20th day of January, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge