IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

**CIVIL NO. 3:12-cv-02039-GAG.**

## AMENDED SCHEDULING ORDER:

As previously advanced in the Preliminary Scheduling Order (Docket No. 468) of January 20, 2017, the First Public Court Hearing in this case is set for **Friday, February 24, 2017** at **9:00 a.m.** at the 5th floor courtroom of the José V. Toledo U.S. Courthouse in Old San Juan. It is the intention of this Court that any and all issues or matters related to the present Amended Scheduling Order and any other housekeeping matters, be discussed <u>prior</u> to the commencement of the Public Hearing through the proper channels.

The objective of the upcoming Public Hearing is for the present administration to inform the Court about the state affairs in all matters related to this case, as well as to inform the public on the progress of the implementation of the Sustainable Reform of the Puerto Rico Police Department (Reform). For any new participant in the scheduling Public Hearing, the Court wishes to **stress** that the said Hearing is not adversary in nature. The primary objective is that the change in administration in Puerto Rico's Government does not affect in any way the advancement of the implementation of the Reform.

Like every past Public Hearing, this Hearing will be open to the general public, students, interested parties and members of the community who wish to attend.  An exclusive area has been reserved for media and guest speakers.  However, due to the Courtroom's limited seating capacity, **those who wish to attend must confirm their assistance by contacting the office of Mr. Alfredo Castellanos Bayouth, Constitutional Legal Advisor to the Technical Compliance Advisor, at (787)-641-8447**.  Groups that may require special assistance should also contact Mr. Castellanos. Any procedural and logistic matters must be addressed to Mr. Alfredo Castellanos as well.  **THE COURT REQUESTS THAT THE GENERAL PUBLIC ARRIVE AN HOUR PRIOR TO THE COMMENCEMENT OF THE HEARING SO THAT AN ORDERLY SECURITY PROCESS CAN ASSIST THE COURT IN COMMENCING AT THE SCHEDULED TIME.**

The Court welcomes and expects the participation of the newly confirmed Secretary of Justice, the Honorable Wanda Vázquez Garced during the course of the Public Hearing.  The Court further expects the attendance and participation of the Puerto Rico Police Associate Superintendent, Mr. Ricardo J. Martínez.  Also, prior to the Hearing the Governor of Puerto Rico, Hon. Ricardo Rosselló must appoint a Governor's Personal Representative (GPR) to participate in the same as well as in all matters related to the present case.  The GPR will be responsible for keeping the Governor directly informed of issues regarding the Reform.

The Court wishes to remind the parties and participants that it expects a sense of genuine collaboration between the parties during the Hearing.  The Court intends on adhering to the scheduled itinerary with **rigor**, and exhorts all panelists to focus their respective testimonies to matters concerning the Reform, **and their allotted time for participation.**  With the intent of advancing the involvement of the community in the process of the Reform, any additional

comments, concerns and/or suggestions that the speakers may not be allowed to express due to time constraints, as well as other third non-participant invitees, may be submitted in written form to the attention of the Office of the TCA, by sending an email to Mr. Castellanos, at alfredo@cglawpr.com, prior to or following the celebration of the hearing.  The Court encourages all participants to also submit their written statements prior to the Hearing to Mr. Castellanos.

Finally, the Court instructs the TCA and Mr. Alfredo Castellanos Bayouth, to deliver a copy of the present order to all scheduled panelists**,** The Clerk's Office for the United States District Court for the District of Puerto Rico, the U.S. Marshal, and any other individual that the TCA and Mr. Castellanos may deem necessary for purposes of the Hearing.  The Court alerts the parties, that if need be, the Court will order the participation of any other person that is deemed necessary for purposes of answering all relevant questions that may be raised during the course of the Public Hearing.  The Court notifies the parties that a final scheduling order is currently being prepared and will be made available to the public and parties in interest promptly.

**SO ORDERED.**

In San Juan, Puerto Rico this 25th of January 2017.


*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE