IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CASE NO. 12-2039 (GAG)

## ORDER SCHEDULING SECOND PUBLIC HEARING OF 2017

The Court hereby sets the following dates for the second public hearing of this year: **May 22, 25 and 26, 2017** at the Luis A. Ferré United States Courthouse in Ponce, Puerto Rico.

The format for the proceedings this occasion will change so that each day the Court will commence proceedings at 9:00 A.M. and end at 1:30 P.M., without recessing for lunch.

The Court also advances that on Monday May 22, 2017 the hearing will be open to deponents from the public sector (i.e., individuals, groups and organizations) that wish to be heard regarding the Police Reform process. A separate order shall issue forthwith, with specific directives so that any duly interested bona fide deponent contact the TCA's Constitutional and Legal Advisor, Alfredo Castellanos Bayouth, Esq., in a timely fashion.

On May 25 and 26, it will be business as usual, with representatives from the different PRPD components, making their presentations. A future scheduling order regarding participants and topics shall issue after the conclusion of the First Public Hearing next month. The Court does

**Civil No. 12-2039 (GAG)**

advance that a topic to be discussed at the Second Public Hearing is the consent decree regarding overtime payments, subject of Civil Case No. 16-2849 (GAG).[1]

**SO ORDERED.**

In San Juan, Puerto Rico this 26th day of January, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge

---

[1] Copy of this order shall also be entered in said case.