# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**MOTION IN COMPLIANCE WITH COURT ORDER TO INFORM APPOINTMENT OF GOVERNOR'S PERSONAL REPRESENTATIVE**

**TO THE HONORABLE COURT:**

**COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows:

1. On March 6, 2015, this Honorable Court issued a standing order to the Commonwealth of Puerto Rico to notify a personal representative of the Governor of Puerto Rico of his choosing to attend all in-court events on his behalf. (*See* Docket No. 208).

2. On April 14, 2015, the Commonwealth notified the court that it had complied with the courts order at docket no.208. (*See* Docket No. 222)

3. However, due to the fact that a new Governor was elected and a new administration is in place, the Commonwealth has appointed attorney Alfonso Orona

Amilivia as the Governor's personal representative in this case. Attorney Orona-Amilivia currently serves as the Governor's chief legal adviser.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this January 30th, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Acting Deputy Secretary in Charge of Litigation and
Acting Director of Federal Litigation Division
Department of Justice

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov