IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>    **Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

### PROCEDURAL ORDER FOR ALL FORTHCOMING PUBLIC HEARINGS

As informed in the Preliminary Scheduling Order (Docket No. 468), and the Amended Scheduling Order (Docket No. 471), the First Public Court Hearing in the captioned case is set for **Friday, February 24, 2017** at **9:00 a.m.** at the José V. Toledo U.S. Courthouse in Old San Juan, Puerto Rico.[1]

With the intent of advancing a more constructive and efficient interaction between the Court and the participants of the Public Hearing, the Court hereby requests each participant to submit his/her written statements at least **9 days prior to the above mentioned First Public Hearing of 2017. Such written statements, as well as any questions regarding them, shall be submitted to Mr. Alfredo Castellanos Bayouth**, Constitutional Legal Advisor to the Technical Compliance Advisor and Counsel in charge of all Public Hearings, at alfredo@cglawpr.com.

---

[1] The second hearing has been scheduled for the days of May 22, 25 and 26 of 2017 at the Luis A. Ferré U.S. Courthouse in Ponce, Puerto Rico. The Court, however, does not expect for the three days to be necessary.

**Civil No. 12-2039 (GAG)** 2

The present order is extensive to members of the community[2] who desire to participate in a Public Hearing in the present case.

Attorney Castellanos shall notify said members of the community of this procedure order and will also certify to the Court that said notification has been duly accomplished.  This order shall apply to all future hearings unless otherwise noted by the Court.

**SO ORDERED.**

In San Juan, Puerto Rico this 31st of January 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge

---

[2] By Community, the Court refers to individuals, associations, and any other entities not associated to the Government.