UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiffs;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.
    Defendants.

No. 12-cv-2039 (GAG)

**REQUEST FOR LEAVE TO FILE ANNUAL FINANCIAL STATEMENT**

**TO THE HONORABLE COURT:**

Comes now the Technical Compliance Advisor, and respectfully submits the following:

1    Pursuant to the Stipulation and Order for the Establishment of the TCA Office and the Payment of TCA Expenses, hereinafter, "the Stipulation" (Dkt, 139), the TCA Office is required to file with this Court an annual financial statement.

2    Paragraph 30 of the Stipulation specifically states: "Following each natural year, which starts on January 1st. and ends on December 31st., the TCA shall file with the Court an annual financial statement."

3    Pursuant to this Court's Order and in compliance with the same, the Technical Compliance Advisor hereby files the annual financial statement on this date, for the period covering from January 1st., 2016 up to and including December 31st., 2016.

WHEREFORE, the TCA respectfully requests that this Honorable Court acknowledges compliance with the Order, approving and authorizing the filing of the annual financial statement for the period covered from January 1st., 2016 up to and including December 31st., 2016.

In San Juan, Puerto Rico, this __6__ day of February, 2017.

RESPECTFULLY SUBMITTED.

CERTIFICATE OF SERVICE: I hereby certify that an electronic copy of this document has been sent to all parties of record.

                                              Arnaldo Claudio
                                              Technical Compliance Advisor