Report Date: February 1, 2017

# TCAPR, CORP.
Office of the Technical Compliance Advisor

# Financial Report as of:

December 31

# 2016

This financial report was prepared solely and exclusively for the use of the USDOJ, PRDOJ, and the USDC for the District of Puerto Rico and is to be considered private, privileged and confidential in substance and nature. It cannot be reproduced, shared, demonstrated, published or otherwise exposed to others without the express authorization. No one other than the named recipients can rely on this report and/or its terms and conditions.

Prepared by:
Eric Guzman
Executive Office Manager

February 1, 2017
Page 1 of 5

To: Judge Gustavo A Gelpi
United States District Court of Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardon Street
San Juan, PR, 00918-1767

From: Eric Guzman
Executive Office Manager
Office of the Technical Compliance

Re: Mr. Arnaldo Claudio
Technical Compliance Advisor ("TCA")
TCAPR, Corp.

Subject: Financial Report as of December 31, 2016

Copies: US Department of Justice
PR Department of Justice

## TCAPR, Corp.
### Statement of Operations and Fund Balance vs. Budget
### As of December 31, 2016

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---|---|---|
| TOTAL PRPD REFORM CONTRIBUTIONS | $ 1,397,484.03 | $ 1,482,664.40 | $ (85,180.37) |
| **PROGRAM EXPENESES** | | | |
| SALARIES & WAGES | $ 429,016.74 | $ 472,350.00 | $ (43,333.26) |
| CONSULTANTS (CORE TEAM) | 557,655.00 | 682,500.00 | $ (124,845.00) |
| SPECIALISTS | 276,623.50 | 197,500.00 | $ 79,123.50 |
| TRANSPORTATION | 24,674.30 | 27,350.00 | $ (2,675.70) |
| TOTAL PROGRAM EXPENSES | 1,287,969.54 | $ 1,379,700.00 | $ (91,730.46) |
| **MANAGEMENT & GENERAL EXPENSES** | | | |
| EMPLOYER RELATED TAXES & BENEFITS | $ 51,217.44 | $ 44,464.40 | $ 6,753.04 |
| COMMUNICATIOS | 2,275.97 | 3,000.00 | $ (724.03) |
| PROFESSIONAL & FEES | 17,525.00 | 18,000.00 | $ (475.00) |
| OTHER OFFICE CHARGES | 2,430.66 | 1,500.00 | $ 930.66 |
| OFFICE RENT EXPENSES | 36,000.00 | 36,000.00 | |
| TOTAL MANAGEMENT & GENERAL EXPENSES | 109,449.07 | 102,964.40 | $ 6,484.67 |
| FUND BALANCE (N6) | $ 65.42 | $ - | $ - |

TCAPR, Corp.
Summary of Actual vs Budget Variance
As of December 31, 2016

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---|---|---|
| PROGRAM EXPENSES | $ 1,287,969.54 | $ 1,379,700.00 | $ (91,730.46) |
| MANAGEMENT & GENERAL EXPENSES | 109,449.07 | 102,964.40 | 6,484.67 |
| BUDGET SAVING FROM PROGRAM & MANAGEMENT EXPENSES | $ 1,397,418.61 | $ 1,482,664.40 | $ (85,245.79) |

**TCAPR, Corp.**
**Statement of Financial Position**
**As of December 31, 2016**

| TCAPR, CORP. | 2016 | 2015 |
|---|---:|---:|
| **ASSETS** | | |
| CURRENT ASSETS | | |
| PETTY CASH | $ 53.90 | $ 93.11 |
| REGULAR CHECKING ACCOUNT | 10,701.42 | 9,594.59 |
| RESTRICTED FUNDS (N1) | 7,675.00 | 7,675.00 |
| ACCOUNT RECEIVABLE (USDC-PR) | 72,547.59 | 63,738.50 |
| ACCOUNT RECEIVABLE (N2) | 998.00 | |
| UNBILLED TCAPR SERVICES (N3) | 3,738.43 | 2,901.23 |
| TOTAL CURRENT ASSETS | 95,714.34 | 84,002.43 |
| | | |
| OTHER ASSETS | | |
| PREPAID TELEPHONE (N4) | 53.74 | - |
| PREPAID PAYROLL TAXES | 10.40 | 399.00 |
| PRTC DEPOSIT (N5) | 150.00 | 150.00 |
| TOTAL OTHER ASSETS | 214.14 | 549.00 |
| | | |
| **TOTAL ASSETS** | **$ 95,928.48** | **$ 84,551.43** |
| | | |
| **LIABILITIES AND NET ASSETS** | | |
| | | |
| CURRENT LIABILITIES | | |
| ACCOUNTS PAYABLE | 69,437.94 | 62,710.95 |
| TCAPR OVERBILLED | - | 866.74 |
| ACCRUED REIMBURSEMENT | 11.20 | - |
| SOCIAL SECURITY TAXES | 1,958.77 | 2,743.81 |
| FEDERAL UNEMPLOYMENT TAX | 210.00 | - |
| STATE INCOME TAX WITHHOLDING | 5,931.78 | 4,998.07 |
| VA - INCOME TAX WITHHOLDING | 805.56 | 583.68 |
| CHAUFFER INSURANCE | 10.60 | 11.20 |
| 7% INCOME TAXES PAYABLE | 1,898.13 | 3,750.50 |
| OTHER FEES | 5.00 | - |
| ACCRUED VACATION | 3,993.60 | 4,500.00 |
| ACCRUED SICK | 3,744.00 | 2,880.00 |
| **TOTAL CURRENT LIABILITIES** | **$ 88,006.58** | **$ 83,194.95** |
| | | |
| RESTRITED FUND BALANCE | 7,921.90 | 1,356.48 |
| | | |
| **TOTAL LIABILITIES & NET ASSETS** | **$ 95,928.48** | **$ 84,551.43** |

## TCAPR, Corp.
### Notes of Statement of Financial Position
### As of December 31, 2016

**Note 1:** Restricted Funds

The actual bank account balance $18,376.42 contains funds in the amount of $7,675 that have been designated for the following transactions:

| | | |
|---|---|---|
| Landlord Deposit | | $ 6,000.00 |
| Funds for an Office Switchboard | | 1,675.00 |
| | Total | 7,675.00 |

**Note 2:** Account Receivable

Following the established protocols, the TCA Office presented its Request for Payment of Monthly Expenses to the Honorable Court for the months of November and December of 2016 for the total amounts of, respectively, $46,560.46 and $48,186.84. However, payments received from the Honorable Court for these two months totaled, respectively, $45,560.49 (November 16, 2016) and $48,188.84 (December 16, 2016), resulting in an underpayment of $1,000 for the month of November and an overpayment of $2.00 for the month of December.

In an upcoming Request for Payment of Monthly Expenses for the month of January 2017, the TCA Office plans to the additional amount of $988.00 as Uncollected (net) November 2016 Pre-Billed Amount.

**Note 3:** PRPD Fund Unbilled Expenses (USDC)

This amount represents TCA Office expenses incurred that are to be invoiced to the USDC:

| | | |
|---|---|---|
| Social Security | $ | 670.74 |
| Telephone and Communications | | 246.03 |
| Chauffer Insurance | | 1.30 |
| Medicare | | 1,370.76 |
| Accounting, Tax & Advisory | | 1,449.60 |
| Total | $ | 3,738.43 |

**Note 4:** Reversed Charges

During the month of December 2016, the telecommunications provider PRTC/Claro charged the TCA Office some excessive fees. Following protocol, the TCA Office billed the USDC for these charges in order to maintain services while an administrative claim was filed and processed.

Subsequently, the excessive charges were ultimately credited to the TCA account. As such, the TCA Office has a deposit of $53.74 due to the USDC. In lieu of returning this deposit to the USDC, the TCA Office plans to deduct this amount from a future Request for Payment of Monthly Expenses in order to neutralize its effect.

February 2, 2017
Page 5 of 5

## TCAPR, Corp.
## Notes of Statement of Financial Position
## As of December 31, 2016

**Note 5:** <u>PRTC Deposit</u>

As a prerequisite to establishing a telephone/internet service with the PRTC/Claro for the TCA Office, a commercial deposit of $150.00 is required. Upon the closing of this account service, this deposit is to be applied towards the TCA Office's final invoice with any excess deposit to be refunded.

**Note 6:** <u>Funds Balance</u>

During the year 2016, the commercial bank account accumulated interest in the amount of 65.42. The TCA Office plans to deduct this unintended interest deposits from a future Request for Payment of Monthly Expenses in order to neutralize its effect.

This deposit is also reflected as the Fund Balance Amount on the Statement of Operations and Fund Balance vs. Budget.