UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff;<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br>Defendants. | No. 12-cv-2039 (GAG) | |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for January 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | January 23rd, 2017 to January 27th, 2017 |
| Rafael E. Ruíz | $6,500.00 | January 23rd, 2017 to January 27th, 2017 |
| Marcos Soler | $5,200.00 | January 26th, 2017 to January 29th, 2017 |
| John J. Romero | $6,500.00 | January 23rd, 2017 to January 27th, 2017 |
| Alan Youngs | $6,500.00 | January 23rd, 2017 to January 27th, 2017 |
| Scott Cragg | $6,500.00 | January 23rd, 2017 to January 27th, 2017 |
| Alejandro Del Carmen | $5,650.00 | January 23rd, 2017 to January 27th, 2017 |
| Subtotal | $43,350.00 | |
| Telework | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $2,600.00 | January 2017 |
| Rafael E. Ruíz | $2,600.00 | January 2017 |
| Marcos Soler | $3,900.00 | January 2017 |
| John J. Romero | $2,600.00 | January 2017 |
| Alan Youngs | $2,600.00 | January 2017 |

---

[1] See attached Invoices

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Scott Cragg | $2,600.00 | January 2017 |
| Alejandro Del Carmen | $3,450.00 | January 2017 |
| Alejandro Del Carmen | $2,550.00 | December 2016 |
| | Subtotal | $22,900.00 |

| | | |
|---|---|---|
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $4,287.50 | January 2017 |
| Federico Hernandez Denton | $1,500.00 | January 2017 |
| Antonio Bazán | $3,593.75 | January 2017 |
| December 2016 -- Antonio Bazán Underpayment Amount | $2,843.75 | December 2016[2] |
| | Subtotal | $12,225.00 |
| **Car Expenses** | | |
| Chauffer | $900.00 | January 22nd, 2017 to January 29th, 2017 |
| Gasoline | $404.00 | January 2017 |
| Tolls | $80.00 | January 2017 |
| Car Maintenance | $944.77 | January 2017 |
| | Subtotal | $2,328.77 |
| **Policies, Syllabus Review and Meetings -- Guillermo Baralt, Esq.** | $2,000.00 | January 2017 |
| | Subtotal | $2,000.00 |
| **Richard Blanco Peck, PhD.** | $5,000.00 | Services for Phase I-B: Services Phase I-B: Coordination of 8 Focus Groups and Recollection of Qualitative Data. Active and simultaneous participation of our staff in the coordination and recollection of findings after the 8 focus groups dynamics. |
| | Subtotal | $5,000.00 |
| **DSG Insurance Corp. Policy Renewal** | | |
| **General Liability** | $280.00 | |
| **Business Auto** | $1,513.00 | |
| **Umbrella** | $750.00 | |
| | Subtotal | $2,543.00 |
| **Office Supply** | | |
| Printer Toner | $180.00 | |
| | Subtotal | $180.00 |
| **November 2016 Underpayment[3]** | $1,000.00 | |
| | Subtotal | $1,000.00 |
| **Grand Total** | | $91,526.77 |

---

[2] The additional amount included, $2,843.75, represents the difference (a shortage) between what was invoice $2,187.50 in December 2016 by error versus the amount, which should have been included correctly as $5,031.21. For your reference both documents are attached.

[3] Following the established protocols, the TCA Office presented its Request for Payment of Monthly Expenses to the Honorable Court for the months of November and December of 2016 for the total amounts of, respectively, $46,560.46 and $48,186.84. However, payments received from the Honorable Court for these two months totaled, respectively, $45,560.49 (November 16, 2016) and $48,188.84 (December 16, 2016), resulting in a underpayment of $1,000 for the month of November and an overpayment of $2.00 for the month of December. For this reason, this most recent Request for Payment of Monthly Expenses for the month of January 2017 includes the additional amount of $988.00 as Uncollected (net) November 2016 Pre-Billed Amount.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $91,526.77 the total amount of the monthly expenses, for the month of January 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the January expenses are approved and a check be issued in the amount of $91,526.77 the total amount of the expenses for the month of January 2017.

In San Juan, Puerto Rico, this day February 7, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.