# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-I
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:    TCAPR Corp.
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of January/2017, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | | |
|---|---|---|---|---|
| -Working session for the distribution of policies and syllabus received; drafting of e-mails; telephone calls with the TCA and Core Team members; follow-up of outstanding issues and follow up different matters regarding the working week of the TCA Core Team in Puerto Rico (January/2017) (8.0 hrs) | N/A | X | 01-07/ JANUARY | |
| -Working session for the review and analysis of six (6) redline policies and one (1) new policy assigned in for their review during this month: (a) PRPD's Work Plan for Paragraph 13, (b) Amendments to Paragraph 229 of the Agreement: Protocol for the Development and Review of Policies of the PRPD, (c) Table of Development of Policies, (d) General Order: Center for the Property under the Custody of the PRPD, (e) General Order 800-801: Community Interaction Committees, (f) General Order: Local Meetings, (g) General Order 100-111: Reform Office. (8.0 hrs) | N/A | X | 08-14/ JANUARY | |
| -Meeting with Federico Hernández Denton and PRPD representatives for the review and discussion of the General Order for Crime Scene Photography and General Order for Missing Persons; meeting with Cor. Clementina Vega, Lt. Cor. Alba Díaz, Yashira Vega and Eric Guzmán for the | N/A | X | 15-22/JANUARY | |

1



| TASK PERFORMED AND HOURS WORKED | U.S. WORK DAY | PR WORK DAY | | |
|---|---|---|---|---|
| discussion of the Core Team's Agenda (January/2017); meeting with Eric Guzmán and Dr. Richard Blanco Peck regarding the focal group activities; working session for the review and development of the Action Plans matrix. (8.0 hrs) | | | | |
| TCA Core Team Week | N/A | X | 23/JANUARY | $1,300.00 |
| TCA Core Team Week | N/A | X | 24/JANUARY | $1,300.00 |
| TCA Core Team Week | N/A | X | 25/JANUARY | $1,300.00 |
| TCA Core Team Week | N/A | X | 26/JANUARY | $1,300.00 |
| TCA Core Team Week | N/A | X | 27/JANUARY | $1,300.00 |
| -Working session for the draft of the review documents of six (6) redline policies and one (1) new policy assigned in for their review during this month: (a) PRPD's Work Plan for Paragraph 13, (b) Amendments to Paragraph 229 of the Agreement: Protocol for the Development and Review of Policies of the PRPD, (c) Table of Development of Policies, (d) General Order: Center for the Property under the Custody of the PRPD, (e) General Order 800-801: Community Interaction Committees, (f) General Order: Local Meetings, (g) General Order 100-111: Reform Office; preparation and mailing to the PRPD of the TCA's reviews of the politics corresponding to the month of January/2017; follow-up of outstanding issues with TCA Arnaldo Claudio, Marcos Soler and Eric Guzmán. (10.0 hrs) | N/A | X | 28-31/JANUARY | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 16.67 HOURS | |

2

INVOICE PRESENTED BY:

*Linda V. Navedo Cortés*

LINDA V. NAVEDO CORTÉS
TCA Core Team
January 31, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

OK &f

Date: 2/7/2017

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

**January 31, 2017**          **Invoice # 2017-01**

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

| | | |
|---|---|---|
| January 23, 2017: TCA Office meeting; Meetings at HQ | $1300/Day | $1,300.00 |
| January 24, 2017: PRPD Academy; Meetings at HQ | $1300/Day | $1,300.00 |
| January 25, 2017: TCA Report writing; Ride-along | $1300/Day | $1,300.00 |
| January 26, 2017: Meetings at PRPD HQ | $1300/Day | $1,300.00 |
| January, 27, 2017: Meetings at TCA and PRPD HQ | $1300/Day | $1,300.00 |
| | SUB-TOTAL | $6500.00 |

January 1st through January 31st . Hours billed for work from home:

| | |
|---|---|
| Reviewed PRPD's draft Crisis and Negotiations GO Chapter 600, Section 628 | 2 hrs. |
| Reviewed PRPD's Operations Manual titled: Intervention in Crisis | 1.5 hrs. |
| Reviewed PRPD's Re-org of the Radio Control Operations Center and Command Centers | 1.5 hrs. |
| Reviewed PRPD's draft of forms re: GO on Standards and Procedures for Pre-service Training Programs and the Academy | 1 hr. |
| Reviewed PRPD's GO -Recruitment of Cadets | 1.5 |
| Reviewed PRPD's Operations Manual "Intervention in Crisis and Negotiations in Hostage-Taking" | 2 hrs. |
| Reviewed PRPD's draft GO Standards and Procedures for Pre-service Training Program | 2 hr. |
| Review of Manual Re-org of SAOC | 2 hrs. |
| Review and Prep Report CIC Manual Chaps 4 and 7 | 5 hrs. |
| Review of Recruitment Retention/ Compliance Adviser/Pre-Service Training | 4 hrs. |
| Research & Communication with TCA Core Team members on above | 2 hrs. |

HOURS WORKED          24.5 hrs.

TOTAL HOURS BILLED          17.33 @ $150/hr          Sub-total          $2600.00

TOTAL BILLED          $9,100.00

SIGNED: _Rafael E Ruiz_

ok _ef._ 2/7/2017

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:  **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of January 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | | |
|---|---|---|---|---|
| Work from New York: Review PRPD and USDOJ comments to report, drafting of changes to semi-annual report, review and formatting of the reports, calls with TCA (14.0 hours) | X | N/A | Monday, Wednesday – Friday 9, 11-13, 2017 | (14 hours @ $150 = $2,100) |
| Work from New York: review of policies, both new policies and redlined (8.0 hours) | X | N/A | Saturday-Sunday, January 14-15, 2017 | (8 hours @ $150 = $1,200) |
| Work from New York: Draft correspondence, review documents, review DOJ and Core team comments to policies (4.0 hours + 4.0 non-billable hours) | X | N/A | Friday - Sunday, January 20-22, 2017 | (4 hours @ $150 = $600) |
| Work from New York:  prep and calls with PRPD, TCA and Core Team to discuss policies (2.0 non-billable hours) | X | N/A | Tuesday, January 24, 2017 | (0 hours @ $150 = $0) |
| Work from Puerto Rico: TCA agenda, meetings, ride-along and report, review of action plans (42.0 hours) | N/A | X | Thursday-Sunday, January 26-29 | (1,300 @ 4 days = $5,200) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |
| Work from New York City: review of action plan translation (2.0 non-billable hours) | X | N/A | Monday-Tuesday, January 30-31, 2017 | (0 hours @ $150 = $0) |
| TOTAL HOURS WORKED: 76.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (4 days, 42 HOURS) | | | | $5,200 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (26 HOURS @ $150): | | | | $3,900 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

*Marcos Soler*
Marcos F. Soler

MARCOS F. SOLER
TCA Core Team
January 31, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President                    oK.
TCAPR Corp.

Date: 2/7 , 2017.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

January 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 032
FOR PROFESSIONAL SERVICES RENDERED JANUARY 2017

| | |
|---|---|
| Monday, Jan 23, 2017 | TCA Office re; meetings<br>Site Visit Guayama Area Command |
| Tuesday, Jan 24, 2017 | Site Visit Fajardo Area Command<br>Site Visit Humacao Area Command |
| Wednesday, Jan 25, 2017 | Site Visit Aibonito Area Command<br>TCA Office re: meetings |
| Thursday, Jan 26, 2017 | PRPD Headquarters re: meetings |
| Friday, Jan 27, 2017 | PRPD Headquarters re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

Jan 1-31    Reviewed PRPD's Final Draft on Rules for the Intervention with Persons
In Crisis and Negotiations in the Taking of Hostages, General Order,
Chapter 600, Section 628   2hrs.
Prepared comments on the above 1hr.
Reviewed PRPD's Operations Manual titled: Intervention in Crisis and
and Negotiations in Hostage-Taking 3 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's proposed policy on Reorganization of the Radio
Control Operations Center and Command Centers, General Order
Chapter 100, (no assigned section) 4 hrs.
Prepared comments on the above 3 hrs.

Reviewed PRPD's Final Draft of General Order on Standards and
Procedures for Pre-service Training Program 2 hr.
Prepared comments on the above. 1.5 hrs.
Reviewed PRPD's Final Draft of forms relating to the General Order
On Standards and Procedures for Pre-service Training Programs
And the Academy 1 hr.
Reviewed PRPD's General Order on Recruitment of Cadets Candidates
For the PRPD 1.5
Conferred with TCA Core Team members via email and telephones
Regarding the above General Orders 3 hrs.
Reviewed PRPD, CIC Operations Manual, Chapters 9, titled: Division
Homicide Investigations 2 hrs.
Prepared written comments on the above 3 hrs.
Reviewed PRPD, CIC Operations Manual Chapter11, titled: The Scene in
The Investigation 2 hrs.
Prepared written comments on the above 2 hrs.
Reviewed PRPD, CIC Operations Manual Chapter 12 titled: Evidence
Management in the Investigation 3 hrs.
Prepared written comments on the above 3 hrs.

**TOTAL HOURS:  38 HOURS  30 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =     21 HOURS  10 MINUTES**

**TOTAL: $9100**

615 *[signature]*
2/7/2017

January 31, 2017

Alan C. Youngs
5552 W. Lakeridge Road
Lakewood, CO 80227

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite
1001 San Juan, Puerto Rico 00918

INVOICE FOR PROFESSIONAL  SERVICES  RENDERED JANUARY 2017

| | |
|---|---|
| Monday, Jan 23, 2017 | TCA Office re: meetings<br>PRPD  Headquarters  re: meetings |
| Tuesday, Jan 24, 2017 | TCA Office re: meetings<br>PRPD  Headquarters  re: meetings |
| Wednesday Jan 25, 2017 | TCA Office re: meetings<br>PRPD  Police Academy  re: meetings |
| Thursday, January 26, 2017 | TCA Office re: meetings<br>PRPD  Headquarters  re: meetings |
| Friday, Jan 27, 2017 | TCA Office re: meetings<br>PRPD  Headquarters  re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

Jan 1-31

As lead, reviewed PRPD's Final Draft of General Order on Standards and
Procedures for Pre-service Training Program 2 hour.s
Prepared comments on the above. 3 hours.

Reviewed Chapter 2 of the CIC Operations Manual, The Investigation 2hours
Prepared Comments on the above 2 hours

Reviewed Chapter 3 of the CIC Operations Manual, The Interview 2 hours
Prepared comments on the above 2 hours

As lead, reviewed PRPD's General Order on Recruitment of Cadets Candidates
For the PRPD 3 hours
Prepared comments on the above 2 hours

Reviewed PRPD's Final Draft of forms relating to the General Order
On Standards and Procedures for Pre-service Training Programs
And the Academy 2 hours
Prepared comments on the above 1 hours

Prepared recruitment questions for site visits in English and Spanish 4 hours

Prepared use of force questions for site visits in Spanish 2 hours


**TOTAL HOURS: 27 HOURS**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =    9 HOURS   40 MINUTES**

**TOTAL: $9100**


**TOTAL: $9100**

## INVOICE FOR PROFESSIONAL SERVICES:

**JANUARY 1- JANUARY 31, 2017**
**SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:     **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of January 2017 is detailed as follows:

| | | | | |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 5 | 1/23 - 27 | 6500.00 |
| telecon Core Team - IT Outsourcing and training strategies | 0.33 | | | 50.00 |
| email comm's TCA, PRPD CIO re; AP's and on-site monitoring, criticality of task mgmt | 1.00 | | | 150.00 |
| Review, analysis and Translation of Interoperability agreement between PRPD and Government Agencies | 3.00 | | | 450.00 |
| Review of Col Vega email and documents of 19 Dec; Mapa, Organization, Contracts, Minutes | 1.25 | | | 187.50 |
| CIW status briefing review and analysis | 2.50 | | 1/1 - 31 | 375.00 |
| Prepare, propose and  design agenda for IT monitoring in January, Develop Interview Questions | 2.25 | | | 337.50 |
| telcon and email comm's Romero, Navedo - Use of Force data and search | 4.50 | | | 675.00 |
| Review , analyze and crosswalk PRPD CIO Map of Task Implementation from with monitor tracking priorities | 2.50 | | | 375.00 |
| Read Translated Action Plans. (IT Section) pages 238-287 | 5.50 | | | 825.00 |
| | | | | 9924.50 |
| hours US | 22.83 | | | |
| | | | | |
| | | | | |
| **TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300** | | 5 | | $6,500 |
| **TOTAL OF BILLABLE HOURS @ $150:** | | 22.83 | | $3,425 |
| **TOTAL OF HOURS NOT BILLED "PRO BONO" (HRS)** | | 5.5 | | -$825 |
| | | | **TOTAL FEE** | $9,100 |

1

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

ok *ef*. 1/7/2017

2

TCA PR Corporation

Date: 12/31/16
Invoice #785520

| Date | Description | Quantity | Amount | T | Total |
|---|---|---|---|---|---|
| 12/23/16 | Reviewed Consent Decree while highlighting areas relevant to internal affairs.<br>Start Time: 3:30 PM<br>Stop Time: 7:30 PM | 4.0000 | 150.00 | | $600.00 |
| 12/26/16 | Reviewed Consent Decree while focusing on areas relevant to internal affairs. Reviewed sample policies.<br>Start Time: 3:45 PM<br>Stop Time: 8:45 PM | 5.0000 | 150.00 | | $750.00 |
| 12/28/16 | Reviewed material specific to collaborative agreement with the PR Police Department.<br>Start Time: 1:30 PM<br>Stop Time: 6:30 PM | 5.0000 | 150.00 | | $750.00 |
| 12/29/16 | Reviewed sample policies.<br>Start Time: 3:30 PM<br>Stop Time: 6:30 PM | 3.0000 | 150.00 | | $450.00 |

| | Subtotal: | $2,550.00 |
|---|---|---|
| | **Invoice Amount:** | **$2,550.00** |

Page 1

TCA PR Corporation

Date: 1/27/17
Invoice #785521

| Date | Description | Quantity | Amount | T | Total |
|---|---|---|---|---|---|
| 1/10/17 | Worked on policy "Reglamento de Ascensos de la Policia de Puerto Rico". Start Time: 9:00 AM Stop Time: 4:00 PM | 7.0000 | 150.00 | | $1,050.00 |
| 1/11/17 | Worked on and completed review of the policy "Reglamento de Ascensos de la Policia de Puerto Rico". Start Time: 12:45 PM Stop Time: 3:45 PM | 3.0000 | 150.00 | | $450.00 |
| 1/14/17 | Worked on and completed review of policy "Evaluacion de Desempenos de los Empleados de la Policia de Puerto Rico". Start Time: 8:00 AM Stop Time: 3:00 PM | 7.0000 | 150.00 | | $1,050.00 |
| 1/18/17 | Reviewed use of force policies 601 and 605 and assisted in the development of questionnaire for upcoming interviews. Start Time: 10:30 AM Stop Time: 4:30 PM | 6.0000 | 150.00 | | $900.00 |
| 1/23/17 | Day 1 Puerto Rico. Met with TCA team and discussed planned of action for the week. Site visit to Guayama on use of force policy training implementation. Start Time: 9:00 AM Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 1/24/17 | Day 2 Puerto Rico. Site visit to Fajardo on use of force policy training implementation.  Site visit to Humacao on use of force policy training implementation. Start Time: 9:00 AM Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 1/25/17 | Day 3 Puerto Rico. Meeting on use of force policy review process and visit data collection mechanism.  Ride along with Puerto Rico Police Department. Start Time: 9:00 AM Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 1/26/17 | Day 4 Puerto Rico. Meeting at Headquarters in order to discuss policy review process. Meeting with group on logistics, calendar and plan of action on future assignments. Start Time: 9:00 AM Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 1/27/17 | Day 5 Puerto Rico. Meeting to review plan of action and revision of policies at the office. Reviewed use of force documentation collected during site visits and generated report for TCA. Start Time: 9:00 AM Stop Time: 12:00 PM | 3.0000 | 150.00 | | $450.00 |

| | Subtotal: | $9,100.00 |
|---|---|---|
| | **Invoice Amount:** | **$9,100.00** |

Page 1

# Castellanos Group P.S.C.

**Condominio Madrid, 1760 Loíza Street, Suite 304**
**00911 San Juan**

PHONE: 787-727-8443, 787-641-8447   alfredo@cglawpr.com   www.cglawpr.com

## INVOICE

INVOICE NUMBER: 1
INVOICE DATE: JANUARY 30, 2017

268 Muñoz Rivera Ave., World Plaza Building, Suite 1001

00918 San Juan

Invoice

Castelllanos Group, P.S.C.

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-10-17 | Police Reform-Puerto Rico | Meeting with TCA Mr. Arnaldo Claudio in the Police Headquaters. Meeting with Ana Rivera, Esq. to discuss upcoming matters. | 3.00 | $125.00 | $375.00 |
| JAN-11-17 | Police Reform-Puerto Rico | Several conference calls with Mr. Manuel Varela and Coronel Cáceres. Re: Security coordination and logistics. Re: Public Hearing. Preparation of the Draft (Memorandum to the the Court. (Deputy Technical Compliance Advisor). | 3.00 | $125.00 | $375.00 |
| JAN-12-17 | Police Reform-Puerto Rico | Memorandum of Law to the Court. Re: Deputy Technical Compliance Advisor. | 4.00 | $125.00 | $500.00 |
| JAN-13-17 | Police Reform-Puerto Rico | Discussion of Memorandum to the Court and changes. Re: DTCA appointment. Meeting with Ana Rivera, Esq. | 3.00 | $125.00 | $375.00 |
| JAN-16-17 | Police Reform-Puerto Rico | Meeting with Ana Rivera Esq. Re: Public Hearings, Scheduling Orders. | 2.00 | $125.00 | $250.00 |
| JAN-17-17 | Police Reform-Puerto Rico | Review of TCA'S 5 Month Report, meeting with Ana Rivera, Esq. | 4.00 | $125.00 | $500.00 |
| JAN-20-17 | Police Reform-Puerto Rico | Preparation and discussion of Preliminary Scheduling Order; meeting with Ana Rivera, Esq. | 3.30 | $125.00 | $412.50 |
| JAN-23-17 | Police Reform-Puerto Rico | Coordination of Public Hearings. Schedule of several meetings prior to the upcoming Hearing. Meeting with Ana Rivera, Esq. | 5.00 | $125.00 | $625.00 |
| JAN-24-17 | Police Reform-Puerto Rico | Several communications with the Court. Coordination of Public Hearings. Meeting with Ana Rivera, Esq., discussion of Amended Scheduling Order. | 4.00 | $125.00 | $500.00 |
| JAN-25-17 | Police Reform-Puerto Rico | Meeting with Ana Rivera Amended Scheduling Order and several matters | 1.00 | $125.00 | $125.00 |
| JAN-26-17 | Police Reform-Puerto Rico | Requested meeting with the Court | 2.00 | $125.00 | $250.00 |
| JAN-30-17 | Police Reform-Puerto Rico | Coordination of the identification cards (TCA'S team) and obtaining Judge's signature. | 3.00 | $125.00 | $375.00 |
| | | Total hours for this invoice | 37.30 | | |
| | | Total amount of this invoice | | | $4,662.50 |

*Handwritten annotations: JAN-17-17 hours changed from 4.00 to 1.10, amount $500.00 corrected to $125.00 "Approve TCA"; "Approve 16"; Total amount corrected to $4,287.50; "ok" signature "2/7/2017"*

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

January 31, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **1-18-2017** | Meeting at PRPD Reform Unit to discuss general orders | 1.5 |
| **1-24-2017** | Meeting at PRPD Reform Unit, Orden General Comparecencia Miembros PRPD en los Tribunales. Cuartel General. | 2 |
| **1-24-2017** | Reading and analysis of General Order regarding dissemination of information to press and media and public and General Order | 2 |

**Invoice for Professional Services**

| | establishing Bureaus Press and Public information. | |
|---|---|---|
| 1-25-2017 | Meeting with Superintendent of PRPD and Press Representatives- General Order Press. Cuartel General | 4 |
| 1-26-2017 | Preparation of memorandum for the TCA with a detailed summary of the meeting held by the Superintendent with the press representatives concerning the orders about the publication of information of criminal events. | 2.5 |
| | **TOTAL BILLED HOURS:** | **12** |
| | **TOTAL:** | **$1,500.00** |

_____

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

ok *[signature]* 2/7/2017

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

December 22, 2016.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2016-12**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of December, 2016.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 12/01/2016 | **1 hr.** 4:00 to 5:00 pm | Red line on PRPD transfers policy initial assessment. |
| 12/04/2016 | **1.75 hrs.** 1:30 to 3:15 pm | Protocol for Exchange of Information-Legal advice and comments. |
| 12/04/2016 | **1 hr.** 9:00 to 10:00 pm | Initial assessment and research on Evidence Rooms |
| 12/04/2016 | **1 hr.** 10:00 to 11:00 pm | Initial assessment on redline on General Order CIC |
| 12/04/2016 | **1 hr.** 11:00 to 12:00 M | Initial Review of 6 months Report with comments and advice |
| 12/06/2016 | **3.50 hrs.** 11:00 to 11:30 a.m. and 1:30 to 4:30 p.m. | Meetings at PRPD Headquarters with DOJ and PRPD counsel on diverse General Orders and policies. |
| 12/07/2016 | **8 hrs.** 10 :00 am to 12:00 and 5:00 to 11:00 pm | Advice, additions, deletions, research, editing of 6 months Report |
| 12/08/2016 | **3.50 hrs.** 2:00 to 5:30 pm | Meeting at PRPD Headquarters on S.A.I.C., General Order CIC, General Order on Transfers |
| 12/08/2016 | **2.75 hrs.** 8:30 to 11:15 p.m. | Advice, additions, deletions, research, editing of 6 months Report |
| 12/09/2016 | **8.75 hrs.** 8:00 to 9:15 am,11:00 am to 1:45 pm, 2:30 to 7:15 pm | Final submission of assigned issues for Advice, additions, deletions, research and editing of 6 months Report |
| 12/13/2016 | **2.50 hrs.** 3:30 to 4:15 pm 4:15 to 4:45, 4:45 to 5:15 and 5:15 to 6:00 pm Continued 12/13/2016 | Advice, research, editing on Annual Review Use of Force Recertification, Management of Regulation Firearm, A.R. Use of Baton, Use and Management of Chemical Agent (Pepper Spray |
| 12/15/2016 | **2.50 hrs.** 4:00 to 6:37 pm | Comments and Legal Advice on General Order for PRPD members court and administrative |

**Page 1 of 2**

| | | proceedings appearances |
|---|---|---|
| 12/16/2016 | **3.00 hrs.** 4:00 to 7:00 pm | Comments and Legal Advice on Manual of the Bureau of Drugs, Vice and Illegal Firearms |
| 11/28/2016 | **40.25 hrs.** Total Hrs. billed | **40.25hrs.** x $125.00= $5,031.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok *ef.* 2/7/2017

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

January 30, 2017

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-01**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of January 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 1/04/2017 | **.75** hr.  6:45 to 7:30 pm | Review and advice to Persons in Crisis & Hostage Negotiations and Rules for Intervening Persons in Crisis, Hostage Takers and Barricaded Person |
| 1/09/2017 | **1.50** hrs. 4:30 to 5:45 pm | General Order on Standards and Procedures for Pre-Service Training Program and Reorganization of Radio Control Operating Center |
| 1/12/2017 | **1 .75** hrs.  7:30 to 9:15 pm | Regulations and Procedure for the Delivery, Custody and Disposition of Evidence GO, Chapter 600 |
| 1/13/2017 | **1.75** hrs.   11:45 am to 1:30 pm | Regulations and Procedure for the Delivery, Custody and Disposition of Evidence GO, Chapter 600 |
| 1/13/2017 | **.75** hrs. 3:15 to 4:00 pm | A.L.  Final Drafts of Forms related to GO on Standards and Procedures Pre Service Trainingg and PRPD GO for Recruiting, Selection and Appointment. |
| 1/13/2017 | **2:00** hrs. 4:00 to 6:00 pm | Redline GO SAIC |
| 1/14/2017 | **2.50** hrs.  3:30 to 6:00 pm | Comments on GO SAIC |
| 1/16/2017 | **1.75** hrs. 5:30 to 7:15 pm | Comments on CIC Reorganization |
| 1/23/2017 | **3.25** hrs. 1:00 to 4:15 pm | Various Meetings at PRPD Headquarters on Special Transfers, Community Programs, Recruitment |
| 1/24/2017 | **3:00** hrs. 9:00 am to 12:00 Noon | Various Meetings at PRPD Headquarters on Copyrights, Court Appearances and Transfers |

| 1/24/2017 | **1.0** hr.  3:00 to 4:00 pm | Ley de Bienestar y Seguridad de Menores |
| 1/26/2017 | **3:00** hrs.  9:00 am to 12:00 Noon | Meeting at PRPD for discussion of Action Plans |
| 1/26/2017 | **2.25** hrs. 4:30 to 6:45 pm | Review and Advise on Comments (Romero) to Chapters 9 and 11 of CIC Manual |
| 1/27/2017 | **1.00**hr.  1:30 to 2:30 pm | Police Headquarters-Paragraph 253 meeting |
| 1/28/2017 | **1:00** hr.  3:30 to 4:30 pm | Review and advice on Comments (Young) to Chapter 12 of CIC Manual |
| 1/30/2017 | **1.50** hrs. 11:00 pm to 12:30 am | Review and advice on Comments (Young) to Chapters 2 and 3 of CIC Manual |
| | **28.75 hrs.** Total Hrs. billed | **28.75** hrs. x $125.00= $3,593.75 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok   2/7/2017

# INVOICE 0118

1/25/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | **900.00** |
| the week of Jan 22-Jan 29, 2016 to TCA Core Team, | |
| which includes the following: | |
|   - Transportation from and to airport/hotels | |
|   - Transportation services to municipalities | |
|     (San Juan, Fajardo, Humacao, Aibonito, | |
|      TCA Office, and Headquarters in Hato Rey) | |
| | |
| Total Hours Worked: 85 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| **USD TOTAL** | **$900.00** |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

```
            TO GO STORES
              GURABO
           VP13007411001
         VeriFone Gold Disk


               FL

        ***PREPAID RECEIPT***

Description        Qty      Amount
-----------        ---      ------
PREPAY CA #03               40.00
                           --------
          Subtotal         40.00
          Tax               0.00
    TOTAL            40.00
          CASH  $   20.00
          CASH  $   20.00


       GRACIAS,
      Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1021516
CSH: 7              12/28/16 16:07:58
```

```
        BIENVENIDOS A
      FOOD & GAS S.STA.

  Descr.         qty      amount
  -----          ---      ------
  Prepay CA#09            20.00
                         --------
             Sub Total    20.00
             WIN          0.00
             EST          0.00
       TOTAL      20.00
             CASH  $   20.00
  THANKS.COME AGAIN
        GRACIAS
      VUELVA PRONTO
REG# 0001 CSH# COB DR# 01  TRAN# 16641
01/24/17  17:18:20           ST# P060!
```

```
            TO GO STORES
              GURABO
           VP13007411001
         VeriFone Gold Disk


               FL

        < DUPLICATE RECEIPT >

Description        Qty      Amount
-----------        ---      ------
REG CA #04       35.982G    24.00
    SELF @ 0.667/ L
                           ----------
          Subtotal         24.00
          Tax               0.00
    TOTAL           24.00
          CASH  $   24.00


       GRACIAS,
      Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 9046480
CSH: 0              01/03/17 16:10:50
```

H

```
        PUMA ZONA BANCARIA
      AVENIDA PONCE DE LEON
      HATO REY, PUERTO RICO

CASH          REC# 68024        01/19/17

      ****  RECIBO  ****

  1  GASOLINA BOMBA-04            20.00
                                ---------
                                  20.00
           TAX MUN . . . . .        .00
           TAX EST . . . . .        .00
                                ---------
      TOTAL DE LA VENTA . . . .   20.00

      CAMBIO DE   20.00   -    .00

  * GRACIAS POR SU COMPRA, VUELVA PRONTO *

           3-Adm  20:41
```

```
        CONTROL: NO DISPONIBLE
        ST
        processed by Softek
```

Jeep Negra
20,962 millas
```
       BIENVENIDOS A
       FAJARDO S/S
       PUMA BARALT 376
       (1.787/ 657-7117)

  Descr.          qty          amount
  ........        .....        ........

  REG    CA #03  28.924L         19.00
                 @ 0.657/ L
  Prepay Fuel                   -20.00
                              ---------
            Sub Total          -1.00
            Tax                 0.00
            Total              -1.00
            CASH $             -1.00

  THANKS, COME  AGAIN
  REG# 0001 CSH# 010 DR# 01  TRAN# 15353
  01/24/17  09:11:29      ST# AB123
```

H

```
        PUMA ZONA BANCARIA
      AVENIDA PONCE DE LEON
      HATO REY, PUERTO RICO

CASH          REC# 57126        01/05/1

      ****  RECIBO  ****

  1  GASOLINA BOMBA-04            40.00
                                ---------
                                  40.00
           TAX MUN . . . . .        .00
           TAX EST . . . . .        .00
                                ---------
      TOTAL DE LA VENTA . . . .   40.00

      CAMBIO DE   40.00   -    .00

  * GRACIAS POR SU COMPRA, VUELVA PRONTO *

           1-Adm  12:51
```

```
        CONTROL: NO DISPONIBLE
        ST
        processed by Softek
```

```
              ECOMAXX
              Hato Rey

            Sales Receipt

  Transaction #:      756567
  Date: 1/10/2017    Time: 1:48:22 PM
  Cashier:  8        Register #:  1

  Item      Description            Amount
  ********  *****************      ********
  1         Gasolina Regular        $40.00
                                 ==========
                 Sub Total          $40.00
                 Total              $40.00

            Efectivo Tendered       $40.00
            Change Due               $0.00

         |||||||||||||||||||||||||||

               756567

         Thank you for shopping
               ECOMAXX
       We hope you'll come back soon!
```

*Raul*
*Joaquin NEGRO*

# Welcome To
# Puma
# Villa Nevarez
VP13007411001
VeriFone Gold Disk

FL

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
| --- | --- | --- |
| REG CA #05 | 31.012G | 21.00 |
| SELF @ 0.677/ L | | |

| | | |
| --- | --- | --- |
| Subtotal | | 21.00 |
| **TOTAL** | | **21.00** |
| CASH $ | | 21.00 |

ST#  AB123 TILL XXXX DR# 1 TRAN# 1010122
CSH: 7                    01/26/17 14:13:03

```
          BIENVENIDO A
TO GO STORE 24HRS.
      INTERAMERICANA
         787-523-1068
        www.togostores.com

Descr.          qty         amount
-------         ---         ------
Prepay CA#05                40.00
                            -------
           Sub Total          4
             IVU 1%          .00
             IVU 10.5%       0.00
             SPEC 2%         0.00
       TOTAL      40.00
           CASH  $   40.00
    GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
   DE BEBIDAS ALCOHOLICAS
       EN LA TIENDA Y
       SUS ALREDEDORES.
REG# 0002 CSH# 012 DR# 01   TRAN# 22670
01/17/17  15:50:25          ST# 00037
```

```
      FABR PETROLEUM
        787 296-4901

Descr.          qty         amount
-------         ---         ------
Prepay CA#11                40.00
                            -------
           Sub Total        40.00
             ESTATAL         0.00
             MUN             0.00
       TOTAL      40.00
           CASH  $   40.00
   THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00   TRAN# 15214
01/23/17  17:13:06          ST# A8123
```

```
---------------------------------
CONTROL: C900-9879E
ST
Processed by Softek
```

```
H

---------------------------------
           PUMA BUCARE
     TURQUESA ESQ. AMATISTA
   BUCARE, GUAYNABO, PR 00969
---------------------------------
CASH         REC# 45632      01/19/17
---------------------------------

     ****  RECIBO  ****

  1  GASOLINA                20.00
                             -------
                             20.00
           TAX MUN . . . . .   .00
           TAX EST . . . . .   .00
                             -------
     TOTAL DE LA VENTA . . . . .  20.00

     CAMBIO DE  20.00  -    .00


              2-G A  17:44:59
---------------------------------

* * * * * * PIDA SU RECIBO * * * * * * *
*                                       *
*          IVULOTO:                     *
*      ERROR EN COMUNICACION!           *
*      CONTROL -                        *
*                                       *
* * * *  Con el IVU Todos Ganamos  * * * *
```

```
      BUCARE PUMA S/S
        ESTACION 176

Descr.          qty         amount
-------         ---         ------
Prepay CA#02                20.00
                            -------
           Sub Total        20.00
             MUN             0.00
             EST             0.00
       TOTAL      20.00
           CASH  $   20.00
   THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01   TRAN# 19253
01/20/17  22:45:57          ST# P0625
```



*COMPASS*
*Raul* OATH

TO GO STORES
GURABO
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #02 | | 20.00 |

Subtotal       20.00
Tax        0.00
**TOTAL**    **20.00**
CASH $   20.00

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1021065
CSH: 9                    01/25/17 19:11:55

*Ford Edge*
*Raul*

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1913
01/27/17 05:36:09

Numero de Cuenta:       ACT03451155
Cantidad de Pago:    $    10.00
Metodo de Pago:          Debito 6020
Balance:             $    18.40

*** Balance puede no reflejar
transacciones en proceso ***

Recarga automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

LION SERVICE STATION
CALLE SAN JOSE 3 ESQ LEELER
AIBONITO

| DATE | TIME | TRUST |
| --- | --- | --- |
| Jan 25,17 | 09:18:37 | ATH |
| BATCH | TERMINAL ID: | MERCHANT ID |
| 000403 | 3RVC0063 | 4645106544497 |

CASH SALE

CASH DISK

AUTH. CODE: 299576        INVOICE: 041626
                          TRACE :041655

AMOUNT:     $        20.00
State Tax:  $         0.00
Mun. Tax:   $         0.00
Total :     $        20.00

CONTROL: 3RVC6S-0AD43
ET

· NO SIGNATURE REQUIRED ·
 :0687

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

TO GO STORES
GURABO
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #02 | | 20.00 |

Subtotal       20.00
Tax        0.00
**TOTAL**    **20.00**
CASH $   20.00

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1024783
CSH: 9                    01/27/17 18:22:44

Raul



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | |
| Jan 24,17 | 17:29:16 | HOST |
| BATCH | TERMINAL ID | P.PAID |
| 000072 | 97880010 | MERCHANT ID |
| | | 878810370001 |

PREPAID CASH

PEAJE       PP NUMBER.
            627E07040714136

AUTH. CODE: 04F1PA      INVOICE: 011030
                        TRACE :002014

TOTAL :        $
                    10.00

SIGNATURE: X_____

APPROVED
12.50

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

---

PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | |
| Jan 24,17 | 17:29:43 | HOST |
| BATCH | TERMINAL ID | P.PAID |
| 000072 | 97880010 | MERCHANT ID |
| | | 878810370001 |

PREPAID CASH

PEAJE       PP NUMBER.
            627E07040714128

AUTH. CODE: 04F1PC      INVOICE: 011031
                        TRACE :002016

TOTAL :        $
                    10.00

SIGNATURE: X_____

APPROVED
10.10

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
NS SET FORTH IN THE CARDHOLDER'S
AREEMENT WITH THE ISSUER

CUSTOMER COPY
acias por su patrocinio

---

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 2090
01/10/17 19:28:00

Numero de Cuenta:        ACT03451155
Cantidad de Pago:     $      20.00
Metodo de Pago:            Efectivo
Balance:              $      22.30

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

COLUSUT MART
BOLERA G.C.
01, 74210B

ITEM          QTY        AMOUNT

AUTOEXPRESO      1        20.00
                              -----------
          SUB TOTAL        20.00
          STATE TAX         0.00
          CITY TAX          0.00
     TOTAL          20.00
          CASH            20.00
THANKS, COME  AGAIN
REG# 0001 CSH# 011 DRW 01  TRAN# 16762
12/30/16  10:50:24          SRV AR123

-----------------------------------

CONTROL: 15751 P5311
TO
(illegible)

---

**Recibo de Recarga**

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9549
01/27/17 18:36:36

Numero de Cuenta:      ACT03451154
Cantidad de Pago:    $      10.00
Metodo de Pago:          Efectivo
Balance:             $      11.60

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

**TRANSACTION RECEIPT**

ALBERIC COLON, CPA
Ave. Kennedy Km. 3.4
Marginal Bechara
San Juan, PR 00920
(787) 691-1101

PO Box 70320
San Juan PR 00936-8320
Tel. (787) 793-2222
    (787) 999-8888
Fax (787) 999-6879
Toll Free 1-800-981-8663

01/04/17                    02:26 PM
Merchant # :  0267604000
TXN Type   :  ROCG

Amount:              $829.03
Check Number:            298

# APPROVAL 9413060

UNITED TRANZ ACTIONS
(800) 858-5256
www.unitedtranzactions.com

## CUSTOMER COPY

TOTAL RECEIVED:        $829.03
DATE-TIME: 04JAN2017 14:09
CASHIER:  CHAPMA
LOCATION:
CASH DRAWER:

CONTROL2

CUSTOMER #: 164677                              156711                 

*INVOICE*

TCAPR CORP
AVE MUNOZ RIVERA 268 EDIF                       AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
SAN JUAN, PR 00919                              PO BOX70320, SAN JUAN P.R. 00936-8320
HOME:787-556-4501  CONT:787-556-4501      PAGE 1    TEL: (787) 793-2223  FAX: (787) 781-0334
BUS: 787-765-2209 CELL:                         SERVICE ADVISOR:  441 RAFAEL RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 14 | JEEP COMPASS | 1C4NJCBB3ED541904 | HXO07 | 20387/20387 | T5935 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 04JUN13 DD | 04JUN2016 | 10:30 28DEC16 | | | 82.00 | CASH | 28DEC16 |

| R.O. OPENED | READY | OPTIONS: | DLR:67036 ENG:2.4 Liter |
|---|---|---|---|
| 09:22 23DEC16 | 12:14 28DEC16 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A AUTORIZO HAGAN ESTIMADO DE VEHICULO A UN COSTO DE $80.00
   M0800 MISCELANEOS
      2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
      CC  0.00                                          0.00       0.00
20387 SE REALIZO ESTMADO CLIENTE AUTORIZO OK
   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
B C/I UNIDAD LE PRENDIO LA LUZ DE ABS Y TRACTION CONTROL PRENDIDA
   08141803 Sensor, wheel speed-Anti-lock brakes -
   Test and Replace Front-Left (1 -
   Semi-Skilled)
      2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
      CC  1.00                                         82.00      82.00
   1 5105572AB SENSOR-ANTI-LOCK BRAKES     130.25      84.66      84.66
   1 5105573AB SENSOR-ANTI-LOCK BRAKES      59.50      38.67      38.67
   08141802 Sensor, wheel speed-Anti-lock brakes -
   Test and Replace Front-Right (1 -
   Semi-Skilled)
      2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
      CC  1.00                                         82.00      82.00
20387 SE VERIFICO Y SE ENCONTRO CODIGO DE LOS SENSSORES DE ABS DELC
FRENTE SE REALIZO ESTIMADO A CLIENTE Y AUTORIZO A REMPLASAR AMBOS
SENSORES DELANTEROS OK SE REALIZO LABOR 2.0 HORAS
   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C C/I UNIDAD AL ESTAR DETENIDO Y ARANCAR EN OCACIONES NO QUIERE CAMBIAR
   UNIDAD SE QUEDA EN UN MISMO CAMBIO Y SIN FUERZA
   T0022 VER LINEA B
      2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
      CC  0.00                                          0.00       0.00
20387 REFERENTE LINEA B
   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
D INSPECCION 20 PUNTIOS
   REPROGRAM SE REPROGRAMO PCM
      2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
      CC  1.00                                         82.00      82.00

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)    CUSTOMER SIGNATURE

Copyright 2000 ADP, Inc.  SERVICE INVOICE #2  4S/25

CUSTOMER COPY

CUSTOMER #: 164677                          156711                    **alberic**
                                                                      CHRYSLER
TCAPR CORP                              *INVOICE*
AVE MUNOZ RIVERA 268 EDIF                              AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
SAN JUAN, PR 00919                                     PO BOX70320, SAN JUAN P.R. 00936-8320
HOME:787-556-4501 CONT:787-556-4501     PAGE 2        TEL: (787) 793-2223  FAX: (787) 781-0334
BUS: 787-765-2209 CELL:                 SERVICE ADVISOR: 441 RAFAEL RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|---|-----|---------|------------------|-----|
|       | 14   | JEEP COMPASS | | 1C4NJCBB3ED541904 | HXO07 | 20387/20387 | T5935 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 04JUN13 DD | | 04JUN2016 | 10:30 28DEC16 | | 82.00 | CASH | 28DEC16 |
| R.O. OPENED | | READY | OPTIONS: | DLR:67036 ENG:2.4 Liter | | | |
| 09:22 23DEC16 | | 12:14 28DEC16 | | | | | |

LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL
     REPROGRAM SE REPROGRAMO TCM
          2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
          CC  1.00                                            82.00    82.00
     F1009 CAMBIO DE FILTRO DE AIRE (NO INCLUYE PIEZA)
          2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
          CC  0.20                                            10.00    10.00
20387 SE VERIFICO UNIDAD Y SE ESTIMO REALIZAR 2 UP/DATE DE PCM Y
TCM A L;A UNIDAD CLIENTE AUTORIZO OK SE REALIZO LABOR 2.0 HORAS Y
AUTORIZO REMPLASAR EL FILTRO DE AIRE MOTOR SE REALIZO OK LABOR 0.2 /
LABOR TOTAL 2.2 HORAS
          ***********************************************************
E CLIENTE DESEA ESTIMADO DE WIPER BLADE
     F1016 REEMPLAZO DE LIMPIA PARABRISAS (WIPPER
          BLADE 2 O 3)
          2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
          CC  0.30                                            15.00    15.00
        2 WDXB21 21"WINDEX WIPER BLADE PERFORMANCE   33.28    17.82    35.64
        1 4593914AB FILTER-AIR                        37.38    24.30    24.30
20387 SE REALIZO Y AUTORIZO A REMPLASAR LOS WIPER BLADE DEL FRENTE
OK SE CAMBIARON LABOR 0.3
          ***********************************************************
F RECALL S61
     M0800 RECALL S61 INTERIM
          2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
          CC  0.00                                             0.00     0.00
20387 NO DISPONIBLE AL MOMENTO
          ***********************************************************
G SE LE COBRARA $25.00 DE ALMACENAMIENTO DIARIOS A LA UNIDAD QUE
     PERMANEZCA EN SERVICIO LUEGO DE 48HRS DE HABER SIDO NOTIFICADO
     QUE SU VEHICULO ESTA LISTO.
     ALMA SE LE COBRARA $25.00 DE ALMACENAMIENTO
          DIARIOS A LA UNIDAD QUE PERMANEZCA EN
          SERVICIO LUEGO DE 48HRS DE HABER SIDO
          NOTIFICADO QUE SU VEHICULO ESTA LISTO.

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)    CUSTOMER SIGNATURE

Copyright 2006 ADP, Inc.  SERVICE INVOICE #2  XS32

**CUSTOMER COPY**

CUSTOMER #: 164677                     156711              

TCAPR CORP                                          *INVOICE*
AVE MUNOZ RIVERA 268 EDIF                                      AVE. KENNEDY KM 2.6 MARGINAL PUEBLO VIEJO
SAN JUAN, PR 00919                              PAGE 3         PO BOX70320, SAN JUAN P.R. 00936-8320
HOME:787-556-4501 CONT:787-556-4501                           TEL: (787) 793-2223  FAX: (787) 781-0334
BUS: 787-765-2209 CELL:                        SERVICE ADVISOR: 441 RAFAEL RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 14 | JEEP COMPASS | | 1C4NJCBB3ED541904 | HXO07 | 20387/20387 | T5935 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 04JUN13 DD | 04JUN2016 | 10:30 28DEC16 | | | 82.00 | CASH | 28DEC16 |

| R.O. OPENED | READY | OPTIONS: | DLR:67036 ENG:2.4 Liter | | | | |
|---|---|---|---|---|---|---|---|
| 09:22 23DEC16 | 12:14 28DEC16 | | | | | | |

LINE OPCODE TECH TYPE HOURS                              LIST        NET      TOTAL
         2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
              CC  0.00                                              0.00       0.00

 20387 OK
              ********************************************************
H TODA REPARACION AUTORIZADA POR CLIENTE ESTA SUJETA A DAOS OCULTOS
         RELACIONADOS A LA REPARACION QUE SE LE REALIZE
     OLD TODA REPARACION AUTORIZADA POR CLIENTE ESTA
         SUJETA A DAOS OCULTOS RELACIONADOS A LA
         REPARACION QUE SE LE REALIZE
         2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
              CC  0.00                                              0.00       0.00

 20387 OK
              ********************************************************
I** BRAKE FLUID FLUSH SEGUN TABLA DE MANTENIMIENTOS PREVENTIVOS
    BG09 BRAKE FLUID FLUSH SEGUN TABLA DE
         MANTENIMIENTOS PREVENTIVOS
         2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
              CBG  0.80                                            74.18      74.18
        1 MCB84032 BRAKE FLUSH DOT4          42.07     25.77      25.77
 20387 SE REALIZO FLUSH DE FRENOS SE REMPLASO LIQUIDO Y SE SANGRO OK
              ********************************************************
J** POWER STEERING CLEAN/TREATMENT COMPLETE
    BG04 POWER STEERING CLEAN/TREATMENT COMPLETE
         2509 GARCIA PEGUERO,LUIS D. LIC#: 16801
              CBG  0.60                                            54.05      54.05
        1 MCB6700 P/STEERING SVC KIT         70.32     45.90      45.90
 20387 SE REALIZO FLUSH DE P/S OK SE REMPLASO LIQUIDO
              ********************************************************
CUSTOMER PAY HAZRDOUSE DISP FOR REPAIR ORDER                                  7.36

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE
INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE
SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO
OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE
VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED
UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS
CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT
NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY
MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all
of the warranties with respect to
the sale of this item/items. The
Seller hereby expressly disclaims all
warranties    either    express    or
implied,   including   any   implied
warranty   of   merchantability   or
fitness for a particular purpose.
Seller   neither   assumes   nor
authorizes  any  other  person  to
assume  for  it  any  liability  in
connection  with  the  sale  of  this
item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)   CUSTOMER SIGNATURE

CUSTOMER COPY

CUSTOMER #: 164677

156711

**alberic** CHRYSLER

*INVOICE*

FCAPR CORP
AVE MUNOZ RIVERA 268 EDIF
SAN JUAN, PR 00919
HOME:787-556-4501  CONT:787-556-4501
BUS : 787-765-2209  CELL:

PAGE 4

AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
PO BOX70320, SAN JUAN P.R. 00936-8320
TEL: (787) 793-2223  FAX: (787) 781-0334

SERVICE ADVISOR:  441 RAFAEL RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 14 | JEEP COMPASS | 1C4NJCBB3ED541904 | HX007 | 20387/20387 | T5935 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|------------|----------|--------|------|---------|-----------|
| 04JUN13 DD |  | 04JUN2016 | 10:30 28DEC16 |  | 82.00 | CASH | 28DEC16 |

| R.O. OPENED | READY | OPTIONS: | DLR:67036 ENG:2.4_Liter |
|-------------|-------|----------|-------------------------|
| 09:22 23DEC16 | 12:14 28DEC16 | | |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|------------------------------|---|------|-----|-------|

************* AVISO IMPORTANTE **************

TODA REPARACION EN GARANTIA SERA SUJETA A VER
IFICACION POR EL MANUFACTURERO. CUALQUIER MON
TO QUE EL MANUFACTURERO DENIEGUE CUBIERTA,
SERA EL CLIENTE RESPONSABLE DEL PAGO DE LA
MISMA

STATE TAX                                                                         78.07
MUNICIPAL TAX                                                                      7.43

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE
INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE
SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO
OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE
VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED
UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS
CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT
NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY
MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all
of the warranties with respect to
the sale of this item/items. The
Seller hereby expressly disclaims all
warranties either express or
implied, including any implied
warranty of merchantability or
fitness for a particular purpose.
Seller neither assumes nor
authorizes any other person to
assume for it any liability in
connection with the sale of this
item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 481.23 |
| PARTS AMOUNT | 254.94 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 7.36 |
| TOTAL CHARGES | 743.53 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 85.50 |
| PLEASE PAY THIS AMOUNT | 829.03 |

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)

CUSTOMER SIGNATURE

CUSTOMER COPY



Pep Boys #928
MARGINAL BALDORIOTY
SANTURCE,PR 00912
(787)728-2700
www.pepboys.com

01/03/2017                    12:49:34 PM AST
Trans.: 327205                     Store: 0928
Reg.: 102                          Till:102
Cashier: 303175
Merchant ID:              01238760274

SALE

0928102327205201701O3

CRYSTAL VISION CAP              49.99 T
    9012CV82          1 @ 49.99
Sub-Total                       49.99

IVU Tax                          5.25
Local Tax                        0.50
Total Sales Tax                  5.75

Total                           55.74
    Cash                        60.00
Total Tender                    60.00
Change Due                      -4.26

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

08572

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 1/19/20 7

SR.

DIRECCION

TAB. NÚM.   CASH ☐   CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ   **TOTAL** 20 00

---

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

08582

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 1/21/20 17

SR.

DIRECCION

TAB. NÚM.   CASH ☑   CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ   **TOTAL** 20 00

---

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

08500

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 3/1/20 17

SR.

DIRECCION

TAB. NÚM.   CASH ☑   CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ   **TOTAL** 20 00

# LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED*
## FOR THE PERIOD ENDING ON 1/27/2017

From: Guillermo A. Baralt Miró, Esq.     To:  TCA Corp.
      2070 Calle 1 Apdo. 215B                  268 Muñoz Rivera,
      Guaynabo, Puerto Rico 00966              World Plaza, Suite
1001
      (787) 236-0645                           San Juan, PR 00961
      guillermobaralt@outlook.com


DATE: January 27, 2017

| DATE | HOURS | SERVICE RENDERED |
|------|-------|------------------|
| 1/10/2017 | 6 | Prepared Material for Assessment on Progress of Action Plan. |
| 1/11/2017 | 7 | TCA's Review-PRPD's Copyright Rules and Regulation. |
| 1/12/2017 | 6 | (Cont…)Copyright Rules and Regulation |
| 1/13/2017 | 6 | Reviewed and Filed Six Month Activity Report, as requested by the TCA. |
| 1/14/2017 | 4 | Reviewed and Processed Comments regarding TCA's SAR. |
| 1/15/2017 | 7 | Final Rough Draft of PRPD's Rules and Regulation regarding Copyright. |
| 1/17/2017 | 7 | Worked on final edition, revision and, incorporated additional comments in TCA's Review on PRPD's Copyrights Rules and Regulation. |
| 1/19/2017 | 6 | Study PRPD's Policy on the Dissemination of Information related to crime scenes/Press Office. |
| 1/20/2017 | 4 | Filed Motion with the Court, as requested by the TCA. |
| 1/23/2017 | 11 | TCA CORE TEAM VISIT ("CT")(See Agenda). |
| 1/24/2017 | 8/4 | CT / Preparation Progress Report Survey; Action Plans. |
| 1/25/2017 | 8/4 | CT / Preparation Progress Report Survey; Action Plans. |
| 1/26/2017 | 8/4 | CT / Incorporated Findings into the report. |
| 1/27/2017 | 6/6 | CT / Incorporated Findings into the report. |
| Total (hr) | 112 | |

## LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED*
## FOR THE PERIOD ENDING ON 1/27/2017

| Billable | 100 |
|---|---|
| Rate Per Hour ($) | 20 |
| Balance: | $2,000 |

_____

Guillermo A. Baralt Miró, Esq.

January 27, 2017
Date

ok  l.J.  2/7/2017

*This invoice is for work commissioned by TCAPR Corp. and
fulfilled by Guillermo A. Baralt Miró, Esq. The content of the
work produced is privilege information/work product owned by
TCAPR Corp. As such, this invoice does not grant any rights
and/or licenses with respect to the content of the serviced
billed for. TCAPR Corp has the right to maintain confidential or
otherwise disclose such information.

### Invoice January 15, 2017: $5,000

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services Phase I-B: Coordination of 8 Focus Groups and Recollection of Qualitative Data. Active and simultaneous participation of our staff in the coordination and recollection of findings after the 8 focus groups dynamics.**

A.   Professional shall be paid or otherwise reimbursed for professional services rendered per the terms of this Agreement as follows: $5,000.00 payable by February 15, 2017 for services rendered.

This professional by contract will be carrying out a survey and study of eight (8) different "focus groups" from within the context of their experience with the Puerto Rico Police Department, pursuant to §251 of the Agreement. This phase will be focused on QUALITATIVE DATA RECOLLECTION of the 8 Focus Groups described below. Also, this researcher will be coordinating the reconnaissance strategies necessary for the correct pursue of these eight studies.

These "focus groups" are subclasses found within/are a part of the Puerto Rican societal structure, separated by only that defining characteristic that make them homogeneous as a group.

**These groups are:**

1. LGBTT group whose members share a meeting space, but dwell in different municipalities.
    2. Group of Homeless citizens from the San Juan greater Metropolitan Area.
    3. Group of residents that either migrated from the Dominican Republic, and or are descendants of immigrants from the Dominican Republic (legal status not withstanding).
    4. Group of Residents from the "Luis Lloréns Torres" Public Housing Community.
    5. Students enrolled at the University of Puerto Rico, Mayaguez Campus.
    6. A group whose members identify themselves as "Afro-Caribbean."
    7. A group of crime victims that are of the female sex & gender.
    8. Groups of residents of the Municipality of Loíza.

I look forward to maintain communication with you,


Sincerely yours,

*Richard Blanco Peck*

**Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

ok  *[signature]*  2/7/2017



**J.JARAMILLO INSURANCE**

PO Box 195357
San Juan, PR  00919

**INVOICE**

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO | |
|---|---|---|
| | | 16954 |
| Date | 01/25/2017 | |
| Customer Service | DSG Insurance Corp | |
| Page | 1 of 1 | |

| Payment Information | |
|---|---|
| Invoice Summary | 750.00 |
| Payment Amount | |
| Payment for: | Invoice#160367 |
| CU302282 | |

TCAPR CORP &/OR ARNALDO CLAUDIO
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921

Thank You

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 160367 | 02/23/2017 | Renew policy | Policy #CU302282  02/23/2017-02/23/2018<br>Multinational Insurance Company<br>Umbrella - Renew policy | 750.00 |

| | Total |
|---|---|
| | 750.00 |

Thank You

*AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF*
*J. JARAMILLO INSURANCE, INC. ****** SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU*
*TOTALIDAD. FAVOR EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE, INC.*

| **J. JARAMILLO INSURANCE, INC.** | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357<br>San Juan, PR  00919-5357 | | 01/25/2017 |

OK  2/7/2017



## INVOICE

**J. JARAMILLO INSURANCE**

PO Box 195357
San Juan, PR  00919

| | |
|---|---|
| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO |
| | 16954 |
| Date | 01/25/2017 |
| Customer Service | DSG Insurance Corp |
| Page | 1 of 1 |

| Payment Information | |
|---|---|
| Invoice Summary | 280.00 |
| Payment Amount | |
| Payment for: | Invoice#160365 |
| CP000314741 | |

Thank You

TCAPR CORP &/OR ARNALDO CLAUDIO
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 160365 | 02/23/2017 | Renew policy | Policy #CP000314741  02/23/2017-02/23/2018<br>Multinational Insurance Company<br>General Liability - Renew policy | 280.00 |
| | | | **Total** | 280.00 |

Thank You

*AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF*
*J. JARAMILLO INSURANCE, INC. ****** SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU*
*TOTALIDAD. FAVOR EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE, INC.*

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357<br>San Juan, PR  00919-5357 | | 01/25/2017 |

OK *ll.* 2/7/2017

# INVOICE



**J.JARAMILLO INSURANCE**

PO Box 195357
San Juan, PR  00919

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO | |
|---|---|---|
| | | 16954 |
| Date | 01/25/2017 | |
| Customer Service | DSG Insurance Corp | |
| Page | 1 of 1 | |

| Payment Information | | |
|---|---|---|
| Invoice Summary | | 1,513.00 |
| Payment Amount | | |
| Payment for: | Invoice#160364 | |
| CA000305735 | | |

TCAPR CORP &/OR ARNALDO CLAUDIO
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921

Thank You

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 160364 | 02/23/2017 | Renew policy | Policy #CA000305735  02/23/2017-02/23/2018<br>Multinational Insurance Company<br>Business Auto - Renew policy | 1,513.00 |

| | Total |
|---|---|
| | 1,513.00 |

Thank You

*AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF J. JARAMILLO INSURANCE, INC. ****** SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU TOTALIDAD. FAVOR EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE, INC.*

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357<br>San Juan, PR  00919-5357 | | 01/25/2017 |

ok  *[signature]*  2/7/2017

PEDRO C. RIVERA / RECYCLING SOLUTIONS
TEL 403-1657 / 793-0680
ELEMI 109 ALT. STA. MARIA GUAYNABO,P.R. 00969



**INVOICE**

| Customer NOMBRE | T C A PR |
| --- | --- |
| TELEFONC | |

RECIBIDO 1/24/17
REPARADO
LLAMADA
ENTREGA

| Qty | Description | Unit Price | TOTAL |
| --- | --- | --- | --- |
| 1 | TOWER Cexmark 604H | | 180⁰⁰ |
| | MX511DE | | |
| | | SubTotal | |
| | | TOTAL | 180.00 |

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 10 DIAS
DE NOTIFICAR AL CLIENTE.

ok   2/7/2017

UNITED STATES DISTRICT COURT **FOR THE**

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

Defendants.

No. 12-cv-2039 (GAG)

### Request for Payment of Monthly Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs and requests:

1. That the TCA Office may submit a request for payment of certain monthly expenses as per the Stipulation presented by the parties and approved by this Honorable Court on June 26, 2014 (Dkt. 139)

2. The TCA hereby submits for consideration, that the following administrative expenses be approved prior to their expenditure, in accordance to paragraph 22 of the Stipulation. Said expenses are as follows:

    a. Fixed monthly staff salaries:

    Arnaldo Claudio............................................$18,000.00

    Eric Guzmán..................................................$10,800.00

    Anjélica Orfila...............................................$2,704.73

    Josué López..................................................$2,704.73

    TCA Office Christmas Bonus ........................$6,200.00

    b. Office Expenses:

    Monthly Rent................................................$3,000.00

    Telephone and Communication......................$187.43

    c. Accounting Services.................................$1,460.00

                                    --------------

    **Total**..........................................................**$45,056.89**

3. TCAPR, Corp., as an employer, is required to deposit several employment related taxes with local and federal government agencies. This employment treatment is consistent with Section B of the *Stipulation and Order for the establishment of the TCA Office and the payment for TCA Expenses* (No. 12-cv-2039 (GAG). Payroll related expenditures accrued for the month of October and payable on or before November 15th (Medicare, SDI) or November 30th (SDI-CH) are as follows:

| Item | Tax | October |
|------|-----|---------|
| 1 | Soc_Sec | $1,006.98 |
| 2 | Medicare | $495.32 |
| 3 | Chauffer Ins | $1.30 |
| | Totals | $1,503.60 |

4. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

5. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $46,560.49, the total amount of the fixed monthly expenses, for the month of November 2016.

6. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**FOR ALL OF WHICH,** the TCA Office respectfully requests this Honorable Court, that the monthly expenses be approved and a check issued in the amount of $46,560.49, the total amount of the fixed monthly expenses, for the month of November 2016.

In San Juan, Puerto Rico, this day November 7, 2016.

_____
**Arnaldo Claudio -TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

2/7/2017

 Santander

**CHEQUE OFICIAL**
Num. 4393565

101-234
215

Administración de Pasivos - 990
SUCURSAL

FECHA    November 15, 2016

$    45,560.49

B.S.PR
990-PASIVOS    45,560.49

PAGUESE

DOLARES

A
LA
ORDEN
DE    **TCA PR CORP NOVEMBER 2016**

Sobre $25,000 se requieren dos firmas

⑾⁴⁴393565⑾ ⑾021502341⑾ 900⑾990038⑾

oK
2/7/2017