RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4147 |
|---|---|
| Date: | 1/23/2017 |
| Amount due: | 1470.40 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Description | Monthly Fixed Fee Arrangement January 2017: Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| Expense | P.R. Department of Labor and Human Resources: Chauffers Insurance Premium - Quarter Ended December 2016 (Due on 1.31.17). | 1.00 | 10.40 | 10.40 |
| | | | Total: | 1470.40 |

*OK [signature] 2/7/2017*

Page 1 of 1



Factura 01/04/17
Cuenta 769528798 2
Núm. Servicio 765-2209-978
Página 1 de 5

| | |
|---|---|
| FECHA DE VENCIMIENTO | 02/02/17 |
| TOTAL A PAGAR | $187.21 |
| CANTIDAD ENVIADA | |

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980 0000018721 70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

---

Factura 01/04/17
Cuenta 769528798 2

Por favor, desprenda este talón y devuélvalo con su pago.

**¡Oferta Exclusiva!**
**¡Cliente de Internet, Televisión y Telefonía!**
AÑADE SERVICIO MÓVIL
**$29.00** desde al mes
CON INTERNET ILIMITADO 4G LTE
SIN REDUCCIÓN DE VELOCIDAD

Comunícate con nosotros al **787-793-1253** o visítanos en cualquiera de nuestras tiendas. *Detalles en claropr.com

| RESUMEN DE SU CUENTA | | |
|---|---|---|
| Balance Anterior | | $438.85 |
| Pagos Recibidos - ¡Gracias! | | 438.85CR |
| Ajustes | | 0.00 |
| **TOTAL BALANCE VENCIDO** | | **$0.00** |
| SERVICIOS TELEFONIA FIJA | | 187.21 |
| TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE 02/02/17 | | $187.21 |
| **TOTAL A PAGAR*** | | **$187.21** |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

La Comisión Federal de Comunicaciones notificó que el nuevo factor de contribución al Fondo de Servicio Universal Federal (FUSC) correspondiente al primer trimestre de 2017 será de 0.167 o un 16.7 porciento.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad para el Financiamiento
de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 2/1/2017
Factura #: 2017-0390

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 2/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA INFRAESTRUCTURA

---

ID Cliente: TCAPR
Nombre Cliente: TCAPR Corp.

Fecha: 2/1/2017
Factura #: 2017-0390

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 2/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de remitir su pago con este talonario a la dirección postal:
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

ok  [signature] 1/07/2017