12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of January.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled meeting with Superintendent Col. Michelle Hernández de Fraley; with the Secretary of Justice, Wanda Vázquez, Esq.; with Diego Figueroa from FUPO; and with José Rodríguez from the Dominicans Civil Right Group. The TCA met with Honorable Judge Gelpí; with Col. Clementina Vega;; and with the Associate Superintendent, Roberto Martínez.

The TCA, his Core Team and Staff visited the Police Headquarters, the Police Academy, and the Police Stations in Guayama, Aibonito, Fajardo and Humacao.

During theses visits the following General Orders were reviewed and discussed: General Order: Intervention with Minors in the Fault Commission; General Order: Auxiliary Superintendence for Field Operations; and General Order: Recruitment of Cadet Aspirants of the PRP. And on January 20th, 2017 the General Order: Investigation on Maltreatment and Neglect in Juvenile Institutions.

The following subjects were also reviewed, updated and discussed: Use of Force action Plan Implementation; Rules and Procedures for the Appearance of PRP personnel to courts and Administrative Forums; Regulation for the Copyright and Intellectual Property of the PRP; Community Interaction Committee; Updates on Paragraph 13; Policies Writing; and Information System and Technology.

The following Action Plans were reviewed and discussed: Professionalization; Use of Force, Search and Seizures, Equal Protection and Non-discrimination, Policies and Procedures, Training; Supervision and Management; Civilian Complaints, Internal Investigations, Community Engagement and Public Information and System and Technology.

On January 11, the Court appointed Mr. Marcos Soler as deputy TCA and as well during this month the TCA, his staff and the Core Team prepared the Six Month Report and sent it to the parties on December 23rd, 2016; and the final version was presented to the Court on January 13, 2017.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA´s CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team´s February and March agenda were discussed, circulating CT January agenda and the Core Team work plan.