**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CIVIL NO. 12-2039 (GAG)** |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Defendants.** | |

## AMENDED SCHEDULING ORDER

As previously advanced in the Preliminary Scheduling Order (Docket No. 468) of January 20, 2017, the First Public Court Hearing in the captioned case is set for **Friday, February 24, 2017** at **9:00 a.m.** at the José V. Toledo U.S. Courthouse in Old San Juan, Puerto Rico.

The Court welcomes the participation of the Mayor of Aibonito, Hon. Willie Alicea Pérez, during the course of the Public Hearing.[1] The Court also expects the Spokesperson of the Community Interaction Councils (CIC), Prof. Lizzette Matos, to participate.

The Court further expects the participation of former Police Commander for the Aibonito Area, Lt. Col. Miguel Colón, as well as that of the current Police Commander for the Aibonito Area, Lt. Col. Carlos Cruz, and the Police Commander for the Utuado Area, Lt. Col. Israel Rojas.

Members of both the Senate and the House of Representatives of Puerto Rico, particularly those who serve in commissions with jurisdiction in PRPD matters have also been informed of the

---

[1] The Court, via the Technical Compliance Advisor ("TCA"), extended an invitation to the Mayor of Utuado, Hon. Ernesto Irizarry, to participate of the Public Hearing. However, he has informed he will not attend.

**Civil No. 12-2039 (GAG)** 2

Hearing, and are most welcome to attend, personally, or via a representative. The Court will further advise as to the above matter in the final scheduling order.

Finally, the Court instructs the TCA and Mr. Alfredo Castellanos Bayouth, to deliver a copy of the present order to all scheduled panelists**,** the Clerk's Office for the United States District Court for the *District of Puerto Rico*, the U.S. Marshal, and any other individual that the TCA and Mr. Castellanos deem necessary for purposes of the Hearing. The court will issue a final scheduling order promptly.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th of February 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge