# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CIVIL NO. 3:12-cv-02039-GAG.** |
| **v.** | |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Defendants.** | |

## NOTICE OF THE COURT OF COMPLIANCE WITH ITS DIRECTIVES

To the Honorable Court:

The undersigned counsel notifies as follows, pursuant to Orders of the 20th, 25th and 31st of January, 2017, (Docket Num. 468, 471 and 474), and of the 14th of February, 2017, (Docket No. 481) he has complied with the notification requirements imposed on the undersigned in accordance with the above mention directives of the Court.

WHEREFORE, the undersigned very respectfully requests that the Court takes notice of the above for all relevant purposes.

In San Juan, Puerto Rico, this 16th day of February, 2017.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor

**Civil No. 12-2039 (GAG)**  2

Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com