# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA, et al.,**

**Plaintiff,**

**v.**

**THE GOVERNMENT OF PUERTO RICO, et al.,**

**Defendants.**

**CASE NO. 12-2039 (GAG)**

## FINAL SCHEDULING ORDER

As previously advanced in the Preliminary Scheduling Orders (see Docket Nos. 468, 471 and 481), the First Public Court Hearing under the present Government Administration is set to take place on **Friday, February 24, 2017,** at **9:00 a.m.** at the 5th floor courtroom of the José V. Toledo U.S. Courthouse in Old San Juan, Puerto Rico.

As this Court has repeatedly stated, the United States, the Government of Puerto Rico and the Puerto Rico Police Department ("PRPD"), seek to promote effective law enforcement efforts that comply with the Constitutional rights of the People and American Citizens of Puerto Rico. The Sustainable Reform of the Puerto Rico Police Department (Reform) was designed, not only to achieve such goal, but to also promote a higher rate of professionalism within the PRPD by improving accountability and police practices to ensure that all residents of Puerto Rico are free from the use of excessive force, illegal searches and seizures, discrimination and other Civil Rights violations committed in the past by the PRPD.

**Civil No. 12-2039 (GAG)**

The primary objective of this week's Public Hearing is to ensure that the transition in the local Government does not affect in any way the advancement of the full implementation of the Reform, as well as to avoid any unexpected matters that risk setting back the parties' efforts of implementing key civil rights and constitutionally mandated reforms at the PRPD. Therefore, the Court continues its commitment to ensure that the PRPD is in full compliance with the consent decree.

On Friday, February 24, 2017, from **8:30 a.m. to 9:00 a.m.** the parties and TCA members will meet in Chambers at the 5th Floor for an Initial Conference. The Court will commence the proceedings with a brief opening statement from **9:00 a.m. to 9:15 a.m.** From **9:20 a.m. to 9:22 a.m.** the Court will likewise hear from U.S. Department of Justice attorney, Luis Salcedo. The Court will next hear from the Secretary of Justice, Hon. Wanda Vázquez Garced, and/or any designated Counsel on behalf of the Government of Puerto Rico, from **9:25 a.m. to 9:27 a.m.** The Governor's Personal Representative attorney Alfonso Orona, will follow from **9:30 a.m. to 9:32 a.m.** From **9:37 a.m. to 9:57 a.m.** the Puerto Rico Police Superintendent, Col. Michelle Hernández de Fraley, will address the Court. The Court will recess **from 10:02 a.m. to 10:17 a.m.**

The Executive Director of the Puerto Rico Police Department Reform, Lt. Col. Clementina Vega Rosario, will follow from **10:17 a.m. to 10:27 a.m.** Next, the Secretary of Justice, Hon. Wanda Vázquez Garced, and/or any designated Counsel shall on behalf of the Commonwealth of Puerto Rico, from **10:32 a.m. to 10:42 a.m.** From **10:47 a.m. to 10:57 a.m.** the Court shall hear the Mayor of Aibonito, Hon. Willie Alicea.

Former Police Commander for the Aibonito Area, Lt. Col. Miguel Colón shall address the Court from **11:02 a.m. to 11:12 a.m** (even though he will not participate, the Court expects Lt. Col. Carlos Cruz, the current Police Commander for the Aibonito Area, to be present at the

**Civil No. 12-2039 (GAG)**

upcoming Hearing in case the Court, the Superintendent or one of the Police Commanders understands that Lt. Col. Cruz can contribute to matters discussed during the Hearing). The Police Commander for the Utuado Area, Lt. Col. Israel Rojas shall also be present, with the purpose of contributing to matters discussed in the Hearing if the Superintendent, the Court or one of the Police Commanders deems it necessary.

Prof. Lizzette Matos, Spokesperson of the Community Interaction Councils (CIC), shall address the Court from **11:17 a.m. to 11:27 a.m.** Director of the Community Relationship Bureau, Lt. Iris Colón Santiago, shall speak from **11:35 a.m. to 11:45 a.m.** The Court will then recess for lunch from **12:00 p.m. to 1:30 p.m.**

The afternoon session will commence with the President of the Civil Rights Commission, Georgina Candal, Esq., from **1:45 p.m. to 1:50 p.m.** The Commander of the Zone of Excellence Precinct of Bayamón, Lt. I, Robert Ramos Rosario, will address the Court from **2:00 p.m. to 2:10 p.m.** The Coordinator of the Sexual Assault Division, Lt. I Mary Bell Maldonado Ortiz, will follow from **2:15 p.m. to 2:25 p.m.** The Director of the Technology Bureau, Dr. Juan Carlos Rivera Vázquez, will follow from **2:30 p.m. to 2:40 p.m.** The Director of the Administrative Services Bureau of the SASG, Mr. Luis A. Meléndez Martínez, will address the Court from **2:45 p.m. to 2:55 p.m.** From **3:00 p.m. to 3:15 p.m.** the Court will briefly recess.

From **3:15 p.m. to 3:25 p.m.,** the Coordinator of the Field Training Officer Program, Captain Carlos Rivera Otero will speak. From **3:30 p.m. to 3:40 p.m.** attorney Luis Salcedo from the U.S. Department of Justice will address the Court. The Secretary of Justice, Hon. Wanda Vázquez Garced, and/or any designated Counsel on behalf of the Commonwealth of Puerto Rico will follow from **3:45 p.m. to 3:50 p.m.** The Technical Compliance Coordinator, Col. Arnaldo

Claudio, will address the Court from **3:55 p.m. to 4:05 p.m.** Finally, the undersigned will culminate proceedings with his comments on the day's proceedings at **4:10 p.m.**

The Court reminds the participants that each of them should have already submitted his/her written statements **to attorney Alfredo Castellanos Bayouth**, Constitutional Legal Advisor to the Technical Compliance Advisor and Coordinator Of All Public Hearings, at alfredo@cglawpr.com. More so, the Court expects a sense of genuine collaboration and mutual assistance between the parties during the celebration of the hearing. The Court intends on adhering to the scheduled itinerary with rigor, and exhorts all panelists to focus their respective testimonies to matters concerning the Reform. The schedule of speeches, also appended as attachment to this order, may be modified by the Court, if necessary.

The Court instructs the TCA and Attorney Alfredo Castellanos Bayouth, to deliver a copy of the present order to all scheduled panelists**,** The Clerk's Office for the United States District Court for the *District of Puerto Rico*, the U.S. Marshal, and any other individual that the TCA and Attorney Castellanos may deem necessary for purposes of the First Public Hearing of the captioned case this year. The Court alerts the parties, that if need be, the Court will order the participation of any other person that is deemed necessary for purposes of answering all relevant questions that may be raised during the **course of the Public Hearing.**

**SO ORDERED.**

In San Juan, Puerto Rico this 21st day of February, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE

4