# Puerto Rico Police Reform

# Public Hearing

# Friday, February 24th, 2017

| Time | Name | Association |
|---|---|---|
| 8:30 a.m. - 9:00 a.m. | Hon. Gustavo A. Gelpí; the parties, and TCA members. | Initial In-Camera Conference with the Court |
| 9:00 a.m. – 9:15 a.m. | Hon. Gustavo A. Gelpí | The Court |
| 9:20 a.m. – 9:22 a.m. | Luis Saucedo, Esq. | U.S. Department of Justice |
| 9:25 a.m. – 9:27 a.m. | Hon. Wanda Vázquez Garced and/or Joel Torres Ortiz, Esq. | Secretary of Justice and/or designated Counsel on behalf of the Commonwealth of Puerto Rico |
| 9:30 a.m. – 9:32 a.m. | Alfonso Orona, Esq. | Governor's Personal Representative |
| 9:37 a.m. - 9:57 a.m. | Mrs. Michelle Hernández Fraley | Puerto Rico Police Superintendent |
| 10:02 a.m. – 10:17 a.m. | **Recess** | **Recess** |
| 10:17 a.m. – 10:27 a.m. | Lt. Col. Clementina Vega Rosario | The Executive Director of the Puerto Rico Police Department Reform |
| 10:32 a.m. – 10:42 a.m. | Hon. Wanda Vázquez Garced and/or Joel Torres-Ortiz, Esq. | Secretary of Justice and/or designated Counsel on behalf of the |

|  |  | Commonwealth of Puerto Rico |
|---|---|---|
| 10:47 a.m. – 10:57 a.m. | Hon. Willie Alicea | Mayor of Aibonito |
| 11:02 a.m. – 11:12 a.m. | Lt. Col. Miguel Colón | Police Commander for the Aibonito Area |
| 11:17 a.m. – 11:27 a.m. | Prof. Lizzette Matos | Spokesperson of the Community Interaction Councils (CIC) |
| 11:35 a.m. – 11:45 a.m. | Lt. Iris Colón Santiago | Director of the Community Relationship Bureau |
| 12:00 p.m. – 1:30 p.m. | **Lunch** | **Lunch** |
| 1:45 p.m. – 1:50 p.m. | Georgina Candal, Esq. | Chair of the Civil Rights Commission |
| 2:00 p.m. – 2:10 p.m. | Lt. I Robert Ramos Rosario | Commander of the Zone of Excellence Precinct of Bayamón |
| 2:15 p.m. – 2:25 p.m. | Lt. I Maribell Maldonado Ortiz | Coordinator of the Sexual Assault Division |
| 2:30 p.m. – 2:40 p.m. | Dr. Juan Carlos Rivera Vázquez | Director of the Technology Bureau |
| 2:45 p.m. – 2:55 p.m. | Mr. Luis A. Meléndez Martínez | The Director of the Administrative Services Bureau of the SASG |
| 3:00 p.m. – 3:15 p.m. | **Recess** | **Recess** |

| | | |
|---|---|---|
| 3:15 p.m. – 3:25p.m. | Captain Carlos Rivera Otero | Coordinator of the Field Training Officer Program |
| 3:30 p.m. – 3:40 p.m. | Luis Saucedo, Esq. | U.S. Department of Justice |
| 3:45p.m. – 3:50p.m. | Hon. Wanda Vázquez Garced and/or Joel Torres Ortiz, Esq. | Secretary of Justice and/or designated Counsel on behalf of the Commonwealth of Puerto Rico |
| 3:55 p.m. – 4:05 p.m. | Col. Arnaldo Claudio | Technical Compliance Advisor |
| 4:10 p.m. | Hon. Gustavo A. Gelpí | The Court |