# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

**CIVIL NO. 3:12-cv-02039-GAG.**

## NOTICE TO THE COURT OF COMPLIANCE WITH ITS DIRECTIVES

To the Honorable Court:

The undersigned counsel notifies as follows, pursuant to the Order of the 21st of February, 2017, (Docket Num. 486), he has complied with the notification requirements imposed on the undersigned in accordance with the above mention directives of the Court.

WHEREFORE, the undersigned very respectfully requests that the Court takes notice of the above for all relevant purposes.

In San Juan, Puerto Rico, this 21st day of February, 2017.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com