

**GOBIERNO DE PUERTO RICO**
**POLICIA**

Superintendencia Auxiliar en Educación y Adiestramiento
Academia de la Policía de Puerto Rico
HC 2 Box 12000, Gurabo, P.R 00778 – 9601 / Tel. (787)737-8351, Fax (787) 712-6302

SAEA-1-33-026

6 de febrero de 2017

Cor. Clementina Vega Rosario 1-13603
Directora
Oficina de Reforma

Cor. Orlando Rivera Lebrón 1-13362
Superintendente Auxiliar en
Educación y Adiestramiento

## RE: TRANSITION ORDER (ORDEN DE TRANSICION)

Cumpliendo con lo estipulado en la Orden de Transición, párrafo II.B., del 1 de agosto de 2016 le estoy sometiendo el listado del personal que ha sido trasladado de la Superintendencia Auxiliar en Educación y Adiestramiento (SAEA), el personal en sustitución para estos cambios y personal adicional que se ha incorporado.

Esto incluye al personal del Sistema de Rango (Miembros de la PPR), personal del Sistema Clasificado (Civil), en posición de confianza y servicios profesionales (Contratista).

1. La Dra. Michelle Hernández de Fraley fue nombrada Superintendente de la Policía, siendo sustituida por el Cor. Orlando Rivera Lebrón 1-13362 como Superintendente Auxiliar en Educación y Adiestramiento.

2. El Capt. Francisco I. Santiago Andino 5-18394 se incorporó procedente del Área de Caguas, como Oficial Administrativo como establece la Orden General Cap. 100 Secc. 108.

3. El Tnte. II John Rosado Rivera 7-16301 se incorporó procedente de la Superintendencia Auxiliar de la Policía de la Fortaleza.

4. La Tnte. II Jean M. Correa Escalante 7-29605 pertenecía a la Banda de la Policía, luego de su ascenso fue enviada al área de Humacao y recientemente se incorporó nuevamente a SAEA.

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P. O. BOX 70166 SAN JUAN, P. R. 00936-8166 TEL. 787-793-1234

5. El Sgto. José L. Castro Ortega 8-4029 se incorporó procedente de la Superintendencia Auxiliar de la Policía de la Fortaleza.

6. El Agte. Carlos M. Charriez Clark 22821 fue trasladado a FURA y en sustitución se incorporó el Agte. Ángel O. Serrano Rivera 35785.

7. El Agte. Osvaldo Martínez Rivera 17328 fue trasladado a FURA y en sustitución se incorporó el Agte. Eduardo Román Adorno 36984.

8. El Agte. Alejandro Rivera Cartagena 36323 fue trasladado a FURA y en sustitución se incorporó el Agte. Eddie Torres Montalvo 24009.

9. La Agte. Erika E. Ojeda Martínez 32893 fue trasladada al Departamento de Estado y en sustitución se incorporó la Agte. Wendelys Avilés Cajigas 30361.

10. La Agte. Yeanmarie Rodríguez Meléndez 36978 se incorporó a la Banda de la Policía procedente del Área de San Juan.

11. El Agte. Hugo Díaz Maldonado 34162 se incorporó a la Banda de la Policía procedente del Área de Bayamón.

12. El Agte. Daniel Vega Gómez 37024 se incorporó a la Banda de la Policía procedente del Área de San Juan.

13. El Agte. Erik Mata Castro 18995 se incorporó a la Banda de la Policía procedente del Área de Carolina.

14. La Sra. Carmen Ramírez Hernández (Administradora de Sistema de Oficina II) renunció por años de servicio.

15. El Sr. Lorenzo Ortiz Dones (Jardinero) renunció por años de servicio y en sustitución se incorporó el Sr. Pedro Torres Ortiz.

16. El siguiente personal ofrece sus servicios por contratos y los mismos no han sido renovados.

   a. Sra. Guelmarie Llop Ramírez (Oficina de Relaciones Públicas)
   b. Sra. Ralip Ferrer Toledo (Asesora Académica)

Para su conocimiento.