UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL NO. 12-2039 (GAG)** |
| Plaintiffs, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et. al.** | |
| Defendants. | |

**MOTION FOR LEAVE TO FILE DOCUMENTS IN SPANISH**

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned counsel, and respectfully allege and pray as follows:

1. On this same date, February 22nd, 2017, the PRPD has filed a Motion in compliance with court order together with exhibits to be considered by this Honorable Court. The exhibit are in their original Spanish language version. (*See* Docket No. 488)

2. L.Cv.R.P. 5 (g) requires that all documents not in the English language, which are presented to or filed in this Court, must be accompanied at the time of presentation or filing by a certified translation into English.

3. Nonetheless, the PRPD requests leave from this Court to permit at this time the filing of such exhibits in Spanish language.

4. Taking into consideration that the filed motion is not adversarial in nature and that the content is non-litigious, the PRPD requests leave from this Court to permit the filing of such exhibits in spanish.

6. In light of the foregoing, the PRPD respectfully request from this Honorable Court leave to file the exhibit in their original spanish language version.

**WHEREFORE**, PRPD respectfully requests that this Court grants leave to file the exhibit are in their original Spanish language version.

**IT IS HEREBY CERTIFIED** that on this same date the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their respective registered e-mail addresses.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this February 22nd, 2017.

**WANDA VAZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Acting Deputy in Charge of
General Litigation

**SUSANA PENAGARICANO BROWN**
Acting Director of Federal Litigation
and Bankruptcy

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov