

**Hon. Thomas Rivera Schatz**
*President*

**HAND-DELIVERED**

February 22, 2017

Hon. Gustavo A. Gelpí
District Judge
United States District Court
for the District of Puerto Rico
San Juan, Puerto Rico

*Re:   Order Extending Invitation*
*for Public Hearing*
*USA v. Commonwealth of PR*
*Civil No. 12-2039 (GAG)*

Honorable Judge Gelpí:

   We acknowledge receipt of your *Order Extending Invitation to Public Hearing*, at Docket Document No. 484, issued in the context of the referenced case.  Through said Order, you invited all members of the Legislative Branch to attend a public hearing scheduled for next Friday, February 24, 2017.

   We kindly appreciate your invitation.  As you may know, the Senate is tirelessly working in the evaluation and approval of many pieces of legislation geared towards finding solutions to different problems, fiscal and otherwise, affecting the residents of Puerto Rico.   As representatives of the people of Puerto Rico and in the execution of the constitutional duties delegated to us, we are vested with the responsibility of carrying our own independent evaluation of each bill, as well as its potential effects to our constituents, in order to determine whether or not to approve the same.  These efforts include the evaluation of Senate Bill 306, to which you made reference to in your Order.

   The execution of these tasks, which are the foundation of our constitutional duty, cannot be relegated at this juncture and thus require our complete attention.  Accordingly, I have to respectfully decline your invitation on my own behalf and that of all the senators that are part of the majority caucus.

Cordially,

Thomas Rivera Schatz
President
Senate of Puerto Rico



**SENADO**
GOBIERNO DE PUERTO RICO

*Hon. Thomas Rivera Schatz*
Presidente

**A LA MANO**

22 de febrero de 2017

Hon. Gustavo A. Gelpí
Juez de Distrito
Tribunal Federal de Distrito de
los Estados Unidos para el
Distrito de Puerto Rico
San Juan, Puerto Rico

> **Re:** *Orden Extendiendo Invitación*
> *A Vista Pública*
> *USA v. Commonwealth of PR*
> *Civil Núm. 12-2039 (GAG)*

Honorable Juez Gelpí:

Acusamos recibo de orden titulada *Order Extending Invitation to Public Hearing*, en la entrada de archivo número 484, emitida en el contexto del caso de referencia. Mediante dicha orden, invita a todos los miembros de la Rama Legislativa a asistir a una vista pública señalada para el próximo viernes, 24 de febrero de 2017.

Agradecemos generosamente su invitación. Como debe saber, el Senado trabaja incansablemente en la evaluación y aprobación de piezas legislativas dirigidas a encontrar soluciones a diferentes problemas, ya sean de índole fiscal u otros, que afectan a los residentes de Puerto Rico. Como representantes del pueblo de Puerto Rico y en la ejecutoria de los deberes constitucionales delegados en nosotros, estamos investidos con la responsabilidad de llevar a cabo nuestra propia evaluación independiente de cada proyecto de ley, así como de los posibles efectos sobre nuestros constituyentes, para así determinar si se aprueba o no el mismo. Estos esfuerzos incluyen la evaluación del Proyecto del Senado 306, al cual usted hizo referencia en su orden.

La ejecutoria de estas tareas, las cuales constituyen la base de nuestro deber constitucional, no puede relegarse en esta coyuntura y por lo tanto requiere nuestra atención completa. De conformidad con ello, debo respetuosamente rechazar su invitación en mi nombre y el de todos los senadores que forman parte del caucus de la mayoría.

Cordialmente,

Thomas Rivera Schatz
Presidente
Senado de Puerto Rico



*El Capitolio* PO Box 9023431 San Juan, Puerto Rico 00902-3431

(787) 724-2030 | (787) 725-2424



**Hon. Thomas Rivera Schatz**, *President*
*PO Box 9023431 San Juan, Puerto Rico 00902-3431*

Hon. Gustavo A. Gelpí
District Judge
United States District Court
for the District of Puerto Rico
San Juan, Puerto Rico

