12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of February.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled meeting with the Major of the San Juan Municipality, Carmen Yulín Cruz; with the Secretary of Justice, Wanda Vázquez, Esq.; with the State Secretary, Luis Rivera Marín; and with different government officials regarding the bill of law PS306.

The TCA, his Core Team and Staff visited the Police Headquarters, the Police Academy, and the Police Stations in Fajardo and Humacao.

During theses visits the following General Orders were reviewed and discussed: General Order: Transfers; General Order: Promotions; General Order: Duties and Responsibilities of the Supervisors; General Order: Recruitment of Cadet Aspirants to the PRPD;

The following subjects were also reviewed, updated and discussed: pending Policy Status; Command Center; transfers; updates on Paragraph 13; the status and progress of the Training Development according to Para. 237 and its Action Plans; status of the progress of the implementation of the Policies related to the CIC, Transit Division and Division of Stolen Vehicles; status of the progress in the implementation of policies related to the Use of Force and its Action Plans; status of the progress in the implementation of policies related to Civilian Complaints, Internal Investigation and Discipline; and Action Plans Translations.

The following Policies and General Orders were reviewed and discussed: Manual on Policies and Procedures in Information Security; General Order 100-111: Reorganization of the Canine Division; General Order: Reorganization of the Mounted Division; Chapter 10 of the Criminal Investigations Manual: Technical Services; General Order 100-117: Reorganization of the Special Weapons and Tactics Division (SWAT); and General Order 100-112: Tactical Operations Division (DOT).

The First Public Court Hearing of 2017 was held on February 24th, at 9:00 a.m. at the José V. Toledo Courthouse in Old San Juan, Puerto.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA´s CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team´s March agenda were discussed, circulating CT February agenda and the Core Team work plan.