## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

### Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for February 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | $6,500.00 | February 20, 2017 to February 24th, 2017 |
| Linda V. Navedo | $6,500.00 | February 20, 2017 to February 24th, 2017 |
| Rafael E. Ruíz | $6,500.00 | February 20, 2017 to February 24th, 2017 |
| Marcos Soler | $3,850.00 | February 23rd, 2017 to February 26th, 2017 |
| John J. Romero | $6,500.00 | February 20, 2017 to February 24th, 2017 |
| Alan Youngs | $6,500.00 | February 20, 2017 to February 24th, 2017 |
| Scott Cragg | $6,200.00 | February 20, 2017 to February 24th, 2017 |
| Alejandro Del Carmen | N/A | N/A |
| | **Subtotal** | **$42,550.00** |
| **Telework** | | |
| Gerard LaSalle | $2,600.00 | February 2017 |
| Linda V. Navedo | $2,600.00 | February 2017 |
| Rafael E. Ruíz | $2,600.00 | February 2017 |
| Marcos Soler | $5,250.00 | February 2017 |
| John J. Romero | $2,600.00 | February 2017 |
| Alan Youngs | $2,600.00 | February 2017 |
| Scott Cragg | $2,900.00 | February 2017 |
| Alejandro Del Carmen | $4,275.00 | February 2017 |
| | **Subtotal** | **$25,425.00** |

---

[1] See attached Invoices

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $10,687.50 | February 2017 |
| Federico Hernandez Denton | $1,187.50 | February 2017 |
| Antonio Bazán | $2,937.50 | February 2017 |
| | Subtotal | $14,812.50 |
| Car Expenses | | |
| Chauffer | $900.00 | February 19th, 2017 to February 25th, 2017 |
| Gasoline | $363.00 | February 2017 |
| Tolls | $60.00 | February 2017 |
| Car Maintenance | $61.17 | February 2017 |
| | Subtotal | $1,384.17 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $1,960.00 | February 2017 |
| | Subtotal | $1,960.00 |
| Richard Blanco Peck, PhD. | $5,000.00 | Services Phase I-B: Coordination of 8 Focus Groups and Recollection of Qualitative Data. Active and simultaneous participation of our staff in the coordination and recollection of findings after the 8 focus groups dynamics. |
| | Subtotal | $5,000.00 |
| Office Supply | $84.91 | February 2017 |
| | Subtotal | $84.91 |
| | Total | $91,216.58 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $91,216.58, the total amount of the monthly expenses, for the month of February 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $91,216.58, the total amount of the expenses for the month of February 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

In San Juan, Puerto Rico, this day March 7, 2017.

_____
**Arnaldo Claudio -TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.