# GERARD LASALLE, Ph.D  LLC

INVOICE FOR PROFESSIONAL SERVICES

TCAPR  LLC

SUITE 1001, WORLD PLAZA

SAN JUAN, PUERTO RICO

| TASKS | DATES | TOTAL HOURS | BILLABLE HOURS |
|---|---|---|---|
| TCA Core Team week (See agenda). | February 20-24 on-site | Fixed Daily Rate $1,300.00 per day | $6,500.00 |
| Review IA Action Plans in preparation for meeting with SARP | 2/15-2/18 | 7 hours @150.00 per hour | $1,050.00 |
| Review polices reviewed and commented by CT for inclusion in biannual report | 2/5-2/10 | 4 hours @150.00 per hour | $600.00 |
| Communicate with CT (Youngs) thereafter review Action Plan tables for alternative presentation models | 2/26 | 3hours @150.00 per hour | $450.00 |
| Communicate with TCA and thereafter review Action Plans | 2/26 | 3.35 hours @150.00 per hour | $502.20 |
| TOTALS | | 17 | $9,100.00 |

Fixed Rate – TCA Week: $6,500.00

Telework: $2,600.00

Total billable: $9,100.00

I certify to the best of my knowledge and belief the information provide is true and correct.

Gerard LaSalle                                                                     Date

_____                                                            ___2/29/2017_____

Arnaldo Claudio, TCA                                                      Date

_____                                                      3/7/2017

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:   TCAPR Corp.
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of February/2016, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Working session for the distribution of policies received, drafting of e-mails, conference calls, follow-up of outstanding issues, among other matters; and for the review of six (4) assigned PRPD Academy's Syllabi, identified as: (1) OEG 100: "Police Ethical leadership"; (2) OEG 101: "Organizational leadership and management"; (3) OEG 102: "Ethics: Professional attitude of the Police officer"; (4) OEG 103: "Emotional Health and Stress Management of Police Officer". (12.0 hrs) | N/A | X | 1-4/ February | |
| Session of work for the coordination with the TCA and TCA Core Team members related to the agenda for February/2017 Core Team week visit; assistance with Eric Guzmán, as an observer in one of the working sessions of the focus groups (homeless) under the responsibility of Dr. Blanco Peck on Thursday 9 February 2017; reading, review and analysis of them reports of transfers of the PRPD (SEPT/2016-JAN/2017) in preparation for the drafting of related report; follow up to the policies for the month of February/2016; TCA's Six Month Report drafting; follow-up of different aspects and drafting, related to the Action Plans; preparation, attendance and participation in a meeting held with representatives of the PRPD, related to the subject of the promotions. (28.0 hrs) | N/A | X | 5-11/ February | |

1

| TASK PERFORMED AND HOURS WORKED: | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Session of work for the coordination of the activities with the TCA and Core Team members for February/2017's visit; preparation and drafting of the February/2017's agenda. (7.0 hrs) | N/A | X | 12-18/ February | |
| TCA Core Team Week | N/A | X | 20/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 21/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 22/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 23/February | $1,300.00 |
| TCA Core Team Week | N/A | X | 24/February | $1,300.00 |
| -Working session for the final draft of the TCA's Transfer Report; follow-up of outstanding issues with TCA Arnaldo Claudio and Marcos Soler, among other matters. (6.0 hrs) | N/A | X | 27/February | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 35.67 HOURS | | | | |

INVOICE PRESENTED BY:

*Linda V. Navedo Cortés*

LINDA V. NAVEDO CORTÉS
TCA Core Team
February 28, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 3/7/ , 2017

2

Rafael E. Ruiz
610 Pleasant St.
Canton, MA 02021

**INVOICE # 2017-02**

**DATE: 02/28/2017**

To: TCA-PR, LLC                    For: Services February 1-28, 2017
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Mon., February 20: TCA Office Meetings | | 1,300/day | 1,300.00 |
| Tues., February 21: TCA Office and PRPD HQ Meetings | | 1,300/day | 1,300.00 |
| Wed., February 22: Site Visits to Fajardo and Humacao | | 1,300/day | 1,300.00 |
| Thurs., February 23: TCA Office Meetings and reports; site visit to San Juan Drug Unit | | 1,300/day | 1,300.00 |
| Fri., February 24:                    TCA Office Meetings/ Reports | | 1,300/day | 1,300.00 |
| | | | |
| February 1st through February 28th: | | | |
| | | | |
| GO 100-112 DOT Review | 3 hrs. | | |
| Prep report on above order | 2.5 hrs. | | |
| Review REA 618R training course on Familiarization with the Sig-Sauer Model 516 Caliber 5.56 MM Long Arm Rifle | 1 hr. | | |
| Review RE 618E training course on Familiarization with the Remington Model 870 (12 Gauge) Long Shotgun | 1 hr. | | |
| Review REA 618D training course on Regulation Firearm Qualification for personnel | 1 hr. | | |
| Review Reorganization of the SWAT Annual Review | 1.5 hr. | | |
| Review REA 618X training course on Reaction Shooting Under Stress | 1 hr. | | |
| Review REA 618N training course on Firearm Qualifications During Reduced Light Environment | 1 hr. | | |
| Review Annual review of K-9 Gen Order | 2 hr. | | |
| Review Mounted Unit Gen Order | 2 hr. | | |
| Prep TCA CT Agenda, emails, phone calls with Team | 3 hrs. | | |
| TOTAL HOURS Worked | 19 | | |
| | | | |
| TOTAL HOURS BILLED | 17.33 | 150/hr. | 2,600.00 |
| TOTAL | | | $9,100.00 |

_(signature)_                    DATE: 02/28/2017

_(handwritten notation)_ oll _(signature)_ 3/7/2017

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of February 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York: Review of policies TCA (8.0 hours) | X | N/A | Saturday-Sunday 4-5, 2017 | (6 hours @ $150 = $900) |
| Work from New York: Review of action plans translation, drafting new format for semi-annual report (8.0 hours) | X | N/A | Saturday-Sunday, February 11-12, 2017 | (8 hours @ $150 = $1,200) |
| Work from New York: Draft correspondence, work with TCA (2.0 hours + 4.0 non-billable hours) | X | N/A | Friday 17, 2017 | (2 hours @ $150 = $300) |
| Work from New York:  Review of action plans translation, analysis of activities, prep work for call meeting on policies, review of policies assigned for the month (19.0 billable hours and 4.0 non-billable hours) | X | N/A | Saturday-Monday, February 18-20, 2017 | (19 hours @ $150 = $2,850) |
| Work from Puerto Rico: TCA agenda, meetings, review of team memoranda, review of action plans, work on tables for semi-annual report (44.0 hours) | N/A | X | Thursday-Sunday, February 23-26, 2017 | (1,300 @ 3 days = $3,900; Sunday |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | work pro-bono) |
| Work from New York City: Review of memoranda regarding personnel transfers (2.0 non-billable hours) | X | N/A | Monday-Tuesday, February 27-28, 2017 | (0 hours @ $150 = $0) |
| TOTAL HOURS WORKED: 81.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 days, 44 HOURS) | | | | $3,850 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | | | | $5,250 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:

*Marcos Soler*

MARCOS F. SOLER
TCA Core Team
February 28, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: 3/7/ , 2017.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

February 28, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 033
FOR PROFESSIONAL SERVICES RENDERED FEBRUARY 2017


Monday, Feb 20, 2017          TCA Office re: meetings


Tuesday, Feb 21, 2017         TCA Office re: meetings

Wednesday, Feb 22, 2017       Site Visit Utuado Area Command

Thursday, Feb 23, 2017        TCA Office re: meetings


Friday, Feb 24, 2017          TCA Office meetings / Report



### 5 DAYS (DAY RATE $1,300) = $6500


Feb 1-28      Reviewed PRPD's Academy training course on "Familiarization with the
              Remington Model 870 (12 Gauge) Long Shotgun RE 618E 1.5 hrs.
              Prepared comment on the above 1 hr.
              Reviewed PRPD's Academy training course on "Regulation Firearm
              Qualification" for personnel REA 618D 1.5 hrs.
              Prepared comments on the above 1.5 hrs.
              Reviewed PRPD's Academy training course on "Familiarization with the
              Sig-Sauer Model 516 Caliber 5.56 MM Long Arm Rifle" REA 618R 2hrs.
              Prepared comments on the above 1.5 hrs.
              Reviewed PRPD's Academy training course on "Regulation Firearm
              Qualifications During Reduced Light Environment REA 618N 1.5 hrs.
              Prepared comments on the above 1.5 hrs.

              Reviewed PFPD's Academy training course on "Reaction Shooting Under

Stress" REA 618X 1.5 hrs.
Prepared comments on the above 1.5 hrs.
Prepared proposed site visits work plan for February 1 hr.
Reviewed PRPD's policy Titled: "Reorganization of the Division of Special
Weapons and Tactics (SWAT)", Annual Review 2 hrs.
Prepared comments on the above 2 hrs.
Conferred with TCA Core Team re: above via email and telephone 3 hrs.

**TOTAL HOURS:  23 HOURS  0 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =      5 HOURS   40 MINUTES**

**TOTAL: $9100**

ok RJ. 3/7/2017

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

February 28, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED FEBRUARY 2017

| | |
|---|---|
| Monday, Feb 20, 2017 | TCA Office re: meetings |
| Tuesday, Feb 21, 2017 | TCA Office re: meetings |
| Wednesday, Feb 22, 2017 | Site Visit Police Academy & Range |
| Thursday, Feb 23, 2017 | TCA Office re: meetings |
| Friday, Feb24, 2017 | TCA Office re: meetings |

## 5 DAYS (DAY RATE $1,300) = $6500

Feb 1-28    Reviewed PRPD's policy on recruitment, selection, and hiring  - 2 hours
            Prepared comments on the above - 1 hour

            Reviewed PRPD's Academy training course on "Familiarization with the
            Remington Model 870 (12 Gauge) Long Shotgun RE 618E - 1 hour
            Prepared input on the above - 1 hour

            Reviewed PRPD's Academy training course on "Regulation Firearm
            Qualification" for personnel REA 618D - 1 hour
            Prepared input on the above - 1 hour

            Reviewed PRPD's Academy training course on "Familiarization with the
            Sig-Sauer Model 516 Caliber 5.56 MM Long Arm Rifle" REA 618R
1 hour

Prepared input on the above 1 hour

Reviewed PRPD's annual review of K-9 Unit - 3 hours
Prepared comments on the above 1.5 hours

Reviewed PRPD's policy on Mounted Unit - 3 hours
Prepared comments on the above  1.5 hours

Prepared proposed site visits work plan for February 1 hr.

Reviewed PRPD's policy Titled: "Reorganization of the Division of
Special Weapons and Tactics (SWAT)", Annual Review - 1 hour
Prepared input on the above 1 hour

Conferred with TCA Core Team re: above via email & telephone - 3 hours

Reviewed PRPD annual review of DOT - 1 hour
Prepared input on the above  - 1 hour


**TOTAL HOURS:  26 HOURS  0 MINUTES.**


**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =      8 HOURS    40 MINUTES**

**TOTAL: $9100**

INVOICE FOR PROFESSIONAL SERVICES:

**FEBRUARY 1 – FEBRUARY 28, 2017**
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of February 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD ( HQ, Bayamon, Caguas Precincts) | | 4.75 | 2/20-24 | 6200.00 |
| | | | | |
| Review, analyze and collaborate on all translated Action Plans, link analysis with Information Technology dependencies and Decree paragrahs | 16.50 | | | 2475.00 |
| Translate and review/analysis of PRPD IT Security Manual, prepare comments.  Respond to TCA. | 7.25 | | 2/1-28 | 1087.50 |
| Draft, review, propose propose February Visit Agenda with PRPD and Precinct visits | 1.83 | | | 275.00 |
| prepare, draft and correspond, email communications with core team, PRPD on specific interview categories for february on-site visits, Giancarlo Gonzalez | 1.25 | | | 187.50 |
| | | | | |
| Total hours US | 26.83 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | 4.75 | | $6,200 |
| TOTAL OF BILLABLE HOURS @ $150 | | 26.83 | | $4,025 |
| TOTAL EXPENSE | | | | $10,225 |
| LESS TOTAL OF HOURS NOT BILLED PRO BONO  HOURS | | 7.50 | | -1125.00 |
| | | | FEE | $9,100 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

TCA PR Corporation

DC Consulting / Alejandro Del Carmen

Date: 2/23/17
Invoice #785522

| Date | Description | Quantity | Amount | T | Total |
|---|---|---|---|---|---|
| 2/2/17 | Worked on Capitulo 1 review and assessment.  Provided comments and recommendations for consideration.<br>Start Time: 10:00 AM<br>Stop Time: 5:30 PM | 7.5000 | 150.00 | | $1,125.00 |
| 2/16/17 | Researched and drafted first of two instrument components for John Romero related to Use of Force for upcoming interviews.<br>Start Time: 9:45 AM<br>Stop Time: 5:00 PM | 7.2500 | 150.00 | | $1,087.50 |
| 2/17/17 | Worked on second component related to use of force instrument for John Romero related to upcoming use of force interviews.<br>Start Time: 12:45 PM<br>Stop Time: 7:30 PM | 6.7500 | 150.00 | | $1,012.50 |
| 2/18/17 | Finalized instrument on use of force and completed translation for John to use during upcoming interviews for both training coordinators and use of force board chair.<br>Start Time: 10:45 AM<br>Stop Time: 5:45 PM | 7.0000 | 150.00 | | $1,050.00 |

| | Subtotal: | $4,275.00 |
|---|---|---|
| | **Invoice Amount:** | **$4,275.00** |





CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER: 5
INVOICE DATE: MARCH 01, 2017

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: 268 Muñoz Rivera Ave., World Plaza
Building, Suite 1001

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-01-17 | Police Reform- Puerto Rico | Meeting with Police Commander- Utuado | 2.00 | $125.00 | $250.00 |
| FEB-06-17 | Police Reform- Puerto Rico | Meeting with mr. Manuel Varela, meeting with Coronel Cáceres | 2.00 | $125.00 | $250.00 |
| FEB-07-17 | Police Reform- Puerto Rico | Meeting with the Major of Aibonito and Police Officers. Re: Pubic Hearings | 2.00 | $125.00 | $250.00 |
| FEB-07-17 | Police Reform- Puerto Rico | Public Hearing Schedule review, conference call with the Court | 2.50 | $125.00 | $312.50 |
| FEB-08-17 | Police Reform- Puerto Rico | Conference call re: information requested in Aibonito. | 0.50 | $125.00 | $62.50 |
| FEB-08-17 | Police Reform- Puerto Rico | Several Meetings, requested by the Court; re: Public Hearing | 4.00 | $125.00 | $500.00 |
| FEB-09-17 | Police Reform- Puerto Rico | Follow up- pending matters, Public Hearing, several conference calls | 3.50 | $125.00 | $437.50 |
| FEB-10-17 | Police Reform- Puerto Rico | Draft-Memorandum to the Court; review of Scheduling Order | 3.00 | $125.00 | $375.00 |
| FEB-11-17 | Police Reform- Puerto Rico | Conference call with Professor Matos (CIC); public hearing coordination | 3.00 | $125.00 | $375.00 |
| FEB-13-17 | Police Reform- Puerto Rico | Review of proposed executive bill; discussion on Sustainable Police Reform, several conference calls with the Court | 5.00 | $125.00 | $625.00 |
| FEB-14-17 | Police Reform- Puerto Rico | Varios conference calls Re: Public Hearings Coordination | 5.00 | $125.00 | $625.00 |
| FEB-14-17 | Police Reform- Puerto Rico | Public Hearing Coordination; review of final scheduling orde, several conference calls | 5.00 | $125.00 | $625.00 |
| FEB-15-17 | Police Reform- Puerto Rico | Varios communication with the Court, TCA. Re: Executive Bill, Security coordination of public hearings | 5.00 | $125.00 | $625.00 |

INVOICE NUMBER: 5

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-16-17 | Police Reform-Puerto Rico | Varios communications with the Court, order, re: executive bill and public hearing,, invitation to legislators, several conference calls | 6.50 | $125.00 | $812.50 |
| FEB-17-17 | Police Reform-Puerto Rico | Several communications with the Court,: public hearing coordination; notifications of Court Order, Letters to Legislators | 6.50 | $125.00 | $812.50 |
| FEB-21-17 | Police Reform-Puerto Rico | Several Communications with the Court, re: Final Scheduling Order; Communications with Mr. Manuel Varela, | 4.00 | $125.00 | $500.00 |
| FEB-22-17 | Police Reform-Puerto Rico | Preparation of Public Hearing. | 5.00 | $125.00 | $625.00 |
| FEB-23-17 | Police Reform-Puerto Rico | Preparation of Public Hearing, several conference calls with the Court, deponents, participants and follow ups. | 10.00 | $125.00 | $1,250.00 |
| FEB-24-17 | Police Reform-Puerto Rico | Public Hearing in Old San Juan | 10.00 | $125.00 | $1,250.00 |
| FEB-27-17 | Police Reform-Puerto Rico | Several communications-thank you for participating in the public hearing and feedback | 1.00 | $125.00 | $125.00 |
| | | Total hours for this invoice | 85.50 | | |
| | | Total amount of this invoice | | | $10,687.50 |

ok *[signature]* 3/7/2017

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

February 27, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

**Invoice for Professional Services**

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| 2-07-2017 | Meeting of superintendent with Press Media about General Order restructuring Press Office and Release of information to the media. | 3 |
| 2-24-2017 | Public Hearing of the US District Court. | 6.5 |
| | **TOTAL BILLED HOURS:** | 9.5 |
| | **TOTAL:** | $1,187.5 |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

February 27, 2017

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-02**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of February 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 2/02/2017 | **3.25** hrs.  5:00 to 6:30 pm & 7:00 to 8:45 pm | Al Young-Familiarization with Sig Sauer #516 & Del Carmen-Review of Criminal Complaints |
| 2/03/2017 | **4.25** hrs.  2:30 to 6:45 pm | Advice, Changes, comments on CIC Manual |
| 2/06/2017 | **.50** hrs. 10:30 to 11:00pm | Advice on Annual Swat Review |
| 2/09/2017 | **2.00** hrs. 8:30 to 10:00am and 10:30 to 11:00 am | Meeting at PRPD on Promotion/Investigation & collaboration on minutes of meeting |
| 2/14/2017 | **.50** hr.  4:50 to 5:20 pm | Annual Review of PRPD General Order Chapter 100 Section 12-Reorganization of Tactical Operations Division- Ruiz |
| 2/15/2017 | **1:00** hr. 11:00 am to 12:00 N | PRPD New Policy-Reorganization Mounted Division |
| 2/15/2017 | **1:00** hr. 1:45 to 2:45 pm | K-9 Annual Review Feb. 2017 |
| 2/15/2017 | **2:00** hr. 4:30 to 6:30 pm | Manual on Policies & Procedures on Informatics Security 2017 |
| 2/21/2017 | **3:00** hrs. 9:00 am to 12:00 Noon | Meetings at PRPD on Trans Policy and PRPD Promotions |
| 2/21/2017 | **2.50** hrs. 1:30 to 4:00 pm | Meetings at PRPD on Section 306-Employee Evaluations, Command Center and Status on Polices on 306 |
| 2/22/2017 | **2:50** hrs. 9:00 to 11:30 am | Meeting at PRPD with SARP Unit on varied issues pending revision and progress reports to Gerald Lassalle. |
| 2/22/2017 | **1:00** hr. 3:00 to 4:00 pm | Paragraph 13 Meeting at PRPD |

**Page 1 of 2**

| 2/27/2017 | **23.50 hrs.** billed | Total Hrs. | 23.50 hrs. x $125.00= **$2,937.50** |
|-----------|------------------------|------------|-------------------------------------|

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

3/7/2017

# INVOICE 0120

2/22/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Feb 19-Feb 25, 2016 to TCA Core Team, | |
| which includes the following: | |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (TCA Office, and Headquarters in Hato Rey) | |
| | |
| Total Hours Worked: 85 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| **USD TOTAL** | **$900.00** |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

Raúl Cipriano
Peaje
23
-20
3 da



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| | |
|---|---|
| DATE | HOST |
| Feb 20,17 15:22:55 | P.PAID |
| BATCH TERMINAL ID | MERCHANT ID |
| 000036 87880010 | 8788103700801 |

PREPAID CASH

PP NUMBER.
PEAJE 627607040714136

AUTH. CODE: 08G421    INVOICE: 015769

TRACE :002838

TOTAL :      $         20.00

SIGNATURE: X.

APPROVED
20.55

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

---

PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| | |
|---|---|
| DATE | HOST |
| Feb 15,17 10:50:28 | P.PAID |
| BATCH TERMINAL ID | MERCHANT ID |
| 000093 87880010 | 8788103700801 |

PREPAID CASH

PP NUMBER.
PEAJE 627607040714128

AUTH. CODE: 08FV80    INVOICE: 014873

TRACE :002671

TOTAL :      $         20.00

SIGNATURE: X.

APPROVED
20,20

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
las Por su Patrocinio

---

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 2332
02/13/17 15:04:39

Numero de Cuenta:     AC 03451155
Cantidad de Pago:    $      20.00
Metodo de Pago:        Efectivo
Balance:             $      30.00

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

169

...AS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 2/13/20 17

...ION

...M. _____  CASH ✓  CRÉDITO ☐

| | | |
|---|---|---|
| ...ITROS DE GASOLINA | | |
| ...TOS. DE ACEITE | | |
| ...FILTRO | | |
| ...ENGRASE | | |
| ...LAVADO | 20 | 00 |
| ...AVADO MOTOR | | |
| ...NSPECCION | | |
| ...FLUSHING | | |

...STA NOTA PARA CUALQUIER RECLAMACION

**TOTAL** 20. 00

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

07151

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 2/10/20 17

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☐  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____

**TOTAL** 20 00

WELCOME TO
OUR STORE

| Descr. | Qty | Amount |
|--------|-----|--------|
| REG CA #01 30.440L | @ 0.6577/L | 20.00 |
| Prepay Fuel | | -20.00 |
| Sub Total | | 0.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 0.00 |
| CASH $ | | 0.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 4627
02/22/17  19:00:40           ST# AE123

---

TO GO STORES
GURABO
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #11 | | 10.00 |
| Subtotal | | 10.00 |
| Tax | | 0.00 |
| TOTAL | | 10.00 |
| CASH $ | | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1021266
CSH: 7                      02/23/17 08:23:25

---

WELCOME TO
OUR STORE

| Descr. | Qty | Amount |
|--------|-----|--------|
| Prepay CA#04 | | 20.00 |
| Sub Total | | 20.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 10091
02/24/17  16:03:40           ST# G0209

---

*Raúl ( Ford Edge)*
*54,561.5*

**Eureka Gas Station**
0000
Las Piedras,PR 0000
0000
0
**Date:** 2/25/2017 7:31 AM
**Cashier:** Jesenia Delgado
**Trans No.** 27276
**Batch No.** 132
**Qty   UPC/PLU   Description**

| Regular [1] | | $20.00 |
|-------------|---------|--------|
| 32.414 | $0.617 | |
| **Subtotal:** | **$20.00** | |
| **Impuesto:** | **$0.00** | |
| **Total:** | **$20.00** | |
| **Tendered:** | **$20.00** | |
| **Change:** | **$0.00** | |

Recibo

*(Rough Edge)* — handwritten

```
        PUMA 268
        PETROLEUM

Descr.          qty       amount
------          ---       ------
Prepay CA#05              20.00
                         ----------
        Sub Total        20.00
            MUN           0.00
            EST           0.00
    TOTAL         20.00
        CASH  $   20.00
GRACIAS POR COMPRAR
    EN SU TEXACO
REPARACION Y BALANCEO DE GOMAS,
ALINEACION, FRENOS Y MEC.LIVIANA
REG# 0001 CSH# 004 DR# 01   TRAN# 16033
02/08/17  10:58:47          ST# TX268
```

```
      WELCOME TO
      OUR STORE

Descr.          qty        amount
------          ---        ------
REG    CA #03  25.875L      17.00
               @ 0.657/ L
   Prepay Fuel             -17.00
                          ----------
        Sub Total          0.00
          ESTATAL          0.00
         MUNICIPAL         0.00
    TOTAL          0.00
          CASH  $   0.00
THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01   TRAN# 15181
02/23/17  19:21:24          ST# AE123
```

*$ 17.00* — handwritten

```
H        BIENVENIDO A
    TO GO STORE 24HRS.
       INTERAMERICANA
         787-523-1068
       www.togostores.com

Descr.          qty       amount
------          ---       ------
Prepay CA#07             30.00
                        ----------
        Sub Total       30.00
          IVU 1%         0.00
          IVU 10.5%      0.00
          SPEC 2%        0.00
     TOTAL       30.00
          CASH  $   40.00
          Change $  -10.00
    GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
   DE BEBIDAS ALCOHOLICAS
        EN LA TIENDA Y
        SUS ALREDEDORES.
REG# 0004 CSH# 005 DR# 01   TRAN# 40383
02/13/17  15:55:21          ST# 00037

-----------------------------------
  CONTROL: H57UM-KOP4B
  ST
  processed by Softek
-----------------------------------
```

```
      BIENVENIDOS A
   PUMA PLAZA GUAYNABO

Descr.          qty        amount
------          ---        ------
Prepay CA#02               40.00
                          ----------
        Sub Total         40.00
          ESTATAL          0.00
         MUNICIPAL         0.00
    TOTAL         40.00
          CASH  $   40.00
THANKS, COME AGAIN


REG# 0001 CSH# 007 DR# 01   TRAN# 12566
02/15/17  09:58:26          ST# AB123
```

FABR PETROLEUM
787 296 4901

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#08 | | 30.00 |
| | Sub Total | 30.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| TOTAL | | 30.00 |
| | CASH $ | 30.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 00  TRAN# 16798
02/22/17  10:17:03                ST# AB123

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

*Raul (Edge)*
*54,105 millage*

Bienvenidos
Puma Central

| Descr. | qty | amount |
|---|---|---|
| REG  CA #01 40.183L | | 26.00 |
| @ 0.647/ L | | |
| Prepay Fuel | | -40.00 |
| | Sub Total | -14.00 |
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| TOTAL | | -14.00 |
| | CASH $ | -14.00 |

Gracias
Vuelva Pronto
REG# 0001 CSH# 007 DR# 01  TRAN# 19362

---

H

PUMA ZONA BANCARIA
AVENIDA PONCE DE LEON
HATO REY, PUERTO RICO

CASH          REC# 30351       02/15/1

****  RECIBO  ****

| GASOLINA BOMBA-06 | 30.00 |
|---|---|
| | 30.00 |
| TAX MUN . . . . . | .00 |
| TAX EST . . . . . | .00 |
| TOTAL DE LA VENTA . . . . . | 30.00 |
| CAMBIO DE   30.00  -   .00 | |

* GRACIAS POR SU COMPRA, VUELVA PRONTO *

Dom  10:35

CONTROL: NO DISPONIBLE
ST
processed by Softek

TO GO STORES
GURABO
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 30.00 |
| | Subtotal | 30.00 |
| | Tax | 0.00 |
| TOTAL | | 30.00 |
| | CASH  $ | 20.00 |
| | CASH  $ | 20.00 |
| | Change  $ | -10.00 |

GRACIAS,
Vuelva Pronto
ST#  00012 TILL XXXX DR# 1 TRAN# 1026946
CSH: 16                    02/20/17 18:17:16

BIENVENIDOS
PUMA BALDRICH

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | $ 20.00 |

| | |
|---|---|
| Sub Total | 20.00 |
| ESTATAL | 0.00 |
| MUNICIPAL | 0.00 |
| **TOTAL** | **20.00** |
| CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 17186
02/03/17  11:02:38            ST# AB123

CONTROL : KER05-13MG7
SI
processed by Softek

H

------------------------------------
        PUMA ZONA BANCARIA
        AVENIDA PONCE DE LEON
        HATO REY, PUERTO RICO
------------------------------------
CASH          REC# 92374      02/17/17

     ****  RECIBO  ****

1  GASOLINA BOMBA-08            30.00
                               ------
                                30.00
              TAX MUN . . . . .   .00
              TAX EST . . . . .   .00
                               ------
     TOTAL DE LA VENTA . . . .  30.00

     CAMBIO DE  30.00  -   .00

 * GRACIAS POR SU COMPRA, VUELVA PRONTO *

          2-Adm  12:08

     CONTROL: NO DISPONIBLE
     ST
     processed by Softek

H

------------------------------------
        PUMA BUCARE
     BUCARE, ESQ. AMATISTA
     TURQUESA, GUAYNABO, PR 00969
------------------------------------
CASH          REC# 50550        01/30/17

     ****  RECIBO  ****

1  GASOLINA                     20.00
                               ------
                                20.00
              TAX MUN . . . . .   .00
              TAX EST . . . . .   .00
                               ------
     TOTAL DE LA VENTA . . . .  20.00

     CAMBIO DE  20.00  -   .00

          2-Jul  14:37:52

 * * * * * * PIDA SU RECIBO * * * * * *
              IVU/OTO:
         ERROR EN COMUNICACION!
              CONTROL -
 * * * * *  Con el IVU Todos Ganamos  * * * * *



## FARMACIAS CARIDAD

Farmacia Caridad #7
Carr 838 km 3.4, San Juan, PR
787-740-7000
787-789-3232

### Sales Receipt

Transaction #:      996404
Date:   2/21/2017   Time:  7:21:50 PM
Cashier:   MRQ      Register #:   6

| Item | Description | Amount |
|------|-------------|--------|
| 013948386044 | HARRIS EVER-WET 13 | $2.99 |

| | |
|---|---|
| Sub Total | $2.99 |
| StateTax 10.5% | $0.31 |
| Municipality Tax 1% | $0.03 |
| Total | $3.33 |
| Cash Tendered | $10.00 |
| Change Cash | $6.67 |

Gracias por comprar en
Farmacia Caridad #7
CONTROL: TCS08-J1DWZ
ST

# LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD ENDING ON 02/28/2017

From: Guillermo A. Baralt Miró, Esq.
      Calle 1 Apdo. 215B
      Guaynabo, Puerto Rico 00966
      (787) 236-0645
      guillermobaralt@outlook.com

To:   TCA Corp.   2070
      268 Muñoz Rivera,
      World Plaza, Suite 1001
      San Juan, PR 00961

DATE: February 28, 2017

| DATE | HOURS | SERVICE RENDERED |
|---|---|---|
| 1/30/2017<br><br>1/31/2017 | 11:00AM- 4:00PM<br><br>10:00AM-11:00AM | TCA's Review of C.I.C. Manual Preparation Includes review of C.I.C. G.O., Rules and Regulations, and research on related subject-matter manuals (Forensics). |
| 2/3/2017 | 10:00AM-2:00PM | Prepared outline of motion petitioning for leave to file Financial Report. |
| 2/4/2017 | <br><br><br><br><br><br><br><br><br><br><br>12:00PM-2:00PM<br>2:00pm-4:00PM<br>5:00PM-7:00PM | Created tables of the status of all action plans.<br><br>Each table contains all the activities under the plan, and informs on whether the activity has already started, if progress has been attained, and whether it was completed or not.<br><br>The tables were created to keep track of progress during the Capacity-Building  Period of the Agreement.<br><br>Drafted first set of tables: Professionalization, Use of Force, and Search and Seizures |
| 2/5/2017 | 10:00AM-12:00PM<br>1:00PM-3:00PM<br>3:00PM-5:00PM<br>6:00-8:00PM<br>/9:00PM-10:00PM | Second set of tables: Equal Protection Recruitment Policies and Procedures Training |
| 2/6/2017 | 11:30AM-1:30PM<br>2:00PM-5:00PM | Third Set of Tables: Supervision and Management Administrative Complaints |
| 2/7/2017 | 1:00PM-2:30PM<br>2:30-4:00PM | Final Set of Tables: Citizen Interaction Information Technology |

LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED
FOR THE PERIOD ENDING ON 02/28/2017

| | | |
|---|---|---|
| 2/8/2017 | 12:00PM-2:00PM<br>6:00PM-8:00PM | Digitalized and archived list of all memorandums of approval. |
| 2/9/2017 | 1:00PM-3:00PM<br>5:00PM - 6:00PM | Indexed all approval memorandum regarding policies and procedures/rules and regulation/general order, etc. Began drafting an organized list of all approved policies that will be subjected to an annual revision during the 2017 review period. |
| 2/12/2017 | 10:00AM-4:00PM | Continued drafting document. |
| 2/13/2017 | 2:00PM-6:00PM | Finished drafting the list and revised its correctness with the TCA's record. |
| 2/16/2017 | 3:00PM-8:00PM<br>9:00PM-11:00PM | Began creating a list of randomly selected Police officers that have been transferred in the last six months. This resulted in three separate lists. |
| 2/17/2017 | 8:00AM-11:00AM<br><br>6:00PM-11:00PM | Merged the three "pools" into one list representing around %15 of the list provided by PRPD.<br><br>Organized the list into readable universal format and sent it to PRPD, who had agreed to using their resources in assisting the TCA. |
| 2/20/2017 | 8:00AM-12:00PM<br><br><br><br>1:00PM-5:00PM | First day of TCA Core Team Visits. Received a partial list of email addresses from PRPD. Sorted into a smaller list of candidates for review, Analized each specific case beforehand to see if the candidate was eligible for purpose of the review.<br><br>Drafted and sent a petition to participate in a telephone interview for purpose of the TCA's study on Transfers. |
| 2/21/2017 | 8:00AM - 12:00PM | Created guidelines for the telephone survey. |

LEGAL FEES AND OTHER PROFESSIONAL SERVICES RENDERED
FOR THE PERIOD ENDING ON 02/28/2017

| | | |
|---|---|---|
| | 1:00PM – 5:00pm<br><br><br><br><br><br>7:00PM-9:00PM | Received phonecalls from agents and other ranking members who wanted to participate of the survey. Gave notice of the purpose of the survey and offered guarantees of confidentiality.<br><br>Answered police officer's questions and heard their concerns. |
| 2/22/2017 | 7:30AM-8:30AM<br>9:00AM – 10:00AM<br>10:00AM-12:00PM<br>1:00pm –5:00pm | Final Preparation of Survey SARP meeting.<br>TCA's telephone survey.<br>Began working on Report. |
| 2/23/2017 | 9:00-10:00<br><br>10:00AM-1:00PM<br><br>2:00PM-4:00PM<br><br><br>4:30PM– 5:30PM<br>7:00PM – 8:00PM | Meeting to discuss Translation.<br>Worked on Report on Transfers.<br>Continued meeting on Translation.<br>Paragraph 253<br>Worked on Report on Transfers. |
| 2/24/2017 | 8:00AM-12:00PM<br>1:30PM– 4:30PM | Public Hearing at the Old San Juan District Court for the District of Puerto Rico. |
| Total | 98 | |
| Rate Per Hour ($) | 20 | |
| Balance: | $1,960 | |

_____          February 28, 2017
Guillermo A. Baralt Miró, Esq.              Date

*This invoice is for services rendered by attorney Guillermo A. Baralt Miró as commissioned by TCA Corp. Unless waiver provided, the content of the work produced is privileged information to which TCA Corp has a right to publish or maintain confidential, as legally recognized by Local and Federal statutes.

## Invoice February 15, 2017: $5,000

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services Phase I-B: Coordination of 8 Focus Groups and Recollection of Qualitative Data. Active and simultaneous participation of our staff in the coordination and recollection of findings after the 8 focus groups dynamics.**

A.        Professional shall be paid or otherwise reimbursed for professional services rendered per the terms of this Agreement as follows: $5,000.00 payable by March 15, 2017 for services rendered.

This professional by contract will be carrying out a survey and study of eight (8) different "focus groups" from within the context of their experience with the Puerto Rico Police Department, pursuant to §251 of the Agreement. This phase will be focused on QUALITATIVE DATA RECOLLECTION of the 8 Focus Groups described below. Also, this researcher will be coordinating the reconnaissance strategies necessary for the correct pursue of these eight studies.

These "focus groups" are subclasses found within/are a part of the Puerto Rican societal structure, separated by only that defining characteristic that make them homogeneous as a group.

**These groups are:**

1.LGBTT group whose members share a meeting space, but dwell in different municipalities.
        2.Group of Homeless citizens from the San Juan greater Metropolitan Area.
        3.Group of residents that either migrated from the Dominican Republic, and or are descendants of immigrants from the Dominican Republic (legal status not withstanding).
        4.Group of Residents from the "Luis Llorèns Torres" Public Housing Community.
        5.Students enrolled at the University of Puerto Rico, Mayaguez Campus.
        6.A group whose members identify themselves as "Afro-Caribbean."
        7.A group of crime victims that are of the female sex & gender.
        8.Group of residents of the Municipality of Loíza.
        9. Group of Homeless in transition program from San Juan.

I look forward to maintain communication with you,

Sincerely yours,

*Richard Blanco Peck*

**Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

OK
3/7/2017

# Office DEPOT
# OfficeMax



OfficeMax Store 6667
525 Juan Calaf Street
Hato Rey, PR 00918
(787) 294-0300

02/20/2017    16.9.2        11:04 AM
STR 6667   REG 1   TRN 7736  EMP 318703

SALE

| Product ID | Description | Total |
|---|---|---|
| 238699 | CLP,PR,300PK,6 | 5.69 SS |
| 868922 | NTE,POPUP,SS,1 | |
| | 2 @ 20.99 | 41.98 |
| | Instant Savings | -21.98 |
| | You Pay | 20.00SS |
| 418452 | CLP,BNDR,SM,36 | 8.98 |
| | 2 @ 4.49 | |
| | You Pay | 8.98SS |

| | | |
|---|---|---|
| | Subtotal | 34.67 |
| PR City Tax | 1% | 0.35 |
| PR State Tax | 10.5% | 3.64 |
| | Total: | 38.66 |
| | Cash: | 40.00 |
| | CHANGE: | (1.34) |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
CONTROL:   8UQ4N-E3VRP
OD
JOSUE LOPEZ 5555959872
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
status.

Total Savings:
$21.98

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
$10 off your next qualifying
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below:
14V2 PONV AG8N
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL. 787-522-3600
02/17/17 10:23 5160 04866 001    920

V MEMBER 101-xxxxxxx5645

# THANK YOU,
RAUL TORRES DIAZ

| 0000618230 COPY PAPER | 27.00 T |
|---|---|
| 0000415878 PILOT G2 BL | 14.48 T |
| SUBTOTAL | 41.48 |
| TAX 1  10.500 % | 4.36 |
| TAX 2   1.000 % | 0.41 |
| TOTAL | 46.25 |
| CASH TEND | 60.00 |
| CHANGE DUE | 13.75 |

Visit samsclub.com to see your savings

CONTROL: VZGKC-DN2Z6 WM

# # ITEMS SOLD 2

TC# 7141 5146 3659 3524 157

# Happy to Help

Escoae Mastercard para
todas tus compras en Sam's Club
02/17/17   10:23:28