SAEA-1-33-026
February 6, 2017
Page 2

CERTIFIED TRANSLATION

Government of Puerto Rico



Auxiliary Superintendence for Education and Training
Puerto Rico Police Academy
HC 2 Box 12000, Gurabo, P.R. 00778 – 9601 / Tel. (787) 737-8351, Fax (787) 712-6302

SAEA-1-33-026

February 6, 2017

Col. Clementina Vega Rosario 1-13603
Director
Reform Office

Col. Orlando Rivera Lebrón 1-13362
Assistant Superintendent
Education and Training

**RE: TRANSITION ORDER**

In compliance with the stipulations in Transition Order, paragraph II.B., dated August 1, 2016, I am hereby submitting a list of the personnel that has been transferred from the Auxiliary Superintendence for Education and Training (SAEA), the personnel to substitute these changes and additional personnel that has been enlisted.

This includes personnel from the Rank System (Members of the PRP), personnel from the Classification System (Civil), in trust positions and professional services (contractors).

1. Dr. Michelle Hernández-Fraley was designated Police Superintendent, and was substituted by Col. Orlando Rivera Lebrón 1-13362 as Assistant Superintendent for Education and Training.
2. Capt. Francisco J. Santiago Andino 5-18394 from the Caguas Area, joined as Administrative Officer as established in General Order Cap. 100 Sec. 108.
3. Lt. John Rosado Rivera 7-16301 joined transferred from the Fortaleza Police Auxiliary Superintendence.
4. Lt. Jean M. Correa Escalante 7-29605 used to belong to the Police Band, after his promotion was sent to the Humacao Area and recently again joined SAEA.
5. Sgt. José L. Castro Ortega 8-4029 was transferred from the Fortaleza Police Auxiliary Superintendence.
6. Agt. Carlos M. Charriez Clark 22821 was transferred from FURA and substituted by Agt. Angel O. Serrano Rivera 35785.

DIRECT ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 701166 SAN JUAN, P. r. 00936-8166 TEL. 787-752-1234



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

SAEA-1-33-026
February 6, 2017                                                                                    CERTIFIED TRANSLATION
Page 2

7. Agt. Osvaldo Martínez Rivera 17328 was transferred from FURA and substituted by Agt. Eduardo Román Adorno 36984.
8. Agt. Alejandro Rivera Cartagena 36323 was transferred from FURA and substituted by Agt. Eddie Torres Montalvo 24009.
9. Agt. Erika E. Ojeda Martínez 32893 was transferred to the Department of State and was substituted by Agt. Wendelys Avilés Cajigas 30361.
10. Agt. Yeanmarie Rodríguez Meléndez 36978 joined the Police Band transferred from the San Juan Area.
11. Agt. Hugo Díaz Maldonado 34162 jointed the Police Band transferred from the Bayamón Area.
12. Agt. Daniel Vega Gómez 37024 joined the Police Band transferred from the San Juan Area.
13. Agt. Erik Mata Castro 18995 joined the Police Band transferred from the Carolina Area.
14. Mrs. Carmen Ramírez Hernández (Office Systems II Administrator) resigned in compliance with years of service.
15. Mr. Lorenzo Ortiz Dones (Gardener) resigned in compliance with years of service and was substituted by Mr. Pedro Torres Ortiz.
16. The following personnel provide services by contract and these have not been renovated.
    a. Mrs. Guelmarie Llop Ramírez (Public Relations Office)
    b. Mrs. Ralip Ferrer Toledo (Academic consultant)

For your information.

DIRECT ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 701166 SAN JUAN, P. r. 00936-8166 TEL. 787-752-1234

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.