**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,**<br><br>v.<br><br>GOVERNMENT OF PUERTO RICO,<br>et al.,<br>**Defendants.** | **CASE NO. 12-2039 (GAG)** |

## AMENDED ORDER SCHEDULING SECOND PUBLIC HEARING OF 2017

The next Public Hearing of 2017 in the captioned case will be held at the Luis A. Ferré United States Courthouse in Ponce, Puerto Rico on May 22nd, and 25th, 2017 (See Docket No. 472). On Monday, May 22nd, 2017, the Court will commence the scheduled Public Hearing to hear germane matters related to the Police Reform and in all likelihood, the discussion of other important and relevant current subject matters related to the same. The Public Hearing will begin at 9:00 a.m. and will proceed continuously until 2:00 p.m. during both scheduled dates. This Public Hearing shall follow the procedural format that the Court has used in the previously held Public Hearings and the Court may, depending on numerous factors that the Court will pronounce promptly through other Scheduling Orders, incorporate new procedures and subject matters for public discussion.

Consequently, as it has been the case in every public hearing, the parties are responsible for hiring the private company to be used to conduct simultaneous translation in compliance with the English language requirement for proceedings in federal court (see 48 U.S.C. § 864). Therefore, the Court orders the parties to certify, no later than May 1st, 2017, that all translation services have been coordinated in compliance with the directives of this Court and in compliance with the governing case law and relevant statutes. Furthermore, the Court instructs the parties to

make any additional arrangements so that all matters relating to the translation of the Hearing's procedures are addressed and resolved expeditiously. Any questions or doubts regarding the present order should be brought to the attention to the Court through the proper channels.

The Court hereby instructs Mr. Alfredo Castellanos Bayouth, as a member of the TCA Team and Constitutional and Legal Advisor to the TCA and Counsel in charge of all Public Hearings, to deliver a copy of the present order to The Clerk's Office for the United States Bankruptcy Court for the District of Puerto Rico in Ponce, The Clerk's Office for the United States District Court for the District of Puerto Rico, the U.S. Marshal, and any other individual that the TCA and Mr. Castellanos as a member of the TCA Team may deem necessary at his discretion for purposes of the Ponce Public Hearing.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of April 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge