

| | |
|---|---|
| Factura | 03/04/17 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de   3 |

**FECHA DE VENCIMIENTO**   04/02/17
**TOTAL A PAGAR**   $187.21
**CANTIDAD ENVIADA**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980   0000018721   70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
**www.clarotodo.com**

Por favor, desprenda este talón y devuélvalo con su pago.

Factura   03/04/17
Cuenta   769528798   2



¿Tablet Nueva?
¡Actívala con el **mejor Internet** y aprovecha oferta con doble de data!
2GB $9.99*
Para detalles visita una tienda o llama al **787-793-1253**
*Oferta válida hasta el 20 de marzo de 2017

| | | |
|---|---|---|
| **RESUMEN DE SU CUENTA** | Balance Anterior | $ 187.21 |
| | Pagos Recibidos - ¡Gracias! | 187.21CR |
| | Ajustes | 0.00 |
| **TOTAL BALANCE VENCIDO** | | $ 0.00 |
| **SERVICIOS TELEFONIA FIJA** | | 187.21 |
| **TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE** 04/02/17 | | $ 187.21 |
| **TOTAL A PAGAR*** | | $187.21 |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana.  Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

**RR GROUP, PSC**
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for the Previous Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4194 |
|---|---|
| Date: | 3/31/2017 |
| Amount due: | 1460.00 |
| Terms of payment: | NET 30 |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Description | Monthly Fixed Fee Arrangement March 2017: Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| | | | Total: | 1460.00 |

OK *[signature]*

Page 1 of 1



GOBIERNO DE PUERTO RICO
Autoridad para el Financiamiento de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 4/1/2017
Factura #: 2017-0507

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 4/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |
| 4/1/2017 | Sellos-01 | Venta de Sellos- Compra de sello | $0.00 | 1.00 | $25.00 | $25.00 | |

Sales Tax: $0.00
Total: $3,025.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI

ID Cliente TCAPR
Nombre Cliente TCAPR Corp.

Fecha: 4/1/2017
Factura #: 2017-0507

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 4/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |
| 4/1/2017 | Sellos-01 | Venta de Sellos- Compra de sello | $0.00 | 1.00 | $25.00 | $25.00 | |

**Favor de remitir su pago con este talonario a la dirección postal:**
**P.O. Box 41207 - San Juan, PR 00940-1207**
**ó entregar físicamente en:**
**Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey**

Sales Tax: $0.00
Total: $3,025.00

ok [signature]