12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of March.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled radio show interview with Carlos Pesquera, Esq., in relation to the Status of the reform; and scheduled meeting with the US Board Directors of Espacios Abiertos. The TCA Staff assisted to a Police Reform Status Conversatories held in Loiza and in Turabo University.

The TCA, his Core Team and Staff visited the Police Headquarters, the Police Academy, and the Police Stations in Utuado, Ponce, Quebradillas and Caguas.

During theses visits the following General Orders were reviewed and discussed: General Order: Transfers; General Order 600-631: Entry and Exit of Cells; General Order Rules and Procedures for Delivery, Custody and Evidence Provision; General Order: Hand Book of the Drug Division; General Order: Narcotics, Vice Control and Illegal Weapons; General Order: Reorganization of the Tactical Operation Division; General Order: Canine Division; General Order: Reorganization of the Mounted Division; General Order: Reorganization of Tactical Operations; General Order: Division of Special and Extraordinary Arrests; General Order: Police Areas' Arrests and Seizures Divisions; and General Order: Citizen Interaction Committees.

The following subjects were also reviewed, updated and discussed: pending Policy Status; Command Center; transfers; updates on Paragraph 13; the status and progress of the Training Development according to Para. 237 and its Action Plans; status of the implementation of Arrests and Citations Policies, Copy Rights Regulation; Implementation of Use of Force Action Plan; evaluation of the general progress of the activities related to all Action Plans; Polygraph Tests; progress in the implementation of the policies related to Arrests and Citations and the Action Plan; Administrative Complaint Files for the Cause of Discrimination; measure the progress of the Search and Seizures Action Plans; Equal Protection and Non-Discrimination Action Plan; NIBRS Manual and

As well following Policies and General Orders were reviewed and discussed: Mandatory Clauses in Memorandums of Understandings of the PRP with Federal Agencies; General Order 100-113: Division of Investigation of Incidents of Use of Force; General Order 600-620: Specialized Weapons of the Specialized Tactics Division; and General Order 600-631: Order on Entry and Exit from Holding Cells.

During this month the following were approved: General Order: Evidence Room; Administrative Order: Public Information Progra asn Administrative Compalints; General Order: Monthly Meetings; General Order: Criminal Photography; General Order: Missing Persons; General Order: Pre-Service Training; General Order: Assets; General Order: Citizen Interaction Committees; Copy Rights Manual; General Order: Reorganization of the PRP Mounted Division; General Order: Canine Unit; and General Order: Ingress and Egress of Cells.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's April agenda were discussed, circulating CT April agenda and the Core Team work plan.