## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br><br>Defendants. | No. 12-cv-2039 (GAG) |

### Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for March 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $2,600.00 | March 20th, 2017 to March 24th, 2017 |
| Rafael E. Ruíz | $6,500.00 | March 20th, 2017 to March 24th, 2017 |
| Marcos Soler | $5,200.00 | March 23rd, 2017 to March 25th, 2017 |
| John J. Romero | $6,500.00 | March 20th, 2017 to March 24th, 2017 |
| Alan Youngs | $6,500.00 | March 20th, 2017 to March 24th, 2017 |
| Scott Cragg | $6,500.00 | March 20th, 2017 to March 24th, 2017 |
| Alejandro Del Carmen | $2,600.00 | March 23rd, 2017 to March 25th, 2017 |
| | **Subtotal** | **$36,400.00** |
| **Telework** | | |
| Gerard LaSalle | $975.00 | March 2017 |
| Linda V. Navedo | $6,500.00 | March 2017 |
| Rafael E. Ruíz | $1,350.00 | March 2017 |
| Marcos Soler | $3,900.00 | March 2017 |
| John J. Romero | $2,600.00 | March 2017 |
| Alan Youngs | $2,600.00 | March 2017 |
| Scott Cragg | $2,600.00 | March 2017 |
| Alejandro Del Carmen | $6,487.50 | March 2017 |
| | **Subtotal** | **$27,012.50** |

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | N/A | N/A |
| Federico Hernandez Denton | N/A | N/A |
| Antonio Bazán | $4,125.00 | March 2017 |
| Subtotal | $4,125.00 | |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $1,700.00 | March 2017 |
| Subtotal | $1,680.00 | |
| Car Expenses | | |
| Chauffer | $900.00 | March 19th, 2017 to March 25th, 2017 |
| Gasoline | $285.00 | March 2017 |
| Tolls | $90.00 | March 2017 |
| Car Maintenance | $114.94 | March 2017 |
| Subtotal | $1,389.94 | |
| Office Expenses | | |
| Office Supply | 157.44 | March 2017 |
| Miscellaneous Expenses | $4.44 | March 2017 |
| Subtotal | $161.88 | |
| Total | $70,769.32 | |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $70,769.32, the total amount of the monthly expenses, for the month of March 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH,** the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $70,769.32, the total amount of the expenses for the month of March 2017.

In San Juan, Puerto Rico, this day April 7, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.