Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

March 23, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918


FOR PROFESSIONAL SERVICES RENDERED MARCH 2017


Monday, Mar 20, 2017      TCA Office re: meeting on Paragraph 13, Police
                Headquarters

Tuesday, Mar 21, 2017      Police Headquarters re: meetings on General Orders

Wednesday, Mar 22, 2017    Site Visit Police Ponce

Thursday, Mar 23, 2017      Site Visit Police Academy

Friday, Mar 24, 2017        TCA Office re: meetings

**5 DAYS (DAY RATE $1,300) = $6500**


Mar 1-31      Reviewed PRPD's policy on recruitment, selection, and hiring of Cadets  -
              2 hours
              Prepared comments on the above - 1 hour

              Reviewed PRPD's policy on readmission and prior service 2 hours
              Prepared comments on the above - 1 hour

              Reviewed PRPD's annual review of K-9 Unit - 3 hours
              Prepared comments on the above 1.5 hours

              Reviewed PRPD's policy on Mounted Unit - 3 hours
              Prepared comments on the above  1.5 hours

              Prepared proposed site visits work plan for March 1 hr.

              Prepared assessment/compliance tables for Supervision and
       Administration, Recruitment and Training 9 hour

Conferred with TCA Core Team re: Policies- 2 hours

**TOTAL HOURS:   27 HOURS  0 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =        9 HOURS    40 MINUTES**

**TOTAL: $9100**

ok

4/7/2017

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A: TCAPR, LLC
  #268 Muñoz Rivera
  Suite 1001, World Plaza
  San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of March 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of OG about Juveniles and Juvenile Institutions; draft memo, draft analysis for TCA semimonthly report (5.0 hours) | X | N/A | Saturday & Sunday, March 4-5, 2017 | (5 @ $150 = $750) |
| Work from New York City: Review of Policies assigned for March and NIBRS related policies and regulations, draft compliance tables for semiannual report (10.0 hours) | X | N/A | Saturday & Saturday, March 11-12 2017 | (10 @ $150 = $1,500) |
| Work from New York City: Preparation for TCA working week agenda Items: Review of DOJ Comments on policies, Complete review of policies, draft table of content for semi-annual report (10.0 hours) | X | N/A | Saturday & Sunday, March 18-19 2017 | (10@ $150 = $1,500) |
| Work in Puerto Rico: TCA Agenda, prep for ride-along which was cancelled (20.0 hours) | N/A | X | Thursday & Friday, March 23-24, 2017 | $1,300 ' 2 days = $2,600 |
| Work in Puerto Rico, TCA Agenda: work on TCA memo on polygraphs and narcotics, draft | N/A | X | Saturday, March 25, | $1,300 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| report on non-discrimination training and transgender policy (8.0 hours) | | | 2017 | |
| Work in Puerto Rico: work on TCA memo on polygraphs and narcotics, analyze data on discrimination complaints, began to draft recommendations report (8.0 hours) | N/A | X | Sunday, March 26, 2017 | $1,300 |
| Work from New York City: Conference call NIBRS PRPD-USDOJ (1.0 hours) | X | N/A | Wednesday, March 29, 2017 | (1@ $150 = $150) |

| | |
|---|---|
| TOTAL HOURS WORKED: 62.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (4 days, 36 HOURS) | $5,200 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (26 HOURS @ $150): | $3,900 |
| TOTAL TO BE BILLED: | $9,100.00 |

INVOICE PRESENTED BY:

_____

MARCOS F. SOLER
TCA Core Team
March 30, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: ___4/7/___, 2017.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

March 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 034
FOR PROFESSIONAL SERVICES RENDERED MARCH 2017

| | |
|---|---|
| Monday, March 20, 2017 | TCA Office re: meetings |
| Tuesday, March 21, 2017 | Utuado Area Command site visit<br>Quebradillas Police re: site visit |
| Wednesday, March 22, 2017 | Ponce Area Command re: site visit |
| Thursday, March 23, 2017 | Caguas Area Command re: site visit |
| Friday, March 24, 2017 | TCA office re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

*o'k* [signature]

March 1-31      Reviewed PRPD's policy titled: Specialized Weapons of the Division
of Special Tactics (Annual Review) 3 hrs.
Prepared comments on the above 3 hrs.
Reviewed PRPD's policy titled: Division of Investigations of
Incidents of Use of Force (Annual Review) 2 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPD's Mandatory Clauses in Memorandums of
Understandings of the PRPD with Federal Agencies 2 hrs.
Researched MOUs with Federal Agencies 2 hrs.
Prepared comments on the above 3hrs.
Conferred with Core Team member via email and telephone 2 hrs.
Prepared comments re: proposed site visits for March 2 hrs.

**TOTAL HOURS: 21 HOURS  0 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =     3 HOURS     40 MINUTES**

**TOTAL: $9100**

Rafael E. Ruiz

610 Pleasant St.

Canton, MA 02021

Invoice #:

Date:    March 31, 2017

TCA-PR Corp.

268 Munoz Rivera

San Juan (Hato Rey) PR

| Activity | Rate | Amount |
|---|---|---|
| March 20th - TCA Office Meetings/ San Juan Drug Unit, Veh Hurtados | $1300/day | $ 1,300.00 |
| March 21st – PRPD Reform Unit Discuss Policies | $1300/day | $1,300.00 |
| March 22nd- Ponce Area Command, CIC and Veh Hurtados | $1300/day | $1,300.00 |
| March 23rd- Observe San Juan Drug Unit serve two search warrants | $1300/day | $1,300.00 |
| March 24th - TCA Meetings and Complete Reports | $1300/day | $1,300.00 |
| March 1st through March 31st – Prepare activities report, and 6-month report tables, phone calls, and emails with staff= 9 hours | $150/hr | $1,350.00 |
| TOTAL | | $7,850.00 |

Rafael E. Ruiz

Date: March 31, 2017

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:    **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **March/2017**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of March/2017; drafting electronic mails and calls for the follow-up of outstanding issues; revision of documents, organization of the material and drafting related to the TCA Six Month Report; working session in the March/2017's TCA Core Team Agenda. (15.0) | N/A | X | 1-4/ March | |
| -Work session for the review of policies, analysis of the activities sent by members of the Core Team for the month of March / 2017 and development of the working agenda (preliminary) with the Office of the Reform, working session for the SMR, review Of General Order 800-801, preparation review of the first draft of the March / 2017 agenda, arrangements for the follow-up and processing of policy reviews, action plan issues, TCA e-mail reading, PRPD, DOJ For the follow-up of substantial matters, work related to the SMR. (20.0 hrs) | N/A | X | 5-11/ March | |
| -Working session for conclude the Agenda for its revision of the with representatives of the Office of the Reform, review of self-assessment tools presented by the Office of the Reform, revision of list of policies worked for the report of the SMR and aspects Of the Action Plans necessary for the activities of the following week, revision Work Plan for P.13 (policy). (12.0 hrs) | N/A | X | 12-18/ March | |
| TCA Core Team Week | N/A | X | 21/March | $1,300.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |
| TCA Core Team Week | N/A | X | 22/March | $1,300.00 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | | | | $2,600.00 |
| TOTAL NUMBER OF BILLABLE HOURS (44.3 @ $150): | | | | $6,500.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 00.00 HOURS | | | | 2.7 |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
March 31, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

OK

Date: _4/7/_ , 2017

2

# GERARD LASALLE, Ph.D  LLC

# INVOICE FOR PROFESSIONAL SERVICES

TCAPR  LLC

SUITE 1001, WORLD PLAZA

SAN JUAN, PUERTO RICO

| DATES March 2017 | TASKS | TOTAL HOURS@ $ 150. Per hour | BILLABLE HOURS |
|---|---|---|---|
| 3 | Discussion with TCA re: Action Plan (AP) Tables | .25 | 37.50 |
| 4 | Discussion with Core Team (CT) re: Tables | .50 | 75.00 |
| 7 | Discussion with Core Team re: Tables | .75 | 112.50 |
| 8 | Discussion with TCA re: Action Plan (AP) Tables | .25 | 37.50 |
| 9 | Preparation of AP Tables | .50 | 75.00 |
| 12 | Discussion with TCA re: Action Plan (AP) Tables | .50 | 75.00 |
| 15 | Review, revise TCA report on Polygraphs and discuss with TCA | 3.5 | 525. |
| 29 | Review IT on-site report | .25 | 37.50 |
| TOTALS | | 6.5 | $975.00 |

I certify to the best of my knowledge and belief the information provide is true and correct.

Gerard Lasalle

Date

3/30/17

Arnaldo Claudio, TCA

Date

4/7/2017

# Del Carmen Consulting, LLC

3051 Trevino, Grand Prairie, Texas. 75054

TCA PR Corporation

Date: 3/24/17
Invoice #785525

| Date | Description | Quantity | Amount | T | Total |
|------|-------------|----------|--------|---|-------|
| 3/2/17 | Worked on policy review specific to "Autoridad de la Policia de Puerto Rico Para Llevar a Cabo Registros". Start Time: 8:00 AM Stop Time: 3:30 PM | 7.5000 | 150.00 | | $1,125.00 |
| 3/3/17 | Continued to work on policy review specific to "Autoridad de la Policia de Puerto Rico Para Llevar a Cabo Registros" while researching relevant information. Start Time: 10:30 AM Stop Time: 5:00 PM | 6.5000 | 150.00 | | $975.00 |
| 3/4/17 | Completed policy review specific to "Autoridad de la Policia de Puerto Rico Para Llevar a Cabo Registros". Start Time: 12:00 PM Stop Time: 6:30 PM | 6.5000 | 150.00 | | $975.00 |
| 3/6/17 | Worked on policy review relevant to "Normas y Procedimientos para la Identificacion de Sospechosos" and conducted research background on this particular policy. Start Time: 9:00 AM Stop Time: 5:00 PM | 8.0000 | 150.00 | | $1,200.00 |
| 3/7/17 | Completed work on policy review relevant to "Normas y Procedimientos para la Identificacion de Sospechosos" and finished research background on this particular policy. Also, started review of policy associated with "Reorganizacion de la Superintendencia Auxiliar en Responsabilidad Profesional" while performing appropriate research. Start Time: 10:00 AM Stop Time: 4:45 PM | 6.7500 | 150.00 | | $1,012.50 |
| 3/8/17 | Completed review of policy associated with "Reorganizacion de la Superintendencia Auxiliar en Responsabilidad Profesional" while performing appropriate research. Start Time: 9:00 AM Stop Time: 5:00 PM | 8.0000 | 150.00 | | $1,200.00 |
| 3/23/17 | Day 1 Puerto Rico. Met with Antonio Bazan to discuss Polygraph test. Also, met with Rafael Ruiz to plan evaluation of search and seizure components. Start Time: 9:00 AM Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 3/24/17 | Day 2 Puerto Rico. Worked on and completed report relevant to polygraph patterns and practices. Start Time: 9:00 AM Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |

| | Subtotal: | $9,087.50 |
|---|---|---|
| | **Invoice Amount:** | **$9,087.50** |

oK 

Page 1

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (Fax)

March 29, 2017

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-03**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of March 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---------|---------|------------------------------|
| 3/03/2017 | **3.75 hrs.** 3:00 to 7:45 p.m. | Review, advice and Comments on Detainees at PRPD Holding Cells. |
| 3/05/2017 | **.50 hrs.** 10:30 to 11:00 p.m. | Review and advise on Annual Review FIU policy and Annual Review on Specialized Weapons |
| 3/06/2017 | **2.00 hrs.** 10:00 to 10:45 a.m. and 5:15 to 6:35 p.m. | Review and advise on MOUs with Federal Agencies and initial review of Reorganization of Special Arrests and Extraditions Unit |
| 3/07/2017 | **3.50 hrs.** 4:30 to 8:00 p.m. | Review, comments and advise on Reorganization of Special Arrests and Extraditions Unit |
| 3/09/2017 | **3.75 hrs.** 11:45 - 12:00 N., 1:30 to 2:30 p.m., 2:30 to 4:30 p.m. & 5:15 to 5:30 p.m. | Review and comments on "Authority of the PRPD to conduct Searches and Seizures, Standard Rules & Procedures for the Identification of Suspects, Gen. Order on Standards and Procedures for Pre-Service Training and (16.) Redline for Gen. Order on Recruitment (A.Y.) |
| 3/10/2017 | **2.75 hrs.** 12:15 p.m. to 1:00 p.m., & 4:30 to 6:30 p.m. | Review & advice on Review of Reorganization of Deputy Superintendence on Professional Responsibility. Review, comments and advice on 4th. Redline on Evidence Rooms |
| 3/13/2017 | **2:00 hrs.** 3:45 to 6:45 p.m. | Comments, recommendations on Redline of PRPD Copyrights. |
| 3/20/2017 | **3:00 hrs.** 1:00 to 4:00 p.m. | Meetings at PRPD Headquarters on Paragraph 13 of the Agreement and Gen. Order on Transfers |

**Page 1 of 2**

| 3/21/2017 | **5.25 hrs.** 9:00 to 11:00 a.m. and 1:00 to 4:15 p.m. | Meetings at PRPD Headquarters on Entry and Exit of Cells, Procedures on Evidence Rooms, Custody & Delivery, Copyrights Regulations, Handbook of Drugs Division, Canine Unit, Mounted Division, Tactical Division, etc. |
| --- | --- | --- |
| 3/21/2017 | **.50 hrs.** 5:30 to 6:00 p.m. | Initial Review of Questionnaire on Polygraph |
| 3/22/2017 | **1.00 hrs.** 5:00 to 6:00 p.m. | Completion of review of Questionnaire, advice and changes |
| 3/23/2017 | **4.00 hrs.** 9:00 a.m. to 12:30 p.m. and 2:30 to 3:00 p.m. | Meeting with Col. Jose Juan Garcia, Lt. Col. Antonio Lopez and members of the Polygraph Examiners Unit.  Initial summary of Notes on meeting prepared at TCA's Office. |
| 3/24/2017 | **1:00 hrs.** 1:30 to 2:30 p.m. | Paragraph 253 Meeting at PRPD Headquarters |
| 3/29/2017 | **33.00 hrs.** Total Hrs. billed | 33.00 hrs. x $125.00= **$4,125.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

  *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

ok

_____
Antonio R. Bazán González, Esq.

LEGAL FEES AND PROFESSIONAL SERVICES - INVOICE
FOR THE PERIOD ENDING ON 03/29/2017

From: Guillermo A. Baralt Miró, Esq.      To:   TCA Corp.   2070
      Calle 1 Apdo. 215B                          268 Muñoz Rivera,
      Guaynabo, Puerto Rico 00966                 World Plaza, Suite 1001
      (787) 236-0645                              San Juan, PR 00961
      guillermobaralt@outlook.com

DATE: March 29, 2017

| DATE | HOURS | SERVICE RENDERED |
|------|-------|------------------|
| 3/8/2017 | 1:30PM – 4:30PM (3) | Began developing Action Plan Progress Tables to be Used in the Six-Month Activity Report, as Requested by the TCA for the Community Interaction and Public Information Action Plan. |
| 3/12/2017 | 2:00PM - 5:00PM (3) | Completed the Action Plan Progress Tables to be Used in the Six-Month Activity Report, as Requested by the TCA for the Community Interaction and Public Information Action Plan. |
| 3/13/2017 | 1:30PM – 5:30PM (4) | Began developing Action Plan Progress Tables to be Used in the Six-Month Activity Report, as Requested by the TCA for the Professionalization Action Plan. |
| 3/16/2017 | 1:30PM – 4:30PM (3) | Completed the Action Plan Progress Tables to be Used in the Six-Month Activity Report, as Requested by the TCA for the Community Interaction and Public Information Action Plan. |
| 3/17/2017 | 1:00PM – 3:00PM (2) | Discussed and Reviewed Action Plan Progress Tables with TCA and Core Team Members. |
| 3/18/2017 | 10:00 AM – 2:00PM/3:00PM -7:00PM (8) | Prepared for Upcoming Meeting with PRPD Reform Unit to discuss the TCA's review of the following Policies: 1. Procedures on Apprehension and Taking into Custody. 2. Evidence Handling. 3. Copyrights. 4. Drug, Narcotics, Illegal Weapons and Vice Manual |
| 3/19/2017 | 10:00 AM – 1:00 PM / 2:00 PM – 7:00 PM (9) | Prepared for Upcoming Meeting with PRPD Reform Unit to discuss the TCA's review of the following Policies: 1. SWAT (1-Year rev.) 2. K-9 3. DOT 4. Extraordinary Arrest, |

LEGAL FEES AND PROFESSIONAL SERVICES – INVOICE
FOR THE PERIOD ENDING ON 03/29/2017

| | | |
|---|---|---|
| | | Extraditions & seizures<br>5. CIC |
| 3/20/2017 | 8:30AM –<br>12:30PM<br><br>(4) | T.C.A. / Core Team arrival meeting /<br>Discussion on General Administrative<br>Issues, Began Working on Polygraph<br>Questions |
| | 12:30PM –<br>6:30PM<br><br>(6) | Para. 13 Meeting, Meeting on PRPD's<br>Policy on transfers |
| 3/21/2017 | 8:00AM –<br>5:00PM<br><br>(9) | Policy Discussion<br>   1. Procedures on Apprehension<br>     and Taking into Custody.<br>   2. Handling of Evidence<br>   3. Copyrights.<br>   4. Drug, Narcotics, Illegal<br>     Weapons and Vice Manual<br>   5. SWAT (1-Year rev.)<br>   6. K-9<br>   7. DOT<br>   8. Extraordinary Arrest,<br>     Extraditions & seizures<br>   9. CIC |
| 3/22/2017 | 7:30 AM –<br>6:30 PM<br><br>(11)<br><br>8:00 PM<br>–<br>10:00 PM<br>(2) | Visit to Ponce Area<br>T.C.A. Onsite Survey and Interviews<br>w/ Drugs and Narcotics Unit of the<br>Ponce Precinct, and the Information<br>Systems of the Ponce Area Central<br>Command.<br><br>Wrote Report on findings and general<br>conclusions as determined by facts. |
| 3/23/2017 | 9:00AM –<br>6:00PM<br>(9)<br><br><br><br>7:00PM –<br>11:00PM | Meeting to discuss all polygraph<br>examinations carried out since<br>September 2015.<br><br>Meeting with PRPD's Polygraphers<br>Unit.<br><br>Post-meeting discussion on findings.<br><br>Began writing TCA's Confidential |

LEGAL FEES AND PROFESSIONAL SERVICES – INVOICE
FOR THE PERIOD ENDING ON 03/29/2017

| | (4) | Memorandum on Polygraph use in PRPD. |
|---|---|---|
| 3/24/2017 | 9:00AM – 5:00PM (8) | Finished drafting preliminary draft of polygraph memo on findings. |
| Total | 84 | |
| Rate Per Hour ($) | $20.00 | |
| Balance: | $1,680.00 | |

_____        March 29, 2017
Guillermo A. Baralt Miró, Esq.          Date

*This invoice for services rendered by attorney Guillermo A. Baralt Miró as
commissioned by TCA Corp. is privileged information. TCA Corp reserves all
rights to publish or otherwise disseminate the content of the work produced,
to the extent recognized by State and Federal statutes.

# INVOICE 0121

3/22/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR 00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during the week of Mar 19-Feb 25, 2017 to TCA Core Team, which includes the following: | 900.00 |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities (TCA Office, and Headquarters in Hato Rey, Utuado, Quebradillas, Ponce, Caguas, Gurabo Police Academy) | |
| Total Hours Worked: 80 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

**AL**
**Com**
1090 M

AUTOCENTRO TOYOTA (P/S)
1090 LUIS MUNOZ RIVERA AVE.
SAN JUAN, PR 00927
787-751-9110

**565896**
**TOR**

565896
TOR

**DEP & GTY**

Date:2017/03/28                Time:22:24:06
Merchant ID:          027405896Q
Trans#:                000081
Trans Ref#:            9803779
Check Amount:          $74.95
MICR:                  **************
Check Number:          305

to Rico 00927

🚗 Trato preferencial en el Programa de Transportación

🎁 Sorpresa de Cumpleaños

🏷️ Descuentos en Marcas Asociadas y Promociones mensuales

## Very Important Toyota

CELL: 787-556-4501

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. |
|---|---|---|
| 140580 | | |

787-556-4501

BILL TO

TCA PR CORP

UNITED TRANZACTIONS
WWW.UNITEDTRANZACTIONS.COM

**Customer Copy**

SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

| SOLD BY | INVOICE DATE | INVOICE |
|---|---|---|
| ARLOS  FRAGOSO R | 03/29/17 | 565896 TOR |

| QUANTITY | | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| SHIP | B.O. | | | | | |
| 4 | 0 | 75633-0E010   LID, ROOF SIDE GA | SPORD | 25.84 | 16.80 | 67.20 |
| | | SHIPPED 0    SPECIAL ORDERED 4 | | | | |

BC RR-505
CE

AUTOCENTRO
Compra Confiada
MAR 29 2017
PAID

NO HABRÁ DEVOLUCIONES EN PIEZAS CON EVIDENCIA DE QUE HAN SIDO INSTALADAS.

NO HAY NINGÚN TIPO DE DEVOLUCIÓN EN ÓRDENES ESPECIALES O PIEZAS ELÉCTRICAS.

HABRÁ UN CARGO DE 20% DE MANEJO EN TODA DEVOLUCIÓN.

LA GARANTIA OFRECIDA EN LOS PRODUCTOS VENDIDOS ES ESTRICTAMENTE
AQUELLA OFRECIDA POR EL MANUFACTURERO

RECLAMOS DEBE SER ACOMPAÑADO DE ESTA FACTURA.

PARA DEVOLUCIONES LLEGO DE 7 DIAS DE LA FECHA DE COMPRA

NORMA DE DEVOLUCIÓN:

EMPAQUE Y PIEZA EN PERFECTAS CONDICIONES
EL ORIGINAL INTACTO (BLANCO Y ROJO), FACTURA ORIGINAL

PIEZAS LEXUS O SCON NO TIENEN DEVOLUCIÓN
PIEZAS MENORES DE $15 NO TIENEN DEVOLUCION
TIENE 30 DIAS PARA RECOGIDO DE PIEZA

RESPONSABILIDAD DEL CLIENTE VERIFICAR MERCANCIA ANTES DE SALIR DE NUESTRO DEALER

| | | |
|---|---|---|
| SUBTOTAL | | 67.20 |
| TAX | | 7.74 |
| FREIGHT | PAY THIS AMOUNT | 0.00 |
| | | 74.94 |

:06:44   CUSTOMER COPY

NET501

PAGE 1 OF 1



PUPA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | HOST |
|------|------|------|
| Mar 29,17 | 15:38:10 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000175 | 87880010 | 8788103700001 |

**PREPAID CASH**

PP NUMBER.
PEAJE            627607040714136

AUTH. CODE: 9WNYAF        INVOICE: 021792

TRACE :003991

TOTAL :       $       20.00

SIGNATURE: X_____

APPROVED
18.05

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
**Tel. (787) 724-5670**

07380

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |
|---|

FECHA _03-30_ 20 _11_

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| ✓ LAVADO | 20.00 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    **TOTAL** 20.00

*Raúl (Ford Edge)*

**BIENVENIDO PUMA**
**PUERTO NUEVO NORTE**
(787) 782-0221

55.979

| Descr. | qty | amount |
|--------|-----|--------|
| REG CA #05 | 32.414L | 20.00 |
| | @ 0.617/ L | |
| Prepay Fuel | | -20.00 |
| Sub Total | | 0.00 |
| STATE | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 0.00 |
| ATH $ | | 0.00 |

**GRACIAS VUELVA**
**PRONTO**
REG# 0001 CSH# 009 DR# 01   TRAN# 15227
03/24/17  19:42:00          ST# TX227

---

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

07661

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 03/11/2017

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☐   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | 20 00 |
| QTOS. DE ACEITE | | |
| FILTRO | LT. 30.91 | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | Cash | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20 00

---

*Raúl (Ford Edge)*
55.250.0

**EXCEL GASOLINE**
**AND FOOD MART**
CARR 9939 INT 30 SALIDA 19
LAS PIEDRAS,PR

| Descr. | qty | amount |
|--------|-----|--------|
| REG CA #04 | 48.618L | 30.00 |
| | @ 0.617/ L | |
| Prepay Fuel | | -40.00 |
| Sub Total | | -10.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| TOTAL | | -10.00 |
| CASH $ | | -10.00 |

**THANKS, COME AGAIN**
REG# 0002 CSH# 005 DR# 01   TRAN# 27617
03/20/17  19:24:46          ST# IN007

---

*Raúl (Ford Edge)*   55.27L

TO GO STORES
GURABO
VP13007411001
Gurabo

PR

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
|-------------|-----|--------|
| REG CA #04 | 41.182G | 25.00 |
| SELF @ 0.607/ L | | |
| Subtotal | | 25.00 |
| Tax | | 0.00 |
| **TOTAL** | | **25.00** |
| CASH $ | | 25.00 |

**GRACIAS,**
**Vuelva Pronto**
ST# 00012 TILL XXXX DR# 1 TRAN# 9045097
CSH: 0              03/23/17 09:00:30

33,497—*Fuel Edge Raul*

```
        FABR PETROLEUM
         787 296-4901

Descr.          qty      amount
--------        ----     ------
Prepay CA#07
                          45.00

           Sub Total      45.00
           ESTATAL         0.00
              MUN          0.00
      TOTAL            45.00
           CASH  $        45.00
   THANKS, COME  AGAIN
  REG# 0001 CSH# 007 DR# 00  TRAN# 14406
  03/17/17  15:03:07        ST# AB123
```

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

```
        BIENVENIDOS A
           ECOMAXX

Descr.          qty      amount
--------        ----     ------
REG  CA #07  32.348L     20.00
             @ 0.607/ L
     Prepay Fuel         -20.00

          Sub Total       0.00
              IGV          0.00
      TOTAL            0.00
           CASH  $         0.00
   THANKS, COME  AGAIN
  REG# 0001 CSH# 007 DR# 00  TRAN# 12405
  03/15/17  14:15:04        ST# AB123
```

```
        BIENVENIDOS
           PUMA

Descr.          qty      amount
--------        ----     ------
REG   CR #07  40.526L    25.00
             @ 0.617/ L

          Sub Total      25.00
           ESTATAL        0.00
          MUNICIPAL       0.00
      TOTAL           25.00
           CASH  $       40.00
         Change  $      -15.00
   THANKS, COME  AGAIN


  REG# 0001 CSH# 003 DR# 01  TRAN# 14548
  03/20/17  21:14:37        ST# P355
```

```
        WELCOME  TO
         OUR STORE

Descr.          qty      amount
--------        ----     ------
Prepay CA#08
                         30.00

          Sub Total      30.00
           ESTATAL        0.00
          MUNICIPAL       0.00
      TOTAL           30.00
           CASH  $       40.00
         Change  $      -10.00
   THANKS, COME  AGAIN
  REG# 0001 CSH# 004 DR# 01  TRAN# 11312
  03/16/17  21:07:38        ST# AB123
```

Raul (Ford Edge)
55,132.5

```
          PUMA
MUNOZ RIVERA S/S
   560 PDA.35 HATO REY
        767 758 3417

Descr.          qty        amount
-------         ---        ------
REG  CA #01    62.794L       40.00
               @ 0.637/ L
   Prepay Fuel              -40.00
                           --------
        Sub Total            0.00
          ESTATAL            0.00
         MUNICIPAL           0.00
     TOTAL                   0.00
              CASH $         0.00
    Gracias por comprar en
          PUMA
REG# 0001 CSH# 004 DR# 01  TRAN# 17432
02/28/17  14:59:09          ST# TX230
```

```
        BIENVENIDOS A
   FOOD & GAS S.STA.

Descr.          qty        amount
-----           ---        ------
REG   CA #2    15.709L      10.00
               @ 0.637/
                Sub Total   10.00

    TOTAL         10.00

  THANKS,COME AGAIN
       GRACIAS
     VUELVA PRONTO
REG# 0001 CSH# 006 DR# 01  TRAN# 1431
03/10/17  18:01:07          ST# AX02
```

```
  BARTOLO GAS STATION
      CARR 1 KM 70.4
    BO TORTUGO GUAYNABO
        787 272 9495

Descr.          qty        amount
-----           ---        ------
REG  CA #05    31.404L      20.00
               @ 0.637/ L
   Prepay Fuel             -40.00
                          ----------
        Sub Total          20.00
         STATETAX           0.00
          CITYTAX           0.00
    TOTAL        -20.00
              CASH $       10.00
        Y #129642
  THANKS,COME AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 12090
03/11/17  11:23:02          ST# AR121
```

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

07368

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |

FECHA ____ 03/11 20 17

SR. ____

DIRECCION ____

TAB. NÚM. ____     CASH ☐   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 00 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ ____     **TOTAL** | 20 00 | |



BIG KMART STORE 7783
TRES MONJITA PARK
HATO REY, PR 00918
(787)282-2280

**** SHOPYOURWAY ****
**** Members Save More ****

CASHIER: FRANSHESKA
GENERAL MERCHANDISE
C1524730200    HW CASH BOX      20.49 T

        SUBTOTAL          20.49
        SUT STATE          2.15
        SUT LOCAL           .21
  **** TOTAL             22.85
        Cash             40.00
        CHANGE           17.15

TOTAL NUMBER OF ITEMS = 1

0QE YBJ CMF 00Q 3XY 9DV

RECEIPT# 07783 032417 004 56077

03/24/17 10:38 AM 7783 04 5607 0112

# Office DEPOT
# OfficeMax

OfficeMax Store 6667
525 Juan Calaf Street
Hato Rey, PR 00918
(787) 294-0300

03/03/2017   16.9.2      1:50 PM
STR 6667   REG 2   TRN 701   EMP 318703
----------------------------------------

SALE

| Product ID | Description | Total |
|---|---|---|
| 172938 | AC1200 WL DUAL | 39.99 SS |

| | | |
|---|---|---|
| Subtotal: | | 39.99 |
| PR City Tax | 1% | 0.40 |
| PR State Tax | 10.5% | 4.20 |
| Total: | | 44.59 |
| Cash: | | 60.00 |
| CHANGE: | | (15.41) |

*************************************

CONTROL: FVKC1-OKC49
OD
JOSUE LOPEZ 5555959872
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
status.
    Shop online at www.officedepot.com

*************************************
        WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
$10 off your next qualifying
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
    household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below:
        14V6 WEY1 OCXD
*************************************

        2PVT33UPA4QYYEM4W

---

WENDY'S SANTURCE #68
SANTURCE, P.R. 00917
787-792-2001 AT 7068

*****STORE #06910*****

HOST: JULIE                    03/21/2017
ORDER #251                      6:50 PM
                                 20:52
AREA: TEAM2

| | |
|---|---|
| CHB WRAPS | 1.99 |
| SPICY GO WRAP | |
| RANCH SAUCE | |
| SMALL | 1.99 |
| FRIES SMALL | |
| 16 OZ COKE | |

RECIBE UN FROSTY DE 10 OZ. GRATIS EN TU
PROXIMA VISITA CONTANDONOS TU
EXPERIENCIA DE HOY ENTRANDO A
MYWENDYSFEEDBACKPR.COM
UTILIZA EL STORE NUMBER QUE ESTA ARRIBA
LUEGO, ANOTA EL NUMERO QUE TE DA EL
SISTEMA:___ _____

| | |
|---|---|
| SUBTOTAL | 3.98 |
| MUNICIPAL TAX | 0.04 |
| STATE 10.5% | 0.42 |
| TO GO TOTAL | 4.44 |
| CASH | 5.00 |
| CHANGE | 0.56 |

GRACIAS POR TU VISITA - VUELVA PRONTO

--- CHECK CLOSED ---

CONTROL: PFGKS-BJN66
YC

**PEDRO C. RIVERA / RECYCLING SOLUTIONS**
TEL 403-1657 / 793-0680
ELEMI 109 ALT. STA. MARIA GUAYNABO, P.R. 00969



**INVOICE**

| Customer NOMBRE | TC APR | | |
|---|---|---|---|
| TELEFONC | | | |

RECIBIDO 3/28/17
REPARADO
LLAMADA
ENTREGA

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Imaging Unit Lexmark MX 511 DHE | | 90 00 |
| | | SubTotal | |
| | | | |
| | | TOTAL | 90 00 |

GARANTIA 30 DIAS
NO SOMOS RESPONSABLES POR
EQUIPOS DESPUES DE 10 DIAS
DE NOTIFICAR AL CLIENTE.

627607042Y
18 850

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Toa Baja, Carril 1
Cajero: 2091
03/16/17 23:58:06

Numero de Cuenta:        ACT03579521
Cantidad de Pago:    $       10.00
Metodo de Pago:           Efectivo
Balance:            $       31.25

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 2232
03/23/17 16:50:01

Numero de Cuenta:        ACT03579521
Cantidad de Pago:    $       20.00
Metodo de Pago:           Efectivo
Balance:            $       22.60

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE          TIME              HOST
Mar 16,17     09:49:01          P.PAID
BATCH         TERMINAL ID       MERCHANT ID
000116        87880010          87881037000001

PREPAID CASH

           PP NUMBER.
PEAJE      627607040714128

AUTH. CODE: 0AGT08     INVOICE: 018718
                       TRACE :003353

TOTAL :    $        20.00

SIGNATURE: X_____

           APPROVED
           21.70

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

           CUSTOMER COPY
        Gracias por su patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE          TIME              HOST
Mar 19,17     18:40:39          P.PAID
BATCH         TERMINAL ID       MERCHANT ID
000125        87880010          87881037000001

PREPAID CASH

           PP NUMBER.
PEAJE      627607040714136

AUTH. CODE: 0AR8N1     INVOICE: 020311
                       TRACE :003655

TOTAL :    $        15.00

SIGNATURE: X_____

           APPROVED
           29.10

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

           CUSTOMER COPY
        Gracias por su patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE          TIME              HOST
Mar 19,17     18:40:13          P.PAID
BATCH         TERMINAL ID       MERCHANT ID
000125        87880010          87881037000001

PREPAID CASH

           PP NUMBER.
PEAJE      627607040714136

AUTH. CODE: 0AR8N0     INVOICE: 020310
                       TRACE :003653

TOTAL :    $        5.00

SIGNATURE: X_____

           APPROVED
           14.10

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

           CUSTOMER COPY
        Gracias por su patro