IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | CASE NO. 12-2039 (GAG) |

## NOTICE OF COMPLIANCE

**TO THE HONORABLE COURT:**

    **NOW COMES,** the Constitutional and Legal Advisor to the TCA for the present case, who most respectfully informs as follows:

    Pursuant to the Order entered on the 6th day of April 2017, (Docket No. 500), the Undersigned hereby certifies that he has accordingly complied with the Court's Directives of notifying all interested parties.

    WHEREFORE, the Undersigned respectfully requests that the Court takes notice of the above for all relevant purposes.

    In San Juan, Puerto Rico, this 10th day of April 2017.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911

1

**Civil No. 12-2039 (GAG)**

Tel. (787) 641-8447
Fax. (787) 793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com