IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GOVERNMENT OF PUERTO RICO, et al.,**

**Defendants.**

CASE NO. 12-2039 (GAG)

### AGENDA – MAY 22, 2017 – PUERTO RICO POLICE REFORM
### SECOND PUBLIC HEARING OF 2017
### PONCE, PUERTO RICO

The Court hereby informs the parties as well as the general public of the agenda for the upcoming Public Hearing in the above-captioned case.  Because of recent changes in administration, both locally and nationally, the Court will dedicate the hearing to address matters that will potentially or certainly impact the Police Reform Agreement, as well as the Court's continued supervision during the capacity building period.

The hearing shall commence at 9:00 AM and conclude by 1:15 PM, with a fifteen-minute break.[1]  The proceeding will be conducted in English.  Accordingly, any deponent from the Puerto Rico Government who will address the Court in Spanish must be accompanied by a certified court interpreter, to be covered by the local government.

All deponents, with the exception of the Technical Compliance Advisor (TCA), must submit written statements in English via CM/ECF to be filed with the Court in restricted mode on

---

[1] If necessary, the Court advises the parties that it will reconvene at 9:00 AM on May 25, 2017.

or before Friday, May 19, 2017 at noon.  At the hearing, the Court will remove the restriction from said documents.[2]

The schedule of deponents and matters to be addressed is as follows[3]:

    9:00 AM – 9:20 AM    **William Ramírez, Esq.**
                                                 Director, ACLU Puerto Rico, *amicus* party

1. ACLU's position regarding the impact of Act No. 20 of April 10, 2017.
2. ACLU's position regarding Attorney General Session's views about federal police reform consent decrees.
3. ACLU's position regarding the capacity building stage

    9:20 AM – 9:40 AM    **Georgina Candal, Esq.**
                                                 President, Puerto Rico Civil Rights Commission

1. Puerto Rico Civil Rights Commission's position regarding the impact of Act No. 20-2017, of April 10, 2017.
2. Puerto Rico Civil Rights Commission's position regarding Attorney General Session's views about federal police reform consent decrees.
3. Puerto Rico Civil Rights Commission's position regarding the capacity building stage.

    9:40 AM – 10:20 AM    **Luis Saucedo, Esq.**
                                                 United States Department of Justice

1. Position of the United States Department of Justice regarding Act 20, and impact on the Police Reform Agreement
2. Discuss Attorney General Session's position regarding police reform consent decrees, and in particular, inform whether the United States Department of Justice contemplates any request to modify the Agreement herein.
3. The view of the United States Department of Justice as to the Puerto Rico Police Department's compliance in the capacity building stage.
4. Any other concerns or issues.

---

[2] This includes all deponents from the Puerto Rico and federal governments, as well as the ACLU.  The Puerto Rico Civil Rights Commission will provide its statement to the TCA's Constitutional Counsel Mr. Alfredo Castellanos by the due date above.  Upon filing, the parties and ACLU will have access to all filings.  Attorney Castellanos will likewise provide the same to the Civil Rights Commission and vice versa.

[3] This schedule may be amended by the Court prior to the Public Hearing.

| | | |
|---|---|---|
| 10:20 AM – 11:00 AM | | **Hon. Wanda Vázquez Garced, Esq.** |
| | | Attorney General of Puerto Rico |

1. Position of the Puerto Rico Department of Justice regarding Act 20, and impact on the Police Reform Agreement.
2. Position of the Puerto Rico Department of Justice as to the contemplated or possible proposed amendments to the Agreement by either Puerto Rico and/or the United States Department of Justice.
3. Assessment of the Puerto Rico Department of Justice as to compliance with the Agreement in the capacity building stage.
4. Assessment of the Attorney General as to where the PRPD is headed this year vis-à-vis the Police Reform Agreement.
5. Any other concerns or issues.

11:00 AM – 11:15 AM         SHORT BREAK

11:15 AM – 11:45 AM         **Alfonso Orona, Esq.**
                             Governor of Puerto Rico's Personal Representative

1. Position of the Governor regarding Act 20, and impact on the Police Reform Agreement.
2. Position of the Governor as to the contemplated or possible proposed amendments to the Agreement by either Puerto Rico and/or the United States Department of Justice.
3. If the Governor will seek to modify the Police Reform Agreement, the nature and extent of the possible changes.
4. Assessment of the Governor as to compliance with the Agreement in the capacity building stage.
5. Assessment of the Governor as to where the PRPD is headed in light of the agreement.
6. Any other concerns or issues.

11:45 AM – 12:15 PM         **Hon. Michelle Hernandez de Fraley**
                             Police Superintendent, PRPD[4]

1. Superintendent's assessment of the PRPD's current compliance with the capacity building period, and outlook moving forward. This includes discussion of updates on current achievements and challenges in the year ahead.

---

[4] Superintendent Fraley shall be accompanied by Coronel Clementina Vega, and any other Reform staff she may deem necessary.

2. Steps PRPD is taking regarding Act 20, and to continue complying with the Police Reform Agreement.

12:15 PM – 12:45 PM        **Alfredo Castellanos, Esq.**
                           Constitutional Counsel to the TCA

1. Legal analysis of Act 20, and areas of impact and concern for compliance with the Police Reform Agreement.
2. Recommendations to comply with Reform following passage of Act 20.
3. Impact on Reform of any proposed modifications to the Agreement, following nearly three years of the capacity building stage, and upcoming monitoring period.
4. Comments in response to any deponent presentations.

12:45 PM – 1:15 PM         **Col. Arnaldo Claudio (ret.)**
                           Technical Compliance Advisor (TCA Monitor)

1. TCA's assessment of the Government of Puerto Rico's current compliance with the Police Reform Agreement.
2. TCA's view of the achievements and challenges facing the PRPD in the years ahead.
3. Report of the TCA's activities since the last Public Hearing.
4. Closing remarks.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of April 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge