UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff; v. COMMONWEALTH OF PUERTO RICO, ET AL., Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

TO THE HONORABLE COURT,

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for March 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $1,950.00 | April 17th, 2017 to April 18th, 2017 |
| Rafael E. Ruíz | $6,500.00 | April 17th, 2017 to April 21st, 2017 |
| Marcos Soler | $3,900.00 | April 20th, 2017 to April 23rd, 2017 |
| John J. Romero | $6,500.00 | April 17th, 2017 to April 21st, 2017 |
| Alan Youngs | $6,500.00 | April 17th, 2017 to April 21st, 2017 |
| Scott Cragg | $4,750.00 | April 25th, 2017 to April 28th, 2017 |
| Alejandro Del Carmen | $3,250.00 | April 17th, 2017 to April 19th, 2017 |
| | Subtotal | $33,350.00 |
| **Telework** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $7,050.00 | April 2017 |
| Rafael E. Ruíz | $2,600.00 | April 2017 |
| Marcos Soler | $5,200.00 | April 2017 |
| John J. Romero | $2,600.00 | April 2017 |
| Alan Youngs | $2,600.00 | April 2017 |
| Scott Cragg | $4,350.00 | April 2017 |
| Alejandro Del Carmen | $5,825.00 | April 2017 |
| | Subtotal | $30,225.00 |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Constitutional Lawyers | | |
| Alfredo Castellanos | N/A | N/A |
| Federico Hernandez Denton | $3,968.75 | April 2017 |
| Antonio Bazán | $3,406.25 | April 2017 |
| | Subtotal | $7,375.00 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $2,560.00 | April 2017 |
| | Subtotal | $2,560.00 |
| Car Expenses | | |
| Chauffer | $900.00 | April 15th, 2017 to April 22rd, 2017 |
| Gasoline | $210.01 | April 2017 |
| Tolls | $50.00 | April 2017 |
| Car Maintenance | $300.63 | April 2017 |
| Vehicle Policy | $747.00 | 2015 Toyota Highlander |
| Vehicle Permit | $184.00 | 2015 Toyota Highlander |
| | Subtotal | $2,391.64 |
| | Total | $75,901.64 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $75,901.64, the total amount of the monthly expenses, for the month of April 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $75,901.64, the total amount of the expenses for the month of April 2017.

In San Juan, Puerto Rico, this day May 5, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.