# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:  **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **April/2017**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of March/2017; drafting electronic mails and calls for the follow-up of outstanding issues; revision of documents, organization of the material and drafting related to the TCA Six Month Report; working session in the March/2017's TCA Core Team Agenda.  (17.0 hours) | N/A | X | 1-6 April | $2,550.00 |
| Work session for the review of policies, analysis of the activities sent by members of the Core Team for the month of March / 2017 and development of the working agenda (preliminary) with the Office of the Reform, working session for the SMR, review Of General Order 800-801, preparation review of the first draft of the April / 2017 agenda, arrangements for the follow-up and processing of policy reviews, action plan issues, TCA e-mail reading, PRPD, DOJ For the follow-up of substantial matters, work related to the SMR. Working session for conclude the Agenda for its revision of the with representatives of the Office of the Reform, review of self-assessment tools presented by the Office of the Reform, revision of list of policies worked for the report of the SMR and aspects Of The Action Plans necessary for the activities of the following week, revision Work Plan for P.13 (policy). Coordination and delivery of the Policies and General Orders reviewed by the Core Team to the | N/A | X | 7 - 13/ April | $4,500.00 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Reform Office. (30.0 hours) | | | | |
| TCA Core Team Week | N/A | X | 17/April | $1,300.00 |
| TCA Core Team Week | N/A | X | 18/April | $650.00 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | | | | $1,950.00 |
| TOTAL NUMBER OF BILLABLE HOURS (47.0 @ $150): | | | | $7,050.00 |
| TOTAL TO BE BILLED: | | | | $9,000.00 |
| TOTAL HOURS WORKED "PRO BONO": 00.00 HOURS | | | | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
April 27, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

# 2017-03

DATE: 4/30/17

**TO:**

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**

Services on: April 1st - April 30th

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Monday April 17th- TCA Office meetings; PRPD HQ meet with Traffic Bureau | | $ 1,300/day | $1,300.00 |
| Tuesday, April 18th- Meet with DOT, and PRPD HQ with Traffic Bureau | | $ 1,300/day | $1,300.00 |
| Wednesday, April 19th- PRPD Reform CIC Manual Discussion; TCA Office | | $ 1,300/day | $1,300.00 |
| Thursday, April 20th – Site Visit to Bayamon/Buchanan Traffic Bureau | | $ 1,300/day | $1,300.00 |
| Friday, April 21st- TCA Office meetings and report writing as per TCA | | $1,300/day | $1,300.00 |
| April 1st thru April 30, 2017: | | | |
| CIC (Criminal Invest Ctr) Manual                              3 hrs. | | | |
| Prepare report and analysis for CIC Manual                   2 hrs. | | | |
| DOT General Order Annual Review                              4 hrs. | | | |
| Prepare report/analysis for DOT Annual review                3 hrs. | | | |
| Adm Order Intervenciones Vehiculares (M/V Stops, Pursuits) 4 hrs. | | | |
| Prep report/analysis for Intervenciones Vehiculares          2 hrs. | | | |
| . | | | |
| TOTAL HOURS WORKED                                18 hrs. | | | |
| TOTAL HOURS BILLED | 17.33 | $150/hr. | $2,600.00 |
| TOTAL BILLED | | | $9,100.00 |

Rafael E. Ruiz                                   Date: 04/30/2017

ok ef. 5/5/2017

# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCAPRCT@GMAIL.COM

A:  **TCAPR, LLC**
    #268 Muñoz Rivera
    Suite 1001, World Plaza
    San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (TCA Core Team) during the month of April 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York: Review of legal memoranda and materials related to DPS, correspondence with TCA, (10.0 hours) | X | N/A | Saturday-Sunday, April 1-2, 2017 | (10 hours @ $150 = $1,500) |
| Work from New York: Conference call, review of materials (2.0 hours) | X | N/A | Monday-Tuesday, April 3-5, 2017 | (3 hours @ $150 = $450) |
| Work from New York: Review of policies: DV, NIBRS, Transgender, CIC (11.0 hours) | X | N/A | Saturday-Sunday, April 7-8, 2017 | (11 hours @ $150 = $1,650) |
| Work from New York: Review of prep documents for core team week, review of memoranda with TCA, (6.0 billable hours and 4.0 non-billable hours) | X | N/A | Saturday-Sunday, April 15-16, 2017 | (6 hours @ $150 = $900) |
| Work from Puerto Rico: TCA agenda, meetings, review of team memoranda, action plans, work on documents for semi-annual report (32 billable hours; 8.0 non-billable hours for Sunday April 23) | N/A | X | Thursday-Sunday, April 20-23 | (1,300 @ 3 days = $3,900) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City:  Review of materials for semi-annual report, review of new polies, assign tasks to core team (5.0 billable hours and 9.0 non-billable hours) | X | N/A | Saturday-Sunday, April 29-30, 2017 | (5 hours @ $150 = $750) |
| TOTAL HOURS WORKED: 84.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 days, 32 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | | | | $5,250 |
| TOTAL TO BE BILLED: | | | | $9,100 |

INVOICE PRESENTED BY:


____*Marcos Soler*_____
MARCOS F. SOLER
TCA Core Team
April 30, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.



_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

April 30, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 035
FOR PROFESSIONAL SERVICES RENDERED APRIL 2017


Monday, April 17, 2017        TCA Office re: meetings
                              PRPD Headquarters re: meetings

Tuesday, April 18, 2017       PRPD Headquarters re: meetings


Wednesday, April 19, 2017 PRPD Headquarters re: meetings


Thursday, April 20, 2017      Site Visit Arecibo Area (Transit)


Friday, April 21, 2017        TCA Office re: meetings




**5 DAYS (DAY RATE $1,300) = $6500**


April 1-30        Reviewed PRPD's Final Draft on General Order, Chapter 100, Section
                  117, Reorganization of the Division of Special Weapons and Tactics
                  (SWAT) 2.5 hrs.
                  Prepared comments on the above 1.5 hrs.
                  Reviewed PRPD's General Order Chapter 600, Section 623
                  Police Pursuits (Annual Review) 2 hrs.
                  Prepared comments on the above. 1.5 hrs.
                  Reviewed PRPD's CIC Manual Nine 1.5hrs.
                  Prepared written comments on the above 2 hrs.
                  Reviewed PRPD's CIC Manual Chapter Eleven 2 hrs.
                  Prepared written comments on the above 2.5 hrs.

Reviewed PRPD's CIC Manual Chapter Twelve 2 hrs.
Prepared comments on the above 2 hrs.
Researched/studied Highway/Traffic Bureaus in police organizations
throughout the United States in preparations for review of PRPD's
Traffic Bureau 3 hrs.
Conferred with Core Team on the above issue via conference calls/
 emails 2 hrs.


**TOTAL HOURS:  24 HOURS  30 MINUTES.**


**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =     7 HOURS    10 MINUTES**

**TOTAL: $9100**

5/5/2017

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

April 30, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED APRIL 2017

| | |
|---|---|
| Monday, Apr 17, 2017 | TCA Office re: meetings |
| | PRPD Headquarters re: meetings |
| Tuesday, Apr 18, 2017 | Police Headquarters re: meetings |
| Wednesday, Apr 19, 2017 | Police Headquarters re: meetings |
| Thursday, Apr 20, 2017 | Site Visit Arecibo Area (Transit) |
| Friday, Apr 21, 2017 | TCA Office re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

Apr 1-30    Reviewed PRPD's policy on recruitment, selection, and hiring of Cadets
2 hours
Prepared comments on the above – 1.5 hours

Reviewed PRPD's General Order on Management and Control of Crowds
3 hours
Prepared comments on the above - 2 hours

Reviewed PRPD's CIC Manual, Chapter Two – 1.5 hours
Prepared comments on the above - 2 hours

Reviewed PRPD's CIC Manual, Chapter Three – 2 hours
Prepared comments on the above – 2.5 hours

Reviewed PRPD's CIC Manual, Chapter Twelve – 2 hours

Researched/studied Highway/Traffic Bureaus in police organizations throughout the United States in preparation for review of PRPD's Traffic Bureau – 3 hours
Conferred with Core Team on the above issue via conference calls/emails 2 hours
Prepared questions for PRPD Traffic Bureau - 3 hours

**TOTAL HOURS:  26 HOURS  30 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =      9 HOURS    10 MINUTES**

**TOTAL: $9100**

ok ℓℓ  5/5/2017

INVOICE FOR PROFESSIONAL SERVICES; APRIL 1 – APRIL 30, 2017
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of April 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 3.625 | | 4750.00 |
| Review and comment on latest version of V2A Para, 13 Staffing Study Proposal, analyze, propose recommendations (4/3) | 1.75 | | | 262.50 |
| Review Action Plan Task Status, draft status on tables for 6 month report (4/3,7, 11, 12, 13, 19, 23, 24) | 13.75 | | | 2062.50 |
| Review AP overlap with IT with Romero, Ruiz, (4/12, 13) | 1.25 | | | 187.50 |
| Planning and communication; April agenda development, interview planning, cross-reference action items, Transit Project with Monitor and core team (4/12, 17, 22, 23) | 3.5 | | 4/1 - 30 | 525.00 |
| Translate, review, comment, recommend changes and forward CIW Use and Management Manual, review and coordinate with DoJ (4/13) | 4.25 | | | 637.50 |
| Translate, review, assess and make recommendations on PRPD Computer Mgmt and Use manual (4/14, 16, 17 | 4 | | | 600.00 |
| TCA team meeting by phone (4/17) | 0.5 | | | 75.00 |
| Review DOJ Comments to CIW policy (4/18) | 0.5 | | | 75.00 |
| coordination with John, Al and Alex via email and telcon re; tables, traffic study and extensive training to be done by the Academy (4/22, 24) | 0.75 | | | 112.50 |
| | | | | |
| Total hours US | 30.25 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | 3.625 | | $4,750 |

| | | |
|---|---|---|
| TOTAL OF BILLABLE HOURS @ $150 | 30.25 | $4,538 |
| TOTAL EXPENSE | | $9,288 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | 1.25 | -187.50 |
| | FEE | $9,100 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team


I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

# Del Carmen Consulting, LLC

3051 Trevino, Grand Prairie, Texas. 75054

TCA PR Corporation

Date: 4/20/17
Invoice #785527

| Date | Description | Quantity | Amount | T | Total |
|------|-------------|----------|--------|---|-------|
| 4/4/17 | Reviewed content and performed research to complement review of Capitulo 1 (Querellas Criminales).<br>Start Time: 9:30 AM<br>Stop Time: 4:15 PM | 6.7500 | 150.00 | | $1,012.50 |
| 4/5/17 | Reviewed capitulo 1 and completed review of Querillas Criminales.<br>Start Time: 10:15 AM<br>Stop Time: 4:30 PM | 6.2500 | 150.00 | | $937.50 |
| 4/7/17 | Began process of reviewing Junta de Evaluaciones Especializadas and reviewed research.<br>Start Time: 10:30 AM<br>Stop Time: 4:15 PM | 5.7500 | 150.00 | | $862.50 |
| 4/9/17 | Reviewed junta de Evaluacion de las Divisiones Especializadas and referenced research.<br>Start Time: 2:30 PM<br>Stop Time: 9:30 PM | 7.0000 | 150.00 | | $1,050.00 |
| 4/10/17 | Completed review of Junta de Evaluacion de Divisiones Especialzadas.  Reviewed research and provided comments.<br>Start Time: 7:30 AM<br>Stop Time: 3:15 PM | 7.7500 | 150.00 | | $1,162.50 |
| 4/17/17 | Day 1 in Puerto Rico.  Spent the afternoon on matters related to the policy review process. Further, met with team members to discuss study on traffic unit.  Prepared for items on the agenda for the next few days.<br>Start Time: 2:00 PM<br>Stop Time: 6:00 PM | 4.0000 | 162.50 | | $650.00 |
| 4/18/17 | Day 2 in Puerto Rico. Participated in meeting at the PRPD headquarters. Conducted interview sessions on budgets, acquisition of supplies, and contracts.<br>Start Time: 9:00 AM<br>Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 4/19/17 | Day 3 in Puerto Rico.  Met with attorneys from PRPD to discuss my review of policy on querillas criminales.  Discussed also policy on assignment of specialized personnel. Worked on report on specialized unit assignments.<br>Start Time: 9:00 AM<br>Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 4/21/17 | Started draft of traffic unit report.<br>Start Time: 12:00 PM<br>Stop Time: 5:30 PM | 5.5000 | 150.00 | | $825.00 |

| | Subtotal: | $9,100.00 |
|---|-----------|-----------|
| | **Invoice Amount:** | **$9,100.00** |

Page 1

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

April 5, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

### Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| 4-03-2017 | Reading and analysis of PC 741 creating the Department of Public Security. | 3 |
| 4-03-2017 | Meeting with Attorney Bazán to analyze the new law creating the Department of Public Security | 5 |
| 4-05-2017 | Revision of Comments for the TCA concerning the Bill creating the Department of Public Security. | 4 |
| 4-05-2017 | Meeting at TCA's Office with Attorneys Bazán and Baralt and Eric Guzmán to prepare memorandum with analysis of bill creating the Department of Public Security | 5.75 |
| 4-06-2017 | Final revision of Memorandum analyzing the bill to restructure the security agencies and create a Department of Public Security. | 2. 5 |
| 4-07-2017 | Meeting with TCA to discuss memorandum about the Department of Public Secretary | 1 |
| 4-16-2017 | Analysis of General Order regulating the transfers in PRPD and preparation of memorandum. | 3 |
| 4-19-2017 | Meeting with TCA | 2 |
| 4-19-2017 | Meeting with TCA and Antonio Bazán Public Hearing of May. | 2 |
| 4-24-2017 | Meeting with Atorney Bazán to plan TCA's presentation of TCA in the public hearing of May 22. | 2 |
| 4-26-2017 | Conference with TCA, M. Soler and Bazán regarding GRUPOCORPO's letter to Governor. | 1.5 |

| TOTAL BILLED HOURS: | 31.75 |
| --- | --- |
| **TOTAL:** | $3, 968.75 |

ok lf.  5/5/2017

_____
Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

## Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone Nos.* (787) 764-7684 (Office)
(787) 772-3572 (Fax)

April 28, 2017

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-04**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of April, 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 4/03/2017 | **4.5 hrs.** 1:30 to 6:00 pm | Meeting at TCA's Office with Constitutional Counsel Hernandez Denton and Guillermo Baralt. Attorney/Client Privilege Matter |
| 4/03/2017 to 4/04/2017 | **2.5 hrs.** 11:30 pm to 2:00 am. | Redaction of document/privilege matter (Workhorse) |
| 4/05/2017 | **.5 hr.** 11:30 am to 12:00 Noon | Review, Advice and Comments to Annual Review of Police Pursuits and Redline on SWAT |
| 4/05/2017 | **4.5 hrs.** 1:30 to 6:00 pm | Meeting at TCA's Office with Constitutional Counsel Hernandez Denton and Guillermo Baralt Attorney/Client Privilege Matter |
| 4/06/2017 | **1.5 hrs.** 5:30 to 7:00 pm | Review, Advice and Comments of CIC-9, CIC-11 & CIC-12 |
| 4/11/2017 | **.5 hr.** 11:00 to 11:30 pm | Review, Advice and Comments of DOT (Ruiz) |
| 4/12/2017 | **.5 hr.** 6:30 to 7:00 pm | Review, Advice and Comments of Chapter 1 (Del Carmen) |
| 4/14/2017 | **.5 hr.** 11:00 to 11:30 am | Review, Advice and Comments of CIC Operational Manual Chapters 2 & 3, GO on Management of Crowd Control & Redline GO Recruitment (Young) |
| 4/15/2017 | **1.75 hrs.** 12:00 N to 1:45 pm | Review, Advice and Comments of CIC Manual Chapters 4 & 7 (Ruiz) and Board of Evaluation for Specialized Divisions (Del Carmen) |

**Page 1 of 2**

| 4/17/2017 | **1.5 hrs**. 1:30 to 3:00 pm | Meeting at PRPD Headquarters-Presentation of Power Point |
|-----------|------------------------------|---------------------------------------------------------|
| 4/18/2017 | **2.5 hrs**. 1:30 to 4:00 pm | Meeting at PRPD-Contract Procedures-Legal Office-Interviews |
| 4/19/2017 | **2:00 hrs**. 9:00 to 11:00 am | Meeting at PRPD – PRPD Reform Attorneys and USDOJ-Property Crimes and CIC Manual |
| 4/20/2017 | **3.5 hrs**. 9:00 am to 12:30 pm | Visit to three units of PRPD highway and expressway patrol in Arecibo. Interviews conducted |
| 4/21/2017 | **1:0 hrs**. 2:00 to 3:00 pm | PRPD Headquarters-Paragraph 253 |
| 4/28/2017 | **27.5 hrs**. Total hrs. billed | 27.25 hrs. x $125.00= $3,406.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

# LEGAL FEES AND PROFESSIONAL SERVICES INVOICE
## FOR THE PERIOD ENDING ON 04/27/2017

From: Guillermo A. Baralt Miró, Esq.        To:    TCA Corp.
2070 Calle 1 Apdo. 215B                            268 Muñoz Rivera,
Guaynabo, Puerto Rico 00966                        World Plaza, Suite 1001
guillermobaralt@outlook.com                        San Juan, PR 00961
(787)236-0645

DATE: April 27, 2017

| Date | Hours | Service Rendered |
|------|-------|------------------|
| 4/5/2017 | 1:00AM – 6:00PM | Upon the TCA's request, met with TCA's staff attorneys and the TCA Exec. Director to discuss bill creating "Departamento de Seguridad Pública." |
| | 7:00AM – 11:00PM | Worked on draft of the DSP Document. |
| | (9) | |
| 4/6/2017 | 6:00AM – 9:00PM (3) | Worked on last version of the TCA's Analysis on DSP Bill. |
| 4/7/2017 | 9:00AM – 1:00PM | Began Drafting the TCA's Review of the Redline Version of Chapter X, CIC. Manual |
| | 2:00PM – 6:00PM | Additional Research Regarding Applicable Jurisprudence regarding Evidence in our Jurisdictions for purpose of emphasizing importance of previous TCA Recommendation. |
| | (8) | |
| 4/8/2017 | 10:00AM – 2:00PM | Began a line by line reading of the redline version of the document with the previous version to see which recommendation, if any, were adopted. |
| | 3:00PM – 5:00PM (6) | Finished initial draft on the TCA's review of Redline Version of Chapter X. |
| 4/10/2017 | 9:00AM – 12:00PM | Consulted with TCA's staff on course of action to take for recommendation on "Redline" version of Chapter X. |
| | 2:00PM – 6:00PM (7) | Wrote additional recommendations to the TCA's Review of Chapter X of the CIC Manual. |
| 4/11/2017 | 9:00AM – 1:00PM | Researched Laws governing Traffic and Motor Vehicles in Puerto Rico, and corresponding Manuals and Procedures for PRPD's traffic unit. This included material from other Local Agencies. |
| | 2:00PM – 6:00PM | Began drafting a Set of guidelines for the TCA's survey for Technical Assistance on the Traffic Bureau. |
| | (8) | |
| 4/12/2017 | 12:30PM – 6:30PM (6) | Produced around 40 items or criteria of things to be examined for the visits to be carried out on the TCA's Core Team visit. |
| 4/17/2017 | 9:00AM – 1:00PM | TCA's Core Team Week. Opening meeting. Organized all material for the Traffic Audit. Met with members to discuss all the areas to be surveyed. Methodology for Survey was developed. |
| | 1:00PM – 3:00PM | Met with the Traffic Unit at PRPD's Headquarter for formal introductions, presentation on the division, and preparation for onsite surveys. |
| | 3:00PM – 6:00PM | Met with Core Team to finalize discussion on methodology of TCA's onsite review. |
| | (9) | |

# LEGAL FEES AND PROFESSIONAL SERVICES INVOICE
## FOR THE PERIOD ENDING ON 04/27/2017

| 4/18/2017 | 9:00PM - 12:00PM | Met with Capt. Rivera of the Traffic Unit to discuss budget allocation and acquisition. |
|---|---|---|
| | 1:00PM - 6:00PM (9) | During the afternoon, met with Capt. Rivera of the Traffic Unit to have a discussion on the distribution of Human Resources through the unit. |
| 4/19/2017 | 10:00AM - 6:00PM (8) | Discussed the "Redline" Version of the TCA's Review on Chapter X. Met with Dr. Del Carmen and Col. Claudio, TCA, created the outline structure of the report to be written according to the required exercises. |
| 4/20/2017 | 8:30AM - 12:00PM | Onsite Visit Bayamón Norte Patrullas de Carretera & División de Alcohol, Radar y Fotómetro |
| | 1:00PM - 5:30PM (8) | Onsite Visit Highway 22 Division (Buchanan) Compiled all necessary information for purpose of Report Writing and made list of subject areas to include in report/recommendations. |
| 4/21/2017 | 9:00AM - 12:00PM | Met with Commander Santiago to correlate information produced throughout all onsite surveys. Met with Reform Office Staff to discuss outstanding Policies. |
| | 1:00PM - 6:00PM (8) | Met with TCA's Core Team. 253 Meeting. |
| 4/22/2017 | 10:00AM - 3:00PM | Worked on additional research for Report on TCA's Technical Assessment Traffic Unit. |
| | 5:00 PM - 7:00 PM (7) | Began Writing Report on Assessment and Recommendations for the Traffic Bureau. - General Overview Section |
| 4/23/2017 | 10:30AM - 2:30PM | (cont.) Report on Assessment and Recommendations for the Traffic Bureau - Background / Introduction |
| | 4:00PM - 6:00PM | Began Section on Assessment of all areas that fell within the Scope of the Review. |
| | 8:00PM - 10:00PM (8) | |
| 4/24/2017 | 12:00AM - 4:00PM 6:00PM - 10:00PM (8) | (cont.) Assessment Section for the Traffic Bureau |
| 4/25/2017 | 9:00AM - 12:00PM | (cont.) Assessment Section |
| | 2:00PM - 8:00PM (9) | Finalized Assesment Section. Began General Recommendations all areas. |
| 4/26/2017 | 9:00AM - 12:00PM | (cont.) General Recommendations all areas. |
| | 1:00PM - 4:00PM | |
| | 6:00PM - 7:00PM (7) | |
| Total | 128 | |
| Rate Per Hour ($) | 20.00 | |
| Total: | 2.560 | |

# LEGAL FEES AND PROFESSIONAL SERVICES INVOICE
## FOR THE PERIOD ENDING ON 04/27/2017

_____                          April 27, 2017
Guillermo A. Baralt Miró, Esq.                           Date

*This invoice for services commissioned by T.C.A. Corp. and rendered by attorney Guillermo A. Baralt Miró contains information that is privileged, and, unless waiver provided, T.C.A. Corp reserves all rights to publish or otherwise disseminate the content of the work produced. T.C.A. Corp reserves any other rights regarding the confidentiality of this information, to the extend allowed by State and Federal statutes.

# INVOICE 0122

4/20/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during the week of Apr 15-Apr 22, 2017 to TCA Core Team, which includes the following: | 900.00 |
|   - Transportation from and to airport/hotels | |
|   - Transportation services to municipalities | |
|    (TCA Office, and Headquarters in Hato Rey, Arecibo) | |
| Total Hours Worked: 85 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OIS ___ 5/5/2017

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

Raul Jes VP
pale 56,112

## Eureka Gas Station

0000
Las Piedras,PR 0000
0000
0

Date: 4/15/2017 6:11 PM
Cashier: marylyz j rosa
Trans No. 61475
Batch No. 316
Qty   UPC/PLU   Description

Regular [3]
39.894        $0.627        $25.01

Subtotal:        $25.01
Impuesto:        $0.00


Total:        $25.01
Tendered:        $25.01
Change:        $0.00
Recibo

WELCOME TO
OUR STORE

| | Qty | Amount |
|---|---|---|
| Prepay CA#04 | | 40.00 |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REC# 0001 CSH# 004 DR# 01  TRAN# 1980?
04-24-17  22:41:10              ST# AB121

## Eureka Gas Station

0000
Las Piedras,PR 0000
0000
0

Date: 4/21/2017 5:11 AM
Cashier: Jesenia Delgado
Trans No. 65686
Batch No. 338
Qty   UPC/PLU   Description

Regular [5]
7.974        $0.627        $5.00

Subtotal:        $5.00
Impuesto:        $0.00


Total:        $5.00
Tendered:        $20.00
Change:        $15.00
Recibo

TO GO STORES
GURABO
VPI3007411001
Gurabo

PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST#  00012 TILL XXXX DR# 1 TRAN# 1026008
CSH: 9                    04/07/17 15:19:59

*Ford Edge*
*Raul*

56,486.

*(Raul (Ford Edge))*

56,607.8

*Ford*
*Raul*  56,374.8

# Eureka Gas Station

0000
Las Piedras, PR 0000
0000

Date: 4/22/2017 11:04:54 AM
Cashier: sujeiry
Trans No. 66873
Batch No. 343
Qty  UPC/PLU   Description

Regular [5]                        $25 00
9.872            $0.627

Subtotal:        $25.00
Impuesto:        $0.00


Total:           $25.00
Tendered:        $25.00
Change:          $0.00
recibo

PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #05 | | 20.00 |

```
                    Subtotal     20.00
                         Tax      0.00
    TOTAL               20.00
                 CASH  $  20.00
```

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1028870
CSH: 9                04/20/17 17:43:53

*Pepe Ray*

**OATH**
A TODA HORA

```
PAPA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
         SAN JUAN
DATE          TIME          PDS'
APR 15-17     14:47:57      B-2416
BATCH         TERMINAL ID   MERCHANT ID
000154        37880010      37834059764501

      PREPAID CASH

              PP NUMBER.
PEPLE       6276070407141136

AUTH. CODE: 041545      INVOICE: 025603
                          TRACE  :034579

TOTAL :        $         20.00


SIGNATURE: _____

        APPROVED
         $1.55
CARDHOLDER AUTHORIZES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND  AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
        AGREEMENT WITH THE ISSUER

        CUSTOMER COPY
    Gracias por su patrocinio
```

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1913
04/16/17 02:4 :37

Numero de Cuenta:      ACT 03579521
Cantidad de Pago:       $     20.00
Metodo de Pago:     MasterCard 5849
Balance:                $     25.75

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 1848
04/16/17 09:09:55

Numero de Cuenta:      ACT03579521
Cantidad de Pago:       $     10.00
Metodo de Pago:      MasterCard 5849
Balance:                      12.20

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

7575

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 13 Abril 20 17

SR.

DIRECCION

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ TOTAL 20.00

---

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

07551

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 13-4 20 17

SR.

DIRECCION

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20.00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ TOTAL 20.00

---

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

07380

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 03-30 20 17

SR.

DIRECCION

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20.00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ TOTAL 20.00



TOCS462290

# AUTOCENTRO TOYOTA
## Compra Confiado

1090 Muñoz Rivera Avenue
San Juan, Puerto Rico 00927
751-9110



0101:TOCS462290

CELL: 787-556-4501

| CUSTOMER NO | | ADVISOR | | TAG NO | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|---|
| 140580 | | EDGARDO RIVERA CRU   98555 | 5465 | 04/25/17 | TOCS462290 |
| | | LABOR RATE | IVU-032 | MILEAGE 12,977 | COLOR BLANCO/ | STOCK NO |
| TCA PR CORP | | YEAR MAKE MODEL | | | DELIVERED DATE | DELIVERED MILES |
| SAN JUAN | | 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | | | |
| SAN JUAN, PR 00918 | | VEHICLE I.D. | | | SELLING DEALER NO | PRODUCTION DATE |
| | | 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | | | |
| | | P.O. NO | | RO NO | R.O. OPEN DATE 04/25/17 | REPRINT# 1 |
| RESIDENCE PHONE 787-556-4501 | BUSINESS PHONE | COMMENTS | | | | MO: 12977 |

TOTALS

GRACIAS POR CONFIAR EN NOSOTROS

NUESTRO COMPROMISO ES BRINDAR UN SERVICIO DE EXCELENCIA. SI
SU EXPERIENCIA NO ES ASI FAVOR DE COMUNICARSE AL
(787) 999-9112 SERVICIO AL CLIENTE
O POR EMAIL MARIMER.MARTINEZ@AUTOCENTROPR.COM

AVISO IMPORTANTE: SABIA USTED QUE DEBE REVISAR LA PRESION DE
AIRE DE SUS GOMAS CADA DOS SEMANAS O AL MENOS UNA VEZ AL MES
EL MANEJAR CON UNA PRESION INCORRECTA REDUCE LA VIDA UTIL DE
SUS GOMAS. PUEDE REFERISE A SU MANUAL DE USUARIO.

PARA NOSOTROS ES UN PLACER SERVIRLE. AGRADECEMOS QUE
CONTESTE NUESTRA ENCUESTA, VISITE
HTTP://SURVEY.MEDALLIA.COM/VSS

| | |
|---|---|
| TOTAL LABOR.... | 60.58 |
| TOTAL PARTS.... | 47.30 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 4.42 |
| TOTAL MISC DISC | -30.00 |
| TOTAL TAX...... | 9.47 |
| **TOTAL INVOICE $** | **91.77** |

*BC RR3/D*

*CE*



AUTO CENTRO TOYOTA
AVE MUÑOZ RIVERA NUM 1088 RIO PIEDRAS
SAN JUAN
DATE           TIME          HOST
Apr 25.17      11:37:16            ATH
BATCH      TERMINAL ID     MERCHANT ID
00219      30931707     4549712873679

CASH SALE

CASH CHK

AUTH. CODE: 665953     INVOICE: 008538
                       TRACE   :008248

AMOUNT:     $     82.30
State TAX:  $      8.64
Mun. TAX:   $      0.83
TOTAL :     $     91.77

CONTROL: 4CFCV-XL6VJ
ET

- NO SIGNATURE REQUIRED -

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

CUSTOMER COPY          [ END OF INVOICE ]   11:33am

Reynolds and Reynolds ERMAINTANS  SF62159 O (07-15)

CENTROPIEZAS PLUS CAGUAS
CARR 189 KM 2 8
CAGUAS, PR. 00727
787-246-1870

## CASH SALE

REF#: 00000085

Batch #: 360
04/07/17                    14:35:40
APPR CODE:
Trace: 0
Cash Sale

BASE AMOUNT        $5.00
STATE TAX          $0.53
MUNICIPAL TAX      $0.05
TOTAL              $5.58

CONTROL: 1WZFQ-4RFER
EG

### APPROVED

PROCESSOR ID 00411850017
THANK YOU / GRACIAS

CUSTOMER COPY



8067167

"PIEZAS PARA AUTOMOVILES EN GENERAL"
• AMERICANOS • JAPONESES • EUROPEOS

Prt:PRT043
Term:NET112
User:cped1
Loc: 10
Page: 1
Codes:4
Slsm:0

CENTROPIEZAS PLUS CAGUAS 2
ARR. 189 KM. 2.8 AMERICAN PLAZA SHOPPING CENTER, CAGUAS
LUNES A SABADO 7:30AM A 5:00PM
Tels. (787) 286-1870  286-1935  Fax (787) 286-1975

Cust :   0

CASH   INVOICE:406075
Order:04/07/2017   2:36PM
Ship :04/07/2017   2:36PM

| DESCRIPCION | DEPOSITO | PRECIO LISTA | PRECIO VENTA | EXTENSION |
|---|---|---|---|---|
| EXT.378  DR X 6 | | 7.00 | 5.00 | 5.00 |
| (Only Sales Tax)  Tax Amount: | | | | |
| (only Sales Tax)  Tax Amount: | | | | |
| VISA | AMERICAN EXPRESS | | | |
| Cash      5.58 | | | | |

| LABOR | TOTAL DEPOSITO | TOTAL LISTA | PAGUE ESTE TOTAL | |
|---|---|---|---|---|
| | 7.00 | 5.00 | 0.58 | |
| | | $ | 5.58 1 | |

FIRMA AUTORIZADA DEL CLIENTE

DEPARTAMENTO DE HACIENDA RECIBO DE PAGO

TERMINAL: 534 RECIBO: 1709408200409
CAJERO: ILS8077 COLECTURIA: 82
04/04/2017 14:27 PM

NOMBRE: TCA PR CORP

FECHA DE PAGO: 04/04/2017
CONCEPTO: COMPROBANTES GENERALES

CLAVE: 2024 USO TAB.VEH.MOTOR- 10.00
TOTAL PAGADO: $10.00

INSTRUMENTOS DE PAGO:
EFECTIVO 10.00

FOTOCOPIE: PIERDE LEGIBILIDAD

2

DEPARTAMENTO DE HACIENDA RECIBO DE PAGO

TERMINAL: 534 RECIBO: 1709408200408
CAJERO: ILS8077 COLECTURIA: 82
04/04/2017 14:26 PM

NOMBRE: SELLO

FECHA DE PAGO: 04/04/2017
CONCEPTO: SELLOS RENTAS INTERNAS

CLAVE: 5120 DERECHOS-CERTIFICA 10.00
SELLOS

| CATEG | CANTIDAD | PRECIO | TOTAL |
|---|---|---|---|
| REN/INT. | 1 | 10.00 | 10.00 |

TOTAL PAGADO: $10.00

INSTRUMENTOS DE PAGO:
EFECTIVO 10.00

2FOTOCOPIE: PIERDE LEGIBILIDAD

Josué

REG 2 ORDER STORE 537
242
3/30/17 6:27PM

CREDIT SALE

ATH
1 3PC/FULL
/BBX 5.99
1 */OR/MC .00
1 */OR/MC .00
1 */OR/MC .00
1 * COOKIE .00
1 * F/REG .00
1 NO UP/21 .00
1 * EP 21 .00

SUBTOTAL 5.99
STATE TX .63
CITY TX .06
EAT-IN TOTAL 6.68

CASH TEND 6.68
CHANGE .00

EN KFC VALORAMOS SU OPINION.
RECIBA 2 PRESAS GRATIS AL COMPRAR
1 COMPLEMENTO Y PEPSI 16OZ EN SU
PROXIMA VISITA. TIENE 7 DIAS PARA
LLENAR ENCUESTA EN INTERNET.
WWW.KFCEXPRESATE.COM
ANOTE EL NUMERO QUE LE DA EL SISTEMA
AQUI: VALIDO POR 21 DIAS
GRACIAS POR SU VISITA!

SERVICE CENTRO
LAS LOMAS

REG  04 07 2017  08:58
ZURIA          000007
              01  1

1  FROTACION      $11.00
 II            $11.00
  CASH          $11.00

## Back to School

**Back to School Sale**

---

**BARBOSA Auto Parts**

📞 PHONE 939-336-8002
🌐 WEB barbosaautoparts.com
✉ MAIL barbosaautoparts@gmail.com
📍 ADDRESS 339 Calle Peña Rodríguez Esq Barbosa Villa Palmeras San Juan, PR 00916

INVOICE TO _____

# INVOICE

| PAYMENT METHOD (CHOOSE) | STATUS |
| --- | --- |
| Visa    Cash | Paid |
| Master Card    Bank Trans | Pending |

Vin# Jeep   2014   MAKE/MODEL Coompass

| ITEM ID | ITEM DESCRIPTION | UNIT PRICE | QUANTITY | TOTAL PRICE |
| --- | --- | --- | --- | --- |
| 1 | Bateria interstate SBKRG-T | | | $46.00 |

estado   $4.83
mun   $.46
1 Año de garantia   Total $51.29
Coret $20.00
$71.29

---

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

1-17
1-18

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _10 – 4_ 20_17_

SR. _____
DIRECCION _____
TAB. NÚM. _____   CASH ☑  CRÉDITO ☐

| | | | |
| --- | --- | --- | --- |
| LITROS DE GASOLINA | | | |
| QTOS. DE ACEITE | | 35 | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | | | |
| LAVADO MOTOR | | | |
| INSPECCION | | | |
| FLUSHING | | | |
| | | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | | |
| RECIBÍ _____   **TOTAL** | | 35 | |

---

Sub Total
Tax Rate (  )
Total
Discount (  )
Grand Total

OS LO QUE OTROS NO PUEDEN

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS**
**DIRECTORÍA DE SERVICIOS AL CONDUCTOR**
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

SERVICIOS
www.dtop.gov.pr
1039

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|--------|-------|----------|------|-------------|
|        |       |          |      |             |

2015 TOYOTA HIGHLANDER LIMITED
Automovil(Privado) , Auto Privado
Descripción y Clasificación de Vehículo

| 1145192C | 22ago2015 | IVU032====  11489265 |
|----------|-----------|----------------------|
| Registración | Fecha Registro | Tablilla      Título |

| 2015 | TOYT | HGH | BLA | 4 | 6 | 270 |
|------|------|-----|-----|---|---|-----|
| Año | Marca | Modelo | Color | Puertas | Cilin | Cab Fuerza |

| 5TDYKRFH2FS101433 | | 0 |
|-------------------|---|---|
| VIN (Número de Serie) | Peso Desc. | Capacidad de Carga |

FJ0013                                              $ 37,346.86
Dealer              Venta Condicional              Precio Contributivo

abr 2017 a ago 2017        ◯9◯86 431        31 ago 2017
Vigencia                    Marbete                 ▓Expiración▓

TCAPR CORP
WORLD PLAZA
268 MUNOZ RIVERA 1001
SAN JUAN, PR 00918-1921

Dueño del Vehículo y Dirección Postal
La Misma

Estación DTOP
DEPARTAMENTO ...
7902 ...
PAGADO
07 ABR. 2017

| Multas | $ 0.00 |
|--------|--------|
| Derechos Anuales | $ 40.00 |
| ACAA | $ 35.00 |
| Renovación | $ 10.00 |
| Seguro Oblig | $ 99.00 |
| **Importe Total** | **$ 184.00** |

Estación de Inspección
26854210

REQUIERE INSPECCION VEH. DE
MAS DE DOS AÑOS FABRICADO

### INSTRUCCIONES AL CONTRIBUYENTE

1. Notifique cambios de residencia y postal dentro de sesenta (60) días siguiente al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por el valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares por traspaso tardío. [Artículo 2.34] Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares de traspaso tardío más cinco (5) dólares por cada mes o fracción de mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa $50.00.

### TRASPASO DE VEHÍCULO

registrados a partir del 7 de enero de 2001 deberán ser notarizados en el título solamente.

AFIDAVIT NÚMERO:

Comparece

FIRMA DEL VENDEDOR (MARCA) O TESTIGO

FIRMA DEL COMPRADOR (MARCA) O TESTIGO

TABLILLA ASIGNADA:                 MILLAJE ACTUAL:

SUSCRITO Y JURADO ANTE MI POR LOS
COMPARECIENTES A QUIENES DOY FE CONOCER

Fecha:                    Lugar:

ABOGADO NOTARIO        COLECTOR DE RENTAS INTERNAS O
                       FUNCIONARIO AUTORIZADO DEL
                       DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

Apartamento
Zip Code

Apartamento
Zip Code

NO ESCRIBIR EN ESTE LADO

(left side — faint receipt)

DEPARTAMENTO DE HACIENDA RECIBO DE PAGO

CONT  031      RECIBO  1709727400294
OBI  0094726              COLECTURIA  279
07/2017                   11:45 AM

TCAPR CORP

DE DE PAGO   07/04/2017
AUTO  DTOP  RENOVACION MARBETE

...

| A  0829 UNO CORRIENTE LEY | 15.00 |
| B  0829 UNO CORRIENTE LIC | 25.00 |
| C  2015 USO INB VEH MOTOR | 10.00 |
| D  5990 ACAA LEY 138 ANO C | 35.00 |
| E  SEGU SEGURO RESP  PUBL | 99.00 |

TOT PAGADO    $184.00

DOCUMENTOS DE PAGO
EFECTIVO              184.00



## J.JARAMILLO
### INSURANCE

PO Box 195357
San Juan, PR 00919

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO |
| --- | --- |
| | 16954 |
| Date | 03/22/2017 |
| Customer Service | DSG Insurance Corp |
| Page | 1 of 1 |

| Payment Information | |
| --- | --- |
| Invoice Summary | 747.00 |
| Payment Amount | |
| Payment for: | Invoice#167650 |
| CA000305735 | |

Thank You

TCAPR CORP &/OR ARNALDO CLAUDIO
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
| --- | --- | --- | --- | --- |
| 167650 | 03/17/2017 | Policy change | Policy #CA000305735  02/23/2017-02/23/2018<br>Multinational Insurance Company<br>Business Auto - END 001  UNIT ADDED | 747.00 |

| | Total |
| --- | --- |
| | 747.00 |

Thank You

AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF
J. JARAMILLO INSURANCE, INC. ****** SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU
TOTALIDAD. FAVOR EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE, INC.

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
| --- | --- | --- |
| PO Box 195357<br>San Juan, PR  00919-5357 | | 03/22/2017 |



Factura      04/04/17
Cuenta       769528798   2
Núm. Servicio 765-2209-978
Página       1 de    3

---

**FECHA DE VENCIMIENTO**      05/03/17

**TOTAL A PAGAR**      **$187.43**

**CANTIDAD ENVIADA**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000018743  70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
**www.clarotodo.com**

Por favor, desprenda este talón y devúelvalo con su pago.

Factura      04/04/17
Cuenta       769528798   2



**¡Descárgala Hoy!**

Podrás hacer nuevas
transacciones como:
- Pagos con ATH
- Regalar data a familiares y amigos
- Cambiar y actualizar tu plan fijo en
  adición a móvil

No olvides que también
puedes:
- Ver y pagar facturas
- Acceder información básica de
  tu plan
- Ver consumo de data, voz y
  mensajes de texto
- Chatear en línea





¡Ahora
**Mi Claro PR**
recordará tus
credenciales
para hacerte
**todo más fácil!**

| | | |
|---|---|---|
| **RESUMEN DE SU CUENTA** | Balance Anterior | $ 187.21 |
| | Pagos Recibidos - ¡Gracias! | 187.21CR |
| | Ajustes | 0.00 |
| **TOTAL BALANCE VENCIDO** | | $ 0.00 |
| **SERVICIOS TELEFONIA FIJA** | | 187.43 |
| **TOTAL DE CARGOS CORRIENTES A PAGAR EN O ANTES DE** 05/03/17 | | $ 187.43 |
| **TOTAL A PAGAR*** | | **$187.43** |

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago
debe ser recibido en o antes de la fecha de vencimiento.

La Comisión Federal de Comunicaciones notificó que
el nuevo factor de contribución al Fondo de
Servicio Universal Federal (FUSC) correspondiente
al segundo trimestre de 2017 será de 0.174 o un
17.4 por ciento.