## UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

Defendants.

No. 12-cv-2039 (GAG)



### Request for Payment of Monthly Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs and requests:

1. That the TCA Office may submit a request for payment of certain monthly expenses as per the Stipulation presented by the parties and approved by this Honorable Court on June 26, 2014 (Dkt. 139)

2. The TCA hereby submits for consideration, that the following administrative expenses be approved prior to their expenditure, in accordance to paragraph 22 of the Stipulation. Said expenses are as follows:

    a. Fixed monthly staff salaries:

    Arnaldo Claudio..............................................$18,000.00

    Eric Guzmán....................................................$10,800.00

    Anjélica Orfila................................................$2,704.73

    Josué López....................................................$2,704.73

    b. Office Expenses:

    Monthly Rent..................................................$3,000.00

    Telephone and Communication........................$131.68

    c. Accounting Services....................................$1,460.00

                                  -------------

    **Total.............................................................$38,801.14**

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

3. TCAPR, Corp., as an employer, is required to deposit several employment related taxes with local and federal government agencies. This employment treatment is consistent with Section B of the *Stipulation and Order for the establishment of the TCA Office and the payment for TCA Expenses* (No. 12-cv-2039 (GAG). Payroll related expenditures accrued for the month of April and payable on or before May 15th (Medicare, SDI) or May 31st (SDI-CH) are as follows:

| Item | Tax | April |
|------|-----|-------|
| 1 | Soc_Sec | $2,117.82 |
| 2 | Medicare | $495.32 |
| 3 | Chauffer Ins. | $1.30 |
| | Totals | $2,614.44 |

4. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

5. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $41,415.58, the total amount of the fixed monthly expenses, for the month of May 2017.

6. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**FOR ALL OF WHICH,** the TCA Office respectfully requests this Honorable Court, that the monthly expenses be approved and a check issued in the amount of $41,415.58, the total amount of the fixed monthly expenses, for the month of May 2017.

In San Juan, Puerto Rico, this day May 5, 2017.

**Arnaldo Claudio -TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.