

**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 5/1/2017

Factura #: 2017-0562

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 5/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |
| 5/1/2017 | Sellos-01 | Venta de Sellos- Compra de sello | $0.00 | 1.00 | $25.00 | $25.00 | |

Sales Tax: $0.00

Total: $3,025.00



Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

---

ID Cliente: TCAPR
Nombre Cliente: TCAPR Corp.

Fecha: 5/1/2017
Factura #: 2017-0562

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 5/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |
| 5/1/2017 | Sellos-01 | Venta de Sellos- Compra de sello | $0.00 | 1.00 | $25.00 | $25.00 | |

**Favor de remitir su pago con este talonario a la dirección postal:**
**P.O. Box 41207 - San Juan, PR 00940-1207**
**ó entregar físicamente en:**
**Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey**

Sales Tax: $0.00

Total: $3,025.00



**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico
P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 5/1/2017
Factura #: 2017-0562

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 5/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |
| 5/1/2017 | Sellos-01 | Venta de Sellos- Compra de sello | $0.00 | 1.00 | $25.00 | $25.00 | |

Sales Tax: $0.00
Total: $3,025.00



Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

---

ID Cliente: TCAPR
Nombre Cliente: TCAPR Corp.

Fecha: 5/1/2017
Factura #: 2017-0562

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 5/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |
| 5/1/2017 | Sellos-01 | Venta de Sellos- Compra de sello | $0.00 | 1.00 | $25.00 | $25.00 | |

Sales Tax: $0.00
Total: $3,025.00

**Favor de remitir su pago con este talonario a la dirección postal:**
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey





RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4212 |
|---|---|
| Date: | 4/20/2017 |
| Amount due (U.S. $): | 1460.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement April 2017: Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1460.00 | 1460.00 |
| | | | Total: $ | 1460.00 |

ok *[signature]*

5/3/2017