12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of April.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled meeting with Fiscal Garau and representatives of the LGBTT community to discuss the commitment initiatives with their community. Met with Government officials, Ramon Rosario and Fernando Orona to discuss POS 306; and assisted to a meeting at ACLU facilities in which the following topics were discussed: a) caucus about the Reform Process; b) participation in May Public Hearing; and c) proposal for the exchange of information with PRP.

During this visit the Core Team and the TCA assisted and/or participated in the following meetings: meeting for the preparation for the Technical Assistance for the Transit Bureau; presentation by Lt. Colonel Hernández Peña in relation to Transit Bureau Rules; introductory meeting of the Transit Bureau; presentation by Commander Santiago on Human Resources, Equipment, Budget and Performance of the Transit Bureau.

Following topics were discussed: Command and Control of the Transit Bureau; Transit Bureau Contracts; updates on Polygraph tests; status and projects of PASIC-LPH; Operating Manual of the Criminal Investigation Unit. Also discussed the status and Projects of PASIC-LPH and others; Policies Review for the Operating Manual of the Criminal Investigation Unit (Investigation; Interview and Division of Homicide); Criminal Complaints; Robbery Division; Crimes Against Property Division; Youth Affairs Division; Investigation of Sexual Crimes and Mistreatment Division; Division of Investigation of Robberies and Frauds to Financial Institutions and Cooperatives; Technical Services Division.

The Operational Manual of the Criminal Investigation Unit; and General Order on Recruitment were discussed.  A site visit to the Bayamon and Arecibo Area Headquarters was made to evaluate the progress of the activities related to the Transit Bureau of the PRP. The **General Order 100-112: Reorganization of the Tactical Operations Division was approved on April 12.**

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting in compliance with Para.253, meeting with the TCA´s CPA for the update of the employee records, income tax inquires and preparation, and payroll. Core Team´s April agenda and work plan was circulated and discussed.