UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

    **COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned counsel, and respectfully allege and pray as follows:

    1. On April 17th, 2017, the Puerto Rico Police Department "PRPD", convene the Citizens' Interaction Committee "CIC" spokespersons for an orientation of the General Order Chapter 800, section 801. Said orientation, was carry out by the Reform Office of the PRPD in order to meet the terms of paragraph 211 of the agreement and the action plan for the month of October 2016.

    2. When the orientation was completed, the CIC spokespersons certified that they had received the orientation and that they understood their responsibilities, duties, and functions for the Citizens' Interaction Committee. (See Exhibit 1)

    **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this May 5th, 2017.

**WANDA VAZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Acting Deputy in Charge of
General Litigation

**SUSANA PENAGARICANO BROWN**
Acting Director of Federal Litigation
and Bankruptcy

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov