

# CERTIFICACIÓN
### Comité de Interacción Ciudadana

Yo, *Carlos Rodriguez Mirch* integrante del Comité de Interacción Ciudadana Área de *Bayamón*, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____     _____
Firma Integrante Comité                                Firma Comandante de Área

  

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, Carlos Pérez Fernández, integrante del Comité de Interacción Ciudadana Central, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  
Firma Integrante Comité

_____  
Firma Director Ejecutivo

  

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, *Tomás H. Morales Montalvo*, integrante del Comité de Interacción Ciudadana Área de *Utuado*, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____          _____
Firma Integrante Comité                               Firma Comandante de Área

  

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, _Nitza Liz Manso Sánchez_ integrante del Comité de Interacción Ciudadana Área de _Carolina_, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  _____
Firma Integrante Comité                              Firma Comandante de Área

  

# CERTIFICACIÓN
### Comité de Interacción Ciudadana

Yo, **Euclides Feliciano**, integrante del Comité de Interacción Ciudadana Área de **Aguadilla**, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  _____
Firma Integrante Comité       Firma Comandante de Área



# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, _Frances E. Pérez Suárez_, integrante del Comité de Interacción Ciudadana Área de _Guayama_, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  
Firma Integrante Comité

_____  
Firma Comandante de Area

  

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, __Lizzette Matos Hernández__, integrante del Comité de Interacción Ciudadana Área de __Aibonito__, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____                         _____
Firma Integrante Comité                              Firma Comandante de Área

  

GOBIERNO DE PUERTO RICO

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, *Marcos Antonio Barea Bone*, integrante del Comité de Interacción Ciudadana Área de *San Juan*, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  _____
Firma Integrante Comité              Firma Comandante de Área

  

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, __Alberto Serrano Delgado__, integrante del Comité de Interacción Ciudadana Área de __Arecibo__, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  _____
Firma Integrante Comité                        Firma Comandante de Área

  

GOBIERNO DE PUERTO RICO
POLICIA

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, Jorge A. Rodríguez Romero, integrante del Comité de Interacción Ciudadana Área de Caguas, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  _____
Firma Integrante Comité    Firma Comandante de Área

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P.O BOX 70166 SAN JUAN PR 00936 - 8166

  

GOBIERNO DE PUERTO RICO
POLICIA

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, _Loriel Rodriguez Gonzalez_, integrante del Comité de Interacción Ciudadana Área de _Humacao_, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____                    _____
Firma Integrante Comité                     Firma Comandante de Área

  

GOBIERNO DE PUERTO RICO
POLICIA

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, Walter A. Santiago Rodriguez, integrante del Comité de Interacción Ciudadana Área de Mayaguez, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  _____
Firma Integrante Comité                     Firma Comandante de Área



GOBIERNO DE PUERTO RICO
POLICIA

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, _Giulma Jiquera-Ruper_ integrante del Comité de Interacción Ciudadana Área de _Ponce_, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  _1-11982_____
Firma Integrante Comité    Firma Comandante de Área

  

GOBIERNO DE PUERTO RICO
POLICIA

# CERTIFICACIÓN
## Comité de Interacción Ciudadana

Yo, _José Roberto Vega 043_ integrante del Comité de Interacción Ciudadana Área de _Fajardo_, certifico que el día de hoy me orientaron sobre la revisión a la Orden General Capítulo 800, Sección 801 "Comités de Interacción Ciudadana" Revisada y firmada hoy, lunes, 17 de abril de 2017.

1. Que entiendo cuáles son mis responsabilidades, deberes y funciones para con el Comité al cual pertenezco.

2. Que dicha orientación fue ofrecida por la Oficina de Reforma de la Policía de Puerto Rico, cumpliendo con lo establecido en el párrafo 211, del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico con el Departamento de Justicia de los Estados Unidos de América, firmado el 17 de julio de 2013 y el Plan de Acción del mes de octubre de 2016, en la Sección XII, página 254.

3. Que lo declarado aquí es la verdad y nada más que la verdad y para que así conste SUSCRIBO la misma a todos los fines legales y pertinentes.

En San Juan, Puerto Rico hoy lunes 17 de abril de 2017.

_____  _____
Firma Integrante Comité   Firma Comandante de Área
                          1-7440