# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

## MOTION FOR LEAVE TO FILE DOCUMENTS IN SPANISH

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned counsel, and respectfully allege and pray as follows:

1. On this same date, May 5th, 2017, the PRPD has filed an Informative Motion together with exhibits to be considered by this Honorable Court. The exhibit are in their original Spanish language version. (*See* Docket No. 514)

2. L.Cv.R.P. 5 (g) requires that all documents not in the English language, which are presented to or filed in this Court, must be accompanied at the time of presentation or filing by a certified translation into English. Moreover, the Jones Act requires that all pleadings and proceedings in the United States District Court for the District of Puerto Rico be conducted in the English language.

3. Nonetheless, the PRPD requests leave from this Court to permit at this time the filing of such exhibits in Spanish language and leave to file on a later date but not before thirty-one (31) days the certified translation of the exhibits.

4. In light of the foregoing, the PRPD respectfully request from this Honorable Court that they be granted a brief extension of time of at least of thirty-one (31) days or until June 5, 2017, to file the certified translation into English of exhibits in Spanish language to which reference is made.

**WHEREFORE**, PRPD very respectfully requests that this Honorable Court grant a brief extension of thirty-one (31) days to file exhibits in English language.

**IT IS HEREBY CERTIFIED** that on this same date the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their respective registered e-mail addresses.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this May 5th, 2017.

**WANDA VAZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Acting Deputy in Charge of
General Litigation

**SUSANA PENAGARICANO BROWN**
Acting Director of Federal Litigation
and Bankruptcy

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov