# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants.

CASE NO. 12-2039 (GAG)

## ORDER

The Court takes judicial notice that Mr. Héctor Pesquera was confirmed by the local Senate as Secretary of the Department of Public Security. As such, his presence at the May 22, 2017 Police Reform public hearing in Ponce is crucial.

Accordingly, the Attorney General shall inform Secretary Pesquera of the hearing and subsequently confirm to the Court on or before Friday, May 12, 2017, his participation. The Court will enter an amended scheduling order, allotting Secretary Pesquera time to address the court on the matters listed in the agenda.

**SO ORDERED.**

In San Juan, Puerto Rico this 9th day of May, 2017.

                                            *s/ Gustavo A. Gelpí*
                                            GUSTAVO A. GELPI
                                          United States District Judge