# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,<br>et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**MOTION SUBMITTING GOVERNMENT OF PUERTO RICO WRITTEN STATEMENTS FOR THE MAY 22, 2017 PUBLIC HEARING**

**TO THE HONORABLE COURT:**

    **COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned counsel, and respectfully allege and pray as follows:

    1.    This Honorable Court ordered that all deponents for the Public hearing must submit their written statements to the court on or before May 19, 2017 before noon. (*See* Dockets No. 511 and 521)

    2.    However, Defendants were not able to comply with the Court's noon deadline because the undersigned was appearing in an initial scheduling conference in case <u>Editorial Panamericana, Inc. et al vs. Commonwelath of Puerto Rico, et al, 16-3086.</u>

    3.    Therefore, Defendants apologize for any inconvenience that the aforementioned situation may have caused and hereby submit the Government of Puerto Rico written statements as Exhibit 1.

**WHEREFORE**, Commonwealth of Puerto Rico respectfully requests that this Honorable Court accepts the aforementioned written statements.

**IT IS HEREBY CERTIFIED** that on this same date the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their respective registered e-mail addresses.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this May 19th, 2017.

**WANDA VAZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Acting Deputy in Charge of
General Litigation

**SUSANA PENAGARICANO BROWN**
Acting Director of Federal Litigation
and Bankruptcy

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov