Attachment

Joint Motion Requesting Modification to the
Agenda for the May 22, 2017 Public Hearing in Ponce

PARTIES' PROPOSED SCHEDULE

9:00 AM – 9:30 AM          Luis Saucedo, Esq.
                           United States Department of Justice

a. Position of the United States Department of Justice regarding Act 20, and impact on the Police Reform Agreement.

b. Discuss Attorney General Session's position regarding police reform consent decrees, and in particular, inform whether the United States Department of Justice contemplates any request to modify the Agreement herein.

c. The view of the United States Department of Justice as to the Puerto Rico Police Department's compliance in the capacity building stage.

d. Any other concerns or issues.

9:30 AM – 11:05 AM         Commonwealth of Puerto Rico Deponents[1]:

                           **Hon. Wanda Vázquez Garced**
                           Secretary of Justice

                           **Alfonso Orona, Esq.**
                           Governor of Puerto Rico's Personal Representative

                           **Michelle Hernández de Fraley**
                           Police Superintendent, PRPD

                           **Hon. Héctor Pesquera**
                           Secretary of the Department of Public Safety

a. Act No. 20 of April 20, 2017
b. Capacity building period compliance by the Puerto Rico Police thus far

11:05 AM – 11:20 AM        SHORT BREAK

---

[1] The Commonwealth of Puerto Rico deponents will address those topics pursuant to the Courts order at Dockets No. 511 and 521.

**11:20 AM – 11:40 AM**     **William Ramírez, Esq.**
                            Director, ACLU Puerto Rico, *amicus* party

a. ACLU's position regarding the impact of Act No. 20 of April 10, 2017.

b. ACLU's position regarding Attorney General Session's views about federal police reform consent decrees.

c. ACLU's position regarding the capacity building stage.

**11:40 AM – 12:00 PM**     **Georgina Candal, Esq.**
                            President, Puerto Rico Civil Rights Commission

a. Puerto Rico Civil Rights Commission's position regarding the impact of Act No. 20-2017, of April 10, 2017.

b. Puerto Rico Civil Rights Commission's position regarding Attorney General Session's views about federal police reform consent decrees.

c. Puerto Rico Civil Rights Commission's position regarding the capacity building stage.

**12:00 PM – 12:30 PM**     **Col. Arnaldo Claudio (ret.)**
                            Technical Compliance Advisor (TCA Monitor)

a. TCA's assessment of the Government of Puerto Rico's current compliance with the Police Reform Agreement.

b. TCA's view of the achievements and challenges facing the PRPD in the years ahead.

c. Report of the TCA's activities since the last Public Hearing.

d. Closing remarks.

**12:30 PM – 12:40 PM**            **Counsel from the Parties**

a. Response to outstanding issues raised during the public hearing, if necessary.