IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br><br> **v.** <br><br><br> **GOVERNMENT OF PUERTO RICO,** <br> **et al.,** <br> **Defendants.** | CASE NO. 12-2039 (GAG) |

**MOTION TO RESTRICT DOCUMENT**

ACLU of Puerto Rico respectfully requests leave to file in restricted mode, pursuant to this Court's Standing Order No. 9:

ACLU'S MOTION EXPRESSING APOLOGIES TO THE COURT.

The sealed motion contained confidential medical information regarding one of the filers that is protected from public access and the parties.

WHEREFORE, Plaintiffs respectfully request that this Court restrict viewing of the *ACLU'S MOTION EXPRESSING APOLOGIES TO THE COURT*.

**I HEREBY CERTIFY** that on this same date, I have electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, on this May 19, 2017.

Respectfully submitted,

1

/S/ *Josue Gonzalez-Ortiz,*

Josue Gonzalez-Ortiz, Esq.
USDC-PR NO: 221808

/S/ *William Ramirez-Hernandez, Esq*.

American Civil Liberties Union
of Puerto Rico
Union Plaza, Suite 1105
416 Ave. Ponce de Leon
San Juan, Puerto Rico, 00918
Tel: 787-753-8493
Fax: 787-753-4268
Email: jgonzalez-ortiz@aclu.org