## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>COMMONWEALTH OF PUERTO RICO, ET AL<br>Defendants | No. 12-cv-2039 (GAG) |

### MOTION SUBMITTING THE TCA's STATEMENT AT THE PUBLIC HEARING HELD ON MAY 22, 2017

**TO THE HONORABLE COURT,**

Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. On May 22, 2017, this Honorable Court ordered the TCA to file with the Court the written statement prepared for the Hearing held on that same date.

2. The TCA hereby submits, in compliance with the above referred Order, the written statement ordered by the Court.

Wherefore, in view of the above, it is respectfully requested that compliance by the TCA with the Order of this Honorable Court be noted.

Certificate of Service: I hereby certify that copy of the foregoing motion and the TCA's written Statement attached in *pdf* form has been electronically notified to all parties through the Court's system.

San Juan, Puerto Rico, this 24th. day of May, 2017.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070