**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL NO. 12-2039 (GAG)** |
| **Plaintiffs,** | |
| **v.** | |
| **COMMONWEALTH OF PUERTO RICO, et. al.** | |
| **Defendants.** | |

**MOTION SUBMITTING ENGLISH TRANSLATIONS**

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned counsel, and respectfully allege and pray as follows:

1. On May 5th, 2017, the PRPD filed an Informative Motion together with an exhibit to be considered by this Honorable Court. The exhibit was in its original Spanish language version. (*See* Docket No. 514) Exhibit 1, of the aforementioned motion was filed in the Spanish language pending a *Motion for Leave to File Spanish language documents.* (*See* Docket No. 517)

2. On May 8th, 2017, this Honorable Court granted leave to file the aforementioned Exhibit with certified translation into English by June 1, 2017. (*See* Docket No. 519)

3. Consequently, the certified English translation of Exhibit 1: is herein submitted.

**WHEREFORE**, PRPD respectfully requests that this Honorable Court accepts the aforementioned certified English translation of the Exhibit in support of motion on Docket No. 514.

**IT IS HEREBY CERTIFIED** that on this same date the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their respective registered e-mail addresses.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this May 30th, 2017.

**WANDA VAZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy in Charge of
General Litigation

**SUSANA PENAGARICANO BROWN**
Director of Federal Litigation
and Bankruptcy

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov