[CERTIFIED TRANSLATION]

**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
### Citizen Interaction Committee

I, _Carlos Rodríguez Méndez_ , a member of the Citizen Interaction Committee of the _Bayamón_ Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.   The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_____[illegible signature]_____          _[signed: Lt. Col. (illegible)] 2-16(illegible)_
Signature of Committee Member                Signature of Area Commander

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]

**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

# CERTIFICATION
## Citizen Interaction Committee

I, _Carlos Pérez Fernández_ , a member of the Central Citizen Interaction Committee, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.   The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_____[illegible signature]_____          _____[illegible signature, 3-14064]_____
Signature of Committee Member          Signature of Executive Director

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]

GOVERNMENT OF PUERTO RICO

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
### Citizen Interaction Committee

I, _Tomás H. Morales Montalvo_____, a member of the Interaction Committee of the ___*Utuado*___ Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.  The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_[signed: Tomás H. (illegible) Montalvo]_          _[illegible signature]_
Signature of Committee Member                Signature of Area Commander

[CERTIFIED TRANSLATION]

GOVERNMENT OF PUERTO RICO

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
### Citizen Interaction Committee

I, *Nitza Liz Manso Sánchez*, a member of the Interaction Committee of the _____*Carolina* Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1. I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2. The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3. What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

*[signed: Nitza Manso Sánchez]*                    *[illegible signature]*
Signature of Committee Member                Signature of Area Commander

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]



**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
### Citizen Interaction Committee

I, *Euclides Feliciano*, a member of the Interaction Committee of the _____ *Aguadilla* Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.  The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_____*[illegible signature]*_____        _____*[illegible signature] 2-1075*_____
Signature of Committee Member                    Signature of Area Commander

_____
ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]

**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
## Citizen Interaction Committee

I, _Frances E. Pérez Suárez_, a member of the Interaction Committee of the _____Guayama_
Area, certify that today I was given an orientation about the revision of General Order, Chapter
800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17,
2017.


1.  I understand my responsibilities, duties, and functions on the committee, of which I am a
member.


2.   The orientation was given by the Puerto Rico Police Department Reform Office, in
compliance with the provisions established in paragraph 211 of the Agreement for Sustainable
Reform of the Puerto Rico Police Department with the United States Department of Justice,
signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.


3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I
SIGN this certification for all legal and corresponding purposes.


In San Juan, Puerto Rico, today, Monday, April 17, 2017.


_____*[illegible signature]*_____          _____*[illegible signature]  3-1887*
Signature of Committee Member          Signature of Area Commander

*[signed: Lt. Col. (illegible)] 2-14521*

---

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]

**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
## Citizen Interaction Committee

I, *Lizzette Matos Hernández*  , a member of the Interaction Committee of the        *Aibonito*

Area, certify that today I was given an orientation about the revision of General Order, Chapter

800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17,

2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a

member.

2.   The orientation was given by the Puerto Rico Police Department Reform Office, in

compliance with the provisions established in paragraph 211 of the Agreement for Sustainable

Reform of the Puerto Rico Police Department with the United States Department of Justice,

signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I

SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

*[signed: Lizette Matos Hernández]*            *[signed: Lt. Col. (illegible)] 2-2057*
Signature of Committee Member                Signature of Area Commander

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]

**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
## Citizen Interaction Committee

I, _Marcos Antonio Barea Borre_ , a member of the Interaction Committee of the _San Juan_ Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.  The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_[illegible signature]  Alternate spokesperson_     _[signed: Lt. Col (illegible)](illegible)196_
Signature of Committee Member                              Signature of Area Commander

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]

**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico Police Department, Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
### Citizen Interaction Committee

I, _Alberto Serrano Delgado_, a member of the Interaction Committee of the _Arecibo_ Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.  The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_[illegible signature]_          _[signed: Lt. Col (illegible)] 2-13305_
Signature of Committee Member          Signature of Area Commander

---

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]



**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
## Citizen Interaction Committee

I, _Jorge A. Rodríguez Romero_, a member of the Interaction Committee of the ___Caguas___ Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.  The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_____[illegible signature]_____          _[signed: Lt. Col. Jorge (illegible)] 2-13956_
Signature of Committee Member                      Signature of Area Commander

_____
ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]



GOVERNMENT OF PUERTO RICO

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
## Citizen Interaction Committee

I, _Sonia L. Rodríguez González_, a member of the Interaction Committee of the _Humacao_ Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.  The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_____*[illegible signature]*_____          _____*[signed: Lt. Col. M D Jesús] 2-16545*_____
Signature of Committee Member                    Signature of Area Commander

_____
ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]



GOVERNMENT OF PUERTO RICO

**POLICE DEPARTMENT**

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

### CERTIFICATION
### Citizen Interaction Committee

I,  *Walter A. Santiago Rodríguez*  , a member of the Interaction Committee of the *Mayagüez*  Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.  The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

    *[illegible signature]*                      *[illegible signature]*
Signature of Committee Member            Signature of Area Commander

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]



GOVERNMENT OF PUERTO RICO

POLICE DEPARTMENT

[shield: Puerto Rico
Police Department,
Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
### Citizen Interaction Committee

I, *[illegible] Figueroa Rubero*, a member of the Interaction Committee of the ___Ponce___ Area, certify that today I was given an orientation about the revision of General Order, Chapter 800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17, 2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a member.

2.  The orientation was given by the Puerto Rico Police Department Reform Office, in compliance with the provisions established in paragraph 211 of the Agreement for Sustainable Reform of the Puerto Rico Police Department with the United States Department of Justice, signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

*[illegible signature]*
Signature of Committee Member

*1-11982 [illegible signature]*
Signature of Area Commander

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]

**GOVERNMENT OF PUERTO RICO**

**POLICE DEPARTMENT**

[shield: Puerto Rico Police Department, Protection, Integrity]

[logo: Citizen Interaction Committee]

## CERTIFICATION
### Citizen Interaction Committee

I, _José (illegible) Vega Díaz_, a member of the Interaction Committee of the ____ _Fajardo_
Area, certify that today I was given an orientation about the revision of General Order, Chapter
800, Section 801 "Citizen Interaction Committees," revised and signed today, Monday, April 17,
2017.

1.  I understand my responsibilities, duties, and functions on the committee, of which I am a
member.

2.   The orientation was given by the Puerto Rico Police Department Reform Office, in
compliance with the provisions established in paragraph 211 of the Agreement for Sustainable
Reform of the Puerto Rico Police Department with the United States Department of Justice,
signed on July 17, 2013, and with the October 2016 Action Plan, Section XII, page 254.

3.  What has been stated herein is the truth and nothing but the truth, and in witness whereof, I
SIGN this certification for all legal and corresponding purposes.

In San Juan, Puerto Rico, today, Monday, April 17, 2017.

_[illegible signature] [illegible]_      _[signed: Col. (illegible) 1-7440]_
Signature of Committee Member      Signature of Area Commander

ADDRESS ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, P.O. BOX 70166, SAN JUAN PR 00936-8166

---

**CERTIFICATE OF TRANSLATION INTO ENGLISH**

I, Sonia Crescioni of legal age, single, resident of San Juan, P.R., professional interpreter/
translator, certified by the Administrative Office of the United States Courts, do HEREBY
CERTIFY that I have personally revised the foregoing document and that it is a true and
accurate review to the best of my knowledge and abilities.

In San Juan, Puerto Rico, today  May 24, 2017.

*Sonia Crescioni*

Sonia Crescioni, M.A., U.S.C.C.I.
Atabex Translation Specialists, Inc.

[CERTIFIED TRANSLATION]

PO Box 195044, San Juan, PR 00919-5044