

| | |
|---|---|
| Factura | 05/04/17 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de 3 |

**FECHA DE VENCIMIENTO**  06/02/17

**TOTAL A PAGAR**  $187.43

**CANTIDAD ENVIADA**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980   0000018743   70401

Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

Por favor, desprenda este talón y devuélvalo con su pago.

Factura   05/04/17
Cuenta    769528798   2



**¡Descárgala Hoy!**

Podrás hacer nuevas transacciones como:
- Pagos con ATH
- Regalar data a familiares y amigos
- Cambiar y actualizar tu plan fijo en adición a móvil

No olvides que también puedes:
- Ver y pagar facturas
- Acceder información básica de tu plan
- Ver consumo de data, voz y mensajes de texto
- Chatear en línea





¡Ahora **Mi Claro PR** recordará tus credenciales para hacerte **todo más fácil!**

| RESUMEN DE SU CUENTA | | |
|---|---|---|
| Balance Anterior | | $ 187.43 |
| Pagos Recibidos - ¡Gracias! | | 187.43CR |
| Ajustes | | 0.00 |
| **TOTAL BALANCE VENCIDO** | | **$ 0.00** |

SERVICIOS
TELEFONIA FIJA                                  187.43

**TOTAL DE CARGOS CORRIENTES
A PAGAR EN O ANTES DE**                         $ 187.43
06/02/17

**TOTAL A PAGAR***                              **$187.43**

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Suscríbete a factura electrónica y ayuda a proteger el ambiente. Descarga MiClaropr.

*ok for payment* [signature]



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for Current Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4247 |
|---|---|
| Date: | 5/15/2017 |
| Amount due (U.S. $): | 1941.95 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Description | Monthly Fixed Fee Arrangement May 2017: Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1500.00 | 1500.00 |
| Description | Balance from July - April 2017 ($40 x 10 months) | 10.00 | 40.00 | 400.00 |
| Expense | USPS Certified Mail with Return Reciept Requests (Petty Cash) | 5.00 | 6.59 | 32.95 |
| Expense | PR Department of State Annual Report Registation Fee for 2016 (AMEX) | 1.00 | 5.00 | 5.00 |
| Expense | PR Department of State Annual Report Certificate of Amendment of Corporate Officers (AMEX) | 1.00 | 4.00 | 4.00 |
| | | | Total: $ | 1941.95 |

*ok for payment* [signature]



**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 6/1/2017
Factura #: 2017-0618

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 6/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.



---

ID Cliente: TCAPR
Nombre Cliente: TCAPR Corp.

Fecha: 6/1/2017
Factura #: 2017-0618

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 6/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de remitir su pago con este talonario a la dirección postal:
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

*ok for payment* [handwritten signature]