UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for May 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | $6,500.00 | May 17th, 2017 to May 24th, 2017 |
| Linda V. Navedo | $6,500.00 | May 22nd, 2017 to May 26th, 2017 |
| Rafael E. Ruíz | $6,500.00 | May 22nd, 2017 to May 26th, 2017 |
| Marcos Soler | $3,900.00 | May 20th, 2017 to May 22nd, 2017 |
| John J. Romero | $6,500.00 | May 22nd, 2017 to May 26th, 2017 |
| Alan Youngs | $5,900.00 | May 23rd, 2017 to May 26th, 2017 |
| Scott Cragg | $6,500.00 | May 22nd, 2017 to May 26th, 2017 |
| Alejandro Del Carmen | $3,900.00 | May 22nd, 2017 to May 24th, 2017 |
| Subtotal | $46,200.00 | |
| **Telework** | | |
| Gerard LaSalle | $2,600.00 | May 2017 |
| Linda V. Navedo | $2,600.00 | May 2017 |
| Rafael E. Ruíz | $2,600.00 | May 2017 |
| Marcos Soler | $5,200.00 | May 2017 |
| John J. Romero | $2,600.00 | May 2017 |
| Alan Youngs | $3,900.00 | May 2017 |
| Scott Cragg | $2,600.00 | May 2017 |
| Alejandro Del Carmen | $5,200.00 | May 2017 |
| Subtotal | $27,300.00 | |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $2,000.00 | March & April |
| | $8,500.00 | May |
| Federico Hernandez Denton | $3,500.00 | May 2017 |
| Antonio Bazán | $4,406.25 | May 2017 |
| | Subtotal | $18,410.25 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $2,360.00 | May 2017 |
| | Subtotal | $2,360.00 |
| Ricardo Blanco Peck | $5,000.00 | Services Last Phase: Writing & Edition of Final Report Draft to be presented to TCA Core Team. |
| | Subtotal | $5,000.00 |
| Jose Pujol | $2,025.00 | Hours worked on planning, preparing and/or conducting investigations and or assessments. Work spent in Court Hearings, and work in meetings related to assigned investigations/assessments or related to the general TCA's mission. |
| | Subtotal | $2,025.00 |
| Certified Translation | $224.00 | Overnight-certified transcript and translation of tapes as requested by the Court. |
| | Subtotal | $224.00 |
| Car Expenses | | |
| Chauffer | $900.00 | May 21st, 2017 to May 27th, 2017 |
| Gasoline | $640.01 | May 2017 |
| Tolls | $100.00 | May 2017 |
| Car Maintenance | $142.30 | May 2017 |
| | Subtotal | $1,782.31 |
| Office Supply | | |
| Copy paper | $29.83 | May 2017 |
| | Subtotal | $29.83 |
| Miscellaneous Expenses | | |
| Parking Vehicle Permit | $50.00 | May 2017 |
| | Subtotal | $50.00 |
| | Total | $103,381.39 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $103,466.39, the total amount of the monthly expenses, for the month of May 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of $103,466.39, the total amount of the expenses for the month of May 2017.

In San Juan, Puerto Rico, this day June __7__, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.