# GERARD LASALLE, Ph.D  LLC

# INVOICE FOR PROFESSIONAL SERVICES

TCAPR  LLC

SUITE 1001, WORLD PLAZA

SAN JUAN, PUERTO RICO

| DATES May 2017 | TASKS | TOTAL HOURS@ $ 150. Per hour | BILLABLE HOURS |
|---|---|---|---|
| 8, 19, 17, 29 | Discussion with TCA re: Action Plan (AP) Tables & Monitor Report | 5 | 550.00 |
| 1,8, 9, 19,20,21,25 | Discussion with Core Team (CT) re: Tables and Monitor Report | 5 | 550.00 |
| 1-30 | Review PRPD new and revised policies for IA impact | 5 | 550.00 |
| 26-31 | Revise Core Team submissions for Monitor Report | 5 | 550.00 |
| 17-24 | On-site visit: fixed rate | | 1600.00 |
| | | | |
| | | | |
| | | | |
| TOTALS | Capped Figures | 17.333 | $9100.00 |

I certify to the best of my knowledge and belief the information provide is true and correct.

Gerard LaSalle

Arnaldo Claudio, TCA

Date

5/31/2017

Date

ok for payment

# INVOICE FOR PROFESSIONAL SERVICES: MAY 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:  TCAPR Corp.
    #268 Muñoz Rivera
    Suite 1001, World Plaza
    San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **May/2017**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of May/2017; drafting electronic mails and calls for the follow-up of outstanding issues; revision of documents, organization of the material and drafting related to the TCA Six Month Report; working session for the May/2017 TCA Core Team Agenda; among other matters. (12.0) | N/A | X | 1-7/ May | |
| -Assistance with the TCA Arnaldo Claudio, Constitutional Attorneys, Eric Guzman to meet with Hon. Gustavo Gelpí; working session with the ACT Arnaldo Claudio, Lcdo. Antonio Bazán, Lcdo. Hernandez Denton, Lcdo. Guillermo Baralt, Eric Guzman in preparation for Public Hearing; reading and reviewing sent documents; follow-up to policy revisions sent by the PRPD, preparation of the working agenda between the TCA Core Team and the Office of the Reform (14.0) | N/A | X | 8-14/ May | |
| -Reading and revision of documents sent by the ACT Arnaldo Claudio; work session for the sending of reviews of the policies for this month; meeting for the discussion of the Core Team work agenda together with the Office of the Reform with the TCA Arnaldo Claudio, Eric Guzman, Cor. Clementina Vega, Tnte. Color. Alba Diaz and Lcda. Yashira Vega; attendance at the | N/A | X | 15-21/ May | |



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| presentation of the company V2A, in relation to the works for the fulfillment of the study of personnel required by the P.13.; among other matters. (8.0) | | | | |
| TCA Core Team Week | N/A | X | 22/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 23/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 24/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 25/May | $1,300.00 |
| TCA Core Team Week | N/A | X | 26/May | $1,300.00 |
| Working session for the drafting of policy review (General Order: Press Office and Administrative Order: Monthly Meeting); drafting TCA-SMR. (8.0) | N/A | X | 29-30/ May | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 24.67 HOURS | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
May 30, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

INVOICE

#2017-05

DATE: 5/31/17

**TO:**
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**
Services on: May 1st -- May 31, 2017

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| May 22nd --- TCA Office Six-Month Report | 1 Day | 1,300/day | 1,300.00 |
| May 23rd --- PRPD HQ.,Patrullas De Carreteras/Highway Pat | 1 Day | 1,300/day | 1,300.00 |
| May 24th --- TCA Office Six-Month Report | 1 Day | 1,300/day | 1,300.00 |
| May 25th --- PRPD HQ Policies; TCA Office Reports | 1 Day | 1,300/day | 1,300.00 |
| May 26th --- TCA Office Six-Month Report | 1 Day | 1,300/day | 1,300.00 |
| | | | |
| May 1st through May 31st: | | | |
| | | | |
| Annual review of GO 600-612                          4 hrs. | | | |
| Prepare Report for above order                       2 hrs. | | | |
| Read, review GO 100-??? (No number assigned) and "Creation of Motorcycle Unit" and Form PPR 5-24   4 hrs. | | | |
| Prepare Report for above                             3 hrs. | | | |
| Prep Report on "Patrullas de Carreteras/Hway Patrol  4 hrs. | | | |
| Prepare Report on Gurabo                             3 hrs. | | | |
| **Total Hours worked**                          **20 hrs.** | | | |
| | | | |
| **TOTAL Billable Hours** | 17.33 | 150/hr. | 2,600.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL BILLED** | | | $9100.00 |

Signature _____   Date: May 31, 2017

or for payment

# INVOICE FOR PROFESSIONAL SERVICES: MAY 2017
## MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:     TCAPR, LLC
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of May 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED | U.S. WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review assignment of policies, discussion about policing of mass demonstration report and notes, and other TCA related duties while TCA was away (5.0 hours) | X | N/A | Monday & Tuesday, May 1-3, 2017 | (5 @ $150 = $750) |
| Work from New York City: Review of Policing of mass demonstration materials and reports, work on annual report draft (10.0 hours) | X | N/A | Saturday & Saturday, May 6-7, 2017 | (10 @ $150 = $1,500) |
| Work from New York City: Edits and review of TCA report to the Court regarding progress of the Reform, review of policies on DV, work on annual report draft (10.0 hours) | X | N/A | Saturday & Sunday, May 13-14, 2017 | (10@ $150 = $1,500) |
| Work in Puerto Rico  Prep for TCA Agenda, review of draft semi-annual report, review of methodology of mass demonstrations, attending court hearing in Ponce (27.0 hours) | N/A | X | Saturday through Monday, May 20-22, 2017 | $1,300 * 3 days = $3,900 |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of policies on DV and sexual misconduct, review of methodology memo on mass policing report, review of PRPD progress report, review of TCA report (10.0 billable hours + 6.0 non-billable hours) | X | N/A | Saturday through Monday, May 27-29, 2017 | (10 @ $150 = $1,500) |

| | |
|---|---|
| TOTAL HOURS WORKED: 68.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 days, 27 HOURS) | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | $5,200 |
| TOTAL TO BE BILLED: | $9,100.00 |

INVOICE PRESENTED BY:

MARCOS F. SOLER
TCA Core Team
May 31, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017.

OK for payment

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 036
FOR PROFESSIONAL SERVICES RENDERED MAY 2017


| Monday, May 22, 2017 | TCA Office re: meetings |
| Tuesday, May 23, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings<br>Gurabo Site Visit |
| Wednesday, May 24, 2017 | TCA Office re: meetings |
| Thursday, May 25, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Friday, May 26, 2017 | TCA Office re: meetings |


**5 DAYS (DAY RATE $1,300) = $6500**


May 1-31    Prepared comments and observations of the PRPD Traffic Bureau re: sight
            visits 4 hrs.
            Reviewed the following Traffic Bureau Forms. Officer's Monthly Activity Report
            PPR-312, Monthly Work Report PPR-635 1.5 hrs.
            Prepared comments on the above 2 hrs.
            Reviewed PRPD Traffic Bureau, Agent Evaluation Form 1 hr.
            Reviewed PRPD Traffic Bureau, Sergeant Evaluation Form 1 hr.
            Prepared comments on the above 1.5 hrs.

Conferred with TCA Core Team via emails/conference calls regarding the above Comments and observations. 2 hrs.

Reviewed PRPD's Final Draft (redline) of General Order Chapter 600, Section 620 Specialized Weapons of the Division of Specialized Tactics (DTE) 2 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's Final Draft (redline) of General Order Chapter 100, Section 113 Division of Investigations of Incidents of Use of Force (FIU) 2 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's Final Draft of General Order Chapter 600, Section 618 Use and Management of Regulation Firearm as well as related forms & Annexes 2.5 hrs.
Prepared comments on the above. 1.5 hrs.
Reviewed PRPD's Operations Manual for the Office of Explosives and Public Safety 3 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's Final Draft (redline) of General Order Chapter 100 Reorganization of Auxiliary Superintendence in Criminal Investigations 2 hrs.
Prepared comments on the above 1 hr.
Prepared comments/slide presentations re: TCA Presentation re: Gurabo 7 hrs.

**TOTAL HOURS:   38 HOURS  30 MINUTES.**

**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO = 21 HOURS    10 MINUTES**

**TOTAL: $9100**

ok for payment

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

May 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED MAY 2017

| | |
|---|---|
| Tuesday, May 23, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings<br>Gurabo Site Visit |
| Wednesday, May 24, 2017 | TCA Office re: meetings |
| Thursday, May 25, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Friday, May 26, 2017 | TCA Office re: meetings |

**4 DAYS (DAY RATE $1,300) = $5,200**

May 1-31    Prepared comments and observations of the PRPD Traffic Bureau re: site visits - 4 hours

Reviewed and Distributed Northwestern Institute material - 2 hours

Reviewed the following Traffic Bureau Forms: Officer's Monthly Activity Report PPR-312, Monthly Work Report PPR-635 – 1.5 hours
Prepared comments on the above – 2 hours

Reviewed PRPD Traffic Bureau Agent Evaluation Form – 1 hour
Reviewed PRPD Traffic Bureau Sergeant Evaluation Form – 1 hours
Prepared comments on the above – 1.5 hours

Reviewed Best Practice materials on Traffic Bureau and shared with Team – 3 hours

Conferred with TCA Core Team via emails/conference calls regarding the Traffic Bureau, forming a new Police Department, City Council use of SWOT analysis and Community Policing theory. / 3hours

Reviewed PRPD's Final Draft (redline) of General Order Chapter 100 Reorganization of Auxiliary Superintendence in Criminal Investigations – 2 hours Prepared comments on the above – 1 hour

Prepared comments/slide presentations re: Presentation re: Gurabo – 5 hours

Reviewed Best Practice materials on forming a police department and shared with Team – 3 hours

**TOTAL HOURS:   30 HOURS**

**BILLABLE HOURS  26 HOURS AT RATE OF $150 PER HOUR = $3,900**

**PRO BONO = 4 HOURS**

**TOTAL: $9100**

**INVOICE FOR PROFESSIONAL SERVICES; MAY 1 – MAY 31, 2017**
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   TCAPR Corp.
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of May 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 5 | | 6500.00 |
| Action Plan Tables, review crosswalk and review, review inconsistencies to discern gaps in non-IT task areas.  (5/5, 9, 11, 16) | 3.666 | | | 549.90 |
| Review Search & Seizure IT actions received from Core Team (5/1) | 1.5 | | | 225.00 |
| Review task, policy mapa version from PRPD Reforma, Forward to Core Team (5/2, 17) | 1 | | | 150.00 |
| Telcon and emails coordination with Alex on Traffic Study need for IT, including HR, preparation of on site joint assessment on needed IT  (5/10, ) | 0.67 | | | 100.00 |
| General Order  --  Radio Control Command Ctr Reorganization - Red Line Translate, Review,  assess, recommendation (5/12, 15) | 3.75 | | | 562.50 |
| Gen Order CIW Policy - Red Line Review, translate, crosswalk with March 2017 comments, assess, recommendation (5/14,15,20,21) | 5 | | | 750.00 |
| Coordination with Rafael, Alex, Youngs, PRPD/Diaz, DOJ/Lopez via email and telcon re; HR/IT, Academy Training, on-site visit schedule, review Rand Research on law enforcement data and use (5/4,5,8,9,10,15,16, 21) | 2.75 | | | 412.50 |
| Prepare and review data for joint mtg between TCA, DoJ and PRPD Reforma on Action Plan Tables pre-6 month report (5/18) | 0.75 | | | 112.50 |
| Total hours US | 19.08 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ | | 5 | | $6,500 |

| | | | |
|---|---|---|---|
| $1300 | | | |
| TOTAL OF BILLABLE HOURS @ $150 | 19.08 | $2,862 | |
| TOTAL EXPENSE | | $9,362 | |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | 1.75 | -262.40 | |
| | FEE | $9,100 | |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

# Del Carmen Consulting, LLC

3051 Trevino, Grand Prairie, Texas. 75054

TCA PR Corporation

Date: 5/27/17
Invoice #785529

| Date | Description | Quantity | Amount | T | Total |
|------|-------------|----------|--------|---|-------|
| 5/8/17 | Worked on traffic report.<br>Start Time: 9:00 AM<br>Stop Time: 2:30 PM | 5.5000 | 150.00 | | $825.00 |
| 5/9/17 | Emails, conference call, reviewed documents.<br>Start Time: 10:00 AM<br>Stop Time: 11:30 AM | 1.5000 | 150.00 | | $225.00 |
| 5/10/17 | Worked on document for report.<br>Start Time: 9:00 AM<br>Stop Time: 4:00 PM | 7.0000 | 150.00 | | $1,050.00 |
| 5/11/17 | Reviewed documentation sent on traffic study and modified document accordingly.<br>Start Time: 8:50 AM<br>Stop Time: 4:00 PM | 7.1667 | 150.00 | | $1,075.00 |
| 5/12/17 | Worked on traffic study.<br>Start Time: 10:30 AM<br>Stop Time: 5:00 PM | 6.5000 | 150.00 | | $975.00 |
| 5/19/17 | Worked on document and presentation material for Gurabo.<br>Start Time: 8:00 AM<br>Stop Time: 3:00 PM | 7.0000 | 150.00 | | $1,050.00 |
| 5/22/17 | Day 1 Puerto Rico. Met at office and worked on document specific to Gurabo presentation. Met and coordinated with colleagues on various projects.<br>Start Time: 9:00 AM<br>Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 5/23/17 | Day 2 Puerto Rico. Met with IT personnel at the Police Department Headquarters.  Made presentation in Gurabo and met with community personnel.<br>Start Time: 9:00 AM<br>Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |
| 5/24/17 | Day 3 Puerto Rico.  Group meeting. Meeting with Scott and Angel on IT transition.  Met at HQ for policy review.<br>Start Time: 9:00 AM<br>Stop Time: 5:00 PM | 8.0000 | 162.50 | | $1,300.00 |

|  |
|---|

**Subtotal:** $9,100.00

**Invoice Amount:** $9,100.00

ok for payment



CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER: 12
INVOICE DATE: APRIL 30, 2017

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

### Invoice

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-14-17 | Police Reform-Puerto Rico | Conference call with TCA Claudio-discussion of several matters | 1.00 | $125.00 | $125.00 |
| MAR-23-17 | Police Reform-Puerto Rico | Several communications, coordination of Ponce Public Hearing | 2.00 | $125.00 | $250.00 |
| MAR-24-17 | Police Reform-Puerto Rico | Communications with the Court, Public Hearing Coordination | 2.00 | $125.00 | $250.00 |
| APR-06-17 | Police Reform-Puerto Rico | Memorandum to the Court | 2.00 | $125.00 | $250.00 |
| APR-06-17 | Police Reform-Puerto Rico | Ponce Hearing Coordination, several phone calls | 1.00 | $125.00 | $125.00 |
| APR-13-17 | Police Reform-Puerto Rico | Several Communications | 0.50 | $125.00 | $62.50 |
| APR-17-17 | Police Reform-Puerto Rico | Review of Motion filed by Puerto Rico Justice Department and and D.O. J. Puerto Rico; Preparation of Memorandum of Law to TCA. | 3.00 | $125.00 | $375.00 |
| APR-18-17 | Police Reform-Puerto Rico | Several Communications with the Court | 1.50 | $125.00 | $187.50 |
| APR-19-17 | Police Reform-Puerto Rico | Several communications; re: Ponce upcoming Hearing | 1.00 | $125.00 | $125.00 |
| APR-25-17 | Police Reform-Puerto Rico | Several communications; re: Ponce upcoming Hearing | 0.50 | $125.00 | $62.50 |
| APR-26-17 | Police Reform-Puerto Rico | Review of Order; re: Public Hearing | 1.50 | $125.00 | $187.50 |
| | | Total hours for this invoice | 16.00 | | |
| | | Total amount of this invoice | | | $2,000.00 |



CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER: 13
INVOICE DATE: MAY 26, 2017

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-03-17 | Police Reform-Puerto Rico | Analyisis of new DSP Bill and PRPD Reform Agreement | 4.00 | $125.00 | $500.00 |
| MAY-04-17 | Police Reform-Puerto Rico | Analysis and evaluation of several matters concerning the Police Reform, TCA and the new Public Security Department and others. Several communications with the Court | 6.00 | $125.00 | $750.00 |
| MAY-05-17 | Police Reform-Puerto Rico | Preparation of MEMO to TCA, Analysis and Review of Reform Stipulations; Comparative table of new DSP Bill, PRPD Reform Agreement and TCA internal memorandum for Public Hearing | 9.00 | $125.00 | $1,125.00 |
| MAY-08-17 | Police Reform-Puerto Rico | Preparation and Meeting with the Cour and TCA Team | 4.00 ~~8.00~~ | ~~$125.00~~ | 500.00 ~~$1,000.00~~ |
| MAY-09-17 | Police Reform-Puerto Rico | Meeting with TCA, team, review orders and related matters; re: upcoming Public Hearing | 4.00 | $125.00 | $500.00 |
| MAY-11-17 | Police Reform-Puerto Rico | Conference call | 1.50 | $125.00 | $187.50 |
| MAY-11-17 | Police Reform-Puerto Rico | Preparation for conference call with the Parties | 2.00 | $125.00 | $250.00 |
| MAY-12-17 | Police Reform-Puerto Rico | Review of Order, several communications; re: Public Hearing | 1.50 | $125.00 | $187.50 |
| MAY-15-17 | Police Reform-Puerto Rico | Notifications of Court Order | 0.50 | $125.00 | $62.50 |
| MAY-15-17 | Police Reform-Puerto Rico | Several conference call and emails exchange; re: upcoming Public Hearing | 2.50 | $125.00 | $312.50 |
| MAY-16-17 | Police Reform-Puerto Rico | In Progress Report to the Court, coordination of Public Hearing | 4.00 | $125.00 | $500.00 |
| ~~MAY-17-17~~ | Police Reform-Puerto Rico | ~~Listening to radio interview with Quique Cruz and analysis~~ | ~~0.50~~ | ~~$125.00~~ | ~~$62.50~~ |

*que reporte donde esta la copia*

Page 1 of 2

INVOICE NUMBER: 13

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-17-17 | Police Reform-Puerto Rico | Several communications with the Court, follow up of hearing coordination, In progress report | 4.00 | $125.00 | $500.00 |
| MAY-18-17 | Police Reform-Puerto Rico | Review of proposed questions, communications with the Court | 2.00 | $125.00 | $250.00 |
| MAY-18-17 | Police Reform-Puerto Rico | Memorandum on the Court's Authority to enforce Consent Decrees | 4.00 | $125.00 | $500.00 |
| MAY-19-17 | Police Reform-Puerto Rico | Preparation for Public Hearing | 2.00 | $125.00 | $250.00 |
| MAY-20-17 | Police Reform-Puerto Rico | Preparation for Public Hearings, analysis, questions, communications with the Court | 8.00 | $125.00 | $1,000.00 |
| MAY-21-17 | Police Reform-Puerto Rico | Preparation for Public Hearing, several conference calls, follow up and communications with the Court | 4.00 | $125.00 | $500.00 |
| MAY-22-17 | Police Reform-Puerto Rico | Public Hearing-PONCE | 4.00 | $125.00 | $500.00 |
| MAY-22-17 | Police Reform-Puerto Rico | ~~Room cost: Ponce Hilton Resort~~ | | | ~~$188.54~~ |
| MAY-22-17 | Police Reform-Puerto Rico | ~~Per Diem: $50.00~~ | | | ~~$50.00~~ |
| MAY-23-17 | Police Reform-Puerto Rico | Several communications, communications with the Court | 1.00 | $125.00 | $125.00 |
| | | Total hours for this invoice | 72.50 | | |
| | | Total amount of this invoice | | | ~~$9,301.04~~ |

*(handwritten annotations: "Not approved by CH", "Not approved by CH", "$8,500.00", "ok for payment" with signature)*

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

Mayo 26, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

## Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **5-08-2017** | Reading of documents related to the Department of Public Security in preparation for meeting with Judge Gelpí and TCA. | **4.5** |
| **5-08-2017** | Meeting with Judge Gelpí to plan May 22 hearing | **2** |
| **5-09-2017** | Meeting with TCA and CL Attorneys in preparation for Public Hearing of May 22, 2017. | **2.5** |
| **5-15-2017** | Reading and analysis of report of PRPD concerning May 1st activities. | **1** |
| **5-17-2017** | Reading of draft of May hearing proposed questions sent by TCA. | **1** |
| **5-22-2017** | Attendance at Hearing of US District Court in Ponce and meeting with Judge Gelpí after meeting. | **7.5** |
| **5-23-2017** | Meeting with TCA in preparation for meeting of executive committee of the Department of Public Safety appointed by the Executive Branch | **2** |
| **5-23-2017** | Meeting with TCA and members of the Executive Committee of the Department of Public Safety at Fortaleza. | **2** |
| **5-24-2017** | Revision of General Order to reorganize the Press Office of PRPD and identification of changes to the order to guarantee | **3** |

| | | | |
|---|---|---|---|
| | transparency and access the media. Meeting with Linda Navedo in preparation for Meeting with Reform Unit of PRPD to discuss the order. | | |
| 5-25-2017 | Meeting at PRPD – Press Manual. | | 2.5 |
| | | **TOTAL BILLED HOURS:** | **28** |
| | | **TOTAL:** | **$ 3,500.00** |

_____
Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

## Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

May 29, 2017

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-05**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of April, 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 5/03/2017 | **2.25 hrs.** 10:30 pm. to 12:15 am | Review, changes, additions and advice on (1) Redline on Specialized Weapons (2) Use and Management of Regulation Firearms and (3) Division of Investigation of Incidents of Use of Force. |
| 5/04/2017 | **4.75 hrs.** 2:00 to 4:00 pm and 5:00 to 7:45 pm | Review and comments on Redline of CIC G.O. on Reorganization of Criminal Investigations Corps. |
| 5/07/2017 | **0.75 hr.** 12:00 N to 12:50 pm | Review, comments and changes to (1) Review of Operational Manual for the Office of Explosives and Public Safety and (2) Reorganization of SAIC. |
| 5/09/2017 | **3.00 hrs.** 10:30 to 12:00 N and 1:30 to 3:00 pm | Meeting of Constitutional Attorneys at TCA's Office and other Attorney/Client issues-Privilege matter |
| 5/09/2017 | **2.50 hrs.** 3:30 to 6:00 pm | Work on preparation of documents-Privilege matter |
| 5/10/2017 | **2.00 hrs.** 2:30 to 5:30 pm | Work on preparation of documents-Privilege matter Work interrupted by power outage at 5:30 pm |
| 5/11/2017 | **4.00 hrs.** 3:00 to 7:00 pm | Work on preparation of documents-Privilege matter |
| 5/12/2017 | **3.50 hrs.** 2:30 to 6:00 pm | Review of documents with proposed amendments and changes-Privilege Matter |
| 5/12/2017 | **0.50 hr.** 10:15 to 10:45 pm | Changes, additions and recommendations to Annual Review on Searches and Seizures |
| 5/16/2017 | **1.00 hr.** 5:00 to 6:04 pm | Review, changes and recommendations on GO-100 Creation of Motorcycle Unit |

**Page 1 of 2**

| 5/17/2017 | **3.50 hrs.** 2:00 pm to 5:36 pm | Final review of privilege material and other matters for the upcoming hearing at the District Court |
| 5/22/2017 | **3.50 hrs.** 9:00 am to 12:30 pm | Hearing at US District Court sitting in the Ponce Bankruptcy Court |
| 5/22/2017 | **.50 hr.** 3:00 to 3:30 pm | Meeting at TCA's Office – Privilege matter |
| 5/23/2017 | **1.25 hrs.** 2:00 to 3:15 pm | Meeting with Members of Department of Public Safety at La Fortaleza |
| 5/26/2017 | **2.25 hrs.** 10:00 am to 12:25 pm | Paragraph 253 Meeting with USDOJ, PRPD, PRDOJ at TCA's Office |
| 5/26/2017 | **35.25 total hours billed** | 35.25 hrs. x $125.00= $4,406.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok for payment

LEGAL FEES AND PROFESSIONAL SERVICES INVOICE
FOR THE PERIOD ENDING ON 05/29/2017

From: Guillermo A. Baralt Miró, Esq.          To:    TCAPR Corp.
2070 Calle 1 Apdo. 215B                               268 Muñoz Rivera,
Guaynabo, Puerto Rico 00966                           Suite 1001
guillermobaralt@outlook.com                           San Juan, PR 00918
(787)236-0645

DATE: May 30, 2017

| Date | Time (hrs) | Service Rendered |
|---|---|---|
| 5/3/2017 | 1:00pm – 4:00pm<br>3 | Read and commented the following Policies:<br>1. G.O. "Estructura Oficina de Prensa."<br>2. Reorganization of C.I.C.<br>3. G.O. "Manejo de Informes de Incidentes o Servicios Policiacos"<br>4. "Reglamento de Prácticas Policiacas libres de Discrimen, Conducta Sexual Impropia y Represalias."<br>5. G.O.' Regarding Domestic Violence Issues. |
| 5/8/2017 | 12:00pm – 4:00pm<br>4 | Began drafting on methodology for TCA's Assessment on DOT Deployments for the first half of 2017. Initial 3pg draft. |
| 5/9/2017 | 9:00am – 4:00pm<br>7<br><br>6 – 12<br>6 | Wrote suggested topics for Public Hearing. Met with Mr. Pujol to discuss upcoming TCA assessment and review.<br><br>Continue to work on TCA's Survey on DOT Deployments. |
| 5/10/2017 | 3:00am – 10:00am<br>7<br><br>(2:48 arrival)<br>3:00pm – 5:00pm<br>2<br><br>7:00 – 8:00<br>1 | Finished Confidential Document related to DOT Deployments. 9 page document including methodology for0 assessment.<br><br>Meeting with the T.C.A. and other staff members to discuss the document and methodology.<br><br>Sent additional document identifying more questions about the DSP. |
| 5/11/2017 | 1:30 –5:30<br>4<br><br>7:00 – 11:00<br>4 | Worked on a Proposal for PRPD regarding the TCA's DOT Deployment Review and Assessment with Mr. Pujol.<br><br>Began Compiling all work related to Traffic Bureau (i.e. Other Core Team Members Report into one document) |
| 5/12/2017 | 1:00 – 5:00<br>5<br><br>6:00 – 9:30<br>10:30 – 12:30<br>5 | Reviewed list of topics for discussion during the Public Hearing. Suggested topic to other members of the Core Team.<br><br>Continue Work on Traffic Report. |
| 5/13/2017 | 9:00 – 1:00<br>4<br>&<br>2:00 – 6:00<br>4 | Finished initial working draft of the TCA's Traffic Bureau Report and agreed upon with the TCA and Dr. Del Carmen. |
| 5/15/2017 | 11:00 – 6:00<br>7 | Worked on more questions and topics of discussion for the Public Hearing with the TCA.<br>Went with the TCA to PRPD Headquarters. Meeting held with Col. Vega, Deputy Superintendent Escalera and, the Superintendent of Police<br>Worked afterwards with Mr. Pujol to incorporate PRPD suggestion into methodology. |
| 5/19/2017 | 12:00 – 5:00<br>5 | Met with TCA and Mr. Pujol to discuss the TCA's investigative study on DOT deployments before the meeting with the ACLU. |

# LEGAL FEES AND PROFESSIONAL SERVICES INVOICE
## FOR THE PERIOD ENDING ON 05/29/2017

| | | |
|---|---|---|
| 5/20/2017 | 4:00 - 5:00<br>1<br>&<br>6:00 - 8:00<br>3 | Final edits to the TCA's Statement before the Court (public hearing). |
| 5/21/2017 | 8:30 - 10:30<br>2<br><br>5:00 - 9:00<br>4 | Assisted TCA Staff in preparing the document for hearing.<br><br>Prepared motion to file unsealed motion; TCA's statement before the court. |
| 5/22/2017 | 6:00 - 1:00<br>7<br><br>2:00 - 6:00<br>4 | Public Hearing<br><br>Meeting with Stakeholder from Puerto Rico Bar Association |
| 5/24/2017 | 4:00 - 6:00<br>2 | Meeting with Core Team regarding upcoming Ponce Visit |
| 5/25/2017 | 6:00 - 2:00 -<br>3:00 - 5:00<br>10 | Ponce Visit with the Hon. Judge Gustavo Gelpí; hour long break for lunch. |
| 5/26/2017 | 10:00 - 2:00<br>2:30 - 4:30<br>8 | $253<br>Discussed scope of the assessment.<br>Drafted letter to the Security Officer in Charge of the Roosevelt Metro Station. Wrote letter to PRPD. |
| 5/28/2017 | 1:00 - 5:00<br>4<br>&<br>6:30 - 9:30<br>3 | Wrote Minutes/Report on the Ponce Visit, as requested by the TCA. |
| 5/29/2017 | 6:00 - 8:00<br>2 | Coordinated effort with Mr. Pujol to get in touch with a PRPD Rep to follow up on the 5/28 request. |
| Total | 118 | |
| Rate Per Hour ($) | 20 | |
| Total: | $2,360 | |

_____
s/Guillermo A. Baralt Miró, Esq.

May 30, 2017
Date

oK. Jay payment

*This invoice is for services commissioned by T.C.A. Corp. and rendered by attorney Guillermo A. Baralt Miró. It may contain information that is privileged, and, unless waiver explicitly provided, T.C.A. Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. T.C.A. Corp reserves any other rights regarding the confidentiality of this information, to the extent that is allowed by State and Federal statutes.

## Invoice May 15, 2017: $5,000

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services Last Phase: Writing & Edition of Final Report Draft to be presented to TCA Core Team. Includes 9 independent reports of the Qualitative Findings & their respective Transcripts; Demographic variables pie charts; and Global findings, conclusions, and recommendations. A power point presentation will be created for professional presentations for the Police Department Superintendent & her staff.**

A.     Professional shall be paid or otherwise reimbursed for professional services rendered per the terms of this Agreement as follows: $5,000.00 payable by <u>June 15, 2017</u> for services rendered.

This professional by contract will be carrying out a survey and study of eight (8) different "focus groups" from within the context of their experience with the Puerto Rico Police Department, pursuant to §251 of the Agreement. This phase will be focused on QUALITATIVE DATA RECOLLECTION of the 8 Focus Groups described below. Also, this researcher will be coordinating the reconnaissance strategies necessary for the correct pursue of these eight studies.

These "focus groups" are subclasses found within/are a part of the Puerto Rican societal structure, separated by only that defining characteristic that make them homogeneous as a group.

**These groups are:**

1. LGBTT group whose members share a meeting space, but dwell in different municipalities.
2. Group of Homeless Rehab citizens from the San Juan greater Metropolitan Area.
3. Group of Homeless addict's citizens from the San Juan greater Metropolitan Area.
4. Group of residents that either migrated from the Dominican Republic, and or are descendants of immigrants from the Dominican Republic (legal status not withstanding).
    5. Group of Residents from the "Luis Lloréns Torres" Public Housing Community.
    6. Students enrolled at the University of Puerto Rico, Mayaguez Campus.
    7. A group whose members identify themselves as "Afro-Caribbean."
    8. A group of crime victims that are of the female sex & gender.
    9. Groups of residents of the Municipality of Loíza.

I look forward to maintain communication with you,

Sincerely yours,

*Richard Blanco Peck*

*ok for payment*

**Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

Jose L. Pujol
Investigator
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2017-01**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 05/09/2017 | **5 hrs.** 11:00 am to 4:00 pm | Meeting with the TCA and introduction to his team. Working with Attorney Guillermo Baralt who explained request of Assessment by the Court |
| 05/10/2017 | **5 hrs.** Noon to 5:00 pm | Meeting with TCA to talk about assigned Assessment. Meeting at the PRPD HQ with the Superintendent, the TCA and Attorney Guillermo Baralt |
| 05/11/2017 | **5 hrs.** 12:45 pm to 5:45 pm | Visited the PRPD HQ to obtain a PRPD ID badge, as part of the TCAPR Team Working with Attorney Guillermo Baralt preparing questions to be delivered to the PRPD as part of the assigned Assessment |
| 05/15/2017 | **4.5 hrs.** 12:45 pm to 5:45 pm | Meeting with the TCA and Attorney Guillermo Baralt at the PRPD HQ, with the Superintendent, the Superintendent's Associate and Col. Vega Working with Attorney Guillermo Baralt preparing the assigned Assessment. |

| | | |
|---|---|---|
| 05/19/2017 | **5.5 hrs.** Noon to 5:30 pm | At TCA office, preparing for a meeting to be held at the ACLU office.<br>Meeting with the TCA, Attorney Guillermo Baralt and personnel of the ACLU and Bar Association, at the ACLU's office, related to assigned Assessment. |
| 05/22/2017 | **10 hrs.** 6:15 am to 5:15 pm (minus 1hr lunch) | Court Hearing at the US Bankruptcy Court in Ponce, PR.<br>At the TCA's Office, meeting with a representative of the Bar Association and Attorney Guillermo Baralt, related to assigned Assessment. |
| 05/26/2017 | **5.5 hrs.** 10:00 am to 4:00 pm (minus 0.5 hr. lunch) | Meeting at the TCA's office: Complete TCA Team, USDOJ representatives, PRDOJ representatives and PRPD Reform representatives.<br>Discussing with Attorney Guillermo Baralt about the scope set for the assigned Assessment, during the meeting.<br>Assisting Attorney Baralt in the preparation of a letter request for the Tren Urbano, and in the preparation of an e-mail request addressed to the PRPD Reform Section. |
| 05/28/2017 | **40.5 hrs.** Total hrs. billed | 40.5 hrs. x $50.00= **$2,025.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

ok for payment

Jose L. Pujol

# Certified Translators & Interpreters

P.O. Box 19857 San Juan, Puerto Rico 00910

Phone # 787-725-3785 & 787-721-6965

Fax 787-725-6780

translators@ctipr.net

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/19/2017 | 18444 |

**Bill To**

Atty. Antonio R. Bazán
Attorney At Law
Banco Cooperativo Bldg. Suite 604-B
623 Ponce De Leon Ave.
San Juan, PR 00918

| P.O. NO. | TERMS |
|----------|-------|
| | Net 10 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 8 | Overnight Certified Trancript and Translations of Tapes | 28.00 | 224.00 |
| | RE: Interview Audio Recording | | |
| | I hereby certify that the abovementioned work has been performed and that no payment therefrom has been received. | | |
| | Juan L. Llagostera - Electronic Signature | | |
| | Tax ID No. 66-0410491 | | |
| | Municipal Sales Tax | 1.00% | 0.00 |

5% monthly finance fee will be charged on balances due over 30 days

**Total** $224.00

ok for payment

CERTIFIED TRANSLATION

AUDIO RECORDING 1

DATE:            MAY 15, 2017

TIME:            5:30 P.M.

PARTICIPANTS:    ENRIQUE "KIKE" CRUZ = EKC
                 ATTY. ALFONSO ORONA = AAO

| ORIGINAL CONVERSATION | CERTIFIED TRANSLATION |
|---|---|
| AAO  …(U/I) Política Pública, cumple o no, es el Gobierno de Puerto Rico, conjunto con el Departamento de Justicia.  Si de casualidad, eh, bajo ese acuerdo, hay alguna discrepancia entre las partes, entonces se lleva al Juez… | …(U/I) Public Policy, complies or not, it is the Government of Puerto Rico, along with the Department of Justice. If by coincidence, eh, under that agreement, there is a discrepancy among the parties, then it would be taken before the Judge… |
| EKC   (U/I) | (U/I) |
| AAO  …y hay un Asesor de Cumplimiento Técnico, que decide en su momento…si…en efecto hubo incumplimiento por alguna de las partes.  Pero…pero… | …and there is Technical Compliance Advisor, who would decide at that point in time… if…as a matter of fact there was noncompliance by any of the parties.  But…but… |

| | | |
|---|---|---|
| EKC | Eso significa que… | That means that… |
| AAO | …hasta el día de hoy… | …as of today… |
| EKC | …eso significa que, tú, o sea tú, refiriéndome al Gobierno de Puerto Rico…y Saucedo refiriéndome al Representante del DOJ, del Departamento de Justicia Federal.  ¿Eso significa que ustedes dos de aquí a un año, pueden llegar a un acuerdo y a un entendimiento de que no es innecesario continuar con la Reforma y ustedes pueden terminar con la Reforma en un año? | …that means that you, that is you referring to the Government of Puerto Rico…and Saucedo referring to the DOJ Representative, from the U.S. Department of Justice.  That means that you two a year from now, may reach an agreement and an understanding that it is not necessary to continue with the Reform and you can terminate the Reform within a year? |
| AAO | En efecto. | As a matter of fact. |
| EKC | ¿En efecto? | As a matter of fact? |
| AAO | En efecto es lo que puede pasar. | As a matter of fact that is what can happen. |
| EKC | Eso es lo que usted me está | That is what you are telling me. |

diciendo.

AAO   Porque noso…porque las                Because we…because the parties

      partes es…

EKC   Aha.                                   Aha.

----                                         ---

EKC   …la Reforma se terminé,                …the Reform ends because the

      porque las partes entienden      parties understand that it met its

      que ya cumplieron.               goals.

AAO   En efecto.                             As a matter of fact.

EKC   Eso es correcto.                       That is correct.

AAO   En efecto.                             As a matter of fact.

EKC   ¿Lo que tú estás diciendo es           What you are saying is like that?

      así?

AAO   Seguro.  Abre paso para todo.          Sure.  It opens the was for everything.

      Para, para…abre paso para        To, to…it opens the way to comply

      que se cumplió con lo, con lo     with the, with what the Reforms sets

      que establece la Reforma, en      up, in a shorter period of time

      un término menor entre las        between the parties…to say yes,

      partes…digan sí, Puerto Rico      Puerto Rico complied with everything

      cumplió con todo lo que estuvo    what it agreed to, we have no further,

      en el acuerdo, ya no tenemos,

|  |  |  |
|---|---|---|
|  | ya no hay necesidad de continuar con el caso. | there is no need to continue with the case. |
| EKC | O sea, ¿que los que deciden con todo esto son, ustedes dos y van a donde el Juez y presentan? | That is, the ones who decide all that are you two and you'd go before the Judge and present it to him? |
| AAO | En efec…exacto.  Los que, los que estamos día a día trabajando… | As a matter…exactly.  We who, we who are working day by day… |
| EKC | Aha. | Aha. |
| AAO | …en la de esto, es el Gobierno de Puerto Rico y el Departamento de Justica Federal.  Y nosotros vamos y…. | … in this is the Government of Puerto Rico and the U.S. Department of Justice. And we will go and… |

END OF RECORDING

# INVOICE 0123

5/25/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of May 21-27, 2017 to TCA Core Team, | |
| which includes the following: | |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (TCA Office, Headquarters in Hato Rey, Gurabo City Hall) | |
| Total Hours Worked: 86 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| USD TOTAL | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

processed by Softek
----------------------------------------

TO GO STORES
GURABO
VP13007411001
Gurabo

PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #04 | | 40.00 |
| | | ---------- |
| | Subtotal | 40.00 |
| | Tax | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

GRACIAS,
Vuelva Pronto

ST#  00012 TILL XXXX DR# 1 TRAN# 1024805
CSH: 4                      05/18/17 16:41:20

----------------------------------------

CONTROL: DRMTH-U4UT4
ST

TO GO STORES
GURABO
VP13007411001
Gurabo

PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #11 | | 20.00 |
| | | ---------- |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
00012 TILL XXXX DR# 1 TRAN# 1021332
: 16          05/27/17 14:36:13

*Raul*
*Ford Edge*
*57,202 millas*
*54.942 Lts*

------------------------------------
CONTROL: 4Q5M5-D159A
ST

TO GO STORE
CALLE FAGOT
ESQ. 4 CALLES
PONCE, PR 00731

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#12 | | 20.00 |
| | | ---------- |
| Sub Total | | 20.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPECIAL 2% | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS, VUELVA PRONTO
REG# 0001 CSH# 010 DR# 01  TRAN# 18416
05/25/17 13:26:50          ST# 00020

processed by Softek
------------------------------------

TO GO STORES
GURABO
VP13007411001
Gurabo

PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #01 | | 20.00 |
| | | ---------- |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST#  00012 TILL XXXX DR# 1 TRAN# 1029614
CSH: 9          05/26/17 17:22:08

Processed by Softek

**BIENVENIDO A**
**TO GO STORES 24HRS.**
**CAGUAS**
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #12 | | 40.00 |
| | | ---------- |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS, VUELVA PRONTO
*****
ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019 TILL XXXX DR# 1 TRAN# 1018280
CSH: 28              05/24/17 16:12:23

CONTROL: 4NF5E-AFW1F
ST

57,444 miller
Paid ford

CONDADO TOTAL
1751 CLL LOIZA   SAN JUAN PR 00911
Phone: (787) 728-8520
Fuel Sales Receipts

Inv Date: 5/23/2017 6:44:08 PM     Num: 546139
Cashier: 1001 JUAN COLON VELEZ

Pump Id:      01

| | |
|---|---|
| Authorized: | $30.00 |
| Price: | $0.657 |
| Litters: | 45.662 |
| Dispensed: | $30.00 |

---

TO GO STORES
GURABO
VP13007411001
Gurabo

PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #07 | | 20.00 |
| | | ---------- |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1027640
CSH: 9              05/25/17 16:00:22

CONTROL: Y1FEP-7ZWRK
ST

57.641
Raid ford

**A.F. SHELL**
LOIZA 1703, SANTURCE Tel 787 721-1643

| Descr. | qty | amount |
|---|---|---|
| REG    CA #04  57.396L | | 40.01 |
| @ 0.697/ L | | |
| | | ---------- |
| Sub Total | | 40.01 |
| EST. 10.5% | | 0.00 |
| MUNICIP 1% | | 0.00 |
| TOTAL | | 40.01 |
| CASH $ | | 40.01 |

THANKS, COME AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 10084
05/25/17  07:37:56          ST# AB123

TOTAL
PUERTA TIERRA

| Descr. | Qty | Amount |
|--------|-----|--------|
| Prepay CA#06 | | 20.00 |
| Sub Total | | 20.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

Gracias por
Su compra...
Vuelva Pronto...
REG# 0001 CSH# 007 DR# 01  TRAN# 10732
05/23/17  14:24:06          ST# T1041

---

CONTROL: 4DQSM-N2593
ST
processed by Softek

San Juan

**Fecha: 5/23/2017 12:09 PM**
**Cajero: Randy Ortiz**
**Trans No. 51591**
**Batch No. 221**
**Cnt  UPC/PLU  Descripción**

| Combustible | Combustible Surtidor 5 | |
| | $10.000 | $10.00 |

| Subtotal: | $10.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $10.00 |
| Pagado: | $10.00 |
| Cambio: | $0.00 |

Thank you for your business!

**CONTROL: X8TB8-LDDTX**
**ST**

---

NEGRA

GULF RAMOS AVE. TITO CASTRO
SC2102P

SOLD BY #1: WALDY SUAREZ
TAG #274484.99 05/22/2017 10:51:32 AM
1    GASOLINA 0/Y   20.00   20.00

| | NON-TAXABLE | 20.00 |
| | SUBTOTAL | 20.00 |
| | TOTAL | 20.00 |

CASH 20.00

---

PUT YOUR DEFAULT
RECEIPT MESSAGE
HERE

Ford Edge
57,202 millas
54.942 LTB

Shell Global Station Group
CARR. 198 KM 5.1
BO Quebrada Arena
Las Piedras, PR 00771
787-716-7533

**Sales Receipt**

| Transaction #: | 091120 |
| Date:  5/22/2017 | Time:  5:15:59 AM |
| Cashier:  IR | Register #:  1 |

| Item | Amount |
|------|--------|
| 1 | |
| GASOLINA | $35.00 |
| Sub Total | $35.00 |
| Total | $35.00 |
| CASH Tendered | $35.00 |
| Change Due | $0.00 |

CONTROL: U26/T-RGAJN
BS
Processed by Business Computer POS

GRACIAS POR SU PATROCINIO
Shell Global Station Group

```
FABR  PETROLEUM
787  296  4901

Descr.          qty        amount
-----          ---        ------
Prepay CA#07               40.00
                          --------
       Sub Total           40.00
       ESTATAL              0.00
       MUN                  0.00
     TOTAL     40.00
           CASH  $    40.00
THANKS, COME  AGAIN
REG# 0001 CSH# 006 DR# 00  TRAN# 11507
05/11/17  10:48:25        ST# AB123
```

```
FABR  PETROLEUM
787  296  4901

Descr.          qty        amount
-----          ---        ------
Prepay CA#08               20.00
                          --------
       Sub Total           20.00
       ESTATAL              0.00
       MUN                  0.00
     TOTAL     20.00
           CASH  $    20.00
THANKS, COME  AGAIN
REG# 0001 CSH# 005 DR# 00  TRAN# 16058
05/16/17  10:47:03        ST# AB123
```

```
-----------------------------
CONTROL: YKDPV CERAN
M
processed by Softek
```

```
-----------------------------
CONTROL: SA73A BDGGW
ST
processed by Softek
```

**Fecha: 5/8/2017 4:21 PM**
**Cajero: Yokasta Rodriguez**
**Trans No. 38803**
**Batch No. 167**
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Surtidor 2 | |
|---|---|---|
| 1 | $40.00 | $40.00 |

**Subtotal:        $40.00**


**Total:           $40.00**
**Pagado:          $100.00**
**Cambio:          $60.00**
Thank you for your business!

**CONTROL: GHVDD-KY5LU**
**ST**

```
GULF PAMELA AVE. RIO CASTRO
7878021097

SOLD BY #1: WALDY SUAREZ
TAG #2748442 05/22/2017 11:06:21 AM
1    GASOLINA O/Y    40.00    40.00

          NON-TAXABLE      40.00
          SUBTOTAL         40.00
          TOTAL            40.00
-----------------------------
CASH 40.00

        PUT YOUR DEFAULT
        RECEIPT MESSAGE
             HERE
```

## PUMA 176

san juan

Fecha: 5/13/2017 9:01 PM
Cajero: Neishaliz
Trans No. 1476
Batch No. 6

| Cnt | UPC/PLU | Descripción | | |
|-----|---------|-------------|---|---|
| Combustible | | Combustible Surtidor 1 | | |
| ! | | $20.000 | | $20.00 |

| | |
|---|---|
| Subtotal: | $20.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $20.00 |
| Pagado: | $20.00 |
| Cambio: | $0.00 |

Thank you for your business!

CONTROL:
ST

processed by Softek

TO GO STORES
GURABO
VP13007411001
Gurabo

PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #04 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1029901
CSH: 10               05/21/17 11:18:58

---

BIENVENIDO A
TO GO STORE 24HRS.
INTERAMERICANA
787-523-1068
www.togostores.com

| Descr. | Qty | Amount |
|--------|-----|--------|
| Prepay CA#03 | | 40.00 |
| Sub Total | | 40.00 |
| IVU 1% | | 0.00 |
| IVU 10.5% | | 0.00 |
| SPEC 2% | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

GRACIAS, VUELVA PRONTO
***PROHIBIDO EL CONSUMO***
DE BEBIDAS ALCOHOLICAS
EN LA TIENDA Y
SUS ALREDEDORES.
REG# 0004 CSH# 011 DR# 01   TRAN# 49032
05/15/17  15:05:07             ST# 00037

---

CONTROL: W4KTC-E4UGW
ST
processed by Softek

---

TOTAL ROOSEVELT
AVE.ROOSEVELT
HATO REY. P.R.
767-792-9133

| | |
|---|---|
| Transaction #: | 935333 |
| Date: 4/28/2017 | Time:  1:09:53 AM |
| Cashier:  1 | Register #:  1 |

| Item | Description | Amount |
|------|-------------|--------|
| 6 | GASOLINA | $45.00 |
| | Sub Total | $45.00 |
| | Total | $45.00 |
| | CASH Tendered | $45.00 |
| | Change Due | $0.00 |

935333
Thank you for shopping
TOTAL ROOSEVELT
We hope you'll come back soon!

PIDE TU RECIBO
IVULOTO: W056J-ORPA3
DRAW:  12/31/1969 4:00:00 AM
CONTROL:

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

07110

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS | | |
|---|---|---|
| FECHA 5/15/ 20 17 | | |
| SR. | | |
| DIRECCION | | |
| TAB. NÚM. | CASH ✓ CRÉDITO ☐ | |
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO ✓ | | 20 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | TOTAL | 20 00 |

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

07994

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS | | |
|---|---|---|
| FECHA 8/5/ 20 17 | | |
| SR. | | |
| DIRECCION | | |
| TAB. NÚM. | CASH ✓ CRÉDITO ☐ | |
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO ✓ | | 20.00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | TOTAL | 20 00 |

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

09500

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS | | |
|---|---|---|
| FECHA 05/18/ 20 17 | | |
| SR. | | |
| DIRECCION | | |
| TAB. NÚM. | CASH ✓ CRÉDITO ☐ | |
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO Lavado | | 20 — |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | TOTAL | 20 00 |

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

07988

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS | | |
|---|---|---|
| FECHA 5/5/ 20 17 | | |
| SR. | | |
| DIRECCION | | |
| TAB. NÚM. | CASH ✓ CRÉDITO ☐ | |
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO ✓ | | 20 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | TOTAL | 20 00 |



Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1913
05/25/17 05:11:08

Numero de Cuenta:        ACT03451155
Cantidad de Pago:      $      20.00
Metodo de Pago:              Efectivo
Balance:               $      30.90

*** Balance puede no reflejar
transacciones en proceso ***

Recarga automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE            TIME              ROLL
Mar 21-17       10:58:12          P,PAGO
BATCH           TERMINAL ID       MERCHANT I.
000198          87880010          87880010×××××

PREPAID CASH
PP MAPER.
PCALC           6276070851546395

AUTH. CODE: 0AK366       INVOICE: 032089
                         TRACE  :005613

TOTAL :        $         20.00

SIGNARGED

APPROVED
27.70

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1655
05/08/17 20:02:51

Numero de Cuenta:        ACT03579521
Cantidad de Pago:      $      20.00
Metodo de Pago:              Efectivo
Balance:               $      20.65

*** Balance puede no reflejar
transacciones en proceso ***

Recarga automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 2233
05/18/17 16:58:02

Numero de Cuenta:        ACT03579521
Cantidad de Pago:      $      40.00
Metodo de Pago:              Efectivo
Balance:               $      41.15

*** Balance puede no reflejar
transacciones en proceso ***

Recarga automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



**Sam's CLUB**

AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL. 787-622-3600
06/21/17 11:01 9964 04866 004     662

V MEMBER  101-******6545

# THANK YOU,
RAUL

```
0000618230 COPY PAPER        26.75 T
           SUBTOTAL          26.75
  TAX 1 10.500 x              2.81
  TAX 2  1.000 x              0.27
           TOTAL             29.83
           CASH TEND         30.00
           CHANGE DUE         0.17
```

Visit samsclub.com to see your savings

CONTROL: 1Q2K6-L4NPD WH

# # ITEMS SOLD 1

TC# 2869 8129 8971 3416 2295

# Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
06/21/17     11:01:32

---

No. 1322          9 MAY        20 17
Received from   TCAPR

$50.00

For  OFFICIAL Parking Sticker
Access control
$ 50.00

---



**sears**

PLAZA LAS AMERICAS PLA03
AVE F.D ROOSEVELT
SAN JUAN, PR 00918  (00)
787-773-7400

MERCHANDISE HOLDING
CUSTOMER PICKUP

**sears**



# S E A R S
## AUTO CENTER
PLAZA LAS AMERICAS                    SAN
(787) 773-7305

RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

SALESCHECK #
027890720626

04/28/2017 10:34 AM

| TRAN # | PG/STORE | REG# | ASSCC# |
|--------|----------|------|--------|
| 0626   | 02789    | 072  | 529107 |

SALE

023 66122      QTY:1
UNI PLAIN,4PC BG              $19.99T
         SubTotal :          $19.99
      State Tax : 10.500%      $2.10
      Local Tax :  1.000%      $0.20
          Total :     USD    $22.29

AC: 7939-1297-2839-1789-0619

Cash Tendered :              $25.00
Change Due :                 -$2.71


SATISFACTION GUARANTEED

PLEASE RETAIN THIS RECEIPT TO
RECEIVE A REFUND IN THE FORM OF YOUR
ORIGINAL PAYMENT

CONTROL: 4AA92-56D2A
MERCHID: 67160027892

Visit us at SYWR.com

C U S T O M E R   C O P Y

## Restocking Fee, Special Order Cancellation Fee
## (Not applicable in Hawaii)
Special orders cancelled later than 24 hours after purchase are subject to a 15%
order cancellation/restocking fee, including special orders on certain Automotive
merchandise such as special tires and cargo handler tops.

## Arizona Stores Only
Restocking fee may apply in some circumstances, see return policy at auto
center or Sears.com for details.