12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of May.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled meeting with William Ramirez, Esq. from the ACLU; and meeting with the Superintendent, Michelle Fraley.

According to the Court Order dated May 9th, 2017, on May 22nd, the TCA and part of his Core Team attended to the Public Hearing held in Ponce, PR.

During this visit the Core Team and the TCA assisted and/or participated in the following meetings and/or visits: visit to the Data Center of the Ponce Area Command; meeting for the preparation for the Technical Assistance for the Transit Bureau and meeting to review the Activity of the IT Action Plans Map; meeting with the Citizen Action Committee; the monthly meeting to review the Status of Policy Review; and visited Gurabo Municipality for a meeting with Gurabo Major and Police Chief of the Municipal Police.

Following topics were discussed: Command and Control of the Transit Bureau; Transit Bureau Contracts; work priorities; status and projects of PASIC-LPH; Operating Manual of the Criminal Investigation Unit. Also discussed the aspects related to the area of Information an Technology; status of the CAD MOBILE Pilot Project; Policies Review for the Operating Manual of the Criminal Investigation Unit (Investigation; Interview and Division of Homicide); Criminal Complaints; Robbery Division; Crimes Against Property Division; Youth Affairs Division; Investigation of Sexual Crimes and Mistreatment Division; Division of Investigation of Robberies and Frauds to Financial Institutions and Cooperatives; Technical Services Division.

The General Order 100-125: Organizational and Functional Structure of the Press Office; General Order 600-612: Authority of the PRP to conduct Search and Seizures were discussed.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting in compliance with Para.253, discussion and approval of TCA Office Budget for fiscal year 2017-2018, meeting with the TCA´s CPA for the update of the employee records, income tax inquires and preparation, and payroll. Core Team´s May agenda and work plan was circulated and discussed.