[CERTIFIED TRANSLATION]

# ACTION PLANS TO COMPLY WITH THE SUSTAINABLE REFORM OF THE PUERTO RICO POLICE DEPARTMENT

# JOSÉ L. CALDERO LÓPEZ
# SUPERINTENDENT



ESTADO LIBRE ASOCIADO DE PUERTO RICO

# POLICIA

**PROFESSIONALIZATION**

**USE OF FORCE**

**SEARCHES AND SEIZURES**

**EQUAL PROTECTION AND NON-DISCRIMINATION**

**RECRUITMENT, SELECTION, AND HIRING**

**POLICIES AND PROCEDURES**

**TRAINING**

**SUPERVISION AND MANAGEMENT**

**ADMINISTRATIVE COMPLAINTS**

**COMMUNITY INTERACTION AND PUBLIC INFORMATION**

**INFORMATION SYSTEMS AND TECHNOLOGY**

**TABLE OF CONTENTS**

I. INTRODUCTION      **1**

II. DEFINITIONS      **6**

III. PROFESSIONALIZATION

ACTION PLAN      **10**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19      **21**

IV. USE OF FORCE

ACTION PLAN      **22**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19      **47**

V. SEARCHES AND SEIZURES

ACTION PLAN      **48**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19      **62**

VI. EQUAL PROTECTION AND NON-DISCRIMINATION

ACTION PLAN      **63**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19      **83**

VII. RECRUITMENT, SELECTION, AND HIRING

ACTION PLAN      **84**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19      **95**

VIII. POLICIES AND PROCEDURES

ACTION PLAN      **96**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19      **121**

IX. TRAINING

ACTION PLAN      **122**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19      **163**

**X. <u>SUPERVISION AND MANAGEMENT</u>**

ACTION PLAN                                                                 **164**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19                        **191**

**XI. <u>ADMINISTRATIVE COMPLAINTS</u>**

ACTION PLAN                                                                 **192**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19                        **214**

**XII. <u>COMMUNITY INTERACTION AND PUBLIC INFORMATION</u>**

ACTION PLAN                                                                 **215**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19                        **236**

**XIII. <u>INFORMATION SYSTEMS AND TECHNOLOGY</u>**

ACTION PLAN                                                                 **238**
CONSOLIDATED BUDGET, FISCAL YEARS 2015/16 TO 2018/19                        **287**

**<u>APPENDIX</u>**

APPENDIX A-- POLICY AND PROCEDURE DEVELOPMENT PROCESS                       **288**

APPENDIX B– TRAINING DEVELOPMENT PROCESS                                    **290**

APPENDIX C– TRAINING IMPLEMENTATION PROCESS                                 **291**

APPENDIX D– TECHNOLOGY ACQUISITION PROCESS                                  **292**

APPENDIX E– PROJECTED BUDGET BY ITEM – PROFESSIONALIZATION                  **293**
ACTION PLAN

APPENDIX F– PROJECTED BUDGET BY ITEM – USE OF FORCE ACTION PLAN             **295**

APPENDIX G– PROJECTED BUDGET BY ITEM – SEARCHES AND SEIZURES               **300**
ACTION PLAN

APPENDIX H– PROJECTED BUDGET BY ITEM – EQUAL PROTECTION AND                 **301**
NON-DISCRIMINATION ACTION PLAN

APPENDIX I– PROJECTED BUDGET BY ITEM – RECRUITMENT, SELECTION,              **307**
AND HIRING ACTION PLAN

APPENDIX J– PROJECTED BUDGET BY ITEM – POLICIES AND PROCEDURES              **308**
ACTION PLAN

APPENDIX K – PROJECTED BUDGET BY ITEM – TRAINING ACTION PLAN **311**

APPENDIX L– PROJECTED BUDGET BY ITEM – SUPERVISION AND MANAGEMENT ACTION PLAN **313**

APPENDIX M – PROJECTED BUDGET BY ITEM – ADMINISTRATIVE COMPLAINTS ACTION PLAN **316**

APPENDIX N – PROJECTED BUDGET BY ITEM – COMMUNITY INTERACTION AND PUBLIC INFORMATION ACTION PLAN **319**

APPENDIX O – PROJECTED BUDGET BY ITEM – INFORMATION SYSTEMS AND TECHNOLOGY ACTION PLAN **321**

APPENDIX P  – PROFESSIONALIZATION ACTION PLAN TIMELINE **325**

APPENDIX Q – USE OF FORCE ACTION PLAN TIMELINE **326**

APPENDIX R – SEARCHES AND SEIZURES ACTION PLAN TIMELINE **327**

APPENDIX S  – EQUAL PROTECTION AND NON-DISCRIMINATION ACTION PLAN TIMELINE **328**

APPENDIX T – RECRUITMENT, SELECTION, AND HIRING ACTION PLAN TIMELINE **329**

APPENDIX U – POLICIES AND PROCEDURES ACTION PLAN TIMELINE **330**

APPENDIX V – TRAINING ACTION PLAN TIMELINE **331**

APPENDIX W – SUPERVISION AND MANAGEMENT ACTION PLAN TIMELINE **332**

APPENDIX X – ADMINISTRATIVE COMPLAINTS ACTION PLAN TIMELINE **333**

APPENDIX Y – COMMUNITY INTERACTION AND PUBLIC INFORMATION ACTION PLAN TIMELINE **334**

APPENDIX Z – INFORMATION SYSTEMS AND TECHNOLOGY ACTION PLAN TIMELINE **335**

APPENDIX AA – MEMORANDUM OF APPROVAL OF ACTION PLANS, SUPERINTENDENT OF THE PUERTO RICO POLICE **336**

APPENDIX BB – MEMORANDUM OF APPROVAL OF ACTION PLANS, TECHNICAL COMPLIANCE ADVISOR (TCA) **337**

APPENDIX CC   – MEMORANDUM OF APPROVAL OF ACTION PLANS, U.S.    **341**
                DEPARTMENT OF JUSTICE (USDOJ)

**ACTION PLANS TO COMPLY WITH THE SUSTAINABLE REFORM
OF THE PUERTO RICO POLICE DEPARTMENT**

## I. INTRODUCTION:

The Agreement for the Sustainable Reform of the Puerto Rico Police Department establishes in Requirement No. 234 that the Puerto Rico Police Department (hereinafter, PRPD) will be responsible for drafting action plans to set forth the detailed steps that the PRPD will take to implement and achieve compliance with each of the provisions of the plans in Sections III to XIII.

Similarily, Requirement No. 235 of the Agreement establishes that action plans must: identify the changes required by each policy and procedure; the dates by which these policies and procedures will be submitted to the Technical Compliance Advisor (TCA) and the U.S. Department of Justice (USDOJ); the date when training materials will be submitted; a schedule of when the training will be conducted; and another schedule for the implementation of policies and procedures, programs, and information systems; the budgetary allocation and funding sources to achieve compliance with the Action Plan; the date(s) when the compliance data will begin to be collected; and the date(s) when the requirements will be ready for compliance review by the TCA. The time frames included in the action plans must be reasonable, achievable, and prioritized to promote efficiency, complete and implement each step in detail, and respond to the size, structure, and operational and procedural complexity resulting from the cultural idiosyncrasy that characterizes the PRPD.

In the action plans project, the PRPD established processes and activities to develop the Sustainable Reform in an orderly and systemized fashion, so that its employees and the general public can learn about the new procedures and the changes adopted by the PRPD in a simple manner. In the structure instituted, goals are established and described such as the following: **Policy Objectives**: This goal establishes the dates when various legal instruments, such as regulations, general orders, administrative orders, procedure manuals, collaborative agreements, and draft bills that must be developed or reviewed to make them compatible with the public policy of the PRPD and the Sustainable Reform Agreement, must be

1

submitted to the TCA and the USDOJ; **Training Design Objectives**: As of the effective date of each policy, the period begins for the Auxiliary Superintendency for Education and Training to identify internal or external subject-matter experts to develop the training courses and send them to the TCA for approval; **Implementation Objectives**: In this goal, observation begins to see the changes in the organizational processes and the progress. This objective is aimed at the training and professional development of the employees of the PRPD in their operational and administrative work. The project also incorporates programs, evaluation systems, technological methods, data collection, evaluations of investigations, identification of improper conduct, community outreach efforts, among others. In the implementation of the Action Plans, the PRPD established activities aimed at developing various goals and programs, including objective on:  **data collection and reporting, review and investigation, responses to behavioral crisis, feedback committees, performance evaluation, and self-evaluation**. The objective of self-evaluation is key because this is how the PRPD will measure progress and compliance with various mechanisms adopted as part of the Sustainable Reform of the Puerto Rico Police Department. These objectives include the incorporation of the people responsible for each project as well as collaborators, the analysis of possible obstacles that could affect the compliance time for each activity, and possible solutions. The budgetary impact of each objective to be implemented was determined, as well as the internal and external resources. We incorporated appendices that outline the procedures that the PRPD must carry out, which will help to understand the various government directives.

It is important to note must point out that the PRPD submitted the first (1st) group of action plans ninety (90) days after the TCA was appointed, as established in paragraph 237 of the Agreement. After certain differences in the presentation of the project between the parties, negotiations were held to provide technical assistance for the approval of the action plans. A working group was established with the participation of the TCA, the USDOJ, and the PRPD, which led to the approval of that phase of the project. The second (2nd) and third (3rd) group of action plans are the result of the effort, commitment, and sustainable work of the Puerto Rico Police Department. In accordance with the agreements between the parties and with the endorsement of the TCA, the PRPD is submitting the eleven (11) integrated action plans. Each Action Plan indicates how the PRPD intends to face the identified challenges to comply with the objectives and activities mentioned in the plans, in accordance with the Agreement for the Sustainable Reform of the Puerto Rico Police Department.

2

The first (1st) group of four (4) action plans was approved on August 7, 2015, for the following compliance areas: **Use of Force**, which has the purpose of providing the MPRPDs with alternatives that will allow for the use of objectively reasonable force and knowledge of how to reduce force and prohibit the use of excessive force; **Searches and Seizures**, which has the goal of ensuring that all detentions, arrests, searches, and seizures are conducted respecting the rights, privileges, and immunities guaranteed and protected by the Constitution and the laws of the United States and the Commonwealth of Puerto Rico; **Equal Protection and Non-Discrimination**, which has the purpose of guaranteeing that police services are provided in an equitable, respectful manner, without any bias, in order to promote  relationships between the MPRPDs and the community and optimize crime prevention; and **Administrative Complaints**, which has the objective of ensuring that all allegations of improper conduct of MPRPDs will be received and investigated in a diligent, thorough, equitable, and impartial manner and that those who engage in such conduct will be held accountable in accordance with a system of disciplinary measures that is objective, consistent, and proportional to the violation committed.

 The second (2nd) group of action plans was approved on February 29, 2016, for the compliance areas of: **Professionalization**, aimed at developing activities that will promote professional, ethical, respectful, equitable, and constitutional police services aimed at improving performance of the MPRPDs in a sustainable manner; **Recruitment, Selection, and Hiring**, aimed at establishing actions aimed at developing a Recruitment Program to select suitable personnel who are duly qualified to serve as MPRPDs; **Supervision and Management**, aimed at establishing guidelines and training that will serve as work tools for supervisors to optimize their duties and responsibilities; and

**Community Interaction and Public Information**, aimed at integrating principles of problem-oriented policing in its work and obtaining the participation of the general community in the training, evaluation, and implementation of activities directed at complying with the Agreement.

Finally, the third (3rd) and last group of Actions Plans was approved on July 14, 2016, for the compliance areas of: **Policies and Procedures**, through which the existing policies and procedures will be developed and/or reviewed to ensure that they reflect public policy and priorities of the PRPD, are based on generally accepted police practices, and are in compliance

3

with the rights and privileges guaranteed in the Constitution and laws of the U.S. and Puerto Rico; **Training**, aimed at ensuring that all employees receive appropriate training to continuously improve in the performance of their duties through theoretical and practical training and re-training that enables them to learn about their responsibilities, the scope of their authority, the policies established by the PRPD, as well as the way to comply with the policies and their obligations in an effective manner; and **Information Systems and Technology**, aimed at updating the infrastructure of the technological information systems to improve police processes and procedures in administrative and operational areas and support the implementation of the Sustainable Reform Agreement. This can be achieved by establishing efficient and effective communication infrastructure, data bases, and information systems to support the employees' daily activities.

The action plans were reviewed by the TCA and the USDOJ to ensure that they specify the necessary steps to follow in order to comply with all applicable substantive provisions of the Agreement and that the time frames, implementation plans, budgetary allocations, and funding sources are reasonable, achievable, and prioritized to promote efficiency. The action plans will be implemented immediately according to the schedule set forth in each one.

It is worth noting that 2016 is an election year, which will require the preparation of work plans for the deployment and presence of the PRPD in mass activities that will be held simultaneously throughout the entire island, such as primaries and general elections. In addition to these plans, other procedures and activities must be prepared to guarantee and protect public safety. There are logistics involved in the preparations of the security for these events because they require a large number of MPRPDs to be deployed at the various activities that will be held throughout the island. This scenario is the main reason why the processes for the implementation of the training-related objectives and activities must be developed and implemented pursuant to the guidelines and/or directives established in the aforementioned action plans. Furthermore, the electoral prohibition period (Public Law No. 78 of June 1, 2011, as amended, "Commonwealth of Puerto Rico Election Act") comes into effect during this period, so many government processes practically come to a standstill.

4

Finally, compliance with the action plans could be affected by the current fiscal situation of the Commonwealth of Puerto Rico. This scenario could limit the availability of fiscal resources to be allocated for the purposes established herein (Public Law No. 66 of 2014, "Special Fiscal Sustainability Act").

The concerns set forth above are additional challenges in the implementation of the requirements established in the Agreement that must be mentioned, but they do not discourage the resolute commitment of the Honorable Puerto Rico Police Department to comply with the Sustainable Reform and its inalienable duty to protect people's lives and property, prevent and persecute crime, and develop collaborative work along with communities of interest that will result in an improvement in quality of life and police services and in the efficient and effective prevention of crime.

## II. __DEFINITIONS__

The following terms, definitions, and acronyms will apply to the action plans:

a)  "Administrative Orders" are used as reference in procedural matters involving the administration of the agency or government policies or to establish specific policies and procedures affecting a particular unit or function.

b)  "ASSMCA" [is the Spanish acronym for the] Mental Health and Anti-Addiction Services Administration.

c)  "BHR" means Bureau of Human Resources.

d)  "BT" means Bureau of Technology.

e)  "CCD" means Classification and Compensation Division of the Puerto Rico Police Department

f)  "CIC" means Criminal Investigation Corps.

g)  "CIMVAS" – Public Law No. 158-2013, [is the Spanish acronym for the] "Underage Sexual Abuse Victims Comprehensive Service Centers Enabling Act."

h)  "CIT" means Crisis Intervention Team.

i)  "Commonwealth" means Commonwealth of Puerto Rico; the government of Puerto Rico and its agencies, as well as its officers, officials, and employees.

j)  "COPUR" [is the Spanish acronym for the] Puerto Rico Olympic Committee.

k)  "CRC" means Civil Rights Commission.

l)  "DOF" means Department of the Family.

m) "DP" means Division of Psychology of the Puerto Rico Police Department.

n)  "DTO" or "TO" means Division of Tactical Operations.

o)  "ECW" means electronic control weapon, a weapon designed primarily to discharge electrical charges into an individual that will cause involuntary muscle contractions that will override the individual's voluntary motor response.

p)  "FAST" means Firearms Simulation Training.

q)  "FBI" means Federal Bureau of Investigations.

r)  "FCC" means the Federal Communications Commission.

s)  "FIU" means Force Investigation Unit.

t)  "FRB" means Force Review Board.

u)  "General Orders" are used to establish guidelines related to work policies and procedures. For example: establishment of permanent policies and procedures and organizational and functional structures.

6

II. Definitions

v)   "ICE" means Immigration and Customs Enforcement.

w)   "IFS" means Institute of Forensic Sciences.

x)   "K-9" means Canine Unit.

y)   "LAA" means Legal Aid Association.

z)   "LGBTTIQ" is an acronym that represents the lesbian, gay, bisexual, transsexual, transgender, intersexual, and queer communities.

aa)  "MPRPD" or "Sworn Personnel" means any officer in charge of enforcing the law appointed by PRPD, including cadets, police officers, undercover agents, supervisors, and high-ranking officers.

bb)  "NIBRS" means National Incident-Based Reporting System.

cc)  "NIE" [is the Spanish acronym for the] Bureau of Special Investigations of the Puerto Rico Department of Justice.

dd)  "OAT" [is the Spanish acronym for the] Office of Courts Administration.

ee)  "OCALARH" [is the Spanish acronym for the] Labor and Human Resource Administration Affairs Training and Counseling Office.

ff)  "OG" means Office of the Governor.

gg)   "OGE" means Office of Government Ethics.

hh)  "OLA" means Office of Legal Affairs.

ii)  "OMB" means Office of Management and Budget.

jj)  "OR" means Office of Reform.

kk)  "OS" means Office of the Superintendent.

ll)  "PA" means Police Areas.

mm) "PO" means Press Office.

nn)  "PRDOH" means Puerto Rico Department of Health.

oo)  "PRDOJ" means Puerto Rico Department of Justice.

pp)   "PREA" means Prison Rape Elimination Act.

qq)  "PRPD" means Puerto Rico Police Department and its corresponding sworn personnel or members of the PRPD or police officers and civilian employees.

rr)  "PRSC" means Puerto Rico Supreme Court.

ss)  "Public Law No. 66-2014" means the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico."

tt)  "SA" [is the Spanish acronym for the] Auxiliary Superintendencies.

7

II. Definitions

uu)  "SAEA" [is the Spanish acronym for the] Auxiliary Superintendency for Education and Training.

vv)  "SAIC" [is the Spanish acronym for the] Auxiliary Superintendency for Criminal Investigations.

ww)  "SAOC" [is the Spanish acronym for the] Auxiliary Superintendency for Field Operations.

xx)  "SAPF" [is the Spanish acronym for the] Auxiliary Superintendency for the La Fortaleza Police.

yy)  "SARP" [is the Spanish acronym for the] Auxiliary Superintendency for Professional Responsibility.

zz)  "SASG" [is the Spanish acronym for the] Auxiliary Superintendency for Managerial Services.

aaa)  "SFRB" means Superintendent's Force Review Board.

bbb)  "STU" means Specialized Tactical Unit, a temporary or permanent organization of MPRPDs whose operational objectives are focused on a specific function of law enforcement beyond general patrolling or criminal investigations that requires more training on police tactics, strategies, and techniques. STUs include the Divisions of Special Operations, Tactical Operations, and Special Weapons and Tactics (SWAT).

ccc)  SWAT means Division of Special Weapons and Tactics.

ddd)  TCA means Technical Compliance Advisor; an individual or team of people, including any employee, representative, or independent contractor of the TCA, who will be chosen to review, evaluate, and report on the implementation by the Commonwealth of the Agreement herein.

eee)  "TRB-PR" means the Telecommunications Regulatory Board of Puerto Rico.

fff)  "UAPA" means Public Law No. 170 of 1988, as amended, better known as "Uniform Administrative Procedures Act."

ggg)  "U.S." or "USA" means United States of America.

hhh)  "USCBP" means U.S. Customs and Border Protection.

iii)  "USDOJ" means United States Department of Justice, including its agents and employees.

jjj)  "WAO" means Women's Advocate Office.

**Action Plan**

**Section III. Professionalization**

**Requirements: 12 to 21**


**Compliance Area Summary:**

The Professionalization Compliance Area of the Agreement for the Sustainable Reform of the Puerto Rico Police Department has the goal of developing processes and mechanisms that will contribute to promoting professional, ethical, and respectful police services to address the public security challenges that Puerto Rico is facing in an effective manner; applying constitutional police practices in a consistent and uniform manner to restore the community's trust in the PRPD; and promoting ongoing improvement in the work performance of all its personnel. Decisions made by PRPD supervisors and officers can have a direct impact on the services provided to communities. Therefore, the PRPD will evaluate the appropriate number of employees needed to perform various duties and accomplish its mission. Also, the PRPD will make sure it provides training opportunities that allow for the professional development of sworn personnel who aspire to become high-ranking officers and emphasize leadership, ethics, community policing principles, academic achievements, and constitutional police practices. The PRPD will guarantee that the promotion process is in accordance with due process of law and is carried out in a fair and equitable manner.


**I.   Policy and Procedure Development Objectives:**

1. The PRPD will develop and review its policies and procedures[1] to continue the professionalization of the sworn personnel with the objective of providing police services in an equitable, respectful, and unbiased manner in order to strengthen the community's trust in its institutional structure and effectively prevent crime based on generally accepted police practices and in accordance with the rights and privileges guaranteed by federal and state laws. Initially, these policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a substantial deficiency is reported.

---

[1] See Appendix A – Policy and Procedure Development Process.

Action Plan, Section III. Professionalization

**Activities:**

1.1    Collaborate in the review of the Puerto Rico Police Department Personnel Regulation (No. 4216) to tailor it to the requirements of the Agreement for the Sustainable Reform of the Puerto Rico Police Department in relation to the following matters: promotions, transfers, and responsibilities and duties by rank. **This policy is part of the Policies and Procedures Compliance Area Action Plan.**

1.2    Review General Order, Chapter 600, Section 617, entitled "Code of Ethics of the Members of the Puerto Rico Police Department," to evaluate and update it and incorporate any substantial or relevant aspect in accordance with generally accepted police practices in order to guarantee that there are processes and mechanisms in place that facilitate the provision of professional, ethical, and respectful police services. (Table 1)

| Requirement(s) | 12, 87, 109, 113, and 205 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG (BHR) and SARP |
| Resources | Professional Services (Attorneys); Internal Resources |
| Due Date | April 2015 |
| Obstacles | No obstacles are anticipated. |
| Solutions | N/A |

Table 1

1.3  Review General Order No. 2010-12, entitled "Rules and Procedures for Transfer Transactions of Sworn Personnel" to tailor it to the requirements of the Agreement for the Sustainable Reform. (Table 2)

| Requirement(s) | 13, 14, 16, 17, 18, 19, 20, 113, 136, and 137 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG (BHR), SAOC, SAIC, SARP, and SAEA |
| Resources | Professional Services (Attorneys); Internal Resources |
| Due Date | May 2016 |
| Obstacles | No obstacles are anticipated. |
| Solutions | N/A |

Table 2

1.4  Review the Interagency Collaborative Agreement between the PRPD and the PR Office of Government Ethics signed on March 16, 2015, for the purpose of joining efforts through SAEA and to promote an exchange of training opportunities, technical assistance, and other support activities that will facilitate the knowledge, comprehension, application, analysis, and development of ethical values. (Table 3)

Action Plan, Section III. Professionalization

| Requirement(s) | 12, 21, 113, and 143 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | OGE and SAEA |
| Resources | Professional Services (Attorneys); Internal Resources |
| Due Date | July 2016 |
| Obstacles | No obstacles are anticipated. |
| Solutions | N/A |

Table 3

1.5 Repeal Regulation No. 6644, entitled "Regulation for Promotions Based on Merit and/or Heroism up to Rank of Captain," and the "Regulation for the Administration of Promotion Exams" to develop a new regulation establishing that written exams will be administered up to the rank of Captain, which will meet generally accepted professional standards for their validity and reliability and will be designed to assess qualifications related to the work and needs of the rank to which the candidate aspires. Promotion exams will be designed in consultation with the TCA, taking into consideration generally accepted police practices. Objective selection criteria will also be developed to ensure that promotions are based on the knowledge, abilities, and aptitudes needed to perform management and supervisory tasks successfully. The new regulation will also establish the processes that the PRPD will follow for all promotions from the rank of Sergeant up to Colonel and will take into consideration performance evaluations, work experience, level of productivity, an analysis of the candidate's work history, results of training courses, demonstrated leadership, and conduct as an MPRPD or any other requirements established by law. To comply with this objective, the PRPD established the Supervision, Management, and Leadership School (ESAL, Spanish acronym) as part of SAEA for the professional development of Supervisors. The tasks of the ESAL are outlined in the **Supervision and Management Compliance Area Action Plan**. (Table 4)

| Requirement(s) | 14, 16-17, 20-21, 84, 113, 136, and 137 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG (BHR), SAIC, SAOC, SAEA, and Promotion Exams Board |
| Resources | Professional Services – Attorneys and Internal Resources (collaborators) |
| Due Date | December 2016 |
| Obstacles | 1. Public Law No. 53-1996, as amended, needs to be amended so that promotions from the rank of Sergeant up to Captain will be solely through exams. Passing new amendments to the statute in 2016 is difficult because it is an election year and there will be only one Legislative Session.<br>2. Pursuant to Public Law No. 170[2], regulations must be submitted for public scrutiny through publication and/or public hearings; therefore, the regulations will not be final until the corresponding process concludes.<br>3. Hiring process requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. PRPD will prepare a draft bill that will be submitted to TCA and USDOJ for evaluation.<br>2. Once USDOJ and TCA evaluate the regulations, additional time needed to comply with UAPA provisions must be granted.<br>3. Obtain approval of an expedited contract evaluation process among Agencies. |

Table 4

---

[2] See Public Law No. 170-1988, as amended, better known as the "Uniform Administrative Procedures Act.

Action Plan, Section III. Professionalization

1.6 Develop General Order establishing the descriptions, functions, duties, responsibilities, and minimum requirements of each position included in the PRPD Rank System. These descriptions will be developed in consultation with the TCA and the USDOJ based on generally accepted police practices. (Table 5)

| Requirement(s) | 15, 113, and 135 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG (BHR-Classification and Compensation Division), SAIC, SAOC, and SARP |
| Resources | Professional Services (Attorneys); Internal Resources |
| Due Date | September 2016 |
| Obstacles | Currently, PRPD does not have detailed descriptions of work performed by MPRPDs for each rank, so there is no uniformity in the work performed by MPRPDs in the work units. |
| Solutions | A staffing study to be conducted by PRPD will identify the functions, responsibilities, and duties of each rank, as well as the minimum qualifications that MPRPDs who aspire to hold each rank will have to meet. |

Table 5

**II. Training Development Objectives:**

1. With the purpose of promoting professional, ethical, and respectful police practices, the PRPD will develop training courses[3] for MPRPDs based on constitutional police practices and federal and state laws consistent with community policing principles to improve the community's trust and strengthen the institutional structure, addressing the public safety challenges in Puerto Rico in an effective manner.

**Activities:**

1.1 Through the Auxiliary Superintendency for Education and Training (SAEA, Spanish acronym), the PRPD will create a multitopic Training Program to **develop employees' ethical and professional judgment and values** with the collaboration of the Office of Government Ethics (OGE), as stipulated in the Collaborative Agreement[4] between the two agencies. These training courses will be part of continuing education and will be certified as contact hours by the OGE. The Program will include, but not be limited to the following topics: (Table 6)

    1.1.1   General Order 617: MPRPD Code of Ethics

    1.1.2   police ethics and integrity

    1.1.3   ethical leadership

    1.1.4   ethical attitudes in the workplace

    1.1.5   ethical principles in management and supervision (this training course is contemplated in the Supervision and Management Compliance Area Action Plan)

    1.1.6   managing emotions for ethical coexistence

    1.1.7   community policing principles (this training course is contemplated in the Community Interaction and Public Information Compliance Area Action Plan)

---

[3] See Exhibit **B** – Training Design Process.
[4] See Mutual-Aid Agreement between Office of Government Ethics and Puerto Rico Police Department published on the OGE webpage.

Action Plan, Section III. Professionalization

1.1.8 techniques to guide and manage MPRPDs in an effective manner and promote effective and ethical police practices (effective supervision) (this training is contemplated in the Supervision and Management Compliance Area Acton Plan), and

1.1.9 Federal and ccmmonwealth non-discrimination laws and PRPD policy (this training is contemplated in the **Equal Protection and Non-Discrimination Compliance Area Action Plan**).

| Requirement(s) | 12, 21, and 143 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | OGE, PRPD Ethics Committee, training coordinators |
| Resources | External consultation to design training syllabus (OGE); Internal Resources; certified instructors |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 6

2. With the purpose of professionalizing the personnel who perform supervisory and management work, training will be developed to provide them with the necessary resources to carry out direct and effective supervision in accordance with federal and state laws and based on generally accepted police practices.


**Activities:**

2.1 The PRPD, through the Auxiliary Superintendency for Education and Training (SAEA, Spanish acronym), will create a **Training Program for all members of the Promotion Exams Board** to guarantee that promotions in the PRPD are in accordance with equal employment opportunity principles and non-discrimination laws and comply with the three (3) areas of educational activities—cognitive, affective, and psychomotor—necessary to perform successfully the management and supervisory tasks related to the requirements of the rank that the candidates aspires to obtain. The Program will include, but not be limited to, the following topics: (Table 7)

2.1.1    Agreement for the Sustainable Reform of the Puerto Rico Police Department

2.1.2    designing exams to measure cognitive activities

2.1.3    drafting questions that will measure knowledge, comprehension, application, and analysis, and

2.1.4    designing and preparing question banks for each topic that will be examined.

13

Action Plan, Section III. Professionalization

| Requirement(s) | 12, 21, and 143 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | OS, SASG (BHR), and Promotion Exams Board |
| Resources | External consultation to design syllabus |
| Due Date | Activity was carried out in June 2016. The next dates will be set once the Superintendent constitutes the Exams Board. |
| Obstacles | 1. Limitations on hiring human resources established in Public Law No. 66-2014, known as "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico." 2. The Promotion Exams Board is established by the Superintendent while there are promotion exams scheduled; once the exams are administered, the Board will be dissolved. |
| Solutions | 3. Budget will be separated from Reform funds once allocated. Obtain approval of an expedited process to hire human resources mutually agreed upon among Agencies. 4. This activity will be carried out once the Board is established and before new promotion exams are administered, in which case it will be carried out no later than one month after the Board has been established. |

Table 7

3.  With the purpose of professionalizing the personnel who perform supervisory and management tasks, training courses will be developed to provide them with the resources needed to carry out effective and direct supervision in accordance with the Constitution and laws of the U.S. and the Commonwealth of Puerto Rico, and generally accepted police practices. These training courses are contemplated in the **Supervision and Management Compliance Area Action Plan**.

**Activities:**

3.1 The SAEA will create a Multi-topic Training Program to train **MPRPDs who have passed promotion exams** before they assume the responsibilities of their new rank. The Program will be designed taking into consideration the profile corresponding to each rank and will consist of at least forty (40) contact hours. **These training courses will be contemplated in the Supervision and Management Compliance Area Action Plan.**

## III. Training Implementation Objectives:

1.  With the purpose of promoting the development of ethical judgment and their professional development, the PRPD will implement training courses[5] for all of its employees. In relation to MPRPDs, the training courses will be focused on police ethics and integrity pursuant to generally accepted police practices and applicable laws.

14

---
[5] See Exhibit **C** – Training Implementation Process.

Action Plan, Section III. Professionalization

**Activity:**

1.1   Within the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train fifty percent (50%) of PRPD personnel through its certified instructors, with the collaboration of personnel from Ethical Judgment Development Center (CDPE, Spanish acronym) at the Office of Government Ethics to **develop ethical and professional standards and values**. The remaining fifty percent (50%) of the PRPD personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency once approved by SAEA. (Table 8)

1.2   The PRPD will begin by training **MPRPDs who are first responders and provide direct service to communities:**

    1.2.1 personnel assigned to Zones of Excellence (SAOC)

    1.2.2 Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

    1.2.3 districts, precincts, and posts (SAOC). The order of priority of each **will be based on the following:**

        1.2.3.1 number of use-of-force incidents per location

        1.2.3.2 number of domestic violence incidents per location

        1.2.3.3 number of interventions with intoxicated people

        1.2.3.4 number of traffic stops

        1.2.3.5 number of arrests made

        1.2.3.6 administrative complaints on the following grounds: violations of civil rights, sexual harassment, discrimination, assault or use of unjustified force, or physical and/or psychological coercion

        1.2.3.7 assault against an MPRPD

        1.2.3.8 frequency of occurrence of mass protests

        1.2.3.9 distance from support units

    1.2.4 Motorized Unit (SAOC)

1.3   The PRPD **will continue training by giving priority to the MPRPDs who belong to the following Divisions and Units**:

Action Plan, Section III. Professionalization

1.3.1 Division of Tactical Operations (DTO) (SAOC)

1.3.2 Division of Special Weapons and Tactics (SWAT) (SAOC)

1.3.3 Bureau of Highway Patrols (SAOC)

1.3.4 Bureau of Vehicle Theft Investigations (SAIC)

1.3.5 Arrests and Extraditions Division (SAIC)

1.3.6 Force Investigation Unit (FIU) (SARP)

1.3.7 Members of Joint Task Forces (SAIC)

1.3.8 K-9 Division (SAIC)

1.3.9 remaining personnel of the Auxiliary Superintendency for Field Operations

1.3.10 remaining personnel of the Auxiliary Superintendency for Criminal Investigations

1.3.11 Auxiliary Superintendency for Professional Responsibility

1.3.12 Auxiliary Superintendency for the La Fortaleza Police, and

1.3.13 Auxiliary Superintendency for Managerial Services

| Requirement(s) | 12 and 21 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of Police areas and auxiliary superintendencies; SASG (BHR) |
| Resources | Internal instructors certified by SAEA and OGE |
| Due Date | Training courses will be implemented as indicated in Appendix C – Training Implementation Process. |
| Obstacles | 1. Personnel identified to attend training courses may be unable to attend on the indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, natural disasters, sick leave, and regular leave, among others.<br>2. Designing training courses requires the collaboration of internal experts assigned to SAOC and SAIC; therefore, the temporary assignment of said human resources to collaborate in designing the training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others.<br>3. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time.<br>4. Limitations on acquiring resources and hiring personnel established in Public Law No. 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Coordinate with the PRPD Liaison Officer at court so that the dates assigned for training courses do not coincide with judicial proceedings.<br>2. Police Areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. These changes will not affect other priority training groups.<br>3. Training courses will be postponed during election-related events and will resume once they conclude.<br>4. These will be separated from Reform funds budget once allocated. |

Table 8

Action Plan, Section III. Professionalization

2. With the purpose of ensuring that the processes carried out by the Promotion Exams Board are fair, equitable, and in accordance with the policies and procedures established by the PRPD and previously approved by the TCA:

2.1. Through the Auxiliary Superintendency for Education and Training (SAEA), the PRPD will create a **Training Program for all members of the Promotion Exams Board** to guarantee that promotions in the PRPD are in accordance with equal employment opportunity principles and non-discrimination laws. (Table 9)

| Requirement(s) | 14, 16, 17, 19, and 20 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | OS, SASG (BHR), and OS |
| Resources | Internal human resources |
| Due Date | The first Exams Board established after the Agreement was trained in March 2015. The next dates will be 60-90 days after the Superintendent constitutes a new Promotion Exams Board. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

<div align="center">Table 9</div>

## IV. Implementation Objectives:

1. With the purpose of achieving direct and effective supervision and identifying and preventing actions that constitute improper conduct, promoting the development of solid and healthy relationships with the community that allow finding solutions to problems and effectively preventing crime according to service demands, and in accordance with community policing principles, the PRPD will assign the appropriate and necessary number of personnel from the sworn and classified systems to provide quality service and effectively fulfill its governmental duty.

**Activities:**

1.1 The PRPD will establish a working group constituted by a representative from the auxiliary superintendency and from each auxiliary superintendent. The leader of the working group will be the Superintendent's Office for Managerial Services, who will be responsible for developing a work plan that will define the responsibilities of each member of the working group and allow for conducting a personnel and resources allocation study that will result in an effective assignment of the personnel. The purpose of the study is to consider the appropriate number of personnel in the rank and classified systems to fulfill the operational and administrative work necessary to fight crime. The results of the study will help to appropriately distribute all PRPD personnel and to group tasks, which will redound in: reducing costs, hiring and promotion processes, redirecting work and appropriately deploying personnel in work units based on service demands, availability, and the feasibility of the community policing philosophy. (Table 10)

Action Plan, Section III. Professionalization

| | |
|---|---|
| **Requirement(s)** | 13, 80, 87, 135, 136, and 137 |
| **Entities Responsible** | SASG |
| **Collaborators** | SAOC, SAIC, SAEA, OLA, and OR |
| **Resources** | Internal human resources |
| **Due Date** | December 2016 |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable |

Table 10

1.2    Conduct a study of PRPD human resources, taking into consideration their status and the operational and administrative work performed by employees in order to identify existing needs and subsequently in decision-making. (Table 11)

| | |
|---|---|
| **Requirement(s)** | 13, 80, 87, 135, 136, and 137 |
| **Entities Responsible** | SASG |
| **Collaborators** | SAOC, SAIC, SAEA, OLA, and OR |
| **Resources** | Internal human resources |
| **Due Date** | December 2017 |
| **Obstacles** | Task force could require external assistance to complete evaluation, which will require external hiring. |
| **Solutions** | Separate budget from Reform funds once hiring need is reported. Obtain approval of an expedited process among Agencies involved in the human resources hiring process. |

Table 11

1.3    The superintendent will make decisions regarding the reassignment of human resources, the opening of new announcements for promotions, and/or recruitment of personnel that are consistent with the community policing principles of equality and non-discrimination and in accordance with generally accepted police practices based on service needs so that the PRPD can fulfill its mission. This plan will be based on the study that will be conducted. (Table 12)

| | |
|---|---|
| **Requirement(s)** | 13, 80, 87, 135, 136, and 137 |
| **Entities Responsible** | SASG (BHR, BT) |
| **Collaborators** | SAOC, SAIC, SASG (BT), and OR |
| **Resources** | Internal human resources (collaborators) |
| **Due Date** | December 2017 |
| **Obstacles** | All obstacles will be identified as part of the evaluation that will be conducted. Nonetheless, it is believed that the fiscal situation of the government of Puerto Rico could significantly affect some of the personnel transactions that may be needed. |
| **Solutions** | Carry out personnel transactions in phases, identifying priorities and the financial resources available each fiscal year. |

Table 12

2.    The superintendent will appoint the members of the Promotion Exams Board to carry out the procedures related to promotion exams established by regulation. The PRPD will develop the promotion exams in consultation with the TCA based on generally accepted police practices and the applicable federal and state law.

Action Plan, Section III. Professionalization

**Activities:**

2.1   Select and appoint the members of the Promotion Exams Board. (Table 13)

| Requirement(s) | 14, 16, 17, 19, and 20 |
|---|---|
| Entities Responsible | OS |
| Collaborators | OR, SAOC, SAEA, SARP, SAIC, OLA, AND SASG (BHR) |
| Resources | Internal human resources |
| Due Date | 6-12 months prior to the date of the Promotion Exams Announcement once determined by the superintendent, after considering the needs and allocation of fiscal resources for said purpose. |
| Obstacles | The Promotion Exams Board is constituted by the superintendent while there are promotion exams scheduled; once the exams are administered, the Board will be dissolved. |
| Solutions | This activity will be carried out once the Board is constituted and before new promotion exams are administered. |

Table 13

2.2   The SAEA will offer consultation for the development and administration of promotion exams to ensure that they are tailored to generally accepted learning performance measurement standards. It will also evaluate performance-related qualifications in accordance with the needs of the rank, as established in the Agreement for the Sustainable Reform of the PRPD and in applicable policies and procedures. (Table 14)

| Requirement(s) | 14, 16, 17, 19, and 20 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | OR, SASG (BHR), and OS |
| Resources | Internal human resources; External Consultation to develop promotion exams |
| Due Date | The first Exams Board constituted after the Agreement was trained in **March 2015**. The next dates will be 60-90 days after the superintendent constitutes a new Promotion Exams Board. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 14

2.3   The Promotion Exams Board will develop the tests for the candidates to promotion and it will also organize and carry out all activities related to the administration and scoring of said tests. (Table 15)

| Requirement(s) | 14, 16, 17, 19, and 20 |
|---|---|
| Entities Responsible | OS and Promotion Exams Board |
| Collaborators | OR, SAOC, SAEA, SARP, SAIC, and SASG (BHR) |
| Resources | Internal human resources |
| Due Date | **Session I: Sergeant:** August 29, 2015<br>**Session II: Captain and Lieutenant I:** October 24, 2015<br>**Session III: Lieutenant II:** December 5, 2015<br>The date of the Promotion Exams Announcement will depend on the needs identified and the fiscal resources allocated for said purpose. Exams will be completed on the date determined by the Promotion Exams Board. |
| Obstacles | 1. Could be affected by operational factors such as strikes, primaries, general elections, natural disasters, and others.<br>2. Possible limitations on annual Reform budget due to the fiscal situation Puerto Rico is facing. |
| Solutions | 1. Postpone exam date until extraordinary situation is mitigated.<br>2. Separate budget from Reform funds. |

Table 15

Action Plan, Section III. Professionalization

**V. Self-Assessment Objectives:**

1. To ensure that police services have been provided in an equitable, respectful, and unbiased manner; guarantee that PRPD personnel are being trained in accordance with approved policies and training materials; and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and to identify aspects that need to be corrected and improved.

**Activities:**

1.1 The PRPD, through the Office of Reform, will use various data collection strategies and will conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, and training courses it provides, starting with Zones of Excellence and gradually continuing through all thirteen (13) police areas and offices of auxiliary superintendents, such as:

   1.1.1 Use the training plan and the training announcement issued by the SAEA for each of the courses to identify their start date, the time police areas and the corresponding auxiliary superintendencies have to complete the training, and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and Auxiliary Superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be provided. The Office of Reform will verify that MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course.

   1.1.2 Making random visits to each of the thirteen (13) police areas and auxiliary superintendencies using the training plan approved by the SAEA for each of the training courses developed for this Compliance Area in order to guarantee that PRPD personnel are being trained in accordance with the syllabi, instructor handbooks, presentation, and approved assessment methodology.

1.2 The PRPD, through the Office of Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, training courses it provides, such as:

   1.2.1 On an annual basis, compiling a random sample of data from the Human Resources System and comparing it to the data obtained from the reports of the auxiliary superintendencies to ensure that the System is maintained up-to-date with transfers and new assignment of duties.

Action Plan, Section III. Professionalization

1.2.2   Monitoring the distribution of personnel as they were reassigned by visiting the various work units.

1.2.3   Compiling information about personnel who are about to retire or resign to determine vacancy needs.

1.3 On a biannual basis, compiling a random sample of the work MPRPDs are carrying out to make sure they are performing the duties corresponding to their ranks. (Table 16)

| | |
|---|---|
| **Requirement(s)** | 232 and 233 |
| **Entities Responsible** | OR |
| **Collaborators** | OS, SAIC, SAOC, SAEA, SARP, and SASG |
| **Resources** | Internal human resources |
| **Due Date** | Not applicable |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable |

Table 16

**VI. Budget:**

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$194,670**. The corresponding appendices, detailing the projected itemized expense[6] during the fiscal years included in this Action Plan, are enclosed.

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

**VII. Revision of the Action Plan:**

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

21

[6] See Appendix E – Projected Budget by Expense Item.

Puerto Rico Police Department
Office of Reform
Requirements 12 - 21 - Section III - Professionalization
Consolidated Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Items | | | | | | | | | | |
| Payroll and Related Costs | 001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 189,000 | - | 189,000 | - | - | - | 189,000 | - | 189,000 |
| Other Expenses | 007 | 5,670 | - | 5,670 | - | - | - | 5,670 | - | 5,670 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | - | - | - | - | - | - | - | - | - |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| TOTAL | | $ 194,670 | $ - | $ 194,670 | $ - | $ - | $ - | $ 194,670 | $ - | $ 194,670 |

22

**Action Plan**

**Section IV. Use of Force: Internal Controls and Accountability**

**Requirements: 22 to 57**

**Compliance Area Summary:**

Pursuant to the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the Use of Force Compliance Area has the goal of ensuring that the MPRPDs use force that is objectively reasonable pursuant to the rights, privileges, and immunities established in the Constitution and laws of the United States of America and the Commonwealth. In addition, to provide MPRPDs with alternatives that will allow for use of techniques that do not necessarily entail the use of force, teach them how to reduce force as soon as possible, and prohibit the use of excessive force. These principles will be incorporated in the policies and procedures in accordance with generally accepted police practices.

**I. Policy and Procedure Development Objectives:**

1. To professionalize, restore the community's trust, and provide equitable services, the PRPD will develop policies and procedures[7] that will comply with constitutional rights and generally accepted police practices. Additional alternatives will be provided in order to ensure that all MPRPDs use objectively reasonable force. These alternatives will allow for the use of techniques that do not necessarily entail the use of force and, if feasible, the decrease of force, and whereby the use of force will remain prohibited. These policies will be reviewed at least one (1) time per year. Each policy or procedure will also be reviewed as soon as a deficiency that affects its implementation is reported.

**Activities:**

1.1 Review General Order, Chapter 600, Section 603, entitled "Use and Handling of Impact Weapons." (Table 1)

| Requirement(s) | 22-23, 24 (g), and 53 |
|---|---|
| Entities Responsible | OR and OS |

---

[1] See Appendix **A** – Policy and Procedure Development Process

Action Plan Section IV. Use of Force

| Collaborators | SAEA, SAOC (SWAT, DOT), SAIC (Use of Force Instructors), SARP (FIU), community representatives, impact weapons instructors. |
|---|---|
| Resources | Professional Services – Attorneys; internal human resources. |
| Due Date | February 2015. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of expedited contract evaluation process mutually agreed upon among Agencies. |

Table 1

1.2  Review General Order, Chapter 600, Section 604, entitled "Use and Handling of Chemical Agents." (Table 2)

| Requirement(s) | 22-23, 24 (e), 25, and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAOC, SAIC (chemical agent instructors), SARP (FIU), and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | January 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of expedited contract evaluation process mutually agreed upon among Agencies. |

Table 2

1.3  Develop General Order to establish the Force Review Boards. (This policy became General Order, Chapter 500, Section 502, entitled "Creation of Force Review Boards of the Puerto Rico Police Department"). (Table 3)

| Requirement(s) | 22, 46, 47, and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC and SAIC (Force Review Board Members), and SARP (FIU) |
| Resources | Professional Services – Attorneys |
| Due Date | July 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 3

Action Plan Section IV. Use of Force

1.4 Review General Order 2004-3 entitled "Rules and Procedures for the Use, Carrying, Maintenance, Changing, Seizure, Reassignment, and Disposal of Police Service Weapons" in order to convert it to the General Order entitled "Use and Handling of Service Weapons." (This policy was partially repealed by General Order, Chapter 600, Section 618, entitled "Use and Handling of Service Weapons." The section on rearming remains in effect.) (Table 4)

| Requirement(s) | 22-23, 24 (b), 26, and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAIC, SAOC (firearms instructors), SARP (FIU), and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | March 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 4

1.5 Review General Order, Chapter 600, Section 602, entitled "Use and Handling of Electronic Control Weapon." (Table 5)

| Requirement(s) | 22-23, 24 (d), and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAOC, and SAIC (ECW instructors), PRDOJ, SARP (FIU), and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | December 2014 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 5

1.6 Review General Order, Chapter 600, Section 601, entitled "Rules for the Use of Force by MPRPDs" to incorporate the recommendations of the TCA and USDOJ. (Table 6)

| Requirement(s) | 22-23, 24, and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAIC, SAOC (use-of-force instructors), SARP (FIU), PRDOJ, and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | April 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 6

Action Plan Section IV. Use of Force

1.7 Review General Order, Chapter 600, Section 605, "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department" to incorporate the recommendations of the TCA and USDOJ. The PRPD established in this Policy the disclosure of information to family members of civilians involved in an incident where force was used. (Table 7)

| Requirement(s) | 22-24, 36-39, and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAIC, SAOC (use-of-force instructors), SARP (FIU), and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | April 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 7

1.8 Develop General Order to Create Force Investigation Unit (FIU). (This policy became General Order, Chapter 100, Section 113, entitled "Force Investigation Unit (FIU).") (Table 8)

| Requirement(s) | 22 and 48-53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SARP (FIU), SAIC (Homicides), and PRDOJ (NIE) |
| Resources | Professional Services – Attorneys |
| Due Date | June 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 8

1.9 Review General Order 73-4 entitled "Rules and Procedures for the Tactical Operations Unit." The Order will include the requirements for eligibility and retention in specialized units, as well as the recruitment and selection processes that must be followed. It will also include the requirement of documenting activities related to mobilizations and/or activations, as well as the reporting requirement after they are carried out. (This General Order was repealed by General Order, Chapter 100, Section 112, entitled "Reorganization of Tactical Operations Units.") (Table 9)

Action Plan Section IV. Use of Force

| Requirement(s) | 22-23, 27-31, and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC (DTO) and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | July 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 9

1.10 Develop the General Order for the Mobilization of the Division of Special Weapons and Tactics (SWAT). The General Order will include the requirements for eligibility and retention in the Division, as well as the recruitment and selection processes that must be followed. It will also include the requirement of documenting activities related to mobilizations and/or activations, as well as the reporting requirement after they are carried out. (This policy became General Order, Chapter 100, Section 117, entitled "Reorganization of the Division of Special Weapons and Tactics (SWAT).") (Table 10)

| Requirement(s) | 22, 27-31, and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC (SWAT), SAIC (Hostage Negotiators), and community representatives |
| Resources | Internal human resources |
| Due Date | August 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 10

1.11 Develop General Order for the Use of Less-Lethal Munitions and Any Other Technology. (This policy became General Order, Chapter 600, Section 620, entitled "Rules and Procedures for the Use of Specialized Weapons by Members of the Specialized Tactical Units (STUs).") (Table 11)

| Requirement(s) | 22-23, 24 (f) and (h), and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAOC (SWAT, DTO), SAIC (use-of-force instructors), SARP (FIU), community representatives, and External Resources |
| Resources | External Subject-Matter Expert Professional Services; internal human resources |
| Due Date | October 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 11

Action Plan Section IV. Use of Force

1.12  Develop General Order for Crowd Control and Incident Management. (This policy became General Order, Chapter 600, Section 625, entitled "Crowd Control and Management.") (Table 12)

| Requirement(s) | 22, 32-35, and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC (DTO, SWAT), SAIC (Hostage Negotiators), SARP (FIU), and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | October 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 12

1.13  Review General Order, Chapter 600, Section 607, entitled "Rules to Initiate and Manage Foot Pursuits by Members of the Puerto Rico Police Department." (This General Order became General Order, Chapter 600, Section 623, entitled "Rules for the Management of Police Pursuits.") (Table 13)

| Requirement(s) | 22-23 and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC, SAIC, and SARP (FIU) |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | November 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 13

1.14  Review General Order, Chapter 600, Section 609, entitled "Driving Vehicles in Emergency Situations and Police Pursuits." (This General Order became General Order, Chapter 600, Section 623, entitled "Rules for the Management of Police Pursuits.") (Table 14)

| Requirement(s) | 22-23 and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC, SAIC, and SARP (FIU) |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | November 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 14

1.15  Protocol to Regulate K-9 in Patrol Duties. This policy became General Order, Chapter 100, Section 116, entitled "Reorganization of the K-9 Division." (This GO repealed GO 2010-5, entitled "Reorganization of the K-9 Division and Creation of the K-9 Training Center."). (Table 15)

| Requirement(s) | 22-23, 24 (c), 111 (a), and 53 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC, SAEA, SAIC (Dog instructors), and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | September 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 15

**II. Data Collection and Reporting Objectives:**

1. The PRPD will develop reliable systems to compile data and information that allow for the registration and documentation of use-of-force incidents by MPRPDs and the investigation of force incidents. This will contribute to the MPRPDs professional improvement and establish uniform protocols, thus helping to achieve equality in the provision of services and to strengthen the community's trust.

**Activities:**

1.1  Develop an information sub-system for the compilation and monthly review of use-of-force incidents using the crime rate data collection system as a reference. The printed forms used for said purposes, such as Form PPR-854, Use of Force, and Form PPR-877, Supplementary Report, will also be considered. A detailed description of the incident and the acts that led to the use of force, any injury to an arrestee or allegation of excessive use of force, and the measures taken to treat the injured will be documented, among other things, in the aforementioned instrument. Similarly, any MPRPD who is involved in a use-of-force incident will be under the obligation to notify his or her supervisor immediately unless exigent circumstances exist.

This sub-system will be contemplated in the crime rate data collection systems included in the **Equal Protection and Non-Discrimination Action Plan**. Said sub-system will be initially implemented in Zones of Excellence and gradually in all work units, as established in the **Information Systems and Technology Compliance Area Action Plan.** (Table 16)

Action Plan Section IV. Use of Force

| Requirement(s) | 36-39 and 41-52 |
|---|---|
| Entities Responsible | SASG (BT) and SARP |
| Collaborators | SAOC (technology coordinators) |
| Resources | Necessary resources to develop instrument are contemplated in the Equal Protection and Non-Discrimination Plan. |
| Due Date | 12 months (once NIBRS and any other policies affecting System are ready) (Approximate date: January 2017) |
| Obstacles | Compliance with activity will depend on contracts executed to develop the crime rate data collection system mentioned in the Equal Protection and Non-Discrimination Action Plan, since several modules or instruments, such as the one mentioned here, will have to be developed together with the system. This may increase the amount of time for full implementation the data collection system and its modules or instruments. |
| Solutions | Grant required amount of time to procure system and fully implement it. |

Table 16

1.2 Develop an information sub-system for the collection and monthly review of information on the activation and mobilization of specialized tactical units (STUs) that will include operational plans and after-action reports. This sub-system will be contemplated in the crime rate data collection system included in the **Equal Protection and Non-Discrimination Action Plan**. Said information sub-system will be initially implemented in the police areas in which the Zones of Excellence are found and gradually in all other police areas, as established in the **Information Systems and Technology Compliance Area Action Plan.** (Table 17)

| Requirement(s) | 22-23, 30-31, and 41 |
|---|---|
| Entities Responsible | SASG (BT) and SAOC (STUs) |
| Collaborators | SAIC (Hostage Negotiators) |
| Resources | Necessary resources to develop instrument are contemplated in the Equal Protection and Non-Discrimination Plan. |
| Due Date | 12 months (once NIBRS and any other policies affecting System are ready) (Approximate date: January 2017) |
| Obstacles | Compliance with activity will depend on contracts executed to develop the crime rate data collection system mentioned in the Equal Protection and Non-Discrimination Action Plan, since several modules or instruments, such as the one mentioned here, will have to be developed together with system. This may increase the amount of time for full implementation the data collection the system and its modules or instruments. |
| Solutions | Grant required amount of time to procure system and fully implement it. |

Table 17

**III. Review and Investigation Objectives:**

1. The PRPD will develop policies that establish specific procedures so that supervisors may evaluate and investigate all use-of-force incidents in which MPRPDs are involved. This will help supervisors determine if force was used in accordance with existing policies and laws, correct any deficiency in the investigation process, and evaluate training needs. It will also help establish clear processes that comply with constitutional guarantees and best police practices, achieve equality in the provision of services, strengthen the community's trust, and increase professional development.

30

Action Plan Section IV. Use of Force

**Activities:**

1.1 PRPD supervisors must complete the reviews and investigations on use of force within no more than five (5) business days pursuant to the provisions of General Order, Chapter 600, Section 605, entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department," in order to determine whether the conduct of the MPRPDs was justified or in conformance with corresponding policies and procedures. (Table 18)

| Requirement(s) | 36-40, 43-47, 137, and 139-140 |
|---|---|
| Entities Responsible | SAIC and SAOC |
| Collaborators | SARP (FIU), FRB, and SFRB |
| Resources | Internal human resources |
| Due Date | 12 months (once NIBRS and any other policies affecting the System are ready) (Approximate date: January 2017) |
| Obstacles | Fully conducting a staffing study is necessary to comply with activity in order to assign the appropriate number of supervisors PRPD must have so they can be present at all use-of-force scenes in addition to complying with provisions of new policies. |
| Solutions | Once activity regarding staffing study is completed, supervisors must be distributed in a way that will allow PRPD to discharge responsibility. |

Table 18

1.2 The PRPD will use the information sub-system for the collection and monthly review of use-of-force incidents so that use-of-force incidents, the reviews and investigations of said incidents, and the information on the activation and mobilization of the specialized tactical units (STUs) can be tracked in a reliable and precise manner. This sub-system is included in the **Equal Protection and Non-Discrimination Action Plan**; it will be initially implemented in Zones of Excellence and gradually in all work units, as established in the **Information Systems and Technology Compliance Area Action Plan**.

The PRPD will perform a complete analysis of use-of-force incidents annually to identify significant trends. This analysis will help correct the deficiencies that are identified, pursuant to generally accepted police practices, the public policy of the PRPD, and federal and state law. (Table 19)

| Requirement(s) | 30-31, 41, and 91 |
|---|---|
| Entities Responsible | SARP |
| Collaborators | SAIC, SAOC, FIU, FRB, SFRB, and SASG (BT) |
| Resources | Internal human resources |
| Due Date | June 2015. (On a yearly basis as of approval of GO, Chapter 600, Section 605, revised in June 2015.) |
| Obstacles | Compliance with activity in real and digitalized time will depend on full implementation of the crime rate data collection system mentioned in the Equal Protection and Non-Discrimination Action Plan. |
| Solutions | Grant required amount of time to procure system and fully implement it. |

Table 19

Action Plan Section IV. Use of Force

1.3 Perform a study to determine the number of supervisors needed to comply with the requirement. This activity will be part of the **Professionalization Action Plan**.

**IV.   Training Development Objectives:**

1. To achieve a reduction in use-of-force incidents, continue with professionalization, [achieve] equality in the provision of services, and restore the community's trust, all MPRPDs will be trained[8] in use of force at least every two (2) years during the first four (4) years after the effective date of the Agreement and on a yearly basis thereafter. Use-of-force training courses will be evaluated one (1) time per year so that they conform to applicable law, generally accepted police practices, and the policies and procedures of the PRPD.

**Activities:**

1.1 Review Training on the Use and Handling of Impact Weapons. (Table 20)

| Requirement(s) | 22-23, 24 (g), and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC and SAIC (impact weapons instructors) |
| Resources | Internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | Collaboration of internal experts assigned to SAOC and SAIC is needed to design training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. |
| Solutions | Experts identified to collaborate in designing training courses must be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |

Table 20

1.2 Develop Training on the Use and Handling of Chemical Agents. (Table 21)

| Requirement(s) | 22-23, 24 (e), and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC and SAIC (pepper spray instructors) |
| Resources | Internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | Collaboration of internal experts assigned to SAOC and SAIC is needed to design training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. |
| Solutions | Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |

Table 21

[8] See Appendix **B** – Training Design Process.

Action Plan Section IV. Use of Force

1.3 Develop Training Program for Members of the Force Review Board and the Superintendent's Force Review Board (SFRB). (Table 22)

| | |
|---|---|
| **Requirement(s)** | 46 and 47 |
| **Entities Responsible** | SAEA |
| **Collaborators** | Members of FRBs, FIUs, and the SFRB |
| **Resources** | External consultation to design training syllabus; internal human resources |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| **Obstacles** | Training must include various topics that complement duties that Members of FRBs, FIU, and SFRB will perform, such as interview and interrogation techniques, criminal investigation, writing techniques, use-of-force incident evaluation, among others. |
| **Solutions** | SAEA must consider complexity of Training Program when designing the same and evaluate hiring to design training. |

Table 22

1.4 Review Training on the Use and Handling of Service Weapons. (Table 23)

| | |
|---|---|
| **Requirement(s)** | 22-23, 24 (b), 53, and 54 |
| **Entities Responsible** | SAEA (Shooting instructors) |
| **Collaborators** | SAOC and SAIC (training coordinators) |
| **Resources** | Internal human resources |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable |

Table 23

1.5 Review Training on the Use and Handling of Electronic Control Weapon. (Table 24)

| | |
|---|---|
| **Requirement(s)** | 22, 24 (d), and 53 |
| **Entities Responsible** | SAEA (weapon instructors) |
| **Collaborators** | SAOC and SAIC (weapon instructors) |
| **Resources** | Internal human resources |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| **Obstacles** | Collaboration of internal experts assigned to SAOC and SAIC is needed to design training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. |
| **Solutions** | Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |

Table 24

1.6 Review Training on the Rules for the Use-of-Force and for the Reporting and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department. (Table 25)

Action Plan Section IV. Use of Force

| Requirement(s) | 22, 24 (a), and 53 |
|---|---|
| Entities Responsible | SAEA (use-of-force instructors) |
| Collaborators | SAOC and SAIC (use-of-force instructors) |
| Resources | Internal Human Resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | Collaboration of internal experts assigned to SAOC and SAIC is needed to design training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. |
| Solutions | Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |

Table 25

1.7 Develop Training for the Force Investigation Unit (FIU). (Table 26)

| Requirement(s) | 48-53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Members of FIUs, SFRB, and SASG (BT) |
| Resources | External consultation to design training syllabus; Internal Human Resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | PRPD has not yet developed modules that will include Use-of-Force Incidents electronic forms and depends on training mentioned in Activity 1.13 of this Section. |
| Solutions | Training mentioned in Activity 1.13 of this Section must be designed before this one. |

Table 26

1.8 Develop Multi-topic Training on the Mobilization of the Tactical Operations Unit. (Table 27)

| Requirement(s) | 22, 27-31, and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC |
| Resources | Internal Consultation to Design Training Syllabus; Internal Human Resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | Collaboration of internal experts assigned to SAOC and SAIC is needed to design training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. |
| Solutions | Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |

Table 27

1.9 Develop Multi-topic Training on the Mobilization of the Division of Special Weapons and Tactics ("SWAT"). (Table 28)

Action Plan Section IV. Use of Force

| Requirement(s) | 22, 27-31, and 53 |
| --- | --- |
| Entities Responsible | SAEA |
| Collaborators | SAOC (SWAT) |
| Resources | Internal Consultation to Design Training Syllabus; Internal Human Resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | Collaboration of internal experts assigned to SAOC and SAIC is needed to design training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. |
| Solutions | Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |

Table 28

1.10  Develop Training on Special Weapons by Members of the Specialized Tactical Units (STUs). (Table 29)

| Requirement(s) | 22-23, 24 (f, h), and 53 |
| --- | --- |
| Entities Responsible | SAEA |
| Collaborators | SAOC (SWAT, TO) |
| Resources | External consultation to design training syllabus |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | Currently, the PRPD does not have experts on less-lethal weapons and therefore needs to hire subject-matter experts. |
| Solutions | As part of development of policies on this topic, the PRPD will have to identify subject-matter experts and less-lethal equipment and munition providers. The PRPD will include development of training material in contract. |

Table 29

1.11  Develop Training on Crowd Control and Management for MPRPDs and Specialized Tactical Units (STUs). (Table 30)

| Requirement(s) | 27-35 and 53 |
| --- | --- |
| Entities Responsible | SAEA |
| Collaborators | SAOC (SWAT, DTO) |
| Resources | External consultation to design training syllabus |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | Due to complexity of training and the fact it impacts both STUs and MPRPDs, SAEA will develop two (2) separate training courses, so developing training could take longer than estimated. |
| Solutions | If necessary, the PRPD will inform TCA that it needs an extension of time to finish designing training. |

Table 30

1.12  Develop Training on Rules for the Management of Police Pursuits. (Table 31)

Action Plan Section IV. Use of Force

| Requirement(s) | 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC (Command Center and Bureau of Traffic) |
| Resources | Internal human resources and External consultation to design training syllabus |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | The PRPD has identified safety risks in implementation of practical training on driving vehicles in real-life emergency situations. |
| Solutions | Identify safer virtual and simulator methods in accordance with best practices. PRPD will provide equipment and facilities to be used and include development of training material in contract with providers. |

Table 31

1.13 Develop Training on Driving Vehicles in Emergency Situations and Police Pursuits. (Table 32)

| Requirement(s) | 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC (Bureau of Traffic) and Command Center |
| Resources | External consultation to design training syllabus |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | PRPD has identified safety risks in implementation of practical training on driving vehicles in real-life emergency situations. |
| Solutions | Identify safer virtual and simulator methods in accordance with best practices. PRPD will identify equipment and facilities to be used and include development of training material in contract with providers. |

Table 32

1.14 Develop Training for Patrol Dog Handlers. (Table 33)

| Requirement(s) | 22, 24 (c), and 53 |
|---|---|
| Entities Responsible | SAEA and SAIC (K-9 Division) |
| Collaborators | SAOC and SAIC (training coordinators) |
| Resources | Internal human resources, trip for initial instructor certification (3), starting FY 2016-2017; trip for instructor recertification (5), starting FY 2016-2017. |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| Obstacles | K-9 Division instructors are recertified every two (2) years, with training courses outside P.R. They, in turn, train handlers of the Division. Training must be reviewed every two (2) years. |
| Solutions | As from FY **2016-2017**, PRPD will include recertification of K-9 Division instructors as item in budget. Master instructor will be included for sustainability of PRPD. |

Table 33

1.15 Develop Training on the Use and Management of the Automated System to Prepare Electronic Incident Reports. This activity will be carried out pursuant to the **Equal Protection and Non-Discrimination Action Plan**.

Action Plan Section IV. Use of Force

**V.   Training Implementation Objectives:**

1. To continue with professionalization, achieve a reduction in use-of-force incidents and equality in the provision of services, and restore the community's trust, the PRPD will implement training[9], new policies and procedures, equipment, technologies, and operational and administrative strategies.

**Activity:**

1.1   Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **MPRPDs** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 34)

The training to be implemented will cover the following topics:

a.   Training on the Use and Handling of Impact Weapons.

| Requirement(s) | 22-23, 24 (g), and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | Internal human resources; (internal instructors) |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 34

b.   Training on the Use and Handling of Chemical Agents. (Table 35)

| Requirement(s) | 22-23, 24 (e), and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | Internal instructors, active and inert chemical agents, decontamination soap, scales, decontamination hoses, and holsters for chemical agents. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 35

c.   Training for the Force Review Board and the Superintendent's Force Review Board (SFRB). (Table 36)

37

---
[9] See Appendix **C** – Training Implementation Process.

| Requirement(s) | 46 and 47 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Use-of-Force instructors (SAOC and SAIC) |
| Resources | Internal (14) and external (1) Human Resources |
| Due Date | One hundred percent (100%) of members of FRBs and SFRB will be trained within twelve (12) months following training design process and approval and incorporation of recommendations.<br>**See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 36

d.  Training on Use and Handling of Service Weapons. The **Training Action Plan** will include the mechanism to be used by the SAEA to record and update who has taken the firearm training courses. (Table 37)

| Requirement(s) | 22-23, 24 (b), 26, 53, and 54 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | Firearm instructors and equipment needed to conduct training, such as: F.A.S.T., Targets, Munitions, Cartons, Ear Plugs, Safety Glasses, Dummy Ammunition, Audio Equipment, rental of facilities such as shooting ranges. F.A.S.T. will only be used initially in Gurabo. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group.<br>**See Appendix C** – Training Implementation Process. |
| Obstacles | Identification of additional facilities that will serve as shooting ranges is difficult due to safety requirements and compliance with environmental regulations. |
| Solutions | PRPD is in process of executing collaborative agreements with the Department of Corrections and the National Guard to use their facilities. PRPD has also identified facilities in Moca and Guayama and is in contract process. |

Table 37

e.  Training on the Use and Handling of Electronic Control Weapon. (Table 38)

| Requirement(s) | 22-23, 24 (d), and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | Internal human resources and equipment needed to conduct training, such as: electronic control weapons, cartons, cartridges, practice cartridges, holsters, and batteries. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group.<br>**See Appendix C** – Training Implementation Process. |
| Obstacles | High cost of weapons and cartridges makes it difficult for personnel to receive equipment immediately after training concludes. |
| Solutions | Identify additional funding sources to acquire equipment within a period of two fiscal years. |

Table 38

f.  Training on the Rules for Use-of-Force Rules and for the Reporting and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department. (Table 39)

Action Plan Section IV. Use of Force

| Requirement(s) | 22-23, 24 (a), and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | Training will be offered electronically (webinar); additional computers |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | Technology Centers are open only during daytime hours. |
| Solutions | PRPD will request formal proposals. Alternative of establishing service hours for Technology Centers of police areas. |

Table 39

g.  Training for Force Investigation Unit (FIU). (Table 40)

| Requirement(s) | 48-52 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Use-of-Force instructors (SAOC and SAIC) |
| Resources | Internal (13) and external (2) Human Resources |
| Due Date | One hundred percent (100%) of FIU members will be trained within twelve (12) months following training design process and approval and incorporation of recommendations. **See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 40

h.  Multi-topic Training on Mobilization of Tactical Operations Unit. (Table 41)

| Requirement(s) | 22-23 and 27-31 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC (DTO) |
| Resources | Internal human resources |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 41

i.  Multi-topic Training on Mobilization of Division of Special Weapons and Tactics (SWAT). (Table 42)

| Requirement(s) | 22-23 and 27-31 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC and FURA (SWAT) |
| Resources | Internal human resources trained on forcible entry; land, air, or sea hostage control and rescue; snipers; and others. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 42

Action Plan Section IV. Use of Force

j.  Training on Special Weapons by Members of the Specialized Tactical Units (STUs). (Table 43)

| Requirement(s) | 22-23, 24(f, h), and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC (SWAT and TO) |
| Resources | Internal human resources and equipment needed to conduct training, such as: rubber bullets, stop sticks, pepper bags, bean bags, drones, rubber balls, flash bangs and flash-ball launchers, ballistic shields, and others. |
| Due Date | One hundred percent (100%) of STU members will be trained within twelve (12) months following training design process and approval and incorporation of recommendations.<br>**See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 43

k.  Training on Crowd Control and Incident Management for MPRPDs and Specialized Tactical Units (STUs). (Table 44)

| Requirement(s) | 22-23, 32-35, and 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC (SWAT and DTO) |
| Resources | Internal human resources, and external human resources, such as paramedics and line advisor. Equipment needed to conduct training, such as: vans, barricades, signs, Command Post Truck, Triage, Decontamination Staging, and others.<br>Additional equipment for specialized SWAT and DTO training units, such as: concave and convex shield, chemical agent and electric shield, flexi cuffs, elbow pads, knee pads, boots, helmets with visors, clubs, chest protectors, gloves, cups, shin guards, hip protectors, gasmasks, megaphones, gas guns, gas grenades, and others. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations, starting with SWAT and TO as priority groups and, then, the remaining MPRPDs.<br>Session #2: twelve (12) months after completion of training of first group.<br>**See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 44

l.  Training on Rules for the Management of Police Pursuits. (Table 45)

| Requirement(s) | 53 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | Internal human resources and equipment needed to prepare stations, marked vehicles prepared with push bumpers, spot lights, sirens and lights, among others; flashlights, first-aid equipment, and portable two-way radios. Identify places to provide training. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group.<br>**See Appendix C** – Training Implementation Process. |
| Obstacles | PRPD has identified safety risks in implementation of practical training on driving vehicles in real-life emergency situations. |
| Solutions | Identify safer virtual and simulator methods in accordance with best practices. PRPD will identify equipment and facilities to be used and include development of training material in contract with providers. |

Table 45

Action Plan Section IV. Use of Force

m.  Training for Patrol Dog Handlers. (Table 46)

| Requirement(s) | 24(c) |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | K-9 Division |
| Resources | K-9 Division instructors, Dogs (6-10 per year), and Bait |
| Due Date | One hundred percent (100%) of members of K-9 Division will be trained within twelve (12) months following training design process and approval and incorporation of recommendations.<br>**See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 46

n.  Training on the Use and Management of the Automated System to prepare Electronic Incident Reports. This activity will be carried out in accordance with the **Equal Protection and Non-Discrimination Action Plan**.

1.2    The PRPD will start training **MPRPDs** who belong to the following work units:

1.2.1 members of joint forces  (SAIC)

1.2.2 personnel assigned to Zones of Excellence (SAOC)

1.2.3 Division of Tactical Operations (DTO) (SAOC)

1.2.4 Division of Special Weapons and Tactics (SWAT) (SAOC)

1.2.5 Force Investigation Unit (FIU) (SARP)

1.2.6 Bureau of Highway Patrols (SAOC)

1.2.7 Motorized Unit (SAOC)

1.2.8 Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

1.2.9 Bureau of Vehicle Theft Investigations (SAIC), and

1.2.10 Arrests and Extraditions Division (SAIC).

1.3    The PRPD will then train **MPRPDs** who belong to districts, precincts, and auxiliary superintendencies, taking the following into consideration:

1.3.1 number of incidents per location

1.3.2 number of incidents of domestic violence

1.3.3 number of interventions with intoxicated individuals

1.3.4 number of arrests made

1.3.5 number of citations from police interventions

1.3.6 number of complaints filed with the SARP on the following grounds: assault; use of unjustified violence; physical and/or psychological coercion; and assault against MPRPDs

41

Action Plan Section IV. Use of Force

1.3.7 distance from support units, and

1.3.8 frequency of occurrence of demonstrations (i.e. mass protests).

**VI.  Behavioral and/or Mental Health Crisis Response Objective**

1.  In order to continue with the professional development of all MPRPDs, and to reduce the use of force when addressing situations with individuals in crisis or who have mental health problems, the PRPD will create policies and procedures that comply with best police practices. These guides will be aimed at equipping all police officers with the necessary skills so that they are qualified and trained to respond to situations of mental health behavior or crisis intervention. They will also support equality in the provision of services and help strengthen the community's trust.

**Activities:**

1.1    Develop General Order for the Crisis Intervention Team (CIT). (Table 47)

| Requirement(s) | 56 and 57 |
| --- | --- |
| Entities Responsible | SAEA |
| Collaborators | ASSMCA, Hostage Negotiators, DP, PRDOJ, and FBI |
| Resources | Professional Services – Attorneys |
| Due Date | December 2015 (This General Order has not been signed.) |
| Obstacles | Developing policy requires existence of coordinated process with Department of Health and ASSMCA for involuntary admittance of mental patients, in addition to collaboration of emergency first-response Agencies. |
| Solutions | Make arrangements required by corresponding agencies. |

Table 47

**VII.  MPRPD Crisis Intervention Training Development Objective**

1.  In order to use appropriate force when intervening with people in mental health crisis situations, the PRPD will provide its members with basic training on responding to this kind of incident. The Crisis Intervention Team (CIT) will also be trained, emphasizing the procedure for the transfer of custody, for voluntary referrals, and appropriate places to admit juveniles in mental health crises. Dispatchers will also be trained, making sure they are able to identify and address service calls involving incidents of behavioral and/or mental health crises.

**Activities:**

1.1    Develop Training for Behavioral and/or Mental Health Crisis Response for MPRPDs belonging to the CIT. (Table 48)

| Requirement(s) | 53, 56, and 57 |
| --- | --- |
| Entities Responsible | SAEA |
| Collaborators | SAIC, Hostage Negotiators and Crisis Interveners, and Division of Psychology |
| Resources | Internal human resources, Psychologists of PRPD Division of Psychology, and FBI |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 48

1.2   Within the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train fifty percent (50%) of **MPRPDs belonging to the CIT** in relation to **Behavioral and/or Mental Health Crisis Response** through certified instructors. (Table 49)

| Requirement(s) | 53, 56, and 57 |
|---|---|
| Entities Responsible | SAEA and SAIC |
| Collaborators | Hostage Negotiators and Crisis Interveners and FBI |
| Resources | Internal human resources; Negotiators from federal agencies, PRPD Psychologists |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | Time it could take to carry out process of selecting most suitable personnel to perform task. |
| Solutions | Carry out internal recruitment and select most appropriate personnel to belong to CIT. |

Table 49

1.3   Develop Training on Behavioral and/or Mental Health Crisis Response for MPRPDs. (Table 50)

| Requirement(s) | 53, 56, and 57 |
|---|---|
| Entities Responsible | SAEA and CIT |
| Collaborators | Internal and external human resources |
| Resources | CIT and PRPD Psychologists |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 50

1.4   Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **MPRPDs** in relation to **Behavioral and/or Mental Health Crisis Response**, as established by the Agreement for the Sustainable Reform of the PRPD. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin in accordance with the date indicated in the announcement issued by the SAIC and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

Action Plan Section IV. Use of Force

1.5    The PRPD will start training **MPRPDs** who belong to the following work units:

    1.5.1    members of joint forces  (SAIC)

    1.5.2    personnel assigned to Zones of Excellence (SAOC)

    1.5.3    Division of Tactical Operations (DTO) (SAOC)

    1.5.4    Division of Special Weapons and Tactics (SWAT) (SAOC)

    1.5.5    Force Investigation Unit (FIU) (SARP)

    1.5.6    Bureau of Highway Patrols (SAOC)

    1.5.7    Motorized Unit (SAOC)

    1.5.8    Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

    1.5.9    Bureau of Vehicle Theft Investigations (SAIC), and

    1.5.10   Arrests and Extraditions Division (SAIC)


1.6    The PRPD will then train **MPRPDs** who belong to districts, precincts, and auxiliary superintendencies, taking the following into consideration:

    1.6.1    number of incidents per location

    1.6.2    number of incidents of domestic violence

    1.6.3    number of interventions with intoxicated people

    1.6.4    number of arrests made

    1.6.5    number of citations from police interventions

    1.6.6    number of complaints filed with the SARP on the following grounds: assault; use of unjustified violence; physical and/or psychological coercion; and assault against MPRPDs

    1.6.7    distance from support units, and

    1.6.8    frequency of occurrence of demonstrations (i.e. mass protests).

| Requirement(s) | 53, 56, and 57 |
|---|---|
| Entities Responsible | SAEA and CIT |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | PRPD Crisis Intervention Team (CIT) |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. **See Appendix C** – Training Implementation Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 51

**VIII.   Self-Assessment Objectives:**

1. To ensure that services have been provided in an equitable, respectful, and unbiased manner, guarantee that PRPD personnel are being trained in accordance with approved policies and training materials, and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various mechanisms of self-assessment will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and to identify aspects that need to be corrected and improved.

**Activities:**

1.1 The PRPD, through the Office of Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, and training courses it provides, starting with the Zones of Excellence and gradually continuing through all thirteen (13) police areas and auxiliary superintendencies, such as: (Table 52)

   a. Using the training plan and training announcement issued by the SAEA for each of the courses to identify their start date, the time police areas and the corresponding auxiliary superintendencies have to complete the training, and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and auxiliary superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be offered. The Office of Reform will verify that MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course.

   b. Conducting random visits to each of the thirteen (13) police areas and auxiliary superintendencies using the training plan approved by the SAEA for each of the training courses developed for this Compliance Area in order to ensure that PRPD personnel are being trained in accordance with the syllabi, instructor handbooks, presentation, and assessment methodology approved by the TCA.

45

c.  Conducting visits to SARP to perform random evaluations of the files related to use-of-force incidents in order to determine if they have been prepared and completed at the work units and are under the custody of the SARP as established in General Order 605, Chapter 600, Section 605, entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department."

d.  Conducting random visits to the districts, precincts, and units to interview and corroborate whether the Supervisors of the PRPD have performed use-of-force reviews and investigations to determine if they are being performed in accordance with the provisions of General Order, Chapter 600, Section 605, entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department."

e.  Verifying compliance with the provisions of General Order, Chapter 600, Section 602, entitled "Use and Handling of Electronic Control Weapon" in relation to the recovery of the data stored in the Electronic Control Weapon (ECW) during the evaluation of the file corresponding to the use-of-force incident in which an ECW was used.

f.  Verifying that MPRPDs have completed form PPR-892 – "Electronic Control Weapon Use Record" registering the arcing test, as established in General Order, Chapter 600, Section 602, entitled "Use and Handling of Electronic Control Weapon."

| Requirement(s) | 232 and 233 |
| --- | --- |
| Entities Responsible | OR |
| Collaborators | Auxiliary superintendencies, Criminal Statistics Division, and other PRPD units |
| Resources | Internal human resources |
| Due Date | Not applicable |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 52

## IX. Budget:

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$17,959,508**. The corresponding appendices detailing the projected expense per item[10] during the first four (4) fiscal years of this Action Plan are enclosed.

---

[10] See Appendix F – Projected Budget by Expense Item.

Action Plan Section IV. Use of Force

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

**X.  Revision of Action Plan:**

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

Puerto Rico Police Department
Office of Reform
Requirements 22 - 57 - Section IV - Use of Force: Internal Controls and Accountability
Consolidated Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Items** | | | | | | | | | | |
| Payroll and Related Costs | 001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | 102,000 | - | 102,000 | - | - | - | 102,000 | - | 102,000 |
| Professional Services | 006 | 873,116 | - | 873,116 | - | - | - | 873,116 | - | 873,116 |
| Other Expenses | 007 | 523,092 | - | 523,092 | - | - | - | 523,092 | - | 523,092 |
| Materials and Supplies | 010 | 423,800 | - | 423,800 | - | - | - | 423,800 | - | 423,800 |
| Equipment Purchases | 011 | 16,037,500 | - | 16,037,500 | - | - | - | 16,037,500 | - | 16,037,500 |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| **TOTAL** | | $ 17,959,508 | $ - | $ 17,959,508 | $ - | $ - | $ - | $ 17,959,508 | $ - | $ 17,959,508 |

**Action Plan**

**Section V. Searches and Seizures: Internal Controls and Accountability**

**Requirements: 58 to 79**


**Chapter Summary:**

In accordance with the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the Search and Seizure Compliance Area has the goal of ensuring that all arrests, searches, and seizures are conducted with respect for the rights, privileges, and immunities guaranteed and protected by the Constitutions and laws of the United States and the Commonwealth of Puerto Rico.


**I.  Policy and Procedure Development Objectives:**

1.  To continue with professionalization; provide services in an equitable, respectful, and unbiased manner; and increase community's trust in the Police Department, the PRPD will develop policies and procedures[11] that comply with constitutional rights and generally accepted police practices to ensure that all MPRPDs conduct constitutional arrests, searches, and seizures that are in accordance with the applicable law, taking community priorities into consideration. These policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a substantial deficiency therein is reported.


**Activities:**

1.1   Review General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons." (Table 1)

| | |
|---|---|
| **Requirement(s)** | 59 and 65-73 |
| **Entities Responsible** | OR and OS |
| **Collaborators** | SAEA, SAIC, SAOC, PRDOJ, LAA, and community representatives |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | December 2014 |
| **Obstacles** | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| **Solutions** | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 1

49

---

[11] See Appendix A – Policy and Procedure Development Process.

Action Plan Section V. Searches and Seizures

1.2   Review General Order No. 2008-13 entitled "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" with the purpose of ensuring an effective control of the evidence from the beginning of a criminal act, to the collection thereof, and until it is presented at trial. (Table 2)

| Requirement(s) | 109 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC, SAIC, SAEA, and SASG (BT) |
| Resources | Professional Services – Attorneys; Internal Human Resources |
| Due Date | September 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies.<br>2. Conclusion of effective period of the Act or its amendment or repeal by a subsequent statute. |

Table 2

1.3   Review General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to Conduct Searches and Seizures" to incorporate the recommendations of the TCA and USDOJ. (Table 3)

| Requirement(s) | 59, 74-77 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAIC, SAOC, LAA, PRDOJ, and community representatives |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | August 2015 |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 3

1.4   Develop a protocol for the digital recording and storage of communications between the immediate supervisor and the MPRPD through Command Center and Radio Control communication channels in which the MPRPD states the elements of probable cause he or she used to make in an arrest for a felony, obstruction of justice, or resisting arrest. (Table 4)

| Requirement(s) | 66 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC (Command Center), SASG, (BT - Communications Division), and TRB-PR |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | May 2016 |
| Obstacles | 1. Communications issued through Command Center are regulated by FCC, so time for implementation would be affected.<br>2. Currently, the PRPD does not have the necessary equipment or evidence management process for digital recording and storage of communications between immediate supervisors and MPRPDs |
| Solutions | 1. Hold meetings with FCC to adapt processes to FCC regulations and find expedited process for implementation.<br>2. Grant time needed to procure the necessary equipment and develop evidence management processes for digital recording and storage of communications between immediate supervisors and MPRPDs. |

Table 4

Action Plan Section V. Searches and Seizures

**II. Reporting and Data Collection Objectives:**

1. The PRPD will develop policies and procedures to continue with professionalization; provide services in an equitable, respectful, and unbiased manner; strengthen the community's trust; and comply with constitutional rights and generally accepted police practices. All MPRPDs will be required to inform their supervisor of any arrest for a felony, obstruction of justice, or resisting arrest. Arrests will also be documented in an electronic form, using as reference the automatic mechanized dispatch system adopted by the PRPD to document arrests, interventions, and searches electronically.

**Activities:**

1.1 Develop an information subsystem to collect incidents resulting in arrests and searches, using the National Incident-Based Reporting System as a reference. The printed forms used for such purposes (**PPR-853**, Plan to Carry Out Arrests/Detentions and Searches/Seizures, and **PPR-880**, Member of the PRPD Incident Report Narrative) will also be taken into consideration.

This subsystem will be contemplated in the National Incident-Based Reporting System included in the **Equal Protection and Non-Discrimination Compliance Area Action Plan**. The subsystem will be initially implemented in the Zones of Excellence and then gradually in all work units, as established in the **Information Systems and Technology Compliance Area Action Plan**. (Table 5)

| Requirement(s) | 59, 60-61, and 64 |
|---|---|
| Entities Responsible | SASG (BT) and SAIC |
| Collaborators | SAOC and technology coordinators |
| Resources | Necessary resources to develop instrument are contemplated in the Equal Protection and Non-Discrimination Compliance Area Action Plan. |
| Due Date | 12 months (once NIBRS and any other policies affecting System are approved and signed by superintendent). (Estimated date: January 2017) |
| Obstacles | Compliance with activity will depend on contracts executed to develop National Incident-Based Reporting System indicated in the Equal Protection and Non-Discrimination Action Plan since several modules or instruments, such as the one indicated herein, will have to be developed together with said system. |
| Solutions | Not applicable |

Table 5

1.2 When it incorporates the TCA and USDOJ recommendations into General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to Conduct Searches and Seizures," the PRPD will ensure that all MPRPDs will be required to obtain and document an individual's consent to a voluntary search of his or her person or vehicle unless a search without the individual's consent is legally justified. (Table 6)

Action Plan Section V. Searches and Seizures

| Requirement(s) | 77 and 83 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAIC, SAOC, and SASG |
| Resources | For budgetary purposes, they are contemplated in previous Section. (Activity 1.1) |
| Due Date | August 2015 |
| Obstacles | The GO review date is close to the estimated date of creation of module for entering information included in Form PPR-879, Search Consent Form, electronically; consequently, if development of module is delayed, the review of policy could be delayed. |
| Solutions | In case of delay, PRPD will inform TCA and USDOJ to request extension or change in policy due date. |

Table 6

1.3 Upon the annual review of General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons," the PRPD will ensure that it maintains the requirement that MPRPDs continue informing the Command Center and a supervisor immediately after making an arrest, or as soon as possible. (Table 7)

| Requirement(s) | 66 and 83 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAIC, SAOC, and SASG |
| Resources | Already contemplated in previous activity (Activity 1.1). |
| Due Date | December 2014 |
| Obstacles | The GO review date is close to the estimated date of creation of module to enter information included in Form PPR-880, MPRPD Incident Report Narrative, electronically, consequently, if development of module is delayed, the review of policy could be delayed. |
| Solutions | In case of delay, PRPD will inform TCA and USDOJ to request extension or change in policy due date. |

Table 7

1.4 Develop an automated system for the digital recording and storage of communications between the immediate supervisor and the MPRPD through Command Center and Radio Control communication channels that have been used to communicate the elements of probable cause used to make an arrest for a felony, obstruction of justice, or resisting an MPRPD. This system will be initially implemented in the Zones of Excellence and then gradually in subsequent work units, as established in the **Information Systems and Technology Compliance Area Action Plan**. (Table 8)

| Requirement(s) | 66 |
|---|---|
| Entities Responsible | SASG (BT) |
| Collaborators | OR, SAEA, SAIC, SAOC, and SASG |
| Resources | Recorder for P25 System, 500 radios (AF 2016-2017), 500 radios (AF 2017-2018), 500 radios (AF 2018-2019) |
| Due Date | 18 months once corresponding policy is approved |
| Obstacles | The PRPD does not have the necessary equipment for digital recording and storage of communications between immediate supervisors and MPRPDs. |
| Solutions | Acquire the necessary equipment for digital recording and storage of communications between immediate supervisors and MPRPDs. |

Table 8

Action Plan Section V. Searches and Seizures

**III. Review and Investigation Objectives:**

1. To continue with professionalization; provide services in an equitable, respectful, and unbiased manner; and strengthen the community's trust, the PRPD will develop policies and procedures that comply with constitutional rights and generally accepted practices requiring all PRPD supervisors to investigate and evaluate all arrests, searches, and seizures conducted by MPRPDs in order to determine if they were conducted in accordance with existing policies and laws. The supervisor will be required to go to the scene of the arrest and conduct a visual inspection of the detainee or arrestee and interview him or her to corroborate the severity of an injury or verify that he or she is not injured.

**Activities:**

1.1 PRPD Supervisors must review each search and seizure report to evaluate and determine if the search and seizure was conducted in accordance with the provisions of PRPD policies and the Agreement. (Table 9)

| Requirement(s) | 62-64, 67-71, and 75 |
|---|---|
| Entities Responsible | SAIC and SAOC |
| Collaborators | Not applicable |
| Resources | Internal human resources |
| Due Date | Not applicable |
| Obstacles | PRPD has not completed the staffing study yet. |
| Solutions | Complete the staffing study and distribute supervisors so PRPD can discharge responsibility. |

Table 9

1.2 The PRPD will use the information subsystem to collect and review, on a monthly basis, incidents that result in arrests and seizures. This subsystem will be contemplated in the National Incident-Based Reporting System included in the **Equal Protection and Non-Discrimination Compliance Area Action Plan**. The subsystem will be initially implemented in the Zones of Excellence and then gradually in all work units, as established in the **Information Systems and Technology Compliance Area Action Plan**.

On a yearly basis, the PRPD will perform a complete analysis of the compiled information about searches and seizures conducted to identify significant trends with the purpose of correcting deficiencies that are identified, pursuant to the law and generally accepted police practices. (Table 10)

53

Action Plan Section V. Searches and Seizures

| | |
|---|---|
| **Requirement(s)** | 64 and 91 |
| **Entities Responsible** | SASG |
| **Collaborators** | SAIC, SAOC, and SASG (BT) |
| **Resources** | Internal human resources |
| **Due Date** | On a yearly basis after approval of corresponding general orders. |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable |

Table 10

1.3 Conduct an evaluation of PRPD human resources, taking into account their status and the operational and administrative work performed by the employees, in order to identify existing needs and subsequently of decision-making in order to determine the number of supervisors needed to meet the requirement. This activity will be part of the **Professionalization Compliance Area Action Plan**.

## IV. Training Development Objectives

1. To achieve a reduction of civil rights violations, continue with professionalization, achieve equality in the provision of services, and strengthen the community's trust, the PRPD will train[12] all its members on corresponding arrest, search, and seizure policies at least every two (2) years during the first four (4) years after the effective date of the Agreement and on a yearly basis thereafter. The training courses will be evaluated on a yearly basis so that they are in accordance with the applicable laws and generally accepted police practices.

**Activities:**

1.1 The Auxiliary Superintendency for Education and Training (SAEA) will create courses to train all MPRPDs through instructors certified by SAEA. (Table 11)

The training courses are as follows:

1.1.1. Training on General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons", and

1.1.2. Training on General Order [entitled] "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" with the purpose of ensuring an effective control of the evidence from the beginning of a criminal act, in the collection thereof, and until it is presented at trial.

---

[12] See Appendix **B** – Training Design Process.

Action Plan Section V. Searches and Seizures

| Requirement(s) | 65, 78, and 113 |
| --- | --- |
| Entities Responsible | SAEA |
| Collaborators | OR, SAIC, SAOC, PRDOJ, LAA, and CRC |
| Resources | External consultation to design training syllabus |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Currently, SAEA does not have necessary human resources to develop training and therefore needs collaboration of subject-matter experts from various auxiliary superintendencies. |
| Solutions | PRPD will have to hire appropriate human resources to develop training materials and will need collaboration of internal experts assigned to auxiliary superintendencies. |

Table 11

1.2 Review training on General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to conduct Searches and Seizures." (Table 12)

| Requirement(s) | 78 |
| --- | --- |
| Entities Responsible | SAEA |
| Collaborators | OR, SAIC, SAOC, PRDOJ, LAA, and CRC |
| Resources | External consultation to design training syllabus |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Currently, SAEA does not have necessary human resources to develop training and therefore needs collaboration of subject-matter experts. |
| Solutions | PRPD will have to hire appropriate human resources to develop training materials and will need collaboration of internal experts assigned to SAOC and SAIC. |

Table 12

1.3 Develop a Training Program for Supervisors and High-Ranking Officers on policies, writing techniques, and review of reports regarding arrests, searches, and seizures. (Table 13)

| Requirement(s) | 62-63, 66, 68-71, 75-76, 79, and 164 |
| --- | --- |
| Entities Responsible | SAEA |
| Collaborators | OR, SAIC, SAOC, and PRDOJ |
| Resources | External consultation to design training syllabus |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Designing training courses requires collaboration of internal experts assigned to SAOC and SAIC, which could affect daily work of personnel. Furthermore, temporary assignment of said human resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. |
| Solutions | Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |

Table 13

Action Plan Section V. Searches and Seizures

1.4   Develop training for the personnel assigned to the Command Center and Radio Control on how to use the automated system for the digital recording and storage of communications between the immediate supervisor and the MPRPD through the Command Center and Radio Control communication channels. (Table 14)

| | |
|---|---|
| **Requirement(s)** | 66 and 78 |
| **Entities Responsible** | SAEA |
| **Collaborators** | SASG, BT (Communications Division), SAOC, Command Center, and Radio Control |
| **Resources** | External consultation to design training syllabus; internal human resources |
| **Due Date** | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| **Obstacles** | Designing training courses requires collaboration of internal experts assigned to Technology and Communications, which could affect daily work of personnel. Furthermore, temporary assignment of said human resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. Identifying human resources who are subject-matter specialists is required. |
| **Solutions** | Services to create training will be included when executing equipment procurement contract. Experts identified to collaborate in designing training courses must be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |

Table 14

## V.  Training Implementation Objectives:

1.  To achieve a reduction of civil rights violations, continue with professionalization, achieve equality in the provision of services, and strengthen the community's trust, the PRPD will implement training[13], new policies and procedures, equipment, technologies, and operational and administrative strategies.

**Activities:**

Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **MPRPDs** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 15)

56

---

[13] See Appendix C – Training Implementation Process.

Action Plan Section V. Searches and Seizures

The training to be implemented will cover the following topics:

    a.  Training on General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons", and

    b.  Training on General Order [entitled] "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" with the purpose of ensuring an effective control of the evidence from the beginning of a criminal act, in the collection thereof, and until it is presented at trial.

| Requirement(s) | 78 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SA (training coordinators) |
| Resources | External instructors (15) |
| Due Date | Training courses will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 5. Personnel identified to attend training courses may be unable to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, and sick leave, among others.<br>6. Instructors may not be able to discharge dual responsibility to SAEA and their police areas. |
| Solutions | 5. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial proceedings.  Police  Areas  and  auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. Changes will not affect other priority training groups.<br>6. Auxilary superintendents and area commanders will establish a work plan to mitigate impact of training on operational work and discharge responsibilities assumed by SAEA. |

Table 15

    c.  Training on General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to Conduct Searches and Seizures." (Table 16)

| Requirement(s) | 78 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAEA, training coordinators of police areas and auxiliary superintendencies |
| Resources | External instructors (15) |
| Due Date | Training courses will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. Personnel identified to attend training courses may be unable to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, and sick leave, among others.<br>2. Instructors may not be able to discharge the dual responsibility that have to SAEA and their police areas. |
| Solutions | 1. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial proceedings.  Police  Areas  and  auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. Changes will not affect other priority training groups.<br>2. Auxiliary superintendents and area commanders will establish a Work Plan to mitigate impact of training on operational work and discharge responsibilities assumed by SAEA. |

Table 16

57

Action Plan Section V. Searches and Seizures

    d.  Training Program for Supervisors and High-Ranking Officers on the policies, writing techniques, and review of reports on arrests, searches, and seizures. (Table 17)

| Requirement(s) | 62-63, 66, 68-71, 75-76, 78-79, and 164 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | Internal human resources |
| Due Date | Training courses will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. Personnel identified to attend training courses may be unable to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, and sick leave, among others.<br>2. Instructors may not be able to discharge the dual responsibility they have to SAEA and their police areas. |
| Solutions | 1. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial proceedings. Police Areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. Changes will not affect other priority training groups.<br>2. Auxiliary superintendents and area commanders will establish a Work Plan to mitigate impact of training on operational work and discharge responsibilities assumed by SAEA. |

Table 17

    e.  Train personnel assigned to the Command Center and Radio Control on using the automated system for the digital recording and storage of communications between the immediate supervisor and the MPRPD through the Command Center and Radio Control communication channels. (Table 18)

| Requirement(s) | 66 and 78 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SASG (BT - Communications Division) and SAOC (Command Center, Radio Control) |
| Resources | External instructors (2) |
| Due Date | Training courses will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | The PRPD does not have the necessary equipment for digital recording and storage of communications between immediate supervisors and MPRPDs. |
| Solutions | Acquire the necessary equipment for digital recording and storage of communications between immediate supervisors and MPRPDs. |

Table 18

1.2  The PRPD will begin training **MPRPDs** who belong to the following work units:

    1.2.1. Criminal Investigation Corps (SAIC)

    1.2.2. Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

    1.2.3. Bureau of Vehicle Theft Investigations (SAIC)

    1.2.4. Arrests and Extraditions Division (SAIC)

    1.2.5. Bureau of Internal Affairs (SARP)

Action Plan Section V. Searches and Seizures

> 1.2.6 Members of Joint Task Forces (SAIC)
>
> 1.2.7 Force Investigation Unit (FIU) (SARP)
>
> 1.2.8. personnel assigned to Zones of Excellence (SAOC)
>
> 1.2.9. Division of Tactical Operations (DTO) and Division of Special Weapons and Tactics (SWAT) (SAOC), and
>
> 1.2.10. Bureau of Highway Patrols, Motorized Unit, Command Centers, and Radio Control (SAOC).

1.3 The PRPD will continue training **MPRPDs** who belong to districts, precincts, and auxiliary superintendencies, taking the following into consideration:

> 1.1.1   number of incidents per location
>
> 1.1.2   number of incidents of domestic violence
>
> 1.1.3   number of interventions with intoxicated people
>
> 1.1.4   number of arrests made
>
> 1.1.5   number of citations from police interventions
>
> 1.1.6   number of complaints of incidents on the following grounds: assault; use of unjustified violence; physical or psychological coercion; and assault against an MPRPD
>
> 1.1.7   distance from support units;
>
> 1.1.8   frequency of occurrence of demonstrations (i.e. mass protests), and
>
> 1.1.9   places inside the district and precinct that have been identified as having a high crime rate.

**VI. Feedback Committee Creation Objectives:**

1. With the purpose of receiving information that will serve to improve police services, quality of investigations, professionalization, equality in the provision of services, and restoration of the community's trust, feedback will be received from components of the PRDOJ and the Judicial Branch of the Commonwealth of Puerto Rico regarding the quality of investigations, arrests, court testimony, and any indication of improper conduct by MPRPDs.

   As a result of this feedback, the PRPD will make operational and policy changes and refer to SARP any information about specific incidents of possible improper conduct by an MPRPD that is received through this investigation protocol, thus ensuring the Civil Rights and Equal Protection of any person. The Executive Coordination Committee at the Central level will be contemplated in the **Supervision and Management Compliance Area Action Plan**.

Action Plan Section V. Searches and Seizures

**Activities:**

1.1   Create a protocol to receive comments regularly from the offices of district attorneys, public defenders, and judges of the Commonwealth of Puerto Rico regarding the quality of investigations, arrests, court testimony, and indications of improper conduct by MPRPDs. (Table 19)

| Requirement(s) | 73 and 158 |
|---|---|
| Entities Responsible | OR |
| Collaborators | SAOC, SARP, SAIC, OAT, PRDOJ, and LAA |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | May 2016 |
| Obstacles | Current Agreement does not impose obligation on public defenders, Department of Justice, or Commonwealth Judicial Branch to provide feedback to the PRPD. |
| Solutions | Execute collaborative agreements with entities that form part of the Commonwealth Justice System. |

Table 19

**VII.   Self-Assessment Objectives:**

1.   To ensure that arrests, searches, and seizures have been conducted in a legal, equitable, respectful, and unbiased manner; guarantee that PRPD personnel are being trained in accordance with the policies and training materials approved by the TCA; and determine whether the community's trust in the PRPD has increased and if solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and identify aspects that need to be corrected and improved. (Table 20)

**Activities:**

1.1   PRPD, through the Office of the Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, training courses it provides, starting with Zones of Excellence and gradually continuing through all thirteen (13) police areas and auxiliary superintendencies, such as:

   a.   Using the training plan and training announcement issued by the SAEA for each of the courses to identify their start date, the time police areas and the corresponding auxiliary superintendencies have to complete the training, and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and auxiliary superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be offered. The Office of Reform will verify that

60

Action Plan Section V. Searches and Seizures

MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course.

b. Conducting random visits to each of the thirteen (13) police areas and the corresponding auxiliary superintendencies using the training plan approved by the SAEA in order to guarantee that PRPD personnel are being trained in accordance with the syllabi, instructor handbooks, presentation, and assessment methodology approved by the TCA.

c. Visiting each of the thirteen (13) police areas and the corresponding auxiliary superintendencies and conduting random reviews of files to verify that PPR-264, "Rights for Suspects in Custody Form," has been completed in each incident where there has been an interrogation, in accordance with the provisions of General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons."

d. Visiting each of the thirteen (13) police areas and the corresponding auxiliary superintendencies and conducting random reviews of files to verify that PPR-82, "Conditions of People Arrested and Placed in a Cell," has been completed in each incident where an arrest and placement in a cell has been reported, in accordance with the provisions of General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons."

e. Visiting each of the thirteen (13) police areas and conducting random reviews of files to verify that PPR-126, "Seized Property Inventory," has been completed in each incident where property was seized as a result of either an arrest or a search, and that the seizure has been reported in accordance with the provisions of General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to Conduct Searches and Seizures."

| Requirement(s) | 232 and 233 |
| --- | --- |
| Entities Responsible | OR |
| Collaborators | Auxiliary superintendencies, Crime Statistics Division, and other PRPD units |
| Resources | Internal human resources |
| Due Date | Not applicable |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 2

Action Plan Section V. Searches and Seizures

**VIII. Budget:**

The projected budget to carry out the activities included in this Action Plan for fiscal years 2015-2016, 2017-2018, and 2018-2019 is estimated at **$5,457,175**. The corresponding appendices detailing the projected expense per item[14] during the first four (4) fiscal years of this Action Plan are enclosed.

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

**IX. Revision of Action Plan:**

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

---

[14] See Appendix **G** – Projected Budget by Expense Item.

Puerto Rico Police Department
Office of Reform
Requirements 58 to 79 – Section V – Searches and Seizures: Internal Controls and Accountability
Consolidated Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Items** | | | | | | | | | | |
| Payroll and Related Costs | 001 | $         - | $         - | $         - | $         - | $         - | $         - | $         - | $         - | $         - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 2,230,728 | - | 2,230,728 | - | - | - | 2,230,728 | - | 2,230,728 |
| Other Expenses | 007 | 158,947 | - | 158,947 | - | - | - | 158,947 | - | 158,947 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | 3,067,500 | - | 3,067,500 | - | - | - | 3,067,500 | - | 3,067,500 |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| **TOTAL** | | $   5,457,175 | $         - | $   5,457,175 | $         - | $         - | $         - | $   5,457,175 | $         - | $   5,457,175 |

**Action Plan**

**Section VI: Equal Protection and Non-Discrimination**

**Requirements: 80 to 100**

**Compliance Area Summary:**

In accordance with the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the Equal Protection and Non-Discrimination Compliance Area has the goal of ensuring that police services are provided in an equitable, respectful, and unbiased manner so that they promote relationships between the MPRPDs and the community and optimize crime prevention. The PRPD will ensure that all people are treated respectfully and receive equal protection of the law, without prejudice on the basis of race, color, ethnicity, national origin, religion, sex, disability, sexual orientation, gender identity, gender expression, or political beliefs or affiliation, in accordance with the rights, privileges, and immunities guaranteed or protected by the Constitutions and laws of the United States and the Commonwealth of Puerto Rico.

**I.   Policy and Procedure Development Objectives:**

1.   With the purpose of ensuring that police services are provided in an equitable, respectful, and unbiased manner; continuing with the professionalization of MPRPDs; restoring community's trust; and effectively preventing crime, policies, and procedures[1] will be developed and reviewed based on generally accepted police practices and in collaboration with the other compliance areas.  Police services will be provided without prejudice on the basis of race, color, ethnicity, national origin, religion, sex, age, disability, sexual orientation, gender identity, gender expression, or political beliefs or affiliation, in accordance with the rights, privileges, and immunities guaranteed and protected by the Constitutions and laws of the United States and the Commonwealth. These policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a substantial deficiency affecting its implementation is reported.

64

---

[1] See Appendix **A** – Policy and Procedure Development Process.

Action Plan Section VI: Equal Protection and Non-Discrimination

**Activities:**

1.1   Collaborate in the review of Regulation 4216, "Puerto Rico Police Department Personnel Regulation," so that it establishes mechanisms that guarantee equal protection of the law in the recruitment process. **This policy will form part of the Recruitment, Selection, and Hiring Compliance Area Action Plan**.

1.2   Collaborate in the review of General Order 2008-3 entitled "Rules and Procedures for the Evaluation of Members of the Police Department and Classified Personnel." The evaluation process will establish criteria to evaluate MPRPDs in relation to whether they provide unbiased services. **This policy will form part of the Supervision and Management Compliance Area Action Plan.**

1.3   Collaborate in the review of the "Regulation for the Administration of Promotional Exams in the Puerto Rico Police Department" so that these requirements are based on the knowledge, skills, and ability needed to perform administrative and supervisory tasks successfully in the principal substantive areas corresponding to the rank to which [a candidate] aspires to be promoted. **This policy will form part of the Professionalization Compliance Area Action Plan.**

1.4   Review Regulation 6508 entitled "Regulation to Establish the Public Policy and Procedure to File Sexual Harassment Complaints in the Puerto Rico Police Department." This regulation will be amended and known as "Puerto Rico Police Department Internal Regulation to Prevent Harassment, Discrimination, and Retaliation." (Table 1)

1.5   Develop the PRPD Regulation to Establish Police Practices free from Discrimination, Harassment, Improper Sexual Conduct, and Retaliation. It will cover PRPD processes for interacting with citizens. (Table 1)

Action Plan Section VI: Equal Protection and Non-Discrimination

| Requirement(s) | 80-81, 84, 87-88, 113, 159, 163, 167-168, 171-173, 177-181, and 205 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | OLA, SARP, SASG (Bureau of Human Resources), SAOC, and community representatives |
| Resources | Legal Services – Attorneys; internal human resources |
| Due Date | Submitted on March 31, 2015. |
| Obstacles | By law[2], the Regulations must be submitted to public scrutiny through publication and/or public hearings; therefore, they will not be final until the corresponding process has been completed. |
| Solutions | Once USDOJ and TCA approve the Regulations, time needed to comply with UAPA provisions must be granted. |

Table 1

1.6   Develop General Order for the Investigation of Domestic Violence Incidents, which will repeal General Order 2006-4 entitled "Policy and Procedure for the Criminal Investigation of Domestic Violence Incidents," to establish clear and detailed guidelines from a victim-centered approach. (Table 2)

1.7   Review General Order 2006-5 entitled "Reorganization of the Puerto Rico Police Department Domestic Violence Division." (Table 2)

1.8   Develop an Administrative Order for the Investigation of Domestic Violence Incidents Involving PRPD Employees, which will describe the processes to be followed when a PRPD employee is involved in a domestic violence incident. (Table 2)

| Requirement(s) | 93, 98-100, 111 (d, e), and 113 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | PRDOJ, WAO, SAOC, SAIC (Domestic Violence Investigation Division), SARP (Bureau of Domestic Violence and Sexual Harassment), Government Committees, and for Profit and Nonprofit Organizations |
| Resources | Legal Services – Attorneys; internal human resources |
| Due Date | June 2015 |
| Obstacles | Both policies must be shared with Government Committees and for profit and nonprofit organizations, as well as with WAO. The latter educates and oversees Agencies in domestic violence protocols, so number of representatives of organizations involved could delay process. |
| Solutions | If necessary, ask TCA and USDOJ for additional time to complete policy. |

Table 2

66

---

[2] See Public Law No. 170-1988, as amended, better known as the "Uniform Administrative Procedures Act."

Action Plan Section VI: Equal Protection and Non-Discrimination

1.9   Review General Order 2007-1 entitled "Duties and Responsibilities of Sexual Crimes and Child Abuse Divisions" to create a General Order for the Investigation of Sexual Assault Incidents establishing clear and detailed guidelines for investigation processes from a victim-centered approach. **The processes to operate the sexual crimes hotline island-wide, 24 hours a day, 7 days a week will also be established.** (Table 3)

1.10  Develop an Administrative Order to Investigate Sexual Assault Incidents for cases in which an incident of sexual assault involving PRPD employees occurs. (Table 3)

| Requirement(s) | 93-97, 99, 205, 111 (d, e), and 113 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | Department of Health, CIMVAS, PRDOJ, WAO, SAIC (Sexual Crimes and Abuse Investigation Division), SAOC, Office of the Press, SASG (Communications Division), and community representatives |
| Resources | Legal Services – Attorneys; internal human resources |
| Due Date | September 2015 |
| Obstacles | Amendments to General Order 2007-1 depend on final approval of regulations and protocols of CIMVAS Centers. |
| Solutions | Collaboration with CIMVAS Centers to adopt their practices. |

Table 3

1.11  Develop General Order for Interaction with Transgender and Transsexual People to provide guidelines to address matters related to this group, including transportation, booking, custody, and medical treatment. (Table 4)

| Requirement(s) | 89, 38, 113, and 205 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAIC (Sexual Crimes and Abuse Investigation Division, Domestic Violence Division, and PREA Coordinator), SAOC, and Transgender and Transsexual community representatives |
| Resources | Legal Services – Attorneys; internal human resources |
| Due Date | October 2015 |
| Obstacles | Pursuant to requirements of PREA Section 115.111, the PRPD must initiate the process to develop and implement applicable provisions of the Act. The process will require a considerable amount of time for the PRPD to develop the necessary action plan, studies, and protocols required by PREA, thus the Order could be affected in relation to accommodations in custody. |
| Solutions | PRPD will adopt standards established by PREA and the corresponding protocols to use them as reference in development of the General Order in relation to custody in cells. |

Table 4

1.12  Develop General Order for Interventions with Foreigners. (Table 5)

67

Action Plan Section VI: Equal Protection and Non-Discrimination

| Requirement(s) | 87-88, 113, 159, 163, 167-168, 171-173, 177-181, and 205 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | OLA, SARP, SAOC, and community representatives |
| Resources | Legal Services – Attorneys; internal human resources |
| Due Date | December 2015 |
| Obstacles | Currently, the PRPD does not have a Collaborative Agreement with federal agencies ICE and USCBP for matters related to interventions with foreigners by MPRPDs assigned to preventive patrolling and complaint investigation. |
| Solutions | Establish CollaborativeAgreement with ICE and USCBP. |

Table 5

1.13  Review General Order 2000-3 entitled "Controls on the Use, Filing, and Final Disposition of Incident Reports (NIBRS) at the Puerto Rico Police Department." (Table 6)

1.14  Develop General Order for Hate Crime Data Collection and Management. (Table 6)

1.15  Develop Hate Crime Management and Investigation Manual. The PRPD will use the FBI Hate Crime Data Collection Manual as a reference. (Table 6)

1.16  Develop an Evaluation Protocol on Compliance with Best Practices for Operational Programs to review documents, forms, policies, and procedures related to arrests, traffic stops, searches, property seizures, and administrative complaints. (Table 6)

| Requirement(s) | 83, 85-86, 91, 113, and 205 |
|---|---|
| Entities Responsible | PRDOJ, SAOC, SAIC, SARP, SASG (Statistics Division and BT), OLA, and CRC |
| Collaborators | FBI, Department of Health, CIMVAS, PRDOJ, WAO, SAIC (Sexual Crimes and Abuse Investigation Division), SAOC, Office of the Press, SASG (Communications Division), community representatives, community leaders, and representatives of nonprofit rganizations |
| Resources | Legal Services – Attorneys; internal human resources |
| Due Date | August 2015 (Activity No. 13)<br>April 2016 (Activity No. 14)<br>April 2016 (Activity No. 15)<br>June 2016 (Activity No. 16) |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 6

68

Action Plan Section VI: Equal Protection and Non-Discrimination

1.17 Review Special Order 2006-2 entitled "Rules and Procedures for the Criminal Investigation of Institutional Abuse and/or Negligence Complaints Related to Minors in Juvenile Correctional Institutions." (Table 7)

1.18 Review "Interagency Agreement for the Investigation of Allegations of Abuse in Juvenile Institutions." (Table 7)

| Requirement(s) | 92, 111 (d, e), and 113 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | PRDOJ, DF, DCR, and SAIC (Sexual Crimes and Abuse Investigation Division) |
| Resources | Legal Services – Attorneys; internal human resources |
| Due Date | August 2016 |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 7

## II. Training Development Objectives:

1. To provide police services in an equitable, respectful, and unbiased manner; foster greater professionalization; promote more trust the community; and prevent more crime, training courses[3] will be developed for PRPD personnel based on general-accepted practices. Police services will be provided free of bias on the basis of race, color, ethnicity, national origin, religion, sex, age, disability, sexual orientation, gender identity, gender expression, or political beliefs or affiliation in accordance with the rights, privileges, and immunities guaranteed or protected by the Constitutions and laws of the United States and the Commonwealth.

**Activities:**

1.1 The Auxiliary Superintendency for Education and Training will create courses to train all **MPRPDs** through certified instructors.

The training courses are as follows:

1.1.1 Training on the Puerto Rico Police Department Internal Regulation to Prevent Harassment, Discrimination, and Retaliation (Table 8), and

1.1.2 PRPD Regulation to Establish Police Practices Free of Discrimination, Harassment, Improper Sexual Conduct, and Retaliation (Table 8).

---

[3] See Appendix **B** – Training Development Process.          69

Action Plan Section VI: Equal Protection and Non-Discrimination

| Requirement(s) | 80-81, 87-88, 144, 159, 163, 167-168, 171-173, 177-181, and 205 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | OLA, SARP (Bureau of Domestic Violence and Sexual Harassment), SASG (BHR), Auxiliary superintendencies (training coordinators), CRC, WAO, and community representatives |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B** – Training Design Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among Agencies. |

Table 8

### 1.1.3   Training on Investigation of Domestic Violence Incidents. (Table 9)

| Requirement(s) | 93 and 98-100 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Auxiliary superintendencies (Domestic Violence Investigation Division, training coordinators, instructors), WAO, and PRDOH |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Psychosocial and legal aspects of domestic violence need to be evaluated by WAO and the implementation timeframe could increase. |
| Solutions | Collaborative agreement with WAO so evaluation can be expedited. |

Table 9

### 1.1.4   Training on Investigation of Sexual Assault Incidents. (Table 10)

| Requirement(s) | 93-99 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Auxiliary superintendencies (Sexual Crimes and Abuse Investigation Division, training coordinators), IFS, PRDOH, CIMVAS, and PRDOJ |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Interagency collaboration with IFS, PRDOH, CIMVAS, and PRDOJ is required due to specialized nature [of training]. |
| Solutions | Collaborative agreement between parties. |

Table 10

### 1.1.5   Training on Identification of and Intervention with People from the Transgender and Transsexual Community. (Table 11)

Action Plan Section VI: Equal Protection and Non-Discrimination

| Requirement(s) | 89 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | CRC and auxiliary superintendencies (training coordinators of police areas), community representatives, and community leaders |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 11

### 1.1.6   Training on Intervention with Foreigners (Table 12)

| Requirement(s) | 87, 88, 159, 163, 167, 168, 171-173, 177-181, and 205 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | CRC and auxiliary superintendencies, training coordinators of police areas, Federal Agencies, community representatives |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 12

### 1.1.7   Training on Use of Automated System to Prepare Electronic Incident Reports (NIBRS), **as established in the Information Systems and Technology Compliance Area Action Plan**. (Table 13)

| Requirement(s) | 83, 85, and 86 |
|---|---|
| Entities Responsible | SAEA and SASG (BT) |
| Collaborators | SAOC (police areas training coordinators) and SASG (police areas technology coordinators) |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 13

Action Plan Section VI: Equal Protection and Non-Discrimination

1.1.8   Training on Techniques to Collect Demographic Information. (Table 14)

| Requirement(s) | 83 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Auxiliary superintendencies (BT and training coordinators), CRC, and community representatives |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 14

1.1.9   Training on Hate Crime Data Collection, Management, and Investigation. (Table 15)

| Requirement(s) | 83, 85, 86-87, 88, and 205 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | PRDOJ, auxiliary superintendencies (training coordinators), SAIC (Sexual Crime and Abuse, Homicide, and Assault Investigation Division), OP, community representatives, CRC, and community leaders |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 15

1.1.10  Training on Investigation of Incidents at Juvenile Institutions Related to Complaints of Institutional Abuse and/or Negligence against Minors. (Table 16)

| Requirement(s) | 92 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | PRDOJ, DCR, DF, SAOC, SAIC (Sexual Crime and Abuse Investigation Division), SARP, and training coordinators |
| Resources | Internal human resources and External Resources to Design Training Syllabus |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 16

Action Plan Section VI: Equal Protection and Non-Discrimination

**1.1.11** Multi-topic Training Program aimed at **MPRPDs** will be offered every two (2) years during the first (4) years of the Agreement, and once a year thereafter. The **core topics that will sequentially make up the training include the following:** (Table 17)

1.1.11.1 constitutional rights and other legal principles related to equal protection and non-discrimination included in federal and state laws, such as Title VII

1.1.11.2 protection of civil rights as cornerstone of the police mission

1.1.11.3 suspicious, arbitrary, and stereotypical classifications

1.1.11.4 bias free police conduct

1.1.11.5 community perspectives on discriminatory police conduct

1.1.11.6 key points and critical aspects of prohibition against discrimination that could have an effect on an incident level and at the operational planning level

1.1.11.7 interaction with diverse populations, including homeless, economically-disadvantaged people, and the LGBTTIQ community, among others

1.1.11.8 methods, strategies, and techniques to reduce misunderstandings, conflicts, and complaints resulting from perception of prejudice or discrimination.

| Requirement(s) | 90, 80-81, 87, and 88 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | CRC, community representatives, and auxiliary superintendencies (training coordinators) |
| Resources | External Consultation for Design of Training Syllabus and internal human resources |
| Due Date | 6 months after approval and signing of the "*Regulation to Prohibit Discrimination, Harassment, and Retaliation*" by superintendent (regulation was approved on April 13, 2016) |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 17

73

Action Plan Section VI: Equal Protection and Non-Discrimination

1.2   The Auxiliary Superintendency for Education and Training will create courses to train **PRPD personnel belonging to the Classified System (civilian employees)** through certified instructors. (Table 18)

The training courses are the following:

1.2.1   Training on Puerto Rico Police Department Internal Regulation to Prevent Harassment, Discrimination, and Retaliation

1.2.2   Training on PRPD Regulation to Establish Police Practices Free of Discrimination, Harassment, Improper Sexual Conduct, and Retaliation.

| Requirement(s) | 80-81, 87-88, 159, 163, 167-168, 171-173, 177-181, and 205 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | OLA, SARP (Bureau of Domestic Violence and Sexual Harassment), SASG (BHR), Auxiliary superintendencies (training coordinators), CRC, WAO, and community representatives |
| Resources | External Consultation for Design of Training Syllabus and internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 18

1.2.3   Multi-topic training aimed at **PRPD personnel belonging to Classified System (civilian employees)** will be offered every two (2) years during the first four (4) years of the Agreement and once a year thereafter. The **core topics that will sequentially make up the training include the following:** (Table 19)

1.2.3.1.   constitutional rights and other legal principles related to equal protection and non-discrimination included in federal and state laws, such as Title VII

1.2.3.2.   interaction with diverse populations, including the homeless, economically-disadvantaged people, and the LGBTTIQ community, among others

Action Plan Section VI: Equal Protection and Non-Discrimination

1.2.3.3. methods, strategies, and techniques to reduce misunderstandings, conflicts, and complaints resulting from perception of prejudice or discrimination.

| Requirement(s) | 90, 80-81, 87, and 88 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | CRC, community representatives, and auxiliary superintendencies (training coordinators) |
| Resources | External Consultation for Design of Training Syllabus and internal human resources |
| Due Date | 6 months after approval and signing of the "*Regulation to Prohibit Discrimination, Harassment, and Retaliation*" by superintendent (regulation was approved on April 13, 2016) |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 19

## III. Implementation Objectives:

1. To provide police services in an equitable, respectful, and unbiased manner; foster greater professionalization; promote more trust in the community; and prevent more crime, PRPD will implement training[4], new policies and procedures, equipment, technologies, operational and administrative strategies, among others.

**Activities:**

1.1 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **PRPD personnel** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

---

[4] See Appendix **C** – Training Implementation Process.

Action Plan Section VI: Equal Protection and Non-Discrimination

1.2   The PRPD will start training **MPRPDs** who belong to the following work units: (Tables 20 and 21)

    1.2.1   Members of Joint Task Forces (SAIC)

    1.2.2   personnel assigned to Zones of Excellence (SAOC)

    1.2.3   Division of Tactical Operations (DTO) (SAOC)

    1.2.4   Division of Special Weapons and Tactics (SWAT) (SAOC)

    1.2.5   Auxiliary Superintendency for Professional Responsibility (SARP)

    1.2.6   Force Investigation Unit (FIU) (SARP)

    1.2.7   Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

    1.2.8   Special Arrests and Extraditions Division (SAIC)

    1.2.9   Bureau of Vehicle Theft Investigations (SAIC)

    1.2.10   Criminal Investigations Corps (SAIC)

    1.2.11   Canine Division, K-9 (SAIC)

    1.2.12   Bureau of Highway Patrols (SAOC)

    1.2.13   Motorized Unit (SAOC)

1.3   The PRPD will continue training **PRPD personnel** who belong to Districts, Precincts, and auxiliary superintendencies according to the training design and taking the following into consideration: (Tables 20 and 21)

    1.3.1   number of use-of-force incidents per location

    1.3.2   number of domestic violence incidents per location;

    1.3.3   number of interventions with intoxicated people

    1.3.4   number of arrests made

    1.3.5   number of traffic stops

    1.3.6   administrative complaints for the following: violations of civil rights, discrimination, assault or use of unjustified violence, domestic violence, sexual harassment, physical or psychological coercion, assault against MPRPDs, distance from support units

    1.3.7   number of mass protests.

Action Plan Section VI: Equal Protection and Non-Discrimination

The training to be implemented will cover the following topics:

a. training on Regulation to Prohibit Discrimination, Harassment, and Retaliation (Table 21)

b. training on investigation of domestic violence incidents (Table 21)

c. training on investigation of sexual assault incidents (Table 21)

d. training on gender identification and expression in the transgender and transsexual community (Table 20)

e. training on intervention with foreigners (Table 21)

f. use of automated system to prepare electronic incident reports (NIBRS), **as established in the Information Systems and Technology Compliance Area Action Plan** (Table 21)

g. more effective techniques to collect demographic information accurately (Table 21)

h. training on hate crime data collection, management, and investigation (Table 21)

i. training on investigation of incidents at juvenile institutions regarding complaints of institutional abuse and/or negligence against minors (Table 20)

j. multitopic training aimed at MPRPDs (Table 21)

k. Multitopic training aimed at civilian employees of the PRPD (Table 21)

| Requirement(s) | 89 and 92 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | External instructors |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | Possibility that personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, among others. |
| Solutions | Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings and, if possible, be summoned on later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. Changes must not affect other priority training groups. |

Table 20

Action Plan Section VI: Equal Protection and Non-Discrimination

| Requirement(s) | 80-82, 84-88, 90-91, 93-100 |
|---|---|
| Entities Responsible | Police areas and auxiliary superintendencies |
| Collaborators | Training coordinators of police areas and auxiliary superintendencies |
| Resources | Professional Services and External instructors (15) |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | Possibility that personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, among others. |
| Solutions | Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings and, if possible, be summoned on later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. Changes must not affect other priority training groups. |

Table 21

1.4    Sexual Crimes Hotline to answer calls island-wide 24 hours a day, 7 days a week. The
Hotline will be implemented in accordance with the provisions and guidelines adopted
in the Sexual Crimes General Order[5]. (Table 22)

| Requirement(s) | 96 |
|---|---|
| Entities Responsible | SAIC (Sexual Crimes and Abuse Division) and SASG (Communications Division) |
| Collaborators | OP |
| Resources | Equipment Purchase; Facilities and Utility Payments |
| Due Date | After approval of policy |
| Obstacles | Amendments to General Order 2007-1 depend on final approval of regulations and protocols of CIMVAS Centers. |
| Solutions | Collaboration with CIMVAS Centers to temper with their practices. |

Table 22

1.5    The SASG, through the Medical Services Office and the Division of Psychology of the
PRPD, will implement the corresponding processes[6] to evaluate the competence of
MPRPDs who have been involved in sexual assault or domestic violence incidents and
determine if their physical and/or mental state warrants disarming or rearming them,
according to the corresponding policies of the PRPD. (Table 23)

78

---

[5] The Sexual Crimes General Order will establish the necessary procedures to implement this 24-hour hotline seven (7) days a week and guarantee its appropriate supervision.
[6] These processes will be defined by the Domestic Violence General Order and the Sexual Crimes General Order.

Action Plan Section VI: Equal Protection and Non-Discrimination

| Requirement(s) | 93-99, 205, and 111 (d) |
|---|---|
| Entities Responsible | SASG |
| Collaborators | OLA, SARP (Bureau of Domestic Violence and Sexual Harassment), SAIC (Domestic Violence Division and Sexual Crimes Division), and SASG (Medical Services Office and DP) |
| Resources | External Resources and Psychologists (2) |
| Due Date | After approval of corresponding policy |
| Obstacles | 1. Amendments to General Order 2007-1 depend on final approval of regulations and protocols of CIMVAS Centers.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. Work in collaboration with CIMVAS Centers to be in accordance with their practices.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 23

1.6   The SASG will establish guidelines and periodically evaluate the effectiveness of the programs, operational plans, initiatives, and activities, as well as the efficiency of its processes. The duties of the corresponding work unit at the SASG will include studying, analyzing, and evaluating work processes in PRPD units, proposing and developing measurement indicators for the service areas of the PRPD, and measuring and documenting the same. The corresponding work unit at the SASG must make recommendations to the superintendent about actions that must be taken to correct the identified deficiencies, taking into consideration generally accepted police practices[7]. (Table 24)

| Requirement(s) | 41, 64, 87, and 91 |
|---|---|
| Entities Responsible | SASG |
| Collaborators | OR, SAOC (area commanders and unit directors), SAIC (unit directors), OMB, OCALARH, and SASG |
| Resources | Office Director (1) and Program Analysts (4) |
| Due Date | After approval of corresponding policy |
| Obstacles | 1. Requires OMB approval of work unit structure and its corresponding budget; requires amendment of PRPD Classification and Compensation Plans by OCALARH; requires personnel recruitment, selection, and hiring process. The foregoing could cause delays in established date.<br>2. Currently, Public Law No. 66 of 2012, prohibits personnel appointments. |
| Solutions | 1. Identify interagency team to work on request for creation of unit, classes, and positions as a priority and assign Project Manager to perform work.<br>2. Grant waiver considering that creation of work unit is necessary to comply with provision of Agreement. |

Table 24

79

---

[7] In its implementation, this activity will contemplate that the documented information will be shared between auxiliary superintendents and Area Commanders.

Action Plan Section VI: Equal Protection and Non-Discrimination

**IV. Data Collection Objectives:**

1. In order to collect data on police services in an equitable, respectful, and unbiased manner; promote the professionalization of the MPRPDs, thus restoring and maintaining the community's trust, information on the activities, processes, interventions, and services provided by the PRPD will be collected, documented, reported, and published in an objective and reliable manner based on generally accepted police practices and without prejudice on the basis of race, color, ethnicity, national origin, religion, sex, age, disability, sexual orientation, gender identity or expression, or political beliefs or affiliation, in accordance with the rights, privileges, and immunities guaranteed or protected by the Constitutions and laws of the United States and the Commonwealth.

**Activities:**

1.1 Develop crime rate data collection system using the criminal incident and resource allocation reporting system as a starting point to prepare electronic incident reports. This system is already being used in the Utuado Zone of Excellence as part of a pilot plan to evaluate its operation and to improve its processes. It will eventually be implemented in the remaining Zones of Excellence and other units **as established in the Information Systems and Technology Compliance Area Action Plan**. (Table 25)

| Requirement(s) | 60, 64, 83, and 85-86 |
|---|---|
| Entities Responsible | SASG (BT) |
| Collaborators | OR, Criminal Statistics Division, SAIC, SAOC, and SARP |
| Resources | Technological Services (External Programmer (1), technology coordinators) |
| Due Date | 12 months (once NIBRS and any other policies affecting System are ready) (policy was approved on January 1, 2016) |
| Obstacles | 1. Hiring Information System programmers under professional service contracts.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. Hire Technology Project Manager.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 25

**V. Self-Assessment Objectives:**

1. To ensure that police services have been provided in an equitable, respectful, and unbiased manner; guarantee that PRPD personnel are being trained in accordance with the policies and training materials approved by the TCA; and determine whether

Action Plan Section VI: Equal Protection and Non-Discrimination

the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and identify aspects that need to be corrected and improved.

**Activities:**

1.1   The PRPD, through the Office of Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, training courses it provides, starting with Zones of Excellence and gradually continuing through all thirteen (13) police areas and auxiliary superintendencies, such as: (Table 26)

a.   Using the training plan and training announcement issued by the SAEA for each of the courses to identify their start date, the time police areas and the corresponding auxiliary superintendencies have to complete training and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and auxiliary superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be offered. The Office of Reform will verify that MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course.

b.   Conducting random visits to each of the thirteen (13) police areas and auxiliary superintendencies using the training plan approved by the SAEA for each of the twelve (12) training courses developed for this Compliance Area in order to guarantee that the PRPD personnel are being trained in accordance with the training material approved by the TCA.

Action Plan Section VI: Equal Protection and Non-Discrimination

  c. On a quarterly basis, taking random samples of the documentation related to arrests, traffic stops, voluntary interviews, searches, property seizures, among others, to verify that the required demographic data are being obtained, and analyzing the same to determine if any possible pattern of discrimination is observed.

  d. On a biannual basis, collecting a random sample of information related to the classification of crimes to corroborate that the classification of the crimes is correct, according to the parameters of the National Incident-Based Reporting System (NIBRS).

| Requirement(s) | 232 and 233 |
|---|---|
| Entities Responsible | OR |
| Collaborators | Auxiliary superintendencies, Criminal Statistics Division, and other PRPD units |
| Resources | Internal human resources |
| Due Date | Not applicable |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 26

## VI. Budget:

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$8,349,396**. The corresponding appendices detailing the projected expense itemized[8] during the first four (4) fiscal years of this Action Plan are enclosed.

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

82

---

[8] See Appendix **H** – Projected Budget by Expense Item.

Action Plan Section VI: Equal Protection and Non-Discrimination

**VII. Revision of Action Plan:**

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

Puerto Rico Police Department
Office of Reform
Requirements - 80 - 100 - Section VI - Equal Protection and Non-Discrimination
Consolidated Projected Budget for Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Items | | | | | | | | | | |
| Payroll and Related Costs | 001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Facilities and Utility Payments | 002 | 1,316 | - | 1,316 | - | - | - | 1,316 | - | 1,316 |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 8,098,694 | - | 8,098,694 | - | - | - | 8,098,694 | - | 8,098,694 |
| Other Expenses | 007 | 243,186 | - | 243,186 | - | - | - | 243,186 | - | 243,186 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | 6,200 | - | 6,200 | - | - | - | 6,200 | - | 6,200 |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| TOTAL | | $ 8,349,396 | $ - | $ 8,349,396 | $ - | $ - | $ - | $ 8,349,396 | $ - | $ 8,349,396 |

84

**Action Plan**

**Section VII. Recruitment, Selection, and Hiring**

**Requirements: 101 to 108**

**Compliance Area Summary:**

Pursuant to the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the Recruitment, Selection, and Hiring Compliance Area has the goal of developing and establishing an effective Recruitment Program to select and hire candidates who are qualified to perform the role of an MPRPD to maintain or increase the personnel's efficiency and performance, as well as the efficiency of the PRPD, and, in turn, help earn the community's trust. It also has the goal of establishing alliances with historically underrepresented groups in the PRPD to successfully attract candidates from different cultures and to have a better understanding and address the needs of the community and the factors that contribute to crime.

**I.   Policy and Procedure Development Objectives:**

1.   The PRPD will develop and review its recruitment policies and procedures[23] based on generally accepted police practices with the purpose of establishing clear guidelines and objectives to recruit MPRPD candidates, strengthen the community's trust, and help provide police services in an equitable, respectful, and unbiased manner. In addition, Public Law No. 53-1996 of the PRPD, as amended, and Regulation No. 4216, "Puerto Rico Police Department Personnel Regulation," will be reviewed to implement recruitment and hiring processes that will include the hiring of the Recruitment Officer responsible for developing the General Order for the Recruitment Program to successfully attract and promote qualified candidates who represent different sectors of the community and establish the goals, objectives, clear guidelines, and duties of the sworn and civilian personnel responsible for implementing the same in order to meet the expectations of the program. Initially, these policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a deficiency is reported.

**Activities:**

1.1   Collaborate in the development of the **General Order establishing the profile of PRPD officers** as a guideline for the selection of the best suited and most qualified candidates. This profile consists of a description of the abilities, attitudes, and aptitudes that a candidate will need to execute efficiently the rank of Officer and is made up of a set of standards that are described as follows:

85

---
[23] See Appendix A – Policy and Procedure Development Process.

Action Plan, Section VII. Recruitment, Selection, and Hiring

- basic knowledge that candidates must have to be an MPRPD
- abilities that candidates must possess
- attitudes that candidates must adopt
- aptitudes that candidates will apply to demonstrate their competence
- outcomes that officers will obtain in the performance of their duties
- contexts in which said performance takes place

This set of standards is based on the ideal performance of a PRPD officer. **This General Order is included in the Professionalization Compliance Area Action Plan**.

1.2     Collaborate in the review of Public Law No. 53-1996, as amended, Puerto Rico Police Department Act, to adapt it to the requirements of the Agreement for the Sustainable Reform of the Puerto Rico Police Department and to require an associate degree or its equivalent as part of the requirements for MPRPD candidates. This activity was completed through Public Law No. 112 of July 30, 2014, which amended the PRPD Act. This policy will form part of the **Policy and Procedure Compliance Area Action Plan**.

1.3     Collaborate in the development of a **draft bill to amend Public Law No. 53 of June 10, 1996, as amended, better known as the "Puerto Rico Police Department Act"** to establish the probationary period evaluation requirements and the fact that hiring someone for the rank of Cadet is provisional until the candidate completes the training, which will include 800 hours of field training. Once the above-mentioned requirements are met, the individual will be promoted to the rank of Officer. This activity is included in the **Policy and Procedure Compliance Area Action Plan**.

1.4     Collaborate in the review of Regulation Number 4216, "Puerto Rico Police Department Personnel Regulation," to establish eligibility criteria in the MPRPD candidate investigation process that will include a psychological evaluation, credit history, criminal record, employment history, use and abuse of controlled substances (including anabolic steroids), ability to work with diverse communities, and impartiality. To such effect, any candidate who meets the selection requirements and has passed each phase of the recruitment process satisfactorily will be included in a roster of eligible candidates for the rank of Cadet. The roster of eligible candidates will be in effect for six (6) months. This policy will form part of the **Policies and Procedures Compliance Area Action Plan**.

Action Plan, Section VII. Recruitment, Selection, and Hiring

1.5    Collaborate in the review of **Regulation No. 6403, "Puerto Rico Police Department Officials and Employees Controlled Substance Detection Program Regulation,"** to include the process to have PRPD candidates undergo controlled substance detection tests. **This activity is part of the Administrative Complaints Action Plan**.

1.6    Develop a **General Order for the MPRPD Recruitment Program** establishing clear guidelines and objectives to recruit MPRPD candidates. This General Order will establish the responsibilities of the PRPD Division of Recruitment director, whose duties are equivalent to those of the recruitment officer as established in the Agreement. The director will be responsible for implementing the **MPRPD Recruitment Program**. (Table 1)

| Requirement(s) | 101, 102, 103, and 106 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | Bureau of Human Resources (BHR), Division of Recruitment (DR), SAEA, and Office of Legal Affairs (OLA) |
| Resources | Professional Services (Attorneys); Internal Resources (Collaborators) |
| Due Date | September 2016 |
| Obstacles | 1. Recruiting MPRPDs has not been budgeted for the next fiscal year. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified.<br>2. Process to hire external resources requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. Establishing [administrative] procedures by means of a general order so guidelines will already be established when the recruitment process begins at the PRPD. |

Table 1

1.7  The **recruitment policies for undercover officers** will be reviewed to guarantee compliance with the requirements established in the Agreement. This procedure will be established by the superintendent based on the nature of the duties of undercover officers, the security measures that will be taken, and the dangerousness of the investigations conducted by said personnel. The review and implementation of this policy will, therefore, be strictly confidential. (Table 2)

| Requirement(s) | 102, 104, 106, and 107 |
|---|---|
| Entities Responsible | Office of the Superintendent |
| Collaborators | OR, SAIC, and OLA |
| Resources | Internal Attorneys: Internal Resources (collaborators) |
| Due Date | May 2017 |
| Obstacles | No obstacles are anticipated. |

Table 2

87

Action Plan, Section VII. Recruitment, Selection, and Hiring

**II. Training Development Objectives:**

1. With the purpose of recruiting MPRPD candidates, establishing the duties of the sworn and civilian personnel responsible for implementing the recruitment plan, and ensuring compliance with constitutional guarantees and generally accepted police practices, **the SAEA will provide training**[24] **on the General Order for MPRPD Recruitment** to the personnel in the Division of Recruitment assigned to SASG, the personnel of the Bureau of Community Relations assigned to SAOC, and the personnel of the Office of Safety and Protection assigned to SAIC. The members of these work units will serve as support personnel for the Division of Recruitment. They will know about the equal protection and non-discrimination laws that apply to the recruitment process and the generally accepted police practices for the recruitment process.

**Activities:**

1.1 The SAEA will **develop a multi-topic training course** aimed at the personnel who will work on the various phases of the recruitment process, which will address the following topics:

    1.2.1 General Order for MPRPD Recruitment (includes candidate eligibility requirements and rules and procedures to follow in each phase of the process)

    1.3.1 phases of recruitment process

    1.4.1 guidance on effective recruitment interview techniques

    1.5.1 applicable equal protection and non-discrimination laws, as well as generally accepted police practices

    1.6.1 candidate profile

    1.7.1 informational guide on recruitment process, and

    1.8.1 techniques to interview members of community organizations. (Table 3)

| Requirement(s) | 101, 102, 104, and 105 to 108 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC (area commanders), SASG (BHR and DR), SAIC, and SARP |
| Resources | Professional Services (external consultation to design and present workshop) and Internal Resources (collaborators) |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B – Training Design Process.** |
| Obstacles | 1. A budget must be allocated to recruit MPRPDs. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified. 2. Process to hire external resources requires approval of government agencies and could take 60 to 90 days. 3. The collaboration of internal experts assigned to the Auxiliary Superintendency for Criminal Investigations is required; therefore, the operational work of said personnel could be affected. |

[24] See Exhibit **B** – Training Design Process.

Action Plan, Section VII. Recruitment, Selection, and Hiring

| | |
|---|---|
| **Solutions** | 1. Establish the training design so that it will be in accordance with the Agreement and will already be approved when the recruitment process begins at the PRPD.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies.<br>3. Experts identified to offer training program will be assigned to perform said task for an uninterrupted period of no less than one month but no more than two months. |

Table 3

1.2 The SAEA will **create a field investigations training course** together with personnel from the Office of Safety and Protection assigned to SAIC in order to train investigators on criminal record investigation techniques and PRPD candidate recruitment procedures to continue professionalizing the personnel and to strengthen the community's trust and help provide police services in an equitable, respectful, and unbiased manner in accordance with generally accepted police practices. (Table 4)

| | |
|---|---|
| **Requirement(s)** | 102, 103, 106, and 107 |
| **Entities Responsible** | SAEA |
| **Collaborators** | OSP |
| **Resources** | Internal Resources (collaborators) |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| **Obstacles** | 1. A budget must be allocated to recruit MPRPDs. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified.<br>2. The collaboration of internal experts assigned to the auxiliary superintendencies is required so the operational work of said personnel could be affected. |
| **Solutions** | 1. Establish training design so that it will be in accordance with the Agreement and will already be approved when the recruitment process begins at the PRPD.<br>2. Auxiliary superintendents will establish a work plan to mitigate the impact. |

Table 4

**III. Implementation Objectives:**

1. With the purpose of developing specific strategies to attract a representative group of candidates from different sectors of the community, the PRPD will implement a comprehensive program to recruit and hire qualified candidates. It will also train[25] the pertinent personnel on the implementation of the recruitment process.

**Activities:**

1.1 The director of the Division of Recruitment will serve as the PRPD's superintendent's recruitment officer, who will be responsible for implementing the **General Order for the PRPD Recruitment Program** together with a working group that includes officers with various work experiences and for establishing alliances with historically unrepresented groups in the PRPD. (Table 5)

89

---

[25] See Exhibit C – Training Implementation Process.

Action Plan, Section VII. Recruitment, Selection, and Hiring

| Requirement(s) | 102 and 103 |
|---|---|
| Entities Responsible | Recruitment Officer |
| Collaborators | SASG (BHR), Medical Office, DP, SAOC (Bureau of Community Relations), SAIC, SARP, SAEA, and Office of Safety and Protection |
| Resources | Internal Resources (directors of offices that make up recruitment process) |
| Due Date | August 2017 |
| Obstacles | A budget must be allocated to recruit MPRPDs. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified. |
| Solutions | Establish training processes at the PRPD in accordance with the requirements of the Agreement. |

Table 5

1.2 With the purpose of defining and standardizing the various phases that make up the PRPD recruitment process and to guarantee the uniformity of the same for all candidates for the position of cadet, the recruitment officer and his or her working group will develop a **flowchart** of the various phases of the recruitment process, from the announcement to the selection, which will allow for the specification and standardization of the process to equalize conditions for all candidates. The limitations and weaknesses of the process will be discovered by analyzing the process to make it more streamlined and efficient to successfully attract and promote the hiring of qualified candidates, pursuant to the applicable non-discrimination laws and protecting candidates' rights in accordance with generally accepted police practices. This flowchart will be included in the **General Order for the MPRPD Recruitment Program**. (Table 6)

| Requirement(s) | 103 |
|---|---|
| Entities Responsible | Division of Recruitment |
| Collaborators | SARP, SAIC, SAEA, OSP, SASG, Medical Office (MO), Division of Psychology Social Work (DPSW), and Division of Appointments and Changes (DAC) |
| Resources | Internal Resources (collaborators) |
| Due Date | September 2016 |
| Obstacles | A budget must be allocated to recruit MPRPDs. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified. |
| Solutions | Establish recruitment processes at the PRPD in accordance with the Agreement and obtain approval for it. |

Table 6

1.3 Develop an informational and procedures brochure or guide for candidates for the position of cadet at the PRPD that will provide guidance and help them identify various aspects of the recruitment process so that they can successfully complete it. (Table 7)

Action Plan, Section VII. Recruitment, Selection, and Hiring

| Requirement(s) | 105, 106, and 107 |
|---|---|
| Entities Responsible | Division of Recruitment |
| Collaborators | Bureau of Human Resources; Division of Graphic Arts |
| Resources | Internal Resources |
| Due Date | September 2016 |
| Obstacles | A budget must be allocated to recruit MPRPDs. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified. |
| Solutions | Establish recruitment processes at the PRPD in accordance with the Agreement and obtain approval for the same. |

Table 7

1.4 Develop and implement an advertising campaign attractive to the diverse sectors of the community to promote the recruitment of PRPD candidates that covers educational institutions (including high schools), job fairs, shopping centers, press, radio, military bases, social networks, public service programs offered by the television media, and the PRPD webpage. To such effect, the PRPD will carry out the following activities:

- Publish the minimum requirements established to qualify for the position of cadet on the PRPD webpage and the government portal. The announcement and requirements for candidates will also be published in local, regional, and national newspapers.

- Develop informational brochures about the recruitment process, including the minimum requirements and steps to follow to complete the process satisfactorily. The brochures will be distributed at the various job fairs that will be organized throughout the island.

- Design a recruitment poster with the requirements that must be met to become a candidate for the position of cadet and general information about the recruitment process, which will be distributed at various universities, technical colleges, and educational, shopping, and community centers. (Table 8)

| Requirement(s) | 103, 104, and 105 |
|---|---|
| Entities Responsible | Division of Recruitment |
| Collaborators | Press Office (PO), BHR, BT, BCR, and community representatives (Citizen Interaction Committees, Neighborhood Watch Councils, and Community and Faith-Based Organization Leaders) |
| Resources | Internal Resources, Public Service Spots, PRPD Collaborators (television, radio, and press), and Social Networks |
| Due Date | Once the superintendent has made the decision and vacant positions and a budget have been identified. |
| Obstacles | Recruitment was not budgeted in 2016. |
| Solutions | Establish recruitment processes for when there is a budget available and they have been established. |

Table 8

Action Plan, Section VII. Recruitment, Selection, and Hiring

1.5  The PRPD Office of Safety and Protection will establish an Analysis, Control, and Quality Committee to guarantee the integrity and reliability of job candidate investigations. (Table 9)

| | |
|---|---|
| Requirement(s) | 107 |
| Entities Responsible | OSP |
| Collaborators | Area Offices of Security and Protection Directors |
| Resources | Internal Resources (collaborators) |
| Due Date | When recruitment process begins |
| Obstacles | 1. Number of human resources the OSP has to carry out the tasks.<br>2. Once the superintendent has made the decision and vacant positions and a budget have been identified. |
| Solutions | 1. Evaluate number of personnel and establish support personnel for the duration of the tasks.<br>2. Establish recruitment processes for when there is a budget available and they have been established. |

Table 9

1.6  The PRPD and the SAEA will establish performance evaluation requirements that comply with the objectives required by the PRPD. The evaluation of cadets will establish parameters to evaluate their performance, aptitude, and abilities during their training period at the PRPD Academy, which will include 800 hours of field training. Once they have passed the training, they will be promoted to the rank of officer. (Table 10)

| | |
|---|---|
| Requirement(s) | 108 |
| Entities Responsible | SAEA |
| Collaborators | SASG (BT and BHR) and OLA |
| Resources | Internal Resources |
| Due Date | After recruitment and after training requirements are met. |
| Obstacles | 1. A budget must be allocated to recruit MPRPDs. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified.<br>2. Process to hire external resources requires approval of government agencies and could take 60 to 90 days.<br>3. Amendments to Public Law No. 53 of the PRPD will be submitted to the Legislature, but it is impossible to know whether or not they will pass, so no stipulation can be made as to how long the process will take.<br>4. Public Law No. 66 on Fiscal Sustainability limits service contracts. |
| Solutions | 1. Establish recruitment processes at the PRPD so that they will be in accordance with the Agreement and will already be approved.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies.<br>3. Reach an agreement with the Legislature so that the amendments to Public Law No. 53 of the PRPD will be introduced and passed within the time frame established in the Agreement for Sustainable Reform.<br>4. Approve funds required to hire external consultants. |

Table 10

Action Plan, Section VII. Recruitment, Selection, and Hiring

2. With the purpose of training the personnel responsible for implementing the Recruitment and Hiring Program, the SAEA will provide training on the **General Order for the MPRPD Recruitment Program** to clearly establish and identify goals, guidelines, and objectives to recruit MPRPD candidates and establish the duties of the personnel responsible for this work.

**Activities:**

2.1 Within the twelve (12) months following the final approval of the training material of the Recruitment Manual and the Multi-topic Workshop on the recruitment process and the incorporation of recommended changes, the SAEA will simultaneously train fifty percent (50%) of PRPD employees through its certified instructors. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The following topics will be addressed:

2.1.1 General Order for MPRPD recruitment (includes candidate eligibility requirements and rules and procedures to follow in each phase of the process)

2.1.2 phases of recruitment process

2.1.3 guidance on effective recruitment interview techniques

2.1.4 applicable equal protection and non-discrimination laws, as well as generally accepted police practices

2.1.5 candidate profile

2.1.6 informational guide on recruitment process, and

2.1.7 techniques to interview members of community organizations (Table 11)

| | |
|---|---|
| **Requirement(s)** | 101 to 108 |
| **Entities Responsible** | Recruitment Officer |
| **Collaborators** | SA, training coordinators, and certified instructors |
| **Resources** | External Resources and Internal Resources (instructors) |
| **Due Date** | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| **Obstacles** | 1. The collaboration of internal experts assigned to the auxiliary superintendencies is required to design the training; therefore, the operational work of said personnel could be affected.<br>2. Operational factors in 2016 regarding primaries and general elections will require additional police operation time from all MPRPDs, which could affect the training period and investigations. |

Action Plan, Section VII. Recruitment, Selection, and Hiring

| | |
|---|---|
| **Solutions** | 1. Experts identified to collaborate in designing the training will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. Auxiliary superintendents will establish a work plan to mitigate the impact of the training and discharge the responsibilities assumed by SAEA.<br>2. If obstacles persist, grant time to fulfill the PRPD operational work required for the country's security. |

Table 11

## IV. Self-Assessment Objectives:

1. To ensure that police services have been provided in an equitable, respectful, and unbiased manner; guarantee that PRPD personnel are being trained in accordance with the policies and approved training materials; and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and to identify aspects that need to be corrected and improved.

**Activities:**

1.1    The PRPD, through the Office of Reform, will conduct periodic, specific, and random monitoring of its different activities, services, investigations, and training courses.

1.2    On an annual basis, [the PRPD] will compile a random sample of the work MPRPDs are performing to verify the positions available.

1.3    The Implementation and Compliance Section of the Office of Reform, together with the Analysis, Control, and Quality Committee of the Office of Safety and Protection, will develop a Candidate Investigation Monitoring Program to ensure compliance with the Job Candidate Investigation Guide and guarantee high-quality, efficient investigations.

1.4    The Implementation and Compliance Section of the Office of Reform, together with the Analysis, Control, and Quality Committee of the Office of Safety and Protection, will design the evaluation instrument to conduct efficient, high-quality monitoring of the components of the recruitment process. (Table 12)

| | |
|---|---|
| **Requirement(s)** | 232 and 233 |
| **Entities Responsible** | OR |
| **Collaborators** | SASG (BHR and DR) |
| **Resources** | Internal Resources |
| **Due Date** | May 2017 |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable |

Table 12

94

Action Plan, Section VII. Recruitment, Selection, and Hiring

**V.  Budget:**

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$89,375**. The corresponding appendices, detailing the projected expense per item[26] during the fiscal years included in this Action Plan, are enclosed.

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

**VI.  Revision of the Action Plan:**

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

---

[26] See Appendix I — Projected Budget by Expense Item.

Puerto Rico Police Department
Office of Reform
Requirements 101 - 108 - Section VII - Recruitment, Selection, and Hiring
Consolidated Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Items | | | | | | | | | | |
| Payroll and Related Costs | 001 | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 86,772 | - | 86,772 | - | - | - | 86,772 | - | 86,772 |
| Other Expenses | 007 | 2,603 | - | 2,603 | - | - | - | 2,603 | - | 2,603 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | - | - | - | - | - | - | - | - | - |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| TOTAL | | $   89,375 | $        - | $   89,375 | $        - | $        - | $        - | $   89,375 | $        - | $   89,375 |

96

**Action Plan**

**Section VIII. Policies and Procedures**

**Requirements: 109 to 116**

**Compliance Area Summary:**

The Policies and Procedures Compliance Area established in the Agreement for the Sustainable Reform of the Puerto Rico Police Department (PRPD) has the purpose of establishing the public policy of the PRPD and reviewing existing policies and procedures to make sure they reflect PRPD priorities and the requirements of the Agreement. The policies and procedures will also be based on generally accepted police practices in accordance with the rights and privileges guaranteed by the Constitutions and laws of the United States of America and the Commonwealth of Puerto Rico. The policies and procedures will be developed through various legal instruments, such as regulations, general orders, administrative orders, procedure manuals, collaborative agreements, and draft bills, among others. The policies and procedures that will be developed will provide clear and specific instructions so that operational and administrative performance is aimed at providing police services in an ethical, respectful, and unbiased manner and promoting the professionalization of PRPD employees. In addition, they will provide PRPD employees with work tools and instruments that will allow them to fulfill their mission to protect life and property, effectively prevent crime, and strengthen the community's trust in the PRPD. The PRPD will also develop the necessary mechanisms so that its employees receive, understand, and, in applicable cases, train in all the corresponding policies and procedures.

**I. Policy and Procedure Development Objectives:**

1. The PRPD will develop and review[27] the necessary policies to comply with the requirements of the Agreement, which will entail changes in the organizational structure and the assignment of duties and responsibilities that will result in police services that are provided through the work units, are uniform, and promote the public policy and priorities of the PRPD. These policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a deficiency is reported.

97

---

[27] See Appendix **A** – Policy and Procedure Development Process.

Action Plan, Section VIII. Policies and Procedures

**Activities:**

1.1 Develop a draft bill to amend Public Law Number 53 of June 10, 1996, as amended, known as the "Puerto Rico Police Department Act," to adapt it to the requirements established in the Agreement for the Sustainable Reform of the PRPD. (Table 1)

| Requirement(s) | 109 and 110 |
|---|---|
| **Entities Responsible** | OR and OS |
| **Collaborators** | SA and OLA |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | March 2017 |
| **Obstacles** | 1. Due to the complexity of the legislative process, it is subject to the following: that the draft bill presented be accepted as a bill, that it be given priority, that it undergo substantial changes opposite to what was originally presented, and that it be passed within the legislative period.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>3. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| **Solutions** | 1. Coordinate with the governor's advisor on public security to obtain support for the bill and have it given priority.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>3. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 1

1.2 Review General Order, Chapter 100, Section 102, entitled "Reorganization of the Puerto Rico Police Department Organizational Structure," with the purpose of adjusting the General Order to the changes resulting from the creation and reorganization of other work units and the Agreement. (Table 2)

| Requirement(s) | 109 and 110 |
|---|---|
| **Entities Responsible** | OR and OS |
| **Collaborators** | SA and OLA |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | September 2017 |
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |

Action Plan, Section VIII. Policies and Procedures

| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |
|---|---|

Table 2

1.3 Review General Order, Chapter 100, Section 106, entitled "Creation of the Auxiliary Superintendency for Field Operations," to incorporate the changes in the structure and duties of the Auxiliary Superintendency for Field Operations and the Zones of Excellence. (Table 3)

| Requirement(s) | 109, 110, and 111(a) |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | November 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 3

1.4 Review General Order, Chapter 100, Section 111, entitled "Creation and Functional Organization of the Office of Reform," to adjust it to the changes that have been made after its creation. (Table 4)

| Requirement(s) | 109, 112, 113, 229, 231, 232, and 233 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG and SAIC |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | October 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 4

99

Action Plan, Section VIII. Policies and Procedures

1.5  Review General Order, Chapter 100, Section 107, entitled "Creation of the Auxiliary Superintendency for Criminal Investigations," to incorporate the changes made in the organizational structure to comply with the provisions of the Agreement. (Table 5)

| Requirement(s) | 109, 110, and 111(d) |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG and SAIC |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | September 2016 |
| Obstacles | 1. Since the task forces are created by means of this General Order, it will be based on the existing collaborative agreements.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>3. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Necessary aspects that have been negotiated in new memorandums of understanding can be incorporated in the annual review of this policy.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>3. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 5

1.6  Develop a General Order establishing the organizational and functional structure of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons, as well as its duties and responsibilities, in accordance with the Agreement and generally accepted police practices. (Table 6)

| Requirement(s) | 109 and 111(d) |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAIC (Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons) |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | April 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 6

Action Plan, Section VIII. Policies and Procedures

2. The PRPD will develop and review its policies and procedures to promote the provision of police services in an equitable, unbiased, and fair manner.  This will allow for the integration of problem-solving policing principles into the recruitment processes in order to select the most qualified candidates, foster continuous improvement of its employees, and provide direct and effective supervision. These policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a substantial deficiency is reported.

**Activities**

2.1 Review Regulation No. 4216, entitled "Puerto Rico Police Department Personnel Regulation," in its entirety to adapt it to Public Law No. 53-1996, as amended, known as the "Puerto Rico Police Department Act of 1996;" to Public Law No. 184-2004, as amended, known as the "Public Service Human Resources Administration Act;" to other applicable laws; and to the requirements of the Agreement for the Sustainable Reform of the PRPD. The policy will explicitly clarify that this Regulation will only apply to the personnel belonging to the PRPD Rank System. (Table 7)

| Requirement(s) | 19, 21-21, 37, 47, 61, 71, 80, 81, 101-110, 113, 116, 145, 148, 156, 159, 163-164, 167, 197, 199, 205, and 212 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG and OLA |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | November 2017 |
| Obstacles | 1. Regulations will not be final until process required by UAPA has been completed.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>3. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Once USDOJ and TCA approve the regulations, the time needed to comply with UAPA provisions must be granted.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>3. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 7

Action Plan, Section VIII. Policies and Procedures

3.  The PRPD will establish protocols to regulate traffic stops that will be carried out by all MPRPDs so that they are conducted in an equitable, unbiased, impartial, and fair manner, in compliance with generally accepted police practices and state and federal laws and constitutional guarantees, and to promote efficient crime prevention. These policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a substantial deficiency is reported. The policies included under this objective will be developed and/or reviewed as established in the **Equal Protection and Non-Discrimination Compliance Area**.

**Activities:**

3.1   Review AO 2015-1-IV, entitled "Administrative Order for Traffic Stops," to adapt it to new generally accepted police practices in relation to the services provided to people and police interventions with them. (Table 8)

| Requirement(s) | 109, 110, and 111 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | March 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 8

3.2 Review the Uniform Crime Reporting Handbook (NIBRS). (Table 9)

| Requirement(s) | 83, 86, 86 [sic], 91, 113, and 205 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC, SAIC, SASG (Division of Statistics and BT) |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | November 2016 |

Action Plan, Section VIII. Policies and Procedures

| | |
|---|---|
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| **Solutions** | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 9

4. The PRPD will review policies, manuals and operational processes that will establish instructions and guidelines to optimize criminal investigation services in order to comply with generally accepted police practices and state and federal laws and constitutional guarantees. Make sure that police services focused on criminal investigation are provided in an equitable, respectful, and unbiased manner to restore the community's trust in the PRPD. These policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy will also be reviewed as soon as a substantial deficiency is reported.

**Activities:**

4.1 Review the corresponding Memoranda of Understanding with federal and state agencies to adapt them to the Agreement and establish:  requirements that federal agencies must meet to request the services of PRPD officers, procedures that federal agencies must follow in relation to MPRPDs assigned to task forces in order to comply with the Agreement, and required processes, such as training, performance evaluations and reporting of any incident of improper conduct or use of force by MPRPDs under their supervision, among others. (Table 10)

| | |
|---|---|
| **Requirement(s)** | 111 (d), 112, and 113 |
| **Entities Responsible** | OR and OS |
| **Collaborators** | SAIC and OLA |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | February 2017 |

103

Action Plan, Section VIII. Policies and Procedures

| | |
|---|---|
| **Obstacles** | 1. The process of negotiation with federal agencies is complex and oftentimes takes longer than estimated. In addition, the number of agreements with federal agencies could affect due date.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>3. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| **Solutions** | 1. Request the assistance of USDOJ to act as a facilitator between PRPD and federal agencies when needed. Consider due dates.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>3. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 10

4.2 Develop an Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow to incorporate new and revised policies in accordance with state and federal laws and generally accepted police practices related to searches, seizures, arrests, and extraditions. This Operations Manual will be classified as confidential due to the nature of the operations that are conducted, the protection and confidentiality of logistics for the time it takes to search for information, the dangerousness of the investigations, and the security measures that these MPRPDs must take. (Table 11)

| | |
|---|---|
| **Requirement(s)** | 111 (d), 112, and 113 |
| **Entities Responsible** | OR and OS |
| **Collaborators** | SAIC |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | November 2016 |
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| **Solutions** | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 11

Action Plan, Section VIII. Policies and Procedures

4.3 Develop a Procedure Manual for Investigators of the Criminal Investigation Corps to standardize the processes conducted during the entire criminal investigation in order to meet the fundamental requirements in accordance with the law and generally accepted police practices and to safeguard the confidentiality of the same. This Standard Operations Procedure Manual will be classified as confidential due to the nature of the operations that are conducted, the protection and confidentiality of logistics for the time it takes to search for information, the dangerousess of the investigations, and the security measures that these MPRPDs must take. (Table 12)

| Requirement(s) | 111 (d), 112, and 113 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAIC |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | November 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 12

5. Monthly local "academies" will be held at each PRPD work unit to supplement the 40 hours of training and for the continuous formal training of MPRPDs at the beginning of each shift or in service periods, ensuring that the pertinent employees have been provided guidance on new and revised policies that have been established and the consequences of violating them. These policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy will also be reviewed as soon as a substantial deficiency is reported, as contemplated in the Training Compliance Area.

**Activities:**

5.1 Review Special Order No. 2010-7, entitled "Local Monthly Academies," to establish the procedure that will be followed when developing continuous monthly training at the beginning of each shift or during service periods; and to record and certify the discussion of general orders and/or administrative orders during local "academies" as an alternate valid method to the training offered by the SAEA in order to supplement the 40 hours of formal training in accordance with the Supervision and Management Compliance Area. (Table 13)

105

Action Plan, Section VIII. Policies and Procedures

| | |
|---|---|
| **Requirement(s)** | 111 (d), 112-116, and 132 |
| **Entities Responsible** | OR and OS |
| **Collaborators** | SA |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | October 2016 |
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| **Solutions** | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 13

6.  Policies and procedures affecting data communication infrastructures, hardware, and software will be developed and reviewed with the purpose of developing processes that will help promote professional police services, appropriate training, and ongoing improvement to the MPRPDs' performance of their duties. This will help provide an appropriate technological platform for the input, storage, and distribution of data and information for citizens and PRPD employees. These policies will be based on the best practices used in current technology standards, specifically in the police operations sector. These policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy will also be reviewed as soon as a substantial deficiency is reported.

**Activities:**

6.1 Develop a General Order to create the Virtual Library on the PRPD webpage where all policies and procedures in effect, as well as the different forms, will be published and indexed so that PRPD employees can easily access them and the general public can also have access to the information. Thus, people from the community and MPRPDs will be able to access laws, regulations, policies, and procedures applicable to the PRPD that are not confidential. A section will be established in this webpage where people from the community can submit comments about policies and procedures in process or approved by the superintendent. The comments will be evaluated and analyzed by the Office of Reform and, if they are in accordance with generally accepted police practices and the Constitutions

106

Action Plan, Section VIII. Policies and Procedures

and laws of the United States of America and the Commonwealth of Puerto Rico, they will be incorporated, as appropriate, during the annual reviews. **This activity is included in the Information Systems and Technology Action Plan**. (Table 14)

| Requirement(s) | 110, 111, and 205 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG (BT) and SA |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | December 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 14

6.2 Develop an Administrative Order establishing the rules and procedures PRPD personnel must follow to protect the copyrights of graphic works and photos and the source codes of software, among others, produced by the PRPD. (Table 15)

| Requirement(s) | 109, 110, and 218-222 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG (BT), SA, and OLA |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | October 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 15

107

Action Plan, Section VIII. Policies and Procedures

7. The PRPD will develop specific procedures and protocols through its policies to address the operational particularities of each Auxiliary Superintendency with the purpose of standardizing the processes carried out at the various work units assigned to the Auxiliary Superintendencies for Field Operations, Professional Responsibility, Criminal Investigations, Education and Training, and Managerial Services. These policies will be the procedures manuals so that all units will operate under uniform procedures throughout the PRPD.

**Activities:**

7.1   Review General Order 73-4, entitled "Rules and Procedures for the Tactical Operations Unit." This policy is included in the **Use of Force Action Plan**.

7.2   Develop General Order for the Mobilization of the Division of Special Weapons and Tactics (SWAT). This policy is included in the **Use of Force Action Plan**.

7.3   Develop Protocol to Regulate K-9 in Patrol Duties. This policy is included in the **Use of Force Action Plan**.

7.4   Develop General Order for Crowd Control and Incident Management. This policy is included in the **Use of Force Action Plan**.

7.5   Develop General Order to Create Force Investigation Unit (FIU). This policy is included in the **Use of Force Action Plan**.

7.6   Review General Order 2010-14, entitled "Creation of the Auxiliary Superintendency for Professional Responsibility." This policy is included in the **Administrative Complaints Action Plan**.

7.7   Review Regulation 6506, entitled "Regulation to Process Administrative Complaints against Members of the Force and Civilian Personnel who Work at the PRPD," to adopt the new "**Regulation to Receive, Process, and Manage Administrative Complaints**." This policy is included in the **Administrative Complaints Action Plan**.

7.8   Develop the Administrative Complaint Investigation Procedures Manual. This policy is included in the **Administrative Complaints Action Plan**.

7.9   Review General Order 2010-1, entitled "Reorganization of the Internal Audit Office." This policy is included in the **Supervision and Management Action Plan**.

Action Plan, Section VIII. Policies and Procedures

7.10    Develop Procedures Manual establishing Guidelines to Conduct Operational and Administrative Inspections. This policy is included in the **Supervision and Management Action Plan**.

7.11    Review Regulation No. 6403, entitled "Puerto Rico Police Department Officials and Employees Controlled Substance Detection Program Regulation." This policy is included in the **Administrative Complaints Action Plan**.

7.12    Review General Order, Chapter 600, Section 605, entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department." This policy is included in the **Use of Force Action Plan**.

7.13    Develop General Order to establish the Force Review Boards. This policy is included in the **Use of Force Action Plan**.

7.14    Develop General Order for the Investigation of Domestic Violence Incidents. This policy is included in the **Equal Protection and Non-Discrimination Action Plan**.

7.15    Develop Administrative Order for Intervention in Domestic Violence Incidents Involving PRPD Employees. This policy is included in the **Equal Protection and Non-Discrimination Action Plan**.

7.16    Develop General Order for the Investigation of Sexual Assault Incidents. This policy is included in the **Equal Protection and Non-Discrimination Action Plan**.

7.17    Develop Administrative Order to Investigate Sexual Assault Incidents for cases in which an incident of sexual assault involving PRPD employees occurs. This policy is included in the **Equal Protection and Non-Discrimination Action Plan**.

7.18    Develop **General Order for the MPRPD Recruitment Program** establishing clear guidelines and objectives to recruit MPRPD candidates. This policy is included in the **Recruitment, Selection, and Hiring Action Plan**.

7.19    Develop General Order establishing the rules and procedures for the Cadet Training Program. This policy is included in the **Training Action Plan**.

7.20    Review General Order, Chapter 700, Section 701, entitled "Creation of the Operational Supervision Officers Program." This policy is included in the **Training Action Plan**.

7.21    Review Operations Manual of the Field Training Program (FTOs). This policy is included in the **Training Action Plan**.

7.22    Develop Administrative Order establishing the rules and procedures for the development and implementation of training and re-training for PRPD employees. This policy is included in the **Training Action Plan**.

109

Action Plan, Section VIII. Policies and Procedures

**II. Training Development Objectives:**

1.  With the purpose of furthering professional, ethical, respectful, and unbiased police practices and to make sure that services are provided to the people in accordance with the rights and privileges guaranteed by the Constitutions and laws of the United States and Puerto Rico, the PRPD will develop training courses[28] for PRPD employees focused on generally accepted police practices, which will establish clear guidelines for the procedures to follow in the criminal investigations area and field operations.

**Activities:**

1.1 The Auxiliary Superintendency for Education and Training will develop a Multi-topic Training Program to train **all MPRPDs assigned to SAIC** on the law, applicable case law, and the rules and procedures to follow when conducting criminal investigations. The Program will begin with training on the following topics: (Table 16)

  1.1.1   criminal law

  1.1.2   rules of criminal procedure

  1.1.3   evidence law

  1.1.4   constitutional and civil rights

  1.1.5   criminal investigation techniques

  1.1.6   interview and interrogation techniques

  1.1.7   scene work

  1.1.8   court testimony

  1.1.9   criminal photography and

  1.1.10   preparation of files and reports

MPRPDs assigned to the SAIC will also take training corresponding to the following policies during the period established on the timeline:

  1.1.11   General Order, Chapter 100, Section 107, entitled "Creation of the Auxiliary Superintendency for Criminal Investigations", and

  1.1.12   Operational Manual for Criminal Investigation Corps Investigator Procedures.

<div align="center">110</div>

---

[28] See Exhibit **B** – Training Design Process.

Action Plan, Section VIII. Policies and Procedures

| Requirement(s) | 111(d) |
|---|---|
| Entities Responsible | SAEA and SAIC |
| Collaborators | IFS and FBI |
| Resources | External consultation to design training syllabus, internal human resources, and External Collaborators |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B – Training Design Process.** |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 16

1.2 The Auxiliary Superintendency for Education and Training will develop a Multi-topic Training Program to train all MPRPDs **assigned to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons** on the following topics: (Table 17)

1.2.1    criminal law

1.2.2    rules of criminal procedure

1.2.3    evidence

1.2.4    criminal investigation techniques

1.2.5    interview and interrogation techniques

1.2.6    Confidential Special Order 2010-1

1.2.7    police corruption

1.2.8    identification of controlled substances

1.2.9    undercover operations

1.2.10    controlled substance sale surveillance

1.2.11    court testimony

1.2.12    forensic photography and video

Action Plan, Section VIII. Policies and Procedures

1.2.13   General Order to create the "Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons", and

1.2.14   Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow.

| Requirement(s) | 111(d) |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAIC |
| Resources | External consultation to design training syllabus, internal human resources, and External Collaborators |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 17

2.   The Auxiliary Superintendency for Education and Training will develop a training course aimed at **all MPRPDs** on the law, applicable case law, and the rules and procedures to follow when conducting **traffic stops** in various scenarios, answering emergency calls, and inspecting motor vehicles, among others. (Table 18)

| Requirement(s) | 111(d) |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC, SAIC, and SAPF |
| Resources | External consultation to design training syllabus, internal human resources, and External Collaborators |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |

Action Plan, Section VIII. Policies and Procedures

| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
|---|---|
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

<center>Table 18</center>

3. The Auxiliary Superintendency for Education and Training will develop a training course aimed at **all MPRPDs** on the **Uniform Crime Reporting Handbook (NIBRS)**. (Table 19)

| Requirement(s) | 83, 86, 86 [sic], 91, 113, and 205 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC, SAIC, and SASG (Division of Statistics and BT) |
| Resources | External consultation to design training syllabus, internal human resources, and External Collaborators |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

<center>Table 19</center>

**III. Training Implementation Objective:**

1. Training[29] in furtherance of the policies and procedures in this Action Plan will be implemented in accordance with generally accepted police practices. Thus, PRPD employees will receive proper training for their continuous professionalization in the development of their duties.  This will contribute to the appropriate implementation of use of force levels, a reduction in incidents of civil right violations, an assurance in the equal and diligent provision of services, and a strengthening of the community's trust in the PRPD.

<center>113</center>

---

[29] See Exhibit **C** – Training Implementation Process.

Action Plan, Section VIII. Policies and Procedures

1.4   Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **all MPRPDs assigned to the SAIC** on the **topics included in the Multi-topic Program** through its certified instructors. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The Multi-topic Training Program that will be implemented will address the following topics:

1.1.1   criminal law

1.1.2   rules of criminal procedure

1.1.3   evidence law

1.1.4   constitutional and civil rights

1.1.5   criminal investigation techniques

1.1.6   interview and interrogation techniques

1.1.7   scene work

1.1.8   court testimony

1.1.9   criminal photography;

1.1.10   preparation of files and reports

1.1.11   General Order, Chapter 100, Section 107, entitled "Creation of the Auxiliary Superintendency for Criminal Investigations", and

1.1.12   Operational Manual for Criminal Investigation Corps Investigator Procedures.

| Requirement(s) | 111(d) |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAIC |
| Resources | External instructors and internal human resources |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. Personnel identified to attend training courses may be unable to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others.<br>2. Instructors may not be able to discharge their dual responsibility to SAEA and their police areas. |

Action Plan, Section VIII. Policies and Procedures

| | |
|---|---|
| **Solutions** | 1. Develop Collaborative Agreement with Courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings and, if possible, summoned on a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. These changes will not affect other priority training groups.<br>2. Auxiliary superintendents and area commanders will establish a Work Plan to mitigate the impact of the training on operational work and to discharge the responsibilities assumed by SAEA. |

Table 20

1.5    Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of all MPRPDs **assigned to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons** through its certified instructors. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

The Multi-topic Training Program that will be implemented will address the following topics: (Table 21)

1.1.1    criminal law

1.1.2    rules of criminal procedure

1.1.3    evidence law

1.1.4    criminal investigation techniques

1.1.5    interview and interrogation techniques

1.1.6    Special Confidential Order 2010-1

1.1.7    police corruption

1.1.8    controlled substances identification

1.1.9    undercover operations

1.1.10    controlled substance sale surveillance

1.1.11    court testimony

1.1.12    forensic photography and video;

1.1.13    General Order to create the "Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons", and

115

Action Plan, Section VIII. Policies and Procedures

1.1.14   Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow.

| Requirement(s) | 111(d) |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAIC (Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons) |
| Resources | External instructors and internal human resources |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. Personnel identified to attend training courses may be unable to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others.<br>2. The due date to complete training will temporarily affect the work and investigations under way because SAIC personnel will act as instructors. |
| Solutions | 1. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings and, if possible, summoned on a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. These changes will not affect other priority training groups.<br>2. SAIC will prepare a Work Plan to mitigate the impact of the temporary assignment of said personnel to conduct the training. They will only perform training-related tasks during this period and will not be assigned other administrative tasks. |

Table 21

1.6   Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **all MPRPDs** on the law, applicable case law, and the rules and procedures that must be followed when conducting **traffic stops** in various scenarios, answering emergency calls, and inspecting motor vehicles, among others, through its certified instructors. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 22)

| Requirement(s) | 111(d) |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SA |
| Resources | External and internal instructors |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |

116

Action Plan, Section VIII. Policies and Procedures

| Obstacles | 1. Personnel identified to attend training courses may be unable to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others. <br> 2. Instructors may not be able to discharge their dual responsibility to SAEA and their police areas. |
|---|---|
| Solutions | 1. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings and, if possible, summoned on a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. These changes will not affect other priority training groups. <br> 2. Auxiliary superintendents and area commanders will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 22

1.7   Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **all MPRPDs** on the **Uniform Crime Reporting Handbook (NIBRS)**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 23)

| Requirement(s) | 83, 86, 86 [sic], 91, 113, and 205 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SA |
| Resources | External and internal instructors |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. Personnel identified to attend training courses may be unable to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others. <br> 2. Instructors may not be able to discharge their dual responsibility to SAEA and their police areas. |
| Solutions | 3. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings and, if possible, summoned on a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. These changes will not affect other priority training groups. <br> 4. Auxiliary superintendents and area commanders will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 23

117

Action Plan, Section VIII. Policies and Procedures

**IV. Implementation Objectives:**

1. In compliance with the Reform Agreement and the Action Plans, the PRPD will disclose and keep MPRPDs and communities informed about the policies and procedures that have been developed or revised. The PRPD will also make sure that all its employees, as appropriate, have received, read, been provided guidance, and/or been trained on the same. These policies and procedures will also be published on the PRPD webpage so that both MPRPDs and the general public will have access to them.

**Activities:**

1.1 The PRPD will develop a Strategic Plan for Implementation in Zones of Excellence establishing the goals, objectives, and activities aimed at measuring the percentage of MPRPDs who have been trained on each of the implemented policies to comply with the procedures related to the eleven (11) compliance areas included in the Reform Agreement. (Table 24)

| Requirement(s) | 114, 115, and 116 |
|---|---|
| Entities Responsible | SAOC |
| Collaborators | OR and SAEA |
| Resources | Internal human resources |
| Due Date | On a yearly basis as of June 2016 |
| Obstacles | Even though so far the ZOEs have been able to comply with the training of the MPRPDs assigned to them, the personnel identified to attend training courses may be unable to attend on the indicated date due to demands of service, such as preventive patrolling at times when crime rate traditionally increases, mass events, community events, events held before and during the election period, surveillance, court or administrative summons, and vacation, and regular, sick and/or military leave, among others. |
| Solutions | Some of the possible solutions include developing a Collaborative agreement establishing coordination with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings and, if possible, summoned on a later date; insofar as possible, ZOEs will provide substitutes for personnel who have official commitments at judicial and administrative proceedings during the training courses and prepare vacation plans contemplating possible unexpected situations, among others. |

Table 24

1.2 Hold local "academies" at each work unit based on the guidelines provided by the PRPD to ensure that the PRPD personnel know the policies and procedures established by the PRPD. (Table 25)

| Requirement(s) | 114, 115, and 116 |
|---|---|
| Entities Responsible | SAOC, SAIC, SARP, SAPF, SAEA, and SASG |
| Collaborators | OR |

Action Plan, Section VIII. Policies and Procedures

| Resources | Internal human resources |
|---|---|
| Due Date | 2 months after approval of each policy and procedure included in the action plans |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 25

## V. Self-Assessment Objectives:

1.  To ensure that police services have been provided in an equitable, respectful, and unbiased manner; guarantee that PRPD personnel are being trained in accordance with the policies and approved training materials; and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and to identify aspects that need to be corrected and improved. (Table 26)

## Activities:

1.1 The PRPD, through the Office of Reform, will evaluate the effectiveness of the rules and procedures adopted in its policies and the knowledge acquired in the training of PRPD employees. The results of these evaluations will be analyzed to measure the level of knowledge, attitudes, aptitudes, and abilities; to identify if there is a substantial deficiency;  and, if necessary, to take the corrective actions in the policies, training courses, and re-training courses so that the procedures adopted are feasible, operationally enforceable, and sustainable. This activity will be conducted through an Evaluation Protocol on Compliance with Best Practices in Operational Programs, which will help measure the effectiveness of the rules and training of PRPD employees by reviewing documents, forms, policies, and procedures related to arrests, traffic stops, searches, property seizures, and administrative complaints to ensure that police services are provided in an equitable, respectful, and unbiased manner; attaining ongoing professionalization of MPRPDs; restoring the community's trust; and effectively preventing crime based on generally accepted police practices and without prejudice on the basis of race, color, ethnicity, national origin, religion, sex, age, disability, sexual orientation, gender identity or expression, or political beliefs or affiliation and pursuant to the rights, privileges, and immunities guaranteed or protected by the Constitutions and laws of the United States and the Commonwealth of Puerto Rico **The development of this Protocol will be part of the Equal Protection and Non-discrimination Compliance Area Action Plan**.

119

Action Plan, Section VIII. Policies and Procedures

1.2   The PRPD, through the Office of Reform, will submit a monthly report to the superintendent on the policies and procedures scheduled as of the date submitted so that collaborators from the various auxiliary superintendencies can provide draft policies and procedures in advance on the date scheduled for each of them and avoid affecting their delivery to the TCA and USDOJ.

1.3   The PRPD, through the Office of Reform, will submit a monthly report to the superintendent on the progress of the policies and procedures, according to the due date and status of each with the TCA and USDOJ.

1.4   On a monthly basis, the PRPD, through the Office of Reform, will verify that the corresponding policies have been delivered as scheduled, including the annual reviews established in the Agreement. In the event of noncompliance, it will evaluate the situation that resulted in not delivering the policy or procedure on the scheduled date and prepare a report for the superintendent stating the reasons for the noncompliance, its findings and recommendations, and any agreements reached with the TCA and USDOJ.

1.5   The Implementation and Compliance Section of the Office of Reform will compile the statistical data and information needed to ensure that MPRPDs are being informed about the new and revised policies and procedures established by the PRPD through the local "academies." This will allow the PRPD to obtain the statistical data and information needed to make sure that MPRPDs are receiving the corresponding training and to measure progress and the level of compliance during the first twelve (12) months and the twelve (12) months following the final approval of the training material, starting with the Zones of Excellence and, afterwards, according to the priority work units established in this Action Plan. It will also identify the aspects that need to be corrected or amended.

1.6   The PRPD, through the Office of Reform, will evaluate the recommendations received from all PRPD employees and people from the community in relation to all the policies and procedures in effect that are not confidential in nature. The comments will be evaluated and analyzed by the Office of Reform and, if they are in accordance with generally accepted police practices and the Constitutions and laws of the United States of America and the Commonwealth of Puerto Rico, they will be incorporated, as appropriate, during the annual reviews.

120

Action Plan, Section VIII. Policies and Procedures

| | |
|---|---|
| **Requirement(s)** | 232 and 233 |
| **Entities Responsible** | OR |
| **Collaborators** | Auxiliary Superintendencies, Division of Crime Statistics, and other PRPD units |
| **Resources** | Internal human resources |
| **Due Date** | Not applicable |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable |

Table 26

**VI.    Budget:**

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$2,001,496**. The corresponding appendices, detailing the projected expense per item[30] during the fiscal years included in this Action Plan, are enclosed.

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

**VII. Revision of the Action Plan:**

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

121

---

[30] See Appendix **J** – Projected Budget by Expense Item.

Puerto Rico Police Department
Office of Reform
Requirements 109 - 116 - Section VIII –Policies and Procedures
Consolidated Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Items | | | | | | | | | | |
| Payroll and Related Costs | 001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 1,943,200 | - | 1,943,200 | - | - | - | 1,943,200 | - | 1,943,200 |
| Other Expenses | 007 | 58,296 | - | 58,296 | - | - | - | 58,296 | - | 58,296 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | - | - | - | - | - | - | - | - | - |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| TOTAL | | $ **2,001,496** | $ - | $ **2,001,496** | $ - | $ - | $ - | $ **2,001,496** | $ - | $ **2,001,496** |

122

**Action Plan**

**Section IX. Training**

**Requirements: 117 to 134**

**Chapter Summary:**

In accordance with the Agreement for the Sustainable Reform of the Puerto Rico Police Department (PRPD), the purpose of the Training Compliance Area is for all employees to receive the proper training for their continuous improvement in performing their duties through theoretical and practical training and re-training, by which they learn about their responsibilities, the scope of their authority, the policies established by the PRPD, the way to comply with said policies and discharge their obligations effectively. The PRPD will use duly qualified instructors certified by the SAEA and/or the corresponding organizations, which will train PRPD employees using generally accepted methods and techniques approved by the SAEA to achieve the learning objectives.

**I.    Policy and Procedure Development Objectives:**

1.    The PRPD, in coordination with the SAEA, will develop and review its policies and procedures[31] to promote the professionalization of the personnel, the education and training of all MPRPDs prior to service (cadets) during the Field Training Program (Mentoring FTOs), and the re-training of all its employees (in-service training). With the purpose of providing police services in an equitable, respectful, and unbiased manner; strengthening the community's trust in the PRPD institutional structure; and effectively preventing crime, training and re-training courses will be based on generally accepted police practices and be developed in accordance with the rights and privileges guaranteed by state and federal law. Initially, these policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a substantial deficiency is reported.

123

---

[31] See Appendix A – Policy and Procedure Development Process.

Action Plan, Section IX. Training

**Activities:**

1.1  Develop a General Order establishing the rules and procedures of the pre-service education and training program (Cadets) and the review of said curricula. (Table 1)

| Requirement(s) | 111-113, 117, and 119-122 |
|---|---|
| **Entities Responsible** | OR and OS |
| **Collaborators** | SAEA and SASG (BHR and DR) |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | October 2016 |
| **Obstacles** | 1. The pre-service training curriculum will be reviewed at least every six (6) months, considering that PRPD creates new policies and procedures that could be necessary for the basic development of a cadet.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>3. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time.<br>4. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico."<br>5. Recruiting MPRPDs has not been budgeted for the next fiscal year. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified. |
| **Solutions** | 1. Hold semiannual (every 6 months) meetings between the SAEA and the OR to discuss the policies and procedures that will be considered when reviewing cadet curriculum.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>3. Training courses will be postponed during election-related events and will resume once they conclude.<br>4. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>5. Establish administrative procedures by means of a general order so guidelines will already be established when the recruitment process begins at the PRPD. |

Table 1

1.2  Develop the new PRPD Academy Student Regulation, which will repeal Regulation No. 7669, entitled "Puerto Rico Criminal Justice College Student Regulation," to adapt them to the amendments to Public Law No. 53-1996, as amended, known as the "Puerto Rico Police Department Act," and with the requirements of the Agreement. (Table 2)

124

Action Plan, Section IX. Training

| Requirement(s) | 111-113, 117, and 119-122 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA and SASG (BHR and DR) |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | July 2017 |
| Obstacles | 1. By legal provision[32], regulations must be submitted to public scrutiny through publication and/or public hearings; therefore, they will not be final until the corresponding process has been completed.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>3. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time.<br>4. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico."<br>5. Recruiting MPRPDs has not been budgeted for the next fiscal year. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified. |
| Solutions | 1. Once USDOJ and TCA approve the regulations, the time needed to comply with UAPA provisions must be granted.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>3. Training courses will be postponed during election-related events and will resume once they conclude.<br>4. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>5. Establish administrative procedures by means of a general order so guidelines will already be established when the recruitment process begins at the PRPD |

Table 2

1.3 Review General Order, Chapter 100, Section 108, entitled "Creation of the Auxiliary Superintendency for Education and Training," to incorporate the requirements included in the Reform Agreement and establish, among other things, the powers and responsibilities in relation to guaranteeing that PRPD employees receive full and effective training aimed at protecting their security and that of the people through theoretical and practical training and re-training that integrate community policing principles and that these principles promote equitable, respectful, and unbiased police services. The selection, certification, and recertification processes and the responsibilities of instructors will also be included. Furthermore, the duties and responsibilities of PRPD training coordinators will be established. (Table 3)

125

___
[32] See Public Law No. 170-1988, as amended, better known as the "Uniform Administrative Procedures Act."

Action Plan, Section IX. Training

| Requirement(s) | 111-113 and 117 |
|---|---|
| **Entities Responsible** | OR and OS |
| **Collaborators** | SAEA |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | September 2016 |
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time.<br>3. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| **Solutions** | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Training courses will be postponed during election-related events and will resume once they conclude.<br>3. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 3

1.4 Develop an Administrative Order establishing the rules and procedures to develop and implement training and re-training for PRPD employees. It will also include the rules and procedures for enrollment, compiling information (statistics), files, and certification of training and re-training taken by PRPD personnel, as well as the electronic distribution of the annual training plan prepared by the SAEA and the PRPD training coordinators. (Table 4)

| Requirement(s) | 111, 117, 119-122, and 134 |
|---|---|
| **Entities Responsible** | OR and OS |
| **Collaborators** | SAEA, SASG (BT), SAOC, SAIC, and SARP |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | August 2017 |

Action Plan, Section IX. Training

| | |
|---|---|
| **Obstacles** | 1. Training and re-training courses will be reviewed at least every six (6) months, considering that PRPD creates new policies and procedures, which will identify the population impacted by the training and re-training, that is, personnel from the Classified System, MPRPDs from specialized units, high-ranking officers, and supervisors, among others. This could imply having to develop training and re-training with different approaches.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>3. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time.<br>4. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| **Solutions** | 1. Hold semiannual (every 6 months) meetings between the SAEA and the OR to discuss the policies that are expected will be necessary to develop multiple approaches in a single training or re-training course.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>3. Training courses will be postponed during election-related events and will resume once they conclude.<br>4. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 4

1.5 Review General Order, Chapter 700, Section 701, entitled "Creation of the Operational Supervision Officers Program," to adapt it to the Operations Manual of the Field Training Program and the requirements of the Agreement. (Table 5)

| | |
|---|---|
| **Requirement(s)** | 111, 117, and 119-128 |
| **Entities Responsible** | OR and OS |
| **Collaborators** | SAEA, SAOC, and SAIC |
| **Resources** | Professional Services – Attorneys; internal human resources |
| **Due Date** | March 2016 |
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| **Solutions** | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 5

Action Plan, Section IX. Training

1.6 Review the Operations Manual of the Field Training Program (FTOs) to adapt it to the new and revised policies established by the PRPD. (Table 6)

| Requirement(s) | 111, 117, and 119-128 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAOC, and SAIC |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | March 2016 |
| Obstacles | 3. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>4. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico." |
| Solutions | 3. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>4. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 6

1.7 Review General Order 88-1, entitled "Rules and Procedures for the Appearance of PRPD Personnel in Court and Administrative Fora," to adapt it to the requirements of the Agreement and make sure that appearances at court and administrative proceedings will not affect MPRPD attendance at the training established in the different action plans. The Protocols establishing the processes to follow to carry out the appropriate coordination are included in the **Searches and Seizures and the Supervision and Management Action Plans**. (Table 7)

| Requirement(s) | 117-134, 73, and 158 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAOC, SAIC, SARP, SASG, SAEA, OAT, LAA, PRDOJ, USDOJ, and Municipal Police Departments (MP) |
| Resources | Professional Services – Attorneys; internal human resources |
| Due Date | November 2016 |
| Obstacles | 1. The current Agreement does not require public defenders, the Department of Justice, the state judicial branch, federal agencies, or Municipal Police Departments to provide feedback to PRPD.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>3. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time.<br>4. Limitations on hiring human resources established in Public Law No. 66-2014, known as the "Special Fiscal and Operational Sustainability Act of the Government of the Commonwealth of Puerto Rico."<br>5. PRPD has not yet completed staffing study. |

Action Plan, Section IX. Training

| | |
|---|---|
| **Solutions** | 1. Establish collaborative agreements with entities that form part of federal, state, and municipals systems of justice.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among the following agencies: Office of the Governor's Chief of Staff, Office of Management and Budget, and Office of Government Ethics.<br>3. Training courses will be postponed during election-related events and will resume once they conclude.<br>4. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>5. Complete staffing study and distribute MPRPDs so that PRPD can discharge this responsibility. |

Table 7

## II. Pre-service Training Development Objectives:

1. The SAEA will provide pre-service education and training (cadets) to candidates for sworn personnel positions in accordance with its enabling law and regulations.

   **Activities:**

   1.1 The College of Criminal Justice ceased to exist on July 30, 2014, with the enactment of Public Law No. 112-2014, which repealed Public Law No. 155-1999, as amended, that had created the College. Thus, the SAEA no longer offers college degrees, and as such, the accreditations of the Puerto Rico Council on Higher Education or the Middle States Association of Colleges and Schools are no longer required. To such effect, the SAEA took steps to request the closing of the CJC and submitted certification number 2015-175 signed by Mr. Ricardo Aponte Parsi, Chairman of the Puerto Rico Council on Higher Education, acknowledging the closing of the Gurabo and Villalba campuses of the Criminal Justice College effective July 30, 2014. The TCA requested a copy of the certification. The SAEA has assumed responsibility for the CJC, thus complying with requirement number 118 of the Agreement.

2. The PRPD, through the SAEA, will provide the necessary theoretical and practical education and training to cadets based on generally accepted police practices and applicable laws, regulations, policies, and procedures, while integrating community policing principles and principles promoting equitable, respectful, and unbiased police services. To such effect, the SAEA will require that its cadets complete a Training Program Prior to Service consisting of at least nine hundred (900) contact hours. The Training Program will meet the criteria and requirements established in the Agreement. Moreover, the SAEA will select and train the instructors and make sure they train the cadets in accordance with previously-approved objectives, plans, and teaching materials. The SAEA will also evaluate and review its pre-service training curricula to guarantee cadets obtain the knowledge,

129

Action Plan, Section IX. Training

attitudes, competence, and consistency needed, in compliance with applicable laws, PRPD policy, and the Agreement. Later, the PRPD and SAEA will conduct regular evaluations at least every six (6) months and submit the findings and recommendations in written reports to the superintendent, which will be part of SAEA's permanent records.

**Activities:**

2.1 The SAEA will develop a pre-service education and training program (cadets), which will consist of at least nine hundred (900) contact hours. The Program will be based on an analysis of factors, which will include, but will not be limited to, the following topics: (Table 8)

    2.1.1   criminology

    2.1.2   fundamentals of communication and writing reports and forms

    2.1.3   basic techniques in the use and management of force

    2.1.4   fundamentals elements of psychology and human relations in the police context

    2.1.5   ethical police principles

    2.1.6   criminal law

    2.1.7   introduction to human and civil rights

    2.1.8   basic use and handling of firearms

    2.1.9   physical efficiency

    2.1.10  special laws

    2.1.11  criminal procedure

    2.1.12  searches and seizures

    2.1.13  basic fundamentals of the administration of the Traffic Act

    2.1.14  psychosocial and investigative aspects of domestic violence, sexual harassment, and LGBTTIQ communities

    2.1.15  conflict mediation and resolution

    2.1.16  intermediate use and handling of firearms

    2.1.17  intermediate techniques in the use and management of force

    2.1.18  certification in the use and handling of pepper spray

    2.1.19  introduction to juvenile justice

    2.1.20  rules of evidence and court testimony

    2.1.21  organizational conduct in the police context

Action Plan, Section IX. Training

> 2.1.22   criminal investigation
>
> 2.1.23   management and protocol in crisis situations
>
> 2.1.24   operational skills simulated scenarios
>
> 2.1.25   community policing
>
> 2.1.26   cybernetics in criminal investigation
>
> 2.1.27   blood pathogens, response in cases of emergency, and basic first-aid skills
>
> 2.1.28   interview and interrogation; and
>
> 2.1.29   equal protection and non-discrimination (homeless people) and human trafficking.

| | |
|---|---|
| **Requirement(s)** | 111, 117, and 119-122 |
| **Entities Responsible** | SAEA |
| **Collaborators** | SAOC, SAIC, SASG (Division of Psychology), CRC, community representatives, IFS, PRDOJ, FBI |
| **Resources** | External consultation (instructors) to design training syllabus; internal human resources |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B – Training Design Process.** |
| **Obstacles** | 1. Need to allocate necessary budget for the announcement to recruit cadets.<br>2. The elections period personnel transactions prohibition will be in effect during the next fiscal year.<br>3. Process to hire external resources requires approval of government agencies and could take 60 to 90 days. |
| **Solutions** | 1. If the necessary budget is identified, the announcement will be made to recruit cadets.<br>2. PRPD will request the corresponding authorizations to be excluded from the provisions of the Elections Act; alternatively, PRPD will not conduct personnel transactions during this period.<br>3. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 8

## III. Field Training Development Objectives:

1. The PRPD will provide field training to all trainees to make sure they obtain the knowledge, aptitudes, competence, operational experience, and abilities and skills needed to develop good judgment, which will allow them to become upstanding, effective, and efficient professionals. To such effect, the PRPD will require that new officers (trainees) complete a Field Training Program consisting of at least eight hundred (800) hours. This Program will meet the criteria and requirements established in the Agreement and will be based on generally accepted police practices; applicable laws, regulations, policies, and procedures; and community policing principles aimed at promoting equitable, respectful, and unbiased police services. Furthermore, the Field Training Officer Evaluation Board will select the Field Training Officers (FTOs), who will meet the requirements established in General Order, Chapter 700, Section 701, entitled "Creation of the Operational

Action Plan, Section IX. Training

Supervision Officers Program," and will represent various sectors of the community. The SAEA will train FTOs and the PRPD will make sure they train each trainee in accordance with previously-approved objectives, plans, and teaching materials.

**Activities:**

1.1 The SAEA will develop the **FTO Training Program** to train future FTOs or re-train MPRPDs who have previously acted as FTOs. It will consist of a minimum of eighty (80) contact hours, which include theory and practice. The Training and Re-training Program will be based on an analysis of factors, which will include, but will not be limited to, the following topics: (Table 9)

    1.1.1   agreement requirements

    1.1.2   introduction to the Field Training Program

    1.1.3   use of force and use-of-force incident reports

    1.1.4   reports and forms

    1.1.5   criminal law and criminal procedure

    1.1.6   civil rights (focused on protections against unreasonable searches and seizures and equal protection and non-discrimination)

    1.1.7   the Traffic Act and traffic stops

    1.1.8   sexual harassment and other prohibited employment practices

    1.1.9   criminal investigation

    1.1.10  supervision and management

    1.1.11  arrests and warrants

    1.1.12  mechanics of the arrest

    1.1.13  searches and seizures

    1.1.14  community policing (effective conflict resolution techniques)

    1.1.15  interaction with transgender and transsexual people

    1.1.16  intervention with foreigners

    1.1.17  weapons authorized by the PRPD

    1.1.18  police ethics

    1.1.19  crisis intervention

    1.1.20  operations manual of the Field Training Program, and

    1.1.21  basic teaching techniques.

132

Action Plan, Section IX. Training

| Requirement(s) | 111, 124-125, and 127 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC |
| Resources | External consultation to design training syllabus; internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. This activity will depend on authorization from the pertinent agencies.<br>2. Process to hire external resources requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. Once the Academy has been authorized, PRPD may begin training FTOs.<br>2. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 9

1.2 The PRPD will develop the **Field Training Program** for recently graduated officers, which will consist of at least eight hundred (800) hours of practice and be divided into four (4) phases as detailed below: (Table 10)

  1.2.1   Phase I – Integration – Response to Incidents Not Constituting an Emergency

  1.2.2   Phase II – Response to Incidents Constituting an Emergency

  1.2.3   Phase III – Activities during Patrol, and

  1.2.4   Phase IV – Criminal Investigations.

| Requirement(s) | 111, 123, 126, and 128 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC and SAIC |
| Resources | Internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | Elections prohibition period will be in effect during the next fiscal year. |
| Solutions | PRPD will request the corresponding authorizations to be excluded from the provisions of the elections prohibition period; alternatively, PRPD will not conduct personnel transactions during this period. |

Table 10

## IV. Training and Re-training Implementation Objectives:

1. With the purpose of promoting professionalization, restoring the community's trust in the provision of services, and providing services in an equitable, fair, and impartial manner, the PRPD will implement training and re-training that comply with constitutional guarantees and generally accepted police practices. To make sure that all MPRPDs comply with the required training and re-training courses, the PRPD, through the SAEA, will implement the same in the compliance areas included in the Agreement for the Sustainable Reform of the PRPD and the previously approved action plans.

133

Action Plan, Section IX. Training

**A. Pre-service Training Program:**

1. During the training process and six (6) months after the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train one hundred percent (100%) of **cadets**. Training will begin on the date indicated in the announcement issued by the SAEA.

**Activities:**

1.1 The SAEA will implement a pre-service education and training program (cadets) that will consist of at least nine hundred (900) contact hours. The Program will be based on an analysis of factors, which will include, but will not be limited to, the following topics: (Table 11)

    1.1.1   criminology

    1.1.2   fundamentals of communication and writing reports and forms

    1.1.3   basic techniques in the use and management of force

    1.1.4   fundamentals of psychology and human relations in the police context

    1.1.5   ethical police principles

    1.1.6   criminal law

    1.1.7   introduction to human and civil rights

    1.1.8   basic use and handling of firearms

    1.1.9   physical efficiency

    1.1.10  special laws

    1.1.11  criminal procedure

    1.1.12  searches and seizures

    1.1.13  fundamentals of the administration of the Traffic Act

    1.1.14  psychosocial and investigative aspects of domestic violence, sexual harassment, and LGBTTIQ communities

    1.1.15  conflict mediation and resolution

    1.1.16  intermediate use and handling of firearms

    1.1.17  intermediate techniques in the use and management of force

    1.1.18  certification in the use and handling of pepper spray

    1.1.19  introduction to juvenile justice

    1.1.20  rules of evidence and court testimony

    1.1.21  organizational conduct in the police context

Action Plan, Section IX. Training

    1.1.22   criminal investigation

    1.1.23   management and protocol in crisis situations

    1.1.24   operational skills simulated scenarios

    1.1.25   community policing

    1.1.26   cybernetics in criminal investigation

    1.1.27   blood pathogens, response in cases of emergency, and basic first-aid skills

    1.1.28   interview and interrogation, and

    1.1.29   equal protection and non-discrimination (homeless people) and human trafficking.

| Requirement(s) | 111, 117, 119, 120, 121, and 122 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SAOC and SAIC |
| Resources | Professional Services, instructors |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. Recruiting MPRPDs has not been budgeted for the next fiscal year. The superintendent decides when to begin recruitment once vacant positions and a budget for said positions are identified.<br>2. The elections period personnel transactions prohibition will be in effect during the next fiscal year.<br>3. Process to hire external resources requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. Establish administrative procedures by means of a general order so guidelines will already be established when the recruitment process begins at the PRPD.<br>2. PRPD will request the corresponding authorizations to be excluded from the provisions of the Elections Act; alternatively, PRPD will not conduct personnel transactions during this period.<br>3. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |

Table 11

## B. Field Training Program:

1. The SAEA will provide training on the **FTO Training and Re-training Program**.

    **Activities:**

1.1 It will consist of a minimum of eighty (80) contact hours, which include both theory and practice. The Training and Re-training Program will be based on an analysis of factors, which will include, but will not be limited to, the following topics: (Table 12)

    1.1.1   Agreement requirements

    1.1.2   introduction to the Field Training Program

    1.1.3   use of force and use-of-force incident reports

    1.1.4   reports and forms

135

Action Plan, Section IX. Training

    1.1.5   criminal law and criminal procedure

    1.1.6   civil rights (focused on protections against unreasonable searches and seizures and equal protection and non-discrimination)

    1.1.7   the Traffic Act and traffic stops

    1.1.8   sexual harassment and other prohibited employment practices

    1.1.9   criminal investigation

    1.1.10  supervision and management

    1.1.11  arrests and warrants

    1.1.12  mechanics of the arrest

    1.1.13  searches and seizures

    1.1.14  community policing (effective conflict resolution techniques)

    1.1.15  interaction with transgender and transsexual people

    1.1.16  intervention with foreigners

    1.1.17  weapons authorized by the PRPD

    1.1.18  police ethics

    1.1.19  crisis intervention

    1.1.20  operations manual of the Field Training Program, and

    1.1.21  basic teaching techniques.

| Requirement(s) | 111 and 123-128 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAOC, and SAIC |
| Resources | Professional Services, instructors |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | Personnel identified to attend training courses may be unable to attend on indicated date due to commitments in judicial or administrative proceedings. Training and re-training courses could also be affected due to operational factors such as strikes, general elections, natural disasters, and sick leave, among others. Auxiliary superintendencies and area commanders will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. These changes will not affect other priority training groups. |
| Solutions | Develop a Collaborative Agreement establishing coordination with Courts and PRPD Liaison Officer at court so that MPRPDs scheduled for the training and re-training courses established in the Agreement are excused from judicial or administrative proceedings if there is no trial or hearing in process pending adjudication that requires the mandatory presence of the MPRPD. These activities are included in the **Searches and Seizures Action Plan and in the Supervision and Management Action Plan**. |

Table 12

Action Plan, Section IX. Training

2.  The PRPD will implement the **Field Training Program for recently graduated officers**, which will consist of eight hundred (800) hours of practice and will be divided into four (4) phases as detailed below: (Table 13)

   **Activities:**

   2.1 Phase I – Integration – Response to Incidents Not Constituting an Emergency

   2.2 Phase II – Response to Incidents Constituting an Emergency

   2.3 Phase III – Activities During Patrol, and

   2.4 Phase IV – Criminal Investigations.

| Requirement(s) | 111, 117, and 119-123 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SAEA, SAOC, and SAIC |
| Resources | Internal human resources |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | Program could be affected by trainee absences as a result of illness, job-related accident, maternity leave, paternity leave, military leave, or a declaration of a national emergency or natural disaster (such as hurricanes, earthquakes, or floods), in addition to operational security situations. |
| Solutions | The auxiliary superintendent of the Auxiliary Superintendency for Field Operations (SAOC), with the consent of the superintendent, may extend the duration of the Program to give the trainee an opportunity to complete it successfully. When making this decision, the auxiliary superintendent will take into consideration the recommendations of the FTO, the Program supervisor, and the director of the district or precinct to which the trainee was assigned. |

Table 13

**V.  In-Service Training and Re-training Development and Implementation Objectives:**

1.  The PRPD, through the SAEA, will develop, establish, and implement an in-service training and re-training program of at least forty (40) hours per year that complies with generally accepted police practices and reflects the content of the Agreement. Specific training modules will be developed based on different levels of supervision, without being limited to high- and mid-ranking officers and line supervisors, as well as specialized units and investigators. Furthermore, critical topics for training will be identified based on an analysis of factors such as officer safety, community concerns, use of force and internal affairs statistics, court decisions, needs and trends, among others, including the recommendations received from the community and the citizen interaction committees (CIC).

   Furthermore, the forty (40) hours of training will be supplemented with a formal training program chosen by the SAEA or the people in charge of the various precincts and units, which will be

Action Plan, Section IX. Training

provided at the beginning of the shifts or patrolling services. This Program will include, but will not be limited to, the new policies and procedures approved by the PRPD. This activity is contemplated in the **Supervision and Management Compliance Area Action Plan**.

A. **Professionalization Compliance Area**

**Training Development Activities:**

1.1 The PRPD, through the SAEA, will create a Multi-topic Training Program to **develop employees' ethical and professional standards and values** with the collaboration of the Office of Government Ethics (OGE), as stipulated in the Collaborative Agreement[33] between the two agencies. These training courses will be part of the continuing education and certified as contact hours by the OGE. The Program will include, but will not be limited to, the following topics:

    1.1.1    General Order 617 – MPRPD Code of Ethics

    1.1.2    police ethics and integrity

    1.1.3    ethical leadership

    1.1.4    ethical attitudes in the workplace

    1.1.5    ethical principles in management and supervision (this training course is contemplated in the **Supervision and Management** Compliance Area Action Plan)

    1.1.6    managing emotions for ethical coexistence

    1.1.7    community policing principles (this training course is contemplated in the **Community Interaction and Public Information** Compliance Area Action Plan)

    1.1.8    techniques to guide and manage MPRPDs in an effective manner and promote effective and ethical police practices (effective supervision) (this training is contemplated in the **Supervision and Management** Compliance Area Action Plan), and

    1.1.9    Federal and commonwealth non-discrimination laws and PRPD policy (this training is contemplated in the **Equal Protection and Non-Discrimination** Compliance Area Action Plan).

1.2 The PRPD, through the SAEA, will create a **Training Program for all members of the Promotion Exams Board** to guarantee that promotions in the PRPD will be in accordance with equal employment opportunity principles and non-discrimination laws and comply with the three (3) areas of educational activities—cognitive, affective, and psychomotor—needed to perform successfully the management and supervisory tasks related to the requirements of the rank that the candidates wish to obtain. The Program will include, but will not be limited to, the following topics:

138

---

[33] See Mutual-Aid Agreement between Office of Government Ethics and Puerto Rico Police Department published on the OGE webpage.

Action Plan, Section IX. Training

    1.2.1    Agreement for the Sustainable Reform of the Puerto Rico Police Department

    1.2.2    designing exams to measure cognitive activities

    1.2.3    drafting questions that will measure knowledge, comprehension, application, and analysis, and

    1.2.4    designing and preparing question banks for each topic that will be examined.

1.3 The SAEA will create a Multi-topic Training Program to train **MPRPDs who have passed the promotion exams** before assuming the responsibilities of their new rank. The Program will be designed taking into consideration the profile corresponding to each rank and will consist of at least forty (40) contact hours. **These training courses will be contemplated in the Supervision and Management Compliance Area Action Plan**.

**Training Implementation Activities:**

1.1 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of PRPD personnel to **develop ethical and professional standards and values** through and with the collaboration of the personnel from the Office of Government Ethics Ethical Judgment Development Center (CDPE, Spanish acronym). The remaining fifty percent (50%) of the PRPD personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The groups with training and re-training priority are established in the **Professionalization Action Plan**.

B. **Use of Force Compliance Area**

**Training Development Activities:**

1.1 To achieve a reduction in use-of-force incidents, promote professionalization, [achieve] equality in the provision of services, and restore the community's trust, all MPRPDs will be trained in use of force at least every two (2) years during the first four (4) years after the Agreement herein comes into effect. Thereafter, all use-of-force policies and training will be evaluated one (1) time per year so that they conform to the applicable law and generally accepted police practices. The training courses corresponding to this compliance area are detailed below:

    1.1.1    Review Training on the Use and Handling of Impact Weapons

Action Plan, Section IX. Training

     1.1.2    Review Training on the Use and Handling of Chemical Agents

     1.1.3    Develop Training Program for the Members of the Force Review Board

     1.1.4    Review Training on the Use and Handling of Service Weapons

     1.1.5    Review Training on the Use and Handling of Electronic Control Weapon

     1.1.6    Review Training on Use-of-Force Rules and Investigation Report on Use-of-Force Incidents by MPRPDs

     1.1.7    Develop Training for Force Investigation Unit

     1.1.8    Develop Multi-topic Training on the Mobilization of the Tactical Operations Unit

     1.1.9    Develop Multi-topic Training on the Mobilization of the Division of Special Weapons and Tactics ("SWAT")

     1.1.10   Develop Training on Less-Lethal Munitions and Other Technology

     1.1.11   Develop Training on Crowd Control and Incident Management for MPRPDs and Specialized Tactical Units

     1.1.12   Develop Training on Rules for the Management of Police Pursuits

     1.1.13   Develop Training on Driving Vehicles in Emergency Situations and Police Pursuits

     1.1.14   Develop Training for Patrol Dog Handlers

     1.1.15   Develop Training on the Use and Management of the Automated System to Prepare Electronic Incident Reports (this activity will be carried out in accordance with the **Equal Protection and Non-Discrimination Action Plan**)

     1.1.16   Develop Training for Behavioral and/or Mental Health Crisis Response for MPRPDs belonging to the CIT (this activity will be carried out in accordance with the **Use of Force Action Plan**), and

     1.1.17   Develop Training on Behavioral and/or Mental Health Crisis Response for MPRPDs (this activity will be carried out in accordance with the **Use of Force Action Plan**).

**Training Implementation Activities:**

1.1 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **MPRPDs**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. Groups with training and re-training priority are established in the **Use of Force Action Plan**.

Action Plan, Section IX. Training

## C. Searches and Seizures Compliance Area

**Training Development Activities:**

1.1 To achieve a reduction of civil right violation incidents, promote professionalization, achieve equality in the provision of services, and strengthen the community's trust, the PRPD will train[34] all its members on the corresponding arrest, search, and seizure policies at least every two years during the first four years after this Agreement comes into effect, and on a yearly basis thereafter. The training courses will be evaluated on a yearly basis so that they are in accordance with the applicable law and generally accepted police practices. The design of the training courses mentioned below is included and duly explained in the **Searches and Seizures Action Plan**. The Program will include, but will not be limited to, the following topics:

1.1.1   Training on General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons";

1.1.2   Training on General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to conduct Searches and Seizures."

1.1.3.   Training Program for Supervisors and High-Ranking Officers on the policies, writing techniques, and review of arrests, searches, and seizures reports.

1.1.4.   Training on General Order entitled "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" with the purpose of ensuring an effective control of the evidence from the beginning of a criminal act, to the collection thereof, until it is presented at trial. **This activity is included in the Searches and Seizures Compliance Area Action Plan**, and

1.1.5.   Training for the personnel assigned to the Command Center and Radio Control on how to use the automated system for the digital recording and storage of communications between the immediate supervisor and the MPRPD through the Command Center and Radio Control communication channels.

**Training Implementation Activities:**

1.1 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **MPRPDs**. The remaining fifty percent (50%) of the

141

---

[34] See Appendix **B** – Training Design Process.

Action Plan, Section IX. Training

MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The groups with training and re-training priority are established in the **Searches and Seizures Action Plan**.

## D.  Equal Protection and Non-Discrimination Compliance Area

### Training Development Activities

1.1 To provide police services in an equitable, respectful, and unbiased manner, with greater professionalization; promote more trust in the community; and do more crime prevention, training courses[35] will be developed for PRPD personnel based on best practices, without prejudice on the basis of race, color, ethnicity, national origin, religion, sex, age, disability, sexual orientation, gender identity, gender expression, or political beliefs or affiliation in accordance with the rights, privileges, and immunities guaranteed or protected by the Constitutions and laws of the United States and the Commonwealth. The training courses corresponding to this compliance area are detailed below:

   1.1.1   Training on the PRPD Internal Regulation to Prevent Harassment, Discrimination, and Retaliation

   1.1.2   PRPD Regulation to Establish Police Practices without Discrimination, Harassment, Improper Sexual Conduct, and Retaliation

   1.1.3   Training on Investigation of Domestic Violence Incidents

   1.1.4   Training on Investigation of Sexual Assault Incidents

   1.1.5   Training on Identification of and Intervention with People from the Transgender, Transsexual, and Intersexual Community

   1.1.6   Training on Intervention with Foreigners

   1.1.7   Training on Use of Automated System to Prepare Electronic Incident Reports (NIBRS), **as established in the Implementation Plan developed by the BT**

   1.1.8   Training on Techniques to Collect Demographic Information

   1.1.9   Training on Hate Crime Data Collection, Management, and Investigation

142

---

[35] See Appendix **B** – Training Development Process.

Action Plan, Section IX. Training

    1.1.10   Training on Investigation of Incidents at Juvenile Institutions Related to Complaints of Institutional Abuse and/or Negligence against Minors in Institutions for Juvenile Delinquents;

1.2 Multi-topic Training Program aimed at **MPRPDs** will be offered every two (2) years during the first (4) years of the Agreement, and once a year thereafter. The **core topics that will sequentially make up the training will include, but will not be limited to, the following**:

    1.2.1   constitutional rights and other legal principles related to equal protection and non-discrimination included in federal and state laws

    1.2.2   protection of civil rights as a cornerstone of the police mission

    1.2.3   suspicious, arbitrary, and stereotypical classifications

    1.2.4   unbiased police conduct

    1.2.5   community perspective on discriminatory police conduct

    1.2.6   key points and critical aspects of prohibition against discrimination that could have an effect on incidents and at operational planning levels

    1.2.7   interaction with diverse populations, including the homeless, economically disadvantaged people, and the LGBTTIQ community, among others, and

    1.2.8   methods, strategies, and techniques to reduce misunderstandings, conflicts, and complaints resulting from perception of bias or discrimination.

1.3 Training courses for P**RPD personnel belonging to the Classified System (civilian employees)**. The Program will include, but will not be limited to, the following topics:

    1.3.1   Training on PRPD Internal Regulation to Prevent Harassment, Discrimination, and Retaliation, and

    1.3.2   PRPD Regulation to Establish Police Practices free of Discrimination, Harassment, Improper Sexual Conduct, and Retaliation.

1.4 Multi-topic training aimed at **PRPD personnel belonging to Classified System (civilian employees)** will be offered every two (2) years during the first four (4) years of the Agreement, and once a year thereafter. The **core topics that will sequentially make up the training include the following:**

    1.4.1   constitutional rights and other legal principles related to equal protection and non-discrimination included in federal and state laws, such as Title VII

Action Plan, Section IX. Training

1.4.2   interaction with diverse populations, including the homeless, economically disadvantaged people, and the LGBTTIQ community, among others, and

1.4.3   methods, strategies, and techniques to reduce misunderstandings, conflicts, and complaints resulting from perception of bias or discrimination.

**Training Implementation Activities:**

1.1   Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **MPRPDs**. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The groups with training and re-training priority are established in the **Equal Protection and Non-Discrimination Action Plan**.

**E.   Recruitment, Selection, and Hiring Compliance Area**

**Training Development Activities:**

1.1   The SAEA will **develop a multi-topic training course** aimed at the personnel who will work on the various phases of the recruitment process, which will address the following topics:

1.1.1   General Order for MPRPD Recruitment (includes candidate eligibility requirements, and rules and procedures to follow in each phase of the process)

1.1.2   phases of recruitment process

1.1.3   guidance on effective recruitment interview techniques

1.1.4   applicable equal protection and non-discrimination laws, as well as generally accepted police practices

1.1.5   candidate profile

1.1.6   informational guide on recruitment process, and

1.1.7   techniques to interview members of community organizations.

144

Action Plan, Section IX. Training

1.2 The SAEA will **create a field investigations training course** together with personnel from the Office of Safety and Protection assigned to SAIC in order to train investigators on criminal record investigation techniques and PRPD candidate recruitment procedures to professionalize the personnel and restore the community's trust and help provide police services in an equitable, respectful, and unbiased manner in accordance with generally accepted police practices.

**Training Implementation Activities:**

1.1 The recruitment officer assigned by the PRPD superintendent will be the director of Division of Recruitment, who will be responsible for implementing the **General Order for the MPRPD Recruitment Program** along with a task force that includes officers with various work experiences to establish alliances with historically unrepresented groups in the PRPD. The groups with training and re-training priority are established in the **Recruitment, Selection, and Hiring Action Plan**.

**F.  Policies and Procedures Compliance Area**

**Training Development Activities:**

1.1 The Auxiliary Superintendency for Education and Training will develop a Multi-topic Training Program to train **all MPRPDs assigned to SAIC** on the law, applicable case law, and the rules and procedures to follow when conducting criminal investigations. The Program will begin with training on the following topics:

    1.1.1   criminal law

    1.1.2   rules of criminal procedure

    1.1.3   evidence law

    1.1.4   constitutional and civil rights

    1.1.5   criminal investigation techniques

    1.1.6   interview and interrogation techniques

    1.1.7   scene work

    1.1.8   court testimony

    1.1.9   criminal photography, and

    1.1.10   preparation of files and reports.

Action Plan, Section IX. Training

MPRPDs assigned to the SAIC will also take training corresponding to the following policies during the period established on the timeline

    1.1.11   General Order, Chapter 100, Section 107, entitled "Creation of the Auxiliary Superintendency for Criminal Investigations", and

    1.1.12   Operational Manual for Criminal Investigation Corps Investigator Procedures.

1.2  The Auxiliary Superintendency for Education and Training will develop a Multi-topic Training Program to train all MPRPDs **belonging to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons** about the following topics:

    1.2.1   criminal law

    1.2.2   rules of criminal procedure

    1.2.3   evidence law

    1.2.4   criminal investigation techniques

    1.2.5   interview and interrogation techniques

    1.2.6   Special Confidential Order 2010-1

    1.2.7   police corruption

    1.2.8   identification of controlled substances

    1.2.9   undercover operations

    1.2.10   controlled substance sale surveillance

    1.2.11   court testimony

    1.2.12   forensic photography and video

    1.2.13   General Order to create the "Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons", and

    1.2.14   Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow.

1.3  The Auxiliary Superintendency for Education and Training will develop a training course aimed at **all MPRPDs** on the law, applicable case law, and the rules and procedures to follow when conducting **traffic stops** in various scenarios, answering emergency calls, and inspecting motor vehicles, among others

Action Plan, Section IX. Training

1.4 The Auxiliary Superintendency for Education and Training will develop a training course aimed at **all MPRPDs** on the **Uniform Crime Reporting Handbook (NIBRS)**.

**Training Implementation Activities:**

1.1   Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) **of all MPRPDs assigned to the SAIC about topics included in the Multi-topic Program**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The Multi-topic Training Program to be implemented will be about the following topics:

1.1.1   criminal law

1.1.2   rules of criminal rrocedure

1.1.3   evidence law

1.1.4   constitutional and civil rights

1.1.5   criminal investigation techniques

1.1.6   interview and interrogation techniques

1.1.7   scene work

1.1.8   court testimony

1.1.9   criminal photography;

1.1.10   preparation of files and reports

1.1.11   General Order, Chapter 100, Section 107, entitled "Creation of the Auxiliary Superintendency for Criminal Investigations", and

1.1.12   Operations Manual for Criminal Investigation Corps Investigator Procedures.

1.2 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of all MPRPDs **assigned to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first

Action Plan, Section IX. Training

group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary Superintendency upon SAEA approval.

The Multi-topic Training Program that will be implemented will address the following topics:

1.2.1   criminal law

1.2.2   rules of criminal procedure

1.2.3   evidence law

1.2.4   criminal investigation techniques

1.2.5   interview and interrogation techniques

1.2.6   Confidential Special Order 2010-1

1.2.7   police corruption

1.2.8   identification of controlled substances

1.2.9   undercover operations

1.2.10  controlled substance sale surveillance

1.2.11  court testimony

1.2.12  forensic photography and video

1.2.13  General Order to create the "Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons", and

1.2.14  Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow.

1.3  Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **all MPRPDs** on the law, applicable case law, and the rules and procedures that must be followed when conducting **traffic stops** in various scenarios, answering emergency calls, and inspecting motor vehicles, among others. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

Action Plan, Section IX. Training

1.4 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **all MPRPDs** on the **Uniform Crime Reporting Handbook (NIBRS)**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

## G. Supervision and Management Compliance Area

**Training Development Activities:**

1.1 The SAEA will create a Multi-topic Training Program to train MPRPDs **who have passed the promotion exams from the rank of Sergeant to Captain** before they assume the responsibilities of their new rank. This Program will be designed taking into consideration the powers, responsibilities, and duties of each rank and will consist of at least forty (40) contact hours. This activity will depend on the availability of vacant positions approved to be filled according to the budget. These training courses will include the following topics, pursuant to the Agreement:

1.1.1   management

1.1.2   supervision

1.1.3   leadership

1.1.4   chain of command, and

1.1.5   equal employment opportunity (EEO). **This training is included in Objective II-1 of Training Development in the Equal Protection and Non-Discrimination Action Plan, activity 1.1, 1.1.1, and 1.1.2.**

1.2 The SAEA will create a Multi-topic Program to **train**[36] **all PRPD supervisory personnel** taking into consideration the inherent duties of each rank. This Program will be aimed at their level of supervision and management and will include the following topics:

1.2.1   techniques to guide and direct MPRPDs effectively and promote effective and ethical police practices (effective supervision)

1.2.2   reduce conflict intensity (conflict mediation)

1.2.3   evaluation of written reports (reports and forms)

---

[36] See Appendix **B** – Training Design Process.

Action Plan, Section IX. Training

    1.2.4    risk assessment and management

    1.2.5    performance evaluation process

    1.2.6    selection and annual award of outstanding employees

    1.2.7    applying appropriate, non-punitive disciplinary sanctions and corrective actions. **This activity is included in the Administrative Complaints Compliance Area Action Plan**

    1.2.8    use of the Early Identification System (EIS) to facilitate direct and effective supervision. **This training will be designed once the System is operational**

    **1.2.9**    dissemination of Public Information. This training is included in th**e Community Interaction and Public Information Compliance Area Action Plan**

    1.2.10   Procedures Manual regarding supervisor powers, duties, and responsibilities

    1.2.11   Equal Employment Opportunity (EEO). **This training is included in the Equal Protection and Non-Discrimination Action Plan, activity 1.1, 1.1.1, and 1.1.2**; and the

    1.2.12   Executive Committee Interagency Memorandum.

Every year after these trainings, the **MPRPDs with supervisory or management duties** will be trained for a minimum of forty (40) contact hours on topics based on the identified needs or trends existing at the time preceding the training.  The elements that may be incorporated include: an analysis of factors, including, but not limited to, MPRPD safety, community concerns, use of force statistics, internal affairs statistics, court decisions, and latest trends in the application of the law, as well as the feedback received from the Interagency Executive Committee and the Community Interaction Councils (CICs [Spanish acronym]), among others.

    1.3 The SAEA will create[37] a course to have its certified instructors train all PRPD personnel who carry out management and supervisory duties on the General Order and the Early Identification System (EIS) Procedures Manual.

    1.4 The SAEA will create a course to train all personnel assigned to the Inspections Division of the Auxiliary Superintendency for Professional Responsibility on the Operational and Administrative Inspections Procedures Manual, as well as on the procedures to be followed.

150

---

[37] See Appendix **B** – Training Design Process.

Action Plan, Section IX. Training

**Training Implementation Activities:**

1.1 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train one hundred percent (100%) of **MPRPDs who have passed the promotion exams** before they assume the responsibilities of their new rank. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan.

1.2 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of the MPRPDs **who perform supervisory and management duties (activities 1.3 and 1.4)** at their level of management. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary Superintendency upon SAEA approval. The groups with training and re-training priority are established in the **Supervision and Management Action Plan**.

1.3 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of MPRPDs **assigned to the Inspections Division of the Auxiliary Superintendency for Professional Responsibility on the Operational and Administrative Inspections Procedures Manual** at the level of management they perform. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

**H.  Administrative Complaints, Internal Investigations, and Discipline Compliance Area**

**Training Development Activities:**

1.1 The SAEA will create a Multi-topic Training Program to **train SARP and OLA personnel** on the procedure to receive, classify, process, and manage a complaint for improper conduct and the process of investigating administrative complaints. The Program will begin with training on the following topics:

151

Action Plan, Section IX. Training

      1.1.1   criminal law

      1.1.2   criminal procedure

      1.1.3   evidence law

      1.1.4   constitutional rights

      1.1.5   criminal investigation techniques

      1.1.6   administrative investigation techniques

      1.1.7   cybercrime

      1.1.8   scene work

      1.1.9   criminal photography, and

      1.1.10  preparation of files and reports.


1.2 After the approval of the Training Program and the incorporation of the recommendations, the SAEA will continue providing training on the topics corresponding to the following policies:

      1.2.1   training on the procedure to follow to promote collaboration from PRPD employees in the administrative complaint process when criminal proceedings have not been initiated

      1.2.2   training on the new "Regulation to Receive, Process, and Manage Administrative Complaints"

      1.2.3   training on the Administrative Complaint Investigation Procedures Manual

      1.2.4   training on the Public Information Program regarding the Filing of Administrative Complaints

      1.2.5   training on the Code of Ethics and Conduct that will be used to determine minor and major violations and impose disciplinary sanctions

      1.2.6   training for Supervisors on the Administrative Order for the Investigation, Management, and Adjudication of Minor Violations, and

      1.2.7   training on the amendments to the Controlled Substances Detection Program for Officials and Employees of the PRPD Regulations in relation to detecting anabolic steroids.

1.3 Multi-topic course to train the **personnel who perform management and supervisory duties** on the procedure supervisors are to follow when they learn that a citizen intends to file an administrative complaint, the time frames supervisors have to hand in a complaint filed for their

Action Plan, Section IX. Training

consideration, and their authority to investigate and take non-punitive corrective or disciplinary measures when they learn about minor violations of PRPD policies. The responsibilities of high-ranking officers in relation to the evaluation of the investigations, the corrective measures to be taken, and the identification of deficiencies will be part of the training, which will also include learning about the duty to document and inform the SARP about improper conduct, the consequences of refusing to accept a complaint or providing false or deceitful information about a complaint for improper conduct, and the prohibition against retaliating in any way against an MPRPD who reports improper conduct.

1.4 Multi-topic course to train **PRPD personnel** on the requirement to report any conduct perceived as improper, the consequences of refusing to accept a complaint or providing false information, their duty to cooperate with any administrative investigation pursuant to the ruling in the case of *Garrity v. New Jersey*, and the existing mechanisms to file complaints for improper conduct or report the good performance of any MPRPD.

1.5 Orientation session to inform **PRPD personnel who perform supervisory and management duties** how to manage stress to prevent critical incidents and the support and mental health services available to them and their families.

**Training Implementation Activities**

1.1 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of the PRPD personnel. The remaining fifty percent (50%) of the PRPD personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The groups with training and re-training priority are established in the **Administrative Complaints, Internal Investigations, and Discipline Action Plan**.

I.   **Community Interaction and Public Information Compliance Area**

**Training Development Activities:**

1.1 To obtain the assistance, advice, and recommendations of the members of the different

Action Plan, Section IX. Training

community sectors; restore the trust of the communities in the PRPD; and foster solid relationships with said communities, Multi-topic Seminars will be developed for the members of the Community Interaction Councils (CICs [Spanish acronym]). The design of the training courses mentioned below is included and duly explained in the **Community Interaction and Public Information Action Plan**.

1.2  The Auxiliary Superintendency for Education and Training will develop[38] Multi-topic Seminars for the members of the CICs on the following topics:

1.2.1  Agreement for the Sustainable Reform of the Puerto Rico Police Department

1.2.2  duties and Responsibilities of the community interaction councils, in accordance with GO 801

1.2.3  parliamentary procedure

1.2.4  principles of community policing

1.2.5  S.A.R.A. Problem-Solving Model

1.2.6  creation and preservation of community alliances

1.2.7  functioning of the rank system

1.2.8  PRPD organizational chart

1.2.9  duties and responsibilities of the Investigation Units, Specialized Units, Precincts, and Districts

1.2.10  duties and responsibilities of the Office of Reform, TCA, and the USDOJ

1.2.11  administrative complaint filing process

1.2.12  use of force

1.2.13  rights of the individual during searches and seizures

1.2.14  civil rights;

1.2.15  crime victim services

1.2.16  PRPD recruitment process

1.2.17  duties and responsibilities of the Community Safety Councils

1.2.18  General Plan for the Implementation of the Community Outreach and Public Information Program; and the

1.2.19  Uniform Crime Reporting Handbook (NIBRS).

154

---

[38] See Appendix **B** – Training Design Process.

Action Plan, Section IX. Training

1.3 The Auxiliary Superintendency for Education and Training will create a Multi-topic Training Program to train the MPRPDs on the principles of community policing. The Program will include the following topics:

    1.3.1    Principles of community policing

    1.3.2    S.A.R.A. Problem-Solving Model

    1.3.3    creation and continuation of community alliances

    1.3.4    identifying factors that affect quality of life and may affect criminal activity

    1.3.5    diverse populations in Puerto Rico

    1.3.6    cultural awareness and tolerance towards the communities

    1.3.7    identifying their prejudices

    1.3.8    effective meeting development

    1.3.9    basic elements of the communication process during conflict management

    1.3.10   conflict-solving strategies

    1.3.11   managing difficult conversations

    1.3.12   managing and channeling emotions, and

    1.3.13   right to freedom of expression.

1.4 The Auxiliary Superintendency for Education and Training will create a Multi-topic Training Program for the personnel who work **at the Central Press Office, in the Areas,** and **for the high-ranking officers** of the PRPD, about the dissemination of public information and about incidents or ongoing investigations from a community perspective, and said training will include practical police Q & A scenarios before the press. The Program will include the following topics:

    1.4.1    freedom of the press

    1.4.2    right to privacy

    1.4.3    defamation and libel

    1.4.4    ethics in the dissemination of information

    1.4.5    what and when something is public information

    1.4.6    importance of the media in solving criminal cases

    1.4.7    dissemination of public information in ongoing situations

    1.4.8    protecting victim and witness information

    1.4.9    drafting press releases

155

Action Plan, Section IX. Training

    1.4.10  oral communication in the media

    1.4.11  use of electronic media to disseminate public information

    1.4.12  image portrayed in the media, and

    1.4.13  media management and interviews.

1.5 The Auxiliary Superintendency for Education and Training will create training for the personnel that performs **management and supervisory** duties at the PRPD about the dissemination of public information and about incidents or ongoing investigations from a community perspective, and said training will include practical police Q & A scenarios before the press. The Program will include the following topics:

    1.5.1   freedom of the press

    1.5.2   right to privacy

    1.5.3   defamation and libel

    1.5.4   ethics in the dissemination of information

    1.5.5   what and when something is public information

    1.5.6   importance of the media in solving criminal cases

    1.5.7   dissemination of public information in ongoing situations

    1.5.8   protecting victim and witness information

    1.5.9   oral communication in the media

    1.5.10  image portrayed in the media, and

    1.5.11  media management and interviews.

**Implementation Activities**

1.1 Within the twelve (12) months following the final approval of the community policing training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of the personnel. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The groups with training and re-training priority are established in the **Public Information Action Plan**.

Action Plan, Section IX. Training

**J. Information Systems and Technology Compliance Area**

**Training Development Activities:**

1.1 Develop training for the administration, configuration, and diagnosis of radio communication equipment aimed at the personnel of the Communications Division of the Bureau of Technology and Communications of the PRPD.

1.2 Develop training for the use and handling of the radio communication equipment at the PRPD aimed at MPRPDs.

1.3 Develop training for the administration and diagnosis of the computerized systems of the PRPD aimed at the personnel of the Technology Division of the Bureau of Technology and Communications of the PRPD.

1.4 Develop training on the Handbook for the Use and Management of the Computerized Systems of the Puerto Rico Police Department aimed at MPRPDs and the employees of the classified system of the PRPD.

1.5 Develop training on the Handbook for the Use and Management of the Central Crime Information Warehouse (CIW) at the PRPD aimed at MPRPDs and the employees of the classified system of the PRPD **assigned to the Center for the Analysis of Criminal Activity and Crime Monitoring; the Criminal Intelligence Collection, Analysis, and Dissemination Center, the Crime Statistics Division, as well as for the employees who collect statistical data in the police areas and auxiliary superintendencies.**

1.6 Develop training on accessing and using **the Information Systems of the National Crime Information Center (NCIC) and the Integrated Crime Registry (ICR)** aimed at MPRPDs.

1.7 Develop training on accessing and using the criminal activity map aimed at MPRPDs.

**Training Implementation Activities:**

1.1 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **all MPRPDs and the employees assigned to the Bureau of Technology and Communications**. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the

157

Action Plan, Section IX. Training

announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon   SAEA approval. The training that will be implemented will address the following topics:

a.   use and handling of radio communications equipment

b.   use and management of the computerized systems of the PRPD.

The groups with training and re-training priority are established in the **Information Systems and Technology Action Plan**.

1.2 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **the employees assigned to the Communications Division** on the **administration, configuration, and diagnosis of radio communications equipment**. The remaining fifty percent (50%) of the **employees assigned to the Communications Division** will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

1.3 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **the employees assigned to the Technology Division** on the **administration and diagnosis of the computerized systems of the PRPD**. The remaining fifty percent (50%) of the **employees assigned to the Technology Division** will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

1.4 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **MPRPDs and the employees of the PRPD classified**

158

Action Plan, Section IX. Training

**system assigned to the Center for the Analysis of Criminal Activity and Crime Monitoring; the Criminal Intelligence Collection, Analysis, and Dissemination Center; the Crime Statistics Division; as well as the employees who collect statistical data in the police areas and auxiliary superintendencies on the Handbook for the Use and Handling of the Central Crime Information Warehouse (CIW)**. The remaining fifty percent (50%) of the MPRPDs and employees of the PRPD classified system will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

1.5 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **all MPRPDs** on the **Use and Management of the Information Systems of the National Crime Information Center (NCIC) and the Integrated Crime Registry (ICR)**. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The groups with training and re-training priority are established in the **Information Systems and Technology Action Plan**.

1.6 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **all MPRPDs** on the **Use and Management of the Crime Mapping Application**. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. The groups with training and re-training priority are established in the **Information Systems and Technology Action Plan**.

159

Action Plan, Section IX. Training

**VI. Implementation Objectives:**

1. The PRPD, together with the SAEA, will develop and implement information and technology systems to maintain complete and accurate electronic records on the curricula, teaching plans, and other materials in an accessible and organized central system. This requires assigning an internal resource to maintain the records and statistics on the training and re-training taken by each MPRPD up to date, detailed, and reliable. A training and re-training attendance report and a report on the results of the exams will be provided on a yearly basis or as needed.

**Activities:**

1.1 Develop and implement an information subsystem to maintain digitalized, complete, and accurate records on the curricula, teaching plans, and other materials used to develop training and re-training courses at the SAEA. The system will allow saving documents by category and access level. This activity is included in the **Information Systems and Technology [Compliance] Area Action Plan**.

1.2 Develop and implement an information subsystem to maintain PRPD employee records, including a uniform electronic training and re-training record, as well as certificates and up-to-date, detailed, and reliable statistics on the training and re-training courses that each PRPD employee takes. It will also include a module for training coordinators where they will be able to schedule training and re-training courses to maintain a virtual calendar covering the twelve (12) continuous months of training and re-training. The calendar will be provided on an annual basis to offer PRPD employees the training and re-training related activities needed to fulfill their functions and duties. This activity is included in the **Information Systems and Technology Area Action Plan**.

1.3 Develop and implement an information subsystem to provide online training and/or re-training with the purpose of maximizing MPRPDs' time in service and provide greater accessibility and flexibility so that MPRPDs can meet their work commitments without affecting the performance and quality of the services they provide to the citizens. This activity is included in the **Information Systems and Technology Area Action Plan**.

1.4 The Auxiliary Superintendency for Education and Training (SAEA) will develop and implement training assessment instruments to measure the performance of the teaching personnel

160

Action Plan, Section IX. Training

with the purpose of ensuring consistency with the Instructor Handbook, Lesson Plan, and Presentation to be shown in class, as well as all matters related to the progress of the cadets by means of the following:

1.4.1    the creation of teaching and cadet evaluation questionnaires

1.4.2    faculty evaluations, and

1.4.3    faculty information and professional development forms.

**VII.    Self-Assessment Objectives:**

1. To ensure that police services have been provided in an equitable, respectful, and unbiased manner; guarantee that PRPD personnel are being trained in accordance with the policies and approved training materials; and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and to identify aspects that need to be corrected and improved. (Table 14)

**Activities:**

1.1 The PRPD, through the Office of Reform, will evaluate the effectiveness of the rules and procedures adopted in its policies and the knowledge acquired in the training of PRPD employees. The results of these evaluations will be analyzed to measure the level of knowledge, attitudes, aptitudes, and abilities, identify if there is a substantial deficiency, and, if necessary, take the corrective actions in the policies, training, and re-training so that the procedures adopted are feasible, operationally enforceable, and sustainable. This activity will be conducted through an Evaluation Protocol on Compliance with Best Practices in Operational Programs, which will help measure the effectiveness of the rules and training of PRPD employees by reviewing documents, forms, policies, and procedures related to arrests, traffic stops, searches, property seizures, and administrative complaints with the purpose of ensuring that police services are provided in an equitable, respectful, and unbiased manner; attaining ongoing professionalization of MPRPDs; strengthening the community's trust; and effectively preventing crime, based on generally accepted police practices and without prejudice on the basis of race, color, ethnicity, national origin, religion, sex, age, disability, sexual orientation, gender identity or gender expression, or political beliefs or affiliation

161

Action Plan, Section IX. Training

and pursuant to the rights, privileges, and immunities guaranteed or protected by the Constitutions and laws of the United States and the Commonwealth of Puerto Rico. **The development of this Protocol will be part of the Equal Protection and Non-discrimination Compliance Area Action Plan**.

1.2 The PRPD, through the Office of the Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, training courses it provides, starting with Zones of Excellence and gradually continuing through all thirteen (13) police areas and auxiliary superintendencies.

    a.    Using the training plan and training announcement issued by the SAEA for each of the courses to identify their start date, the time police areas and the corresponding auxiliary superintendencies have to complete the training, and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and auxiliary superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be provided. The Office of Reform will verify that MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course.

    b.    Conducting random visits to each of the thirteen (13) police areas and auxiliary superintendencies using the training plan approved by the SAEA for each of the training courses developed for this Compliance Area to guarantee that the PRPD personnel are being trained in accordance with the syllabi, instructor handbooks, presentations, and assessment methodology approved by the TCA.

    c.    Conducting random visits to the Auxiliary Superintendency for Education and Training (SAEA) to check that the training records of the sworn and classified personnel, the curricula, and the lesson plans, among others, are maintained digitalized, centralized, updated, complete, and accurate and that the training records contain the course description and duration, curriculum, location of the training, and name of the instructor, among other details.

Action Plan, Section IX. Training

| Requirement(s) | 133, 134, 232, and 233 |
|---|---|
| Entities Responsible | OR |
| Collaborators | Auxiliary superintendencies, police areas, Districts, Divisions, and Units of the PRPD |
| Resources | Internal human resources |
| Due Date | Not applicable |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 14

## VIII.   Budget:

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$797,920**. The corresponding appendices, detailing the projected expense per item[39] during the fiscal years included in this Action Plan, are enclosed.

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature

## IX.   Revision of the Action Plan:

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

163

---

[39] See Appendix **K** – Projected Budget by Expense Item.

Puerto Rico Police Department
Office of Reform
Requirements 117 - 134 - Section IX - Training
Consolidated Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Items** | | | | | | | | | | |
| Payroll and Related Costs | 001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 774,680 | - | 774,680 | - | - | - | 774,680 | - | 774,680 |
| Other Expenses | 007 | 23,240 | - | 23,240 | - | - | - | 23,240 | - | 23,240 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | - | - | - | - | - | - | - | - | - |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| **TOTAL** | | $ 797,920 | $ - | $ 797,920 | $ - | $ - | $ - | $ 797,920 | $ - | $ 797,920 |

164

**Action Plan**

**Section X. Supervision and Management**

**Requirements: 135 to 158**

**Compliance Area Summary**:

Pursuant to the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the goal of the Supervision and Management Compliance Area is to provide guidelines and training for the professional development of every supervisor, and confer the necessary instruments to ensure the direct and effective supervision of each MPRPD. Similarly, this Compliance Area will establish the deployment of a sufficient number of qualified supervisors to issue appropriate orders to the personnel under their charge that will lead them to offer services in a respectful and unbiased manner and strengthen the community's trust in the PRPD. The PRPD will develop and implement an information system for the prevention, identification, and early correction of improper conduct, thus supporting the supervision and management of their personnel. Additionally, it will improve its systems to accurately evaluate the qualifications and performance of all of its employees in critical areas related to this Agreement.  Processes will be established to conduct internal audits and inspections in order to identify operational deficiencies and implement effective corrective measures. The PRPD will conduct special investigations of integrity to promote and ensure that the MPRPDs perform in accordance with the highest ethical and professional standards.

**I.   Policy and Procedure Development Objectives**:

1.   Policies and procedures will be developed[1] for the PRPD to establish the specific rules and processes that will direct supervisors to fulfill their duties, and to prevent, identify, and correct misconduct. These policies and procedures will serve as guidelines for the professional development of the personnel in charge of directly supervising MPRPDs, and will enable close and effective supervision that is effective and consistent with generally accepted police practices. These policies will be reviewed annually during the first three (3) years following the appointment of the TCA, and every two

---

[1] See Appendix **A** – Policy and Procedure Development Process.

Action Plan Section X. Supervision and Management

(2) years thereafter. Similarly, each policy or procedure will also be reviewed as soon as a substantial deficiency in the same is reported.

**Activities**:

1.1. Collaborate in the development of the **General Order on Detailed Job Description by Rank** and in establishing the requirements for the position of supervisor, clearly defining supervisor duties, responsibilities, and minimum qualifications in accordance with generally accepted police practices. This policy will form part of the **Professionalization Compliance Area Action Plan.**

1.2. Develop a **General Order on Supervisor Powers, Duties, and Responsibilities** establishing guidelines and clear strategies for effective and efficient supervision and management. (Table 1)

| Requirement(s) | 13, 15, 81, 113, 135-144 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SASG (BHR), SAOC, SAIC, SARP |
| Resources | Professional Services – Attorney; Internal Resources |
| Due Date | October 2016 |
| Obstacles | 1. Public Law 66, the P.R. Fiscal Sustainability Act, freezes vacant positions and limits personnel appointments and promotions.<br>2. Hiring process requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. Allocate budget from Reform compliance funds.<br>2. Obtain approval of an expedited resource-hiring process mutually agreed upon among the agencies. |

Table 1

2. In order to ensure that police services are offered in an equitable, respectful, and unbiased manner, and to strengthen the community's trust, **the performance evaluation process** will be reviewed. The purpose of this review will be to establish objective criteria for the evaluation of employee qualifications and performance, and for measuring their performance, professional development, and continuous improvement, as well as the achievement of their individual goals based on the attainment of the objectives of the organization. This evaluation system will provide appropriate disciplinary or corrective actions.

Action Plan, Section X. Supervision and Management

**Activities**:

2.1. Collaborate in the review of Regulation No. 4216, entitled "Puerto Rico Police Department Personnel Regulation", Article 13, Section 14.2, and adapt the general rules that will govern the Performance Evaluation System for the Employees of the PRPD to the requirements provided in the Agreement for the Sustainable Reform. This policy will form part of the **Policies and Procedures Compliance Area Action Plan**.

2.2. Review General Order 2008-3, entitled "Rules and Procedures for the Evaluation of the Members of the Police and Classified Personnel", to establish a specific system for accurately evaluating the performance of all PRPD employees. (Table 2)

| Requirement(s) | 145 and 146 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SASG (BHR- Evaluation Division, BT), SAOC, SAEA, SARP |
| Resources | Professional Services – Attorney; Internal Resources |
| Due Date | December 2016 |
| Obstacles | 1. Public Law 66, the P.R. Fiscal Sustainability Act, freezes vacant positions and limits personnel appointments and promotions.<br>2. Hiring process requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. Allocate budget from Reform compliance funds.<br>2. Obtain approval of an expedited resource-hiring process mutually agreed upon among the agencies. |

Table 2

3. To promote ethical and professional police practices, and prevent, identify, and anticipate improper conduct, the PRPD will develop a **system to support effective personnel supervision and management**.

**Activities**:

3.1. Develop a **General Order for the Creation of the Early Identification System** to establish procedures to support effective supervision and management that identifies risk conduct patterns in the employees of the Rank System and the Classified System, as well as to prevent and correct improper conduct. (Table 3)

Action Plan, Section X. Supervision and Management

| Requirement(s) | 147-153 and 218 |
|---|---|
| Entities | OR and OS. |
| Collaborators | OR, SASG (BT and BHR), SAEA, SARP, OLA |
| Resources | Professional Services – Attorney; Internal Resources |
| Due Date | October 2017 |
| Obstacles | The Early Identification System is in the process of being developed and should be implemented in the next 36 months. |
| Solutions | Obtaining the time needed for implementation. |

Table 3

3.2. Develop a **Procedures Manual for the Use of the Early Identification System** that establishes the correct way to operate the system and analyze the data obtained. (Table 4)

| Requirement(s) | 147-153 and 218 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SARP, SASG (BT, BHR), SAEA, OLA |
| Resources | Professional Services – Attorney; Internal Resources |
| Due Date | November 2017 |
| Obstacles | 1. Public Law 66, the P.R. Fiscal Sustainability Act, freezes vacant positions and limits personnel appointments and promotions.<br>2. Hiring process requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. Allocate budget from Reform compliance funds.<br>2. Obtain approval of an expedited resource-hiring process mutually agreed upon among the agencies. |

Table 4

4. In order to continuously improve and promote ethical and professional police practices that guarantee the rights protected by federal and state law, a Procedures Manual with **Guidelines for Operational and Administrative Inspections** will be developed. These will be the guidelines of the Inspections Division of the Auxiliary Superintendency for Professional Responsibility that will ensure compliance with established policies and procedures, identify administrative and operational deficiencies, study the causes of same, and establish effective corrective policy or disciplinary measures.

**Activities**:

4.1. Review General Order No. 2010-1, entitled "Reorganization of the Internal Audit Office" to ensure the establishment of an internal audit system that identifies administrative and operational deficiencies, analyzes contributing causes and factors, and for effective measures to be implemented. (Table 5)

Action Plan, Section X. Supervision and Management

| Requirement(s) | 154-156 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SARP, OAI and SASG (BT) |
| Resources | Professional Services – Attorney; Internal Resources |
| Due Date | July 2016 |
| Obstacles | 1. Public Law 66, the P.R. Fiscal Sustainability Act, freezes vacant positions and limits personnel appointments and promotions.<br>2. Hiring process requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. Allocate budget from Reform compliance funds.<br>2. Obtain approval of an expedited resource-hiring process mutually agreed upon among the agencies. |

Table 5

4.2. Develop a Procedures Manual establishing **Guidelines for Operational and Administrative Inspections**, and ensure that all offices and divisions of the PRPD receive the proper level of services based on generally accepted police practices, seek operational efficiency, internal control, and promote a culture of organizational responsibility and improvement. This responsibility will rest with the Inspections Division of the Auxiliary Superintendency for Professional Responsibility. (Table 6)

| Requirement(s) | 154-156 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SARP, SASG, OLA |
| Resources | Professional Services – Attorney; Internal Resources |
| Due Date | August 2016 |
| Obstacles | 1. Public Law 66, the P.R. Fiscal Sustainability Act, freezes vacant positions and limits personnel appointments and promotions.<br>2. Hiring process requires approval of government agencies and could take 60 to 90 days. |
| Solutions | 1. Allocate budget from Reform compliance funds.<br>2. Obtain approval of an expedited resource-hiring process mutually agreed upon among the agencies. |

Table 6

5. In order to obtain the professionalization of the MPRPDs, guarantee the citizens' civil rights, equality in the provision of services, and to restore the community's trust, an **Executive Coordination Committee**, made up of representatives of the federal and state justice systems, the Administrative Office of the Courts, the Auxiliary Superintendency for Education and Training (SAEA), the Municipal Police Commissioners, and high-ranking officers of the PRPD, will be established. This Committee will provide quarterly feedback on different aspects of the functioning of the criminal justice system, such as, but not limited to,

Action Plan Section X. Supervision and Management

the quality of the investigations, the way in which arrests are made, and the testimony offered in court, so as to identify improper conduct or performance problems by the MPRPDs.

**Activities**:

5.1. Develop an Interagency Memorandum among the PRPD, the federal and state justice systems, the Administrative Office of the Courts, the Municipal Police Commissioners to establish the Executive Coordination Committee. (Table 7)

| Requirement(s) | 73 and 158 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SAOC, SARP, SAIC, SASG, SAEA, AOC, PRDOJ, USDOJ, and Municipal Police |
| Resources | Professional Services – Existing Attorneys; Internal Resources |
| Due Date | July 2016 |
| Obstacles | The Agreement does not force the federal agencies, Municipal Police departments, or the Administrative Office of the Courts to offer feedback or be part of the Committee. |
| Solutions | Establish collaborative agreements with the entities that will be part of the Committee in light of the Agreement for the Sustainable Reform. |

Table 7

**II. Training Development Objectives**:

1. In order to professionalize the supervisory and management personnel, training will be developed to provide the necessary resources for supervision that is effective, direct, and in accordance with federal and state laws, as well as with generally-accepted police practices. Each supervisor will receive training on supervision, leadership, and the inherent responsibilities of his or her rank. Additionally, MPRPDs that have passed promotional exams before assuming their duties will be trained as established in the Agreement.

**Activities**:

1.1. The SAEA will create a course aimed at training all supervisory personnel and all MPRPDs on equal employment opportunity. **This training is included in the Equal Protection and Non-Discrimination Action Plan.**

1.2. The SAEA will create a Multi-Topic Training Program to train MPRPDs **who have passed the promotional exams from the rank of Sergeant to**

Action Plan Section X. Supervision and Management

**Captain** before they assume the responsibilities of their new rank. This Program will be designed taking into consideration the powers, responsibilities, and duties of each rank and will consist of at least forty (40) contact hours. This activity will depend on the availability of vacant positions approved to be filled according to the budget.  These training courses will include the following topics, pursuant to the Agreement: (Table 8)

1.1.1. management

1.1.2. supervision

1.1.3. leadership

1.1.4. chain of command, and

1.1.5. Equal Employment Opportunity (EEO). This **training is included in the Equal Protection and Non-Discrimination Action Plan activity 1.1, 1.1.1, and 1.1.2**.

| Requirement(s) | 22-24, 36-39 and 141 |
|---|---|
| Entities | SAEA |
| Collaborators | SARP, SAOC, SAIC, SASG, OR, OS (Promotions Examination Board) |
| Resources | External consultation for the design of the training syllabus; Internal Resources - training instructors |
| Due Date | **Session I Sergeants**: October 2015<br>**Session II: Captain and Lieutenant I**: December 2015<br>**Session III: Lieutenant II**: January 2016 |
| Obstacles | 1. Collaboration of internal experts assigned to SAOC and SAIC is needed to design these training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, ongoing investigations, and leaves of absence.<br>2. Instructors cannot discharge their dual responsibility to SAEA and SARP, SAOC, or SAIC. |
| Solutions | 1. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months.<br>2. Auxiliary superintendents will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 8

1.3. The SAEA will create a Multi-Topic Training Program to **train[2] all PRPD supervisory personnel,** taking into consideration the inherent duties of each rank. This Program will

---

[2] See Appendix **B** – Training Design Process.

Action Plan Section X. Supervision and Management

be aimed at their level of supervision and management and will include the following topics: (Table 9)

1.3.1.   techniques to effectively guide and direct the MPRPDs and promote effective and ethical police practices (effective supervision)

1.3.2.   reduce the intensity of a conflict (conflict mediation)

1.3.3.   evaluation of written reports (reports and forms)

1.3.4.   investigation of use of force by MPRPDs.

1.3.5.   responding to and investigating allegations of improper conduct by an MPRPD.

1.3.6.   risk assessment and management

1.3.7.   performance evaluation process

1.3.8.   selection and annual award of outstanding employees

1.3.9.   applying appropriate disciplinary sanctions and non-punitive corrective actions. This activity is included in the Administrative Complaints Compliance Area Action Plan.

1.3.10. Uue of the Early Identification System (EIS) to facilitate direct and effective supervision. This training will be designed once the System is running

1.3.11. dissemination of public information. This training is included in the Community Interaction and Public Information Compliance Area Action Plan.

1.3.12. procedures manual regarding supervisor powers, duties, and responsibilities.

1.3.13. Equal Employment Opportunity (EEO). This training is included in the Equal Protection and Non-Discrimination Action Plan activity 1.1, 1.1.1, and 1.1.2.

1.3.14. Executive Committee Interagency Memorandum

| Requirement(s) | 22-24, 36-39 and 143-145 |
|---|---|
| Entities | SAEA |
| Collaborators | SARP, SAOC, SAIC, SASG, OR |
| Resources | External consultation for the design of the training syllabus; Internal Resources - training instructors |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |

172

Action Plan Section X. Supervision and Management

| | |
|---|---|
| **Obstacles** | 1. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time. |
| | 2. Collaboration of internal experts assigned to SARP, SAOC and SAIC is needed to design these training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, ongoing investigations, and leaves of absence. |
| | 3. Instructors cannot discharge their dual responsibility to SAEA and SARP, SAOC, or SAIC. |
| **Solutions** | 1. Training courses will be postponed during election-related events and will resume once they conclude. |
| | 2. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months. |
| | 3. Auxiliary superintendents will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 9

1.4. Every year after these trainings, the MPPR **with supervisory or management duties** will be trained for a minimum of forty (40) contact hours on topics based on the identified needs or trends existing at the time prior to the training.  The elements that may be incorporated include: an analysis of factors, including, but not limited to, MPRPD safety, community concerns, use of force statistics, internal affairs statistics, court decisions, and latest trends in the application of the law; as well as the feedback received from the Interagency Executive Committee and the community interaction councils, among others. (Table 10)

| | |
|---|---|
| **Requirement(s)** | 22-24, 36-39, 131,141, 142 and 143 |
| **Entities** | SAEA |
| **Collaborators** | SAOC, SAIC, SARP, SASG (BHR), OS, OR |
| **Resources** | External consultation for the design of the training syllabus; Internal Resources; SAOC (training coordinators) |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| **Obstacles** | 1. Collaboration of internal experts assigned to SARP, SAOC and SAIC is needed to design these training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, ongoing investigations, and leaves of absence. |

Action Plan Section X. Supervision and Management

|  | 2. Instructors cannot discharge their dual responsibility to SAEA and SARP, SAOC, or SAIC. |
|---|---|
| Solutions | 1. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months.<br>2. Auxiliary superintendents will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 10

2. Training on the **General Order and Procedures Manual for the Early Identification System** will be provided to all supervisory personnel of the PRPD, in order to support effective personnel supervision and management, and so that supervisors may identify, prevent, and correct any problematic and inappropriate conduct by MPRPDs. This will contribute to the achievement of ethical police practices and to the continuous professional development of all MPRPDs in order to strengthen community trust.

**Activities**:

2.1. The SAEA will create a course to train all MPRPDs who carry out supervisory and management duties on the General Order and the Procedures Manual for the Early Identification System (EIS) through certified instructors. (Table 11)

| Requirement(s) | 22-24, 36-39, 131, 141, 142, 143, 147-153 |
|---|---|
| Entities | SAEA |
| Collaborators | SAOC, SAIC, SARP, SASG (BHR), OS, OR |
| Resources | External consultation for the design of the training syllabus; Internal Resources; SAOC (training coordinators) |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Collaboration of internal experts assigned to SARP, SAOC and SAIC is needed to design these training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, ongoing investigations, and leaves of absence.<br>2.  Instructors cannot discharge their dual responsibility to SAEA and SARP, SAOC, or SAIC. |
| Solutions | 1. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months.<br>2. Auxiliary superintendents will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 11

174

Action Plan Section X. Supervision and Management

3.  In order to guarantee the rendering of appropriate levels of services based on ethical and professional police practices, training will be provided to the MPRPDs in charge of performing **Operational and Administrative Inspections.**

   **Activities**

   3.1. The SAEA will create a course to train all personnel assigned to the Inspections Division of the Auxiliary Superintendency for Professional Responsibility on the Operational and Administrative Inspections Procedures Manual, as well as on the procedures to be followed. (Table 12)

| | |
|---|---|
| **Requirement(s)** | 154 -156 |
| **Entities** | SAEA |
| **Collaborators** | SARP (NAI), SASG, SAIC, SAOC, OS, OR, OLA |
| **Resources** | External consultation for the design of the training syllabus; Internal Resources; SAOC (training coordinators) |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| **Obstacles** | 1. Public Law 66, the P.R. Fiscal Sustainability Act, freezes vacant positions and limits personnel appointments and promotions.<br>2. Hiring process requires approval of government agencies and could take 60 to 90 days. |
| **Solutions** | 1. Allocate budget from Reform compliance funds.<br>2. Obtain approval of an expedited resource-hiring process mutually agreed upon among the agencies. |

Table 12

## III. Implementation Objectives:

1.  In order to ensure that supervisory personnel fulfill their duties efficiently and effectively, training will be implemented[3] to provide them with the necessary instructions and clear guidelines. Additionally, training will be provided to **all MPRPDs who pass the promotional exams**, in accordance with the applicable state and federal laws, and with the generally accepted police practices. To meet this objective, the Supervision, Administration, and Leadership School (SALS) was established as part of the SAEA for the professional development of supervisors.

   **Activities**:

---

3 See Appendix **C** – Training Implementation Process.

175

Action Plan Section X. Supervision and Management

1.1. Within the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train one hundred percent (100%) **of all MPRPDs who have passed the promotional exams** before they assume the responsibilities of their new ranks, through certified instructors. Training will begin in accordance with the date indicated in the announcement issued by the SAEA and the training plan. (Table 13)

| Requirement(s) | 117, 141, 142 and 143 |
|---|---|
| Entities | SAEA, OS (Promotions Examining Board) |
| Collaborators | SARP, OR, PRDOJ, SAOC, SAIC, SARP, PRDOJ |
| Resources | Internal Resources, External Resources, collaboration of the PRDOJ. |
| Due Date | **Session I Sergeants**: October 2015<br>**Session II: Captain and Lieutenant I**: December 2015<br>**Session III: Lieutenant II**: January 2016 |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable. |

Table 13

1.2. Within the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train one hundred percent (50%) **of all MPRPDs who perform supervisory and management duties** at their level of supervision, through instructors it has certified. The remaining fifty percent (50%) of the personnel will be trained during the following twelve (12) months, once the training of the first group has been completed. Training will begin in accordance with the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 14)

| Requirement(s) | 21-24, 36-39, 143,144,145 |
|---|---|
| Entities | SAEA |
| Collaborators | SARP, SAOC, SAIC, SASG, OR |
| Resources | Internal Resources (training instructors) |
| Due Date | The trainings will be implemented as stated in **Appendix C**– Training Implementation Process. |
| Obstacles | 1. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time.<br>2. Collaboration of internal experts assigned to SARP, SAOC and SAIC is needed to design these training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as |

Action Plan Section X. Supervision and Management

|  |  |
|---|---|
|  | such as strikes, general elections, natural disasters, ongoing investigations, and leaves of absence.<br>3. Instructors cannot discharge their dual responsibility to SAEA and SARP, SAOC, or SAIC. |
| **Solutions** | 1. Training courses will be postponed during election-related events and will resume once they conclude; required additional time will be granted.<br>2. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months.<br>3. Auxiliary superintendents will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 14

1.3. The PRPD will begin by training the MPRPDs **who are first responders**:

  1.3.1. personnel assigned to the Zones of Excellence (SAOC)

  1.3.2. districts, precincts, posts (SAOC). The priority of each one will be based on the following:

    1.3.2.1. number of use-of-force incidents per location

    1.3.2.2. number of domestic violence incidents per location

    1.3.2.3. number of interventions with intoxicated people

    1.3.2.4. number of traffic stops

    1.3.2.5. number of arrests made

    1.3.2.6. administrative complaints for the following: violations of civil rights, sexual harassment, discrimination, assault or unjustified use of force, physical or psychological coercion

    1.3.2.7. assault against an MPRPD

    1.3.2.8. number of mass protests, and

    1.3.2.9. distance from support units.

  1.3.3. Motorized Unit (SAOC).

  1.3.4. Bureau of Highway and Traffic Patrols (SAOC)

  1.3.5. Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

Action Plan Section X. Supervision and Management

1.4. The PRPD will continue to give training priority to the **MPRPDs who are first responders** and who belong to the following divisions and units:

1.4.1.   personnel assigned to the Office of the Superintendent

1.4.2.   Division of Tactical Operations (DTO) (SAOC)

1.4.3.   Division of Special Weapons and Tactics (SWAT) (SAOC)

1.4.4.   Bureau of Vehicle Theft Investigations (SAIC)

1.4.5.   Arrests and Extraditions Division (SAIC)

1.4.6.   Use-of-Force Investigations Division (FIU) (SARP)

1.4.7.   members of joint forces  (SAIC)

1.4.8.   Canine Division (SAIC)

1.4.9.   remaining personnel of the Auxiliary Superintendency for Field Operations

1.4.10. remaining personnel of the Auxiliary Superintendency for Criminal Investigations

1.4.11.  Auxiliary Superintendency for Professional Responsibility

1.4.12. Auxiliary Superintendency for the La Fortaleza Police

1.4.13. Auxiliary Superintendency for Education and Training, and

1.4.14. Auxiliary Superintendency for Managerial Services.

1.5. Within the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train one hundred percent (50%) of the MPRPDs that perform supervisory or administrative duties on **the Performance Evaluation System for the MPRPDs** through instructors it has certified. The remaining fifty percent (50%) of the personnel will be trained during the following twelve (12) months, once the training of the first group has been completed. Training will begin in accordance with the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 15)

| Requirement(s) | 117, 141-149, 151, 154-155 and 157 |
|---|---|
| Entities | SAEA |
| Collaborators | SAIC, SAOC, SARP, SASG (BT) |

178

Action Plan Section X. Supervision and Management

| Resources | Internal Resources, certified instructors, and technology coordinators |
|---|---|
| Due Date | The trainings will be implemented as stated in **Appendix C**– Training Implementation Process. |
| Obstacles | 1. Public Law No. 78-2011, as amended, known as the "Commonwealth of Puerto Rico Elections Act," establishes that primaries will be held on the first Sunday of June 2016 and general elections on November 8, 2016. MPRPDs will be assigned to protect all phases entailed in holding primaries and general elections during said time.<br>2. Collaboration of internal experts assigned to SAOC and SAIC is needed to design these training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, ongoing investigations, and leaves of absence.<br>3. Instructors cannot discharge their dual responsibility to SAEA and SARP, SAOC, or SAIC. |
| Solutions | 1. Training courses will be postponed during election-related events and will resume once they conclude; required additional time will be granted.<br>2. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months.<br>3. Auxiliary superintendents will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 15

1.6. The PRPD will begin by training the MPRPDs **who are first responders**:

   1.6.1. personnel assigned to the Zones of Excellence (SAOC)

   1.6.2. districts, precincts, posts (SAOC). The priority of each one will be based on the following:

      1.6.2.1. number of use-of-force incidents per location

      1.6.2.2. number of domestic violence incidents per location

      1.6.2.3. number of interventions with intoxicated people

      1.6.2.4. number of traffic stops

      1.6.2.5. number of arrests made

      1.6.2.6. administrative complaints for the following: violations of civil rights, sexual harassment, discrimination, assault or unjustified use of force, physical or psychological coercion

      1.6.2.7. assault against an MPRPD

      1.6.2.8. number of mass protests

      1.6.2.9. distance from support units

Action Plan Section X. Supervision and Management

      1.6.2.10.  Motorized Unit (SAOC), and

      1.6.2.11.  Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

1.7. The PRPD will continue to give training priority to the MPRPDs **who are first responders** and who belong to the following divisions and units:

    1.7.1.   personnel assigned to the Office of the Superintendent

    1.7.2.   Division of Tactical Operations (DTO) (SAOC)

    1.7.3.   Division of Special Weapons and Tactics (SWAT) (SAOC)

    1.7.4.   Bureau of Highway and Traffic Patrols (SAOC)

    1.7.5.   Bureau of Vehicle Theft Investigations (SAIC)

    1.7.6.   Arrests and Extraditions Division (SAIC)

    1.7.7.   Use-of-Force Investigations Division (FIU) (SARP)

    1.7.8.   members of joint forces  (SAIC)

    1.7.9.   Canine Division (SAIC)

    1.7.10.  remaining personnel of the Auxiliary Superintendency for Field Operations

    1.7.11.  remaining personnel of the Auxiliary Superintendency for Criminal Investigations

    1.7.12.  Auxiliary Superintendency for Professional Responsibility

    1.7.13.  Auxiliary Superintendency for the La Fortaleza Police

    1.7.14.  Auxiliary Superintendency for Education and Training

    1.7.15.  Auxiliary Superintendency for Managerial Services.

1.8. Within the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train fifty percent (50%) of the employees that perform supervisory or administrative duties on **the Early Identification System (EIS) Procedures Manual and General Order** through instructors it has certified. The remaining fifty percent (50%) of the personnel will be trained during the following twelve (12) months, once the training of the first group has been completed. Training will begin in accordance with the date indicated in the

Action Plan Section X. Supervision and Management

announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

1.9. The PRPD will begin by training the MPRPDs **who are first responders**:

    1.9.1.   personnel assigned to the Zones of Excellence (SAOC)

    1.9.2.   districts, precincts, posts (SAOC). The priority of each one will be based on the following: (Table 16)

        1.9.2.1.  number of use-of-force incidents per location

        1.9.2.2.  number of domestic violence incidents per location

        1.9.2.3.  number of interventions with intoxicated people

        1.9.2.4.  number of traffic stops

        1.9.2.5.  number of arrests made

        1.9.2.6.  administrative complaints for the following: violations of civil rights, sexual harassment, discrimination, assault or unjustified use of force, physical or psychological coercion

        1.9.2.7.  assault against an MPRPD

        1.9.2.8.  number of mass protests, and

        1.9.2.9.  distance from support units.

    1.9.3.   Motorized Unit (SAOC).

    1.9.4.   Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

    1.9.5.   The PRPD will continue to give training priority to the MPRPDs who are first responders and who belong to the following divisions and units:

    1.9.6.   personnel assigned to the Office of the Superintendent

    1.9.7.   Division of Tactical Operations (DTO) (SAOC)

    1.9.8.   Division of Special Weapons and Tactics (SWAT) (SAOC)

    1.9.9.   Bureau of Highway and Traffic Patrols (SAOC)

    1.9.10.  Bureau of Vehicle Theft Investigations (SAIC)

    1.9.11.  Arrests and Extraditions Division (SAIC)

    1.9.12.  Use-of-Force Investigations Division (FIU) (SARP)

Action Plan Section X. Supervision and Management

1.9.13.  members of joint forces  (SAIC)

1.9.14.  Canine Division (SAIC)

1.9.15.  remaining personnel of the Auxiliary Superintendency for Field Operations

1.9.16.  remaining personnel of the Auxiliary Superintendency for Criminal Investigations

1.9.17.  Auxiliary Superintendency for Professional Responsibility

1.9.18.  Auxiliary Superintendency for the La Fortaleza Police

1.9.19.  Auxiliary Superintendency for Education and Training

1.9.20.  Auxiliary Superintendency for Managerial Services.

| | |
|---|---|
| **Requirement(s)** | 117, 141-149, 151, 154, 155 and 157 |
| **Entities** | SAEA |
| **Collaborators** | SAIC, SAOC, SARP, SASG (TB) |
| **Resources** | Internal Resources, certified instructors, and technology coordinators |
| **Due Date** | The trainings will be implemented as stated in **Appendix C**– Training Implementation Process. |
| **Obstacles** | 1. Collaboration of internal experts assigned to SARP, SAOC and SAIC is needed to design these training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, ongoing investigations, and leaves of absence.<br>2. Instructors cannot discharge their dual responsibility to SAEA and SARP, SAOC, or SAIC. |
| **Solutions** | 1. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months.<br>2. Auxiliary superintendents will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 16

1.10.  Within the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train one hundred percent (100%) of the personnel assigned to the **Inspections Division of the Auxiliary Superintendency for Professional Responsibility, on the Operational and Administrative Inspections Manual,** through certified instructors. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan. (Table 17)

Action Plan Section X. Supervision and Management

| Requirement(s) | 154-157 |
|---|---|
| Entities | SAEA, SARP |
| Collaborators | OS, OR, SAOC, SAIC, SAPF, SASG |
| Resources | Internal Resources and SARP (training coordinators) |
| Due Date | The trainings will be implemented as stated in **Appendix C**– Training Implementation Process. |
| Obstacles | 1. Collaboration of internal experts assigned to SARP, SAOC and SAIC is needed to design these training courses. Therefore, temporary assignment of said resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, ongoing investigations, and leaves of absence.<br>2. Instructors cannot discharge their dual responsibility to SAEA and SARP, SAOC, or SAIC. |
| Solutions | 1. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months.<br>2. Auxiliary superintendents will establish a Work Plan to mitigate the impact of the training and complete the operational work and to discharge the responsibilities assumed by SAEA. |

Table 17

2. In order to establish agile and effective processes that will allow for the continuous and permanent improvement of the employees of the PRPD, a **Performance Evaluation System** will be implemented to measure their actions in a uniform and objective way. This evaluation system shall provide appropriate disciplinary or corrective action that will contribute to the professional and ethical rendering of services.

**Activities**:

2.1. The PRPD will develop an automated **Performance Evaluation System** that will enable the personal and professional development of its employees in order to achieve the goals set forth in its policies and procedures and to see whether the evaluated employees meet the expected performance and conduct standards. **This activity will form part of the Information and Technology Systems Compliance Area Action Plan**.

3. The PRPD will implement through the SARP **an Operational and Administrative Inspections System** whereby it will conduct field operations to ensure that all PRPD work units and personnel are complying with the established policies and procedures.

183

Action Plan Section X. Supervision and Management

Among other factors, operational and administrative deficiencies as well as human and equipment resource needs will be identified, and recommendations will be made for possible corrective measures in order to address the identified deficiencies.

**Activities**

3.1. Develop a plan to organize and conduct inspections whereby the operational and administrative deficiencies of the different inspected work units of the PRPD are identified and the contributing causes are studied (Table 18).

3.2. Implement the periodic, specific, and random Inspections Plan to ensure that all work units and personnel are complying with the policies and procedures established by the PRPD; identify operational and administrative deficiencies; and recommend potential corrective measures to address the deficiencies identified. (Table 18)

| Requirement(s) | 154, 155 and 156 |
|---|---|
| Entities | OS, SARP |
| Collaborators | OR, SAOC, SAIC, AOC, PRDOJ, OLA, AOC and USDOJ |
| Resources | Internal Resources and SARP |
| Due Date | Six (6) months after the policy takes effect. |
| Obstacles | 1. Limitations in terms of Human Resources to fill these positions and their qualifications to fill them could delay the implementation process.<br>2. This work section does not currently exist in the SARP. |
| Solutions | 1. Announcements to hire personnel who meet the requirements to belong to this work unit and the time needed to meet this requirement is granted.<br>2. Create the work unit in the SARP. |

Table 18

4. In order to maintain the highest standards in police practices, offer excellent services to citizens, obtain feedback and information to improve the Puerto Rico criminal justice system, the PRPD will establish an **Executive Coordination Committee** made up of high-ranking officers, representatives of the federal and state criminal justice systems, the courts, prosecutors, municipal police departments, and the SAEA. This Committee will meet on a quarterly basis.

**Activities**:

4.1. Designate the representatives of each Executive Coordination Committee. (Table 19)

184

Action Plan Section X. Supervision and Management

| Requirement(s) | 158 |
|---|---|
| Entities | OS, OR |
| Collaborators | SAOC, SARP, SAIC, AOC, PRDOJ, USDOJ, MP |
| Resources | Professional Services – Attorneys and Internal Resources |
| Due Date | July 2016 |
| Obstacles | The Agreement does not force the Federal Agencies or the Municipal Police Departments to be part of the Executive Coordination Committee. |
| Solutions | Establish collaborative agreements with the entities that are part of the Criminal Justice System, and if not applicable, request assistance from the USDOJ. |

Table 19

5. For field supervisors to be available during their shifts to respond to needs and provide direct and effective supervision in accordance with generally accepted police practices, during the first five (5) years that the Agreement is in force and effect, the PRPD will assign the number of first-line supervisors needed to ensure a ratio of one (1) supervisor for every ten (10) MPRPDs.

**Activities**

5.1. Consider the results of the Work Plan included in the Professionalization Action Plan, which will be carried out with the purpose of evaluating the human resources of the PRPD, taking into consideration their status and the operational and administrative work that they perform, in order to identify existing needs and then make decisions, to foster the correct distribution of personnel based on criminal activity and on the philosophy of community policing. (Table 20)

5.2. Once considered by the superintendent, identify the number of supervisors needed per rank and issue announcements for Promotional Exams so that the PRPD may meet the need for supervisors and provide the proper number of same. (Table 20)

5.3. Based on the results of the promotional exams and on the needs previously identified in the Work Plan, assign the first-line supervisors who have satisfactorily completed the training required for the rank and that meet any other requirements established by the PRPD. (Table 20)

| Requirement(s) | 13, 15, 17, 136-139 |
|---|---|
| Entities | SASG |
| Collaborators | SAOC, SAEA, OS |

Action Plan Section X. Supervision and Management

| | |
|---|---|
| **Resources** | Internal human resources |
| **Due Date** | Once the superintendent decides to make the promotions. |
| **Obstacles** | 1. Public Law 66, the P.R. Fiscal Sustainability Act, freezes vacant positions and limits personnel appointments and promotions. <br> 2. Having vacant spots for the positions and obtaining budget approval. |
| **Solutions** | 1. The PRPD will submit a request for authorization for the promotions and the budgetary allocation needed to effect them. <br> 2. Identify and justify vacant spots to comply with the Agreement and ask the Office of Management and Budget to reconsider. |

Table 20

## IV. **Data Collection Objectives**:

1.  To encourage and ensure that the personnel in charge of directly supervising the MPRPDs are able to exercise effective control over the management of its personnel, accurately evaluate employee performance, and identify problematic behavior or responses early on, the PRPD will maintain technological systems for the collection of necessary information regarding sworn and classified PRPD personnel, as established by the Agreement. This system will form part of the **Information and Technology Systems Compliance Area Action Plan**.

**Activities**:

1.1. The Auxiliary Superintendency for Managerial Services and its Bureau of Technology and Bureau of Human Resources will call upon SARP and OLA to evaluate the **Early Identification System (EIS)**.  They will identify the specifications that the database to be used must have according to their needs to collect the information related to the identification of improper conduct and of the work that should be recognized among the employees of the PRPD. This system will form part of the **Information and Technology Systems Compliance Area Action Plan**.

1.2. The Auxiliary Superintendency for Managerial Services, its Bureau of Human Resources, in collaboration with the Bureau of Technology, will maintain a **Performance Evaluation System** to evaluate the performance of all PRPD employees. They will identify the specifications that the database to be used must have in order to collect performance evaluation information. This system will form part of the **Information and Technology Systems Compliance Area Action Plan**.

Action Plan Section X. Supervision and Management

1.3. The PRPD will use the **Early Identification System (EIS)** to document all improper conduct, performance evaluations of the employees of the PRPD, and the services that they provide. This system will also document all work that is performed with excellence by the employees of the PRPD and will be integrated into the Human Resources Information System. (Table 21)

1.3.1.  all use-of-force incidents

1.3.2.  injuries and deaths of people in custody

1.3.3.  all complaints and their solutions

1.3.4.  data compiled using information –gathering mechanisms  (stop data)

1.3.5.  all criminal proceedings initiated, in addition to all administrative complaints filed, related to the performance or aptitudes of a MPRPD, including, but not limited to, domestic violence and protective orders

1.3.6.  all judicial proceedings involving domestic violence, protective orders, and any other judicial proceeding that may be related to the performance of a MPRPD.

1.3.7.  all instances when a prosecuting authority informs the PRPD that the refusal to process a crime was based, totally or partially, on questions about the credibility of a PRPD employee, or that a motion to suppress evidence was granted on the basis of a constitutional violation by a member or civilian employee of the PRPD;

1.3.8.  all disciplinary actions taken against a member or civilian employee of the PRPD

1.3.9.  all non-punitive corrective actions required for a member or civilian employee of the PRPD

1.3.10.  all recognition and rewards received by a member or civilian employee of the PRPD

1.3.11.  training history of every member or civilian employee of the PRPD

1.3.12.  identification information for every member or civilian employee of the PRPD

Action Plan, Section X. Supervision and Management

  1.3.13. demographics of each civilian involved in a use-of-force or search and seizure incident, sufficient to evaluate the existence of bias.

| Requirement(s) | 147, 148, 149, 150, 151, 152, 153, 218, 219 and 220 |
|---|---|
| Entities | SASG (BT, BHR) |
| Collaborators | SARP, OLA, OR |
| Resources | Internal Resources and Professional Services (Reform Processes Information Systems Advisor) |
| Due Date | August 2017 |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable. |

Table 21

2. The PRPD will collect the data and information arising from the administrative and operational inspections performed, including deficiencies identified, causes and contributing factors, and recommended corrective measures. **This function is assigned to the Auxiliary Superintendency for Professional Responsibility**.

**Activities**:

  2.1. The Auxiliary Superintendency for Managerial Services, through its Bureau of Technology, will develop, in coordination with the SARP, an information system for the collection of relevant data and information about all **Operational and Administrative Inspections** performed by the SARP**.** This system will enable the identification and analysis of operational and administrative deficiencies, and of causes and contributing factors, to facilitate the implementation of the appropriate corrective measures.  The system will provide periodic reports about the inspections and their results. (Table 22)

| Requirement(s) | 154, 155, 156, 157, 218 and 219 |
|---|---|
| Entities | SARP |
| Collaborators | SAGS, (BHR) (BT), OLA |
| Resources | Internal Resources (collaborators) and Professional Services (Reform Processes Information Systems Advisor) |
| Due Date | December 2017 |
| Obstacles | No obstacles are anticipated. |

Table 22

## V. Self-Assessment Objectives:

1. To ensure that services have been provided in an equitable, respectful, and unbiased manner; guarantee that PRPD personnel are being trained in accordance with

188

Action Plan, Section X. Supervision and Management

the policies and approved training materials; and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and to identify aspects that need to be corrected and improved.

**Activities**:

1.1. The PRPD, through the Office of Reform, will consistently use data collection strategies and periodically conduct specific and random monitoring of the different activities, operations, services, investigations, trainings, among others offered by the PRPD, such as:

    1.1.1. Use the training plan and the training announcement issued by the SAEA for every course, in order to identify the start date of each one, the period of time that the police areas and the auxiliary superintendencies will have to complete it, and the work units that will be given training priority. In addition, the training plans of each of the thirteen (13) police areas and the auxiliary superintendencies, as approved by the SAEA, will be considered, to verify the specific dates during which each one of the trainings identified in this Action Plan will be offered. The Office of the Reform will use the sources mentioned above and the attendance records of each training to ensure that the MPRPDs are participating in the scheduled trainings.

    1.1.2. Conduct random visits to each of the thirteen (13) police areas and auxiliary superintendencies using the training plan approved by the SAEA for each of the training courses developed for this Compliance Area in order to guarantee that PRPD personnel are being trained in accordance with the syllabi, instructor handbooks, presentations, and assessment methodology approved by the TCA.

Action Plan Section X. Supervision and Management

1.2. Evaluate the implementation of the quarterly meetings with the members of the Executive Coordination Committee and the purpose for which they were created.

1.3. Measure progress of internal audits so that the officers in charge of all work units may take the appropriate corrective measures to correct operational deficiencies found. This will foster a culture of continuous improvement in all the divisions and among PRPD personnel.

1.4. Monitor to ensure that the required ratio of first-line supervisors to MPRPDs is established and maintained so that there may be direct and effective supervision in accordance with the generally accepted police practices. (Table 23)

| Requirement(s) | 232 and 233 |
|---|---|
| Entities | OR |
| Collaborators | SA, SASG (Crime Statistics Division) |
| Resources | Internal Resources |
| Due Date | Eighteen (18) months after the approval of the Action Plan. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable. |

Table 23

## VI. Budget:

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$324,450**. The corresponding appendices detailing the project expense per item[4] during the fiscal years covered by this Action Plan are enclosed.

The availability of the resources needed to be able to comply with the action plans will depend on the budget allocated for the PRPD during each fiscal year, to be submitted to the Office of Management and Budget before the Legislature.

## VII. Revision of the Action Plan:

Pursuant to Requirement No. 239 of the Agreement, if the PRPD were to need to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why

---

[4] See Appendix **L** – Projected Expense Budget.

Action Plan Section X. Supervision and Management

the modification is necessary.  The TCA may extend any timeframe for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for approval.

Puerto Rico Police Department
Office of Reform
Requirements 135 - 158 - Section X - Supervision and Management
Consolidated Projected Expense Budget Fiscal Years  2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Items | | | | | | | | | | |
| Payroll and Related Costs | 001 | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 315,000 | - | 315,000 | - | - | - | 315,000 | - | 315,000 |
| Other Expenses | 007 | 9,450 | - | 9,450 | - | - | - | 9,450 | - | 9,450 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | - | - | - | - | - | - | - | - | - |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| TOTAL | | $    324,450 | $        - | $    324,450 | $        - | $        - | $        - | $    324,450 | $        - | $    324,450 |

192

**Action Plan**

**Section XI: Administrative Complaints, Internal Investigations, and Discipline**

**Requirements: 159 to 204**

**Chapter Summary:**

Pursuant to the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the Administrative Complaints, Internal Investigations, and Discipline Compliance Area has the goal of ensuring that all allegations of improper conduct by MPRPDs are received and investigated in a diligent, thorough, equitable, and impartial manner, that all findings are supported by a preponderance of the evidence, and that all MPRPDs who engage in such conduct are held accountable in accordance with a system of disciplinary measures that is objective, consistent, and proportional to the violation committed. The PRPD will also be responsible for developing and implementing a program to inform people about their right to file complaints or recognitions related to the performance of MPRPDs.

**I.   Policy and Procedure Development Objectives:**

1.   With the purpose of continuing with the professionalization of the personnel, strengthening the community's trust, and contributing to the profision of police services in an equitable, impartial, and fair manner, the PRPD will develop policies[40] establishing that all allegations of improper conduct will be received, investigated, and adjudicated in a diligent, thorough, equitable, and impartial manner, requiring all MPRPDs to provide guidance to people about the mechanisms available to file their complaint, and prohibiting the use of language that could be interpreted as a deterrent. Initially, these policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a deficiency affecting its implementation is reported.

**Activities:**

1.1   Develop an Administrative Order to create a Public Information Program regarding the filing of administrative complaints and posters and flyers informing people how to file administrative complaints. (Table 1)

193

---

[40] See Appendix A – Policy and Procedure Development Process.

Action Plan  Section XI Administrative Complaints

| | |
|---|---|
| **Requirement(s)** | 77, 80-81, 113, 160, 162, 205, and 212 |
| **Entities Responsible** | OR and OS |
| **Collaborators** | SARP, OP, SASG (BT), and community representatives |
| **Resources** | Professional Services – Attorneys; Internal Resources |
| **Due Date** | June 2015 |
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in mass media with the purpose of presenting programs, projects, achievements, realizations, projections, or plans. |
| **Solutions** | 1. Obtain approval of an expedited contract evaluation process among agencies.<br>2. Submit material to Board of Advertisement Examiners of the Puerto Rico Elections Commission so it will grant a waiver or expeditiously grant authorizations during that period to advertise this particular Program. |

Table 1

1.2    Develop a Collaborative Agreement between the PRPD and the Puerto Rico Department of Justice to establish a procedure for the PRPD to consult the District Attorney's Office in order to determine whether to continue or suspend the periods of administrative investigations to avoid affecting criminal proceedings and safeguard the constitutional rights of subjects of investigation. (Table 2)

| | |
|---|---|
| **Requirement(s)** | 80-81, 111 (b), 113, 181-185, 205, and 212 |
| **Entities Responsible** | OR and OS |
| **Collaborators** | SARP, OLA, and PRDOJ |
| **Resources** | Professional Services – Attorneys; Internal Resources |
| **Due Date** | August 2017 |
| **Obstacles** | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| **Solutions** | Obtain approval of expedited contract evaluation process among agencies. |

Table 2

1.3    Review Regulation 6506  entitled "Regulations to Process Administrative Complaints against Members of the Force and Civilian Personnel who Work at the PRPD" to adopt the new "**Regulation to Receive, Process, and Manage Administrative Complaints**," which will specify the process and mechanisms available for the receipt, tracking, processing, and final disposition of any administrative complaint that is submitted. (Table 3)

Action Plan  Section XI Administrative Complaints

| Requirement(s) | 73, 80-81, 113, 148, 159, 163, 166-169, 171-176, 178-180, 205, and 212 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SARP, OLA, SASG (BT), and community representatives |
| Resources | Professional Services – Attorneys; Internal Resources |
| Due Date | October 2015 |
| Obstacles | 1. By legal provision[41], regulations must be submitted to public scrutiny through publication and/or public hearings; therefore, they will not be final until the corresponding process has been completed.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. Once USDOJ and TCA approve regulations, the time needed to comply with UAPA provisions must be granted.<br>2. Obtain approval of expedited contract evaluation process among agencies. |

Table 3

1.4   Develop the Administrative Complaint Investigation Procedures Manual, which will establish that, when investigating, all pertinent evidence will be taken into consideration and all investigative findings must be consistent with the facts and be supported by a preponderance of the evidence. (Table 4)

| Requirement(s) | 80-81, 111 (b), 113, 159-160, 162, 168, 170-174, 176-180, 186-193, 205, 212, and 222 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SARP and OLA |
| Resources | Professional Services – Attorneys; Internal Resources |
| Due Date | December 2015 |
| Obstacles | 1. The expertise of personnel belonging to various SARP Divisions is needed to draft this Procedures Manual, which will temporarily affect work and investigations under way.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. SARP will prepare a Work Plan to mitigate impact of temporary assignment of said personnel to carry out this special project.<br>2. Obtain approval of expedited contract evaluation process among agencies. |

Table 4

2.   To help provide police services in an equitable, impartial, and fair manner, continue with professionalization, and strengthen the community's trust in the PRPD, policies will be developed establishing the procedure supervisors will follow to inform, provide guidance, and investigate minor violations of the policies committed by MPRPDs as well as to take appropriate disciplinary or, corrective non-punitive measures. These policies will initially be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. (Table 5)

195

---

[41] See Public Law No. 170-1988, as amended, better known as the "Uniform Administrative Procedures Act."

Action Plan  Section XI Administrative Complaints

**Activities:**

2.1    Review Regulation 4216 entitled "Puerto Rico Police Department Personnel Regulation" to establish the Code of Ethics and Conduct, identify minor and major violations, and impose disciplinary actions. (Table 6)

| Requirement(s) | 19-20, 37, 47, 61, 71, 80-81, 113, 116, 145, 148, 156, 159, 163-164, 167, 197, 199, 205, and 212 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SARP, OLA, OS, OG, and SASG (BHR) |
| Resources | Professional Services – Attorneys; Internal Resources |
| Due Date | January 2016 |
| Obstacles | 1.  Regulations will not be final until process required by UAPA[42] has been completed.<br>2.  The expertise of area commanders and personnel belonging to various SARP Divisions is needed to draft regulations, which will temporarily affect work and investigations under way. |
| Solutions | 1.  Once USDOJ and TCA approve regulations, the time needed to comply with UAPA provisions must be granted.<br>2.  SARP will prepare Work Plan to mitigate impact of temporary assignment of said personnel to carry out this special project. |

Table 5

2.2    Develop an Administrative Order for Supervisors on the Investigation, Management, and Adjudication of Minor Violations that establishes the procedure supervisors are to follow when they learn about improper conduct by a PRPD employee, and authorizing them to investigate and take appropriate non-punitive corrective or disciplinary measures. (Table 6)

| Requirement(s) | 80-81, 113, 116, 145, 156, 164-165, 171-172, 174-180, 187-189, 191-193, 205, and 212 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SARP, OLA, and SASG (BHR) |
| Resources | Professional Services – Attorneys; Internal Resources |
| Due Date | March 2016 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of expedited contract evaluation process among agencies. |

Table 6

2.3    Develop an Administrative Order to create the PRPD Personnel Assistance and Support Program through which some of the corrective, non-punitive measures available will be established. (Table 7)

196

---

[42] See Public Law No. 170-1988, as amended, better known as the "Uniform Administrative Procedures Act."

Action Plan  Section XI Administrative Complaints

| Requirement(s) | 80-81, 113, 156, 191, 201-204, 205, and 212 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SASG (BHR), SASG (DP), SAEA, and OLA |
| Resources | Professional Services – Attorneys; Internal Resources |
| Due Date | July 2016 |
| Obstacles | 1. The availability of these services to the pertinent agencies for PRPD processes that allow an employee to receive outpatient treatment or to be hospitalized when his or her mental health warrants it.<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. The PRPD will establish Collaborative Agreements with government and non-government mental health institutions to facilitate the process.<br>2. Obtain approval of an expedited contract evaluation process among agencies. |

Table 7

3. With the purpose of continuing with the professionalization of the personnel, strengthening the community's trust in the PRPD, and contributing to the provision of police services in an equitable, impartial, and fair manner, the PRPD will develop policies establishing the responsibilities and duties of the personnel assigned to SARP. Initially, these policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter.

**Activities:**

3.1   Review General Order 2010-14 entitled "Creation of the Auxiliary Superintendency for Professional Responsibility" establishing internal recruitment requirements, selection criteria, and performance evaluation criteria for  continued assignment at SARP. (Table 8)

| Requirement(s) | 41, 44, 48-50, 57, 80-81, 111 (b), 113, 194-195, 205, and 212 |
|---|---|
| Entities Responsible | OR and OS |
| Collaborators | SARP and OLA |
| Resources | Professional Services – Attorneys; Internal Resources |
| Due Date | May 2015 |
| Obstacles | Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited contract evaluation process among agencies. |

Table 8

4. With the purpose of continuing with the professionalization of the personnel, strengthening the community's trust, and contributing to the provision of police services in an equitable, impartial, and fair manner, the PRPD will policies developed to establish processes to detect controlled substances and anabolic steroids through random testing of MPRPDs. Initially, these policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter.

197

Action Plan  Section XI Administrative Complaints

**Activities:**

4.1   Review Regulation 6403 entitled "Controlled Substance Detection Program for Puerto Rico Police Department Officials and Employees Regulation" to include the requirement of detecting anabolic steroids. (Table 9)

| | |
|---|---|
| **Requirement(s)** | 80-81, 111 (b), 113, 200, 205, and 212 |
| **Entities Responsible** | OR and OS |
| **Collaborators** | SARP, OLA, SASG, IFS, and COPUR |
| **Resources** | Professional Services – Attorneys; Internal Resources |
| **Due Date** | December 2016 |
| **Obstacles** | 1. Currently, Public Law No. 78-1997, as amended, better known as the "Public Sector Employee Controlled Substance Detection Testing Regulation Act," does not provide for anabolic steroid testing to detect these as controlled substances. Due to the complexity of legislative process, there is no assurance that the proposed amendments to the Act will be enacted by the Legislature, and, if enacted, the exact date when they would be enacted cannot be determined either.<br>2. By legal provision[43], regulations must be submitted to public scrutiny through publication and/or public hearings; therefore, they will not be final until corresponding process has been completed.<br>3. IFS does not have the necessary technology to do tests; they would have to be sent out of Puerto Rico for analysis and the cost per test is too high. |
| **Solutions** | 1. Propose amendments to Public Law No. 78-1997, as amended.<br>2. Once USDOJ and TCA approve regulations, the time needed to comply with UAPA provisions must be granted.<br>3. Accurately define types of anabolic steroids that are to be analyzed. |

Table 9

## II.  Training Development Objectives:

1. With the purpose of continuing with the professionalization of the personnel, strengthening the community's trust in the PRPD, and contributing to the provision of police services in an equitable, impartial, and fair manner, personnel from SARP and the Office of Legal Affairs will be trained on the procedure to follow when receiving, processing, and investigating a complaint for improper conduct from its start until its final disposition. In particular, SARP personnel will receive at least an initial forty (40) hours of training on investigating complaints for improper conduct and will continue training on the policies corresponding to the compliance area. Said personnel will also receive annual training on changes to the applicable policies, laws, and case law in force, among other aspects.

198

---

[43] See Public Law No. 170-1988, as amended, better known as the "Uniform Administrative Procedures Act."

Action Plan  Section XI Administrative Complaints

**Activities:**

1.1    The Auxiliary Superintendency for Education and Training will create[44] a Multi-topic Training Program to **train SARP and OLA personnel** on the procedure to receive, classify, process, and manage a complaint for improper conduct and the process of investigating administrative complaints. The Program will begin with training on the following topics: (Table 10)

a.  criminal law

b.  criminal procedure

c.  evidence

d.  constitutional rights

e.  criminal investigation techniques

f.  administrative investigation techniques

g.  cybercrime

h.  on-scene work

i.  criminal photography

j.  preparation of files and reports.

After the approval of the Training Program and the incorporation of the recommendations, the SAEA will continue providing training on the topics corresponding to the following policies: (Table 10)

k.  training on the procedure to follow to promote collaboration of PRPD employees in the administrative complaint processes when a criminal proceeding has not begun

l.  training on the new "Regulation to Receive, Process, and Manage Administrative Complaints"

m.  training on the Administrative Complaint Investigation Procedures Manual

n.  training on the Public Information Program regarding the Filing of Administrative Complaints

o.  training on the Code of Ethics and Conduct that will be used to determine minor and major violations and impose disciplinary actions

p.  training for Supervisors on the Administrative Order for the Investigation, Management, and Adjudication of Minor violations, and

199

---

[44] See Appendix **B** – Training Development Process

Action Plan  Section XI Administrative Complaints

q. training on the amendments to the Controlled Substances Detection Program for Officials and Employees of the PRPD regulation in relation to detecting anabolic steroids.

| Requirement(s) | 82, 111, 116, 159-160, 162-169, 170-176, 177-180, 181-185, 186-194, 196-197, 199, and 205 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SARP, OLA, CRC, PRDOJ, OGE, and FBI |
| Resources | Professional Services – Training Design Consultation (2) |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | Training Program includes policies and subject matters that are not part of Agreement, but are necessary for SARP and OLA employees to do their work effectively. This complicates the training schedule for SARP and OLA personnel. |
| Solutions | Training courses that do not correspond to policies will not be subject to terms of Agreement. Nonetheless, SAEA will establish a sequence in its training that takes into account the approval date of policies and allows for compliance with applicable terms. |

Table 10

1.2   Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **SARP and OLA personnel** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 11)

| Requirement(s) | 82, 111, 181-185, 159, 163, 165, 174, 177-180, 186-188, 190-194, and 196 |
|---|---|
| Entities Responsible | SARP, OLA, and SAEA |
| Collaborators | SA and training coordinators and instructors |
| Resources | Professional Services – external instructors (2) |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others. SARP and OLA will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. Changes must not affect other priority training groups.<br>2. The time frame to complete complaint investigations will temporarily affect work and investigations under way because SARP personnel will serve as instructors. |
| Solutions | 1. Execute Collaborative agreement providing for coordination with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings.<br>2. SARP will prepare Work Plan to mitigate impact of temporary assignment of said personnel to carry out this special project. They will only perform training-related tasks during this period and will not be assigned to investigate administrative complaints. |

Table 11

Action Plan  Section XI Administrative Complaints

2. To comply with the purpose of continuing to professionalize the personnel, strengthening the community's trust in the PRPD, and contributing to the provision of police services in an equitable, impartial, and fair manner, **personnel who perform supervisory and administrative duties** will be trained on the procedure supervisors are to follow when they learn that a citizen intends to file an administrative complaint, as well as the exceptions to said processes, their responsibilities as supervisors at each stage, and their authority to investigate and take appropriate, non-punitive corrective or recommend disciplinary measures when they learn about minor violations of PRPD policies by an MPRPD.

**Activities:**

2.1 The SAEA will create a multi-topic course to train the **personnel who perform management and supervisory duties** on the procedure supervisors are to follow when they learn that a citizen intends to file an administrative complaint, the time frames supervisors have to hand in a complaint filed for their consideration, and their authority to investigate and take non-punitive corrective or disciplinary measures when they learn about minor violations of PRPD policies. The responsibilities of high-ranking officers in relation to the evaluation of the investigations, the corrective measures to be taken, and the identification of deficiencies will be part of the training, which will also include learning about the duty to document and inform the SARP about improper conduct, the consequences of refusing to accept a complaint or providing false or deceitful information about a complaint for improper conduct, and the prohibition against retaliating in any way against an MPRPD who reports improper conduct. (Table 12)

| Requirement(s) | 44, 55, 79, 143, 161, 163, 164, 165, 167, 168, 169, 172-173, 175, 196, and 197 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SARP and OLA |
| Resources | Internal Resources for Training Design |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Designing training courses requires the collaboration of internal experts assigned to SARP and OLA; therefore, temporary assignment of resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others.<br>2. Work shifts, use of-force evaluations, and arrest approvals could be affected due to the number of supervisors the training course requires. |
| Solutions | 1. Experts identified to collaborate in designing training courses will be assigned to SAEA for an uninterrupted period of no less than one (1) month but no more than two (2) months.<br>2. Auxiliary superintendent and OLA Director will establish Work Plan to mitigate impact of training and to be able to discharge responsibilities assumed by SAEA. |

Table 12

Action Plan  Section XI Administrative Complaints

2.2    During the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train fifty percent (50%) of the **personnel who perform management and supervisory duties** through certified instructors. The SAEA will train the remaining MPRPDs who perform supervisory duties during the following twelve (12) months, once the training of the first group has been completed. Training will begin in accordance with the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

2.3    The PRPD will begin by training **Supervisors** who belong to the following work units: (Table 13)

2.3.1    members of joint forces (SAIC)

2.3.2    personnel assigned to Zones of Excellence (SAOC)

2.3.3    Division of Tactical Operations (DTO) (SAOC)

2.3.4    Division of Special Weapons and Tactics (SWAT) (SAOC)

2.3.5    Bureau of Highway and Traffic Patrols (SAOC)

2.3.6    Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

2.3.7    Bureau of Vehicle Theft Investigations (SAIC)

2.3.8    Special Arrests and Extraditions Division (SAIC)

2.3.9    Criminal Investigations Corps (CIC) (SAIC)

2.3.10    Canine Division, K-9 (SAIC), and

2.3.11    Motorized Unit (SAOC).

2.4    The PRPD will continue training **Supervisors** who belong to Districts and Precincts, taking the following into consideration: (Table 13)

2.4.1    number of use of force incidents per location

2.4.2    number of domestic violence incidents per location

2.4.3    number of interventions with intoxicated people

2.4.4    number of arrests made

2.4.5    number of traffic stops

2.4.6    number of administrative complaints for the following: illegal or unreasonable arrests or detentions; use of unjustified force; physical coercion or psychological violence against an arrestee; illegal or unreasonable searches and seizures; discrimination; unjustified or excessive assault; assault against MPRPDs; domestic violence; sexual harassment; and obstructing, preventing, or interrupting the legal exercise of freedoms.

202

Action Plan  Section XI Administrative Complaints

| Requirement(s) | 44, 161, 163-165, 167-169, 172-173, 175, 196, and 197 |
|---|---|
| Entities Responsible | SAEA and auxiliary superintendents |
| Collaborators | SARP, OLA, SAOC, SAIC, SASG, SAPF, and training coordinators |
| Resources | internal instructors |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. Changes must not affect other priority training groups.<br>2. Instructors may not be able to discharge their dual responsibility to SAEA and SARP. |
| Solutions | 1. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings.<br>2. Auxiliary superintendents and area commanders will establish Work Plan to mitigate impact of training and to discharge responsibilities to SAEA. |

Table 13

3.  To continue with the professionalization of the personnel, strengthen the community's trust in the PRPD, and help provide police services in an equitable, impartial, and fair manner, all **PRPD personnel** will be trained on the requirement to report any conduct perceived as improper, the consequences of refusing to accept a complaint or providing false information, their duty to cooperate with any administrative investigation, and the existing mechanisms to file complaints for improper conduct or report the good performance of any MPRPD.

**Activities:**

3.1  The SAEA will create a multi-topic course to train **PRPD personnel** on the requirement to report any conduct perceived as improper, the consequences of refusing to accept a complaint or providing false information, their duty to cooperate with any administrative investigation pursuant to the ruling in the case of *Garrity v. New Jersey*, and the existing mechanisms to file complaints for improper conduct or report the good performance of any MPRPD. (Table 14)

| Requirement(s) | 111, 181-185, 160-163, 167-168, and 197 |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | SARP and OLA |
| Resources | Internal Resources for Training Design |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Designing training courses requires the collaboration of internal experts assigned to SARP and OLA; therefore, temporary assignment of resources to collaborate in designing training could be difficult due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others.<br>2. Instructors may not be able to discharge their responsibility to SAEA and SARP. |


Action Plan  Section XI Administrative Complaints

| | |
|---|---|
| **Solutions** | 3. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings.<br>4. Auxiliary superintendents and area commanders will establish Work Plan to mitigate impact of training and to discharge responsibilities to SAEA. |

Table 14

3.2    During the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train fifty percent (50%) of **PRPD personnel** through certified instructors. The SAEA will train the remaining fifty percent (50%) of PRPD personnel during the following twelve (12) months, once the training of the first group has been completed. Training will begin in accordance with the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 15)

| | |
|---|---|
| **Requirement(s)** | 111, 181-185, 160-163, 167-168, and 197 |
| **Entities Responsible** | SAEA and Auxiliary superintendents |
| **Collaborators** | SARP, OLA, SAOC, SAIC, SASG, SAPF, and training coordinators |
| **Resources** | internal instructors |
| **Due Date** | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| **Obstacles** | 1. The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings. Changes must not affect other priority training groups.<br>2. Instructors may not be able to discharge their dual responsibility to SAEA and SARP. |
| **Solutions** | 1. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings.<br>2. Auxiliary superintendents and area commanders will establish Work Plan to mitigate impact of training and to discharge responsibilities to SAEA. |

Table 15

3.3    The PRPD will begin by training **PRPD personnel** who belong to the following work units:

3.3.1    members of joint forces  (SAIC)

3.3.2    personnel assigned to Zones of Excellence (SAOC)

3.3.3    Division of Tactical Operations (DTO) (SAOC)

3.3.4    Division of Special Weapons and Tactics (SWAT) (SAOC)

3.3.5    Bureau of Highway and Traffic Patrols (SAOC)

3.3.6    Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

3.3.7    Bureau of Vehicle Theft Investigations (SAIC)

Action Plan  Section XI Administrative Complaints

      3.3.8    Special Arrests and Extraditions Division (SAIC)

      3.3.9    Criminal Investigations Corps (CIC) (SAIC)

      3.3.10  Canine Division, K-9 (SAIC), and

      3.3.11  Motorized Unit (SAOC).

3.4    The PRPD will continue training **PRPD personnel** who belong to Districts and Precincts, taking the following into consideration:

      3.4.1    number of use of force incidents per location

      3.4.2    number of domestic violence incidents per location

      3.4.3    number of interventions with intoxicated people

      3.4.4    number of arrests made

      3.4.5    number of traffic stops, and

      3.4.6    number of administrative complaints for the following: illegal or unreasonable arrest or detention; use of unjustified force; physical coercion or psychological violence against an arrestee; illegal or unreasonable searches and seizures; discrimination; unjustified or excessive assault; assault against MPRPDs; domestic violence; sexual harassment; and obstructing, preventing, or interrupting the legal exercise of freedoms.

4.   With the purpose of continuing with the professionalization of the personnel, strengthening the community's trust in the PRPD, and contributing to the provision of police services in an equitable, impartial, and fair manner, **PRPD personnel who perform supervisory and administrative duties** will be trained on managing stress to prevent critical incidents.

**Activities:**

4.1    The Division of Psychology and Social Work will develop the design of the informational session for **PRPD personnel who perform supervisory and administrative duties** about how to manage stress to prevent critical incidents and the support and mental health services available to them and their families. (Table 16)

Action Plan  Section XI Administrative Complaints

| Requirement(s) | 201-204 |
|---|---|
| Entities Responsible | SASG (Division of Psychology) |
| Collaborators | SAEA |
| Resources | Internal Resources for Training Design |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 16

4.2     During the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train fifty percent (50%) of **PRPD personnel who perform supervisory and administrative duties** through certified instructors. The remaining fifty percent (50%) of the personnel will be trained during the following twelve (12) months, once the training of the first group has been completed. Training will begin in accordance with the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 17)

| Requirement(s) | 201-204 |
|---|---|
| Entities Responsible | SASG (Division of Psychology) |
| Collaborators | Auxiliary superintendents, training coordinators, and Interamerican University of Puerto Rico (IAUPR) (Metropolitan Campus) |
| Resources | Professional personnel of the PRPD Division of Psychology |
| Due Date | Training will be implemented as indicated in **Appendix C** – Training Implementation Process. |
| Obstacles | 1. The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, sick leave, and regular leave, among others.<br>2. PRPD does not have the number of psychologists needed to train 100% of personnel simultaneously. |
| Solutions | 1. Coordinate with courts and PRPD Liaison Officer at court so that MPRPDs are excused from judicial or administrative proceedings. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments in judicial and administrative proceedings. Changes must not affect other priority training groups.<br>2. Establish Collaborative Agreement with IAUPR to receive interns from PhD Program in order to provide training. |

Table 17

4.3     The PRPD will begin by training **PRPD personnel who perform supervisory and administrative duties** who belong to the following work units:

4.3.1     members of joint forces  (SAIC)

4.3.2     personnel assigned to Zones of Excellence (SAOC)

4.3.3     Division of Tactical Operations (DTO) (SAOC)

4.3.4     Division of Special Weapons and Tactics (SWAT) (SAOC)

Action Plan  Section XI Administrative Complaints

4.3.5    Bureau of Highway and Traffic Patrols (SAOC)

4.3.6    Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

4.3.7    Bureau of Vehicle Theft Investigations (SAIC)

4.3.8    Special Arrests and Extraditions Division (SAIC)

4.3.9    Criminal Investigations Corps (CIC) (SAIC)

4.3.10   Canine Division, K-9 (SAIC), and

4.3.11   Motorized Unit (SAOC).

4.4    The PRPD will continue training **PRPD personnel who perform supervisory and administrative duties** who belong to Districts and Precincts, taking the following into consideration:

4.4.1    number of use of force incidents per location

4.4.2    number of domestic violence incidents per location

4.4.3    number of interventions with intoxicated people

4.4.4    number of arrests made

4.4.5    number of traffic stops, and

4.4.6    number of administrative complaints for the following: illegal or unreasonable arrest or detention; use of unjustified force; physical coercion or psychological violence against an arrestee; illegal or unreasonable searches and seizures; discrimination; unjustified or excessive assault; assault against MPRPDs; domestic violence; sexual harassment; and obstructing, preventing, or interrupting the legal exercise of freedoms.

## III. Data Collection Objectives

1.  To continue with the professionalization of the personnel, strengthen the community's trust in the PRPD, and help provide police services in an equitable, impartial, and fair manner, an information system will be developed which will be used to process, receive, and resolve complaints for improper conduct and it must be integrated with the Human Resources Information System.

**Activities:**

1.1    The Auxiliary Superintendency for Managerial Services and its Bureau of Technology and Bureau of Human Resources will call upon SARP and OLA to evaluate the Information System they must acquire. SARP and OLA will identify the needs of the work units involved in the process of recording and evaluating complaints for improper conduct for receiving, processing, and resolving them. (Table 18)

Action Plan  Section XI Administrative Complaints

| Requirement(s) | 170-171, 176, 193, and 218 |
|---|---|
| Entities Responsible | SASG (BT) (BHR) |
| Collaborators | SARP, OLA, and internal human resources |
| Resources | Professional Services – Technology Project Manager (currently under contract) |
| Due Date | February 2016 (approximate date) |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 18

1.2   After making an inventory of the MPRPD files, SARP, OLA, and SASG, with its Bureau of Technology and Bureau of Human Resources, will establish the procedures to digitalize improper conduct investigation records for a minimum of five (5) years after the MPRPD has been discharged from the PRPD. (Table 19)

| Requirement(s) | 170, 171, 176, 193, and 218 |
|---|---|
| Entities Responsible | SARP and OLA |
| Collaborators | SASG |
| Resources | Internal human resources (SARP) and SASG (BT) |
| Due Date | May 2016 (approximate date) |
| Obstacles | The personnel identified to organize inventory and analyze files are the same who perform regular work of offices; therefore, daily duties will be affected. |
| Solutions | Form temporary group that can be exclusively devoted to doing work within the established time frame. |

Table 19

1.3   Digitalize the physical files of former employees with administrative complaints and dispose of the remaining administrative complaints as identified during the inventory process. The digitalization process will be carried out in accordance with the Protocol developed by the PRPD's Bureau of Technology together with the SARP. (Table 20)

| Requirement(s) | 170-171, 176, 193, and 218 |
|---|---|
| Entities Responsible | SARP and OLA |
| Collaborators | SASG |
| Resources | Professional Services – Technological Consultancy (Contemplated in Budgetary Proposal FY 2016-2017) |
| Due Date | December 2017 (approximate date) |
| Obstacles | Digitalization process requires movement of files from the PRPD Archive in Carolina to facility where files are going to be digitalized. |
| Solutions | Requires coordination with the Archive and assignment of PRPD personnel who will move files. |

Table 20

1.4   The Bureau of Technology will evaluate the current conditions of its automated systems and those that are in the process of being acquired or implemented to determine if they can be modified to meet the needs raised by SARP and OLA. (Table 21)

Action Plan  Section XI Administrative Complaints

| Requirement(s) | 170-171, 176, 193, and 218 |
|---|---|
| Entities Responsible | SASG (BT) |
| Collaborators | SARP and OLA |
| Resources | Professional Services – Technology Project Manager (currently under contract) |
| Due Date | February 2017 (approximate date) |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 21

1.5    Discuss the requirements for the development of the automated system with technology consultants or companies so that they can evaluate their ability to provide their services to the PRPD. (Table 22)

| Requirement(s) | 170-171, 176, 193, and 218 |
|---|---|
| Entities Responsible | SASG (BT) |
| Collaborators | SARP and OLA |
| Resources | Does not entail assignment of additional resources |
| Due Date | April 2017 (approximate date) |
| Obstacles | The needs study that consultants or company will conduct could take a long time due to complexity of PRPD operations and access to confidential information. |
| Solutions | PRPD will appoint personnel with appropriate knowledge to support the needs study and facilitate collection of the information needed to conduct study. |

Table 22

1.6    Request for Proposal (RFP) from technology consultants or companies for the development of the information system, which will be evaluated by a Committee created to select the contractor. (Table 23)

| Requirement(s) | 170-171, 176, 193, and 218 |
|---|---|
| Entities Responsible | SASG (BT) |
| Collaborators | SARP and OLA |
| Resources | Does not entail assignment of additional resources. |
| Due Date | June 2017 (approximate date) |
| Obstacles | Several proposals may be received for analysis and selection. |
| Solutions | Committee will devote time needed to evaluate all proposals that are received. |

Table 23

1.7    Once the Proposal to develop the Administrative Complaints Information System is awarded, the selected consultant or company must meet the terms and conditions included in the Proposal. (Table 24)

| Requirement(s) | 170-171, 176, and 218 |
|---|---|
| Entities Responsible | BT |
| Collaborators | SARP and OLA |
| Resources | Professional Services – Consultancy to Design Information System (Contemplated in Budgetary Petition FY 2016-2017) |
| Due Date | 18 months after Proposal award date |
| Obstacles | Project could take longer than estimated due to conditions of PRPD technological infrastructure. |
| Solutions | Evaluate and update PRPD infrastructure in accordance with current technological requirements. |

Table 24

209

Action Plan  Section XI Administrative Complaints

1.8     Train SARP and OLA personnel in the use of the Administrative Complaints Information System to record the receipt and processing of complaints for improper conduct as established in the Information Systems and Technology Compliance Area Action Plan. (Table 25)

| Requirement(s) | 170-171 and 176 |
|---|---|
| Entities Responsible | BT |
| Collaborators | Technology coordinators of police areas and SAEA |
| Resources | Professional Services – Will be included in Proposal to Create the Administrative Complaints Information System. |
| Due Date | 18 months after Information System design is completed. |
| Obstacles | 1. The contractor or company must provide course design, which must comply with established and approved formats.<br>2. Police area technology coordinators will be assigned as instructors for duration of training courses. |
| Solutions | 1. SAEA will use material provided by contractor to develop Syllabus, Instructor Guide, and Presentation. SAEA will submit training material for approval.<br>2. The contractor will train instructors as "Master Trainers" in use of the Information System. |

Table 25

## IV. Implementation Objectives:

1.     With the purpose of professionalizing the personnel, strengthening the community's trust in the PRPD, and contributing to the provision of police services in an equitable, impartial, and fair manner, the Public Information Program on the Filing of Citizen Complaints and Recognition of MPRPDs will be implemented.

**Activities:**

1.1     The PRPD will use the various mass media available to develop a Promotion Plan to inform communities about their rights and the mechanisms available to file complaints for improper conduct against MPRPDs. Communities will also be informed about the alternatives available to recognize their good service. This activity will be developed together with the Community interaction and Public Information Compliance Area. (Table 26)

| Requirement(s) | 160-162, 205, and 212 |
|---|---|
| Entities Responsible | SARP |
| Collaborators | Press Office, SASG (BT), OR, Office of the Governor, and community representatives |
| Resources | Posters, flyers, public notices in printed press, radio spots, and television ads |
| Due Date | September 2015 (approximate date) |
| Obstacles | 1. Cost of Program could be high since it will be announced in all possible media: webpage, printed press, radio, and television, and through posters and flyers available at public offices.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in mass media with the purpose of presenting programs, projects, achievements, realizations, projections, or plans |

210

Action Plan  Section XI Administrative Complaints

| Solutions | 1. Execute collaborative agreements with radio stations so they will broadcast radio ads as a public service; execute interagency agreement with WIPR to broadcast television ads.<br>2. Board of Advertisement Examiners of the Puerto Rico Elections Commission [could] grant a waiver during that period to advertise this particular Program. |
|---|---|

Table 26

2.  With the purpose of continuing with the professionalization of the personnel, strengthening the community's trust in the PRPD, and contributing to the provision of police services in an equitable, impartial, and fair manner, the PRPD will implement the PRPD Personnel Assistance and Support Program as part of the system of corrective, non-punitive measures to provide the support and services needed to allow employees to improve their performance.

**Activities:**

2.1  The PRPD Division of Psychology will provide psychological and therapeutic services to treat cases referred through the [Personnel Assitance and Support]Program. (Table 27)

| Requirement(s) | 55 (g), 66, 79 (e), 143 (h), 164, 191, and 201-204 |
|---|---|
| Entities Responsible | SASG (Division of Psychology) |
| Collaborators | Auxiliary superintendents and area commanders |
| Resources | Professional Personnel of PRPD Division of Psychology |
| Due Date | March 2017 (approximate date) |
| Obstacles | A substantial volume of cases is expected to be referred to the Program once it begins. |
| Solutions | 12 months after Program begins, PRPD will evaluate number of referred cases to determine if number of psychologists assigned to Program needs to be increased. |

Table 27

2.2  The SAEA will re-train employees who have been referred through the Program after identifying a deficiency in their performance that can be corrected through re-training. This activity will be part of the **Training Action Plan**.

3.  With the purpose of continuing with the professionalization of the personnel, strengthening the community's trust in the PRPD, and contributing to the provision of police services in an equitable, impartial, and fair manner, the necessary and most qualified personnel will be assigned to the SARP.

**Activities:**

3.1  SARP will conduct a study to determine the number of employees needed to investigate administrative complaints within the parameters established in the corresponding policies. (Table 28)

| Requirement(s) | 194-195 |
|---|---|
| Entities Responsible | SARP |
| Collaborators | SASG |
| Resources | Internal human resources |
| Due Date | February 2016 (approximate date) |

Action Plan  Section XI Administrative Complaints

| | |
|---|---|
| **Obstacles** | Currently, SARP receives complaints for both major and minor violations, which will affect the volume of administrative complaints recorded. |
| **Solutions** | Since volume of complaints is one aspect that must be considered when conducting the personnel needs study, an analysis must be performed to distinguish between complaints for minor violations and for major violations to determine real volume of complaints SARP will be receiving after new policies on minor violations are approved. |

Table 28

3.2    SARP will conduct an internal recruitment process to identify possible candidates to be assigned to the SARP. (Table 29)

| | |
|---|---|
| **Requirement(s)** | 194-195 |
| **Entities Responsible** | SARP |
| **Collaborators** | SASG (BHR) |
| **Resources** | Internal human resources |
| **Due Date** | May 2016 (approximate date) |
| **Obstacles** | Internal personnel recruitment is traditionally difficult due to nature of work performed by MPRPDs who belong to SARP. |
| **Solutions** | Design Recruitment Plan attractive to MPRPDs and particularly aimed at the type of employee sought. |

Table 29

3.3    SARP will carry out personnel selection and internal transfer processes to provide the necessary personnel to the SARP. (Table 30)

| | |
|---|---|
| **Requirement(s)** | 194-195 |
| **Entities Responsible** | SARP |
| **Collaborators** | SASG (BHR) and OS |
| **Resources** | internal human resources |
| **Due Date** | August 2016 (approximate date) |
| **Obstacles** | Requires appointment of Board to select personnel, which must have, as a minimum, representatives from SARP, SASG, and OS. |
| **Solutions** | Temporarily appoint personnel representing said work units, preferably with prior experience doing this work. They must have instrument to evaluate candidates. Board members must follow processes established in SARP General Order. |

Table 30

**V.  Self-Assessment Objectives:**

1.  To ensure police services have been provided in an equitable, respectful, and unbiased manner; guarantee that PRPD personnel are being trained in accordance with approved policies and training materials; and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and identify aspects that need to be corrected and improved.

Action Plan  Section XI Administrative Complaints

**Activities:**

1.1  The PRPD, through the Office of Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, and training courses they provide, starting with Zones of Excellence and gradually continuing through all thirteen (13) police areas and auxiliary superintendencies, such as: (Table 31)

   a.  Using the training plan and training announcement issued by the SAEA for each of the courses to identify their start date, the time police areas and the corresponding auxiliary superintendencies have to complete training, and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and auxiliary superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be offered. The Office of Reform will verify that MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course.

   b.  Conducting random visits to each of the thirteen (13) police areas and auxiliary superintendencies using the training plan approved by the SAEA for each training course developed for this compliance area in order to guarantee that PRPD personnel are being trained in accordance with the training materials approved by the TCA.

   c.  Verifying that complaints sent to SARP are assigned for investigation within no more than five (5) business days.

   d.  Corroborating that any individual can file a complaint through the various means available.

   e.  Visiting each of the thirteen (13) Administrative Complaint Investigation Divisions to randomly review files to verify that administrative investigations are being completed within no more than ninety (90) days from the receipt of the complaint. If complaints exceed said period, the file must include the authorization for an extension.

Action Plan  Section XI Administrative Complaints

    f.  Randomly reviewing administrative complaint files sustaining an allegation in order to check that the PRPD is notifying the respondent of the decision and corresponding disciplinary measure no later than thirty (30) days after the decision that the allegation is sustained.

    g.  Randomly reviewing administrative complaint files to corroborate that the recommendation for each of the complaints is one of the following final dispositions: unfounded, sustained, not sustained, or exonerated.

    h.  Randomly reviewing administrative complaint files to corroborate that for every complaint received at the SARP, the complainant was given written notice of the complaint number assigned, the investigator assigned the complaint, any extensions granted, the final disposition and any disciplinary measure or non-punitive action applied, and the right to request a review of the final disposition.

    i.  Conducting random visits to command offices, districts, precincts, posts, and units in the thirteen (13) police areas and auxiliary superintendencies to corroborate that the guidance posters on how to file complaints and recognitions are visible and that they have forms PPR-111 and PPR-888 available.

| Requirement(s) | 232 and 233 |
|---|---|
| Entities Responsible | OR |
| Collaborators | Auxiliary superintendencies, Criminal Statistics Division, and other PRPD units |
| Resources | internal human resources |
| Due Date | Not applicable |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable |

Table 31

## VI. Budget:

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$464,209**. The corresponding appendices detailing the projected expense per item[45] during the fiscal years of this Action Plan are enclosed.

The availability of the necessary resources to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

[45] See Appendix M – Projected Budget by Expense Item.

Action Plan  Section XI Administrative Complaints

**VII. Revision of Action Plan:**

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial time frame for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

Puerto Rico Police Department
Office of Reform
Requirements 159 - 204 - Section VI [sic] – Administrative Complaints, Internal Investigations, and Discipline
Consolidated Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Items | | | | | | | | | | |
| Payroll and Related Costs | 001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 350,688 | - | 350,688 | - | - | - | 350,688 | - | 350,688 |
| Other Expenses | 007 | 13,521 | - | 13,521 | - | - | - | 13,521 | - | 13,521 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | - | - | - | - | - | - | - | - | - |
| Ads and Media Spots | 012 | 100,000 | - | 100,000 | - | - | - | 100,000 | - | 100,000 |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| TOTAL | | $ 464,209 | $ - | $ 464,209 | $ - | $ - | $ - | 464,209 | $ - | $ 464,209 |

216

**Action Plan**

**Section XII. Community Interaction and Public Information**
**Requirements: 205 to 217**

**Compliance Area Summary**:

According to the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the goal of the Community Interaction and Public Information Compliance Area is to integrate police problem-solving principles in their administrative and operational activities. The PRPD will use different mechanisms to include various community sectors in its training and evaluation periods, and in the implementation of the activities that will lead to the development of sustainable reform. The PRPD will seek to develop collaborative projects with the communities of interest that will result in an improved quality of life, ethical police services, and more effective crime prevention. The PRPD will maintain the communities informed about the initiatives that are developed, the reform process, and about crime statistics using different public media platforms.

**I. Policy and Procedure Development Objectives**:

1. In order to receive the assistance and recommendations of the members of different community sectors, reestablish the community's trust in the PRPD and develop solid relationships with the community, policies and procedures will be established and reviewed[1] based on generally accepted police practices. Additionally, mechanisms will be established to provide information to the communities and to receive their feedback. Initially, these policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Also, each policy or procedure will be reviewed as soon as a substantial deficiency in the same is reported.

**Activities**:

1.1. Review General Order, Chapter 800, Section 801, entitled "Functioning of the Central Committee and the Area community interaction councils with the Puerto Rico

---

[1] See Appendix **A** – Policy and Procedure Development Process.

Action Plan Section XII. Community Interaction and Public Information

Police Department" (hereinafter OG 801) establishing the way in which its members will review and evaluate the policies and procedures. (Table 1)

| Requirement(s) | 21, 113, 209, 210, 211, 212, 213 |
|---|---|
| Entities Responsible | OR and OS. |
| Collaborators | SAOC, community representatives, CICs |
| Resources | Professional Services – Attorneys; Internal Resources; (collaborators) |
| Due Date | March 2015. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable. |

Table 1

2. In order to integrate the police problem-solving principles in the administration and operation, and to carry out collaborative projects using different strategies with the communities, the PRPD will develop policies and procedures based on generally accepted police practices and the suggestions of the community interest groups in Puerto Rico. Initially, these policies will be reviewed on a yearly basis during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. As a matter of fact, each policy or procedure will be reviewed as soon as any deficiency in the same is reported.

**Activities**:

2.1. Collaborate in the development of the crisis response policy and procedure for both situations involving individuals with behavioral and/or mental health problems and situations in the work environment of the PRPD.  Here PRPD will use the S.A.R.A. Problem-Solving Model to ensure that all MPRPDs comply with their police duties effectively and with the least amount of force possible. **This policy will be included in the Use of Force Action Plan: Internal Controls and Accountability.**

2.2. Develop a General Order that will establish the public policy of the PRPD, incorporating the principles of Community Policing to be included in the operational and administrative processes of the PRPD, so that the MPRPDs may provide police services aimed at problem-solving and establishing community alliances that will result in mutual respect and relationships based on trust. (Table 2)

218

Action Plan Section XII. Community Interaction and Public Information

| Requirement(s) | 21, 103, 113, 145, 205, 206, 207, 208 |
|---|---|
| Entities Responsible | OR and OS. |
| Collaborators | SA, (NRH) community representatives, CICs |
| Resources | Professional Services – Attorneys; Internal Resources; (Collaborators) |
| Due Date | March 2016. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable. |

Table 2

3.  To develop a Community Outreach Program whereby the PRPD may disseminate information to advise the public about the requirements of the Agreement and the progress of the PRPD Reform, and address the matters and concerns of the communities through different mechanisms for constant, efficient and truthful communication, the PRPD will develop policies and procedures based on the generally accepted police practices and on the recommendations of the different community interest groups.

**Activities**:

3.1.  Review the Procedure Manual for the meetings that are open to the public in the thirteen (13) police areas in order to inform and obtain feedback from the citizens in an interactive way. Additionally, a way to document the activities aimed at the development, implementation, and documentation of the meetings will be established. (Table 3)

| Requirement(s) | 24, 88, 113, 214, 215, 216, 217 |
|---|---|
| Entities Responsible | OR and OS. |
| Collaborators | OP, SAOC, SAIC, SARP, community representatives, community interaction councils |
| Resources | Internal Resources; Professional Services |
| Due Date | March 2016. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable. |

Table 3

3.2. Review General Order 2005-7, entitled "Reorganization and Re-naming of the Public Information Office as the Press Office" to establish the manner in which to communicate the information in ongoing investigations or incidents, through the media, including social media, websites, and other electronic platforms, in accordance with the best and generally accepted practices, and with the principles of community policing. (Table 4)

219

Action Plan Section XII. Community Interaction and Public Information

| | |
|---|---|
| **Requirement(s)** | 24, 103, 113, 205, 214, 217 |
| **Entities Responsible** | OR and OS. |
| **Collaborators** | OP, SAIC, SARP, community representatives, CICs |
| **Resources** | Professional Services – Attorneys; Internal Resources; (collaborators) |
| **Due Date** | June 2016 |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable. |

Table 4

## II. Training Development Objectives:

1. In order to obtain the assistance, advice, and recommendations of the members of the different community sectors; reestablish the trust of the communities in the PRPD; and foster solid relationships with said communities, PRPD will develop training and orientations for the members of the community interaction councils.

**Activities**:

1.1. The Auxiliary Superintendent for Education and Training will develop[2] Multi-Topic Seminars for the members of the community interaction councils on the following topics: (Table 5)

    1.1.1.   Agreement for the Sustainable Reform of the Puerto Rico Police Department

    1.1.2.   Duties and Responsibilities of the community interaction councils, in accordance with OG 801

    1.1.3.   Parliamentary Procedure

    1.1.4.   principles of community policing

    1.1.5.   S.A.R.A. Problem-Solving Model

    1.1.6.   Creation and Preservation of Community Alliances

    1.1.7.   Functioning of the Rank System

    1.1.8.   PRPD organizational chart

    1.1.9.   Duties and Responsibilities of the Investigation Units, Specialized Units, Precincts and Districts

    1.1.10.  Duties and Responsibilities of the Office of Reform, TCA and the USDOJ

    1.1.11.  Administrative Complaint Filing Process

    1.1.12.  Use of Force

    1.1.13.  Rights of the Individual during Searches and Seizures

---

[2] See Appendix **B** – Training Design Process.

Action Plan Section XII. Community Interaction and Public Information

1.1.14.  Civil Rights;

1.1.15.  Crime Victim Services

1.1.16.  PRPD Recruitment Process

1.1.17.  Duties and Responsibilities of the Community Safety Councils

1.1.18.  General Plan for the Implementation of the Community Outreach and Public Information Program

1.1.19.  Uniform Crime Reporting Handbook (NIBRS).

| | |
|---|---|
| **Requirement(s)** | 205, 209, 210, 211, 212, 213 |
| **Entities Responsible** | SAEA, SAOC |
| **Collaborators** | OR, SAIC, SARP, SASG, community representatives, Community Safety Councils |
| **Resources** | Professional Services; Internal Resources; (collaborators) |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| **Obstacles** | 1.  Hiring process requires the approval of government agencies and could take between 60 and 90 days.<br>2.  The collaboration of internal experts assigned to the auxiliary superintendencies is required; therefore, the operational tasks of this personnel will be affected. |
| **Solutions** | 1.  Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies.<br>2.  The experts identified to offer the seminars in the program will be assigned for an uninterrupted period of time of no less than one month but no more than two months to carry out said task. Auxiliary superintendents will prepare a work plan to mitigate this impact. |

Table 5

2.  Training will be developed for the MPRPDs in order to ensure that police services are rendered in accordance with the principles of community policing, to reinforce the existing community initiatives, to create new forms of outreach and new alliances with the communities of interest, and to use the S.A.R.A. Problem-Solving Model.

**Activities**:

2.1. Collaborate in the development of the Multi-Topic Training, which includes the topic of "Community Perspective regarding Discriminatory Police Conduct". This training is included in the **Equal Protection and Non-Discrimination Action Plan**.

Action Plan Section XII. Community Interaction and Public Information

2.2. Collaborate in the review of the Multi-Topic Training for the Field Training Program regarding the topic of Community Policing. Said training is included in the Training Action Plan.

2.3. The Auxiliary Superintendency for Education and Training will create a Multi-Topic Training Program to train the MPRPDs on the Principles of Community Policing. The Program will include the following topics: (Table 6)

2.3.1.  principles of community policing

2.3.2.  S.A.R.A. Problem-Solving Model

2.3.3.  creation of continuation of community alliances

2.3.4.  Identifying Factors that Affect Quality of Life and may Affect Criminal Activity

2.3.5.  Diverse Populations in Puerto Rico

2.3.6.  Cultural Awareness and Tolerance Towards the Communities

2.3.7.  Identifying Prejudice

2.3.8.  Effective Meeting Development

2.3.9.  Basic Elements of the Communication Process during Conflict Management

2.3.10.  Conflict-Solving Strategies

2.3.11.  Managing Difficult Conversations

2.3.12.  How to Manage and Channel Emotions, and

2.3.13.  Right to Freedom of Expression.

| Requirement(s) | 117, 205, 206, 207, 208, |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | OP, certified instructors from SAOC, SAIC, SARP |
| Resources | Professional Services; Internal Resources; (collaborators) |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1.   Hiring process requires the approval of government agencies and could take between 60 and 90 days.<br>2.   The collaboration of internal experts assigned to the auxiliary superintendencies is required; therefore, the operational tasks of this personnel will be affected.<br>3.   Operational factors in 2016, regarding the primary and general election processes will require that all MPRPDs put in additional operational police time, |

222

Action Plan Section XII. Community Interaction and Public Information

|  |  |  |
|---|---|---|
|  |  | which could affect the training period and the investigations. |
| **Solutions** | 1. | Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies. |
|  | 2. | The experts identified to offer the re-training program will be assigned for an uninterrupted period of time of no less than but no more than two months to carry out said task. Auxiliary superintendents will prepare a work plan to mitigate this impact. |
|  | 3. | If the obstacle were to persist, the required amount of time will be requested in order to be able to comply with the operational tasks of the PRPD required for the safety of the country. |

Table 6

3.  In order for the PRPD to be able to keep the public continuously informed from a community standpoint and in a way that protects any confidential or sensitive information, following the best generally accepted practices, the principles of community policing, and in accordance with the rights, privileges, and immunities guaranteed by the laws of the United States of America and the Commonwealth of Puerto Rico, training will be developed for the MPRPDs.

**Activities**:

3.1. The Auxiliary Superintendency for Education and Training will create a Multi-Topic Training Program for the personnel that works **at the Central Press Office, in the Areas,** and **for the high-ranking officers** of the PRPD, about the dissemination of public information and about incidents or ongoing investigations from a community perspective, and said training will include practical police Q & A scenarios before the press. The Program will include the following topics: (Table 7)

   3.1.1.  freedom of the press

   3.1.2.  right to privacy

   3.1.3.  defamation and libel

   3.1.4.  ethics in the dissemination of information

   3.1.5.  what and when something is public information

   3.1.6.  importance of the media in solving criminal cases

   3.1.7.  dissemination of public information in ongoing situations

   3.1.8.  protecting victim and witness Information

   3.1.9.  drafting press releases

   3.1.10. oral communication in the media

223

Action Plan Section XII. Community Interaction and Public Information

3.1.11. use of electronic media to disseminate public information

3.1.12. image portrayed in the media, and

3.1.13. media management and interviews.

| Requirement(s) | 205, 214, 217, 219(c) |
|---|---|
| Entities Responsible | SAEA |
| Collaborators | OS, SAOC (OP Areas) |
| Resources | Professional Services; communications specialists; Internal Resources; (collaborators) |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. The process of hiring communications professionals requires the approval of government agencies.<br>2. The collaboration of internal experts assigned to the auxiliary superintendencies is required to design the trainings; therefore the operational tasks of this personnel will be affected.<br>3. Operational factors in 2016 regarding the primary and general election processes will require that all MPRPDs put in additional operational police time which could affect the training period and the investigations. |
| Solutions | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies.<br>2. The experts identified to collaborate in designing the training courses will be assigned to the SAEA for an uninterrupted period of time of no less than but no more than two months.<br>3. If the obstacle were to persist, the required amount of time will be requested in order to be able to comply with the operational tasks of the PRPD required for the safety of the country. |

Table 7

3.2. The Auxiliary Superintendency for Education and Training will create training for the personnel that carries out **management and supervisory** duties at the PRPD about the dissemination of public information and about incidents or ongoing investigations from a community perspective, and said training will include practical police Q & A scenarios before the press. The Program will include the following topics: (Table 8)

3.2.1.  freedom of the press

3.2.2.  right to privacy

3.2.3.  defamation and libel

3.2.4.  ethics in the dissemination of information

3.2.5.  what and when something is public information

Action Plan Section XII. Community Interaction and Public Information

    3.2.6.   importance of the media in solving criminal cases

    3.2.7.   dissemination of public information in ongoing situations

    3.2.8.   protecting victim and witness information

    3.2.9.   oral communication in the media

    3.2.10. image portrayed in the media, and

    3.2.11. media management and interviews.

| | |
|---|---|
| **Requirement(s)** | 205, 214, 217, 219(c) |
| **Entities Responsible** | SAEA |
| **Collaborators** | OP, SA, CA |
| **Resources** | External consultation for the design of the training syllabi; Internal Resources |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| **Obstacles** | 1. The process of hiring communications professionals requires the approval of government agencies.<br>2. The collaboration of internal experts assigned to the auxiliary superintendencies is required to design the training courses. Therefore, the operational tasks of this personnel will be affected.<br>3. Operational factors in 2016 regarding the primary and general election processes will require that all MPRPDs put in additional operational police time, which could affect the training period and the investigations. |
| **Solutions** | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies.<br>2. The experts identified to collaborate in designing the training courses will be assigned to the SAEA for an uninterrupted period of time of no less than but no more than two months. Auxiliary superintendents will establish a Work Plan to mitigate the impact of this training and thus be able to comply with the responsibilities assumed with the SAEA.<br>3. If the obstacle were to persist, the amount of time needed to be able to comply with the operational tasks of the PRPD required for the safety of the country will be granted. |

Table 8

## III. Implementation Objectives:

1. In order to obtain the assistance and recommendations of the members of the different community sectors, restore the trust of the communities in the PRPD, and develop solid relationships with said communities, new training programs[3], policies and procedures will be implemented.

**Activities**

1.1. Collaborate in the personnel and resource assignment study, so that it is in accordance with the principles of community policing and so that it will support the systematic use

---

[3] See Appendix **C** – Training Implementation Process.

Action Plan Section XII. Community Interaction and Public Information

of alliances and problem-solving techniques. **Said activities will be included in the Professionalization Action Plan.**

1.2. Collaborate in the development of the Recruitment Plan to attract qualified candidates from different social backgrounds, using different strategies. Interested community groups will be consulted to obtain recommendations. **Said activity will be included in the Recruitment, Selection, and Appointment Action Plan.**

1.3. Collaborate with the Field Training Plan (FTOs) to integrate the principles of community policing, including community alliances, the problem-solving model and conflict solution in the program, so that the mentors may show and develop these concepts in a practical way for the new officers. **Said activity will be included in the Training Action Plan.**

1.4. Collaborate in the review of General Order 2008-3 "Rules and Procedures for the Evaluation of the Members of the Police Department and Classified Personnel", so that they are in accordance with the General Order on Community Policing. **Said activity will be included in the Supervision and Management Action Plan.**

1.5. Collaborate in the review of General Order 300, Section 304 "Rules and Procedures for the Annual Nomination, Selection, and Awarding of Outstanding Employees of the Puerto Rico Police Department", so that they are in accordance with the General Order on Community Policing. **Said activity will be included in the Supervision and Management Action Plan.**

1.6. Make an open announcement to the public in order to recruit candidates interested in belonging to the Central Committee or to one of the thirteen (13) community interaction councils of the police areas. The candidate will represent the different community sectors, as provided in OG 801, which has to do with the functioning of the Central Committee and of the community interaction councils with the PRPD. (Table 9)

| Requirement(s) | 205, 209,210, 211, 212, 213 |
|---|---|
| Entities Responsible | OR and OS. |

Action Plan Section XII. Community Interaction and Public Information

| | |
|---|---|
| **Collaborators** | SAOC (CA), OP, SAIC, community representatives; community interaction councils |
| **Resources** | Professional Services – Attorney;  Internal Resources; (collaborators) |
| **Due Date** | Announcement from July 1 through 30, 2015, then announced again every two (2) years. |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable. |

Table 9

1.7. Appoint the members of the Community Interaction Council Candidate Selection Board. (Table 10)

| | |
|---|---|
| **Requirement(s)** | 205, 209, 210, 211, 212, 213 |
| **Entities Responsible** | OR and OS. |
| **Collaborators** | OS, SAOC, OP, SAIC, OSP, SARP, community representatives (Women's Rights Advocate, Civil Rights Commission) |
| **Resources** | Professional Services – Attorney; Internal Resources; (collaborators) |
| **Due Date** | October 2015 The announcement is made every two (2) years. Next announcement in October 2017. |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable. |

Table 10

1.8. Select and appoint the new members of the fourteen (14) community interaction councils. (Table 11)

| | |
|---|---|
| **Requirement(s)** | 205, 209, 210, 211, 212, 213 |
| **Entities Responsible** | OR and OS. |
| **Collaborators** | SAOC, OP, community representatives, (Women's Rights Advocate, Civil Rights Commission) |
| **Resources** | Professional Services – Attorney; Internal Resources |
| **Due Date** | October 2015. The announcements are made every two (2) years.  Next announcement in October 2017. |
| **Obstacles** | Lack of candidates to fill some of the representative sectors as per General Order Chapter 800, Section 801. |
| **Solutions** | Carry out a campaign focused on the representative sectors for which recruitment difficulties have been identified. |

Table 11

1.9. Once the final approval of the training material has been obtained and the recommended changes have been incorporated, the SAEA will provide orientation simultaneously to one hundred percent (100%) of the members of the community interaction councils through its certified instructors. The orientations will begin on the date stated in the announcement issued by the SAEA. (Table 12)

Action Plan Section XII. Community Interaction and Public Information

| Requirement(s) | 205, 209, 210, 211, 212, 213 |
|---|---|
| Entities Responsible | SAEA, SAOC |
| Collaborators | SA, training coordinators, certified instructors |
| Resources | Professional Services – Internal Resources |
| Due Date | July 2016 |
| Obstacles | The identified instructors may not be able to discharge their dual responsibility to the SAEA and their respective superintendents. |
| Solutions | The personnel identified as certified instructors will only carry out seminar-related tasks during this period. Auxiliary superintendents will prepare a Work Plan to mitigate the lack of resources and comply with the seminars to the CICs at the SAEA. |

Table 12

1.10. The PRPD will provide orientation to the members of the Community Interaction

Council based on the following police area groupings:

1.10.1. Central, Bayamón, Carolina, San Juan

1.10.2. Caguas, Fajardo, Humacao

1.10.3. Aguadilla, Arecibo, Mayagüez, and

1.10.4. Aibonito, Guayama, Ponce, Utuado.

The seminars to be implemented will cover the following topics:

a. Agreement for the Sustainable Reform of the Puerto Rico Police Department

b. duties and responsibilities of the community interaction councils, in accordance with GO 801

c. parliamentary procedure

d. principles of community policing

e. S.A.R.A. Problem-Solving Model

f. creation and preservation of community alliances

g. functioning of the rank system

h. PRPD organizational chart

i. duties and responsibilities of the investigation units, specialized units, precincts and districts

j. duties and responsibilities of the Office of Reform, TCA and the USDOJ

k. process for filing administrative complaints

l. use of force

m. rights of the individual during searches and seizures

n. civil rights

o. services to crime victims

Action Plan Section XII. Community Interaction and Public Information

      p.  PRPD recruitment Process

      q.  duties and responsibilities of the community safety councils

      r.  general plan for the implementation of the community outreach and public information program, and

      s.  Uniform Crime Reporting Handbook (NIBRS).

1.11. The PRPD will seek out the human and administrative resources and the necessary means for the members of the fourteen (14) community interaction councils to carry out their duties and responsibilities in accordance with the Agreement and General Order Chapter 800, Section 801. (Table 13)

| | |
|---|---|
| **Requirement(s)** | 205, 209, 210, 211, 212, 213 |
| **Entities Responsible** | OR and OS. |
| **Collaborators** | SAOC, CICs |
| **Resources** | Purchase of equipment, materials and provisions; Internal Resources |
| **Due Date** | September 2016 |
| **Obstacles** | Public Law 66, other fiscal obstacles and internal purchasing process |
| **Solutions** | The particular needs of each committee will be studied. |

Table 13

2. To ensure that the police services rendered are focused on the community and on solving problems, training on the new policies and procedures establishing these operational and administrative strategies will be implemented.

**Activities**

2.1. Within the twelve (12) months following the final approval of the training material on Community Policing and the incorporation of the recommended changes, the SAEA will simultaneously train fifty percent (50%) of the MPRPDs through its certified instructors. The remaining fifty percent (50%) will be trained during the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date stated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency, upon approval by the SAEA. (Table 14)

Action Plan Section XII. Community Interaction and Public Information

| | |
|---|---|
| **Requirement(s)** | 125, 205, 206, 207, 208 |
| **Entities Responsible** | SAEA |
| **Collaborators** | SA, training coordinators and certified instructors |
| **Resources** | External Resources - instructors; Internal Resources |
| **Due Date** | The training courses will be implemented as stated in **Appendix C**– Training Implementation Process. |
| **Obstacles** | 1. The collaboration of internal experts assigned to the auxiliary superintendencies is required to design the training courses; therefore, the operational tasks of this personnel will be affected.<br>2. Operational factors in 2016 regarding the primary and general election processes will require that all MPRPDs put in additional operational police time which could affect the training period and the investigations. |
| **Solutions** | 1. The experts identified to collaborate in designing the training courses will be assigned to the SAEA for an uninterrupted period of time of no less than but no more than two months. Auxiliary superintendents will establish a Work Plan to mitigate the impact of this training and thus be able to comply with the responsibilities assumed with the SAEA.<br>2. If the obstacle were to persist, the amount of time needed in order to be able to comply with the operational tasks of the PRPD required for the safety of the country will be granted. |

Table 14

2.2. The PRPD will begin training the MPRPDs, **who are the first responders** :

2.2.1.   personnel assigned to the Zones of Excellence (SAOC)

2.2.2.   Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

2.2.3.   Division of Tactical Operations (DTO) (SAOC)

2.2.4.   districts, precincts, posts (SAOC), the priority of each one will be based on the following:

2.2.4.1.  number of use of force incidents per location

2.2.4.2.  number of domestic violence incidents per location

2.2.4.3.  number of interventions with intoxicated people

2.2.4.4.  number of traffic stops

2.2.4.5.  number of arrests made

2.2.4.6.  administrative complaints for the following: violations of civil rights, sexual harassment, discrimination, assault or unjustified use of force, physical or psychological coercion

2.2.4.7.  assault against an MPRPD

2.2.4.8.  number of mass protests, and

2.2.4.9.  distance from support units.

Action Plan Section XII. Community Interaction and Public Information

2.2.5.   Motorized Unit (SAOC).

2.3. The PRPD will continue to give priority to training the MPRPDs who are first responders and who belong to the following divisions and units:

2.3.1.   Division of Special Weapons and Tactics (SWAT) (SAOC)

2.3.2.   Bureau of Highway and Traffic Patrols (SAOC)

2.3.3.   Bureau of Vehicle Theft Investigations (SAIC)

2.3.4.   Arrests and Extraditions Division (SAIC)

2.3.5.   Use of Force Investigations Division (FIU) (SARP)

2.3.6.   members of joint forces  (SAIC)

2.3.7.   Canine Division, K-9 (SAIC)

2.3.8.   Auxiliary Superintendency for Education and Training

2.3.9.   Auxiliary Superintendency for Professional Responsibility

2.3.10. remaining personnel of the Auxiliary Superintendency for Field Operations

2.3.11. remaining personnel of the Auxiliary Superintendency for Criminal Investigations

2.3.12. Auxiliary Superintendency for the La Fortaleza Police

2.3.13. Auxiliary Superintendency for Managerial Services, and

2.3.14. Office of the Superintendent.

The multi-topic training to be implemented will cover the following topics:

a.  principles of community policing

b.  S.A.R.A. Problem-Solving Model

c.  creation of continuation of community alliances

d.  identifying factors that affect quality of life and may affect criminal activity

e.  diverse populations in Puerto Rico

f.  cultural awareness and tolerance towards the communities

g.  identifying prejudice

h.  effective meeting development

i.  basic elements of the communication process during conflict management

j.  conflict-solving strategies

231

Action Plan Section XII. Community Interaction and Public Information

    k. managing difficult conversations

    l.  how to manage and channel emotions, and

    m. right to freedom of expression.

3. For the public to be continuously informed from a community perspective, while protecting any confidential and ongoing investigations, following the best generally accepted practices, the principles of community policing, and guaranteeing the rights, privileges and immunities established by the laws of the United States of America and the Commonwealth of Puerto Rico, training and new policies and procedures will be implemented.

**Activities**:

3.1. During the twelve (12) months following the final approval of the training material of the General Order that will establish how public information will be disseminated, and once the recommended changes have been incorporated, the SAEA will simultaneously train fifty percent (50%) of the members of the Press Offices and the high-ranking officers through its certified instructors. The remaining fifty percent (50%) of the personnel will be trained during the following twelve (12) months, once the training of the first group has been completed. The training courses will begin on the date stated in the announcement issued by the SAEA and in accordance with the training plan provided by each police area and the auxiliary superintendencies, once approved by the SAEA.

3.2. The PRPD will begin to train the personnel assigned to the different **press offices** and **high-ranking officers.**

The multi-topic training to be implemented will cover the following topics:

    a. freedom of the press

    b. right to privacy

    c. defamation and libel

    d. ethics in the dissemination of information

    e. what and when something is public information

Action Plan Section XII. Community Interaction and Public Information

    f.  importance of the media in solving criminal cases

    g.  dissemination of public information in ongoing situations

    h.  protecting victim and witness information

    i.  drafting press releases

    j.  oral communication in the media

    k.  use of electronic media to disseminate public information

    l.  image portrayed in the media, and

    m. media management and interviews.

3.3. The PRPD will continue to train personnel that carries out **administrative and supervisory** duties who belong to the different auxiliary superintendencies, taking into consideration their degree and frequency of interaction with the media.

    3.3.1.   personnel assigned to the Zones of Excellence (SAOC)

    3.3.2.   Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

    3.3.3.   districts, precincts, posts (SAOC), the priority of each one will be based on the following:

        3.3.3.1.  number of use of force incidents per location

        3.3.3.2.  number of domestic violence incidents per location

        3.3.3.3.  number of interventions with intoxicated people

        3.3.3.4.  number of traffic stops

        3.3.3.5.  number of arrests made

        3.3.3.6.  administrative complaints for the following: violations of civil rights, sexual harassment, discrimination, assault or unjustified use of force, physical or psychological coercion

        3.3.3.7.  assault against an MPRPD

        3.3.3.8.  number of mass protests, and

        3.3.3.9.  distance from support units.

    3.3.4.   Motorized Unit (SAOC).

Action Plan Section XII. Community Interaction and Public Information

The multi-topic training to be implemented will cover the following topics:

    a. freedom of the press

    b. right to privacy

    c. defamation and libel

    d. ethics in the dissemination of information

    e. what and when something is public information

    f. importance of the media in solving criminal cases

    g. dissemination of public information in ongoing situations

    h. protecting victim and witness iInformation

    i. oral communication in the media

    j. image portrayed in the media, and

    k. media management and interviews.

| | |
|---|---|
| **Requirement(s)** | 205, 214, 217 and 237 (B) |
| **Entities Responsible** | SAEA |
| **Collaborators** | SA, training coordinators, and certified instructors |
| **Resources** | External Resources - instructors; Internal Resources (collaborators) |
| **Due Date** | The training courses will be implemented as stated in **Appendix C**– Training Implementation Process. |
| **Obstacles** | The temporary assignment of said resources to collaborate in designing training could be difficult due to Public Law 66 and operational factors such as strikes, general elections, natural disasters, sick leave, regular leave, and others. |
| **Solutions** | Auxiliary superintendents will establish a Work Plan to mitigate the impact of this training and thus be able to comply with the responsibilities assumed with the SAEA. |

Table 15

## IV. Data Collection Objectives:

1. To establish effective alliances, data about the alliances that have already been developed with the communities will be collected to document the results obtained, the obstacles faced, the strategies used to surmount said obstacles, and any recommendations to be considered when establishing future initiatives.

**Activities**:

    1.1. Develop an automated system to collect information, document the alliances that have been created and communicate the activities, the specific problems addressed, the measures adopted by the PRPD, and the obstacles faced. Additionally, the information collected with the created mechanism will serve as a work tool for the units of the

234

Action Plan Section XII. Community Interaction and Public Information

PRPD. It will be included in the **Information and Technology Systems Compliance Area Action Plan**.

1.2. Develop an annual report of the alliances that have been created, the activities that have been carried out, and the measures adopted by the PRPD, among other matters. Its information will be obtained from the database developed by the Bureau of Technology. (Table 16)

| Requirement(s) | 205, 206, 207, 208, 218, 219, 221 |
|---|---|
| Entities Responsible | SAOC (Community Relationships Bureau) |
| Collaborators | OR, SA, SASG (NT) |
| Resources | Internal and External Resources |
| Due Date | Month of January every year |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable. |

Table 16

## V. **Self-Assessment Objectives**:

1. To make sure that the police services have been provided in an equitable, respectful, and unbiased manner; guarantee that the PRPD personnel are being trained in accordance with the policies and procedures and with the approved training materials; and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and identify the aspects that need to be corrected and improved.

**Activities**:

1.1. The PRPD, through the Office of Reform, will use data collection strategies and will conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, and training courses offered by the PRPD, such as:

1.1.1. Using the training plan and training announcement issued by the SAEA for each of the courses to identify the start date of each one, the time police areas and the corresponding auxiliary superintendencies have to complete training, and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and auxiliary

235

Action Plan Section XII. Community Interaction and Public Information

superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be offered. The Office of Reform will verify that MPRPDs are participating in the scheduled training courses by using the above-mentioned sources and the attendance records of each course.

1.1.2. Conducting random visits to each of the thirteen (13) police areas and auxiliary superintendencies, using the training plan approved by the SAEA for each training course developed for this Compliance Area, in order to guarantee that PRPD personnel are being trained in accordance with the syllabi, instructor handbooks, presentation, and assessment methodology approved by the TCA.

1.1.3. The PRPD, through the Office of Reform, will monitor and assess compliance with the Community Outreach and Public Information Program.

1.1.3.1. Visiting the thirteen (13) police areas and assessing the Public Meetings which will take place two (2) times per year in each police area during the first two (2) years that the Agreement is in effect. The purpose of the follow-up, monitoring, and assessment visits to the Public Meetings is to make sure that this Action Plan has been followed, that the public has been informed about the requirements of this Agreement, and that the matters of interest to the communities have been addressed.

1.1.3.2. Reviewing the PRPD webpage to make sure that the policies and procedures that govern the PRPD are available and updated for the benefit of all MPRPDs and the general public. This procedure will be carried out in coordination with the Bureau of Technology of the Auxiliary Superintendency for Managerial Services.

236

Action Plan Section XII. Community Interaction and Public Information

      1.1.3.3. Ensuring that all of the reports required by the Agreement for the Sustainable Reform of the PRPD are available to all MPRPDs and the general public on the PRPD website.

    1.1.4. The PRPD, through the Office of Reform, will monitor the alliances with the communities, using the automated data collection system to comply with this Agreement. This activity will be carried out in coordination with the Bureau of Technology of the Auxiliary Superintendency for Managerial Services and the thirteen (13) police areas. (Table 17)

| Requirement(s) | 232 and 233 |
|---|---|
| Entities Responsible | OR |
| Collaborators | SA, SASG (Crime Statistics Division) |
| Resources | Internal Resources |
| Due Date | Eighteen (18) months after the approval of the Action Plan. |
| Obstacles | No obstacles are anticipated. |
| Solutions | Not applicable. |

Table 17

## VI. Budget:

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018 and 2018-2019 is estimated at **$1,037,595**. The corresponding appendices, detailing the project expense per item[4] during the fiscal years included in this Action Plan, are enclosed.

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

## VII. Revision of the Action Plan:

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum of four (4) months. The TCA will not extend the initial timeframe for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval

237

---

[4] See Appendix **N** – Projected Expense Budget.

Action Plan Section XII. Community Interaction and Public Information

Puerto Rico Police Department
Office of Reform
Requirements 205 - 217 - Section XII – Community Interaction and Public Information
Consolidated Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Items | | | | | | | | | | |
| Payroll and Related Costs | 001 | $          - | $          - | $          - | $          - | $          - | $          - | $          - | $          - | $          - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | 936,124 | - | 936,124 | - | - | - | 936,124 | - | 936,124 |
| Professional Services | 006 | 30,221 | - | 30,221 | - | - | - | 30,221 | - | 30,221 |
| Other Expenses | 007 | 11,650 | - | 11,650 | - | - | - | 11,650 | - | 11,650 |
| Materials and Supplies | 010 | 59,600 | - | 59,600 | - | - | - | 59,600 | - | 59,600 |
| Equipment Purchases | 011 | - | - | - | - | - | - | - | - | - |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| TOTAL | | $   1,037,595 | $          - | $   1,037,595 | $          - | $          - | $          - | $   1,037,595 | $          - | $   1,037,595 |

238

**Action Plan**

**Section XIII: Information and Technology Systems**

**Requirements: 218 to 224**

**Compliance Area Summary**:

Pursuant to the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the Information Systems and Technology Compliance Area has the goal of updating its technological information systems infrastructure in order to improve the police processes and procedures in the administrative and operational areas. The PRPD will establish data communications infrastructures and information systems in an efficient and effective manner to support the daily activities of its employees. In that sense, the PRPD will collect and maintain all of the necessary information, including records, required reports, and statistical data, in order to document the implementation of and compliance with the Agreement in each compliance area. Additionally, it will facilitate public access to all information required by the compliance areas and related to the Agreement. In the technological aspect, it will promote the safety and security of individuals and MPRPDs.

**I. Policy and Procedure Development Objectives**:

With the purpose of permanently establishing the governance and oversight structure that will be used to standardize the processes and operations needed in the development and implementation of Information Systems and Technology to support the work of the PRPD and the implementation of the Agreement, policies and procedures will be developed or reviewed[1] in accordance with the best practices established in this document. These policies and procedures will have an impact on the communications infrastructure, hardware, software, and instructions given to human resources to promote a proper technological platform to collect, store, and distribute data and information to the community and to the employees of the PRPD. These policies will be based on current technological standards, with an emphasis on police operations. As per the Agreement, these policies will be reviewed once (1) per year during the first three (3) years after the appointment of the TCA, and every two (2) years thereafter. Each policy or procedure will also be reviewed as soon as a substantial deficiency in the same is reported.

---

[1] See Appendix **A** – Policy and Procedure Development Process.

239

Action Plan, Section XIII. Information and Technology Systems

**Activities**:

1.1   Collaborate in the development of the Administrative Order that will create the Public Information Program regarding the filing of administrative complaints, as well as the posters and fliers informing people how to file administrative complaints. **This policy will form part of the Administrative Complaints Compliance Area Action Plan**.

1.2   Collaborate in the revision of General Order 2000-3, entitled "Controls on the Use, Filing, and Final Disposition of Incident Reports (NIBRS) at the Puerto Rico Police Department". **This policy will form part of the Equal Protection and Non-Discrimination Compliance Area Action Plan**.

1.3   Collaborate in the review of General Order 2007-1 "Duties and Responsibilities of the Sex Crimes and Child Abuse Divisions". **This policy will be part of the Equal Protection and Non-Discrimination Compliance Area Action Plan**.

1.4   Collaborate in the review of Regulation 6506, entitled "Regulation for the Processing of Administrative Complaints against Members of the Force and Civilian Personnel who Work at the PRPD" to adopt the new "Regulation for Receiving, Processing, and Managing Administrative Complaints". **This policy will form part of the Administrative Complaints Compliance Area Action Plan**.

1.5   Collaborate in the development of the General Order for Hate Crime Data Collection and Management.  **This policy will be part of the Equal Protection and Non-Discrimination Compliance Area Action Plan**.

1.6   Collaborate in the development of the protocol for the digital recording and storage of communications generated between immediate supervisors and MPRPDs through the Command Center and Radio Control communication channels. **This policy will form part of the Searches and Seizures Compliance Area Action Plan**.

Action Plan, Section XIII. Information and Technology Systems

1.7   Collaborate in the revision of General Order 2010-1, entitled "Reorganization of the Internal Audit Office". **This policy will form part of the Supervision and Administration Compliance Area Action Plan**.

1.8   Collaborate in the revision of General Order 2008-3 entitled, "Rules and Procedures for the Evaluation of MPRPDs and Classified Personnel". **This policy will form part of the Supervision and Administration Compliance Area Action Plan**.

1.9   Collaborate in the development of policy to protect the copyrights of the PRPD in the creation of policies, training courses, posters, and printed and/or electronic media. **This policy will form part of the Policies and Procedures Compliance Area Action Plan**.

1.10  Collaborate in the development of a General Order for the Creation of the Early Identification System (EIS).   **This policy will be part of the Supervision and Administration Compliance Area Action Plan**.

1.11  Collaborate in the development of a Procedures Manual for the Use of the Early Identification System (EIS).   **This policy will form part of the Supervision and Administration Compliance Area Action Plan**.

1.12  Review General Order Chapter 100, Section 101, entitled "Reorganization of the Auxiliary Superintendency for Managerial Services", in order to efficiently and effectively adapt it to the implementation of the Agreement. (Table 1)

| Requirement(s) | 218, 219, 220, 221, 222 and 223 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SASG and SASG (BT) |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | August 2016 |
| Obstacles | Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". |
| Solutions | Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law |

Table 1

Action Plan, Section XIII. Information and Technology Systems

1.13 Develop a General Order establishing the processes and procedures[2] of the Bureau of Technology for updating and implementing the information and technology systems infrastructure, including hardware, software, and communications. Additionally, establish IT governance methodology and processes in accordance with the best practices. (Table 2)

| Requirement(s) | 218 and 224 |
|---|---|
| Entities | OR and OS (While the PRPD Policies and Procedures Division is created) |
| Collaborators | SASG (BT) |
| Resources | Professional Services – Attorney; Internal Resources |
| Due Date | August 2016 |
| Obstacles | Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". |
| Solutions | Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |

Table 2

2. In order to establish appropriate radio communication services for the MPRPDs, the PRPD will develop policies establishing the procedure to be followed by the MPRPDs who are assigned official vehicles and radio communication equipment in the police units that use the services.

**Activities**:

2.1 Review General Order 73-13, entitled "Rules and Procedures for Walkie-Talkie Use, Control, and Identification", to standardize the radio communications of the PRPD in terms of security and efficiency by establishing the duties and responsibilities of PRPD employees when using and managing radio communications, as well as the activities that are carried out at a radio station, including the duties and limitations of the operator. Additionally, establish guidelines and safety procedures for radio frequency use. (Table 3)

| Requirement(s) | 66, 218 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SASG (TB – Communications Division) |
| Resources | Professional Services – Attorneys and internal human resources |

---

[2] Appendix **D** Diagram of the Technology Acquisition Process.

Action Plan, Section XIII. Information and Technology Systems

| Due Date | October 2016 |
|---|---|
| Obstacles | 1. Hiring process requires approval of government agencies. A permit must be requested from the OGE when hiring former public employees who have been retired or have been away from public service for less than two years. Process could take 60 to 90 days.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in the mass media with the purpose of presenting their programs, projects, achievements, realizations, projections, or plans. |
| Solutions | 1. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>2. Submit the material to the Board of Advertisement Examiners of the Puerto Rico Elections Commission so that it will grant a waiver or expeditiously grant the authorizations during that period to do the advertising of this particular Program. |

Table 3

2.2 Establish a Collaborative Agreement with the agencies that make up the Interoperability System and the PRPD in order to facilitate the interconnection of the interagency communications infrastructures and create a network that will enable the uninterrupted exchange of information through data, radio, video conference, fax, or telephone communication.   This collaborative agreement will be updated as new technologies related to the interoperability systems arise. (Table 4)

| Requirement(s) | 218 and 224 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SAOC, SASG (TB – Communications Division), AEMEAD, Puerto Rico Fire Department, Medical Emergency Corps, 911 and DTOP. |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | November 2016 |
| Obstacles | 1. Gathering the interagency personnel to discuss and reconcile potential differences in visions among the representatives of the corresponding agencies.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in the mass media with the purpose of presenting their programs, projects, achievements, realizations, projections, or plans. |
| Solutions | 1. Establish a calendar of activities and meetings needed for the development of the collaborative agreement between the agencies that make up the interoperability system and the PRPD.<br>2. Submit the material to the Board of Advertisement Examiners of the Puerto Rico Elections Commission so that it will grant a waiver or expeditiously grant the authorizations during that period to do the advertising of this particular Program. |

Table 4

2.3 Review General Order 97-16, entitled "Reorganization of the San Juan Command Center and the Radio Command Centers of the Police Areas and Establishment of Work Guidelines for the 9-1-1 Emergency System", to redefine their duties and

Action Plan, Section XIII. Information and Technology Systems

responsibilities, taking into consideration the technological advances that have been positively developed and implemented in the information and communication systems of the PRPD. Additionally, update the processes and procedures established in the PRPD for the 9-1-1 Emergency System. (Table 5)

| Requirement(s) | 218 and 220 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SAOC (Command Center), SASG (TB – Communications Division) |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | December 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in the mass media with the purpose of presenting their programs, projects, achievements, realizations, projections, or plans. |
| Solutions | 1. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>2. Submit the material to the Board of Advertisement Examiners of the Puerto Rico Elections Commission so that it will grant a waiver or expeditiously grant the authorizations during that period to do the advertising of this particular Program. |

Table 5

3. With the purpose of establishing efficient procedures to collect evidence that will lead to the effective investigation of incidents and complaints involving inappropriate use of force or improper behavior by the MPRPDs, the PRPD will develop policies that will integrate the processes and procedures for the real-time recording of incidents by the MPRPDs and the recordings made by the supervisors related to the statements by complainants and witnesses during the investigation of complaints.

3.1 Develop a General Order for the Use and Handling of Portable Recording Devices for the MPRPDs to establish guidelines for the recording, review, use, distribution, and storage of incident recordings, as well as the duties and responsibilities of the MPRPDs who use said equipment. Additionally, guide the processes and procedures for the Supervisors that are needed when interviewing and recording the statements of complainants and witnesses during the investigation of complaints regarding inappropriate use of force or improper conduct or behavior of the MPRPDs. (Table 6)

Action Plan, Section XIII. Information and Technology Systems

| Requirement(s) | 218, 222 and 224 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SASG (BT), SAIC and SAOC |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | May 2017 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in the mass media with the purpose of presenting their programs, projects, achievements, realizations, projections, or plans. |
| Solutions | 1. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>2. Submit the material to the Board of Advertisement Examiners of the Puerto Rico Elections Commission so that it will grant a waiver or expeditiously grant the authorizations during that period to do the advertising of this particular Program. |

Table 6

4.  To continue to update and implement the services of Information and Technology Systems, the PRPD will review and develop policies that will integrate the processes and procedures for collecting, processing, storing, and distributing information, in order to provide support to the operational, investigative, and administrative areas. It will also consolidate strategies to update and improve operational capacity and effective performance regarding citizen safety and protection, as well as that of the MPRPDs.

4.1 Review General Order, 2003-25, entitled "Rules and Controls for the Use of the Computerized Systems of the Puerto Rico Police Department", in order to update the processes and procedures that have been incorporated into the information systems, communications, and technology services developed and implemented at the PRPD. (Table 7)

| Requirement(s) | 218, 219, 220 and 221 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SASG (BT) |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | October 2016 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in the mass media with the purpose of presenting their programs, projects, achievements, realizations, projections, or plans. |

Action Plan, Section XIII. Information and Technology Systems

| | |
|---|---|
| **Solutions** | 1. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>2. Submit the material to the Board of Advertisement Examiners of the Puerto Rico Elections Commission so that it will grant a waiver or expeditiously grant the authorizations during that period to do the advertising of this particular Program. |

Table 7

4.2 Develop User Manual for the Computer Systems of the PRPD, in order to update the processes and procedures that have been incorporated into the information systems, communications, and technology services developed and implemented at the PRPD. (Table 8)

| | |
|---|---|
| **Requirement(s)** | 218, 219, 220, 221 and 223-224 |
| **Entities** | OR and OS. |
| **Collaborators** | SASG (BT) |
| **Resources** | Professional Services – Attorneys and internal human resources |
| **Due Date** | January 2017 |
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in the mass media with the purpose of presenting their programs, projects, achievements, realizations, projections, or plans. |
| **Solutions** | 1. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>2. Submit the material to the Board of Advertisement Examiners of the Puerto Rico Elections Commission so that it will grant a waiver or expeditiously grant the authorizations during that period to do the advertising of this particular Program. |

Table 8

4.3 Develop a General Order establishing the Crime Information Warehouse[3] (CIW), in order to implement guidelines to collect and distribute statistics about the incidents registered at the PRPD. Additionally, incorporate the processes and procedures needed to analyze and distribute the information about the criminal activity in all of the pertinent operational and administrative units of the PRPD. (Table 9)

---

[3]  This central repository is the main component in the technology infrastructure linking all of the information subsystems of the PRPD. A diagram of the structure is included in the Bureau's 2014-2018 Strategic Plan.

Action Plan, Section XIII. Information and Technology Systems

| Requirement(s) | 218, 219, 220, 221 and 224 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SASG (BT) |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | February 2017 |
| Obstacles | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. The Elections Code and its corresponding regulations prohibit agencies from incurring expenses during an election year to purchase time and space in the mass media with the purpose of presenting their programs, projects, achievements, realizations, projections, or plans. |
| Solutions | 1. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>2. Submit the material to the Board of Advertisement Examiners of the Puerto Rico Elections Commission so that it will grant a waiver or expeditiously grant the authorizations during that period to do the advertising of this particular Program. |

Table 9

## 4.4 Develop a Manual for the Use and Handling of the Central Crime Information Warehouse (CIW). (Table 10)

| Requirement(s) | 218, 219, 220, 221 and 224 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SASG (BT) |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | March 2017. |
| Obstacles | Hiring process requires approval of government agencies.  OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited evaluation process mutually agreed upon among agencies.  These are:  the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 10

## 4.5 Develop a Memorandum of Understanding between the Puerto Rico Department of Justice and the PRPD regarding access and use of the Information Systems of the National Crime Information Center (NCIC) and of the Integrated Crime Registry (ICR). (Table 11)

| Requirement(s) | 218, 223 and 224 |
|---|---|
| Entities | OR and OS. |
| Collaborators | PRDOJ, CJIS and SASG (BT) |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | June 2017 |

247

Action Plan, Section XIII. Information and Technology Systems

| Obstacles | Bring the corresponding agencies together to exchange ideas and initiatives to establish guidelines for the use of the NCIC and the ICR. |
|---|---|
| Solutions | Establish a calendar of activities and meetings needed for the development of the memorandum of understanding between the parties and the PRPD. |

Table 11

4.6 Develop a General Order regulating access and handling by the MPRPDs of the Information Systems of the National Crime Information Center (NCIC) and the Integrated Crime Registry (ICR) provided by the Division of Information of the U.S. Criminal Justice System and by the Puerto Rico Department of Justice. (Table 12)

| Requirement(s) | 218, 223 and 224 |
|---|---|
| Entities | OR and OS. |
| Collaborators | FBI, PRDOJ and SASG (BT) |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | July 2017 |
| Obstacles | Bring the corresponding agencies together to exchange ideas and initiatives to establish guidelines for the use of the NCIC and the ICR. |
| Solutions | Establish a calendar of activities and necessary meetings between the parties and the PRPD. |

Table 12

4.7 Develop a General Order for the Use and Handling of the Crime Mapping Application Software. (Table 13)

| Requirement(s) | 218 and 224 |
|---|---|
| Entities | OR and OS. |
| Collaborators | SAOC, SASG (BT) and Statistics Division. |
| Resources | Professional Services – Attorneys and internal human resources |
| Due Date | October 2017 |
| Obstacles | Hiring process requires approval of government agencies.  OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | Obtain approval of an expedited evaluation process mutually agreed upon among agencies.  These are:  the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 13

## II. Training Development Objectives:

1. Technology training[4] will be developed to train and professionalize the MPRPDs and employees of the PRPD classified system, and to guarantee the use and handling

---

[4] See Appendix **B** – Training Design Process.

Action Plan, Section XIII. Information and Technology Systems

of the information and communication systems that are updated and implemented in their work units. This training will be offered in person or online, as scheduled with the information and technology systems providers through the SAEA.

**Activities**:

1.1 Develop training for the administration, configuration, and diagnosis of radio communication equipment, geared towards the personnel of the Communications Division of the Bureau of Technology and Communications of the PRPD, (Table 14)

| Requirement(s) | 218-224 |
|---|---|
| Entities | SAEA |
| Collaborators | SASG (BT) and Information and Technology Systems Providers |
| Resources | External consultation for the design of the training syllabus and internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>2. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. These are: the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 14

1.2 Develop training for the use and handling of the radio communication equipment at the PRPD, geared towards the MPRPDs. (Table 15)

| Requirement(s) | 218-224 |
|---|---|
| Entities | SAEA |
| Collaborators | SASG (BT) and Information and Technology Systems Providers |
| Resources | External consultation for the design of the training syllabus and internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |

Action Plan, Section XIII. Information and Technology Systems

| | |
|---|---|
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law<br>2. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. These are: the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 15

## 1.3  Develop training on the use and handling of portable recording devices for the MPRPDs. (Table 16)

| | |
|---|---|
| **Requirement(s)** | 218-223 |
| **Entities** | SAEA |
| **Collaborators** | SASG (BT) and Information and Technology Systems Providers |
| **Resources** | External consultation for the design of the training syllabus and internal human resources |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>2. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. These are: the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 16

## 1.4  Develop training for the administration and diagnosis of the computer system at the PRPD, geared towards the personnel of the Technology Division of the Bureau of Technology and Communications of the PRPD, (Table 17)

| | |
|---|---|
| **Requirement(s)** | 218-223 |
| **Entities** | SAEA |
| **Collaborators** | SASG (BT) and Information and Technology Systems Providers |
| **Resources** | External consultation for the design of the training syllabus and internal human resources |

Action Plan, Section XIII. Information and Technology Systems

| | |
|---|---|
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. These are: the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 17

1.5  Develop training on the Manual for the Use and Handling of the Computerized Systems of the PRPD, geared toward the MPRPDs and the employees of the PRPD classified system. (Table 18)

| | |
|---|---|
| **Requirement(s)** | 218-223 |
| **Entities** | SAEA |
| **Collaborators** | SASG (BT) and Information and Technology Systems Providers |
| **Resources** | External consultation for the design of the training syllabus and internal human resources |
| **Due Date** | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. These are: the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 18

1.6  Develop training on the Manual for the Use and Handling of the Central Repository for Crime Date Analysis (CIW) at the PRPD, aimed at the MPRPDs and the employees of the PRPD classified system **assigned to the Center for the Analysis of Criminal Activity and Crime Monitoring; the Criminal Intelligence Collection, Analysis, and Dissemination Center, the Crime Statistics**

251

Action Plan, Section XIII. Information and Technology Systems

**Division, as well as for the employees who collect statistical data in the police areas**. (Table 19)

| Requirement(s) | 218-223 |
|---|---|
| Entities | SAEA |
| Collaborators | SASG (BT) and Information and Technology Systems Providers |
| Resources | External consultation for the design of the training syllabus and internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law<br>2. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. These are: the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 19

1.7 Develop training on accessing and using **the Information Systems of the National Crime Information Center (NCIC) and the Integrated Crime Registry (ICR)** geared toward the MPRPDs. (Table 20)

| Requirement(s) | 218-223 |
|---|---|
| Entities | SAEA |
| Collaborators | SASG (BT) and Information and Technology Systems Providers |
| Resources | External consultation for the design of the training syllabus and internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law<br>2. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. These are: the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 20

Action Plan, Section XIII. Information and Technology Systems

1.8  Develop training on accessing and using the criminal activity map, geared toward the MPRPDs. (Table 21)

| Requirement(s) | 218-223 |
|---|---|
| Entities | SAEA |
| Collaborators | SASG (BT) and Information and Technology Systems Providers |
| Resources | External consultation for the design of the training syllabus and internal human resources |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law <br> 2. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. These are: the Office of the Government Secretary; Management and Budget; and Government Ethics. |

Table 21

## III.  Training Implementation Objectives:

1. To ensure that the technological services in the areas of information and technology systems are offered efficiently, training courses[5], policies and procedures, software, and operational and administrative strategies will be implemented for the employees of the PRPD.

### Activities:

1.1  Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) **of all MPRPDs and the employees assigned to the Bureau of Technology and Communications** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the

---

[5] See Appendix **C** – Training Implementation Process.

253

Action Plan, Section XIII. Information and Technology Systems

announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

1.2   The PRPD will begin by training **all MPRPDs**  who belong to its different departments, in the following order:

    1.2.1   personnel assigned to the Zones of Excellence (SAOC)

    1.2.2   members of joint forces  (SAIC)

    1.2.3   Auxiliary Superintendency for Professional Responsibility (SARP)

    1.2.4   Use-of-Force Investigations Division (FIU) (SARP)

    1.2.5   Auxiliary Superintendency for Education and Training (SAEA)

    1.2.6   Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

    1.2.7   Special Arrests and Extraditions Division (SAIC)

    1.2.8   Bureau of Vehicle Theft Investigations (SAIC)

    1.2.9   Criminal Investigations Corps (CIC)

    1.2.10  Canine Division, K-9 (SAIC)

    1.2.11  Bureau of Highway and Traffic Patrols (SAOC)

    1.2.12  Motorized Unit (SAOC).

    1.2.13  Division of Tactical Operations (DTO) (SAOC)

    1.2.14  Division of Special Weapons and Tactics (SWAT) (SAOC)

1.3   The PRPD will then train **all MPRPDs** who belong to districts, precincts, and auxiliary superintendencies, as the courses were designed, and taking the following into consideration:

    1.3.1   number of use-of-force incidents per location

    1.3.2   number of domestic violence incidents per location

    1.3.3   number of interventions with intoxicated people

    1.3.4   number of arrests made

    1.3.5   number of traffic stops

    1.3.6   The following types of administrative complaints: civil rights violations, discrimination, aggressions or wrongful use of violence, domestic violence, sexual harassment, physical or psychological coercion, aggression or assault against MPRPDs, distance from support units

254

Action Plan, Section XIII. Information and Technology Systems

   1.3.7   number of mass protests, and

The training courses to be implemented will cover the following topics:

   a.   use and handling of radio communications equipment; (Table 22)

   b.   use and handling of portable recording devices for the MPRPDs; (Table 22)

   c.   use and handling of the computerized systems of the PRPD. (Table 22)

| Requirement(s) | 218-224 |
|---|---|
| Entities | SAEA |
| Collaborators | Training coordinators of the police areas and auxiliary superintendencies |
| Resources | Internal human resources (instructors) |
| Due Date | The trainings will be implemented as stated in **Appendix C**– Training Implementation Process. |
| Obstacles | The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, ongoing investigations and leaves of absence to which the employee is entitled (use of time), among others. |
| Solutions | Coordinate with the courts and with the Liaison Officer of the PRPD at the courts so that the MPRPDs are excused from judicial or administrative proceedings and, if possible, to schedule them for a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings.  These changes must not affect other priority training groups. |

Table 22

1.4  Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) **on the administration, configuration, and diagnosis of radio communications equipment** through its certified instructors.  The remaining fifty percent (50%) of the **employees assigned to the Communications Division** will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 23)

Action Plan, Section XIII. Information and Technology Systems

| Requirement(s) | 218-224 |
|---|---|
| Entities | SAEA |
| Collaborators | Training coordinators of the police areas and auxiliary superintendencies |
| Resources | Internal human resources |
| Due Date | The training courses will be implemented as stated in **Appendix C**– Training Implementation Process. |
| Obstacles | The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, ongoing investigations and leaves of absence to which the employee is entitled (use of time), among others. |
| Solutions | Coordinate with the courts and with the Liaison Officer of the PRPD at the courts so that the MPRPDs are excused from judicial or administrative proceedings and, if possible, to schedule them for a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings.  These changes must not affect other priority training groups. |

Table 23

1.5  Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **the employees assigned to the Technology Division on the administration and diagnosis of the computerized systems of the PRPD** through its certified instructors. The remaining fifty percent (50%) of the **employees assigned to the Technology Division** will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 24)

| Requirement(s) | 218-223 |
|---|---|
| Entities | SAEA |
| Collaborators | Training coordinators of the police areas and auxiliary superintendencies |
| Resources | Internal human resources |
| Due Date | The training courses will be implemented as stated in **Appendix C**– Training Implementation Process. |
| Obstacles | The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, ongoing investigations and leaves of absence to which the employee is entitled (use of time), among others. |

Action Plan, Section XIII. Information and Technology Systems

| | |
|---|---|
| **Solutions** | Coordinate with the courts and with the Liaison Officer of the PRPD at the courts so that the MPRPDs are excused from judicial or administrative proceedings and, if possible, to schedule them for a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings.   These changes must not affect other priority training groups. |

Table 24

1.6    Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **the MPRPDs and the employees of the PRPD classified system assigned to the Center for the Analysis of Criminal Activity and Crime Monitoring; the Criminal Intelligence Collection, Analysis, and Dissemination Center; the Crime Statistics Division, as well as the employees who collect statistical data in the police areas on the Manual for the Use and Handling of the Central Crime Information Warehouse (CIW)** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 25)

| | |
|---|---|
| **Requirement(s)** | 218-223 |
| **Entities** | SAEA |
| **Collaborators** | Training coordinators of the police areas and auxiliary superintendencies |
| **Resources** | Internal human resources |
| **Due Date** | The trainings will be implemented as stated in **Appendix C**– Training Implementation Process. |
| **Obstacles** | The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, ongoing investigations and leaves of absence to which the employee is entitled (use of time), among others. |
| **Solutions** | Coordinate with the courts and with the Liaison Officer of the PRPD at the courts so that the MPRPDs are excused from judicial or administrative proceedings and, if possible, to schedule them for a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings.   These changes must not affect other priority training groups. |

Table 25

Action Plan, Section XIII. Information and Technology Systems

1.7 Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **all MPRPDs on the Use and Handling of the Information Systems of the National Crime Information Center (NCIC) and the Integrated Crime Registry (ICR)** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 26)

1.8 The PRPD will begin by training **all MPRPDs** who belong to its different departments, in the following order:

1.8.1   Bureau of Technology and Communications (SASG)

1.8.2   personnel assigned to the Zones of Excellence (SAOC)

1.8.3   members of joint forces  (SAIC)

1.8.4   Auxiliary Superintendency for Professional Responsibility (SARP)

1.8.5   Use-of-Force Investigations Division (FIU) (SARP)

1.8.6   Auxiliary Superintendency for Education and Training (SAEA)

1.8.7   Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

1.8.8   Special Arrests and Extraditions Division (SAIC)

1.8.9   Bureau of Vehicle Theft Investigations (SAIC)

1.8.10  Criminal Investigations Corps (CIC)

1.8.11  Canine Division, K-9 (SAIC)

1.8.12  Bureau of Highway and Traffic Patrols (SAOC)

1.8.13  Motorized Unit (SAOC).

1.8.14  Division of Tactical Operations (DTO) (SAOC)

1.8.15  Division of Special Weapons and Tactics (SWAT) (SAOC)

Action Plan, Section XIII. Information and Technology Systems

1.9   The PRPD will then train **all MPRPDs** who belong to Districts, Precincts, and auxiliary superintendencies, as the courses were designed, and taking the following into consideration:

1.9.1   number of use-of-force incidents per location

1.9.2   number of domestic violence incidents per location

1.9.3   number of interventions with intoxicated people

1.9.4   number of arrests made

1.9.5   number of traffic stops

1.9.6   The following types of administrative complaints: civil rights violations, discrimination, aggressions or wrongful use of violence, domestic violence, sexual harassment, physical or psychological coercion, aggression or assault against MPRPDs, distance from support units

1.9.7   number of mass protests, and

| Requirement(s) | 218-223 |
|---|---|
| Entities | SAEA |
| Collaborators | Training coordinators of the police areas and auxiliary superintendencies |
| Resources | Internal human resources (instructors) |
| Due Date | The trainings will be implemented as stated in **Appendix C**– Training Implementation Process. |
| Obstacles | The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes general elections, natural disasters, ongoing investigations and leaves of absence to which the employee is entitled (use of time), among others. |
| Solutions | Coordinate with the courts and with the Liaison Officer of the PRPD at the courts so that the MPRPDs are excused from judicial or administrative proceedings and, if possible, to schedule them for a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings.  These changes must not affect other priority training groups. |

Table 26

1.10  Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) **of all MPRPDs** on the **Use and Handling of the Crime Mapping Application Software** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date

Action Plan, Section XIII. Information and Technology Systems

indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval. (Table 27)

1.11 The PRPD will begin by training **all MPRPDs** who belong to its different departments, in the following order:

1.11.1   Bureau of Technology and Communications (SASG)

1.11.2   personnel assigned to the Zones of Excellence (SAOC)

1.11.3   members of joint forces  (SAIC)

1.11.4   Auxiliary Superintendency for Professional Responsibility (SARP)

1.11.5   Use-of-Force Investigations Division (FIU) (SARP)

1.11.6   Auxiliary Superintendency for Education and Training (SAEA)

1.11.7   Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC)

1.11.8   Special Arrests and Extraditions Division (SAIC)

1.11.9   Bureau of Vehicle Theft Investigations (SAIC)

1.11.10 Criminal Investigations Corps (CIC)

1.11.11 Canine Division, K-9 (SAIC)

1.11.12 Bureau of Highway and Traffic Patrols (SAOC)

1.11.13 Motorized Unit (SAOC).

1.11.14 Division of Tactical Operations (DTO) (SAOC)

1.11.15 Division of Special Weapons and Tactics (SWAT) (SAOC)

1.12 The PRPD will then train **all MPRPDs** who belong to Districts, Precincts, and auxiliary superintendencies, as the courses were designed and taking the following into consideration:

1.12.1  number of use-of-force incidents per location

1.12.2  number of domestic violence incidents per location

1.12.3  number of interventions with intoxicated people

1.12.4  number of arrests made

1.12.5  number of traffic stops

260

Action Plan, Section XIII. Information and Technology Systems

1.12.6 The following types of administrative complaints: civil rights violations, discrimination, aggressions or wrongful use of violence, domestic violence, sexual harassment, physical or psychological coercion, aggression or assault against MPRPDs, distance from support units, and

1.12.7 number of mass protests;

| Requirement(s) | 218-223 |
|---|---|
| Entities | SAEA |
| Collaborators | Training coordinators of the police areas and auxiliary superintendencies |
| Resources | Internal human resources (instructors) |
| Due Date | The trainings will be implemented as stated in **Appendix C**– Training Implementation Process. |
| Obstacles | The personnel identified to attend training courses may not be able to attend on indicated date due to commitments in judicial or administrative proceedings. Training could also be affected due to operational factors such as strikes, general elections, natural disasters, ongoing investigations and leaves of absence to which the employee is entitled (use of time), among others. |
| Solutions | Coordinate with the courts and with the Liaison Officer of the PRPD at the courts so that the MPRPDs are excused from judicial or administrative proceedings and, if possible, to schedule them for a later date. Police areas and auxiliary superintendencies will provide substitutes for personnel who have official commitments at judicial and administrative proceedings.  These changes must not affect other priority training groups. |

Table 27

## IV. **Information and Technology Systems Development and Implementation Objectives**:

1. To establish the appropriate technological infrastructure to collect, store, and distribute updated data and information in real time, the PRPD will efficiently and effectively develop and implement Information and Technology Systems that will support the operational, investigative, and administrative needs for the implementation of the Agreement. In that sense, the PRPD will use technology to collect, analyze, and communicate all policing, administrative, and managerial activity. For the PRPD to achieve sustainable reform, it must maintain and renew its technological infrastructure and information systems, based on the life cycles of hardware, software, and software use and/or maintenance licenses in both the operational and/or the administrative areas.

Action Plan, Section XIII. Information and Technology Systems

**Activities**:

1.1 Develop an information system to support the implementation of the action plans of the compliance areas included in the Agreement. This system will be used to follow up on the activities identified in the action plans, including their descriptions, start, and the final progress of each effort that is carried out, as well as the specific repetitions for each process established in the approved General Orders and forms. (Table 28)

The focus and scope for the development of the system are described in the following phases:

**Phase I**

    a. Analysis and design of the system to support the implementation of the action plans.

    b. Development of an interface for the collection of data and information related to the action plans created by the Office of Reform.

**Phase II**

    a. Design of a database to store elements of data needed for the implementation of the action plans.

    b. Creation of the database where the data and information related to the implementation of the action plans will be stored.

**Phase III**

    a. Development of application software to support the implementation of the action plans.

    b. Implementation and testing of the application software.

**Phase IV**

    a. Definition and design of the reports needed to implement the action plans.

    b. Creation of the reports needed for the implementation of the action plans.

**Phase V**

    a. Development of technical manual and user guide for the application software.

    b. Training and distribution of the application software for the Office of the Reform personnel.

    c. System maintenance and knowledge transfer.

262

Action Plan, Section XIII. Information and Technology Systems

| | |
|---|---|
| **Requirement(s)** | 221 |
| **Entities** | Office of Reform |
| **Collaborators** | SASG (BT) |
| **Resources** | Internal human resources |
| **Due Date** | October 2016 |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable. |

Table 28

1.2 Develop and implement the Information System for the Collection of Criminal Activity Data (CAD). This information system will be used to collect data and information about the incidents reported in all of the offices and divisions of the PRPD. Additionally, the system will include as a basis the forms approved by the PRPD, such as: the Complaint Card (PPR-84) and the Incident Report (PPR-468), the Traffic Accident Report (PPR-93 and 94) in electronic format, among others, as well as the different forms for the operational, investigative, and administrative activities of the MPRPDs. This system will be initially implemented in the Zones of Excellence and then gradually throughout all of the PRPD. This activity is included in the **Equal Protection and Non-Discrimination Action Plan**. (Table 29)

The focus and scope for the development of the Information System for the Collection of Criminal Activity Data (CAD) are described in the following phases:

**Phase I**

    a. A needs study.

    b. Analysis of requirements.

    c. Updating and configuring the solution.

    d. Implementation and testing.

    e. Development of technical manual and user guide for the solution.

    f. Solution installation and training (CAD Mobile, MAP, and reporting and statistics tools) in the Zones of Excellence and subsequently in the 13 police areas.

Action Plan, Section XIII. Information and Technology Systems

**Phase II**

    a. Development and required integration of functionality between the CAD System and the Information System for the Integrated Crime Registry (ICR) of the Puerto Rico Department of Justice.

    b. Development of technical manual and user guide for the solution.

    c. Integrated Crime Registry (ICR) Information System integration and training in the Zones of Excellence and subsequently in the 13 police areas.

**Phase III**

    a. Development and required integration of functionality between the CAD System and the Information System of the National Crime Information Center (NCIC).

    b. Development of technical manual and user guide for the solution.

    c. Integrated Crime Registry (ICR) Information System integration and training in the Zones of Excellence and subsequently in the 13 police areas.

**Phase IV**

    a. Definition and design of reports for the forms used in the CAD.

    b. Development of CAD-configurable and integrated report module.

    c. Definition and design of the reports needed to implement the action plans.

**Phase V**

    a. Development of technical manual and user guide for the electronic forms developed in the CAD.

    b. System maintenance and knowledge transfer.

| | |
|---|---|
| **Requirement(s)** | 36-39, 41-52, 60-64, 83, 85-86 and 218 |
| **Entities** | SASG (BT) |
| **Collaborators** | OR, SASG (Crime Statistics Division), SAIC, SAOC and SARP. |
| **Resources** | External Professional Services - The resources needed to develop this activity (CAD) are allocated in the current budget (Fiscal Year 2016). |
| **Due Date** | 36 months (once the NIBRS and any other policy that may affect the system are ready) |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days.<br>3. The development and implementation of the projects in the Information and Technology Systems Compliance Area are extremely complicated and may be postponed |

Action Plan, Section XIII. Information and Technology Systems

| | |
|---|---|
| | due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. <br> 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 29

1.2.1  Develop an information sub-system or module for the collection, storage, and distribution of data and information related to the activation and mobilization of specialized tactical units (STUs) that will include operational and tactical plans, as well as the requirement to report after each activity in which they have participated. This sub-system will provide the scheduled reports needed to review unit activations and mobilizations and identify the MPRPDs that belong to said units**.** Once per year, the PRPD shall conduct a full analysis of use-of-force incidents in order to identify significant trends and fix the deficiencies that are found, in accordance with the law and the best accepted police practices. Therefore, the system will be modified and adapted to any changes that affect the collection and distribution of data and information. This activity is included in the **Equal Protection and Non-Discrimination Action Plan**. (Table 30)

| | |
|---|---|
| **Requirement(s)** | 22, 23, 26, 30-31, 36-37, 39, 41-42, 91 and 218 |
| **Entities** | SASG (BT), SAOC (STUs) |
| **Collaborators** | SAIC, FIU, FRB, SFRB and SASG |
| **Resources** | External Professional Services - Necessary resources to develop this activity (CAD) are allocated in the current budget (Fiscal Year 2016). See activity 1.2.1 |
| **Due Date** | 36 months (once the NIBRS and any other policy that may affect the system are ready) |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. <br> 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law |

Action Plan, Section XIII. Information and Technology Systems

|  | 2. Retain a company that will provide services for the development of Information Systems. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |
|---|---|

Table 30

1.2.2 Develop an information sub-system or module for the collection of data and information related to incidents that lead to arrests and searches, using the forms approved for said purposes (PPR-853, entitled "**Plan to Carry Out Arrests/Detentions and Searches/Seizures**" and PPR-880, entitled "**MPRPD Incident Report Narrative**"). Once per year, the PRPD shall conduct a full analysis of the information on the searches and seizures it conducted, in order to identify significant trends and fix the deficiencies that are found, in accordance with the law and the best accepted police practices. Therefore, the system will be modified and adapted to any changes that affect the collection and distribution of data and information. This activity is included in the **Equal Protection and Non-Discrimination Action Plan**. (Table 31)

| Requirement(s) | 60, 62-64, 67, 69-72, 76-77, 79(b) and 218 |
|---|---|
| Entities | SASG (BT), SAIC |
| Collaborators | SAOC, technology coordinators |
| Resources | External Professional Services - The resources needed to develop this activity (CAD) are allocated in the current budget (Fiscal Year 2016). See activity 1.2.1 |
| Due Date | 36 months (once the NIBRS and any other policy that may affect the system are ready) |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days.<br>3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. |

Action Plan, Section XIII. Information and Technology Systems

| | |
|---|---|
| | 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

<p align="center">Table 31</p>

1.2.3 Update and/or incorporate the forms approved by the PRPD needed for collection of data and information about incidents, which provide statistics, in order to add the processes and mechanisms needed to effectively organize the police work by the police, with local diagnostics, work plans for the problem areas that are identified, monitoring, permanent follow-up, and internal evaluation. These operational forms will be updated whenever changes that may affect it are made to the policy or procedure. Additionally, if the need to collect data and information about statistics needed for the operational, investigative, and/or administrative area were to arise, it will be included in the maintenance of the system for its corresponding evaluation and inclusion in the annual budget. This activity is included in the **Equal Protection and Non-Discrimination Action Plan**. (Table 32)

The forms are the following:

a. PPR-920 Registry of Mobilizations of the Specialized Tactical Divisions

b. PPR-854 Use of Force

c. PPR-877 Supplementary Report

d. PPR-47 Summons (in Spanish and English)

e. PPR-82 Conditions of the Individual Arrested and Placed in the Cell

f. PPR-264 Rights for Suspects in Custody Form

g. PPR-880 MPRPD Incident Report Narrative

h. PPR-853 Plan to Carry Out Arrests/Detentions and Searches/Seizures, and

i. PPR-878 Police Pursuit Incident Report.

| | |
|---|---|
| **Requirement(s)** | 22, 23, 26, 30-31, 36-39, 41-52, 60, 62-64, 67, 69-72, 76-77 and 79(b), 83, 85-86, 91 and |
| **Entities** | SASG (BT), SAIC and SAOC |
| **Collaborators** | Technology coordinators |
| **Resources** | External Professional Services - The resources needed to develop this activity (CAD) are allocated in the current budget (Fiscal Year 2016). See activity 1.2.1 |

<p align="center">267</p>

Action Plan, Section XIII. Information and Technology Systems

| Due Date | 36 months (once the NIBRS and any other policy that may affect the system are ready) |
|---|---|
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. <br> 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. <br> 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 32

1.3 Develop and implement an information sub-system for keeping PRPD employee records, including a uniform electronic registry of training and re-training courses, and of the corresponding certificates, as well as updated, detailed, and reliable statistics on the training and re-training activities that are carried out for each PRPD employee. Additionally, it will include a module for training coordinators to schedule training and re-training courses, in order to have a virtual calendar covering the twelve (12) continuous months of training and re-training. Said calendar will be provided yearly to PRPD employees so that they may know about the activities related to the training and re-training courses that they need to comply with their duties and responsibilities. This activity is included in the **Training Action Plan**. (Table 33)

The focus and scope for the development of the Information System for the maintenance of PRPD employee records are described in the following phases:

**Phase I**

   a. A needs study.

   b. Analysis of requirements.

   c. Validation of scope and criteria to achieve the project.

   d. Planning of solution.

268

Action Plan, Section XIII. Information and Technology Systems

**Phase II**

a. Installation and configuration of the minimum requirements for the solution.

b. Configuration and validation of the interface of the proposed solution and the existing one.

c. Testing and validation of the solution.

d. Information system integration and training for the work team and the technical and administrative personnel of the 13 police areas, the general headquarters, and the Licensing Office.

**Phase III**

a. Configuration and development of modules for personnel selection and recruitment, personal information, and performance evaluation.

b. Configuration and development of modules for benefits management, personnel transactions.

c. Configuration and development of employee development modules and the Occupational Safety and Health module.

**Phase IV**

a. Installation and configuration of integrated solution.

b. Installation and configuration of terminals and other tools for data collection.

c. Development of technical manuals and user guides for the use and handling of the solution.

**Phase V**

a. Installation of developed application software.

b. Data conversion and migration from the current system to the proposed system.

c. Training of all PRPD personnel.

d. Maintenance and knowledge transfer.

| | |
|---|---|
| **Requirement(s)** | 26, 133, 134, 148(k), 191(a, c, and d) and 218 |
| **Entities** | SASG (BT) |
| **Collaborators** | SASG (HR) and SAEA |
| **Resources** | External Professional Services - The assigned budget for Fiscal Year 2015 allocated resources for the development of this activity (KRONOS). Additionally, the corresponding financial resources to cover system maintenance costs were projected in the current budget (Fiscal Year 2016). |
| **Due Date** | August 2017 |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". |

Action Plan, Section XIII. Information and Technology Systems

|  | 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
|---|---|
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 33

1.3.1 Develop an information system or module to manage the **Performance Evaluation System** used to evaluate all PRPD employees. This module will be used to collect and distribute data and information related to the performance evaluation criteria for the PRPD rank system and classified personnel. This information sub-system will be implemented in the offices and divisions of the PRPD where necessary, as established in the operational and/or administrative orders of each office and division, together with the Bureau of Technology and Communications. This activity is included in the **Supervision and Management Action Plan**. (Table 34)

| **Requirement(s)** | 145-146, 218, 219 and 220 |
|---|---|
| **Entities** | SASG (BT) |
| **Collaborators** | SASG (HR), SARP, and OLA |
| **Resources** | External Professional Services - The assigned budget for Fiscal Year 2015 allocated resources for the development of this activity (KRONOS System). Additionally, the corresponding financial resources to cover system maintenance costs were projected in the current budget (Fiscal Year 2016). See activity 1.3. |
| **Due Date** | August 2017 |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law |

Action Plan, Section XIII. Information and Technology Systems

|  | 2. Retain a company that will provide services for the development of Information Systems.  Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |
|--|--|

Table 34

1.4 Develop and implement an information sub-system for keeping digitized, complete, and precise records of the curricula, teaching plans, and other materials used to develop trainings and re-training courses at the SAEA. This sub-system will enable document storage by category and access level. This activity is included in the **Training Action Plan**. (Table 35)

The focus and scope of the information system that will be developed to maintain digitized, complete, and precise records of the curricula, teaching plans, and other materials used to develop training and re-training courses are described in the following phases:

**Phase I**

    a. A needs study.

    b. Analysis of requirements.

    c. Planning of solution.

**Phase II**

    a. Content structure design.

    b. Development of graphic interface for content management.

    c. Creation of physical structure for content storage.

**Phase III**

    a. Configuration and development of user access.

    b. Development of technical manuals and user guides for the use and handling of the solution.

    c. Training technical personnel and System users.

**Phase IV**

    a. Pass to production.

271

Action Plan, Section XIII. Information and Technology Systems

b. Maintenance and knowledge transfer.

| Requirement(s) | 133, 134, 232 and 233 |
|---|---|
| Entities | SAEA |
| Collaborators | SASG (BT) |
| Resources | Internal human resources and External Professional Services (IT Knowledge Manager) |
| Due Date | December 2016 |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 35

1.5 Develop and implement an information sub-system to offer virtual (online) training and/or re-training, in order to maximize MPRPD service time and provide greater accessibility and flexibility so that they may fulfill their work commitments without affecting the performance and quality of the services they offer to the community. This activity is included in the **Training Compliance Area Action Plan**. (Table 36)

**Phase I**:

a. A needs study for the implementation of an online course platform.
b. Determination of project requirements and feasibility.
c. Establish work flow in order to produce and provide online course content.

**Phase II:**

a. Course content identification and organization.
b. Online course design.
c. Definition of objectives and course sequence.

Action Plan, Section XIII. Information and Technology Systems

    d. Establish teaching strategy, evaluation methodology, and course presentation.

## Phase III:

    a. Creation of interactive content and predefined art.
    b. Online course content preparation.
    c. Multimedia integration.
    d. Didactic resource development and integration.

## Phase IV:

    a. Collaboration tools.
    b. Training of technical and teaching personnel on online course platform.
    c. Presentation and evaluation of courses by teaching personnel.
    d. Development of reports requested by teaching personnel.

## Phase V:

    a. Course distribution.
    b. Course and student registration.
    c. Access control and student progress follow-up.
    d. Course administration and scheduling.

| Requirement(s) | 117-119, 121, 125, 129-132, 218 and 219. |
|---|---|
| Entities | SAEA |
| Collaborators | SASG (BT) |
| Resources | External Professional Services. |
| Due Date | 12 months after the corresponding policies have been approved. |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. <br> 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. <br> 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 36

1.6 Develop an information system or module for the digital recording and storage of communications generated between immediate supervisors and MPRPDs through

Action Plan, Section XIII. Information and Technology Systems

the Command Center and Radio Control channels that have been used to communicate the elements of probable cause for which a MPRPD made a felony arrest for obstruction of justice or resisting arrest. This information sub-system will be implemented in the offices and divisions of the PRPD where necessary, as established in the operational and/or administrative orders of each department, together with the Bureau of Technology and Communications. This activity is included in the **Searches and Seizures Action Plan**. (Table 37)

The focus and scope for the development of the information system or module for the digital recording and storage of communications are described in the following phases:

**Phase I**
   a. Analysis and design of digital recording and storage system.
   b. Develop interface for application software related to the digital recording and storage system.

**Phase II**
   a. Design of database to store elements of data needed for digital recording and storage.
   b. Creation of the database where the data and information related to the digital recording and storage system will be stored.

**Phase III**
   a. Development of application software for digital recording and storage.
   b. Implementation and testing of the application software.

**Phase IV**
   a. Development of technical manual and user guide for the application software.
   b. Training and distribution of the application software.
   c. System maintenance and knowledge transfer.

| | |
|---|---|
| **Requirement(s)** | 66, 218 and 224 |
| **Entities** | SASG (BT) |
| **Collaborators** | OR, SAEA, SAIC, SAOC, SASG |
| **Resources** | External Professional Services - The proposed budget for Fiscal Year 2018 will include the financial resources needed to cover the costs of this activity. |

274

Action Plan, Section XIII. Information and Technology Systems

| | |
|---|---|
| **Due Date** | 18 months after the corresponding policy has been approved. |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. <br> 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. <br> 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 37

1.7 Develop an information system or module to digitally record and store incident-related videos captured in the portable recording devices, and the recordings collected by supervisors based on the statements of complainants and witnesses taken as part of the investigation of complaints about inappropriate use of force or improper conduct. This information sub-system will be implemented in the offices and divisions of the PRPD where necessary, as established in the operational and/or administrative orders of each office and division, together with the Bureau of Technology and Communications. (Table 38)

The focus and scope for the development of the information system or module for the digital recording and storage of videos captured in the portable recording devices related to incidents, and the recordings collected by supervisors based on statements by complainants and witnesses are described in the following phases.

**Phase I**

a. Analysis and design of system or module for the digital recording and storage of incident-related videos captured in the portable recording devices, and the recordings collected by supervisors based on statements by complainants and witnesses.

b. Development of interface for application software related to the system.

275

Action Plan, Section XIII. Information and Technology Systems

## Phase II

a. Design of database to store elements of data needed for digital video and audio recording and storage.

b. Creation of database to store the data and information related to the digital video and audio recording and storage system.

## Phase III

a. Development of application software for digital video and audio recording and storage.

b. Implementation and testing of the application software.

## Phase IV

a. Development of technical manual and user guide for the application software.

b. Training and distribution of the application software.

c. System maintenance and knowledge transfer.

| Requirement(s) | 218, 222 and 224 |
|---:|---|
| Entities | SASG (BT) |
| Collaborators | OR, SAEA, SAIC, SAOC, SASG |
| Resources | External Professional Services - The proposed budget for Fiscal Year 2017 will include the financial resources needed to cover the costs of this activity, such as: consulting, support, maintenance, and equipment, among others. |
| Due Date | 18 months after the corresponding policy has been approved. |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. <br> 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. <br> 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 38

1.8 Develop an information system or module to collect and distribute data and information about alliances created, activities, specific problems addressed, measures adopted and obstacles faced by the PRPD, as well as recommendations for future improvements. This sub-system will serve as basis for the annual report on

Action Plan, Section XIII. Information and Technology Systems

the alliances that have been created, the activities that have been carried out, and the measures adopted by the PRPD, among other matters. Additionally, the information collected through this mechanism will serve as a work tool for the Office of the f and related units of the PRPD. This information sub-system will be implemented in the offices and divisions of the PRPD where necessary, as established in the operational and/or administrative orders of each office and division, together with the Bureau of Technology and Communications. This activity is included in the **Community Interaction and Public Information Action Plan**. (Table 39)f

| Requirement(s) | 206-208, 212(f), 218-219 and 221 |
|---|---|
| Entities | SASG(BT) and SAOC (Community Relationships Bureau) |
| Collaborators | OR and the auxiliary superintendencies |
| Resources | Internal human resources and External Professional Services (Programmer - 1) |
| Due Date | January 2017 |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. <br> 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. <br> 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 39

1.9 Develop an information system for Early Intervention (EIS) related to the collection and processing of administrative complaints, internal investigations, and disciplinary measures taken in relation to any allegations of improper conduct by MPRPDs. This system will be based on the needs of the work units involved in registering and evaluating improper conduct complaints, so that they may receive, process, and solve them. This information sub-system will be implemented in the offices and divisions of the PRPD where necessary, as established in the operational and/or administrative orders of each office and division,

Action Plan, Section XIII. Information and Technology Systems

together with the Bureau of Technology and Communications. This activity is included in the **Supervision and Management Action Plan**. (Table 40)

The focus and scope for the development of the Early Identification System (EIS) are described in the following phases:

**Phase I**

a. Professional Responsibility - development of sub-system for administrative investigation registration, control, and follow-up.

b. Legal Affairs - development of sub-system for administrative investigation registration, control, and follow-up, and for case litigation in the corresponding forums.

c. Personnel Administration System - integration of MPRPDs and PRPD classified civil personnel data into the EIS.

d. Command Center (CAD) - integration of complaint registration system, Administrative Complaints Form (Form PPR-111), MPRPD Recognition Form (PPR-888), and Use-of-Force Form (Form PPR-854).

e. Development of alternate interface in Early Alert System for the issuance of criminal background certificate.

**Phase II**

a. Domestic Violence and Sex Crimes - development of sub-system to register and investigate cases related to the office.

b. Legal Affairs - continue sub-system development.

c. Technical support and operational continuity of processes defined and passed to production in previous phase.

**Phase III**

a. Provide assistance to PRPD technical support unit regarding the use of new EIS component.

b. Provide training on use of new EIS module.

c. Establish new elements of integration with Crime Information Warehouse (CIW), based on new EIS components.

d. Technical support and operational continuity of processes defined and passed to production in previous phase.

278

Action Plan, Section XIII. Information and Technology Systems

**Phase IV**

    a. Develop investigation registration and follow-up and use-of-force analysis components.

    b. Develop components for the registration and follow-up of administrative complaints, internal investigations, and disciplinary actions.

    c. Define and design operational and managerial reports for complaint registration.

    d. Technical support and operational continuity of processes defined and passed to production in previous phase.

**Phase V**

    a. Develop Hate Crime registration and follow-up components.

    b. Define and design operational and managerial reports for complaint registration.

    c. System maintenance and knowledge transfer.

| | |
|---|---|
| **Requirement(s)** | 147-153, 218, 219 and 220 |
| **Entities** | SASG (BT) |
| **Collaborators** | SASG (HR), SARP, and OLA |
| **Resources** | External Professional Services - The resources needed to develop this activity are allocated in the current budget (Fiscal Year 2016). |
| **Due Date** | August 2019 |
| **Obstacles** | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico". <br> 2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. <br> 3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| **Solutions** | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. <br> 2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. <br> 3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 40

1.9.1 Develop modules for the EIS information system for Sexual Assault and Domestic Violence for the collection and processing of administrative complaints, internal investigations, and disciplinary measures taken in relation to any allegations of improper conduct by MPRPDs. This system will be based on the needs of the work units involved in registering and evaluating improper conduct

Action Plan, Section XIII. Information and Technology Systems

complaints, so that they may receive, process, and solve them. This information sub-system will be implemented in the offices and divisions of the PRPD where necessary, as established in the operational and/or administrative orders of each office and division, together with the Bureau of Technology and Communications. (Table 41)

| Requirement(s) | 93-100, 147-153, 218, 219 and 220 |
|---|---|
| Entities | SASG (BT) |
| Collaborators | SASG (HR), SARP, and OLA |
| Resources | External Professional Services - The proposed budget for Fiscal Year 2018 will include the financial resources needed to cover the costs of this activity. |
| Due Date | August 2019 See activity 1.6. |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days.<br>3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 41

1.9.2   Develop an information system or module for the collection of data and information related to all **Operational, Investigative, and Administrative Inspections** conducted by the SARP. This system will enable the identification and analysis of operational and administrative deficiencies, as well as of causes and contributing factors, in order to facilitate the implementation of the appropriate corrective measures.  The system will provide periodic reports about the inspections and their results. This activity is included in the **Supervision and Management Action Plan**. (Table 42)

| Requirement(s) | 147-157, 170- 171, 176, 193, 218, 219 and 220 |
|---|---|
| Entities | SASG (BT) |

Action Plan, Section XIII. Information and Technology Systems

| Collaborators | SASG (HR), SARP, and OLA |
|---|---|
| Resources | External Professional Services - The resources needed to develop this activity are allocated in the current budget (Fiscal Year 2016). See activity 1.6. |
| Due Date | August 2019 |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days.<br>3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>2. Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies.<br>3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 42

1.9.3   Develop a system to digitize the physical files of employees with administrative complaints and dispose of the rest, as identified during the process of evaluating documentation related to administrative complaints of the MPRPDs. The digitization process will be carried out in accordance with record-keeping procedures and time established in the Public Document Administration policy and the Agreement. This activity is included in the **Administrative Complaints Action Plan**. (Table 43)

| Requirement(s) | 170, 171, 176, 193, 218 |
|---|---|
| Entities | SARP, OLA |
| Collaborators | SASG |
| Resources | Unclassified Professional Services - External - Document and File Management and Digitization Consultancy. Project by Phases (III). |
| Due Date | December 2017 (Approximate Date) |
| Obstacles | 1. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>2. Digitization process requires an appropriate and secure area to move the records and files from the work units that safe keep the documents.<br>3. Hiring a company through professional services to develop Information Systems. Hiring process requires approval of government agencies. Process could take 60 to 90 days. |

Action Plan, Section XIII. Information and Technology Systems

|  | | |
|---|---|---|
| | 4. | The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| **Solutions** | 1. | Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law. |
| | 2. | Requires coordination between units and assignment of the PRPD personnel who will be in charge of the task. |
| | 3. | Retain a company that will provide Information Systems development services. Obtain approval of an expedited evaluation process mutually agreed upon among agencies. |
| | 4. | If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 43

1.10 Create a Virtual Library on the PRPD website where all current policies and procedures, and the different forms will be published and indexed in a way that PRPD employees can easily access them and that the general public may also access them, as long as they do not contain confidential information. This activity is included in the **Policies and Procedures Action Plan**. (Table 44)

The focus and scope for the development of the Virtual Library are described in the following phases:

**Phase I**

a. Analysis and design of system for the creation of a Virtual Library on the PRPD website.

b. Develop Virtual Library interface.

**Phase II**

a. Design of database to store elements of data needed for the Virtual Library.

b. Creation of the database where the data and information related to the Virtual Library will be stored.

c. Development and integration of Virtual Library into PRPD website.

d. Implementation and testing of the Virtual Library.

**Phase III**

a. Development of technical manual and user guide for the application software.

b. Training of technical personnel and Virtual Library users.

280

Action Plan, Section XIII. Information and Technology Systems

    c.  System maintenance and knowledge transfer.

    d.  Pass to production.

| Requirement(s) | 110-111, 205, 218 |
|---|---|
| Entities | SASG (BT) |
| Collaborators | OR, OLA, SARP, SAIC, and SAEA |
| Resources | The resources for this activity are budgeted in the Policies and Procedures Action Plan (Section IV -- Activity 1.2). |
| Due Date | 6 months after the approval of the Administrative Order creating the Virtual Library of the PRPD. |
| Obstacles | 1.  Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2.  Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>3.  The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| Solutions | 1.  Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies.  These are: the Office of the Government Secretary; Management and Budget; and Government Ethics.<br>2.  Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>3.  If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 44

1.11 Create a section in the PRPD Virtual Library where people in the community can submit comments about the policies and procedures signed by the superintendent, to be analyzed by the Policy and Procedure Section attached to the Office of Reform, and incorporate them during the annual review, as applicable.  This activity is included in the **Policies and Procedures Action Plan**. (Table 45)

The focus and scope for the development of the comments section in the Virtual Library are described in the following phases:

**Phase I**

a.  Analysis and design of system for the creation of the comments section in the PRPD Virtual Library.

Action Plan, Section XIII. Information and Technology Systems

   b. Develop interface for comments section in the Virtual Library.

**Phase II**

   a. Design of database to store elements of data needed for the comments section of the Virtual Library.

   b. Addition of the structure for elements of data where the data and information related to the comments section will be stored.

   c. Development and integration of comments section in Virtual Library.

   d. Implementation and testing of comments section in the Virtual Library.

**Phase III**

   a. Update technical manual and user guide for the application software.

   b. Training of  technical personnel and Virtual Library users.

   c. System maintenance and knowledge transfer.

   d. Pass to production.

| | |
|---|---|
| **Requirement(s)** | 110-111, 218 |
| **Entities** | SASG (BT) |
| **Collaborators** | OR, OLA, SARP, SAIC, and SAEA |
| **Resources** | External Professional Services - The proposed budget for Fiscal Year 2017 will include the financial resources needed to cover the costs of this activity. |
| **Due Date** | 3 months after the approval of the Administrative Order creating the PRPD Virtual Library. |
| **Obstacles** | 1. Hiring process requires approval of government agencies. OGE waiver is required when hiring former public officials less than two years after they retired or left public service. Process could take 60 to 90 days.<br>2. Limitations regarding the hiring of human resources established in Public Law 66-2014, known as the "Special Act for the Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico".<br>3. The development and implementation of the projects in the Information and Technology Systems Compliance Area is extremely complicated and may be postponed due to changes that may arise in the policies and/or procedures implemented in the police units, departments, divisions, and areas. |
| **Solutions** | 1. Obtain approval of an expedited contract evaluation process mutually agreed upon among agencies.   These are: the Office of the Government Secretary; Management and Budget; and Government Ethics.<br>2. Wait until the effective period of the law ends or until it is amended or repealed by a subsequent law.<br>3. If necessary, allow the extension of the project in six (6) month increments, up to a maximum of twenty-four (24) additional months, including budgetary impact, if any, in order to complete it. |

Table 45

Action Plan, Section XIII. Information and Technology Systems

**V.  Self-Assessment Objectives**:

1.  To make sure that services have been provided in an equitable, respectful, and unbiased manner, guarantee that PRPD personnel are being trained in accordance with the policies, procedures, and approved training materials, and determine whether the community's trust in the PRPD has increased and solid relationships have been developed with the community, various self-assessment mechanisms will be adopted to measure the level of compliance with the Agreement for the Sustainable Reform of the PRPD and to identify the aspects that need to be corrected and improved.

**Activities**:

1.1  The PRPD, through the Office of Reform, will use various data collection strategies and will conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, and training courses provided by the PRPD, starting with Zones of Excellence and gradually continuing through all thirteen (13) police areas and auxiliary superintendencies, such as:  (Table 46)

   a.  Review all components of information and technology systems infrastructure in functional and operational terms, at the General Headquarters and throughout the entire PRPD.

   b.  Inspect the use and handling of the information systems implemented throughout the PRPD.

   c.  Conduct random visits to the PRPD units and divisions to evaluate their information and technology systems needs for the implementation of the Agreement.

   d.  Corroborate the correct use of the electronic forms developed for the information systems established in the action plans of the different Compliance Areas.

   e.  Conduct preventive inspections of computer and electronic equipment to identify potential flaws or breakdowns that could affect the safety of MPRPDs in operational and field activities.

Action Plan, Section XIII. Information and Technology Systems

    f.   Review the distribution of documents, data, and information in the PRPD website to ensure that they are always updated and available for citizens, entities, and PRPD employees.

    g.   Evaluate the safety of the data and information distributed in the information systems developed or acquired by the PRPD.

    h.   Review the hardware and software inventory, use licenses of service providers, information systems, and any other technology related to the technological infrastructure of the PRPD.

| | |
|---|---|
| **Requirement(s)** | 232, 233 |
| **Entities** | OR |
| **Collaborators** | Auxiliary superintendencies, Crime Statistics Division, and other units of the PRPD |
| **Resources** | Internal human resources |
| **Due Date** | Not applicable. |
| **Obstacles** | No obstacles are anticipated. |
| **Solutions** | Not applicable. |

Table 46

## VI.  Budget:

The projected budget to carry out the activities included in this Action Plan for Fiscal Years 2015-2016, 2016-2017, 2017-2018, and 2018-2019 is estimated at **$15,679,202**. The corresponding appendices detailing the project expense per item[6] during the fiscal years covering this Action Plan are enclosed.

The availability of the resources needed to comply with the action plans will depend on the budget allocation for the PRPD during each fiscal year, which the Office of Management and Budget must present before the Legislature.

## VII.  Revision of the Action Plan:

Pursuant to Requirement No. 239 of the Agreement, if the PRPD needs to modify any of the time frames established in this Action Plan for just cause, such as limitations resulting from the fiscal situation, the PRPD will give a written explanation to the TCA as to why the modification is necessary. The TCA may extend any time frame for up to a maximum

---

[6] See Appendix **O** – Projected Expense Budget.

Action Plan, Section XIII. Information and Technology Systems

of four (4) months. The TCA will not extend the initial timeframe for more than four (4) months without the approval of the USDOJ. Nonetheless, the USDOJ may not unreasonably withhold said approval. Any modification to this Action Plan, including extensions approved by the TCA and USDOJ, will be submitted to the U.S. District Court for its approval.

Puerto Rico Police Department

Office of Reform

Requirements 218 - 224 - Section XIII - Information and Technology Systems

Consolidated Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19

By Expense Item

| Description | Acct. # | Other Income Allocation | Transfers | Adjusted Other Income Allocation | Accrued Expense | Projected Expense | Fiscal Year-End Total | Surplus or (Shortfall) | Other Income Transfers | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Items** | | | | | | | | | | |
| Payroll and Related Costs | 001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Facilities and Utility Payments | 002 | - | - | - | - | - | - | - | - | - |
| Purchased Services | 003 | - | - | - | - | - | - | - | - | - |
| Donations, Subsidies, and Other Distributions | 004 | - | - | - | - | - | - | - | - | - |
| Transportation Expenses | 005 | - | - | - | - | - | - | - | - | - |
| Professional Services | 006 | 14,463,526 | - | 14,463,526 | - | - | - | 14,463,526 | - | 14,463,526 |
| Other Expenses | 007 | 456,676 | - | 456,676 | - | - | - | 456,676 | - | 456,676 |
| Materials and Supplies | 010 | - | - | - | - | - | - | - | - | - |
| Equipment Purchases | 011 | 759,000 | - | 759,000 | - | - | - | 759,000 | - | 759,000 |
| Ads and Media Spots | 012 | - | - | - | - | - | - | - | - | - |
| Total Allocations | 081 | - | - | - | - | - | - | - | - | - |
| Previous Years Debt Payment | 089 | - | - | - | - | - | - | - | - | - |
| TOTAL | | $ 15,679,202 | $ - | $ 15,679,202 | $ - | $ - | $ - | $ 15,679,202 | $ - | $ 15,679,202 |

286

**APPENDIX A**

**POLICY AND PROCEDURE DEVELOPMENT PROCESS**

1. Search for laws, regulations, case law, general orders, special orders, administrative orders, directives, and procedure manuals in effect in Puerto Rico that are related to the matters this policy intends to address.

2. Research the laws, regulations, case law, and policies in effect in other jurisdictions of the United States available through the USDOJ webpage and the International Association of Chiefs of Police webpage, among other possible sources, on the topic on which the policy will be developed to learn about generally accepted best police practices.

3. Review general orders, special orders, administrative orders, directives, or procedure manuals in effect to amend them, incorporating the requirements of the Agreement and the applicable standards and processes found in the research that was done, and eliminating anything that is obsolete or contrary to generally accepted police practices.

4. Identify personnel outside the Office of Reform with subject-matter knowledge and practical experience who may become part of the Group of Collaborators.

5. Coordinate a meeting or meetings with the Group of Collaborators for them to review and comment on the policy drafts and propose recommendations, suggestions, amendments, or matters or procedures that should be included in the policy.

6. Send the policies to PRPD experts, the TCA, and the USDOJ so that they will submit recommendations and/or suggestions. PRPD experts and the USDOJ will have fifteen (15) days, and the TCA will have thirty (30) days, to submit their recommendations and/or comments.

7. Analyze the recommendations provided by the Office of Reform Group of Advisors in charge of the compliance area of the policy being drafted, the Office of Reform Director, the superintendent, the TCA, the USDOJ, and other pertinent entities in order to comply with generally accepted police practices and state and federal Constitutions and laws and to decide which recommendations to adopt, provide grounds for those not adopted, and incorporate the recommendations that were not adopted. (**30 days**)

287

APPENDIX A   POLICY AND PROCEDURE DEVELOPMENT PROCESS

8. Hold a meeting with the TCA and USDOJ to discuss the recommendations that were adopted and not adopted in order to reach agreements between the parties and make the pertinent amendments, if necessary.

9. Deliver the final draft to the Office of Reform Director to be delivered to the superintendent for his final approval and signature.

10. If necessary, incorporate the comments and recommendations made by the superintendent. The time frames to develop the training design begin once the policy has been signed by the appointing authority.

11. Circulate the policy signed by the superintendent among all MPRPDs via email (*Policía Informa*) and by publishing it on the PRPD webpage.


**It is estimated that the process of drafting policies and procedures takes approximately sixty (60) days, without counting the time for the USDOJ and TCA evaluation (30 days) or the time it takes to incorporate the changes suggested by the two (30 days).**

**APPENDIX B**
**TRAINING DEVELOPMENT PROCESS**

1. The time frame to design the training courses begins once the policy has been signed by the appointing authority. An evaluation is needed at this stage to see if there are internal subject-matter experts who can design the training materials.

2. If there are no internal experts, identify possible external resources that will serve as experts to design training materials.

3. If retaining professional services is necessary and the contract exceeds the amount established by the OMB, begin the authorization request process following the corresponding regulations.

4. After OMB authorization is obtained, begin the contract process.

5. Deliver policies to experts for their reading and analysis.

6. Deliver Templates to create Syllabi, Instructor Handbooks, and Presentations.

7. Identify possible training instructors.

8. Verify if possible instructors have taken Instructor Development course.

9. Train instructors who have not taken Instructor Development course.

10. Submit to the Office of the Reform a requisition for necessary equipment and supplies identified during the training design process.

11. Send training material to the Office of the Reform for its review and recommendations.

12. Incorporate recommendations of the Office of Reform.

13. Send training material for approval. (**30 days**)

14. Incorporate recommendations in training material. (**30 days**)

15. Train instructors on corresponding subject-matter.

16. Prepare training plan to give instructions on carrying out training.

17. Issue announcement to instructors for the delivery of the training material, as approved.

18. Summon training coordinators from police areas and auxiliary superintendencies to work on Training Schedules.

19. Evaluate and approve training plan for each police area and auxiliary superintendency.

**It is estimated that the process for designing the training materials takes six (6) months, without counting the time it takes to evaluate (30 days) or the time it takes to incorporate the changes suggested (30 days). The processes for evaluating and incorporating the changes requested will not be part of the eighteen (18) month period the PRPD has pursuant to the Agreement to design and carry out the training of the first fifty percent (50%) of its Members.**

289

## APPENDIX C
## TRAINING IMPLEMENTATION PROCESS

1. Prepare training facilities during the period when training plans are delivered to make sure they will be ready on the date training begins.

2. Receive material or equipment requested to carry out training.

3. Summon the corresponding personnel according to the training plan approved by the SAEA for each police area and auxiliary superintendency.

4. Coordinate with area commanders and auxiliary superintendents to provide substitutes for personnel who have been summoned to training and are unable to receive training on the date indicated.

5. Use Attendance Record to register attendance of personnel summoned.

6. On a monthly basis, enter the corresponding information of the personnel who attended the training in the SAEA automated system.


Generally, the SAEA will simultaneously train fifty percent (50%) of the personnel in all police areas through its certified instructors, as specified in each action plan. Said personnel must be trained within the twelve (12) months following the final approval of the training material. The remaining fifty percent (50%) of the PRPD personnel will be trained within the following twelve (12) months once the training of the first group has been completed. Training courses will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.

**Appendix D**
**Technology Acquisition Process**

| Activity | Petitioning Unit | CIO | Office of Reform | Superintendent | Auxiliary Superintendency for Managerial Services (SASG) | | |
|---|---|---|---|---|---|---|---|
| | | | | | Budget Office | Office of Management and Budget (OMB) | Purchasing Division |
| 1. A needs study and request. 2. Memorandum justifying the project and its relationship to the reform process. | Drafts Request | | | | | | |
| 3. Authorize and certify project. | | Authorizes and Certifies | | | | | |
| 4. Evaluate and determine that the request meets the requirements of the Agreement and Action Plans. 5. Issue certification. | | | Determines Requirements and Certifies Compliance | | | | |
| 6. Project approval | | | | Approves Project | | | |
| 7. Identification and allocation of funds | | | | | Allocates Funds | | |
| 8. Authorize and free up funds allocated to the PRPD[1] | | | | | | Authorizes and Frees Up Funds . | |
| 9. Government purchasing process | | | | | | | Government Purchasing Process (Bidders Regulation 8576) |

1. The approval and freeing up of funds by the OMB is due to the fact that, for fiscal year 2015-2016, the funds allocated to the PRPD are under the custody of the OMB.

APPENDIX E

Puerto Rico Police Department
Office of Reform
Requirements 12 - 21 - Section III - Professionalization
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Professional Services / 006** | | | | | | | |
| **Policies and Procedures - Phase I** | | | | | | | |
| Legal Services - Review - General Order - Chapter 600, Section 617 - entitled "Code of Ethics of the Members of the Puerto Rico Police Department" - Req. 12, 87, 109, 113, and 205 | 1 | Office of Reform | Attorney – Consulting | $ 9,600 | $ 9,600 | $ - | $ 9,600 |
| Legal Services - Review - General Order No. 2010-12 - Req. 13, 14, 16 to 20, 113, 136, and 137 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - Interagency Collaborative Agreement between the PRPD and the PR Office of Government Ethics - Req. 12, 21, 113, and 143 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Repeal - Regulation No. 6644 and the "Regulation for the Administration of Promotion Exams" to develop new regulations - Req. 14, 16 to 20, 84, 113, 136, and 137 | 2 | | | - | 19,200 | 19,200 | 19,200 |
| Legal Services - Develop - General Order - Establishing the descriptions, functions, duties, responsibilities, and minimum requirements of each position included in the PRPD Rank System - Req. 15, 113, and 135 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Subtotal - Policies and Procedures - Phase I | | | | $ 19,200 | $ 57,600 | $ 48,000 | $ 48,000 |
| **Training Design - Phase II** | | | | | | | |
| Non-Classified Professional and Consulting Services - Create Training Program - for all members of the Promotion Exams Board - Req. 12, 21, and 143 | 1 | SAEA | Curriculum Specialist - Syllabus Design | $ 7,800 | $ - | $ - | $ - |
| Subtotal - Training Design - Phase II | | | | $ 7,800 | $ - | $ - | $ - |
| **Implementation Objectives - Phase IV** | | | | | | | |
| Non-Classified Professional and Consulting Services . - for the development and administration of promotion exams - Req. 14, 16, 17, 19, and 20 | 1 | Promotion Exams Board | Development and Administration of Exams | $ - | $ 8,400 | $ - | $ - |
| Subtotal - Implementation Objectives - Phase IV | | | | $ - | $ 8,400 | $ - | $ - |

**APPENDIX E**

Puerto Rico Police Department
Office of Reform
Requirements 12 - 21 - Section III - Professionalization
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Total - Professional Services | | | | $ 27,000 | $ 66,000 | $ 48,000 | $ 48,000 |
| Other Expenses / 007 | | | | | | | |
| Other Non-Classified Expenses - Miscellaneous | | Office of Reform | Administrative Expenses | $ 810 | $ 1,980 | $ 1,440 | $ 1,440 |
| Total - Other Expenses | | | | $ 810 | $ 1,980 | $ 1,440 | $ 1,440 |
| Projected Expenses Grand Total | | | | $ 27,810 | $ 67,980 | $ 49,440 | $ 49,440 |
| Projected Expenses Grand Total - 4 Years | | | | | | | $ 194,670 |

293

APPENDIX F

Puerto Rico Police Department
Office of Reform
Requirements 22 - 57 - Section IV - Use of Force: Internal Controls and Accountability
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Transportation and Per Diem Expenses / 005 | | | | | | | |
| Training Design - Phase II | | | | | | | |
| Expenses for Traveling outside PR - Non-classified - Certification - Req. 22, 24(c), 53 | 8 | SAEA/Canine Division | Initial Certification | $ - | $ 54,000 | $ - | $ 48,000 |
| Subtotal - Training Design - Phase II | | | | $ - | $ 54,000 | $ - | $ 48,000 |
| Total - Transportation and Per Diem Expenses | | | | $ - | $ 54,000 | $ - | $ 48,000 |
| Professional Services / 006 | | | | | | | |
| Policies and Procedures - Phase I | | | | | | | |
| Legal Services - Review - General Order - Chapter 600, Section 603 - entitled "Use and Handling of Impact Weapons" - Req. 22, 23, 24(g), and 53 | 1 | | | $ 9,600 | $ 9,600 | $ 9,600 | $ 9,600 |
| Legal Services - Review - General Order - Chapter 600, Section 604 - entitled "Use and Handling of Chemical Agents" - Req. 22, 23, 24(e), 25, and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - To establish Force Review Boards - Req. 22, 46, 47, and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order 2004-3 - Req. 22, 23, 24(b), 26, and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order - Chapter 600, Section 602 - entitled "Use and Handling of Electronic Control Weapon" - Req. 22, 23, 24(d), and 53 | 1 | Office of Reform | Attorney – Consulting | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order - Chapter 600, Section 601 - entitled "Rules for the Use of Force by MPRPDs" - Req. 22, 23, 24, and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order - Chapter 600, Section 605 - entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department" - Req. 22 to 24, 36 to 39, and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - To Create Force Investigation Unit (FIU) (This policy became General Order, Chapter 100, Section 113, entitled "Force Investigation Unit (FIU).") - Req. 22 and 48 to 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order 73-4 - Req. 22, 23, 27 to 31, and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |

294

APPENDIX F

Puerto Rico Police Department
Office of Reform
Requirements 22 - 57 - Section IV - Use of Force: Internal Controls and Accountability
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Legal Services - Develop - General Order - For the Mobilization of the Division of Special Weapons and Tactics (SWAT) (This policy became General Order, Chapter 100, Section 117, entitled "Reorganization of the Division of Special Weapons and Tactics (SWAT).") - Req. 22, 27 to 31, and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - For the Use of Less-Lethal Munitions and Any Other Technology (This policy became General Order, Chapter 600, Section 620, entitled "Rules and Procedures for the Use of Specialized Weapons by Members of the Specialized Tactical Units (STUs).") - Req. 22, 23, 24(f) and (h), and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - Crowd Control and Incident Management (This policy became General Order, Chapter 600, Section 625, entitled "Crowd Control and Management.") - Req. 22, 32 to 35, and 53 | 1 | Office of Reform | Attorney - Consulting | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order - Chapter 600, Section 607 - entitled "Rules to Initiate and Manage Foot Pursuits by MPRPDs" (This General Order became General Order, Chapter 600, Section 623, entitled "Rules for the Management of Police Pursuits.") - Req. 22, 53, and 53 [sic] | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order - Chapter 600, Section 609, - entitled "Driving Vehicles in Emergency Situations and Police Pursuits" (This General Order became General Order, Chapter 600, Section 623, entitled "Rules for the Management of Police Pursuits.") - Req. 22, 23, and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - Protocol to Regulate K-9 [Officers] in Patrolling Duties (This policy became General Order, Chapter 100, Section 116, entitled "Reorganization of the K-9 Division") - Req. 22, 22 [sic], 23, 24(c), 111(a), and 53 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - CIT - Req. 56, and 57 | 1 | | | 9,600 | 9,600 | 9,600 | 9,600 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Subtotal - Policies and Procedures - Phase I | | | | $    153,600 | $    153,600 | $    153,600 | $    153,600 |

295

**APPENDIX F**

Puerto Rico Police Department
Office of Reform
Requirements 22 - 57 - Section IV - Use of Force: Internal Controls and Accountability
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Training Design - Phase II** | | | | | | | |
| Non-Classified Professional and Consulting Services - Develop Program - Training - Req. 46 and 47 | 1 | | | $ 7,800 | $ - | $ - | $ - |
| Non-Classified Professional and Consulting Services - Develop - Training - Req. 48 to 52 and 53 | 1 | | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Services - Develop - Training - Req. 22, 23, 24(f) (h), and 53 | 1 | SAEA | Curriculum Specialist - Syllabus Design | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Services - Develop - Training - Req. 27 to 35 and 53 | 1 | | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Services - Develop - Training - Req. 53 | 1 | | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Services. - Develop - Training - Req. 53 | 1 | SAEA | Curriculum Specialist - Syllabus Design | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Services - Develop - Training - Req. 59, 56, and 57 | 1 | | | 7,800 | - | - | - |
| Subtotal - Training Design - Phase II | | | | $ 54,600 | $ - | $ - | $ - |
| **Implementation - Phase III** | | | | | | | |
| Non-Classified Professional and Consulting Services - Develop - Training - Req. 46 and 47 | 1 | | Training Instructors | 8,905 | 12,467 | - | - |
| Non-Classified Professional and Consulting Services - Develop - Training - Req. 48 to 52 | 2 | SAEA | | 21,372 | 21,372 | - | - |
| Professional and Consulting Information Systems Serv. - MPRPD Access to Online Database for Training - Req. 24(a) and 53 | 14,000 | | Online Database | 140,000 | - | - | - |
| Subtotal - Implementation - Phase III | | | | $ 170,277 | $ 33,839 | $ - | $ - |
| Total - Professional Services | | | | $ 378,477 | $ 187,439 | $ 153,600 | $ 153,600 |
| **Other Expenses / 007** | | | | | | | |
| Other Non-Classified Expenses - Miscellaneous | | Office of Reform | Administrative Expenses | $ 151,859 | $ 183,565 | $ 180,783 | $ 6,885 |
| Total - Other Expenses | | | | $ 151,859 | $ 183,565 | $ 180,783 | $ 6,885 |

296

APPENDIX F

Puerto Rico Police Department
Office of Reform
Requirements 22 - 57 - Section IV - Use of Force: Internal Controls and Accountability
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Materials and Supplies / 010** | | | | | | | |
| **Implementation - Phase III** | | | | | | | |
| Materials, Supplies, and Parts - Non-Classified - Req. 24(b) - 53 - 54 | | SAEA/ MPRPD | Shooting Targets and Cartons | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Materials, Supplies, and Parts - Non-Classified - Req. 24(b) - 53 - 54 | 60,000 | | Disposable Ear Plugs | - | - | 1,000 | 1,000 |
| Materials, Supplies, and Parts - Non-Classified - Req. 24(b) - 53 - 54 | | | Munitions - Dummy Ammunition | - | 5,900 | - | 5,900 |
| Materials, Supplies, and Parts - Non-Classified - Req. 24(e) - 53 | 7,000 | | Pepper Spray / Holster | - | 163,000 | 163,000 | - |
| Subtotal - Implementation - Phase III | | | | $ 21,000 | $ 189,900 | $ 185,000 | $ 27,900 |
| Total - Materials and Supplies | | | | $ 21,000 | $ 189,900 | $ 185,000 | $ 27,900 |
| **Equipment Purchases / 011** | | | | | | | |
| **Implementation - Phase III** | | | | | | | |
| Public Safety Equipment and Supplies - Purchase of Electronic Control Weapons - Req. 24(d) - 53 | 3,000 | Office of Reform / MPRPD | Equip MPRPDs | $ 4,500,000 | $ 5,250,000 | $ 5,250,000 | $ - |
| Public Safety Equipment and Supplies - Purchase of Holsters and Double Cartridge Holders - Req. 24(d) - | 1,300 | | | 162,500 | 437,500 | 437,500 | - |
| Subtotal - Implementation - Phase III | | | | $ 4,662,500 | $ 5,687,500 | $ 5,687,500 | $ - |
| Total - Equipment Purchases | | | | $ 4,662,500 | $ 5,687,500 | $ 5,687,500 | $ - |
| Projected Expenses Grand Total | | | | $ 5,213,836 | $ 6,302,404 | $ 6,206,883 | $ 236,385 |
| Projected Expenses Grand Total - 4 Years | | | | | | | $ 17,959,508 |

297

**APPENDIX G**

Puerto Rico Police Department
Office of Reform
Requirements 58 to 79 - Section V - Searches and Seizures: Internal Controls and Accountability
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Professional Services / 006** | | | | | | | |
| **Policies and Procedures - Phase I** | | | | | | | |
| Legal Services - Review - General Order - Chapter 600, Section 615 - Req. 59 and 65 to 73 | 1 | | | $ 9,600 | $ 9,600 | $ - | $ 9,600 |
| Legal Services - Review - General Order - No. 2008-13 - Req. 109 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order - Chapter 600, Section 612 - Req. 59 and 74 to 77 | 1 | Office of Reform | Attorney – Consulting | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Develop - Protocol - Req. 66 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Develop - Protocol - Req. 73 and 158 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| **Subtotal - Policies and Procedures - Phase I** | | | | $ 38,400 | $ 48,000 | $ 38,400 | $ 19,200 |
| **Training Design - Phase II** | | | | | | | |
| Non-Classified Professional and Consulting Serv. - Create - Training - Req. 65 and 78 | 1 | | | $ - | $ 7,800 | $ - | $ - |
| Non-Classified Professional and Consulting Serv. - Create - Training - Req. 65, 78, and 113 | 1 | | Curriculum Specialist - Syllabus Design | - | 7,800 | - | - |
| Non-Classified Professional and Consulting Serv.- Review - Training - Req. 78 | 1 | SAEA | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Serv.- Develop - Training Program - Req. 62, 63, 66, 68 to 71, 75, 76, 79, and 164 | 1 | | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Serv. - Develop - Training - Req. 66 and 78 | 1 | SAEA | Curriculum Specialist - Syllabus Design | - | 7,800 | - | - |
| **Subtotal - Training Design - Phase II** | | | | $ 15,600 | $ 23,400 | $ - | $ - |

APPENDIX G

Puerto Rico Police Department
Office of Reform
Requirements 58 to 79 - Section V - Searches and Seizures: Internal Controls and Accountability
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Implementation - Phase III** | | | | | | | |
| Professional and Consulting Information Systems Serv. - Develop - Automated System - Req. 66 | 1 | Bureau of Technology and Communications | Automated Syst. for Digital Recording and Storage | $ - | $ - | $ 110,000 | $ - |
| Non-Classified Professional and Consulting Serv. - Training on General Order - Chapter 600, Section 615 - Req. 78 | 15 | | | 320,580 | 320,580 | - | - |
| Non-Classified Professional and Consulting Serv. - Training on General Order - No. 2008-13 - Req. 78 | 15 | SAEA | Training Instructors | - | 80,145 | 320,580 | 240,435 |
| Non-Classified Professional and Consulting Serv. - Training on General Order - Chapter 600, Section 612 - Req. 78 | 15 | | | 106,860 | 320,580 | 213,720 | - |
| Non-Classified Professional and Consulting Serv. - Train - Req. 66 | 2 | | | - | 14,248 | - | - |
| Subtotal - Implementation - Phase III | | | | $ 427,440 | $ 735,553 | $ 644,300 | $ 240,435 |
| Total - Professional Services | | | | $ 481,440 | $ 806,953 | $ 682,700 | $ 259,635 |
| **Other Expenses / 007** | | | | | | | |
| Other Expenses | | Office of Reform | Administrative Expenses | $ 14,443 | $ 54,884 | $ 51,156 | $ 38,464 |
| Total - Other Expenses | | | | $ 14,443 | $ 54,884 | $ 51,156 | $ 38,464 |
| **Equipment Purchases / 011** | | | | | | | |
| **Implementation - Phase III** | | | | | | | |
| Communication and Radiobroadcasting Equipment - Purchase of Walkie-Talkies - Req. 66 | 500 per FY | Bureau of Technology and Communications | Radio Communication | $ - | $1,022,500 | $1,022,500 | $1,022,500 |
| Subtotal - Implementation - Phase III | | | | $ - | $1,022,500 | $1,022,500 | $1,022,500 |
| Total - Equipment Purchases | | | | $ - | $1,022,500 | $1,022,500 | $1,022,500 |
| Projected Expenses Grand Total | | | | $ 495,883 | $1,884,337 | $1,756,356 | $1,320,599 |
| Projected Expenses Grand Total - 4 Years | | | | | | | $5,457,175 |

299

**APPENDIX H**

Puerto Rico Police Department
Office of Reform
Requirements - 80 - 100 - Section VI - Equal Protection and Non-Discrimination
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Facilities and Utility Payments / 002 | | | | | | | |
| Implementation - Phase III | | | | | | | |
| Telephone Service Payments - Req. 96 | 2 | SASG - Sexual Crimes Hotline | Lines for Telephone Switchboard | $ 404 | $ 304 | $ 304 | $ 304 |
| Subtotal - Implementation - Phase III | | | | $ 404 | $ 304 | $ 304 | $ 304 |
| Total - Facilities and Utility Payments | | | | $ 404 | $ 304 | $ 304 | $ 304 |
| Professional Services / 006 | | | | | | | |
| Policies and Procedures - Phase I | | | | | | | |
| Legal Services - Review - Regulation 6508 and Develop PRPD Regulation to Establish Police Practices without Discrimination, Harassment, Improper Sexual Conduct, and Retaliation - Req. 80, 81, 84, 87, 88, 159, 163, 167, 168, 171-173, 177-181, and 205 | 2 | Office of Reform | Attorney - Consultation | $ 19,200 | $ 19,200 | $ - | $ 19,200 |
| Legal Services - Develop - General Order - Investigation of Domestic Violence Incidents, which will repeal General Order 2006-4 - Req. 93, 98 to 100, 111(d, e), and 113 | 1 | | | 9,600 | 9,600 | - | 9,600 |
| Legal Services - Review - General Order 2006-5 - Req. 93, 98 to 100, 111(d, e), and 113 | 1 | | | 9,600 | 9,600 | - | 9,600 |
| Legal Services - Develop - Administrative Order - for the Investigation of Domestic Violence Incidents Involving Puerto Rico Police Department Employees - Req. 93, 98 to 100, 111(d, e), and 113 | 1 | | | 9,600 | 9,600 | - | 9,600 |
| Legal Services - Review - General Order 2007-1 - to create General Order for the Investigation of Sexual Assault Incidents - Req. 93 to 97, 99, 111(d, e), 113, and 205 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Develop - Administrative Order - to Investigate Sexual Assault Incidents for cases in which an incident of sexual assault involving PRPD employees occurs - Req. 93 to 97, 99, 111(d, e), 113, and 205 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Develop - General Order - Interaction with Transgender and Transsexual People - Req. 38, 89, 113, and 205 | 1 | | | 9,600 | 9,600 | 9,600 | - |

300

**APPENDIX H**

Puerto Rico Police Department
Office of Reform
Requirements - 80 - 100 - Section VI - Equal Protection and Non-Discrimination
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Legal Services - Develop - General Order - Interventions with Foreigners - Req. 87, 88, 113, 159, 163, 167, 168, 171 to 173, 177 to 181, and 205 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - General Order 2000-3 - Req. 83, 85, 86, 91, 113, and 205 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Develop - General Order - for Hate Crime Data Collection and Management and Hate Crime Management and Investigation Manual - Req. 83, 85, 86, 91, 113, and 205 | 2 | Office of Reform | Attorney - Consulting | 19,200 | 19,200 | 19,200 | - |
| Legal Services - Develop - Evaluation Protocol on Compliance with Operational Programs Best Practices - Req. 83, 85, 86, 91, 113, and 205 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - Special Order 2006-2 and Review "Interagency Agreement for the Investigation of Allegations of Abuse in Juvenile Institutions" - Req. 92, 111(d, e), and 113 | 2 | | | - | 19,200 | 19,200 | 19,200 |
| Subtotal - Policies and Procedures - Phase I | | | | $  124,800 | $  144,000 | $  96,000 | $  67,200 |

Training Design - Phase II

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Non-Classified Professional and Consulting Serv. - Create Training - Puerto Rico Police Department Internal Regulation to Prevent Harassment, Discrimination, and Retaliation - Req. 80, 81, 87, 88, 144, 159, 163, 167, 168, 171 to 173, 177 to 181, and 205 | 1 | | | $  - | $  7,800 | $  - | $  - |
| Non-Classified Professional and Consulting Serv. - Create Training - PRPD Regulation to Establish Police Practices without Discrimination, Harassment, Improper Sexual Conduct, and Retaliation - Req. 80, 81, 87, 88, 144, 159, 163, 167, 168, 171 to 173, 177 to 181, and 205 | 1 | SAEA | Curriculum Specialist - Syllabus Design | - | 7,800 | - | - |
| Non-Classified Professional and Consulting Serv. - Create - Training - on Investigation of Domestic Violence Incidents - Req. 93 and 98 to 100 | 1 | | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Serv. – Create - Training - on Investigation of Sexual Assault Incidents - Req. 93 to 99 | 1 | | | 7,800 | - | - | - |

301

APPENDIX H

Puerto Rico Police Department
Office of the Reform
Requirements - 80 - 100 - Section VI - Equal Protection and Non-Discrimination
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Non-Classified Professional and Consulting Serv. – Create - Training - on Identification of and Intervention with People from the Transgender and Transsexual Community - Req. 89 | 1 | | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Serv. - Create - Training - on Intervention with Foreigners - Req. 87, 88, 159, 163, 167, 168, 171 to 173, 177 to 181, and 205 | 1 | | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Serv.- Create - Training - on Use of Automated System to Prepare Electronic Incident Reports (NIBRS) - Req. 83, 85, and 86 | 1 | | | 7,800 | - | - | - |
| Non-Classified Professional and Consulting Serv.- Create - Training - on Techniques to Collect Demographic Information - Req. 83 | 1 | SAEA | Curriculum Specialist - Syllabus Design | - | 7,800 | - | - |
| Non-Classified Professional and Consulting Serv. – Create - Training - on Hate Crime Data Collection, Management, and Investigation - Req. 83, 85 to 88, and 205 | 1 | | | - | 7,800 | - | - |
| Non-Classified Professional and Consulting Serv. - Create - Training - on Investigation of Incidents at Juvenile Institutions Related to Complaints of Institutional Abuse and/or Negligence against Minors in Institutions for Juvenile Delinquents - Req. 92 | 1 | | | - | 7,800 | - | - |
| Non-Classified Professional and Consulting Serv. - Create Multi-topic Course - aimed at MPRPDs - Req. 80, 81, 87, 88, and 90 | 3 | | | - | 23,400 | - | - |
| Non-Classified Professional and Consulting Serv. - Create - Training - for PRPD personnel belonging to the Classified System (civilian employees) - Req. 80, 81, 87, 88, 159, 163, 167, 168, 171 to 173, 177 to 181, and 205 | 1 | | | - | 7,800 | - | - |
| Non-Classified Professional and Consulting Serv. - Create - Multi-topic Training - aimed at PRPD personnel belonging to the Classified System (civilian employees) - Req. 80, 90, 81, 87, and 88 | 1 | | | - | 7,800 | - | - |
| Subtotal - Training Design - Phase II | | | | $ 39,000 | $ 78,000 | $ - | $ - |

302

APPENDIX H

Puerto Rico Police Department
Office of Reform
Requirements - 80 - 100 - Section VI - Equal Protection and Non-Discrimination
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Implementation - Phase III** | | | | | | | |
| Non-Classified Professional and Consulting Serv. - Training - Regulation to Prohibit Discrimination,Harassment, and Retaliation - Req. 80 to 82, 84 to 88, 90, 91, and 93 to 100 | 15 | | | $      - | $  213,720 | $  320,580 | $  106,860 |
| Non-Classified Professional and Consulting Serv. - Training - on Investigation of Domestic Violence Incidents - Req. 80 to 82, 84 to 88, 90, 91, and 93 to 100 | 15 | | | - | 160,290 | 320,580 | 160,290 |
| Non-Classified Professional and Consulting Serv. - Training - on Investigation of Sexual Assault Incidents - Req. 80 to 82, 84 to 88, 90, 91, and 93 to 100 | 15 | | | 80,145 | 320,580 | 240,435 | - |
| Non-Classified Professional and Consulting Serv. - Training - on gender identification and expression in the Transgender and Transsexual Community - Req. 89 and 92 | 15 | | | 53,430 | 320,580 | 267,150 | - |
| Non-Classified Professional and Consulting Serv. - Training - Intervention with Illegal Immigrants - Req. 80 to 82, 84 to 88, 90, 91, and 93 to 100 | 15 | | | - | 320,580 | 320,580 | - |
| Non-Classified Professional and Consulting Serv. - Training - Use of automated system to prepare electronic incident reports (NIBRS) - Req. 80 to 82, 84 to 88, 90, 91, and 93 to 100 | 15 | SAEA | Training Instructors | 106,860 | 320,580 | 213,720 | - |
| Non-Classified Professional and Consulting Serv. - Training - More effective techniques to collect demographic information accurately - Req. 80 to 82, 84 to 88, 90, 91, and 93 to 100 | 15 | | | - | 213,720 | 320,580 | 106,860 |
| Non-Classified Professional and Consulting Serv. - Training - Hate Crime Data Collection, Management, and Investigation - Req. 80 to 82, 84 to 88, 90, 91, and 93 to 100 | 15 | | | - | 213,720 | 320,580 | 106,860 |
| Non-Classified Professional and Consulting Serv. - Training - Investigation of Incidents at Juvenile Institutions **regarding** Complaints of Institutional Abuse and/or Negligence against Minors in Institutions for Juvenile Delinquents - Req. 89 and 92 | 15 | | | - | 106,860 | 320,580 | 213,720 |
| Non-Classified Professional and Consulting Serv. - Multi-topic Training - Aimed at MPRPDs - Req. 80 to 82, 84 to 88, 90, 91, and 93 to 100 | 15 | | | - | 213,720 | 320,580 | 106,860 |

303

APPENDIX H

Puerto Rico Police Department
Office of Reform
Requirements - 80 - 100 - Section VI - Equal Protection and Non-Discrimination
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Non-Classified Professional and Consulting Serv. – Multi-topic Training - aimed at PRPD personnel belonging to the Classified System (civilian employees) - Req. 80, 90, 81, 87, and 88 | 1 | SAEA | Training Instructors | - | 14,248 | 21,372 | 7,124 |
| Non-Classified Professional and Consulting Serv. - Req. 93 to 99, 205, and 111(d) | 2 | SASG | Psychologists MPRPD Evaluations | 129,600 | 129,600 | 129,600 | 129,600 |
| Non-Classified Professional and Consulting Serv. - Division Director - Req. 41, 64, 87, and 91 | 1 | Internal Audit Office | Office Director | 3,270 | 39,240 | 39,240 | 39,240 |
| Non-Classified Professional and Consulting Serv. - Analysts - Req. 41, 64, 87, and 91 | 4 | | Program Auditors - Evaluate | 9,080 | 108,960 | 108,960 | 108,960 |
| Professional and Consulting Information System Services - Report Management - Req. 83, 85, and 86 | 1 | | Programmer (CAD Reports) | 30,000 | 30,000 | 30,000 | 30,000 |
| Subtotal - Implementation - Phase III | | | | $ 412,385 | $ 2,726,398 | $ 3,294,537 | $ 1,116,374 |
| Total - Professional Services | | | | $ 576,185 | $ 2,948,398 | $ 3,390,537 | $ 1,183,574 |

Other Expenses / 007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Other Non-Classified Expenses - Miscellaneous | | Office of Reform | Administrative Expenses | $ 17,484 | $ 88,461 | $ 101,725 | $ 35,516 |
| Total - Other Expenses | | | | $ 17,484 | $ 88,461 | $ 101,725 | $ 35,516 |

Equipment Purchases / 011

Implementation - Phase III

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Computer Equipment Purchase - Expand Sexual Crimes Hotline Center - Req. 96 | 2 | SASG - Sexual Crimes Hotline Center | Computers | $ 2,800 | $ - | $ - | $ - |
| Office Equipment - Modular Stations - Expand Sexual Crimes Hotline Center - Req. 96 | 2 | | Modules | 2,600 | - | - | - |
| Office Equipment - Chairs - Expand Sexual Crimes Hotline - Req. 96 | 2 | | Chairs | 800 | - | - | - |
| Subtotal - Implementation - Phase III | | | | $ 6,200 | $ - | $ - | $ - |

304

**APPENDIX H**

Puerto Rico Police Department
Office of Reform
Requirements - 80 - 100 - Section VI - Equal Protection and Non-Discrimination
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Total - Equipment Purchases | | | | $   6,200 | $   - | $   - | $   - |
| Projected Expenses Grand Total | | | | $   600,273 | $   3,037,163 | $   3,492,566 | $   1,219,394 |
| Projected Expenses Grand Total - 4 Years | | | | | | | $   8,349,396 |

305

APPENDIX I

Puerto Rico Police Department
Office of Reform
Requirements 101 - 108 - Section VII - Recruitment, Selection, and Hiring
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Professional Services / 006** | | | | | | | |
| **Policies and Procedures - Phase I** | | | | | | | |
| Legal Services - Develop - General Order - for the MPRPD Recruitment Program establishing clear guidelines and objectives to recruit MPRPD candidates - Req. 101 to 103 and 106 | 1 | Office of Reform | Attorney – Consulting | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - Recruitment Policies for Undercover Officers - This procedure will be established by the superintendent - Req. 102, 104, 106, and 107 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Subtotal - Policies and Procedures - Phase I | | | | $ - | $ 19,200 | $ 19,200 | $ 19,200 |
| **Training Design - Phase II** | | | | | | | |
| Non-Classified Professional and Consulting Serv. - Develop Multi-topic Training Course - aimed at personnel who will work on the phases of the recruitment process - Req. 101, 102, 104, and 105 to 108 | 1 | SAEA | Curriculum Specialist - Training Design | $ - | $ 7,800 | $ - | $ - |
| Subtotal - Training Design - Phase II | | | | $ - | $ 7,800 | $ - | $ - |
| **Implementation - Phase III** | | | | | | | |
| Non-Classified Professional and Consulting Serv. - Multi-topic Training Course - aimed at personnel responsible for implementing the Recruitment and Hiring Program - Req. 101, 102, 104, and 105 to 108 | 2 | SAEA | Instructors - Training | $ - | $ 3,562 | $ 17,810 | $ - |
| Subtotal - Implementation - Phase III | | | | $ - | $ 3,562 | $ 17,810 | $ - |
| Total - Professional Services | | | | $ - | $ 30,562 | $ 37,010 | $ 19,200 |
| **Other Expenses / 007** | | | | | | | |
| Other Non-Classified Expenses - Miscellaneous | | Office of Reform | Administrative Expenses | $ - | $ 917 | $ 1,110 | $ 576 |
| Total - Other Expenses | | | | $ - | $ 917 | $ 1,110 | $ 576 |
| Projected Expenses Grand Total | | | | $ - | $ 31,479 | $ 38,120 | $ 19,776 |
| Projected Expenses Grand Total - 4 Years | | | | | | | $ 89,375 |

**APPENDIX J**

Puerto Rico Police Department
Office of Reform
Requirements 109 - 116 - Section VIII - Policies and Procedures
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Professional Services / 006 | | | | | | | |
| Policies and Procedures - Phase I | | | | | | | |
| Legal Services - Develop - Draft bill to amend Public Law Number 53 of June 10, 1996, as amended, known as the "Puerto Rico Police Department Act" - Req. 109 and 100 [sic] | 1 | | | $      - | $      9,600 | $      9,600 | $      9,600 |
| Legal Services - Review - General Order, Chapter 100, Section 102, entitled "Reorganization of the Puerto Rico Police Department Organizational Structure" - Req. 109 and 110 | 1 | | | - | - | 9,600 | 9,600 |
| Legal Services - Review - General Order, Chapter 100, Section 106, entitled "Creation of the Auxiliary Superintendency for Field Operations" - Req. 109, 110, and 111 (a) | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order, Chapter 100, Section 111, entitled "Creation and Functional Organization of the Office of Reform" to adapt it to the changes that have been made subsequent to its creation - Req. 109, 112, 113, 229, and 231 to 233 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order, Chapter 100, Section 107, entitled "Creation of the Auxiliary Superintendency for Criminal Investigations" - Req. 109, 110, and 111(d) | 1 | Office of Reform | Attorney - Consultation | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order establishing the organizational and functional structure of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons, as well as its duties and responsibilities, in accordance with the Agreement and generally accepted police practices - Req. 109 and 110(d) | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - Regulation No. 4216, entitled "Puerto Rico Police Department Personnel Regulation," in its entirety to adapt it to Public Law No. 53-1996, as amended, known as the "Puerto Rico Police Department Act of 1996," and to Public Law No. 184-2004, as amended, known as the "Public Service Human Resources Administration Act" - Req. 19, 12 to 21, 37, 47, 61, 71, 80, 81, 101 to 110, 113, 116, 145, 148, 156, 159, 163, 164, 167, 197, 199, 205, and 212 | 1 | | | - | - | 9,600 | 9,600 |
| Legal Services - Review AO 2015-1-IV, entitled "Administrative Order for Traffic Stops," to adapt it to the new generally accepted police practices in relation to the services provided to people and police interventions with them - Req. 109 to 111 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - Uniform Crime Reporting Handbook (NIBRS) - Req. 83, 86, 91, 113, and 205 | 1 | | | - | 9,600 | 9,600 | 9,600 |

307

APPENDIX J

Puerto Rico Police Department
Office of Reform
Requirements 109 - 116 - Section VIII - Policies and Procedures
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Legal Services - Review - corresponding Memoranda of Understanding with federal and state agencies to adapt them to the Agreement and establish requirements that federal agencies must meet to request the services of PRPD officers and procedures that federal agencies must follow in relation to MPRPDs assigned to task forces - Req. 111(d), 112, and 113 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - Operations Manual - establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow - Req. 111(d), 112, and 113 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - e Criminal Investigation Corps Investigator Procedures Manual to standardize the processes conducted during the entire criminal investigation - Req. 111(d), 112, and 113 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - Special Order No. 2010-7, entitled "Local Monthly 'Academies'" - Req. 111(d), 112 to 116, and 132 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - to create the Virtual Library on the PRPD webpage where all policies and procedures in effect, as well as various forms, will be published - Req. – 110, 111, and 205 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - Administrative Order - establishing the rules and procedures PRPD personnel must follow to protect the copyrights of graphic works and photos and the source codes of software, among others, produced by the PRPD - Req. 109, 110, and 218 to 222 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Subtotal - Policies and Procedures - Phase I | | | | $ 19,200 | $ 124,800 | $ 144,000 | $ 124,800 |

Training Design - Phase II

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Non-Classified Professional and Consulting Services - Develop Multi-topic Training Program - to train all MPRPDs assigned to SAIC on the law, applicable case law, and the rules and procedures to follow when conducting criminal investigations - Req. 111(d) | 3 | | | $ - | $ 23,400 | $ - | $ - |
| Professional and Consulting Services - Develop a Multi-topic Training Program - to train all MPRPDs assigned to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons - Req. 111(d) | 3 | SAEA | Curriculum Specialist - Syllabus Design | - | 23,400 | - | - |
| Non-Classified Professional and Consulting Services - Develop - Training - aimed at all MPRPDs on the law, applicable case law, and the rules and procedures to follow when conducting traffic stops in various scenarios, answering emergency calls, and inspecting motor vehicles, among others - Req. 111(d) | 1 | | | - | 7,800 | - | - |

308

APPENDIX J

Puerto Rico Police Department
Office of Reform
Requirements 109 - 116 - Section VIII - Policies and Procedures
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Non-Classified Professional and Consulting Services - Develop - Training - aimed at all MPRPDs on the Uniform Crime Reporting Handbook (NIBRS) - Req. 83, 86, 91, 113, and 205 | 1 | | | - | 7,800 | - | - |
| **Subtotal - Training Design - Phase II** | | | | **$ -** | **$ 62,400** | **$ -** | **$ -** |
| **Implementation - Phase III** | | | | | | | |
| Non-Classified Professional and Consulting Serv. - Training - for all MPRPDs assigned to the SAIC on the topics included in the Multi-topic Program through instructors it has certified - Req. 111(d) | 4 | SAEA | Instructors - Training | $ - | $ - | $ 71,240 | $ 85,488 |
| Non-Classified Professional and Consulting Serv. - Multi-topic Training - for all MPRPDs assigned to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons - Req. 111(d) | 1 | | | - | - | 17,810 | 21,372 |
| Non-Classified Professional and Consulting Serv. - Training - for all MPRPDs on the law, applicable case law, and the rules and procedures that must be followed when conducting traffic stops in various scenarios, answering emergency calls, and inspecting motor vehicles, among others - Req. 111(d) | 15 | | | - | 160,290 | 320,580 | 160,290 |
| Non-Classified Professional and Consulting Serv. - Training - aimed at all MPRPDs on the Uniform Crime Reporting Handbook (NIBRS) - Req. 83, 86, 86 [sic], 91, 113, and 205 | 15 | | | | | 267,150 | 320,580 |
| Legal Services - The PRPD, through the Office of Reform - Evaluate - recommendations received from all PRPD employees and people from the community in relation to all the policies and procedures in effect that are not confidential in nature - Req. 112 and 113 | 1 | Office of Reform | Attorney – Consulting | - | 14,400 | 14,400 | 14,400 |
| **Subtotal - Implementation - Phase III** | | | | **$ -** | **$ 174,690** | **$ 691,180** | **$ 602,130** |
| **Total - Professional Services** | | | | **$ 19,200** | **$ 361,890** | **$ 835,180** | **$ 726,930** |
| **Other Expenses / 007** | | | | | | | |
| Other Non-Classified Expenses - Miscellaneous | | Office of Reform | Administrative Expenses | $ 576 | $ 10,857 | $ 25,055 | $ 21,808 |
| **Total - Other Expenses** | | | | **$ 576** | **$ 10,857** | **$ 25,055** | **$ 21,808** |
| **Projected Expenses Grand Total** | | | | **$ 19,776** | **$ 372,747** | **$ 860,235** | **$ 748,738** |
| **Projected Expenses Grand Total - 4 Years** | | | | | | | **$ 2,001,496** |

APPENDIX K

Puerto Rico Police Department
Office of Reform
Requirements 117 - 134 - Section IX - Training
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Professional Services / 006 | | | | | | | |
| Policies and Procedures - Phase I | | | | | | | |
| Legal Services - Develop - General Order establishing the rules and procedures of the pre-service education and training program (Cadets) and the review of said curricula- Req. 111 to 113, 117, and 119 to 122 | 1 | Office of Reform | Attorney – Consulting | $ - | $ 9,600 | $ 9,600 | $ 9,600 |
| Legal Services - Develop - the new PRPD Academy Student Regulation, which will repeal Regulation No. 7699, entitled "Puerto Rico Criminal Justice College Student Regulation" - Req. 111 to 113, 117, and 119 to 122 | 1 | | | - | - | 9,600 | 9,600 |
| Legal Services - Review - General Order, Chapter 100, Section 108 - entitled "Creation of the Auxiliary Superintendency for Education and Training" - Req. 111 to 113 and 117 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - establishing the rules and procedures to develop and implement training and re-training for PRPD employees - Req. 111, 117, 119 to 122, and 134 | 1 | | | - | - | 9,600 | 9,600 |
| Legal Services - Review - General Order - Chapter 700, Section 701 - entitled "Creation of the Operational Supervision Officers Program" - Req. 111, 117, and 119 to 122 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - Operations Manual of the Field Training Program (FTOs) - Req. 111, 117, and 119 to 122 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - General Order 88-1 - entitled "Rules and Procedures for the Appearance of Police Department Personnel at Court and Administrative Proceedings" - Req. 73, 117 to 134, and 158 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Subtotal - Policies and Procedures - Phase I | | | | $ 19,200 | $ 48,000 | $ 67,200 | $ 48,000 |

310

**APPENDIX K**

Puerto Rico Police Department
Office of Reform
Requirements 117 - 134 - Section IX - Training
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Training Design - Phase II** | | | | | | | |
| Non-Classified Professional and Consulting Services - Develop a pre-service education and training program (cadets), which will consist of at least nine hundred (900) contact hours - Req. 111, 117, and 119 to 122 | 7 | SAEA | Curriculum Specialist - Syllabus Design | $ - | $ 54,600 | $ - | $ - |
| Professional and Consulting Services - Develop - FTO Training Program, which will consist of at least eighty (80) contact hours - Req. 111, 124 to 125, and 127 | 5 | | | - | - | 39,000 | $ - |
| Subtotal - Training Design - Phase II | | | | $ - | $ 54,600 | $ 39,000 | $ - |
| **Implementation - Phase III** | | | | | | | |
| Non-Classified Professional and Consulting Serv. - Implement – Pre-service education and training program (cadets) that will consist of at least nine hundred (900) contact hours - Req. 111, 117, 119, 120, 121, and 122 | 14 | SAEA | Instructors - Training | $ - | $ - | $ 249,340 | $ - |
| Non-Classified Professional and Consulting Serv. - Implement - FTO Training and Re-training Program, which will consist of eighty (80) contact hours - Req. 111 and 123 to 128 | 14 | | | - | - | 249,340 | - |
| Subtotal - Implementation - Phase III | | | | $ - | $ - | $ 498,680 | $ - |
| Total - Professional Services | | | | $ 19,200 | $ 102,600 | $ 604,880 | $ 48,000 |
| **Other Expenses / 007** | | | | | | | |
| Other Non-Classified Expenses - Miscellaneous | | Office of Reform | Administrative Expenses | $ 576 | $ 3,078 | $ 18,146 | $ 1,440 |
| Total - Other Expenses | | | | $ 576 | $ 3,078 | $ 18,146 | $ 1,440 |
| Projected Expenses Grand Total | | | | $ 19,776 | $ 105,678 | $ 623,026 | $ 49,440 |
| Projected Expenses Grand Total - 4 Years | | | | | | | $ 797,920 |

311

**Appendix  L**

Puerto Rico Police Department
Office of Reform
Requirements 135 - 158 - Section X - Supervision and Management
Projected Budget Fiscal Years  2015/16 - 2016/17 - 2017/18 - 2018/19
Bv Expense Item

| Expense Item /Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Professional Services / 006** | | | | | | | |
| **Policies and Procedures - Phase I** | | | | | | | |
| Legal Services - Develop - General Order - regarding Supervisor Powers, Duties, and Responsibilities - Req. 13, 15, 81, 113 and 135 to 144 | 1 | | | $       - | $    9,600 | $    9,600 | $    9,600 |
| Legal Services - Review - General Order No. 2008-3 - Req. 145 and 146 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - for the Creation of the Early Identification System - Req. 147 to 153 and 218 | 1 | | | - | - | 9,600 | 9,600 |
| Legal Services - Develop - Procedures Manual - for the use of the Early Identification System - Req. 147 to 153 and 218 | 1 | Office of Reform | Attorney - Consulting | - | - | 9,600 | 9,600 |
| Legal Services - Review - General Order No. 2010-1 - Req. 154 to 156 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - Procedures Manual establishing Guidelines for Conducting Operational and Administrative Inspections - Req. 154 to 156 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop -  Interagency Memorandum - among the PRPD, the federal and state justice systems, the Administrative Office of the Courts, and the Municipal Police Commissioners to establish the Executive Coordination Committee - Req. 73 and 158 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| **Subtotal - Policies and Procedures - Phase I** | | | | $       - | $  48.000 | $  67,200 | $  67,200 |
| **Training Design - Phase II** | | | | | | | |
| Non-classified Professional and Consulting Serv. - Create Program - Multi-Topic Training (40 hrs.) - For the MPRPDs who have passed promotional exams moving up from the rank of Sergeant to Captain, before assuming the responsibilities of their new rank - Req. 22 a 24, 36 to 39 And 141 | 1 | | | $   7,800 | $       - | $       - | $       - |
| Non-classified Professional and Consulting Serv - Create a Multi-Topic Training Program - to train all PRPD supervisory personnel, taking into consideration the inherent duties of each rank. This Program will be aimed at their level of supervision and administration  - Req. 22 to 24, 36 to 39, 143 to 145 | 3 | SAEA | Curriculum Specialist - Syllabus Design | - | 23,400 | - | - |
| Non-classified Professional and Consulting Serv - Create - Training of at least (40) contact hours - Annually to the MPRPDs who perform supervisory and management duties - on topics based on the needs or trends identified at the time prior to the training - Req. 22 to 24, 36 to 39, 131 and 141 to | 2 | | | - | 15,600 | - | - |

312

**Anejo  L**

Puerto Rico Police Department
Office of Reform
Requirements 135 - 158 - Section X - Supervision and Management
Projected Budget Fiscal Years  2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Non-classified Professional and Consulting Serv - Create course to train all MPRPDs who carry out supervisory and management duties on the General Order and the Procedures Manual of the Early Identification System (EIS)  - Req. 22 to 24, 36 to 39, 131, 141 to 143, and 147 to 153 | 2 | SAEA | Curriculum Specialist - Syllabus Design | - | - | - | 15,600 |
| Non-classified Professional and Consulting Serv - Create course  to train all personnel assigned to the Inspections Division of the Auxiliary Superintendency for Professional Responsibility on the Operational and Administrative Inspections Procedures Manual - Req. 154 to 156 | 1 | | | - | 7,800 | - | - |
| Subtotal - Training Design - Phase II | | | | $    7,800 | $   46,800 | $      - | $   15,600 |
| **Implementation Objectives - Phase III** | | | | | | | |
| Legal Services - Designate the representatives of each Executive Coordination Committee - Req. 158 | 1 | Office of Reform | Attorney - Consulting | $      - | $    4,800 | $      - | $      - |
| Subtotal - Implementation Objectives - Phase III | | | | $      - | $    4,800 | $      - | $      - |
| **Data Collection Objectives - Phase IV** | | | | | | | |
| Professional and Consulting Serv. - Information Systems - Consulting - The PRPD will document through the Early Identification System (EIS)  all improper, performance evaluations of the employees of the PRPD, and the services that they provide - Req. 147 to 153 and 218 to 220 | 1 | SASG (TB) (HR) | Technology Consultant | $      - | $   19,200 | $    9,600 | $      - |
| Professional and Consulting Serv. - Information Systems - Consulting - To develop, in coordination with the SARP, an information system for the collection of data and information about all Operational and Administrative Inspections conducted by the SARP - Req. 154 to 157, 218, and 219 | 1 | SARP | Technology Consultant | - | - | 28,800 | - |
| Subtotal - Data Collection Objectives - Phase IV | | | | $      - | $   19,200 | $   38,400 | $      - |
| Total - Professional Serv. | | | | $    7,800 | $  118,800 | $  105,600 | $   82,800 |
| **Other Expenses / 007** | | | | | | | |
| Other Non-classified Expenses – Miscellaneous | | Office of Reform | Administrative Expenses | $      234 | $    3,564 | $    3,168 | $    2,484 |

**Anejo  L**
Puerto Rico Police Department
Office of Reform
Requirements 135 - 158 - Section X - Supervision and Management
Projected Budget Fiscal Years  2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Total - Other Expenses | | | | $ 234 | $ 3,564 | $ 3,168 | $ 2,484 |
| Projected Expenses Grand Total | | | | $ 8,034 | $ 122,364 | $ 108,768 | $ 85,284 |
| Projected Expenses Grand Total - 4 Years | | | | | | | $ 324,450 |

314

**APPENDIX M**

Puerto Rico Police Department
Office of Reform
Requirements 159 - 204 - Section XI - Administrative Complaints, Internal Investigations, and Discipline
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Professional Services / 006** | | | | | | | |
| **Policies and Procedures - Phase I** | | | | | | | |
| Legal Services - Develop - Administrative Order to create a Public Information Program regarding the Filing of Administrative Complaints - Req. 77, 80, 81, 113, 160, 162, 205, and 212 | 1 | | | $    9,600 | $    9,600 | $    - | $    9,600 |
| Legal Services - Develop Collaborative Agreement - between the PRPD and the Puerto Rico Department of Justice to establish a procedure for the PRPD to consult the District Attorney's Office in order to determine whether to continue or suspend the time frames of administrative investigations - Req. 80, 81, 111(b), 113, 181 to 185, 205, and 212 | 1 | | | - | - | 9,600 | 9,600 |
| Legal Services - Review - Regulation 6506 - to adopt new "Regulation to Receive, Process, and Manage Administrative Complaints Regulation" - Req. 73, 80, 81, 113, 148, 159, 163, 166 to 169, 171 to 176, 178 to 180, 205, 212 | 1 | Office of Reform | Attorney - Consulting | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Develop - Administrative Complaint Investigation Procedures Manual - Req. 80, 81, 111(b), 113, 159, 160, 162, 168, 170 to 173, 174, 176, 177 to 180, 186 to 193, 205, 212, and 222 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - Regulation 4216 - to establish Code of Ethics and Conduct, identify minor and major violations, and impose disciplinary sanctions - Req. 19, 20, 37, 47, 61, 71, 80, 81, 113, 116, 145, 148, 156, 159, 163, 164, 167, 197, 199, 205, and 212 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Develop - Administrative Order for the Investigation, Management, and Adjudication of Minor Violations by Supervisors - Req. 80, 81, 113, 116, 145, 156, 164, 165, 171, 172, 174 to 180, 187 to 189, 191 to 193, 205, and 212 | 1 | | | 9,600 | 9,600 | 9,600 | - |

315

APPENDIX M

Puerto Rico Police Department
Office of Reform
Requirements 159 - 204 - Section XI - Administrative Complaints, Internal Investigations, and Discipline
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Legal Services - Develop - Administrative Order to create the PRPD Personnel Assistance and Support Program - Req. 80, 81, 113, 156, 191, 201 to 204, 205, and 212 | 1 | Office of the Reform | Attorney - Consulting | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order 2010-14 - Req. 41, 44, 48 to 50, 57, 80, 81, 111(b), 113, 194, 195, 205, and 212 | 1 | | | 9,600 | 9,600 | - | 9,600 |
| Legal Services - Review - Regulation 6403 - Req. 80, 81, 111(b), 113, 200, 205, and 212 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Subtotal - Policies and Procedures - Phase I | | | | $ 57,600 | $ 76,800 | $ 67,200 | $ 48,000 |

| Training Design - Phase II | | | | | | | |
|---|---|---|---|---|---|---|---|
| Non-Classified Professional and Consulting Serv. - Create - Multi-topic Training Program to train SARP and OLA personnel - Req. 82, 111, 116, 159, 160, 162 to 199, and 205 | 2 | SAEA | Subject-Matter Specialist - Training Syllabus Design | $ - | $ 15,600 | $ - | $ - |
| Subtotal - Training Design - Phase II | | | | $ - | $ 15,600 | $ - | $ - |

| Implementation - Phase III | | | | | | | |
|---|---|---|---|---|---|---|---|
| Non-Classified Professional and Consulting Serv. - Instructors - Multi-topic Training to train SARP and OLA personnel - Req. 82, 111, 159, 163, 165, 174, 177 to 194, and 196 | 2 | SAEA | Training Instructors | $ - | $ - | $ 42,744 | $ 42,744 |
| Subtotal - Implementation - Phase III | | | | $ - | $ - | $ 42,744 | $ 42,744 |
| Total - Professional Services | | | | $ 57,600 | $ 92,400 | $ 109,944 | $ 90,744 |

| Other Expenses / 007 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Other Expenses | | Office of the Reform | Administrative Expenses | $ 4,728 | $ 2,772 | $ 3,298 | $ 2,722 |
| Total - Other Expenses | | | | $ 4,728 | $ 2,772 | $ 3,298 | $ 2,722 |

316

**APPENDIX M**

Puerto Rico Police Department
Office of Reform
Requirements 159 - 204 - Section XI - Administrative Complaints, Internal Investigations, and Discipline
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Advertisements and Media Spots / 012 | | | | | | | |
| Implementation - Phase III | | | | | | | |
| Services and Advertising - PRPD will develop a Promotion Plan - Req. 160-162, 205, and 212 | 1 | SARP | Advertising Campaign | $   100,000 | $          - | $          - | $          - |
| Subtotal - Implementation - Phase III | | | | $   100,000 | $          - | $          - | $          - |
| Total - Advertisements and Media Spots | | | | $   100,000 | $          - | $          - | $          - |
| Projected Expenses Grand Total | | | | $   162,328 | $    95,172 | $  113,242 | $   93,466 |
| Projected Expenses Grand Total - 4 Years | | | | | | | $  464,209 |

317

**APPENDIX N**
Puerto Rico Police Department
Office of Reform
Requirements 205 - 217 - Section XII -Community Interaction and Public Information
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Professional Services / 006** | | | | | | | |
| **Policies and Procedures - Phase I** | | | | | | | |
| Legal Services - Review - General Order - Chapter 800, Section 801 - (hereinafter GO 801) - Req. 21, 113 and 209 to 213 | 1 | | | $ 9,600 | $ 9,600 | $ - | $ 9,600 |
| Legal Services - Develop - General Order - establishing the public policy of the PRPD incorporating the principles of Community Policing - Req. 21, 103, 113, 145, and 205 to 208 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - Procedures Manual - for the meetings that are open to the public in the thirteen (13) police areas to inform and receive feedback from citizens in an interactive format - Req. 24, 88, 113, and 214 to 217 | 1 | Office of Reform | Attorney - Consulting | 9,600 | 9,600 | 9,600 | - |
| Legal Services - Review - General Order No. 2005-7 - Req. 24, 103, 113, 205, 2014 and 217 | 1 | | | 9,600 | 9,600 | 9,600 | - |
| Subtotal - Policies and Procedures - Phase I | | | | $ 38,400 | $ 38,400 | $ 28,800 | $ 9,600 |
| **Training Design - Phase II** | | | | | | | |
| Professional and Consulting Services – Non-Classified - Develop Multi-Topic Training - for the members of the Citizen Interaction Committees - Req. 205 and 209 to 213 | 3 | | Curriculum Specialist - Syllabus Design | $ 23,400 | $ - | $ - | - |
| Professional and Consulting Services – Non-Classified - Create Multi-Topic - Training Program to train MPRPDs on the principles of Community Policing - Req. 117 and 205 to 208 | 2 | | | - | 15,600 | | |
| Professional and Consulting Services – Non-Classified - Create a Multi-Topic Training Program for the personnel who works at the Main Press Office, in the Areas and for the High-Ranking Officers of the PRPD, about the dissemination of public information and about incidents or ongoing investigations from a community perspective - Req. 205, 2014, 217, and 219(c) | 2 | SAEA | Curriculum Specialist for Syllabus Design | - | 16,800 | | |
| Professional and Consulting Services – Non-Classified - Create -Training - for management and supervisory personnel of the PRPD about the dissemination of public information and about incidents or ongoing investigations from a community perspective - Req. 205, 2014, 217, and 219(c) | 2 | | | - | 16,800 | - | - |
| Subtotal - Training Design - Phase II | | | | $ 23,400 | $ 49,200 | $ - | $ - |
| **Implementation - Phase III** | | | | | | | |
| Legal Services - Make -  open announcement - to the public to recruit candidates who are interested in belonging to the Central Committee or to one of the thirteen (13) Citizen Interaction Committees of the police areas - Req. 205 and 209 to 213 | 1 | | | $ 4,800 | $ - | $ 4,800 | - |
| Legal Services - Appoint - the members of the Citizen Interaction Committee Candidate Selection Board. Req. 205 and 209 to 213 | 1 | SAEA | Attorney - Consulting | 4,800 | - | 4,800 | - |
| Legal Services - Select and appoint - the new members of the fourteen (14) Citizen Interaction Committees - Req. 205 and 209 to 213 | 1 | | | 4,800 | - | 4,800 | - |
| Professional and Consulting Services – Non-Classified - Simultaneous Orientations - for the members of the Citizen Interaction Committees - Req. 205 and 209 to 213 | 4 | | | 7,124 | - | 7,124 | - |
| Professional and Consulting Services – Non-Classified - Multi-Topic - Training to train MPRPDs on the principles of Community Policing - Req. 125 and 205 to 208 | 15 | SAEA | Training Instructors | - | 240,435 | 320,580 | 80,145 |
| Professional and Consulting Serv. Non-Classified - Multi-Topic Training - to the personnel assigned to the Press Office and the High-Ranking Officers on how to disclose public information - Req. 205, 217 and 237(b) | 1 | | | - | 7,124 | 14,248 | - |

APPENDIX N

Puerto Rico Police Department
Office of Reform
Requirements 205 - 217 - Section XII -Community Interaction and Public Information
Projected Budget Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item/ Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Professional and Consulting Services - Non Classified - Training – to the personnel who performs management and supervision duties who belong to the different auxiliary superintendencies, taking into account the degree and frequency of their interaction with communication media - Req. 205, 2014, 217 and 237(b) | 2 | SAEA | Instructors - Training | - | 14,248 | 28,496 | - |
| Subtotal - Implementation - Phase III | | | | $ 21,524 | $ 261,807 | $ 384,848 | $ 80,145 |
| Total Professional Serv. | | | | $ 83,324 | $ 349,407 | $ 413,648 | $ 89,745 |

Other Expenses / 007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Other Non-Classified Expenses – Miscellaneous | | Office of Reform | Administrative Expenses | $ 4,637 | $ 10,482 | $ 12,409 | $ 2,692 |
| Total – Other Expenses | | | | $ 4,637 | $ 10,482 | $ 12,409 | $ 2,692 |

Materials and Supplies - 010

Implementation -Phase III

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Office Materials and Supplies | | Citizen Interaction Committees | Chairs, Batteries Computers, Pointers, Extensions, Screens and Power Strip. | $ 11,650 | $ - | $ - | $ - |
| Subtotal - Implementation - Phase III | | | | $ 11,650 | $ - | $ - | $ - |
| Total – Materials and Supplies | | | | $ 11,650 | $ - | $ - | $ - |

Equipment Purchase - 011

Implementation - Phase III

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Office Equipment Purchase | | Citizen Interaction Committees | Desks, Projectors, Sound Equipment and Files | $ 28,500 | - | - | - |
| Computer Equipment Purchase | | | Computers | 31,100 | - | - | - |
| Subtotal - Implementation -Phase III | | | | $ 59,600 | $ - | $ - | $ - |
| Total – Equipment Purchase | | | | $ 59,600 | $ - | $ - | $ - |
| Projected Expense Grand Total | | | | $ 159,211 | $ 359,889 | $ 426,057 | $ 92,437 |
| Projected Expense Grand Total - 4 Years | | | | | | | $ 1,037,595 |

APPENDIX O

Puerto Rico Police Department
Office of Reform
Requirements 218 - 224 - Section XIII - Information and Technology Systems
Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Professional Services / 006** | | | | | | | |
| **Policies and Procedures - Phase I** | | | | | | | |
| Legal Services - Review - General Order Chapter 100, Section 101, entitled "Reorganization of the Auxiliary Superintendency for General Services" - Req. 218 to 223 | 1 | | | $           - | $      9,600 | $      9,600 | $      9,600 |
| Legal Services - Develop - General Order establishing the processes and procedures of the Bureau of Technology - Req. 218 and 224 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order 73-13, entitled "Rules and Procedures for Walkie-Talkie Use, Control, and Identification - Req. 66 and 218 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Establish – Collaborative Agreement with the agencies that make up the Interoperability System and the PRPD in order to facilitate the interconnection of the interagency communications infrastructures and create a network that will enable the uninterrupted exchange of information - Req. 218 and 224 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order 97-16, entitled "Reorganization of the San Juan Command Center and the Radio Command Centers of the Police Areas and Establishment of Work Guidelines for the 9-1-1 Emergency System" - Req. 218 and 220 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order for the Use and Handling of Portable Recording Devices for the MPRPD, in order to establish guidelines for the recording, review, use, distribution, and storage of incident recordings, as well as the duties and responsibilities of the MPRPD that use said equipment. Additionally, guide the processes and procedures for the Supervisors needed when interviewing and recording the statements of complainants and witnesses as part of the investigation of complaints regarding the improper use of force or the improper conduct or behavior of the MPRPD. 218, 222 and 224 | 1 | Office of Reform | Attorney - Consulting | | 9,600 | 9,600 | 9,600 |
| Legal Services - Review - General Order 2003-25 - entitled "Rules and Controls for the Use of the Computer Systems of the Puerto Rico Police Department" - Req. 218 to 221 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - Manual - for the Use and Management of the Computer Systems of the Puerto Rico Police Department - 218 to 221 and 224 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order establishing the Central Crime Information Warehouse (CIW) in order to implement guidelines for collecting and distributing statistics on incidents registered at the PRPD - Req. 218 to 221 and 224 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - User Manual for the Central Crime Information Warehouse (CIW) - 218 to 221 and 224 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - Memorandum of Understanding between the Puerto Rico Department of Justice and the PRPD regarding access and use of the Information Systems of the National Crime Information Center (NCIC) and of the Integrated Crime Registry (ICR) - Req. 218, 223 and 224 | 1 | | | - | 9,600 | 9,600 | 9,600 |
| Legal Services - Develop - General Order - regulating access and use by the MPRPD of the Information Systems of the National Crime Information Center (NCIC) and the Integrated Crime Registry (ICR) provided by the Division of Information of the U.S. Criminal Justice System and by the Puerto Rico Department of Justice - Req. 218, 223 and 224 | 1 | | | | | 9,600 | 9,600 |
| Legal Services - Develop - General Order - for the Use and Management of the Crime Mapping Application - Req. 218 and 224 | 1 | | | - | - | 9,600 | 9,600 |
| Subtotal - Policies and Procedures - Phase I | | | | $           - | $  105,600 | $  124,800 | $  124,800 |

**APPENDIX O**

Puerto Rico Police Department
Office of Reform
Requirements 218 - 224 - Section XIII - Information and Technology Systems
Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| **Training Design - Phase II** | | | | | | | |
| Professional and Consulting Services – Non-Classified - Develop training - for the administration, configuration, and diagnosis of radio communication equipment, geared towards the personnel of the Communications Division of the Technology and Communications Division of the PRPD - Req. 218 to 223 | 1 | | | $ - | $ 7,800 | $ - | $ - |
| Professional and Consulting Services – Non-Classified - Develop training - for the use and handling of the radio communication equipment at the PRPD geared towards the MPRPDs - Req. 218 to 223 | 1 | | | - | 7,800 | - | - |
| Professional and Consulting Services – Non-Classified - Develop training - for the use and handling of portable recording devices for the MPRPDs - Req. 218 to 223 | 1 | | | - | - | 7,800 | - |
| Professional and Consulting Services – Non-Classified - Develop training - for the administration and diagnosis of the Computer Systems at the PRPD, geared towards the personnel of the Technology Division of the Bureau of Technology and Communications of the PRPD, 218 to 223 | 1 | SAEA | Curriculum Specialist - Syllabus Design | - | 7,800 | - | - |
| Professional and Consulting Services – Non-Classified - Develop training - on the User Manual for the Computerized Systems of the Puerto Rico Police Department, geared towards the MPRPD and the employees of the classified system of the PRPD - Req. 218 to 223 | 1 | | | - | - | 7,800 | - |
| Professional and Consulting Services – Non-Classified - Develop training - on the PRPD Crime Information Warehouse (CIW) User Manual, geared towards the MPRPDs and the employees of the classified system of the PRPD - Req. 218 to 223 | 1 | | | - | - | 7,800 | - |
| Professional and Consulting Services – Non-Classified - Develop training - on accessing and using the Information Systems of the National Crime Information Center (NCIC) and the Integrated Crime Registry (ICR) aimed at the MPRPDs. - Req. 218 to 223 | 1 | | | - | - | 7,800 | - |
| Professional and Consulting Services – Non-Classified - Develop training - on accessing and using Crime Mapping, geared towards the MPRPDs - Req. 218 to 223 | 1 | | | - | - | 7,800 | - |
| Subtotal - Training Design - Phase II | | | | $ - | $ 23,400 | $ 39,000 | $ - |
| **Implementation - Phase III** | | | | | | | |
| Professional and Consulting Serv. - Information Systems - Develop and Implement - the Information System for the Collection of Criminal Activity Data (CAD) - Req. 36 to 39, 41 to 52, 60 to 64, 83, 85 to 86 and 218 | 1 | | Consulting and Training | $ 732,000 | $ 732,000 | $ 732,000 | $ 732,000 |
| Professional and Consulting Serv. - Information Systems - Develop and Implement - an information sub-system (KRONOS) to keep PRPD employee records, including a uniform electronic registry of trainings and re-trainings, and of the corresponding certificates, as well as updated, detailed, and reliable statistics on the training and re-training activities that are carried out per each PRPD employee - Req. 26, 133, 134, 148(k), 191(a, c and d) and 218 | 1 | SASG / BTC | KRONOS System | 491,234 | 491,234 | 491,234 | 491,234 |
| Professional and Consulting Serv. Non-Classified - Develop and Implement an information sub-system to offer virtual (online) training and/or re-training, in order to maximize MPRPD service time and provide greater accessibility and flexibility so that they may fulfill their work commitments without affecting the performance and quality of the services they offer to the community - Req. 117 to 119, 121, 125, 129 to 132, 218 and 219 | 1 | SAEA/ SASG / BTC | Information Sub-system | - | 540,000 | 720,000 | 350,000 |

**APPENDIX O**

Puerto Rico Police Department
Office of Reform
Requirements 218 - 224 - Section XIII - Information and Technology Systems
Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Expense Item / Number | Amount | Location | Service | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
|---|---|---|---|---|---|---|---|
| Professional and Consulting Serv. Non-Classified - Develop - an information system or module for the digital recording and storage of communications generated between immediate supervisors and MPRPDs through Command Center and Radio Control communication channels - Req. 66, 218 and 222 | 1 | SASG / BTC | P25 System Recorder | - | - | 125,000 | 30,000 |
| Professional and Consulting Serv. - Information Systems - Develop an information system or module to digitally record and store incident-related videos captured on the portable recording devices, (*Body-Worn Camera Policy and Implementation Program - More than 25 Officers - FY 2016 Competitive Grant Announcement*), and the recordings collected by supervisors based on the statements of complainants and witnesses taken as part of the investigation of complaints about improper use of force or improper conduct.  Req. 218, 222 and 224 | 1 | | Body-Worn Camera | - | 536,000 | 536,000 | 536,000 |
| Professional and Consulting Serv. Information Systems - Develop an information system or module to collect and distribute data and information related to alliance created, activities, specific problems addressed, measures adopted, and obstacles faced by the PRPD, as well as recommendations for future improvements - Req. 206 to 208, 212(f), 218, 219, and 221 | 1 | | Programmer | - | 30,000 | 30,000 | 30,000 |
| Professional and Consulting Serv. - Information Systems - Develop - information system for Early Intervention (EIS) related to the collection and processing of administrative complaints, internal investigations, and disciplinary measures taken in relation to any allegations of improper conduct by MPRPDs - Req. 147 to 153, 218, 219, and 220 | 1 | SASG / BTC | Develop Information System - EIS | 1,041,865 | 899,082 | 734,043 | - |
| Professional and Consulting Serv. - Information Systems - Develop - a system to digitize the physical records of employees with administrative complaints and dispose of the rest, as identified during the process of evaluating the documentation related to the administrative complaints of the MPRPDs. The digitization process will be carried out in accordance with record-keeping procedures and time established in the Public Document Administration policy and the Agreement - Req. 170, 171, 176, 193, 218 | 1 | | Document Digitization System | - | - | 1,297,500 | 1,297,500 |
| Professional and Consulting Serv. Information Systems - Create - a Virtual Library on the PRPD website where all current policies, procedures, and forms will be published and indexed in a way that PRPD employees may easily access them and that the general public may also access them, as long as they do not contain confidential information - Req. 110, 111, 205 and 218 | 1 | | Create Virtual Library | - | 380,000 | 20,000 | 20,000 |
| Subtotal - Implementation - Phase III | | | | $ 2,265,099 | $ 3,608,316 | $ 4,685,777 | $ 3,486,734 |
| Total - Professional Serv. | | | | $ 2,265,099 | $ 3,737,316 | $ 4,849,577 | $ 3,611,534 |

Other Expenses / 007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Other Non-Classified Expenses - Miscellaneous | | Reform Office | Administrative Expenses | $ 67,953 | $ 119,709 | $ 153,077 | $ 115,936 |
| Total - Other Expenses | | | | $ 67,953 | $ 119,709 | $ 153,077 | $ 115,936 |

Equipment Purchases - 011

Implementation - Phase III

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Non-Classified Equipment - Portable Recording Devices - Req. 218, 222 and 224 | 570 FY | SASG / BTC | Recorders / Hard Disks | $ - | $ 253,000 | $ 253,000 | $ 253,000 |

**APPENDIX O**

Puerto Rico Police Department
Office of Reform
Requirements 218 - 224 - Section XIII - Information and Technology Systems
Projected Budget, Fiscal Years 2015/16 - 2016/17 - 2017/18 - 2018/19
By Expense Item

| Amount | Location | Service | Expense Item / Number | | | |
|---|---|---|---|---|---|---|
| | | | Cost FY 2016 | Cost FY 2017 | Cost FY 2018 | Cost FY 2019 |
| | | | Subtotal - Implementation - Phase III | $ - | $ 253,000 | $ 253,000 | $ 253,000 |
| | | | Total - Equipment Purchases | $ - | $ 253,000 | $ 253,000 | $ 253,000 |
| | | | Projected Expense Grand Total | $ 2,333,052 | $ 4,110,025 | $ 5,255,654 | $ 3,980,470 |
| | | | Projected Expense Grand Total - 4 Years | | | | $15,679,202 |

**APPENDIX P - PROFESSIONALIZATION ACTION PLAN**
**TIMELINE**

1 - Review General Order, Chapter 600, Section 617, entitled "Code of Ethics of the Members of the Puerto Rico Police Department"

**APR-2015**

2 - Review General Order No. 2010-12, entitled "Rules and Procedures for Sworn Personnel Transfer Transactions"

**MAY-2016**

3 - Review Interagency Mutual-Aid Agreement between the PRPD and the PR Office of Government Ethics

**JUL-2016**

4 - Develop General Order establishing the descriptions, functions, duties, responsibilities, and minimum requirements of each position included in the PRPD Rank System

**SEP-2016**

5 - Develop regulations establishing that written exams will be administered for promotions up to the rank of Captain

**DEC-2016**

**APPENDIX Q - USE OF FORCE
ACTION PLAN TIMELINE**



**APPENDIX R - SEARCHES AND SEIZURES**
**ACTION PLAN TIMELINE**

5 - Review General Order No. 2008-13 entitled "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence"

2 - Review General Order, Chapter 600, Section 612 - Searches and Seizures

3 - Protocol for the digital recording and storage of communications between the immediate supervisor and the MPRPD...

4 - Protocol to receive comments regularly from the offices of district attorneys, public defenders, and judges...

1 - Review General Order, Chapter 600, Section 615 - Arrests and Citations

**DEC-2014** **AUG-2015** **MAY-2016** **SEPT-2016**



**APPENDIX S - EQUAL PROTECTION AND NON-DISCRIMINATION
ACTION PLAN TIMELINE**



**APPENDIX T - RECRUITMENT, SELECTION, AND HIRING**
**ACTION PLAN TIMELINE**



1 - General Order for the Member of the PRPD
Recruitment Program

2 - Review Recruitment Policies for Undercover
Officers

**SEP-2016**

**MAY-2017**

**APPENDIX U - POLICIES AND PROCEDURES**
**ACTION PLAN TIMELINE**

**MAR-2016**
1 - AO 2015-1-IV, entitled "Administrative Order for Traffic Stops

**APR-2016**
2 - General Order establishing the organizational and functional structure of the Bureau of Drugs...

**SEP-2016**
3 - General Order, Chapter 100, Section 107, entitled "Creation of the Auxiliary Superintendency for Criminal Investigations"

**OCT-2016**
4 - General Order, Chapter 100, Section 111, entitled "Creation and Functional Organization of the Office of Reform"
5 - Special Order No. 2010-7, entitled "Local Monthly 'Academies'"
6 - Administrative Order establishing the rules...

**NOV-2016**
7 - Operations Manual of the Bureau of Drugs...
8 - General Order, Chapter 100, Section 106, entitled "Creation of the SAOC...
9 - Uniform Crime Reporting Handbook (NIBRS)
10 - [Criminal] Investigation Corps Procedures Manual...

**DEC-2016**
11 - General Order to create the Puerto Rico Police Department Virtual Library

**FEB-2017**
12 - Review the corresponding Memoranda of Understanding with federal and state agencies to establish the powers and duties of state officers who provide support in task forces

**MAR-2017**
13 - Draft bill to amend Public Law Number 53 of June 10, 1996, as amended, known as the "Puerto Rico Police Department Act"

**SEP-2017**
14 - General Order, Chapter 100, Section 102, entitled "Reorganization and Functional Structuring of the Puerto Rico Police Department"

**NOV-2017**
15 - Regulations No. 4216, entitled "Puerto Rico Police Department Personnel Regulations"



APPENDIX V - TRAINING
ACTION PLAN TIMELINE

3 - General Order, Chapter 100, Section 108, entitled "Creation of the Auxiliary Superintendency for Education and Training"

5 - General Order General Order 88-1, entitled "Rules and Procedures for the Appearance of Police Department Personnel at Court and Administrative Proceedings"

7 - Develop an Administrative Order establishing the rules and procedures to develop and implement training and re-training for PRPD employees

1 - Review Operations Manual of the Field Training Program (FTOs)
2 - General Order, Chapter 700, Section 701, entitled "Creation of the Operational Supervision Officers Program"

4 - General Order establishing the rules and procedures of the pre-service education and training program (Cadets)

5 - Develop the new PRPD Academy Student Regulations

MAR-2016          SEP-2016          OCT-2016          NOV-2016          JUL-2017          AUG-2017

330



**APPENDIX W - SUPERVISION AND MANAGEMENT
ACTION PLAN TIMELINE**

3 - Develop Procedures Manual
Establishing Guidelines for Conducting
Operational and Administrative Inspections.

5 - Review General Order 2008-3 "Rules and
Procedures for the Evaluation of MPRPDs and
Classified Personnel".

7 - Develop Procedures Manual for the
Use of the Early Identification System (EIS).

1 - Develop an Inter-Agency Memorandum
among the PRPD, the federal and state justice
systems, the Administrative Office of the
Courts, and the Municipal Police
Commissioners...

2 - Review General Order 2010-1, entitled
"Reorganization of the Internal Audit Office"

4 - Develop General Order on Supervisor Powers,
Duties, and Responsibilities.

6 - Develop General Order for the Creation of the
Early Identification System (EIS) and establish
procedures to support effective supervision
and management.

JULY-          AUG-2016          OCT-2016          DEC-          OCT-2017          NOV-2017

APPENDIX X - CITIZEN COMPLAINTS, INTERNAL AFFAIRS, AND DISCIPLINE
ACTION PLAN TIMELINE



**APPENDIX Y - COMMUNITY INTERACTION AND PUBLIC INFORMATION
ACTION PLAN TIMELINE**



4 - Review General Order 2005-7, entitled
"Reorganization and Renaming of the Public
Information Office as the Press Office."

1 - Review General Order Chapter 800, Section 801.
2 - Develop General Order to establish public policy
incorporating the principles of Community Policing.
3 - Review the Procedures Manual for the meetings that
are open to the public.

MAR-2015                                                        JUN-2016

333

**APPENDIX Z - INFORMATION SYSTEMS AND TECHNOLOGY**
**ACTION PLAN TIMELINE**

**AUG-16**
1 – Review General Order Chapter 100, Section 101, entitled "Reorganization of the Auxiliary Superintendency for General Services"
2 - Develop General Order establishing the processes and procedures of the Bureau of Technology

**OCT-2016**
3 - Review General Order 7313, entitled "Rules and Procedures for Walkie-Talkie Use, Control, and Identification".
4- Review General Order 2003-25, entitled "Rules and Controls for the Use of the...

**NOV-2016**
5 - Establish a Collaborative Agreement with the agencies that make up the Interoperability System and the PRPD.

**DEC-2016**
6 - Review General Order 97-16, entitled "Reorganization of the San Juan Command Center and the Radio Command Centers of the Police Areas

**JAN-2017**
7 - Develop a User Manual for the Computer Systems of the Puerto Rico Police Department.

**FEB-2017**
8 - Develop a General Order establishing the central Crime Information Warehouse (CIW).

**MAR-2017**
9 - Develop a User Manual for the Central Crime Information Warehouse (CIW).
.

**MAY-2017**
10 - Develop a General Order for the Use and Handling of portable recording devices for the MPRPDs.

**JUNE-2017**
11 - Develop a Memorandum of Understanding between the Puerto Rico Department of Justice and the PRPD regarding access and use of the Information Systems of the National Crime Information Center (NCIC) and of the Integrated Crime Registry (ICR).

**JULY-2017**
12 - Develop a General Order regulating access and use by the MPRPDs of the Information Systems of the National Crime Information Center (NCIC) and the Integrated Crime Registry (ICR) provided by the Division of

**OCT-2017**
13 – Develop a General Order for the use and management of the Crime Mapping application.



APPENDIX AA
COMMONWEALTH OF PUERTO RICO




In accordance with the provisions of the Agreement for the Sustainable Reform of the Puerto Rico Police Department, the drafting of the required eleven (11) action plans has been completed. These action plans contain strategies for the organizational transformation of the structural, operational, investigative, and educational processes that govern the work of the PRPD. The purpose of this is to safeguard constitutional protections, restore community trust in the PRPD, and promote the continuous improvement of the work performed by its personnel.

In the coming years, significant changes will take place in the PRPD through the implementation of new policies and procedures, the development of new and improved training programs, the provision of equipment, organizational changes, the incorporation of state-of-the-art technology, and the automation of processes and access to information, among other aspects.

We trust that, with everyone's effort, the desired transformation will be acheived and will serve as a model of excellence for other jurisdictions.


SUBMITTED:
[signed]
**José L. Caldero López**
**Superintendent**

APPENDIX BB

Arnaldo Claudio
Technical Compliance Advisor
TCAPR Corp.
268 Muñoz Rivera
World Plaza, Suite 1001
San Juan, PR 00918

October/Octubre 16, 2016

**VIA ELECTRONIC MAIL**
Col. Clementina Vega Rosario
Reform Unit Director/Directora de la Unidad de Reforma
Puerto Rico Police Department/ Policía de Puerto Rico
P.O. Box 70166
San Juan, PR 00936

Re: USA v. Commonwealth of Puerto Rico, No. 3:12-cv-2039 (GAG)
*Approval of the Puerto Rico Police Department's Action Plans/Aprobación de los Planes de Acción presentados por la Policía de Puerto Rico*

Dear/Estimada Coronela Vega Rosario:

I write to approve the eleven Action Plans (Plans) developed by the Puerto Rico Police Department (PRPD) concerning Professionalization, Use of Force, Search and Seizure, Equal Protection and Non-Discrimination, Recruitment, Policies, Training, Supervision, Administrative Complaints, Community Interaction, and Information Systems. After multiple revisions and edits, the final drafts for all eleven Plans were submitted to the United States Department of Justice (USDOJ) and the TCA on October 14, 2016. They are in Spanish and will be translated into English. The USDOJ and the TCA will have an opportunity to review the translation.

Le escribo para aprobar los once Planes de Acción (Planes) desarrollados por el Departamento de Policía de Puerto Rico (PPR) en las áreas de profesionalización, uso de la fuerza, registros, igualdad y discriminación, reclutamiento, políticas, adiestramiento, supervisión, querellas administrativas, interacción con la comunidad y sistemas de información. Después de múltiples revisiones y modificaciones, el proyecto definitivo para los once Planes se presentó al Departamento de Justica de los Estados Unidos (USDOJ) y al TCA con fecha de  14 de octubre de 2016.   Los Planes están redactados en  español    y

deberán ser traducidos al inglés. El Departamento de Justicia y el TCA tendrán la oportunidad de revisar dicha traducción.

Paragraph 234 of the Agreement requires the PRPD to draft eleven plans that set forth the detailed steps the PRPD will take to implement and achieve compliance with each of the Agreement's provisions in Sections III through XIII.

Párrafo 234 del acuerdo requiere que la PPR redacte once planes que establezcan los pasos detallados que la PPR llevará a cabo para implementar y lograr el  cumplimiento de cada una de las disposiciones del acuerdo en las secciones III a XIII.

Paragraph 235 states that, at minimum, the plans should include the following:

a)  Identify each policy and procedure and the type of change required
b)  Date by which these changes will be drafted
c)  Date of preparation of training curricula
d)  Schedule for implementation of training by precinct, zone, rank
e)  Schedule for implementation of new policies and procedures in the field
f)  The budgetary allocations; and,
g)  Date by which data collection for compliance (assessment and evaluation) will be commenced to be gathered

Párrafo 235 señala que, como mínimo, los planes deberían incluir los siguientes elementos:

a)  Identificar cada política y procedimiento y el tipo de cambio necesario
b)  Fecha en la que se redactarán estos cambios
c)  La fecha de realización de los programas de formación
d)  Programar la implementación del adiestramiento por precinto, zona, rango
e)  Programar la implementación de nuevas políticas y procedimientos en el campo
f)  Las asignaciones presupuestarias; y,
g)  Las fechas en la que se comienza a recopilar datos de cumplimiento (análisis y evaluación)

Paragraph 237 also adds that the plans shall address resources, funding, staffing, technology, capacity, and other infrastructure and budgetary needs to place the PRPD in a position to implement the Agreement's provisions.

In addition, paragraph 237 requires the PRPD to submit these plans to the TCA and the USDOJ for review and approval. This paragraph sets the criteria for evaluation. In order to evaluate these plans, the TCA should determine whether the plans to be implemented are:

a)  Reasonable

337

b)  Achievable; and,
c)  Prioritized to promote efficiency.

Párrafo 237 también añade que los planes deben incluir dirección de recursos, financiación, análisis de personal, tecnología, capacidad y otra infraestructura y las necesidades presupuestarias para colocar a la PPR en una posición para implementar las disposiciones del acuerdo.

Además, párrafo 237 requiere que la PPR presente estos planes a lo TCA y el Departamento de Justicia para su revisión y aprobación. Este párrafo establece los criterios para la evaluación. Con el fin de evaluar estos planes, el TCA debe determinar si los planes para la implementación son:

a) razonables
b) alcanzables; y,
c) priorizados para promover eficiencia.

Finally, paragraph 236 sets forth that within 15 days of submission by PRPD, the TCA and the USDOJ will review the plans. The US DOJ has 15 days to complete its review. The TCA has 45 days to complete its review and approval.

Por último, párrafo 236 establece que dentro de 15 días de su presentación por la PPR, el TCA y el Departamento de Justicia revisarán los planes. El Departamento de Justicia de Estados Unidos tiene 15 días para completar su examen. El TCA tiene 45 días para completar su revisión y aprobación.

Following the requirements set forth in the Agreement, the TCA has now completed its review of the aforementioned eleven action plans. The TCA finds that all eleven action plans are reasonable, achievable and prioritized to promote efficiency and, as a result, they meet the requirements set forth in paragraphs 235 and 237.  They are now approved.

Siguiendo los requisitos establecidos en el acuerdo, el TCA ha completado su revisión de los ya mencionados once Planes de Acción. El TCA considera que los once Planes de Acción son razonables, viables, y priorizados para promover eficiencia y, por tanto, cumplen con los requisitos establecidos en los párrafos 235 y 237. Dichos Planes quedan aprobados.

Consistent with paragraph 236, upon receipt of this approval letter, the eleven action plans shall be implemented immediately according to the schedule set forth in the action plans.  The TCA shall receive and review an English version of these Plans.

De acuerdo con párrafo 236, sobre el recibo de esta carta de aprobación, los once Planes de Acción se aplicarán inmediatamente según el calendario establecido en los mismos

338

Planes de Acción. El TCA recibirá y revisará los Planes de Acción una vez sometidos en inglés.

The TCA appreciates the considerable effort made by PRPD, in particular the Reform Unit, in completing these eleven action plans. If needed, the TCA look forwards to meeting with you and scheduling new working sessions for the purpose of discussing the translation of these Plans as soon as possible. If you have any questions or concerns regarding my comments, please do not hesitate to contact me.

El TCA aprecia el considerable esfuerzo de la PPR, en particular de la Unidad de la Reforma, en la realización de estos once Planes de Acción. Si fuera necesario, el TCA espera reunirse con ustedes y programar nuevas sesiones de trabajo con el fin de discutir la traducción de estos Planes tan pronto como estos estén disponibles. Si usted tiene alguna pregunta o inquietud con respecto a mis comentarios, no dude en ponerse en contacto conmigo.

Sincerely/Respetuosamente,

Arnaldo Claudio
Technical Compliance Advisor

cc:   Luis E. Saucedo
      U.S. DOJ
      Special Litigation Section

      Joel Torres
      Puerto Rico Department of Justice

339

APPENDIX CC



**U.S. Department of Justice**

Civil Rights Division

---

SHR:CEL:LES:BB:LG:SW:SSL:MC:SB
DJ 207-65-3

*Special Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

October 20, 2016

**<u>VIA FIRST-CLASS AND ELECTRONIC MAIL</u>**

Col. Clementina Vega Rosario
Reform Office Director
Puerto Rico Police Department
P.O. Box 70166
San Juan, PR 00936

Joel Torres Ortiz, Esq.
Puerto Rico Department of Justice
Federal Litigation Division
P.O. Box 9020192
San Juan, PR  00902

      RE:      <u>USA v.  Commonwealth of Puerto Rico</u>, No. 3:12-cv-2039 (GAG)

Dear Col. Vega and Mr. Torres:

      Thank you for submitting the final drafts of the eleven action plans developed by the Puerto Rico Police Department (PRPD) on October 14, 2016, pursuant to the Agreement for the Sustainable Reform of the Puerto Rico Police Department (Agreement). PRPD submitted the drafts in Spanish as set forth in paragraph 229 of the Agreement. Based on our review, the action plans meet the requirements of paragraphs 235 and 236, and provide a list of detailed activities that are designed to facilitate compliance with the Agreement. Accordingly, we approve the action plans, subject to our final review of the plans once they have been translated into the English language. Once translated, the action Plans must be filed with the Court for approval, pursuant to paragraph 238.

      The action plans are intended to guide the Commonwealth's implementation efforts during the first four years of the Agreement to ensure that PRPD is in the best possible position to comply fully with the Agreement. This initial period requires that PRPD build its operational and administrative capacity through improved policies, regulations, training, staffing, oversight, technology, and relationships with stakeholders who are critical to the implementation and sustainability of reforms. This initial period also requires that the Commonwealth address significant obstacles to compliance and ensure that PRPD receives the support and resources it needs to meet the goals of the Agreement.  Through these efforts and the implementation of the

Agreement's comprehensive reforms, the Commonwealth agrees to ensure that PRPD delivers constitutional, effective policing services that promote public safety and foster greater trust between the public and PRPD.

We recognize that the development of the action plans required significant planning, collaboration, and resources. The first set of draft action plans were submitted in September 2014. Through hard work and ongoing commitment from PRPD, as well as assistance from the Technical Compliance Advisor and the United States, the initial draft action plans improved dramatically. On September 4, 2015, we approved, conditionally, the first set of four action plans related to use of force, searches and seizures, equal protection, and civilian complaints and investigations. Since then, we have worked to resolve questions and concerns in the remaining seven action plans that correspond to all of the substantive areas of the Agreement. Earlier this month, we met to address concerns related to compelled statements from officers during parallel investigations and conflicting adjudication standards for administrative complaints. We appreciate your leadership and cooperation in resolving these last remaining substantive concerns.

Please extend our appreciation to all who contributed to the action plans, including Lieutenant Colonel Alba Diaz, who led the planning effort, and all of the sworn and civilian members of the PRPD Reform Office for their dedication and teamwork. If you have any questions or concerns, please do not hesitate to contact me at (202) 598-0482 or any of the attorneys assigned to this matter.

Sincerely,

Luis E. Saucedo
Counselor to the Chief
Special Litigation Section

cc:    Arnaldo Claudio
       Technical Compliance Advisor

---

**CERTIFICATE OF TRANSLATION INTO ENGLISH**

I, Miriam R. García, of legal age, married, a resident of Valladolid, Spain, a professional interpreter/translator, certified by the Administrative Office of the United States Courts, do HEREBY CERTIFY that I have personally translated the foregoing document and that it is a true and accurate translation to the best of my knowledge and abilities.

In San Juan, Puerto Rico, today, June 22, 2017.

Miriam R. García
ATABEX TRANSLATION SPECIALISTS, Inc.
P.O. Box 195044, San Juan, PR 00919-5044