# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**  Plaintiffs,  v.  **COMMONWEALTH OF PUERTO RICO,** et. al.  Defendants. | **CIVIL NO. 12-2039 (GAG)** |

## MOTION TO DEPOSIT THE TCA OFFICE BUDGET

**TO THE HONORABLE COURT:**

    **COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows:

    1.    As per Joint Stipulation and Order (Dkt. #139) the Commonwealth of Puerto Rico hereby consigns with the Clerk of the United States District Court the amount of $1,495,281.00 (ONE MILLION FOUR HUNDRED NINETY-FIVE THOUSAND TWO HUNDRED EIGHTY-ONE DOLLARS AND ZERO CENTS) through certified check number 00150760, to cover the TCA's Budget for annual fiscal year 2017-2018.

    2.    Check number 00150760 will be deposited with the Clerk of the Court.

    **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on June 27, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov