# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiffs,** | Case No. 12-2039 (GAG) |
| **v.** | |
| **COMMONWEALTH OF PUERTO RICO, et. al.** | |
| **Defendants.** | |

## JOINT MOTION SUBMITTING THE APPROVED BUDGET FOR THE TCA OFFICE FOR FISCAL YEAR 2017-2018

COME NOW, the Defendant, the Commonwealth of Puerto Rico, and the Plaintiff, the United States of America (collectively, the Parties), jointly through the undersigned attorneys and very respectfully state, and pray as follows:

1.    The Parties respectfully move this Court to receive the approved budget for the TCA Office for fiscal year 2017-2018.  As part of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (Agreement), the Technical Compliance Advisor (TCA) is charged with assessing and reporting whether the provisions of the Agreement have been implemented, and whether this implementation is resulting in constitutional and effective policing, professional treatment of individuals, and increased community trust of the Puerto Rico Police Department (PRPD).  Agreement ¶225, Dkt. #60.

2.    The proposed budget was submitted by the TCA Office to the Parties for review and evaluation.  After such evaluation, the budget was amended and the final budget approved in accordance with the stipulated order at ECF Document No. 139.

3.      On June 28, 2017, the Commonwealth of Puerto Rico consigned with the Clerk of the United States District Court the amount of $1,495,281.00 (ONE MILLION FOUR HUNDRED NINETY-FIVE THOUSAND TWO HUNDRED EIGHTY-ONE DOLLARS AND  ZERO CENTS) through certified check number 00150760, to cover the TCA's Budget for annual fiscal year 2017-2018. (See Docket No. 551)

4.      The aforementioned order also requires the budget to be filed with the Court each year.  In compliance with such, the Parties hereby submit the approved TCA Office budget for fiscal year 2017-2018 as Exhibit I and II.

**WHEREFORE**, counsel respectfully requests this Honorable Court to take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of June, 2017.

| | |
|---|---|
| **FOR PLAINTIFF UNITED STATES OF AMERICA:** | **FOR DEFENDANT COMMONWEALTH OF PUERTO RICO:** |
| **STEVEN H. ROSENBAUM**<br>Chief, Special Litigation Section | **WANDA VAZQUEZ GARCED**<br>Secretary of Justice |
| **TIMOTHY D. MYGATT**<br>Deputy Chief, Special Litigation Section | **WANDYMAR BURGOS VARGAS**<br>Deputy in Charge of<br>General Litigation |
| **S/LUIS E. SAUCEDO**<br>**LUIS E. SAUCEDO** (G01613)<br>Counselor to the Chief<br>**BRIAN BUEHLER**<br>**LYNDA GARCIA**<br>**SETH WAYNE**<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 598-0482 | **SUSANA PENAGARICANO BROWN**<br>Director Federal Litigation and Bankruptcy<br><br>**S/JOEL TORRES ORTIZ**<br>**Joel Torres Ortiz**<br>U.S.D.C. NO. 302311<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 721-2900, ext.2647,2650,2624<br>Fax (787) 723-9188 |

| Fax: (202) 514-4883 <br> luis.e.saucedo@usdoj.gov <br><br> Attorney for Plaintiff | joeltorres@justicia.pr.gov <br><br> Attorneys for Defendants |
|---|---|

## NOTIFICATION

On this date, the signatories to this motion have filed it with the Clerk of the Court via the CM/ECF that shall relay it to all attorneys of record.