**TECHNICAL COMPLIANCE ADVISOR´S OFFICE**
**OFICINA DEL ASESOR DE CUMPLIMIENTO TÉCNICO**
268 Muñoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918
787.765.2209
tca.prm@gmail.com

| | TCA Office Budget 2017 - 2018 | | |
|---|---|---|---|
| TCA Office Expense | | | |
| Salary & Wages | | Subtotal | Grand Year Total |
| Arnaldo Claudio | $215,000.00 | | |
| Eric Guzmán | $130,000.00 | | |
| In-house Legal Cousel | $65,000.00 | | |
| Anjélica Orfila | $33,744.00 | | |
| Josué López | $33,744.00 | | |
| | Subtotal | $477,488.00 | $477,488.00 |
| Salary & Wages Burden | | | |
| Social Security | $30,488.00 | | |
| Medicare | $7,130.00 | | |
| FUTA | $1,715.00 | | |
| SUTA | $210.00 | | |
| State Insurance Fund | $135.00 | | |
| CFSE | $3,696.00 | | |
| Driver's Insurance | $15.00 | | |
| Christmas Bonus | $14,250.00 | | |
| | Subtotal | $57,639.00 | $57,639.00 |
| Fixed Office Expenses | | | |
| Office Rent | $36,000.00 | | |
| Office Supply & Maintenance | $1,500.00 | | |
| Telephone & Communications | $3,000.00 | | |
| Accounting Services (CPA) | $18,100.00 | | |
| | Subtotal | $58,600.00 | $58,600.00 |
| Vehicle Expenses | | | |
| Gasoline | $10,000.00 | | |
| Tolls | $1,500.00 | | |
| Vehicle & Office Insurance | $3,254.00 | | |
| Vehicle Maintenance | $1,500.00 | | |
| Vehicles Registration | $340.00 | | |
| CT Chauffer | $10,800.00 | | |
| | Subtotal | $27,394.00 | $27,394.00 |
| Travel | | | |
| Conference, conventions & meetings | $1,000.00 | | |
| | Subtotal | $1,000.00 | $1,000.00 |

**TECHNICAL COMPLIANCE ADVISOR´S OFFICE**
**OFICINA DEL ASESOR DE CUMPLIMIENTO TÉCNICO**
268 Muñoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918
787.765.2209
tca.prm@gmail.com

|  |  |  |  |
|---|---|---|---|
| Survey-Focus Groups | $30,000.00 |  |  |
|  | Subtotal | $30,000.00 | $30,000.00 |
| Core Team |  |  |  |
| Policy Review | $64,800.00 |  |  |
| Technical Assistance | $169,200.00 |  |  |
| Training Assessment | $116,100.00 |  |  |
| Incident Review | $125,400.00 |  |  |
| Report Writing | $138,000.00 |  |  |
| Others | $14,640.00 |  |  |
|  | Subtotal | $628,140.00 | $628,140.00 |
| Constitutional Lawyers | $77,000.00 |  |  |
|  | Subtotal | $77,000.00 | $77,000.00 |
| Public Hearing | $50,000.00 |  |  |
|  | Subtotal | $50,000.00 | $50,000.00 |
| Incident Investigation |  |  |  |
| José Pujols | $18,000.00 |  |  |
|  | Subtotal | $18,000.00 | $18,000.00 |
| IT Consultant |  |  |  |
| Scott Cragg | $70,000.00 |  |  |
|  | Subtotal | $70,000.00 | $70,000.00 |
|  |  |  |  |
| Vehicle Compensation[1] | <$4,200.00> |  |  |
|  | Subtotal | <$4,200.00> |  |
|  |  |  |  |
|  |  | Total | $1,499,461.00 |
|  |  | Grand Total | $1,495,261.00[2] |

---

[1] This item represents the agreement between PRPD, PRDOJ and the TCA Office for the payment of $4,200.00 for the Toyota Highlander vehicle received by the TCA Office. This payment will be deducted from the amount of $1,500,000.00 corresponding to the budget of the year 2017 – 2018.
[2] This is the total amount after having deducted the Vehicle Compensation amount.