| Consultants | Policy Review | Technical Assistant | Training Assessment | Incident Review | Report Writing | Others | Total |
|---|---|---|---|---|---|---|---|
| Gerard LaSalle | $0.00 | $0.00 | $2,700.00 | $3,000.00 | $14,400.00 | $240.00 | $20,340.00 |
| Linda Navedo | $10,800.00 | $28,800.00 | $21,600.00 | $28,800.00 | $4,800.00 | $4,800.00 | $99,600.00 |
| John J. Romero | $10,800.00 | $28,800.00 | $21,600.00 | $28,800.00 | $18,000.00 | $1,200.00 | $109,200.00 |
| Rafael E. Ruiz | $10,800.00 | $28,800.00 | $21,600.00 | $28,800.00 | $18,000.00 | $1,200.00 | $109,200.00 |
| Marcos F. Soler | $10,800.00 | $28,800.00 | $10,800.00 | $10,800.00 | $43,200.00 | $4,800.00 | $109,200.00 |
| Alan C. Youngs | $10,800.00 | $28,800.00 | $21,600.00 | $10,800.00 | $18,000.00 | $1,200.00 | $91,200.00 |
| Alex Del Carmen | $10,800.00 | $25,200.00 | $16,200.00 | $14,400.00 | $21,600.00 | $1,200.00 | $89,400.00 |
| Subtotal | $64,800.00 | $169,200.00 | $116,100.00 | $125,400.00 | $138,000.00 | $14,640.00 | $628,140.00 |