UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, Plaintiff; v. COMMONWEALTH OF PUERTO RICO, ET AL., Defendants. | No. 12-cv-2039 (GAG) |
|---|---|



Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for May 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | June 2017 |
| Linda V. Navedo | N/A | June 2017 |
| Rafael E. Ruíz | N/A | June 2017 |
| Marcos Soler | $2,600.00 | June 2nd, 2017 to June 3rd, 2017 |
| John J. Romero | N/A | June 2017 |
| Alan Youngs | N/A | June 2017 |
| Scott Cragg | N/A | June 2017 |
| Alejandro Del Carmen | N/A | June 2017 |
| Subtotal | $2,600.00 | |
| **Telework** | | |
| Gerard LaSalle | $2,100.00 | June 2017 |
| Linda V. Navedo | $9,000.00 | June 2017 |
| Rafael E. Ruíz | $6,225.00 | June 2017 |
| Marcos Soler | $6,500.00 | June 2017 |
| John J. Romero | $6,495.00 | June 2017 |
| Alan Youngs | $6,150.00 | June 2017 |
| Scott Cragg | $5,770.00 | June 2017 |
| Alejandro Del Carmen | $8,775.00 | June 2017 |
| Subtotal | 51,015.00 | |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | N/A | June 2017 |
| Federico Hernandez Denton | $1,000.00 | June 2017 |
| Antonio Bazán | $4,062.50 | June 2017 |
| | Subtotal | $5,062.50 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $1,920.00 | June 2017 |
| | Subtotal | $1,920.00 |
| Jose Pujol | $1,925.00 | Hours worked on planning, preparing, and conducting assessments. Work in meetings related to assigned assessments. |
| | Subtotal | $1,925.00 |
| Car Expenses | | |
| Gasoline | $280.00 | June 2017 |
| Tolls | $40.00 | June 2017 |
| Car Maintenance | $60.00 | June 2017 |
| Vehicle Permit | $102.00 | |
| | Subtotal | $482.00 |
| | Total | $63,004.50 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $63,004.50, the total amount of the monthly expenses, for the month of June 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of $63,004.50, the total amount of the expenses for the month of June 2017.

In San Juan, Puerto Rico, this day July 7, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

_____

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.