# GERARD LASALLE, Ph.D  LLC

# INVOICE FOR PROFESSIONAL SERVICES

TCAPR  LLC

SUITE 1001, WORLD PLAZA

SAN JUAN, PUERTO RICO

| DATES JUNE 2017 | TASKS | TOTAL HOURS@ $ 150. Per hour | BILLABLE HOURS |
|---|---|---|---|
| 8, 19, 17, 26 | Discussion with TCA, Core Team re: Action Plan (AP) Tables & Monitor Report | 4 | 600.00 |
| 1,2, 26 | Review and Revise IA tables for semiannual report | 6 | 900.00 |
| 1-30 | Review PRPD new and revised policies for IA impact | 2 | 300.00 |
| 1-30 | Revise Core Team submissions for Monitor Report | 2 | 300.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS |  | 14 | $2100.00 |

I certify to the best of my knowledge and belief the information provide is true and correct.

Gerard LaSalle                                        Date
                                                     _____

Arnaldo Claudio, TCA                                 Date

_____                                         _____

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:     TCAPR Corp.
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of June/2017, is detailed as follows:



| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of June/2017; drafting electronic mails and calls for the follow-up of outstanding issues; reading, revision and analysis of documents sent by the ACT Arnaldo Claudio; preparation of the list of policies for the approval of the TCA; revision of documents, organization of the material and drafting related to the TCA Six Month Report; among other matters. (14.0) | N/A | X | 1-3/ June | |
| Work on the corresponding process for the follow up of the revision of the policies; reading, reviewing and analyzing the second draft of the qualitative report of the focus groups (328 pages); reading and reviewing documents related to the AAR methodology on DOT Deployments and Crow Control; follow-up on matters referred by the ACT; sending policy reviews to the police; reading and review of documents sent by Alan Young on the issues of policy evaluation and personnel performance. (15.0) | N/A | X | 4-10/ June | |
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD. Prepared, completed and renumbered Policy and Procedures Action Plan boxes overlapping information and data. (14.0) | N/A | X | 11-17/ June | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD. Review of presentation of the Focus Groups' Report to the PRPD. Review of PRPD Draft of CIC Operational Manual (12.0) | N/A | X | 18-24/ June | |
| Coordination of Agenda Meeting for the Month of July. (5.0) | N/A | X | 25-30/ June | |

| | |
|---|---|
| TOTAL OF BILLABLE HOURS (60.0 @ $150): | $9,000.00 |
| TOTAL TO BE BILLED: | $9,000.00 |
| TOTAL HOURS WORKED "PRO BONO": 00.0 HOURS | |

INVOICE PRESENTED BY:

_Linda V. Navedo Cortés_
LINDA V. NAVEDO CORTÉS
TCA Core Team
June 30, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017

2

Rafael E. Ruiz
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

INVOICE

I#2017-06

DATE: JUNE 30,
2017

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:

Services on: June 1st thru June 30, 2017

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Research and prepare report for PRPD Traffic Unit Study | 5 hrs. | | |
| ~~Prepare Search and Seizure tables and report (including re-numbering of tables) for TCA June 2017 6-MO Report~~ | ~~4 hrs.~~ , Not Approved by TCA | | |
| Read PRPD 2017 semi-annual Progress Report | 2 hrs. | | |
| Teleconference with TCA Team on PRPD Traffic Bureau study, IT and training issues | 3 hrs. | | |
| Prepare TCA-CT Proposed July Activities Report | 2 hrs. | | |
| Read/Review TCA Draft June 2017 6-MO Report | 2 hrs. | | |
| Read/Review and prepare report on GO 600-612 Search and Seizure | 6 hrs. | | |
| Read/Review and prepare report on Adm. Order OA-2015 (M/V Stops) | 5 hrs. | | |
| Read/Review and prepare report on GO 600-615 Arrests and Summons | 6 hrs. | | |
| Read/Review and prepare report on GO 600-626, Foreign Persons | 5 hrs. | | |
| Read/Review and prepare report on CIC Manual Chapters 4 and 7 | 5.5 hrs. | | |
| | ------------------ | | |
| TOTAL HOURS WORKED | ~~45.5~~ hrs. 41.5 | $150/hr. | $6,225.00 ~~$6,825.00~~ |
| | | | |
| TOTAL BILLED | | | $6,225.00 ~~$6,825.00~~ |

Signature _Rafael E. Ruiz_____ Date: June 30, 2017

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:     **TCAPR, LLC**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of June 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico: Review progress regarding policing of mass demonstrations, meeting with Pujol in TCA's Office, work on semi-annual report, review of material sent by Core team (16.0 hours) | N/A | X | Saturday & Sunday, June 3-4, 2017 | $1,300 * 2 days = $2,600 |
| Work from New York City: Work on annual report on detailed tables for the six-month report and drafting response to PRPD Status Report (12.0 hours) | X | N/A | Saturday & Saturday, June 10-11, 2017 | (12 @ $150 = $1,800) |
| Work from New York City: Edits and review of TCA report to the Court regarding progress of the Reform, review of policies on DV, work on annual report draft (16.0 hours) | X | N/A | Saturday & Sunday, June 17-18, 2017 | (16@ $150 = $2,400) |
| Work in Puerto Rico: Work and submission of last version of the six-month report, including revised appendix with tables (15 1/2 billable hours + 10.0 1/2 non-billable pro-bono hours) | X | N/a | Friday, Saturday, & Sunday, June 23-25, 2017 | (15 1/2@ $150 = $2,300) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Call with TCA and Parties (1.0 non-billable hours) | X | N/A | Thursday, June 29, 2017 | (0 @ $150 = $0) |

| | |
|---|---|
| TOTAL HOURS WORKED: 71.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (2 DAYS, 16 HOURS) | $2,600 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (43.5 HOURS @ $150): | $6,500 |
| TOTAL TO BE BILLED: | $9,100.00 |

INVOICE PRESENTED BY:

*Marcos Soler*
Marcos F. Soler

MARCOS F. SOLER
TCA Core Team
June 29, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

June 30, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 100
San Juan, Puerto Rico 00918

INVOICE # 037
FOR PROFESSIONAL SERVICES RENDERED JUNE 2017

June 1-30    Reviewed PRPD's Final Draft on General Order Chapter 600, Section 620
Titled: Specialized Weapons of the Division of Specialized Tactics 2 hrs.
Prepared comment on the above 1.5 hrs.
Reviewed PRPD's Final Draft on General Order Chapter 600, Section 625
Titled: Management and Crowd Control 2 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPD's Final Draft on General Order Chapter 600, Section 623
Titled: Police Pursuit 2 hrs.
Prepared comment on the above. 2 hrs.
Reviewed PRPD Biannual Status Report, with emphasis to areas relating to Use of
Use of Force Action Plan 2 hrs. *Not approved by TCA*
Prepared comments re: meeting with Transit Bureau relating to status of "Patrol
Assisted Integrated Camera System" (PASIC)3 hrs.
Prepared comments re: meeting with Transit Bureau relating to status of
License Plate Hunter" (LPH) 3 hrs.
Prepared completed and renumbered Use of Force Action Plan boxes incorporating
overlapping information and data from Training and IT Action Plans re: Six Month
Report 5hrs. *Not Approved by TCA*
Prepared completed and renumbered Policy and Procedure Action Plan boxes
incorporating overlapping information and data from Training and IT Action Plan
Re: Six Month Report 3 hrs. *Not Approved by TCA*
Conferred with TCA Core Team via conference calls and email regarding the
Above two items 2 hrs. *Not Approved by TCA*
Reviewed PRPD's Final Draft on General Order Chapter 600 Section 618
Titled: Use and Management of Regulation Firearm 3 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's Form PPR-539 "Travel Outside of Puerto Rico
Jurisdiction" 1 hr.
Prepared comments on the above 3 hrs.
Reviewed PRPD's Form PPR-301 "Monthly Certification Inspections .5 hrs.

Prepared comments on the above. 1.5 hrs.

Reviewed PRPD's Final Draft of CIC Operations Manual, Chapter Nine "Division Of Homicide Investigations" 1 hr.

Prepared comments on the above 1.5 hrs.

Reviewed PRPD's Final Draft of CIC Operations Manual, Chapter Eleven "The Scene in the Investigation" 1 hr.

Prepared comments on the above 1.5 hrs.

Reviewed PRPD's Final Draft of CIC Operations Manual, Chapter Twelve Evidence Management in the Investigation" 1 hr.

Prepared comments on the above 1.5 hrs.

Prepared comments re: proposed site visits for July/2017 2 hrs.

Prepared assessment comments on PRPD's Traffic Bureau 3hrs.

Conferred and discussed with TCA Core Team members the above assessment points via email and telephones calls 1 hr.

Reviewed TCA Six Month Report and Appendix re: Use of Force and Policy & Procedure Sections for accuracy and completeness 2 hrs.

**TOTAL HOURS:  55 HOURS   30 MINUTES.**

**BILLABLE HOURS  ~~55~~ 43 HOURS  30 MINUTES AT RATE OF $150 PER HOUR = ~~$8,325~~ 6,495**

**TOTAL: ~~$8,325~~ $6,495**

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

June 30, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED JUNE 2017

June 1-30      Reviewed PRPD's Final Draft on General Order Chapter 600, Section 625 titled
               Management and Crowd Control - 2 hours
               Prepared comments on the above - 2 hours

               Reviewed PRPD Biannual Status Report with emphasis to areas relating to
               training and supervision action plan – 3 hours

               Researched and prepared comments meeting with Transit Bureau relating to status
               of patrol assisted camera system – 3 hours

               Researched and prepared comments reference meeting with Transit Bureau
               relating to license plate reader – 3 hours

               ~~Prepared completed and renumbered Action Plan boxes incorporating overlapping
               information and data from training and all 11 Action Plans re: six-month Report
               total 150 pages - 8 hours~~   *Not Approved by TCA*

               ~~Prepared, completed and renumbered Action Plan boxes incorporating
               overlapping information and data from training, supervision, and recruitment~~ – 3
               ~~hours~~   *Not Approved by TCA*

               ~~Conferred with TCA Core Team via conference calls and email regarding~~ all 11
               ~~Action Plans - 2 hours~~   *Not Approved by TCA*

               Researched and reviewed PRPD's policy on use of body cameras by members of
               the PPR. – 3 hours
               Prepared comments on the above – 2 hours

               Reviewed PRPD's Final Draft of CIC Operations Manual Chapter two. The
               Investigation – 1 hour
               Prepared comments on the above -  2 hours

Reviewed PRPD's Final Draft of CIC Operations Manual Chapter three, The Interview – 1 hours
Prepared comments on the above - 2 hours

Prepared comments reference proposed site visits for July 2017 – 2 hours

Researched and prepared assessment comments on PRPD's Traffic Bureau. Research included Pennsylvania State Police, Colorado State Patrol and Northwestern University– 4 hours

Researched and prepared assessment comments on how to start a police department, Gurabo – 3 hours

Reviewed current boxes sent from TCA Dept. Director – 2 hours

Reviewed 6 Month TCA document – 2 hours

Conferred with TCA Core Team via conference calls and email regarding above 2 items – 2 hours

Researched and prepared personnel evaluation materials for members of CORE Team - 2 hours

**TOTAL HOURS: ~~54~~ 41 HOURS**

**BILLABLE HOURS ~~54~~ 41 HOURS AT RATE OF $150 PER HOUR = ~~$8,100~~ $6,150**

**TOTAL: ~~$8,100~~ $6,150**

**INVOICE FOR PROFESSIONAL SERVICES; JUNE 1 – JUNE 28, 2017**
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of June 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 0 | | 0.00 |
| May Trip Report  (6.5 hours pro bono) | 6.50 | | | 975.00 |
| emails, texts,  telcons; Rafi, Al, Alex,  (6/1,2, 4) | 0.75 | | | 112.50 |
| CT Telcon on Tables (6/1) | 0.67 | | | 99.90 |
| communications, email exchanges with Reforma on IT Tables | 0.33 | | | 49.50 |
| IT AP Tables; Revise, Reformat following review mtgs and  with DOJ, LaSalle and Core team, prepare input 6 month report, collaborate with Diaz from Reforma on revisions and updates, (6/1,3,4, 5, 8, 18) | 13.50 | | | 2025.00 |
| email and telcon with CT member Youngs to reconcile  Training AP's with IT Action Plan (6/5,6 ) | 5.25 | | | 787.50 |
| Sidebar prep for 6 month report (6/2, 3, 4) | 3.66 | | | 549.00 |
| Training Monitor input to 6 month report; review and crosswalk with IT Action Plan and CAD syllabus in coordination with Monitor Youngs (6/11, 27) | 2.33 | | | 349.50 |

| | | | | |
|---|---|---|---|---|
| Review DOJ provided EIS briefing on Police Data Architecture, monitor data & research.6/17) | 1.25 | | | 187.50 |
| Review PRPD 6 month Report, annotate and prepare for review w/PRPD at July Site visit (6/24) | 1.50 | | | 225.00 |
| CAD Syllabus -initial translate and review (6/24) | 0.75 | | | 112.50 |
| Review, assess, cross reference, comment/recommend approval PRPD Manual for Systems Administration  (6/17) | 1.66 | | | 249.00 |
| Review, assess comment/recommend, cross reference PRPD Manual for Computer Systems Use (6/19) | 1.50 | | | 225.00 |
| numerous emails to/from CT and Diaz re; CAD,  manuals,  transit study | 0.50 | | | 75.00 |
| CAD Mobile Syllabus (translate, review, assess, recommend to PRPD 6/25 | 1.00 | | | 150.00 |
| Review TCA 6 month report (6/26) | 2.66 | | | 399.00 |
| Review Marcos Final 6 month report addendum (6/26) | 0.66 | | | 99.00 |
| Review past actions and propose July IT Agenda (6/26) | 0.50 | | | 75.00 |
| | | | | 0.00 |
| Total hours US | 38.47 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | 0 | $0 | | |
| TOTAL OF BILLABLE HOURS @ $150 | | | 38.47 | $5,770 |

|  | | TOTAL EXPENSE | FEE | $5,770 |
|---|---|---|---|---|
|  | | | | |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | 6.50 | 975.00 | | |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team


I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____

ARNALDO CLAUDIO, TCA, President

Del Carmen Consulting, LLC.
3051 Trevino
Grand Prairie, Texas 75054
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**          785530

## *INVOICE*

| Customer | |
|---|---|
| Name | TCAPR Corporation |
| Address | 268 Munoz Rivera |
| City | San Juan          PR          ZIP 00918 |
| Phone | |

| | |
|---|---|
| Date | 6/25/17 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 16.5 | Review of Policies (Capitulo 1 and Unidades Especializadas) | $150.00 | $2,475.00 |
| 38.5 | Traffic Bureau Report and Analysis | $150.00 | $5,775.00 |
| 3.5 | Emails, conference calls, review of documentation | $150.00 | $525.00 |

|  | | |
|---|---|---|
| SubTotal | $8,775.00 |
| Shipping & Handling | |
| Taxes          State | |
| **TOTAL** | $8,775.00 |

Signature:

Office Use Only

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

June 27, 2017

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-06**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of June, 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---------|---------|------------------------------|
| 6/05/2017 | **2.50 hrs.** 11:35 am to 12:45 pm, 1:45 to 2:15 pm, 2:15 to 2:45 pm & 3:00 to 3:30 pm | 1)-Revision of GO, Chapter 600, Section 618-Use & Management of Regulation Firearm, 2)-Travel Outside PR Jurisdiction, Form 539, 3)-PRPD's Monthly Certification of Random Inspections, PPR-301, 4)-Redline on Police Pursuits (Romero), 5)-GO Chapter 600, Section 623, 6) Review of GO, Chapter 600, Section 620-Specialized Weapons-Division of Specialized Tactics 7)-Management & Crowd Control –GO 600-625 |
| 6/06/2017 | **1.50 hrs.** 11:00 am to 12:30 pm | CIC Manual, Chapters 9,11 and 12-Romero |
| 6/08/2017 | **1.50 hrs.** 4:30 to 5:35 pm & 6:35 to 7:15 pm | Chapter 1-Criminal Complaint & Review of Divisions Evaluation Boards - Del Carmen |
| 6/12/2017 | **.50 hr.** 2:45 to 3:20 pm | GO 600-612-PRPD Policy on Searches and Seizures -Ruiz |
| 6/13/2017 | **.50 hr.** 4:45 to 5:15 pm | Administrative Order on Vehicle Stops - Ruiz |
| 6/14/2017 | **5.0 hrs.** 10:00 to 10:30 am & 2:00 to 6:30 pm. ------------------------- | CIC Manual, Chapters 2 & 3 –Young-OG 615-Arrests and Summons, Attachment B-Rules to fill out PPR 468 and Evaluation of Supervisor/Director PPR 468-A----------------------- |

| 6/15/2017 | **3.25 hrs.** 9:00 to 11:00 am, 12:00 to 12:30 pm & 5:30 to 6:15 pm | Superintendent's presentation (Hearing) at House of Representatives, Redaction of Memorandum to the TCA on the Hearing & Review of Policy on body worn cameras (Young) |
| 6/16/2017 | **1.00 hr.** 6:00 to 7:00 pm | Further work on OG 615-Arrests and Summons, Attachment B - Rules to fill out PPR 468 and Evaluation of Supervisor/Director PPR 468-A |
| 6/19/2017 | **2.75 hrs.** 3:00 to 5:00 pm & 11:15 pm to 12:00 M | Final on OG 615-Arrests and Summons, Attachment B-Rules to fill out PPR 468 and Evaluation of Supervisor/Director PPR 468-A and GO 606-626 Review on Foreign Persons & Review of Chapters 4 to 7 of CIC Manual |
| 6/20/2017 | **2.50 hrs.** 2:00 to 3:00 pm & 5:00 to 6:30 pm | Review of Paragraph 229 and Stipulation – Initial Review of Authority to Conduct Arrests & Issue Summons |
| 6/21/2017 | **3.50 hrs.** 4:00 to 7:30 pm | Comments, legal advice on Review of Authority to Conduct Arrests & Issue Summons |
| 6/22/2017 | **1.50 hrs.** 3:00 to 3:45 pm and 6:15 to 7:00 pm | Review and advice on set of question for Assessment and review and advice on methodology of a separate document |
| 6/23/2017 | **.50** hr. 5:30 to 6:00 pm | Advice and comments on methodology of assessment |
| 6/26/2017 | **6:00 hrs.** 5:00 to 6:30 pm and 9:00 pm to 1:30 am of 6/27/2017 | Review and advice on Comprehensive Study and Recommendations for PRPD's Traffic Divisions by A. Del Carmen |
| 6/27/2017 | **32.50 total hours billed** | 32.50 hrs. x $125.00= $4,062.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

> *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

June 29, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

**Invoice for Professional Services**

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **6-06-2017** | Reading and analysis of general order to establish a procedure to evaluate PRPD members and the evaluation form and conference call with attorney Antonio Bazan. | 3 |
| **6-20-2017** | Reading, analysis and preparation of recommendations regarding draft of stipulation of USA and Commonwealth regarding field monitoring activities conducted by TCA and conference call with Attorney Antonio Bazan and reading and analysis of propose joint stipulation to amend paragraph 229. | 2 |
| **6-29-2017** | Reading of Six-Month Report. | 3 |
| | **TOTAL BILLED HOURS:** | **8** |
| | **TOTAL:** | **$1,000** |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

# INVOICE FOR LEGAL AND PROFESSIONAL SERVICES
# FOR THE PERIOD ENDING ON 06/29/2017

Guillermo A. Baralt Miró, Esq.
2070 Calle 1 Apdo. 215B
Guaynabo, Puerto Rico 00966
guillermobaralt@outlook.com
(787)236-0645

TCAPR
268 Muñoz Rivera,
Suite 1001
San Juan, PR 00918

| Date | Time (Hrs) | Service Rendered |
|------|-----------|------------------|
| 5/30/2017 | 3:00 p.m. – 6:00 p.m.<br>3 | Meeting with Mr. José Pujol in preparation for ACLU meeting. Discussed TCA's Assessment and Compliance Review regarding Crowd Control and Management G.O.. |
| 6/1/2017 | 1:00 p.m. – 4:00 p.m.<br>3 | Visit to PRPD headquarters regarding documents requested. |
| 6/2/2017 | 10:00 a.m. – 12:00 p.m.<br>1:00p.m. – 6:00 p.m.<br>6 | Researched Best Practices Regarding Transit Law Enforcement for Traffic Report |
| 6/5/2017 | 10:00 a.m. – 12:00 p.m.<br>2:00 p.m. – 6:00 p.m.<br>7 | Report Writing; TCA's Assessment on PRPD's Traffic Bureau |
| 6/6/2017 | 10:00 a.m. – 4:00 p.m.<br>6 | Reviewed current preliminary version of S.A.R. |
| 6/7/2017 | 1:00 p.m. – 6:00 p.m.<br>5 | Worked on Methodology for Assessment on the Crowd Management G.O.. |
| 6/8/2017 | 1:00 p.m. – 8:00 p.m.<br>7 | Worked on TCA's Assessment on Crowd Control Incidents |
| 6/9/2017 | 12:00 p.m. – 4:00 p.m.<br>4 | TCA's review Chapter X of C.I.C. Manual (Redline version, no comments.) |
| 6/10/2017 | 11:00 a.m. – 2:00 p.m.<br>3:00 p.m. – 6:00 p.m.<br>6 | Continued working on reviewing Preliminary version of S.A.R. |
| 6/12/2017 | 1:00 p.m. – 6:00 p.m.<br>5 | TCA's Review of the Glossary of Legal Terms. |
| 6/13/2017 | 2:00 p.m. – 7:00 p.m.<br>5 | Researched recent interpretations of legal concepts as part of the TCA's review of the Glossary of Legal Terms. |
| 6/16/2017 | 1:00p.m. – 7:00p.m.<br>6 | Finished TCA's Review of Glossary of Legal Terms. |
| 6/20/2017 | 10:00a.m. – 12:00p.m.<br>1:00p.m. – 5:00p.m.<br>6 | Review and analysis on Stipulation on Field Monitoring Activities. |
| 6/21/2017 | 12:00p.m. – 4:00p.m.<br>4 | Reviewed Proposed Amendment to p.229 and discussed with TCA. |
| 6/22/2017 | 6:00p.m. – 10:00p.m.<br>4 | Reviewed Mr. Pujol's questions. Added follow-up questions. |
| 6/24/2017 | 2:00p.m. – 9:00p.m.<br>7 | Reviewed final version of the Six-Month Report. Wrote and suggested a final change. |
| 6/26/2017 | 9:00 a.m. – 12:00 p.m.<br>1:00 p.m. – 5:00 p.m.<br>7 | Administrative Work at the TCA's office as Requested by the TCA regarding the results of the focus group survey |
| 6/28/2017 | 8:00 a.m. – 1:00 p.m.<br>5 | Meeting with PRPD Superintendent about focus groups |
| Hours Worked | 96 | |
| Rate ($) | 20 | |
| Total: | 1,920 | |

June 29, 2017

_____
s/Guillermo A. Baralt Miró, Esq.

June 29, 2017
Date

*Invoice for Services Rendered by attorney Guillermo A. Baralt Miró, work commissioned by TCAPR. This document may contain information that is privileged, and, unless waiver provided, TCAPR reserves all rights to publish or otherwise disseminate the content of the work produced. TCAPR reserves any other rights regarding the confidentiality of this information, to the extent that is allowed by State and Federal statutes.

Jose L. Pujol
Investigator
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2017-02**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 05/30/2017 | **2 hrs.** 03:00 pm to 5:00 pm | The preparation for the meeting, and the meeting with Jossue Gonzalez at the ACLU's office (with Attorney Guillermo Baralt) |
| 05/31/2017 | **2 hrs.** 01:00 pm to 2:30 pm<br>03:30 pm to 4:00 pm | Interview of Edwin Pabon, Chief of Security Department of Tren Urbano, at the Tren Urbano's offices located at Avda. Piñero, San Juan, PR.<br>Preparation of Report of Interview. |
| 06/01/2017 | **2 hrs.** 01:00 pm to 3:00 pm | Visit to PRPD headquarters. Picked up documents and served a request for more documents (with Attorney Guillermo Baralt) |
| 06/03/2017 | **2 hrs.** 09:30 am to 11:30 am | Meeting with Marcos Soler at the TCA's Office |
| 06/06/2017 | **6 hrs.** 9:45 am to 4:15 pm (minus 0.5 hr. lunch) | Analysis of the PRPD "Planes de Trabajo", and starting the preparation of the report of the analysis' results and recommendations. |
| 06/07/2017 | **1 hr.** 09:00 am to 10:00 am | Preparation of a Methodology Report as requested by the TCA. |
| 06/09/2017 | **5.5 hrs.** 9:30 am to 4:00 pm (minus 1 hr. lunch) | Meeting at the PRPD headquarters with personnel of the Reforma. Continuation of the preparation of the report with the analysis' results and recommendations. |

| 06/13/2017 | **4.5 hrs.** 9:45 am to 2:45 pm (minus 0.5 hr. lunch) | Ending the preparation of the report with the analysis' results and recommendations related to the "Planes de Trabajo". |
| 06/21/2017 | **5.5 hrs.** 9:15 am to 3:15 pm (minus 0.5 hr. lunch) | Working on the list of PRPD personnel to be interviewed. Working on the list of questions to be asked to the interviewees. |
| 06/27/2017 | **8 hrs.** 9:00 am to 4:30 pm (minus 0.5 hr. lunch) | Working with PRPD Reform personnel at the PRPD Headquarters on documents requested for the Assessment. |
| | 4:30 pm to 5:30 pm | TCA Office, leaving documents. |
| 06/27/2017 | **38.5 hrs.** Total hrs. billed | 38.5 hrs. x $50.00= **$1,925.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

# PUMA 212

tangsan

**Fecha:** 6/23/2017 2:28 PM
**Cajero:** Yokasta Rodriguez
**Trans No.** 78293
**Batch No.** 333
Cnt   UPC/PLU   Descripción

| Combustible | Combustible Surtidor 5 | |
|---|---|---|
| | $30.000 | $30.00 |

| | |
|---|---|
| Subtotal: | $30.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| | |
| Total: | $30.00 |
| Pagado: | $30.00 |
| Cambio: | $0.00 |

Thank you for your business!

CONTROL: 8G41A-ZDVEQ
ST

TOTAL
LULU SERVICE STATION
787-724-5670

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#05 | | 40.00 |
| | Sub Total | 40.00 |
| | ESTATAL | 0.00 |
| | MUNICIPAL | 0.00 |
| TOTAL | | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 17788
06/29/17  12:49:44          ST# AB123

FABR PETROLEUM
787 296 4901

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#07 | | 40.00 |
| | Sub Total | 40.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| TOTAL | | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 14778
06/14/17  16:55:44          ST# AB123

CONTROL : 8GR1S-L0VLK
ST
processed by Softek

FABR PETROLEUM
787 296 4901

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#07 | | 40.00 |
| | Sub Total | 40.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| TOTAL | | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 13561
06/27/17  15:43:12          ST# AB123

```
                    STORE
                   GURABO
              VP13007411001
                  Gurabo

                     PR

          ***PREPAID RECEIPT***

 Description        Qty      Amount
 -----------        ---      ------
 PREPAY CA #11                20.00
                          ----------
              Subtotal        20.00
              Tax              0.00
     TOTAL                  20.00
              CASH   $       20.00


              GRACIAS,
            Vuelva Pronto
 ST#  00012 TILL XXXX DR# 1 TRAN# 1021796
 CSH: 8                06/07/17 16:58:25
```

```
 -------------------------------------
   CONTROL: 69BK1-NRAUK
   ST
     processed by Softek
 -------------------------------------
            TO GO STORES
               GURABO
            VP13007411001
               Gurabo

                  PR

       ***PREPAID RECEIPT***

 Description      Qty      Amount
 -----------      ---      ------
 PREPAY CA #01              30.00
                        ----------
           Subtotal        30.00
           Tax              0.00
    TOTAL                30.00
           CASH   $       30.00


           GRACIAS,
         Vuelva Pronto
 ST#  00012 TILL XXXX DR# 1 TRAN# 1029014
 CSH: 3                06/28/17 07:01:50
```

## PUMA 176

San Juan

Fecha: 6/8/2017 5:07 PM
Cajero: Neishaliz
Trans No. 15254
Batch No. 81
Cnt   UPC/PLU   Descripción

| Combustible | Combustible Surtidor 1 | |
| 1 | $40.00 | $40.00 |

Subtotal:      $40.00
Estatal:       $0.00
Municipal:     $0.00

Total:         $40.00
Pagado:        $40.00
Cambio:        $0.00

Thank you for your business!

CONTROL:
ST

## PUMA 212

San Juan

Fecha: 6/19/2017 12:03 PM
Cajero: Randy Ortiz
Trans No. 74332
Batch No. 318
Cnt   UPC/PLU   Descripción

| Combustible | Combustible Surtidor 8 | |
| 1 | $40.00 | |

Subtotal:      $40.00
Estatal:       $0.00
Municipal:     $0.00

Total:         $40.00
Pagado:        $40.00
Cambio:        $0.00

Thank you for your business!

CONTROL: JYP0W-SA87J
ST



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

| DATE | TIME | HOST |
|------|------|------|
| Jun 29.17 | 12:50:10 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000228 | 87860010 | 8768100700001 |

PREPAID CASH

PP NUMBER.
PEA.X       627E07053546395

AUTH. CODE: 0ALBU7        INVOICE: 036996

                         TRACE  :006541

TOTAL :        $        40.00

SIGNATURE: X _____

APPROVED
41.00

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

09148

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 23 / 6 / 20 17

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| ✓ LAVADO | 20. | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    **TOTAL**  20 | 00


# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

09251

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 6/29/ 20 17

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| ✓ LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    **TOTAL**  20 | 00


# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

09146

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 20 17

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| ✓ LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    **TOTAL**  20 | 00



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR

# PERMIW PARA VEHICULOS DE MOTOR O ARRASTRES

## 2014 JEEP COMPASS SPORT NEGRO
**Automovil (Privado), Auto Privado**
Descripción y Clasificación del Vehiculo

| | | | |
|---|---|---|---|
| 11177412 | 04jun2013 | HXO057==== | 11196557 |
| Registración | Fecha Registro | Tablilla | Titulo |

| 2014 | JEEP | CMP | NEG | *4 | *4 | *172 |
|---|---|---|---|---|---|---|
| Año | Marca | Modelo | Color | Puertas | Cilin | Cab Fuerza |

1C4NJCBB3ED541904
**VIN (Número de Serie)**

| 0 | 0 |
|---|---|
| Peso Desc. | Capacidad Carga |

| MZ0067 | =================== | |
|---|---|---|
| Dealer | Venta Condicional | $19,109 |
| | | Precio Contribución |

| jul 2017 a jun 2018 | 11510773 | 30jun2018 |
|---|---|---|
| Vigencia | Marbete | Expiración |

Estación de Inspección

### Relación de Multas Administrativas
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| Boleto | Fecha | Cantidad | Mun. | Orden o Ley |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| Multas | $0.00 |
| Derechos Anuales | $40.00 |
| ACAA | $35.00 |
| Renovacion | $10.00 |
| Seguro Oblig | $99.00 |
| **Importe total** | **$184.00** |

REQUIERE INSPECCION VEH. DE MAS DE DOS AÑOS FABRICADO

-- ORIGINAL - DUEÑO --

### INSTRUCCIONES AL CONTRIBUYENTE
1. Notifique cambio de dirección residencial y postal dentro de los sesenta (60) dias siguientes al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y titulo, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandono por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehiculos usos comercial con mas de 10,000 libras, que transporte materiales y sustancias peligrosas o mas de 10 pasajeros deberán cumplir con los requisitos de la Comisión de Servicio Publico.
5. Radicue en el Centro de Servicio al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) dias de formalizado (endosado o notariado) y presentará un Sello de Rentas internas por valor de diez (10) dólares. (Artículo 3.34 (e)).
6. Pasado diez (10) dias y hasta 30 dias de formalizado, pagará diez (10) dólares en Sello de Rentas Internas, mas diez (10) dólares por traspaso tardio. (Artículo 2.34). Después de los treinta (30) dias pagará diez (10) en Sello de Rentas Internas, mas diez (10) dólares de traspaso tardio, mas cinco (5) dólares por cada mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa de $50.00.

| 3. Aguada | 22. Cidra | 41. Jayuya | 59. Orovocis | 76. Toa Alta |
|---|---|---|---|---|
| 4. Aguas Buenas | 23. Coamo | 42. Juana Diaz | 60. Patillas | 77. Toa Baja |
| 5. Aibonito | 24. Comerio | 43. Juncos | 61. Peñuelas | 78. Trujillo Alto |
| 7. Añasco | 25. Corozal | 44. Lajas | 62. Ponce | 79. Roosevelt |
| 3. Arecibo | 26. Culebra | 45. Lares | 63. Puerto Nuevo | 80. Utuado |
| 2. Arroyo | 27. Dorado | 46. Las Marias | 64. Quebradillas | 81. Vega Alta |
| 0. Barceloneta | 29. Fajardo | 47. Las Piedras | 65. Rincón | 82. Vega Baja |
| | | | Rio Grande | 83. Vieques |
| | | | Rio Piedras | 84. Villalba |
| | | | Sabana Grande | 85. Yabucoa |
| | | | Salinas | 96. Yauco |
| | | | San Germán | 87. Florida |
| | | | San Juan | 88. Loiza |
| | | | San Lorenzo | |
| | | | San Sebastián | |

## TRASPASO DE VEHICULO
...ulos registrados a partir del 7 de enero de 2001 deberán ser notarizados en el titulo solamente.

DE _____

DOR _____

ADOR _____

NUMERO LICENCIA CONDUCIR _____

Apartamento o Buzón _____

Zip Code _____

Apartamento o Buzón _____

Zip Code _____

AFFIDAVIT NUMERO _____
COMPARECEN: _____

FIRMA DEL VENDEDOR (MARCA) O TESTIGO _____

FIRMA DEL COMPRADOR (MARCA) O TESTIGO _____

| TABLILLA | MILLAJE |
|---|---|
| ASIGNADA _____ | ACTUAL _____ |

SUSCRITO Y JURADO ANTE MI POR LOS COMPARECIENTES A QUIENES DOY FE DE CONOCER

FECHA _____

LUGAR _____

ABOGADO NOTARIO _____

COLECTOR DE RENTAS INTERNAS
O FUNCIONARIO AUTORIZADO
DEL DEPARTAMENTO DE
TRANSPORTACION Y OBRAS PUBLICAS

Back to School

Back to School Sale