12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of June.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including the attendance of the TCA Staff to the Public Hearing of the House of Representatives carried out on June 15th of 2017. The TCA met Dr. Blanco Peck and his staff to coordinate presentation of the Focal Groups Study; met with Superintendent, Dr. Michelle Fraley, Dr. Blanco Peck and his staff to present the Focal Groups Study and then presented the study to the Community Leaders. TCA participated in a Community Encounter and Public Information in Cabo Rojo.

The TCA Six Month Report was submitted on June 24th of 2017

The following General Orders, Manuals and Administrative Orders were discussed: General Order 600-620: Specialized Weapons of the Specialized Tactics Division; General Order 600-623: Police Pursuits; Operational Manual of the Criminal Investigations Corps: Chapters 1, 4, 7,9, 11 & 12; General Order 500-503: Evaluation Board of the Specialized Divisions; General Order 600-618: Use and Management of Service Firearms; General Order 600-612: Authority to Carry Out Search & Seizures; Administrative Order 2015-IV: Administrative Order of Vehicular Interventions; Operational Manual of the Investigations Corps; Chapters 2 & 3; General Order: Use and Management of Body Cameras Used by Members of the PPR; General Order 600-626: Intervention with Foreign Persons; and preparation of the Traffic Bureau Report.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting in compliance with Para.253, meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll.