**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**                                                     **CIVIL NO. 12-2039 (GAG)**

**v.**

**COMMONWEALTH OF PUERTO RICO,
et al.,**

**Defendants.**

<u>**ORDER**</u>

The parties shall state their respective positions, on or before **August 1, 2017**, as to the inclusion of the newly created Department of Public Safety and its Secretary as named parties to the present action.  <u>See</u> Fed. R. Civ. P. 19(a).

**SO ORDERED.**

In San Juan, Puerto Rico this 18th of July 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE