IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>et als.,<br>Defendant | CIVIL NUMBER: 3:12-CV-20039-GAG |

**INFORMATIVE MOTION**

To the Honorable Court:

Comes now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and very respectfully states and prays as follows:

1. On April 26, 2017, this Honorable Court issued an Order (Dkt. No. 511) clarifying the May 22, 2017, Public Hearing agenda and the scope of the Hearing. In said Order the Court stated "The Court takes judicial notice that, since then, several incidents have occurred involving the Puerto Rico Police and protestors". The Court further stated that, "the TCA has indeed observed and received information regarding said incidents" and that the TCA "in due course, he will assess the same and make the necessary recommendations to the Parties, as well as make any corresponding report to the Court".

2. On the Hearing held in Ponce, Puerto Rico, on May 22, 2017, the TCA informed the parties and the court announced the recruitment of Mr. José Pujol as a subject matter expert to conduct the aforesaid assessment.

3. Pursuant to the above referred Order, the TCA promptly made preparations for an assessment and provided the Parties with an "Assessment Methodology." On June 20, 2017,

1

both Parties responded that they were reviewing the assessment methodology and would soon share their comments.

4. The final comments by the Parties and the approval of the Methodology were set as an agenda item for a meeting scheduled for July 17, 2017. The intent of the meeting was to specifically discuss recommendations to the "Assessment Methodology." The USDOJ timely submitted its recommendations which the TCA adopted. None were received from the Commonwealth of Puerto Rico.

5. An attorney representing the Police Superintendent expressed, to both the USDOJ and the TCA, that there were reservations with the Court Order, particularly with the faculty of the Court to order such an Assessment. In view of the aforesaid belated position, the TCA has opted to request guidance and clarification concerning the Court's Order to resume the Assessment process pursuant to the Court's Order.

6. The TCA further informs the Court, that during the course of the meeting held on July 17, 2017, the parties were reminded to file, not later than Wednesday, July 19, 2017, the joint motion requested by the court during the Ponce Hearing on May 22, 2017. Said motion relates to the TCA, the Core Team and the Constitutional Lawyer's participation as observers during demonstrations.

WHEREFORE, the Technical Compliance Advisor respectfully requests from the Honorable Court that the information provided above be noted and the request for clarification of previous Order (Dkt. No. 511) be granted as requested.

CERTIFICATE OF SERVICE: I hereby certify that copy of the foregoing motion has been electronically notified to all parties through the Court's system.

In San Juan, Puerto Rico, this 18th. day of July, 2017.

                                                  S/ Antonio R. Bazán
                                                  Antonio R. Bazán González
                                                  U.S.D.C. No. 117007
                                                  Banco Cooperativo Plaza Bldg.
                                                  Suite 604-B, #623 Ponce de Leon Ave.
                                                  San Juan, Puerto Rico, 00918.
                                                  Tel. No. (787) 764-7684 & (787) 249-3070