IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Defendants. | CIVIL NO. 12-2039 (GAG) |

## ORDER

The Informative Motion at Docket No. 561 is Noted. The Court's order at Docket No. 511 is pellucidly clear to the effect that the Court instructed the TCA to "assess" and "make the necessary recommendations to the parties, as well as make any corresponding report to the court." At the May 22, 2017 public hearing held at the U.S. Courthouse in Ponce the Court further made this matter clear. Accordingly, the TCA shall continue performing the independent assessment ordered by the Court. The parties shall thus agree to the methodology by week's end. If the Attorney General (and not PRPD in-house counsel) on behalf of PRPD and the Commonwealth, is of the opinion that this Court lacks the constitutional and statutory faculty to order the assessment in question, she shall so inform to the U.S. Department of Justice counsel immediately. In turn, the parties are instructed to file memoranda on the matter on or before **August 1, 2017** and request a stay of the assessment, if warranted, while the Court rules on the matter.

**SO ORDERED.**

In San Juan, Puerto Rico this 19th of July 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE