**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiffs,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>et. al.<br><br>Defendants. | **CIVIL NO. 12-2039 (GAG)** |

**EXTENSION OF TIME TO FILE JOINT STIPULATION ON TCA's METHODOLOGY FOR INDEPENDENT ASSESSMENT**

**TO THE HONORABLE COURT:**

**COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows:

1. On July 18, 2017, the Technical Compliance Advisor filed an informative motion seeking that the court note the information contained therein and to clarify this Honorable Courts Order at Docket No. 511. (*See* Docket 561)

2. On July 19, 2017, this Honorable Court noted the information contained in the TCA's informative motion at docket No. 561, hereafter "informative motion", and proceeded to clarify its order at docket No. 511. (*See* Docket No.562)

3. Furthermore, the Court ordered the parties to agree on the Methodology for the TCA's independent assessment unless the Commonwealth was of the opinion that this court lacked the Constitutional and Statutory faculty to order the assessment.

4. Without waiving its right to assert any constitutional or statutory claim regarding any matter in this case in the future, the Commonwealth informs this Honorable Court that it is not of the opinion that this court lacks the Constitutional and statutory faculty to order an independent assessment by the TCA.

5. Any concerns that the Commonwealth has on the TCA's methodology to conduct the independent assessment will be based on the requirements contain in the Agreement.

6. Paragraph 248 of the agreement states that "*At least 90 days prior to the initiation of any outcome assessment or compliance review, the TCA shall submit a proposed methodology for the review or assessment to the Parties*." (*See* Docket No. 60, ¶248) Notwithstanding said paragraph, it is important that the court takes notice that the Commonwealth has not impeded the TCA's capability to conduct its research because it has cooperated with the TCA in providing documents that it has requested to conduct its independent assessment.

7. Pursuant to paragraph 248 the parties have 45 days to submit any comments regarding the proposed methodology to the TCA. The parties received the TCA's proposed methodology on June 7, 2017. Thus, the Commonwealth has until July 22, 2017 to submit comments to the TCA. However, the Commonwealth needs more time to provide comments to the TCA on its methodology for the independent assessment.

8. Consequently, the Commonwealth requests an extension of time for the parties to submit to the TCA a stipulation on the TCA's methodology to conduct the independent assessment before August 1, 2017.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and grant this instant motion for an extension of time.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 20, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov