IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Defendants. | CIVIL NO. 12-2039 (GAG) |

## ORDER

The parties shall meet on or before **August 1, 2017,** with the Technical Compliance Advisor's ("TCA") constitutional counsel. The TCA shall make to the parties any comments/converses he has. The parties and TCA shall, in good faith, agree to the language and any modifications, which are amenable to all, including the TCA, if warranted. The TCA shall sign the final protocol, along with parties. The final document shall remain restricted and will not become a public document.

**SO ORDERED.**

In San Juan, Puerto Rico this 24th day of July, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE