# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>          Defendants. | No. 12-CV-2039 (GAG) |

### MOTION IN COMPLIANCE WITH COURT ORDER (ECF NO. 567) REGARDING FILING IN RESTRICTED MODE

  NOW COMES Plaintiff, United States of America, and respectfully files the document at ECF No. 576 in restricted mode, in compliance with this Court's Order of July 21, 2017. ECF No. 567.

  On July 21, 2017, this Court entered a docket order pertaining to a separate matter in the present case that reads, in pertinent part, as follows: "All filings pertaining to this, *or any pending matter,* until reviewed and ruled upon by the court shall be filed in restricted mode. This applies to the parties and TCA." ECF. No. 567 (emphasis added). In compliance with the Court's Order and in an abundance of caution, the Parties file the document at ECF No. 576 in restricted mode, which shall limit access to the document to case participants only.

  WHEREFORE, the United States respectfully requests that this Court take notice of the United States' filing at ECF No. 576 in restricted mode, in compliance with the Court's Order of July 21, 2017. ECF No.

Respectfully submitted, this 1st day of August, 2017,

        JOHN M. GORE
        Acting Assistant Attorney General

        STEVEN H. ROSENBAUM
        Chief

        <u>S/ Luis E. Saucedo</u>
        TIMOTHY MYGATT
        Deputy Chief
        LUIS E. SAUCEDO
        Counselor to the Chief
        BRIAN BUEHLER
        LYNDA GARCIA
        SETH WAYNE
        Trial Attorneys
        U.S. Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC  20530
        Tel:   (202) 598-0482
        Fax:  (202) 514-4883
        luis.e.saucedo@usdoj.gov

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion in Compliance was filed electronically on this 1st day of August, 2017, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

                                  S/ LUIS E. SAUCEDO
                                  LUIS E. SAUCEDO
                                  Counselor to the Chief
                                  U.S. Department of Justice
                                  Civil Rights Division
                                  Special Litigation Section
                                  950 Pennsylvania Avenue, NW
                                  Washington, DC  20530
                                  Tel:  (202) 598-0482
                                  Fax:  (202) 514-4883
                                  Email:  luis.e.saucedo@usdoj.gov

                                  Attorney for Plaintiff