IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et. al.<br><br>Defendants. | CIVIL NO. 12-2039 (GAG) |

STATEMENT UNDER PENALTY OF PERJURY PURSUANT TO
28 U.S.C. § 1746

I, Yashira M. Vega Montalvo, of legal age, single, Legal Advisor for the Puerto Rico Police Department and Director of the Policies and Procedures Division of the Reform Office, resident of San Juan, Puerto Rico, with personal knowledge of the facts asserted herein, do solemnly declare under penalty of perjury:

1. My circumstances are as above stated.

2. I submit this declaration in support of the response to TCA's informative motion at docket 561.

3. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently to the matters set forth herein

4. That I have carefully read the foregoing motion in this case and, to the best of my knowledge and belief, the information provided constitutes the truth and nothing but the truth.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Juan, Puerto Rico, on this 1st day of August 2017.

*[signature]*
Yashira M. Vega Montalvo