# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiffs,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et. al.<br><br>Defendants. | CIVIL NO. 12-2039 (GAG) |

## MOTION TO STRIKE DOCKETS 574 AND 578

**TO THE HONORABLE COURT:**

    **COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows:

    1.    On June 20, 2017, this Honorable Court ordered the parties and the TCA that all filings pertaining to independent assessment methodology, or any pending matter, until reviewed and ruled upon by the court shall be filed in restricted mode. (*See* Docket No. 567)

    2.    On this day, the undersigned inadvertently filed two motions without the court ordered restriction. (*See* Docket No. 574 and 578)

    3.    Also, on this day, in order to remedy this inadvertence the undersigned has re-filed both motions with restrictions. (*See* Docket No. 581 and 582)

    4.    Consequently, to further remedy the inadvertence, the undersigned respectfully request that motions at docket 574 and 578 be stricken from the record.

**WHEREFORE**, it is respectfully requested from this Honorable Court to strike from the record Dockets 574 and 578.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on August 1, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov