IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

## ORDER

Inasmuch as the parties are in agreement that, as the Commonwealth is a party to this action (see Docket Nos. 576 and 582), and that its officers from the Governor all the way down the ladder are indeed responsible for complying with the Police Reform Agreement, including DPS and PRPB officials, the Court is satisfied that it is unnecessary to bring additional parties to this case. The restriction on viewing mode of Docket Nos. 576 and 582 is hereby lifted.

**SO ORDERED.**

In San Juan, Puerto Rico this 2nd day of August, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE