IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

CASE NO. 12-2039 (GAG)

### ORDER

The court notes the Commonwealth's request at Docket No. 588.  This matter shall remain restricted to parties and TCA only, until any further order of the Court.  The Commonwealth on or before Tuesday August 8, 2017, shall file a memorandum detailing why the document in question constitutes attorney-client privileged information, and contain under seal the documented issue as well as any other supporting document.  The US Department of Justice shall respond to said motions on or before Friday August 11, 2017.  If warranted the Court shall address the matter at a motion hearing subsequently.

If Commonwealth intends to raise additional matters, it shall do so by next Tuesday August 8, 2017 as well.  The US Department of Justice shall then have until August 11 to respond.

**SO ORDERED.**

In San Juan, Puerto Rico this 3rd day of August, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge