IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**COMMONWEALTH OF PUERTO RICO,** et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

### ORDER

The TCA's six-month report is due August 14, 2017. However, the government has posited an evidentiary objection, and has been given until August 8, 2017 to raise any additional such objections. In addition, The U.S. Department of Justice has been afforded time to respond. Once the matter is submitted, the Court will have to rule on the same.

Accordingly, the Court stays the August 14 report filing deadline *sine die*. The TCA will be provided a new deadline once the Court rules on the pending matter. All filings will remain restricted until further order of the Court, although ultimately most matters should become unrestricted to the greatest extent possible.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of August, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE