IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

## ORDER

The Emergency Motion filed by the Commonwealth is denied.  Providing internal working draft reports of the TCA for review and comment before the TCA submits any report is not acceptable to the Court, the same way the Court would not order the parties to show to the TCA drafts of motions or other memoranda.  The TCA report will not be filed until the parties brief the matter at hand.  More so, the TCA's constitutional attorneys will review the matter once submitted.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of August, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE