UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff; v. COMMONWEALTH OF PUERTO RICO, ET AL., Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for July 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | July 2017 |
| Linda V. Navedo | $6,500.00 | July 17, 2017 to July 21, 2017 |
| Rafael E. Ruíz | $6,500.00 | July 17, 2017 to July 21, 2017 |
| Marcos Soler | $3,900.00 | July 6, 20-21, 2017 |
| John J. Romero | $6,500.00 | July 17, 2017 to July 21, 2017 |
| Alan Youngs | $6,500.00 | July 17, 2017 to July 21, 2017 |
| Scott Cragg | $5,200.00 | July 11, 2017 to July 14, 201717 |
| Alejandro Del Carmen | $3,900.00 | July 19, 2017 to July 21, 2017 |
| | Subtotal | $39,000.00 |
| **Telework** | | |
| Gerard LaSalle | N/A | July 2017 |
| Linda V. Navedo | $2,600.00 | July 2017 |
| Rafael E. Ruíz | $1,275.00 | July 2017 |
| Marcos Soler | $5,200.00 | July 2017 |
| John J. Romero | $2,600.00 | July 2017 |
| Alan Youngs | $2,600.00 | July 2017 |
| Scott Cragg | $3,263.00 | July 2017 |
| Alejandro Del Carmen | $5,175.00 | July 2017 |
| | Subtotal | $22,713.00 |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $6,500.00 | June & July 2017 |
| Federico Hernandez Denton | $4,437.50 | July 2017 |
| Antonio Bazán | $4,343.75 | July 2017 |
| | Subtotal | $15,281.25 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $2,020.00 | July 2017 |
| | Subtotal | $2,020.00 |
| Jose Pujol | $4,325.00 | Hours worked on planning, preparing, and conducting assessments. Work in meetings related to assigned assessments. |
| | Subtotal | $4,325.00 |
| Richard Blanco Peck | $3,500.00 | Translation (Spanish to English) of the Part I & II of the Qualitative Report on The Feedback of Nine (9) Community Focus Groups in Puerto Rico. |
| | Subtotal | $3,500.00 |
| Car Expenses | | |
| Chauffer | $900.00 | July 16, 2017 to July 22, 2017 |
| Gasoline | $481.00 | July 2017 |
| Tolls | $110.00 | July 2017 |
| Car Maintenance | $509.14 | July 2017 |
| | Subtotal | $2,000.14 |
| Office Supply | | |
| Printer Toner | $180.00 | |
| | Subtotal | $180.00 |
| | Total | $89,019.39 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $89,019.39, the total amount of the monthly expenses, for the month of July 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of $89,019.39, the total amount of the expenses for the month of July 2017.

In San Juan, Puerto Rico, this day August 7, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.