12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of July.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including a scheduled meeting Diego Figueroa from Federation of Organized Policemen; with Ismael Rivera President of the Association of Policemen and its representatives and members; with Jaime Morales, COPS President; and with Administrative Judge of Puerto Rico Court System, Hon. Sigfrido Steidel Figueroa.

The following General Orders, Manuals, Topics and Administrative Orders were discussed: CIC Manuals; General Orders on Evaluation; General Orders on Domestic Violence; Annual Review on General Order 600-615: Arrests and Citation; Evaluation of the Implementation of the Action Plans of: Search and Seizures, Recruitment, Supervision and Administration, and Use of Force; Evaluation of the Compliance of the Resolution Agreement of the Section II of the Plan, Activity 1.4; and follow up with Paragraph 241.

During this month the following Policies and/or Manuals were approved: Manual of Procedures Standardized Operations for Divisions of Drugs, Narcotics, Vice Control and Illegal Weapons; General Order 600-620: Specialized Weapons of Specialized Tactical Divisions; General Order 500-503: Evaluation Board of Specialized Units; General Order 600-612: Authorization to carry out Search & Seizures; Glossary of Definitions: Basic Legal Concepts of the Puerto Rico Police; Manual for the Use of Computerized Systems; General Order 100-115: Division of Sexual Crimes and Child Abuse; General Order 600-622: Investigation of Incidents of Sexual Offenses; Administrative Order -2016-3: Administrative Order of Sexual Crimes Committed by Puerto Rico Police Employees; General Order 100-113: Use Of Force Investigation Division; Administrative Order-2015-IV: Administrative Order of Vehicular Interventions; Administrative Order-2017-2: Monthly Meetings

The following Police Headquarters were visited: San Juan, Bayamón, Carolina, Fajardo and the Zone of Excellence of Utuado. The CIC, Homicide & Drug Division of Arecibo were visited. Command and Radio Control Centers of Carolina and San Juan were visited.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting in compliance with Para.253, meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll.