# INVOICE FOR PROFESSIONAL SERVICES: JULY 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

      A:    TCAPR Corp.
            #268 Muñoz Rivera
            Suite 1001, World Plaza
            San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **July/2017**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of June/2017, to be reviewed in July/2017; drafting electronic mails and calls for the follow-up of outstanding issues; working session for the July/2017 TCA Core Team Agenda; among other matters. (9.0) | N/A | X | 1-8/ July | |
| During this week, no work was done. | N/A | X | 9-15/ July | |
| TCA Core Team Week | N/A | X | 17/July | $1,300.00 |
| TCA Core Team Week | N/A | X | 18/July | $1,300.00 |
| TCA Core Team Week | N/A | X | 19/July | $1,300.00 |
| TCA Core Team Week | N/A | X | 20/July | $1,300.00 |
| TCA Core Team Week | N/A | X | 21/July | $1,300.00 |
| Work sessions for the monitoring of policies and records sent by the PPR for review; work for the coordination of agenda corresponding to the month of August / 2017; Reading, reviewing and analyzing documents sent by the ACT follow-up of outstanding issues; among other matters. (9.0) | N/A | X | 24-31/July | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 0.67 HOURS | | | | |

INVOICE PRESENTED BY:

_Linda V. Navedo Cortés_

LINDA V. NAVEDO CORTÉS
TCA Core Team
July 31, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA        8/7/2017         Date: _____, 2017
President
TCAPR Corp.

2

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

#2017-07

DATE: 07/31/17

TO:
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:
Services on: July 1st through July 31, 201

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday July 17th – TCA Office Meetings; TCA/Reform Unit meeting discuss Auditing/Inspection of PRPD Units/Areas | | 1,300.00/day | $1,300.00 |
| Tuesday July 18th— Reform Unit for Policy Discussions; GO 600-612 discussion | | 1.300.00/day | $1,300.00 |
| Wednesday July 19th—Site visit to Arecibo Drug Unit; Quebradillas Zone of Excellence | | 1,300.00/day | $1,300.00 |
| Thursday July 20th—Site visits to Centro De Mandos in San Juan And Carolina, and HQ. Communications Center | | 1,300.00/day | $1,300.00 |
| Friday July 21st—TCA Office Meeting/Prep Reports | | 1,300.00/day | $1,300.00 |
| July 1st through July 31st, 2017 Reviewed the PRPD's General Order "Creación de la Unidad Motorizada en la Policía de Puerto Rico" (Creation of PRPD Motorcycle Unit), dated April 30, 2017 | 3 hrs. | 150.00/hr. | $450.00 |
| Prepared report for above Gen Order | 1.5 hrs. | 150.00/hr. | $225.00 |
| Reviewed the PRPD's policy 600-612 on Search and Seizures | 2.5 hrs. | 150.00/hr. | $375.00 |
| Prepared report for above Gen Order | 1.5 hrs. | 150.00/hr. | $225.00 |
| | | | |
| TOTAL BILLED | | | $7,775.00 |

Signature _Rafael E Ruiz_                     Date: **July 31, 2017**

OK
8/7/2017

# INVOICE FOR PROFESSIONAL SERVICES: JULY 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:   **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of July 2017 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work on annual report on detailed tables for the six-month report and drafting response to PRPD Status Report (4.0 hours) | | | Monday & Tuesday, July 3-4, 2017 | (4 hours @ $150 = $600) |
| Review progress regarding policing of mass demonstrations, work on TCA agenda and documents (8.0 hours) | N/A | X | Thursday, July 6, 2017 | 1 day * $1,300 = $1,300 |
| Review of policies on DV and sexual assault, review of TCA documents (5.0 hours) | | | Saturday & Sunday, July 8-9, 2017 | (5 @ $150 = $750) |
| Review and draft response to policies on DV and sexual assault (3.0 hours) | | | Friday, July 14, 2017 | (3 hours @ $150 = $450) |
| Review of TCA documents, policies, training manuals, attorney-client work product (6.0 hours) | | | Saturday-Sunday, July 15-16, 2017 | (7 @ $150 = $1,050) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| See TCA agenda for meetings in PR (18.0 hours) | N/A | X | Thursday - Friday, July 20-21, 2017 | 2 days * $1,300 = $2,600 |
| Review progress regarding policing of mass demonstrations,  work on TCA assessment report draft, Work on TCA Semi-Annual Report (5.0 hours) | | | Saturday- Sunday, July 22-23, 2017 | (6 @ $150 = $750) |
| Edits to TCA Semi-Annual Report (10.0 hours) | | | Saturday- Sunday, July 29-30, 2017 | (10 @ $150 = $1,500) |
| TCA meeting with the Parties,  Review of stipulation field monitoring drafts (2.0 non-billable hours) | | | Monday, July 31, 2017 | (0 hours @ $0 = $0) |
| TOTAL HOURS WORKED: 63.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 DAYS, 26 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | | | | $5,200 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

*Marcos Soler*

MARCOS F. SOLER
TCA Core Team
July 31, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017.

8/7/2017

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

July 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 038
FOR PROFESSIONAL SERVICES RENDERED JULY 2017

| | |
|---|---|
| Monday, July 17, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Tuesday, July 18, 2017 | PRPD Headquarters re: meetings |
| Wednesday, July 19, 2017 | Site Visits Area Commands of Carolina & Fajardo |
| Thursday, July 20, 2017 | Site Visit Area Command of Utuado<br>Site Visit Utuado (Zone of Excellence) |
| Friday, July 21, 2017 | TCA Office re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

July 1-31   Reviewed PRPD's last revision of General Order Chapter 600, Section 625 Management and Crowd Control 2.5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's last revision of General Order Chapter 600, Section 623 Police Pursuit 2 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPS's last revision of General Order Chapter 600, Section 620 Specialized Weapons of the Division of Specialized Tactics 2.5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's last version of General Order Chapter 100, Section 113 Division of Investigations of Incidents of Use of Force (FIU) 1.5 hrs.

Prepared comments on the above 1 hr.
Reviewed PRPD's last revision of General Order Chapter 600 Section 618
Use and management of Regulation Firearm 2.5
Prepared comments on the above. 2 hrs.
Reviewed PRPD's proposed curriculum for Rules for Intervention with persons
in Crisis and the Negotiation in the taking of Hostages 1.5 hrs.
Prepared comments on the above 2 hrs.


**TOTAL HOURS:  22 HOURS   0 MINUTES.**


**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =   4 HOURS  10 MINUTES**

**TOTAL: $9100**

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

July 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED July 2017

| | |
|---|---|
| Monday, July 17, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Tuesday, July 18, 2017 | Site visit – Bayamon & San Juan Area |
| Wednesday, July 19, 2017 | Site visit -  Mayaguez Area |
| Thursday, July 20, 2017 | Site visit - Police Academy |
| Friday, July 21, 2017 | TCA Office re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

July 1-30      Assisted Edgar Santana in development of policy and procedure for
Tribunal General of Justice. Contacted Denver, Los Angeles, and
Jefferson County Sheriff Departments.  Provided materials and CDs to
same. – 3 hours

Researched/studied National Safety and Highway/Traffic Bureaus in
police organizations throughout the United States and Colombia and
forwarded info to the Training Academy - 2 hours

Reviewed PRPD Bi-annual Status Report with emphasis to areas relating
to training and supervision action plan. – 2 hours

Prepared and completed Action Plan boxes incorporating overlapping
information and data from training and all 11 Action Plans re: six-month
report 150 pages. - 2 hours

Prepared, completed and renumbered Action Plan boxes incorporating overlapping information and data from training, supervision and recruitment. – 2 hours

Conferred with TCA Core Team via conference calls and email regarding all 11 Action plans reference Use of Force and Search and Seizure. – 1 hour

Researched and reviewed PRPD's proposed COPS grant application and provided Newark New Jersey application. – 2 hours

Reviewed PRPD's proposed curriculum for dog handlers. – 1.5 hours
Prepared comments on the above - 2 hours

Prepared comments reference proposed site visits for July 2017. – 2 hours


**TOTAL HOURS:  19 HOURS  30 MINUTES.**


**BILLABLE HOURS  17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO =      2 HOURS    10 MINUTES**

**TOTAL: $9100**

**INVOICE FOR PROFESSIONAL SERVICES; JULY 1 – JULY 31, 2017**
**SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of July 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 4 | | 5200.00 |
| Prepare for on site visit to PRPD, review outstanding actions from past visits, design and organize meeting questions and focus areas (7/8,9) | 2.75 | | | 412.50 |
| emails (CT, Sarah Lopez, Diaz, vega, Buehler) calls (Romero) 7/15,16,17,18 | 2.25 | | | 337.50 |
| Review and crosscheck DoJ & PRPD emails and understanding of #'s of deployed equipment (7/17) | 1.50 | | | 225.00 |
| review and organize documents discussed onsite such as policy chronology/status | 1.50 | | | 225.00 |
| Per DoJ - Finalize IT AP Tables; Revise, Reformat following review mtgs and with DOJ during July on site visit includes policy chronolgy spreadsheet, AP's, Tables (7/18, 19) | 2.75 | | | 412.50 |
| Review of IT Comptroller report at discretion of DoJ for prep for mtg with DOJ (7/21) | 1.25 | | | 187.50 |
| At request of DoJ, review Architecture and integration of systems at request of DoJ (7/18, 22) | 3.50 | | | 525.00 |
| Reread the BT IT Strat Plan to exmine consistency with current activities (7/22, 23, 27) | 4.00 | | | 600.00 |
| Review NIBRS GO in prep for NIBRS manual release (7/29) | 2.25 | | | 337.50 |
| | | | | 0.00 |
| Total hours US | 21.75 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ | | 4 | | $5,200 |

| | $1300 | | |
|---|---|---|---|
| TOTAL OF BILLABLE HOURS @ $150 | | 21.75 | $3,263 |
| TOTAL EXPENSE | | | $8,463 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team


I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

ok ef 8/7/2017

Del Carmen Consulting, LLC.
3051 Trevino
Grand Prairie, Texas 75054
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**                785533

## INVOICE

**Customer**

| | |
|---|---|
| Name | TCAPR Corporation |
| Address | 268 Munoz Rivera |
| City | San Juan          PR          ZIP  00918 |
| Phone | |

| | |
|---|---|
| Date | 7/25/17 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 15 | Review of Policies (Junta de Evaluacion de las Divisiones Esp) | $150.00 | $2,250.00 |
| 16 | Review of Training Curriculums (Supervisores and Investigaciones | $150.00 | $2,400.00 |
| 3.5 | Emails, conference calls, review of documentation | $150.00 | $525.00 |
| 24 | Puerto Rico (7/19, 7/20, 7/21) | $162.50 | $3,900.00 |

| | |
|---|---|
| SubTotal | $9,075.00 |
| Shipping & Handling | |
| Taxes          State | |
| **TOTAL** | $9,075.00 |

Signature:

Office Use Only

611  8/7/2017



CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER:  22
INVOICE DATE:  JULY 31, 2017

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

Invoice

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JUN-08-17 | Police Reform-Puerto Rico | Conference call with TCA, discussion of several matters | 2.00 | $125.00 | $250.00 |
| JUL-12-17 | Police Reform-Puerto Rico | Meeting with TCA Arnaldo Claudio | 2.00 | $125.00 | $250.00 |
| JUL-17-17 | Police Reform-Puerto Rico | Several Communications with the Court in accordance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| JUL-21-17 | Police Reform-Puerto Rico | Several communications with TCA Arnaldo Claudio, Hernández Denton, Esq., discussion of various matters | 3.00 | $125.00 | $375.00 |
| JUL-22-17 | Police Reform-Puerto Rico | Review of several communications, re: Transcript of Public Hearings and others | 1.00 | $125.00 | $125.00 |
| JUL-23-17 | Police Reform-Puerto Rico | Review of Field Monitoring Stipulations, Communications with the Court in accordance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| JUL-24-17 | Police Reform-Puerto Rico | Communications with TCA Arnaldo Claudio, discussion of severall matters | 1.00 | $125.00 | $125.00 |
| JUL-25-17 | Police Reform-Puerto Rico | Review of Order, several communications, re: Proposed Stipulations | 3.00 | $125.00 | $375.00 |
| JUL-26-17 | Police Reform-Puerto Rico | Several communications with TCA Arnaldo Claudio ; discussion of Proposed Stipulations and other related matters; meeting coordination; communications with the Court in acordance with standard TCA requirements | 10.00 | $125.00 | $1,250.00 |
| JUL-27-17 | Police Reform-Puerto Rico | Several communications with Mr. Bazán, Esq., Mr. Hdez. Denton, Esq. , discussion of Proposed Stipulations and upcoming meeting | 3.00 | $125.00 | $375.00 |
| JUL-28-17 | Police Reform-Puerto Rico | Several oral and written communications and all related matters to the discussion to be held on upcoming meeting between the Parties; re: Proposed Stipulations | 8.00 | $125.00 | $1,000.00 |

INVOICE NUMBER: 22

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-29-17 | Police Reform-Puerto Rico | Several communications with the Parties, and all related matters, preparation for upcoming meeting and discussion | 7.00 | $125.00 | $875.00 |
| JUL-31-17 | Police Reform-Puerto Rico | Several communications and discussions and all work related to the Proposed Stipulations, analysis, review of Proposed Stipulations submitted by (USDOJ) and (PRDOJ); meeting between the Parties | 10.00 | $125.00 | $1,250.00 |

Total hours for this invoice        52.00

Total amount of this invoice        $6,500.00

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

Julio 28, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

### Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| 7-11-2017 | Reading and analysis of Draft of General Order to establish evaluation of members of PRPD and conference call with Attorney Antonio Bazán. | 3 |
| 7-12-2017 | Analysis of General Order Regulating the Transfers in PRPD | 4 |
| 7-14-2017 | Meeting with Judge Sigfrido Steidel. | 1.5 |
| 7-17-2017 | Meeting at PRPD. | 4 |
| 7-18-2017 | Meeting with TCA and Judge Gelpi. | 1.5 |
| 7-18-2017 | Meeting with TCA and Attorney Antonio Bazán- Preparation of Informative Motion. | 1.5 |
| 7-20-2017 | Review of drafts of Stipulation on Field Compliance and Assessment. | 1 |
| 7-20-2017 | Meeting with Marcos Soler to discuss Join Stipulation Concerning Proposed Order on Assessment of Field Activities. | 2 |
| 7-20-2017 | Meeting with the parties to discuss Joint Stipulation Concerning Proposed Order on Assessment of Field Activities. | 2 |
| 7-21-2017 | Meeting with TCA. | 4 |

| 7-21-2017 | Paragraph 258 meeting. | 3 |
|-----------|------------------------|---|
| 7-22-2017 | Reading of documents of TCA and conference call with CL Lawyers. | 2 |
| 7-29-2017 | Revision and preparation of changes recommended to Stipulation. | 2 |
| 7-31-2017 | Meeting of CL Lawyers Stipulation. | 2 |
| 7-31-2017 | Meeting with DOJ and PR DOJ Stipulation. | 2 |
| | **TOTAL BILLED HOURS:** | **35.5** |
| | **TOTAL:** | **$ 4,437.50** |

_____

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

ok
8/7/2017

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone Nos.* (787) 764-7684 (Office)
(787) 772-3572 (fax)

July 31, 2017.

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-07**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of July, 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 7/04/2017 | **1.25 Hrs.** 6:30 to 7:45 pm | Review and Advice on:1) Special Weapons of the Div. Of Specialized Tactics (Redline) 2) Regulation Firearm (Redline) 3) Annual Review GO -100, Sec. 103, 4)  Final Draft-Police Pursuits GO 600, Sec. 623, 5) Annual Review of GO, Chapter 600,Sec. 625 (Management & Crowd Control. John Romero |
| 7/10/2017 | **.50 hr.** 1:00 to 1:30 pm | Review and Advice on: Review of Evaluation Board of Specialized Divisions- Alex Del Carmen |
| 7/12/2017 | **2.00 hrs.** 4:30 to 6:30 pm | Review of Redline of GO on performance evaluation of Personnel in the Rank System PRPD Chapter 300. A.R. Bazán |
| 7/13/2017 | **.50 hr.** 5:00 to 5:30 pm | Annual Review of GO-600 Sec. 612 on Searches and Seizures- Rafael Ruiz |
| 7/13/2017 | **2:00 hrs.** 5:30 to 7:30 pm | Comments and recommendations on  Redline of GO on performance evaluation of Personnel in the Rank System PRPD Chapter 300.  A.R. Bazán/ |
| 7/17/2017 | **3:00 hrs.** 9:00 am. to 12:00 Noon | Meeting with TCA- Privilege Attorney/Client issues |
| 7/17/2017 | **4:00 hrs.** 1:00 to 5:00 pm | Meeting at PRPD Headquarters on issues of Paragraph 229 and 13, Methodology on Crowd control issues and TCA's participation as observer in marches, protests, etc. |
| 7/18/2017 | **3:00 hrs.** 9:00 am. To 12:00 Noon--------------- | Meeting at PRPD- 1) CIC Manuals, 2) Arrests and Summons, Domestic Violence by PRPD members |

| | | GO on Evaluation of PRPD enlisted personnel |
|---|---|---|
| 7/18/2017 | **.75 hrs.** 1:15 to 2:00 pm.<br>**1.50 hrs.** 3:30 to 5:00 pm. | 1-Meeting with TCA – Privilege matter,<br>2-Further discussions on approval and filing of<br>motion with the Court. |
| 7/19/2017 | **1.50 hrs.** 10:30 to 12:00<br>Noon | Analysis and Comments on draft of Stipulation by<br>parties. |
| 7/20/2017 | **.50 hrs.**  3:00 to 3:00 pm | Review and Recommendations on Rules for<br>Intervention with persons in crisis or hostage<br>situations – John Romero |
| 7/21/2017 | **3:00 hrs.** 9:00 to 12:00 N | Privilege Matter-Meeting with TCA and<br>Constitutional Attorney |
| 7/21/2017 | **3:00 hrs.** 1:00 to 4:00<br>pm. | Meeting at PRPD on Paragraph 253 and assorted<br>issues |
| 7/27/2017 | **1.25 hrs.** 4:30 to 5:45 pm | Syllabus on Professional Development of<br>Policemen/Alex Del Carmen and PRPD's Academy<br>Syllabus on K-9 Training/Alan Young |
| 7/28/2017 | **2:00 hrs.** 3:00 to 5:00<br>p.m | Review of Court Order and Draft of Stipulation sent<br>to TCA and Constitutional Attorneys |
| 7/31/2017 | **5:00 hrs.** 1:30 pm to 6:30<br>pm. | Initial preparatory meeting with Constitutional and a<br>meeting with USDOJ & PRDOJ to discuss draft of<br>Stipulations prepared by TCA and USDOJ. |
| 7/31/2017 | **34.75 total hours billed** | 34.75. x $125.00= $4,343.75 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of
hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed
TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and
from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including
courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client
Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC
National Guidelines (2009) and applicable jurisprudence.

_____

Antonio R. Bazán González, Esq.

ok *[signature]*
8/7/2017

# LEGAL FEES AND PROFESSIONAL SERVICES RENDERED

Guillermo A. Baralt Miró, Esq.
2070 Calle 1 Apdo. 215B
Guaynabo, Puerto Rico 00966
guillermobaralt@outlook.com
(787)236-0645

TCAPR
268 Muñoz Rivera,
Suite 1001
San Juan, PR 00918

For the Period Ending on July 28, 2017

| Date | Time Invested (hrs) | Brief Description of Service Rendered |
|---|---|---|
| 6/29/2017 | 2:00p.m. – 5:00 p.m.<br><br>3h | Read the Redline Version of 600–625 and emailed comments to other members of the TCA's workgroup. |
| 7/3/2017 | 2:00 p.m. – 4:00 p.m.<br><br>2h | Researched PRPD's approach to crowd management throughout history (with the archives of Department of State; Period BEFORE 600-625). |
| 7/5/2017 | 12:00 p.m. – 5:00 p.m.<br><br>5h | Began preparing proposal for methodology of for informal assessments throughout the rest of the capacity building period, as per TCA's request. |
| 7/7/2017 | 3:00 p.m. – 6:00 p.m.<br><br>3h | Completed elaborating meeting minutes; Dr. Blanco Peck's study and presentation to the Superintendent. |
| 7/10/2017 | 11:00 p.m. – 5:00 p.m.<br><br>6h | Prepared materials to be distributed to the TCA's staff attorneys. Made an official request to PRPD for documents of previous policies regar00ding crowd management; as per TCA's request. (Ongoing). |
| 7/12/2017 | 10:30 a.m. – 5:30 p.m.<br><br>7h | Administrative office work related internal documents; created additional tables regarding policies approved by the TCA in preparation for upcoming activities. Continued drafting proposal for methodology (see 7/5/2017). |
| 7/13/2017 | 12:30 p.m. – 4:30 p.m.<br><br>4h | Followed up on previous petition for documents in relation to the 7/10/2017 written request for information regarding the agency's previous crowd control policies.<br><br>Sought secondary alternate sources as a contingency. |
| 7/14/2017 | 3:00 p.m. – 4:00 p.m.<br><br>1h | Updated internal records (tables) regarding the TCA's approval of policies, rules and regulations, and other guidelines in relation to action plan; to be discussed as part of the TCA's Core Team visit. |
| 7/17/2017 | 9:00 a.m. – 6:00 p.m.<br><br>9hr – 1hr = 8hr | Core Team visit. Received assignment for the week. Conferred with members of the Core Team regarding weekly activity and upcoming assessments.<br><br>Meetings at PRPD headquarters; various topics. |
| 7/18/2017 | 9:00 a.m. – 5:00 p.m.<br><br>9hr – 1hr = 8hr | Visit to the Bayamón Area Command. Met with the Area Commanders alternate, staff, FRB Members and Training Coordinator.<br><br>Met with the San Juan Area Commander, FRB was not available, had meeting with training coordinators. |
| 7/19/2017 | 7:00 a.m. – 6:00 p.m.<br><br>11hr – 1hr = 10h | Visit to the Mayaguez Area Command, met Area Commander, Training Coordinator, FRB and FIU. Sat in a classroom were Domestic Violence training was being offered. |
| 7/20/2017 | 7:30 a.m. – 5:30 p.m.<br><br>10h – 1hr = 9hr | Visit to PRPD Academy. All day event, met with Reform Unit throughout the Morning, and SAEA arranged for the Core Team to sit in two courses. |
| 7/21/2017 | 11:00 a.m.– 5:00 p.m.<br><br>6h | Began working on the TCA's Core Team Site Visit Report |

| 7/22/2017 | 10:00 a.m. – 2:00 p.m.<br>3:00 p.m. – 8:00 p.m.<br><br>9h | Continued working on the Site Visit Report with TCA Staff members about the week's site visits for purpose of Site Visit Report. |
|---|---|---|
| 7/23/2017 | 9:00 a.m. – 1:00 p.m.<br><br><br>2:00 p.m. – 6:00 p.m.<br><br>8h | Continued draft of Site Visit Report; shared with the Core Team Members assigned to that project. Incorporated a number of changes throughout the report. |
| 7/24/2017 | 12:00 p.m. – 3:00 p.m.<br><br><br><br>4:00 p.m. – 6:00 p.m.<br>5h | Deadline for report. Continued working on the final version.<br><br>Visited PRPD to pick up Site Visit Report-Related Documentation.<br><br>Finished and Submitted Final Version of Report with related documentation. |
| 7/25/2017 | 12:00 p.m. – 5:00 p.m.<br>5h | Rewrote and reformatted Drafted Contracts for the TCA's office. |
| 7/26/2017 | 2:00 p.m. – 4:00 p.m.<br><br>2h | Conferred with TCA's staff member about the TCA's assessment; created a strategy for obtaining the documents required (see 7/10 – 7/13) |
| Hours Worked | 101 | |
| Rate ($) | 20 | |
| Total: | 2,020 | |

_____
s/Guillermo A. Baralt Miró, Esq.

July 28, 2017
Date

*Invoice for Services Rendered by attorney Guillermo A. Baralt Miró, work commissioned by TCAPR. This document may contain information that is privileged, and, unless waiver provided, TCAPR reserves all rights to publish or otherwise disseminate the content of the work produced. TCAPR reserves any other rights regarding the confidentiality of this information, to the extent that is allowed by State and Federal statutes.

Jose L. Pujol
Investigative Consultant
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2017-03**

Sir:

The following is a detailed statement of the hours worked on planning. preparing and/or conducting investigations and or assessments.  The statement also includes hours spent in Court Hearings. and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 06/28/2017 | **5.5 hrs.**  9:15 am to 3:15 pm (minus 0.5 hr. lunch) | Analysis and scanning of the new "Planes de Trabajo" provided by the PRPD. Updating the Assessment report with the analysis' results and recommendations. |
| 06/29/2017 | **6 hrs.**  9:15 am to 3:45 pm (minus 0.5 hr. lunch) | Analysis of documents provided by the PRPD. Updating the Assessment report with the analysis' results and recommendations. |
| 06/30/2017 | **5 hrs.**  9:30 am to 3:00 pm (minus 0.5 hr. lunch) | Analysis of documents provided by the PRPD. Updating the Assessment report with the analysis' results and recommendations. |
| 07/05/2017 | **6 hrs.**  9:15 am to 3:45 pm (minus 0.5 hr. lunch) | Analysis of documents provided by the PRPD. Updating the Assessment report with the analysis' results and recommendations. |
| 07/06/2017 | **6 hrs.**  9:15 am to 3:45 pm (minus 0.5 hr. lunch) | Analysis of documents provided by the PRPD. Updating the Assessment report with the analysis' results and recommendations. |
| 07/07/2017 | **3.5 hrs.** 9:30 am to 1:30 pm (minus 0.5 hr. lunch) | Analysis of documents provided by the PRPD. Updating the Assessment report with the analysis' results and recommendations. |
| 07/10/2017 | **6.5 hrs.** 9:30 am to 4:30 pm (minus 0.5 hr. lunch) | Analysis of video recordings of 05/01/2017. Updating the Assessment report with the analysis' results and recommendations. |
| 07/11/2017 | **6.5 hrs.** 9:20 am to 4:35 pm (minus 0.5 hr. lunch) | Analysis of video recordings. Updating the Assessment report with the analysis' results and recommendations. |

| 07/13/2017 | **6.5 hrs.**  9:15 am to 4:30 pm (minus 0.5 hr. lunch) | Analysis of video recordings. Updating the Assessment report with the analysis' results and recommendations. |
| 07/14/2017 | **4.5 hrs.**  9:30 am to 2:30 pm (minus 0.5 hr. lunch) | Preparing interviews to PRPD personnel. |
| 07/17/2017 | **7 hrs.**  08:45 pm to 4:30 pm | Visit to PRPD headquarters and meeting with Tnte. Col. Luciano. Picked up documents and served a request for more documents. Review and analysis of received documents. |
| 07/19/2017 | **6 hrs.**  9:15 to 4:00 pm (minus 0.5 hr. lunch) | Analysis of PRPD training records. Updating the Assessment report with the analysis' results and recommendations. |
| 07/20/2017 | **5 hrs.**  9:30 am to 3:00 pm (minus 0.5 hr. lunch) | Analysis of PRPD training records. Updating the Assessment report with the analysis' results and recommendations. |
| 07/21/2017 | **3 hrs.**  9:10 am to 12:10 pm | Working on the Assessment report with the analysis' results and recommendations. |
| 07/26/2017 | **5.5 hrs.**  9:25 am to 3:30 pm (minus 0.5 hr. lunch) | Preparing interviews to PRPD personnel. Updating the Assessment report with the analysis' results and recommendations. |
| 07/27/2017 | **4 hrs.**  9:20 am to 2:00 pm (minus 0.5 hr. lunch) | Preparing interviews to PRPD personnel. Updating the Assessment report with the analysis' results and recommendations. |
| 07/27/2017 | **86.5 hrs.** Total hrs. billed | 86.5 hrs. x $50.00= **$4,325.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

**Invoice July 15, 2017: $3,500**

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services for Part of Phase I: (July 15, 2017 – August 31, 2017): $3,500**

Translation of Final Report for Department of Justice of the United States of America.

| Translation Phase I | Calendar |
|---|---|
| 1- Translation (Spanish to English) of the Part I & II of the Qualitative Report on the Puerto Rico's Police Department Sustainable Reform: The Feedback of Nine (9) Community Focus Groups in Puerto Rico (2017) for the Department of Justice & the Office of the Technical Compliance Advisor of the Puerto Rico's Police Department Reform. | (July 15, 2017 – August 31, 2017) |
|  |  |

I look forward to maintain communication with you,

Sincerely yours,

*Richard Blanco Peck*

**Richard Blanco Peck (Independent Researcher to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

oK

# INVOICE 0124

7/20/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Jul 16-22, 2017 to TCA Core Team, | |
| which includes the following: | |
|   - Transportation from and to airport/hotels | |
|   - Transportation services to municipalities | |
|    (TCA Office, Headquarters in Hato Rey, Gurabo Police Academy) | |
| | |
| Total Hours Worked: 87 hrs | |

|  |  |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

8/7/2017

58.792
Raúl

**Shell Fajardo**
Quebrada Vueltas, Carr 3 Km 17 9
Fajardo PR 00738
7876562233
Fecha: 7/19/201  12:31 PM
Cajero: Rafael Rivera
Trans No: 1323302
Batch No 4233

| Cnt | C/F LU | Descripción |
|-----|--------|-------------|

Cantid  prepagada          $20.00

Subtotal:        $20.00
Municipal:       $0.00
Estatal :        $0.00

Total:           $20.00
Pagado:          $20.00
Cambio: :        $0.00

Gracias por su patrocinio!

processed by Softek

BIENVENIDOS A
SHELL MERCATIL PLAZA
TEL.787-773-0898

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay #05 |  | 40.00 |
| | Sub Total | 40.00 |
| | MUN | 0.00 |
| | EST | 0.00 |

TOTAL      40.00
CASH $     40.00
THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 14336
07/17/17  11:15:32           ST# S0520

BIENVENIDO A
TO GO STORES 24HRS.
CAGUAS
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #06 |  | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |

TOTAL        20.00
CASH $       20.00

GRACIAS, VUELVA PRONTO
*****
ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019 TILL XXXX DR# 1 TRAN# 1041196
CSH: 23            07/18/17 18:28:39

Raul
58,266

Raul
58,424.6

## Eureka Gas Station

0000
Las Piedras,PR 0000
0000
0
Date: 7/18/2017 5:56 AM
Cashier: Franches Ortiz
Trans No. 150975
Batch No. 690

| Qty | UPC/PLU | Description | |
|-----|---------|-------------|---|
| Regular [7] | | | $25.00 |
| 42.589 | $0.587 | | |

| | |
|---|---|
| Subtotal: | $25.00 |
| Impuesto: | $0.00 |
| | |
| Total: | $25.00 |
| Tendered: | $25.00 |
| Change: | $0.00 |

Recibo

Raul
58,148.5

## PUMA 176

San Juan

Fecha: 7/24/2017 12:20 PM
Cajero: Daleishca Díaz
Trans No. 39952
Batch No. 213

| Cnt | UPC/PLU | Descripción | |
|-----|---------|-------------|---|
| Combustible | Combustible Surtidor 1 | | |
| 1 | $30.000 | $30.00 | |

| | |
|---|---|
| Subtotal: | $30.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| | |
| Total: | $30.00 |
| Pagado: | $30.00 |
| Cambio: | $0.00 |

Thank you for your business!

CONTROL:
ST

Y
CAIMITO

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#01 | | 40.00 |

```
              Sub Total    40.00
              ESTATAL       0.00
              MUNICIPAL     0.00
        TOTAL    40.00
              CASH $    40.00
```

THANKS, COME  AGAIN
```
REG# 0001 CSH# 008 DR# 01  TRAN# 10178
07/10/17  17:04:22          ST# AB123
```

Y
CAIMITO

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#05 | | 40.00 |

```
              Sub Total    40.00
              ESTATAL       0.00
              MUNICIPAL     0.00
        TOTAL    40.00
              CASH $    40.00
```

THANKS, COME  AGAIN
```
REG# 0001 CSH# 007 DR# 01   TRAN# 13081
07/13/17  08:10:42          ST# AB123
```

PUMA
PUERTO NUEVO
(787) 296-4179

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#09 | | 30.00 |

```
              Sub Total    30.00
              ESTATAL       0.00
              MUNICIPAL     0.00
        TOTAL    30.00
              CASH $    30.00
```

GRACIAS

VUELVA PRONTO

```
REG# 0001 CSH# 008 DR# 01   TRAN# 10483
07/26/17  12:09:09          ST# TX220
```

## PUMA 212

san juan .

**Fecha: 7/6/2017 10:43 AM**
**Cajero: Yokasta Rodriguez**
**Trans No. 88379**
**Batch No. 384**
Cnt   UPC/PLU   Descripción

| Combustible | Combustible Surtidix 5 | |
|-------------|------------------------|--|
| 1 | Gasolin | p |

Subtotal:      $40.00
Estatal:        $0.00
Municipal:     $0.00

Total:         $40.00
Pagado:        $40.00
Cambio:         $0.00

Thank you for your business.

CONTROL:  W1G2-1BW0M
ST

Raúl
58,689

**BIENVENIDO A**
**TO GO STORES 24HRS.**
**CAGUAS**
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #10 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| ATH $ | | 20.00 |

GRACIAS, VUELVA PRONTO
*****
ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
# 00019 TILL XXXX DR# 1 TRAN# 1024623
I: 6 07/28/17 11:29:38

TO GO STORES
GURABO
VP13007411001
Gurabo

PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 16.00 |
| Subtotal | | 16.00 |
| Tax | | 0.00 |
| **TOTAL** | | **16.00** |
| ATH $ | | 16.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1023200
CSH: 9 07/28/17 11:05:45

ATH A TODA HORA

TEXACO PUERTO NUEVO
E ROOSEVELT EQ DIEGO 1250 PUERTO NUEVO
SAN JUAN

| TE | TIME | HOST |
|---|---|---|
| 1 26.17 | 12:15:55 | P.PAID |
| TCH | TERMINAL ID | MERCHANT ID |
| 3186 | 87880302 | 8788103700260 |

PREPAID CASH

PP NUMBER.
AJE 627607040714136

TH. CODE: 0AYHXO INVOICE: 010182
TRACE :003536

TAL : $ 20.00

GNATURE: X____________________________

APPROVED
19.75

RDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
D/OR SERVICE IN THE AMOUNT OF THE TOTAL
OWN HEREON AND AGREES TO PERFORM THE
LIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

---

ATH A TODA HORA

TEXACO PUERTO NUEVO
AVE ROOSEVELT EQ DIEGO 1250 PUERTO NUEVO
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jul 17.17 | 14:12:45 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000161 | 87880302 | 8788103700260 |

PREPAID CASH

PP NUMBER.
PEAJE 627607053546995

AUTH. CODE: 0AYATE INVOICE: 008914
TRACE :003065

TOTAL : $ 40.00

SIGNATURE: X____________________________

APPROVED
38.55

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patror

---

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9037
07/28/17 10:08:33

| | | |
|---|---|---|
| Numero de Cuenta: | | AC03451154 |
| Cantidad de Pago: | $ | 10.00 |
| Metodo de Pago: | | Efectivo |
| Balance: | $ | 18.95 |

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

---

ATH A TODA HORA

TEXACO PUERTO NUEVO
AVE ROOSEVELT EQ DIEGO 1250 PUERTO NUEVO
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jul 26.17 | 12:17:10 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000185 | 87880302 | 8788103700260 |

PREPAID CASH

PP NUMBER.
PEAJE 627607053546995

AUTH. CODE: 0AYHXP INVOICE: 010181
TRACE :003538

TOTAL : $ 40.00

SIGNATURE: X____________________________

APPROVED
48.65

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

**Receipt 1 (top, inverted)**

| | | |
|---|---|---|
| RECIBI | TOTAL | 20 00 |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

| | |
|---|---|
| FLUSHING | |
| INSPECCION | |
| LAVADO MOTOR | |
| LAVADO | 20 |
| ENGRASE | |
| FILTRO | |
| QTOS. DE ACEITE | |
| LITROS DE GASOLINA | |

TAB. NÚM. ___   CASH ☑   CREDITO ☐

DIRECCION

SR.

FECHA 7/28 20 17

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES, GRACIAS

Tel. (787) 724-5670
San Juan, Puerto Rico 00907
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18

# LULU SERVICE STATION

072l5

**Receipt 2 (bottom left, inverted)**

| | | |
|---|---|---|
| RECIBI | TOTAL | 20 |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

| | |
|---|---|
| FLUSHING | |
| INSPECCION | |
| LAVADO MOTOR | |
| LAVADO | 20 |
| ENGRASE | |
| FILTRO | |
| QTOS. DE ACEITE | |
| LITROS DE GASOLINA | |

TAB. NÚM. ___   CASH ☑   CREDITO ☐

DIRECCION

SR.

FECHA ___ 20

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES, GRACIAS

Tel. (787) 724-5670
San Juan, Puerto Rico 00907
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18

# LULU SERVICE STATION

09493

**Receipt 3 (bottom right, inverted)**

| | | |
|---|---|---|
| RECIBI | TOTAL | 20 |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

| | |
|---|---|
| FLUSHING | |
| INSPECCION | |
| LAVADO MOTOR | |
| LAVADO | 20 |
| ENGRASE | |
| FILTRO | |
| QTOS. DE ACEITE | |
| LITROS DE GASOLINA | |

TAB. NÚM. ___   CASH ☑   CREDITO ☐

DIRECCION

SR.

FECHA ___ 20

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES, GRACIAS

Tel. (787) 724-5670
San Juan, Puerto Rico 00907
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18

# LULU SERVICE STATION

09267



# CRISTALERIA MARTINEZ, INC.

Tel./Fax: 787-733-0460

Dirección Postal: HC-04 Box 4013 Las Piedras, PR 00771
Dirección Física: Carr. 936 Km 1.0 Las Piedras, PR 00771
Email: martinezglass@yahoo.com
Website: www.cristaleriamartinezpr.com

☐ Cotización ☑ Factura

**Nombre:** TCA Corp.

**Dirección:**

**Fecha:** **Teléfono:** 7/24/2017

NUM.

**35+ Años**
Sirviéndole a
Puerto Rico

| Cantidad | Descripción | Precio Unidad | Total |
|---|---|---|---|
| 1 | Reparar retrovisor (Int) | | $22.42 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Paid | | |
| | | | |
| | | | |
| | | | |
| | | | |

**NOTA:**
• Depósito de 50% requerido no es reembolsable.
• No se aceptan cambios en medidas.
• No nos hacemos responsables por órdenes después de 30 días, ni por daños ocurridos en materiales dejados por clientes.
• Se hará un cargo de $25.00 por cada cheque devuelto.
• Es su responsabilidad verificar su orden al recoger, no se aceptan reclamaciones ni devoluciones después de recogida.

| | |
|---|---|
| Subtotal | $22.42 |
| Impuesto | 2.58 |
| Total | $25.00 |
| Depósito | |
| Balance | |

**Firma:**
*(Acepto el cargo y condiciones de esta factura)*

*¡Gracias por su patrocinio!*

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

SERVICIOS
www.dtop.gov.pr
1977

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|--------|-------|----------|------|-------------|

2013 FORD EDGE SE BLANCO
Automovil(Privado) , Auto Privado
Descripción y Clasificación de Vehículo

| | | | |
|---|---|---|---|
| 1239447 | 02jul2013 | HXO055==== | 11263847 |
| Registración | Fecha Registro | Tablilla | Título |

| 2013 | FORD | EDG | BLA | | * 4 | * 6 | * 111 |
|------|------|-----|-----|---|-----|-----|-------|
| Año | Marca | Modelo | Color | Puertas | Cilin | Cab Fuerza |

2FMDK3GC2DBB27507       0                               0
VIN (Número de Serie)       Peso Desc.

5J0729                                   Capacidad de Carga
                                         $ 22,165.00
Dealer              Venta Condicional      Precio Contributivo
ago 2017 a jul 2018      *Mele9050*        31 jul 2018
Vigencia              Marbete

CAPR CORP
WORLD PLAZA
268 MUNOZ RIVERA 1001
SAN JUAN, PR 00918-1921

Dueño del Vehículo y Dirección Postal
La Misma

|  |  |
|---|---|
| Multas | $ 0.00 |
| Derechos Anuales | $ 44.00 |
| ACAA | $ 35.00 |
| Seguro Oblig | $ 99.00 |
| Centro de Trauma | $ 2.00 |
| Importe Total | $ 180.00 |

Dirección Residencial, solo si es diferente a Postal

$ 0.00              0
Precio de Venta      Licencia      Estación de Inspección
                                   27949782

20170720-16415900-406-11592-5337-000000000

REQUIERE INSPECCION VEH. DE
MAS DE DOS AÑOS FABRICADO

**INSTRUCCIONES**
1. Notifique cambios residencia y postal dentro de...
2. Conserve el original del recibo de pago de bole...
3. Devuelva la tablilla, licencia y título, si aplica, al...
   vehículo como chatarra o abandonado por inse...
   22. Evite que otras personas puedan hacer uso...
4. Vehículo uso comercial con más de 10,000 libra...
   o más de 10 personas deberán cumplir con los...
5. Radique en el Centro de Servicios al Conductor...
   diez (10) días de formalizado (endosado o nota...
   valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de forma...
   internas, más diez (10) dólares por traspaso tar...
   días pagará diez (10) dólares en Sellos de Ren...
   más cinco (5) dólares por cada mes o fracción...
7. La Ley 116 del 30 de junio de 2005 permite só...
   Multa $50.00

**TRASPASO DE VEHÍCULO**
...dos a partir del 7 de enero de 2001 deberán ser notariz...

USE LETRA DE MOLDE

NOMBRE DEL VENDEDOR

NOMBRE DEL COMPRADOR

NÚMERO DE SEGURO SOCIAL          NÚMERO DE LICENCIA

Urbanización, Condominio o Barrio

Número de Casa          Calle          Apartamento

Municipio                          Zip Code

Urbanización, Condominio o Barrio

Número de Casa          Calle          Apartamento
                                       Zip Code

AFIDAVIT NÚMERO:

Comparece

FIRMA DEL VENDEDOR (MARCA) O TESTIG...

FIRMA DEL COMPRADOR (MARCA) O TESTI...

TABLILLA ASIGNADA:

SUSCRITO Y JURADO ANTE MI POR LOS
COMPARECIENTES A QUIENES DOY FE CONOCER

Fecha:                          Lugar:

ABOGADO NOTARIO

COLECTOR DE RENTAS INTERNAS O
FUNCIONARIO AUTORIZADO DEL
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

SERVICENTRO
LAS LOMAS

REG  07-24-2017  11:29
ZULMA                000021
                      01  1

1 MARBETE          $85.00
1 SERVICIO MAR      $5.00
1 COPIA             $0.50
1 COPIA             $0.50
1 INSPECCION       $11.00
    TL          $102.00
    CASH        $102.00

Back to School
Back to School Sale

# Rosario Tire Center

*melvinrosariohtc@gmail.com*

**Sector Cabo Caribe, Carr #2**
**Km. 37.5 Vega Baja**

## TEL: 787-408-7953

Fecha: _____

Cliente: _____ TCAPR. _____

Tel. _____   Vendedor: M. Rosario

| CANT. | DESCRIPCION | PRECIO | TOTAL |
|---|---|---|---|
| 2 | 245-55-19 — S TurBlar | | |
| 2 | Balanceo | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | M.F. | | |
| | 2 meses mas de Garantia | | |
| | Total 6 meses | | |

*Gomas usadas 15 días de garantía
*Gomas nuevas 4 meses de garantía
Ciertas Restricciones Aplican

**Tax:** 23.00

**TOTAL:** 223.00

Firma

# sears
## AUTO CENTER

**2789 - Sears, Roebuck and Co.  PLAZA LAS AMERICAS**
**SAN JUAN, PR  00918   (787) 773-7305**

RECIBO FINAL
INVOICE DATE : 07/12/2017

Número de EPA:    Facilidad Número:

| | | |
|---|---|---|
| OMBRE : PR, TOA | **PROMETIDA: 07/12/2017 09:00 PM** | |
| R. : SAN JUAN | **AÑO/MARCA/MODELO** | |
| SAN JUAN, PR 00926 | 2016 TOYOTA TRUCK HIGHLANDER V6-3456 3.5L DOHC | |
| R) : (787) 765-2206 | **# DE LICENCIA ENTRADA    COLOR    ODO.** | |
| C : | IWU032    White    16895 | |

**ESTIMADO INICIAL   ESTIMADO REVISADO   AUTORIZACION TELEFONICA   NUMERO REF.**

| | ESTIMADO INICIAL | ESTIMADO REVISADO | |
|---|---|---|---|
| PARTES | $59.92 | $36.74 | |
| MANO DE OBRA | $15.25 | $15.25 | |
| OTROS | $0.00 | $0.00 | |
| IMPUESTOS | $2.56 | $2.56 | |
| TOTAL | $97.73 | $54.55 | |

AUTORIZADO POR:    CREADO POR:
529511

CONTACTADO POR:    FACTURADO POR:
529107

NUMERO REF.
INE322114

**V.I.N.    LOCALIZACION   ODO. SALIDA**
5TDYKRFH2FS101433    P2

**HORA ENTRADA        HORA SALIDA**
07/12/2017 06:43 PM    07/12/2017 06:54 PM

**# DE ETIQUETA        ESPERAR**

**FECHA/HORA DEL ESTIMADO**
07/12/2017 08:28 AM

**FECHA/HORA DEL EST REVISADO**
07/12/2017 08:13 PM

NUMERO LLAMADO:    COMPRA LOCAL / ORDEN DE COMPRA NUMERO:
322114

DIA / HORA LLAMADA:

ESION DE AIRE FRENTE/ATRAS
25 - ALL O.E. APPLICATIONS

**ESPECIFICACION TORQUE RUEDAS**
GRN76 - ALL O.E. APPLICATIONS

Ver al dorso para condiciones de la
garantía y otra información importante.

OMENTARIOS / OTRO CONTACTO:

TRABAJO AUTORIZADO POR:
X

| ANTIDAD | | # ARTICULO | DESCRIPCION DE MERCANCIA | PRECIO UNITARIO | TOTAL | TEC | CSA |
|---|---|---|---|---|---|---|---|
| 1 | PS | 02870090 | TL25608 . OIL FILTER | $6.99 | $6.99 T | | 529511 |
| 1 | PS | 19045076 | 5Qts 0w20 Synth Oil | $0.00 | $0.00 | | 529511 |
| 1 | LB | 19045050 | OIL CHANGE, SERVICE | $15.25 | $15.25 T | 999995 | 529511 |
| 14 | PS | 19045077 | ADD, 0.1 QT 0W20SYN | $0.00 | $0.00 | | 529511 |
| 7 | PS | 02813502 | MOBIL 1 5W,1 QT 20FULL SY | $8.99 | $62.93 | | 529511 |
| 7 | AC | 032026 | OIL CHARGE | $1.00 | $7.00 | | 1727 |
| 7 | RT | 062022 | STATE ENVIRONMENTAL FEE | -$1.00 | -$7.00 | | 1727 |
| 1 | RT | 189140 | Restocking/cancel fee | -$33.18 | -$33.18 | | 529107 |

↑ - Este símbolo indica cambios en piezas o labor en el estimado original.

**SEARS VALUES YOUR FEEDBACK!**

We hope we lived up to your expectations. Please let us know at WWW.SEARSAUTOFEEDBACK.COM

speramos haber sobrepasado sus expectativas. Haganos saber en WWW.SEARSAUTOFEEDBACK.COM

RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

| Parts Subtotal: | $36.74 |
|---|---|
| Labor Subtotal: | $15.25 |
| Reductions Subtotal: | $0.00 |
| Subtotal: | $51.99 |
| Tax: | |
| Total: | USD $54.55 |

RC: 7149-9592-9839-1769-0619

| Cash Tendered: | $55.00 |
|---|---|
| Change Due: | -$0.45 |

CONTROL: 54034-4CA4F
MERCHID: 67160027692
Visit us at SYWR.com

SALESCHECK # 027890736129

RTICULO / INFORMACION GARANTIA / DETALLES DE LABOR / COMENTARIOS
4 Qts 0w20 Synthetic Oil
LL LUG NUTS ON CUSTOM AND ALLOY WHEELS MUST BE RE-TORQUED AFTER 25 MILES AND CHECKED PERIODICALLY.

TODAS PARTES NUEVAS, NO ORIGINALES, A MENOS ESPECIFICACION CONTRARIA.



# sears
## AUTO CENTER

2789 - Sears, Roebuck and Co.  PLAZA LAS AMERICAS
SAN JUAN, PR  00918   (787) 773-7305

**RECIBO FINAL**
INVOICE DATE: 07/27/2017

Número de EPA:        Facilidad Número:

NOMBRE : PR. TCA
MR.      SAN JUAN
         SAN JUAN, PR 00926
PH.      (787) 765-2299
REC :

INSTRUCCIONES INSTALACION DE GOMAS

**PROMETIDA: 07/27/2017 08:00 PM**

| AÑO/MARCA/MODELO | | |
|---|---|---|
| 2015 TOYOTA TRUCK HIGHLANDER V6-3456 3.5L DOHC | | |
| # DE LICENCIA ENTRADA | COLOR | ODO. |
| IWU032 | White | 17235 |
| | | ODO. |
| V.I.N. | LOCALIZACION | SALIDA |
| 5TDYKRFH2FS101433 | P2 | |
| HORA ENTRADA | HORA SALIDA | |
| 07/27/2017 01:32 PM | 07/27/2017 01:57 PM | |
| # DE ETIQUETA | | |
| | ESPERAR | |

| | ESTIMADO INICIAL | ESTIMADO REVISADO |
|---|---|---|
| PARTES | $0.00 | $0.00 |
| MANO DE OBRA | $49.99 | $49.99 |
| OTROS | $0.00 | $0.00 |
| IMPUESTOS | $4.60 | $4.60 |
| TOTAL | $44.59 | $44.59 |

| FECHA/HORA DEL ESTIMADO | FECHA/HORA DEL EST REVISADO |
|---|---|
| 07/27/2017 01:32 PM | 07/27/2017 02:06 PM |

AUTORIZACION TELEFONICA

AUTORIZADO POR:

CONTACTADO POR:

NUMERO REF
IN6223470

CREADO POR:
528539

FACTURADO POR:
528489

NUMERO LLAMADO:

DIA / HORA LLAMADA:

COMPRA LOCAL
ORDEN DE
COMPRA NUMERO
223470

SESION DE AIRE FRENTE/ATRAS
5/05 - ALL O.E. APPLICATIONS

ESPECIFICACION TORQUE RUEDAS
GRN/76 - ALL O.E. APPLICATIONS

Ver al dorso para condiciones de la
garantía y otra información importante.

COMENTARIOS / OTRO CONTACTO:

TRABAJO AUTORIZADO POR:
X

| CANTIDAD | UM | # ARTICULO | DESCRIPCION DE MERCANCIA | PRECIO UNITARIO | TOTAL | TEC | CSA |
|---|---|---|---|---|---|---|---|
| 1 | LB | 19013011 | ALIGN,SERVICE AP | -$49.99 | $49.99 T | 5595 | 528539 |
| 1 | LB | 19042001 | UNDERHOOD,COURTESY CK | $0.00 | $0.00 T | 5595 | 528539 |
| 1 | LB | 19042002 | UNDERCAR,COURTESY CK | $0.00 | $0.00 T | 5595 | 528539 |
| 1 | LB | 19016033 | SNAPSHOT,PERFORMANCE | $0.00 | $0.00 T | | 528489 |
| 1 | RD | 58 | MULTI CREDIT 48259 | -$10.00 | -$10.00 T | | 528539 |

* - Éste símbolo indica cambios en piezas o labor en el estimado original.

RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

| | |
|---|---|
| Parts Subtotal: | $0.00 |
| Labor Subtotal: | $49.99 |
| Reductions Subtotal: | $0.00 |
| Subtotal: | $39.99 |
| Tax: | |
| Total: | USD $44.59 |

## SEARS VALUES YOUR FEEDBACK!

We hope we lived up to your expectations. Please let us know at WWW.SEARSAUTOFEEDBACK.COM

Esperamos haber sobrepasado sus expectativas. Haganos saber en WWW.SEARSAUTOFEEDBACK.COM

RC: 7139-0497-5879-2789-0519

| | |
|---|---|
| Cash Tendered: | $50.00 |
| Change Due: | -$5.41 |

CONTROL: C3E73-78DE2
MERCHID: 67160027892
Visit us at SYWR.com

SALESCHECK # 027690725768

ARTICULO / INFORMACION GARANTIA / DETALLES DE LABOR / COMENTARIOS                    TODAS PARTES NUEVAS, NO ORIGINALES, A MENOS ESPECIFICACION CONTRARIA.

ITEM COMMENTS:
19013011: YOUR VEHICLE MAY REQUIRE ADD. PARTS AND/OR LABOR TO COMPLETE YOUR ALIGNMENT SERVICE. SERVICE INCL: BEFORE&AFTER PRINTOUTS,STEERING&SUSPENSION EVALUATION.
LABOR ONLY,PARTS ADDITIONAL

ALL LUG NUTS ON CUSTOM AND ALLOY WHEELS MUST BE RE-TORQUED AFTER 25 MILES AND CHECKED PERIODICALLY.

PEDRO C. RIVERA
TEL 403-1657 / 793-0680
ELEMI 109 ALT. STA. MARIA GUAYNABO, P.R. 00969



# INVOICE

**Customer**

NOMBRE        *TCA PR*

TELEFONC

| RECIBIDO | 7/20/2017 |
| --- | --- |
| REPARADO | |
| LLAMADA | |
| ENTREGA | |

| Qty | Description | Unit Price | TOTAL |
| --- | --- | --- | --- |
| 1 | TOWER lexmark 604 H | | 180 ⁰⁰ |

|  | SubTotal | |
| --- | --- | --- |
|  | TOTAL | 180. 00 |

ol√   8/7/2017