## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

## <u>ORDER</u>

The Court, as recently suggested by attorney Luis Saucedo from the US DOJ, agrees that the Directives issued by the court via order at Docket No. 288, should be made public, inasmuch as the general public is unaware of the same.  Given this, situations such as the following hypothetical ones can ensue.  There may be, of course, many other such scenarios.

Example 1.  Legislator Doe calls the TCA asking for advise regarding a proposed bill to amend Law 20 to curtail the duties of the Secretary of Public Safety.

Example 2.  A television reporter calls the TCA  and, in good faith, wants to know his opinion on how the Puerto Rico Police Department PRPD handled a protest at location X.

With the directives at Docket No. 288 in the form of a public order, the above scenarios, as well as many others, are unlikely to occur.  And, if such situations do arise, the TCA can point to the Court's directives.  Likewise, the PRPD and US DOJ can disseminate said directives to the benefit of all.

Given the commendable effort by the parties and TCA in reaching a Joint Stipulation on the TCA's Field Activity (see Docket No. 602.), the Court instructs the parties and TCA to meet

**Civil No. 12-2039 (GAG)**

2

and submit to the Court— on or before **October 2, 2017**—a Joint (this includes PRPD, US DOJ and TCA)  proposed order which  adopts the directives at Docket No. 288 in the form of an order that may be made public.

**SO ORDERED.**

In San Juan, Puerto Rico this 10th day of August, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE