| | |
|---|---|
| **From:** | tca.prm@gmail.com |
| **To:** | Joel Torres Ortiz |
| **Cc:** | Saucedo, Luis E (CRT); Marcos Soler; Clementina Vega Rosario (CVega@policia.pr.gov); Yashira M Vega Montalvo (YMVega@policia.pr.gov); Lorena Garcia Rios (LGarcia@dsp.pr.gov); Wandymar Burgos Vargas; Susana Peñagaricano; Iván J. Ramírez Camacho; Antonio Bazan; Alfredo Castellanos; Federico Denton |
| **Subject:** | Re: Informe Semestral de la PPR |
| **Date:** | Thursday, August 3, 2017 7:47:11 PM |

Thank you reason why I did not offered the subject. Take care...again have a good weekend.

*Sent from my T-Mobile 4G LTE device*

------ Original message------
**From:** Joel Torres Ortiz
**Date:** Thu, Aug 3, 2017 7:28 PM
**To:** TCA PR;
**Cc:** Saucedo, Luis E (CRT) (Luis.E.Saucedo@usdoj.gov);Marcos Soler;Clementina Vega Rosario (CVega@policia.pr.gov);Yashira M Vega Montalvo (YMVega@policia.pr.gov);Lorena Garcia Rios (LGarcia@dsp.pr.gov);Wandymar Burgos Vargas;Susana Peñagaricano;Iván J. Ramírez Camacho;Antonio Bazan;Alfredo Castellanos;Federico Denton;
**Subject:** Re: Informe Semestral de la PPR

Good evening,

The court has ordered that this matter remain restricted. See order 590. The Commonwealth will present its argument through the memorandum of law that the court requested.

Joel Torres Ortiz

Sent from my iPhone

On Aug 3, 2017, at 6:46 PM, TCA PR <tca.prm@gmail.com> wrote:

> Joel, thank you so much l. I was made aware of the motion by the Commonwealth and the subject. If you can recall during our meeting at PRPD Headquarters on July 21, 2017 we discussed the issue the Commonwealth has presented in its motion. On that day; after an exchange of information with Attorney Estrella Vega I told all present that the subject document was not going to be use for my report but rather other sources of information. I presented an example source in the form of an article by El Vocero. My Report is ready and I will submit as soon as the court is ready to be received. My CLs are very aware of the issue and I will always seek their advice as we proceed. I have until 14 August to present my Report. I thank you for your time and effort and again wish you all a great weekend.
>
> On Thu, Aug 3, 2017 at 3:07 PM, Joel Torres Ortiz <joeltorres@justicia.pr.gov> wrote:
>
>> Saludos,
>>
>> En el día de hoy el Gobierno de Puerto Rico ha presentado una moción relacionada a su informe en el Tribunal. Muy respetuosamente solicitamos que espere que el Tribunal resuelva la moción antes de presentar su informe.

Cordialmente,

Joel Torres Ortiz, Esq.

Federal Litigation Division

Office of Civil Litigation

Puerto Rico Department of Justice

Tel. 787-721-2900 Ext. 2629.

Fax. 787-723-9188

Email. joeltorres@justicia.pr.gov

 Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: Attorney Joel Torres Ortiz informs you that the total contents of this e-mail, together with any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction whether orally or through any other media and/or any action taken regarding this message is prohibited. If you received this message in error, please contact the sender at (787) 721-2900, Ext. 2650/2646 and delete the material from any computer.

---

**From:** tca.prm@gmail.com [mailto:tca.prm@gmail.com]
**Sent:** Thursday, August 03, 2017 3:00 PM
**To:** Joel Torres Ortiz; Saucedo, Luis E (CRT) (Luis.E.Saucedo@usdoj.gov)
**Cc:** Marcos Soler; Clementina Vega Rosario (CVega@policia.pr.gov); Yashira M Vega Montalvo (YMVega@policia.pr.gov); Lorena Garcia Rios (LGarcia@dsp.pr.gov); Wandymar Burgos Vargas; Susana Peñagaricano; Iván J. Ramírez Camacho; Antonio Bazan; Alfredo Castellanos; Federico Denton
**Subject:** Re: Informe Semestral de la PPR

Gracias Joel...yo estar haciendo lo mismo pronto. Buen fin de semana a todos. Arnaldo Claudio, TCA

*Sent from my T-Mobile 4G LTE device*

------ Original message------

**From:** Joel Torres Ortiz

**Date:** Thu, Aug 3, 2017 2:30 PM

**To:** TCA PR (tca.prm@gmail.com);Saucedo, Luis E (CRT) (Luis.E.Saucedo@usdoj.gov);

**Cc:** Marcos Soler;Clementina Vega Rosario (CVega@policia.pr.gov);Yashira M Vega Montalvo (YMVega@policia.pr.gov);Lorena Garcia Rios (LGarcia@dsp.pr.gov);Wandymar Burgos Vargas;Susana Peñagaricano;Iván J. Ramírez Camacho;

**Subject:** Informe Semestral de la PPR

Saludos,

Adjunto el informe semestral de la PPR para presentar al Tribunal. El mismo tiene unas correcciones gramaticales al que se había compartido anteriormente. Estaré presentando el documento anejado en el Tribunal en el día de mañana.

Cordialmente,

Joel Torres Ortiz, Esq.

Federal Litigation Division

Office of Civil Litigation

Puerto Rico Department of Justice

Tel. 787-721-2900 Ext. 2629.

Fax. 787-723-9188

Email. joeltorres@justicia.pr.gov

 Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: Attorney Joel Torres Ortiz informs you that the total contents of this e-mail, together with any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction whether orally or through any other media and/or any action taken regarding this message is prohibited. If you received this message in error, please contact the sender at (787) 721-2900, Ext. 2650/2646 and delete the material from any computer.

--
Arnaldo Claudio, Technical Compliance Advisor
TCAPR Corp.
268 Muñoz Rivera
World Plaza, Suite 1001
San Juan, PR 00918
Tel.(787)765-2209
tca.prm@gmail.com

CONFIDENTIALITY NOTE:  This communication contains information belonging to the sender, which is confidential and/or legally privileged, and subject to the dispositions of The Stored Communications Act at 18 U.S.C. 2702(a), the Penal Code of Puerto Rico, 2012 L.P.R. 146, among other applicable Federal and State laws. The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited.  If you have received this communication by error, please delete if from your computer and notify us immediately. Thank you."