IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**COMMONWEALTH OF PUERTO RICO, et al.,**

Defendants.

CIVIL NO. 12-2039 (GAG)

## ORDER

The Commonwealth's motion for protective order (Docket No. 588) is denied without prejudice as premature. The Commonwealth's motion in compliance (Docket No. 599) and US DOJ's response (Docket No. 604) are duly noted.

Once the TCA files his sealed six-month report, the parties shall have the opportunity to review the same (rather than a preliminary draft thereof). They can then tender any legal or evidentiary objections thus having the benefit of the entire TCA document. At this time not even the undersigned has had the benefit of reviewing the TCA's report and, thus, does not find it appropriate to edit the TCA's work product which has not yet been filed (just as I would not ask a magistrate judge to have me review her report and recommendation before the same is filed).

The TCA's report shall be filed on or before **September 8, 2017**. Given the fact that the Commonwealth has at this time expressed some concerns, the TCA and his Constitutional Lawyer team will be given additional time to review the draft report before submitting the same to the Court, and can consider any such issues present. This may or may not ultimately moot any issues once the final report is filed.

**Civil No. 12-2039 (GAG)**  2

Also, as is common in criminal cases, once the final report is filed by the TCA, the parties, rather than move in limine (which would perhaps not be the proper relief), can instead request that the contents be blacked out in portions where it would not be proper for the public to see the same (analogous to redacted discovery routinely provided by the US Attorney).

Finally, the parties will jointly inform by **September 8, 2017**, whether the Court can unrestrict the viewing mode of all of the previous reports and comments thereto, if any.  If there are any concerns as to confidential information, the parties can submit the reports for public filing with the necessary blacked out portions.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th day of August, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE