<b>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF PUERTO RICO</b>

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et. al.<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

<b>MOTION SUBMITTING PRPD'S FIRST BI-ANNUAL STATUS REPORT FOR THE YEAR 2017</b>

**TO THE HONORABLE COURT:**

  **COME NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, through the undersigned counsel, and respectfully allege and pray as follows.

1. In accordance with Paragraph 261 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department, PRPD submitted a sealed version of its Status Report on May 25, 2017 to the Court, the Technical Compliance Advisor and counsel for the Department of Justice of the United States of America. (*See* Dkt. 539)

2. On August 8, 2017, the Court granted the Commonwealth's request to submit its First Bi-Annual Status Report for the Year 2017 unsealed without restrictions. (*See* Dkt. 598).

3. Consequently, PRPD hereby submits its First Bi-Annual Status Report for the Year 2017 as **Exhibit 1**.

**WHEREFORE**, PRPD respectfully requests from this Honorable Court that it take notice of the aforementioned.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on August 18, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov