UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiffs;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.

    Defendant.

No. 12-cv-2039 (GAG)



## MOTION TO FILE SIXTH SIX MONTH REPORT

**TO THE HONORABLE COURT,**

    **COMES NOW** before the Court Arnaldo Claudio, the Technical Compliance Advisor ("T.C.A."), and respectfully files this brief stating:

1. Pursuant to Paragraph § 250 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter "the Agreement"), the Technical Compliance Advisor (hereinafter 'the TCA"), prepared the required Six Month Report covering the period from December 10th, 2016 to June 7th, 2017.

2. In compliance with Paragraph § 252 of the Agreement, the TCA submitted to the parties a copy of the current Six Months report, in a draft form, on June 24, 2017.

3. The Agreement states in Paragraph § 252, that "the Parties shall have fifteen calendar days upon receipt of the draft report to allow the Parties to informally comment on the draft reports."

4. On July 14, 2017 and July 17, 2017, the TCA received comments from the USDO and PRDOJ respectively.

5. Having considered the parties' comments, the TCA is ready to formally file the Six Month Report with this Court, pursuant to Paragraph §§ 250 and 252 of the Agreement.

IN THE VIEW OF TH ABOVE, the TCA respectfully requests that this Honorable Court affirms compliance with Requirements 250 and 252 of the Agreement, approving and authorizing the filing of the second Six Month Report, covering the period from December 10th, 2016 to June 7th, 2017.

In San Juan, Puerto Rico, this day August 21, 2017.

RESPECTFULLY SUBMITTED.

**CERTIFICATE OF SERVICE: I hereby certify that an electronic copy of this document has been sent to all parties of record.**

_____
Arnaldo Claudio –TCA