# Table of Contents: Appendix 4

| | |
|---|---|
| Table of Contents | 101 |
| Action Plan Professionalization: Section III | 103 |
| Action Plan Use of Force: Section IV | 131 |
| Action Plan Search and Seizure: Section V | 200 |
| Action Plan Equal Protections: Section VI | 226 |
| Action Plan Recruitment: Section VII | 260 |
| Action Plan Policies: Section VIII | 284 |
| Action Plan Training: Section IX | 346 |
| Action Plan Supervision: Section X | 451 |
| Action Plan Administrative Complaints: Section XI | 502 |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

Action Plan Community Interaction: Section XII                    554

Action Plan Information and Technology: Section XIII              560

Notes to the reader:

In this Report, compliance with a policy deadline is determined by the date the PRPD submitted the policy for review, not the date the policy was approved.

Unless otherwise noted, the training statistics are based on PRPD self-reported data on the percentage of members of the PRPD trained and certified out of the 13,373 total members of the PRPD

# Compliance Tables for Professionalization

## Action Plan

## Section III. Professionalization

## Requirements: 12 to 21

I. **Policy and Procedure Development Objectives:**

**Activity III.I.1.1**

| III.I.1.1 | Collaborate in the review of the Puerto Rico Police Department Personnel Regulation (No. 4216) to tailor it to the requirements of the Agreement for the Sustainable Reform of the Puerto Rico Police Department in relation to the following matters: promotions, transfers, and responsibilities and duties by rank. **This policy is part of the Policies and Procedures Compliance Area Action Plan.** |
|---|---|
| Due Date | November 2017 |
| TCA Assessment | **See Policies and Procedures Compliance Area Action Plan.** |
| Recommendations | |
| TCA Rating | See Policies and Procedures Compliance Area Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity III.I.1.2

| III.I.1.2 | Review General Order, Chapter 600, Section 617, entitled "Code of Ethics of the Members of the Puerto Rico Police Department" |
|---|---|
| Due Date | April 2015 |
| TCA Assessment | The PRPD met the formal requirement to draft the policy. |
| Recommendations | The TCA will continue annual reviews in accordance with Agreement requirements |
| TCA Rating | Timeframe was met.  (Note to the reader: In this Report, compliance with a policy deadline is determined by the date the PRPD submitted the policy for review, not the date the policy was approved.)<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## Activity III.I.1.3

| | |
|---|---|
| III.I.1.3 | Review General Order No. 2010-12, entitled "Rules and Procedures for Transfer Transactions of Sworn Personnel" to tailor it to the requirements of the Agreement for the Sustainable Reform |
| Due Date | May 2016 |
| TCA Assessment | The PRPD met the formal requirement to draft the policy.  However, the TCA is concerned about the transfer transactions in practice.  See Section III of the current Report: TCA audit. |
| Recommendations | The TCA will continue annual reviews in accordance with Agreement requirements. These reviews will include the findings of the TCA assessment of 2017. |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity III.I.1.4**

| III.I.1.4 | Review the Interagency Collaborative Agreement between the PRPD and the PR Office of Government Ethics signed on March 16, 2015, for the purpose of joining efforts through SAEA and promoting an exchange of training opportunities |
|---|---|
| Due Date | July 2016 |
| TCA Assessment | The PRPD met the formal requirement to draft the policy. |
| Recommendations | The TCA will continue annual reviews in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity III.I.1.5**

| III.I.1.5 | Repeal Regulation No. 6644, entitled "Regulation for Promotions Based on Merit and/or Heroism up to Rank of Captain," and the "Regulation for the Administration of Promotion Exams" to develop a new regulation establishing that written exams will be administered up to the rank of Captain |
|---|---|
| Due Date | December 2016 |
| TCA Assessment | The PRPD met the formal requirement to draft the policy.  However, the TCA is concerned about the way in which the PRPD has handled 2015 and 2016 promotions.  See Section III of the current Report.

TCA is concerned about impact of Act 20 and derogation of Act 53. |
| Recommendations | Continue annual review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## Activity III.I.1.6

| III.I.1.6 | Develop General Order establishing the descriptions, functions, duties, responsibilities, and minimum requirements of each position included in the PRPD Rank System. |
|---|---|
| Due Date | September 2016 |
| TCA Assessment | The PRPD met the formal requirement to draft the policy.  However, the TCA is concerned about the way in which the PRPD has handled 2015 and 2016 promotions.  See Section III of the current Report. <br><br> TCA is concerned about impact of Act 20 and derogation of Act 53. |
| Recommendations | Continue annual review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met <br><br> The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## II.  Training Development Objectives:

## Activity III.II.1.1

| III.II.1.1 | Through the Auxiliary Superintendency for Education and Training (SAEA, Spanish acronym), the PRPD will create a multitopic Training Program to **develop employees' ethical and professional judgment and values** with the collaboration of the Office of Government Ethics (OGE), as stipulated in the Collaborative Agreement between the two agencies. These training courses will be part of continuing education and will be certified as contact hours by the OGE.

The Program will include, but not be limited to the following topics: (Table 6)
1.1.1    General Order 617: MPRPD Code of Ethics
1.1.2    police ethics and integrity
1.1.3    ethical leadership
1.1.4    ethical attitudes in the workplace
1.1.5    ethical principles in management and supervision (this training course is contemplated in the Supervision and Management Compliance Area Action Plan)
1.1.6    managing emotions for ethical coexistence
1.1.7    community policing principles (this training course is contemplated in the Community Interaction and Public Information Compliance Area Action Plan)
1.1.8 techniques to guide and manage MPRPDs in an effective manner and promote effective and ethical police practices (effective supervision) (this training is contemplated in the Supervision and Management Compliance Area Acton Plan), and
1.1.9 Federal and commonwealth non-discrimination laws and PRPD policy (this training is contemplated in the **Equal Protection and Non-Discrimination Compliance Area Action Plan**). |
| Due Date | May 2016 |

| TCA Assessment | During the period covered by this report, the TCA reviewed training materials.  The TCA approved the training designs (syllabus) of the topics that will be object of the Multitopic Training Program.<br><br>These trainings were scheduled to begin in February/2017 to June/2017. However, the PRPD continues in the development phase of the materials needed for these training.<br><br>The TCA highlights that the PRPD has been offering the training of the General Order 617: MPRPD Code of Ethics (1.1.1). This policy was developed in compliance with the Agreement.<br><br>The PRPD statistics show 87% compliance in Code of Ethics training. (Note to the reader: In this Report, unless otherwise noted, the training statistics are based on PRPD self-reported data on the percentage of members of the PRPD trained and certified out of the 13,373 total members of the PRPD) |
| --- | --- |
| Recommendations | Continue review of training materials in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met for 1.1.1 (GO 617 training materials). Timeframe was not met for 1.1.2 through 1.1.9<br><br>The Commonwealth of Puerto Rico is in full compliance with 1.1.1. The Commonwealth of Puerto Rico is in partial compliance with 1.1.2 through 1.1.9 |

**Activity III.II.2.1**

| III.II.2.1 | PRPD, through the Auxiliary Superintendency for Education and Training (SAEA, Spanish acronym), will create a **Training Program for all members of the Promotion Exams Board** to guarantee that promotions in the PRPD are in accordance with equal employment opportunity principles and non-discrimination laws and comply with the three (3) areas of educational activities—cognitive, affective, and psychomotor—necessary to perform successfully the management and supervisory tasks related to the requirements of the rank that the candidates aspires to obtain.<br><br>The Program will include, but not be limited to, the following topics: (Table 7)<br>2.1.1  Agreement for the Sustainable Reform of the Puerto Rico Police Department<br>2.1.2  designing exams to measure cognitive activities<br>2.1.3  drafting questions that will measure knowledge, comprehension, application, and analysis, and<br>2.1.4  designing and preparing question banks for each topic that will be examined. |
|---|---|
| Due Date | Activity was carried out in June 2016. The next dates will be set once the Superintendent constitutes the Exams Board. |
| TCA Assessment | The PRPD met the formal requirement of developing the training program. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| Recommendations | Continue review of training materials in accordance with Agreement requirements.  The TCA would like to train members of the Board on the requirements of the Agreement (2.1.1) |
|---|---|
| TCA Rating | Timeframe was met.  The Commonwealth of Puerto Rico is in full compliance. |

**Activity III.II.3.1**

| III.II.3.1 | With the purpose of professionalizing the personnel who perform supervisory and management tasks, training courses will be developed to provide them with the resources needed to carry out effective and direct supervision in accordance with the Constitution and laws of the U.S. and the Commonwealth of Puerto Rico, and generally accepted police practices. These training courses are contemplated in the **Supervision and Management Compliance Area Action Plan**. |
|---|---|
| Due Date | n/a |
| TCA Assessment | **This policy is part of the Supervision and Management Compliance Area Action Plan.** |
| Recommendations | |
| TCA Rating | This policy is part of the Supervision and Management Compliance Area Action Plan. |

## III. Training Implementation Objectives:

## Activity III.III.1.1

| III.III.1.1 | With the purpose of promoting the development of ethical judgment and their professional development, the PRPD will implement training courses for all of its employees. In relation to MPRPDs, the training courses will be focused on police ethics and integrity pursuant to generally accepted police practices and applicable laws. |
|---|---|
| Due Date | Within the twelve (12) months following the final approval of the training material and the incorporation of the recommended changes, the SAEA will simultaneously train fifty percent (50%) of PRPD personnel through its certified instructors, with the collaboration of personnel from Ethical Judgment Development Center (CDPE, Spanish acronym) at the Office of Government Ethics to **develop ethical and professional standards and values**. The remaining fifty percent (50%) of the PRPD personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency once approved by SAEA. (Table 8) |

|  | Training courses will be implemented as indicated in Appendix C – Training Implementation Process. |
|---|---|
| TCA Assessment | Except for the training on General Order 617: MPRPD Code of Ethics (1.1.1), trainings were scheduled to begin between February/2017 to June/2017. However, the PRPD continues in the development phase of the materials needed for these training.<br><br>GO 617 training is underway.  The PRPD statistics show 87% compliance in Code of Ethics training. |
| Recommendations | n/a |
| TCA Rating | Timeframe was met for 1.1.1 (GO 617 training materials).  Timeframe for 1.1.2 through 1.1.9 was not met.<br><br>Having met the 50% requirement on or before October 2016, the Commonwealth of Puerto Rico is in full compliance with G.O 617 training. With 87% current compliance, it is well underway to achieve full compliance by October 2017.<br><br>The Commonwealth of Puerto Rico is in non-compliance with 1.1.2 through 1.1.9 during this reporting period. |

## Activity III.III.1.2

| III.III.1.2 | **1.2 The PRPD will begin by training MPRPDs who are first responders and provide direct service to communities:** |
| --- | --- |
| | 1.2.1 personnel assigned to Zones of Excellence (SAOC) |
| | 1.2.2 Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC) |
| | 1.2.3 districts, precincts, and posts (SAOC). |
| Due Date | Training courses will be implemented as indicated in Appendix C – Training Implementation Process. |
| TCA Assessment | Except for the training on General Order 617: MPRPD Code of Ethics (1.1.1), trainings were scheduled to begin between February/2017 to June/2017. However, the PRPD continues in the development phase of the materials needed for these training. GO 617 training is underway.  The PRPD statistics show 87% compliance in Code of Ethics training. |
| Recommendations | n/a |
| TCA Rating | Timeframe was met for 1.1.1 (GO 617 training materials).  Timeframe for 1.1.2 through 1.1.9 cannot be assessed. For SAOC and SAIC,having met the 50% requirement on or before October 2016, the Commonwealth of Puerto Rico is in full compliance with G.O 617 training. With 95% and 84% current compliance, respectively, both SAOC and SAIC units are well underway to achieve full compliance by October 2017. |

| | |
|---|---|
| | Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with 1.1.2 through 1.1.9 cannot be assessed during this reporting period. |

TCA Sixth Semi-Annual Report: Appendix 4                          2017

## Activity III.III.1.3

| III.III.1.3 | **The PRPD will continue training by giving priority to the MPRPDs who belong to the following Divisions and Units:**<br>1.3.1 Division of Tactical Operations (DTO) (SAOC)<br>1.3.2 Division of Special Weapons and Tactics (SWAT) (SAOC)<br>1.3.3 Bureau of Highway Patrols (SAOC)<br>1.3.4 Bureau of Vehicle Theft Investigations (SAIC)<br>1.3.5 Arrests and Extraditions Division (SAIC)<br>1.3.6 Force Investigation Unit (FIU) (SARP)<br>1.3.7 Members of Joint Task Forces (SAIC)<br>1.3.8 K-9 Division (SAIC)<br>1.3.9 remaining personnel of the Auxiliary Superintendency for Field Operations<br>1.3.10 remaining personnel of the Auxiliary Superintendency for Criminal Investigations<br>1.3.11 Auxiliary Superintendency for Professional Responsibility<br>1.3.12 Auxiliary Superintendency for the La Fortaleza Police, and<br>1.3.13 Auxiliary Superintendency for Managerial Services |
|---|---|
| Due Date | Training courses will be implemented as indicated in Appendix C – Training Implementation Process. |
| TCA Assessment | Except for the training on General Order 617: MPRPD Code of Ethics (1.1.1), trainings were scheduled to begin between February/2017 to June/2017. However, the PRPD continues in the development phase of the materials needed for these training. |

|  | GO 617 training is underway.  The PRPD statistics show 87% compliance in Code of Ethics training. |
|---|---|
| Recommendations | n/a |
| TCA Rating | Timeframe was met for 1.1.1 (GO 617 training materials).  Timeframe for 1.1.2 through 1.1.9 cannot be assessed.<br><br>Having met the 50% requirement on or before October 2016, the Commonwealth of Puerto Rico is in full compliance with G.O 617 training. With 87% current compliance, it is well underway to achieve full compliance by October 2017.<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with 1.1.2 through 1.1.9 cannot be assessed during this reporting period. |

TCA Sixth Semi-Annual Report: Appendix 4      2017

**Activity III.III.2.1**

| III.III.2.1 | Through the Auxiliary Superintendency for Education and Training (SAEA), the PRPD will create a **Training Program for all members of the Promotion Exams Board** to guarantee that promotions in the PRPD are in accordance with equal employment opportunity principles and non-discrimination laws. (Table 9) |
| --- | --- |
| Due Date | The first Exams Board established after the Agreement was trained in March 2015. The next dates will be 60-90 days after the Superintendent constitutes a new Promotion Exams Board. |
| TCA Assessment | The training was adequate to the Task. |
| Recommendations | n/a |
| TCA Rating | Timeframe was met.<br><br>The Commonwealth of Puerto Rico is in full compliance. |

TCA Sixth Semi-Annual Report: Appendix 4                2017

## IV. Implentation Objectives:

## Activity III.IV.1.1

| III.IV.1.1 | The PRPD will establish a working group constituted by a representative from the auxiliary superintendency and from each auxiliary superintendent. The leader of the working group will be the Auxiliary Superintendent for Managerial Services, who will be responsible for developing a work plan that will define the responsibilities of each member of the working group and allow for conducting a personnel and resources allocation study that will result in an effective assignment of the personnel. The purpose of the study is to consider the appropriate number of personnel in the rank and classified systems to fulfill the operational and administrative work necessary to fight crime. The results of the study will help to appropriately distribute all PRPD personnel and to group tasks, which will redound in:  reducing costs, hiring and promotion processes, redirecting work and appropriately deploying personnel in work units based on service demands, availability, and the feasibility of the community policing philosophy. (Table 10) |
|---|---|
| Due Date | December 2016 |
| TCA Assessment | The PRPD noted in the Plan that they had sufficient internal human resources and no obstacles were anticipated.  However, there was no commitment from PRPD leadership to get this activity done in a timely fashion.

The Working Group was constituted last semester, prior to the compliance date established by the Action Plan. |

| | The Work Plan of the Working Group team was sent for review December 2017; and, reviewed and discussed by the TCA in January 2017.<br><br>The Working Group drafted the Request for Proposal (RFP) necessary for the hiring of the consultant that will carry out the study required in paragraph 13 of the Agreement.<br><br>The contract for the consultant that will carry out the study was executed in April.  The selected consultant began to work on the study in May 2017.<br><br>In the last revision of the Professionalization Action Plan, the compliance date for the delivery of the study was changed to December 2017.<br><br>The TCA understands that the delays in the fulfillment of Paragraph 13 had a negative impact in the decision making in the PRPD. The completion of the study is essential for the PRPD to improve its level of compliance with all areas covered by the Agreement. |
|---|---|
| Recommendations | See Section III of the Report |
| TCA Rating | Timeframe was met.<br><br>The Commonwealth of Puerto Rico is in full compliance. |

**Activity III.IV.1.2**

| III.IV.1.2 | Conduct a study of PRPD human resources, taking into consideration their status and the operational and administrative work performed by employees in order to identify existing needs and subsequently in decision-making. (Table 11) |
|---|---|
| Due Date | December 2017 |
| TCA Assessment | The PRPD noted that the study will require a separate budget from Reform funds once hiring need is reported. This requires obtaining approval of an expedited process among agencies involved in the hiring and contract process.  TCA is concerned that the current budget is not available.  See Section III of the Report for more in-depth analysis. |
| Recommendations | See Section III of the Report |
| TCA Rating | Original timeframe was not met.  There is a new deadline.  This deadline is not due yet.<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with IV.1.2 through IV.1.3 cannot be assessed during this reporting period.  However, the Commonwealth was in non-compliance with the original timeframe. |

TCA Sixth Semi-Annual Report: Appendix 4                2017

## Activity III.IV.1.3

| III.IV.1.3 | The superintendent will make decisions regarding the reassignment of human resources, the opening of new announcements for promotions, and/or recruitment of personnel that are consistent with the community policing principles of equality and non-discrimination and in accordance with generally accepted police practices based on service needs so that the PRPD can fulfill its mission. This plan will be based on the study that will be conducted. (Table 12) |
|---|---|
| Due Date | December 2017 |
| TCA Assessment | The TCA submits that that the fiscal situation of the government of Puerto Rico could significantly affect some of the personnel transactions that may be needed. All additional obstacles will be identified as part of the evaluation that will be conducted. |
| Recommendations | See Section III of the Report |
| TCA Rating | Original timeframe was not met.  There is a new deadline.  This deadline is not due yet.

Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with IV.1.2 through IV.1.3 cannot be assessed during this reporting period.  However, the Commonwealth was in non-compliance for the original timeframe. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity III.IV.2.1**

| III.IV.2.1 | The superintendent will appoint the members of the Promotion Exams Board to carry out the procedures related to promotion exams established by regulation. The PRPD will develop the promotion exams in consultation with the TCA based on generally accepted police practices and the applicable federal and state law.<br><br>Select and appoint the members of the Promotion Exams Board. (Table 13) |
|---|---|
| Due Date | 6-12 months prior to the date of the Promotion Exams Announcement once determined by the superintendent, after considering the needs and allocation of fiscal resources for said purpose. The Promotion Exams Board is constituted by the superintendent while there are promotion exams scheduled; once the exams are administered, the Board will be dissolved. |
| TCA Assessment | For additional information on promotions, see Section III of the Report |
| Recommendations | For the recommendations of the TCA regarding promotions, see Section III of the Report |
| TCA Rating | Timeframe was met.<br><br>The Commonwealth of Puerto Rico is in full compliance. |

**Activity III.IV.2.2**

| III.IV.2.2 | The SAEA will offer consultation for the development and administration of promotion exams to ensure that they are tailored to generally accepted learning performance measurement standards. It will also evaluate performance-related qualifications in accordance with the needs of the rank, as established in the Agreement for the Sustainable Reform of the PRPD and in applicable policies and procedures. (Table 14) |
|---|---|
| Due Date | The first Exams Board constituted after the Agreement was trained in **March 2015**. The next dates will be 60-90 days after the superintendent constitutes a new Promotion Exams Board. |
| TCA Assessment | For additional information on promotions, see Section III of the Report |
| Recommendations | For the recommendations of the TCA regarding promotions, see Section III of the Report |
| TCA Rating | Timeframe was met.<br><br>The Commonwealth of Puerto Rico is in full compliance. |

TCA Sixth Semi-Annual Report: Appendix 4     2017

**Activity III.IV.2.3**

| III.IV.2.3 | The Promotion Exams Board will develop the tests for the candidates to promotion and it will also organize and carry out all activities related to the administration and scoring of said tests. (Table 15) |
|---|---|
| Due Date | Session I: Sergeant: August 29, 2015<br>Session II: Captain and Lieutenant I: October 24, 2015<br>Session III: Lieutenant II: December 5, 2015<br>The date of the Promotion Exams Announcement will depend on the needs identified and the fiscal resources allocated for said purpose. Exams will be completed on the date determined by the Promotion Exams Board. |
| TCA Assessment | For additional information on promotions, see Section III of the Report |
| Recommendations | For the recommendations of the TCA regarding promotions, see Section III of the Report |
| TCA Rating | Timeframe was met.<br><br>The Commonwealth of Puerto Rico is in full compliance. |

## V.  Self-Assessment Objectives:

## Activity III.V.1.1

| III.IV.1.1 | 1.1 | The PRPD, through the Office of Reform, will use various data collection strategies and will conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, and training courses it provides, starting with Zones of Excellence and gradually continuing through all thirteen (13) police areas and offices of auxiliary superintendents, such as: |
|---|---|---|
| | 1.1.1 | Use the training plan and the training announcement issued by the SAEA for each of the courses to identify their start date, the time police areas and the corresponding auxiliary superintendencies have to complete the training, and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and Auxiliary Superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be provided. The Office of Reform will verify that MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course. |
| | 1.1.2 | Making random visits to each of the thirteen (13) police areas and auxiliary superintendencies using the training plan approved by the SAEA for each of the training courses |

|  | |
|---|---|
|  | developed for this Compliance Area in order to guarantee that PRPD personnel are being trained in accordance with the syllabi, instructor handbooks, presentation, and approved assessment methodology.<br><br>1.2   The PRPD, through the Office of Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, training courses it provides, such as:<br>    1.2.1 On an annual basis, compiling a random sample of data from the Human Resources System and comparing it to the data obtained from the reports of the auxiliary superintendencies to ensure that the System is maintained up-to-date with transfers and new assignment of duties.<br>    1.2.2   Monitoring the distribution of personnel as they were reassigned by visiting the various work units.<br>    1.2.3   Compiling information about personnel who are about to retire or resign to determine vacancy needs.<br>1.3 On a biannual basis, compiling a random sample of the work MPRPDs are carrying out to make sure they are performing the duties corresponding to their ranks. (Table 16) |
| **Due Date** | Ongoing, Not applicable |
| **TCA Assessment** | The PRPD Report adequately documents PRPD's self-assessment process. PRPD must review more closely the reliability of data to be used in the paragraph 13 study. It should also more closely monitor data from the evaluation of 2015 and 2016 promotions. |

| Recommendations | See Section I of the Report. |
|---|---|
| TCA Rating | Timeframe is not applicable<br><br>The Commonwealth of Puerto Rico is in partial compliance. |

## VI. Budget:

TCA Assessment: no applicable

## VII. Revision of the Action Plan:

TCA Assessment: no applicable

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

# Compliance Tables for Use of Force

### Action Plan

### Section IV. Use of Force: Internal Controls and Accountability

**Compliance Area Summary:**

TCA Assessment: no applicable

I.      **Policy and Procedure Development Objectives:**

**Activity IV.I.1.1**

| IV.I.1.1 | Review General Order, Chapter 600, Section 603, entitled "Use and Handling of Impact Weapons." (Table 1) |
|----------|------------------------------------------------------------------------------------------------------------|
| Due Date | February 2015 |

| TCA Assessment | General order Chapter 600, Section 603 Use and Management of Impact Weapons was approved by the Superintendent on January 31, 2015.<br><br>To Date, 91% of members of the department have been trained based on PRPD's self-reported data. |
|---|---|
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## Activity IV.I.1.2

| 1.2 | Review General Order, Chapter 600, Section 604, entitled "Use and Handling of Chemical Agents." (Table 2) |
| --- | --- |
| Due Date | January 2015 |
| TCA Assessment | General Order Chapter 600, Section 604 Use and management of Chemical Agents was approved by the Superintendent on March 27, 2015.<br><br>To date, 90 % of members of the department have been trained |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity IV.I.1.3**

| IV.I.1.3 | Develop General Order to establish the Force Review Boards. (This policy became General Order, Chapter 500, Section 502, entitled "Creation of Force Review Boards of the Puerto Rico Police Department"). (Table 3) |
|---|---|
| Due Date | July 2015 |
| TCA Assessment | General Order Chapter 500, Section 502 creating review Boards to Evaluate Incidents of Use of Force by PRPD Members was approved by Superintendent on July 16, 2015.<br><br>To date, all board members have been trained by the PRPD Academy, including non-voting legal advisors. |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## Activity IV.I.1.4

| IV.I. 1.4 | Review General Order 2004-3 entitled "Rules and Procedures for the Use, Carrying, Maintenance, Changing, Seizure, Reassignment, and Disposal of Police Service Weapons" to turn it into the General Order entitled "Use and Handling of Service Weapons." (This policy was partially repealed by General Order, Chapter 600, Section 618, entitled "Use and Handling of Service Weapons." The section on rearming remains in effect.) (Table 4) |
|---|---|
| Due Date | July 2015 |
| TCA Assessment | General Order Chapter 600 Section 617 Use and management of Regulation Firearm was signed by Superintendent on June 1, 2015 |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity IV.I.1.5**

| IV.I.1.5 | Review General Order, Chapter 600, Section 602, entitled "Use and Handling of Electronic Control Weapon." (Table 5) |
|---|---|
| Due Date | December 2014 |
| TCA Assessment | General Order Chapter 600, Section 602, Use and Management of Electronic Control Device was approved by the Superintendent on April 10, 2015.<br><br>Training and retraining commenced on November 30, 2015.<br><br>To date, 87% of members of the department have been trained. |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity IV.I.1.6**

| IV.I.1.6 | Review General Order, Chapter 600, Section 601, entitled "Rules for the Use of Force by MPRPDs" to incorporate the recommendations of the TCA and USDOJ. (Table 6) |
|---|---|
| Due Date | April 2015 |
| TCA Assessment | PRPD prepared General Order Chapter 600, Section 601, Use of Force. The policy was approved and signed by the Superintendent. <br><br> To date 83% of members of the department have been trained on the policy |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met <br><br> The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity IV.I.1.7**

| IV.I.1.7 | Review General Order, Chapter 600, Section 605, "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department" to incorporate the recommendations of the TCA and USDOJ. The PRPD established in this Policy the disclosure of information to the members of the families of the civilians involved in an incident where there was use of force. (Table 7) |
|---|---|
| Due Date | April 2015 |
| TCA Assessment | General Order Chapter 600, Section 605, Reporting and Investigating Use of Force Incidents by PRPD Members was approved by the Superintendent on June 1, 2015.<br><br>To date 90% of members of the department have been trained on the policy |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity IV.I.1.8**

| IV.I.1.8 | Develop General Order to Create Force Investigation Unit (FIU). (This policy became General Order, Chapter 100, Section 113, entitled "Force Investigation Unit (FIU).") (Table 8) |
|---|---|
| Due Date | June 2015 |
| TCA Assessment | PRPD drafted General Order Chapter 100, Section 113, creation of Force Investigating Unit (FIU).<br><br>The members of FIU have been selected. To Date: 100% of FIU personnel have been trained on use of force policies (GO Chapter 600, Sections 601 & 605), all have been trained in force related policies. |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## Activity IV.I.1.9

| IV.I.1.9 | Review General Order 73-4 entitled "Rules and Procedures for the Tactical Operations Unit." The Order will include the requirements for eligibility and permanence in specialized units, as well as the recruitment and selection processes that must be followed. It will also include the requirement of documenting activities related to mobilizations and/or activations, as well as the reporting requirement after they are carried out. (This General Order was repealed by General Order, Chapter 100, Section 112, entitled "Reorganization of Tactical Operations Units.") (Table 9) |
|---|---|
| Due Date | July 2015 |
| TCA Assessment | General Order Chapter 100, Section 112, Reorganization of the Tactical Operations Division (DOT) was approved by the Superintendent on January/2016. |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity IV.I.1.10**

| IV.I.1.1.10 | Develop the General Order for the Mobilization of the Division of Special Weapons and Tactics (SWAT). The Order will include the requirements for eligibility and permanence in the Division, as well as the recruitment and selection processes that must be followed. It will also include the requirement of documenting activities related to mobilizations and/or activations, as well as the reporting requirement after they are carried out. (This policy became General Order, Chapter 100, Section 117, entitled "Reorganization of the Division of Special Weapons and Tactics (SWAT).") (Table 10) |
|---|---|
| Due Date | August 2015 |
| TCA Assessment | General Order 100, Section 11, Reorganization of the Division of Special Weapons and Tactics (SWAT) was approved by the Superintendent on January/2016. |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity IV.I.1.11**

| IV.I.1.11 | Develop General Order for the Use of Less-Lethal Munitions and Any Other Technology. (This policy became General Order, Chapter 600, Section 620, entitled "Rules and Procedures for the Use of Specialized Weapons by Members of the Specialized Tactical Units (STUs).") (Table 11) |
|---|---|
| Due Date | October 2015 |
| TCA Assessment | PRPD drafted General Order Chapter 600, Section 620, Procedure for the Use of Intermediate and Specialized Weapons (less than lethal). The policy went in to effect in February of 2016. |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity IV.I.1.12**

| IV.I.1.12 | Develop General Order for Crowd Control and Incident Management. (This policy became General Order, Chapter 600, Section 625, entitled "Crowd Control and Management.") (Table 12) |
|---|---|
| Due Date | October 2015 |
| TCA Assessment | The policy was signed by the Superintendent April/2016 |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## Activity IV.I.1.13

| IV.I.1.13 | Review General Order, Chapter 600, Section 607, entitled "Rules to Initiate and Manage Foot Pursuits by Members of the PRPD." (This General Order became General Order, Chapter 600, Section 623, entitled "Rules for the Management of Police Pursuits.") |
|---|---|
| Due Date | November 2015 |
| TCA Assessment | Incorporated into the Vehicle Pursuit policy. |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements.  See 1.14 (Signed by the Superintendent March/2016) |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

**Activity IV.I.1.14**

| IV.I.1.14 | Review General Order, Chapter 600, Section 609, entitled "Driving Vehicles in Emergency Situations and Police Pursuits." (This General Order became General Order, Chapter 600, Section 623, entitled "Rules for the Management of Police Pursuits.") (Table 14) |
|---|---|
| Due Date | November 2015 |
| TCA Assessment | Signed by the Superintendent March/2016. Expanded to include foot pursuits. |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## Activity IV.I.1.15

| IV.I.1.15 | Protocol to Regulate K-9 [Officers] in Patrolling Duties. This policy became General Order, Chapter 100, Section 116, entitled "Reorganization of the K-9 Division." (This GO repealed GO 2010-5, entitled "Reorganization of the K-9 Division and Creation of the K-9 Training Center."). (Table 15) |
|---|---|
| Due Date | September 2015 |
| TCA Assessment | Signed by the Superintendent January 2016 |
| Recommendations | The TCA will continue annual review process in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## II.    Data Collection and Reporting Objectives:

## Activity IV.II.1.1

| IV.I.1.1 | Develop an information sub-system for the compilation and monthly review of use-of-force incidents using the Criminal Incidence [Data] Collection Information System as a reference. The printed forms used for said purposes, such as Form PPR-854, Use of Force, and Form PPR-877, Supplementary Report, will also be considered. The instrument will document, among other things, a detailed description of the incident and the acts that led to the use of force, any injury to an arrestee or allegation of excessive use of force, and the measures taken to treat the injured. Likewise, any MPRPD who is involved in a use-of-force incident will be under the obligation to notify his or her supervisor immediately unless exigent circumstances exist.<br><br>This sub-system will be contemplated in the Criminal Incidence Data Collection System included in the **Equal Protection and Non-Discrimination Action Plan**. Said sub-system will be initially implemented in Zones of Excellence and gradually in all work units, as established in the **Information Systems and Technology Compliance Area Action Plan**. (Table 16) |
|---|---|
| Due Date | 12 months (once NIBRS and any other policies affecting System are ready) (Approximate date: January 2017) |

| TCA Assessment | **This activity is part of the Information Technology Compliance Area Action Plan.**<br><br>The TCA has provided technical support to the PRPD in the development of informational sub-systems, data collection methods, and practical implementation of forms.<br><br>The TCA has monitored the implementation of the NIBRS policy and the subsequent development of the sub-system. Sub-system developed in 2016 and is currently operational.<br><br>Compliance with activity will depend on the Commonwealth's ability to implement contracts executed to develop the crime data collection system mentioned in the Equal Protection and Non-Discrimination Action Plan, since several modules or instruments, such as the one mentioned here, will have to be developed together with system.  The TCA continue to have concerns about the ability of the Commonwealth to execute these contracts.  They should have been executed on or before January 2017. |
|---|---|
| Recommendations | |
| TCA Rating | This activity is part of the Information Technology Compliance Area Action Plan.  See rating there. |

**Activity IV.II.1.2**

| IV.II.1.2 | Develop an information sub-system for the collection and monthly review of information on the activation and mobilization of specialized tactical units (STUs) that will include operational plans and subsequent reports. This sub-system will be contemplated in the Criminal Incidence Data Collection System included in the **Equal Protection and Non-Discrimination Action Plan**. Said information sub-system will be initially implemented in the Police Areas in which the Zones of Excellence are found and gradually in all other Police Areas, as established in the **Information Systems and Technology Compliance Area Action Plan**. (Table 17) |
|---|---|
| Due Date | 12 months (once NIBRS and any other policies affecting System are ready) (Approximate date: January 2017) |
| TCA Assessment | **This activity is part of the Information Technology Compliance Area Action Plan.** |
| Recommendations | With the NIBRS policy in effect, the PRPD should focus on their ability to implement the data collection system contracts. |
| TCA Rating | This activity is part of the Information Technology Compliance Area Action Plan.  See rating there. |

## III.    Review and Investigation Objectives:

**Activity IV.III.1.1**

| IV.III.1.1 | PRPD supervisors must complete the reviews and investigations on use of force within no more than five (5) business days pursuant to the provisions of General Order, Chapter 600, Section 605, entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department," in order to determine whether the conduct of the MPRPDs was justified or in keeping with the corresponding policies and procedures. (Table 18) |
|---|---|
| Due Date | 12 months (once NIBRS and any other policies affecting the System are ready) (Approximate date: January 2017) |
| TCA Assessment | The TCA Core Team continues to conduct site visits to ensure progress is being made towards implementation in the field.<br><br>The TCA is also checking that all Use of Force Reports are maintained on file at SARP/FIU.<br><br>The PRPD Reform Units reports they conduct similar activities |
| Recommendations | The TCA will continue review in accordance with Agreement requirements |

| TCA Rating | Timeframe was not met

Compliance rating could not be determined for this activity based on the fact that there is not enough data. |
| --- | --- |

**Activity IV.III.1.2**

| IV.III.1.2 | The PRPD will use the information sub-system for the collection and monthly review of use-of-force incidents so that use-of-force incidents, the reviews and investigations of said incidents, and the information on the activation and mobilization of the specialized tactical units (STUs) can be tracked in a reliable and precise manner. This sub-system is included in the **Equal Protection and Non-Discrimination Action Plan**; it will be initially implemented in Zones of Excellence and gradually in all work units, as established in the **Information Systems and Technology Compliance Area Action Plan**.<br><br>The PRPD will perform a complete analysis of use-of-force incidents on a yearly basis to identify significant trends. This analysis will help correct the deficiencies that are identified, pursuant to generally accepted police practices, the public policy of the Agency, and federal and state law. (Table 19) |
|---|---|
| Due Date | June 2015 |
| TCA Assessment | Given the IT component necessary to carry out this task, PRPD has not developed a formal method. |
| Recommendations | The TCA will continue review in accordance with Agreement requirements. |

TCA Sixth Semi-Annual Report: Appendix 4                2017

| TCA Rating | Timeframe was not met

Compliance rating could not be determined for this activity |
|---|---|

**Activity IV.III.1.3**

| IV.III.1.3 | Perform a study to determine the number of supervisors needed to comply with the requirement. **This activity will be part of the Professionalization Action Plan.** |
|---|---|
| Due Date | December 2017 |
| TCA Assessment | **This activity will be part of the Professionalization Action Plan.** |
| Recommendations | |
| TCA Rating | This activity will be part of the Professionalization Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                                 2017

## IV.    Training Development Objectives:
## Activity IV.IV.1.1

| IV.IV.1.1 | Review Training on the Use and Handling of Impact Weapons. (Table 20) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | PRPD drafted the training module for impact weapons on June 30, 2015.<br><br>The module has been reviewed by the TCA and approved.<br><br>To date: 91% have been trained |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

## Activity IV.IV.1.2

| IV.IV.1.2 | Develop Training on the Use and Handling of Chemical Agents. (Table 21) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B –** Training Design Development Process. |
| TCA Assessment | The TCA had reviewed and approved the module. General Order Chapter 600, Section 604, Use and Management of Chemical Agents was approved by the Superintendent on March 27, 2015.<br><br>Field training of personnel began on November 22, 2015.<br><br>To date: 90% have been trained |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

**Activity IV.IV.1.3**

| IV.IV.1.3 | Develop Training Program for Members of the Force Review Board and the Superintendent's Force Review Board (SFRB). (Table 22) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The TCA has reviewed and approved the module. As of December, 2015, 100% of the board members were trained, as well as the non-voting legal advisors.<br><br>Since that date, additional members have been added to the board to replace members on the boards, they have all received the required training. |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step. |

**Activity IV.IV.1.4**

| IV.IV.1.4 | Review Training on the Use and Handling of Service Weapons. The **Training Action Plan** will include the mechanism to be used by the SAEA to record and update who has taken the firearm training courses. (Table 37) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | Training is ongoing on the following schedule: Jan-March Night-Training, April-September Day-Training. Oct-Dec Rifle Training Firearms training is a yearly requirement.<br><br>It is expected that by the end of year all officers will have completed required firearms training. |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in partial compliance with this step |

## Activity IV.IV.1.5

| IV.IV.1.5 | Review Training on the Use and Handling of Electronic Control Weapon. (Table 24) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The module has been approved by the TCA. General Order Chapter 600, Section 602, Use and Management of Electronic Control Device was approved by the Superintendent on April 10, 2015. Training and retraining commenced on November 30, 2015. During site visits it was confirmed that all supervisors were equipped with Tasers along with some selected agents. PRPD at this time has a limited number of Tasers |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

## Activity IV.IV.1.6

| IV.IV.1.6 | Review Training on Use-of-Force Rules and Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department. (Table 25) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The module has been approved by the TCA. PRPD has prepared General Order Chapter 600, Section 601, Use of Force. The policy has been approved and signed by the Superintendent. |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

## Activity IV.IV.1.7

| IV.IV.1.7 | Develop Training for the Force Investigation Unit (FIU). (Table 26) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The TCA has completed his review of the module and it has been approved. The members of FIU have been selected. To Date: one hundred (100) percent of FIU personnel have trained on use of force policies (GO Chapter 600, Sections 601 & 605), all have been trained in force related policies.<br><br>In June /2016 FIU personnel began and completed training at the PRPD Academy on criminal investigations. |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity IV.IV.1.8**

| IV.IV.1.8 | Develop Multi-topic Training on the Mobilization of the Tactical Operations Unit. (Table 27) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The module has been approved by the TCA. The General Order policy has been finalized by PRPD with the approval of the TCA. The policy went in to effect in February of 2016. |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

**Activity IV.IV.1.9**

| IV.IV.1.9 | Develop Multi-topic Training on the Mobilization of the Division of Special Weapons and Tactics ("SWAT"). (Table 28) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The Module has been developed by PRPD and approved by the TCA. |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this step |

**Activity IV.IV.1.10**

| IV.IV.1.10 | Develop Training on Special Weapons by Members of the Specialized Tactical Units (STUs). (Table 29) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The training has been developed by PRPD and approved by the TCA |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

## Activity IV.IV.1.11

| IV.IV.1.11 | Develop Training on Crowd Control and Management for MPRPDs and Specialized Tactical Units (STUs). (Table 30) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The PRPD has developed the training module and it has been approved by the TCA |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this step |

## Activity IV.IV.1.12

| IV.IV.1.12 | Develop Training on Rules for the Management of Police Pursuits. (Table 31) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | This has been incorporated into the Vehicle Pursuit Training Module |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity IV.IV.1.13

| IV.IV.1.13 | Develop Training on Driving Vehicles in Emergency Situations and Police Pursuits. (Table 32) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The PRPD has developed the training module and it has been approved by the TCA |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity IV.IV.1.14

| IV.IV.1.14 | Develop Training for Patrol Dog Handlers. (Table 33) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | The PRPD has developed the training module and it has been approved by the TCA, |
| Recommendations | The TCA will continue to review training development in accordance with Agreement requirements |
| TCA rating | Timeframe was met  <br><br>The Commonwealth of Puerto Rico is in full compliance with this step |

**Activity IV.IV.1.15**

| IV.IV.1.15 | Develop Training on the Use and Management of the Automated System to Prepare Electronic Incident Reports. This activity will be carried out pursuant to the **Equal Protection and Non-Discrimination Action Plan**. |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Development Process. |
| TCA Assessment | Not completed as of this time |
| Recommendations | |
| TCA rating | This activity will be carried out pursuant to the Equal Protection and Non-Discrimination Action Plan.  See Action Plans for rating. |

## V.    Training Implementation Objectives

### Activity IV.V.1.1

| IV.V.1.1 | To continue with professionalization, achieve a reduction in use-of-force incidents and equality in the provision of services, and restore the community's trust, the PRPD will implement training, new policies and procedures, equipment, technologies, and operational and administrative strategies. |
|---|---|
| Due Date | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **MPRPDs**. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. |
| TCA Assessment | Assessment is not applicable here, but rather in each invidual step. |
| Recommendations | n/a |
| TCA Rating | n/a |

| IV.V.1.1a | Training on the Use and Handling of Impact Weapons. |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training.<br><br>To date: 91% have been trained |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe was met for phase I.<br><br>Having met the 50% requirement on or before September 2016, the Commonwealth of Puerto Rico is in partial compliance. With 91% current compliance, it is well underway to achieve full compliance by October 2017. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| | |
|---|---|
| IV.V.1.1b | Training on the Use and Handling of Chemical Agents. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training.<br><br>To date, 90 % of the department have been trained |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe was met for phase I.<br><br>Having met the 50% requirement on or before November 2016, the Commonwealth of Puerto Rico is in partial compliance. With 91% current compliance, it is well underway to achieve full compliance by November 2017. |

| IV.V.1.1c | Training for the Force Review Board and the Superintendent's Force Review Board (SFRB). |
|---|---|
| Due Date | One hundred percent (100%) of members of FRBs and SFRB will be trained within twelve (12) months following training design process and approval and incorporation of recommendations. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training.<br><br>The TCA has reviewed and approved the module. As of December, 2015, 100% of the board members were trained, as well as the non-voting legal advisors.<br><br>Since that date, additional members have been added to the board to replace members on the boards, they have all received the required training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe was me for phase I.<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step. |

| IV.V.1.1d | Training on Use and Handling of Service Weapons. The **Training Action Plan** will include the mechanism to be used by the SAEA to record and update who has taken the firearm training courses. |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. It is expected that by the end of year all officers will have completed required firearms training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe: not yet due Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with 1.1.2 through 1.1.9 cannot be assessed during this reporting period. |

| | |
|---|---|
| IV.V.1.1e | Training on the Use and Handling of Electronic Control Weapon. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe was met for phase I.<br><br>Having met the 50% requirement on or before December 2016, the Commonwealth of Puerto Rico is in partial compliance. With 87% current compliance, it is well underway to achieve full compliance by December 2017. |

| IV.V.1.1f | Training on Use-of-Force Rules and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department. |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe: not yet due<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

TCA Sixth Semi-Annual Report: Appendix 4                2017

| IV.V.1.1g | Training for Force Investigation Unit (FIU). |
|---|---|
| Due Date | One hundred percent (100%) of FIU members will be trained within twelve (12) months following training design process and approval and incorporation of recommendations. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe was met.<br><br>The Commonwealth of Puerto Rico is in full compliance with 100% of FIU members trained. |

TCA Sixth Semi-Annual Report: Appendix 4                         2017

| IV.V.1.1h | Multi-topic Training on Mobilization of Tactical Operations Unit. |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's progress. To date PRPD has complied with the requirement outlined in the Action Plan and the Agreement. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe: not yet due<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| IV.V.1.1i | Multi-topic Training on Mobilization of Division of Special Weapons and Tactics (SWAT). |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe: not yet due  Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

2017

| IV.V.1.1j | Training on Special Weapons by Members of the Specialized Tactical Units (STUs). |
|---|---|
| Due Date | One hundred percent (100%) of STU members will be trained within twelve (12) months following training design process and approval and incorporation of recommendations. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe: not yet due<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

| IV.V.1.1k | Training on Crowd Control and Incident Management for MPRPDs and Specialized Tactical Units (STUs). |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations, starting with SWAT and TO as priority groups and, then, the remaining MPRPDs.<br>Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe: not yet due<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

| | |
|---|---|
| IV.V.1.1I | Training on Rules for the Management of Police Pursuits. |
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | Vehicle/Foot Pursuit incorporated into one policy. The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe: not yet due

Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

| IV.V.1.1m | Training for Patrol Dog Handlers. |
|-----------|-----------------------------------|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The TCA has been monitoring PRPD's training schedules and monthly statistical reports on training. |
| Recommendations | TCA will continue to review training implementation in accordance with Agreement requirements |
| TCA Rating | Timeframe: not yet due<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

| IV.V.1.1n | a. Training on the Use and Management of the Automated System to prepare Electronic Incident Reports. This activity will be carried out in accordance with the **Equal Protection and Non-Discrimination Action Plan**.<br><br>1.2 The PRPD will start training **MPRPDs** who belong to the following work units:<br>1.2.1 Members of Joint Forces (SAIC);<br>1.2.2 Personnel assigned to Zones of Excellence (SAOC)<br>1.2.3 Division of Tactical Operations – DTO (SAOC)<br>1.2.4 Division of Special Weapons and Tactics (SWAT) (SAOC)<br>1.2.5 Force Investigation Unit – FIU (SARP);<br>1.2.6 Bureau of Highway Patrols (SAOC);<br>1.2.7 Motorized Unit (SAOC);<br>1.2.8 Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC);<br>1.2.9 Bureau of Vehicle Theft Investigations (SAIC);<br>1.2.10 Arrests and Extraditions Division (SAIC). |
|---|---|

| 2017

|  | 1.3 The PRPD will then train **MPRPDs** who belong to Districts, Precincts, and Offices of Assistant Superintendents, taking the following into consideration: |
|  | 1.3.1 number of incidents per location; |
|  | 1.3.2 number of incidents of domestic violence; |
|  | 1.3.3 number of interventions with intoxicated persons; |
|  | 1.3.4 number of arrests made; |
|  | 1.3.5 number of tickets from police interventions; |
|  | 1.3.6 number of complaints filed with the SARP on the following grounds: assault; use of unjustified violence; physical and/or psychological coercion; and assault against MPR |
|  | 1.3.7 distance from support units; and |
|  | 1.1.8 frequency of occurrence of demonstrations (i.e. mass protests) |
| Due Date | See Action Plans for Equal protection |
| TCA Assessment | Currently the Incident Report (PPR-468) is one of the PRPD reports in the CAD System.<br><br>PRPD on or about April 3, 2017 instituted a "Pilot Program" whereby Utaudo Precinct (ZOE) began completing the report digitally however, officers will still be required to prepare the report by hand. |

| Recommendations | Continue review in accordance with Agreement requirements |
|---|---|
| TCA Rating | Timeframe: not due yet.<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

## VI.    Behavioral or Mental Health Crisis Response Objective

**Activity IV.VI.1.1**

| IV.VI.1.1 | Develop General Order for the Crisis Intervention Team (CIT). Policy now included in the Policy titled: Hostage Negotiator Order # 600-28 |
|---|---|
| Due Date | December 2015 |
| TCA Assessment | The CIT Policy was incorporated into the Policy titled: Intervention Procedure with Persons in Crisis and Hostages Negotiations Policy, General Order Chapter 600 Section 628, signed by Superintendent April/2017.<br><br>To date, training has not commenced |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| TCA rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## VII.   MPRPD Crisis Intervention Training Development Objective
## Activity IV.VII.1.1

| IV.VII.1.1 | Develop Training for Behavioral or Mental Health Crisis Response for MPRPDs belonging to the CIT. |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | The CIT Policy was incorporated into the Policy titled: Intervention Procedure with Persons in Crisis and Hostages Negotiations Policy, General Order Chapter 600 Section 628, signed by Superintendent April 2017.<br><br>To Date, no training curriculum has been approved and training has not commenced |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with this step of the Action Plan cannot be determined during this reporting period |

## Activity IV.VII.1.2

| IV.VII.1.2 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **MPRPDs belonging to the CIT** in relation to **Behavioral or Mental Health Crisis Response** through instructors it has certified. |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations.<br>Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | Policy signed April 2017.<br><br>Training has not commenced |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| Compliance | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with this step of the Action Plan cannot be determined during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity IV.VII.1.3**

| IV.VII.1.3 | Develop Training on Behavioral or Mental Health Crisis Response for MPRPDs. |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | Policy creating the position signed by Superintendent April/2017. To date, training has not commenced |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| Compliance | Timeframe: not due yet

Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with this step of the Action Plan cannot be determined during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

**Activity IV.VII.1.4**

| IV.VII.1.4 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **MPRPDs** in relation to **Behavioral or Mental Health Crisis Response**, as established by the Agreement for the Sustainable Reform of the PRPD. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin in accordance with the date indicated in the Announcement issued by the SAIC and the Training Plan provided by each Police Area and Office of the Assistant Superintendent after SAEA approval. |
|---|---|
| Due Date | Session #1: twelve (12) months after completion of training design process and approval and incorporation of recommendations. Session #2: twelve (12) months after completion of training of first group. |
| TCA Assessment | Policy creating the position signed by Superintendent April/2017. To date, training has not commenced. |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| TCA Rating | Timeframe: not due yet |

TCA Sixth Semi-Annual Report: Appendix 4                          2017

|  | Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with this step of the Action Plan cannot be determined during this reporting period |
|---|---|

## VIII.   Self-Assessment Objectives:

### Activity IV.VIII.1.1

The PRPD, through the Office of Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, training courses, among others, it provides, starting with Zones of Excellence and gradually continuing through all thirteen (13) Police Areas and Offices of Assistant Superintendents, such as: (Table 52)

| IV.VIII.1.1a | Using the Training Plan and Training Announcement issued by the SAEA for each of the courses to identify their start date, the time Police Areas and the corresponding Offices of Assistant Superintendents will have to complete it, and the work units that will be given training priority. The Training Plans for each of the thirteen (13) Police Areas and Offices of Assistant Superintendents, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be offered. The Office of Reform will verify that MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course. |
|---|---|

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

| | |
|---|---|
| Due Date | N/A |
| TCA Assessment | During monthly 'Site Visits" to PRPD Area Commands the TCA Core Team checks to ensure that PRPD is complying with the above. Documentation relating to training of personnel as well as training calendars are reviewed by the TCA Core Team. During these site visits the TCA Core team is accompanied by Reform Unit Personnel |
| TCA Rating | The TCA will continue to review in accordance with Agreement requirements |
| TCA Rating | Timeframe is not applicable<br><br>The Commonwealth of Puerto Rico is in full compliance. |

| | |
|---|---|
| IV.VIII.1.1b | Making random visits to each of the thirteen (13) Police Areas and Offices of Assistant Superintendents using the Training Plan approved by the SAEA for each of the training courses developed for this Compliance Area in order to guarantee that PRPD personnel are being trained in keeping with the syllabi, instructor handbooks, presentation, and assessment methodology approved by the Technical Compliance Advisor. |

| | |
|---|---|
| | |
| Due Date | N/A |
| TCA Assessment | During monthly 'Site Visits" to PRPD Area Commands the TCA Core Team checks to ensure that PRPD is complying with the above. During these site visits the TCA Core Team is accompanied by Reform Unit personnel |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| TCA Rating | Timeframe is not applicable<br><br>The Commonwealth of Puerto Rico is in full compliance. |

| | |
|---|---|
| IV.VIII.1.1c | Visiting SARP to do random evaluations of the files related to use-of-force incidents in order to determine if they have been prepared and completed at the work units and are under the custody of the SARP as established in General Order 605, Chapter 600, Section 605, |

|  | entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department." |
|---|---|
| Due Date | N/A |
| TCA Assessment | The TCA Core Team has conducted "site Visit" to SARP to ensure compliance with the above. During these site visits the TCA Core Team is accompanied by Reform Unit personnel. |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| TCA Rating | Timeframe is not applicable<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with this step of the Action Plan cannot be determined during this reporting period |

| IV.VIII.1.1d | Making random visits to the districts, precincts, and units to interview and corroborate whether the Supervisors of the PRPD have performed use-of-force reviews and investigations to evaluate that they are being performed in accordance with the provisions of General Order, Chapter |
|---|---|

|  | 600, Section 605, entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department." |
|---|---|
| Due Date | N/A |
| TCA Assessment | During monthly 'Site Visits" to PRPD Districts and Precinct the TCA Core Team checks to ensure that PRPD is complying with the above. During these site visits the TCA Core Team is accompanied by Reform Unit personnel. |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| TCA Rating | Timeframe is not applicable<br><br>The Commonwealth of Puerto Rico is in full compliance. |

| IV.VIII.1.1e | Verifying compliance with the provisions of General Order, Chapter 600, Section 602, entitled "Use and Handling of Electronic Control Weapon" in relation to the recovery of the data stored in the Electronic Control Weapon (ECW) during the evaluation of the file corresponding to the use-of-force incident in which an ECW was used. |
|---|---|

TCA Sixth Semi-Annual Report: Appendix 4                2017

| Due Date | N/A |
|---|---|
| TCA Assessment | |
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| TCA Rating | Timeframe is not applicable<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with this step of the Action Plan cannot be determined during this reporting period |

| IV.VIII.1.1f | Verify that MPRPDs have completed form PPR-892 – "Electronic Control Weapon Use Record" registering the arcing test, as established in General Order, Chapter 600, Section 602, entitled "Use and Handling of Electronic Control Weapon." |
|---|---|
| Due Date | N/A |

TCA Sixth Semi-Annual Report: Appendix 4                 2017

| TCA Assessment | |
|---|---|
| Recommendations | The TCA will continue to review in accordance with Agreement requirements |
| TCA Rating | Timeframe is not applicable<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with this step of the Action Plan cannot be determined during this reporting period |

# Compliance Tables for Search and Seizure

### Action Plan

### Section V. Searches and Seizures: Internal Controls and Accountability

### Requirements: 58 to 79

## I.  Policy and Procedure Development Objectives:

## Activity V.I.1.1

| V.I.1.1 | Review General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Citations." |
|---|---|
| Due Date | December 2014 |
| TCA Assessment | General Order 600-615 was approved by Superintendent November 2015.<br><br>The TCA conducted the annual review of this general order in February 2016. |
| Recommendations | The TCA will continue annual reviews in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

OFFICE OF THE TECHNICAL COMPLIANCE ADVISOR