## Activity V.I.1.2

| V.I.1.2 | Review General Order No. 2008-13 entitled "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" with the purpose of ensuring an effective control of the evidence from the beginning of a criminal act, to the collection thereof, and until it is presented at trial. |
|---|---|
| Due Date | September 2016 |
| TCA Assessment | This General Order was created on September 30, 2016 and reviewed by the TCA in October 2016, with changes incorporated in November 2016.<br><br>The policy is still pending approval as of May 2017. |
| Recommendations | The TCA will continue annual reviews in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity V.I.1.3

| V.I.1.3 | Review General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to Conduct Searches and Seizures" to incorporate the recommendations of the TCA and USDOJ. |
|---------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Due Date | August 2015 |
| TCA Assessment | Approved by Superintendent November 2015.<br><br>The annual review of this general order was last conducted by the TCA in March 2017. |
| Recommendations | The TCA will continue annual reviews in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan |

## Activity V.I.1.4

| V.I.1.4 | Develop a protocol for the digital recording and storage of communications between the immediate supervisor and the MPRPD through Command Center and Radio Control communication channels in which the MPRPD states the elements of probable cause he or she used to make an arrest for a felony, obstruction of justice, or resisting arrest. |
|---|---|
| Due Date | May 2016 |
| TCA Assessment | A protocol has been created by PRPD and submitted to the TCA on May 31, 2016.<br><br>It has been reviewed by the TCA and approved by the Superintendent in October 2016.<br><br>Legacy system is in place in Zones of Excellence and San Juan Area- no new system yet due to cost considerations. |
| Recommendations | The TCA will continue annual reviews in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in partial compliance with this step of the Action Plan |

## II. Reporting and Data Collection Objectives.

## Activity V.II.1.1

| V.II.1.1 | Develop an information subsystem to collect incidents resulting in arrests and searches, using the National Incident-Based Reporting System as a reference. The printed forms used for such purposes (**PPR-853**, Plan to Carry Out Arrests/Detentions and Searches/Seizures, and **PPR-880**, Member of the PRPD Incident Report Narrative) will be also taken into consideration. |
|---|---|
| Due Date | 12 months (once NIBRS and any other policies affecting System are approved and signed by Superintendent). (Estimated date: January 2017) |
| TCA Assessment | All data gathering is still manual as of the end of April 2017. This subsystem will be contemplated in the National Incident-Based Reporting System included in the **Equal Protection and Non-Discrimination Compliance Area Action Plan**. The subsystem will be initially implemented in the Zones of Excellence and then gradually in all work units, as established in the **Information Systems and Technology Compliance Area Action Plan**.<br><br>In May 2017, TCA reports that the system has not been developed. |
| Recommendations | |
| TCA Rating | Timeframe was not met<br><br>The Commonwealth of Puerto Rico is in non- compliance with this step of the Action Plan based on non-automated analysis. |

## Activity V.II.1.2

| V.II.1.2 | When it incorporates the TCA and USDOJ recommendations into General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to Conduct Searches and Seizures," the PRPD will ensure that all MPRPDs will be required to obtain and document a person's consent to a voluntary search of his or her person or vehicle unless a search without the person's consent is legally justified. |
|---|---|
| Due Date | August 2015 |
| TCA Assessment | During this reporting period, the TCA conducted follow-up site visits to San Juan Drug Unit, Vehiculos Hurtados (M/V Theft Unit) Divisions in Humacao, San Juan, Ponce; CICI's in Fajardo, Humacao, Bayamon, Ponce; and Transit Division in Fajardo,<br><br>The TCA found that Consents to Search, are being properly documented on PPR-879. |
| Recommendations | See Section II of Report |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan based on non-automated analysis. |

**Activity V.II.1.3**

| V.II.1.3 | Upon the annual review of General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Warrants," the PRPD will ensure that it maintains the requirement that MPRPDs continue informing the Command Center and a supervisor immediately after making an arrest, or as soon as possible. |
|---|---|
| Due Date | December 2014 |
| TCA Assessment | For this period, the TCA inspected several sites, including PRPD CIC's, Vehiculos Hurtados (Auto Theft Unit), Drug Units, Transit Units, and Police Areas, and found that supervisors are being notified when an arrest was made. |
| Recommendations | See Section II of Report |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan based on non-automated analysis. |

**Activity V.II.1.4**

| V.II.1.4 | Develop an automated system for the digital recording and storage of communications between the immediate supervisor and the MPRPD through Command Center and Radio Control communication channels that have been used to communicate the elements of probable cause used to make an arrest for a felony, obstruction of justice, or resisting an MPRPD. This system will be initially implemented in the Zones of Excellence and   gradually in the subsequent work units, as established in the **Information Systems and Technology Compliance Area Action Plan**. |
|---|---|
| Due Date | 18 months once corresponding policy (NIBRS)  is approved |
| TCA Assessment | This sub-section is dependent on the **Information Systems and Technology Compliance Action Plan**, which is being worked on as of April 2017. This subsection is dependent on approval of NIBRS policy which is pending as of May 2017. |
| Recommendations | |
| TCA Rating | For rating, see the Information Systems and Technology Compliance Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4     2017

## III. Review and Investigation Objectives:

## Activity V.III.1.1

| V.III. 1.1 | PRPD Supervisors must review each search and seizure report to evaluate and determine if the search and seizure was conducted in accordance with the provisions of PRPD policies and the Agreement |
|---|---|
| Due Date | Not Applicable |
| TCA Assessment | For this reporting period, the TCA-CT randomly inspected several search warrant files, including applications and affidavits at several PRPD CIC's, Vehiculos Hurtados (Auto Theft Unit), Homicide Units, Drug Units and Transit Units for compliance.<br><br>All pertaining PPR forms inspected were completed and signed accordingly (PPR-853, PPR264, PR-879, PPR-468, PPR-880, PR-126, PPR-47, PPR-82, and PR-128, etc.) by supervisors and officers, and appeared to have been checked and approved by supervisors. |
| Recommendations | See Section II of Report |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this step of the Action Plan based on non-automated analysis. |

**Activity V.III.1.2**

| V.III. 1.2 | The PRPD will use the information subsystem to collect and review, on a monthly-basis, incidents that result in arrests and seizures. This subsystem will be contemplated in the National Incident-Based Reporting System included in the **Equal Protection and Non-Discrimination Compliance Area Action Plan**. The subsystem will be initially implemented in the Zones of Excellence and then gradually in all work units, as established in the **Information Systems and Technology Compliance Area Action Plan**.<br><br>On a yearly basis, the PRPD will perform a complete analysis of the compiled information about searches and seizures conducted to identify significant trends with the purpose of correcting the deficiencies that are identified, pursuant to the law and generally accepted police practices. |
|---|---|
| Due Date | On a yearly basis after approval of corresponding general orders. |
| TCA Assessment | This subsystem will be contemplated in the National Incident-Based Reporting System included in the **Equal Protection and Non-Discrimination Compliance Action Plan**. This sub-section is dependent on the **Information Systems and Technology Compliance Action Plan**, which is still being worked on as of the end of May 2017. |
| Recommendations | |
| TCA Rating | For rating see the Equal Protection and Non-Discrimination Compliance Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity V.III.1.3

| V.III.1.3 | Conduct an evaluation of the PRPD human resources, taking into account their status and the operational and administrative work performed by the employees, in order to identify existing needs and, later on, make decisions in order to determine the number of supervisors needed to meet the requirement. This activity will be part of the **Professionalization Compliance Area Action Plan**. |
|---|---|
| Due Date | N/A |
| TCA Assessment | This activity will be part of the Professionalization Compliance Area Action Plan, which is in progress as of May 2107. |
| Recommendations | |
| TCA Rating | For rating, see the Professionalization Compliance Area Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

## IV. Training Development Objectives:

### Activity V.IV.1.1

| V.IV.1.1 | The Auxiliary Superintendency for Education and Training (SAEA) will create courses to train all MPRPDs through instructors certified by SAEA.<br><br>The training courses are as follows:<br>1.1.1. Training on General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons"; and<br>1.1.2. Training on General Order [entitled] "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" with the purpose of ensuring an effective control of the evidence from the beginning of a criminal act, in the collection thereof, and until it is presented at trial. |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| TCA Assessment | 1.1.1 Training module on GO 600-615, Arrests and Summons, was reviewed and approved by the TCA;<br>1.1.2 This training module has not been created as of May 2017 |
| Recommendations | none |

| TCA Rating | Timeframe was met for GO 600-615.  Timeframe pending for 1.1.2. |
|---|---|
| | The Commonwealth of Puerto Rico is in partial compliance with this detailed step of the Action Plan until 1.1.2 training is developed. |
| | [note: Having met the 50% requirement on or before October 2016, the Commonwealth of Puerto Rico is in partial compliance with G.O. 615 training. With 84% current compliance, it is well underway to achieve full compliance by October 2017. |
| | Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance with 1.1.2 cannot be assessed during this reporting period] |

## Activity V.IV.1.2

| V.IV. 1.2 | Review training on General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to conduct Searches and Seizures." |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process.: April 27, 2016 |
| TCA Assessment | The TCA reviewed and approved the training curriculums on this general order for new police cadets and for in-service training in May 2016. As of May 2017, training is on-going and is at 36% of the Department. |
| Recommendations | See Section II of the Report regarding prioritization and uneven progress |
| TCA Rating | Timeframe was met.<br><br>The Commonwealth of Puerto Rico is in full compliance with the detailed step of the Action Plan.<br><br>[Note: Having to meet the 50% requirement on or before August 2017, the Commonwealth of Puerto Rico is in partial compliance with Phase I of G.O 612 training. With 36% current compliance, it is well underway to achieve partial compliance by October 2017.] |

**Activity V.IV.1.3**

| V.IV.1.3 | Develop a Training Program for Supervisors and High-Ranking Officers on arrest, search, and seizure policies, writing techniques, and report review. |
| --- | --- |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process. |
| TCA Assessment | In May 2017, policy has been approved; and training is on-going.<br><br>The TCA has reviewed signed class rosters at the PRPD Academy and at the Area Police Headquarters where training is also happening. The TCA has also audited a Search and Seizure class at the PRPD Academy. |
| Recommendations | none |
| TCA Rating | Timeframe was met.<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

## Activity V.IV.1.4

| V.IV.1.4 | Develop training for the personnel assigned to the Command Center and Radio Control on how to use the automated system for the digital recording and storage of the communications between the immediate supervisor and the MPRPD through the Command Center and Radio Control communication channels. |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in **Appendix B** – Training Design Process |
| TCA Assessment | This sub-section is dependent on the **Information Systems and Technology Compliance Area Action Plan**, which is being worked on as of end of May 2017. However, training has been reviewed and approved by the TCA. |
| Recommendations | |
| TCA Rating | For rating, see the Information Systems and Technology Compliance Area Action Plan |

## V. Training Implementation Objectives:

## Activity V.V.1.1

| V.V.1.1 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **MPRPDs** through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the announcement issued by the SAEA and the training plan provided by each police area and auxiliary superintendency upon SAEA approval.<br><br>The training to be implemented will cover the following topics:<br><br>  a. Training on General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons"; and<br>  b. Training on General Order [entitled] "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" with the purpose of ensuring an effective control of the evidence from the beginning of a criminal act, in the collection thereof, and until it is presented at trial.<br>  c. Training on General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to Conduct Searches and Seizures." |
|---|---|

|  | |
|---|---|
|  | d. Training Program for Supervisors and High-Ranking Officers on the policies, writing techniques, and review of arrests, searches, and seizures reports.<br>e. Train personnel assigned to the Command Center and Radio Control on how to use the automated system for the digital recording and storage of the communications between the immediate supervisor and the MPRPD through the Command Center and Radio Control communication channels. |
| Due Date | Training courses will be implemented as indicated in **Appendix C –** Training Implementation Process. (50% 12 months after approval of the general orders, and the remaining 50% 12 months thereafter) |
| TCA Assessment | a. The TCA has inspected signed training rosters at several Area Police stations and Zones of Excellence districts, as well as at the PRPD Academy. As of the end of April 2017, training on GO 600-615, Arrests and Summons, is at 84%.<br>b. Approval of General Order "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" is still pending, therefore, no training has commenced as of May 2017.<br>c. Training on GO 600-612, Search and Seizure, is at 36% as of the end of April 2017.<br>d. Training for Supervisors and High Ranking Officers on GO 600-612, Search and Seizure, is at 36% in general, which includes supervisors and high ranking officials.<br>e. The policy for this training is still pending, therefore no training has been scheduled as of May 2017.<br>f. |
| Recommendations | none |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| TCA Rating | Timeframe was partially met.

Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period given the complexity of elements which are part of this training |
| --- | --- |

TCA Sixth Semi-Annual Report: Appendix 4                           2017

## Activity V.V.1.2

| V.V.1.2 | The PRPD will begin training **MPRPDs** who belong to the following work units:<br><br>1.2.1. Criminal Investigation Corps (SAIC);<br>1.2.2. Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons (SAIC);<br>1.2.3. Bureau of Vehicle Theft Investigations (SAIC);<br>1.2.4. Arrests and Extraditions Division (SAIC);<br>1.2.5. Bureau of Internal Affairs (SARP);<br>1.2.6. Members of Joint Forces (SAIC);<br>1.2.7. Force Investigation Unit (FIU) (SARP);<br>1.2.8. Personnel assigned to Zones of Excellence (SAOC);<br>1.2.9. Division of Tactical Operations (DTO) and Division of Special Weapons and Tactics (SWAT) (SAOC); and<br>1.2.10. Bureau of Highway Patrols, Motorized Unit, Command Centers, and Radio Control (SAOC). |
|---|---|
| Due Date | |
| TCA Assessment | The TCA has visited several PRPD sites (CIC's, Narcotics Unit, Auto Theft Units, Highway Patrol, Zones of Excellence, among others) during the months of January through May 2017 and has learned that PRPD is prioritizing these units for training on Search and Seizures and Arrests and Summons. |
| Recommendations | none |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| Compliance | Timeframe: not due yet |
|---|---|
| | Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period. |

TCA Sixth Semi-Annual Report: Appendix 4                                  2017

## Activity V.V.1.3

| Activity 1.3 | The PRPD will continue training **MPRPDs** who belong to Districts, Precincts, and auxiliary superintendencies, taking the following into consideration:<br>1.3.1  number of incidents per location;<br>1.3.2  number of incidents of domestic violence;<br>1.3.3  number of interventions with intoxicated persons;<br>1.3.4  number of arrests made;<br>1.3.5  number of tickets from police interventions;<br>1.3.6  number of complaints of incidents on the following grounds: assault; use of unjustified violence; physical or psychological coercion; and assault against an MPRPD;<br>1.3.7  distance from support units;<br>1.3.8  frequency of occurrence of demonstrations (i.e. mass protests); and<br>1.3.9  places inside the district and precinct that have been identified as having a high compiled criminal incidence. |
|---|---|
| Due Date | |
| TCA Assessment | Training is concentrated at Specialized Units as of May 2017. |
| Recommendations | none |
| Compliance | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in full, partial, or non-compliance cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                           2017

## VI. Feedback Committee Creation Objectives:

### Activity V.VI.1.1

| Activity 1.1 | Create a protocol to receive comments regularly from the offices of district attorneys, public defenders, and judges of the Commonwealth of Puerto Rico regarding the quality of the investigations, arrests, court testimony, and indications of improper conduct by MPRPDs. |
|---|---|
| Due Date | May, 2016 |
| TCA Assessment | The TCA received a Protocol draft from PRPD on May 31, 2016. Protocol has not yet been approved as of May 2017. |
| Recommendations | none |
| Compliance | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in partial compliance. |

## VIII.    Self-Assessment Objectives:

**Activity V.VII.1.1**

| V.VII. 1.1 | PRPD, through the Office of the Reform, will use various data collection strategies and conduct periodic, specific, and random monitoring of the different activities, operations, services, investigations, training courses it provides, starting with Zones of Excellence and gradually continuing through all thirteen (13) police areas and auxiliary superintendencies, such as:<br><br>    a.  Using the training plan and training announcement issued by the SAEA for each of the courses to identify their start date, the time police areas and the corresponding auxiliary superintendencies have to complete the training, and the work units that will be given training priority. The training plans for each of the thirteen (13) police areas and auxiliary superintendencies, as approved by the SAEA, will also be considered to check the specific dates during which each training course identified in this Action Plan will be offered. The Office of Reform will verify that MPRPDs are participating in scheduled training courses by using the above-mentioned sources and the attendance records for each course.<br><br>    b.  Conducting random visits to each of the thirteen (13) police areas and the corresponding auxiliary superintendencies using the training plan approved by the SAEA in order to guarantee that PRPD personnel are being trained in accordance with the syllabi, instructor handbooks, presentation, and assessment methodology approved by the TCA.<br><br>    c.  Visiting each of the thirteen (13) police areas and the corresponding auxiliary superintendencies and conducting |
|---|---|

|  | random reviews of files to verify that PPR-264, "Rights for Suspects in Custody Form," has been completed in each incident where there has been an interrogation, in accordance with the provisions of General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons."<br><br>d.  Visiting each of the thirteen (13) police areas and the corresponding auxiliary superintendencies and conducting random reviews of files to verify that PPR-82, "Conditions of People Arrested and Placed in a Cell," has been completed in each incident where an arrest and placement in a cell has been reported, in accordance with the provisions of General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Summons."<br><br>e.  Visiting each of the thirteen (13) police areas and conducting random reviews of files to verify that PPR-126, "Seized Property Inventory," has been completed in each incident where property was seized as a result of either an arrest or a search, and that the seizure has been reported in accordance with the provisions of General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to Conduct Searches and Seizures." |
|---|---|
| Due Date | Not Applicable |
| TCA Assessment | The TCA has been informed by the Reform Unit that it performs periodic audits of Units and Districts to inspect for training, and proper filling of PRPD forms, such as PPR-126, PPR-468, PPR-264, etc. TCA was present in February 2017 when a Reform Unit Lt. had conversation with Bayamon Auto Theft Unit Director about an audit the Lt. had conducted the week before at his unit. |

| Recommendations | See Section I of the Report. |
|---|---|
| TCA Rating | Timeframe is not applicable<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

# Compliance Tables for Equal Protection

### Action Plan

**Section VI: Equal Protection and Non-Discrimination**

**Requirements: 80 to 100**

**Activity VI.I.1.1**

| VI.I 1.1 | Collaborate in the review of Regulation 4216, "Puerto Rico Police Department Personnel Regulation," so that it establishes mechanisms that guarantee equal protection of the law in the recruitment process. **This policy will form part of the Recruitment, Selection, and Hiring Compliance Area Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Recruitment Action Plan |
| Recommendations | n/a |
| TCA Rating | For rating, see Recruitment Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

**Activity VI.I.1.2**

| VI.I 1.2 | Collaborate in the review of General Order 2008-3 entitled "Rules and Procedures for the Evaluation of Members of the Police Department and Classified Personnel." The evaluation process will establish criteria to evaluate MPRPDs in relation to whether they provide unbiased services. This policy will form part of the Supervision and Management Compliance Area Action Plan. |
|---|---|
| Due Date | |
| TCA Assessment | See Supervision Action Plan |
| Recommendations | |
| TCA Rating | For rating, see Supervision Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VI.I.1.3**

| VI.I 1.3 | Collaborate in the review of the "Regulation to Administer Promotional Exams in the Puerto Rico Police Department" so that these requirements are based on the knowledge, skills, and ability needed to perform administrative and supervisory tasks successfully in the principal substantive areas corresponding to the rank to which [a candidate] aspires to be promoted. This policy will form part of the Professionalization Compliance Area Action Plan. |
|---|---|
| Due Date | |
| TCA Assessment | See Professionalization |
| Recommendations | |
| TCA Rating | For rating, see Professionalization Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VI.I.1.4**

| VI.I 1.4 | Review Regulation 6508 entitled "Regulation to Establish the Public Policy and Procedure to File Sexual Harassment Complaints in the Puerto Rico Police Department." This regulation will be amended and known as "Puerto Rico Police Department Internal Regulation to Prevent Harassment, Discrimination, and Retaliation." |
|---|---|
| Due Date | March 31, 2015 |
| TCA Assessment | Focus is now on training and implementation<br><br>The TCA is aware that the USDOJ finds the assessment and rating of full compliance objectionable.  PRPD has not appoved a harassment regulation that complies with Title VII, the Settlement Agreement, or the TCA's resolution of the USDOJ objections. |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in partial compliance with this detailed step of the Action Plan |

**Activity VI.I.1.5**

| VI.I 1.5 | Develop the PRPD Regulation to Establish Police Practices without Discrimination, Harassment, Improper Sexual Conduct, and Retaliation. It will cover PRPD processes for interacting with citizens |
|---|---|
| Due Date | March 31, 2015 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity VI.I.1.6**

| VI.I 1.6 | Develop General Order for the Investigation of Domestic Violence Incidents, which will repeal General Order 2006-4 entitled "Policy and Procedure for the Criminal Investigation of Domestic Violence Incidents," to establish clear and detailed guidelines from a victim-centered approach. |
|---|---|
| Due Date | June 2015 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

**Activity VI.I.1.7**

| VI.I 1.7 | Review General Order 2006-5 entitled "Reorganization of the Puerto Rico Police Department Domestic Violence Division." |
|---|---|
| Due Date | June 2015 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity VI.I.1.8**

| VI.I 1.8 | Develop an Administrative Order for the Investigation of Domestic Violence Incidents Involving PRPD Employees, which will describe the processes to be followed when a PRPD employee is involved in a domestic violence incident. |
|---|---|
| Due Date | June 2015 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VI.I.1.9**

| VI.I 1.9 | Review General Order 2007-1 entitled "Duties and Responsibilities of Sexual Crimes and Child Abuse Divisions" to create a General Order for the Investigation of Sexual Assault Incidents establishing clear and detailed guidelines for investigation processes from a victim-centered approach. **The processes to operate the sexual crimes hotline island-wide, 24 hours a day, 7 days a week will also be established.** |
|---|---|
| Due Date | September 2015 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                          2017

**Activity VI.I.1.10**

| VI.I 1.10 | Develop an Administrative Order to Investigate Sexual Assault Incidents for cases in which an incident of sexual assault involving PRPD employees occurs. |
|---|---|
| Due Date | September 2015 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                      2017

**Activity VI.I.1.11**

| VI.I 1.11 | Develop General Order for Interaction with Transgender and Transsexual People to provide guidelines to address matters related to this group, including transportation, booking, custody, and medical treatment. |
|---|---|
| Due Date | October 2015 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity VI.I.1.12**

| VI.I 1.12 | Develop General Order for Interaction with Foreigners |
|---|---|
| Due Date | December 2015 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

2017

**Activity VI.I.1.13**

| VI.I 1.13 | Review General Order 2000-3 entitled "Controls on the Use, Filing, and Final Disposition of Incident Reports (NIBRS) at the Puerto Rico Police Department." |
|---|---|
| Due Date | August 2015 (Activity No. 13) |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity VI.I.1.14**

| VI.I 1.14 | Develop General Order for Hate Crime Data Collection and Management. |
|---|---|
| Due Date | April 2016 (Activity No. 14) |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                          2017

**Activity VI.I.1.15**

| VI.I 1.15 | Develop Hate Crime Management and Investigation Manual. The PRPD will use the FBI Hate Crime Data Collection [Guidelines and Training] Manual as a reference. |
|---|---|
| Due Date | April 2016 (Activity No. 15) |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4      2017

**Activity VI.I.1.16**

| VI.I 1.16 | Develop an Evaluation Protocol on Compliance with Best Practices for Operational Programs to review documents, forms, policies, and procedures related to arrests, traffic stops, searches, property seizures, and administrative complaints. |
|---|---|
| Due Date | June 2016 (Activity No. 16) |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4        2017

**Activity VI.I.1.17**

| VI.I 1.17 | Review Special Order 2006-2 entitled "Rules and Procedures for the Criminal Investigation of Institutional Abuse and/or Negligence Complaints Related to Minors in Juvenile Correctional Institutions." |
|---|---|
| Due Date | August 2016 |
| TCA Assessment | Focus is now on training and implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

**Activity VI.I.1.18**

| VI.I 1.18 | Review "Interagency Agreement for the Investigation of Allegations of Abuse in Juvenile Institutions." |
|---|---|
| Due Date | August 2016 |
| TCA Assessment | PRPD and the other agencies have not finalized and implemented the MOU |
| Recommendations | The TCA will continue to conduct anual reviews of the policy |
| TCA Rating | Timeframe was not met<br><br>The Commonwealth of Puerto Rico is in non-compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

## II. Training Development Objectives:

## Activity VI.II.1.1

| VI.II. 1.1 | 1.1    The Auxiliary Superintendency for Education and Training will create courses to train all MPRPDs through certified instructors. The training courses are as follows:<br>1.1.1   Training on the Puerto Rico Police Department Internal Regulation to Prevent Harassment, Discrimination, and Retaliation (Table 8), and<br>1.1.2   PRPD Regulation to Establish Police Practices Free of Discrimination, Harassment, Improper Sexual Conduct, and Retaliation |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B** – Training Design Process. |
| TCA Assessment | The TCA reviewed and approved the training materials |
| Recommendations | The TCA will continue to conduct anual reviews of the training materials |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4       2017

## Activity VI.II.1.3

| VI.II. 1.3 | 1.1.3   Training on Investigation of Domestic Violence Incidents. |
| --- | --- |
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B** -- Training Design Process. |
| TCA Assessment | The TCA reviewed and approved the training materials |
| Recommendations | The TCA will continue to conduct anual reviews of the training materials |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VI.II.1.4**

| VI.II. 1.4 | Training on Investigation of Sexual Assault Incidents. |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B** – Training Design Process. |
| TCA Assessment | The TCA reviewed and approved the training materials |
| Recommendations | The TCA will continue to conduct anual reviews of the training materials |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## Activity VI.II.1.5

| VI.II. 1.5 | 1.1.5   Training on Identification of and Intervention with People from the Transgender and Transsexual Community. |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B – Training Design Process.** |
| TCA Assessment | The TCA reviewed and approved the training materials |
| Recommendations | The TCA will continue to conduct anual reviews of the training materials |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## Activity VI.II.1.6

| VI.II. 1.6 | Training on Intervention with Foreigners |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B – Training Design Process.** |
| TCA Assessment | The TCA reviewed and approved the training materials |
| Recommendations | The TCA will continue to conduct anual reviews of the training materials |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

## Activity VI.II.1.7

| VI.II. 1.7 | 1.1.8   Training on Techniques to Collect Demographic Information. |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B** – Training Design Process. |
| TCA Assessment | See IT Action Plan |
| Recommendations | |
| TCA Rating | For rating, see IT Action Plan |

**Activity VI.II.1.78**

| VI.II. 1.8 | Training on Techniques to Collect Demographic Information |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B** – Training Design Process. |
| TCA Assessment | |
| Recommendations | |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth is in compliance cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                           2017

## Activity VI.II.1.9

| VI.II. 1.9 | 1.1.9   Training on Hate Crime Data Collection, Management, and Investigation. |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed according to process established in **Appendix B** – Training Design Process. |
| TCA Assessment | |
| Recommendations | |
| Compliance | Timeframe: not due yet<br><br>Whether the Commonwealth is in compliance cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4      2017

## Activity VI.II.1.10

| VI.II. 1.10 | Training on Investigation of Incidents at Juvenile Institutions Related to Complaints of Institutional Abuse and/or Negligence against Minors. |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once policy has been approved and signed in accordance with process established in Appendix B – Training Design Process. |
| TCA Assessment | |
| Recommendations | |
| Compliance | Timeframe: not due yet<br><br>Whether the Commonwealth is in compliance cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VI.II.1.11

| VI.II. 1.11 | MultiTopic training |
|---|---|
| Due Date | 6 months after approval and signing of the "*Regulation to Prohibit Discrimination, Harassment, and Retaliation*" by superintendent (regulation was approved on April 13, 2016) |
| TCA Assessment | Focus is now on implementation |
| Recommendations | The TCA will continue to conduct anual reviews of the training materials |
| Compliance | Timeframe was met<br><br>Tthe Commonwealth is in full compliance with this detailed step of the action plan |

**Activity VI.III.1.1**

| VI.III. 1.1 | To provide police services in an equitable, respectful, and unbiased manner; foster greater professionalization; promote more trust in the community; and prevent more crime, PRPD will implement training , new policies and procedures, equipment, technologies, operational and administrative strategies, among others. |
|---|---|
| | The training to be implemented will cover the following topics: |
| | a.      training on Regulation to Prohibit Discrimination, Harassment, and Retaliation (Table 21) |
| | b.      training on investigation of domestic violence incidents (Table 21) |
| | c.      training on investigation of sexual assault incidents (Table 21) |
| | d.      training on gender identification and expression in the transgender and transsexual community (Table 20) |
| | e.      training on intervention with foreigners (Table 21) |
| | f.      use of automated system to prepare electronic incident reports (NIBRS), as established in the Information Systems and Technology Compliance Area Action Plan (Table 21) |
| | g.      more effective techniques to collect demographic information accurately (Table 21) |
| | h.      training on hate crime data collection, management, and investigation (Table 21) |
| | i.      training on investigation of incidents at juvenile institutions regarding complaints of institutional abuse and/or negligence against minors (Table 20) |
| | j.      multitopic training aimed at MPRPDs (Table 21) |
| | k.      Multitopic training aimed at civilian employees of the PRPD (Table 21) |

TCA Sixth Semi-Annual Report: Appendix 4                          2017

| Due Date | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of PRPD personnel through its certified instructors. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on |
|---|---|
| TCA Assessment | Focus is now on implementation |
| Recommendations | |
| Compliance | Whether the Commonwealth is in compliance cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VI.III.1.4

| VI.III. 1.4 | Sexual Crimes Hotline to answer calls island-wide 24 hours a day, 7 days a week. The Hotline will be implemented in accordance with the provisions and guidelines adopted in the Sexual Crimes General Order . |
|---|---|
| Due Date | After approval of policy |
| TCA Assessment | Focus is now on implementation |
| Recommendations | Next steps is to audit hotline information |
| Compliance | Timeframe was met<br><br>The Commonwealth is in full compliance cannot be assessed during this reporting period. |

TCA Sixth Semi-Annual Report: Appendix 4        2017

**Activity VI.III.1.5**

| VI.III. 1.4 | The SASG, through the Medical Services Office and the Division of Psychology of the PRPD, will implement the corresponding processes to evaluate the competence of MPRPDs who have been involved in sexual assault or domestic violence incidents and determine if their physical and/or mental state warrants disarming or rearming them, according to the corresponding policies of the PRPD. |
|---|---|
| Due Date | After approval of policy |
| TCA Assessment | Focus is now on implementation |
| Recommendations | Next steps is to audit PRPD documentation |
| Compliance | Whether the Commonwealth is in compliance cannot be assessed during this reporting period |

**Activity VI.III.1.6**

| VI.III. 1.6 | The SASG will establish guidelines and periodically evaluate the effectiveness of the programs, operational plans, initiatives, and activities, as well as the efficiency of its processes. The duties of the corresponding work unit at the SASG will include studying, analyzing, and evaluating work processes in PRPD units, proposing and developing measurement indicators for the service areas of the PRPD, and measuring and documenting the same. The corresponding work unit at the SASG must make recommendations to the superintendent about actions that must be taken to correct the identified deficiencies, taking into consideration generally accepted police practices . |
|---|---|
| Due Date | After approval of policy |
| TCA Assessment | Focus is now on implementation |
| Recommendations | Next steps is to audit PRPD documentation. To date, the TCA has not seen any protocolo r evaluation schedule |
| Compliance | Timeframe: not due yet<br><br>Whether the Commonwealth is in compliance cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VI.IV.1.1**

| VI.III. 1.6 | Develop crime rate data collection system using the criminal incident and resource allocation reporting system as a starting point to prepare electronic incident reports. This system is already being used in the Utuado Zone of Excellence as part of a pilot plan to evaluate its operation and to improve its processes. It will eventually be implemented in the remaining Zones of Excellence and other units as established in the Information Systems and Technology Compliance Area Action Plan. (Table 25) |
|---|---|
| Due Date | 12 months (once NIBRS and any other policies affecting System are ready) (policy was approved on January 1, 2016) |
| TCA Assessment | See IT Action Plan |
| Recommendations | |
| Compliance | For rating, see IT Action Plan |

# Compliance Tables for Recruitment

## Action Plan
### Section VII. Recruitment, Selection, and Hiring
### Requirements: 101 to 108

I.      **Policy and Procedure Development Objectives:**

**Activities:**

**Activity VII.I.1.1**

| VII.I.1.1 | Collaborate in the development of the **General Order establishing the profile of PRPD officers** as a guideline for the selection of the best suited and most qualified candidates. This profile consists of a description of the abilities, attitudes, and aptitudes that a candidate will need to hold the rank of officer efficiently and is made up of a set of standards describing the following: <ul><li>basic knowledge candidates must have to be an MPRPD;</li><li>abilities candidates must possess;</li><li>attitudes candidates must adopt;</li><li>aptitudes candidates will apply to demonstrate their competence;</li><li>outcomes officers will obtain in the performance of their duties;</li><li>contexts in which said performance takes place.</li></ul> |
|---|---|

|  | This set of standards is based on the ideal performance of an PRPD officer. **This General Order is included in the Professionalization Compliance Area Action Plan.** |
|---|---|
| Due Date | September 2016 |
| TCA Assessment | TCA has not reviewed a General Order establishing the profile of PRPD officers.  Pending review. |
| Recommendations | The PRPD must make this a priority |
| TCA Rating | Timeframe was not met<br><br>The Commonwealth of Puerto Rico is in non-compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4     2017

## Activity VII.I.1.2

| VII.I.1.2 | Collaborate in the review of Public Law No. 53-1996, as amended, Puerto Rico Police Department Act, to adapt it to the requirements of the Agreement for the Sustainable Reform of the Puerto Rico Police Department and to require an associate degree or its equivalent as part of the requirements for MPRPD candidates. This activity was completed through Public Law No. 112 of July 30, 2014, which amended the PRPD Act. This policy will form part of the **Policy and Procedure Compliance Area Action Plan**. |
|---|---|
| Due Date | November 2017 |
| TCA Assessment | Due to new DPS law, Public Law No. 53 has been vacated. Pending review. |
| Recommendations | TCA has not reviewed a General Order establishing the profile of PRPD officers.  Pending review.<br><br>The TCA will continue annual reviews in accordance with Agreement requirements. |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VII.I.1.3**

| VII.I.1.3 | Collaborate in the development of a **draft bill to amend Public Law No. 53 of June 10, 1996, as amended, better known as the "Puerto Rico Police Department Act"** to establish the probationary period evaluation requirements and the fact that hiring a person for the rank of cadet is provisional until the candidate completes the training, which will include 800 hours of field training. Once the above-mentioned requirements are met, the person will be promoted to the rank of officer. This activity is included in the **Policy and Procedure Compliance Area Action Plan**. |
|---|---|
| Due Date | March 2017 |
| TCA Assessment | Due to new DPS law, Public Law No. 53 has been vacated. Pending review. |
| Recommendations | TCA assessment has not reviewed a General Order establishing the profile of PRPD officers.  Pending review.<br>The TCA will continue annual reviews in accordance with Agreement requirements. |
| TCA Rating | Timeframe was not met<br><br>The Commonwealth of Puerto Rico is in non-compliance with this detailed step of the Action Plan |

## Activity VII.I.1.4

| VII.I.1.4 | Collaborate in the review of Regulations Number 4216, "PR Police Department Personnel Regulations," to establish eligibility criteria in the MPRPD candidate investigation process that will include a psychological evaluation, credit history, criminal record, employment history, use and abuse of controlled substances (including anabolic steroids), ability to work with diverse communities, and impartiality. To such effect, any candidate who meets the selection requirements and has passed each phase of the recruitment process satisfactorily will be included in a roster of eligible candidates for the rank of cadet. The roster of eligible candidates will be in effect for six (6) months. This policy will form part of the **Policies and Procedures Compliance Area Action Plan**. |
|---|---|
| Due Date | November 2017 |
| TCA Assessment | Time period for eligible candidate list is still under discussion by the PRPD and DOJ. Pending review. |
| Recommendations | TCA assessment has not reviewed a General Order establishing the profile of PRPD officers. Pending review. |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VII.I.1.5**

| VII.I.1.5 | Collaborate in the review of **Regulations No. 6403, "Puerto Rico Police Department Officials and Employees Controlled Substance Detection Program Regulations,"** to include the process to have PRPD candidates undergo controlled substance detection tests. **This activity is part of the Administrative Complaints Action Plan**. |
|---|---|
| Due Date | TBD |
| TCA Assessment | Pending review. |
| Recommendations | TCA assessment has not reviewed a General Order establishing the profile of PRPD officers.  Pending review. |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

2017

## Activity VII.I.1.6

| VII.I.1.6 | Develop a **General Order for the MPRPD Recruitment Program** establishing clear guidelines and objectives to recruit MPRPD candidates. This General Order will establish the responsibilities of the PRPD Division of Recruitment director, whose duties are equivalent to those of the recruitment officer as established in the Agreement. The director will be responsible for implementing the **MPRPD Recruitment Program**. (Table 1) |
|---|---|
| Due Date | September 2016 |
| TCA Assessment | Decision to have a recruit class in 2017 has not yet been determined by the PRPD.   Impact of General Order remains to be seen. |
| Recommendations | See Section III of the Report |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

266

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

**Activity VII.I.1.6**

| VII.I.1.7 | The **recruitment policies for undercover officers** will be reviewed to guarantee compliance with the requirements established in the Agreement for the Sustainable Reform of the PRPD. This procedure will be established by the superintendent because of the nature of their duties, the security measures that will be taken, and the danger of the investigations conducted by said personnel. The review and implementation of this policy will, therefore, be strictly confidential. (Table 2) |
|---|---|
| Due Date | May 2017 |
| TCA Assessment | See Activity VII.1.1.6 |
| Recommendations | See Section III of the Report |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4      2017

## II.   Training Development Objectives:

**Activity VII.II.1.6**

| VII.II.1.1 | The SAEA will **develop a multi-topic training course** aimed at the personnel who will work on the various phases of the recruitment process, which will address the following topics:<br><br>1.1.1 General Order for MPRPD Recruitment (includes candidate eligibility requirements and rules and procedures to follow in each phase of the process);<br><br>1.2.1 phases of recruitment process;<br>1.3.1 guidance on effective recruitment interview techniques;<br>1.4.1 applicable equal protection and non-discrimination statutes, as well as generally accepted police practices;<br>1.5.1 candidate profile;<br>1.6.1 informational guide on recruitment process; and<br>1.7.1 techniques to interview members of community organizations. (Table 3) |
|---|---|
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| TCA Assessment | Given that the training course has not yet been developed, the TCA has not reviewed this multi-topic training course aimed at personnel who will work on the various phases of the recruitment process. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| Recommendations | The TCA will continue training reviews in accordance with Agreement requirements. |
| --- | --- |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VII.II.1.2**

| | |
|---|---|
| VII.II.1.2 | The SAEA will **create a field investigations training course** together with personnel from the Office of Safety and Protection assigned to SAIC in order to train investigators on criminal record investigation techniques and PRPD candidate recruitment procedures to continue professionalizing the personnel and to strengthen the community's trust and help provide police services in an equitable, respectful, and unbiased manner in accordance with generally accepted police practices. (Table 4) |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process |
| TCA Assessment | Given that the training course has not yet been developed, the TCA has not reviewed this |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                     2017

## III.    Implementation Objectives:

**Activity VII.III.1.1**

| VII.III.1.1 | The recruitment officer of the PRPD superintendent will be the Division of Recruitment director, who will be responsible for implementing the **General Order for the PRPD Recruitment Program** together with a task force that includes officers with various work experiences and for establishing alliances with historically unrepresented groups in the PRPD. (Table 5) |
|---|---|
| Due Date | August 2017 |
| TCA Assessment | TCA Assessment will be due during next six-month assessment. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

## Activity VII.III.1.2

| VII.III.1.2 | With the purpose of defining and standardizing the various phases that make up the PRPD recruitment process and guarantee the uniformity of the same for all candidates for the position of cadet, the recruitment officer and his or her task force will develop a **flowchart** of the various phases of the recruitment process, from the announcement to the selection, which will allow for the specification and standardization of the process in equal conditions for all candidates. The limitations and weaknesses of the process will be discovered by analyzing it to make it more streamlined and efficient to successfully attract and promote the hiring of qualified candidates, pursuant to the applicable non-discrimination statutes and protecting candidates' rights in accordance with generally accepted police practices. This flowchart will be included in the **General Order for the MPRPD Recruitment Program**. (Table 6) |
|---|---|
| Due Date | September 2016 |
| TCA Assessment | TCA assessment has not reviewed flowchart for recruitment program because the PRPD has not submitted it. Pending review. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was not met<br><br>The Commonwealth of Puerto Rico is in non-compliance with this detailed step of the Action Plan during this reporting period |

**Activity VII.III.1.3**

| VII.III.1.3 | Develop an informational and procedures brochure or guide for candidates for the position of cadet at the PRPD that will provide guidance and help them identify various aspects of the recruitment process so that they can successfully complete it. |
|---|---|
| Due Date | September 2016 |
| TCA Assessment | Decision to have a recruit class in 2017 has not yet been determined by the PRPD.  Pending review. PRPD did not develop a brochure by September 2016. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was not met<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VII.III.1.4**

| VII.III.1.4 | Develop and implement an attractive advertising campaign to promote recruiting PRPD candidates targeted at various sectors of the community in educational institutions (including high schools), job fairs, shopping centers, press, radio, military bases, social networks, public service programs offered by the television media, and the PRPD webpage. To such effect, the PRPD will carry out the following activities:<br><br>• Publish the minimum requirements established to qualify for the position of cadet on the PRPD webpage and the government portal. The announcement and requirements for candidates will also be published in local, regional, and national newspapers.<br>• Develop informational brochures about the recruitment process including the minimum requirements and steps to follow to complete the process successfully, which will be distributed at the various job fairs that will be organized throughout the island.<br>• Design a recruitment poster with the requirements that must be met to become a candidate for the position of cadet and general information about the recruitment process, which will be distributed at various universities, technical colleges, and educational, shopping, and community centers. (Table 8) |
| --- | --- |
| Due Date | Once the Superintendent has made the decision and vacant positions and budgets have been identified. |
| TCA Assessment | Decision to have a recruit class in 2017 has not yet been determined by the PRPD.  Pending review. |

| Recommendations | Continue review in accordance with Agreement requirements. |
|---|---|
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VII.III.1.5**

| VII.III.1.5 | The PRPD Office of Safety and Protection will establish an Analysis, Control, and Quality Committee to guarantee the integrity and reliability of job candidate investigations. (Table 9) |
|---|---|
| Due Date | When recruitment process begins. |
| TCA Assessment | Decision to have a recruit class in 2017 has not yet been determined by the PRPD. TCA assessment has not reviewed information on Analysis, Control, and Quality Committee. Pending review. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VII.III.1.6**

| VII.III.1.6 | The PRPD and the SAEA will establish performance evaluation requirements that comply with the objectives required by the PRPD. The evaluation of cadets will establish parameters to evaluate their performance, aptitude, and abilities during their training period at the PRPD Academy, which will include 800 hours of field training. Once they have passed the training, they will be promoted to the rank of officer. (Table 10) |
|---|---|
| Due Date | After recruitment and after training requirements are met cadets will be officers. |
| TCA Assessment | Performance evaluation requirements have been established by the PRPD and SAEA. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VII.III.2.1**

| VII.III.2.1 | Within the twelve (12) months following the final approval of the training material of the Recruitment Manual and the Multi-topic Workshop on the recruitment process and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of PRPD employees. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. The following topics will be addressed:<br><br>2.1.1 General Order for MPRPD Recruitment (includes candidate eligibility requirements and rules and procedures to follow in each phase of the process);<br><br>2.1.2 phases of recruitment process;<br><br>2.1.3 guidance on effective recruitment interview techniques;<br><br>2.1.4 applicable equal protection and non-discrimination statutes, as well as generally accepted police practices;<br><br>2.1.5 candidate profile;<br><br>2.1.6 informational guide on recruitment process; and<br><br>2.1.7 techniques to interview members of community organizations. (Table 11) |
| --- | --- |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| | |
|---|---|
| Due Date | Training will be implemented as indicated in **Appendix C –** Training Implementation Process. |
| TCA Assessment | Decision to have a recruit class in 2017 has not yet been determined by the PRPD.  Pending review. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe: not due yet |
| | Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## IV Self-Assessment Activities:

## Activity VII.IV.1.1

| VII.IV.1.1 | The PRPD, through the Office of Reform, will conduct periodic, specific, and random monitoring of the different activities, services, investigations, and training courses. |
|---|---|
| Due Date | May 2017 |
| TCA Assessment | The PRPD Report adequately documents PRPD's self-assessment process |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VII.IV.1.2

| VII.IV.1.2 | On an annual basis, [the PRPD] will compile a random sample of the work MPRPDs are performing to verify the positions available. |
|---|---|
| Due Date | May 2017 |
| TCA Assessment | The PRPD Report adequately documents PRPD's self-assessment process |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VII.IV.1.3

| VII.IV.1.3 | The Implementation and Compliance Section of the Office of Reform, together with the Analysis, Control, and Quality Committee of the Office of Safety and Protection, will develop a Candidate Investigation Monitoring Program to ensure compliance with the Job Candidate Investigation Guide and guarantee high-quality, efficient investigations. |
|---|---|
| Due Date | May 2017 |
| TCA Assessment | The PRPD Report adequately documents PRPD's self-assessment process |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VII.IV.1.4**

| VII.IV.1.4 | The Implementation and Compliance Section of the Office of Reform, together with the Analysis, Control, and Quality Committee of the Office of Safety and Protection, will design the evaluation instrument to conduct efficient, high-quality monitoring of the components of the recruitment process. |
|---|---|
| Due Date | May 2017 |
| TCA Assessment | The PRPD Report adequately documents PRPD's self-assessment process |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4     2017

# Compliance Tables for Policies

## Action Plan

### Section VIII. Policies and Procedures

### Requirements: 109 to 116

**Compliance Area Summary:**

Assessment: no applicable

## I.     Policy and Procedure Development Objectives:

**Activities:**

**Activity VIII.I.1.1**

| VIII.I.1.1 | Develop a draft bill to amend Public Law Number 53 of June 10, 1996, as amended, known as the "Puerto Rico Police Department Act," to adapt it to the requirements established in the Agreement for the Sustainable Reform of the PRPD. |
|---|---|

| Due Date | March 2017 |
|---|---|
| TCA Assessment | With the implementation of the new DPS law (Act 20-2017), Law Number 53 (Act 53-1996) has been vacated |
| Recommendations | See Report Section III |
| TCA Rating | Timeframe was not met<br><br>The Commonwealth of Puerto Rico is in non-compliance with this detailed step of the Action Plan.  To date, PRPD has not addreesed the issue of how will codify relevant provisions of the Agreement in the absence of Law 53. |

TCA Sixth Semi-Annual Report: Appendix 4                          2017

## Activity VIII.I.1.2

| VIII.I.1.2 | Review General Order, Chapter 100, Section 102, entitled "Reorganization of the Puerto Rico Police Department Organizational Structure," with the purpose of adjust said General Order to the changes resulting from the creation and reorganization of other work units and the Agreement. |
|---|---|
| Due Date | September 2017 |
| TCA Assessment | TCA assessment not yet due |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe: not due yet

Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VIII.I.1.3**

| VIII.I.1.3 | Review General Order, Chapter 100, Section 106, entitled "Creation of the Office of the Assistant Superintendent for Field Operations," to incorporate the changes in the structure and duties of the Office of the Assistance Superintendent for Field Operations and the Zones of Excellence. |
|---|---|
| Due Date | November 2016 |
| TCA Assessment | PRPD reviewed the above policy with TCA input during  this reporting period |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## Activity VIII.I.1.4

| | |
|---|---|
| VIII.I.1.4 | Review General Order, Chapter 100, Section 111, entitled "Creation and Functional Organization of the Office of Reform," to adjust it to the changes that have been made after its creation. |
| Due Date | October 2016 |
| TCA Assessment | Signed by Superintendent April/2015<br>Revised Oct/2016 |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.I.1.5

| VIII.I.1.5 | Review General Order, Chapter 100, Section 107, entitled "Creation of the Office of the Assistant Superintendent for Criminal Investigations," to incorporate the changes made in the organizational structure to comply with the provisions of the Agreement. |
|---|---|
| Due Date | September 2016 |
| TCA Assessment | PRPD reviewed above order with TCA input during this reporting period |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## Activity VIII.I.1.6

| | |
|---|---|
| VIII.I.1.6 | Develop a General Order establishing the organizational and functional structure of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons, as well as its duties and responsibilities, in accordance with the Agreement and generally accepted police practices. |
| Due Date | April 2016 |
| TCA Assessment | PRPD developed the above order with TCA input during last reporting period<br>Signed by Superintendent Sept/2016 |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## Activity VIII.I.2.1

| VIII.I.2.1 | Review Regulations No. 4216, entitled "Puerto Rico Police Department Personnel Regulations," in its entirety to adapt it to Public Law No. 53-1996, as amended, known as the "Puerto Rico Police Department Act of 1996;" to Public Law No. 184-2004, as amended, known as the "Public Service Human Resources Administration Act;" to other applicable legislation; and to the requirements of the Agreement for the Sustainable Reform of the PRPD. The Regulations will also clarify that they will only apply to the personnel belonging to the PRPD Rank System. |
|---|---|
| Due Date | November 2017 |
| TCA Assessment | |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period. |

TCA Sixth Semi-Annual Report: Appendix 4     2017

## Activity VIII.I.3.1

| VIII.I.3.1 | Review AO 2015-1-IV, entitled "Administrative Order for Traffic Stops," to adapt it to the new generally accepted police practices in relation to the services provided to people and police interventions with them. |
|---|---|
| Due Date | March 2016 |
| TCA Assessment | Pending, waiting approval of the Superintendent. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period because approval of the policy is pending. |

**Activity VIII.I.3.2**

| VIII.I.3.2 | Review Uniform Crime Reporting Handbook (NIBRS). |
|---|---|
| Due Date | November 2016 |
| TCA Assessment | Pending, waiting approval of the Superintendent. NIBRS manual approved Jan 2016. |
| Recommendations | Continue review in accordance with Agreement requirements. Review Pilot status and forms in July and August with PRPD (see IT Action Plan Section IV.1.2.1 Table 30) |
| TCA Rating | Timeframe was met<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period because approval of the policy is pending. |

## Activity VIII.I.4.1

| VIII.I.4.1 | Review the corresponding Memoranda of Understanding with federal and state agencies to adapt them to the Agreement and establish requirements that federal agencies must meet to request the services of PRPD officers, procedures that federal agencies must follow in relation to MPRPDs assigned to task forces in order to comply with the Agreement, and required processes, such as training, performance evaluations and reporting of any incident of improper conduct or use of force by MPRPDs under their supervision, among others. |
|---|---|
| Due Date | February 2017 |
| TCA Assessment | The PRPD submitted a list of proposed changes.  The TCA reviewed the list, but has not seen these changes implemented. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period until the changes are fully implemented |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.I.4.2

| VIII.I.4.2 | Develop an Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow to incorporate the new and revised policies in accordance with state and federal laws and generally accepted police practices related to searches, seizures, arrests, and extraditions. This Operations Manual will be classified as confidential due to the nature of the operations conducted, the protection and confidentiality of the logistics during the time it takes to search for information, the danger of the investigations, and the security measures that these MPRPDs must take. |
|---|---|
| Due Date | November 2016 |
| TCA Assessment | It is the understanding of the TCA that this Manual is currently being worked on. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was not met<br><br>The Commonwealth of Puerto Rico is in non-compliance with this detailed step of the Action Plan |

## Activity VIII.I.4.3

| VIII.I.4.3 | Develop a Procedures Manual for Investigators of the Criminal Investigation Corps to standardize the processes conducted during the entire criminal investigation in order to meet the fundamental requirements in accordance with the law and generally accepted police practices and to safeguard the confidentiality of the same. This Operations [sic] Manual will be classified as confidential due to the nature of the operations conducted, the protection and confidentiality of the logistics during the time it takes to search for information, the danger of the investigations, and the security measures that these MPRPDs must take. |
|---|---|
| Due Date | November 2016 |
| TCA Assessment | Procedures Manual for CIC Investigators developed by PRPD and approved by TCA during this reporting period |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity VIII.I.5.1**

| VIII.I.5.1 | Review Special Order No. 2010-7, entitled "Local Monthly Academies,'" to establish the procedure that will be followed when developing the continuous monthly training and at the beginning of each shift or service periods; and to record and certify the discussion of general orders and/or administrative orders during local "academies" as an alternate valid method to the training offered by the SAEA in order to supplement the 40 hours of formal training in accordance with the Supervision and Management Compliance Area. |
|---|---|
| Due Date | October 2016 |
| TCA Assessment | The Special order has been developed, and approved by the TCA |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## Activity VIII.I.6.1

| VIII.I.6.1 | Develop a General Order to create the Virtual Library on the PRPD webpage where all policies and procedures in force, as well as the different forms, will be published and indexed so that PRPD employees can easily access them and the general public can also have access to the information. Thus, people from the community and MPRPDs will be able to access laws, regulations, policies, and procedures applicable to the PRPD that are not confidential. A section will be established in this webpage where people from the community can submit comments about policies and procedures in process or approved by the superintendent. The comments will be evaluated and analyzed by the Office of Reform and, if they are in keeping with generally accepted police practices and the respective Constitutions and laws of the United States of America and the Commonwealth of Puerto Rico, they will be incorporated, as appropriate, during the annual reviews. **This activity is included in the Information Systems and Technology Action Plan**. |
| --- | --- |
| Due Date | December 2016 |

| TCA Assessment | To date has not been established by IT Bureau. According to IT Action Plan pending finalization of all policies before implemented. |
|---|---|
| Recommendations | |
| TCA Rating | For rating, see IT Action Plan |

## Activity VIII.I.6.2

| 6.2 | Develop an Administrative Order establishing the rules and procedures PRPD personnel must follow to protect the copyrights of graphic works and photos and the source codes of software, among others, produced by the PRPD. (Table 15) |
|---|---|
| Due Date | October 2016 |
| TCA Assessment | Changed from Administrative Order to a Regulation. The Regulation requires process through PR Administrative Law. That is ongoing. IT Action Plan reports pending finalization all policies before implementing |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |