TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.I.7.1**

| VIII.I.7.1 | Review General Order 73-4, entitled "Rules and Procedures for the Tactical Operations Unit." This policy is included in the **Use of Force Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Use of Force (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Use of Force Action Plan. |

## Activity VIII.I.7.2

| VIII.I.7.2 | Develop General Order for the Mobilization of the Division of Special Weapons and Tactics (SWAT). This policy is included in the **Use of Force Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See use of Force (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Use of Force Action Plan. |

**Activity VIII.I.7.3**

| VIII.I.7.3 | Develop Protocol to Regulate K-9 [Officers] in Patrolling Duties. This policy is included in the **Use of Force Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Use of Force (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Use of Force Action Plan. |

**Activity VIII.I.7.4**

| VIII.I.7.4 | Develop General Order for Crowd Control and Incident Management. This policy is included in the **Use of Force Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Use of Force (Boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Use of Force Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.I.7.5**

| VIII.I.7.5 | Develop General Order to Create Force Investigation Unit (FIU). This policy is included in the **Use of Force Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See use of Force (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Use of Force Action Plan. |

## Activity VIII.I.7.6

| VIII.I.7.6 | Review General Order 2010-14, entitled "Creation of the Office of the Assistant Superintendent for Professional Responsibility." This policy is included in the **Administrative Complaints Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See administrative complaints (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Administrative Complaints Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.I.7.7**

| VIII.I.7.7 | Review Regulations 6506, entitled "Regulations to Process Administrative Complaints against Members of the Force and Civilian Personnel who Work at the PRPD," to adopt the new "**Regulations to Receive, Process, and Manage Administrative Complaints**." This policy is included in the **Administrative Complaints Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See administrative complaints (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Administrative Complaints Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.I.7.8**

| VIII.I.7.8 | Develop the Administrative Complaint Investigation Procedures Manual. This policy is included in the **Administrative Complaints Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See administrative complaints (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Administrative Complaints Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.I.7.9**

| VIII.I.7.9 | Review General Order 2010-1, entitled "Reorganization of the Internal Audit Office." This policy is included in the **Supervision and Management Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Supervision Action Plan (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Supervision Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.I.7.10

| VIII.I.7.10 | Develop Procedures Manual establishing Guidelines to Conduct Operational and Administrative Inspections. This policy is included in the **Supervision and Management Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Supervision Action Plan (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Supervision Action Plan. |

2017

**Activity VIII.I.7.11**

| VIII.I.7.11 | Review Regulations No. 6403, entitled "Puerto Rico Police Department Officials and Employees Controlled Substance Detection Program Regulations." This policy is included in the **Administrative Complaints Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Administrative Complaints (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Administrative Complaints Action Plan. |

## Activity VIII.I.7.12

| VIII.I.7.12 | Review General Order, Chapter 600, Section 605, entitled "Report and Investigation of Use-of-Force Incidents by Members of the Puerto Rico Police Department." This policy is included in the **Use of Force Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Use of Force (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Use of Force Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.I.7.13

| VIII.I.7.13 | Develop General Order to establish the Force Review Boards. This policy is included in the **Use of Force Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Use of Force (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Use of Force Action Plan. |

**Activity VIII.I.7.14**

| | |
|---|---|
| VIII.I.7.14 | Develop General Order for the Investigation of Domestic Violence Incidents. This policy is included in the **Equal Protection and Non-Discrimination Action Plan**. |
| Due Date | |
| TCA Assessment | See Equal Protection (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Equal Protection Action Plan. |

**Activity VIII.I.7.15**

| VIII.I.7.15 | Develop Administrative Order for Intervention in Domestic Violence Incidents Involving PRPD Employees. This policy is included in the **Equal Protection and Non-Discrimination Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Equal Protection (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Equal Protection Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.I.7.16

| VIII.I.7.16 | Develop General Order for the Investigation of Sexual Assault Incidents. This policy is included in the **Equal Protection and Non-Discrimination Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Equal Protection (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Equal Protection Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.I.7.17**

| VIII.I.7.17 | Develop General Order for the Investigation of Sexual Assault Incidents. This policy is included in the **Equal Protection and Non-Discrimination Action Plan.** |
|---|---|
| Due Date | |
| TCA Assessment | See Equal Protection (boxes) |
| Recommendations | |
| Compliance | For rating, see the Equal Protection Action Plan. |

**Activity VIII.I.7.18**

| VIII.I.7.18 | Develop Administrative Order to Investigate Sexual Assault Incidents for cases in which an incident of sexual assault involving PRPD employees occurs. This policy is included in the **Equal Protection and Non-Discrimination Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Equal Protection (boxes) |
| Recommendations | |
| TCA Rating | |
| | For rating, see the Equal Protection Action Plan. |

2017

## Activity VIII.I.7.19

| VIII.I.7.19 | Develop **General Order for the MPRPD Recruitment Program** establishing clear guidelines and objectives to recruit MPRPD candidates. This policy is included in the **Recruitment, Selection, and Hiring Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Recruitment Action Plan (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Recruitment Action Plan. |

## Activity VIII.I.7.20

| VIII.I.7.20 | Develop General Order establishing the rules and procedures for the Cadet Training Program. This policy is included in the **Training Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Training Action Plan(boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Training Action Plan. |

## Activity VIII.I.7.21

| VIII.I.7.21 | Review General Order, Chapter 700, Section 701, entitled "Creation of the Operational Supervision Officers Program." This policy is included in the **Training Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Training Action Plan(boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Training Action Plan. |

**Activity VIII.I.7.22**

| VIII.I.7.22 | Review Operations Manual of the Field Training Program (FTOs). This policy is included in the **Training Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Training Action Plan (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Training  Action Plan. |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.I.7.23

| VIII.I.7.23 | Develop Administrative Order establishing the rules and procedures for the development and implementation of training and re-training for PRPD employees. This policy is included in the **Training Action Plan**. |
|---|---|
| Due Date | |
| TCA Assessment | See Training Action Plan (boxes) |
| Recommendations | |
| TCA Rating | For rating, see the Training  Action Plan. |

## II. Training Development Objectives:

**Activity VIII.II.1.1**

| | |
|---|---|
| VIII.II.1.1 | The Office of the Assistant Superintendent for Education and Training will develop a Multi-topic Training Program to train **all MPRPDs assigned to SAIC** on the law, applicable case law, and the rules and procedures to follow when conducting criminal investigations. The Program will begin with training on the following topics: (Table 16)<br><br>1.1.1    criminal law;<br>1.1.2    Rules of Criminal Procedure;<br>1.1.3    evidence law;<br>1.1.4    constitutional and civil rights;<br>1.1.5    criminal investigation techniques;<br>1.1.6    interview and interrogation techniques;<br>1.1.7    scene work;<br>1.1.8    court testimony;<br>1.1.9    criminal photography; and<br>1.1.10   preparation of files and reports.<br><br>MPRPDs assigned to the SAIC will also take training corresponding to the following policies during the period established on the timeline: |

|  | 1.1.11 | General Order, Chapter 100, Section 107, entitled "Creation of the Office of the Assistant Superintendent for Criminal Investigations"; and |
|  | 1.1.12 | Operational Manual for Criminal Investigation Corps Investigator Procedures. |
| **Due Date** | | |
| **TCA Assessment** | | Training module not yet developed |
| **Recommendations** | | |
| **TCA Rating** | | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.II.1.2**

| VIII.II.1.2 | The Office of the Assistant Superintendent for Education and Training will develop a Multi-topic Training Program to train all MPRPDs **assigned to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons** on the following topics: (Table 17) |
|---|---|
| | 1.2.1    criminal law; |
| | 1.2.2    Rules of Criminal Procedure; |
| | 1.2.3    evidence; |
| | 1.2.4    criminal investigation techniques; |
| | 1.2.5    interview and interrogation techniques; |
| | 1.2.6    Confidential Special Order 2010-1; |
| | 1.2.7    police corruption; |
| | 1.2.8    identification of controlled substances; |
| | 1.2.9    undercover operations; |
| | 1.2.10   controlled substance sale surveillance; |
| | 1.2.11   court testimony; |
| | 1.2.12   forensic photography and video |
| | 1.2.13   General Order to create the "Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons"; and |
| | 1.2.14   Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow. |

| Due Date | |
|---|---|
| TCA Assessment | Training module not yet developed |
| Recommendations | |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.II.2.1**

| VIII.II.2.1 | The Office of the Assistant Superintendent for Education and Training will develop a training course aimed at **all MPRPDs** on the law, applicable case law, and the rules and procedures to follow when conducting **traffic stops** in various scenarios, answering emergency calls, and inspecting motor vehicles, among others. (Table 18) |
|---|---|
| Due Date | |
| TCA Assessment | Training module not yet developed |
| Recommendations | |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VIII.II.3.1**

| VIII.II.3.1 | The Office of the Assistant Superintendent for Education and Training will develop a training course aimed at **all MPRPDs** on the **Uniform Crime Reporting Handbook (NIBRS)**. (Table 19) |
|---|---|
| Due Date | |
| TCA Assessment | Training module not yet developed |
| Recommendations | |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## III. Training Implementation Objective:

## Activity VIII.III.1.1

| VIII.III.1.1 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **all MPRPDs assigned to the SAIC** on the **topics included in the Multi-topic Program**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. The Multi-topic Training Program that will be implemented will address the following topics:<br><br>    i.   criminal law;<br>    ii.  Rules of Criminal Procedure;<br>    iii.  evidence law;<br>    iv.  constitutional and civil rights;<br>    v.   criminal investigation techniques;<br>    vi.  interview and interrogation techniques;<br>    vii.  scene work;<br>    viii.  court testimony; |
|---|---|

| | |
|---|---|
| | ix. criminal photography; |
| | x. preparation of files and reports; |
| | xi. General Order, Chapter 100, Section 107, entitled "Creation of the Office of the Assistant Superintendent for Criminal Investigations"; and |
| | xii. Operational Manual for Criminal Investigation Corps Investigator Procedures. |
| Due Date | |
| TCA Assessment | |
| Recommendations | |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

## Activity VIII.III.1.2

| | |
|---|---|
| VIII.III.1.2 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of all MPRPDs **assigned to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval.<br><br>The Multi-topic Training Program that will be implemented will address the following topics: (Table 21)<br>    1.1.1   criminal law;<br>    1.1.2   Rules of Criminal Procedure;<br>    1.1.3   evidence law;<br>    1.1.4   criminal investigation techniques;<br>    1.1.5   interview and interrogation techniques;<br>    1.1.6   Special Confidential Order 2010-1;<br>    1.1.7   police corruption;<br>    1.1.8   controlled substances identification;<br>    1.1.9   undercover operations; |

|  | 1.1.10 controlled substance sale surveillance;<br><br>1.1.11 court testimony;<br><br>1.1.12 forensic photography and video;<br><br>1.1.13 General Order to create the "Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons"; and<br><br>1.1.14 Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow. |
|---|---|
| Due Date |  |
| TCA Assessment |  |
| Recommendations |  |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.III.1.3

| VIII.III.1.3 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **all MPRPDs** on the law, applicable case law, and the rules and procedures that must be followed when conducting **traffic stops** in various scenarios, answering emergency calls, and inspecting motor vehicles, among others. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. |
|---|---|
| Due Date | |
| TCA Assessment | |
| Recommendations | |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity VIII.III.1.4**

| VIII.III.1.4 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will simultaneously train fifty percent (50%) of **all MPRPDs** on the **Uniform Crime Reporting Handbook (NIBRS)**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. |
|---|---|
| Due Date | |
| TCA Assessment | |
| Recommendations | |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## IV.    Implementation Objectives:
## Activity VIII.IV.1.1

| VIII.IV.1.1 | The PRPD will develop a Strategic Plan for Implementation in Zones of Excellence establishing the goals, objectives, and activities aimed at measuring the percentage of MPRPDs who have been trained on each of the implemented policies to comply with the procedures related to the eleven (11) compliance areas included in the Reform Agreement. (Table 24) |
|---|---|
| Due Date | |
| TCA Assessment | |
| Recommendations | |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.IV.1.2

| VIII.IV.1.2 | Hold local "academies" at each work unit based on the guidelines provided by the PRPD to ensure that the PRPD personnel know the policies and procedures established by the Agency. |
|---|---|
| Due Date | ongoing |
| TCA Assessment | The TCA has visited local academies during the Core Team filed visits and has reviewed training logs |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## V.      Self-Assessment Objectives

**Activity VIII.V.1.1**

| VIII.V.1.1 | The PRPD, through the Office of Reform, will evaluate the effectiveness of the rules and procedures adopted in its policies and the knowledge acquired in the training of PRPD employees. The results of these evaluations will be analyzed to measure the level of knowledge, attitudes, aptitudes, and abilities; to identify if there is a substantial deficiency; and, if necessary, to take the corrective actions in the policies, training courses, and re-training courses so that the procedures adopted are feasible, operationally enforceable, and sustainable. This activity will be conducted through an Evaluation Protocol on Compliance with Operational Programs Best Practices, which will help measure the effectiveness of the rules and training of PRPD employees by reviewing documents, forms, policies, and procedures related to arrests, traffic stops, searches, property seizures, and administrative complaints to ensure that police services are provided in an equitable, respectful, and unbiased manner; attaining ongoing professionalization of MPRPDs; restoring the community's trust; and effectively preventing crime based on generally accepted police practices and without prejudice on the |

| | |
|---|---|
| | basis of race, color, ethnicity, national origin, religion, sex, age, disability, sexual orientation, gender identity or expression, or political beliefs or affiliation and pursuant to the rights, privileges, and immunities guaranteed or protected by the respective Constitutions and laws of the United States and the Commonwealth of Puerto Rico. **The development of this Protocol will be part of the Equal Protection and Non-discrimination Compliance Area Action Plan**. |
| Due Date | ongoing |
| TCA Assessment | |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity VIII.V.1.2**

| VIII.V.1.2 | The PRPD, through the Office of Reform, will submit a monthly report to the superintendent on the policies and procedures scheduled as of the date submitted so that collaborators from the various Offices of the Assistant Superintendents can provide draft policies and procedures in advance on the date scheduled for each of them and avoid affecting their delivery to the TCA and USDOJ. |
|---|---|
| Due Date | ongoing |
| TCA Assessment | |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity VIII.V.1.3**

| VIII.V.1.3 | The PRPD, through the Office of Reform, will submit a monthly report to the superintendent on the progress of the policies and procedures, according to the due date and status of each with the TCA and USDOJ. |
|---|---|
| Due Date | ongoing |
| TCA Assessment | |
| Recommendations | |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4          2017

**Activity VIII.V.1.4**

| VIII.V.1.4 | On a monthly basis, the PRPD, through the Office of Reform, will verify that the corresponding policies have been delivered as scheduled, including the annual reviews established in the Agreement. In the event of noncompliance, it will evaluate the situation that resulted in not delivering the policy or procedure on the scheduled date and prepare a report for the superintendent stating the reasons for the noncompliance, its findings and recommendations, and any agreements reached with the TCA and USDOJ. |
| --- | --- |
| Due Date | ongoing |
| TCA Assessment | |
| Recommendations | |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity VIII.V.1.5**

| VIII.V.1.5 | The Implementation and Compliance Section of the Office of Reform will compile the statistical data and information needed to ensure that MPRPDs are being informed about the new and revised policies and procedures established by the PRPD through the local "academies." This will allow the PRPD to obtain the statistical data and information needed to make sure that MPRPDs are receiving the corresponding training and to measure progress and the level of compliance during the first twelve (12) months and the twelve (12) months following the final approval of the training material, starting with the Zones of Excellence and, afterwards, according to the priority work units established in this Action Plan. It will also identify the aspects that need to be corrected or amended. |
|---|---|
| Due Date | ongoing |
| TCA Assessment | |
| Recommendations | |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| TCA Rating | Timeframe was met |
|---|---|
| | The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity VIII.V.1.6

| VIII.V.1.6 | The PRPD, through the Office of Reform, will evaluate the recommendations received from all PRPD employees and people from the community in relation to all the policies and procedures in force that are not confidential in nature. The comments will be evaluated and analyzed by the Office of Reform and, if they are in keeping with generally accepted police practices and the respective Constitutions and laws of the United States of America and the Commonwealth of Puerto Rico, they will be incorporated, as appropriate, during the annual reviews. |
|---|---|
| Due Date | ongoing |
| TCA Assessment | |
| Recommendations | |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

# Compliance Tables for Training

### Action Plan

### Section IX. Training

### Requirements: 117 to 134

**Activity IX.I.1.1**

| IX.I.1.1 | Develop a General Order establishing the rules and procedures of the Prior-to-Service Education and Training Program (Cadets) and the review of said curricula. |
|---|---|
| Due Date | October 2016 |
| TCA Assessment | The TCA has been monitoring PRPD's progress. To date PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue annual reviews in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

**Activity IX.I.1.2**

| IX.I.1.2 | Develop the new PRPD Academy Student Regulations, which will repeal Regulations No. 7669, entitled "Puerto Rico Criminal Justice College Student Regulations," to adapt them to the amendments to Public Law No. 53-1996, as amended, known as the "Puerto Rico Police Department Act," and with the requirements of the Agreement. |
|---|---|
| Due Date | July 27, 2017 |
| TCA Assessment | In progress. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

**Activity IX.I.1.3**

| IX.I.1.3 | Review General Order, Chapter 100, Section 108, entitled "Creation of the Office of the Assistant Superintendent for Education and Training," to incorporate the requirements included in the Reform Agreement and establish, among other things, the powers and responsibilities in relation to guaranteeing that PRPD employees receive full and effective training aimed at protecting their security and that of the people through theoretical and practical training and re-training that integrate community policing principles and that these principles promote equitable, respectful, and unbiased police services. The selection, certification, and recertification processes and the responsibilities of instructors will also be included. Furthermore, the duties and responsibilities of PRPD training coordinators will be established. |
|---|---|
| Due Date | September 2016 |
| TCA Assessment | General Order entitled "Creation of the Office of the Assistant Superintendent for Education and Training," has been approved by the Superintendent. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                              2017

## Activity IX.I.1.4

| IX.I.1.4 | Develop an Administrative Order establishing the rules and procedures to develop and implement training and re-training for PRPD employees. It will also include the rules and procedures for enrollment, compiling information (statistics), files, and certification of training and re-training taken by PRPD personnel, as well as the electronic distribution of the annual Training Plan prepared by the SAEA and the PRPD training coordinators. |
|---|---|
| Due Date | August 2017 |
| TCA Assessment | In progress. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe: not due yet<br><br>Whether the Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan cannot be assessed during this reporting period |

## Activity IX.I.1.5

| IX.I.1.5 | Review General Order, Chapter 700, Section 701, entitled "Creation of the Operational Supervision Officers Program," to adapt it to the Operations Manual of the Field Training Program and the requirements of the Agreement. |
|---|---|
| Due Date | March 2016 |
| TCA Assessment | The TCA has been monitoring PRPD's progress. To date PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity IX.I.1.6**

| IX.I.1.6 | Review the Operations Manual of the Field Training Program (FTOs) to adapt it to the new and revised policies established at the PRPD. |
|---|---|
| Due Date | March 2017 |
| TCA Assessment | Review of the Operational Manual of the Field Training Program has been approved by the TCA and approved by the Superintendent to adapt it to the new and revised policies established at the PRPD. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4          2017

**Activity IX.I.1.7**

| IX.I.1.7 | Review General Order 88-1, entitled "Rules and Procedures for the Appearance of Police Department Personnel at Court and Administrative Proceedings," to adapt it to the requirements of the Agreement and make sure that appearances at court and administrative proceedings will not affect MPRPD attendance at the training established in the different Action Plans. The Protocols establishing the processes to follow to carry out the appropriate coordination are included in the **Searches and Seizures and the Supervision and Management Action Plans**. |
|---|---|
| Due Date | November 2016 |
| TCA Assessment | General Order 88-1 entitled "Rules and Procedures for the Appearance of Police Department Personnel at Court and Administrative Proceedings" has not yet been approved. The TCA has been monitoring PRPD's progress. PRPD has not complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | For rating, see Supervision and Search and Seizure Action Plans |

## II. Pre-service Training Development Objectives:

## Activity IX.II.1.1

| IX.II.1.1 | The Criminal Justice College ceased to exist on July 30, 2014, with the passing of Public Law No. 112-2014, which repealed Public Law No. 155-1999, as amended, that had created the Criminal Justice College. Thus, the SAEA no longer offers college degrees, and as such, the accreditations of the Puerto Rico Council on Higher Education or the Middle States Association of Colleges and Schools are no longer required. To such effect, the SAEA took steps to request the closing of the CJC and submitted certification number 2015-175 signed by Mr. Ricardo Aponte Parsi, chairman of the Puerto Rico Council on Higher Education, acknowledging the closing of the Gurabo and Villalba campuses of the Criminal Justice College effective July 30, 2014. The TCA requested a copy of the certification. The SAEA has assumed responsibility for the CJC, thus complying with requirement number 118 of the Agreement. |
|---|---|
| Due Date | See Schedules B & C. |
| TCA Assessment | General Order has been approved but may be changed. The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | n/a |

## Activity IX.II.2.1

| IX.II.2.1 | The SAEA will develop a Prior-to-Service Education and Training Program (cadets), which will consist of at least nine hundred (900) contact hours. The Program will be based on an analysis of factors, which will include, but will not be limited to, the following topics: |
|---|---|
| | 2.1.1  criminology; |
| | 2.1.2  fundamentals of communication and writing reports and forms; |
| | 2.1.3  basic techniques in the use and management of force; |
| | 2.1.4  fundamentals of psychology and human relations in the police context; |
| | 2.1.5  ethical police principles; |
| | 2.1.6  criminal law; |
| | 2.1.7  introduction to human and civil rights; |
| | 2.1.8  basic use and handling of firearms; |
| | 2.1.9  physical efficiency; |
| | 2.1.10 special legislation; |
| | 2.1.11 criminal procedure; |
| | 2.1.12 searches and seizures; |
| | 2.1.13 fundamentals of the administration of the Traffic Act; |

| | |
|---|---|
| | 2.1.14 psychosocial and investigative aspects of domestic violence, sexual harassment, and LGBTTIQ communities; |
| | 2.1.15 conflict mediation and resolution; |
| | 2.1.16 intermediate use and handling of firearms; |
| | 2.1.17 intermediate techniques in the use and management of force; |
| | 2.1.18 certification in the use and handling of pepper spray; |
| | 2.1.19 introduction to juvenile justice; |
| | 2.1.20 Rules of Evidence and court testimony; |
| | 2.1.21 organizational conduct in the police context; |
| | 2.1.22 criminal investigation; |
| | 2.1.23 management and protocol in crisis situations; |
| | 2.1.24 operational skills simulated scenarios; |
| | 2.1.25 community policing; |
| | 2.1.26 cybernetics in criminal investigation; |
| | 2.1.27 blood pathogens, response in cases of emergency, and basic first-aid skills; |
| | 2.1.28 interview and interrogation; and |
| | 2.1.29 equal protection and non-discrimination (homeless persons) and human trafficking. |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with |

| | |
|---|---|
| | the process established in **Appendix B** – Training Design Process. |
| TCA Assessment | Prior-to-Service Education and Training Program (cadets) has been approved by the TCA and the Superintendent. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met |
| | The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## III. Field Training Development Objectives:

## Activity IX.III.1.1

| IX.III.1.1 | The SAEA will develop the FTO Training Program to train future FTOs or re-train MPRPDs who have previously acted as FTOs. It will consist of a minimum of eighty (80) contact hours, which include theory and practice. The Training and Re-training Program will be based on an analysis of factors, which will include, but will not be limited to, the following topics: (Table 9) |
|---|---|
| | 1.1.1   Agreement requirements; |
| | 1.1.2   introduction to the Field Training Program; |
| | 1.1.3   use of force and use-of-force incident reports; |
| | 1.1.4   reports and forms; |
| | 1.1.5   criminal law and criminal procedure; |
| | 1.1.6   civil rights (focused on protections against unreasonable searches and seizures and equal protection and non-discrimination); |
| | 1.1.7   Traffic Act and traffic stops; |
| | 1.1.8   sexual harassment and other prohibited employment practices; |
| | 1.1.9   criminal investigation; |
| | 1.1.10  supervision and management; |
| | 1.1.11  arrests and citations; |
| | 1.1.12  mechanics of the arrest; |
| | 1.1.13  searches and seizures; |
| | 1.1.14  community policing (effective conflict resolution techniques); |
| | 1.1.15  interaction with transgender and transsexual persons; |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| | |
|---|---|
| | 1.1.16  intervention with foreigners; |
| | 1.1.17  weapons authorized by the PRPD; |
| | 1.1.18  police ethics; |
| | 1.1.19  crisis intervention; |
| | 1.1.20  Operations Manual of the Field Training Program; and |
| | 1.1.21  basic teaching techniques. |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process. |
| TCA Assessment | FTO Training Program has been developed, implemented, and approved by the TCA and the Superintendent. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                          2017

**Activity IX.III.1.2**

| IX.III.1.2 | The PRPD will develop **the Field Training Program** for recently graduated officers, which will consist of at least eight hundred (800) hours of practice and be divided into four (4) phases as detailed below:<br><br>1.2.1 Phase I – Integration – Response to Incidents Not Constituting an<br><br>   Emergency;<br><br>1.2.2 Phase II – Response to Incidents Constituting an Emergency;<br><br>1.2.3 Phase III – Activities while Patrolling; and<br><br>1.2.4 Phase IV – Criminal Investigations. |
| --- | --- |
| Due Date | Designing training courses corresponding to policies will begin once the policy has been approved and signed in accordance with the process established in **Appendix B** – Training Design Process |
| TCA Assessment | The Field Training Program has been developed, implemented, and approved by the TCA and the Superintendent. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met<br><br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## IV. Training and Re-training Implementation Objectives:

## A.    Pre-service Training Program:

## Activity IX.IV.A.1.1

| IX.IV.A.1.1 | The SAEA will implement a Prior-to-Service Education and Training Program (cadets) that will consist of at least nine hundred (900) contact hours. The Program will be based on an analysis of factors, which will include, but will not be limited to, the following topics: (Table 11)<br><br>1.1.1  criminology;<br><br>1.1.2  fundamentals of communication and writing reports and forms;<br><br>1.1.3  basic techniques in the use and management of force;<br><br>1.1.4  fundamentals of psychology and human relations in the police context;<br><br>1.1.5  ethical police principles;<br><br>1.1.6  criminal law;<br><br>1.1.7  introduction to human and civil rights;<br><br>1.1.8  basic use and handling of firearms;<br><br>1.1.9  physical efficiency;<br><br>1.1.10 special legislation; |

| | |
|---|---|
| | 1.1.11 criminal procedure; |
| | 1.1.12 searches and seizures; |
| | 1.1.13 fundamentals of the administration of the Traffic Act; |
| | 1.1.14 psychosocial and investigative aspects of domestic violence, sexual harassment, and LGBTTIQ communities; |
| | 1.1.15 conflict mediation and resolution; |
| | 1.1.16 intermediate use and handling of firearms; |
| | 1.1.17 intermediate techniques in the use and management of force; |
| | 1.1.18 certification in the use and handling of pepper spray; |
| | 1.1.19 introduction to juvenile justice; |
| | 1.1.20 Rules of Evidence and court testimony; |
| | 1.1.21 organizational conduct in the police context; |
| | 1.1.22 criminal investigation; |
| | 1.1.23 management and protocol in crisis situations; |
| | 1.1.24 operational skills simulated scenarios; |
| | 1.1.25 community policing; |
| | 1.1.26 cybernetics in criminal investigation; |
| | 1.1.27 blood pathogens, response in cases of emergency, and basic first-aid skills; |
| | 1.1.28 interview and interrogation; and |

TCA Sixth Semi-Annual Report: Appendix 4                              2017

|  | 1.1.29 equal protection and non-discrimination (homeless persons) and human trafficking. |
|---|---|
| Due Date | Training will be implemented as indicated in **Appendix C –** Training Implementation Process. |
| TCA Assessment | Prior-to-Service Education and Training Program (cadets) has been approved by the TCA and the Superintendent. The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## B. Field Training Program:

## Activity IX.IV.B.1.1

| IX.IV.B.1.1 | It will consist of a minimum of eighty (80) contact hours, which include both theory and practice. The Training and Re-training Program will be based on an analysis of factors, which will include, but will not be limited to, the following topics: (Table 12) |
|---|---|
| | 1.1.1   Agreement requirements; |
| | 1.1.2   introduction to the Field Training Program; |
| | 1.1.3   use of force and use-of-force incident reports; |
| | 1.1.4   reports and forms; |
| | 1.1.5   criminal law and criminal procedure; |
| | 1.1.6   civil rights (focused on protections against unreasonable searches and seizures and equal protection and non-discrimination); |
| | 1.1.7   Traffic Act and traffic stops; |
| | 1.1.8   sexual harassment and other prohibited employment practices; |
| | 1.1.9   criminal investigation; |
| | 1.1.10  supervision and management; |
| | 1.1.11  arrests and citations; |
| | 1.1.12  mechanics of the arrest; |
| | 1.1.13  searches and seizures; |
| | 1.1.14  community policing (effective conflict resolution techniques); |
| | 1.1.15  interaction with transgender and transsexual persons; |
| | 1.1.16  intervention with foreigners; |

|  | 1.1.17  weapons authorized by the PRPD;<br><br>1.1.18  police ethics;<br><br>1.1.19  crisis intervention;<br><br>1.1.20  Operations Manual of the Field Training Program; and<br><br>1.1.21  basic teaching techniques. |
|---|---|
| Due Date | Training will be implemented as indicated in **Appendix C --** Training Implementation Process. |
| TCA Assessment | The Training and Retraining Program has been developed and implemented by PRPD and approved by the TCA and the Superintendent. The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met<br><br>The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

**Activity IX.IV.B.2.1**

| IX.IV.B.2.1 | Phase I – Integration – Response to Incidents Not Constituting an Emergency; |
| --- | --- |
| | Phase II – Response to Incidents Constituting an Emergency; |
| | Phase III – Activities while Patrolling; and |
| | Phase IV – Criminal Investigations. (Table 13) |
| Due Date | Training will be implemented as indicated in **Appendix C –** Training Implementation Process. |
| TCA Assessment | The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in full compliance with this detailed step of the Action Plan |

## V. In-Service Training and Re-training Development and Implementation Objectives:

**Activity IX.V.1.1**

| IX.V.1.1 | The PRPD, through the SAEA, will create a Multi-topic Training Program to develop employees' ethical and professional thinking and values with the collaboration of the Office of Government Ethics (OGE), as stipulated in the Mutual-Aid Agreement between the two agencies. These training courses will be part of the continuing education and certified as contact hours by the OGE. The Program will include, but will not be limited to, the following topics: |
|---|---|
| | 1.1.1 General Order 617 – MPRPD Code of Ethics; |
| | 1.1.2 Police Ethics and Integrity; |
| | 1.1.3 Ethical Leadership; |
| | 1.1.4 Ethical Attitudes in the Workplace; |
| | 1.1.5 Ethical Principles in Management and Supervision (this training course is contemplated in the **Supervision and Management** Compliance Area Action Plan); |
| | 1.1.6 Managing Emotions for Ethical Coexistence; |
| | 1.1.7 Community Policing Principles (this training course is contemplated in the **Community Engagement and Public Information** Compliance Area Action Plan); |
| | 1.1.8 Techniques to guide and manage MPRPDs in an effective manner and promote effective and ethical police practices (effective supervision) (this training is contemplated in the |

2017

| | |
|---|---|
| | **Supervision and Management** Compliance Area Action Plan); and |
| | 1.1.9 Federal and Commonwealth discrimination legislation and PRPD policy (this training is contemplated in the **Equal Protection and Non-Discrimination** Compliance Area Action Plan). |
| Due Date | See Schedules B & C |
| TCA Assessment | The TCA has been monitoring PRPD's progress. PRPD has not complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | The Commonwealth of Puerto Rico is in non-compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## Activity IX.V.1.2

| IX.V.1.2 | The PRPD, through the SAEA, will create a **Training Program for all members of the Promotion Exams Board** to guarantee that promotions in the PRPD will be in keeping with equal employment opportunity principles and discrimination legislation and comply with the three (3) areas of educational activities—cognitive, affective, and psychomotor—needed to perform successfully the management and supervisory tasks related to the requirements of the rank that the candidates wish to obtain. The Program will include, but will not be limited to, the following topics:<br><br>1.2.1 Agreement for the Sustainable Reform of the Puerto Rico Police Department;<br><br>1.2.2 designing exams to measure cognitive activities;<br><br>1.2.3 *(this was blank in the master document)*<br><br>1.2.4 drafting questions that will measure knowledge, comprehension, application, and analysis; and<br><br>1.2.5 designing and preparing question banks for each topic that will be examined. |
|---|---|
| Due Date | See Schedules B & C |
| TCA Assessment | The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |

TCA Sixth Semi-Annual Report: Appendix 4                     2017

| TCA Rating | Timeframe was met |
| --- | --- |
| | The Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4 | 2017

**Activity IX.V.1.3**

| IX.V.1.3 | The SAEA will create a Multi-topic Training Program to train **MPRPDs who have passed the promotion exams** before assuming the responsibilities of their new rank. The Program will be designed taking into consideration the profile corresponding to each rank and will consist of at least forty (40) contact hours. **These training courses will be contemplated in the Supervision and Management Compliance Area Action Plan.** |
|---|---|
| Due Date | See Schedules B & C |
| TCA Assessment | The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | Timeframe was met

The Commonwealth of Puerto Rico is in compliance with this detailed step of the Action Plan |

**Training Implementation Activities:**

**Activity IX.V.1.3**

| 1.1 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of PRPD personnel to **develop ethical and professional thinking and values** through and with the collaboration of the personnel from the Office of Government Ethics Ethical Thinking Development Center (CDPE, Spanish acronym). The remaining fifty percent (50%) of the PRPD personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. The priority groups for training and re-training are established in the **Professionalization Action Plan**. |
|---|---|
| Due Date | See Schedules B & C |
| TCA Assessment | The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | See Professionalization Action Plan |

## B. Use of Force Compliance Area

### Training Development Activities:

| 1.1 | To achieve a reduction in use-of-force incidents, promote professionalization, [achieve] equality in the provision of services, and restore the community's trust, all Members of the PRPD will be trained in use of force at least every two (2) years during the first four (4) years after the Agreement herein comes into effect. Thereafter, all use-of-force policies and training will be evaluated one (1) time per year so that they conform to the applicable law and generally accepted police practices. The training courses corresponding to this compliance area are detailed below:<br><br>1.1.1 Review Training on the Use and Handling of Impact Weapons;<br><br>1.1.2 Review Training on the Use and Handling of Chemical Agents;<br><br>1.1.3 Develop Training Program for the Members of the Force Review Board;<br><br>1.1.4 Review Training on the Use and Handling of Service Weapons;<br><br>1.1.5 Review Training on the Use and Handling of Electronic Control Weapon;<br><br>1.1.6 Review Training on Use-of-Force Rules and Investigation Report on Use-of-Force Incidents by Members of the Puerto Rico Police Department;<br><br>1.1.7 Develop Training for Force Investigation Unit; |
|-----|---|

|  | |
|---|---|
|  | 1.1.8 Develop Multi-topic Training on the Mobilization of the Tactical Operations Unit; |
|  | 1.1.9 Develop Multi-topic Training on the Mobilization of the Division of Special Weapons and Tactics ("SWAT"); |
|  | 1.1.10 Develop Training on Less-Lethal Munitions and Other Technology; |
|  | 1.1.11 Develop Training on Crowd Control and Incident Management for MPRPDs and Specialized Tactical Units; |
|  | 1.1.12 Develop Training on Rules for the Management of Police Pursuits; |
|  | 1.1.13 Develop Training on Driving Vehicles in Emergency Situations and Police Pursuits; |
|  | 1.1.14 Develop Training for Patrol Dog Handlers; |
|  | 1.1.15 Develop Training on the Use and Management of the Automated System to Prepare Electronic Incident Reports (this activity will be carried out in accordance with the **Equal Protection and Non-Discrimination Acton Plan**); |
|  | 1.1.16 Develop Training for Behavioral or Mental Health Crisis Response for MPRPDs belonging to the CIT (this activity will be carried out in accordance with the **Use of Force Action Plan**); and |
|  | 1.1.17 Develop Training on Behavioral or Mental Health Crisis Response for MPRPDs (this activity will be carried out in accordance with the **Use of Force Action Plan**). |
| Due Date | See Schedules B & C |

2017

| | |
|---|---|
| TCA Assessment | The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA rating | See Use of Force Action Plan |

## Training Implementation Activities:

| 1.1 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **MPRPDs**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. Priority groups for training and re-training are established in the **Use of Force Action Plan**. |
|---|---|
| Due Date | See Schedules B & C |
| TCA Assessment | The TCA has been monitoring PRPD's progress. PRPD has complied with the requirement outlined in the Action Plan. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | See Use of Force Action Plan |

## C. SEARCHES AND SEIZURES COMPLIANCE AREA

**Training Development Activities:**

| 1.1 | To achieve a reduction of civil right violation incidents, promote professionalization, achieve equality in the provision of services, and strengthen the community's trust, the PRPD will train all its members on the corresponding arrest, search, and seizure policies at least every two years during the first four years after this Agreement comes into effect, and on a yearly basis thereafter. The training courses will be evaluated on a yearly basis so that they are in keeping with the applicable law and generally accepted police practices. The design of the training courses mentioned below is included and duly explained in the Searches and Seizures Action Plan. The Program will include, but will not be limited to, the following topics: |
| --- | --- |
|  | 1.1.1 Training on General Order, Chapter 600, Section 615, entitled "Authority of the Puerto Rico Police Department to Conduct Arrests and Serve Citations"; |
|  | 1.1.2 Training on General Order, Chapter 600, Section 612, entitled "Authority of the Puerto Rico Police Department to conduct Searches and Seizures." |
|  | 1.1.3 Training Program for Supervisors and High-Ranking Officers on the policies, writing techniques, and review of arrests, searches, and seizures reports. |
|  | 1.1.4 Training on General Order entitled "Rules and Procedures for the Receipt, Custody, Delivery, and Disposition of Property Constituting Evidence" with the purpose of ensuring an effective control of the evidence from the |

TCA Sixth Semi-Annual Report: Appendix 4                          2017

| | |
|---|---|
| | beginning of a criminal act, to the collection thereof, until it is presented at trial. **This activity is included in the Searches and Seizures Compliance Area Action Plan**; and<br><br>1.1.5 Training for the personnel assigned to the Command Center and Radio Control on how to use the automated system for the digital recording and storage of communications between the immediate supervisor and the MPRPD through the Command Center and Radio Control communication channels. |
| Due Date | See Schedules B & C. |
| TCA Assessment | The TCA has been monitoring PRPD's progress. To date PRPD has complied with 1.1.1 through 1.1.4 the requirement outlined in the Action Plan and the Agreement.<br><br><br>1.1.5 Training for the personnel assigned to the Command Center and Radio Control on how to use the automated system for the digital recording and storage of communications between the immediate supervisor and the MPRPD through the Command Center and Radio Control communication channels has not been developed. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Search and Seizure Action Plan |

**Training Implementation Activities:**

| 1.1 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **MPRPDs**. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. The priority groups for training and re-training are established in the **Searches and Seizures Action Plan**. |
|---|---|
| Due Date | See Schedules B & C. |
| TCA Assessment | The TCA has been monitoring PRPD's progress. To date PRPD has complied with the requirement outlined in the Action Plan and the Agreement.   (As of the end of April 2017, training on GO 600-615 is at 84%, and on GO 600-612 is at 36% Department-wide, and is in line with the requirements under the Agreement). |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | See Search and Seizue Action Plan |

## D.  EQUAL PROTECTION AND NON-DISCRIMINATION COMPLIANCE AREA

**Training Development Activities**

| 1.1 | To provide police services in an equitable, respectful, and unbiased manner, with greater professionalization; promote more trust in the community; and do more crime prevention, training courses will be developed for PRPD personnel based on best practices, without prejudice on the basis of race, color, ethnicity, national origin, religion, sex, age, disability, sexual orientation, gender identity, gender expression, or political beliefs or affiliation in accordance with the rights, privileges, and immunities guaranteed or protected by the respective Constitutions and laws of the United States and the Commonwealth. The training courses corresponding to this compliance area are detailed below: <br> 1.1.1 Training on the PRPD Internal Regulations to Prevent Harassment, Discrimination, and Retaliation; <br> 1.1.2 PRPD Regulations to Establish Police Practices without Discrimination, Harassment, Improper Sexual Conduct, and Retaliation; <br> 1.1.3 Training on Investigation of Domestic Violence Incidents; <br> 1.1.4 Training on Investigation of Sexual Assault Incidents; <br> 1.1.5 Training on Identification of and Intervention with Persons from the Transgender, Transsexual, and Intersexual Community; <br> 1.1.6 Training on Intervention with Foreigners; <br> 1.1.7 Training on Use of Automated System to Prepare Electronic Incident Reports (NIBRS), **as established in the Implementation Plan developed by the BT;** |
|---|---|

|  | |
|---|---|
|  | 1.1.8 Training on Techniques to Collect Demographic Information;<br><br>1.1.9 Training on Hate Crime Data Collection, Management, and Investigation;<br><br>1.1.10 Training on Investigation of Incidents at Juvenile Institutions Related to Complaints of Institutional Abuse and/or Negligence against Minors in Institutions for Juvenile Delinquents. |
| Due Date | Training not yet due. |
| TCA Assessment | Syllabus equal protection and non-discrimination training development objective on March 2017 was referred to the TCA for review and approval including CAD 101-System Operator Data Collection. Pending review. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | See Equal Protection Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| 1.2 | Multi-topic Training Program aimed at **MPRPDs** will be offered every two (2) years during the first (4) years of the Agreement, and once a year thereafter. The **core topics that will sequentially make up the training will include, but will not be limited to, the following:**<br>1.2.1 constitutional rights and other legal principles related to equal protection and non-discrimination included in federal and state legislation;<br>1.2.2 protection of civil rights as a cornerstone of the police mission;<br>1.2.3 suspicious, arbitrary, and stereotypical classifications;<br>1.2.4 unbiased police conduct;<br>1.2.5 community perspective on discriminatory police conduct;<br>1.2.6 key points and critical aspects of prohibition against discrimination that could have an effect on incidents and at operational planning levels;<br>1.2.7 interaction with diverse populations, including the homeless, economically disadvantaged people, and the LGBTTIQ community, among others; and<br>1.2.8 methods, strategies, and techniques to reduce misunderstandings, conflicts, and complaints resulting from perception of bias or discrimination. |
|---|---|
| Due Date | See Schedules B & C. |
| TCA Assessment | Pending review. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | See Equal Protection Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| 1.3 | Training courses for **PRPD personnel belonging to the Classified System** (civilian employees). The Program will include, but will not be limited to, the following topics:<br>1.3.1 Training on PRPD Internal Regulations to Prevent Harassment, Discrimination, and Retaliation; and<br>1.3.2 PRPD Regulations to Establish Police Practices without Discrimination, Harassment, Improper Sexual Conduct, and Retaliation. |
|---|---|
| Due Date | Training not yet due. |
| TCA Assessment | Pending review. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | See Equal Protection Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                2017

| 1.4 | Multi-topic training aimed at **PRPD personnel belonging to Classified System (civilian employees)** will be offered every two (2) years during the first four (4) years of the Agreement, and once a year thereafter. The **core topics that will sequentially make up the training include the following**:<br>1.4.1 constitutional rights and other legal principles related to equal protection and non-discrimination included in federal and state legislation, such as Title VII;<br>1.4.2 interaction with diverse populations, including the homeless, economically disadvantaged people, and the LGBTTIQ community, among others; and<br>1.4.3 methods, strategies, and techniques to reduce misunderstandings, conflicts, and complaints resulting from perception of bias or discrimination. |
|---|---|
| Due Date | See Schedules B & C. |
| TCA Assessment | Pending review. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | See Equal Protection Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                  2017

**Training Implementation Activities:**

| 1.1 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **MPRPDs**. The remaining fifty percent (50%) of the MPRPDs will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. The priority groups for training and re-training are established in the **Equal Protection and Non-Discrimination Action Plan**. |
|---|---|
| Due Date | Training not yet due. |
| TCA Assessment | Pending review. |
| Recommendations | Continue review in accordance with Agreement requirements. |
| TCA Rating | See Equal Protection Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

## E.  RECRUITMENT, SELECTION, AND HIRING COMPLIANCE AREA

**Training Development Activities:**

| 1.1 | The SAEA will **develop a multi-topic training course** aimed at the personnel who will work on the various phases of the recruitment process, which will address the following topics: |
| --- | --- |
| | 1.1.1 General Order for MPRPD Recruitment (includes candidate eligibility requirements, and rules and procedures to follow in each phase of the process); |
| | 1.1.2 phases of recruitment process; |
| | 1.1.3 guidance on effective recruitment interview techniques; |
| | 1.1.4 applicable equal protection and non-discrimination statutes, as well as generally accepted police practices; |
| | 1.1.5 candidate profile; |
| | 1.1.6 informational guide on recruitment process; and |
| | 1.1.7 techniques to interview members of community organizations. |
| Due Date | Training not yet due. |
| TCA Assessment | PRPD has not approved a recruit class for 2017. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Recruitment Action Plan |

| 1.2 | The SAEA will **create a field investigations training course** together with personnel from the Office of Safety and Protection assigned to SAIC in order to train investigators on criminal record investigation techniques and PRPD candidate recruitment procedures to professionalize the personnel and restore the community's trust and help provide police services in an equitable, respectful, and unbiased manner in accordance with generally accepted police practices. |
|---|---|
| Due Date | Training not yet due. |
| TCA Assessment | PRPD has not approved a recruit class for 2017. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Recruitment Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4

2017

**Training Implementation Activities:**

| 1.1 | The recruitment officer assigned by the PRPD superintendent will be the director of Division of Recruitment, who will be responsible for implementing the **General Order for the MPRPD Recruitment Program** along with a task force that includes officers with various work experiences to establish alliances with historically unrepresented groups in the PRPD. The priority groups for training and re-training are established in the **Recruitment, Selection, and Hiring Action Plan**. |
|---|---|
| Due Date | Training not yet due. |
| TCA Assessment | General Order on recruitment has been developed, approved by the TCA, but has yet to be approved by the Superintendent. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Recruitment Action Plan |

## F.  POLICIES AND PROCEDURES COMPLIANCE AREA

### Training Development Activities:

| 1.1 | The Office of the Assistant Superintendent for Education and Training will develop a Multi-topic Training Program to train **all MPRPDs assigned to SAIC** on the law, applicable case law, and the rules and procedures to follow when conducting criminal investigations. The Program will begin with training on the following topics: |
|-----|-----|
|  | 1.1.1  criminal law; |
|  | 1.1.2  Rules of Criminal Procedure; |
|  | 1.1.3  evidence law; |
|  | 1.1.4  constitutional and civil rights; |
|  | 1.1.5  criminal investigation techniques; |
|  | 1.1.6  interview and interrogation techniques; |
|  | 1.1.7  scene work; |
|  | 1.1.8  court testimony; |
|  | 1.1.9  criminal photography; and |
|  | 1.1.10 preparation of files and reports. |
|  | MPRPDs assigned to the SAIC will also take training corresponding to the following policies during the period established on the timeline |

| | |
|---|---|
| | 1.1.11 General Order, Chapter 100, Section 107, entitled "Creation of the Office of the Assistant Superintendent for Criminal Investigations"; and |
| | 1.1.12 Operational Manual for Criminal Investigation Corps Investigator Procedures. |
| Due Date | Training not yet due. |
| TCA Assessment | PRPD has yet to provide the TCA training materials to review. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Policies Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| 1.2 | The Office of the Assistant Superintendent for Education and Training will develop a Multi-topic Training Program to train all MPRPDs **belonging to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons** about the following topics: |
|---|---|
| | 1.2.1  criminal law; |
| | 1.2.2  Rules of Criminal Procedure; |
| | 1.2.3  evidence law; |
| | 1.2.4  criminal investigation techniques; |
| | 1.2.5  interview and interrogation techniques; |
| | 1.2.6  Special Confidential Order 2010-1; |
| | 1.2.7  police corruption; |
| | 1.2.8  identification of controlled substances; |
| | 1.2.9  undercover operations; |
| | 1.2.10 controlled substance sale surveillance; |
| | 1.2.11 court testimony; |
| | 1.2.12 forensic photography and video |
| | 1.2.13 General Order to create the "Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons"; and |
| | 1.2.14 Operations Manual establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow. |
| Due Date | See Schedules B & C. |

TCA Sixth Semi-Annual Report: Appendix 4                                    2017

| TCA Assessment | Training module not yet developed.   Operations Manual is being worked on. |
|---|---|
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Policies Action Plan |

| | |
|---|---|
| 1.3 | The Office of the Assistant Superintendent for Education and Training will develop a training course aimed at **all MPRPDs** on the law, applicable case law, and the rules and procedures to follow when conducting **traffic stops** in various scenarios, answering emergency calls, and inspecting motor vehicles, among others |
| Due Date | See Schedules B & C. |
| TCA Assessment | Training course reference traffic stops has not been reviewed by the TCA. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Policies Action Plan |

| 1.4 | The Office of the Assistant Superintendent for Education and Training will develop a training course aimed at **all MPRPDs** on the **Uniform Crime Reporting Handbook (NIBRS)**. |
|---|---|
| Due Date | See Schedules B & C. |
| TCA Assessment | NIBRS Handbook was approved in January 2016, pending approval by the Superintendent. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Policies Action Plan |

**Training Implementation Activities;**

| 1.1 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of all **MPRPDs assigned to the SAIC about topics included in the Multi-topic Program**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. The Multi-topic Training Program to be implemented will be about the following topics:<br><br>1.1.1  criminal law;<br><br>1.1.2  Rules of Criminal Procedure;<br><br>1.1.3  evidence law;<br>1.1.4  constitutional and civil rights;<br>1.1.5  criminal investigation techniques;<br>1.1.6  interview and interrogation techniques;<br>1.1.7  scene work;<br>1.1.8  court testimony;<br>1.1.9  criminal photography;<br>1.1.10 preparation of files and reports; |
|---|---|

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| | |
|---|---|
| | 1.1.11 General Order, Chapter 100, Section 107, entitled "Creation of the Office of the Assistant Superintendent for Criminal Investigations"; and<br><br>1.1.12 Operational Manual for Criminal Investigation Corps Investigator Procedures. |
| Due Date | See Schedules B & C. |
| TCA Assessment | Training material not yet developed. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Policies Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

---

**Training Implementation Activities;**

| 1.1 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of all **MPRPDs assigned to the SAIC about topics included in the Multi-topic Program**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed. Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA approval. The Multi-topic Training Program to be implemented will be about the following topics: |
|---|---|
| | 1.1.1 criminal law; |
| | 1.1.2 Rules of Criminal Procedure; |
| | 1.1.3 evidence law; <br> 1.1.4 constitutional and civil rights; <br> 1.1.5 criminal investigation techniques; <br> 1.1.6 interview and interrogation techniques; <br> 1.1.7 scene work; <br> 1.1.8 court testimony; <br> 1.1.9 criminal photography; <br> 1.1.10 preparation of files and reports; <br> 1.1.11 General Order, Chapter 100, Section 107, entitled "Creation of the Office of the Assistant Superintendent for Criminal Investigations"; and |

| | 1.1.12 Operational Manual for Criminal Investigation Corps Investigator Procedures. |
|---|---|
| Due Date | See Schedules B & C. |
| TCA Assessment | Training material not yet developed. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Policies Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| 1.2 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of MPRPDs **assigned to the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons**. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed.  Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA Approval.<br><br>The Multi-topic Training Program that will be implemented will address the following topics:<br>1.2.1  criminal law;<br><br>1.2.2  Rules of Criminal Procedure;<br><br>1.2.3  evidence law;<br>1.2.4  criminal investigation techniques;<br>1.2.5  interview and interrogation techniques;<br>1.2.6  Confidential Special Order 2010-1;<br>1.2.7  police corruption<br>1.2.8  identification of controlled substances;<br>1.2.9  undercover operations;<br>1.2.10 controlled substance sale surveillance;<br>1.2.11 court testimony;<br>1.2.12 forensic photography and video;<br>1.2.13 General Order to create the "Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons"; and |

| | |
|---|---|
| | 1.2.14 Operational Manual for establishing the rules and procedures that MPRPDs assigned to the investigation units of the Bureau of Drugs, Narcotics, Vice Control, and Illegal Weapons will follow.. |
| Due Date | Training not yet due. |
| TCA Assessment | PRPD has yet to provide the TCA training materials to review. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Policies Action Plan |

TCA Sixth Semi-Annual Report: Appendix 4                    2017

| 1.3 | Within the twelve (12) months following the final approval of the training material and the incorporation of the changes recommended, the SAEA will have its certified instructors simultaneously train fifty percent (50%) of **all MPRPDs** on the law, applicable case law, and the rules and procedures that must be followed when conducting **traffic** stops in various scenarios, answering emergency calls, and inspecting motor vehicles, among others. The remaining fifty percent (50%) of the personnel will be trained within the following twelve (12) months, once the training of the first group has been completed.  Training will begin on the date indicated in the Announcement issued by the SAEA and the Training Plan provided by each Police Area and Office of the Assistant Superintendent upon SAEA Approval. |
|---|---|
| Due Date | See Schedules B & C. |
| TCA Assessment | Training course reference traffic stops has not been reviewed by the TCA. |
| Recommendations | Continue review in accordance with Agreement requirements |
| TCA Rating | See Policies Action Plan |