IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**GOVERNMENT OF PUERTO RICO, et al.,**

Defendants.

CIVIL NO. 12-2039 (GAG)

## ORDER

The Court, having re-examined the directives issued via order at Docket No. 288, the efforts and high budgetary expenses required to reach a Joint Stipulation and considering the interest of this Court in issuing certain specific and pertinent dictates, hereby withdraws its Order at Docket No. 603 and, in turn, shall issue forthwith the corresponding directives to guide the parties and the TCA in conducting activities addressed in the restricted Order at Docket No. 288.

**SO ORDERED.**

In San Juan, Puerto Rico this 23rd day of August, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
UNITED STATES DISTRICT JUDGE