UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**MOTION IN COMPLIANCE WITH ORDER AT DOCKET 610**

**TO THE HONORABLE COURT:**

  **COME NOW** the Commonwealth Of Puerto Rico ("Commonwealth") and the Puerto Rico Police Department ("PRPD"), through the undersigned counsel, and respectfully allege and pray as follows:

  1. On August 22, 2017, this Honorable Court order that if necessary the PRPD could renew matters at motion for protective order at Docket No. 588, by August 29, 2017. (See Docket No. 610)

  2. In compliance with the aforementioned court order, the legal representative of the PRPD informs this Honorable Court that matters at Docket No.588 will not be renewed.

  **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

1

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on August 29, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

<u>**S/JOEL TORRES ORTIZ**</u>
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov