UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff; | |
| v. | |
| COMMONWEALTH OF PUERTO RICO, ET AL., | No. 12-cv-2039 (GAG) |
| Defendants. | |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for August 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | August 2017 |
| Linda V. Navedo | $6,500.00 | August 14, 2017 to August 18, 2017 |
| Rafael E. Ruíz | $6,500.00 | August 14, 2017 to August 18, 2017 |
| Marcos Soler | $1,600.00 | August 26, 2017 to August 27, 2017 |
| John J. Romero | $6,500.00 | August 14, 2017 to August 18, 2017 |
| Alan Youngs | $6,500.00 | August 14, 2017 to August 18, 2017 |
| Scott Cragg | $6,500.00 | August 14, 2017 to August 18, 2017 |
| Alejandro Del Carmen | $5,200.00 | August 14, 2017 to August 18, 2017 |
| | Subtotal | $39,300.00 |
| **Telework** | | |
| Gerard LaSalle | N/A | August 2017 |
| Linda V. Navedo | $2,600.00 | August 2017 |
| Rafael E. Ruíz | $1650.00 | August 2017 |
| Marcos Soler | $7,500.00 | August 2017 |
| John J. Romero | $1,350.00 | August 2017 |
| Alan Youngs | $900.00 | August 2017 |
| Scott Cragg | $1,913.00 | August 2017 |
| Alejandro Del Carmen | $3,825.00 | August 2017 |
| | Subtotal | $19,738.00 |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $5,187.50 | August 2017 |
| Federico Hernandez Denton | $6,437.50 | August 2017 |
| Antonio Bazán | $4,531.25 | August 2017 |
| | Subtotal | $16,156.25 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $1,940.00 | August 2017 |
| | Subtotal | $1,940.00 |
| Jose Pujol | $4,675.00 | Hours worked on planning, preparing, and conducting assessments. Work in meetings related to assigned assessments. |
| | Subtotal | $4,675.00 |
| Car Expenses | | |
| Chauffer | $900.00 | August 2017 |
| Gasoline | $411.50 | August 2017 |
| Tolls | $50.00 | August 2017 |
| Car Maintenance | $102.00 | August 2017 |
| | Subtotal | $1,463.50 |
| Office Supply | | |
| Copy Paper & miscellaneous | $32.93 | |
| Uniforms (Jackets & Caps) | $451.22 | To compliance with the stipulation order by the court. |
| | Subtotal | $484.15 |
| | Total | $83,756.90 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $83,756.90, the total amount of the monthly expenses, for the month of August 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of $83,756.90, the total amount of the expenses for the month of August 2017.

In San Juan, Puerto Rico, this day September___, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.