# INVOICE FOR PROFESSIONAL SERVICES: AUGUST 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of August 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from NYC: Review of OG 600-627, OG 100-118, OA 2016 and other assigned policies, analysis of USDOJ motion on DPS (4.0 hours) | X | N/A | Tuesday, August 1, 2017 | (4 @ $150 = $600) |
| Work from New York City: analysis of OG 625, TCA methodology and comments, additional review of DPS motion (1.0 hours) | X | N/A | Wednesday, August 2, 2017 | (2 @ $150 = $300) |
| Work from New York City: Analysis of Act 20 for TCA related work, TCA semi-annual report (10.0 hours) | X | N/A | Thursday & Friday, August 3-4, 2017 | (10 @ $150 = $1,500) |
| Work from NYC: Review, Edit and submit to TCA updated version of the six-month report, including revised appendix with tables (14.0 hours) | X | N/A | Friday, Saturday, & Sunday, August 11-13, 2017 | (14@ $150 = $2,100) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Reviewing interview questions for mass demonstrations report (1.0 hour) | X | N/A | Monday, August 14, 2017 | (1 @ $150 = $150) |
| Work from New York City: Addressing issues pertaining docket 288 (1.0 hour) | X | N/A | Friday, August 18, 2017 | (1 @ $150 = $150) |
| Work from New York City: submitting clean version of annual report, final review (7.0 hours) | X | N/A | Saturday-Sunday, August 19-20, 2017 | (7 @ $150 = $750) |
| Work from New York City: Addressing issues concerning docket 288 and paragraph 229 (1.0 hour) | X | N/A | Wednesday & Thursday, August 23-24, 2017 | (1 @ $150 = $150) |
| Work from New York City: Review of first draft of mass demonstrations report (5.0 hours) | X | N/A | Friday, August 25, 2017 | (5 @ $150 = $750) |
| Work from Puerto Rico: Drafting mass demonstrations report, meeting with member of TCA team, communications with other members regarding report (11.0 hour) | N/A | X | Saturday-Sunday, August 26-27, 2017 | (11 @ $150 = $1,650) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Drafting mass demonstrations report (5.0 billable hours + 5 non-billable hours) | X | N/A | Monday though Thursday, August 28-31, 2017 | (5 @ $150 = $750) |
| | | | TOTAL HOURS WORKED: 66.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (11 HOURS) | | | | $1,600 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (50 HOURS @ $150): | | | | $7,500 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
August 31, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017.

ok 9/7/2017

3

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

August 29, 2017.

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-08**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of August 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---------|---------|------------------------------|
| 8/04/2017 | **2.00 hrs.** 10:30 to 12:30 am. | Review & draft of Amendments to 6th. Months Report |
| 8/08/2017 | **.50 hr.** 11:30 pm to 12:00 Midnight | Review and Advise on GO 600-615 (Rafael Ruiz) |
| 8/09/2017 | **.75 hr.** 12:00 to 12:45 am | Initial Review of Policy on Undercover agents |
| 8/10/2017 | **6.00 hrs.** 10:30 am to 12:00 N and 2:00 to 6:30 pm | Policy on Undercover Agents. Review document with advice issued. |
| 8/11/2017 | **4.25 hrs.** 2:00 to 4:30 p.m. and **6:30 to 8:15 p.m.** | GO on Access and Management of Criminal Justicie Information System (TCA-8) of PRPD – Advice issued. |
| 8/14/2017 | **5.50 hrs.** 9:00 to 10:30 am. 2:00 to 3:30 pm and 6:00 to 8:30 pm | Initial Meeting with TCA and Core Team,  TCA Meeting USDC, Review, legal advice, changes, additions and deletions to subject's interrogatories by Pujol |
| 8/15/2017 | **5.75 hrs.** 9:00 am to 12:00 Noon and 1:00 to 3:45 pm | Meeting at PRPD Headquarters with Reform Unit & USDOJ to discuss several policies and Gen. Orders |
| 8/16/2017 | **1.00 hr.** 2:00 to 3:00 pm | Meeting with Judge Hernandez Denton to discuss draft of amendments SAR |
| 8/17/2017 | **3.00 hrs.** 3:00 to 6:00 pm | Finalized Amendments to 6 months Report. Submitted to TCA |
| 8/17/2017 | **3.50 hrs.** 6:00 to 9:30 pm | Worked on various issues related to Docket 603 – unfinished work |

| 8/18/2017 | **1.75 hrs**. 11:00 am to 12:45 pm | Meeting at TCA's Office on Paragraph 253 |
|-----------|-----------------------------------|-----------------------------------------|
| 8/21/2017 | **2.25** hrs.  11:00 am to 12:15 pm and 2:00 to 3:00 pm | Attorney-Client Privilege work |
| 8/29/2017 | **36.25 total hours billed** | 36.25. x $125.00= $4,531.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

#2017-08

DATE: AUGUST
31, 2017

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:

Services: Aug 1st through Aug 31st, 2017

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday, Aug. 14- TCA office staff meetings, preparations | | $1300.00/day | $1300.00 |
| Tuesday, Aug. 15- Policy discussion at Reform Unit, USDOJ | | $1300.00/day | $1300.00 |
| Wednesday, Aug. 16- All day site visit to Utuado Area Command | | $1300.00/day | $1300.00 |
| Thursday, Aug. 17- All day site visit to Mayaguez Area Command | | $1300.00/day | $1300.00 |
| Friday, Aug. 18- TCA Office meetings and preparation of activities report | | $1300.00/day | $1300.00 |
| Work performed from home Aug. 1st through Aug. 31st | | | |
| Review and prepare report on GO 600-615 with Annexes | 5 hrs. | $150.00/hr. | $750.00 |
| Review and prepare report on CIC Manual Chap 7 | 4 hrs. | $150.00/hr. | $600.00 |
| Prepare individual site visit agenda | 2 hrs. | $150.00/hr. | $300.00 |
| TOTAL BILLED | | | $8150.00 |

Signature _Rafael E Ruiz_          **Date: August 31, 2017**

Jose L. Pujol
Investigative Consultant
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2017-04**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments.  The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 07/31/2017 | **5.5 hrs.**  9:25 am to 3:30 pm (minus 0.5 hr. lunch) | Working on, and updating the Assessment report |
| 08/03/2017 | **6.5 hrs.**  8:45 am to 3:45 pm (minus 0.5 hr. lunch) | Visit to the PRPD's Academy in Gurabo, PR. Interviewing Sargent Eric Flores and Lt. Col. Marylin Castro |
| 08/04/2017 | **6 hrs.**  10:00 am to 4:30 pm (minus 0.5 hr. lunch) | Updating the Assessment report with the analysis' of the PRPD strategies followed during the events covered by the Assessment. |
| 08/07/2017 | **6.5 hrs.**  9:00 am to 4:00 pm (minus 0.5 hr. lunch) | Visited WAPA submitting a request. Updating the Assessment report. |
| 08/08/2017 | **6.5 hrs.**  9:00 am to 4:15 pm (minus 0.5 hr. lunch) | Preparing PRPD interviews.   Updating the Assessment report. |
| 08/14/2017 | **6.5 hrs.**  9:30 am to 4:30 pm (minus 0.5 hr. lunch) | Preparing PRPD interviews.   Updating the Assessment report. |
| 08/15/2017 | **8 hrs.**  8:30 am to 5:00 pm (minus 0.5 hr. lunch) | Conducting PRPD interviews, at PRPD headquarters |
| 08/16/2017 | **7.5 hrs.**  8:30 am to 4:30 pm (minus 0.5 hr. lunch) | Conducting PRPD interviews, at PRPD headquarters |
| 08/17/2017 | **6.5 hrs.**  09:30 am to 4:30 pm | Writing reports of interviews. |
| 08/18/2017 | **6 hrs.**  9:45 am to 4:15 pm (minus 0.5 hr. lunch) | Writing reports of interviews. |
| 08/22/2017 | **6.5 hrs.**  9:05 am to 4:05 pm (minus 0.5 hr. lunch) | Writing reports of interviews. Updating the Assessment report. |

| 08/23/2017 | **6.5 hrs.**  9:00 am to 4:00 pm (minus 0.5 hr. lunch) | Visit to PRPD HQ and meeting with Lt. Col. Samuel Luciano in relation to one MOI. Working on Assessment report. |
| 08/24/2017 | **8 hrs.**  7:30 am to 9:30 pm 1:00 pm to 5:00 pm 7:00 pm to 9:00 pm | Working on the Assessment report. Visit to Telemundo to review video recordings of the four events covered by the Assessment. Working on the Assessment report. |
| 08/25/2017 | **5.5 hrs.**  9:25 am to 3:25 pm (minus 0.5 hr. lunch) | Working on the Assessment report. Send the Assessment Report to Mr. Marcos Soler |
| 08/26/2017 | **1.5 hrs.**  8:30 am to 10:15 am | Working on the Assessment report with Mr. Marcos Soler. |
| 08/26/2017 | **93.5 hrs.** Total hrs. billed | 93.5 hrs. x $50.00= **$4,675.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Jose L. Pujol

ok _[signature]_ 9/7/2017



# CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER:  26
INVOICE DATE:  AUGUST 29, 2017

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

Invoice

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| AUG-01-17 | Police Reform-Puerto Rico | Several communications with TCA Claudio, conference call with Hernandez Denton, Esq., re: Stipulations, review of Order; Code of Civility | 6.00 | $125.00 | $750.00 |
| AUG-02-17 | Police Reform-Puerto Rico | Several communications with the Court in compliance with standard TCA requirements; several communications with TCA, Claudio; Hernández Denton, Esq. | 6.00 | $125.00 | $750.00 |
| AUG-03-17 | Police Reform-Puerto Rico | Several communications with the Court, according to the standard TCA requirements; communications with TCA, Claudio; review of Motion to Restrict, etc. | 7.00 | $125.00 | $875.00 |
| AUG-03-17 | Police Reform-Puerto Rico | Several communications with TCA Claudio regarding motions submitted by the Parties | 2.00 | $125.00 | $250.00 |
| AUG-03-17 | Police Reform-Puerto Rico | Review and analysis of TCA'S 6 months report | 2.00 | $125.00 | $250.00 |
| AUG-04-17 | Police Reform-Puerto Rico | Several communications, re: Pending Stipulation and related matters; several communications with TCA, Claudio | 4.00 | $125.00 | $500.00 |
| AUG-07-17 | Police Reform-Puerto Rico | Several communications; Stipulation on Field Activities | 2.00 | $125.00 | $250.00 |
| AUG-08-17 | Police Reform-Puerto Rico | Several communications, Stipulation on Field Activities | 1.50 | $125.00 | $187.50 |
| AUG-10-17 | Police Reform-Puerto Rico | Several communications, review of Motion and the Stipulation of th TCA's field assesment activities; review and analysis of 6 month report | 3.00 | $125.00 | $375.00 |
| AUG-14-17 | Police Reform-Puerto Rico | Meeting with The Court in accordance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| AUG-15-17 | Police Reform-Puerto Rico | Conference call with Hernández Denton, Esq.; re: meeting with the Court and other related matters regarding the TCA | 1.00 | $125.00 | $125.00 |

INVOICE NUMBER: 26

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| AUG-17-17 | Police Reform-Puerto Rico | Several communications with TCA Claudio, Hdez. Denton and Bazán and the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| AUG-18-17 | Police Reform-Puerto Rico | Review of PRPD bi annual report submitted by the Commonwealth | 2.00 | $125.00 | $250.00 |
| AUG-22-17 | Police Reform-Puerto Rico | Review of TCA's Six Month Report attachments | 2.00 | $125.00 | $250.00 |
| | | Total hours for this invoice | 41.50 | | |
| | | Total amount of this invoice | | | $5,187.50 |

ok
LM. 9/7/2017

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**           785545

## INVOICE

**Customer**

| Name | TCAPR Corporation | | | |
|------|-------------------|--|--|--|
| Address | 268 Munoz Rivera | | | |
| City | San Juan | PR | ZIP | 00918 |
| Phone | | | | |

| Date | 8/24/17 |
|------|---------|
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|-------|-------------|------------|-------|
| 22 | Review of Pontuarios (All Preliminary Prontuarios for First Bimeste | $150.00 | $3,300.00 |
| 3.5 | Emails, conference calls, review of documentation | $150.00 | $525.00 |
| 32 | Puerto Rico (8/14, 8/15, 8/16, 8/17) (see TCA Agenda) | $162.50 | $5,200.00 |

| | | |
|--|--|--|
| SubTotal | | $9,025.00 |
| Shipping & Handling | | |
| Taxes | State | |
| **TOTAL** | | $9,025.00 |

Signature:

Office Use Only

өʃʅ  9/7/2017

# INVOICE FOR PROFESSIONAL SERVICES: AUGUST 2017
# CONSULTORES NAVEDO LLC

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      TCAPR Corp.
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Consultores Navedo LLC (TCA Core Team) during the month of **August/2017**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of July/2017; to be review in August/2017 drafting electronic mails and calls for the follow-up of outstanding issues; reading, revision and analysis of documents sent by the TCA Arnaldo Claudio; preparation of the list of policies for the approval of the TCA; revision of documents. (9.0) | N/A | X | 1-8/ August | |
| TCA Core Team Week | N/A | X | 14/ August | $1,300. |
| TCA Core Team Week | N/A | X | 15/ August | $1,300. |
| TCA Core Team Week | N/A | X | 16/ August | $1,300. |
| TCA Core Team Week | N/A | X | 17/ August | $1,300. |
| TCA Core Team Week | N/A | X | 18/ August | $1,300. |
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD. (4.0) | N/A | X | 21-23/ August | |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD. (5.0) | N/A | X | 24-26/ August | |
| No labor was done during this week. | N/A | X | 28-31/ August | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | $2,600.00 |
| ERIC: A PARTIR DE ESTE MES DEBO COMENZAR ACOBRAR EL IVU. NECESITO ME DES LA MANO CON ESTO POR QUE NO TENGO IDEA DE COMO CALCULARLO. | |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 00.0 HOURS | |

INVOICE PRESENTED BY:

*Linda Navedo*

LINDA V. NAVEDO CORTÉS
President
Consultores Navedo LLC
July 31, 2017


Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.


ARNALDO CLAUDIO, TCA                              Date: _____, 2017
President
TCAPR Corp.

ok *l.y.*  9/7/2017

2

# LEGAL FEES AND PROFESSIONAL SERVICES RENDERED

Guillermo A. Baralt Miró, Esq.

San Jacinto G-6

Guaynabo, Puerto Rico 00969

guillermobaralt@outlook.com

(787)236-0645

TCAPR

268 Muñoz Rivera,

Suite 1001

San Juan, PR 00918

For the Period Ending on August 28, 2017

| Date | Time Invested (Hrs) | Description of Service Rendered |
|------|---------------------|--------------------------------|
| 7/30/2017 | 7:00 p.m. – 8:00 p.m. (1) | Shared Observations with Core Team ("CT") regarding information reported on the previous CT visit to the Carolina Area. |
| 8/3/2017 | 1:00 p.m. – 2:00 p.m (1) | Sent documents requested by TCA, prepared documents and shared with other staff members. |
| 8/4/2017 | 12:00 p.m. – 4:00 p.m. (4) | Worked on drafting correspondence to TV stations requesting previously aired material regarding D.O.T. deployments. |
| 8/8/2017 | 10:00 a.m. – 12:00 p.m. 1:00 p.m. – 4:00 p.m. (5) | Reviewed TCA Core Team Contract, as requested by TCA. |
| 8/9/2017 | 9:00 a.m – 12:00 p.m. 4:00 p.m. – 6:00 p.m. (5) | Continued working on contracts. Finished Contracts drafted. |
| 8/10/2017 | 12:00 p.n. – 3:00 p.m. (3) | Correspondence to PRPD's Academy to request syllabus and training material prior CT visit of 8/14 – 8/18. |
| 8/14/2017 | 9:00 a.m. – 11:30 a.m. 12:00 p.m. – 4:00 p.m. (6.5) | CT week. Received assignment for the week. Conferred with members of the CT regarding weekly activity and upcoming assessments. Prepared material for the week's assessment visits. |

| 8/15/2017 | 8:00 a.m. – 12:30 p.m. | Meeting with CT member as preparation activity. Policy Discussions at headq |
| | 1:00 p.m. – 5:00 p.m. | Visit to the Carolina Area Command. N López Figueroa to discuss reform and under his command. Surveyed Status of related to the action plans on Use of Supervision and Management, Training, |
| | 6:00 p.m.– 9:00 p.m. (11.5) | Drafted noted on CT visit to Carolina Command. |
| 8/16/2017 | 8:00 – 12:00 1:00 – 6:00 (9) | Visit to the Fajardo Area Command. Me commander, Col. Rodriguez Davila. Dis area and the reform issues present. S activities related to the action plan force, Supervision and Management, Tr others. |
| 8/17/2017 | 10:00 – 12:00 p.m. | PRPD Academy Visit. Discussed PRPD's documentation regarding Action Plans, particularly Radio Control. |
| | 1:30 p.m. – 6:00 p.m. | Surveyed Training on Arrest and Citat domestic violence, among others. Inqu Academy resource that might have in t previous training material/documents training on crowd control. (prior to Academy personnel took contact info; get in touch with the person that has of that area (the same person from 8/ request). |
| | 7:00 p.m.– 12:00 p.m. (9.5) | Continued writing CT week Activity re (Carolina & Fajardo). |

*Invoice for Services Rendered by attorney Guillermo A. Baralt Miró, work commissioned by TCAPR. This document may contain information that is privileged, and, unless waiver provided, TCAPR reserves all rights to publish or otherwise disseminate the content of the work produced. TCAPR reserves any other rights regarding the confidentiality of this information, to the extent that is allowed by State and Federal statutes.

| 8/18/2017 | 8:00 a.m. – 9:30 a.m.<br>10:00 am – 3:30 p.m.<br>(7) | Report writing on Core Team Week Acti |
| 8/21/2017 | 9:00 a.m. – 11:00 a.m. (2) | Prepared and sent report on Action Pl<br>Fajardo noting status to the T.C.A. |
| 8/22/2017 | 1:00 p.m. – 2:00 p.m. | Contacted PRPD Academy personnel who<br>following through with my request; as<br>status update. |
|  | 2:00 p.m. – 3:00 p.m.<br>(2) | Prepared and sent material to other T<br>and Core Team, as per TCA's requireme |
| 8/23/2017 | 3:00 p.m. – 4:00 p.m. | Received material requested from PRPD<br>Organized and indexed material. |
|  | 5:00 p.m. – 7:00 p.m.<br>(3) | Wrote memoranda on materials received |
| 8/25/2017 | 1:00 p.m. – 6:30 p.m. | Upon TCA's request, visited the Acade<br>collect materials need for research<br>assessment. |
|  | 8:30 p.m. – 11:30 p.m.<br>(9.5) | Drafted email with findings to be se<br>Pujol. Continued working on report wh<br>based on the material resourced. |
| 8/26/2017 | 8:00 a.m. – 11:00 a.m.<br>12:00 p.m. – 3:00 p.m.<br>6:00 p.m.– 11:00 p.m.<br>(11) | Finished formal draft. After discussi<br>staff, completion into final version;<br>feedback. |
| 8/27/2017 | 2:00 p.m. –<br>5:00 p.m.<br>(3) | Informed TCA and other staff members<br>and sent report. |

*Invoice for Services Rendered by attorney Guillermo A. Baralt Miró, work commissioned by TCAPR. This document may contain information that is privileged, and, unless waiver provided, TCAPR reserves all rights to publish or otherwise disseminate the content of the work produced. TCAPR reserves any other rights regarding the confidentiality of this information, to the extent that is allowed by State and Federal statutes.

| | | |
|---|---|---|
| 8/28/2017 | 4:00 p.m. – 8:00 p.m. (4) | Prepared file with all the work done pertains to the TCA's assessment to k TCA's office for record keeping purpo |
| Hours Worked | 97 | |
| Rate ($) | 20 | |
| Total: | 1940 | |

_____                                          August 29, 2017

s/Guillermo A. Baralt Miró, Esq.                                                               Date

a/7/2017

*Invoice for Services Rendered by attorney Guillermo A. Baralt Miró, work commissioned by TCAPR. This document may contain information that is privileged, and, unless waiver provided, TCAPR reserves all rights to publish or otherwise disseminate the content of the work produced. TCAPR reserves any other rights regarding the confidentiality of this information, to the extent that is allowed by State and Federal statutes.

INVOICE FOR PROFESSIONAL SERVICES; AUGUST 1 – AUGUST 31, 2017
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   TCAPR Corp.
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of August 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 5 | | 6500.00 |
| August sight visit Trip Report | pro bono | 6 hours | | |
| Telcon's Emails; read and comment - TCA-Navedo, Guzman, Romero;DoJ-Lopez;PRPD-Rivera,Diaz, emails Cragg, Angel, Lopez on DoJ SME's and responses (8/1-31) | 3.25 | | | 487.50 |
| Negotiate and prep August agenda with PRPD. Review and propose CT Agenda. Prepare for on site visit to PRPD, review outstanding actions from past visits, design and organize meeting questions and focus areas to optimize availablel interview times | 2.25 | | | 337.50 |
| translate, review and comment on the GO for Cyber Crime | 1.75 | | | 262.50 |
| Prepare, propose, negotiate and communicate September agenda with PRPD. Crosswalk with June, July and August trip reports and planning | 1.75 | | | 262.50 |
| Restack and reconcile all tables with Decree following academy and august meetings. Review and negotiate with PRPD | 3.75 | | | 562.50 |
| | | | | 0.00 |
| Total hours US | 12.75 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | 5 | | $6,500 |
| TOTAL OF BILLABLE HOURS @ $150 | | 12.75 | | $1,913 |
| TOTAL EXPENSE | | | | $8,413 |

1

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team


I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

9/7/2017

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

August 30, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

### Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **7-31-2017** | Meeting with DOJ and PR DOJ Stipulation. (Additional hours no included in the July invoice.) Communications with TCA. | **3** |
| **8-01-2017** | Revision of draft of stipulation and proposed order on the TCA Compliance Assessment Activities in the Field sent by Attorney Sauced, Communications with Attorney Alfredo Castellanos and TCA, Revision of Memo of TCA to Reform Unit with comments and recommendations about the proposed General Order 100-125, Estructura Organizacional y Funcional de la Oficina de Prensa de la PRPD and Conference Call with Attorney Linda Navedo | **3** |
| **8-01-2017** | Conference calls with Attorney Joel Torres and Alfredo Castellanos, review of changes to Stipulations sent by PRDOJ and DOJ and communications with TCA and CL Bazán | **2** |
| **8-02-2017** | Communications between CL Lawyers and TCA and conference call with CL. | **2** |
| **8-03-2017** | Communication with TCA regarding motions submitted by PRDOJ and DOJ. | **2** |
| **8-04-2017** | Conference with CL regarding the motions submitted by PRDOJ, Stipulation and other court developments. Communication with TCA. | **4** |
| **8-07-2017** | Reading of Six Month Report and communications with TCA. | **3** |
| **8-08-2017** | Review of draft of Stipulation sent by DOJ and conference call with Attorney Castellanos to discuss the final draft. | **2** |

| | | |
|---|---|---|
| **8-10-2017** | Reading of Six Month Report and comments of the DOJ and PRDOJ and TCA in preparation for meeting Paragraph 253 on Tuesday. | 3 |
| **8-10-2017** | Meeting with CL Castellanos and review of draft of Six Month Report. | 2.5 |
| **8-14-2017** | Preparation for meeting with TCA in the afternoon. | 2 |
| **8-14-2017** | Meeting - Attorney client privilege. | 3 |
| **8-14-2017** | Review of Six Month Report in light of the motions of PRDOJ and DOJ | 2 |
| **8-15-2017** | Preparation for meeting at PRRD reviewing General Order Reorganizing Press Office. Conference call with Attorney Castellanos. | 2 |
| **8-15-2017** | Meeting at PRPD. | 2 |
| **8-16-2017** | Meeting with CL Bazán-Revision of Draft of Six Month Report. | 1 |
| **8-16-2017** | Review of draft of Six Month Report and preparation of changes. | 2 |
| **8-17-2017** | Revision of Six Month Report with Attorney Bazán. | 2.5 |
| **8-17-2017** | Conference call with CL Attorney Bazán to discuss changes in Six Month Report and conference call with CL Castellanos and communications with TCA | 1.5 |
| **8-18-2017** | Meeting #253. Review of PRPD bi -annual report. | 5 |
| **8-23-2017** | Meeting TCA Attorney client privilege and communications with CL Lawyers. | 2 |
| | **TOTAL BILLED HOURS:** | 51.5 |
| | **TOTAL:** | **$6, 437.50** |

_____
Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

August 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918


FOR PROFESSIONAL SERVICES RENDERED August 2017


| | |
|---|---|
| Monday, Aug 14, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Tuesday, Aug 15, 2017 | Site visit – Carolina |
| Wednesday, Aug 16, 2017 | Site visit - Fajardo |
| Thursday, Aug 17, 2017 | Site visit - Police Academy |
| Friday, Aug 18, 2017 | TCA Office re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**


August 1-31   Researched and reviewed PRPD's policy concerning student regulation of the Deputy Superintendent in education and training. Document was 92 pages – 3 hours
Prepared comments on the above – 2 hours

Prepared comments reference proposed site visit for September visit – 1 hour

Assisted Edgar Santana in development of policy and procedure for Tribunal General of Justice – 2 hours


**TOTAL HOURS:   8 HOURS**

**BILLABLE HOURS:  6 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $900.00**

**PRO BONO =       2 HOURS**

**TOTAL: $7,400**

ok *[signature]*
9/7/2017

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

August 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 039
FOR PROFESSIONAL SERVICES RENDERED AUGUST 2017


| | |
|---|---|
| Monday, Aug 14, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Tuesday, Aug 15, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Wednesday, Aug 16, 2017 | Site Visit of Aguadilla Area Command |
| Thursday, Aug 17, 2017 | Site Visit of Arecibo Area Command |
| Friday, Aug 18, 2017 | TCA Office. |


**5 DAYS (DAY RATE $1,300) = $6500**

August 1-31     Prepared proposed "site visits" for September Core Team Visit, identifying
locations (Area Commands) to be visited and meetings to be scheduled re: Use
of Force Action Plan 1 hr.
At the direction of the Deputy TCA researched and reviewed and forwarded
PRPD's policies and past Core team reviews relating to Management & Crowd
Control/Use of Force, in order to assist J. Pujol with his assessment report. 2 hrs.
Prepared/received emails & calls from/to Team member on the above 1 hr.
In providing assistance relating to use of force in the Assessment Report, at the
Direction of the Deputy TCA, initiated a review of the preliminary report in order
To provide assistance and recommendations 5 hrs.

**TOTAL HOURS:     9 HOURS  0 MINUTES.**

**BILLABLE HOURS 9 HOURS 0 MINUTES AT RATE OF**

**$150 PER HOUR = $1,350**

**TOTAL: $7,850**

ok
9/7/2017

# INVOICE 0125

8/17/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Aug 13-19, 2017 to TCA Core Team, | |
| which includes the following: | |
|   - Transportation from and to airport/hotels | |
|   - Transportation services to municipalities | |
|    (TCA Office, Headquarters in Hato Rey, Gurabo Police Academy) | |
| | |
| Total Hours Worked: 81 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| | $900.00 |

olc *l.f.* 9/7/2017

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

## PUMA 212

Fecha: 8/16/2017 3:45 PM
Cajero: Yokasta Rodriguez
Trans No. 121856
Batch No. 543
Cnt   UPC/PLU   Descripción

| | | |
|---|---|---|
| 1 | $27.00 | $27.00 |

| | |
|---|---|
| Subtotal: | $27.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| | |
| Total: | $27.00 |
| Pagado: | $27.00 |
| Cambio: | $0.00 |

CONTROL: SNBTN-HLMXZ
ST

| | |
|---|---|
| Prepay CA#08 | 50.00 |
| Sub Total | 50.00 |
| ESTATAL | 0.00 |
| MUNICIPAL | 0.00 |
| TOTAL | 50.00 |
| CASH $ | 50.00 |

THANKS, COME AGAIN
6706 0001 5901 904 DR# 01  TRAN# 19947
08/16/17  22:34:25            ST# A8123

## PUMA 212

Fecha: 8/16/2017 3:48 PM
Cajero: Yokasta Rodriguez
Trans No. 121858
Batch No. 543
Cnt   UPC/PLU   Descripción

| | | |
|---|---|---|
| 1 | $23.00 | $23.00 |

| | |
|---|---|
| Subtotal: | $23.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| | |
| Total: | $23.00 |
| Pagado: | $23.00 |
| Cambio: | $0.00 |

CONTROL: 10R23-Z1UT8
ST

processed by Softek

Raul: 59,499

**TO GO STORES**
**ALTAMIRA**
787-798-6434 EXT 326
19
Atamira

| Description | Qty | Amount |
|---|---|---|
| REG CA #09 | 46.367L | 30.00 |
| SELF @ 0.647/ L. | | |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| TOTAL | | 30.00 |
| CASH $ | | 40.00 |
| CASH $ | | -10.00 |

ST# 00026   TILL XXXX DR# 1 TRAN# 1027231
CSH: 12                    08/16/17 05:44:15

CONTROL: 088PC-6E67G
ST

WELCOME TO
ANYTIME 65

| Descri. | Qty | amount |
|---|---|---|
| Prepay CA#03 | | 30.00 |
| Sub Total | | 30.00 |
| STATE | | 0.00 |
| CITY | | 0.00 |
| TOTAL | | 30.00 |
| CASH $ | | 30.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01  TRAN# 18912
08/26/17  10:06:27           ST# PU919

---

*Raul (Ford Edge) 59,793*

A.F. SHELL
10-73 1705, GURABO Tel 787 721 1645

| Descri. | Qty | amount |
|---|---|---|
| REG   CR #01 | 36.926L | 25.00 |
| | @ 0.677/ L | |
| Sub Total | | 25.00 |
| EST. 10.5% | | 0.00 |
| MUNICIP 1% | | 0.00 |
| TOTAL | | 25.00 |
| CASH $ | | 30.00 |
| Change $ | | -5.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 11926
08/18/17  07:00:36          ST# AB123

---

*Ford Edge Raul  59,683*

TO GO STORES
GURABO
19
Total 12

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
|---|---|---|
| REG CA #10 | 31.400L | 20.00 |
| SELF @ 0.637/ L | | |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 9101204
CSH: 0              08/17/17 10:31:13

---

## PUMA 176

San Juan

**Fecha:** 8/24/2017 9:02 PM
**Cajero:** Neishaliz
**Trans No.** 58310
**Batch No.** 307
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Gurab | |
|---|---|---|
| 1 | $20.00 | $20.00 |

| Subtotal: | $20.00 |
|---|---|
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $20.00 |
| Pagado: | $20.00 |
| Cambio: | $0.00 |

Thank you for your business!

**CONTROL:**

**ST**

## PUMA 212

Fecha: 8/14/2017 10:11 AM
Cajero: Yokasta Rodriguez
Trans No. 119745
Batch No. 534
Cnt   UPC/PLU   Descripción

| Subtotal: | $50.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $50.00 |
| Pagado: | $50.00 |
| Cambio: | $0.00 |

CONTROL: P8698-XP3E3
ST

---

Raúl (Edge) 59,217.54 4/4

FABR PETROLEUM
787 296 4901

| | QTY | Amount |
| GFC | CA 30% $0.113 | 39.50 |
| | $ 0.867 | |
| Sub Total | | 39.50 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| **TOTAL** | | **39.50** |
| CASH $ | | 40.00 |
| Change $ | | -0.50 |

THANKS, COME AGAIN

---

## PUMA 176

Fecha: 8/8/2017 5:14 PM
Cajero: Glenda
Trans No. 48350
Batch No. 259
Cnt   UPC/PLU   Descripción

| Subtotal: | $45.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $45.00 |
| Pagado: | $45.00 |
| Cambio: | $0.00 |

CONTROL:
ST

---

## PUMA 176

Date: 8/1/2017 5:25 PM

Cashier: Glenda
Trans No. 44347
Batch No. 238
Qty   UPC/PLU   Description

Regular [2]
57 183          $0.647          $37.00

| Subtotal: | $37.00 |
| Tax 1: | $0.00 |
| Tax 2: | $0.00 |
| Tax 3: | |
| Total: | $37.00 |
| Tendered: | $50.00 |
| Change: | $13.00   REF: [$13.00] |

Thank you for your business!

# Ecomaxx

Venta Bienes FK

Fecha: 8/2/2017 1:38 PM
Cajero:
Trans No. 59137
Batch No. 306

| Cnt | UPC/PLU | Descripción |
|-----|---------|-------------|
| Combustible | | Combustible Cantidad 1 |
| 1 | | $15.000 | Precio |

Subtotal:          $15.00
STATE TAX:         $0.00
MUNICIPAL TAX      $0.00

Total:             $15.00
Pagado:            $15.00
Cambio:            $0.00

Gracias por comprar con nosotros

CONTROL:
ST

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

09497

| CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS |
|---|

FECHA 12/08/ 2017

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| ✓ LAVADO | 20.00 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20.00

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 2283
08/17/17 15:22:11

Numero de Cuenta:        ACT03579521
Cantidad de Pago:      $      40.00
Metodo de Pago:              Efectivo
Balance:              $      42.20

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



PLAZA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN
DATE                 TIME              HOST
Aug 17 17         06:31:19           P.PAID
BATCH         TERMINAL ID        MERCHANT ID
000007         8738B010      878810735701

PREPAID CASH

PIN NUMBER:
PIN#    E27E070407141BL

AUTH. CODE: 8N4FP4      INVOICE: 601697
                       TRACE: 000209

TOTAL            $         10.00

QUANTITY: 1

APPROVED
19.25

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND  AGREES TO  PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su Patrocinio



**SPORTSWEAR** uniforms@coqui.net
**LA CASA DEL BORDADO**

Urb. SANTA ROSA
Blk 31- 58 Main Avenue
BAYAMON, PR 00959
787-798-8900

*Duplicate*

## INVOICE

Num 2012427

Date: Aug 15, 2017

Bill To:
TCA PR CORP
268 AVE MUNOZ RIVERA
SUITE 1001
SAN JUAN, PR 00926

737-556-4501

Ship to:
TCA PR CORP
268 AVE MUNOZ RIVERA
SUITE 1001
SAN JUAN, PR 00926

Ship Via:

Bin /
Case Num

Customer ID TCA PR CORP
Sales Rep ID Ilian Vascos

Customer PO
Terms    Prepaid

UPS-GRND- FRTCOLLECT

Ship By:

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 12 | | 3100 NYLON COACH'S JACKET/LINED BLACK | 26.89 | $ 322.69 |
| 2 | | 2 (2XL) | 2.00 | $ 4.00 |
| | | 6 (XLG) | | |
| | | 3 (LGE) | | |
| | | 1 (SML) | | |
| | | 1 (MED) | | |
| 12 | | LOW PROFILE 6 PANEL STRUCTURE BLACK | 6.50 | $ 78.00 |

8/16/17
SSHQ
OK# RRZ18
Tou #4769

T## 1219

Piezas    **26**

TODA Digitalizacion es PROPIEDAD de 3A Company Corp
3A Company Corp NO SE HACE RESPONSABLE de Mercancia del Cliente
El Cliente ES RESPONSABLE de Permisos y/o Licencias del Arte a Utilizarse

Reference: ATH    CASH
VISA    MC
CHECK    OTHER

| | | |
|---|---|---|
| Subtotal | $ | 404.86 |
| IVU 11.5% | | 45.54 |
| Total Amt. | $ | 451.22 |
| DEPOSIT | | |
| DUE COOS | | 451.22 |

COMENTARIOS:   FONT:_____  COLOR _____

TERMINADO
Por: _____
Fecha: _____
NUM. BULTOS _____
NOTIFICADO _____
Recibido De CONFORMIDAD
Fecha _____
Nombre _____
Firma _____

Certifico REVISADO y APROBADO: _____

2012427

OK



**AHORRAR ES FACIL**
**CLUB MANAGER ELVIN GONZALEZ**
**( 999 ) 999 - 9999**
**Club 4866 KENNEDY**
**TEL. 787-622-3600**
08/14/17 14:23 6385 04866 011    908

V MEMBER 101-******6546

# THANK YOU,
RAUL

```
   618230 COPY PAPER        25.95 T
             SUBTOTAL        26.96
   TAX 1  10.500 %            2.72
   TAX 2   1.000 %            0.26
             TOTAL           28.93
         CASH TEND          40.00
         CHANGE DUE         11.07
```

Visit samsclub.com to see your savings

CONTROL: 5TH1L-R89QS WH

# # ITEMS SOLD 1



TC# 6496 6097 9464 2741 6800

# Happy to Help

Escose Mastercard para
todas tus compras en Sam's Club
08/14/17   14:24:08

---

Bienvenidos a la Casa del Whopper!
3687 Interamericana
787-750-8266
ENTRA A BURGERKINGPR.COM
**ORDER 11**
EAT IN

PR-TENDERS 6                    4.29
  xCHK TENDERS 6PC
    MIX SALSA
  xPAPAS REG
  xPEPSI 16

            SUBTOTAL          4.29
            0.1 TAX           0.04
          S. 10.5 TAX         0.45

          CASH                4.78
                              5.00
          CHANGE              0.22

REGISTRA TU TARJETA EN
BURGERKINGPR.COM BKR PARDS
acumula el 5 por ciento de tus compras y
redime tu bk1 rcc en tu proxima visita.
Registrate y recibe un agrandado GRATIS

          ATENCION  BK45
The Aug 24 2017 05:07 PM T=01 1=9 C=170

CONTROL: 5070C-9YPEE
ST
processed by Scrtok



**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS**
**DIRECTORÍA DE SERVICIOS AL CONDUCTOR**
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

www.dtop.gov.pr
1c60

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.



| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|--------|-------|----------|------|-------------|

2015 TOYOTA HIGHLANDER LIMITED
Automovil (Privado) , Auto Privado
Descripción y Clasificación de Vehículo

| 11451920 | 22ago2015 | IVU032==== | 11489265 |
|----------|-----------|------------|----------|
| Registración | Fecha Registro | Tablilla | Título |

| 2015 | TOYT | HGH | | BLA | | *4 | *6 | *270 |
|------|------|-----|---|-----|---|----|----|------|
| Año | Marca | Modelo | | Color | | Puertas | Cilin | Cab Fuerza |

| 5TDYKRFH2FS101433 | | 0 | |
|-------------------|---|---|---|
| VIN (Número de Serie) | Peso Desc. | | Capacidad de Carga |

FJ0013     $ 37,346.86

| Dealer | Venta Condicional | Precio Contributivo |
|--------|-------------------|---------------------|

11682208

| sep 2017 a ago 2018 | | 31 ago 2018 | |
|---------------------|---|-------------|---|
| Vigencia | Marbete | | |

TCAPR CORP
WORLD PLAZA
268 MUNOZ RIVERA 1001
SAN JUAN, PR 00918-1921

Dueño del Vehículo y Dirección Postal
La Misma

*DERECHOS PAGADOS*
Num. SO 487
Estación Oficial de Inspección

| | Multas | $ 0.00 |
|---|--------|--------|
| | Derechos Anuales | $ 44.00 |
| | ACAA | $ 35.00 |
| | Seguro Oblig | $ 99.00 |
| | Centro de Trauma | $ 2.00 |
| | Importe Total | $ 180.00 |

Dirección Residencial, solo si es diferente a Postal

| $ 0.00 | 0 | | |
|--------|---|---|---|
| Precio de Venta | Licencia | Estación de Inspección | |

20170829-13230900-406-11592-5337-000000000

28766592

**REQUIERE INSPECCION VEH. DE MAS DE DOS AÑOS FABRICADO**

---

**Esta es tu nueva y conveniente NOTIFICACIÓN**

Podrá utilizar esta notificación de la misma manera que la tradicional forma impresa.

Ahora podrás adquirir tu marbete en:
• Institución Financiera (Banco o Cooperativas) participantes
• Colecturías
• Estaciones Oficiales de Inspección Participantes

Recuerde presentar ambos documentos
**ORIGINAL-DUEÑO / COPIA-PUNTO DE VENTA**

**INSTRUCCIONES AL CONTRIBUYENTE**

1. Notifique cambios residencia y postal dentro de sesenta (60) días siguiente al cambio
2. Conserve el original del recibo de pago por boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por el valor de diez (10) dólares. (Artículo 3.34 (a))
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares por traspaso tardío. Además 2.34 Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas más cinco (5) dólares por cada mes o fracción de mes.
7. La Ley 116 del 30 de junio de 2006 permite sólo el pago de la Multa $50.00.

---



TRASPASO DE VEHÍCULO

Vehículos registrados a partir del 7 de enero de 2001 deberán ser notarizados

AFIDAVIT NÚMERO:

Comparece

FIRMA DEL VENDEDOR (MARCA) O TESTIGO

NÚMERO DE LICENCIA

FIRMA DEL COMPRADOR (MARCA) O TESTIGO

TABLILLA ASIGNADA:

SUSCRITO Y JURA
COMPARECIENTES A Q

Apartamento

Fecha:

Zip Code

ABOGADO NOTARIO

Apartamento

DEPARTAMEN

Zip Code

**SERVICENTRO LAS LOMAS**

REG  08-28 2017 14:03
ZULMA                    000057
                         CT   1

| 1 MARBETE | $81.00 |
|-----------|--------|
| 1 SERVICIO MAR | $5.00 |
| 1 COPIA | $0.50 |
| 1 COPIA | $0.50 |
| 1 INSPECCION | $11.00 |
| TL | $98.00 |
| CASH | $98.00 |

*Back to School*
*Back to School Sale*