12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of August.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

The following General Orders, Manuals, Topics and Administrative Orders were discussed: General Order: Organizational & Functional Structure of the Press Office; General Order: Command Center & Radio Control; Confidential Matters Division; General Order 618: Use and Management of Regulation Firearms; General Order: Undercover Agents; General Order: Command Center; SAEA Regulation; Cyber Crimes Regulation; and General Order: Access & Management of the Information System of Criminal justice. Also, the Use of Force Reports were reviewed; handbooks, curriculum and courses in the review process were discussed, different sections of the Action Plans were evaluated; the available data of the tables in the Use of Force Progress Report was reviewed and update on the information of the tables to be used in the Sixth Six Month Report.

The following Police Headquarters were visited: Carolina, Utuado, Aguadilla, Fajardo, Mayaguez and Arecibo. The CIC, Homicide & Drug Division of Utuado were visited; and the Police Academy

Pursuant to Paragraph §§ 250 and 252 of the Agreement and having considered the parties' comments, the TCA formally filed the Sixth Month Report to the Court on August 21, 2017.

The following General Orders were approved: General Order: Command Center and Radio Control; General Order: Cyber Crimes; and General Order: Access and Management of Criminal Justice's Information Systems.

TCA Staff participated in the Third Conversation with the Community. The activity was carried out with the participation of the Dominican Community.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting in compliance with Para.253, meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll.