UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |



**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for September 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | N/A | September 2017 |
| Linda V. Navedo | $3,900.00 | September 2017 |
| Rafael E. Ruíz | N/A | September 2017 |
| Marcos Soler | N/A | September 2017 |
| John J. Romero | N/A | September 2017 |
| Alan Youngs | N/A | September 2017 |
| Scott Cragg | N/A | September 2017 |
| Alejandro Del Carmen | N/A | September 2017 |
| Subtotal | $3,900.00 | |
| Telework | | |
| Gerard LaSalle | N/A | September 2017 |
| Linda V. Navedo | $3,300.00 | September 2017 |
| Rafael E. Ruíz | $1,350.00 | September 2017 |
| Marcos Soler | $9,100.00 | September 2017 |
| John J. Romero | $6,900.00 | September 2017 |
| Alan Youngs | $2,100.00 | September 2017 |
| Scott Cragg | $1,950.00 | September 2017 |
| Alejandro Del Carmen | $8,850.00 | September 2017 |
| Subtotal | $33,550.00 | |

---

[1] See attached Invoices

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | N/A | September 2017 |
| Federico Hernandez Denton | N/A | September 2017 |
| Antonio Bazán | $2,812.50 | September 2017 |
| | Subtotal | $2,812.50 |
| Policies, Syllabus Review and Meetings – Guillermo Baralt, Esq. | $260.00 | September 2017 |
| | Subtotal | $260.00 |
| Jose Pujol | $3,200.00 | Hours worked on planning, preparing, and conducting assessments. Work in meetings related to assigned assessments. |
| | Subtotal | $3,200.00 |
| Car Expenses | | |
| Chauffer[2] | $900.00 | September 10, 2017 to September 16, 2017 |
| Gasoline | $436.00 | September 2017 |
| Tolls | $40.00 | September 2017 |
| Car Maintenance | $20.00 | September 2017 |
| | Subtotal | $1,396.00 |
| | Total | $45,118.50 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $45,118.50, the total amount of the monthly expenses, for the month of September 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of $45,118.50, the total amount of the expenses for the month of September 2017.

In San Juan, Puerto Rico, this day October 5, 2017.

_____
Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

---

[2] Due to hurricane Maria Josué López was not available to complete regular working hours; Raul Torres' service was necessary.