# INVOICE FOR PROFESSIONAL SERVICES: SEPTEMBER 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983 | 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A: **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **September/2017**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work session for the distribution of policies sent by the PRPD to be review in September/2017 drafting electronic mails and calls for the follow-up of outstanding issues; reading, revision and analysis of documents sent by the TCA Arnaldo Claudio; preparation of the list of policies for the approval of the TCA; revision of documents. (9.0) | N/A | X | 1, 5, 18/ September | $1,350.00 |
| Revision and discussion of General Order 100-115 with Federico Hernández Denton for the meeting with Superintendent Michelle Hernandez de Fraley. (4.0) | N/A | X | 9/ September | $600.00 |
| Meeting at PRPD headquarters to establish a schedule for the discussion of policies and schedule Scott Cragg's visit to Puerto Rico for the IT assessment. | N/A | X | 11/ September | $1,300.00 |
| Working on policies along with the TCA at TCA Office. | N/A | X | 12/ September | $1,300.00 |
| Participation on conference call with USDOJ, PRPD Reform Office, and TCA and his staff at PRPR Headquarters. | N/A | X | 14/ September | $1,300.00 |
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD. (9.0) | N/A | X | 28-29/ September | $1,350.00 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | | | | $3,900.00 |
| TOTAL OF BILLABLE HOURS (22.00 @ $150): | | | | $3,300.00 |
| **TOTAL TO BE BILLED:** | | | | **$7,200.00** |
| TOTAL HOURS WORKED "PRO BONO": 00.0 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
September 29, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President, TCAPR Corp.

Date: ___________, 2017

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

# 2017-09

DATE: 09/302017

**TO:**

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**

Services for: Month of September 2017

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| September 1st through September 30th: | | | |
| Read, analyze, and research PRPD Policy #100-???: **Centro de Recopilación, Análisis y Diseminación de Inteligencia Criminal (CRADIC)** | 4 hrs. | $150/hr. | $600.00 |
| Write review report on above policy | 2 hrs. | $150/hr. | $300.00 |
| Read and review USDOJ submitted policies for Sept, 2017 | 3 hrs. | $150/hr. | $450.00 |
| TOTAL BILLED | | | $1,350.00 |

**Signature** [signature] **Date: September 30, 2017**

oK [initials]

# INVOICE FOR PROFESSIONAL SERVICES: SEPTEMBER 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A: **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of September 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Drafting mass demonstrations report (12.0 billable hours) | X | N/A | Saturday through-Monday, September 2-4, 2017 | (14 @ $150 = $2,100) |
| Work from New York City: disseminate monthly policies, communicate with team members, work with TCA on administrative matters (2.0 hours) | X | N/A | Wednesday, September 6, 2017 | (2 @ $150 = $300) |
| Work from New York City: Reviewing team's work on the report on policing of mass demonstrations, updating the draft report (12.0 hours) | X | N/A | Saturday-Sunday, September 9-10, 2017 | (12 @ $150 = $1,800) |
| Work from New York City: Drafting report on mass demonstrations, prepping for meeting previously scheduled for 9/22 with PRPD to follow up on action plan implementation (10.0 | X | N/A | Saturday & Sunday, September 16-17, 2017 | (10 @ $150 = $1,500) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| hours) | | | | |
| Work from New York City: Addressing issues concerning action plans & extension of timelines, plus reviewing information about technical assistance and post-disaster recovery in law enforcement (12.0 hour) | X | N/A | Saturday-Sunday, September 23-24, 2017 | (12 @ $150 = $1,800) |
| Work from New York City: Reviewing policies and training syllabi submitted by team, plus review of policies (5.0 billable hours + 5 non-billable hours) | X | N/A | Tuesday-Thursday, September 26-28, 2017 | (5 @ $150 = $750) |
| Work from New York City: Under the direction of the TCA, continue to draft document on technical assistance and post-disaster work recovery plus develop agenda items for October critical items in the reform after Hurricane Maria (6 billable hours + 4 non-billable hours) | X | N/A | Friday-Saturday, September 29-30, 2017 | (6 @ $150 = $900) |
| TOTAL HOURS WORKED: 65.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO ( 0HOURS) | | | | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (61 HOURS @ $150): | | | | $9,100 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

ok [signature]

_______Marcos Soler_________________

MARCOS F. SOLER
TCA Core Team
September 30, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

______________________________

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____________, 2017.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

September 30, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 040
FOR PROFESSIONAL SERVICES RENDERED SEPTEMBER 2017

September 1-30 Reviewed Investigative Consultant's preliminary Assessment Report for purposes of providing assistance 5 hrs.
Prepared comments relating to the above 7 hrs.
Reviewed PRPD's General Order Chapter 600, Section 601 Rules For Use of Force for Members of the PRPD (Annual Review) 1 hr.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's General Order Chapter 600, Section 602, Use and Management of Electronic Control Device (Taser) Annual Review 1.5 hrs.
Prepared comments on the above 3 hrs.
Reviewed PRPD's General Order Chapter 600, Section 603 Use and Management of Impact Weapon (Baton) Annual Review 1 hr.
Prepared comments on the above 1 hr.
Reviewed PRPD's General Order Chapter 600, Section 604 Use and Management of Chemical Agent (Pepper Spray) Annual Review 1 hr.
Prepared comments on the above 1. 5 hrs.
Reviewed PRPD's General Order Chapter 600, Section 605 Report and Investigation of Incidents of Use of Force Annual Review 2.5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPD's Glossary of Definitions Titled: Basic Concepts of the Policies of Use of For, Annual Review 1 hr.
Prepared comments on the above 1 hr.
Reviewed PRPD's Final Draft on General Order Chapter 600 Section 620 Specialized Weapons of the Division of Specialized Tactics (DTE) 1.5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed "Use of Force Report" PPR-854 Annual Review 1 hr.
Prepared comments on the above 1 hr.
Reviewed "Record of Use of Electronic Control Device" Report PPR-892 Annual Review .5
Prepared comments on the above 1 hr.
Reviewed "Receipt of Possession of Less-than-Lethal Weapons Report PRR-900 Annual Review .5 hr.

Prepared comments on the above 1 hr.
Reviewed "Daily Notification of Incidents of Use of Force" PPR-928 .5 hr.
Prepared comments on the above 1 hr.
Reviewed PRPD's Draft Policy General Order Chapter 600, Section 610 Recording Public Events 3 hrs.
Prepared comments on the above 4hrs.

**TOTAL HOURS: 46 HOURS 0 MINUTES.**

**BILLABLE HOURS 46 HOURS 0 MINUTES AT RATE OF**

**$150 PER HOUR = $6,900**

**TOTAL: $6,900**

ok

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

September 30, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED September 2017

September 1-30

Reviewed PRPD's general order on training and retraining– 3 hours
Prepared comments on the above – 2 hours

Reviewed PRPD's form on evaluation of action plans and commented.
1 hour

Reviewed PRPD's Final Draft of evaluation on compliance with best practices – 3 hours
Prepared comments on the above - 2 hours

Reviewed DOJ comments on TCA reviews of six policies including Use of Force, Chemicals, Impact Weapons, etc. – 3 hours

**TOTAL HOURS: 14 HOURS**

**BILLABLE HOURS: 14 HOURS AT RATE OF**

**$150 PER HOUR = $2,100**

**TOTAL: $2,100**

OK

INVOICE FOR PROFESSIONAL SERVICES; SEPTEMBER 1 – SEPTEMBER 28, 2017
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: TCAPR Corp.
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of September 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | | | 0.00 |
| telcon, txt and emails (receive, send) to TCA and PRPD on Damage Assessmen proposal and schedule, monitor PRPD, TCA and DoJ comm and emails on adapting October visit and possible changes to agenda and decree timetables (9/9-30) | 3.50 | | | 525.00 |
| research and draft Hurricane Irma Damage Assessment proposal for PRPD review and consideration. Review TCA baseline and modify proposed damage assessment, research and make contact with solar powered wifi equipment options and expeditionary mobile comms vendors (9/9-30) | 7 | | | 1050.00 |
| Provided by Reforma - Latest PRPD Bureau of Technology Strategic Summary 2014-2018. Translate, review and prepare for in person review with CIO and Reforma | 2 | | | 300.00 |
| Provided by Reforma - PRPD Bureau of Technology Information Technolgy Progress. Translate , Review and Prepare for in person review in October | 0.5 | | | 75.00 |
| Total hours US | 13.00 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | 0 | $0 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 13.00 | $1,950 |
| TOTAL EXPENSE | | | | $1,950 |
| | | | FEE | $1,950 |

INVOICE PRESENTED BY:
____//Signed//___________
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE______________________________
ARNALDO CLAUDIO, TCA, President

ok

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.** 785546

# *INVOICE*

**Customer**

Name: TCAPR Corporation
Address: 268 Munoz Rivera
City: San Juan PR ZIP 00918
Phone:

Date: 9/26/17
Order No.:
Rep:
FOB:

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 54.5 | Review of Pontuarios (All Prontuarios for Second Bimester) | $150.00 | $8,175.00 |
| 4.5 | Emails, conference calls, review of documentation | $150.00 | $675.00 |

| | |
|---|---|
| SubTotal | $8,850.00 |
| Shipping & Handling | |
| Taxes State | |
| **TOTAL** | $8,850.00 |

Signature:

Office Use Only

OK [signature]

Addendum to Invoice No. 785546
Del Carmen Consulting, LLC
9/26/17

Prontuarios Reviewed for Second Bimester:

Leyes Epeciales (POL-2020)

Procedimiento Criminal (POL-2021)

Registro y Allanamiento (POL-1004)

Igual Proteccion y No Discrimen a Personas Sin Hogar (POL-2057)

Trata Humana (POL-2058)

Discrimen, Hostigamiento Sexual, Represalias y Conducta Sexual Impropria (POL-2060)

Principios Practicos en la Identidad (LGBTT) (POL-2061)

Policia Comunitaria (POL-3087)

Uso y Manejo Intermedio del Arma de Fuego (POL-2018)

Tecnicas Intermedias en el Uso y Manejo de Fuerza (POL-2011)

Certificaccion en Uso de Manejo de Gas Pimienta (POL-2040)

Patogenos Sanguineos (POL-2062)

Destrezas Basicas en Primeros Auxilios (POL-2064)

Ingles Basico Policial (POL-2055)

Cibernetica en la Investigacion Criminal y la Psicologia de la Civbercultura (POL-2031)

Entramiento Fisico (PT). (POL-302/303/304)

Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

September 28, 2017.

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-09**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of September, 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 9/12/2017 | **2 hrs.** 2:30 to 4:30 pm | Work on policies involving arrests and summons and provide legal advice (15 min.) regarding assessment issue. |
| 9/13/2017 | **2.0 hrs.** 11:00 am to 12:00 N, 1:30 to 2:00 & 3:00 to 3:30 pm | Attorney/Client privilege matter. |
| 9/13/2017 | **1.0 hr.** 2:00 to 3:00 | Motion to file Survey Documents |
| 9/14/2017 | **1:50 hrs.** 9:00 am to 10:30 am | Meeting at PRPD Headquarters to discuss policies on Explosives, Foreign nationals and Paragraph 253 |
| 9/15/2017 | **3.50 hrs.** 11:00 am to 12:00 N and 4:00 to 6:30 pm | Attorney/Client Privilege matter. |
| 9/18/2017 | **1:00 hr.** 8:30 to 9:30 pm | Review and recommendations on CRADIC and Syllabus presented by CT member Alex del Carmen |
| 9/19/2017 | **2.25 hrs.** 2:30 to 3:30 and 3:30 to 4:45 pm | Review and legal recommendations to DSP/DOJPR Internal Working Agreement on Parallel Criminal/ Administrative Investigations and Syllabus on Professional Development of Policemen |
| 9/25/2017 | **3.5 hrs.** 11:00 am to 12:00 N and 2:00 to 4:30 pm | Working at TCA's Office. Review of Glossary of Terms and Use of Force Policies. Meeting with TCA- Attorney/Client Privilege Matter |
| 9/26/2017 | **4.00 hrs.** 1:00 to 5:00 pm | Review and advice on reviews of 12 policies (John Romero) |

| | | |
|---|---|---|
| 9/27/2017 | **1.75 hrs.** 4:00 to 5:45 pm | Meeting at TCA Office. Attorney/Client Privilege Matter |
| 9/27/2017 | **22.50 total hours billed** | 22.50 x $125.00= $2,812.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok

# LEGAL FEES AND PROFESSIONAL SERVICES RENDERED

Guillermo A. Baralt Miró, Esq.
San Jacinto G-6
Guaynabo, Puerto Rico 00969
guillermobaralt@outlook.com
(787)236-0645

TCAPR
268 Muñoz Rivera,
Suite 1001
San Juan, PR 00918

For the Period Ending on September 28, 2017

| Date | Time Invested (Hrs) | Description of Service Rendered |
|---|---|---|
| 9/26/2017 | 12:00 p.m. - 5:00 p.m. | Began process of assessment of Hurricane Maria's interference with Reform Timeline, as requested by TCA. |
| 9/27/2017 | 10:00 a.m. - 6:00 p.m. | Assisted the TCA in drafting strategies to deal with the challenges identified. |
| Hours Worked | 13 | |
| Rate ($) | 20 | |
| Total: | 260.00 | |

s/Guillermo A. Baralt Miró, Esq.

September 28, 2017
Date

Jose L. Pujol
Investigative Consultant
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2017-05**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 08/28/2017 | **5.5 hrs.** 10:00 am to 4:00 pm (minus 0.5 hr. lunch) | Working on, and updating the Assessment report |
| 08/29/2017 | **6.5 hrs.** 9:00 am to 4:00 pm (minus 0.5 hr. lunch) | Interview at PRPD's HQ. Visiting SARP. Writing Memorandum of Interview (MOI) and updating Assessment report. |
| 08/30/2017 | **5.5 hrs.** 09:45 am to 4:00 pm (minus 0.5 hr. lunch) | Working on, and updating the Assessment report |
| 08/31/2017 | **5 hrs.** 10:00 am to 3:30 pm (minus 0.5 hr. lunch) | Working on Assessment report and preparing Enclosures (Exhibits) |
| 09/01/2017 | **4 hrs.** 9:30 am to 2 pm (minus 0.5 hr. lunch) | Working on Assessment report and preparing Enclosures (Exhibits) |
| 09/05/2017 | **5.5 hrs.** 9:00 am to 3:00 pm (minus 0.5 hr. lunch) | Visit to PRPD HQ, meeting with Lt. Col. Alba Diaz. Working on Assessment report. |
| 09/11/2017 | **6.5 hrs.** 9:00 am to 4:00 pm (minus 0.5 hr. lunch) | Working on, and updating the Assessment report |
| 09/12/2017 | **1.5 hrs.** 7 pm to 8:30 pm | Preparing report for TCA (about Status of Assessment Report) |
| 09/13/2017 | **6 hrs.** 9:30 am to 4 pm (minus 0.5 hr. lunch) | Working on, and updating the Assessment report |
| 09/14/2017 | **7 hrs.** 8:30 am to 4 pm (minus 0.5 hr. lunch) | Four interviews at the PRPD HQ. Writing some MOIs. |
| 09/15/2017 | **5.5 hrs.** 9:30 am to 3:30 pm (minus 0.5 hr. lunch) | Writing some MOIs and updating the Assessment report. |
| 09/18/2017 | **5.5 hrs.** 9:30 am to 3:30 pm (minus 0.5 hr. lunch) | Reviewing videos and updating the Assessment report. |

| 08/26/2017 | **64.0 hrs.** Total hrs. billed | **64.0 hrs.** x $50.00= **$3,200.00** |
|---|---|---|

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

ok

# INVOICE 0126

9/14/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR 00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| **Professional services (transportation) rendered during the week of Sep 10-16, 2017; covering Josue's shift after Hurricane Irma.** | 900.00 |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |

$900.00

OK [signature]

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Salinas Ramp, Carril 2
Cajero: 1849
09/13/17 15:06:56

| | | |
|---|---|---|
| Numero de Cuenta: | | ACT03579521 |
| Cantidad de Pago: | $ | 40.00 |
| Metodo de Pago: | | Efectivo |
| Balance: | $ | 43.95 |

*** Balance puede no reflejar transacciones en proceso ***

Recarge automaticamente con su tarjeta de credito o cuenta de banco. Reciba emails y mensajes de texto con alerta sobre sus balances registrando su cuenta. Visite www.autoexpreso.com

TOTAL
ROOSEVELT

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#04 | | 40.00 |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01 TRAN# 15658
09/26/17 14:14:39 ST# A8125

NF PETROLEUM
787 774 5464
TOTAL SAN PATRICIO
GUAYNABO PR

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#07 | | 50.00 |
| Sub Total | | 50.00 |
| Tax | | 0.00 |
| TOTAL | | 50.00 |
| CASH $ | | 100.00 |
| Change $ | | -50.00 |

THANKS, COME AGAIN
REG# 0002 CSH# 013 DR# 01 TRAN# 23430
09/25/17 07:56:36 ST# A3123

[illegible]
[illegible]
processed by Softek

**PUMA 212**

San Juan ,

**Fecha: 8/29/2017 4:42 PM**
**Cajero: Javier Alomar**
**Trans No. 133297**
**Batch No. 593**

| Cnt | UPC/PLU | Descripción | |
| --- | --- | --- | --- |
| Combustible | | Combustible Surtidor 3 | |
| 1 | | $11.000 | $11.00 |

| | |
| --- | --- |
| **Subtotal:** | **$11.00** |
| **Estatal:** | **$0.00** |
| **Municipal:** | **$0.00** |
| **Total:** | **$11.00** |
| **Cash:** | **$11.00** |
| **Cambio:** | **$0.00** |

Thank you for your business!

**CONTROL: MJVWU-FPJQB**
**ST**

NF PETROLEUM
787 774 5464
TOTAL SAN PATRICIO
GUAYNABO PR

| Descr. | qty | amount |
| --- | --- | --- |
| REG CA #07 53.547L @ 0.7477 L | | 40.00 |
| Prepay Fuel | | -50.00 |
| Sub Total | | -10.00 |
| Tax | | 0.00 |
| TOTAL | | -10.00 |
| CASH $ | | -10.00 |

THANKS, COME AGAIN
REG# 0002 CSH# 013 DR# 01 TRAN# 23441
09/25/17 08:03:24 ST# A3123

**TO GO STORES**
**CAMARONES**
787-798-643- EXT 329
19
Camarones

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #03 | | 50.00 |
| | Subtotal | 50.00 |
| | Tax | 0.00 |
| **TOTAL** | | **50.00** |
| | CASH $ | 50.00 |

ST# 00029 TILL XXXX DR# 1 TRAN# 1023292
CSH: 12 09/04/17 09:45:49

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #12 | | 50.00 |
| | Subtotal | 50.00 |
| | Tax | 0.00 |
| **TOTAL** | | **50.00** |
| | CASH $ | 60.00 |
| | Change $ | -10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1027419
CSH: 4 09/27/17 16:40:00

**TO GO STORES**
**FRAILES**
787-798-6434 ext.331
00000000000000019
FRAILES

***PREPAID REC[illegible]

| Description | | Amount |
|---|---|---|
| PREPAY CA #03 | | 40.00 |
| | Su[illegible] | 40.00 |
| | [illegible] | 0.00 |
| **TOTAL** | | **40.00** |
| | [illegible] $ | 20.00 |
| | [illegible] $ | 20.00 |

ST# 00031 TILL [illegible] DR#
CSH: 8 9/5[illegible]

CONTROL: 7H62H-V1XVS
ST
processed by Softek

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #07 | | 50.00 |
| | Subtotal | 50.00 |
| | Tax | 0.00 |
| **TOTAL** | | **50.00** |
| | CASH $ | 20.00 |
| | CASH $ | 10.00 |
| | CASH $ | 10.00 |
| | CASH $ | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1021627
CSH: 15 09/18/17 12:40:25

Jeep Comandante
Raúl
Negra

TO GO STORES
GURABO
19
Toral 12

| Description | Qty | Amount |
|---|---|---|
| REG CA #12 | 21.300L | 14.63 |
| SELF @ 0.687/ L | | |
| Subtotal | | 14.63 |
| Tax | | 0.00 |
| **TOTAL** | | **14.63** |
| CASH $ | | 20.00 |
| CASH $ | | -5.37 |

GRACIAS,
Vuelva Pronto
# 00012 TILL XXXX DR# 1 TRAN# 1026416
H: 4 09/15/17 19:56:16

Raúl
21,011 millas

PRINT NO. 10050

SHELL GLOBAL STATION
LAS PIEDRAS

SEP 16 17 12:32PM RECEIPT NO. 1807813

STORE ID 12345

| PUMP | GRADE | VOLUME | PPU | AMOUNT |
|---|---|---|---|---|
| | PREPAY COMPLETE | | | -23.37 |
| 6 | PREMIUM | 28.605L | 0.817 | 23.37 |
| | | CASH | TOTAL | 0.00 |

GRACIAS

20,758
Raúl

**Gulf Roosevelt**
Ave. Roosevelt
San Juan,P R. 00617
939-204-6805
**Fecha: 9/14/2017 10:10 AM**
**Cajero: Zoe Morales**
**Trans No. 637235**
**Batch No. 2807**

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| Regular (3) | | | $31.00 |
| 43.240 | $0.717 | | |

**Subtotal: $31.00**
**State Tax: $0.00**
**Municipal Tax: $0.00**

**Total: $31.00**
**Pagado: $40.00**
**Cambio: $9.00 REF: ($9.00)**
Gracias por comprar con nosotros

Raúl

TO GO STORES
GURABO
19
Toral 12

| Description | Qty | Amount |
|---|---|---|
| REG CA #09 | 52.400L | 36.00 |
| SELF @ 0.687/ L | | |
| Subtotal | | 36.00 |
| Tax | | 0.00 |
| **TOTAL** | | **36.00** |
| CASH $ | | 45.00 |
| CASH $ | | -9.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1021450
CSH: 4 09/13/17 09:39:15

# LULU SERVICE STATION

09473

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 5/9/ 20 17

SR.

DIRECCION

TAB. NÚM.

CASH [✓] CRÉDITO [ ]

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

Cash

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ

TOTAL 20 00