12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of September.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

During this month Puerto Rico was hit by two major hurracains Irma (September 6) and Maria (September 20). As a consequence the TCA Staff had to prepare the office for the impact of the hurricanes and after to inspect the office for damages along with its building administration personnel. After hurricane Irma, the office was already operational on Monday September 11; after hurricane Maria TCA Staff spent Friday, September 22 and Saturday, September 23 doing all the necessary steps along with the building administrator personnel to set up and open the office on Monday September 25.

After hurricane the efforts were concentrated to continue on the policy review, and on the request of extension on Paragraph § 239, regarding Action Plans timeline, to organize and rethink strategies along with the parties and the PRPD in order to develop an strategic plan in how we are going to execute the Reform under the present conditions.

The following General Order were reviewed: First Modified Delivery: General Order: Appearances to the Courts and Administrative Forums; General Order of CRADIC; General Order: Public Events Recording; Collaborative Agreement with the Department of Justice of Puerto Rico regarding Garrity Warnings; General Order 601: Rules of Use of Force; General Order 602: Electrical Control Device; General Order 603: Use and Management of Impact Weapons; General Order 604: Use and Handling of Chemical Agents; General Order 605: Force Incident Report and Inquiry; General Order: Code of Ethics; Force Terms of Use Glossary; PPR 854: Force Incident Report; PPR 204: Force Usage Report; PPR 892: Daily Use Electrical Control Device; PPR 900, Receipt Occupation Weapons Less Lethal; PPR 928: Daily Force Incident Report; General Order: Evaluations; and General Order: Specialized Weapons of Specialized Tactical Units.

The following General Order were approved: General Order 600-612; Authority to conduct Search and Seizures; General Order 600-615: Authority to conduct Arrests and Citations and General Order 100-115: Organizational and Functional Structure of the Press Office.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting in compliance with Paragraph § 253, meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll.