# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

## Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for October 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | October 2017 |
| Linda V. Navedo | N/A | October 16, 2017 to October 20, 2017 |
| Rafael E. Ruíz | $6,500.00 | October 16, 2017 to October 20, 2017 |
| Marcos Soler | $6,500.00 | October 18, 2017 to October 22, 2017 |
| John J. Romero | $6,500.00 | October 16, 2017 to October 20, 2017 |
| Alan Youngs | $6,500.00 | October 16, 2017 to October 20, 2017 |
| Scott Cragg | $6,500.00 | October 16, 2017 to October 20, 2017 |
| Alejandro Del Carmen | N/A | October 16, 2017 to October 20, 2017 |
| | **Subtotal** | **$32,500.00** |
| **Telework** | | |
| Gerard LaSalle | N/A | October 2017 |
| Linda V. Navedo | $2,100.00 | October 2017 |
| Rafael E. Ruíz | $150.00 | October 2017 |
| Marcos Soler | $2,550.00 | October 2017 |
| John J. Romero | $525.00 | October 2017 |
| Alan Youngs | $1,050.00 | October 2017 |
| Scott Cragg | $2,550.00 | October 2017 |
| Alejandro Del Carmen | $4,650.00 | October 2017 |
| | **Subtotal** | **$13,575.00** |

[1] See attached Invoices

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $843.75 | October 2017 |
| Antonio Bazán | $3,250.00 | October 2017 |
| | Subtotal | $4,093.75 |
| Jose Pujol | $725.00 | Hours worked on planning, preparing, and conducting assessments. Work in meetings related to assigned assessments. |
| | Subtotal | $725.00 |
| Richard Blanco Peck, Ph.D. | $3,500.00 | Translation (Spanish to English) of the Part II of the Qualitative Report on the Puerto Rico's Police Department Sustainable Reform. |
| | Subtotal | $3,500.00 |
| Car Expenses | | |
| Chauffer | $900.00 | October 15, 2017 to October 21, 2017 |
| Gasoline | $1,404.21 | October 2017 |
| Car Maintenance | $200.35 | October 2017 |
| Office Supply | $44.58 | |
| | Subtotal | $2,549.14 |
| | Total | $56,942.89 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $56,942.89, the total amount of the monthly expenses, for the month of October 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

FOR ALL OF WHICH, the TCA PR. Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of $56,942.89, the total amount of the expenses for the month of October 2017.

In San Juan, Puerto Rico, this day November 3, 2017.

Arnaldo Claudio -TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.