# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:    **TCAPR Corp.**
         #268 Muñoz Rivera
         Suite 1001, World Plaza
         San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **October /2017**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Participation in the update of Paragraph 13 requirements meeting at Police Superintendent Office. Follow-up of outstanding issues, review of documents, and Core Team October Agenda preparation. (9.0) | N/A | X | 4-11/ October | $1,350.00 |
| Work on the corresponding process for the review of the policies sent by the PRPD. (5.0) | N/A | X | 27-30/ October | $750.00 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | | | | N/A |
| TOTAL OF BILLABLE HOURS (14.00 @ $150): | | | | $2,100.00 |
| TOTAL TO BE BILLED: | | | | $2,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 00.0 HOURS | | | | |

INVOICE PRESENTED BY:


_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
October 31, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.


_____
ARNALDO CLAUDIO, TCA                    Date: __11/3/__ , 2017
President, TCAPR Corp.

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

#2017-10

DATE: OCTOBER 31, 2017

**TO:**
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**
Services on: October 16-20, 2017

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **Monday, October 16, 2017** | | | |
| Meeting at TCA Office; Discussion of PRPD policies at PRPD HQ | | $1300/day | $1300.00 |
| **Tuesday, October 17, 2017** | | | |
| Discussion of PRPD policies Reform and USDOJ at HQ | | $1300/day | $1300.00 |
| **Wednesday, October 18, 2017** | | | |
| Status Presentation by PRPD Reform in AM. and Continuity Plan Presentation by TCA in PM at HQ | | $1300/day | $1300.00 |
| **Thursday, October 19, 2017** | | | |
| Visits to Caguas Norte Police District and Police Academy and TCA meetings at TCA Office | | $1300/day | $1300.00 |
| **Friday, October 20, 2017** | | | |
| TCA Office meetings; Parag 253 meeting; preparation of activities report | | $1300/day | $1300.00 |
| Preparation of TCA CT proposed agenda for November 2017 | 1 hour | $150/hour | $150.00 |
| TOTAL BILLED | | | $6650.00 |

Signature _Rafael E. Ruiz_    Date: **October 31, 2017**

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2017
## MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:      **TCAPR, LLC**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of October 2017 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from NYC: Review of Continuity of Operations and Recovery Plans for Law Enforcement, Prep for group presentation (11.0 hours) | X | N/A | Saturday and Sunday, October 14-15, 2017 | (11 @ $150 = $1,650) |
| Work from Puerto Rico: See TCA Agenda, Wednesday through Sunday (40.0 hours) | X | N/A | Wednesday, October 18-22, 2017 | (5 @ $1,300 = $6,500) |
| Work from New York City: Work on evaluation of best practices policies, review of monthly reports (6.0 billable hours + 4 non-billable hours) | X | N/A | Saturdau & Sunday, October 28-29, 2017 | (6 @ $150 = $900) |
| | | | | TOTAL HOURS WORKED: 61.00 HOURS |
| | TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (40 HOURS) | | | $6,500 |
| | TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (16.5 HOURS @ $150): | | | $2,550 |
| | | | TOTAL TO BE BILLED: | $9,050.00 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
October 30, 2017
Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President                            olr  &  11/3/2017
TCAPR Corp.
Date: _____, 2017.

1

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 041
FOR PROFESSIONAL SERVICES RENDERED OCTOBER 2017

| | |
|---|---|
| Monday, Oct 16, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: meetings |
| Tuesday, Oct 17, 2017 | PRPD Headquarters re: meetings |
| Wednesday, Oct 18, 2017 | PRPD Headquarters re: meetings |
| Thursday, Oct 19, 2017 | Caguas North District Site Visit.<br>PRPD Academy Site Visit |
| Friday, Oct 20, 2017 | TCA Office re: meetings |

### 5 DAYS (DAY RATE $1,300) = $6500

| | |
|---|---|
| October 1-31 | Conference Call re: General Order on Recording Public Events<br>General Order on Undercover Operations and Garrity Protocol. 2 hrs.<br>Prepared comments on the above. .5 hrs.<br>Prepared comments re: Proposed November 2017 Site Visits 1 hr. |

**TOTAL HOURS:   3 HOURS   30   MINUTES.**

**BILLABLE HOURS      3 HOURS   30 MINUTES AT RATE OF**

**$150 PER HOUR = $525**

**TOTAL: $7,025**

ok *[signature]* 11/3/2017

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

October 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED October 2017

| | |
|---|---|
| Monday, Oct 16, 2017 | TCA Office re: meetings |
| | PRPD Headquarters re: Discussion of policies |
| | |
| Tuesday, Oct 17, 2017 | PRPD Headquarters re: Discussion of policies |
| Wednesday, Oct 18, 2017 | PRPD Headquarters |
| | Presentation by Col. Clementina Vega regarding the third review of the Actions Plans |
| | Presentation by Marcus Soler of the suggested plan for the continuation of the Reform Office |
| | Unit's work. |
| Thursday, Oct 19, 2017 | Visit to Caguas Norte Police Station |
| | Visit Police Academy |
| Friday, Oct 20, 2017 | TCA Office re: Monthly meet of paragraph 253 |
| | Preparation written reports re: site visits |

**5 DAYS (DAY RATE $1,300) = $6500**

October 1-31

Review and preparation for four policy discussions with DOJ and PRPD.  General order for Auxiliary Supt. of Education and Training is 90 pages in length.  Also, review of training and retraining, use of best practices in evaluating PRPD activities and the form used to evaluation policies by the Reform Unit. – 3 hours

Attend DOJ and PRPD discussion with regards to use of informants and video recording of major events in Puerto Rico. – 2 hours

Phone conference with Scott Cragg in regards to IACP information reference KRONOS system - .5 hours

Prepare November TCA Core Team Visit – 1.5 hours

**TOTAL HOURS:  7 HOURS**

**BILLABLE HOURS:  7 HOURS AT RATE OF**

**$150 PER HOUR = $1,050.00**

**TOTAL: $7,550**

olr *ℓf* 11/3/2017

## INVOICE FOR PROFESSIONAL SERVICES; OCTOBER 1 – OCTOBER 30, 2017
## SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of October 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 5 | | 6500.00 |
| (recurring telcons and email Coordination TCA, Core Team, PRPD, DoJ including logistics, status, planning and agenda, meeting coordination. Data and photo sharing for reports and evidence records | 4.50 | | | 675.00 |
| Review(s) of DoJ proposed telcon for policy review, Doj Proposals for November review | 0.50 | | | 75.00 |
| communication wth PRPD CIO on hurricane remedition plan, schedule as tasked by TCA | 0.50 | | | 75.00 |
| Complete  October Trip Report | 4.00 | Pro Bono | | 600.00 |
| TCA telecon and email discussions on PRPD actions, Nov Agenda, necessary follow Through, policy chronoly and tracking | 2.5 | | | 375.00 |
| Policies telcon with TCA, DoJ and CT 10/26 | 1.00 | | | 150.00 |
| Review PRPD answers to TCA questions on remediation plan.  Review and Make recommendations | 2.00 | | | 300.00 |
| Review of PRPD provided damage assessment of Communication towers, respond with email to PRPD | 1.50 | | | 225.00 |
| A Youngs telcon - Kronos availability to PRPD | 0.50 | | | 75.00 |
| | | | | 0.00 |
| Total hours US | 17.00 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | 5 | | $6,500 |
| TOTAL OF BILLABLE HOURS @ $150 | | 17.00 | | $2,550 |
| TOTAL EXPENSE | | | | $9,050 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | | 4.00 | | 600.00 |
| | | FEE | | $8,450 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

OK  *[signature]*  11/3/2017

1

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**          785547

## INVOICE

| Customer | | Date | 10/25/17 |
|---|---|---|---|
| Name | TCAPR Corporation | Order No. | |
| Address | 268 Munoz Rivera | Rep | |
| City | San Juan       PR       ZIP 00918 | FOB | |
| Phone | | | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 27.5 | Review of Pontuarios (All Preliminary Prontuarios for Third Bimeste | $150.00 | $4,125.00 |
| 3.5 | Emails, conference calls, review of documentation | $150.00 | $525.00 |
| | | SubTotal | $4,650.00 |
| | | Shipping & Handling | |
| | Taxes      State | | |
| | | **TOTAL** | $4,650.00 |

Signature: 

Office Use Only

ok [signature] 11/3/2017

Addendum to Invoice No. 785547
Del Carmen Consulting, LLC
10/25/17


Prontuarios Reviewed for Third Bimester:


Introduction of Juvenile Justice (POL-2024)


Testimony and Rules of Evidence in the Courts (POL-2022)


Organizational Conduct in Policing (POL-3004)


Operational Control of Traffic (POL-2010)


Criminal Investigation (POL-2003)


Crisis Management (POL-3389)


Simulation and Operational Stressors (POL-2013)


Interrogations  (POL-2054)


Conflict Management (POL-2053)


Physical Training (PT) (POL-304)

# Antonio R. Bazán

Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

October 30, 2017.

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-10**

Sir:

The following is an amended detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of October, 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 10/05/2017 | 3:00 Hrs.  1:00 to 4:00 pm | Presentation of V2A on PRPD Staffing allocation. |
| 10/16/2017 | **4.75 hrs.** 9:00 am to 12:00 N, 2:00 to 3:30 pm and 3:45 to 4:00 | Agenda, General Matters and telephone conference at TCA , Meeting at PRPD Headquarters for the discussion of policies.  End Meeting at TCA |
| 10/17/2017 | **5.75 hrs**.  9:00 am to 1:00 pm and 2:00 to 3:45 pm | PRPD Headquarters.  Discussion of several policies except 3 that were left pending for discussion on a telephone conference held on October 26, 2017. |
| 10/18/2017 | **2.50 hrs.**  9:00 to 11:30 am | PRPD Headquarters-Presentation of Colonel Clementina Vega/3rd. Review of Action Plans |
| 10/20/2017 | **2.75 hrs.** 9:00 to 11:45 am | Paragraph 253 Meeting at TCA's Office |
| 10/23/2017 | **2.25 hrs.**  11:45 to 2:00 pm. | Review and recommendations on PRPD Academy Syllabus by Del Carmen. |
| 10/302017 | **5.75 hrs.** 10:00 am to 1:00 pm and 2:00 pm.to 4:45 pm. | Attorney/Client Privilege Work at TCA's Office Preparation of document. |
| 10/30/2017 | **26.75 total hours billed** | 26.75 x $125.00=$3,250.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.



CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER:  28
INVOICE DATE:  OCTOBER 30, 2017

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| OCT-04-17 | Police Reform-Puerto Rico | Review of Court Order, several communications | 1.00 | $125.00 | $125.00 |
| OCT-18-17 | Police Reform-Puerto Rico | Several communication with the Court, in compliance with TCA standard requirements | 1.00 | $125.00 | $125.00 |
| OCT-22-17 | Police Reform-Puerto Rico | Several communications with TCA, Claudio; communications with the Court, in compliance with TCA standard requirements | 1.00 | $125.00 | $125.00 |
| OCT-23-17 | Police Reform-Puerto Rico | Review of communication send by TCA, Claudio, re: upcoming December hearing; communications with the Court in compliance with TCA standard requirements; review of Order and analysis | 2.00 | $125.00 | $250.00 |
| OCT-24-17 | Police Reform-Puerto Rico | Conference call with TCA Claudio, several communications with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| OCT-26-17 | Police Reform-Puerto Rico | Conference call with TCA Claudio, communication with the Court in compliance with standard TCA requirements | 0.50 | $125.00 | $62.50 |
| OCT-28-17 | Police Reform-Puerto Rico | Review of written communication | 0.25 | $125.00 | $31.25 |
| | | Total hours for this invoice | 6.75 | | |
| | | Total amount of this invoice | | | $843.75 |

ok  ef  11/3/2017

Page 1 of 1

Jose L. Pujol
Investigative Consultant
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2017-06**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and/or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 09/28/2017 | **6 hrs.**  09:15 am to 03:45 pm (minus 0.5 hr. lunch) | Working on reviewing and saving video recordings, and updating the Assessment report |
| 09/29/2017 | **4 hrs.** 10:00 am to 02:00 pm | Working on reviewing and saving video recordings, and updating the Assessment report |
| 10/02/2017 | **4.5 hrs.**  10:05 am to 03:05 pm (minus 0.5 hr. lunch) | Working on reviewing and saving video recordings, and updating the Assessment report |
| 10/25/2017 | **14.5 hrs.** Total hrs. billed | **14.5 hrs.** x $50.00= **$725.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

ok ef. 11/3/2017

_____
Jose L. Pujol

## Invoice October 15, 2017: $3,500

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services for Part of Phase II: (September 1, 2017 –October 15, 2017): $3,500**

Translation of Final Report for Department of Justice of the United States of America.

| Translation Phase I | Calendar |
|---|---|
| 1- Translation (Spanish to English) of the Part II of the Qualitative Report on the Puerto Rico's Police Department Sustainable Reform: The Feedback of Nine (9) Community Focus Groups in Puerto Rico (2017) for the Department of Justice & the Office of the Technical Compliance Advisor of the Puerto Rico's Police Department Reform. | (September 1, 2017 –October 15, 2017) |
| | |

I look forward to maintain communication with you,

Sincerely yours,

*Richard Blanco Peck*

**Richard Blanco Peck (Independent Researcher to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

OK *[signature]* 11/3/2017

FABR PLCHG...
787  296-4901

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#12 | | 40.00 |

| | Sub Total | 40.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 18970
10/09/17  15:22:52          ST# AB123

CONTROL: FOCUS 82G1D
ST
processed by Softek

TO GO STORES
GURABO
19
Toral 12

| Description | Qty | Amount |
|-------------|-----|--------|
| REG CA #08 | 29.117L | 20.00 |
| SELF @ 0.687/ L | | |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |
| | CASH $ | 20.00 |
| | CASH $ | -20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1023147
CSH: 7                10/08/17 15:40:47

Apolo Puma
Ave. Apollo esq. Mercurio
Guaynabo, PR  00969
787-720-7945

**Sales Receipt**

Transaction #:  369108₽
Date:  10/12/201Time:  7:34:35 AM
Cashier:  12    Register #:  1

| Item | Description | Amount |
|------|-------------|--------|
| GR | GASOLINA REGULAR | $40.00 |
| | Sub Total | $40.00 |
| | Total | $40.00 |
| | CASH Tendered | $40.00 |
| | Change Due | $0.00 |

369108
Thank you for shopping
Apolo Puma
We hope you'll come back soon!

TO GO STORES
GURABO
19
Toral 12

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
|-------------|-----|--------|
| REG CA #12 | 29.112L | 20.00 |
| SELF @ 0.687/ L | | |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 9126052
CSH: 0                10/10/17 12:46:50

# PUMA 212

san juan

**Fecha:** 10/21/2017 1:14 PM
**Cajero:** Jael Contreras
**Trans No.** 190329
**Batch No.** 750
Cnt   UPC/PLU   Descripción

| Combustible | Combustible Surtidor 4 | |
|---|---|---|
| | $50.000 | $50.00 |

| | |
|---|---|
| **Subtotal:** | **$50.00** |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| | |
| **Total:** | **$50.00** |
| **Cash:** | **$50.00** |
| | |
| **Cambio:** | **$0.00** |

Thank you for your business!

**CONTROL: 5J2JM-Q9JKK**
ST

NF PETROLEUM
787-774-6464
TOTAL SAN PATRICIO
GUAYNABO PR

| descri. | qty | amount |
|---|---|---|
| Prepay CA#01 | | 20.00 |
| | Sub Total | 20.00 |
| | Tax | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 014 DR# 01  TRAN# 10310
10/21/17 13:57:07          ST# AB123

---

59,084 L
61,490.2

Raul
Ford Edge

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**17153**

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10/20/2017

SR.
DIRECCION
TAB. NÚM.                    CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | 30 | 61 |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____    **TOTAL**  30 | 61

WELCOME TO
OUR STORE

Descr.              Qty        Amount

REG   CA#12  53.8421          38.60
         @ 0.7177 L
Prepay Fuel             -60.00

    Sub Total      -21.40
       ESTATAL       0.00
     MUNICIPAL       0.00
TOTAL       -21.40
      CASH  $       0.00
      Change $     -22.00

THANKS, COME AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 14825
10/15/17  09:35:21          ST# A8123

# 38.60
53.842 LTS

60,918 Milla
Raul

Y
CAIMITO

Descr.              qty       amount
----------        ----      --------
Prepay CA#01                    50.00
                              --------
          Sub Total    50.00
            ESTATAL     0.00
          MUNICIPAL     0.00
TOTAL     50.00
            CASH  $    50.00
THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 15243
10/15/17  13:16:53          ST# A8123

---

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

17152

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 10/15 30 12

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | 20 |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20 00

---

# ARAMBURU SERVICES, CORP.



Carretera 189, Km. 2.6 Salida a Gurabo
**TEL.: (787) 746-7372 • Fax (787) 745-7630**
ESTACION OFICIAL DE INSPECCION
Mecánica Liviana y frenos • Alineamiento de Autos • Venta de Marbete
SERVICIO GARANTIZADO

Fecha: 10/3/17

Co. _____

Millaje _____  Marca _____

Tab. No. _____   Cash ☑   Credito ☐

| | |
|---|---|
| LITROS, GASOLINA/DIESEL | 50 00 |
| QTOS. ACEITE | |
| CAMBIO ACEITE Y FILTRO | |
| LAVADO | |
| INSPECCION | |
| VENTA MARBETE | |
| ACEITE FRENOS | |
| REPARACION GOMAS | |
| | 50 00 |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

Recibi _____

84934

Apolo Puma
Ave. Apollo esq. Mercurio
Guaynabo, PR 00969
787-720-7945

## Sales Receipt

Transaction #:  368693
Date:  10/11/201Time:  11:49:40 AM
Cashier:  3     Register #:  1

| Item | Description | Amount |
|------|-------------|--------|
| GR | GASOLINA REGULAR | $50.00 |

|  | Sub Total | $50.00 |
|  | Total | $50.00 |
|  | CASH Tendered | $60.00 |
|  | Change CASH | $10.00 |

368693
Thank you for shopping
Apolo Puma
We hope you'll come back soon!

*61,130.9  Raul*

## EXCEL GASOLINE
## AND FOOD MART
CARR 9939 INT 30 SALIDA 19
LAS PIEDRAS,PR

| Descr. | qty | amount |
|--------|-----|--------|
| REG CA #06 | 42.438L | 30.00 |
|  | @ 0.707/ L |  |
| Prepay Fuel |  | -40.00 |
| Sub Total |  | -10.00 |
| MUN |  | 0.00 |
| EST |  | 0.00 |
| TOTAL |  | -10.00 |
|  | CASH $ | -10.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 16049
10/17/17  05:50:29          ST# IN007

---

## TO GO STORES
## INTERAMERICANA
787-798-6434 ext.337
19
Inter

## ***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #03 |  | 50.00 |
|  | Subtotal | 50.00 |
|  | Tax | 0.00 |
| **TOTAL** |  | **50.00** |
|  | CASH $ | 20.00 |
|  | CASH $ | 20.00 |
|  | CASH $ | 20.00 |
|  | Change $ | -10.00 |

ST# 00037  TILL XXXX DR# 1 TRAN# 1015687
CSH: 8                   10/16/17 19:36:10

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

## CONTINENTAL
## GASOLINE

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#04 |  | 40.00 |
|  | Sub Total | 40.00 |
|  | MUN | 0.00 |
|  | EST | 0.00 |
| TOTAL |  | 40.00 |
|  | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 023 DR# 01   TRAN# 11124
10/17/17  18:44:40          ST# AB123

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #05 | | 40.00 |
| | Subtotal | 40.00 |
| | Tax | 0.00 |

**TOTAL        40.00**

CASH $   40.00

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1023606
CSH: 3                    10/29/17 12:22:53

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 25.00 |
| | Subtotal | 25.00 |
| | Tax | 0.00 |

**TOTAL        25.00**

CASH $   25.00

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1025350
CSH: 10                   10/30/17 08:30:59

Prepay CA#03                    20.00

Sub Total            20.00
ESTATAL             0.00
MUN                0.00

TOTAL      20.00
CASH $    20.00

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 00  TRAN# 17449
09/18/17  10:27:34          ST# AB123

CONTROL: 88585-7MP30
ST
processed by Softek

TOTAL
LULU SERVICE STATION
787-724-5670

| Descr. | Qty | Amount |
|---|---|---|
| Prepay CA#03 | | 40.00 |
| | Sub Total | 40.00 |
| | ESTATAL | 0.00 |
| | MUNICIPAL | 0.00 |

TOTAL      40.00
CASH $   40.00

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 13098
10/27/17  11:20:58          ST# AB123

```
            TOTAL
      PLAZA  OLMEDO
         RIO PIEDRAS
        SERVICES 24/7
        787 765 6806

Descr.          qty         amount
.....           ...         ......
Prepay CA#05                -40.00
                           ----------
            Sub Total        40.00
            ESTATAL           0.00
            MUNICIPAL         0.00
        TOTAL              40.00
            CASH  $         40.00
THANKS, COME  AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 15742
09/29/17  08:14:11            ST# AB123
```

```
            TOTAL
      PLAZA  OLMEDO
         RIO PIEDRAS
        SERVICES 24/7
        787 765 6806

Descr.          qty         amount
.....           ...         ......
Prepay CA#10                 40.00
                           ----------
            Sub Total        40.00
            ESTATAL           0.00
            MUNICIPAL         0.00
        TOTAL              40.00
            CASH  $         40.00
THANKS, COME  AGAIN
REG# 0001 CSH# 009 DR# 01  TRAN# 17669
09/30/17  08:40:37            ST# AB123
```

## PUMA 212

Fecha: 9/10/2017 10:03 AM
Cajero: Yokasta Rodríguez
Trans No. 143444
Batch No. 636
Cnt  UPC/PLU   Descripción

| Combustible | Combustible Estado 6 | |
|---|---|---|
| 1 | $50.000 | $50.00 |

| Subtotal: | $50.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $50.00 |
| Cash: | $50.00 |
| Cambio: | $0.00 |

Thank you for your business!

CONTROL: APC10-9UDYC
ST

```
      NF  PETROLEUM
        787  774 6464
    total con comitio
         CHAYNABO  PR

Descr.          qty         amount
.....           ...         ......
GEC   CA #04  59.5708        43.00
           @ 0.7171/L
      Prepay Fuel            45.00
                           ----------
            Sub Total        -2.00
            Tax               0.00
        TOTAL              -2.00
            CASH  $         -2.00
THANKS, COME  AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 16814
09/23/17  08:41:28            ST# AB123
```

**PUMA 212**

san juan .

Fecha: 10/4/2017 7:04:49 AM
Cajero: Randy Ortiz
Trans No. 163648
Batch No. 687
Cnt   UPC/PLU   Descripción

| Regular [6] | | $20.00 |
| 27 895 | $0.717 | |

| Subtotal: | **$20.00** |
| Estatal: | **$0.00** |
| Municipal: | **$0.00** |
| | |
| Total: | **$20.00** |
| Pagado: | **$20.00** |
| Cambio: | **$0.00** |

Thank you for your business!

**CONTROL: HXP06-PVZL6**
**ST**

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #10 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1012034
CSH: 16                     10/05/17 21:19:54

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #12 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1024281
CSH: 6                      10/03/17 11:55:03

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #12 | | 45.00 |
| | Subtotal | 45.00 |
| | Tax | 0.00 |
| **TOTAL** | | **45.00** |
| | CASH $ | 100.00 |
| | Change $ | -55.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1011499
CSH: 6                      10/04/17 20:34:10

RP Puma Gurabo
Carr. 189 KM 3.3
Gurabo, PR 00921
(787) 704-2285

0011789748
ZORA S
10/07/2017
10:27:01

```
=============    =============
GAS-30         GASOLINA $30      30.00
               1 x 30.00
=============    =============
SUB-TOTAL                        30.00
DISCOUNT                           .00
TOTAL SALES                      30.00
STATE SALES TAX                    .00
MUNICIPAL SALES TAX                .00
               -------------
TOTAL                            30.00
Cash                             40.00
CHANGE                           10.00
```

Gracias Por Su Visita...

---

CONTINENTAL
GASOLINE

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#02 | | 30.00 |
| | Sub Total | 30.00 |
| | MUN | 0.00 |
| | EST | 0.00 |
| **TOTAL** | | **30.00** |
| | CASH $ | 30.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 023 DR# 01 TRAN# 12729
10/06/17 19:02:16        ST# A8123

---

787 296-4901

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#05 | | 40.00 |
| | Sub Total | 40.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 00 TRAN# 18334
10/08/17 21:06:22        ST# A8123

---

CONTROL: TLFIM-N07JT
ST
processed by Softek

---

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #12 | | 30.00 |
| | Subtotal | 30.00 |
| | Tax | 0.00 |
| **TOTAL** | | **30.00** |
| | CASH $ | 20.00 |
| | CASH $ | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1022113
CSH: 9                  10/07/17 21:04:36

Shell Ambiosta

906 Ave. Roberto H Todd
San Juan, PR 00915
Tel  787-723-7200

10 19 2017                      2 51 17 PM
NORMA GUILLEN

Recibo :    C2247983

Gasolina
g              1 @40.00      40.00

|   | SUBTOTAL | **$40.00** |
|---|---|---|
| 1 | + City Tax | $0.00 |
| Articulos | + PR Tax | $0.00 |
|   | - Descuento | $0.00 |
|   | **TOTAL** | **$40.00** |
|   | **Efectivo** | $40.00 |
|   | Cambio | **$0.00** |

*** Gracias por su patrocinio ***

*miltos* *Raul*
*61,278.9*

## Puma Central 119
Date: 10/18/2017 10:09 AM

Cashier: Evelia
Trans No. 106087
Batch No. 403

| Qty | UPC/PLU | Description |
|---|---|---|

Regular [1]
37.662          $0.717          $27.00

| | |
|---|---|
| Subtotal: | $27.00 |
| Tax 1: | $0.00 |
| Tax 2: | $0.00 |
| Tax 3: | $0.00 |
| Total: | $27.00 |
| Tendered: | $30.00 |
| Change: | $3.00   REF: [$3.00] |

Thank you for your business!

## TO GO STORES
## CAMARONES
787-798-6434 EXT 329
19
Camarones

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 45.00 |
| Subtotal | | 45.00 |
| Tax | | 0.00 |
| **TOTAL** | | **45.00** |
| CASH $ | | 45.00 |

ST# 00029   TILL XXXX DR# 1 TRAN# 1025882
CSH: 5
10/23/17 15:35:57

## TO GO STORES
## INTERAMERICANA
787-798-6434 ext.337
19
Inter

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #07 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | 40.00 |
| Change $ | | -10.00 |

ST# 00037   TILL XXXX DR# 1 TRAN# 1021825
CSH: 14
10/18/17 21:05:59

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

FABR PETROLEUM
787 296-4901

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#12 | | 40.00 |

| | | |
|--------|-----|--------|
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| TOTAL | | 40.00 |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 10456
10/02/17  14:13:34        ST# AB123

CONTROL: 43L7I-PWCXB

TO GO STORES
GURABO
19
Total 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #07 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| TOTAL | | 40.00 |
| | CASH $ | 20.00 |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1021611
CSH: 15              10/01/17 12:48:50

---

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
**Tel. (787) 724-5670**

17219

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA ——————— 10/25/2017
SR. ———————————————————
DIRECCION ——————————————
TAB. NÚM. ——————— CASH ☐ CRÉDITO ☐

| | |
|-----------------------------|------|
| LITROS DE GASOLINA | 20 |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | |
| RECIBÍ ——————— **TOTAL** | 20.00 |

---

# PUMA 212

San Juan,

**Fecha: 10/26/2017 10:52 AM**
**Cajero: Yokasta Rodriguez**
**Trans No. 197020**
**Batch No. 768**
Cnt  UPC/PLU  Descripción

| Combustible | Combustible Adicional | |
|-------------|-----------------------|------|
| 1 | $40.00 | $40.00 |

| | |
|-------------|---------|
| Subtotal: | $40.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $40.00 |
| Cash: | $40.00 |
| Cambio: | $0.00 |

Thank you for your business!

CONTROL: 6QLT8-5YJMY
ST

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

.7233

NTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10/31/20 11

ECCION

NÚM. _____  CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

IGA ESTA NOTA PARA CUALQUIER RECLAMACION

IBÍ _____  **TOTAL** 20 00

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

17153

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

SR.

FECHA 9/14/20 17

DIRECCION

TAB. NÚM. _____  CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 20 00

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

17151

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10/15 20 17

SR.

DIRECCION

TAB. NÚM. CASH [✓] CRÉDITO [ ]

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20 00

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

17201

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10/25 20 17

SR.

DIRECCION

TAB. NÚM. CASH [✓] CRÉDITO [ ]

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20 00

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

17198

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10/25 20 17

SR.

DIRECCION

TAB. NÚM. CASH [✓] CRÉDITO [ ]

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | |
| LAVADO MOTOR | 20 00 |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL**

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

17150

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10/14 20 17

SR.

DIRECCION

TAB. NÚM. CASH [✓] CRÉDITO [ ]

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20 00



# AUTOCENTRO
## Compra Confiado

1088 Muñoz Rivera Avenue San Juan,
Puerto Rico 00927
787-751-9110



Very Important Toyota

✎ $0 deducible en la primera reparación de Hojalatería

⚙ 30% de descuento en la primera compra de Accesorios

🚗 Asistencia en la Carretera (3 años)

⏱ Prioridad de cita en nuestro Taller de Servicio

🚗 Trato preferencial en el Programa de Transportación

🎁 Sorpresa de Cumpleaños

🏷 Descuentos en Marcas Asociadas y Promociones mensuales

CELL : 787-556-4501

| CUSTOMER NO. | | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 140580 | | VALERIA TORRES VAZ  139345 | | 2422 | 10/25/17 | TOCS475634 |
| | | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
| TCA PR CORP | | | IVU-032 | 22,583 | BLANCO/ | |
| SAN JUAN | | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| SAN JUAN, PR 00918 | | 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | | 08/25/15 | |
| | | VEHICLE ID NO. | | | SELL NO DEALER NO. | PRODUCTION DATE |
| | | 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | | | |
| | | FTE NO. | P.O. NO. | | R.O. DATE | |
| | | | | | 09/30/17 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | |
|---|---|---|---|
| 787-556-4501 | | | MO: 22585 |

MISC----------CODE-------DESCRIPTION-------------------------CONTROL NO------
JOB # A        SS  SHOP CHARGES                                          2.99
                                              TOTAL - MISC              2.99

*BC PP325*
*CE*

ESTIMATE-------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
       ORIGINAL ESTIMATE OF    $76.95 (+TAX)
COMMENTS-------
AUTO SE QUEDA PARA QUE EFRAIN EVALUE DANO EN SUNROOF 9.30-VT 1:00PM
SE EVALUO LA UNIDAD, SE ORDENARON PIEZAS - 10.2.17-VT
SE SEPARO LOANER PARA CLIENTE 10.3.17-VT Y OK
CAMRY NEGRO ITT-499 10/06/17 RAR
SE CAMBIO LOANER CAMRY POR HIGLANDER AZUL IVG-387 10/09/17 RAR
SE ORDENO PIEZA, AUN NO HA LLEGADO . 10.11.17- VT 1:00PM
AUN NO HA LLEGADO PIEZA 10.18.17- VT 12:15PM
PIEZA LLEGA 10.21.17 -. ACTUALIZADO 10.20.17 - VT
SE TRABAJARA CON UNIDAD MARTES 24 DE OCT - 10.23.17 - 3:30VT
ESTAN TRAB CON LA UNIDAD 10.24.17-VT-10:20AM
DIONISIO INPESCCIONARA LA UNIADAD 10.25.17-9:15AM- VT
UNIDAD LISTA FALTA LAVADO EXT & INT. 10.25.14- 2:45PM - VT
SE LE NOTIFICO A CLIENTE

TECHNICIAN CERTIFICATION------
          1194          ERICK DE JESUS GONZALEZ     DISPS-----

TOTALS-------

GRACIAS POR CONFIAR EN NOSOTROS              TOTAL LABOR....   22.60
                                            TOTAL PARTS....   46.46
NUESTRO COMPROMISO ES BRINDAR UN SERVICIO DE EXCELENCIA, SI  TOTAL SUBLET...    0.00
SU EXPERIENCIA NO ES ASI FAVOR DE COMUNICARSE AL            TOTAL G.O.G....    0.00
(787) 999-9112 SERVICIO AL CLIENTE          TOTAL MISC CHG.    2.99
O POR EMAIL MARIMER.MARTINEZ@AUTOCENTROPR.COM               TOTAL MISC DISC    0.00
                                            TOTAL TAX......    8.30
AVISO IMPORTANTE: SABIA USTED QUE DEBE REVISAR LA PRESION DE
AIRE DE SUS GOMAS CADA DOS SEMANAS O AL MENOS UNA VEZ AL MES **TOTAL INVOICE $   80.35**
EL MANEJAR CON UNA PRESION INCORRECTA REDUCE LA VIDA UTIL DE
SUS GOMAS. PUEDE REFERISE A SU MANUAL DE USUARIO.

PARA NOSOTROS ES UN PLACER SERVIRLE. PRONTO RECIBIRA UNA
ENCUESTA ELECTRONICA PARA EVALUAR SI DEFINITIVAMENTE

OCT 26 2017
PAID



AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL. 787-622-3600
10/23/17 16:02 9737 04866 008    940

MEMBER 101-**-****7324

# THANK YOU,
JOSUE

```
     248922 SCHREDDER        39.98 T
                 SUBTOTAL     39.98
     TAX 1  0.500 %           4.20
     TAX 2  1.000 %           0.40
                 TOTAL        44.68
            CASH  TEND        50.00
            CHANGE DUE         5.42
```

Visit samsclub.com to see your savings

CONTROL: NHCJ2-8PZL8 WH

# # ITEMS SOLD 1

TC# 9511 4089 2866 9763 7117

# Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
10/23/17    16:03:66