

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for this Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4372 |
|---|---|
| Date: | 9/15/2017 |
| Amount due (U.S. $): | 1508.34 |
| Terms of payment: | NET 30 |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement September2017: Monthly and Year -End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
| | | | Total: $ | 1508.34 |

ok *[signature]* 11/3/2017

Page 1 of 1



Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

| | |
|---|---|
| Factura | 10/04/17 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de   4 |



Protege el ambiente
al dejar de recibir tu factura impresa

| | |
|---|---:|
| Balance Anterior | $ 187.60 |
| Pagos Recibidos - ¡Gracias! | $ 0.00 |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO**  10/03/17  **PAGUE INMEDIATAMENTE** | $ 187.60 |

**CARGOS/CRÉDITOS POR SERVICIOS**

| | |
|---|---:|
| FIJO | $ 188.65 |
| TOTAL ☎ | $ 188.65 |
| **CARGOS / CRÉDITOS CUENTA** | $ 2.81 |
| **TOTAL DE CARGOS CORRIENTES** | $ 191.46 |
| **TOTAL A PAGAR*** | **$379.06** |

Recibe y paga tu factura con
**Mi Claro PR** de forma segura y rápida.

 

¡Suscríbete hoy a través de
**www.claropr.com** o descarga el App!

**FECHA VENCIMIENTO 11/02/17**

*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.

Llévate una compu o Tablet y págala facilito en tu factura, sin intereses desde sólo $11.95 al mes. Detalles en www.claropr.com

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana.  Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Finance your computer or Tablet with ease monthly payments of $11.95 – without paying interest – You can finance up 48 month in your Claro Bill. Call us at (787) 755-0000 for additional information or visit www.claropr.com

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

---

Por favor, desprenda este talón y devuélvalo con su pago.



| | |
|---|---|
| Factura | 10/04/17 |
| Cuenta | 769528798   2 |

•Accede tu cuenta
•Paga tu factura
•Chatea online



¡Nuevo!

Para ver el detalle de su factura visite https://ebill.claropr.com

**FECHA DE VENCIMIENTO**   11/02/17
**TOTAL A PAGAR**   $379.06
**CANTIDAD ENVIADA**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

ok
R.J. 11/3/2017

27695287980  0000037906  70401



**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 11/1/2017
Factura #: 2018-0215

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 11/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00



Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

---

ID Cliente    TCAPR
Nombre Cliente    TCAPR Corp.

Fecha: 11/1/2017
Factura #: 2018-0215

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 11/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de remitir su pago con este talonario a la dirección postal:
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

OK [signature] 11/3/2017

# INVOICE 0127

10/19/2017

**RAUL F TORRES**  
PO Box 388  
Las Piedras PR 00771

**TCAPR Corp**  
World Plaza  
268 Muñoz Rivera 1001  
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during the week of Oct 15-21, 2017 to TCA Core Team, which includes the following:<br>- Transportation from and to airport/hotels<br>- Transportation services to municipalities<br>  (TCA Office, Headquarters in Hato Rey, Gurabo Police Academy)<br><br>Total Hours Worked: 90 hrs | 900.00 |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| | $900.00 |

OTHER INFORMATION  
Phone: 787.391.9630  
Email: rf.torres@yahoo.com