12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of October.
The TCA attended scheduled visits; received, and forwarded to Reform Unit documents related to unresolved complaints. Several meetings were held with different groups and stakeholders.

During this month, after hurricane Maria, the TCA and TA Staff visited different municipalities including Fajardo, Naguabo, Gurabo, Las Piedras, Juncos, Humacao, Caguas, Ceiba among others in order to assess the conditions of their Police Stations. The TCA sustained important meetings with the Police Superintendent and the Director of the Reform Office in order to coordinate the continuity of the work in the Reform Office and the preparation for the Core Team agenda and visit. Held a conference call with Honorable Judge Gelpí in order to coordinate the work load, agendas and tasks assignments in the aftermath of hurricane Maria.

The following Policies, General and Administrative Orders and Regulations were reviewed and discussed: Puerto Rico Police Code of Ethics, SAEA Regulation, General Order of Personnel Evaluation, General Order of Training and Re-training, General Order: Order Appearance to the Court, Explosive's Manuals, Intervention with Foreign Persons, Annual Review General Order 600-601: Rules for the Use of Force, Annual Review General Order 600-602: Electric Control Device, Annual Review General Order: Use and Management of Impact Weapons, General Order Appearance to the Court, Explosive's Manuals, Intervention with Foreign Persons, Annual Review General Order 600-601: Rules for the Use of Force, Annual Review General Order 600-602: Electric Control Device, and Review General Order: Use and Management of Impact Weapons.

TCA, Core Team and his staff attended a presentation by the Col. Clementina Vega regarding the third review of the Action Plans and a presentation of the suggested plan for the continuation of the Reform Office Unit's work. Conversation with USDOJ and PRDOJ to discuss their ideas regarding the work plan of the Reform for the next months. Also visited Caguas Norte Police Station to evaluate the damages caused by hurricane María in the Police Station and the Police Academy to evaluate the damages caused by hurricane María in the Academy and how can these affect the continuity of the trainings and attended to a presentation regarding suggested plan of work to continue with the trainings will be presented by Col. Orlando Rivera.

Lastly, all administrative actions were completed, including but not limited to the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's November agenda was discussed, the circulating CT October agenda and the Core Team work plan. Finally, discussed agenda and 2016 Second Semester Work Plan.