# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                      **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

## ORDER

The Court hereby informs the parties and TCA that United States Senior District Judge Juan M. Pérez-Giménez has agreed and will be assisting the undersigned District Judge in the management and judicial supervision of the instant case.

The matter before this Court was filed by the U.S. Department of Justice five years ago. The Agreement for the Sustainable Reform of the Puerto Rico Police Department was submitted by the parties and approved by the Court four years ago. The capacity-building period in the agreement is nearing its final phase, and then the actual six-year monitoring phase will commence. This case over time has become more complex than originally contemplated. The enactment of Puerto Rico Law No. 20 of April 10, 2017, and the aftermath of hurricanes Irma and María have also added a new dimension. The work of the undersigned in this case thus continues to devour a significant portion of his calendar, at times more than others.

In April 2018, the undersigned will assume multiple administrative duties, requiring an inordinate amount of time, which in turn will detract time from this case. Hence, the inclusion of my esteemed colleague, Senior District Judge Pérez-Giménez, will guarantee that all issues arising during the final phase of capacity building be promptly resolved, as well as those arising during the

monitoring period.  This is not a novel approach.  For example in Civil Case No. 99-1435 (GAG), another action with a consent decree monitored by the undersigned, a magistrate judge also presides over matters.

Senior Judge Pérez-Giménez has been a judicial officer in this District for forty-two years. For nearly thirty years, he presided over Civil Case 79-04 (PG), which involved the monitoring of the Commonwealth's prison system.  This experience will surely help the parties and TCA to face and resolve the upcoming challenges that will arise in the future.

Judge Pérez-Giménez and the undersigned will discuss in the upcoming weeks how to best pool judicial efforts, and in turn, inform the parties and TCA how matters shall proceed henceforth.

This order is effective immediately.  The Clerk of Court shall add Judge Pérez-Giménez to the case.

**SO ORDERED.**

In San Juan, Puerto Rico this 15th day of November, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge