UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, ET AL., <br><br> Defendants. | No. 12-cv-2039 (GAG) |

**JOINT MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 639**

COME NOW, Plaintiff, the United States of America, and Defendants, the Government of Puerto Rico, et al., (collectively, the Parties), in compliance with this Court's Order of November 16, 2017 (ECF No. 639) and with the concurrence of the Technical Compliance Advisor (TCA), and respectfully submit a timetable of deadlines agreed upon or set during the November 16, 2017 in-chambers status conference. The timetable is attached as Exhibit A.

WHEREFORE, the Parties respectfully request that this Court take notice of the above.

Respectfully submitted, this 17th day of November, 2017,

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| **JOHN M. GORE** | **WANDA VAZQUEZ GARCED** |
| Acting Assistant Attorney General | Secretary of Justice |
| Civil Rights Division | |
| | **WANDYMAR BURGOS VARGAS** |
| **STEVEN H. ROSENBAUM** | Deputy in Charge of |
| Chief, Special Litigation Section | General Litigation |
| | |
| *s/ Luis E. Saucedo* | **SUSANA PENAGARICANO BROWN** |
| **TIMOTHY D. MYGATT** | Director Federal Litigation and Bankruptcy |
| Deputy Chief | |
| **LUIS E. SAUCEDO** (G01613) | *s/ Joel Torres Ortiz* |
| Counselor to the Chief | **Joel Torres Ortiz** |
| **BRIAN BUEHLER** | U.S.D.C. NO. 302311 |
| **LYNDA GARCIA** | Federal Litigation Division |
| **SETH WAYNE** | Department of Justice |
| Trial Attorney | P.O. Box 9020192 |
| U.S. Department of Justice | San Juan, P.R., 00902-0192 |
| Civil Rights Division | Tel. (787) 721-2900, ext.2647,2650,2624 |
| Special Litigation Section | Fax (787) 723-9188 |
| 950 Pennsylvania Avenue, NW | joeltorres@justicia.pr.gov |
| Washington, DC 20530 | |
| Tel: (202) 598-0482 | Attorneys for Defendants |
| Fax: (202) 514-4883 | |
| luis.e.saucedo@usdoj.gov | |
| | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, a copy of the foregoing Joint Motion In Compliance was filed electronically with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

*s/Luis E. Saucedo*
LUIS E. SAUCEDO (G01613)
Counselor to the Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:   (202) 514-4883

2

luis.e.saucedo@usdoj.gov

Attorney for Plaintiff