*United States v. Commonwealth of Puerto Rico, et al.*
USDC 12-CV-2039 (GAG)

**Joint Proposed Timetable of Deadlines Agreed Upon or Set During the November 16, 2017 Status Conference**

| Court Filing/Action | Deadline |
|---|---|
| Defendants to notify the Technical Compliance Advisor and the United States of personnel changes, pursuant to the Amended Order of 7/2/14 (Dkt. No. 143) | 11/21/17 |
| Joint Motion Informing Court of Matters Related to the Aftermath of Hurricane Maria (Dkt. Nos. 624, 632) | 12/1/17 |
| Defendants' Report on Plans for the Puerto Rico Police Bureau's Police Academy | 12/1/17 |
| Defendants to produce documents and materials requested by the Technical Compliance Advisor related to the Special Report on Crowd Control Events (Dkt. No. 511) | 12/1/17 |
| Defendants' Memorandum on Matters Related to Law 20 of 2017 in Compliance with the Order of 10/23/17 (Dkt. No. 629) | 12/8/17 |
| Technical Compliance Advisor submits Draft Preliminary Special Report on Crowd Control Events (Dkt. No. 511) to the Parties for review and comment | 12/11/17 |
| Technical Compliance Advisor submits Draft Preliminary Six-Month Report, 6/10/17 to 12/9/17, to Parties for review and comment, pursuant to Paragraph 252 of the Agreement | 12/26/17 |
| Plaintiff's Response to Defendants' Memorandum on Matters Related to Law 20 of 2017 in Compliance with the Order of 10/23/17 (Dkt. No. 629) | 1/8/18 |
| Parties' Comments on the Technical Compliance Advisor's Preliminary Six-Month Report, 6/10/17 to 12/9/17, pursuant to Paragraph 252 of the Agreement | 1/11/18 |
| Parties' Comments on the Technical Compliance Advisor's Preliminary Special Report on Crowd Control Events (Dkt. No. 511) | 1/12/18 |
| Technical Compliance Advisor's Preliminary Six-Month Report, 6/10/17 to 12/9/17, pursuant to Paragraph 252 of the Agreement | 1/26/18 |

| Court Filing/Action | Deadline |
|---|---|
| Supplemental Joint Motion Informing Court of Matters Related to the Aftermath of Hurricane Maria (Dkt. Nos. 624, 632) | 1/31/18 |
| Technical Compliance Advisor's Preliminary Special Report on Crowd Control Events (Dkt. 511) | 1/31/18 |
| Defendants' Progress Report, pursuant to Paragraph 261 of the Agreement (Dkt. No. 60) | 3/1/18 |
| Technical Compliance Advisor's Final Six-Month Report, 6/10/17 to 12/9/17, pursuant to Paragraph 250 of the Agreement (Dkt. No. 60) | 4/16/18 |