UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>et. al.<br><br>Defendants. | CIVIL NO. 12-2039 (GAG)(PG) |

**EXTENSION OF TIME TO FILE A JOINT PROPOSED ORDER ON SUPPLEMENTING THE COURT'S AMENDED ORDER OF JULY 2, 2014 (Docket No. 143)**

**TO THE HONORABLE COURT:**

  **COME NOW** the Commonwealth Of Puerto Rico And The Puerto Rico Police Department, through the undersigned counsel, and respectfully allege and pray as follows:

  1. On November 16, 2017, an in-camera status conference was held in this case to update and inform this Honorable Court of all pending matters, as well as to set a realistic date for the next public status hearing in 2018. (*See* Docket 632)

  2. In the above mentioned status conference, the Court instructed the parties and the TCA to prepare a Joint Proposed Order to supplement the Court's Amended Order of July 2, 2014 at Docket No. 143. Moreover, the Court instructed the Parties that the Joint Proposed Order be filed by today's end.[1]

---

[1] The undersigned is relying on notes taken during the meeting because minutes of the meeting have yet to be released by the Court.

3. On this date, the USDOJ shared a draft of the Joint Proposed Order in order to comply with the Courts instructions at yesterday's status conference meeting.

4. After a preliminary review of the Joint Proposed Order Draft, there is a need on behalf of the defendants to review and comment the draft that was share today by the USDOJ.

5. Consequently, the Commonwealth of Puerto Rico requests an extension of time, until December 1, 2017, to file a Joint Proposed Order to supplement the Court's Amended Order of July 2, 2014 at Docket No. 143.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and grant this instant motion for an extension of time, until December 1, 2017, to file the Joint Proposed Order to supplement the Court's Amended Order of July 2, 2014 at Docket No. 143.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on November 17, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of
Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov

3