# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                          CASE NO. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO,
et al.,

    Defendants.

## ORDER

    On November 16th 2017 the court held an *in camera* status conference to discuss pending

matters and set the following timetable:

| Filing No. | Subject/ Issue of filing | Deadline |
|---|---|---|
| 1 | Defendants to notify the TCA and the United States of personnel changes, pursuant to the Amended Order of 7/2/14 (Docket. No. 143) | November 21, 2017 |
| 2 | Hurricane Maria Recovery Progress Plan:  Joint Motion Informing Court of Matters Related to the Aftermath of Hurricane Maria (Docket. Nos. 624, 632) | December 1, 2017 |
| 3 | Defendants' Report on Plans for the Puerto Rico Police Bureau's Police Academy. | |
| 4 | Defendants to produce documents and materials requested by the TCA related to the Special Report on Crowd Control Events (Docket. No. 511) | |
| 5 | Defendants' Memorandum on Matters Related to Law 20 of 2017 in Compliance with the Court's Order of at Docket No. No. 629) | December 8, 2017 |

Civil No. 12-2039 (GAG)

| | | |
|---|---|---|
| 6 | TCA submits Draft Preliminary Special Report on Crowd Control Events (Docket. No. 511) to the Parties for review and comment | December 11, 2017 |
| 7 | TCA submits Draft Preliminary Six-Month Report, 6/10/17 to 12/9/17, to Parties for review and comment, pursuant to Paragraph 252 of the Agreement | December 26, 2017 |
| 8 | Plaintiffs Response to Defendant's Memorandum on Matters Related to Law 20 of 2017 in Compliance with the Order at Docket. No. 629. | January 8, 2018 |
| 9 | Parties' comments on the TCA's Preliminary Six-Month Report, 6/10/17 to 12/9/17, pursuant to Paragraph 252 of the Agreement | January 11, 2018 |
| 10 | Parties' Comments on the TCA's Preliminary Special Report on Crowd Control Events (Docket. No. 511) | January 12, 2018 |
| 11 | TCA's Preliminary Six-Month Report, 6/10/17 to 12/9/17, pursuant to Paragraph 252 of the Agreement | January 26, 2018 |
| 12 | Supplemental Joint Motion Informing Court of Matters Related to the Aftermath of Hurricane Maria (Docket. Nos. 624, 632) | January 31, 2018 |
| 13 | Technical Compliance Advisor's Preliminary Special Report on Crowd Control Events (Docket. 511) | |
| 14 | Defendants' Progress Report, pursuant to Paragraph 261 of the Agreement (Docket. No. 60) | March 1, 2018 |
| 15 | TCA's Final Six-Month Report, 6/10/17 to 12/9/17, pursuant to Paragraph 250 of the Agreement (Docket. No. 60) | April 16, 2017 |

On January 30, 2017, Defendants informed the Court the designation of Attorney Orona-Amilivia as the Governor's personal representative ("GPR") in this case, pursuant to the order at Docket No. 208.  All reports that are to submitted by the Defendants must be signed by the GPR.  Moreover, the GPR must attend all status conferences and hearings so that the Governor has direct knowledge of the process of the Police Reform, as ordered at Docket No. 208.

Civil No. 12-2039 (GAG)

The parties should expect the next public hearing at the month of February at a date to be announced.

**SO ORDERED.**

In San Juan, Puerto Rico this 17th day of November, 2017.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI

United States District Judge