# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff; v. COMMONWEALTH OF PUERTO RICO, ET AL., Defendants. | No. 12-cv-2039 (GAG) |

## JOINT MOTION SUBMITTING PROPOSED ORDER

COME NOW, Plaintiff, the United States of America, and Defendants, the Government of Puerto Rico, et al., (collectively, the Parties), with the concurrence of the Technical Compliance Advisor (TCA), and respectfully submit the attached proposed order regarding personnel changes that implicate the Agreement for the Sustainable Reform of the Puerto Rico Police Department (Dkt. 60).

The attached proposed order supplements this Court's Amended Order of July 2, 2014 (Dkt. 143) and addresses the concerns expressed by the TCA and the United States during the November 16, 2017 status conference. The Parties each considered the proposed order and conferred with the TCA to reach agreement on its joint submission to the Court for its consideration.

WHEREFORE, the Parties respectfully submit the attached proposed order for the Court's consideration.

Respectfully submitted, this 17th day of November, 2017,

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| **JOHN M. GORE**<br>Acting Assistant Attorney General<br>Civil Rights Division | **WANDA VAZQUEZ GARCED**<br>Secretary of Justice |
| **STEVEN H. ROSENBAUM**<br>Chief, Special Litigation Section | **WANDYMAR BURGOS VARGAS**<br>Deputy in Charge of<br>General Litigation |
| *s/ Luis E. Saucedo*<br>**TIMOTHY D. MYGATT**<br>Deputy Chief<br>**LUIS E. SAUCEDO** (G01613)<br>Counselor to the Chief<br>**BRIAN BUEHLER**<br>**LYNDA GARCIA**<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 598-0482<br>Fax: (202) 514-4883<br>luis.e.saucedo@usdoj.gov | **SUSANA PENAGARICANO BROWN**<br>Director Federal Litigation and Bankruptcy<br><br>*s/ Joel Torres Ortiz*<br>**Joel Torres Ortiz**<br>U.S.D.C. NO. 302311<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 721-2900, ext.2647,2650,2624<br>Fax (787) 723-9188<br>joeltorres@justicia.pr.gov<br><br>Attorneys for Defendants |
| Attorneys for Plaintiff | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, a copy of the foregoing Joint Motion In Compliance was filed electronically with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

*s/Luis E. Saucedo*
LUIS E. SAUCEDO (G01613)
Counselor to the Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:  (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov
Attorney for Plaintiff