IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　Plaintiff,<br><br>　v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et al.,<br><br>　Defendants. | **CASE NO. 12-2039 (GAG)** |

## ORDER

This Order supplements the Court's Amended Order of July 2, 2014 (Docket No. 143) instructing the Puerto Rico Police Department (now known as the "Puerto Rico Police Bureau" or "PRPB") to inform the Technical Compliance Advisor ("TCA"), as well as the Departments of Justice of the United States and Puerto Rico, of certain personnel changes at PRPB, pursuant to Paragraphs 233 and 263 of the Agreement (Docket No. 57-1). This Order is intended to facilitate Defendants' compliance with Paragraph 233 and improve the accuracy of the information reported by PRPB.

The Court hereby supplements its July 2, 2014 Amended Order as follows:

(1) PRPB shall inform the TCA and the Departments of Justice of the United States and Puerto Rico of all prospective appointments to the director or assistant director positions of the PRPB's Reform Unit, on a permanent or interim basis, at least ten (10) days prior to the effective date of the appointment. The TCA and the United States Department of Justice shall have an opportunity to evaluate the experience and qualifications of prospective appointees to the director or assistant director positions on matters related to the Agreement

**Civil No. 12-2039 (GAG)**

and to provide input to Defendants on the appointment within ten (10) days of receiving notice of the prospective appointment.

(2) PRPB shall inform the TCA and the Departments of Justice of the United States and Puerto Rico of all other personnel hirings, promotions, and administrative changes to the ranks of Colonel, Lieutenant Colonel, and heads of PRPB components related to the Agreement on a weekly basis, once those changes have taken effect, pursuant to Paragraph 263.

(3) This Order shall apply to personnel changes that took effect within forty-five (45) days prior to the effective date of this Order.

**SO ORDERED.**

In San Juan, Puerto Rico this 20th day of November, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
