IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   Plaintiff,

   v.

**COMMONWEALTH OF PUERTO RICO,** et al.,

   Defendants.

CASE NO. 12-2039 (GAG)

## ORDER

The transcripts for the February 24, 2017 and May 22, 2017 have not been produced by Court Reporter Evilys Carrión for lack payment by PR DOJ. Transcripts are to be delivered 30 days after payment, as per regulations of the Administrative Office of the United States Courts.

Counsel for PR DOJ shall issue payment forthwith, and so inform the Court.

**SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of November, 2017.

                                         *s/ Gustavo A. Gelpí*

                                         GUSTAVO A. GELPI

                                        United States District Judge