UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

**MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 644 ITEM #4**

**TO THE HONORABLE COURT:**

   **COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

   1. On November 16, 2017, an in-camera status conference was held in this case to update and inform this Honorable Court on all pending matters, as well as to set a realistic date for the next public status hearing in 2018. (*See* Docket No. 632). On that same date, the Court ordered that a joint proposed timetable of all the deadlines agreed upon and/or set by the Court at the status conference be filed by the next day before noon. (*See* Docket Nos. 639 and 640).

   2. On November 17, 2017, this Honorable Court issued an order setting a timetable based on the discussion held in the in-camera status conference on all pending matters. (*See* Docket No. 644). Specifically, the Court ordered that Defendants produce documents and materials requested by the TCA related to the Special Report on Crowd Control Events. (*See* Docket No. 644, item #4).

3. In compliance with the Court's order, the Defendants inform that the documents and materials related to the Special Report on Crowd Control Events have been provided to the TCA as requested.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on December 1, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov