# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**                                          **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

## ORDER

Defendants' "Motion In Compliance *DEFENDANTS REPORT ON PLANS FOR THE PUERTO RICO POLICE BUREAU* ACADEMY" at Docket No. 655 is **NOTED**. However, the term "foreseeable future" is vague. It can mean throughout 2017, or throughout 2018 or later.

The PRPB shall inform the Court whether it is contemplating any change at all as discussed in the last status conference. While changes may not be imminent, these could take place in 2018. More so, the Court is aware of a proposal before the government development bank by Ana G. Mendez University. Thus, the Court orders PRPB to inform by December 15, 2017 as to the following:

1) Is PRPB and/or Commonwealth considering having a private institution operate the academy, or is that idea no longer feasible?

2) Does the commonwealth intend to operate the academy in Gurabo anytime in 2018? If so, what plans are in the horizon with tentative dates.

**Civil No. 12-2039 (GAG)**

This information is not only essential to the court, but more important for US DOJ and TCA to assess continued compliance with the Agreement. The informative motion shall be filed in restricted mode.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of December, 2017.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI

United States District Judge