

**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

Recibido: _____
Fecha: 11/13/2017

# FACTURA

Fecha: 12/1/2017
Factura #: 2018-0266

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 12/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.



ID Cliente: TCAPR
Nombre Cliente: TCAPR Corp.

Fecha: 12/1/2017
Factura #: 2018-0266

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 12/1/2017 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de remitir su pago con este talonario a la dirección postal:
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey



RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for Current Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4401 |
|---|---|
| Date: | 11/10/2017 |
| Amount due (U.S. $): | 1508.34 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement November 2017: Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
|  |  | Total: $ |  | 1508.34 |

ok *[signature]*

Page 1 of 1



Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

| | |
|---|---|
| Factura | 11/04/17 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de  3 |

Para nosotros eres lo **más** importante

Ahora puedes resolver desde tu celular o tablet con

 **Mi Claro PR!**

Podrás:
- Ver y pagar facturas
- Acceder información básica de tu plan
- Ver consumo de data, voz y mensajes de texto
- Chatear en línea

Hacer:
- Pagos con ATH
- Regalar data a familiares y amigos
- Cambiar y actualizar tu plan fijo en adición a móvil

**Claro Chat**

Chatea en vivo con un representante de servicio.
Accede desde **claropr.com** o en nuestra aplicación **Mi Claro PR**.

La Comisión Federal de Comunicaciones notificó que el nuevo factor de contribución al Fondo de Servicio Universal Federal (FUSC) correspondiente al cuarto trimestre de 2017 será de 0.188 o un 18.8 por ciento.

El cargo por concepto del recobro de acceso (ARC) será de $0.51 para línea residencial y pequeños negocios, y de $1.06 para multi-líneas y líneas de Gobierno.

The Federal Communications Commission notified that the new contribution factor to the Federal Universal Service Fund (FUSC) for the fourth quarter of 2017 will be 0.188 or 18.8 percent.

The charge for the access recovery (ARC) will be $ 0.51 for residential and small businesses, and $1.06 for multi-line and government lines.

| | |
|---|---|
| Balance Anterior | $ 379.06 |
| Pagos Recibidos - ¡Gracias! | $ 379.06CR |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO** | $ 0.00 |
| **CARGOS/CRÉDITOS POR SERVICIOS** | |
| FIJO | $ 189.70 |
| TOTAL | $ 189.70 |
| **TOTAL DE CARGOS CORRIENTES** | $ 189.70 |
| **TOTAL A PAGAR*** | **$189.70** |

**FECHA VENCIMIENTO 12/03/17**

*****AVISO DE SUSPENSIÓN:** Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana.  Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

---

Por favor, desprenda este talón y devuélvalo con su pago.



| | |
|---|---|
| Factura | 11/04/17 |
| Cuenta | 769528798   2 |

**FECHA DE VENCIMIENTO**  12/03/17
**TOTAL A PAGAR**  $189.70
**CANTIDAD ENVIADA**

- Accede tu cuenta
- Paga tu factura
- Chatea online

 ¡Nuevo!



Para ver el detalle de su factura visite https://ebill.claropr.com

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000018970  70401