UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff; v. COMMONWEALTH OF PUERTO RICO, ET AL., Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for November 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | November 13,2017 to November 17, 2017 |
| Rafael E. Ruíz | $6,500.00 | November 13,2017 to November 17, 2017 |
| Marcos Soler | $3,900.00 | November 15,2017 to November 16, 2017 |
| John J. Romero | $6,500.00 | November 13,2017 to November 17, 2017 |
| Alan Youngs | $6,500.00 | November 13,2017 to November 17, 2017 |
| Scott Cragg | $6,500.00 | November 13,2017 to November 17, 2017 |
| Alejandro Del Carmen | $3,900.00 | November 14,2017 to November 15, 2017 |
| | Subtotal | $40,300.00 |
| Telework | | |
| Gerard LaSalle | N/A | November 2017 |
| Linda V. Navedo | $2,600.00 | November 2017 |
| Rafael E. Ruíz | $450.00 | November 2017 |
| Marcos Soler | $7,500.00 | November 2017 |
| John J. Romero | $2,600.00 | November 2017 |
| Alan Youngs | $2,600.00 | November 2017 |
| Scott Cragg | $2,600.00 | November 2017 |
| Alejandro Del Carmen | $5,100.00 | November 2017 |
| | Subtotal | $23,450.00 |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | | |
|---|---|---|---|
| | Alfredo Castellanos | $2,518.75 | November 2017 |
| | Federico Hernandez Denton | $2,562.50 | September & November 2017 |
| | Antonio Bazán | $4,406.25 | November 2017 |
| | | Subtotal | $9,487.50 |
| Jose Pujol | | $3,950.00 | Work on preparing, and conducting assessments |
| | | Subtotal | $3,950.00 |
| Car Expenses | | | |
| | Chauffer | $900.00 | November 11, 2017 to November 18, 2017 |
| | Gasoline | $616.00 | November 2017 |
| | Tolls | $40.00 | November 2017 |
| | Car Maintenance | $40.00 | November 2017 |
| | | Subtotal | $1,656.00 |
| Office Supply | | | |
| | Copy paper | $28.93 | |
| | | Subtotal | $28.93 |
| | | Total | $78,812.43 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $78,812.43, the total amount of the monthly expenses, for the month of November 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

FOR ALL OF WHICH, the TCA PR. Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of $78,812.43, the total amount of the expenses for the month of November 2017.

In San Juan, Puerto Rico, this day December 7, 2017.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

CERTIFICATE OF SERVICE: I here by certify that an electronic copy of this document has been sent to all parties of record.