# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:  **TCAPR Corp.**
    #268 Muñoz Rivera
    Suite 1001, World Plaza
    San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **November/2017**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of October/2017, to be reviewed in November/2017; participation in meeting for the discussion of the agenda for this month (via conference call); drafting electronic mails and calls for the follow-up of outstanding issues; working session for the November/2017 TCA Core Team Agenda; and revision of documents, among other matters. (12.0) | N/A | X | 1-5/ July | |
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD, among other matters. (6.0) | N/A | X | 6-12/ July | |
| TCA Core Team Week | N/A | X | 13/November | $1,300.00 |
| TCA Core Team Week | N/A | X | 14/November | $1,300.00 |
| TCA Core Team Week | N/A | X | 15/November | $1,300.00 |
| TCA Core Team Week | N/A | X | 16/November | $1,300.00 |
| TCA Core Team Week | N/A | X | 17/November | $1,300.00 |
| During this week, no work was done. | N/A | X | 20-26/November | |
| Reading, reviewing and analyzing the Action Plans and documents related to them, as part of the analysis of the capacity building period. (8.0) | N/A | X | 27-30/November | |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA Core Team Week: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 8.67 HOURS | | | | |

INVOICE PRESENTED BY:

_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
November 30, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA                    Date: _____, 2017
President
TCAPR Corp.

12/7/2017

2

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

I#2017-11

DATE:11/30/17

**TO:**

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**

Services through: Nov. 1st -30th, 2017

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday, November 13, 2017 •8:30am to 8:45am – Transportation to TCA Office •9:00am to 12:00pm (TCA, Core Team and TCA Staff) – Agenda and general matters discussion. 1:30pm a 5:00pm (TCA, CT, Antonio Bazán USDOJ, PRDOJ and PRPD) – At PRPD HQ, Discussion of topics presented by USDOJ | $1300.00/Day | $1300.00/Day | $1300.00 |
| Tuesday, November 14, 2017,  9:00am to 10:00am – Mr. Pujol's Presentation;.1:30pm to 4:00pm HQ (TCA, Marcos, CT and Antonio Bazán) – Discussion of policies | $1300.00/Day | $1300.00/Day | $1300.00 |
| Wednesday, November 15, 2017: Visit to Carolina and Fajardo Police Stations; Visit to the Command and Control Center of San Juan. | $1300.00/day | $1300.00/Day | $1300.00 |
| Thursday, November 16, 2017: Visit to the Police Academy. Discussion of Policy tables and their status; Mental Health course prepared by the PRP Police. | $1300.00/Day | $1300.00/Day | $1300.00 |
| Friday, November 17, 2017: TCA Office report writing Review and report writing of PRPD GO 600-626, Intervención con Personas Extranjeras | 3 hrs. | $150.00/hr. | $450.00 |
| TOTAL BILLED | | | $6,950.00 |

TOTAL BILLED

**Signature** _Rafael E Ruiz_

ok  12/7/2017

# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:    **TCAPR, LLC**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of November 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico: See TCA agenda regarding meetings and visits, work on TCA semi-annual report outline (18.0 hours) | N/a | X | Thursday-Saturday, November 15-16, 2017 | (3 @ $1,300 = $3,900) |
| Work from New York City: Review of mass demonstrations report (7.0 hours) | X | N/A | Tuesday, November 7, 2017 | (7 @ $150 = $1,050) |
| Work from New York City: Drafting new sections of mass demonstrations report, reviewing matters with TCA pertaining to TCA semi-annual report outline (7.0 hours) | X | N/A | Friday, November 10, 2017 | (7 @ $150 = $1,050) |
| Work from Puerto Rico: Preparing for meetings with TCA, PRPD and US DOJ during Core Team visit (3.0 hour) | X | N/A | Saturday, November 11, 2017 | (3 @ $150 = $450) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |
| Work from New York City: Drafting semi-annual report for TCA and mass demonstrations report, review core team reports (18 billable hours) | X | N/A | Friday & Saturday, November 24-25, 2017 | (18 @ $150 = $2,700) |
| TOTAL HOURS WORKED: 53.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (18 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | | | | $7,500 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
November 30, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017.

2

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

November 30, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 042
FOR PROFESSIONAL SERVICES RENDERED NOVEMBER 2017

| Monday, Nov 13, 2017 | TCA Office re: meetings |
| | PRPD Headquarters re: meetings |

| Tuesday, Nov 14, 2017 | TCA Office re: meetings |
| | PRPD Headquarters re: meetings |

| Wednesday, Nov 15, 2017 | site visit Bayamon Area Command |
| | site visit Arecibo Area Command |
| | PRPD Headquarters re: meeting |

| Thursday, Nov 16, 2017 | PRPD Academy re: meetings/site visit |
| | TCA Office re: meetings |
| | PRPD Headquarters re: meetings |

| Friday, Nov 17, 2017 | TCA Office re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

November 1-30          Reviewed PRPD's red line policy on Division of Investigations of Use
                       Of Force (FIU), General Order, Chapter 100, Section 113. 1.5 hrs.
                       Prepared comment on the above. 1.5 hr.
                       Reviewed PRPD's policy on Use and Management of the Application of
                       the Criminal Incident Map (Crime Mapping) G.O. Chapter 400, 4 hrs.
                       Prepared comment on the above. 3 hrs.
                       Reviewed PRPD's policy on Early Intervention System (EIS), General
                       Order, Chapter 400. 3 hrs.
                       Prepared comments on the above. 2.5 hrs.
                       Reviewed PRPD's Manual for Use of Early Intervention System. 3 hrs.
                       Prepared comments on the above. 1.5 hrs.

**TOTAL HOURS:    20 HOURS    0 MINUTES.**

**BILLABLE HOURS   17 HOURS   20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO Bono=  2 HOUR  40 MINUTES**

**TOTAL: $9,100**

12/7/2017

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

November 30, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED November 2017

| | |
|---|---|
| Monday, Nov 13, 2017 | TCA Office re: meetings<br>PRPD Headquarters re: Discussion of policies |
| Tuesday, Nov 14, 2017 | TCA Headquarters re: Discussion of civil unrest in Puerto Rico in April and May of 2017. Discussion led by TCA member Pujol.<br><br>PRPD Headquarters re: Discussion of policies |
| Wednesday, Nov 15, 2017 | Visit the Commands of Fajardo and Carolina. Purpose was to inspect Records and Protocols. Discussion held with Commanders at Fajardo and Carolina about the current situation at each Command.<br><br>Inspected the Investigation Section at Fajardo.<br><br>Inspected the Evidence Room at Carolina<br><br>Inspected the Command of San Juan to evaluate communications and 911 |
| Thursday, Nov 16, 2017 | Visit Police Academy<br>PRPD Headquarters with company V2A reference Para 13 |
| Friday, Nov 17, 2017 | TCA Office re: Monthly meeting<br>Preparation written reports re: site visits |

**5 DAYS (DAY RATE $1,300) = $6500**

November 1-30

Researched and forwarded articles and publication on Crowd Control and Demonstrations – 5 hours

Reviewed PRPD policy and annual review of Crowd Control and Demonstrations – 3 hours
Prepared written comments – 2 hours

Contacted IACP, PERF, Police Foundation, and DOJ reference Crowd Control – 3 hours

Contacted Crowd Control experts and police academies reference policies and procedures – 4 hours

Research and compile articles reference Hurricane Karina – 3 hours

**TOTAL HOURS:  20 HOURS**

**BILLABLE HOURS:  17 HOURS and 20 MINUTES AT RATE OF $150 PER HOUR = $2,600**

**PRO BONO – 2 HOURS 40 MINUTES**

**TOTAL: $9,100**

OK *[signature]* 12/7/2017

## INVOICE FOR PROFESSIONAL SERVICES; NOVEMBER 1 – NOVEMBER 30, 2017
## SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of November 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PR to meet with TCA and PRPD | | 5 | | 6500.00 |
| Finish trip Report | 3 hours Pro Bono | | | |
| Prepare interview questions, review data in prep for on site interviews. | 2 | | | 300.00 |
| Receive, translate, review agendas, propose, coordinate with PRPD and CT, review emails and telcon planning with Core Team members | 2.75 | | | 412.50 |
| GO Crime Mapping; translate, review, make recommendations.  Review CT comments and coordinate | 3.75 | | | 562.50 |
| Manual EIS;translate, review, make recommendations, review CT Comments | 3.50 | | | 525.00 |
| GO EIS;translate, review, make recommendations, review CT Comments | 3.25 | | | 487.50 |
| Review and comment on DOJ provided rollup of 2015, 16 and 17 audit findings.  Provide opinion to PRPD | 1.00 | | | 150.00 |
| Coordinate follow through actions with PRPD and with DoJ.  Provide actions  via email | 1.50 | | | 225.00 |
| | | | | 0.00 |
| Total hours US | 20.75 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | 5 | | $6,500 |
| TOTAL OF BILLABLE HOURS @ $150 | | 20.75 | | $3,113 |
| TOTAL EXPENSE | | | | $9,613 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | | 3.42 | | $513 |
| | | FEE | | $9,100 |

i

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

OK ef 12/7/2017

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**               785548

## INVOICE

| Customer | | |
|---|---|---|
| Name | TCAPR Corporation | |
| Address | 268 Munoz Rivera | |
| City | San Juan | PR        ZIP  00918 |
| Phone | | |

| Date | 11/16/17 |
|---|---|
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 28.5 | Review of Policies (Reorganizacion; Reglamento; Manual de Inv.) | $150.00 | $4,275.00 |
| 5.5 | Emails, conference calls, review of documentation | $150.00 | $825.00 |
| 24 | Puerto Rico (11/13, 11/14, 11/15) (see TCA Agenda) | $162.50 | $3,900.00 |

|  | SubTotal | $9,000.00 |
|---|---|---|
|  | Shipping & Handling | |
| Taxes | State | |
|  | **TOTAL** | $9,000.00 |

Signature:

Office Use Only

ok *lf* 12/7/2017



CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER:  33
INVOICE DATE:  NOVEMBER 28, 2017

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| NOV-01-17 | Police Reform-Puerto Rico | Conference call with TCA, Claudio | 0.50 | $125.00 | $62.50 |
| NOV-01-17 | Police Reform-Puerto Rico | Review of communication (Saucedo) and others | 0.25 | $125.00 | $31.25 |
| NOV-01-17 | Police Reform-Puerto Rico | Privilege communication with the Court, in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| NOV-02-17 | Police Reform-Puerto Rico | Conference call with TCA Claudio | 0.50 | $125.00 | $62.50 |
| NOV-02-17 | Police Reform-Puerto Rico | Communication with Hernández Denton, Esq. re: upcoming hearing and related matters | 0.50 | $125.00 | $62.50 |
| NOV-02-17 | Police Reform-Puerto Rico | Reviewed communication with the Court, conference call with the Court in compliance with TCA standard requirements | 0.50 | $125.00 | $62.50 |
| NOV-07-17 | Police Reform-Puerto Rico | Several communications | 0.45 | $125.00 | $56.25 |
| NOV-08-17 | Police Reform-Puerto Rico | Several communications | 0.45 | $125.00 | $56.25 |
| NOV-13-17 | Police Reform-Puerto Rico | Communications with the Court, in compliance with TSA standard requirements; conference call with Hernández Denton, Esq. | 1.00 | $125.00 | $125.00 |
| NOV-15-17 | Police Reform-Puerto Rico | Conference call with TCA team | 1.50 | $125.00 | $187.50 |
| NOV-15-17 | Police Reform-Puerto Rico | Several communications with TCA Claudio, communications with the Court, in compliance with TCA standard requirements, discussion (paragraphs 14-21 agreement), review TCA comments on DSP; review of Order 638 | 5.00 | $125.00 | $625.00 |

INVOICE NUMBER: 33

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| NOV-16-17 | Police Reform-Puerto Rico | Conference call, re: Hearing; communications with TCA, Claudio; review of Internal Memorandum of the TCA; review of communication from Joel Torres (Paragraph 233, Agreement); exchange of several communications | 6.00 | $125.00 | $750.00 |
| NOV-22-17 | Police Reform-Puerto Rico | Review of several communications | 0.50 | $125.00 | $62.50 |
| NOV-22-17 | Police Reform-Puerto Rico | Review of communications, review of order; Communication with the Court, in compliance with TCA standard requirements. | 1.00 | $125.00 | $125.00 |
| NOV-28-17 | Police Reform-Puerto Rico | Review of communications from TCA Claudio, "Complaint" | 1.00 | $125.00 | $125.00 |
| | | Total hours for this invoice | 20.15 | | |
| | | Total amount of this invoice | | | $2,518.75 |

ok *ff* 12/7/2017

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – 1 Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

November 28, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| 09/14/2017 | Meeting with **Superintendent** Hernández de Frailey. | 2 |
| 09/15/2017 | Reading and reviewing Order Restructuring Press Office with changes incorporated by Superintendent after meeting. | 1 |
| 11/10/2017 | Reading of Final Draft of General Order to evaluate performance of Police Officers and preparation of TCA's comments. | 2 |
| 11/13/2017 | Reading of Final Draft to compel Appearance of Police Officers at Judicial and Administrative Hearings and preparation of TCA's comments. | 2 |
| 11/14/2017 | Preparation for meeting with TCA and CL Lawyers | 3 |
| 11/15/2017 | Meeting with TCA | 1,5 |
| 11/15/2017 | Preparation for the Court's Hearing. | 6.5 |
| 11/16/2017 | Meeting with Judge Gelpi previous to Hearing of US District Court. | 2.5 |

| TOTAL BILLED HOURS: | 20.5 |
|---|---|
| TOTAL: | $2,562.5 |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

ok ef

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

November 28, 2017.

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-11**

Sir:

The following is an amended detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of November 28, 2017.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 11/02/2017 | **2.50 hrs.** 11:00 am to 12:00 N, 1:00 to 2:00 pm & 2:40 to 3:10 pm | 1. Meeting at TCA Office, 2. Agenda Meeting at PRPB 3. Redline review and advice on 2017 FIU policy |
| 11/03/2017 | **1.50 hrs.** 3:000 to 4:30 pm | Comments on 9. Annual Review of General Order on Bureau of Narcotics, Vice and Illegal Firearms (ARB) |
| 11/06/2017 | **2.50 hrs.** 11:30 am to 12 N, 2:00 to 3:00 pm and 3:00 to 4:00 pm | Comments on Annual Review of Protocol the recording or PRPB Communications and review of presentation on crowd control |
| 11/07/2017 | **1.50 hrs.** 1:30 to 3:00 pm | Comments on the Redline of the Confidential Affairs Division |
| 11/09/2017 | **1.50 hrs.** 2:00 to 3:30 pm | Comments on Redline for GO on Court Appearances (3. Bazan-Denton) |
| 11/10/2017 | **1:00 hr.** 3:00 to 4:00 pm | Comments on Redline for GO on Performance Evaluation of MPRPB (6. Bazan-Denton) |
| 11/13/2017 | **3.00 hr.** 7:30 to 8:15 pm, 8:15 to 8:45 pm, 8:45 to 9:30 pm, 9:30 to 9:50 pm, 9:50 to 10:15 pm and 10:15 to 10:30 pm | Regulation for the Receipt, Management, Investigation & Adjudication of Complaints & Reorganization of the Deputy Bureau of Professional Responsibility (Del Carmen), Review of GO 600-626 (Ruiz), Use and Management of App. on Criminal Incident Map, GO on Early Intervention System, Chapter 400, Early Intervention System Manual (Romero) |
| 11/14/2017 | **2.50 hr.** 9:00 to 11:30 am & 1:30 to 2:30 pm | TCA, Crowd Control presentation (Pujol), Meeting at PRPB on Annual Review Bureau of Narcotic |

| 11/15/2017 | **8.50 hrs.** 10:00 am to 12:00 N & 1:30 to 8:00 pm | Preparation of Attorney/Client privilege matter for *In Camera Hrg.* |
| 11/16/2017 | **8.25 hrs.** 10:00 am to 1:00 pm, 1:30 to 4:00 pm, 4:30 to 7:00 pm | Documentation of Attorney/Client Privilege Matter. *In Camera Hrg.* V2A presentation at PRPB |
| 11/17/2017 | **1.50 hrs.** 11:00 am to 12:30 pm | Paragraph 253 Meeting at the TCA's Office |
| 11/27/2017 | **1:00 hr.** 9:15 to 10:20 pm | Preparation of document to add to Report by TCA |
| 11/28/2017 | **35.25 hrs.** Total hours billed | 35.25 hrs. x $125.00 = $4,406.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

Jose L. Pujol
Investigative Consultant
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2017-07**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 11/02/2017 | **6.5 hrs.** 09:15 am to 04:15 pm (minus 0.5 hr. lunch) | Working on the preparation of Presentation to USDOJ, PRPD, PR Department of Justice, and TCA. |
| 11/03/2017 | **5 hrs.** 09:30 am to 03:30 pm (minus 1 hr. lunch) | Working on the preparation of Presentation to USDOJ, PRPD, PR Department of Justice, and TCA. |
| 11/06/2017 | **6.5 hrs.** 09:25 am to 04:25 pm (minus 0.5 hr. lunch) | Working on the preparation of Presentation to USDOJ, PRPD, PR Department of Justice, and TCA. |
| 11/07/2017 | **7.5 hrs.** 09:30 am to 05:30 pm (minus 0.5 hr. lunch) | Working on the preparation of Presentation to USDOJ, PRPD, PR Department of Justice, and TCA. And working on the Assessment Report. |
| 11/08/2017 | **5.5 hrs.** 09:15 am to 03:15 pm (minus 0.5 hr. lunch) | Working on the preparation of Presentation to USDOJ, PRPD, PR Department of Justice, and TCA. And working on Assessment Report. |
| 11/13/2017 | **6 hrs.** 09:00 am to 03:30 pm (minus 0.5 hr. lunch) | Working on the preparation of Presentation to USDOJ, PRPD, PR Department of Justice, and TCA. And working on the Assessment Report. |
| 11/14/2017 | **8 hrs.** 07:30 am to 4:00 pm (minus 0.5 hr. lunch) | Presentation to USDOJ, PRPD, PR Department of Justice, and TCA. And working on the Assessment Report. |
| 11/15/2017 | **8 hrs.** 09:45 am to 6:15 pm (minus 0.5 hr. lunch) | Meeting with the TCA's team and working on the Assessment Report. |
| 11/16/2017 | **7 hrs.** 09:30 am to 5:00 pm (minus 0.5 hr. lunch) | Working on the Assessment Report. |

| 11/17/2017 | **5.5 hrs.** 09:30 am to 03:30 pm (minus 0.5 hr. lunch) | Reviewing video recordings and working on the Assessment Report. |
|---|---|---|
| 11/20/2017 | **4 hrs.** 01:00 am to 5:00 pm | Reviewing PPR-854 forms at the PRPD Headquarters. |
| 11/21/2017 | **3 hrs.** 09:00 am to Noon (From home) | Several communications with TCA and Antonio Bazan, Esq. Preparation of information for Bazan, Esq. Making translations of PPR-854 forms. |
| 11/27/2017 | **6.5 hrs.** 9:30 am to 4:30 PM (0.5 hr. lunch) | Working on the Assessment Report. Interview to Mari Mari Narvaez. |
| 10/25/2017 | **79 hrs.** Total hrs. billed | **79 hrs.** x $50.00= **$3,950.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

11/26/2017

Jose L. Pujol

ok lf.
12/7/2017

# INVOICE 0128

11/15/2017

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Nov 11-18, 2017 to TCA Core Team, | |
| which includes the following: | |
|   - Transportation from and to airport/hotels | |
|   - Transportation services to municipalities | |
|     (TCA Office, Headquarters in Hato Rey, Gurabo Police Academy) | |
| | |
| Total Hours Worked: 90 hrs | |

| | Discount | |
|---|---|---|
| ok *[signature]* 12/7/2017 | Net Total | $900.00 |
| | Tax | |
| | | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

TO GO STORES
INTERAMERICANA
787-798-6434 ext.337
19
Inter

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

ST# 00037 TILL XXXX DR# 1 TRAN# 1014020
CSH: 8 11/17/17 19:51:28

Servicio Fiscal Expirado

Raúl (Highlander) Blasini

PRINT NO. 12067

SHELL GLOBAL STATION
LAS PIEDRAS

NOV 11 17 03:59PM RECEIPT NO. 1888909

STORE ID 12345

| PUMP | GRADE | VOLUME | PPU | AMOUNT |
|---|---|---|---|---|
| 4 | REGULAR | 53.542L | 0.747 | 40.00 |
| | PREPAY DEPOSIT | | | -60.00 |
| | CASH | TOTAL | | -20.00 |

GRACIAS

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #12 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1020229
CSH: 14 11/06/17 14:00:35

**PUMA 176**

san juan ,

**Fecha: 11/6/2017 7:39 PM**
**Cajero: Neishaliz**
**Trans No. 112283**
**Batch No. 493**

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| | Combustible | Combustible Subsidio 1 | |
| 1 | | $25.00 | $25.00 |

**Subtotal: $25.00**
**Estatal: $0.00**
**Municipal: $0.00**

**Total: $25.00**
**Cash: $25.00**

**Cambio: $0.00**
Thank you for your business!

**CONTROL: NO DISPONIBLE**
**ST**

PUMA 212

echa: 11/22/2017 5:37 PM
ajero: Yokasta Rodriguez
rans No. 234979
atch No. 872
t  UPC/PLU   Descripción

| | Combustible Surtidor 3 | |
| | $40.00 | $40.00 |

btotal:      $40.00
tatal:       $0.00
nicipal:     $0.00

al:          $40.00
h:           $40.00

bio:         $0.00

NTROL: BZ3JZ-KGTR7

## TO GO STOR
## CAGUAS
787-798-6434 x.319
00000000^000000
verif

***PREPAID RECEIPT***

| cription | Qty | Amount |
| --- | --- | --- |
| PAY CA #18 | | 40.00 |
| | Subtotal | 40.00 |
| | Tax | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH  $ | 20.00 |
| | CASH  $ | 20.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
019  TILL XXXX DR# 1 TRAN# 1013842
26              11/06/17 14:41:29

FABR PETROLEUM
787 296-4901

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#07 | | 20.00 |
| | Sub Total | 20.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| TOTAL | | 20.00 |
| | CASH  $ | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 13706
11/21/17  14:56:53        ST# AB123

CONTROL: NACOK KIMHU
SI
processed by Softek

BIENVENIDOS
PUMA CAPARRA

| Descr. | qty | amount |
| --- | --- | --- |
| REG   CA #05 | 44.3238 | 34.00 |
| | @ 0.7677 L | |
| Prepay Fuel | | -40.00 |
| | Sub Total | -6.00 |
| | MUNICIPAL | 0.00 |
| | ESTATAL | 0.00 |
| TOTAL | | -6.00 |
| | CASH  $ | -6.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 16252
11/13/17  13:31:32        ST# AB123

TO GO STORES
ESMERALDA
19
Puma 10

***PREPAID RECEIPT***

| ption | Qty | Amount |
|-------|-----|--------|
| CA #11 | | 20.00 |

Subtotal     20.00
Tax          0.00
TOTAL       **20.00**
CASH  $      20.00

GRACIAS,
Vuelva Pronto
TILL XXXX DR# 1 TRAN# 1029316
11/04/17 17:08:45

cal Expirado
ftekpr.com
Softek

TO GO STORES
GURABO
13
Total 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|------------|-----|--------|
| PREPAY CA #10 | | 21.00 |

Subtotal     21.00
Tax          0.00
TOTAL       **21.00**
CASH  $      21.00

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1024578
CSH: 7                    11/03/17 19:54:58

CONTINENTAL
GASOLINE

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 40.00 |

Sub Total    40.00
MUN          0.00
EST          0.00
TOTAL       40.00
CASH  $      40.00
THANKS, COME AGAIN
REG# 0001 CSH# 023 DR# 01  TRAN# 12143
10/30/17 18:05:02          ST# AB123

# PUMA 176

un juan

Fecha: 11/28/2017 5:18 PM
Cajero: Neishaliz
Trans No. 129915
Batch No. 557
Cnt   UPC/PLU   Descripción

| Combustible | Combustible Surtidor 6 | |
|---|---|---|
| | $20.000 | $20.00 |

| | |
|---|---|
| Subtotal: | $20.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $20.00 |
| Cash: | $20.00 |
| Cambio: | $0.00 |

Thank you for your business!

CONTROL:

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1029416
CSH: 9                    11/01/17 09:19:14

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #06 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1613204
CSH: 15                   11/12/17 13:51:28

Raul (Ford Edge)   Millage
62,010.6

EXCEL GASOLINE
AND FOOD MART
CARR 9939 INT 30 SALIDA 19
LAS PIEDRAS,PR

| Descr. | qty | amount |
|---|---|---|
| REG CA #08 | 40.162L | 30.00 |
| | @ 0.747/ L | |
| Prepay Fuel | | -40.00 |
| Sub Total | | -10.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| **TOTAL** | | **-10.00** |
| CASH $ | | -10.00 |

THANKS, COME AGAIN
REG# 0002 CSH# 004 DR# 01  TRAN# 24771
11/16/17  05:18:58          ST# IN007

BIENVENIDOS A
GULF SAN JUAN

| DESCR. | QTY | AMOUNT |
|---|---|---|
| Prepay CA#03 | | 46.00 |

```
           Sub Total    46.00
                 MUN     0.00
                 EST     0.00
       TOTAL        46.00
                CASH  $  46.00
THANKS,COME AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 11742
11/16/17  13:17:30           ST# 00209
```

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #07 | | 20.00 |

```
            Subtotal     20.00
                 Tax      0.00
     TOTAL          20.00
                CASH  $   50.00
               Change $  -30.00
```

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1027606
CSH: 3               11/15/17 08:16:42

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 50.00 |

```
            Subtotal     50.00
                 Tax      0.00
     TOTAL          50.00
                CASH  $   60.00
               Change $  -10.00
```

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1027606
CSH: 19              11/02/17

*Raul (Ford Edge)* *miles* *61,836*

Welcome To
Any Time
Puma Roosevelt
VP13007411001
VeriFone Gold Disk

FL

‹ DUPLICATE RECEIPT ›

| Description | Qty | Amount |
|---|---|---|
| REG CA #09 | 52.151G | 40.00 |
| SELF @ 0.767/ L | | |

```
            Subtotal     40.00
                 Tax      0.00
     TOTAL          40.00
                CASH  $   40.00
```

ST# AB123 TILL XXXX DR# 1 TRAN# 9090943
CSH: 0               11/14/17 05:07:15

*Raúl 62,161 Millage*

*Ford Edge*

```
===============================================
                        PRINT NO.     12202

           SHELL GLOBAL STATION
                 LAS PIEDRAS


 NOV 17 17 05:27AM    RECEIPT NO. 1375051

                      STORE ID 12345

 PUMP  GRADE    VOLUME   PPU     AMOUNT
 ----  -----    ------   ---     ------
        PREPAY COMPLETE           -10.00
   4    REGULAR  13.755L 0.727     10.00
             CASH     TOTAL         0.00

                             GRACIAS
===============================================
```

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18092

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 11/06/2017

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL**   20 00

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18086

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 11/03/2017

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL**   20 00

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18100

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES/GRACIAS

FECHA 11/06/20

SR.

DIRECCION

TAB. NÚM.                                    CASH ☑    CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | 40 | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACIÓN

RECIBÍ _____    **TOTAL**   40  00



AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL. 787-622-3600
11/27/17 12:32 7827 04866 004    869

W MEMBER  101-*******7324

# THANK YOU,
JOSUE

```
    618230 COPY PAPER            25.95 T
              SUBTOTAL           26.95
     TAX 1 10.500 %               2.72
     TAX 2  1.000 %               0.26
               TOTAL             28.93
         CASH  TEND              40.00
         CHANGE DUE              11.07
```

Visit samsclub.com to see your savings

CONTROL: VJDB1-CCMFF WM

# # ITEMS SOLD 1

TC# 2696 6970 7234 2741 8800

# Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
11/27/17    12:33:01



**CORREA**
TIRE DISTRIBUTOR
www.correatire.com

P.O. Box 650, Vega Alta, P.R. 00692
Cart. No. 2 Km. 26.7 Espinosa
Dorado, Puerto Rico 00646
Tels. (787) 626-1111, 883-4105
Fax: (787) 626-1118
e mail correatire@turbo.com

Mercedita Industrial Park
Cart. Estatal #1, Km. 121.8
Ponce, Puerto Rico 00715
Tel. (787) 812-5511

**CLIENTE**

**ORDEN DE VENTA** 14235

*Tire Export Solutions, Inc.* FECHA 2 / Nov /17

| VENDIDO A: | ENTREGADO A: |
|---|---|
| T C A P R CORP. (Monitor Federal Policia)<br>787-765-2209<br>Contacto; Josue López # | 268 Ave. Muñoz Rivera<br>Edif. Seaborn Suite 1001<br>San Juan P.R. 00920 |

| VENDEDOR | NUMERO DE CLIENTE | CLIENTE PO | ENVIADO POR | FECHA ORDEN |
|---|---|---|---|---|

| CANTIDAD ORDENADA | CODE | DESCRIPCION | PRECIO UNIDAD | TOTAL |
|---|---|---|---|---|
| 2 | | 245/55X19 LandSail LS588 | 134.53 | 269.06 |
| 2 | | Montura N/C | c | c |
| 2 | | Balanceo N/C | c | c |
| | | | | |
| | | | | |
| | | | | |
| | | by | | |
| | | | | |
| | | Toyota Highlander Blanca 2015 | | |
| | | Tab IYU-032 | | |
| | | Mill. 23,375 | | |
| | | **COPIA CLIENTE**<br>*CASH*<br>NOV 02 2017<br>TIRE EXPORT | | |
| | | | | |
| | | | | 269.06 |
| | | | IVU | 30.94 |

| VENTAS AL POR MAYOR Y AL DETAL | SERVICIOS |
|---|---|
| • Venta de químicos automotrices<br>• Recauchamiento presurado<br>• Venta de gomas y tubos<br>• Venta de equipo automotriz<br>• Venta de todo tipo de aros<br>• Todo tipo de baterias | • Alineamiento electrónico para autos y camiones<br>• Balanceo electrónico para autos y camiones<br>• Montura de todo tipo de gomas |

**Total ➡** 300.00

COMENTARIOS: *Gracias A1 por Silverio. Gomas New back*

| Victor | |
|---|---|
| FIRMA DEL VENDEDOR | FIRMA DEL CLIENTE |
| V. *(firma)* | *Josue López (firma)* |