12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of November.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

During this month Mr. Jose Pujol's presented a report on his progress regarding the assessment carried out on the civil demonstrations that occurred in the months of April and May 2017; a chamber hearing was held on November 16 and the company V2A reported updates of Paragraph 13 study.

The following General Order were reviewed: Conditions of detainees and practices to protect the safety of detainees; Use of Force Reports by PR Police; Investigations of complaints made to PRP Police for improper conduct; Control of firearms and ammunitions; Management and preservation of evidence; General Order 100-122: Bureau of Drugs, Narcotics, Vice Control and Illegal Weapons (Annual Review); Protocol for the Handling and Dissemination of Recordings of the Radio Communication System of the Puerto Rico Police Bureau (Annual Review); General Order 100-113: Use of Force Incidents Investigation Unit (Redline); discussed the restoration plans of the Use of Force Incidents Review Boards; General Order 100-118: Functions and responsibilities of the Specialized Division of PRP Domestic Violence; General Order 600-627: Investigation of Domestic Violence Incidents; AO-2016-4: Investigation of Domestic Violence Incidents Involving Employees of PRP; and the Standard Procedures Manual (SPO) of the Domestic Violence Division.

The Mental Health course prepared by the PR Police (Paragraphs 11-122 133 y 134) was discussed and reviewed; in addition the progress related to the changes in technology to maintain vital archives and information transfers to the different police stations was reviewed.

The TCA, the Core Team and his staff visited Bayamon, Carolina, Fajardo and Arecibo Police Stations, Police Academy and Command and Control Center of San Juan

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting in compliance with Paragraph § 253, meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll.