

# Informe de Estado y Certificación
# Departamento De Seguridad Pública

## Comité Ejecutivo

**Sr. Héctor M. Pesquera**
Secretario, Departamento de Seguridad Pública
Presidente del Comité Ejecutivo

**Sr. Ricardo Martínez Rodríguez**
Secretario Auxiliar de Administración
Departamento de Seguridad Pública

**Hon. Wanda Vázquez Garced**
Secretaria, Departamento de Justica

**Lcdo. José Marrero Rosado**
Director de la Oficina de Gerencia y
Presupuesto

**Michelle M. Hernández de Fraley, Ph.D.**
Superintendente de la Policía

**Lcdo. Alfonso Orona Amilivia**
Asesor Legal Principal del Gobernador

**Sr. Héctor G. González Arroyo**
Asesor de Seguridad del Gobernador

**Lcdo. Rafael Cabrera Crespo**
Director, Mejoras Continuas e
Innovación, Oficina de la Secretaría
Asociada de la Gobernación

**Sra. Zulma L. Canales López**
Superintendente Auxiliar en Servicios
Gerenciales

**Dra. María Conte Miller**
Miembro, Junta del ICF

**Sr. Luis G. Romero Font**
Fundador, Basta Ya Inc.

**DEPARTAMENTO DE SEGURIDAD PÚBLICA**
Ley Núm. 20-2017

# CERTIFICACIÓN

En San Juan, Puerto Rico a 27 de junio de 2017.

De conformidad con la Ley 20 de 2017 del 10 de abril de 2017, Ley del Departamento de Seguridad, Nosotros, los miembros designados del Comité Ejecutivo de Seguridad Pública constituido de acuerdo al Artículo 1.13 de la referida Ley, emitimos la siguiente:

## CERTIFICACION

Que conforme a las disposiciones del Artículo 9.02 de la referida Ley 20-2017, el Comité Ejecutivo de Seguridad Pública presenta el correspondiente informe al Gobernador de Puerto Rico, según requiere el artículo 1.13 dela mencionada pieza legislativa.  En dicho informe se recogen los resultados de las presentaciones de las agencias, sus evaluaciones y certificaciones.  Del mismo se desprende el análisis realizado por el Comité en cuanto a las transferencias de propiedad, recursos y personal conforme lo dispuesto en esta Ley.

Luego de las presentaciones y certificaciones realizadas a los miembros del Comité por parte de las agencias y sus representantes, Certificamos al Gobernador de Puerto Rico, Hon. Ricardo Roselló Nevares que, de acuerdo con la evaluación realizada el Departamento de Seguridad Pública se encuentra listo para asumir las funciones que se le delegan mediante esta Ley.

**PARA QUE ASÍ CONSTE,** y para notificar al Gobernador del Gobierno de Puerto Rico, Hon. Ricardo Roselló Nevares, expedimos la presente CERTIFICACIÓN, en La Fortaleza, San Juan, Puerto Rico.



**Sr. Héctor M. Pesquera**
Secretario
Departamento de Seguridad Pública
Presidente
Comité Ejecutivo

**Sr. Ricardo Martínez Rodríguez**
Secretario Auxiliar
Departamento de Seguridad Pública

**Hon. Wanda Vázquez Garced**
Secretaria
Departamento de Justicia

**Sra. Zulma L. Canales López**
Superintendente Auxiliar en Servicios
Gerenciales, Policía de Puerto Rico

**Lcdo. José Marrero Rosado**
Director
Oficina de Gerencia y Presupuesto

Rebeca Maldonado
Sub Directora

**Dra. María Conte Miller**
Miembro
Junta del Instituto de Ciencias Forenses

**Michelle M. Hernández de Fraley, Ph.D.**
Superintendente
Policía de Puerto Rico

**Sr. Luis G. Romero Font**
Fundador
Basta Ya, Inc.

**Lcdo. Alfonso Orona Amilivia**
Asesor Legal Principal del Gobernador

**Sr. Héctor G. González Arroyo**
Asesor de Seguridad del Gobernador

**Lcdo. Rafael Cabrera Crespo**
Director, Mejoras Continuas e Innovación,
Oficina de la Secretaría Asociada de la
Gobernación

# INFORME

I.   **Preámbulo**

La Ley 20-2017, supra, establece que:

Artículo 9.07.-Vigencia.

Esta Ley comenzará a regir ciento ochenta (180) días después de su aprobación. No obstante, los Artículos 1.03, 1.04, 1.13, 1.14, y 9.02 comenzarán a regir inmediatamente. Se autoriza al Gobernador a nombrar inmediatamente se apruebe esta Ley al Secretario del nuevo Departamento de Seguridad Pública (DSP). Asimismo, se autoriza al Secretario a constituir inmediatamente el Comité Ejecutivo conforme lo dispuesto en el Capítulo I de esta Ley de modo que durante el periodo entre la aprobación de esta Ley y su fecha de vigencia pueda iniciarse un proceso de transición adecuado y de conformidad con lo dispuesto en el Artículo 9.02.

Además, en el Artículo 9.02.-Disposiciones Transitorias, dispone entre otras cosas que:

....

Dentro de los sesenta (60) días de la aprobación de esta Ley, el Comité Ejecutivo habrá de presentar un Informe al Gobernador, en el cual se recoja la evaluación realizada en las agendas que habrán de conformar el Departamento y las recomendaciones del Comité en cuanto a las transferencias de propiedad, recursos y personal conforme lo dispuesto esta Ley. También le certificará al Gobernador si, de acuerdo con la evaluación realizada, el Departamento se encuentra listo para asumir las funciones que se le delegan mediante esta Ley.

....

A esos efectos, aclaramos que para que se pudiera nombrar al Comité Ejecutivo, era necesario primero nombrar al Secretario del DSP, a esos efectos aclaramos que el nombramiento del Secretario fue efectivo al 9 de mayo de 2017 y el Comité se nombró el 11 de mayo de 2017.  Así las cosas, es el 11 de mayo la fecha donde comienza a discurrir el término para la Certificación e Informe del Comité Ejecutivo el 11 de mayo de 2017.

II.     **Resumen Ejecutivo**

Los objetivos del DSP están descritos en la Ley 20-2017. Estos requieren utilizar mejor los recursos fiscales y el capital humano, reuniendo el esfuerzo, trabajo y colaboración de los siete (7) componentes de gobierno en un solo componente de seguridad pública. De igual forma, la creación del DSP le dará el poder a su Secretario para coordinar los esfuerzos de todos los negociados adscritos a los fines de proteger, investigar y/o prevenir actividades delictivas o situaciones de emergencias en Puerto Rico y trabajar de forma integrada con los organismos de Seguridad Nacional de Estados Unidos.

Mediante la Ley 20-2017 el DSP los servicios que antes brindaban: la Policía de Puerto Rico, el Cuerpo de Bomberos, el Cuerpo de Emergencias Médicas, la Agencia Estatal Para el Manejo de Emergencias y Administración de Desastres, el Sistema de Emergencia 9-1-1, el Instituto de Ciencias Forenses, y el Negociado de Investigaciones Especiales (NIE). También se implementará la interacción de los sistemas de información de cada agencia.

El Comité Ejecutivo ha evaluado los reportes de grupos de trabajo en cada agencia y grupos interagenciales para poder decidir si se cumple con los requisitos establecidos en la Ley para esta primera certificación. Durante esta primera fase hemos revisado reportes y descansado en certificaciones que nos han sometido los jefes de los diferentes componentes que habrán de conformar el DSP. Con esos datos el Comité hace recomendaciones en cuanto a las transferencias de propiedad, recursos y personal conforme lo dispuesto en esta Ley. También por este medio certificamos al Gobernador que, de acuerdo con la evaluación realizada, el DSP se encuentra listo para asumir las funciones que se le delegan mediante esta Ley.

Nos queda mucho trabajo en el Comité Ejecutivo, pero será posible gracias al equipo de trabajo comprometido al éxito de esta consolidación y los objetivos por la cual se crea el DSP. Para la próxima certificación entraremos en detalles del avance en los planes específicos que avalen la capacidad del DSP de entrar en funciones conforme a la Ley.

III.    **Situación Actual** - Certificación y transición, según establecido en el Artículo 9.02 de la Ley 20-2017.

   a. **Estado de Derecho**

Dentro de los sesenta (60) días de la aprobación de esta Ley, el Comité Ejecutivo habrá de presentar un Informe al Gobernador, en el cual se recoja la evaluación realizada en las agencias que habrán de conformar el DSP y las recomendaciones del Comité en cuanto a las transferencias de propiedad, recursos y personal conforme lo dispuesto esta Ley. También le certificará al Gobernador si, de acuerdo con la evaluación realizada, el DSP se encuentra listo para asumir las funciones que se le delegan en esta Ley.

2



No se comenzará con la consolidación de las agencias, entidades o instrumentalidades incluidas bajo el DSP hasta tanto la Oficina de Gerencia y Presupuesto certifique las economías estimadas mediante esta consolidación y el Comité Ejecutivo certifique que el DSP está listo para asumir las funciones que se le delegan mediante esta Ley y se garantice la continuidad en el flujo y el recibo de los fondos federales de cada agencia. El Secretario del DSP certificará al Gobernador cuando estos requisitos hayan sido cumplidos, a los fines de que comience ordenadamente la consolidación de las entidades incluidas bajo el Departamento de Seguridad Pública. Así también, se faculta al Gobernador para que instruya al Secretario, de así entenderlo necesario, a llevar a cabo, de forma escalonada las transferencias pertinentes para cumplir con los propósitos aquí dispuestos. El proceso de consolidación de la Policía de Puerto Rico estará sujeto al cumplimiento con lo establecido en el Acuerdo entre el Departamento de Justicia de los Estados Unidos y el Gobierno de Puerto Rico para la Reforma Sostenible de la Policía de Puerto Rico (Agreement for the Sustainable Reform of Puerto Rico Police Department). La fusión dispuesta en esta Ley, con respecto a la Policía de Puerto Rico, se realizará en coordinación con las autoridades federales que forman parte y/o supervisan el Acuerdo para Reforma Sostenible de la Policía de Puerto Rico. Durante el remanente del año fiscal 2016-2017 y hasta que se complete la consolidación aquí dispuesta, el Comité Ejecutivo operará con los fondos que le fueren originalmente asignados a las agencias que mediante esta Ley se convierten en Negociados. Durante los años fiscales subsiguientes, será deber del Secretario preparar, solicitar, gestionar, recibir, formular y ejecutar el presupuesto correspondiente al Departamento, incluyendo sus Negociados.

## b. Responsabilidades del Comité

Responsabilidades y tareas a corto y largo plazo del Comité Ejecutivo, luego de presentada la Certificación de los sesenta (60) días, según dispone el Artículo 1.14 de la Ley 20-2017.

1)   Lograr la integración plena de las agencias que componen el Departamento.

2)   Diseñar el sistema fiscal y las guías operacionales que permitirán la administración de los recursos económicos, así como asegurar la eficaz transición de los fondos federales asignados a las agencias que componen el Departamento.

3)   Diseñar las guías operacionales para la evaluación y ubicación del personal nuevo y existente.

4)   Asistir al Secretario del Departamento a integrar de forma rápida los distintos Negociados.

5)   Asistir al Secretario del Departamento a diseñar e implementar los nuevos reglamentos que sean necesarios para la operación eficiente y sana administración.

6)   Asistir al Secretario del Departamento a diseñar e implementar un programa de adiestramiento al personal que lo compone.

3



7) Diseñar e implementar un programa de evaluación al personal del Departamento, basado en criterios objetivos de efectividad, nivel de ejecución y productividad de sus funciones.

8) Identificar cualquier enmienda o legislación que resulte necesaria para la mejor funcionalidad del Departamento.

9) Evaluar la distribución de las regiones operacionales de los Negociados a los fines de recomendar su creación, consolidación, reorganización o eliminación para lograr una eventual uniformidad a través de todos los Negociados que tienen las regiones.

10) Adoptar cualquier reglamento interno necesario para la operación del Comité.

11) Preparar un informe de progreso detallado cada sesenta (60) días y someterlo a la Oficina del Gobernador y en las respectivas secretarías de la Asamblea Legislativa.

12) Analizará los programas de cada agencia y recomendará al Secretario los cambios en la estructura de programas y cuentas, con la colaboración de la Oficina de Gerencia y Presupuesto, de tal forma que se garantice la permanencia de fondos federales y fondos especiales.

13) Realizar un inventario de todos los bienes muebles e inmuebles de todas las agencias que pasarán a ser de los Negociados del Departamento.

c. Responsabilidades del Secretario

Responsabilidades a corto y largo plazo del Secretario, según establecido en el Artículo 1.05 de la Ley 20-2017.

1) Tendrá a su cargo la autoridad jerárquica, administración y supervisión inmediata del Departamento de Seguridad Pública.

2) Determinará mediante reglamento la organización funcional del Departamento y de sus componentes.

3) Establecerá el orden de sucesión en caso de su ausencia, incapacidad o muerte.

4) Designará un Secretario Auxiliar de Administración; el cual garantizará la comunicación efectiva entre el Departamento y los negociados; además le podrá asignar las funciones que estime pertinentes. Designará todo el personal que sea necesario para cumplir efectivamente con los propósitos de esta Ley.

4



5) Será el enlace directo entre el Gobernador y el Departamento de Seguridad Pública.

6) Desarrollará políticas de seguridad pública y manejo de emergencias, así como propondrá al Gobernador acciones, programas y estrategias para el desarrollo de estas políticas.

7) Planificará, organizará, supervisará, coordinará, administrará, dirigirá y controlará todas las actividades que se desarrollen en los Negociados que en virtud de esta Ley se crean.

8) Asegurará que el personal del Departamento y sus negociados sea uno altamente capacitado en asuntos de investigación, seguridad pública y protección a ciudadanos.

9) Manejará y supervisará los servicios gerenciales y fiscales, entre otros, de cada uno de los Negociados.

10) Aplicará las leyes, normas, reglamentos, memorandos de entendimiento y directrices relevantes a los servicios que prestan cada uno de los Negociados.

11) Administrará el presupuesto consignado a los Negociados para los servicios que éstos ofrecen y las proyecciones del mismo.

12) Adoptará las reglas y reglamentos que sean necesarios para ejecutar las funciones que le son delegadas y para el más alto nivel de calidad en los servicios a ser ofrecidos a la ciudadanía.

13) Adoptará los reglamentos internos que sean necesarios para garantizar el funcionamiento del Departamento y para integrar y ofrecer de manera efectiva todos sus servicios.

14) Adoptará las reglas y los reglamentos que sean necesarios para establecer los requisitos de ingreso, obligaciones, responsabilidad y conducta del personal del Departamento.

15) Dispondrá por reglamento interno todo lo concerniente a la contratación de los miembros de la Junta de Evaluación Médica y los procedimientos de esta.

16) Junto con el Gobernador de Puerto Rico, establecerá la política pública con respecto a todos los asuntos de seguridad estatal y nacional, emergencias, desastres e investigación criminal. Implementará la política pública establecida por el Gobernador con respecto a todos los asuntos de seguridad, emergencia, desastres, e investigación criminal.

17) Integrará el sistema de seguridad local al sistema de seguridad nacional de los Estados Unidos.

18) Desarrollará e implementará los Planes de Estado incluyendo: Plan Anti-Crimen, Plan de Desastres Naturales, Plan de Catástrofes, Plan de Continuidad de Operaciones, Plan de Mitigación y cualquier otro que sea requerido por reglamentaciones estatales y federales. Asesorará al Gobierno en cuanto a aquellas regulaciones, procesos y acciones relacionadas al Departamento.

19) Coordinará con las agencias federales para garantizar la seguridad pública del Pueblo de Puerto Rico.

20) Podrá conceder medallas por valor según se disponga mediante Reglamento.

21) Establecerá la Banda del Departamento de Seguridad Pública. Establecerá el Cuerpo de Capellanes del Departamento de Seguridad Pública.

22) Podrá ejercer todo poder necesario para el buen funcionamiento del Departamento que no esté en conflicto con esta Ley

### d. Finalidad del Proceso

El Departamento de Seguridad Pública, según definido en el Artículo 1.03 de la Ley 20 de 10 de abril de 2017, que tendrá, sin limitarse a, las siguientes funciones:

1) Reorganizar, reformar, modernizar y fortalecer nuestros instrumentos de seguridad pública a nivel estatal para incrementar su capacidad, eficiencia y efectividad. Integrar de manera efectiva todos los servicios que ofrecen el Departamento y sus Negociados.

2) Operar como primera línea de defensa enfocada en prevenir el crimen, atender emergencias y proteger la ciudadanía. Evitar el abuso y proteger los derechos y libertades de los ciudadanos para construir una base sólida con plena confianza de la sociedad.

3) Coordinar todos los recursos gubernamentales, así como con los del sector privado, para proveer de forma rápida y efectiva los servicios requeridos antes, durante y después de una emergencia de manera que se logre asegurar la vida y propiedad de los ciudadanos.

4) Coordinar con los Municipios y sus agencias de seguridad todos los servicios del Departamento.

5) Proteger la vida y propiedad de todos los ciudadanos. Coordinar con agencias federales de seguridad pública para maximizar recursos.

Es por todo lo antes descrito que la gerencia del componente de seguridad y de respuesta de emergencia de Puerto Rico en el siglo XXI requiere un enfoque integral. Para lidiar con los riesgos y amenazas de este y futuros siglos, Puerto Rico está obligada a maximizar sus recursos de seguridad y protección; primero consolidando sus esfuerzos e insertándose en la seguridad nacional y segundo creando las medidas para profesionalizar su personal de seguridad y de respuesta de emergencia para que trabaje en equipo, funcione como un todo y para que mantenga sus conocimientos y su peritaje continuamente actualizado.

## IV.    Integración con Plan de Transformación Gubernamental y Plan Fiscal (Right-sizing)

De la publicación y aprobación del Plan Fiscal para Puerto Rico, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico (AAFAF) y la Oficina de Programación Estratégica del Estado (OPEE) han integrado los esfuerzos de transformación de varios grupos de agencias, entre ellas el DSP. Esto presenta un marco de implementación programática y fiscal que se alinea a los propósitos de La Ley 20-2017 además que logró adelantar parte de los compromisos delineados en dicha ley.  A esos efectos la Figura 1 presenta el marco estratégico fiscal que representa la integración de las agencias de seguridad en función a una cronología específica y que está reflejada directamente en el Plan de Implementación y a las disposiciones de la Ley 20-2017.

A esos fines, se creó una estructura para atender la transformación aprobada en el Plan Fiscal y se diseñó de manera tal que sirviera de instrumento asesor de la OPEE y AAFAF, así como de instrumentalidad formal para las familias de agencias que se transformarán.  La estructura básica se delinea en la Figura 2.  Las cuatro áreas estratégicas en apoyo al Plan Fiscal (Personal, Contratos, Facilidades y Servicios) se tomaron como la prioridad inicial y posteriormente se han añadido grupos de Operaciones, Finanzas, Tecnología, Comunicaciones y próximamente, Fondos Federales.

La Figura 3 describe la relación y matriz de responsabilidad de cada una de las actividades claves. Para garantizar la mayor eficiencia posible, se designaron varios jefes de agencias como *"Owners"* (Policía de PR - Headcount; 911-Servicios; AEMEAD/CBPR - Facilidades y NIE - Contratos).  De esta manera, los *"Owners"* de cada función también tienen en la parte directa de sus Negociados la relación mayor en cuanto al volumen de trabajo en cada área.

La Figura 4 muestra cómo se define el proceso para las transferencias de fondos federales a la nueva entidad.  El mismo fue desarrollado por OPEE y el Centro de Oportunidades Federales (COF) del Gobierno de Puerto Rico.  Las funciones administrativas de fondos federales no deben afectarse ya que se mantienen autonomías particulares en los negociados como entidades legales hasta que se complete la integración plena del DSP.

La Figura 5 es la estructura modelo que sirvió de marco de referencia para la legislación y será la guía para la integración sistémica de las Agencias que componen el DSP.

La Figura 6 refleja el esquema de implementación de los Compromisos Programáticos de Nuevo Gobierno de Plan para Puerto Rico, las iniciativas del Plan Fiscal y la interacción de supervisión de la OPEE y AAFAF.

El expediente que se acompaña de este informe es material de referencia de los trabajos realizados hasta el momento por el equipo de la OPEE.

7

## Figura 1 - Servicios Clave a ser Transformados



## Figura 2 - Habilitando la Transformación

### Enabling Agency Transformation

Setting the structure in place for an effective transformation based on agency implementation plans

| Ownership | Status & Reporting | Measuring Savings |
|---|---|---|
| • Create a Transformation Management Office with overall responsibility | • Establish a recurring meeting or call (preferably weekly) | • Manage results for attrition, footprint reduction, contract spend, and services realignment and externalization |
| • Assign key personnel to own initiatives | • Adopt a uniform template for individual reports | |
| • Communicate timeline throughout agency and socialize guiding principles | • Set key performance targets for individual initiatives | • Internally validate data and reporting from each owner |
| | • Central coordination (primarily on contracts) | • Track cost savings to agency implementation plan |

**The resulting process instills accountability, transparency, and efficiency in the transformation**

## Figura 3 - Equipo de Transformación

### Key Transformation Activities

Each agency will implement a number of actions pertaining to headcounts, contracts, & facilities to generate cost savings and/or revenue over the next five years

   

| Cost Components | Headcount | Contracts | Facilities | Services |
|---|---|---|---|---|
| Ownership & Leadership | • Owner: Michelle Hernández<br>• Driver: Jennie López | • Sponsor: Héctor López<br>• Driver: Melissa Rodríguez | • Sponsor: Abner Gómez, Alberto Cruz<br>• Driver: Jesús Dávila | • Sponsor: Héctor Torres<br>• Driver: Luis G. Torrez |
| Actions | • Mobilize<br>• Externalize | • Consolidate<br>• Externalize<br>• Continue<br>• Discontinue | • Keep the same<br>• Combine<br>• Consolidate (CSI)<br>• Close/Externalize | • Continue<br>• Eliminate<br>• Externalize<br>• Integrate / dependencies |
| Data Required | • Headcount tracking<br>• Any externalization | • Contracts by length<br>• Contracts by $ spend<br>• Contracts by vendor | • Facilities by rent<br>• Facilities by square footage<br>• Facilities by utilities | • Federal funding<br>• Revenue generation<br>• Employs contractors<br>• FTEs per service |
| Actual Savings | • Dollar reduction<br>• Attrition | • Contract spend reduction<br>• Contracts issued | • Reduced rent<br>• Reduced utilities | • Adjusted geographic footprint due to service integration<br>• Reduction of contracts with eliminated or externalized services |

## Figura 4 –Transferencia de Fondos Federales entre Agencias (COF)



9



## Figura 5 – Estructura Modelo



## Figura 6 – Modelo Integral de Implementación Programática, Monitoreo y Supervisión Fisca



