

Hon. Ricardo A. Rosselló Nevares
Gobernador

Lcdo. José I. Marrero Rosado, CPA
Director

**GOBIERNO DE PUERTO RICO**

Oficina de Gerencia y Presupuesto

27 de marzo de 2017

Lcdo. Alfonso Orona Amilivia
Principal Asesor Legal
La Fortaleza

Estimado licenciado Orona Amilivia:

Reciba un muy cordial saludo. El Proyecto de la Cámara de Representantes 741, tiene el propósito de establecer el Departamento de Seguridad Pública de Puerto Rico (en adelante "DSP") a los fines de crear un nuevo sistema integrado por todos los componentes que administran la seguridad pública en Puerto Rico. Al evaluar el mismo conforme al Plan Fiscal, estimamos que para el año fiscal 2017-2018, la consolidación de agencias del DSP proyecta un ahorro preliminar de $28,320,000.00, con cargo al Fondo General. A continuación, proveemos una tabla que desglosa la información vertida:



| Negociado | Ahorros Estimados |
|---|---|
| Negociado de la Policía | $21,500,000.00 |
| Negociado de Bomberos | $1,908,000.00 |
| Negociado de Ciencias Forenses | $1,594,000.00 |
| Negociado de Emergencias y Administración de Desastres | ($289,000.00) |
| Negociado de Emergencias Médicas | $2,197,000.00 |
| Negociado de Investigaciones Especiales | $1,410,000.00 |
| Negociado de Sistemas de Emergencias | $0.00[1] |
| TOTAL | $28,320,000.00 |

---

[1] No se proyectan ahorros al erario en el Negociado de Sistemas de Emergencias (anteriormente "Junta de Gobierno del Servicio 9-1-1") ya que este no recibe asignaciones presupuestarias provenientes del Fondo General. No obstante, con el DSP se vislumbran mayores eficiencias en sus áreas administrativas y operacionales.

**OGP**
OFICINA DE GERENCIA Y PRESUPUESTO
GOBIERNO DE PUERTO RICO

PO Box 9023228, San Juan, PR  00902-3228  •  Tel: 787.725.9420  •  Fax: 787.725.3521  •  www.ogp.pr.gov

Case 3:12-cv-02039-FAB   Document 666-2   Filed 12/08/17   Page 2 of 2



**GOBIERNO DE PUERTO RICO**

Oficina de Gerencia y Presupuesto

Recalcamos que estas proyecciones son consistentes con el Plan Fiscal y corresponden a la fase inicial de la implementación del Departamento, durante el año fiscal 2017-2018. Para años fiscales posteriores, se proyectan ahorros adicionales, a razón de una tasa de reducción anual de un tres porciento (3%), como producto de las consolidaciones y reformas administrativas que se implementarán mediante la aprobación de esta medida.

Esperamos que nuestros comentarios le sean de utilidad durante el trámite legislativo del Proyecto de Cámara de Representantes 741.

Cordialmente,

Lcdo. José I. Marrero Rosado, CPA
Director

2