**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL NO. 12-2039 (GAG)(PG)** |
| **Plaintiff,** | |
| **v.** | |
| **COMMONWEALTH OF PUERTO RICO,** **et. al.** | |
| **Defendants.** | |

**MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 629**

**TO THE HONORABLE COURT:**

      **COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

      1.     On this same date, December 8, 2017, the PRPB filed a Motion in Compliance with Order at docket 629 together with exhibits to be considered by this Honorable Court. The exhibits are in their original Spanish language version. (See Docket No. 666)

      2. L.Cv.R.P. 5 (g) requires that all documents not in the English language, which are presented to or filed in this Court, must be accompanied at the time of presentation or filing by a certified translation into English. Moreover, the Jones Act requires that all pleadings and proceedings in the United States District Court for the District of Puerto Rico be conducted in the English language.

3. Nonetheless, the PRPD requests leave from this Court to permit at this time the filing of such exhibits in Spanish language and leave to file on a later date but not before sixty (60) days the certified translation of the exhibits.

4. In light of the foregoing, the PRPD respectfully request from this Honorable Court that they be granted a brief extension of time of at least of sixty (60) days or until February 6, 2018, to file the certified translation into English of exhibits in Spanish language to which reference is made.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and PRPD very respectfully requests that this Honorable Court grant an extension of sixty (60) days to file exhibits in English language.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on December 8, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of
Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division

Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov