# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>　　　　　　v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>　　　　　Defendants | No. 12-cv-2039 (GAG) |

## MOTION INFORMING COMPLIANCE WITH DOCKETS 511 and 644

**TO THE HONORABLE COURT,**

　　Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and very respectfully states and prays as follows:

　　1. Pursuant to the Order of this Honorable Court in Dockets 511 and 644, the parties were to be served copies of the preliminary "Assessment Report" prepared by Jose L. Pujol on or before December 11, 2017. On December 8, 2017, the TCA sent the parties electronic copies of the aforesaid report covering the occurrences involving the Puerto Rico Police Bureau and protestors on the dates of April 18, 25 and 27 and the various events that took place on May 1, 2017.

　　2. The focus of the Assessment is PRPB's compliance with the Agreement for the Sustainable Reform of the Police of Puerto Rico as it relates to the Civil Rights of citizens pursuant to the Constitutions of the United States of America and the Commonwealth of Puerto Rico, with special attention to policies and trainings on crowd control of mass demonstrations, reporting use of force as well as well as communications and the use of Information Technology (IT).

Wherefore, in view of the above, it is respectfully requested that compliance with the above stated Orders in Dockets 511 and 644, be noted.

Certificate of Service: I hereby certify that copy of the foregoing motion and the survey attached in *pdf* form have been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 11th. day of December, 2017.

        S/ Antonio R. Bazán
        Antonio R. Bazán González
        U.S.D.C. No. 117007
        Banco Cooperativo Plaza Bldg.
        Suite 604-B, #623 Ponce de León Ave.
        San Juan, Puerto Rico, 00918.
        Tel. No. (787) 764-7684 & (787) 249-3070