UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>et. al.<br><br>Defendants. | CIVIL NO. 12-2039 (GAG)(PG) |

**MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 658**

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

1. On November 16, 2017, an in-camera status conference was held in this case to update and inform this Honorable Court on all pending matters, as well as to set a realistic date for the next public status hearing in 2018. (*See* Docket No. 632). On that same date, the Court ordered that a joint proposed timetable of all the deadlines agreed upon and/or set by the Court at the status conference be filed by the next day before noon. (*See* Docket Nos. 639 and 640).

2. On November 17, 2017, this Honorable Court issued an order setting a timetable based on the discussion held in the in-camera status conference on all pending matters. Specifically, the Court ordered that Defendants inform the court on plans for the Police Academy. (*See* Docket No. 644).

3. On December 1, 2017, defendants submitted a Motion in compliance with the Court's Order at Docket No. 644 to report on plans for the Puerto Rico Police Bureau Academy. (See Docket No. 655).

4. In the Aforementioned motion, defendants informed the Court that there are no plans to make any changes in the Police Academy in the foreseeable future. If and when the Commonwealth initiates plans to make changes in the Police Academy, the USDOJ and TCA will be informed on the matter. (*Id.*)

5. On December 4, 2017, this Honorable Court noted Defendants Motion at Docket No. 655, but reasoned that the term "foreseeable future" was too vague. (*See* Docket No. 658).

6. Thus, the Court ordered defendants to answer: "1) [If] PRPB and/or Commonwealth is considering having a private institution operate the academy, or is that idea no longer feasible? 2) If the commonwealth intend to operate the academy in Gurabo anytime in 2018? If so, what plans are in the horizon with tentative dates."

7. Consequently, in compliance with the Court's order, defendants inform that the Government of Puerto Rico has received an unsolicited proposal for a Public-Private Partnership to operate the Academy, but at this moment there are no plans to have a private institution operating the Academy. It is important to note, however, that the Agreement allows for a private institution to operate the Academy as long as that institution complies with provisions included therein.  However, as previously stated, no decision has been made as to whether the Government of Puerto Rico will accept said proposal. If this changes, we will inform accordingly, as per Docket No. 677.

8. The PRPB will commence its retraining and training sessions early in 2018, after January 15, 2018. Whether or not there is a new academy will depend on the financial resources available and compliance with the Fiscal Plan under the PROMESA Act.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record. It is also certified that the Governor's Personal Representative ("GPR") has knowledge of the present motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on December 15, 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188

3

[joeltorres@justicia.pr.gov](mailto:joeltorres@justicia.pr.gov)