# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                    **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

## RESTRICTED[1] MINUTE AND ORDER

On this date the undersigned held a further *in camera* conference on this date. Present for the Commonwealth were PR DOJ attorneys Susana Peñagarícano Brown and Joel Torres. Present for US DOJ, via telephone, were attorneys Luis Saucedo and Brian Buehler.

The parties agreed and the Court hereby ORDERS that the administrative investigation of Col. Clementina Vega be returned to the SARP. Accordingly, the PRPB shall proceed with the matter as provided by law, and the Commissioner may also take any further measures consistent with this order.

This ruling also applies to any other PRPB officers referred to the SIB versus the SARP. It appears that there is only one such other case.

By virtue of the agreement reached between the parties, neither they nor the Court, express any position as to the merits of the administrative procedures at the SARP level.

---

[1] The parties, on or before January 23, 2018, shall jointly inform the Court what documents should be redacted and unrestricted and/or continue in restricted mode.

**Civil No. 12-2039 (GAG)**

The Commissioner of the PRPB shall immediately inform Col. Vega and other officer that this administrative investigation shall continue at the SARP.

Additionally, the Court expressed its concern as to how the unprecedented police abstention could greatly affect the Reform  US DOJ was instructed to file on or before January 5, 2018 a restricted memorandum outlining all issues as to this matter.  PRPB and PR DOJ will in turn be able to address the same when the parties and TCA meet the week of January 22, 2018.

Finally, the Court commends all counsel for their zealous and responsible efforts in the present matter.

Copy of this order shall be provided by PR DOJ to the Secretary of Public Safety, Commissioner of the Police and Governor's Personal Representative.  They shall be informed that the order is restricted at this time.

**SO ORDERED.**

In San Juan, Puerto Rico this 20th day of December, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge