# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>     v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 12-cv-2039 (GAG/PG) |

## UNITED STATES' MOTION SUBMITTING REDACTED COPY OF JOINT INFORMATIVE MOTION AND STIPULATION AT DOCKET NO. 673

COMES NOW, Plaintiff, the United States of America, in compliance with this Court's Order of December 15, 2017 (ECF No. 677), and respectfully submits a redacted copy of the Joint Informative Motion and Stipulation Regarding Docket Entries 648 and 651 (ECF No. 673) for viewing in unrestricted mode. The Parties filed the Joint Information Motion and Stipulation to address potential instances of noncompliance with regulations approved under the Agreement for the Sustainable Reform of the Puerto Rico Police Department (ECF No. 60) concerning the handling of administrative complaints against employees of the Puerto Rico Police Bureau.

WHEREFORE, the United States respectfully requests that the Court accept the attached submission, which has been redacted for viewing on the case docket in unrestricted mode.

Respectfully submitted, this 20th day of December, 2017,

                                              JOHN M. GORE
                                              Acting Assistant Attorney General

                                              STEVEN H. ROSENBAUM
                                              Chief

*s/ Luis E. Saucedo*
TIMOTHY MYGATT
Deputy Chief
LUIS E. SAUCEDO (G01613)
Counselor to the Chief
BRIAN BUEHLER
LYNDA GARCIA
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that on the 20th of December, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record and the Technical Compliance Advisor on the service list to be served by electronic means.

*s/Luis E. Saucedo*
LUIS E. SAUCEDO (G01613)
Counselor to the Chief
