

# GOBIERNO DE PUERTO RICO

**Autoridad para el Financiamiento de la Infraestructura de Puerto Rico**

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

| | |
|---|---|
| Fecha: | 1/1/2018 |
| Factura #: | 2018-0324 |

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 1/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total: | $3,000.00 |

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.



---

| | |
|---|---|
| ID Cliente | TCAPR |
| Nombre Cliente | TCAPR Corp. |

| | |
|---|---|
| Fecha: | 1/1/2018 |
| Factura #: | 2018-0324 |

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 1/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

**Favor de remitir su pago con este talonario a la dirección postal:**
**P.O. Box 41207 - San Juan, PR 00940-1207**
**ó entregar físicamente en:**
**Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey**

| | |
|---|---|
| Sales Tax: | $0.00 |
| Total: | $3,000.00 |





Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde tu celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

| | |
|---|---|
| Factura | 12/04/17 |
| Cuenta | 769528798   2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de   3 |



## Para nosotros eres lo más importante

**Ahora puedes resolver desde tu celular o tablet con**



**Mi Claro PR!**

Podrás:
• Ver y pagar facturas
• Acceder información básica de tu plan
• Ver consumo de data, voz y mensajes de texto
• Chatear en línea

Hacer:
• Pagos con ATH
• Regalar data a familiares y amigos
• Cambiar y actualizar tu plan fijo en adición a móvil

### Claro Chat

**Chatea en vivo con un representante de servicio.**

Accede desde claropr.com o en nuestra aplicación **Mi Claro PR.**

La Comisión Federal de Comunicaciones notificó que el nuevo factor de contribución al Fondo de Servicio Universal Federal (FUSC) correspondiente al cuarto trimestre de 2017 será de 0.188 o un 18.8 por ciento.

El cargo por concepto del recobro de acceso (ARC) será de $0.51 para línea residencial y pequeños negocios, y de $1.06 para multi-líneas y líneas de Gobierno.

The Federal Communications Commission notified that the new contribution factor to the Federal Universal Service Fund (FUSC) for the fourth quarter of 2017 will be 0.188 or 18.8 percent.

The charge for the access recovery (ARC) will be $ 0.51 for residential and small businesses, and $1.06 for multi-line and government lines.

| | |
|---|---|
| Balance Anterior | $ 189.70 |
| Pagos Recibidos - ¡Gracias! | $ 0.00 |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO** 12/03/17 | $ 189.70 |
| **PAGUE INMEDIATAMENTE** | |

**CARGOS/CRÉDITOS POR SERVICIOS**

| | |
|---|---|
| **FIJO** | $ 188.30 |
| **TOTAL** | $ 188.30 |
| **TOTAL DE CARGOS CORRIENTES** | $ 188.30 |
| **TOTAL A PAGAR*** | **$378.00** |

**FECHA VENCIMIENTO 01/02/18**

**\*AVISO DE SUSPENSIÓN:** Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana.  Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

---

Por favor, desprenda este talón y devuélvalo con su pago.



| | |
|---|---|
| Factura | 12/04/17 |
| Cuenta | 769528798   2 |

**FECHA DE VENCIMIENTO**   01/02/18

**TOTAL A PAGAR**   **$378.00**

**CANTIDAD ENVIADA**

•Accede tu cuenta
•Paga tu factura
•Chatea online



¡Nuevo!



Para ver el detalle de su factura visite https://ebill.claropr.com

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000037800  70401

**RRG**
RR Group PSC

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice

Bill to:

**TCAPR, CORP.**

Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4427 |
|---|---|
| Date: | 12/28/2017 |
| Amount due (U.S. $): | 1521.52 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement December 2017: Monthly and Year -End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
| Expense | USPS certified mail return receipt. | 2.00 | 6.59 | 13.18 |

Total: $    1521.52