# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

        Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,    No. 12-cv-2039 (GAG)

        Defendants.

## Request for Approval and Payment of Expenses

TO THE HONORABLE COURT,

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for December 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | N/A | N/A |
| Marcos Soler | $3,900.00 | December 14, 2017 to December 16, 2017 |
| John J. Romero | N/A | N/A |
| Alan Youngs | N/A | N/A |
| Scott Cragg | N/A | N/A |
| Alejandro Del Carmen | N/A | N/A |
| | **Subtotal** | 3,900.00 |
| **Telework** | | |
| Gerard LaSalle | N/A | December 2017 |
| Linda V. Navedo | $9,100.00 | December 2017 |
| Rafael E. Ruíz | $1,762.50 | December 2017 |
| Marcos Soler | $5,200.00 | December 2017 |
| John J. Romero | $7,500.00 | December 2017 |
| Alan Youngs | $2,100.00 | December 2017 |
| Scott Cragg | $3,600.00 | December 2017 |
| Alejandro Del Carmen | $3,900.00 | December 2017 |
| | **Subtotal** | **$33,162.50** |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | | |
|---|---|---|---|
| Alfredo Castellanos | $1,562.50 | | December 2017 |
| Federico Hernandez Denton | $2,437.50 | | December 2017 |
| Antonio Bazán | $5,531.25 | | December 2017 |
| | Subtotal | $9,531.25 | |
| Jose Pujol | $3,225.00 | Hours worked on planning, preparing, and conducting assessments. Work in meetings related to assigned assessments. | |
| | Subtotal | $3,225.00 | |
| Car Expenses | | | |
| Gasoline | $238.00 | | December 2017 |
| Tolls | $60.00 | | December 2017 |
| Car Maintenance | $300.00 | | December 2017 |
| | Subtotal | $598.00 | |
| Office Supply | | | |
| Printer toner | $180.00 | | |
| | Subtotal | $180.00 | |
| | | | |
| | ($1,175.00) | | |
| Please see attachment 1 | Subtotal | (1,175.00) | |
| | | | |
| | | | |
| | Total | $49,421.75 | |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $49,421.75, the total amount of the monthly expenses, for the month of December 2017.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $49,421.75, the total amount of the expenses for the month of December 2017.

In San Juan, Puerto Rico, this day January 4, 2018.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.