**Attachment #1**

**Reconciliation TCA Office Invoices to**

Following the established protocols, the TCA Office presents its Request for Payment of Monthly Expenses to the Honorable Court to cover tis operating costs. Because invoices can are adjusted from time-to-time or due to clerical mistakes, the TCA Office has over and under billed some Core Team expenses and/or operating costs to the Honorable Court in recent months. The net effect of these over/under billings is a credit of **$1,175.00** to the favor of the Honorable Court; amount that is to be <u>deducted from the next TCA Office Request for Payment</u>.

The table below lists the amounts over/under billed, and the net credit:

| | |
|---|---|
| Core Team Member (Del Carmen): | $ 25.00 |
| Core Team Member (Linda Navedo): | $ 1,800.00 |
| Core Team Member (Alan Young): | $ (700.00) |
| Core Team Member (Marcos Soler): | $(2,300.00) |
| Net Credit Adjustment: | $(1,175.00) |