12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of December.

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA and Constitutional Lawyers actively participated in the discussion for the compliance of the Joint Proposed Timetable. The TCA Office submitted the draft of the Preliminary Special Report on Crown Control Events and submitted the preliminary draft of the Six Month Report. The TCA also participated in different conference calls: policy discussions, Paragraph 253 monthly meeting and police absenteeism.

The following General Order were reviewed: General Order: Compilation, analysis and dissemination of Criminal Intelligence (CRADIC); General Order 600-610: Recording of Public Events; General Order 600-627: Investigation of Domestic Violence Incidents; General Order 100-118: Functions and Responsibilities of the Domestic Violence Division; Geeral Order 100-122: Bureau of Drugs, Narcotics, Vice Control and Illegal Weapons; General Order 600-613: Division of Cyber Crimes and Rules to request, intervene and process the activities and the electronic equipment related with the crime commission; General Order 100-124: Internal Authoring Office; Administrative Order 2016-4: Investigation of Domestic Violence Incidents Involving Employees; Administrative Order 2017: Rules and procedures for the implementation of Training and Re-Training; MO-OAI17: Procedures Manual of the Internal Audit Office; Formulario PPR: Preliminary Draft of the Crime Scene; and the Regulation of the Rank System of the Bureau of Puerto Rico Police.

Lastly, all administrative actions were completed, including but not limited to: meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation of the Annual Finantial Statement.