# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2017
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **December/2017**, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work session for the distribution of policies sent by the PRPD, corresponding to the month of November/2017, to be reviewed in December/2017; reading and review of electronic mail; telephone calls for the follow-up of pending matters, among other responsibilities. (8.0 hrs) | N/A | X | 1-2/December | |
| Assistance to the San Juan Judicial Center as observer for Coronel Salvá court hearing, with Antonio Bazán and Eric Guzmán; working session in the TCA Office the review of policies assigned; work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD, among other matters. Reading, reviewing and analyzing documents sent by the TCA; follow-up of outstanding issues; among other matters. (16.0 hrs) | N/A | X | 3-9/December | |
| Previous preparation, assistance and participation in telephone conference for review and discussion of the General Order of SARP, SARP Regulations, SARP Manual and General Order of Crime Mapping; draft document to Dr. Alex Del Carmen; follow-up on the sending of the clarifications of the revised policies, as agreed; draft for the TCA's Six-Month Report; · work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD, among other matters. | N/A | X | 10-16/December | |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| (28.0) | | | | |
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD; reading and review of documents related to the policies related to internal audit of the Police of Puerto Rico; participation in telephone conference with the TCA Arnaldo Claudio, Antonio Bazan, Eric Guzman, Luis Saucedo, Brian Seth, in relation to the situation of absenteeism of the agents of the PRPD; among other matters. (8.0 hrs) | N/A | X | 18-22/December | |
| Work session for the drafting of the revision of the policies related to internal audit; start with the preparation of the agenda of the visit of the Core Team, corresponding to the month of January/2018, among other matters. (8.0 hrs) | N/A | X | 26-29/December | |
| | | | | |
| | | TOTAL OF BILLABLE HOURS (60.66 @ $150): | | $9,100.00 |
| | | | TOTAL TO BE BILLED: | $9,100.00 |
| | | | TOTAL HOURS WORKED "PRO BONO": 7.34 HOURS | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
December 29, 2017

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA                                      Date: _____, 201__
President
TCAPR Corp.

2

**Rafael E. Ruiz**
610 Pleasant St
Canton, MA 02021
Phone 617-759-9156

# INVOICE

#2017-12

DATE:12-31-17

TO:

TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:

Services on: Dec 1st – Dec 31st 2017

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| December 3, 2017: Preparation of CT Summary Report for TCA 7th 6-Mo Report | 3.5 hrs. | $150/hr. | $525.00 |
| Review, Research, Report Preparation of PRPB Regulation on Rank System | 7.25 hrs. | $150/hr. | $1087.50 |
| Review of PRPB Policy 600-626 Intervention with Foreign Persons | 1 hr. | $150/hr. | $150.00 |
| TOTAL BILLED | | | $1,762.50 |

Signature _Rafael E. Ruiz_____ Date: Dec. 31, 2017

ok  RJ 1/3/2018

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2017
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:      **TCAPR, LLC**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of December 2017, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Final Review of mass demonstrations report (12.0 billable hours) | X | N/A | Saturday through-Sunday, December 2-4, 2017 | (12 @ $150 = $1,800) |
| Work from New York City: Edits for TCA for mass demonstration report administrative matters (10.0 hours) | X | N/A | Wednesday through Friday, December 6-8, 2017 | (10 @ $150 = $1,500) |
| Work from Puerto Rico: Trip to TCA Office, Work on Six-Month TCA Report (21 billable hours, 3 days) | N/A | X | Thursday through Saturday, December 14-16, 2017 | (3 days @ $1,300 = $3,900) |
| Work from Puerto Rico: Trip to TCA Office, Work on Six-Month TCA Report () | X | N/A | Sunday, December, 17 2017 | (8 @ $150 = $1,200) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |
| Work from New York City: Six-Month TCA Report (5 billable hours and 8 non-billable hours) | X | N/A | Saturday-Sunday, December 23-24, 2017 | (5 @ $150 = $750) |
| Work from New York City: Six-Month TCA Report (10 non-billable hours) | X | N/A | Monday, December 25, 2017 | (0 @ $150 = $00) |
| Work from New York City: Six-Month Report (3 non-billable hours) | X | N/A | Tuesday, December 26, 2017 | (0 @ $150 = $0) |
| TOTAL HOURS WORKED: 77.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (21 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (35 HOURS @ $150): | | | | $5,200 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
December 28, 2017

2

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2017.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

December 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 043
FOR PROFESSIONAL SERVICES RENDERED DECEMBER 2017


December 1-31     Reviewed and consolidated site visit notes, June through November 2017
                  Re: report 1.5 hrs.
                  Prepared Executive Summary re: PRPB Response to Hurricane Maria 4 hrs.
                  Prepared Executive Summary re: Use of Force Analysis 4.5 hrs.
                  Reviewed PRPB's 'Preliminary Sketch of a Crime Scene" 1hr.
                  Prepared comments on the above 2 hrs.
                  Reviewed PRPB's revised General Order Chapter 600, Section 601, Rules for
                  Use of Force 2 hr.
                  Prepared comments on the above 1hr.
                  Reviewed PRPB's revised General Order Chapter 600. Section 602, Use
                  and Management of Electronic Control Device 1 hr.
                  Prepared comments on the above 1.5 hrs.
                  Reviewed PRPB's revised General Order Chapter 600, Section 603, Use
                  and Management of Expandable Baton 1 hr.
                  Prepared comments on the above 1 hr.
                  Reviewed PRPB's revised General Order Chapter 600, Section 604, Use
                  and Management of Pepper Spray 1 hr.
                  Prepared comments on the above 1 hr.
                  Reviewed PRPB's revised General Order Chapter 600, Section 605, Report
                  and Investigation of Incidents of Use of Force 2 hrs.
                  Prepared comments on the above 1.5 hrs.
                  Reviewed PRPB's Appendices (A through D) relating to General Order Chapter
                  600, Section 605, Report and Investigation of Incidents of Use of Force. 1 hr.
                  Prepared comments on the above 1 hr.
                  Reviewed PRPB's revised Use of Force Report PPR-854 1hr.
                  Prepared comments on the above 2 hrs.
                  Reviewed PRPB's revised General Order Chapter 500, Section 502, Evaluation
                  Boards of Incidents of Use of Force 1.5 hrs.
                  Prepared comments on the above 1.5 hrs.
                  Reviewed PRPB's Use of Force Incident Evaluation Form PPR-921 and Check
                  Sheet of Investigative File of Use of Force Incident Form PPR-922 .5 hrs.
                  Prepared comments on the above two forms 1 hr.

Reviewed PRPB's revised General Order Chapter 100 (no section), Center
for the Collection, Analysis and Dissemination of Criminal Intelligence 1.5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's Manual for Regulations of the Rank System of the Puerto Rico
Police Bureau 4 hrs.
Prepared comments on the above 3.5 hrs.
Participated in Conference Call of December 11, 2017 re: Crime Mapping Policy,
Early Warning System Policy, Early Warning Manual 1.75 Hrs.
Reviewed PRPB's revised General Order Chapter 100, Section 113, Division of
Investigations of Incidents of Use of Force (FIU) and Form PPR-932.  1.25 Hrs.
Prepared comments on the above 1 hr.

**TOTAL HOURS:     50 HOURS    0 MINUTES.**

**BILLABLE HOURS:     50 HOURS    0 MINUTES AT RATE OF**

**$150 PER HOUR = $7,500**

**TOTAL: $ 7,500**

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

December 31, 2017

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED DECEMBER 2017

December 1-31

Reviewed and prepared report for PRPD on rank structure – 8 hours

Reviewed and prepared report for PRPD on Training and In-service Training
5 hours

Reviewed TCA 6 month document 1 hour

**TOTAL HOURS:   14 HOURS**

**BILLABLE HOURS  14 HOURS AT RATE OF $150 PER HOUR = $2,100**

**TOTAL: $2,100**

**INVOICE FOR PROFESSIONAL SERVICES; DECEMBER 1 – DECEMBER 27, 2017**
SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of December 2017 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| Emails and telcons with monitors (Linda, John, DelCarmen), DoJ, reforma | 3.5 | | | 525.00 |
| General Order Cyber Crimes (translate, review, analysis, recommendation, crosswalk with other documents), telcons with monitors | 5.25 | | | 787.50 |
| General Order Criminal Analyisis (translate, review, Analysis, recommendation) | 4.50 | | | 675.00 |
| Policy review telcon with Reforma and DoJ | 1.75 | | | 262.50 |
| 6 month report-consolidation of prior reports, editing and finalizing for Marcos | 8.50 | | | 1275.00 |
| Research | 0.50 | | | 75.00 |
| Total hours US | 24.00 | | | |
| | | | | |
| TOTAL OF BILLABLE HOURS @ $150 | | | 24.00 | $3,600 |
| | | | FEE | $3,600 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team


I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

1

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**        785549

## INVOICE

**Customer**

| | |
|---|---|
| Name | TCAPR Corporation |
| Address | 268 Munoz Rivera |
| City | San Juan          PR          ZIP  00918 |
| Phone | |

| | |
|---|---|
| Date | 12/20/17 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|-------|-------------|-----------|-------|
| 19.5 | Review/Policies (Programa de Infor.Publica, OG of SARP, Reg. Re | $150.00 | $2,925.00 |
| 6.5 | Emails, calls, review of documentation | $150.00 | $975.00 |

| | | |
|---|---|---|
| | SubTotal | $3,900.00 |
| | Shipping & Handling | |
| Taxes | State | |
| | **TOTAL** | $3,900.00 |

Signature:

Office Use Only

oc  &  1/3/2018

Jose L. Pujol
Investigative Consultant
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2017-08**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments.  The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 11/28/2017 | **7 hrs.** 09:30 am to 05:00 pm (minus 0.5 hr. lunch) | Working on the Assessment Report. |
| 11/29/2017 | **7 hrs.** 09:15 am to 04:45 pm (minus 0.5 hr. lunch) | Working on the Assessment Report, and reviewing the Report with Counsel Antonio Bazan |
| 11/30/2017 | **9 hrs.** 09:00 am to 06:45 pm (minus 0.5 hr. lunch) | Working on the Assessment Report, and reviewing the Report with Counsel Antonio Bazan |
| 12/01/2017 | **6.5 hrs.** 09:00 am to 04:00 pm (minus 0.5 hr. lunch) | Working on the Assessment Report, and reviewing the Report with Counsel Antonio Bazan |
| 12/03/2017 | **12.5 hrs.** 08:45 am to 09:45 pm (minus 0.5 hr. lunch) | Reviewing and analyzing all PRPB's After Action Reports, and watching and analyzing all video recordings contained in the nine (9) DVDs delivered by the PRPB on 12/01/2017. Updating the Assessment Report with all findings. (At home). |
| 12/04/2017 | **6 hrs.** 09:30 am to 04:00 pm (minus 0.5 hr. lunch) | Working on the Assessment Report. |
| 12/05/2017 | **3 hrs.** 09:00 am to Noon | Working on the Assessment Report. (At home). |
| 12/06/2017 | **4.5 hrs.** 12:30 pm to 05:00 pm | Working on the Assessment Report, and working with Counsels Federico Hernandez-Denton and Antonio Bazan, watching several of the recordings provided by the PRPB. |

| 12/07/2017 | **4.5 hrs.** 08:45 am to 01:15 pm | Working on the Assessment Report, and working with Counsels Federico Hernandez-Denton and Antonio Bazan conducting interviews of CRADIC personnel. |
| 12/08/2017 | **3.5 hrs.** 07:00 pm to 10:30 pm | Conducting final review of the Assessment Report and sending the report to Linda Navedo, Esq. (At home). |
| 12/12/2017 | **1 hr.** 09:45 am to 10:45 am | Preparing report for Dr. Marcos Soler and sending report to him. (At home). |
| | | |
| 12/2x/2017 | **64.5 hrs.** Total hrs. billed | **64.5 hrs.** x $50.00= **$3,225.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Jose L. Pujol

CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER:  37
INVOICE DATE:  DECEMBER 26, 2017

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-01-17 | Police Reform-Puerto Rico | Several communications with TCA Claudio, communications with the Court in compliance with TCA standard requirements, review of several communications between the parties, conference call with Hernández Denton, Esq.; review of Motions | 7.00 | $125.00 | $875.00 |
| DEC-11-17 | Police Reform-Puerto Rico | Several communications with TCA Claudio, Hdez Denton, Esq. | 1.00 | $125.00 | $125.00 |
| DEC-18-17 | Police Reform-Puerto Rico | Several communications with TCA Claudio, communication with the Court in compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| DEC-19-17 | Police Reform-Puerto Rico | Review and exchange of several communications | 1.50 | $125.00 | $187.50 |
| DEC-22-17 | Police Reform-Puerto Rico | Communications, monitor badges and related matters | 1.00 | $125.00 | $125.00 |
| | | Total hours for this invoice | 12.50 | | |
| | | Total amount of this invoice | | | $1,562.50 |

olc  [signature]  1/3/2018

Page 1 of 1

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

December 27, 2017.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **12-1-2017** | Reading of several motions to US District Court, Orders by the Court and emails sent by PRDOJ, DOJ and TCA and conference call with a TCA and CL Lawyers | **3** |
| **12-4-2017** | Reading of Court Order issued December 4, 2017, email from TCA to PRDOJ Joel Torres concerning videos needed by investigation by Pujols and conference call with TCA. | **.5** |
| **12-6-2017** | Meeting with Pujols and CL Lawyer a Bazan – Review of materials needed to complete investigation of crowd control events. | **3.5** |
| **12-7-2017** | Meeting with PRDOJ Joel Torres and PRPD Officers to interview officers involved in crowd control events. | **3** |
| **12-7-2017** | Review and preparation of minutes of interviews conducted in the morning to be sent to TCA and conference call with Pujols and CL Lawyers Bazán. | **3** |
| **12-9-2017** | Receiving, reading and analysis of several motions of DOJ and PRDOJ in compliance with Court Orders. | **1** |

| | | |
|---|---|---|
| **12-11-2017** | Receiving, reading and analysis of motion submitted by DOJ and PRDOJ in response to Court Order and conference call with CL Lawyers and TCA. | **1.5** |
| **12-12-2017** | Reading of documents for conference call with TCA-Attorney client privilege. | **2.5** |
| **12-18-2017** | Review of situation absenteeism in the PRPD and implications for Reform, conference call with TCA and preparation of recommendations to TCA. | **1.5** |
| | **TOTAL BILLED HOURS:** | **19.5** |
| | **TOTAL:** | **$2,437.50** |

_____
Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

December 27, 2017.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2017-12**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of December, 2017.  **The Statement also includes the last three days of the month of November where the undersigned revised and provided advice to Mr. Jose Pujol on the redaction of his Assessment on Crowd Control and Use of Force.**

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 11/28/2017 | **3.00 hrs.**  1:30 to 4:30 pm | Review, advise and redaction of document-Pujol |
| 11/29/2017 | **6.00 hrs.** 10:00 am to 12:00N & 1:30 to 5:30 pm | Review, advise and redaction of document-Pujol |
| 11/30/2017 | **5.50 hrs.** 10:00 am to 12:00 N & 1:30 to 5:00 pm | Review, advise and redaction of document-Pujol |
| 12/01/2017 | **3.75 hrs.** 10:00 am to 12:00 N & 1:30 to 3:15 pm | Review, advise and redaction of document-Pujol |
| 12/04/2017 | **5.25 hrs.**  10:00 to 11:00 am, 2:00 pm to 3:45 pm, 9:30 to 11:30 pm | Meeting at TCA Office, Observer of legal proceeding at Superior Court, Room 904, Review of work on Assessment Re: After Action Reports |
| 12/05/2017 | **4.50 hrs**.  9:30 am to 1:00 pm & 4:00 to 5:00 pm | Meeting at PRPD on discussion of 9 redlines on Use of Force, GO, Chapter 600, Section 605, GO 600, Section 604, GO 600, Chapter 603, GO 600, Chapter 602, GO 600, Chapter 601, Evaluation Forms PPR 921 & 922, Use of Force Report PPR-854 |
| 12/06/2017 | **1 hr.**  2:00 to 3:00 pm | Meeting at TCA Office |
| 12/07/2017 | **4:00 hrs.**  9:00 to 11:00 am & 2:00 to 4:00 pm | Interview at TCA Office of CRADIC personnel (Albino & Lt. Bocanegra) and Observer at Superior Court Proceeding, Room 904 Injunction |
| 12/11/2017 | **1.25 hrs.** 2:30 to 3:45 pm | Telephonic discussion/review of policies titled Investigator's Manual and Complaints Rules |

| 12/12/2017 | **.75 hrs.** 3:30 to 4:17 pm | Paragraph 253 discussion |
|---|---|---|
| 12/13/2017 | **2.50 hrs.** 1:00 to 1:30 pm and 2:30 to 5:30 pm | Review and advice on policy regarding Information Programs (A. Del Carmen) |
| 12/15/2017 | **5.25 hrs.** 5:00 to 8:15 and 9:00 to 11:00 pm | CRADIC and G.O.600 Section 610, review of 2 redlines, advice and preparation of recommendations. |
| 12/22/2017 | **1.50 hrs.** 11:00 to 12:00 N & 2:30 to 3:00 pm | Conf. Call with USDOJ/TCA and preparation of summary of call pursuant to Court Docket |
| 12/27/2017 | **44.25 hrs.** Total hours billed | 44.25 hrs. x $125.00=$5,531.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

> *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok
1/3/2018

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #05 | | 40.00 |

| | Subtotal | 40.00 |
| | Tax | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1024578
CSH: 9
12/05/17 14:42:55

TO GO STORES
CAGUAS
787-798-6434 x.319
000000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #06 | | 10.00 |

| | Subtotal | 10.00 |
| | Tax | 0.00 |
| **TOTAL** | | **10.00** |
| | ATH $ | 10.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019   TILL XXXX DR# 1 TRAN# 1045408
CSH: 25
12/04/17 16:30:50

## PUMA 212

san juan .

**Fecha: 12/15/2017 12:06 PM**
**Cajero: Randy Ortiz**
**Trans No. 263357**
**Batch No. 960**
Cnt  UPC/PLU   Descripción

| Combustible | Combustible Subtotal 4 | |
|---|---|---|
| 1 | $40.00 | $40.00 |

| Subtotal: | $40.00 |
|---|---|
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $40.00 |
| Cash: | $40.00 |
| Cambio: | $0.00 |

Thank you for your business!

**CONTROL: NO DISPONIBLE**
**ST**

BIENVENIDOS A
FOOD & GAS S.STA.

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#01 | | 40.00 |
| | Sub Total | 40.00 |
| | MUN | 0.00 |
| | EST | 0.00 |
| TOTAL | | 40.00 |
| | CASH $ | 40.00 |

THANKS,COME AGAIN
GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01   TRAN# 11806
11/28/17  14:55:40          ST# P0601

TO GO STORES
GURABO
19
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #11 | | 30.00 |
| | Subtotal | 30.00 |
| | Tax | 0.00 |
| TOTAL | | 30.00 |
| | ATH $ | 30.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1029262
CSH: 7              12/02/17 14:10:18

TO GO STORES
CAGUAS
787-798-6434 x.319
000000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #10 | | 18.00 |
| | Subtotal | 18.00 |
| | Tax | 0.00 |
| TOTAL | | 18.00 |
| | CASH $ | 18.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019  TILL XXXX DR# 1 TRAN# 1045343
CSH: 3              12/20/17 10:57:00

FABR PETROLEUM
787 296-4901

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#07 | | 60.00 |
| | Sub Total | 60.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| TOTAL | | 60.00 |
| | CASH $ | 60.00 |

THANKS,COME AGAIN
REG# 0001 CSH# 007 DR# 00   TRAN# 13691
12/26/17  17:18:32          ST# AB123

CONTROL: MANUL-BFF8F
ST



Recibo de Recarga

www.autoexpresso.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9279
11/29/17 12:04:58

Numero de Cuenta:          AC 03579521
Cantidad de Pago:       $      40.00
Metodo de Pago:                Efectivo
Balance:                $      39.40

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpresso.com

PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

DATE             TIME
Dec 05.17        12:43:14        F PAID
BATCH            TERMINAL ID     MERCHANT ID
000022           87860310        8788109/0s801

PREPAID CASH

PP DARRYN
62/DARRYN (1410

AUTH. CODE: 0APM02        INVOICE: 006500
                          TRACE  :006539

TOTAL      $      20.00

SIGNATURE: _____

APPROVED
20.00

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



**CORREA**
TIRE DISTRIBUTOR
www.correatire.com

P.O. Box 850, Vega Alta, P.R. 00692
Carr. No. 2 Km. 26.7 Espinosa
Dorado, Puerto Rico 00646
Tels. (787) 626-1111, 883-4105
Fax: (787) 626-1118

Mercedita Industrial Park
Carr. Estatal #1, Km. 121.9
Ponce, Puerto Rico 00715
Tel. (787) 812-6511
e-mail: correatire@futuree.com

**ORDEN DE VENTA** 14235

Tire Expert Solutions, Inc.    FECHA  2 / Nov / 17

VENDIDO A: T S A P R  CORP. (Monitor Federal Policia)
787-765-2269
Contacto: Josue López #

ENTREGADO A: 268 Ave. Muñoz Rivera
Edif. Seaborn Suite 1001
San Juan, P.R. 00920

| VENDEDOR | NUMERO DE CLIENTE | | CLIENTE PO | ENVIADO POR | FECHA ORDEN | |
|---|---|---|---|---|---|---|

| CANTIDAD ORDENADA | CODE | DESCRIPCION | | | PRECIO UNIDAD | TOTAL |
|---|---|---|---|---|---|---|
| 2 | | 245/55R19 Landsail LS588 | | | 134.53 | 269.06 |
| 2 | | Montura | N/C | | c | c |
| 2 | | Balanceo | N/C | | c | c |
| | | | | | | |
| 1 | | | | | | |

Toyota Highlander Blanco 2015
Tab. IVU-032
Mill 23,395
CASH
COPIA CLIENTE
PAID
NOV 02 2017
TIRE EXPERT

| | | | | | 269.06 | |
| | | | | IVU | 30.94 | |

**VENTAS AL POR MAYOR Y AL DETAL**
• Venta de químicos automotrices
• Recauchamiento preparado
• Venta de gomas y tubos
• Venta de equipo automotriz
• Venta de todo tipo de aros
• Todo tipo de baterías

**SERVICIOS**
• Alineamiento electrónico para autos y camiones
• Balanceo electrónico para autos y camiones
• Montura de todo tipo de gomas

**Total ➜** 300.00

Victor

COMENTARIOS: Precio at por Silverio Gomes New book

FIRMA DEL VENDEDOR
Victor

FIRMA DEL CLIENTE
Josué López

PEDRO C. RIVERA
TEL 403-1657 / 793-0680
ELEMI 109 ALT. STA. MARIA GUAYNABO, P.R. 00969



**INVOICE**

Customer

NOMBRE   *TCAPR*

TELEFONC

RECIBIDO   *12/1/2017*
REPARADO
LLAMADA
ENTREGA

| Qty | Description | Unit Price | TOTAL |
|-----|-------------|------------|-------|
| 1 | TONER LexMARK 604H | | 180⁰⁰ |
| | | Deposito | 90⁰⁰ |
| | PAID 12/19/2017 | Balance | 90⁰⁰ |
| | | | |
| | | SubTotal | |
| | | TOTAL | 180⁰⁰ |

OK   1/3/2018