**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

**INFORMATIVE MOTION REGARDING THE RESIGNATION OF THE POLICE COMMISSIONER**

**TO THE HONORABLE COURT:**

  **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

  1. On January 8, 2018, the Governor of Puerto Rico accepted the resignation of Coronel Michelle Hernández de Fraley as Commissioner of the Puerto Rico Police Bureau.

  2. The Governor commended Hernández de Fraley's effort during the first year of his administration and recognized that Col. Hernández de Fraley will go down in history as the first woman to be in charge of the Puerto Rico Police Department.

  3. The Governor of Puerto Rico has appointed Lieutenant Coronel Henry Escalera as interim Police Commissioner while a process to recruit the best possible candidate to take command of the Bureau betides.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on January 10, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov