UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et. al.**<br><br>**Defendants.** | CIVIL NO. 12-2039 (GAG)(PG) |

**EXTENSION OF TIME TO SUBMIT MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 679**

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

1. On December 15, 2017, in compliance with the Court's Order at Docket No. 658, Defendants informed that the Government of Puerto Rico had received an unsolicited proposal for a Public-Private Partnership to operate the Academy, but that at that moment there were no plans to have a private institution operate the Academy. Moreover, Defendants informed that the Agreement allows for a private institution to operate the Academy as long as that institution complies with provisions included therein. (*See* Docket No. 678).

2. On December 18, 2017, this Honorable Court issued an order for the Commonwealth to file an informative motion on changes on the Police Academy on

January 15, 2018 and on the 15th of every month thereafter with the approval of the GPR. (*See* Docket No. 679).

3. However, in order to give the most accurate information to the Court, the Commonwealth will need a brief extension of time of 2 days to comply with the Court's Order at docket no. 679.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and grant this instant motion for an extension of time.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on January 16, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188

.

3

joeltorres@justicia.pr.gov