IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | CASE NO. 12-2039 (GAG) |

## MINUTE AND ORDER

The undersigned held an in camera conference on this date, together with United States Senior District Judge Juan.M. Pérez-Giménez

Present for the PRPB were PR DOJ attorneys Susana Peñagarícano Brown and Joel Torres, Col. Clementina Vega, Col, and the Governor's Personal Representative, Alfonso Orona.  Present for US DOJ, was attorney Luis Saucedo. For the Monitor's office. Col. Arnaldo Claudio, Technical Compliance Advisor, Antonio Bazán and Alfredo Castellanos were in attendance.

The Court discussed with the parties and the TCA the agenda and pending matters for 2018. The Court ordered the parties to continue meeting with the TCA and to agree to the resolution of any and all pending matters.

The Court notes the GPR's desire and commitment to promptly address and resolve the pending matters.

The parties should expect a further Status Conference to be set at some time after March and the next public hearing will take place May or June 2018 at a date to be announced.

**SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of January, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge