# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

**EXTENSION OF TIME TO COMPLY WITH THE COURTS ORDER AT DOCKET 681**

**TO THE HONORABLE COURT:**

    **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

    1.    On December 20, 2017, this Honorable Court ordered the parties to file, on or before January 23, 2018, a joint motion informing the Court on what documents should be redacted and unrestricted and/or continue to be in restricted mode. (*See* Docket No. 681).

    2.    On January 22, 2018, the Parties met and discussed the above mentioned motions. However, the Parties need more time evaluate all of the documents that were discussed.

    3.    Consequently, the Commonwealth requests an extension of time of ten (10) days to comply with the Court's Order at docket 681.

    **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and grant this instant motion for an extension of time, until

February 2, 2018, to inform the Court on what documents should be redacted and unrestricted and/or continue to be in restricted mode.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on January 23, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov