# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

## MOTION SUBMITTING INFORMATION IN COMPLIANCE WITH ORDER AT DOCKET 700

**TO THE HONORABLE COURT:**

    **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

    1.    On January 13, 2018, this Honorable Court noted that the Commonwealth was not responsive to the USDOJ's requests for information, likewise to that of the Monitor. The Court instructed the Defendants to provide to USDOJ no later than January 23, 2018, the information requested regarding the 20 areas clearly outlined in its motion at Docket 692, and the 19 areas outlined in the TCA's motion at Docket 691. (*See* Docket No. 700).

    2.    Consequently, in compliance with the Court's Order at docket No. 700, the PRPB hereby submits the information requested by the TCA and USDOJ as **Exhibit 1** and **Exhibit 2**.

    .

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on January 23, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov