**INFORMATIVE MOTION REGARDING OFFICER ABSENTEEISM AT THE PUERTO
RICO POLICE BUREAU**

The Puerto Rico Police Bureau respectfully submit this information pursuant to the Court's January 13, 2018 Order. ECF No. 700. In the Order, the Court noted that the Commonwealth was not responsive to the USDOJ's requests for information, likewise to that of the Monitor. The Court instructed the Defendants to provide to USDOJ no later than January 23, 2018, the information requested regarding the 20 areas clearly outlined in its motion at Docket 692, and the 19 areas outlined in the TCA's motion at Docket 691.

**I.   Discussion.**

In compliance with the Court's Order at Docket No. 700, PRPB provides the information requested by the TCA and USDOJ and responds to questions posed regarding the potential causes of officer absenteeism, the PRPB reports the following:

**A.  Docket 691: TCA's Informative Motion.**

**1.      Substantial reduction in supervisors, particularly sergeants, adversely affects the implementation of the Reform, particularly with respect to the "use of force" as well as the channeling of domestic violence incidents.**

The PRPB recognizes that a reduction in personnel, including sergeants,  has represented a great challenge for the PRPB. However, the Agency handled this situation, by substituting the sergeants with high ranking officers who covered the positions of supervisors, thus, not leaving the PRPB devoid of vital positions like the one of sergeants.

In the months of September thru December of 2017, thirty-four (34) incidents of force use were reported. Of these, twenty-two (22) were referred to the Force Review Board for their recommendation, three (3) investigations are in their respective Police Area, and seven (7) of those complaints are still under investigation. Of the complaints described above, twenty-eight

(28) correspond to a Level-4 use of force, six (6) uses of force were performed by police officer with a rank higher than sergeant, two (2) were against a dog, and two (2) uses of forces are being investigated for apparent criminal conduct.

It is necessary to point out that the majority of the complaints of use of force were duly attended and investigated, so that in the aforementioned months the investigations and the processes in the Agency related to the use of force complaints were not adversely affected. The few cases that were not handled according to PRPB policy were referred to the Auxiliary Superintendence on Professional Responsibility for disciplinary action.

2. **The reduction in the number of members of the force affects the capacity of PRPD to respond to complaints about missing persons and the handling of mentally ill persons.**

All the cases of missing persons after the storms were duly attended to, among all the other efforts of: security escorts, traffic management, etc. The biggest operational obstacle was the collapse of the energy network and the telecommunications network, which affected the entire government and private company and is still affecting our Island to date.

The official records of the PRPB during the period from September 22 to December 31, 2017 reflect that missing persons reports were filed in all Police Areas. The Command Center units of the thirteen (13) Police Areas are responsible for receiving and channeling all calls that are generated by citizens, the 911 System and police officers who require number of complaints and other matters. According to the information gathered through the PRPB Command Center, we can conclude that the receipt of complaints of missing persons and people with mental health conditions were received and properly channeled.

The reports presented by the police contain the dates in which the reported missing persons were subsequently found thanks to the management of the PRPB police officers. The

2

statistics of missing persons from previous years show that the proportion of people who were reported missing and subsequently located turns out to be similar. As a precautionary measure, Colonel Francisco Rodríguez, Auxiliary Commissioner on Criminal Investigations, gave specific instructions regarding the level of priority that was being given to the complaints of missing persons and the corresponding follow-ups that had to be done to corroborate that the missing person had been located. It should be noted that there were regions that presented greater challenges than others. In Arecibo, there was a substantial reduction in personnel; however, the unit continued to operate.

Despite the challenges faced in the face of the severity of the damage to the communications infrastructure and the level of absenteeism presented, the operations of the command centers around the island were able to continue and we were able to verify with the available statistics the number of complaints received.

3. **The reduction in PRPD members results in an increase in the absences of policemen from the courts and a substantial delay that affects the rights of defendants to a speedy trial. Such delays may ultimately cause the dismissal of criminal prosecutions.**

During the period after Hurricane Maria, most of the judicial courts of the Island remained closed until November 2017. On September 28, 2017, the Supreme Court of Puerto Rico, through its digital platform on Facebook, notified which courts they would be dealing exclusively with matters of extreme urgency and the limited time that some Investigation Rooms would. The criminal cases that were at the Superior level, preliminary hearings and trials, would be suspended until further notice.

That event brought with it that the Courts that were not severely affected, had to reschedule all the court dates that were scheduled for the month of September and begin to reschedule court dates starting the month of December. The problem of the lack of

communications suffered in general by the Island prevented that the parties could be summoned effectively in the cases, interested parties and witnesses, PRPB police offices included. As an alternative measure to notify the public when their cases would be scheduled for hearing in Court, the Supreme Court of Puerto Rico maintained weekly communications through social networks such as Facebook and the Judicial Branch webpage, where weekly updates containing information about the courts operation schedule was posted. This, so that the citizens could be informed and were able to communicate directly to the Court to follow up on their cases and know the dates on which they should appear. Claims that the reduction or absenteeism of PRPB police officers resulted in absences from subpoenas to the courts is not correct. Even less, to state that this increase in absences to Courts dates caused a delay that affected the right to quick trial of the accused, could not be farther from the truth. The Supreme Court of Puerto Rico issued Resolution 2017 TSPR 174 entitled, In re: Extension of Terms Before the Passage of Hurricane Maria, that states as follows, "... In view of the weather situation and the risk to life and property that could represent this hurricane, the suspension of work in the Judicial Branch was decreed from Tuesday, September 19, 2017 until further notice. As a result of the foregoing and under the protection of our power to regulate judicial procedures and in accordance with the provisions of Articles 388 and 389 of the Political Code of 1902, P.R. Laws Ann. §§ 72 and 73, tit. 1, all terms that expire on September 19, 2017, and for the duration of the emergency, will be extended until the time conditions permit the resumption of work in the courts and thus be announced."

In response to the seriousness of the devastation left by Hurricane Maria on the Island, the Supreme Court issued a second communication on October 16, 2017, 2017 TSPR 175, in which it notified a second extension of terms. The text reads as follows:

> In response to the status of the courts, electrical service and telecommunications
> in Puerto Rico, as well as the aforementioned plan to resume regular operations in

4

the courts as soon as possible, it provides that the cessation of the terms will end on Friday, December 1, 2017. Therefore, in order to prevent the parties from being unable to present their resources, demands and motions for this situation, it is provided that any term that has expired or that expires between September 19 and November 30, 2017, inclusive, will be extended until Friday, December 1, 2017. This, under our power to regulate judicial proceedings and in accordance with the provisions of Articles 388 and 389 of the Political Code of 1902, 1 LPRA secs. 72 and 73.

The PRPB does not agree with the assessment that there was an increase in absenteeism of PRPB police officers to judicial proceedings. No evidence supports such assertion. On the contrary, our police officers, like the rest of the citizens, were held incommunicado for several months and even then, they fulfilled their responsibility in a masterly manner. There is no statistical data of the Courts in Puerto Rico that shows evidence to support these allegations. It is a fact, that most of the criminal cases that began to be summoned for the month of December, where the accused was summarily imprisoned, had to be suspended on countless occasions because the Department of Correction and Rehabilitation had not brought the inmate to the Court, for various reasons. Not because the PRPB police officers were not present in the courtroom.

4.    **Absenteeism increases the possibility of inadequate response by duty conscious members who are overwhelmed with long work days and additional stress in their jobs.**

The Government of Puerto Rico is aware of the physical and mental fatigue of the police officers in the face of extensive work days and the PRPB commends them for their hard work and dedication. There is the possibility that absenteeism could increase the chances of an inadequate response of a PRPB police officer. However, to conclude that the PRPB's response has been inadequate is uncertain at this moment. The PRPB has no record that responses by police officers have been affected because they feel overwhelmed by work shifts. Among the duties of a PRPB police officer, is to be willing to work shifts that exceed eight (8) hours per day

according to their legal working hours, if the needs of the service warrant it. It has been evident to the people of Puerto Rico that our police officers have exceeded the most demanding expectations for a public servant and thus, deserve our respect.

5. **The Agreement intended to promote public safety by providing PRPD officers with the tools, guidance, and resources that they need to fight crime effectively. The failure in the implementation of the Action Plans regarding training of the force will create a lack of leadership and poor quality of supervision plus an inefficient and untrained force.**

So far, the PRPB has not failed to comply with the training that is being offered. Clearly, hurricanes Irma and María affected the services provided by the Auxiliary Superintendence on Education and Training (SAEA), but training has been renewed and all efforts are being made to comply with the Action Plans.

6. **Failure of a full and sustained implementation of this Agreement challenges directly the notion of a police force that can protect public safety, guarantee individual civil rights and increase public confidence in the police.**

All efforts of the PRPB are aimed at complying with the implementation of the Agreement as a whole. This, despite the challenges we have faced as an institution and as a country.

7. **Interaction with Community Interaction Councils ("CICs") and other community representatives to facilitate regular communication and cooperation between PRPB and community leaders at local level has been directly affected. Community partnerships and problem-solving strategies are basically non-existing today.**

It should be noted that it arises from paragraph 209 of the Agreement for the Sustainable Reform of the Puerto Rico Police (Agreement) that the Citizen Interaction Committees and the PRPB must meet at least once every three (3) months. In compliance with this, we offer information on the status of these meetings in the process of complying with the Order.

Of the Citizen Interaction Committees of the thirteen (13) Police Areas, twelve (12) reported having met on dates close to and prior to the onslaught of Hurricane Maria. Eleven (11) of the Areas met in the month of August and one (1) area in the month of July. Regarding the allegation that we refute today, it is pertinent to note that after the passage of the atmospheric phenomenon through the Island, all the basic services collapsed, including telecommunication services that continue today between non-service and intermittence in the central area of the Island; land access was destroyed and therefore many communities were cut off.

The police officers assigned to work with the Citizen Interaction Committees were reassigned to work in the new reality of a devastated country, so in the months of September and October the Committees were not assembled. Although obviously the country is still distraught, the effort for normality and commitment of the PRPB is evident, achieving that of the thirteen (13) areas resumed communications and held a meeting in November, only a month and a few days after the hurricane. After that, in the month of December another four (4) areas managed to resume communication and met with the Citizen Interaction Committees. The remaining eight (8) areas report scheduled dates to resume meetings between the months of January and February of 2018. The components of these committees, as well as the rest of the citizens, work to recover from the changes and recover normal family life and in their own communities, many from here, others as reported by the Utuado area have left the country. All of the above, however, has not been an obstacle for some areas to participate in the activities of "No Balas al Aire" that took place in December and have participated in the tasks of food collection and distribution.

On the other hand, and according to paragraph 215 of the Agreement, the Community Outreach and Public Information Program requires a minimum of two (2) annual meetings open to the public during the first two (2) years of the Agreement. This Agreement was signed by the

parties on July 17, 2013 so that on July 17, 2015 that requirement was met. However, we note that of the thirteen (13) Police Areas, and prior to the passage of the atmospheric phenomenon the areas of Humacao, Mayagüez and Ponce had already held the first community meeting. The Utuado area had carried them out in full. As previously mentioned, the ordinary functions of the PRPB police officers were transformed before the emergency and the personnel was assigned to the work plan of traffic control, to offer escorts to fuel distribution trucks on the Island, to guard gasoline stations and banks, among other functions. However, PRPB will continue to celebrate the Community Encounters whenever the communities, within their own particularities, are ready to resume these activities. Issues that have been taken into consideration is electrical power, running water and available and fit facilities to celebrate the Community Encounters.

The above shows that the PRPB complied in 2015 with what is required by this paragraph and continues to comply, although it is no longer required of the Agreement. What emerges from the information provided, we understand that the interruptions of these meetings are not related to absenteeism in the PRPB but to the effect of the Hurricane Maria, and even then the requirements of the aforementioned paragraphs of the Agreement were not breached.

**8.    The "Capacity Building Period" is at risk. It requires about 20% of the force to be trained daily to complete this action. With over 80% absent this will be impossible to complete.**

We are aware that the capacity building period may have been disrupted by the unprecedented natural disasters suffered by Puerto Rico during the month of September 2017, following the passage of hurricanes Irma and Maria. However, it is known to this Honorable Court that, during the reported period of police absenteeism, the training at the Academy had been suspended until January 15, 2018.

**9.    Lack of personnel to run training at the Academy.**

The guidelines for the continuation of training and retraining as of January 15, 2108 were established by means of the communiqué OS-1-1-488 Recommended Route to Regain Compliance with Paused Tasks after the Passage of Hurricanes Irma and Maria, October 27, 2017. Course scheduling of each area or superintendence is reported through the delivery of monthly calendars to SAEA. During the period of absenteeism the training was suspended.

**10. Safety and security at the ranges with lack of personnel to run an effective training range.**

After the passage of Hurricane Maria, the second stage of training, the Reduced Light Shooting Qualification Program and Familiarization with the Sig Sauer 556 Rifle, was offered from November 6, 2017 and extended until December 15, 2017.

At the time of the absenteeism, the training was suspended, so they were not affected. First phase of the night shooting of 2018, was resumed on January 15, 2018 until March 9, 2018 in all PRPB shooting ranges.

**11. Only correct, professional training increases office hit probability. Mere qualification shooting does not, and it puts at risk everyone.**

After the passage of Hurricane Maria, the second stage of training for the Reduced Light Shooting Qualification Program and Familiarization with the Sig Sauer 556 Rifle, was offered from November 6, 2017 and extended until December 15, 2017.

At the time of the absenteeism, the training was suspended, so they were not affected. First phase of the night shooting of 2018, was resumed on January 15, 2018 until March 9, 2018 in all the shooting ranges of the NPPR.

**12. Lack of reporting and supervision concerning use of force events. With absent supervisors force reviews and investigations carried out by Force Investigation Units ("FIU") are not being completed and reported.**

*See* answer number 1 of the TCA.

> **Use of untrained National Guard assets to implement safety and security of communities in substitution of police create situations where incidents are not recorded and citizens' complaints are not followed.**

The National Guard was never activated during the period of absenteeism.

**13.     Citizen's complaints are not being processed adequately.**

*See* answer 4(d) of the DOJ.

**14.     Specialized units are all outside the training certifications (K9, Mounted Police, DOT, and SWAT).**

<u>Canine Unit</u>

Despite having been suspended all the training in the PRPB, authorization was requested from Coronel Francisco Rodríguez Ortiz, Auxiliary Commissioner in Criminal Investigations, to restart the weekly training gradually without affecting the service.

For the date of September 18-22, 2017, the Annual Recertification of twenty-two (22) K9 Teams (second group) was scheduled. On January 16, 2018 in communication SAIC-DK9-1-1-008 the SAEA was notified that said recertification was scheduled for the date of January 22 to January 26, 2018 and authorization was requested to use the facilities of the Academy to carry out the same. This communication was sent on January 17, through PRPB email. The weekly training began to be taught as of October 7, 2017, initially offered to the personnel of the North Section (Bayamón) and the East Section, which was concentrated in Bayamón due to the damages suffered in the Las Piedras facilities where they are located. The West and South Sections were incorporated into the training once they were relieved of serving in the Police Areas to which they belong. The K9 personnel participated in the weekly training and were then

assigned to preventive patrols to commercial establishments and places of high criminal incidence. By the beginning of November all the K9 teams had joined the weekly training.

For the date of November 20 and 21, 2017, the physical efficiency test for groups three (3) and four (4) was scheduled, which is a prerequisite for the Annual Recertification. This was also canceled and postponed until March 7 and 8, 2018, date provided by the SAEA.

On October 18, 2017, authorization was requested through communication CAIC-DK9-1-2-230, the authorization to carry out the annual recertification course to five K9 Teams to which a partial withdrawal had been applied during the recertification of the first group offered on the date of August 7 to 11, 2017. These agents did not approve the initial stage of recognition of odors so, as established by the General Order of the Canine Division, they would be granted thirty days (30) to prepare these equipment and expose them again to recertification. In view of the fact that all the training had been canceled and that the dogs that make up these equipment had been retained in the Canine Division, it was requested to provide it in the facilities of the K9 Training Center which, at that date, already had restored electric power and water services, training room, obstacle park and accessible open areas in which the tracking and biting exercises would be conducted. These K9 Teams were recertified during the date of October 22-27, 2017, approving it satisfactorily.

Within other steps taken related to compliance with the requirements of the Agreement, on the date of December 12, 2017, through communications SAIC-DK9-1-266 and SAIC-DK9-1-2-267, the Recertification was requested for the four (4) Instructors of the Division, which expires in the month of April 2018. At the same time, the Recertification of the Training Supervisor (Kennel Master) that expires in October 2018 and the certification as Agent Instructor

was requested. This process is conducted to give time for the identification of the necessary funds.

**Mounted Police**

The SAEA Work Plan includes the manual modifications of the Former Commissioner and it states the extension that we requested for the training that required compliance and training materials. This work plan was processed by motion to the TCA and DOJ by the Commonwealth. The Agency agreed to comply with the training on the dates indicated. Please refer to the last paragraph which requests the one hundred (100) day extension.

On March 5 and 6, 2018, the physical fitness test, PTF-104, will be conducted to the members of the Mounted Division. The Training Committee will begin to meet during the month of February, 2018.

**Tactical Operations Division**

The Committee for the design of the training of the courses for the Tactical Operations Division began to meet on January 12, 2018 until the necessary material was completed. The projections for the culmination of these are:

- DOT 603 Rigid Baton in February 2018

- DOT 604 Tear Gases in March 2018

- REA 625 Crowd Control May to June 2018

- Field Force Operations (FFO) recertification in August 2018

**SWAT**

All SWAT members are trained in the following courses:

- Basic SWAT course (SWAT 101)

- SWAT-PAF Physical Agility Test SWAT Team

- SWAT CONF - Trust Test

- SWAT DD - Distraction Devices

- SWATIROX - Stress Shot

- Regarding the FURA 100 Basic Sniper Course – only a few (all concerning) SWAT members are trained considering the specialty of the course.

**15.    Command and Control of police forces is directly affected.**

The PRPB has no information that the chain of command and control of the PRPB has been directly affected by police absenteeism.

**16.    Reform unit cannot perform its responsibilities under the Agreement.**

The Office of the Reform has been in operation at all times. At the administrative level all the measures were taken to guarantee the continuity of the works. The Implementation and Compliance Section did not have coordinated visits, so no alteration in its programmatic work plans arose. The review and development of policies and procedures have not been stopped and the delivery dates have been met.

**17.    Curriculum development for new policies cannot be accomplished.**

This premise is refuted because it concludes a false fact. On September 4, 2017, the communication 9-17-14-4, Suspension of Training, was issued. Said communication notified the cessation of the courses by the passage of Hurricane Irma until further notice. After that, Hurricane Maria happened. Due to the magnitude of the damage to the Island, all the activities and operations of the SAEA were ceased until Monday, January 15, 2018. During the

aforementioned period, the SAEA personnel, the instructors and support personnel belonging to other Auxiliary Superintendents were distributed in the Police Areas to support operations related to safety and recovery from the atmospheric event. For the foregoing, it is necessary to conclude that absenteeism did not affect the activities or operations related to SAEA, as follows:

- Reconstruction of the Academy.

- Review of the shooting ranges or registration of the personnel trained in them (Activity 1.1 [d] of section V. Objectives of Training Implementation of the Enforcement Area of Use of Force of the Action Plans).

- Coordination of training related to emergencies.

- The determination of the culmination dates of the training or retraining that were renewed on January 15, 2018.

- Review or creation of training related to the Agreement.

- Tasks related to the development of virtual courses.

**18.     Academy is ineffective.**

In order to respond adequately to the TCA's assertion, the PRPB needs more information on the correlation between police absenteeism at this moment and academy ineffectiveness.

**19.     No training at Area Commands.**

*See* answer number 17 of the TCA.

**B. Docket 692: USDOJ's Memorandum on Compliance Issues Related to Officer Absenteeism.**

**1.     The level of absenteeism by officers for each month from December 2016 through December 2017.**

Please find attached, the License Enjoyment Report from December 2016 to December 2017 reported in the electronic assistance system (KRONOS). It is necessary to inform the following:

This data may change since not all Police Areas have an electronic assistance system and in other Areas, as a consequence of service interruptions, such as electricity and internet service combined with the loss of equipment, it has not been possible to keep the data updated. We responsibly inform you of this enormous challenge that we confront. The PRPB commits itself to continue the efforts of validating the absenteeism according to the corresponding licenses to send a certified report that empirically demonstrates the quantity of the same.

**2.      The causes of the current absenteeism.**

The causes for police absenteeism in the PRPB for the relevant period are several: the withdrawal system of the police officers and their change in terms of benefits after the approval of Law 3-2013; that due to the fiscal crisis that we face, for several years, they have not been paid the excess of sick leave after the approval of Law 66-2014; that police officers do not accumulate for social security benefits, among other possible factors.

We understand that all those excused absences are covered under the protection of the Law 26-2017, known as *Law of Compliance with the Fiscal Plan*, which provides that all public instrumentalities are required, in a diligent manner and with strict compliance, with what is established in it. All the necessary adjustments so that the employee can make use of the totality and the sick leave accumulated during any calendar year at the moment in which he needs it. It also establishes that, when an employee is absent from work due to illness for more than three (3) days, a medical certificate may be required: 1. that he was really ill, exposed to a contagious disease or prevented from working during the period of absence, 2. about the illness of their sons

15

and daughters, 3. about the disease and people of advanced age or with disabilities within the family nucleus, understand fourth degree of consanguinity, second of affinity, or people living under the same roof, or persons over whom custody or legal guardianship is held. In accordance with current law, our state and federal legal system prevents rigorous scrutiny of the specific details of the alleged illness in the circumstances in which the presentation of a medical certificate is not necessary. However, those unexcused absences, that is, not corresponding to the reason of illness, or other excused reasons sanctioned by the Agency, will be investigated as abandonment of service, which will be governed according to the procedures established by the Agency.

###### 3. The steps taken by the Commonwealth to address the current absenteeism.

Regarding the issue of police absenteeism, it is a situation that is not new, but in turn, the reality is that there was a considerable absenteeism of police officers at the end of 2017. To that end, in order not to affect the scope of public security, the Governor of Puerto Rico, Hon. Ricardo A. Rosselló Nevares, instructed the Secretary of the Department of Public Security to conduct an investigation on the subject. This investigation is based on two (2) aspects. The *first* aspect is to auscultate the factors that may affect such absenteeism. The *second* aspect of this investigation are the legal measures that govern the conduct of the absenteeism, both under Law 20-2017 and the current regulations, to evaluate and identify those unexcused absences. All of the above is done under the strictures of the due process of law, both substantive and procedural.

###### 4. An assessment of the impact of current absenteeism on the following areas related to the Agreement and Action Plans, as set forth in the Joint Informative Motion of December 1, 2017:

        **a.**      **Restoring reliable communications, pursuant to Activity 6 of the Policies and Procedures Action Plan. Action Plans at 106, ECF No. 550-1.**

Police officer absenteeism has not affected the restoration of reliable communications. In the case of the Communications Sites, they are 60% operational waiting for the project worksheet requested by FEMA to be sent for the replacement or repair of the repeaters and the microwave network.

In this way, the PRPB will be able to guarantee the continuity of the communications and technology services of the Agency.

        **b.**      **Restoring information systems, pursuant to Paragraphs 218-223 of the Agreement.**

Absenteeism has not affected the restoration of information systems. The technology services provided by the Headquarters Computing Center are 100% operational, as is the Internet service. In the case of all other PRPB facilities, they are 76% operational, due to the lack of electrical power and damage to the optical fibers.

        **c.**      **Completing the staffing and resource allocation study and implementing the staffing plan, pursuant to Paragraph 13 of the Agreement.**

The study of personnel and resources of the PRPB is being carried out by the contracted company V2A. This company reported not having had any negative impact given that all the information that it has requested from the PRPB during the period in question has been received. The company reports that absenteeism in the PRPB has not affected its compliance and the date of completion of the works remains the same, that is, by March 2018.

        **d.**      **Completing investigations of civilian complaints, pursuant to Paragraphs 177-193 of the Agreement.**

Absenteeism has not affected the completion of administrative complaints investigations. In the months of September, October, November and December there were a total of four

17

hundred and three (403) administrative complaints received at the Agency. Of these administrative complaints that came to the Auxiliary Superintendence of Professional Responsibility (SARP), fifty-five (55) were referred to the Bureau of Anti-Discrimination Affairs, nineteen (19) were referred to the Bureau of Internal Affairs, and three hundred and twenty-nine (329) were referred to the Bureau of Administrative Investigations.

By September 2017, forty-three (43) administrative investigations were completed, fifty-five (55), fifty-seven (57) and sixty-eight (68) were completed for October for a total of two hundred and twenty-three (223) investigated administrative complaints. Therefore, it is shown that the work that is conducted in the SARP continued the investigative and administrative processes as established by the regulations and General Orders promoted by the Agency.

> **e.    Resuming force reviews and investigations, pursuant to Paragraphs 40-52 of the Agreement.**

*See* answer number 1 of the TCA.

> **Restoring computer-aided dispatch systems, pursuant to Activity 1.2 of the Technology and Information Systems Action Plan. Action Plans at 263-264, ECF No. 550-1.**

Police officer absenteeism has not affected the restoration of CAD systems. The Computer Center is 100% operational, as is the Internet service. The CAD System is in the Headquarters Computing Center and it is 100% operational; and 54% of the mobile customers that are used in the precincts and districts are in operation. The rest of the mobile clients (approximately 46%) are not in operation because not all areas have data communications services, which affects the use of CAD services. These deficiencies result from breakdowns to commercial telecommunication networks. The PRPB, like in all law and order entities in Puerto Rico, uses commercial networks to direct communications and data.

        **f.**      **Resuming training, pursuant to Paragraph 237 of the Agreement.**

*See* answer number 17 of the TCA.

        **g.**      **Rebuilding the Police Academy.**

Police absenteeism has not had any impact in rebuilding the Police academy, since issues related to the reconstruction of damages are channeled through the contracting of external services.

        **h.**      **Reviewing the condition of shooting ranges, pursuant to Activity 1.1(d) of the Use of Force Action Plan. Action Plans at 38, ECF No. 550-1.**

Police absenteeism has not had any impact in this aspect. The shooting ranges are currently in operation.

        **i.**      **Instituting virtual training, pursuant to Activity 1.5 of the Technology and Information Systems Action Plan. *Id.* at 272-273.**

Absenteeism has not affected the institution of virtual training. The virtual courses are already distributed on the page. Currently, three (3) courses are completed and have been distributed. They are ready to start. The instructors in charge of teaching these courses are currently being trained. The start date of these three (3) courses to all PRPB agents is subject to Academy approval. https://www.policiaadiestra.com/

        **j.**      **Coordinating emergency-related training.**

*See* answer number 17 of the TCA.

        **k.**      **Determining completion dates for training courses resuming on January 15, 2018.**

Absenteeism has not had any impact here. Please refer to Docket 656.

     **l.**     **Re-convening civilian interaction committees and public information meetings, pursuant to Paragraphs 209 and 215 of the Agreement.**

*See* answer number 7 of the TCA.

     **m.**     **Resuming development of crisis intervention teams, pursuant to Paragraphs 56-57 of the Agreement.**

The absenteeism of PRPB police did not affect the renewal of the of the crisis intervention teams training. This assignment has been delegated to the SAEA and it was (along with most of its trainings) suspended until January 15, 2018. On January 16, 2018, the SAEA resumed the training of "train the trainers" for the crisis intervention course.

     **n.**     **Resuming reorganization of the Drug Units, pursuant to Activity 1.6 of the Policies and Procedures Action Plan. Action Plans at 100, ECF No. 550-1.**

Absenteeism in the PRPB has not affected Activity 1.6, Policies and Procedures of the Action Plans.  In reference to this activity of the Plans of Action, the General Order, Chapter 100, Section 122, entitled *Restructuring of the Bureau of Drugs, Narcotics, Vice Control and Illegal Weapons* was approved on September 13, 2016. Subsequent to said approval, it went through the annual review process, which was approved by TCA Memorandum and is awaiting the Commissioner's signature.

     **o.**     **Conducting a PRPB organic transportation readiness capability assessment.**

The PRPB's police absenteeism did not affect the evaluation of the PRPB vehicle fleet.

     **p.**     **Conducting a PRPB personnel wellness assessment review.**

The absence of police officers in the PRPB has not affected the evaluation of the welfare of the Agency's personnel. Psychologists from the Division of Psychology and Social Work conducted four thousand two hundred and fifty-seven (4,257) interventions during the months of September to December 2017.

       **q.**        **Conducting a PRPB budget analysis for recovery operations and reform.**

The absenteeism of the PRPB police has not affected the analysis of the budget of the Agency for the operational recovery and reform of the PRPB. The PRPB works with the budget allocated for the fiscal year 2017-2018. At the moment, no alternative budget has been identified for the recovery process of hurricanes Irma and Maria. On the other hand, it informs that the budget allocated to the expenses incidental to the Reform process is only used for such purposes so that this was not affected.

       **r.**        **Conducting a PRPB sustainment capability assessment (Buildings).**

Absenteeism did not affect the carrying out of an assessment of the sustainment capability of the PRPB buildings. As of the date of this writing, one hundred percent (100%) of the PRPB buildings were inspected by the United States Army Corps of Engineers.

       **s.**        **Conducting a PRPB special units training and capabilities assessment (Canine, Mounted Police, Special Weapons and Tactics, and Tactical Operations Division).**

*See* answer number 14 of the TCA.