

**GOBIERNO DE PUERTO RICO**
**POLICIA**

**SASG-NRH-1-001**

19 de enero de 2018

Cor. Clementina Vega Rosario
Directora
Oficina de Reforma

Sandra E. Clemente Rosado
Comisionada Auxiliar Interina
en Servicios Gerenciales

Yahaira Pérez Román
Gerente Interina
Negociado de Recursos Humanos

**INFORME DE DISFRUTE DE LICENCIAS DESDE DICIEMBRE DE 2016 A DICIEMBRE DE 2017 Y CERTIFICACIÓN RELACIONADA CON EL ASUNTO**

Referimos a su atención Informe de Disfrute de Licencias desde diciembre de 2016 hasta diciembre de 2017 y certificación relacionada con el asunto.

Para su conocimiento y acción correspondiente.

**Anejos**



**GOBIERNO DE PUERTO RICO**
**POLICIA**

SASG-NRH-DL-14-2

## CERTIFICACION

Certifico que el Sistema de Asistencia conocido como "Kronos Tu Asistencia", se compone de dos (2) módulos; Módulo Histórico, comprendido desde el 1 de junio de 2010 hasta el 30 de junio de 2015 y el Módulo de Producción, comprendido desde el 1 de julio de 2015 hasta el presente.

El informe de ausencias solicitado mediante Orden por el Juez Federal, Hon. Gustavo A. Gelpí, comprende el periodo desde diciembre del 2016 hasta diciembre del 2017. Esta recopilación de datos es entrada en el Sistema de Asistencia por empleados cuya función esencial es ingresar las licencias disfrutadas conforme a la información contenida, en el Informe de Asistencia PPR-432, las Solicitudes de Disfrute de Licencias PPR-736 y la Notificación de Registro de Asistencia Omitido PPR-730. Esto de acuerdo a lo establecido en la Orden General Capítulo 200, Sección 203 "Normas Y Procedimientos Para El Registro De Horas Trabajadas, Las Licencias Disfrutadas, La Concesión De Disfrute De Días Feriados Y El Pago De Horas Extras Trabajadas del 15 de noviembre de 2013, revisada el 5 de junio de 2014.

Cabe señalar que por situaciones a causa de la devastación de los Huracanes Irma y María, el proceso de la entrada de datos se ha interrumpido por la falta de electricidad e internet, por lo cual algunas áreas policíacas tienen pendiente información para ser ingresada al Sistema de Asistencia.

Se incluye el Informe de Ausencias de diciembre de 2016 hasta diciembre de 2017.

Dada hoy 18 de enero de 2018, en San Juan Puerto Rico.

Yahaira Pérez Román
Gerente Interina
Recursos Humanos

# Informe de Disfrute de Licencias desde diciembre de 2016 hasta diciembre de 2017

| Sistema de Rango mensualmente | Total de Activos | % | Vacaciones | % | Vacaciones Exc | % | Enfermedad | % | Estatal Comp | % | Federal Comp Ent | % | Exceso Ent | % | Descanso Fondo | % | Millar SS | % | Millar | % | Licencia Sin Sueldo | % | Balance Sin Sueldo-No | % | Susp Empleo y Sueldo | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIC. 2016 | 2056 | 16% | 1 | 0% | 193 | 1% | 783 | 6% | 258 | 2% | 210 | 2% | 8 | 0% | 0 | 0% | 9 | 0% | 4 | 0% | 78 | 1% | 13 | 0% |
| ENERO 2017 | 13231 | 1427 | 11% | 0 | 0% | 1313 | 10% | 5741 | 43% | 2156 | 16% | 1904 | 14% | 120 | 1% | 24 | 0% | 248 | 2% | 63 | 0% | 1972 | 15% | 76 | 1% |
| FEBRERO 2017 | 13183 | 1865 | 14% | 1 | 0% | 999 | 8% | 4238 | 32% | 1855 | 14% | 2691 | 20% | 105 | 1% | 28 | 0% | 232 | 2% | 71 | 1% | 2136 | 16% | 59 | 0% |
| MARZO 2017 | 13164 | 1000 | 8% | 0 | 0% | 884 | 7% | 2973 | 23% | 1887 | 15% | 2219 | 17% | 122 | 1% | 29 | 0% | 201 | 2% | 71 | 1% | 2194 | 17% | 53 | 0% |
| ABRIL 2017 | 13129 | 1630 | 12% | 0 | 0% | 833 | 6% | 3876 | 30% | 1089 | 8% | 1825 | 14% | 0 | 0% | 27 | 0% | 191 | 1% | 72 | 1% | 2379 | 18% | 52 | 0% |
| MAYO 2017 | 13095 | 2143 | 16% | 0 | 0% | 1008 | 8% | 2289 | 17% | 564 | 4% | 1968 | 15% | 132 | 1% | 25 | 0% | 173 | 1% | 67 | 1% | 2683 | 20% | 69 | 1% |
| JUNIO 2017 | 13039 | 1278 | 10% | 0 | 0% | 1278 | 10% | 2689 | 21% | 594 | 5% | 2098 | 16% | 110 | 1% | 25 | 0% | 180 | 1% | 70 | 1% | 2861 | 22% | 84 | 1% |
| JULIO 2017 | 12965 | 2682 | 21% | 0 | 0% | 1625 | 13% | 2526 | 19% | 497 | 4% | 2056 | 16% | 106 | 1% | 28 | 0% | 132 | 1% | 69 | 1% | 3260 | 25% | 73 | 1% |
| AGOSTO 2017 | 12900 | 2058 | 16% | 0 | 0% | 2705 | 21% | 2316 | 18% | 427 | 3% | 2013 | 16% | 134 | 1% | 25 | 0% | 121 | 1% | 121 | 1% | 3611 | 28% | 65 | 1% |
| SEPTIEMBRE 2017 | 12873 | 757 | 6% | 0 | 0% | 1243 | 10% | 549 | 4% | 61 | 0% | 449 | 3% | 88 | 1% | 23 | 0% | 43 | 0% | 66 | 1% | 2752 | 21% | 30 | 0% |
| OCTUBRE 2017 | 12846 | 957 | 7% | 0 | 0% | 2147 | 17% | 581 | 5% | 80 | 1% | 420 | 3% | 70 | 1% | 24 | 0% | 50 | 0% | 57 | 0% | 3607 | 28% | 17 | 0% |
| NOVIEMBRE 2017 | 12813 | 1184 | 9% | 0 | 0% | 2237 | 17% | 970 | 8% | 143 | 1% | 535 | 4% | 49 | 1% | 22 | 0% | 44 | 0% | 54 | 0% | 4216 | 33% | 9 | 0% |
| DIC. 2017 | 12767 | 778 | 6% | 0 | 0% | 2324 | 18% | 898 | 7% | 136 | 1% | 320 | 3% | 53 | 0% | 21 | 0% | 41 | 0% | 51 | 0% | 4982 | 39% | 6 | 0% |

*Esta información se analizada con el Informe Estadístico que incluye el total de activos del Sistema de Rango

*Por situaciones a causa de la devastación de los Huracanes Irma y María el proceso de la entrada de datos se ha interrumpido por la falta de electricidad e internet, por lo cual hay información pendiente de ser ingresada al Sistema de Asistencia, por cuanto los números finales cambiaran.