# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants.

CASE NO. 99-1435 (GAG-MEL)

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

   **NOW COMES,** the undersigned as Constitutional and Legal Advisor and Counsel in Charge of Public Hearings for the present case, who respectfully informs the court as follows:

   Pursuant to the directives of the court, the members of the Office of the Technical Compliance Advisor listed below have been issued new official identification cards, with their names, position, picture and official seal of the United States District Court for the District of Puerto Rico. The above credentials have been approved and signed by the court, and are **to be used only while on official duties for the present case** as stated on the back of each ID card. Accordingly, we notify that the following members have received or are in the process of receiving the above credentials:

   **The following members have been issued Federal Monitor credentials:**

   1.  Mr. Arnaldo Claudio (Chief Federal Monitor);

2. Mr. Marcos Soler (Deputy Federal Monitor);

3. Alfredo Castellanos Bayouth (Constitutional and Legal Advisor, and Counsel in Charge of Public Hearings);

4. Federico Hernández Denton, Esq. (Constitutional and Legal Advisor);

5. Antonio Bazán, Esq. (Constitutional and Legal Advisor); and

6. Dr. Alejandro Del Carmen (Expert Advisor on Data and Statistics).

**The following members have been issued Monitor's Office credentials:**

7. Mr. Eric Guzmán (Executive Office Manager);

8. Mr. Gerard LaSalle (Core Team Member);

9. Guillermo Baralt, Esq. (Special Advisor to the Chief Federal Monitor);

10. Mr. John J. Romero (Core Team Member);

11. Mr. Josué López Sierra (Security Director for the TCA);

12. Ms. Linda Navedo (Core Team Member);

13. Mr. Rafael E. Ruiz (Core Team Member);

14. Mr. Scott Cragg (IT Expert);

15. Ms. Anjélica P. Orfila Lluberes (Administrative Assistant); and

16. Salvador M. Carrión Fonseca, Esq. (Special Assistant to the Counsel in Charge of Public Hearings).

WHEREFORE, the undersigned respectfully requests that the Court takes notice of the above for all relevant purposes.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 24th day of January 2018.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com