# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

## MOTION SUBMITTING ENGLISH TRANSLATIONS

**TO THE HONORABLE COURT:**

   **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

   1.   On December 8th, 2017, the Commonwealth filed a Motion in Compliance with Order at docket 629 together with exhibits to be considered by this Honorable Court. The exhibit was in its original Spanish language version. (See Docket No. 666) Exhibit 1 and 2, of the aforementioned motion were filed in the Spanish language pending a Motion for Leave to File Spanish language documents. (*See* Docket No. 667).

   2.   On December 9th, 2017, this Honorable Court granted leave to file the aforementioned Exhibits with certified translation into English by February 1, 2018. (*See* Docket No. 669).

   3.   Consequently, the certified English translation of Exhibits 1 and 2: are herein submitted.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on February 1, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov