[CERTIFIED TRANSLATION]

[seal: Government of Puerto Rico]

GOVERNMENT OF PUERTO RICO
Office of Management and Budget

Hon. Ricardo A. Rosselló Nevares
Governor

José I. Marrero Rosado, CPA, Esq.

March 27, 2017

Alfonso Orona Amilivia, Esq.
Chief Legal Advisor
La Fortaleza

Dear Mr. Orona Amilivia:

Greetings.  House of Representatives Bill 741 is intended to establish the Puerto Rico Department of Public Safety (hereinafter, "DPS") in order to create a new system integrated by all the components that administer public safety in Puerto Rico.  In evaluating the same pursuant to the Fiscal Plan, we estimate that for the 2017-2018 fiscal year, the consolidation of DPS agencies projects a preliminary savings of $28,320,00000, charged to the General Fund.  The table below breaks down the information provided:

| Bureau | Estimated Savings |
|---|---|
| Police Bureau | $21,500.000.00 |
| Firefighter Bureau | $1,908,000.00 |
| Forensic Sciences Bureau | $1,594,000.00 |
| Emergency and Disaster Administration Bureau | ($289,000.00) |
| Medical Emergencies Bureau | $2,197,000.00 |
| Special Investigations Bureau | $1,410,000.00 |
| Emergency Systems Bureau | $0.00[1] |
| TOTAL | $28,320,000.00 |

_____

[1] Savings for the treasury are not projected in the Emergency Systems Bureau (previously "9-1-1 Service Governing Board) since it does not receive budgetary allocations that come from the General Fund.  Nevertheless, with the DPS, greater efficiencies in its administrative and operational areas are anticipated.

[logo: OMB
Office of Management and Budget
Government of Puerto Rico

P.O Box 9023228, San Juan, PR 00902-3228  * Tel: 787.725.9420  * Fax: 787-725-3521  * www.ogp.pr.gov

[CERTIFIED TRANSLATION]

[seal: Government of Puerto Rico]   <u>GOVERNMENT OF PUERTO RICO</u>
Office of Management and Budget

We would like to stress that these projections are consistent with the Fiscal Plan and they correspond to the initial phase of the Department's implementation during the 2017-2018 fiscal year.  For subsequent fiscal years, additional savings are projected, based on an annual reduction rate of three percent (3%), as a result of the consolidations and administrative reforms that shall be implemented with the approval of this measure.

We hope that our comments helpful to you during the legislative process of House of Representatives Bill 741

Cordially,

[illegible signature]

José I Marrero Rosado, CPA, Esq.

Director

**CERTIFICATE OF TRANSLATION INTO ENGLISH**

I, Sonia Crescioni of legal age, single, resident of San Juan, P.R., professional interpreter/ translator, certified by the Administrative Office of the United States Courts, do HEREBY CERTIFY that I have personally revised the foregoing document and that it is a true and accurate review to the best of my knowledge and abilities.

In San Juan, Puerto Rico, today  January 22, 2017.

[signature: Sonia Crescioni]

Sonia Crescioni, M.A., U.S.C.C.I.
Atabex Translation Specialists, Inc.
PO Box 195044, San Juan, PR 00919-5044