**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| |
|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>    Defendants. |

No. 12-cv-2039 (GAG)

**TCA's MOTION TO RESTRICT CONTENTS OF INFORMATIVE
MOTION CONTAINING SENSITIVE INFORMATION**

**TO THE HONORABLE COURT,**

   **COMES NOW** Arnaldo Claudio, the Technical Compliance Advisor ("T.C.A."), pro se, and very respectfully requests the following:

1.   A motion will be filed with this Honorable Court submitting the Assessment Report prepared by Investigation Consultant, Jose L. Pujol and a separate document titled "List of identifiers used in the Assessment Report".

2.   Pursuant to the Order of this Honorable Court, leave is requested to file the aforesaid motion restricted to parties only in view of the information contained therein.

WHEREFORE, the TCA respectfully requests this motion be granted as requested and the motion submitting the Assessment prepared by Investigation Consultant, Jose L. Pujol be filed restricted to parties only.

In San Juan, Puerto Rico, this day January 26, 2018.

RESPECTFULLY SUBMITTED.

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF PUERTO RICO**

Arnaldo Claudio - TCA

**CERTIFICATE OF SERVICE:** I hereby certify that copy of the foregoing motion has been electronically notified to the selected martiesthrough the Court's system. An electronic copy of this document has been sent to all parties of record.