**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>    Defendants. | No. 12-cv-2039 (GAG) |

## MOTION SUBMITTING ASSESMENT REPORT

TO THE HONORABLE COURT,

    **COMES NOW** the Technical Compliance Advisor, Arnaldo Claudio, hereinafter the TCA, pro se, and very respectfully requests the following:

1.    The Assessment Report prepared by Investigation Consultant, Jose L. Pujol, has been completed and the requirement of discussing the same with the parties has also been complied with.

2.    The TCA hereby submits the Assessment Report in restricted form in compliance with the directives of this Honorable Court. A separate document titled "List of identifiers used in the Assessment Report" is also included in this filing.

WHEREFORE, the TCA respectfully requests this motion be granted as requested the above motion be granted as requested.

In San Juan, Puerto Rico, this day January 26, 2018.

RESPECTFULLY SUBMITTED.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

_____

Arnaldo Claudio         -         TCA

**CERTIFICATE OF SERVICE:** I hereby certify that an electronic copy of this document has been sent to all parties of record.