# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

     Plaintiffs;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.

     Defendants.

No. 12-cv-2039 (GAG)

## MOTION TO FILE SEVENTH INTERIM SIX MONTH REPORT

### TO THE HONORABLE COURT,

**COMES NOW** before the Court Arnaldo Claudio, the Technical Compliance Advisor ("T.C.A."), and respectfully files this brief stating:

1.    Pursuant to Paragraph § 250 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department, hereinafter "the Agreement", the Technical Compliance Advisor, hereinafter 'the TCA", prepared the required Seventh (Interim) Six Month Report covering the period from June 10, 2017 to December 9, 2017.

2.    In compliance with Paragraph § 252 of the Agreement, the TCA submitted to the parties a copy of the current Six Months report, in draft form, on December 26, 2017.

3.    The Agreement states in Paragraph § 252, that "the Parties shall have fifteen calendar days upon receipt of the draft report to allow the Parties to informally comment on the draft reports."

4.    On January 11, 2018, the TCA received comments from the USDOJ and PRDOJ on January 17, 2018.

5.      Having considered the parties' comments, the TCA is ready to formally file, in its final form, the Seventh Six Month Report with the Court, pursuant to Paragraphs § 250 and §252 of the Agreement.

6.      Thus, the TCA is now able to formally present the Six Month Report in accordance with all applicable sections of the Agreement.

IN VIEW OF THE ABOVE, the TCA respectfully requests that this Honorable Court to take notice of requirements in Paragraphs § 250 and §252 of the Agreement, approving and authorizing the filing of the Seventh (Interim) Six Month Report, covering the period from June 10, 2017 to December 9, 2017.

In San Juan, Puerto Rico, this day January 2̲6̲ , 2018.

RESPECTFULLY SUBMITTED.

                                        **Arnaldo Claudio       -       TCA**


**CERTIFICATE OF SERVICE: I hereby certify that an electronic copy of this document has been sent to all parties of record.**