ATTACHMENT
Documents filed in Restricted Mode that Should be Unsealed for Public Viewing
*United States v. Commonwealth of Puerto Rico*, No. 12-cv-2039 (GAG/JPG)

| Docket | Docket text |
|---|---|
| 261 | ***SELECTED PARTIES*** ORDER: See attached PDF. Signed by Judge Gustavo A. Gelpi on 9/30/2015. (COL) (Entered: 09/30/2015) |
| 270 | ***SELECTED PARTIES***Minute Entry for proceedings held before Judge Gustavo A. Gelpi. (MET) (Entered: 10/29/2015) |
| 288 | ***SELECTED PARTIES*** SEALED ORDER. Signed by Judge Gustavo A. Gelpi on 12/10/2015. (Attachments: # 1 Appendix, # 2 Appendix) (MET) (Entered: 12/10/2015) |
| 292 | ***EX-PARTE*** Motion In Compliance With Order of 12/10/2015 filed by Antonio R. Bazan-Gonzalez on behalf of Arnaldo Claudio Suggestions in opposition/response due by 1/8/2016 (Attachments: # 1 Certifications)(Bazan-Gonzalez, Antonio) (Entered: 12/22/2015) |
| 308 | ***SELECTED PARTIES***Joint MOTION for extension of time filed by Luis E. Saucedo on behalf of All Plaintiffs, Commonwealth of Puerto Rico and Puerto Rico Police Department. Suggestions in opposition/response due by 2/19/2016 (Saucedo, Luis) Modified on 2/3/2016 to add filers (mr). (Entered: 02/01/2016) |
| 314 | ***SELECTED PARTIES*** MOTION for extension of time until February 16, 2016 to file Stipulation filed by Beatriz Annexy-Guevara on behalf of All Defendants Suggestions in opposition/response due by 2/22/2016 (Annexy-Guevara, Beatriz) (Entered: 02/05/2016) |
| 325 | ***SELECTED PARTIES***Joint MOTION for extension of time until March 4, 2016 to complete discussions on the Court's December 10 Order filed by Luis E. Saucedo on behalf of All Plaintiffs, Commonwealth of Puerto Rico, Puerto Rico Police Department. Suggestions in opposition/response due by 3/4/2016 (Attachments: # 1 Exhibit A: Email from Saucedo to Morell of 2/11/16, # 2 Exhibit B: Email from Morell to Saucedo of 2/11 and 2/16/16)(Saucedo, Luis) Modified on 2/17/2016 to add filers (mr). (Entered: 02/16/2016) |
| 329 | ***SELECTED PARTIES***STIPULATION re 288 Order by Alfredo Castellanos-Bayouth, Commonwealth of Puerto Rico, USA, Puerto Rico Police Department, Arnaldo Claudio. (Saucedo, Luis) (Entered: 03/04/2016) |
| 330 | ***SELECTED PARTIES***Joint MOTION requesting Order filed by Luis E. Saucedo on behalf of USA, Alfredo Castellanos-Bayouth, Arnaldo Claudio, Commonwealth of Puerto Rico, Puerto Rico Police Department Suggestions in opposition/response due by 3/21/2016 (Attachments: # 1 Exhibit Protocols)(Saucedo, Luis) (Entered: 03/04/2016) |
| 331 | ***SELECTED PARTIES***ORDER: Noted and approved 330 Motion requesting Order. Signed by Judge Gustavo A. Gelpi on 3/7/2016. (MET) (Entered: 03/07/2016) |
| 386 | **CASE PARTICIPANTS** Motion In Compliance *With Directives of the Court* filed by Alfredo Castellanos-Bayouth on behalf of Alfredo Castellanos-Bayouth Suggestions in opposition/response due by 8/8/2016 (Castellanos-Bayouth, Alfredo) (Entered: 07/21/2016) |

| Docket | Docket text |
|--------|-------------|
| 422 | ***SELECTED PARTIES***ORDER Signed by Judge Gustavo A. Gelpi on 9/16/2016.(sc) (Entered: 09/16/2016) |
| 428 | ***SELECTED PARTIES***ORDER Signed by Judge Gustavo A. Gelpi on 9/30/2016.(sc) (Entered: 09/30/2016) |
| 438 | ***SELECTED PARTIES***Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Closed Hearing held on 10/7/2016. (Court Reporter Evilys Carrion.) (sc) (Entered: 10/25/2016) |
| 457 | ***SELECTED PARTIES***Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Onsite Inspection held on 12/1/2016. (sc) (Entered: 12/21/2016) |
| 526 | ***SELECTED PARTIES*** MOTION Submitting Government of Puerto Rico Written Statements filed by Joel Torres-Ortiz on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, American Civil Liberties Union, Alfredo Castellanos-Bayouth, Arnaldo Claudio, USA Responses due by 6/2/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1Exhibit)(Torres-Ortiz, Joel) (Entered: 05/19/2017) |
| 535 | ***EX-PARTE*** MOTION Apologies re 529 Order,,,,,,, filed by Josue Gonzalez-Ortiz on behalf of American Civil Liberties Union Responses due by 6/2/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 529 ) (Gonzalez-Ortiz, Josue) (Entered: 05/19/2017) |
| 570 | ***SELECTED PARTIES***Joint Motion In Compliance as to 564 Order on Motion for Extension of Time, 567 Order on Motion for Extension of Time, filed by Luis E. Saucedo on behalf of USA, Alfredo Castellanos-Bayouth, Arnaldo Claudio, Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 8/4/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1Stipulation)(Related document(s) 564 , 567 ) (Saucedo, Luis) (Entered: 07/21/2017) |
| 572 | **CASE PARTICIPANTS**ORDER re 570 Joint Motion In Compliance. See attached order. Signed by Judge Gustavo A. Gelpi on 7/24/2017.(HR) (Entered: 07/24/2017) |
| 580 | ***SELECTED PARTIES*** Motion In Compliance as to 567 Order on Motion for Extension of Time, filed by Joel Torres-Ortiz on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, Arnaldo Claudio, USA Responses due by 8/15/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 567 ) (Torres-Ortiz, Joel) (Entered: 08/01/2017) |
| 581 | ***SELECTED PARTIES***RESPONSE to Motion filed by Commonwealth of Puerto Rico, Puerto Rico Police Department, Arnaldo Claudio, USA Re: 561 INFORMATIVE Motion regarding Assesment filed by Arnaldo Claudio filed by Commonwealth of Puerto Rico, Puerto Rico Police Department, Arnaldo Claudio, USA. (Attachments: # 1 Exhibit)(Torres-Ortiz, Joel) (Entered: 08/01/2017) |

| Docket | Docket text |
|---|---|
| 583 | ***SELECTED PARTIES*** MOTION to Strike Re: 574 Response to Motion, filed by Puerto Rico Police Department, Commonwealth of Puerto Rico, 578 Motion In Complianceas to 560 Order, filed by Puerto Rico Police Department, Commonwealth of Puerto Rico filed by Joel Torres-Ortiz on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, Arnaldo Claudio, USA Responses due by 8/15/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 574 , 578 ) (Torres-Ortiz, Joel) Modified on 8/2/2017 to edit docket entry text (ram). (Entered: 08/01/2017) |
| 590 | **CASE PARTICIPANTS** ORDER. See PDF. Signed by Judge Gustavo A. Gelpi on 8/3/2017.(MET) (Entered: 08/03/2017) |
| 591 | **CASE PARTICIPANTS** ORDER: See PDF. Signed by Judge Gustavo A. Gelpi on 8/4/2017.(HR) (Entered: 08/04/2017) |
| 592 | ***SELECTED PARTIES***Emergency MOTION to modify deadlines re 590 Order filed by Joel Torres-Ortiz on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, USA Responses due by 8/18/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit)(Related document(s) 590 ) (Torres-Ortiz, Joel) (Entered: 08/04/2017) |
| 593 | **CASE PARTICIPANTS**ORDER: Denied 592 Motion for Miscellaneous Relief. See PDF. Signed by Judge Gustavo A. Gelpi on 8/4/2017. (HR) (Entered: 08/04/2017) |
| 603 | ***WITHDRAWN AS PER 612 ORDER*** **CASE PARTICIPANTS** ORDER. See PDF. Joint Motion due by 10/2/2017.Signed by Judge Gustavo A. Gelpi on 8/10/2017.(HR) Modified on 8/24/2017 (ram). (Entered: 08/10/2017) |
| 604 | ***SELECTED PARTIES***RESPONSE to Motion filed by USA, Alfredo Castellanos-Bayouth, Arnaldo Claudio, Commonwealth of Puerto Rico, Puerto Rico Police Department Re: 599 Motion In Compliance as to 591 Order, 590 Order filed by Puerto Rico Police Department, Commonwealth of Puerto Rico filed by USA, Alfredo Castellanos-Bayouth, Arnaldo Claudio, Commonwealth of Puerto Rico, Puerto Rico Police Department. (Attachments: # 1 Exhibit A: Emails)(Saucedo, Luis) (Entered: 08/11/2017) |
| 605 | **CASE PARTICIPANTS** ORDER: See PDF. Motions due by 9/8/2017.Signed by Judge Gustavo A. Gelpi on 8/14/2017.(HR) (Main Document 605 replaced on 8/14/2017 to add text) (cm). (Entered: 08/14/2017) |
| 612 | **CASE PARTICIPANTS** ORDER. See PDF. Signed by Judge Gustavo A. Gelpi on 8/23/2017.(HR) (Entered: 08/23/2017) |
| 629 | ***SELECTED PARTIES***ORDER restricted to parties and TCA. Signed by Judge Gustavo A. Gelpi on 10/23/2017.(MET) (Entered: 10/23/2017) |
| 640 | ***SELECTED PARTIES***Joint Motion In Compliance *with Order at Docket 639* filed by Luis E. Saucedo on behalf of USA, Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 12/1/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit Proposed Joint Timetable)(Saucedo, Luis) Modified on 11/20/2017 to add filers (ram). (Entered: 11/17/2017) |

| Docket | Docket text |
|--------|-------------|
| 641 | ***SELECTED PARTIES*** MOTION for extension of time until December 1, 2017 to File a Joint Proposed Order on Supplementing The Courts Amended Order of July 2, 2014 filed by Joel Torres-Ortiz on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, Arnaldo Claudio, USA Responses due by 12/1/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Torres-Ortiz, Joel) (Entered: 11/17/2017) |
| 645 | ***SELECTED PARTIES***Joint MOTION Submitting Proposed Order filed by Luis E. Saucedo on behalf of USA, Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 12/1/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Proposed Order)(Saucedo, Luis) Modified on 11/20/2017 to add filers. (ram). (Entered: 11/17/2017) |
| 646 | ***SELECTED PARTIES*** ORDER: Noted 645 Motion submitting. Noted and approved.Signed by Judge Gustavo A. Gelpi on 11/17/2017. (MET) (Entered: 11/20/2017) |
| 647 | **CASE PARTICIPANTS**ORDER: Regarding transcripts. Signed by Judge Gustavo A. Gelpi on 11/22/2017.(MET) (Entered: 11/22/2017) |
| 656 | ***SELECTED PARTIES***Joint INFORMATIVE Motion regarding Matters Related to the Aftermath of Hurricane Maria filed by Luis E. Saucedo on behalf of USA, Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 12/15/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Saucedo, Luis) (Entered: 12/01/2017) |
| 658 | ***SELECTED PARTIES***ORDER: Noted 655 Motion In Compliance. Signed by Judge Gustavo A. Gelpi on 12/4/2017. (MET) (Entered: 12/04/2017) |
| 664 | ***SELECTED PARTIES***Joint MOTION for extension of time until December 11, 2017 to Comply with Order at Docket 651 filed by Luis E. Saucedo on behalf of USA, Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 12/21/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Saucedo, Luis) Modified on 12/8/2017 to add filers (ram). (Entered: 12/07/2017) |
| 666 | ***SELECTED PARTIES*** Motion In Compliance as to 629 Order filed by Joel Torres-Ortiz on behalf of Puerto Rico Police Department, Arnaldo Claudio, Commonwealth of Puerto Rico, USA Responses due by 12/22/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit, # 2 Exhibit)(Related document(s) 629 ) (Torres-Ortiz, Joel) (Entered: 12/08/2017) |
| 677 | ***SELECTED PARTIES*** SEALED MINUTE OF PROCEEDINGS AND ORDER. Signed by Judge Gustavo A. Gelpi on 12/15/2017.(MET) (Entered: 12/15/2017) |
| 678 | ***SELECTED PARTIES*** Motion In Compliance as to 658 Order on Motion In Compliance filed by Joel Torres-Ortiz on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, USA Responses due by 12/29/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 658 ) (Torres-Ortiz, Joel) (Entered: 12/15/2017) |

| Docket | Docket text |
| --- | --- |
| 680 | ***SELECTED PARTIES***RESPONSE to Motion In Compliance with Order at Docket No. 629 filed by USA, Commonwealth of Puerto Rico, Puerto Rico Police Department Re: 666 Motion In Compliance as to 629 Order filed by Puerto Rico Police Department filed by USA, Commonwealth of Puerto Rico, Puerto Rico Police Department. (Saucedo, Luis) (Entered: 12/19/2017) |
| 681 | **CASE PARTICIPANTS**MINUTE OF PROCEEDINGS AND ORDER held on 12/20/2017 before Judge Gustavo A. Gelpi. (sc) (Entered: 12/20/2017) |
| 691 | **CASE PARTICIPANTS** INFORMATIVE Motion filed by Antonio R. Bazan-Gonzalez on behalf of Arnaldo Claudio Responses due by 1/18/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bazan-Gonzalez, Antonio) (Entered: 01/04/2018) |
| 692 | ***SELECTED PARTIES***BRIEF in Compliance with Court's Order at Docket No. 681 by Commonwealth of Puerto Rico, USA, Puerto Rico Police Department. (Saucedo, Luis) (Entered: 01/05/2018) |
| 699 | ***SELECTED PARTIES***Joint INFORMATIVE Motion regarding Meeting Held Regarding Officer Absenteeism at the Puerto Rico Police Bureau filed by Luis E. Saucedo on behalf of USA, Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 1/26/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Saucedo, Luis) Modified on 1/16/2018 to add filer (ram). (Entered: 01/12/2018) |
| 710 | ***SELECTED PARTIES*** MOTION for extension of time until February 2, 2018 to comply with the Courts Order at Docket 681 filed by Joel Torres-Ortiz on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, Arnaldo Claudio, USA Responses due by 2/6/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Torres-Ortiz, Joel) (Entered: 01/23/2018) |