IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

### ORDER

In light of the parties' Joint Motion Submitting Recommendations in Compliance with Order at 681 (Docket No. 724), as well as the Court's independent assessment, the Court has carefully perused and reviewed the docket of this case.  After doing so, it has determined that a large number of filings in the case that are still currently in restricted mode should become public.  This is in light of the great public interest in the Police Reform Process.  Certain filings, however, shall continue to remain in restricted mode unless otherwise ordered.  This is due to the sensitive information contained therein.  The court periodically shall continue to unrestrict further filings.

The following filings shall remain in restricted mode:

Docket Nos. 252, 261, 270, 288, 292, 308, 314, 325, 329, 330, 331, 386, 588, 599, and 673.

The Clerk of Court shall unrestrict the following filings:

Docket Nos. 422, 428, 438, 457, 526, 535, 570, 572 580, 581, 583, 590, 591, 592, 593, 603, 604, 605, 612, 629, 640, 641, 645, 646, 647, 656, 658, 664, 666, 677, 678, 680, 681, 691, 692, 699, and 710.

**Civil No. 12-2039 (GAG)**

The parties, on or before February 16, 2018 shall jointly inform as to whether the following filings may be unrestricted, or should continue in restricted mode: Docket Nos. 721, 723.

**SO ORDERED.**

In San Juan, Puerto Rico, on this 5th day of February, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
