UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

### TCA's MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW Arnaldo Claudio, the Technical Compliance Advisor (TCA), represented by the undersigned attorney and very respectfully informs and submits the following to this Honorable Court:

1. Pursuant to the Order of this Honorable Court at Docket No. 700, filed 01/13/18, the Technical Compliance Advisor assigned Mr. Scott Cragg (Information Technology SME for TCA) to perform a cursory assessment of Puerto Rico Police Departments existing Time and Attendance, hereinafter T&A, processes and processing equipment between January 22 and 25, 2018.

2. That the above referred Assessment was completed, presented to the parties and notified via e-mail to said parties for comments and objections, if any, and none have been presented within the term provided.

3. That pursuant to the Order of this Honorable Court it is respectfully requested that the aforesaid Assessment be filed in restricted mode until a further determination by the Court.

**Wherefore** the Technical Compliance Advisor respectfully requests the above motion be granted as requested by this Honorable Court and a copy of the foregoing motion be electronically notified to all parties through the Court's system.

San Juan, Puerto Rico, this 5th. day of February, 2018.

CERTIFICATE OF SERVICE: I hereby certify that a copy of the foregoing motion has been electronically notified to all parties through the Court's system

S// *Antonio R. Bazán Gonzalez*
Antonio R. Bazán González
USDC No. 117007
Edificio Banco Cooperativo
Suite 604-B
623 Ave. Ponce de León
San Juan, Puerto Rico, 00918
antonior.bazan@gmail.com
Tel. (787) 764-7684