# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff;<br><br> v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>     Defendants. | No. 12-cv-2039 (GAG) |

### TCA's MOTION SUBMITTING THE RESULTS OF A CURSORY ASSESSMENT OF PUERTO RICO'S POLICE BUREAU TIME AND ATTENDANCE SITUATION

TO THE HONORABLE COURT:

  COMES NOW Arnaldo Claudio, the Technical Compliance Advisor (TCA), represented by the undersigned attorney and very respectfully informs and submits the following document to this Honorable Court:

1. Pursuant to the Order of this Honorable Court at Docket No. 700, filed 01/13/18, the Technical Compliance Advisor assigned Mr. Scott Cragg (Information Technology SME for TCA) to perform a cursory assessment of Puerto Rico Police Departments existing Time and Attendance, hereinafter T&A, processes and processing equipment between January 22 and 25, 2018.

2. The TCA further informs that a presentation of the contents of the assessment was made to the parties by Mr. Scott Cragg on Friday, January 26, 2018 at the TCA's office. A true copy of the assessment herein was sent to the parties via electronic mail on Saturday, January 27, 2018, informing a term of five days to notify any objections to the same. As

of this date, no objections have been presented to the TCA in regards to the aforesaid report by the parties.

3. That prior to the filing of this motion, pursuant to the Order of this Court of July 21, 2017, Docket No. 517, a motion to restrict the contents of this motion has been filed.

**Wherefore** the Technical Compliance Advisor respectfully requests the above motion be granted as requested by this Honorable Court and a copy of the foregoing motion be electronically notified to all parties through the Court's system.

San Juan, Puerto Rico, this 5th. day of February, 2018.

CERTIFICATE OF SERVICE: I hereby certify that a copy of the foregoing motion has been electronically notified to all parties through the Court's system

        S// *Antonio R. Bazán Gonzalez*
        Antonio R. Bazán González
        USDC No. 117007
        Edificio Banco Cooperativo
        Suite 604-B
        623 Ave. Ponce de León
        San Juan, Puerto Rico, 00918
        antonior.bazan@gmail.com
        Tel. (787) 764-7684