# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff;<br><br>        v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br><br>                    Defendants. | No. 12-cv-2039 (GAG) |

## Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for December 2017.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | January 22, 2018 to January 26, 2018 |
| Rafael E. Ruíz | $6,500.00 | January 22, 2018 to January 26, 2018 |
| Marcos Soler | $3,250.00 | January 25, 2018 to January 27, 2018 |
| John J. Romero | $6,500.00 | January 22, 2018 to January 26, 2018 |
| Alan Youngs | $6,500.00 | January 22, 2018 to January 26, 2018 |
| Scott Cragg | $6,500.00 | January 22, 2018 to January 26, 2018 |
| Alejandro Del Carmen | $3,900.00 | January 22, 2018 to January 26, 2018 |
| | **Subtotal** | **$39,650.00** |
| **Telework** | | |
| Gerard LaSalle | N/A | January 2018 |
| Linda V. Navedo | $2,600.00 | January 2018 |
| Rafael E. Ruíz | $300.00 | January 2018 |
| Marcos Soler | $6,300.00 | January 2018 |
| John J. Romero | $525.00 | January 2018 |
| Alan Youngs | $1,050.00 | January 2018 |
| Scott Cragg | $2,600.00 | January 2018 |
| Alejandro Del Carmen | $5,100.00 | January 2018 |
| | **Subtotal** | **$18,475.00** |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $5,860.31 | January 2018 |
| Federico Hernandez Denton | $4,187.50 | January 2018 |
| Antonio Bazán | $4,468.75 | January 2018 |
| | **Subtotal** | **$14,516.16** |
| **Jose Pujol** | $1,850.00 | Hours worked on planning, preparing, and conducting assessments. Work in meetings related to assigned assessments. |
| | **Subtotal** | **$1,850.00** |
| **Car Expenses** | | |
| Chauffer | $900.00 | January 21, 2018 to January 27, 2018 |
| Gasoline | $730.00 | January 2018 |
| Tolls | $80.00 | January 2018 |
| Car Maintenance | $338.00 | January 2018 |
| | **Subtotal** | **$2,048.00** |
| **Office Supply** | | |
| Office Agenda | $10.02 | |
| Copy Services | $140.01 | Assessment Report |
| Materials for Labor Union Meeting | $43.14 | |
| | **Subtotal** | **$193.17** |
| | **Total** | **$76,732.33** |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $76,732.33, the total amount of the monthly expenses, for the month of January 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

## UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $76,732.33, the total amount of the expenses for the month of January 2018.

In San Juan, Puerto Rico, this day February  6 , 2018.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.