Rafael E. Ruiz
610 Pleasant St
Canton MA 02021

**INVOICE # 2018-01**
DATE: Jan 31, 2018

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR: Service Jan 01 to Jan 31, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| January 4, 2018: Preparation of Agenda for PR Visit | 2 hours | $150/hr. | $300.00 |
| Monday, January 22, 2018: Policy review (CRADIC, Rank Structure), FIU, San Juan Command Center | 1 day | $1300/day | $1,300.00 |
| Tuesday January 23: Visit to Humacao Drug Unit and CIC | 1 day | $1300/day | $1,300.00 |
| Wednesday, January 24: Visit to Ponce Area Command And Yauco Drug Unit | 1 day | $1300/day | $1,300.00 |
| Thursday, January 25: Site Visit to PRPB Police Academy And Presentation by Deputy TCA at TCA's Office | 1 day | $1300/day | $1,300.00 |
| Friday, January 26: TCA Office meeting and preparation of Weekly report | 1 day | $1300/day | $1,300.00 |

TOTAL BILLED                                    $6,800.00


Rafael E. Ruiz

Date: January 31, 2018

**INVOICE FOR PROFESSIONAL SERVICES; JANUARY 1 – JANUARY 26, 2018**
**SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
      #268 Muñoz Rivera
      Suite 1001, World Plaza
      San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of January 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 5 | | 6500.00 |
| review emails from CT, PRPD, USDOJ | 2.75 | | | 412.50 |
| review 6 month report and verify content and context of submitted draft | 3.25 | | | 487.50 |
| review EIS position from US DoJ, respond to principals from PRPD, TCA, DOJ | 2.50 | | | 375.00 |
| review court documents regarding timekeeping and coordinate , plan and recommend a response and plan of action to technically support PRPD required actions to resolve timekeeping of agents and staff. | 3.50 | | | 525.00 |
| Research and Review USDOJ EIS Guide provided  to Reforma and BT | 3.75 | | | 562.50 |
| review crime mapping GO | 2.75 | | | 412.50 |
| review computer use  GO | 2.50 | | | 375.00 |
| pre-visit preparation for onsite interviews | 0.75 | | | 112.50 |
| | | | | |
| | | | | |
| Total hours US | 21.75 | | | |
| | | | | |
| TOTAL AMOUNT BILLABLE DAYS IN PUERTO RICO @ $1300 | | 5 | | $6,500 |
| TOTAL OF BILLABLE HOURS @ $150 | | 21.75 | | $3,263 |
| TOTAL EXPENSE | | | | $9,763 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | | 4.42 | | -662.50 |
| | | FEE | | $9,100 |

2

INVOICE PRESENTED BY:

//Signed//
_____
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE

_____
ARNALDO CLAUDIO, TCA, President

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

January 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918


FOR PROFESSIONAL SERVICES RENDERED January, 2018


| | |
|---|---|
| Monday, Jan 22, 2018 | TCA Office re: meetings<br>PRPD Headquarters re: Discussion of policies |
| Tuesday, Jan 23, 2018 | Visit the command of Humacao. Purpose of the visit was to inspect the Drug Unit, CIC, evidence room and checked Records, Protocols and Certificates |
| Wednesday, Jan 24, 2018 | Visit the Commands of Yauco Drug Unit and Ponce. Purpose was to inspect Records and Protocols and Certifications. Discussion held with Commanders at Yauco and Ponce about the current situation at each Command.<br><br>Inspected the Evidence Room at Yauco and Humacao<br><br>Inspected the Command of Ponce to evaluate communications and 911 |
| Thursday, Jan 25, 2018 | Visit Police Academy<br>TCA office reference strategic plan for 2018 |
| Friday, Jan 26, 2018 | TCA Office re: Monthly meeting<br>Preparation written reports re: site visit |

**5 DAYS (DAY RATE $1,300) = $6500**


January 1-31

Reviewed PRPD policy and annual review of training and in-service training– 3 hours
Prepared written comments – 2 hours

Prepared site visits for January visit – 2 hours

**TOTAL HOURS:   7  HOURS**

**BILLABLE HOURS:  7 HOURS AT RATE OF $150 PER HOUR = $1,050.00**

**TOTAL: $7,550.00**

ok *[signature]* 2/6/2018

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

January 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 044
FOR PROFESSIONAL SERVICES RENDERED JANUARY 2018


Monday, Jan 22, 2018         TCA Office re: meetings
                             PRPB Headquarters re: meetings


Tuesday, Jan 23, 2018        Ponce Area Command re: site visit.


Wednesday, Jan 24, 2018      San Juan Area Command re: site visit
                             PRPB Headquarters re: meetings


Thursday, Jan 25, 2018       PRPB Academy re: meeting
                             TCA Office re: meetings


Friday, Jan 26, 2018         TCA Office re: meetings


**5 DAYS (DAY RATE $1,300) = $6500**

January 1-31   Prepared and submitted Core Team proposed site visits document for
January/2018 visit 1.5 hrs.

In connection with January site visit prepared and submitted document
outlining additional subject areas and questions relating to Absenteeism
Memorandum 1.5 hrs.

Prepared agenda of proposed site visits for January/2018 .5 hrs.

**TOTAL HOURS:**  **3 HOURS**  **30 MINUTES.**

**BILLABLE HOURS 3 HOURS 30 MINUTES AT RATE OF**

**$150 PER HOUR = $525**

**TOTAL: $7,025**

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2018J
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:  **TCAPR, LLC**
    #268 Muñoz Rivera
    Suite 1001, World Plaza
    San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of January 2018, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on Methodology, Action Plans 2.0, and Strategic Plan, Review of PR CJS Strategic Plan (1.0 billable hours) | X | N/A | Saturday through-Sunday, January 6-7, 2018 | (12 @ $150 = $1,800) |
| Work from New York City: Work on Strategic Plan and COOP document (10.0 hours) | X | N/A | Monday, January 15, 2018 | (10 @ $150 = $1,500) |
| Work from New York City: Work on Methodology and Strategic Plan, Review of USDOJ and PRDOJ comments to six-month report, Edits to the six-month report (12.0 billable hours) | X | N/A | Saturday through-Sunday, January 20-21, 2018 | (12 @ $150 = $1,800) |
| Work from Puerto Rico: See TCA agenda (25 billable hours, 2.5 days) | N/A | X | Thursday through Saturday, January 25-27, 2018 | (2.5 days @ $1,300 = $3,250) |
| Work from New York City: Strategic Plan | X | N/A | Sunday, January 28, | (8 @ $150 = |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| (8 billable hours) | | | 2018 | $1,200) |
| | | | TOTAL HOURS WORKED: 67.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (25 HOURS) | | | | $3,250 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (42 HOURS @ $150): | | | | $6,300 |
| TOTAL TO BE BILLED: | | | | $9,550 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
January 30, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2018.

OK *[initials]* 2/6/2018

2

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2018
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **January/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work session for the distribution of policies sent by the PRPD, corresponding to the month of December/2017, to be reviewed in January/2018; preparation of preliminary agenda for the week of Core Team in Puerto Rico; follow-up of the pending approval policies; reading and review of electronic mail; telephone calls for the follow-up of pending matters, among other responsibilities. (8.0 hrs) | N/A | X | 1-7/ January | |
| Work session to attend the following activities: follow-up on the review of the policies; receipt, review and analysis of the activities of the members of the Core Team for the development of the agenda corresponding to the month of January/2018 and related logistics; reading, review and analysis of documents related to the topics that will be addressed in the next visit of the Core Team, among other tasks. (21.0 hrs.) | N/A | X | 8-14/ January | |
| Work session for the development of the agenda, meeting for the discussion of the agenda with the TCA Arnaldo Claudio, Eric Guzmán and representatives of the PPR; subsequent meeting with Cor. Clementina Vega; follow-up on the review and submission of policies, among other procedures. (12.0) | N/A | X | 15-21 / January | |
| TCA CORE TEAM WEEK | N/A | X | 22/ January | $1,300.00 |

1

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA CORE TEAM WEEK | N/A | X | 23/ January | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 24/ January | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 25/ January | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 26/ January | $1,300.00 |
| Work session for the review and preparation of documents to the PPR, drafting of documents, follow-up on negotiations generated through emails, among other aspects. (8.0) | N/A | X | 27-31/December | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA CORE TEAM WEEK: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 31.67 HOURS | | | | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
January 31, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA                          Date: _____, 2018
President
TCAPR Corp.

6K   2|6|2018

2

Assistance to the San Juan Judicial Center as observer for Coronel Salvá court hearing, with Antonio Bazán and Eric Guzmán; working session in the TCA Office the review of policies assigned; work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD, among other matters.

Reading, reviewing and analyzing documents sent by the TCA; follow-up of outstanding issues; among other matters.

(16.0 hrs)

Previous preparation, assistance and participation in telephone conference for review and discussion of the General Order of SARP, SARP Regulations, SARP Manual and General Order of Crime Mapping; draft document to Dr. Alex Del Carmen; follow-up on the sending of the clarifications of the revised policies, as agreed; draft for the TCA's Six-Month Report; work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD, among other matters. (28.0)

Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD; reading and review of documents related to the policies related to internal audit of the Police of Puerto Rico; participation in telephone conference with the TCA Arnaldo Claudio, Antonio Bazan, Eric Guzman, Luis Saucedo, Brian Seth, in relation to the situation of absenteeism of the agents of the PRPD; among other matters. (8.0 hrs)

Work session for the drafting of the revision of the policies related to internal audit; start with the preparation of the agenda of the visit of the Core Team, corresponding to the month of January/2018, among other matters. (8.0 hrs)

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**          785559

## *INVOICE*

| Customer | | | |
|---|---|---|---|
| Name | TCAPR Corporation | | |
| Address | 268 Munoz Rivera | | |
| City | San Juan | PR | ZIP 00918 |
| Phone | | | |

| Date | 1/26/18 |
|---|---|
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 27.5 | Review/Policies (Manual de Invest., Orden General de la Supt. Aux | $150.00 | $4,125.00 |
| 6.5 | Emails, calls, review of documentation | $150.00 | $975.00 |
| 24 | Puerto Rico (1/22, 1/23, 1/24) (see TCA Agenda) | $162.50 | $3,900.00 |

| | | |
|---|---|---|
| SubTotal | | $9,000.00 |
| Shipping & Handling | | |
| Taxes | State | |
| **TOTAL** | | $9,000.00 |

Signature:

Office Use Only

ols ef 2/6/2018

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

January 29, 2018.

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-01**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents, meetings and court appearances for the TCAPR Corp. during the month of January 2018.

| Date(s) | Hour(s) | Matter/Research/Legal Advice, Court Appearances |
|---------|---------|--------------------------------------------------|

| Date(s) | Hour(s) | Matter/Research/Legal Advice, Court Appearances |
|---------|---------|--------------------------------------------------|
| 1/03/2018 | **3.50 hrs.**1:30 to 3:00 pm. and 3:00 to 5:00 pm. | TCA-7-Bazan-Denton-Comments on Redline Division Of Confidential Affairs Re: Absenteeism. |
| 1/04/2018 | **1.00 hr.** 4:00 to 5:00 pm. | Motion filed, Comments on Redline on Evaluation of Performance Police Officers. E-mailed 1/05/2018. |
| 1/05/2018 | **1:50 hr.** 2:30 to 4:00 pm. | Bazan-Denton-Comments on Redline on Summons to appear in Court and Adm. Hrgs. E-mailed 1/07/2018 |
| 1/08/2018 | **5.50 hrs.** 11:00 am. to 1:00 pm. & 2:00 to 5:30 pm. | Meeting at TCA Office with Counsel Hernandez Denton and TCA(via telephone) & Preparation of Agenda, Talking Points and Questions (Privilege Matter) |
| 1/10/2018 | **2.00 hr.**  1:00 to 3:00 pm. | Meeting at La Fortaleza with Governor's Counsel Orona, Counsel for DOJPR and USDOJ (via telephone) |
| 1/14/2018 | **1.00 hr.**  11:30 pm to 12:30 am. | Review and Advice on General Order SARP (Del Carmen) |
| 1/15/2018 | **1.25 hr.**  12:30 am to 1:00 am and 9:30 ti 10:15 pm | Review of GO 100-8 (Young) Reorganizing Superintendence in Education and Training & Investigator's Manual SARP (Del Carmen) |
| 1/22/2018 | **4.25** hrs. 9:00 to 11:00 am, 11:00 to 12:00 N. & 2:00 to 3:15 pm. | Meeting at TCA's Office with USDOJ and PRPD Labor Organizations, Meeting with Ms. Natalie Jaresco (PR Control Board)and PRPD Labor Organizations, & Court Appearance before Hon. Gustavo Gelpi,U.S.D.J. for Status Conference |
| 1/23/2018 | **2.00 hr.** 10:00 am. to 12:00N | PRPB Headquarters - Discussion of GO on Evaluations and Court Appearances |
| 1/23/2018 | **3.25 hrs.** 6:20 am  to 1:20 pm. | Field work at 3 Police Headquarters.  Guayama-8:30 to 10:30 am. Humacao-11:30 am to 12:15 pm. Fajardo 12:45 to 12:20 pm. |

| 1/24/2018 | **4.50 hrs.** 2:30 to 7:00 pm | PRPB Headquarters-Paragraph 13 (1.50 hrs.), Working Budget (1.75 hrs.), V2A (1.25 hrs.) |
| 1/25/2018 | **2.00 hrs.** 11:00 am to 12:30 pm and 1:30 to 2:00 pm. | Review and changes/advice to Assessment (Pujol) and preparation of Motions for filing by TCA |
| 1/26/2018 | **3:00 hrs.** 11:00 am. to 1:00 pm and 2:00 to 3:00 pm. | Paragraph 253 meeting at TCA's Office and preparation of additional motions to file with Court by TCA. |
| 1/27/2018 | **1:00 hr.** 9:00 to 10:00 am | Assessment on Kronos System and T&A Reports by Scott Cragg.  E-mailed to parties at 4:14 pm AST |
| 1/29/2018 | **35.75 hrs.** Total Hours Billed | 35.75 hrs. X $125.00 =$4,468.75 |

I hereby certify that the amount billed in this Invoice is true and correct and co rresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.



## CASTELLANOS GROUP
### P.S.C.

# INVOICE

**INVOICE NUMBER:  39**
**INVOICE DATE:  JANUARY 30, 2018**

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-03-18 | Police Reform-Puerto Rico | Several communications with TCA Claudio, communications with the Court in compliance with standard TCA requirements | 1.50 | $125.00 | $187.50 |
| JAN-04-18 | Police Reform-Puerto Rico | Several communications with the Court in compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| JAN-06-18 | Police Reform-Puerto Rico | Review of Memorandum of Compliance Issues, several discussions (absenteeism) | 2.00 | $125.00 | $250.00 |
| JAN-07-18 | Police Reform-Puerto Rico | Review of several communications | 2.00 | $125.00 | $250.00 |
| JAN-07-18 | Police Reform-Puerto Rico | Communications with TCA Claudio and communication with the Court in compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| JAN-08-18 | Police Reform-Puerto Rico | Several communications with TCA Claudio, communications with the Court in compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| JAN-10-18 | Police Reform-Puerto Rico | Preparation for meeting in La Fortaleza; meeting with the parties at Fortaleza; several communications; privilege communications with the Court | 7.00 | $125.00 | $875.00 |
| JAN-11-18 | Police Reform-Puerto Rico | Communications with TCA Claudio, communications with the Court in compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| JAN-12-18 | Police Reform-Puerto Rico | Review of Joint Informative Motion; several communications with the parties; communications with TCA Claudio; communications with the Court in compliance with TCA standard requirements; preparation of new ids for TCA Team, Judge Gelpi's approval and signature | 4.00 | $125.00 | $500.00 |

INVOICE NUMBER: 39

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-14-18 | Police Reform-Puerto Rico | Review of Orders; several communications with the Court in compliance with TCA standard requirements | 2.50 | $125.00 | $312.50 |
| JAN-15-18 | Police Reform-Puerto Rico | Review of Order, review of communications from TCA | 1.00 | $125.00 | $125.00 |
| JAN-16-18 | Police Reform-Puerto Rico | Communication with Hernandez Denton Esq., communication with the Court in compliance with TCA requirements | 1.00 | $125.00 | $125.00 |
| JAN-16-18 | Police Reform-Puerto Rico | Additional id cards preparation | 1.00 | $125.00 | $125.00 |
| JAN-18-18 | Police Reform-Puerto Rico | Conference call, re: hearing January 22; communication with the Court, in compliance with standard TCA requirements | 0.50 | $125.00 | $62.50 |
| JAN-18-18 | Police Reform-Puerto Rico | Id's for TCA Team | | | $42.00 |
| JAN-21-18 | Police Reform-Puerto Rico | Communication with the Court in compliance with standard TCA requirements, preparation for meeting and hearing with Judge Gelpi | 2.00 | $125.00 | $250.00 |
| JAN-22-18 | Police Reform-Puerto Rico | Meeting with TCA Claudio, hearing with Judge Gelpi, communication with Hernandez Denton, Esq., communication with the Court in compliance with standard TCA requirements | 4.00 | $125.00 | $500.00 |
| JAN-23-18 | Police Reform-Puerto Rico | Review of communication from TCA Claudio | 0.25 | $125.00 | $31.25 |
| JAN-24-18 | Police Reform-Puerto Rico | Review of Informative Motion Regarding Absenteeism; Informative Motion regarding new id cards | 2.00 | $125.00 | $250.00 |
| JAN-25-18 | Police Reform-Puerto Rico | Visit with TCA Claudio to Police Academy Gurabo | 4.50 | $125.00 | $562.50 |
| JAN-27-18 | Police Reform-Puerto Rico | Review of communication from TCA Claudio | 0.25 | $125.00 | $31.25 |
| JAN-29-18 | Police Reform-Puerto Rico | Review of communication from TCA Claudio | 0.50 | $125.00 | $62.50 |
| JAN-30-18 | Police Reform-Puerto Rico | Plane ticket from MIami to Dallas- Second Consent Decree Convention Dallas Fort Worth (February 2018) | | | $318.31 |
| | | Total hours for this invoice | 44.00 | | |
| | | Total amount of this invoice | | | $5,860.31 |



# American Airlines 

Hello Alfred Castellanos!                              Issued: Nov 20, 2017



# Your trip confirmation and receipt

## Record locator: **RIBNJB**

View your trip

---

## Wednesday, February 14, 2018

| MIA | DFW | |
|-----|-----|--|
| **6:15** PM | → **8:44** PM | Seats: 9D<br>Class: Economy (O)<br>Meals: |
| Miami | Dallas/Fort Worth | |
| American Airlines 2466 | | |

---

## Sunday, February 18, 2018

| DFW | SJU | |
|-----|-----|--|
| **7:05** AM | → **1:34** PM | Seats: 7C<br>Class: Economy (N)<br>Meals: |
| Dallas/Fort Worth | San Juan | |
| American Airlines 1093 | | |

## Alfred Castellanos

AAdvantage # X2J6598 PRO

Ticket # 0012159226636

# Your trip receipt

 Exchange

### *Alfred Castellanos*

| | |
|---|---|
| FARE-USD | $ 271.96 |
| TAXES AND CARRIER-IMPOSED FEES | $ 46.35 |
| **TICKET TOTAL** | **$ 318.31** |

| | |
|---|---|
| TICKET CHANGE | $ 200.00 |

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

January 31, 2018

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| 01-03-2018 | Analysis of recent development regarding absenteeism at the PRPD and preparation of emails to TCA and CL Lawyers regarding courses of action and conference call with CL Bazán. | 2 |
| 01-04-2018 | Conference call with CL Bazán regarding informative motion to court about absenteeism in PRPD and reading of Motion summitted to the Court. | 1 |
| 01-05-2018 | Reading proposed General Order establishing criteria for work performance of Police and revision of draft of memorandum prepared by CL Bazán. | 1 |
| 01-07-2018 | Reading of General Order of Court appearances by PRPD members and draft of memo prepared by CL Bazán, and preparation of changes to the draft as well as email to CL Bazán. | 1.5 |
| 01-08-2018 | Meeting of TCA and CL Bazán in preparation of meeting with PRPD according to court order. | 2.5 |
| 01-08-2018 | Meeting of TCA and CL Bazán in preparation of meeting with PRPD according to Court Order and preparation of strategic plan to meeting at Fortaleza. Revision of minutes of conference call with TCA and CL Bazán and preparation of agenda for meeting at Fortaleza. | 6 |

| | | |
|---|---|---|
| 01-10-2018 | Review of file regarding absenteeism.in PRPD in preparation for meeting in Fortaleza. | 1 |
| 01-10-2018 | Meeting police absenteeism in Fortaleza. | 5 |
| 01-12-2018 | Reading of Draft Motion of DOJ regarding meeting with PRPD ordered by Court, conference call with TCA and preparation of Memorandum to DOJ with observations of TCA about motion. | 1.5 |
| 01-13-2018 | Review of comments of DOJ regarding Crowd Control Assessment Report and preparation of recommendation to TCA and reading of joint motion of DOJ and PRDOJ to count preparation of recommendations to TCA. | 1.5 |
| 01-15-2018 | Communications with TCA and CL lawyers regarding order issued by US District Court. | 1 |
| 01-22-2018 | Meeting at PRPD with Scott Craig to review IT system and implementation of Kronos. | 1.5 |
| 01-23-2018 | Meeting at PRPD to discuss General Orders Evaluation of performance by members and meeting with TCA. | 2 |
| 01-24-2018 | Visit to Guayama Headquarters with Scott Craig and Meeting with IT Director and Guayama PRPD members in charge of implementation Kronos in that region. | 6 |
| | **TOTAL BILLED HOURS:** | 33.5 |
| | **TOTAL:** | $4,187.50 |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

OK

**Jose L. Pujol**
Investigative Consultant
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2018-01**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 01/16/2018 | **6.5 hrs.** 09:30 am to 04:30 pm (minus 0.5 hr. lunch) | Working on the Assessment Report. |
| 01/17/2018 | **7 hrs.** 09:15 am to 12:45 pm 04:00 pm to 07:30 pm (Home) | Working on the Assessment Report. |
| 01/18/2018 | **6 hrs.** 09:30 am to 04:00 pm (minus 0.5 hr. lunch) | Working on the Assessment Report. |
| 01/19/2018 | **4.5 hrs.** 09:30 am to 02:30 pm (minus 0.5 hr. lunch) | Working on the Assessment Report. Working with Counsel Antio Bazan on the Assessment Report |
| 01/22/2018 | **3 hrs.** 12:30 pm to 03:30 pm (Home) | Preparation for next day meeting with USDOJ and working on Assessment Report |
| 01/23/2018 | **3 hrs.** 11:30 am to 03:00 pm (minus 0.5 hr. lunch) | Meeting with TCA and USDOJ, and working on Assessment Report |
| 01/24/2018 | **2 hrs.** 1:15 pm to 3:15 pm (Home) | Preparation for, and conference call with Counsel Joel Torres, Col. Vega and Lt. Col. Diaz. Update of Assessment Report |
| 01/25/2018 | **5 hrs.** 09:30 am to 03:00 pm (minus 0.5 hr. lunch) | Working on the Assessment Report. Working with Counsel Antio Bazan on the Assessment Report |
| 12/2x/2017 | **37 hrs.** Total hrs. billed | 37 hrs. x $50.00= **$1,850.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team

members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

ok 2/6/2018

# INVOICE 0129

1/24/2018

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Jan 21-27, 2017 to TCA Core Team, | |
| which includes the following: | |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (TCA Office, Headquarters in Hato Rey, Gurabo Police Academy, Las Piedras) | |
| Total Hours Worked: 90 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |
| | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

OK *RF* 2/6/2018

Sam's CLUB

AHORRAR ES FACIL
CLUB MANAGER EMILIO BENITEZ
( 787 ) 257 - 1500
Club 6543 CAROLINA
TEL. 787-257-1500
01/20/18 15:59 6197 06543 002 4007

W MEMBER 101-*******7324

THANK YOU,
JOSUE

| | | | |
|---|---|---|---|
| E | 135433 MM 8 WATER F | 4.14 | R |
| E | 135433 MM 8 WATER F | 4.14 | R |
| | SUBTOTAL | 8.28 | |
| | TAX 2 1.000 % | 0.08 | |
| | TOTAL | 8.36 | |
| | VISA TEND | 8.36 | |

VISA DEBITO **** **** **** 1352 I 0
APPROVAL # 633585

AID A0000000031010
TC 3C8F3875846C32D4
TERMINAL # SC010447
Pin Verified
01/20/18 16:00:11
CHANGE DUE 0.00

CONTROL: 9N3F7-F1Z66 WM

# ITEMS SOLD 2

TC# 5880 6746 8382 9302 4391

Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
01/20/18 16:00:11

*** MEMBER COPY ***

FARMACIAS CARIDAD

Farmacia Caridad #7
Carr 838 km 3.4, San Juan, PR
787-740-7000
787-789-3232

**Sales Receipt**

Transaction #: 1231891
Date: 1/18/2018 Time: 7:03:14 PM
Cashier: DJY Register #: 6

| Item | Description | Amount |
|---|---|---|
| 692374971635 | AGENDA 2018 DAILY | $8.99 |

| | |
|---|---|
| Sub Total | $8.99 |
| StateTax 10.5% | $0.94 |
| Municipality Tax 1% | $0.09 |
| Total | $10.02 |
| Cash Tendered | $10.02 |
| Change Due | $0.00 |

Sam's CLUB

AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL. 787-522-3600
01/21/18 18:01 5747 04866 003 938

W MEMBER 101-*******7324

THANK YOU,
JOSUE

| | | | |
|---|---|---|---|
| E | 667645 100% JUICE F | 12.38 | R |
| E | 21895 PASTRY TRAYF | 19.98 | T |
| | SUBTOTAL | 32.36 | |
| | TAX 1 10.500 % | 2.10 | |
| | TAX 2 1.000 % | 0.32 | |
| | TOTAL | 34.78 | |
| | CASH TEND | 40.00 | |
| | CHANGE DUE | 5.22 | |

Visit samsclub.com to see your savings

CONTROL: XLDPG-N74GH WM

# ITEMS SOLD 2

TC# 0987 9679 5452 1120 8661

# DIGI-SERV & COPY SERVICES

455 Ave. César González, Urb. Roosevelt, Hato Rey, PR 00918
Tel. 787-756-3444 / Fax. 787-963-0611
copiasplanospr@gmail.com / copiasplanos@yahoo.com
www.digiservcopy.com

☐ Cotización

☐ Orden

**Cliente:** _José Pujol, TCA Corp._

**Fecha:** _1/25/18_     **Hora Entrada:** _____     **Tel:** _____

**Persona Contacto:** _____

**Orden:** Yahoo __  Gmail __  Dropbox __  CD __  USB __  Copias __  Tel. __  Personal __

**PROYECTO** _Assessment Report_

**Especificaciones:**

_7 + 166 = 173 @ $ 0.39 = $ 67.47_

_color carta_

_166 Scans color @ $ 0.35 = $ 58.10_

Precio

_____ rta __ Legal __ 11x17

_____ rapados ___ Corbata __

_____ pliegues __ 3 pliegues __

ENMARCADOS: Marco _____     Filo _____

ARTE: Sencillo ___   Art. Gráfico ___   Aprobación Arte: _____

Es importante informar que una vez aprobado el arte por el cliente el mismo no puede ser cambiado si ya ha comenzado el proceso de impresión. No habrá devolución de dinero en caso de que el error sea del cliente.  Digi-Serv & Copy Services se reserva el derecho de añadir cargos adicionales en caso de cambios en el arte. Todo arte creado en nuestra oficina pertenece a Digi-Serv & Copy Services, si el cliente desea el mismo tendrá un costo adicional.

Realizado por: _____     **Depósito:** $ _____

Hora Realizado: _____

Fecha de Entrega: _____     **Balance:** $ _____

_____ por: _____     **PAID:** Cash ___  ATH ___

**Subtotal:** $ _125.57_

**IVU:** + $ _14.44_

**Total:** = $ _140.01_

DIGI SERV COPY
CESAR GONZALEZ 455 URB ROOSEVELT
SAN JUAN

HOST        ATH
TIME        MERCHANT ID
12-46-18    454971295638
TERMINAL ID
30V10045

SALE
ACCL
*************5795

DATE        Jan 25.18
BATCH
000100

INVOICE: 000098
TRACE :000082

125.57
13.18
1.26
140.01

AUTH. CODE: 025711

AMOUNT:
Tip Tax:
Disc Tax:
TOTAL:

CONTROL: 2HOJF-ZOR6B
ET

SIGNATURE: X

Visa Credit
ATD: A0000000031010   AC: 9CC68B1059246573
URD: 15070823  IVR: U08080000 TSI: F8U0
CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su Preferencia



# CENTRO DE GOMAS
# PUERTO NUEVO

**Servicio de gomas**
Lunes a Viernes 7:30 am a 6:30 pm
Domingo 8:30 am a 4:00 pm

GOMAS NUEVAS Y USADAS
BALANCEO ELECTRONICOS
VENTA DE AROS NUEVOS Y USADOS
TEL. 787-781-5125



"TODO LO PUEDO EN CRISTO
QUE E FORTALECE"
FILIPENSES 4:13

**FACTURA**

294

VENTA CASH

| Cliente | FCA PR | FECHA | 1/22/15 |
|---------|--------|-------|---------|
| Direccion | | TEL. | |
| | | CEL. | |

| CANT | DESCRIPCION | UNIDAD | PRECIO |
|------|-------------|--------|--------|
| | GOMA | | |
| | | | |
| | REPARACION | | |
| | PARCHO | | |
| | INYECCION | | |
| | ROTACION | | |
| | BALANCEO | | |
| | VALVULA | | |
| | MONTURA | | |
| | Cargo Bateria | | |
| | | TOTAL | 5 |
| | FIRMA DEL CLIENTE | TAX | 58 |
| | | PRECIO TOTAL | 5.58 |

**Garantia por desperfectos de fabrica gomas sin alteraciones.**
10 días de garantia con el recibo. No devolución de dinero si no crédito.



321 Ave  De Diego
Puerto Nuevo, PR  00921
787-706-0455

Ticket. 57107                    Date. 1/23/18  11:00 AM
Store. 9041                      Register: 1
Cashier  5792

| Item           | Qty | Price  | Amount   |
| -------------- | --- | ------ | -------- |
| AUTOMOTIVE BATTERY |     |        |          |
| MT-51R         | 1   | 125.95 | 107.06   |
| Pro Rated Warranty $ Off (18.89) | | | |

Subtotal    107.06
Tax      12.31

Total    119.37

Cash                            120.00

Change
Cash                            (0.63)
SOLD ITEM COUNT = 1



T113IEP11316AHG-IAQGYW

Seller's LIMITED WARRANTY and remedy of
replacement is reprinted at
www.InterstateBatteries.com/warranty.

THE WARRANTIES DESCRIBED ON SELLER'S
DESIGNATED WEBSITE ARE IN LIEU OF ALL OTHER
WARRANTIES AND REMEDIES WITH RESPECT TO THE
PRODUCTS SOLD BY SELLER, AND THERE ARE NO
OTHER WARRANTIES, WHETHER EXPRESSED, IMPLIED
OR OTHERWISE, INCLUDING THE IMPLIED
WARRANTIES OF MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE.  NO OTHER REMEDY
(INCLUDING, BUT NOT LIMITED TO, THE RECOVERY
OF PUNITIVE DAMAGES, CONSEQUENTIAL OR
INCIDENTAL DAMAGES, SUCH AS THE COST OF
INSTALLATION, TOWING CHARGES OR ANY LABOR)
SHALL BE AVAILABLE TO PURCHASER. SUCH
DAMAGES BEING EXPRESSLY EXCLUDED HEREBY.

We want to hear from you! Visit
www.InterstateListens.com to take a quick
survey and receive a $10 gift certificate
good on your next purchase of $30 or more



# AUTOCENTRO TOYOTA

Compra Confiado

1088 Muñoz Rivera Avenue San Juan,
Puerto Rico 00927
787-751-9110



🔧 **$0 deducible** en la primera reparación de Hojalatería

⊕ **30% de descuento** en la primera compra de Accesorios

🚗 **Asistencia en la Carretera** (3 años)

⏰ **Prioridad de cita** en nuestro Taller de Servicio



Very Important Toyota

🚐 **Trato preferencial** en el Programa de Transportación

🎂 **Sorpresa de Cumpleaños**

🏷 **Descuentos en Marcas Asociadas** y Promociones mensuales

CEL: 787-556-4501

| CUSTOMER NO. 140580 | ADVISOR VALERIA TORRES VAZ 139345 | TAG NO. 8731 | INVOICE DATE 01/20/18 | INVOICE NO. TOCS486673 |
|---|---|---|---|---|
| | LABOR RATE IVU-032 | MILEAGE 27,164 | COLOR BLANCO/ | STOCK NO. |

TCA PR CORP
SAN JUAN
SAN JUAN, PR 00918

| YEAR / MAKE / MODEL 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | DELIVERY DATE 08/25/15 | DELIVERY MILES |
|---|---|---|---|
| VEHICLE I.D. NO. 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | SELLING DEALER NO. | PRODUCTION DATE |

NONE

| F.T.E. NO. | P.O. NO. | R.O. DATE 01/20/18 |
|---|---|---|

| RESIDENCE PHONE 787-556-4501 | BUSINESS PHONE | COMMENTS |
|---|---|---|

MO: 27164

JOB# 1 CHARGES---------------------------------------------------------------

LABOR----------------------------------------------------------------------
J# 1 01TOZO05-6CIL   MANT.6CIL CADA 5MIL   HOURS:  0.60 TECH(S):144649        45.00
            C/INF MANTENIMIENTO PREVENTIVO CADA 5 MIL MILLAS
            CAMBIO ACEITE Y FILTRO DE MOTOR. ROTACION DE GOMAS,
            INSPECCION DE FILTRO DE AIRE SISTEMA DE ADMISION,
            VERIFICACION DE BANDAS, TAMBORES, PASTILLAS Y DISCOS DE
            FRENOS, CONECTOR DEL SISTEMA DE DIRECCION, TERMINALES,
            BOTAS DE EJES DE TREN DELANTERO. CALIBRACION DE PRESIONES
            DE AIRE DE GOMAS. COMPLETAR LIQUIDOS Y FLUIDOS Y VERIFICAR
            FUNCIONAMIENTO DE LUCES.
            CAUSA:
            REMEDIO:
            SE REALIZO MANTENIMIENTO PREVENTIVO 5MIL MILLAS
            SEGUN ESPECIFICACIONES

PARTS------QTY---FP-NUMBER-------------DESCRIPTION---------LIST PRICE-UNIT PRICE-
            1   04152-YZZA1        REPLACEABLE ELEME    8.23    3.82      3.82
            7   08880-83317-01     0W20-SINGLE QUART   11.87    5.89     41.23
            1   90430-12031        GASKET               1.76    1.41      1.41
            1   09896-81245-62     FLUID,W.WASH         1.31    1.31      1.31
                                                TOTAL - PARTS          47.77

JOB# 1 TOTALS-------------------------------------------------------------
                                                        LABOR          45.00
                                                        PARTS          47.77
                        JOB# 1 JOURNAL PREFIX TOCS  JOB# 1 TOTAL       92.77

JOB# 2 CHARGES---------------------------------------------------------------

LABOR----------------------------------------------------------------------
J# 2 00TOZO004   ACEITE SINTETICO   HOURS:  0.00 TECH(S):144649              0.00
            C/I DESEA CAMBIO DE ACEITE SINTETICO Y FILTRO
            SE REALIZO CAMBIO DE ACEITE SINTETICO Y FILTRO

JOB# 2 TOTALS-------------------------------------------------------------
                        JOB# 2 JOURNAL PREFIX TOCS  JOB# 2 TOTAL        0.00

JOB# 3 CHARGES---------------------------------------------------------------

LABOR----------------------------------------------------------------------
J# 3 51TOZ14   POWER SUNROOF   HOURS:   TECH(S):144649                       0.00
            C/I TELA DE SUNROOF NO ENROLLA
            SE TIENE QUE COORDINAR CITA TODO EL DIA EN
            TALLER

JOB# 3 TOTALS-------------------------------------------------------------
                        JOB# 3 JOURNAL PREFIX TOCS  JOB# 3 TOTAL        0.00

JOB# 4 CHARGES---------------------------------------------------------------

LABOR----------------------------------------------------------------------
J# 4 98TOZ       QUALITY CONTROL   HOURS:  0.00 TECH(S):144649               0.00

AUTOCENTRO TOYOTA
(PIEZAS Y SERVICIO)
1040 LUIS MUÑOZ RIVERA AVE.
SAN JUAN, PR 00927
787-751-9110

DEP & GTY

Date:2018/01/20                    Time 15:12:14

Merchant ID:                       0274054902
Trans#                               000452
Trans Ref#                         11249291
Check Amount                       $113.25
MICR                               ***********
Check Number                        324

United Tranzactions
***********
www.unitedtranzactions.com

Customer Copy

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

19350

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 1-26 20 18

SR. ____

DIRECCION ____

TAB. NÚM. ____ CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| LITROS DE GASOLINA | | | |
| QTOS. DE ACEITE | | | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | | 20 | 00 |
| LAVADO MOTOR | | | |
| INSPECCION | | | |
| FLUSHING | | | |
| | | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | | |
| RECIBÍ ____ | TOTAL | 20 | 00 |

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

19312

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 01/16 20 18

SR. ____

DIRECCION ____

TAB. NÚM. ____ CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| LITROS DE GASOLINA | | 20 | — |
| QTOS. DE ACEITE | | | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | | | |
| LAVADO MOTOR | | | |
| INSPECCION | | | |
| FLUSHING | | | |
| | | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | | |
| RECIBÍ ____ | TOTAL | 20 | 00 |

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18521

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 1-10 20 18
SR.
DIRECCION
TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |
| | TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| | RECIBÍ TOTAL | 20 | 00 |

Cash

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18535

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 1-9 20 18
SR.
DIRECCION
TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |
| | TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| | RECIBÍ TOTAL | 20 | 00 |

Cash

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18518

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 01/09/2017
SR.
DIRECCION
TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | — |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |
| | TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| | RECIBÍ TOTAL | 20 | 00 |

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9941
01/12/18 18:01:26

Numero de Cuenta:      ACT03579521
Cantidad de Pago:    $     45.00
Metodo de Pago:         VISA 1352
Balance:             $     46.45

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9540
01/26/18 18:49:10

Numero de Cuenta:      ACT03579521
Cantidad de Pago:    $     20.00
Metodo de Pago:          Efectivo
Balance:             $     22.90

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9269
01/10/18 20:13:11

Numero de Cuenta:      ACT03579521
Cantidad de Pago:    $     15.00
Metodo de Pago:          Efectivo
Balance:             $     14.45

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

```
        TO GO STORES
      INTERAMERICANA
       787-798-6434 ext.337
              19
            Inter


     ***PREPAID RECEIPT***

Description        Qty     Amount
--------           ---     ------
PREPAY CA #01              40.00
                        ----------
          Subtotal        40.00
          Tax              0.00
   TOTAL                  40.00
          CASH  $         40.00


ST# 00037  TILL XXXX DR# 1 TRAN# 1016842
CSH: 20              01/03/18 19:03:53
```

```
Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek
```

```
        TO GO STORES
           GURABO
              19
           Toral 12


     ***PREPAID RECEIPT***

Description        Qty     Amount
--------           ---     ------
PREPAY CA #02              40.00
                        ----------
          Subtotal        40.00
          Tax              0.00
   TOTAL                  40.00
          CASH  $         40.00


           GRACIAS,
         Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1027731
CSH: 7              01/09/18 16:55:52
```

```
        TO GO STORES
          FRAILES
       787-798-6434 ext.351
       000000000000019
           FRAILES


     ***PREPAID RECEIPT***

Description        Qty     Amount
--------           ---     ------
PREPAY CA #06              20.00
                        ----------
          Subtotal        20.00
          Tax              0.00
   TOTAL                  20.00
          CASH  $         20.00


ST# 00031  TILL XXXX DR# 1 TRAN# 1037354
CSH: 20              12/29/17 19:23:07
```

```
        TO GO STORES
           GURABO
              19
           Toral 12


     ***PREPAID RECEIPT***

Description        Qty     Amount
--------           ---     ------
PREPAY CA #03              20.00
                        ----------
          Subtotal        20.00
          Tax              0.00
   TOTAL                  20.00
          CASH  $         20.00


           GRACIAS,
         Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1027695
CSH: 7              01/09/18 16:38:04
```

BIENVENIDOS
PUMA BALDRICH

| Descr. | Qty | Amount |
|--------|-----|--------|
| Prepay CA#05 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 00  TRAN# 12473
01/11/18  14:02:34              ST# AB123

CONTROL: 46057-66BVX
SI
processed by Softek

## TO GO STORES
## FRAILES
787-798-6434 ext.331
000000000000019
FRAILES

***PREPAID RECEIPT***

| Description | Qty | Amount |
|------------|-----|--------|
| PREP. CA #12 | | 40.00 |
| | | --- |
| Subtotal | | .00 |
| Tax | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

ST# 00031  TILL XXXX DR# 1 TRAN# 1038148
CSH: 20              01/14/18 13:20:17

---

WELCOME TO
OUR STORE

| Descr. | Qty | Amount |
|--------|-----|--------|
| Prepay CA#05 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 17734
01 10 18  15:16:22             ST# AB123

TO GO STORES
GURABO
000000000000019
Total 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|------------|-----|--------|
| PREPAY CA #05 | | 20.00 |
| | | ---------- |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1028309
CSH: 17              01/15/18 12:26:26



# SERVICENTRO
# MIRANDA, INC.

PO Box 1777 - Calle Muñoz Rivera
Juncos, Puerto Rico 00777
Tel. 734-3281

Fecha 14 Enero 2018

Nombre _Gasolina Reg._

Dirección

| | | |
|---|---|---|
| LITROS DE GASOLINA SUPER | | |
| LITROS DE GASOLINA REGULAR | $20.00 | |
| ACEITE | | |
| ACCESORIOS | | |
| GOMAS | | |
| BATERIAS | | |
| MONTURA DE GOMAS | | |
| BALANCEO DE GOMAS | | |
| LOTERIA ELECTRONICA | | |
| CENTRO DE INSPECCION | | |
| | | |
| | | |
| | | |
| | $20.00 | |

```
                    TO GO STORES
                      GURABO
                 000000000000019
                     Total 12


                ***PREPAID RECEIPT***

      Description        Qty       Amount
      -------           ---       ------
      PREPAY CA #02                 40.00
                                 ----------
                     Subtotal       40.00
                       Tax           0.00
         TOTAL                    40.00
                    CASH $          40.00


                    GRACIAS,
                  Vuelva Pronto
      ST# 00012   TILL XXXX DR# 1 TRAN# 1020651
      CSH: 17                01/16/18 17:19:27


                TO GO STORES
              INTERAMERICANA
              787-798-6434 ext.337
                       19
                     Inter


                ***PREPAID RECEIPT***

      Description        Qty       Amount
      -------           ---       ------
      PREPAY CA #04                 40.00
                                 ----------
                     Subtotal       40.00
                       Tax           0.00
         TOTAL                    40.00
                    CASH $          40.00


      ST# 00037   TILL XXXX DR# 1 TRAN# 1029086
      CSH: 14                01/18/18 18:30:23


      Servicio Fiscal Expirado
      merchants.softekpr.com
      processed by Softek
```

**TO GO STORES
INTERAMERICANA**
787-798-6434 ext.337
19
Inter

***PREPAID RECEIPT***

| Description | Qty | Amount |
|------------|-----|--------|
| PREPAY CA #07 | | 20.00 |

Subtotal  20.00
Tax  0.00
**TOTAL**  **20.00**
CASH $  20.00

ST# 00037  TILL XXXX DR# 1 TRAN# 1022223
CSH: 14  01/22/18 18:53:52

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

*Raúl 62,850 millaje*

**BIENVENIDOS
PUMA CAPARRA**

| Descr. | qty | amount |
|--------|-----|--------|
| REG  CA #06 | 39.630L | 30.00 |
| @ 0.757/ L | | |
| Prepay Fuel | | -30.00 |

Sub Total  0.00
MUNICIPAL  0.00
ESTATAL  0.00
**TOTAL**  **0.00**
CASH $  0.00
**THANKS, COME AGAIN**
REG# 0001 CSH# 005 DR# 01  TRAN# 10386
01/22/18  09:47:45  ST# AB123

---

**PUMA 212**

San Juan

**Fecha:** 1/21/2018 9:05 PM
**Cajero:** Bethy
**Trans No.** 301519
**Batch No.** 1096
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Surtidor 4 | |
|-------------|------------------------|--------|
| 1 | $40.00 | $40.00 |

**Subtotal:**  $40.00
**Estatal:**  $0.00
**Municipal:**  $0.00

**Total:**  $40.00
**Cash:**  $40.00

**Cambio:**  $0.00
Thank you for your business

**CONTROL: NO DISPONIBLE
ST**

*Raúl (Ford Edge) 62,994*
PRINT NO.  3007

SHELL CAPARRA
AVE. ROOSEVELT

JAN 23 18 03:03PM  RECEIPT NO. 1101318

STORE ID 10747

| PUMP | GRADE | VOLUME | PPU | AMOUNT |
|------|-------|--------|-----|--------|
| | | PREPAY COMPLETE | | +40.00 |
| 4 | REGULAR | 52.151L | 0.767 | 40.00 |
| | | CASH | TOTAL | 0.00 |

```
            TO GO STORES
              GURABO
          000000000000019
             Toral 12


        ***PREPAID RECEIPT***

Description       Qty      Amount
-------           ---      ------
PREPAY CA #02               30.00
                         ---------
          Subtotal         30.00
               Tax          0.00
   TOTAL          30.00
          CASH  $          20.00
          CASH  $          10.00


          GRACIAS,
        Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1035027
CSH: 4                01/24/18 19:08:57
```

```
            TO GO STORES
              GURABO
          000000000000019
             Toral 12


        ***PREPAID RECEIPT***

Description       Qty      Amount
-------           ---      ------
PREPAY CA #01               40.00
                         ---------
          Subtotal         40.00
               Tax          0.00
   TOTAL          40.00
          CASH  $          20.00
          CASH  $          20.00


          GRACIAS,
        Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1023080
CSH: 17               01/23/18 14:43:23
```

```
            TO GO STORES
              GURABO
          000000000000019
             Toral 12


        ***PREPAID RECEIPT***

Description       Qty      Amount
-------           ---      ------
PREPAY CA #04               40.00
                         ---------
          Subtotal         40.00
               Tax          0.00
   TOTAL          40.00
          CASH  $          20.00
          CASH  $          20.00


          GRACIAS,
        Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1026932
CSH: 15               01/25/18 19:32:00
```

```
              PUMA
       PASEO  DEL  PUEBLO
              GUAYAMA

Descr.            Qty      amount
-------           ---      ------
Prepay CA#08               30.00

          Sub Total        30.00
            ESTATAL         0.00
          MUNICIPAL         0.00
   TOTAL          30.00
             CASH  $       30.00
      MUCHAS GRACIAS
    POR SU PATROCINIO
REG# 0002 CSH# 011 DR# 01  TRAN# 26827
01/24/18  08:24:53         ST# AB123
```

Rail (Ford Edge)
63,351

========================================

PRINT NO. 14177

SHELL GLOBAL STATION
LAS PIEDRAS

JAN 25 18 09:14PM RECEIPT NO. 1965673

STORE ID 12345

| PUMP | GRADE | VOLUME | PPU | AMOUNT |
| --- | --- | --- | --- | --- |
| | PREPAY COMPLETE | | | -40.00 |
| 2 | REGULAR | 53.548L | 0.747 | 40.00 |
| | | CASH | TOTAL | 0.00 |

GRACIAS

========================================

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #06 | | 40.00 |
| | Subtotal | 40.00 |
| | Tax | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1028683
CSH: 24 01/26/18 18:31:33

Eureka Gas Station#14
0000
Las Piedras, PR 0000
0000
0
Fecha: 1/24/2018 8:44 PM
Cajero: Jesenia Delgado
Trans No. 265511
Batch No. 1131

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| Regular [5] | | | $20.00 |
| 27.137 | $0.737 | | |

Subtotal: $20.00
Impuesto: $0.00
Total: $20.00
Pagado $20.00
Cambio $0.00
Recibo

63,200