12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of January.

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA, Constitutional Lawyers, USDOJ, PRDOJ and PRP actively participated in a meeting related to Absenteeism. The TCA Office submitted in Restrict Content the Seventh (Interim) Six Month Report and the Assessment Report. The TCA met with the Labor Unions in which the USDOJ was attended per Labor Unions request to present their position regarding absenteeism issues. TCA also participated in different conference calls: policy discussions and the Paragraph 253 monthly meeting.

The following General Order were reviewed: General Order 600-613: Division of cybercrimes and rules to request, intervene and process electronic activities and equipment related to the commission of crimes; General Order: Information Program of complaints and recognitions; AO-2017-XX: Administrative Order of Standards and Procedures for the implementation of training and retraining; Regulation of the Ranking System of the Bureau of the Police of Puerto Rico; General Order 300-310: Performance Evaluation of the Members of the Bureau of the Puerto Rico Police; and General Order: Appearance and Summons to the Judicial and / or Administrative Forums. The subjects such as the 2018 Police Academy Strategic Plan, Use of Force Trainings, Assessment Report on Police of Puerto Rico, KRONOS

Also the Police Academy was visited during this month and the following Area Commands were visited: San Juan, Ponce, Guayama, Fajardo and Humacao. The Zone of Excellence of Las Piedras and Yauco Police Station were visited.

Lastly, all administrative actions were completed, including but not limited to: meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation of the Annual Financial Statement.