**Report Date:** February 5, 2018

# TCAPR, CORP.
Office of the Technical Compliance Advisor

# Financial Report as of:

# December 31 2017

This financial report was prepared solely and exclusively for the use of the USDOJ, PRDOJ, and the USDC for the District of Puerto Rico and is to be considered private, privileged and confidential in substance and nature. It cannot be reproduced, shared, demonstrated, published or otherwise exposed to others without the express authorization. No one other than the named recipients can rely on this report and/or its terms and conditions.

Prepared by:
Eric Guzman
Executive Office Manager

| To: | Judge Gustavo A Gelpi |
|---|---|
| | United States District Court of Puerto Rico |
| | Federico Degetau Federal Building |
| | 150 Carlos Chardon Street |
| | San Juan, PR, 00918-1767 |
| From: | Eric Guzman |
| | Executive Office Manager |
| | Office of the Technical Compliance |
| Re: | Mr. Arnaldo Claudio |
| | Technical Compliance Advisor ("TCA") |
| | TCAPR, Corp. |
| Subject: | Financial Report as of December 31, 2017 |
| Copies: | US Department of Justice |
| | PR Department of Justice |

**TCAPR, Corp.**
**Statement of Operations and Fund Balance vs. Budget**
**As of December 31, 2017**

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---|---|---|
| **TOTAL PRPD REFORM CONTRIBUTIONS** | $ 1,397,506.73 | $ 1,497,041.56 | $ (99,534.83) |
| **PROGRAM EXPENESES** | | | |
| SALARIES & WAGES | $ 411,194.40 | $ 476,194.00 | $ (64,999.60) |
| CONSULTANTS (CORE TEAM) | 696,341.00 | 641,670.00 | $ 54,671.00 |
| SPECIALISTS | 179,295.00 | 235,000.00 | $ (55,705.00) |
| TRANSPORTATION | 20,943.44 | 28,097.02 | $ (7,153.58) |
| **TOTAL PROGRAM EXPENSES** | 1,307,773.84 | $ 1,380,961.02 | $ (73,187.18) |
| **MANAGEMENT & GENERAL EXPENSES** | | | |
| EMPLOYER RELATED TAXES & BENEFITS | $ 34,172.96 | $ 57,530.50 | $ (23,357.54) |
| COMMUNICATIOS | 2,309.92 | 3,000.00 | $ (690.08) |
| PROFESSIONAL & FEES | 18,514.04 | 18,050.04 | $ 464.00 |
| OTHER OFFICE CHARGES | 2,225.32 | 1,500.00 | $ 725.32 |
| OFFICE RENT EXPENSES | 36,000.00 | 36,000.00 | $ - |
| **TOTAL MANAGEMENT & GENERAL EXPENSES** | 93,222.24 | 116,080.54 | $ (22,858.30) |
| FUND BALANCE (N6) | $ (3,489.35) | $ - | $ (3,489.35) |

## TCAPR, Corp.
### Summary of Actual vs Budget Variance
### As of December 31, 2017

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---|---|---|
| PROGRAM EXPENSES | $ 1,307,773.84 | $ 1,380,961.02 | $ (73,187.18) |
| MANAGEMENT & GENERAL EXPENSES | 93,222.24 | 116,080.54 | (22,858.30) |
| BUDGET SAVING FROM PROGRAM & MANAGEMENT EXPENSES | $ 1,400,996.08 | $ 1,497,041.56 | $ (96,045.48) |

**TCAPR, Corp.**
**Statement of Financial Position**
**As of December 31, 2017**

| TCAPR, CORP. | 2017 | 2016 |
|---|---:|---:|
| **ASSETS** | | |
| | | |
| <u>CURRENT ASSETS</u> | | |
| PETTY CASH | $ (496.19) | $ 53.90 |
| REGULAR CHECKING ACCOUNT | 14,665.27 | 10,701.42 |
| RESTRICTED FUNDS (N1) | 7,675.00 | 7,675.00 |
| ACCOUNT RECEIVABLE (USDC-PR) | 47,634.55 | 72,547.59 |
| ACCOUNT RECEIVABLE | - | 998.00 |
| UNBILLED TCAPR SERVICES (N2) | 3,266.55 | 3,738.43 |
| TOTAL CURRENT ASSETS | $ 72,745.18 | $ 95,714.34 |
| | | |
| <u>OTHER ASSETS</u> | | |
| PREPAID TELEPHONE | $ - | $ 53.74 |
| PREPAID PAYROLL TAXES | - | 10.40 |
| PRTC DEPOSIT (N3) | 150.00 | 150.00 |
| PREPAID INSURANCE | 3,290.00 | - |
| PREPAID INSURANCE AMORTIZATION | (2,891.34) | - |
| TOTAL OTHER ASSETS | $ 548.66 | $ 214.14 |
| | | |
| **TOTAL ASSETS** | **$ 73,293.84** | **$ 95,928.48** |
| | | |
| **LIABILITIES AND NET ASSETS** | | |
| | | |
| <u>CURRENT LIABILITIES</u> | | |
| ACCOUNTS PAYABLE | $ 52,669.08 | 69,437.94 |
| COURT OVERPAYMENT (N4) | 89.00 | - |
| SALARIES ROUNDING ADJUSTMENT (N5) | 406.52 | - |
| EXPENSES REIMBURSEMENT | 10.40 | 11.20 |
| SOCIAL SECURITY TAXES | 792.58 | 1,958.77 |
| FEDERAL INCOME TAX PAYABLE | 1,146.39 | - |
| FEDERAL UNEMPLOYMENT TAX | 168.00 | 210.00 |
| STATE INCOME TAX WITHHOLDING | - | 5,931.78 |
| INCOME TAX WITHHOLDING (VA) | 2,725.76 | 805.56 |
| CHAUFFER INSURANCE | 10.40 | 10.60 |
| 7% INCOME TAXES PAYABLE | 4,741.58 | 1,898.13 |
| OTHER FEES | 5.00 | 5.00 |
| ACCRUED VACATION | 1,427.36 | 3,993.60 |
| ACCRUED SICK | 3,633.28 | 3,744.00 |
| TOTAL CURRENT LIABILITIES | $ 67,825.35 | $ 88,006.58 |
| | | |
| RESTRITED FUND BALANCE | $ 5,468.49 | 7,921.90 |
| | | |
| **TOTAL LIABILITIES & NET ASSETS** | **$ 73,293.84** | **$ 95,928.48** |

February 5, 2018
Page 4 of 4

## TCAPR, Corp.
### Notes of Statement of Financial Position
### As of December 31, 2017

**Note 1:** Restricted Funds

The actual bank account balance of $14,665.27 includes funds in the amount of $7,675 that have been designated for the following transactions:

| | | |
|---|---|---:|
| Landlord Deposit | | $ 6,000.00 |
| Funds for an Office Switchboard | | 1,675.00 |
| | Total | 7,675.00 |

**Note 2:** PRPD Fund Unbilled Expenses (USDC)

This amount represents TCA Office expenses incurred that are to be invoiced to the USDC during January 2018:

| | | |
|---|---|---:|
| Social Security | | $ 1,041.07 |
| Telephone and Communications | | 189.70 |
| Medicare | | 527.44 |
| Accounting, Tax & Advisory | | 1,508.34 |
| | Total | $ 3,266.55 |

**Note 3:** PRTC Deposit

As a prerequisite to establishing a telephone/internet service with the PRTC/Claro for the TCA Office, a commercial deposit of $150.00 is required. Upon the closing of this account service, this deposit is to be applied towards the TCA Office's final invoice with any excess deposit to be refunded.

**Note 4:** Court Overpayment

On June 2017 the court overpayment the amount of $89.00, this amount will be deducted from a future TCA Office invoice to the USDC.

**Note 5:** Salaries Rounding Adjustment

For ease of managing transactions between the TCA Office and the USDC, all TCA invoices that cover Salaries thru June 30, 2017 had been rounded. Since August 2017 rounding amounts have ceased; however, these miscellaneous amounts represent the difference between the invoices presented to the USDC and the payments made by the TCAPR, CORP office.

**Note 6:** Funds Balance

A significant portion of the difference on fund balance corresponds to non-billed vacations and sick leave accruals of non-exempt employees who worked more than 115 hours per month as required by Act No. 180 of July 27, 1998. Vacations and/or sick leave used by non-exempt employees during the year are applied against "fixed monthly staff salaries" funds. At the time of terminating a non-exempt employee, any unused vacation leave balance will be including in the monthly invoice and presented to the parties US Department of Justice, PR Department of Justice and to the United States District Court of Puerto Rico.