IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CASE NO. 12-2039 (GAG)

**ORDER**

The Commonwealth's Motion in Compliance (Docket No. 741) is hereby Noted. The Commonwealth shall continue to file such motions on the 15th of each month as ordered by the Court.

In addition, the Commonwealth does not affirmatively state that the Police Academy will not be privatized nor become part of a private-public alliance. More so, not so long ago the Governor publicly informed that this is something that would indeed occur. Accordingly, the Court understands that this event will indeed occur at some indeterminate point in the very near future. In light of this, the Commonwealth is ordered to immediately, upon the making of a final decision to go on forward to privatize, inform USDOJ. This is essential, as part of the Agreement, so that USDOJ can determine, before any transfer, if the change complies with the Agreement or not. If the latter, the parties will have to discuss and attempt to resolve the matter.

The Court again expresses that the privatization of the Academy is a matter of public policy, and thus, a matter to be decided by the Commonwealth, so long as the same fully complies with the Agreement.

**SO ORDERED.**

In San Juan, Puerto Rico this 16th day of February, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge