# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>            Defendants | No. 12-cv-2039 (GAG) |

## TCA's MOTION TO RESTRICT CONTENTS OF INFORMATIVE MOTION CONTAINING SENSITIVE INFORMATION

**TO THE HONORABLE COURT,**

Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. On this same date the TCA, by and through the undersigned counsel, intends to file a motion making reference to a sensitive matter affecting the Agreement for the Sustainable Reform of the Police of Puerto Rico.

2. The TCA hereby respectfully prays the aforesaid motion be restricted to viewing only by this Honorable Court and the parties.

Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

Certificate of Service: I hereby certify that copy of the foregoing motion has been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 28th. day of February 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070