# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiffs;<br><br>　　v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>　　　　Defendant. | No. 12-cv-2039 (GAG) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT,**

　　Comes Now the Technical Compliance Advisor, Arnaldo Claudio, by and through the undersigned counsel and very respectfully submits and informs as follows:

1. The Technical Compliance Advisor, hereinafter the TCA, respectfully informs this Honorable Court that on this date the local newspaper "El Nuevo Dia" published an interview of the Secretary of the Department of Public Safety, hereinafter the DSP. A copy of said interview from the English version of the newspaper is included and made part of this motion. It is respectfully requested from the Court to take judicial notice of the same.

2. It is respectfully submitted that the comments appearing on the above referenced newspaper, if made by the Secretary of the DSP, constitute a flagrant violation of the order of this Honorable Court regarding documents that remain sealed in the docket of this case.

3. That the undersigned has contacted the parties through their respective counsels of record, via telephone, to inform of this possible violation of the Court's Order.

Wherefore, the TCA respectfully requests that this Honorable Court take notice of the above for all relevant purposes.

**Respectfully submitted**.

**Certificate of Service**: I hereby certify that copy of the foregoing motion in *pdf* form has been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 28th. day of February 2018

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B,
#623 Ponce de León Ave.
 San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 &
(787) 249-3070