# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

       v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CASE NO. 12-2039 (GAG)

## ORDER

The parties and their officials are reminded that matters that are restricted cannot be discussed with third parties, except upon prior authorization of the Court. This rule applies to every case before the Court, civil and criminal, and must be enforced. The parties shall file, on or before March 7, 2018, a joint restricted motion discussing the matter addressed by Counsel Bazan. The Court at this moment is not making any determination as to whether court rules regarding access to restricted documents have been violated.

**SO ORDERED.**

In San Juan, Puerto Rico this 28th day of February, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge