UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>et. al.<br><br>Defendants. | CIVIL NO. 12-2039 (GAG)(PG) |

## CERTIFICATION



I, Colonel Orlando Rivera Lebrón, Auxiliary Commissioner of Education and Training of the Puerto Rico Police Academy, resident of Caguas, Puerto Rico, with personal knowledge of the facts asserted herein, do solemnly certify the following:

1. My circumstances are as above stated.

2. I submit this certification in compliance with the Honorable Court's order at Docket 747.

3. At the time of this certification, Col. Clementina Vega has access to a telephone line, a computer, Internet connection, and other supplies necessary to administer the Reform Office from her temporary duty station at the Police Academy in Gurabo, Puerto Rico.

4. I have inspected Col. Clementina Vega temporary duty station at the Police Academy in Gurabo, Puerto Rico, and can attest that she has access to necessary office resources.

5. Furthermore, I advised Col. Vega that in the need of additional office resources, she should make the request through the PRPB chain-of-command with a copy to counsel for the Commonwealth.

6. I have personal knowledge of the matters set forth in this certification and if called upon to do so, could and would testify competently to the matters set forth herein.

In Gurabo, Puerto Rico, on this 1st day of March 2018.

*[signature]*
Col. Orlando Rivera Lebrón