IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

## ORDER

The Court, as part of its community outreach and effort to inform the citizenry about the Police Reform, has conducted periodic public hearings across the island in the Old San Juan and Ponce U.S. Courthouses, as well as in Fajardo and Mayagüez in Commonwealth court facilities. Because of the passing of Hurricanes Irma and Maria, the Court was forced to cancel its last scheduled public hearing which was to be held in October of last year.

Cognizant of its continued duty, the Court, beginning this month, will schedule over the next several months "town hall meetings" across the island. Instead of having members of communities travel to the Court, its monitor, TCA Arnaldo Claudio and his team, will travel to multiple communities to hear from their members. These meetings will be informal in nature, and will allow the Court via its officers to get a better feel of matters impacting the Reform, particularly post hurricanes up to present.

**Civil No. 12-2039 (GAG)**

The TCA Office will announce forthwith its schedule with sufficient advance time so that interested individuals can attend. The Court, after the month of August, expects to resume its public hearings, in the Ponce as well as San Juan courthouses.

**SO ORDERED.**

In San Juan, Puerto Rico this 2nd day of March, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge