IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

**CASE NO. 12-2039 (GAG)**

## ORDER

The parties' joint memorandum at Docket No. 759 is noted. The Court at this time understands no judicial intervention is warranted, and also agrees that the matter should be taken to SARP. This ruling in no way precludes the Court from revisiting the matter if necessary—as the parties well note, the matter can impact the Reform. More so, this ruling does not preclude Col. Vega from instituting a separate Section 1983 action, a matter which is in the hands of Col. Vega and her counsel. At the upcoming status conference of March 22, 2018 (see Docket No. 753), which is not a federal holiday, the Court will be updated on this matter.

**SO ORDERED.**

In San Juan, Puerto Rico this 5th day of March, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge