

**GOBIERNO DE PUERTO RICO**

Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 2/1/2018
Factura #: 2018-0376

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 2/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00



Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

---

ID Cliente: TCAPR
Nombre Cliente: TCAPR Corp.

Fecha: 2/1/2018
Factura #: 2018-0376

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 2/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

**Favor de remitir su pago con este talonario a la dirección postal:**
**P.O. Box 41207 - San Juan, PR 00940-1207**
ó entregar físicamente en:
**Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey**

| | |
|---|---|
| Servicios Telefonía Fija: (787) 775-0000 | Factura 02/04/18 |
| Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333 | Cuenta 769528798 2 |
| Isla: 1 (800) 981-2355 | Núm. Servicio 765-2209-978 |
| Horas de Servicios: Ver página 2 Servicio al Cliente | Página 1 de 3 |
| www.clarotodo.com | |

Claro



Protege el ambiente — suscríbete a factura electrónica

Recibe y paga tu factura con **Mi Claro PR** de forma segura y rápida.

 

¡Suscríbete hoy a través de www.claropr.com o descarga el App!

La Comisión Federal de Comunicaciones notificó que el nuevo factor de contribución al Fondo de Servicio Universal Federal (FUSC) correspondiente al primer trimestre de 2018 será de 0.195 o un 19.5 por ciento.

The Federal Communications Commission notified that the new contribution factor to the Federal Universal Service Fund (FUSC) for the first quarter of 2018 will be 0.195 or 19.5 percent.

| | |
|---|---|
| Balance Anterior | $ 197.26 |
| Pagos Recibidos - ¡Gracias! | $ 197.26CR |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO** | $ 0.00 |
| **CARGOS/CRÉDITOS POR SERVICIOS** | |
| FIJO | $ 188.57 |
| TOTAL | $ 188.57 |
| **CARGOS / CRÉDITOS CUENTA** | $ 10.00 |
| **TOTAL DE CARGOS CORRIENTES** | $ 198.57 |
| **TOTAL A PAGAR*** | **$198.57** |

**FECHA VENCIMIENTO 03/05/18**

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

---

Por favor, desprenda este talón y devuélvalo con su pago.



| Factura | 02/04/18 |
|---|---|
| Cuenta | 769528798  2 |

**FECHA DE VENCIMIENTO**    03/05/18
**TOTAL A PAGAR**    $198.57
**CANTIDAD ENVIADA**

• Accede tu cuenta
• Paga tu factura
• Chatea online

 ¡Nuevo! 

Para ver el detalle de su factura visite https://ebill.claropr.com

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000019857  70401

**RR GROUP, PSC**
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E info@rrgrouppsc.com

# Invoice for Monthly Retainer

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4468 |
|---|---|
| Date: | 2/26/2018 |
| Amount due (U.S. $): | 1528.44 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement February 2018: Monthly and Year -End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
| Expense | USPS- certified mails with return receipt for 4rth Quarter 2017 Employer Taxes Returns. | 3.00 | 6.70 | 20.10 |
| | | | Total: $ | 1528.44 |

*ELECTRONIC DEPOSIT INFORMATION*
*Banco Popular de Puerto Rico*
*Commercial Demand Deposit Account (U.S.D)*
*Routing #: 021502011 Account #: 180074490*

Page 1 of 1