UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

    Defendants.

No. 12-cv-2039 (GAG)

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

    Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for February 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | February 19, 2018 to February 23, 2018 |
| Rafael E. Ruíz | $6,500.00 | February19, 2018 to February 23, 2018 |
| Marcos Soler | $3,900.00 | February 22, 2018 to February 25, 2018 |
| John J. Romero | $6,500.00 | February 19, 2018 to February 23, 2018 |
| Alan Youngs | $6,500.00 | February 19, 2018 to February 23, 2018 |
| Scott Cragg | $5,900.00 | February 19, 2018 to February 23, 2018 |
| Alejandro Del Carmen | N/A | N/A |
| | Subtotal | $35,800.00 |
| Telework | | |
| Gerard LaSalle | N/A | February 2018 |
| Linda V. Navedo | $2,600.00 | February 2018 |
| Rafael E. Ruíz | $300.00 | February 2018 |
| Marcos Soler | $6,000.00 | February 2018 |
| John J. Romero | $2,600.00 | February 2018 |
| Alan Youngs | $1,050.00 | February 2018 |
| Scott Cragg | $3,200.00 | February 2018 |
| Alejandro Del Carmen | $4,500.00 | February 2018 |
| | Subtotal | $20,250.00 |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | | | |
|---|---|---|---|
| Alfredo Castellanos | $4,159.75 | | February 2018 |
| Federico Hernandez Denton | $2,662.64 | | February 2018 |
| Antonio Bazán | $5,534.89 | | February 2018 |
| | Subtotal | $12,357.28 | |
| **Car Expenses** | | | |
| Chauffer | $900.00 | | February 17, 2018 to February 24, 2018 |
| Gasoline | $482.00 | | February 2018 |
| Tolls | $100.00 | | February 2018 |
| Car Maintenance | $1,775.49 | | February 2018 |
| | Subtotal | $3,257.49 | |
| | Total | $71,664.77 | |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $71,664.77 , the total amount of the monthly expenses, for the month of February 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $71,664.77, the total amount of the expenses for the month of February 2018.

In San Juan, Puerto Rico, this day March 6, 2018.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.