# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY/2018
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:     **TCAPR Corp.**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **February/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work session for the distribution of policies sent by the PRPD, corresponding to the month of January/2018, to be reviewed in February/2018; preparation of preliminary agenda for the week of Core Team in Puerto Rico; follow-up of the pending approval policies; reading and review of electronic mail; telephone calls for the follow-up of pending matters, among other responsibilities. (8.0 hrs) | N/A | X | 1-4/February | |
| Meeting at the Police Academy. End of period for compliance for Baton Training (4.0hrs.) | N/A | X | 12/ February | |
| Work session to attend the following activities: follow-up on the review of the policies; receipt, review and analysis of the activities of the members of the Core Team for the development of the agenda corresponding to the month of February/2018 and related logistics; reading, review and analysis of documents related to the topics that will be addressed in the next visit of the Core Team, among other tasks. (12.0 hrs.) | N/A | X | 8-14/February | |
| Work session for the development of the agenda, meeting for the discussion of the agenda with the TCA Arnaldo Claudio, Eric Guzmán and representatives of the PPR; subsequent meeting with Cor. Clementina Vega; follow-up on the review and | N/A | X | 15-21 /February | |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| submission of policies, among other procedures. (12.0) | | | | |
| TCA CORE TEAM WEEK | N/A | X | 19/February | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 20/February | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 21/February | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 22/February | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 23/February | $1,300.00 |
| Reading, reviewing and analyzing policies sent by the PRPB: General Order 800-803: Community Police; General Order 800-805: Community Encounters; General Order 100-101: SASG (8.0) | N/A | X | 24-28/February | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA CORE TEAM WEEK: | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 26.67 HOURS | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
February 28, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA                                    Date: _____, 2018
President
TCAPR Corp.

2

Rafael E. Ruiz
610 Pleasant St
Canton MA 02021

**INVOICE # 2018-02**
DATE: February 28, 2018

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR: Service Feb 1-28, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation of Agenda for PR February Visit | 2 hours | $150/hr. | $300.00 |
| Monday, February 19, 2018: Meeting at TCA Office; Visit to San Juan Command Center; Visit at the "Real Time Crime Center" of NPPR | 1 day | $1300/day | $1,300.00 |
| Tuesday, February 20, 2018: Visit to Command Area of Aibonito (CIC, Drug Unit) | 1 day | $1300/day | $1,300.00 |
| Wednesday, February 21, 2018: Visit to Command Area of Caguas (CIC, Drug Unit) | 1 day | $1300/day | $1,300.00 |
| Thursday, February 22, 2018: Visit to Bayamón Oeste Zone of Excellence and Las Piedras Zone of Excellence; 1:30pm to 4:30pm Zone of Excellence of Las Piedras | 1 day | $1300/day | $1,300.00 |
| Friday, February 23, 2018: 9am-12 noon: Meeting Monitoring Methodology (Marcos Soler, Core Team, USDOJ, PRDOJ  and PRPD); 12:30pm-4:00pm Visit/interview FIU at PRPB HQ | 1 day | $1300/day | $1,300.00 |

## TOTAL BILLED $6,800.00

Rafael E. Ruiz

Date: February 28, 2018

ok *(signature)* 3/6/2018

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2018J MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) during the month of February 2018, is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on updating mid-year report, review of monitoring trips and entering data into compliance tables (8.0 billable hours) | X | N/A | Saturday through-Sunday, February 3-4, 2018 | (8 @ $150 = $1,200) |
| Work from New York City: Work on Methodology, Action Plans 2.0, and Strategic Plan (12.0 billable hours) | X | N/A | Saturday through-Sunday, February 10-11, 2018 | (12 @ $150 = $1,800) |
| Work from New York City: Work on Methodology, Action Plans 2.0, and Strategic Plan (6.0 billable hours) | X | N/A | Saturday through-Sunday, February 17-18, 2018 | (6 @ $150 = $1,800) |
| Work from New York City: Work on Methodology and Strategic Plan, Edits to the six-month report (8.0 billable hours) | X | N/A | Monday, February 19, 2018 | (8 @ $150 = $1,200) |
| Work from Puerto Rico: See TCA agenda | N/A | X | Thursday | (3 days |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| + additional work on methodology (24 billable hours, 3 days) | | | through Saturday, February 22-25, 2018 | @ $1,300 = $3,900) |
| Work from New York City: Review of policies including EIS, Review of semi-annual tables and monitoring reports (6 billable hours) | X | N/A | Sunday through Monday, February 25, 2018 | (6 @ $150 = $900) |
| | | | TOTAL HOURS WORKED: 64.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (24 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (40 HOURS @ $150): | | | | $6,000 |
| TOTAL TO BE BILLED: | | | | $9,900 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
February 27, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

ok

3/6/2018

2

3

Date: _____ , 2018.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

February 28, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 045
FOR PROFESSIONAL SERVICES RENDERED FEBRUARY 2018

Monday, Feb 19, 2018             TCA Office re: meetings
                                 PRPB Headquarters re: meetings

Tuesday, Feb 20, 2018            Visited Aguadilla Area Command

Wednesday, Feb 21, 2018          Visited Caguas Area Command

Thursday, Feb 22, 2018           Visited PRPB Academy
                                 TCA Office re: meetings

Friday, Feb 23, 2018             TCA Office re: meetings
                                 PRPB headquarters re: meeting

**5 DAYS (DAY RATE $1,300) = $6500**

February 1-28        Prepared and submitted Core Team proposed site visits document for
                     February/2018 visit 1.5 hrs.

                     Reviewed PRPB policy "Evaluation Boards of Incidents of Use of
                     Force" General Order Chapter 600, Section 502 1.5 hrs.
                     Prepared comments on the above 1hr.
                     Reviewed PRPB's "Use of Force Incident Evaluation Forms" (PPR-

502.1&502.2 and "Checklist of Investigative File of Use of Force
Incident", (PPR-502.3) 1hr.
Prepared comments on the above 1hr.
Reviewed PRPB's policy "Use and Management of Expandable Baton"
General Order Chapter 600, Section 603 1.5 hrs.
Prepared comments on the above 1hr.
Reviewed PRPB's policy "Use and management of Pepper Spray"
General Order Chapter 600, Section 604 1.5 hrs.
Prepared comments on the above 1hr.
Reviewed PRPB's policy "Early Intervention System (EIS) General
Order Chapter 400 (no section designation) 1.5 hrs.
Prepared comments on the above 1hr
Reviewed PRPB's policy "Center for the Collection, Analysis and
Dissemination of Criminal Intelligence" (CRADIC) 1hr.
Prepared comments on the above 1hr.
Reviewed PRPB's policy "Division of Cybernetic Crimes and Standard
to Request, Intervene and Process the Activities and Equipment Related
to the Commission of Crimes" G.O. Chapter 600 Section 613 1.5
Discussed the above policy via phone with Core Team member Scott
Cragg (IT) .5 hrs.
Prepared comments on the above.1 hr.
Reviewed information from DOJ re: EIS policies 2 hrs.
Prepared additional comments on PRPB's EIS policy 3hrs.


**TOTAL HOURS:    23 HOURS   30 MINUTES.**


**BILLABLE HOURS   17 HOURS   20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO 6 hr. 10 minutes**


**TOTAL: $9,100**

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

February 28, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED February, 2018

| | |
|---|---|
| Monday, Feb 19, 2018 | TCA Office re: meetings<br>PRPD Headquarters re: Inspection of the radio control center. |
| Tuesday, Feb 20, 2018 | Visit the command of Aguadilla.. Purpose of the visit was to inspect and check Records, Protocols and Certificates. Discussion with Commander of Aguadilla. |
| Wednesday, Feb 21, 2018 | Visit the Command of Caguas. Purpose was to inspect Records and Protocols and Certifications. Discussion held with Commander at Caguas about the current situation at this Command.<br><br>Inspected the Command Centro Mando of Caguas to evaluate communications and 911 |
| Thursday, Feb 22, 2018 | Visit Police Academy<br>TCA office reference strategic plan for 2018 |
| Friday, Jan 23, 2018 | TCA Office re: Monthly meeting<br>Preparation written reports re: site visit |

**5 DAYS (DAY RATE $1,300) = $6500**

February 1-28

Reviewed all TCA policy submissions - 2 hours

Provided EIS system materials at request of Diaz and Cragg – 1.5 hours

Provided training materials to Col. Rivera for virtual training (Ethics) – 1.5 hours

Prepared site visits for February visit – 2 hours

**TOTAL HOURS:   7 HOURS**

**BILLABLE 1,050.00**

**Pro Bono hours -8 hours**

**TOTAL: $7,550.00**

3/6/2018

## INVOICE FOR PROFESSIONAL SERVICES; FEBRUARY 1 – FEBRUARY 23, 2018
**SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of February 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 4.5 | | 5900.00 |
| Telcons and review emails from CT, PRPD, regarding GO's, manuals, policy coordination of Initial Drafts | 4.25 | | | 637.50 |
| Review CRADIC GO, EIS GO, BT Organization compare and coordinate with Core Team, document prp and review reports | 8.25 | | | 1237.50 |
| EIS  review,research industry examples and standards applicable to Puerto Rico | 1.25 | | | 187.50 |
| Review and coordinate USDoJ comments on BT, EIS, agenda and policies | 1.75 | | | 262.50 |
| Review past action items and trip reports, prepare and propose agenda for focus of actions and meetings | 1.50 | | | 225.00 |
| CyberCrimes GO - review, assess, reconcile w/ prior versions, provide recommendations | 2.45 | | | 367.50 |
| Initial Draft, DoJ recommended Actions Punch List | 5.75 | | | 862.50 |
| | | | | |
| Total hours US | 25.20 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | 4.5 | $5,900 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 25.20 | $3,780 |
| TOTAL EXPENSE | | | | $9,680 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | | | 3.87 | -580.00 |
| | | | FEE | $9,100 |

1

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

ok     g f.   5/6/2018

TCA PR Corporation

### DC Consulting / Alejandro Del Carmen

Date: 2/23/17
Invoice #785522

| Date | Description | Quantity | Amount | T | Total |
|------|-------------|----------|--------|---|-------|
| 2/2/17 | Worked on Capitulo 1 review and assessment.  Provided comments and recommendations for consideration.<br>Start Time: 10:00 AM<br>Stop Time: 5:30 PM | 7.5000 | 150.00 | | $1,125.00 |
| 2/16/17 | Researched and drafted first of two instrument components for John Romero related to Use of Force for upcoming interviews.<br>Start Time: 9:45 AM<br>Stop Time: 5:00 PM | 7.2500 | 150.00 | | $1,087.50 |
| 2/17/17 | Worked on second component related to use of force instrument for John Romero related to upcoming use of force interviews.<br>Start Time: 12:45 PM<br>Stop Time: 7:30 PM | 6.7500 | 150.00 | | $1,012.50 |
| 2/18/17 | Finalized instrument on use of force and completed translation for John to use during upcoming interviews for both training coordinators and use of force board chair.<br>Start Time: 10:45 AM<br>Stop Time: 5:45 PM | 7.0000 | 150.00 | | $1,050.00 |

oll ₤₤ 3/6/2018

| | Subtotal: | $4,275.00 |
|---|-----------|-----------|
| | **Invoice Amount:** | **$4,275.00** |



**CASTELLANOS GROUP**
**P.S.C.**

# INVOICE

**INVOICE NUMBER:  48**
**INVOICE DATE:  FEBRUARY 26, 2018**

**FROM:  Castellanos Group P.S.C.**
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

**TO:  Mr. Eric Guzmán**

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-01-18 | Police Reform-Puerto Rico | Conference call with TCA Claudio, communication with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| FEB-02-18 | Police Reform-Puerto Rico | Review of Motion, Report from TCA; communication with the Court in compliance with TCA standard requirements; review of Joint Motion with Order | 2.50 | $125.00 | $312.50 |
| FEB-03-18 | Police Reform-Puerto Rico | Conference call with TCA Claudio, re: Joint Motion on Restrictive Filing; communication with the Court in Compliance with TCA standard requirements | 2.00 | $125.00 | $250.00 |
| FEB-04-18 | Police Reform-Puerto Rico | Several communications with the Court in compliance with standard TCA requirements | 3.00 | $125.00 | $375.00 |
| FEB-05-18 | Police Reform-Puerto Rico | Review of Court orders; conference call with TCA Claudio | 2.00 | $125.00 | $250.00 |
| FEB-06-18 | Police Reform-Puerto Rico | Communications with TCA Claudio, communication with the Court in compliance with TCA standard requirements; re: Public Hearing | 1.50 | $125.00 | $187.50 |
| FEB-07-18 | Police Reform-Puerto Rico | Conference call with TCA Claudio; communication with the Court in Compliance with standard TCA requirements; re: Public Hearings | 1.50 | $125.00 | $187.50 |
| FEB-08-18 | Police Reform-Puerto Rico | Review of several communication from TCA Claudio | 1.00 | $125.00 | $125.00 |
| FEB-09-18 | Police Reform-Puerto Rico | Review of Order and several communications | 1.50 | $125.00 | $187.50 |
| FEB-12-18 | Police Reform-Puerto Rico | Conference call with TCA Claudio, conference call with HErnandez Denton; exchange of communications | 1.50 | $125.00 | $187.50 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-14-18 | Police Reform- Puerto Rico | Communications with TCA Claudio, communications with Hernandez Denton, Esq. and communications with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| FEB-14-18 | Police Reform- Puerto Rico | Uber ride from airport to hotel (Dallas Fort Worth) | | | $35.75 |
| FEB-14-18 | Police Reform- Puerto Rico | Hotel stay, Sheraton Fort Worth, Consent Decree Convention ($149.00 x 3): 447.00 | | | $447.00 |
| FEB-15-18 | Police Reform- Puerto Rico | Communication with TCA Claudio, communication with the Court in Compliance with standard TCA requirements. Analysis: Pujols report | 3.00 | $125.00 | $375.00 |
| FEB-15-18 | Police Reform- Puerto Rico | Per Diem- Dallas Consent Decree Convention (59.00 x 3: 177.00) | | | $177.00 |
| FEB-16-18 | Police Reform- Puerto Rico | Discussion of several matters with TCA Claudio | 1.00 | $125.00 | $125.00 |
| FEB-17-18 | Police Reform- Puerto Rico | Review of Opinion and Order, communications with TCA Claudio | 1.00 | $125.00 | $125.00 |
| FEB-18-18 | Police Reform- Puerto Rico | Communications with TCA Claudio, communication with the Court in Compliance with standard TCA requirements, written communication to the parties re: Asset Fortfeiture Program Meeting | 2.50 | $125.00 | $312.50 |
| FEB-19-18 | Police Reform- Puerto Rico | Several communications with TCA; re: Asset Forfeiture meeting; communications with the Court in compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| | | Total hours for this invoice | 28.00 | | |
| | | Total amount of this invoice | | | $4,159.75 |

OK DJ. 3/6/2018

Mi Banco | Account Statements

https://www.bancopopular.com/cibp-web/...

Flexicuenta de Negocios

Ver cuenta:

Número de Cuenta: x3201

Resumen de Cuenta   Ver Transacciones   Gráficas   Servicios para mi Cuenta

Ver
transacciones

Categorizadas

Modo Clásico

EXPORTAR   IMPRIMIR

## Transacciones

Ver transacciones de:
Recentes

| Fecha | Descripción | Débito(s) | Crédito(s) | Balance |
|-------|-------------|-----------|------------|---------|
| 02/16/2018 | | | | |
| 02/20/2018 | PURCHASE EDDIE V'S.0178506 ON 02/16/18 | $215.14 | | |
| 02/20/2018 | PURCHASE SHERATON FT WORTH ON 02/17/18 | $67.99 | | |

Mi Banco | Account Statements

https://www.bancopopular.com/cibp-web/actions/transa

Hola Alfredo!   Última conexión: 26/02/2018 12:43 PM

Mi Banco Comercial
## Estados de Cuenta

Sheraton Fort Worth Downtown
1701 Commerce Street
Fort Worth, TX 76102
United States
Tel: 8173357000 Fax: 8173353333



**Sheraton**

Alfredo Castellanos

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 712186 |
| Folio ID | : | A |
| | | 14-FEB-18    21:36 |
| | | 18-FEB-18    04:48 |
| | | 1 |
| | | 310 |

Sheraton Fort Worth  FEB-18-2018  04:48  TOI

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 15-FEB-18 | 1 | HSIA | 9.95 | |
| 15-FEB-18 | 1 | MISC Sales Tax | 0.82 | |
| 16-FEB-18 | 1 | HSIA | 9.95 | |
| 16-FEB-18 | 1 | MISC Sales Tax | 0.82 | |
| 16-FEB-18 | 4559 | In Room Dining | 46.45 | |
| 16-FEB-18 | VI | Visa-7855 | | -67.99 |

***For Authorization Purpose Only***
xxxxxx7855

| Date | Code | Authorized |
|---|---|---|
| 14-FEB-18 | 926512 | 50 |
| 16-FEB-18 | 104140 | 17.99 |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 17-FEB-18 | 4603 | In Room Dining | 35.35 | |
| 18-FEB-18 | VI | Visa-7855 | | -35.35 |

***For Authorization Purpose Only***
xxxxxx7855

| Date | Code | Authorized |
|---|---|---|
| 16-FEB-18 | 504941 | 50 |

| | | | |
|---|---|---|---|
| ** Total | | 103.34 | -103.34 |
| *** Balance | | 0.00 | |

I agreed to pay all room & incidental charges.



When you stay with us, we Go Beyond so you can too with thoughtful service, exceptional experiences and everything you seek when traveling. Book your next stay at Sheraton.com

Continued on the next page

Sheraton Fort Worth Downtown
1701 Commerce Street
Fort Worth, TX  76102
United States
Tel: 8173357000 Fax: 8173353333



# Sheraton

Alfredo Castellanos

| Page Number | : | 1 |
| Guest Number | : | 712186 |
| Folio ID | : | D |
| | | 14-FEB-18 | 21:36 |
| | | 18-FEB-18 | 04:48 |
| | | 1 |
| | | 310 |

Sheraton Fort Worth  FEB-20-2018  08:44  ALAN

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|------|-----------|-------------|---------------|---------------|
| 14-FEB-18 | RT310 | Room Charge | 152.00 | |
| 14-FEB-18 | RT310 | City Occupancy Tax | 13.95 | |
| 14-FEB-18 | RT310 | Fort Worth Tourism PID Fee | 3.04 | |
| 15-FEB-18 | RT310 | Room Charge | 152.00 | |
| 15-FEB-18 | RT310 | City Occupancy Tax | 13.95 | |
| 15-FEB-18 | RT310 | Fort Worth Tourism PID Fee | 3.04 | |
| 16-FEB-18 | RT310 | Room Charge | 152.00 | |
| 16-FEB-18 | RT310 | City Occupancy Tax | 13.95 | |
| 16-FEB-18 | RT310 | Fort Worth Tourism PID Fee | 3.04 | |
| 17-FEB-18 | RT310 | Room Charge | 152.00 | |
| 17-FEB-18 | RT310 | City Occupancy Tax | 13.95 | |
| 17-FEB-18 | RT310 | Fort Worth Tourism PID Fee | 3.04 | |
| 18-FEB-18 | A/R Trans | Transfer to A/R | | -675.96 |
| | | ** Total | 675.96 | -675.96 |
| | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.



When you stay with us, we Go Beyond so you can too with thoughtful service, exceptional experiences and everything you seek when traveling. Book your next stay at Sheraton.com

Continued on the next page

Sheraton Fort Worth Downtown
1701 Commerce Street
Fort Worth, TX 76102
United States
Tel: 8173357000 Fax: 8173353333



# Sheraton

Alfredo Castellanos

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 712186 |
| Folio ID | : | D |
| | | 14-FEB-18    21:36 |
| | | 18-FEB-18    04:48 |
| | | 1 |
| | | 310 |

As a Starwood Preferred Guest, you could have earned 40 Starpoints for this visit. Please provide your member number or enroll today.

Tell us about your stay. www.sheraton.com/reviews



Office Administration <office@cglawpr.com>

---

## Your Wednesday evening trip with Uber
1 message

Uber Receipts <uber.us@uber.com>                          Wed, Feb 14, 2018 at 11:28 PM
To: office@cglawpr.com





# $35.75

Thanks for choosing Uber, Rebeca

February 14, 2018 | uberX

⦿ 08:53pm | 2333 S International Pkwy, Grapevine, TX

◎ 09:28pm | 1601 Commerce St, Fort Worth, TX

You rode with Albert



25.05
miles

00:34:43
Trip time

uberX
Car

☆ ☆ ☆ ☆ ☆

**ADD A TIP**

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

## Your Fare

Trip fare                                                                                   35.75

Subtotal                                                                                   $35.75

CHARGED
VISA  Personal •••• 5323

# $35.75

Earn 4% back on dining, 3% back on hotel & airfare, 2% back on online purchases, and more with the Uber Visa Card.

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

February 27, 2018

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|------|-------------|-------|
| Date | Description | Hours |
| 02-07-2018 | Reading and analysis of General Orders Regarding Court and Administrative Appearances by Members of the Bureau of Police and the Application of Corrective Measures to Member of NPR. | 2 |
| 02-12-2018 | Reading and analysis of amendments to newly approved regulation of personnel of bureau of Police, reading and analysis of General Order on Disciplinary Measures of Members of the BPRP and preparation of memorandum to CL Bazán. | 1.5 |
| 02-13-2018 | Receipt and reading of communications from TCA an CL, Revision of comments to General Order concerning court and administrative appearances by NPPR members and conference call with CL. | 1.5 |
| 02-16-2018 | Meating with TCA concerning Asset Forfeiture issue. | 1 |
| 02-18-2018 | Reading of Assessment Report of Mr. José Pujols of TCA and conference call with CL Castellanos regarding reply to PRDOJ J Torres email of Asset Forfeiture meeting. | 4.5 |

| 02-18-2018 | Conference call with CL Castellanos-Response to Attorney Torres of DOJ concerning Asset Forfeiture. | 1 |
|---|---|---|
| 02-19-2018 | Conference call with CL Castellanos. | .5 |
| | **TOTAL BILLED HOURS:** | 12 |
| | **TOTAL:** | **$1,500.00** |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

ok
3/6/2018

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

February 28, 2018

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

## Travel Expenses of
## Second Annual Consent Decree Conference Registration

| Date | Description | Amount |
|------|-------------|--------|
| 8-Dec-17 | Ticket travel to Dallas Fort Worth February 14, 2018 to February 18, 2018. | $400.00 |
| 18-Feb-18 | Hotel expenses | $447.00 |
| 16-Feb-18 | Uber Transportation 1601 Commerce ST, Forth Worth, TX 76102 to Village Creek Lake Dam, Arlington TX 76012 with Coronel Claudio | $37.58 |
| 16-Feb-18 | Uber Transportation Village Creek Lake Dam, Arlington TX 76012 to 1601 Commerce ST, Forth Worth, TX 76102 with Coronel Claudio | $25.07 |
| 18-Feb-18 | Uber Transportation 1601 Commerce ST, Forth Worth, TX 76102 to Terminal A of Dallas Foth Worth with Attorney Castellanos Grapevine, TX 75261 | $134.99 |
| 14-Feb-18 | Dinner Grace Restaurant | $59.00 |
| 15-Feb-18 | Dinner Eddie's Restaurant | $59.00 |
| | TOTAL | $1,162.64 |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail

oк R.J. 3/6/2018



From: **American Airlines** no-reply@notify.email.as.com
Subject: Your trip confirmation-BBRQTE 14FEB
Date: December 8, 2017 at 10:03 AM
To: F.HERNANDEZDENTON@GMAIL.COM





Hello Federico Hernandez!                    Issued: Dec 8, 2017



## Your trip confirmation and receipt

### Record locator: **BBRQTE**

| View your trip |
| --- |

---

## Wednesday, February 14, 2018

SJU                    DFW              Seats: <u>3B</u>, <u>3A</u>
**9:50** AM  →  **1:21** PM            Class: Business (I)
San Juan               Dallas/Fort Worth   Meals: Lunch

American Airlines 1591

## Sunday, February 18, 2018

DFW                    SJU              Seats: <u>3B</u>, <u>3A</u>
**7:05** AM  →  **1:34** PM            Class: Business (I)
Dallas/Fort Worth      San Juan          Meals: Breakfast

American Airlines 1093

## Federico Hernandez

### Earn miles with this trip.

Join AAdvantage »

Ticket # 0012161710533

## Isabel Pico

### Earn miles with this trip.

Join AAdvantage »

Ticket # 0012161710534

# Your trip receipt

 Master Card XXXXXXXXXXXXX2135

### Federico Hernandez

FARE -USD                                          $ 846.00
TAXES AND CARRIER-IMPOSED FEES                     $ 56.20
TICKET TOTAL                                       $ 902.20

### Isabel Pico

FARE -USD                                          $ 846.00
TAXES AND CARRIER-IMPOSED FEES                     $ 56.20
TICKET TOTAL                                       $ 902.20


**Book a car**


**Book a hotel**


**Buy trip insurance**


**SuperShuttle**

Up to 35% off base rates plus
1,000 AAdvantage® bonus miles.



Free entertainment
on your flight
How to watch ▣



GROUPON



New hotel deals
Browse over a million
properties. Book now. ▣

Booking.com

Contact us  |  Privacy policy

Get the American Airlines app




## Baggage Information

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - SJUDFW-02 Pieces/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM BAG ALLOWANCE -DFWSJU-02 Pieces/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-SJUDFW-USD0.00/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-DFWSJU-USD0.00/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-SJUDFW-USD0.00/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-DFWSJU-USD0.00/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must **log in** on aa.com or **Contact Reservations** to cancel. Once cancelled, your refund will be processed automatically. Refund Policy>>.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our **Airport Information** page.




E cigarettes   Lithium   Explosives   Aerosol   Flammables   Oxidizers   Toxins   Radioactive   Corrosives
Batteries

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden

hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices

To change your reservation, please call 1-800-433-7300 and refer to your record locator

## NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges. 3 Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier. 4 Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry. 6. Rights of the air carrier and limits on liability for delay or failure to perform service including schedule changes, substitution of alternate air carriers or aircraft and rerouting

You can obtain additional information on items 1 through 6 above at any U.S location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

Air transportation on American Airlines and the American Eagle carriers" is subject to American's **conditions of carriage.**.

NOTICE. This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message   If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer

NRIID  42425827601508080318244400

Sheraton Fort Worth Downtown
1701 Commerce Street
Fort Worth, TX  76102
United States
Tel: 8173357000 Fax: 8173353333



## Sheraton

Federico Hernandez
Po Box 9021279
San Juan, 00902-1279
TB11AB - Texas A&M - Consent Decree Att

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 704457 |
| Folio ID | : | A |
| | | 14-FEB-18 | 14:17 |
| | | 18-FEB-18 | 05:05 |
| | | 2 |
| | | 663 |
| | | SPG - A6026 |

Sheraton Fort Worth  FEB-18-2018  06:10  TOI

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 14-FEB-18 | 7446 | Chef's Table Restaurant/Bar | 14.94 | |
| 14-FEB-18 | RT663 | Room Charge | 159.00 | |
| 14-FEB-18 | RT663 | State Occupancy Tax | 9.73 | |
| 14-FEB-18 | RT663 | City Occupancy Tax | 14.60 | |
| 14-FEB-18 | RT663 | Fort Worth Tourism PID Fee | 3.18 | |
| 15-FEB-18 | RT663 | Room Charge | 159.00 | |
| 15-FEB-18 | RT663 | State Occupancy Tax | 9.73 | |
| 15-FEB-18 | RT663 | City Occupancy Tax | 14.60 | |
| 15-FEB-18 | RT663 | Fort Worth Tourism PID Fee | 3.18 | |
| 16-FEB-18 | RT663 | Room Charge | 159.00 | |
| 16-FEB-18 | RT663 | State Occupancy Tax | 9.73 | |
| 16-FEB-18 | RT663 | City Occupancy Tax | 14.60 | |
| 16-FEB-18 | RT663 | Fort Worth Tourism PID Fee | 3.18 | |
| 17-FEB-18 | 7593 | Chef's Table-Breakfast | 17.32 | |
| 17-FEB-18 | RT663 | Room Charge | 159.00 | |
| 17-FEB-18 | RT663 | State Occupancy Tax | 9.73 | |
| 17-FEB-18 | RT663 | City Occupancy Tax | 14.60 | |
| 17-FEB-18 | RT663 | Fort Worth Tourism PID Fee | 3.18 | |
| 18-FEB-18 | VI | Visa-7222 | | -778.30 |

***For Authorization Purpose Only***
xxxxxx7222

| Date | Code | Authorized |
|---|---|---|
| 14-FEB-18 | 05676C | 858.6 |

| | | |
|---|---|---|
| ** Total | 778.30 | -778.30 |
| *** Balance | 0.00 | |

Continued on the next page

Sheraton Fort Worth Downtown
1701 Commerce Street
Fort Worth, TX  76102
United States
Tel: 8173357000 Fax: 8173353333

**Sheraton**

Federico Hernandez
Po Box 9021279
San Juan, 00902-1279
TB11AB - Texas A&M - Consent Decree Att

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 704457 |
| Folio ID | : | A |
| | | 14-FEB-18 | 14:17 |
| | | 18-FEB-18 | 05:05 |
| | | 2 |
| | | 663 |
| | | SPG - A6026 |

I agreed to pay all room & incidental charges.

When you stay with us, we Go Beyond so you can too with thoughtful service, exceptional experiences and everything you seek when traveling. Book your next stay at Sheraton.com

As a Starwood Preferred Guest you have earned at least 1337 Starpoints for this visit A6026

Tell us about your stay. www.sheraton.com/reviews

From: **Recibos Uber** uber.us@uber.com
Subject: Tu viaje del viernes por la noche con Uber
Date: February 16, 2018 at 9:20 PM
To: fhernandezdenton@yahoo.com

RU

E 1st St
John T White Rd
Brentwood Stair Rd
Meadowbrook Dr
E Rosedale St
W Rosedale St
S Main St
Hemphill St
Beach St
Miller Ave
E Berry St
Sandy Ln
Cooks Ln
N Fielder Rd
S Bowen Rd
W Park Row Dr
W Arkansas Ln
Randol Mill Rd
Map data ©2018 Google

UBER

# $37.58

Gracias por elegir Uber, Federico

16 de febrero de 2018 | Select

18:56 | 1601 Commerce St, Fort Worth, TX 76102.

19:20 | Village Creek Lake Dam, Arlington, TX 76012.

Viajaste con Ebrahim

| | | |
|---|---|---|
| 14.54 | 00:23:11 | Select |
| | Tiempo del | |

## AGREGAR UNA PROPINA

## Tu tarifa

Subtotal                                                             $37.58

$37.58

Emitido a nombre de FW

UBER



restaurantes, un 3 % en alojamiento y vuelos, un 2 % en compras en línea y más con la Tarjeta Uber Visa.

Conocer más



From: **Recibos Uber** uber.us@uber.com  📎
Subject: Tu viaje del viernes por la noche con Uber
Date: February 17, 2018 at 1:01 AM
To: fhernandezdenton@yahoo.com





Map data ©2018 Google

UBER

# $25.07

Gracias por elegir Uber, Federico

16 de febrero de 2018 | XL

● 22:41 | Village Creek Lake Dam, Arlington, TX 76012.

◉ 23:01 | 1601 Commerce St, Fort Worth, TX 76102.



Viajaste con VERONICA

12.57          00:19:37          XL
               Tiempo del

☆ ☆ ☆ ☆ ☆

AGREGAR UNA PROPINA

Tu tarifa

Subtotal                                                          $25.07

VISA  •••• ••••                                         $25.07

UBER



y vuelos, un 2 % en compras en
linea y más con la Tarjeta Uber Visa.

Conocer más



# UBER

¿Necesitas ayuda?

Toca Ayuda en la app para contactarnos con
preguntas sobre tu viaje.

¿Olvidaste algo? Recupéralo.

From: **Recibos Uber** uber.us@uber.com
Subject: Tu viaje del domingo por la mañana con Uber
Date: February 18, 2018 at 7:51 AM
To: thernandazdenton@yahoo.com



# $134.99

Gracias por elegir Uber, Federico

18 de febrero de 2018 | SUV

5:17 | 1601 Commerce St, Fort Worth, TX 76102.

5:50 | Terminal A, Grapevine, TX 75261.



Viajaste con Syed

29.37          00:33:23          SUV
               Tiempo del

## AGREGAR UNA PROPINA

## Tu tarifa

Subtotal                                                              $134.99

# $134.99

Emitido a nombre de Syed Fateh





restaurantes, un 3 % en alojamiento
y vuelos, un 2 % en compras en
linea y más con la Tarjeta Uber Visa.

Conocer más



# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg.. Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

February 26, 2018

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Amended Invoice: **2018-02**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of February 2018.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 2/01/2018 | 00.00 Hrs. 11:am to 12:30 pm | No charge.  Meeting with Hon. G. Gelpi for Panel discussion preparation, Texas Conference |
| 2/02/2018 | **1.50 Hrs**. 2:00 to 3:30 pm | Preparation and Filing of Motion to Restrict and Motion Submitting S.Cragg's I.T. Assessment |
| 2/05/2018 | **5.25 Hrs**. 8:45 to 12:00 N, 12:30 to 1:00, 1:00 to 1:45 pm, 3:00 to 3:45 pm | FIU Boards(GO 500-502), CRADIC (GO – Chap.100), EIS Redline Review, GO 600-603 Expandable Baton, GO-600-604 (Pepper Spray) |
| 2/08/2018 | .50 Hr. 4:00 to 4:30 pm | Romero/Cragg review on ciber crime policy. |
| 2/11/2018 | **1.50 Hrs**. 8:00 to 8:45 pm and 10:30 to 11:18 pm | Alex Del Carmen-Review of Regulation on Receipt, Processing and Investigation of Adm. Complaints and Review of Public Information Program on Complaints and Awards (PRPB) |
| 2/12/2018 | **5.75 Hrs**. 9:00 to 11:30 am & 4:00 to 7:30 pm | Meeting at Police Academy (End of Period for compliance with Baton Training and FHD and ARB-Review & Comments on Redline on Court and Adm. Hearing Appearances. |
| 2/13/2018 | 3:00 Hrs. 9:00 am to 12:00 Noon | Review and Comments on OG 639-Redline on Non Punitive Measures – ARB-FHD |
| 2/19/2018 | .75 Hrs.    3:30 to 4:15 pm | Memorandum of Meeting at Police Academy (Baton Training) completed |
| 2/20/2018 | 5.00 Hrs. 9:00 am to 12:00 N and 1:00 to 3:00 pm | Meeting to discuss various policies at the TCA Office with PRPB Reform Legal Staff |
| 2/21/2018 | 5.25 Hrs. 10:00 to 11:30 am, 1:00 to 3:00 pm and 3:15 to 5:30 pm | Paragraph 29 (TCA Office), USDOJ Asset Forfeiture Meeting at PRPB and V2A Paragraph 13 Meeting at PRPB |

| 2/22/2018 | 5:00 Hrs.  9:00 to 10:00 am & 10:00 am to 2:00 pm | SARP meeting and Citizen's Interaction Committees at TCA Office.  Meeting prolonged after 2:00 pm but ARB left at said time. |
|---|---|---|
| 2/23/2018 | 4.00 Hrs.  9:00 to 11:00 am & 11:00 am to 1:00 pm | M. Soler presentation on Methodology & Paragraph 253 on various issues |
| 2/26/2018 | **37.50 Hrs.** Total hours billed | 37.50 hrs. x $125.00=$4,687.50 |
| 2/26/2018 | **Sheraton Fort Worth, Tx.** | Room charges + Taxes =$506.97 |
| 2/14-2/17 /2018 | **American Airlines** | Air Fare, Taxes and carrier fees=$542.20 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.  **I have not billed the TCA for time spent attending the Ft. Worth Conference (Tarleton) nor for any legal work related to said event except for hotel accommodations and air fare (SJ/Fort Worth). Evidence of expenses previously provided to TCA Office.**

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok

5/6/2018

Sheraton Fort Worth Downtown
1701 Commerce Street
Fort Worth, TX  76102
United States
Tel: 8173357000 Fax: 8173353333



# Sheraton

Antonio Bazan

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 712189 |
| Folio ID | : | D |
| | | 14-FEB-18    14:20 |
| | | 17-FEB-18    12:51 |
| | | 1 |
| | | 571 |

Sheraton Fort Worth  FEB-27-2018 10:11  ALAN

| Date | Code | Description | Charge | Credit |
|---|---|---|---|---|
| 14-FEB-18 | RT571 | Room Charge | 152.00 | |
| 14-FEB-18 | RT571 | City Occupancy Tax | 13.95 | |
| 14-FEB-18 | RT571 | Fort Worth Tourism PID Fee | 3.04 | |
| 15-FEB-18 | RT571 | Room Charge | 152.00 | |
| 15-FEB-18 | RT571 | City Occupancy Tax | 13.95 | |
| 15-FEB-18 | RT571 | Fort Worth Tourism PID Fee | 3.04 | |
| 16-FEB-18 | RT571 | Room Charge | 152.00 | |
| 16-FEB-18 | RT571 | City Occupancy Tax | 13.95 | |
| 16-FEB-18 | RT571 | Fort Worth Tourism PID Fee | 3.04 | |
| 17-FEB-18 | A/R Trans | Transfer to A/R | | -506.97 |
| | | ** Total | 506.97 | -506.97 |
| | | *** Balance | 0.00 | |

When you stay with us, we Go Beyond so you can too with thoughtful service, exceptional experiences and everything you seek when traveling. Book your next stay at Sheraton.com

As a Starwood Preferred Guest, you could have earned 0 Starpoints for this visit. Please provide your member number or enroll today.

Tell us about your stay. www.sheraton.com/reviews

Ticket # 0012161638595

# Your trip receipt

  Visa XXXXXXXXXXXXX5948

### Antonio Bazan

| | |
|---|---|
| FARE-USD | $ 486.00 |
| TAXES AND CARRIER-IMPOSED FEES | $ 56.20 |
| **TICKET TOTAL** | **$ 542.20** |

### Emma Rochet

| | |
|---|---|
| FARE-USD | $ 486.00 |
| TAXES AND CARRIER-IMPOSED FEES | $ 56.20 |
| **TICKET TOTAL** | **$ 542.20** |



   

Book a car          Book a hotel          Buy trip insurance          SuperShuttle

Up to 35% off base rates plus 500 AAdvantage® bonus miles.



Activate a new Sprint account and earn up to 25,000 miles. Sign up for this offer today at sprint.com/AAdvantage.




Free entertainment on your flight
How to watch


New hotel deals
Browse over a million properties. Book now.
Booking.com

Contact us | Privacy policy

# INVOICE  0130

2/22/2018

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Feb 17-24, 2018 to TCA Core Team, | |
| which includes the following: | |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (TCA Office, Headquarters in Hato Rey) | |
| | |
| Total Hours Worked: 90 hrs | |

| | | |
|---|---|---|
| | Discount | |
| | Net Total | $900.00 |
| | Tax | |
| | | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

oll

3/6/2018



**TOTAL MIRAMAR**
**GAS STATION**
787 726-6047

| Descr. | qty | amount |
| --- | --- | --- |

< DUPLICATE RECEIPT >

REG    CA #03  54.881L          41.00
              @ 0.747/ L

                  Sub Total    41.00
                  STATE TAX     0.00
                  CITY TAX      0.00
            TOTAL        41.00
                   CASH  $   41.00

**THANKS, COME AGAIN**
PROHIBIDO EL CONSUMO DE
BEBIDAS ALCHOLICAS EN LOS
PREDIOS DEL ESTABLECIMIENTO
REG# 0001 CSH# 005 DR# 01  TRAN# 17913
02/23/18  14:56:08          ST# AB123

*Raul Foid Edge*

BIENVENIDOS A
SHELL MERCATIL PLAZA
TEL.787-773-0898

| Descr. | qty | amount |
|--------|-----|--------|
| REG    CA #05  39.113L | | 30.00 |
| @ 0.767/ L | | |
| Prepay Fuel | | -30.00 |
| Sub Total | | 0.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| **TOTAL** | | **0.00** |
| CASH $ | | 0.00 |

THANKS,COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 10473
02/22/18  07:15:17          ST# S0520

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #12 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1027957
CSH: 17             02/12/18 09:07:39

GEL SERVICE STATION
LUCHETTI  TEL-269-6050

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#11 | | 40.00 |
| Sub Total | | 40.00 |
| MUNICIPAL | | 0.00 |
| ESTATAL | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

THANKS,COME AGAIN
REG# 0001 CSH# 002 DR# 01  TRAN# 11671
02/20/18  09:56:58          ST# AB123



# SERVICENTRO MIRANDA, INC.

PO Box 1777 - Calle Muñoz Rivera
Juncos, Puerto Rico 00777
Tel. 734-3281

Fecha _2-19-015_

ombre _____

rección _____

| | | |
|---|---|---|
| LITROS DE GASOLINA SUPER | | |
| LITROS DE GASOLINA REGULAR | 20 | |
| ACEITE | | |
| ACCESORIOS | | |
| GOMAS | | |
| BATERIAS | | |
| MONTURA DE GOMAS | | |
| BALANCEO DE GOMAS | | |
| LOTERIA ELECTRONICA | | |
| CENTRO DE INSPECCION | | |
| | | |
| | | |
| | | |
| | 20 | |

---

TO GO STORES
CAGUAS
787-798-6434 x.319
000000000000019
TORAL 19


***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #12 | | 40.00 |

Subtotal         40.00
Tax           0.00
**TOTAL**      **40.00**
CASH $     40.00

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019  TILL XXXX DR# 1 TRAN# 1043941
CSH: 25
02/23/18 19:07:54

*Raúl*

```
        WELCOME  TO
        OUR  STORE

Descr.          qty        amount
--------        ---        ------
Prepay CA#08               40.00
                           -----------
        Sub Total          40.00
        ESTATAL             0.00
        MUNICIPAL           0.00
        TOTAL.             40.00
             CASH $         40.00
THANKS, COME  AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 19344
01:30/18  22:13:12            ST# AB123
```

**VUELVA  PRONTO**
**PUMA  DOMENECH**
Av. Domenech  403
San Juan, PR. 00918
787-753-0807
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

```
Description      Qty       Amount
-------          ---       ------
PREPAY CA #04              20.00
                          ----------
        Subtotal          20.00
        Tax                0.00
    TOTAL           20.00
         CASH $           20.00

        THANKS, COME AGAIN
ST#  DOMEN TILL XXXX DR# 1 TRAN# 1029865
CSH: 8                  02/14/18 16:49:11
```

```
----------------------------------
   CONTROL: UJ5A5-9MYKW
   ST
   processed by Softek
----------------------------------
```

```
        WELCOME  TO
        OUR  STORE

Descr.          qty        amount
-----           ---        ------
REG    CA #01  54.167L      41.00
            @ 0.757/ L
    Prepay Fuel              41.00
                           -----------
        Sub Total
        ESTATAL
        MUNICIPAL
        TOTAL
             CASH $
THANKS, COME  AGAIN
REG# 0001 CSH# 008 DR# 01  TRAN# 19516
02/19/18  17:47:04            ST# AB123
```

*54.167L = 41.00*

*Ford Edge*

**FABR  PETROLEUM**
**787  296-4901**

```
Descr.          qty        amount
-------          ---        ------
REG    CA #06  52.840L      40.00
            @ 0.757/ L
                           -----------
        Sub Total          40.00
        ESTATAL             0.00
        MUN                 0.00
    TOTAL            40.00
         CASH $           40.00
THANKS, COME  AGAIN
REG# 0001 CSH# 006 DR# 00  TRAN# 10883
02/19/18  11:41:55            ST# AB123
```

```
----------------------------------
   CONTROL: .MW8C-TCUMN
   ST
   processed by Softek
----------------------------------
```

WELCOME TO
OUR STORE

| Descr. | qty | amount |
| ------- | --- | ------ |
| Prepay CA#08 | | 20.00 |
| | | ---------- |
| Sub Total | | 20.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

THANKS, COME AGAIN

REG# 0001 CSH# 004 DR# 01  TRAN# 10363
02/09/18  20:47:54          ST# AB123

---

PUMA
PUERTO NUEVO
(787) 296-4179

| Descr. | qty | amount |
| ------- | --- | ------ |
| Prepay CA#09 | | 20.00 |
| | | ---------- |
| Sub Total | | 20.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS

VUELVA PRONTO

REG# 0001 CSH# 008 DR# 01  TRAN# 19813
02/13/18  13:34:40          ST# TX220

Servicio Fiscal Expirado
merchants.softekpr.com

---

## PUMA 212

san juan ,

**Fecha: 2/8/2018 2:01 PM**
**Cajero: Javier Alomar**
**Trans No. 319577**
**Batch No. 1165**
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Surtidor 6 | |
| 1 | $50.000 | $50.00 |

**Subtotal:** **$50.00**
**Estatal:** **$0.00**
**Municipal:** **$0.00**

**Total:** **$50.00**
**Cash:** **$50.00**

**Cambio:** **$0.00**

Thank you for your business!

**CONTROL: NO DISPONIBLE
ST**

---

## RIAP GAS STATION

**Fecha: 2/12/2018 3:57 PM**
**Cajero  Marisel Carrasquillo**
**Trans No. 456793**
**Batch No. 1820**
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Surtidor 6 | |
| 1 | $40.00 | $40.00 |

**Subtotal:** **$40.00**
**Municipal:** **$0.00**
**Estatal:** **$0.00**

**Total:** **$40.00**
**CASH:** **$40.00**

**Cambio:** **$0.00**

**CONTROL: NO DISPONIBLE
ST**



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

DATE        TIME              HOST
Feb 08.18      14:13:47         P.FAID
BATCH       TERMINAL ID    MERCHANT ID
000697        37813010      17881037AK0U1

PREPAID CASH

PP NUMBER:
PEALE    62768734671413:

AUTH. CODE: 64RJG8    INVOICE: 013211
                      TRACE :002662

TOTAL :      +:       30.00

SIGNATURE: X. _____

          APPROVED
           29.15

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

          CUSTOMER COPY
      Gracias por su patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

DATE        TIME              HOST
Feb 08.18      14:31:17         P.FAID
BATCH       TERMINAL ID    MERCHANT ID
000697        37813010      17881037AK0U1

PREPAID CASH

PP NUMBER:
PEALE    62768735608462:

AUTH. CODE: 84RJG8    INVOICE: 013218
                      TRACE :002660

TOTAL :      +:       30.00

SIGNATURE: X. _____

          APPROVED
           30.30

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

          CUSTOMER COPY
      Gracias por su patrocinio



PUMA FOOD AND GAS SERVICE
AVE FERNANDEZ JUNCOS 1256 SANTURCE
SAN JUAN

DATE        TIME              HOST
Feb 19.18      12:15:47         P.FAID
BATCH       TERMINAL ID    MERCHANT ID
000108        37813010      17881037AK0U1

PREPAID CASH

PP NUMBER:
PEALE    62768734608462:

AUTH. CODE: 84939M    INVOICE: 014293
                      TRACE :002219

TOTAL :      +:       40.00

SIGNATURE: X. _____

          APPROVED
           40.35

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

          CUSTOMER COPY
      Gracias por su patrocinio

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

73

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 2-9- 20 18

CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| ROS DE GASOLINA | | |
| OS. DE ACEITE | | |
| TRO | | |
| GRASE | | |
| AVADO | 20 | 00 |
| AVADO MOTOR | | |
| SPECCION | | |
| FLUSHING | | |
| STA NOTA PARA CUALQUIER RECLAMACION | | |
| TOTAL | 20 | 2 |

Cash

---

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18384

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 2-9- 20 18

SR.

DIRECCION

TAB. NÚM.   CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ     TOTAL | 20 | 00 |

Cash

---

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18399

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 2-23 20 18

SR.

DIRECCION

TAB. NÚM.   CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 0 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ     TOTAL | 20 | 2 |

Cash

CUSTOMER #: 164677

167752

**alberic**
CHRYSLER Jeep

*INVOICE*

JOSUE LOPEZ
AVE MUNOZ RIVERA 268 EDIF
SAN JUAN, PR 00919
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:

PAGE 1

AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
PO BOX70320, SAN JUAN P.R. 00936-8320
TEL: (787) 793-2223 FAX: (787) 781-0334

SERVICE ADVISOR: 441 RAFAEL RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 14 | JEEP COMPASS | | 1C4NJCBB3ED541904 | HXO07 | 24730/24730 | T2830 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 04JUN13 DD | | 04JUN2016 | 10:12 06FEB18 | | 82.00 | CASH | 09FEB18 |
| R.O. OPENED | | READY | OPTIONS: | DLR:67036 ENG:2.4 Liter | | | |

12:15 29JAN18  12:33 09FEB18

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A AUTO CITADO POR ANGEL RUIZ | | | |
| ANGEL AUTO CITADO POR ANGEL RUIZ | | | |
| 2532  CC  0.00 | | 0.00 | 0.00 |
| 1 C-4212F PRESS, BALL JOINT | 0.01 | 0.01 | 0.01 |
| -1 C-4212F PRESS, BALL JOINT | 0.01 | 0.01 | -0.01 |

*******************************************************

B S61 OCCUPANT RESTRAINT CONTROLLER CSZES61HAA PIEZA DISPONIBLE
CAUSE: .
   08S61182 Safety Recall S61-Occupant Restraint
   Controller - Replace Module, Occupant
   Restraint Controller - Inspect and Replace
   (2 - Skilled)
     1412 RIVERA,RICARDO LIC#: 7087
      WCH  0.50                                              (N/C)
   1 CSZES61HAA MODULE-ORC MODULE                            (N/C)
24730 RECALL Replace ORC Module (PM/MK) 08-S6-11-82 0.5 hours

*******************************************************

C AUTORIZO HAGAN ESTIMADO DE VEHICULO A UN COSTO DE $82.00
   M0800 MISCELANEOS
     2532  CC  0.00                                    0.00      0.00

*******************************************************

D C/I UNIDAD SE APAGO EN VARIAS OCACIONES
   F1107 REPROGRAMACION DE BEEPER (UNO O AMBOS)
     2534 MOISES GONZALEZ LIC#: 21151
      CC  0.50                                  40.00     40.00
   1 68000603AD KEY-BLANK WITH TRANSMITTER      252.50   135.00    135.00
   ORLANDO
   1 4861962AB DETECTOR-EVAPORATIVE SYSTEM
   INTEGRIT                                      57.00    37.05     37.05
   25011201 Monitor, evaporative system integrity -
   Replace (2 - Skilled)
     2534 MOISES GONZALEZ LIC#: 21151
      CC  1.00                                  82.00     82.00

SMITH LOCK

APPROVAL 11340022

CUSTOMER COPY

I CERTIFY THAT THE UNLESS OTHERWISE ) AT NO CHARGE TO APPEARANCE OF THE AIRED OR REPLACED ANY WAY WITH ANY IMPLIED, SUPPORTING THIS DATE OF PAYMENT OR INSPECTION BY

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

ED PERSON    (DATE)    CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

SERVICE INVOICE #2 XSI2C

CUSTOMER #: 164677

167752

*INVOICE*



JOSUE LOPEZ
AVE MUNOZ RIVERA 268 EDIF
SAN JUAN, PR 00919
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:

PAGE 2

AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
PO BOX70320, SAN JUAN P.R. 00936-8320
TEL: (787) 793-2223  FAX: (787) 781-0334

SERVICE ADVISOR:  441 RAFAEL RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 14 | JEEP COMPASS | | 1C4NJCBB3ED541904 | HX007 | 24730/24730 | T2830 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 04JUN13 DD | | 04JUN2016 10:12 | 06FEB18 | | 82.00 | CASH | 09FEB18 |

| R.O. OPENED | | READY | OPTIONS: | DLR:67036 ENG:2.4 Liter |
|---|---|---|---|---|
| 12:15 29JAN18 | | 12:33 09FEB18 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | CPS | | | | | | 15.00 | 15.00 |

24730 SE VERIFICO UNIDAD TENIA CODIGO DE LLAVE ,SE PROSEDIO A REMPL
LLAVE Y SE PROGRAMO , . 5 HRS Y SE REALIZO REMPL DE ESIM SWITCH VALVE
ESTE ESTABA TRANCADO Y PROVOCABA CONDICION 1.0 HRS; NOTA C;LIENTE NO
AUT REMPL DE SPARK PLUG
*******************************************************

E C/I UNIDAD REVISEN FRENOS
  F1007 LIMPIEZA Y AJUSTE EN LOS FRENOS  (NO
      INCLUYE PIEZAS)
      2532    CC  0.70                                    35.00      35.00
    1 68065196AB *CLEANER-BRAKE-AEROSOL         9.50    7.12      7.12
24730 SE REVISARON FRENOS Y OK , SE PROSEDIO A REALIZAR LIMP Y
AJUSTE DE FRENOS . 5 HRS
*******************************************************

F SE LE COBRARA $25.00 DE ALMACENAMIENTO DIARIOS A LA UNIDAD QUE
    PERMANEZCA EN SERVICIO LUEGO DE 48HRS DE HABER SIDO NOTIFICADO
      QUE SU VEHICULO ESTA LISTO.
    ALMA SE LE COBRARA $25.00 DE ALMACENAMIENTO
        DIARIOS A LA UNIDAD QUE PERMANEZCA EN
        SERVICIO LUEGO DE 48HRS DE HABER SIDO
        NOTIFICADO QUE SU VEHICULO ESTA LISTO.
        2532    CC  0.00                                  0.00       0.00
*******************************************************

G TODA REPARACION AUTORIZADA POR CLIENTE ESTA SUJETA A DANOS OCULTOS
    RELACIONADOS A LA REPARACION QUE SE LE REALICE
    OLD TODA REPARACION AUTORIZADA POR CLIENTE ESTA
        SUJETA A DANOS OCULTOS RELACIONADOS A LA
        REPARACION QUE SE LE REALICE
        2532    CC  0.00                                  0.00       0.00
*******************************************************

H INSPECCION 20 PUNTOS
    M0800 MISCELANEOS
        2532    CC  0.00                                  0.00       0.00
*******************************************************

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE
INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE
SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO
OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE
VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED
UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS
CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT
NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY
MANUFACTURER'S REPRESENTATIVE.

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)

STATEMENT OF DISCLAIMER
The factory warranty constitutes all
of the warranties with respect to
the sale of this item/items. The
Seller hereby expressly disclaims all
warranties either express or
implied, including any implied
warranty of merchantability or
fitness for a particular purpose.
Seller neither assumes nor
authorizes any other person to
assume for it, any liability in
connection with the sale of this
item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER #: 164677

**167752**

**\*INVOICE\***

**alberic**
CHRYSLER

JOSUE LOPEZ
AVE MUNOZ RIVERA 268 EDIF
SAN JUAN, PR 00919
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:

AVE. KENNEDY KM 2.5 MARGINAL PUEBLO VIEJO
PO BOX70320, SAN JUAN P.R. 00936-8320
TEL: (787) 793-2223  FAX: (787) 781-0334

PAGE 3

SERVICE ADVISOR:  441 RAFAEL RODRIGUEZ

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |
|---|---|---|---|---|---|---|---|---|
| | 14 | JEEP COMPASS | | 1C4NJCBB3ED541904 | HXO07 | 24730/24730 | | T2830 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 04JUN13 DD | 04JUN2016 | 10:12 06FEB18 | | | 82.00 | CASH | 09FEB18 |

| R.O. OPENED | READY | OPTIONS: | DLR:67036 ENG:2.4_Liter |
|---|---|---|---|
| 12:15 29JAN18 | 12:33 09FEB18 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER PAY HAZRDOUSE DISP FOR REPAIR ORDER | | | | | | | | | 3.36 |

\*\*\*\*\*\*\*\*\*\*\*\*\* AVISO IMPORTANTE \*\*\*\*\*\*\*\*\*\*\*\*\*\*

TODA REPARACION EN GARANTIA SERA SUJETA A VER
IFICACION POR EL MANUFACTURERO. CUALQUIER MON
TO QUE EL MANUFACTURERO DENIEGUE CUBIERTA,
SERA EL CLIENTE RESPONSABLE DEL PAGO DE LA
MISMA

| STATE TAX | | 35.65 |
|---|---|---|
| MUNICIPAL TAX | | 3.39 |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 157.00 |
| PARTS AMOUNT | 179.17 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 15.00 |
| MISC. CHARGES | 3.36 |
| TOTAL CHARGES | 354.53 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 39.04 |
| **PLEASE PAY THIS AMOUNT** | 393.57 |

(SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON  (DATE)

CUSTOMER SIGNATURE

ok

CUSTOMER #: 5727507

153122

INVOICE

**CAGUAS EXPRESSWAY MOTORS, INC.**
Carr. # 1 Río Piedras a Caguas * Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

TCA PR CORP
JOSSUE LOPEZ
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:787-306-4910

PAGE 3

SERVICE ADVISOR: 2138 LUCY FELIX

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | | TAG |
|---|---|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | | 2FMDK3GC2DBB27507 | HX0056 | 63426/63426 | | T3041 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | |
| 02JUL13 | DD29OCT12 | | 17:00 31JAN18 | | 79.95 | CASH | 31JAN18 | |
| R.O. OPENED | | READY | OPTIONS: | W-COMP:X DLR:F0R70 ENG:3.5_Liter | | | | |
| 11:32 30JAN18 | | 17:41 31JAN18 | | | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| CFM 0.90 | | 83.85 | 83.85 |
| 1 MCB2902 PLENUM KIT | 46.44 | 30.19 | 30.19 |

63426 SE REALIZO FUEL SERVICE COMPLETE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

H\*\* COOLING SYSTEM LONG LIFE CLEAN & TREAT
BG03 COOLING SYSTEM LONG LIFE CLEAN & TREAT
465 Martinez Pena,Axel s LIC#: 465

| CFM 0.70 | | 57.04 | 57.04 |
|---|---|---|---|
| 1 MCB5901 COOLING SYS KIT | 19.82 | 12.88 | 12.88 |
| 1 VC*3*B ANTI-FREEZE | 23.27 | 23.27 | 23.27 |

63426 SE REALIZO COOLING SYSTEM LONG LIFE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I\*\* BALANCEO Y/O ROTACION DE GOMAS
PL0012 BALANCEO Y/O ROTACION DE GOMAS
465 Martinez Pena,Axel s LIC#: 465
CFM 0.70                                    29.95         29.95
63426 SE REALIZO BALANCEO DE LAS 4 RUEDAS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

J\*\* MOTOR CARE ENGINE EXTERIOR PROTECTION
WAX02 MOTOR CARE ENGINE EXTERIOR PROTECTION
465 Martinez Pena,Axel s LIC#: 465
CFM 0.80                                    59.95         59.95
63426 SE REALIZO MOTOR CARE EXTERIOR PROTACTION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CUSTOMER PAY MISC-SUPPLIES FOR REPAIR ORDER                   25.00

TODO TRABAJO REALIZADO CON PIEZAS GENUINAS
FORD Y SU LABOR ESTA GARANTIZADO POR 12
MESES O 12,000 MIL MILLAS LO QUE OCURRA
PRIMERO. TELEFONOS:787-653-3333 787-641-4242
787-337-1600. CITA 787-337-1414. GRACIAS

STATE TAX                                                      87.52
MUNICIPAL TAX                                                   5.90

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS, TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OFEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 638.09 |
| PARTS AMOUNT | 565.41 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 25.00 |
| TOTAL CHARGES | 1228.50 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 93.42 |

CUSTOMER SIGNATURE

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    DATE

**PLEASE PAY THIS AMOUNT**    1321.92

CUSTOMER #: 5727507

153122

INVOICE

**CAGUAS EXPRESSWAY MOTORS, INC.**
Carr. # 1 Río Piedras a Caguas • Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 • Fax: 746-2937

TCA PR CORP
JOSSUE LOPEZ
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:787-306-4910

PAGE 2

SERVICE ADVISOR: 2138 LUCY FELIX

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|--|-----|---------|-----------------|-----|
| BLANCA | 13 | FORD EDGE | | 2FMDK3GC2DBB27507 | HX0056 | 63426/63426 | T3041 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 02JUL13 | DD29OCT12 | | 17:00 31JAN18 | | 79.95 | CASH | 31JAN18 |

R.O. OPENED    READY    OPTIONS:    W-COMP:X DLR:F0R70 ENG:3.5_Liter

11:32 30JAN18   17:41 31JAN18

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| 465 Martinez Pena,Axel s LIC#: 465 | | | |
| CFM 0.20 | | 7.00 | 7.00 |
| 1 7T4Z*9601*A ELEMENT ASY - AIR CLEANER | 43.20 | 28.08 | 28.08 |
| 8620F BELT - SERPENTINE - REPLACE (8620) - L | | | |
| 465 Martinez Pena,Axel s LIC#: 465 | | | |
| CFM 0.90 | | 71.96 | 71.96 |
| 1 GB5Z*8620*A V-BELT | 24.91 | 16.19 | 16.19 |
| 1 BT4Z*8620*D V-BELT | 22.46 | 14.60 | 14.60 |

63426
SE REMPLAZO FILTRO DE AIRE .2 HRS
SE REMPLAZO ACEITE Y FILTRO DE MOTOR .2 HRS
SE REMPLAZO 2 POLEAS DE MOTOR .9 HRS
************************************************************

D ROAD TEST
    S201 ROAD TEST
        2000  CFM  0.00                                    0.00      0.00
************************************************************

E** BRAKE FLUID FLUSH
    BG09 BRAKE FLUID FLUSH
        465 Martinez Pena,Axel s LIC#: 465
            CFM  0.90                           86.28     86.28
        1 MCB84032 BRAKE FLUSH DOT4      27.17   17.66     17.66
    63426 SE REALIZO BRAKE FLUSH
************************************************************

F** A/C EVAPORATOR/CABIN CLEANING
    BG08 A/C EVAPORATOR/CABIN CLEANING
        465 Martinez Pena,Axel s LIC#: 465
            CFM  0.60                           52.61     52.61
        1 MCB6403 A/C COMPLETE KIT       47.69   31.00     31.00
    63426 SE REALIZO A/C EVAPORATOR CLEANING
************************************************************

G** FUEL SERVICE COMPLETE
    BG07 FUEL SERVICE COMPLETE
        465 Martinez Pena,Axel s LIC#: 465

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER SIGNATURE

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    DATE

CUSTOMER #: 5727507

TCA PR CORP
JOSSUE LOPEZ
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:787-306-4910

**153122**

INVOICE

PAGE 1

**CAGUAS EXPRESSWAY MOTORS, INC.**
Carr. # 1 Río Piedras a Caguas • Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 • Fax: 746-2937

SERVICE ADVISOR: 2138 LUCY FELIX

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | 2FMDK3GC2DBB27507 | HX0056 | 63426/63426 | T3041 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 02JUL13 | DD29OCT12 | | 17:00 31JAN18 | | 79.95 | CASH | 31JAN18 |

| R.O. OPENED | READY | OPTIONS: | W-COMP:X DLR:F0R70 ENG:3.5 Liter |
|---|---|---|---|
| 11:32 30JAN18 | 17:41 31JAN18 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A CLEINTE REPORTA UNIDAD AL APLICAR FRENO PRODUCE RUIDO DEHIERRO CON HIERRO | | | | | | | | |
| | PL4150 REEMPLAZO DE PAD DE FRENOS DELANTEROS | | | | | | | |
| | 465 Martinez Pena,Axel s LIC#: 465 | | | | | | | |
| | | CFM | 0.90 | | | | 49.00 | 49.00 |
| | 1 7T4Z*2V001*A KIT - BRAKE LINING | | | | | 99.64 | 64.77 | 64.77 |
| | PL4151 SERVICIO DE FRENOS TRASEROS | | | | | | | |
| | 465 Martinez Pena,Axel s LIC#: 465 | | | | | | | |
| | | CFM | 0.90 | | | | 49.00 | 49.00 |
| | 2 BT4Z*2C026*B ROTOR ASY - BRAKE | | | | | 90.12 | 58.58 | 117.16 |
| | 1 EU2Z*2V200*A KIT - BRAKE LINING | | | | | 94.19 | 61.22 | 61.22 |
| 63426 | | | | | | | | |
| SE REALIZO REMPLAZO DE DISCOS Y PADS TRASEROS 1 HRS | | | | | | | | |
| SE REAL REMPLAZO DE PADS DELANTEROS .9 HRS | | | | | | | | |
| ************************************************ | | | | | | | | |
| B CLIENTE REPORTA UNIDAD A/C CORRIENDO DEJA DE TIRAR AIRE HAY QUE DARLE | | | | | | | | |
| AL DASH PARA QUE ACTIVE | | | | | | | | |
| | 19700D14 MOTOR ASSEMBLY - CLIMATE CONTROL BLOWER | | | | | | | |
| | (18527/19805) - L | | | | | | | |
| | 465 Martinez Pena,Axel s LIC#: 465 | | | | | | | |
| | | CFM | 1.00 | | | | 79.95 | 79.95 |
| | 1 7T4Z*19805*A MOTOR - COOLING BLOWER | | | | | 165.07 | 107.30 | 107.30 |
| 63426 SE REMPLQAZO BLOWER DE A/C 1 HRS | | | | | | | | |
| ************************************************ | | | | | | | | |
| C REALIZAR COTEJO DE HOJA DE QUALITY CARE | | | | | | | | |
| | PL9000 MULTI-POINT INSPECTION WAS PERFORMED | | | | | | | |
| | 465 Martinez Pena,Axel s LIC#: 465 | | | | | | | |
| | | CFM | 0.00 | | | | 0.00 | 0.00 |
| | PL0002 CAMBIO DE ACEITE Y FILTRO DE MOTOR | | | | | | | |
| | 465 Martinez Pena,Axel s LIC#: 465 | | | | | | | |
| | | CFM | 0.20 | | | | 11.50 | 11.50 |
| | 1 AA5Z*6714*A FILTER ASY - OIL | | | | | 19.44 | 7.85 | 7.85 |
| | 6 XO*5W20*QSP MOTORCRAFT SAE 5W-20 API GF-5 | | | | | 5.54 | 5.54 | 33.24 |
| | PL0005 REEMPLAZO DE FILTRO DE AIRE GASOLINA | | | | | | | |

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES. Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS, ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS, SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON          DATE

➤ CUSTOMER SIGNATURE