12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of February.

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA, participated in a meeting with the Department of Operational Tactics, the Mounted Unit and with the Canine Unit. The TCA and his staff met with representatives of the Citizen Interaction Committees. The TCA participated in the meeting for the proposal of paragraph 241 and paragraph 243 survey. TCA also participated in the Paragraph 253 monthly meeting.

The following General Order were reviewed: General Order 600-638: Appearances and Summons to the Judicial and / or Administrative Forums; Regulation for the Receipt, Processing, Investigation and Adjudication of Administrative Complaints against Employees of the Bureau of the Police of Puerto Rico; General Order Public Information Program on Administrative Complaints and Awards; General Order 600-613: Division of Cybercrime and Rules for Requesting, Intervening and Processing Electronic Activities and Equipment Related to the Crime Commission (Cybercrime); General Order: Early Intervention System (EIS); General Order 600-639: Application of Corrective Measures to Members of the Bureau of the Puerto Rico Police; Regulation for the Receipt, Processing, Investigation and Adjudication of Administrative Complaints against Employees of the Bureau of the Police of Puerto Rico; General Order Public Information Program on Administrative Complaints and Awards.

The following topics were discussed: Police Academy privatization, monitoring methodology, paragraph 13, promotions and transfers, and the TCA's Office budget 2018 – 2019.

Also the Police Academy was visited during this month and the following Area Commands were visited: San Juan, Aguadilla and Aibonito and the Zone of Excellence of Las Piedras and Bayamón Oeste. The Canine Unit, the Mounted Unit, Tactical Operation Unit and SARP Unit were visited for meeting

Lastly, all administrative actions were completed, including but not limited to: meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation of the TCA's Office budget for fiscal year 2018-2019.