# Qualitative Report on the Puerto Rico's Police Department Sustainable Reform: The Feedback of Nine (9) Community Focus Groups in Puerto Rico (2017)



# Office of the Technical Compliance Advisor
# of the Puerto Rico's Police Department Reform
# Hato Rey, Puerto Rico

Richard Blanco-Peck, PhD.
Independent Consultant and Director of the Study
T.C.A.P.R., Corporation
September,2017.

# Table of Content

*Page*

*Preface…………………………………………………………………………5*

## First Part:

*Introduction…………………………………………………………………7*

*Methodology…………………………………………………………………9*

*Demographic Graphic's …………………………………………………… 13*

## Second Part:

*Individual Focus Group Summary Reports ……………………………………25*

*1. Luis Llorens Torres Public Housing………………………………………25*

*2. Loíza's Community…………………………………………………………33*

*3. Women Victims of Crime………………………………………………… 39*

*4. Homeless in Rehabilitation………………………………………………46*

*5. UPR Mayagüez students…………………………………………………54*

*6. LGBTT Community of Puerto Rico………………………………………69*

*7. Homeless /Addicts …………………………………………………… 87*

*8. Professional Black Ethnic Group………………………………………… 98*

*9. Dominican Community of Puerto Rico……………………………………120*

*Third Part:*

*General Conclusions of the Nine (9) Focus Groups……………………… 130*

*Recommendations…………………………………………………………..133*

*References………………………………………………………… 135*

*Spanish Appendixes……………………………………………...137-305*

### Preface

The purpose of this qualitative study was to collect and analyze information from nine (9) homogeneous focus groups. These groups were from residents of communities with a sensitive relationship with the Puerto Rico's Police Department. In this way, we could know their impression after three (3) years of the Sustainable Reform of the Department and comply with paragraph 241 of the agreement established by the Federal District Court of Puerto Rico.   This exhaustive study was established by means of a contract with the TCA, PR Corporation from the Office of the Technical Compliance Advisor of the Puerto Rico's Police Department Reform, in Hato Rey, Puerto Rico, committed to the Department of Justice of the United States of America. The groups were chosen through several meetings with the "CORE TEAM" of the TCA and community leaders, employing specific information of the public hearings held by the Federal District Court of Puerto Rico in several municipalities of Puerto Rico.

Participants in these groups were hired according to the profile of each community by our coordinators, with the valuable support of community leaders and community support centers. These focus groups were: **1. LGBTT community group, from different municipalities, gathered in a San Juan community center 2. group of Homeless /Addicts assembled on the outskirts of the Manuel A. Pérez López Public Housing Building, San Juan; 3. group of Homeless in Rehabilitation grouped in center at Georgetti Street in Río Piedras; 4. group of Dominican residents constituted in the**

**lounge of the Rio Piedras market, San Juan; 5. group of residents of the Luis Lloren's Torres Public Housing Building of San Juan gather together at building's communal center; 6. group of University of Puerto Rico's Mayagüez campus students meeting at the School of Civil Engineering; 7. Professional Black Ethnic Group met at "Hill Brother's" community center, Carolina; 8. group of 3. Women Victims of Crime gathered at Puerta de Tierra's center, San Juan; 9. group of Loíza's Community residents grouped at community center.**

This exhaustive study contains nine (9) reports of each target group by seven (7) members of our team. In this way, it complies with paragraph 241 of the agreement between the United States Department of Justice, the Puerto Rico's Police Department, and the Government of Puerto Rico. In addition, important qualitative data was attained to improve reform and enforce compliance with the agreement. The information collected and analyzed provides data necessary for the PRPD management and their Reform Office. Therefore, first-hand decisions can be performed with the knowledge gathered. The transcripts (appendixes) of the study will not be translated since most of the testimonies are already included in the nine independent narratives within the general report.

Thanks to everyone who contributed to this great effort.

Richard Blanco-Peck, Ph.D.
Principal investigator

**Introduction**

On July 17, 2013, the United States of America District Court of Puerto Rico reached an Agreement to establish a Sustainable Reform for the Police Department of Puerto Rico. Senior officials of the Government of Puerto Rico and the Department of Justice of the United States of America signed this agreement. The Parties jointly enter into this Agreement to ensure that the Puerto Rico Police Department ("PRPD") delivers policing services in a manner that upholds civil rights guaranteed by the Constitution and laws of the United States and the Commonwealth of Puerto Rico.  The Agreement is also intended to promote public safety by providing PRPD officers with the tools, guidance, and resources that they need to fight crime effectively.  The Parties recognized that public safety, constitutional policing, and the community's trust in its police force are interdependent.  The full and sustained implementation of this Agreement will protect public safety, guarantee individual civil rights, and increase public confidence in the police.

On June 6, 2014, Mr. Arnaldo Claudio was appointed as Technical Compliance Advisor to "assess and report whether the provisions of this Agreement have been implemented and whether this accomplishment is resulting in constitutional and effective police practices, professional treatment of individuals and increase the confidence of the Community toward the P.R.P.D." (Paragraph 225 of the Agreement). On November 2016, the Office of the Technical Compliance Adviser of Puerto Rico requested us for an independent professional consulting service through a contract for the development of an exhaustive focus group study of several (9) sensitive Puerto Rican communities., based on

a consistent methodology and for the development of a Final Report. Therefore, complying with Paragraph 241 of the Agreement.

This Office is entitled to carry out regular studies based on the collection of qualitative and quantitative data through research from Puerto Rico's communities. The purpose is to study the resident's perceptions of the sustainable reform of the Puerto Rico's Police Department that started about 2 1/2 years ago. Therefore, this report presents the qualitative data of nine (9) focus groups.

During the qualitative investigation, this researcher included a focus group at the eight referred to at the beginning. The ninth group included was that of homeless people "in transition" that are already leaving the street, sleeping in foster homes and that report to a rehabilitation center for addicts.

Participants in these nine groups were recruited according to the profile of each community by our coordinators with the help of community leaders. These homogeneous focus groups were: **1 - LGBTT group of the different municipalities of Puerto Rico gathered in a San Juan; 2 - group of homeless/addict people on the outskirts of the Manuel A. Pérez Public Housing in the vicinity of Lopez Sicardo street corner Sicilia street, in Hato Rey; 3 -group homeless people in "transition" in rehabilitation center at Georgetti Street in Río Piedras; 4- group of Dominican residents interviewed at the lounge of the Rio Piedras food market in San Juan; 5- group of Luis Llorens Torres Public Housing residents at their community center in San Juan; 6- group of University of Puerto Rico's Mayagüez campus students at a the School of Civil Engineering classroom; 7- group of Afro-Caribbean (black ethnic group) professional**

**residents at the community center of "Hill's Brother" in Carolina; 8- group of Women Victims of Crime at the Puerta de Tierra, San Juan center.; 9 - and a group of Loiza´s residents at their municipal community center.**

This researcher is a retired university professor that has performed extensive survey research and focus groups studies of the Puerto Rican population on public policy issues, political inquiries, and evaluations of public agencies through the measurement of citizen perception of government performance. This scholar, enjoys the professional resources to develop such research designs and has the faculty to incorporate and train graduate students and/or professionals as interviewers. A selected professional work group was developed for this research project, one committed to the search of the truth and based on ethics.

**Methodology**

To comply with the Sustainable Reform Agreement of the Puerto Rico's Police Department (PRPD) established on July 17, 2013, our staff conducted a qualitative research design which gathered the views and attitudes of nine focus groups. The focus groups selection process included between 7 and 9 subjects and a moderator/researcher responsible for carrying out enquiries (see annexes #2 and 3) and lead the discussion. We used the simple group research design, and selected several categories of simple and homogenous groups from communities with a sensitive relationship with the police (Krueger, Richard and Casey, Marie Ann, 2015).

The research purpose of this design was to compare and analyze the information disclosed by the groups. This design is excellent for the disclosure of the groups attitudes toward the PRPD reform and, for the creation of a data base to compare information with

other groups and organizations.  The narrative format was preferred as the focus group type of report, since it is appropriate for the academic approach of this study. The academic approach helps in the participation of members and is more transparent (Krueger, Richard and Casey, Marie Ann, 2015).

Before we visited the communities, several meetings were held in the Office of the TCA with the purpose of reviewing the demographic questionnaire and the specific areas of the PRPD reform the focus groups would discuss. The participants of these meetings were members of: the PRPD, the Puerto Rico's Department of Justice, the U.S. Department of Justice, the Core Team of the TCA, and some Community leaders. **The areas selected were: Professionalization; Use of force; Stops, Searches, and Seizures; Equal Protection and Non-discrimination; Supervision and Administration; Community Interaction and Public Information** (see Appendix #2); Also, to be asked was:   How confident the community feels toward the police? Has it improved in the last 2 years? How much?

These areas were discussed by each moderator in a group interaction, creating a dynamic in which participants felt comfortable and free to talk and discuss their views and experiences. Focus group participants required around two to 4 hours to complete the discussion. The dynamics used to collect the qualitative information was as follows: the group was asked permission to record the discussion; participants answered a short questionnaire with twelve demographic questions as part of the qualitative study, the moderator channeled the discussion on the areas related to the sustainable PRPD asking: How it has improved in the last 2 years? How much?

During the meetings of the nine focus groups, participants were encouraged to expose their experiences in the PRPD reform areas. The group sessions about the topics concerning the PRPD reform, were a very important tool in getting valuable feedback from the participants. After the discussion on areas related to the sustainable reform (see annexes #2 and 3), the moderator hosted the discussion of the respective matters and the participants could analyze and express about each one. In addition, participants answered a short questionnaire with twelve demographic questions as part of the qualitative study. The event was recorded with the consent of the participants and transcribed for the preparation of an individual report for each target group, which is part of this global report.

Nine (9) summaries of the reports of each focus group are presented in the next section. It includes findings and specific conclusions of each report.

**SUGGESTION:** *After this study, one can consider setting a multiple category design. Where the results of community groups are compared with other less sensitive community groups and the police.*

**Demographic charts for seventy-one (71) participants of the nine (9) focus groups designed for this qualitative study.**

Ahead we present 12 graphs from data collected by a demographic questionnaire to participants in the study (see annexes).

**Graph 1. Distribution of the nine (9) focus groups**



The nine (9) focus groups

Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

Graph 1 displays the frequency distribution of each demographic focus group engaged in this qualitative study. The frequency distribution demonstrates a fairly equitable contribution of each targeted group of this research. The groups studied were: a community from Loíza's municipality, professional black residents of Carolina, members of the LGBTT islands community, residents of Lloren's Torres Public Housing, a group of women victims of crime, homeless from a rehabilitation center, homeless/addicts gathered and interviewed on the street, students from the UPR Mayagüez campus, and members of the Dominican community, all residents of Puerto Rico.

**Graph 2. Ethnic group distribution (n = 71)**



Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

The ethnic group frequency distribution, presented in Graph 2 indicates that 46.48% of those seventy-one who answered the questionnaire selected the black ethnic group

category; 22.54% selected the mixed group; 19.72% of the 71 participants said to be white; 7.04% indicated to be predominantly Indian; and 4.23% picked other.

**Graph 3. Sex Frequency Distribution (n = 71)**





The sex distribution exhibited in Graph 3 indicates that 53.52% of the participants in this research were women and the remained 46.48% were men.

**Graph 4. Sexual orientation distribution (n = 71)**



Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

Graph 4 demonstrates that most of the people who participated in the focus groups identified as heterosexual for 81.69%. Another 7.04% categorized themselves as gay, 5.63% as lesbian and 5.63% as bisexual.

**Graph 5. Gender identity distribution (n = 71)**



Sexual orientation distribution (n = 71)

Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

The graph 5 presents the gender identity frequency distribution and demonstrates that many people not answered the question for 72.84% of the respondents. The rest distributed as follows: 19.75% selected the neutral gender; 3.7% indicated to be of the cisgender group; 2.7% selected other; and only 1.23% queer.

**Graph 6. Age distribution (n = 71)**



Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

Graph 6 shows the age distribution of the subjects. It exposes that 29.58% of the participants were between 18 and 28 years old; 22.54% among the 29 to 39 years old; also, 22.54% indicated to be amongst 40 to 50 years old; 14.08% of the group were among 51 to 61 years old; 5.63% from 62 to 72 years old; and finally, 5.63% were 72 years old or more.



**Graph 7. Distribution of residential zone (n = 71)**



Graph 7 illustrates the residential zone frequency distribution of the participants. From it, we can perceive that 40.85% of the subjects were from an urban city; 32.39% were of an urban barrio or neighborhood; 15.49% of a rural neighborhood; and 11.27% of an urban town.

**Graph 8. Working group distribution (n = 71)**



Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

The work group distribution was displayed in Graph 8, and we can perceive that 25.35% of the participants were from the pensioners or retirees cluster; 23.94% identified themselves as students; 12.68% were white collar; 11.27% of the blue-collar group; 8.45% of unemployed; 8.45% had a part-time job; 7.04% of were professionals; and 2.82 percent stated to be from the middle-management classification.

**Graph 9. Level of education distribution (n = 71)**



Level of education distribution (n = 71)

Qualitative Report on the Puerto Rico's Police Department Sustainable
Reform

The frequency distribution of the demographic variable level of education is presented in Graph 9. With it we can observe that 32.39% of those seventy-one who answered the questionnaire of this qualitative study have a Bachelor's degree; 29.58% identified themselves as persons with a high school diploma; 14.08% indicated to have an associate degree; 9.86% have an elementary school diploma; 9.86% reported having a master's degree; 2.82% of the participants have a doctorate; and the 1.41% have no formal education.

**Graph 10. Marital Status Distribution (n = 71)**



Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

In Graph 10, the marital status frequency distribution is displayed, and it reveals that around 62% of the subjects are unmarried; the 14.1% identified themselves as divorced; the 12.7% indicated that they cohabit; the 8.5% are married; and 2.8 per cent said to be a widow/widower.

**Graph 11. National identity distribution (n = 71)**



Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

The demographic variable national identity frequency distribution is exposed in graphic 11. It indicates that 84.51% of the study subjects are from Puerto Rico; the 14.08% were identified as from the Dominican Republic; and the 1.41% specified to be of the United States of America.

**Graph 12. Have you read or know about the reform? (n = 71)**



Have you  read or know about the reform?

Qualitative Report on the Puerto Rico's Police Department Sustainable Reform

The last frequency distribution asks the participants if they have read and/or know about the sustainable police reform, the results are presented in graphic 12. These outcomes revealed that 49.3% of subjects have not read or know about the reform of the PRPD; the 23.94 per cent reported having read very little; 15.49% said they have read something; the 5.63% expressed having read enough: and the 5.63% did not answer the question. If we add the 49.3% of those who have not read with the 23.94% of those who have read very little, we extend to about 73% of the people who participated in this qualitative study virtually don't know about the reform of the Puerto Rico's Police Department reform.

Next, the report summaries of each focus group are presented with their main findings, beginning with the Luis Llorens Torres Public Housing group and ending with the Dominican community group. The report summaries of this section consist of some subject's answers. The complete Spanish transcripts of each target group are included as reference.

## Report Summaries of Each Focus Group

### Luis Llorens Torres Public Housing

**1. Report of the Luis Llorens Torres Public Housing focus group composed of eight (8) women on February 3, 2017 (see Appendix #4).**

An invitation for people 18 years and older, men and women, residents of the Luis Llorens Torres Public Housing was settled for their participation in this focus group. The person in charge of the public housing handled the room where the interviews took place (see Appendix #4).

On February 3, 2017 eight female residents arrived at the room. None of the male members of the community decided to participate in the focus group. Female residents pointed out that although it was announced that they would be compensated, the males of the Luis Llorens Torres Public Housing declined to join in the event due to the topic to be discussed, the Police Department Reform. Fear of reprisals and mistrust in the PRPD caused the men of the community to refuse to participate. This finding is quite important for the study.

The round table interview took place at the *Salon Crecer* (Room of growth*)* of the Luis Llorens Torres Public Housing "Boys and Girls Club", where the participants sat in a semicircle to be able to answer. People arrived slowly, and it officially began at 11:43 am when all participants arrived. Since the beginning, you could see a high level of anxiety among the participants who were coming into the hall.

**a.** While speaking about the **Professionalization of the PRPD**, the female participants of the public housing buildings indicated that the police officers have the authority, however, they take advantage of this power and believe that they can *"do whatever they want and violate citizens' rights."* This group of women said that: *""Your rights end where my rights begin"*, denoting the lack of respect from the PRPD members within the community. Moreover, they submit the suggestion of increased police presence and the need for prevention rather than intervention: *"many times they wait for something serious to happen, like a murder or assault, to take action."*. The comments and views of these eight women denote dissatisfaction with the members of the PRPD, expressing the unprofessional police behavior when intervening with the community. They communicate with anger and short answers when talking about the PRPD incompetence.

**Some answers from the community:**

*''I understand that they as professionals should receive more workshops so they can engage better with the community. They need to improve in some areas, but in others they don't.  You know, sometimes the way they relate and how they approach people are not the best, they are rude. Their manners maybe are not the most appropriate to use. Maybe they can talk to a civilian and say: 'look can you please move? I need that'' but instead they exceed the limit.''*

**b.** In question number two, on the **Use of Force**, we had to motivate the group to answer. After several attempts and friendly assurance, only one felt comfortable enough to comment on the use of force in the community.

**Some answers from the community:**

*"I think that it is not the correct way. Why can't it be?  If you're hostile, you'll receive hostility, every aggressor receives aggression, you know, intolerance."*

Expressions of condemnation and then silence was the response of this group when asked about the **use of force of the PRPD in their community.** This implies the great dissatisfaction of this focus group with the police´s use of force in the Luis Llorens Torres Public Housing. The group reflects frustration and great discomfort regarding the actions and interventions of the PRPD in their community. The women indicate their disappointment regarding the PRPD interventions when minors and seniors are present.

**c.** Regarding the **Stops, Searches, and Seizures reform area**, these women reveal that the community has experienced civil rights violations by the PRPD when they violently intervene in their raids. They showed great fear and outrage when discussing the issue of the raids.

**Some answers within the community:**

*Sincerely, they are violating citizen's rights, if they already possess an order to enter, what is the necessity, once they open the door, of breaking and throwing things around and mistreating those inside that gave them (the police) the opportunity to enter already, because of the order.*

*And then once inside, they think that because of their authority they can do whatever they want in the house regardless of the damage they are causing and often most households here have many minors. And they enter and are not seeing that children are observing the firearms and their aggressiveness, the kids here are nervous.*

*There are many children here who watch the officers with fear and do not respect them, they do not see them as those who come to save and protect them. The children often cry and hide themselves. Ah, I'll call the police and you see the kids saying, ''no, the police no!'. They are supposed to see them as a figure that will protect and will bring them safety.*

These women showed fear and concern for the most vulnerable members of the community (the children and the seniors). They indicate that the youth perceive the PRPD with fear and distrust. They show anger and frustration with the PRPD because of the abuse of power that is portrayed in the discussion.

d. Regarding the **equal protection and non-discrimination**, the women of the public housing focus group pointed out, that there is no equal protection and non-discrimination within their community. The members of the PRPD do not pay attention to the youth to prevent crime and are not involved in the

community affairs unless things get out of control. The police presence is almost non-existent and the citizens of the public housing do not have protection. The female participants indicate *"that the PRPD intervenes when there is no other choice and abusively enter the community"*.

**Some answers from within the community:**

*We do not see in previous years or now, prevention programs for the youth which is what one should see and it is vital for the children's growth. These are basic needs. We need their integration as people, as citizens, and that they should give a little more, an extra mile for us. We as the people from public housing are slightly marginalized, we are marginalized.*

*When there are high risk situations and they do not achieve the task, they must do this again to group X or Y, they need to deal with these people again. We need them (the police) to have some security, I know that there are situations that involve a little force, because it is already assumed. But there are other situations that you can intervene in a much simpler and easier way. "Eh, that they get involved with us, this is huge here (large public housing), they need more supervision not only one or three in one patrol..."*

e. About Supervision **and Administration**, the Group comments that they perceive the PRPD management and the supervisors as corrupt, and that the institution will not change. They have a very bad image of the PRPD as a state organization/agency and do not expect changes in the immediate future.

In general terms, they view the PRPD members as undisciplined with insufficient supervision.

**Some of the answers within the community:**

*"I understand that structure starts first at home. Specially more on those at the top, if those on the top are rotten, those at the bottom will be worse. So, we must start by what is vital, those on the top (the big ones), those who carryout, those with power, you should work from there down, if those at the top are restructured, modified, I understand it could be better, it might improve an aspect of the police. Eh, actually, you say police here and everyone thinks of the devil ..."*

    **f.** In relation to the **Community Interaction and Public Information matter,** this focal group indicated that the community experienced more activities with the PRPD in the past. There is a great mistrust towards members of the PRPD, and the community does not interact with them. According to this group, there is not a productive interaction and not much public information between the PRPD and the Luis Llorens Torres Public Housing community of San Juan.

**Some answers from within the community:**

*"...now, there is no activities, back in the day, the children saw and spent more time with the police officers at their activities here in the Community. Our reality is serious, now we do not see any activity.*

"Everything is what I say, for example:'' ahh, here comes the police to give us trouble, here they come with the same old thing''. So, we miss those activities, do you understand…now we do not have any activities that involve the police in our community.''

I understand, like what we read here, that we still have time, not all of them are bad (police), they must be more sensitive, research worldwide information, stay here all the time. We say the same thing again, they can come right now to bring trouble, but we need to do some activities, workshops, something, so people can start to believe, because it's a matter of believing. "How can they organize a prevention activity with them if there is no trust? They should bond more with the people and form some sort of agreement."

**The findings and conclusions of the Luis Llorens Torres Public Housing focus group are:**

➢ The Luis Llorens Torres Public Housing focus group (of 8 women) pointed out the need for increased police presence and for prevention rather than intervention.

➢ The group presents much dissatisfaction with the members of the PRPD and indicate a lack of **professionalism** when intervening with the community.

➢ On the **use of force**, the group denotes great disappointment with the use of force in the public housing. The group reflects frustration and great discomfort with the actions and interventions of the PRPD in its community.

➢ Regarding **Stops, Searches, and Seizures**, these frightened women suggest human rights violations by the PRPD when they violently intervene in their community.

➢ The community group states that, "*the PRPD officers do not deal with our youth to prevent crime and do not get involved in community affairs unless things get out of control.*" The presence of the police is almost non-existent, and there is a lack of citizen protection in this public housing unit. This community feels marginalized by society and the PRPD.

➢ The focus group points out that the supervisors and directors of the PRPD are corrupt and the institution will not change. They have a bad image of the PRPD supervisors. They have a very detrimental image of the PRPD as a state organization/agency, and on the issue of **the interaction with the community and public information** they do not expect changes in the immediate future.

➢ This focus group specified that there were more **(police/community) activities** in the past than today. There is a great mistrust towards members of the PRPD and the community does not interact with them.

➢ According to this focus group, there is an unconstructive interaction between the PRPD and **Luis Llorens Torres Public Housing** of San Juan and not much public information and/or activities at present.

**Loiza Community Focus Group**

2.  **Report of the Loiza community focus group composed of three (3) women and four (4) men on February 2017 (see Appendix #5).**

The next text relates to the **Loiza community focus group report** after their participation in this TCA study as part of the PRPD reform.  It aims to summarize the experiences of the community with the PRPD from two years ago to present day.

a. When answering the questions, the focus group participants showed concern and skepticism about the **professionalization** of the PRPD officers. They repeatedly mentioned the insufficient professionalism in their interventions with the community and a high incidence of inadequate **Stops, Searches, and Seizures**. However, there is a polarization between those interviewed as we comprehend the answers of these subjects.

**Some Community Answers:**

*Subject #3: Police are same or worse than before. One cannot be in the corners or giving a tour, they are constantly inspecting us.*

*Subject ##7: From two years to present, police has improved a lot in their training. We know what happened in the Villa Cañona community, consequently came the reform and a law. Thus, I say that the police have changed a lot. In addition, we are in a constant vigilance because of high crime, and the police also*

*is. The police should also take care of their life and interests. I can see that change as I see them passing by my house.*

Some participants perceive an improvement of the PRPD, but the younger participants do not and seemed troubled.

b.      Regarding the **use of force**, as mentioned before is of high incidence and disproportionate use of force by state police officers in Loiza and other marginalized communities of high criminal incidence.  However, some older participants expressed a change in the last two years, with actual preventive rounds and low discrimination incidence as expressed below:

*Subject #1: The way they are using force now is harsh. They should not use brute force, they can maintain order if someone aggressive comes, but not like that. They should have better training. I believe there is an excessive use of force.*

*Subject #2: They should improve that (use of force). It is like she said, if it is an aggressive person we understand, but if it is a humble person it is different. The duty of the police is to inform why they stop a person. But, there are some police officers who do not say why they stop you. Without an explanation, they grab you and squeeze you, and so people become aggressive in response to their behavior. This happens because of how they treat us. In the past two years the police are act the same, they still lack in training (in the use of force). We have been strong people here, and humble people, we know. The police are harsher with the humble/weak than with the stronger/abled. They should also speak civilly.*

*c.*     Regarding the PRPD **Stops, Searches, and Seizures**, the Loíza community expresses great distress on the manner the PRPD intervenes with their homes. Some observations were:

**Some answers within the community:**

*Subject #6: They should improve that* **(Stops, Searches, and Seizures)**. *It's okay to have a neighbor or person investigated; but they must identify themselves prior to making an arrest or a search. Many police divisions dressed in civilian clothes create confusion. There are people that confuses the police with other groups that are not (police).*

*Subject #7: They enter searching wrong houses. Also, they have undercover (plainclothes officers) investigating some people. The police are aware that because of not using proper procedures, they have lost important cases in the community. The cases are dismissed because of the search warrant documents. I can speak of some policemen from my community, they were called the ''Fajardo Riot Squad'', they came with berets, they entered the communities took the drugs and the money and nobody was arrested.''*

Concerning the raids and arrests, the Loíza community demands more respect and consideration from the PRPD. They have very bad experiences and traumas that have not been able to overcome. The police must generate more social and sports activities for the community.

d.      All participants expressed the need of more supervision of the police in their daily functions. In addition to monitoring, **Stops, Searches, and Seizures** carried out by police officers, the quality of supervisors should be improved. Some indicated the following:

**Some Community Answers:**

Subject #1: For me, the supervision should improve a little bit more and they should be qualified (supervisors), because they are handling rigorous processes, they must be previously educated in this area.

Subject #2: They must have more supervision, effective and rigorous supervision.

Subject #4: As I mentioned before. In the past two years, they should have improved this area.

e.      On the issue of equal protection and non-discrimination of the PRPD, the focal group indicates that the Puerto Rico Police has improved on that aspect. The group specifies that the PRPD has progressed a lot with the Loíza community on the discrimination and protection matter.  There is more police presence in the area. Some comments were:

**Some Community Answers:**

*When it comes to protection, it has also improved, now, what you do not have is much surveillance; because our people are going through difficult things. We understand that they cannot be in all our communities; you should be hopeful with them.  We need more resources.*

f.      In relation to the PRPD **Community Interaction and Public Information** in Loíza, the participants expressed that there has been an increase in meetings and activities of the police with the community; but more is needed. The PRPD is more present today than two years ago. Some comments were:

**Some Community Answers:**

*Subject #5: On that (**Community Interaction and Public Information**), they need to make bigger efforts. I have seen a little more, but they must improve.*

*Subject #6: It must be something with grouping, we in the community should have more contact with them. We must have more friendly communication with them.  They have done their job, they had a campaign. More communication between the community and the police is needed.*

*Subject #7: I have known that the police had tried to make the community and its leaders to participate in their meeting to meet their team and improve communication with them although some people do not want to integrate, but that's*

*another thing. There is a lot of resistance. People are afraid to talk with the police
and sometimes they question their motives for wanting to communicate.*

**The findings and conclusions of the Loiza's Community Focus group are:**

➢ Loiza's focus group pointed out that the PRPD has greatly improved its relationship
with community leaders in the last 2 years. However, not so with the community,
especially with young residents.

➢ The P.R. police should optimize with promptness or urgency in 3 main areas
(currently) in the Loíza community. The first would be in the Stops, Searches, and
Seizures (important use of search warrants in the searches and identification that is
visible to the community).

➢ Secondly, to maintain control on the use of force (not to break private property in
cases that apply). Be very careful during interventions were seniors and children are
present. In addition, a cordial dialogue with the citizens and the third would be to
maintain a constant and effective supervision of the police personnel in Loiza.

## Focus Group of women crime victims

**3. Focus Group of female victims of crime of the Women's Full Development Office (See Appendix #6).**

By reference from the autonomous municipality of San Juan, this group has been arranged with the Director of the **Women's Full Development Office**, a focus group whose members were female victims of crime. This meeting with the focus group was carried out in the facilities of the **Women's Full Development Office** located in Juan Ponce de León Avenue in Puerta de Tierra, San Juan, Puerto Rico.

This group was composed of 7 female participants of the programs offered by this office to women who have mostly suffered domestic violence. The meeting took place on February 10, 2017 starting at 9:00 am. It formally began at 9:20 am to give participants the opportunity to arrive.

The activity was a round table kind of meeting. Participants were seated at a rectangular table in the center of the room that was used to hold the focus group. The topics to be addressed in the focus group were divided into 6 sections of maximum 20 minutes each. Each participant was assigned a number for easy identification at the time of transcription of the recording of the focus group interaction. First, each participant answered the question individually and then the group could react or provide additional information. At the beginning of each section, a premise was read and then two questions were asked.

a.   About **professionalization**, the participants unanimously felt that the police are not professionals in their work. They are understanding that they do not have the required preparation to carry out their work. In addition, they indicated that they feel victimized by the system, as they are being ridiculed by the police when presenting their cases. This is because, now of denouncing their aggressors, the police asked them insistently if they wanted to proceed with the case. They would take into consideration that he is the father of their children. They also pointed out the need to provide better education to the uniformed. They indicated that they are not aware of the laws and procedures to be carried out when a complaint is filed. They also denounced the tediousness of the procedure to file the cases, as they are forced to miss days of work to be able to go to court. |Because of this, sometimes they would cease to pursue complaints in court because they have children to feed. The most convincing testimonies in this instance were those of participant no. 3 and 6. In the case of participant no. 3 her aggressor hit her with a car, crushing her leg. The police officer who attended the incident insisted that she filed the case in court at that time but she insisted that she needed medical attention in that precise moment and that she will deal with the case after. When they heard her say this the policemen did not want to continue with her case nor coordinate medical intervention.

She was not even given reasonable accommodation to file the case in court. On the other hand, participant no. 6 alleges that she had to seek the protection order that was effective from the state of Ohio, since the police do not have the mechanism or system to enforce protection orders from other jurisdictions. In addition, it indicates that the officer assigned to her case was annoyed at her when he called her because she had not returned the call with the information requested. He said he had to close the case because his supervisor was going to demand it.

b. About **use of force**: **internal control and accountability**, participants understand that members of the police department are abusers. They indicate that not only physical force is used, but it's also carried out verbally. They take advantage of the fact that they are policemen to intimidate the citizenry by using an arrogant and violent attitude. In addition, they use excessive force to handle any case. According to participant no. 3, now of her situation with police aggression, the agents of the public order arrived at the place with firearms as if a riot had happened. They also denounce the excessive use of force in interventions involving certain sectors of the population and certain people such as university students and residents of public housing. They explained how the social status factor plays an important role.

c. On the other hand, about, **Stops, Searches, and Seizures**, the participants point out the crucial role played by social status. They denounce that the way they carry out the orders of registries and raids in places where people of scarce resources are the majority is taking a violent form. While, if those involved are wealthy, interventions are quiet and orderly. In addition, they point out that the procedures for carrying out searches and raids are not followed because according to them, they only announce the location of the place and without a word they enter violently. As reported by participant no. 3, agents rushed into his apartment without a search warrant to retrieve "suspicious" material that he had thrown out the window of his residence. As well, it underlines the fact that the uniformed woman does not effectively find the information proceeds to carry out searches without the necessary evidence. As was the case of the participant's brother no. 3. who suffered a hit record, when the neighbor who was a state police reported that he allegedly had illegal pyrotechnics and

drugs in his residence, which according to him was false. Without a word, the agents broke doors and entered violently in their home without argument or hard evidence.

d. However, about **equal protection and non-discrimination**, participants indicate that they feel unprotected and discriminated against by the uniformed. Well, they feel the mockery of the police when they denounce their aggressors. As was the case in participant no. 1. She indicates that she was seeking protection from a police headquarters when she was left in the street with her daughters, after an episode of domestic violence. The agents indicated that they had to call social services, because they had to follow a protocol. They also point out the fact that not only do they make fun of women, but they also suffer on a larger scale the man who seeks protection. They also indicate that another factor of importance is sexual orientation, social class, nationality, and religion.


e. On the other hand, the participants indicated in the topic of **administration and supervision** that the uniformed lacks both. They understand that the administration is inefficient and that there is little or no supervision in the Puerto Rico Police. They also point to another cause of inefficiency, the shortage of personnel in management and supervisory positions. They believe that lack of prioritization is a major factor in this issue. Both participant no. 3 and participant no. 6, emphasize that the superintendent of the police of the present administration does not know how to carry out its work. They do not believe that she must prohibit the practice of prayer in the barracks before the start of the day.

They understand that there are more pressing issues such as unprotected children and high crime rates that surround Puerto Rico. They also identify the little or no responsibility of the supervisors and the fact that they delegate both the same that in the end the cases do not

proceed by technicalities and lack of professionalism. Both participant no. 5 and participant no. 6, understand that supervisors often do not have the knowledge and the appropriate position to meet influential people within the uniformed who, by way of favor, assign them to such positions. Worse still, they enter by political favors, due to the extreme politicization that exists within the uniformed. As it happens in other dependencies of the government of Puerto Rico. To which, participant no. 7 adds that, in many cases, positions of power are achieved through nepotism. Finally, they pointed out that, due to the lack of supervision, in many cases, the same police alter the statistics of criminal incidence, which is a gross failure of the system. They mentioned that the PRPD as an institution is one that works from top to bottom with favoritism and corruption. The Reform will hardly work with that power structure.

g. In the last issue, which is related to the **interaction with the community and public information,** they understand that it is inefficient. Participants unanimously indicate that the interaction of the Puerto Rico Police Department with the community is zero. This is due to the distrust of the people towards the Puerto Rico Police. As well, there is no mutual respect. They emphasize the need to build bridges of communication between the citizens and the uniformed. In addition, they emphasize that the information does not flow on the part of the Puerto Rico Police. Therefore, they identify it is necessary to establish the use of the media as a source of interaction between both. Participant no. 7 proposes the establishment of what is known as the neighborhood watch, as a source of interaction between both and for the benefit of the community.

**Findings of the Community Focus Group of Female Victims of Crime of the Women's Full Development Office, at San Juan**

➢ There is no doubt that the uniform needs a momentous change. As stated by the participants, the uniformed woman was far from fulfilling her work and mission. Well, they do not feel protected, much less their rights are recognized. The findings and conclusions of the women's crime victim group of the Office for the Integral Development of Women (ODIM) are:

➢ The participants unanimously felt that the police are not professionals in their work. They understand that they do not have the necessary training to carry out their work and they do not show sensitivity towards the citizens.

➢ Although they understand that they are risking their lives, they should not be so arrogant about being armed.

➢ The women in the group understand that members of the uniformed are abusers. They indicate that not only physical force is used, but also exercised verbally. They use the fact that they are policemen to intimidate the citizenry by having an arrogant and violent attitude. In addition, they use excessive force to handle any case.

➢ They denounce that the way to carry out the orders of registries and raids in places where it permeates people of scarce resources are taking a violent form.

➢ They also point out the fact that not only do they make fun of women, but a lot of men also need protection.

➢ They also indicate that another factor of importance is sexual orientation, social class, nationality, and religion.

➢ They understand that the administration is inefficient and that there is little or no supervision in the Puerto Rico Police.

➢ They also point to another cause of inefficiency, the shortage of personnel in management and supervisory positions. They believe that lack of prioritization is a major factor in this issue.

➢ They mention that the PRPD as an institution is one that works from top to bottom with favoritism and corruption. They believe that the Reform will hardly work with that power structure.

➢ Participants unanimously indicate that the interaction of the Puerto Rico Police with the community is zero. This is due to the mistrust the people feel towards the Police of Puerto Rico. As well, there is no mutual respect.

➢ They emphasize the need to build bridges of communication between the citizens and the uniformed. In addition, they emphasize that the information does not flow on the part of the Police of Puerto Rico.

➢ They suggest renewing the hierarchy of the Puerto Rico Police Department, by a new group of officers and civilians with a new vision of the Department. A total restructuring with a new institutional culture.

**Focus Group of the Homeless in Rehabilitation, Georgetti Street Center in Rio Piedras, Puerto Rico**

4. **Report of the homeless group in rehabilitation (8 = 4 males and 4 females) from February 2017 (See Appendix # 7).**

The following writing expresses the sentiment of the homeless group in Rio Piedras, Puerto Rico. It's participation in this study is given as part of the Puerto Rico Police Department Reform. It seeks to summarize the experiences of the community with the police of Puerto Rico, from two years ago to the present. Below is a summary of the questions, most of the focus group responses and a brief reflection of their findings.

a. Regarding the **professionalization** of the Puerto Rico Police Department, most of the subjects show a marked discontent with the professionalization of the police. Most interviewees report having had difficulties with PRPD and poor treatment. Although they understand the salary difficulties of the police, they show annoyance for the professional behavior of the same ones. Among some indications are that members of the PRPD are insensitive and do not show empathy towards the homeless. In some cases, they abuse this community. This focus group shows a lot of resentment towards the members of the PRPD.

**Some answers from the community:**

*Subject # 1: "There is a blur to my understanding and it is based, many problems that the police have in terms of salary, training, equipment."*

*Subject # 3: "This year I have had several clashes with the police. I'm not saying all the police officers are bad, but some police officers abuse power. "*

*Subject # 7: "I agree, I see that the police are trained in certain areas, but not in their entirety. I see many police officers not trained in specific areas. We should treat people according to their problems and the police must know how to discern. They need a complete training so that even if they do not work in that area they can handle situations and know what to do.*

In the answer to the question about professionalization, most of the subjects point out the urgent need for a professionalization of the police.

> b.    On the **use of force, internal controls, and performance** accounts of the PRPD, the subjects showed genuine concern about the use of police force in their interventions with the community. They indicate that the Puerto Rico Police Department exceeds the use of force against the homeless and do not identify themselves in doing so. Members of the police do not respect integrity of homeless residents. They show mistreatment, have not improved in the last 2 years, and show no interest in doing so in the immediate future.

**Some answers from the community:**

*Subject # 1: ''The police have been working quite badly, two years to here have been identified errors crimes by the police. They are using too much force. It is about integrity and respect and how to assist the citizen. There is a lack of control, even murder*

and *aggression. They act brutally and in their own way, I think it has a lot to do with communication between themselves.''*

Subject # 2: *''It practically came to mind the lack of control and when an officer took his life and when a policeman in Ponce shoots some colleagues and then loses his life. They also started doing different rotations in the police. I think it should do with stress and the problems at home. The pressures at home cannot be taken to the street.''*

Subject # 3: *''There has not been too many changes in the police, no identification plates are in the pockets. If you take the phone, you get gas thrown at you or you get tasered. This situation of breaking cell phones so people do not record them happens a lot, 45 days ago I saw a situation of this nature provoked by the police.''*

Subject # 4: *"In my case I went through an assault with an officer who arrested me."*

Subject # 7: *"I keep mentioning that training is important, training the police, and handling situations. The police get too defensive ... "*

Subject # 8: *"I think the police are well lacerated and all this is uphill. They should create workshops for the police. "*

In response to question two **(use of force)**, most subjects show a genuine concern about the use of police force in their interventions with the community. They indicate that it is still an area that should improve greatly with the Reform. Analyzing the subject of the **Stops, Searches, and Seizures** of the Puerto Rico Police Department and how the PRPD is handling in the past 2 years the subjects are disappointed with this area of the Reform. This topic arouses much resentment from this focus group.

**Some answers from the community:**

*Subject # 1: In that area, the police must do a lot; much is achieved without the permission of a judge and his signature. They intervene sharply with the individual, there have been many faults around this. Inside the raid comes the abuse and excess of strength. Until this does not improve in terms of salary, equipment, and psychology the police will remain the same or worse.*

*Subject # 4: " They stop you for anything, a lot of abuse. There are also robberies in these registries, where the policemen steal in the registers. "*

*Subject # 6: " Their way is very hostile and I have seen it in the past 2 years. "*

*Subject # 7: "I've had to stop records, and identify myself as an assistant, I've been in interventions. And we see how many cases are dropped by illegal registrations ... "*

      c.     In the answer to question three **Stops, Searches, and Seizures**, most of the subjects agree and / or specify serious problems on the part of the Puerto Rico Police Department in their interventions and / or searches with the homeless. Although there are some who have not been directly raided, those who have lived the experience show a lot of indignation.

      d.     Regarding **equal protection and non-discrimination**, the subjects indicated that there is discrimination against the homeless and the Dominican community. They describe a rather intense discrimination of the members of the PRPD towards the homeless community and the Dominican of the San Juan area.

The subjects of this focus group indicate great distrust when it comes to the Puerto Rican police.

**Some answers from the community:**

*Subject # 3: ''They have much discrimination against the Dominican community; Puerto Nuevo, Las Americas Avenue, Americo Miranda Avenue, Borinquén Avenue, working class neighborhood. They give them three and four tickets for anything. I have seen it with the street vendors in Ave Fernández Juncos, the people remove them and throw pepper spray. I witness the abuse of a police officer with a homeless person in a wheelchair at the Walmart parking lot in this area.''*

*Subject # 4: '' With the police there is always discrimination. I am a mental health patient; the police touch us indiscriminately. However, I would say that 40% have such positive communication with us.''*

*Subject # 5: ''If it happens a lot, people of the public order must act better''*

*Subject # 6: ''They do discriminate. I passed a situation several months ago; paid a person who was on the street food in a local and did not dare to enter because they called the police and they abused them.''*

*Subject # 7: ''The police cannot handle many things. A homeless person who complains about this does not go beyond the incident or police discrimination.''*

In response to question four, most subjects (homeless in rehabilitation) agree and / or specify that there is **racial discrimination** against them and the Dominican community.

The opinion of the homeless in rehabilitation on the supervision and administration of the Puerto Rico Police Department is that it is an area that needs to improve a lot. They indicate that they perceive negatively the members of the high PRPD because they must be responsible for the actions and coordination of the lower ranking members. There is a lack of supervision in the units and a lot of improvisation. In addition, there are inadequate traits in some supervisors. (See Appendix # 7)

**Some answers from the community:**

*Subject # 1: "I understand that each of the police units do whatever they want."*

*Subject # 2: " In the supervision it is seen that he is very poor. "*

*Subject # 3: " Supervision is poor and uneducated. "*

*Subject # 4: "There are supervisors who have been involved in various problems ..."*

*Subject # 5: " ... Poor supervision. "*

*Subject # 6: " Everything from above must work with that. "*

*Subject # 7: " ... you cannot leave the employees alone ... "*

*Subject # 8: " They need more supervision ... "*

In the answer to question five, most subjects understand and agree that the Puerto Rico police need to better supervise their officers. They understand that some supervisors are in bad shape.

f. Regarding the **interaction with the community and public information** of the Puerto Rico Police Department and since the PRPD has been handling this in the past 2 years, the subjects indicate that apart from giving rounds the interaction is minimal.

**Some answers from the community**

Subject # 2: " The interaction between the police and the citizens is very scarce, I have not seen any cooperation from the police ... "

Subject # 3: " I would say it is very scarce ... "

Subject # 6: " As for the interaction with the community and public information I understand is poor ... "

Subject # 7: 'The direct interaction has been lost and there is a desensitization ...' '

Subject # 8: " I have not seen any change, as that has already been lost ... "

In the answer to question six, most of the subjects understand and agree that the Puerto Rican Police has not attempted to integrate into the community in these past two years.

**The findings and conclusions of the focus group of the homeless people in rehabilitation.**

➢ In the answers to the questions of the focus group the participants were mostly concerned and skeptical about the professionalization of the Puerto Rico Police Department. The lack of professionalism in their interventions with the homeless in

rehabilitation and the high incidence of inadequate searches and / or searches are mentioned repeatedly.

➤ In the use of force, the high incidence of disproportionate use of force by police officers with marginalized communities and the homeless in rehabilitation is mentioned repeatedly.

➤ In full, the participants express the need for greater supervisors and police oversight in their daily duties. In addition to supervision during the searches carried out by the police.

➤ In the integration of the police with the homeless in rehabilitation, the participants express that there has been no interaction and that even more is needed.

➤ In conclusion, the following recommendations to the Puerto Rico Police Department. The Puerto Rico Police Department must improve promptly and / or urgently in 3 main areas (currently) with homeless people in Rio Piedras rehabilitation.

➤ Starting with the in the searches (important to use their identification that is visible to the community), second to maintain a control in the use of force (Do not break private property in the cases that apply) and maintain a cordial dialogue with citizens and the third would be to maintain constant and effective supervision of police forces in the street.

**Focus Group of Students of the UPR Mayagüez Campus**

**5. Report of the focus group of students at the University of Puerto Rico, Mayagüez Campus (8 = 4 males and 4 females) on January 27, 2017 (See Appendix # 8).**

A call was made to Mayagüez Campus students to participate in the focal group. This activity was held on Friday, January 27, 2017 at 11:00 am in the Civil Engineering building in room 102-F. The interview consisted of eight members, four men and four women. In turn, it was a round table type of interview where participants sat in individual chairs forming a circle to be able to answer.

a. Regarding the **Professionalization** of the PPR, most of the participants in the interview agreed that there has been an improvement in the behavior of members of the Puerto Rico Police. In turn, they mention that during their respective interactions in different events such as strikes has permeated the respect between both sectors. It should be noted that they recognize the existence of different perceptions regarding the subject and identify that these differences arise mostly because of the type of publicity given to police in the media. According to the participants many times positive actions are overshadowed by negative actions committed by an individual.

**Some answers from the community:**

*Subject #2*: *"At least we have seen an improvement in the behavior of the police, in the sense of when we are going to see conflicts like strikes and things like that, but we must also take into consideration that there is an order above and since whenever events of conflict happen as it is, then they will see conflict as that because the person as he accuses the police, but if there is an order above the police they have to comply or I do or they throw me truth and also that part because you have to take into consideration, but I understand that there has been an improvement and the police service is always available because every now and then I go down the road and I see that there are cops helping someone change a tire or something similar. And I was also going to mention that, recently by my house at night they were spinning the cars in the streets. When you make the approach to the police they let you know in the friendliest way that it is not so easy to be able to solve this, because there should be several people that complain, but they cannot arrest you for that they may go directly to the person and give them a fine for alteration to peace if there are many people complaining.*

*Subject # 5: "It differs completely from what the other subjects have said, it spiked my curiosity and I said let me put on Facebook Puerto Rico Police Department and the first thing that pops out  is this article from two weeks ago this woman who calls to the police who are in San Francisco because her mother is texting her that she will commit suicide and she tells the police to intervene because she is not in the country and the police knocks on the door, but no one answered him. Although the neighbor is saying that someone was there, the police then told the daughter who is in Puerto Rico and she quoted him on Facebook that the police officer said ''mi amor you are in San Francisco when you get to Puerto Rico you come and open the door'' and then when the girl went she went to bury*

*her mother. This happened two weeks ago and I understand that the reform was in 2013, but I started reading the facts of the reform and there's things like that, that are ambiguous. They obviously should promise respect and show professionalism, but they could have done something. |And after that I saw another video of a boy in a wheelchair that the police literally pick him up and starts shaking him until the boy fell out of the wheelchair and things like that struck me and is the first thing you see on Facebook when you search for Puerto Rico Police and then that is what I should say about that.''*

    b.   In the second issue related to the **Use of Force**, participants mention that the use of force will depend on the situation. However, they believe that there is an improvement in the use of force by the police. The foregoing replies that when they compare the case of Puerto Rico with other countries or with other events occurring in the country before the period evaluated in the question, they recognize that no major event occurred in Puerto Rico where the Puerto Rico Police Department has had to use force. It should be noted that, in the same way as the previous topic, the participants consider that the beliefs or perceptions of people regarding the use of force will depend on the type of information to which the individual is placed. At the same time, they consider that it is very difficult to measure the excessive use of force by the police and each situation must be evaluated individually. In this case they refer to the events that occurred in Peñuelas where the police have orders to remove civilians and must use force to move it. However, a person who sees the event from the outside cannot judge with certainty if the force applied to civilians does indeed result in excessive use.

**Some answers from the community:**

*Subject # 8: "This is if the use of force is justified, because here I agree with subject 2 with the word ''depends''. This will always depend on the situations at least as far as I know, I do not like to watch too much news, but there have not been any big events so one says there must be use of police force. I remember a few months ago, a few weeks the case of Peñuelas. I was watching the videos of how they were removing the lines of people they were blocking and saw the comments saying that the police officers are being ... some said the police officers are being too harsh, they are using too much force. Here as the subject 4 said, how you quantify the force, personally to me because it really touched me a bit because of what they were protesting, but really since they had the order to remove the people they had to follow the order is their job, it's police. It's like a mechanic and his job is to arrange the car, he is a policeman, he has a duty to follow the orders, he truly swore to be a policeman. Then I saw how they removed the people, maybe it looks a little rough to have to pull a person who is tied to another and you think that it's an excessive use of force, how you can justify that. I did not see anybody pull a 'macana' and hit another person, maybe for other people that would be excessive use of force. I would say it depends on the situation, depends on what is happening around and it sounds ugly, but it also depends on the orders they have.*

*Subject # 5: "Well, I really agree with you I'm a psychology student and obviously that's a very important part. I think the police officers receive much training in this field, and it's a little sad because you know the police officers are in the most uncomfortable moments, most inappropriate and upsetting, but I personally do not think Puerto Rico has had that moment as other countries have had in the past were the police really had to work hard. We have had strikes yes, but not to proportions like Venezuela or United States that really have had to put 100% to the test. And about the use of force I do not know, "*

*Subject # 6: "I agree with almost everyone here, I have not really seen any excessive use of force but this also depends on the person you ask maybe I have not felt anything. If the person is big and hits the gym and doesn't want to move and the officer is asking him to move then maybe he will have to use force. So, people do not understand that person is also a human being who must protect himself as well. Then comes the media and says they used excessive use of force, but they were avoiding a greater risk. Another case that I do not know if it is true is if a man is armed the policeman should wait for him to shoot first, even if he sees the gun I do not know if it is true, not necessarily. I think the physical training should also be better enforced because many policemen are not fit enough to run a young boy and there are people who know martial arts and most policemen don't.*

    c. As for the third issue of **Stops, Searches, and Seizures**, the participants present uncertainty as to how these processes should be handled in the sense that they do not know in detail what are the necessary requirements to proceed in these actions. For this reason, they should educate or train both

sectors on the subject, because as mentioned by subject # 2 "... ignorance of the law does not exempt you from not applying the law." In addition, they mention that there is an improvement over the past two years because they have not seen or heard of any incident or conflict related to an improper registration or break-in.

**Some answers from the community:**

*Subject # 5: "I also agree that it is a lack of training, but because things are changing this year, suicides exceeded the number of murders and the police is not only scolding us, giving us fines, arresting us but they are not there to give us a service to maintain order in the community.''*

*Subject # 6: "Well I believe that the citizen has to seek information but the government must also provide it. The Puerto Rico Police Department as a government entity should make more announcements or training workshops where they are taught about the rights of search in the house with a court order, because they cannot enter your home without it. That would be all."*

d. About the **Equal Protection and Non-Discrimination** participants exiled divided opinions. On the one hand, some argue that they do not perceive police discrimination towards certain sectors, but recognize that this perception may vary depending on the sector, social class, or group to which the individual belongs. On the other hand, the other side considers that if there is discrimination towards young people with vehicles that seem to be "trendy",

with parking lots around the premises and even when leaving to hang out, where subject # 5 thinks that there is greater presence for being young and that the treatment that is given to them is not equal. To this, subject # 8 explains that everyone cannot be pleased and that if they are not so present in some event and something happens it is considered bad, but if there is a lot of security it is also bad. At the same time, several participants concur that the treatment of the police should be consistent for all, although they understand that the youth sector tends to be under more scrutiny because statistics show that this group has an increase to criminal activity is concerned. Finally, there is a doubt that there is a discrimination in the judicial system where people of a higher social class are benefited and although it is not related to the Puerto Rico Police Department, this behavior is reflected in a discontent with the law in general.

**Some answers from the community:**

*Subject # 1: "I do not think there has been any kind of discrimination until now or at least in the last two years. I do not think there is any problem with that. "*

Subject # 3: *"He thinks perhaps in the aspect where we are located we do not have concrete information on how the police react and whether there is discrimination or not. That will depend a lot on where we are, where we live, where we share, in what social status we are depending on where each person is, as it determines that. In my case, because of my status I have no knowledge of any, but I understand that it is quite possible that in other places, in other situations with other individuals, there is going to be a type of discrimination independently. "*

*Subject # 5: "True if you see me physically I am the ''basic white girl'' and I understand it has given me an advantage in the big society. And because I have spent time with different people, I have worked with projects in small farms, I have worked with communities of low class and they have completely different experiences and they do with the police, they have them, they have them. Another thing that I in that sense I feel that gives me advantage, like that because I've seen it with the police officers because I'm a woman sometimes they give me a break like that if they see me with my friends and we are speeding they give me break. One time I happened to be with my friends in a car and we were racing and they stopped us both and first we were told that they would give us a break but my colleagues who were all men in the other car were fined and therefore it depends on your social class and gender, your everything really. "*

*Subject # 6: "Adding to that, it happens a lot with young people who are'' fiebrus'' (into car racing) and have a cool car and sometimes they have car gadgets that are illegal. But, sometimes there are police officers that already have them "set" (marked), you know their route and every day they stop and give them a ticket. Then you see that many of these young people have the tendency to say the police is bad but it's because of the excess of tickets given to young people for basically anything.''*

*Subject # 5: "Around here in the university they all go to the biology faculty because they know a lot of the students will be parked the wrong way so they know they can give tickets there''*

*Subject #4 ''The other day there was a tragedy were there was a student that was stabbed and everyone wanted to look at what had happened so they started stalling and the police were fining people for it''*

*Subject # 4 "Exactly, but since that happened throughout the semester they began to fine people to get them out of that zone, this semester I do not know if they are giving fines they should do it to really get people out because it is a dark zone and it's dangerous, it's a dangerous area, and so I think they should give the fine, but not wait until the end of the month, they should do it constantly. "*

*Subject # 5: "I as a student have felt the discrimination of the police towards the student body when the students are on strike and they have the squad ready really fast for any situation that happens why do you think they do that?  When you go to the streets and one is just " hanging out " it's just a bunch of kids and they have every policeman in every corner and it's because they have prejudice in their mind that something is going to happen because there's young students drinking. I understand that it is a situation where there is alcohol but I, as a student, have felt it, the discrimination''*

*Subject # 8: "It is a situation that you will never please anyone because if you are in an activity that we know that the beer company Medalla does an activity in the town and there are no police you worry if you do not see police anywhere in case something happens but then if you go and you come in and there are many then it is that they are stalking me. It's all about perception. If I must drink beer with a police officer next to me then I'll do it because although I love my island, my country, I must admit that really things are not as they were before. Hanging out in the street today, is not what it was 10 years ago. I arrived*

*in 2007 to this campus and really the atmosphere is not the same. You come in and it's not what it was before, society itself has created the situation that the police must be there now. "*

Subject #4: *"Last night I crossed to the Bosque street around 11:30 o 11:45pm and there's always policemen there and last night there was none and it was crazy! The cars were all parked the wrong way, it was a disaster, there was no car flow and it could be dangerous, people can have accidents, the police presence makes people more cautious. ''*

Subject #2: *"Around those lines, I think I get why they have prejudice towards students but more than students it's young people in general, the crime rates have increased and its mostly young people, maybe they start hanging out with the wrong crowd and get influenced, or if they come from a family with that kind of background it's hard for that kid to get out of that cycle. But mostly I wanted to argue that some of the young people that hang out around those streets are not just students from campus but young people from the town itself and older adults too, it's not just the students.''*

e. The topic of **Supervision and Administration** the participants interestingly responded, what is the process of supervision within the Puerto Rico Police. They even find it difficult to identify the ranks of the police and therefore cannot identify when approached by a supervisor or a senior officer. In this way, they respond that they cannot identify a drastic change in this aspect, they consider that supervisors work in a behind-the-scenes way and attend important events, press conferences or strikes. Likewise, regarding the increase in supervision or preventive rounds to prevent inappropriate behavior, participants mention that if they see preventive rounds in their respective

residences. However, they have not experienced any change in the frequency of these activities by the police.

**Some answers from the community:**

Subject#2: *"In my case I'm from Yauco and have 2 homes there, my grandfather's and mine and I spent time between both. There's more police supervision around my grandfather's control access neighborhood but not much in mine''*

Subject #4: *"I live in Toa Baja and study here, but spend more time in Mayagüez and live in Bosque street. There's police round every night but not so much this semester.''*

Subject#6: *"It depends on the rounds and schedules the police have and just because there's no police in your neighborhood doesn't mean they are not doing their job but maybe there's no necessity, no crime in that area."*

Subject#1: *'' Their supervisor is not responsible for them not doing their job, he's busy doing his things than accompanying them during rounds. But about big events, I have seen police supervisors which I think is smart and responsible so I think they are getting better.'*

Subject # 6: *"In addition, I understand that in the rounds the same officials, the supervisor knows it is assumed that in every round in which his officer is, which officer, how many and at what time. I understand that sometimes patrols have cameras inside that are constantly watching the police work when entering the car. Then if something happens you can search the recording.''*

f.      Finally, the topic of **Interaction with the Community and Public Information** participants mention that the Puerto Rico Police Department has improved in terms of interaction or communication with the community compared to previous years. However, they cannot identify whether this change emerged in the past two years. In addition, they mention that this change is highlighted in events or cases where the cooperation of citizens is requested and the same responds by helping with clues and other information to solve or clarify the cases. Likewise, they identify that there has been an increase in the promotion of some campaigns. However, when the interview director asked about the participants' knowledge about the Puerto Rico Police Reform, the participants revealed that they were unaware of the existence of such a process. In turn, it is mentioned that the Puerto Rican Police should give greater emphasis or promotion to the PRPD Reform process. To achieve the above, the participants recommend presenting the corresponding information of this process in a clear way in the appropriate platforms. These include "flyers", "billboards", radio, television, and newspaper, which would be the traditional methods for people who do not have access to the internet. Likewise, social networks are recommended as a method to promote the changes that are taking place and will continue to be given in the PRPD. Participants do not consider that the PRPD should go door-to-door, but should use the media

or integrating with community leaders so that they bring relevant information to the community through a work plan focused on areas that the PRPD understands most important for both sectors.

**Some answers from the community:**

*Subject # 5: "Well, I entered the Puerto Rico police website today, I read about the reform and I found it was not informative, I do not know what changes they made after reading the information that they put. I just read that they should be responsible, hardworking, blah, blah, blah I do not know what change and what things, what requirements they asked. Another comment I have about the relationship with the communities was that last year I worked here in Mayagüez with the community Kennedy, Candelaria and Del Carmen the hamlets that are there next to Alyss and those people when they saw the first thing they asked me , because obviously I had to do this and look for demographic data and ask questions of what they think of the community and they did not want to give me information because they were afraid you know at least I have found that these communities of villages and neighborhoods do not really trust the police and it is understandable but many of those sites are struggling with businesses that are not working. I as a student at least I have not had many interactions with the police.*

*Subject #1: "About the Reform it's only been 2 years so it's difficult to see a drastic change and everything is peachy, nothing changes from one day to the next like that. I think they are doing the best that they can. ''*

*Subject#8: "About the advertising about the Reform I haven't seen much. About the contact between the police and the community they ask help from the community to*

*collaborate. I think it should go both ways. They should give it time like Subject #1 says. It reminds me of the case of the young woman who was killed here in the Mayaguez hospital and the community was the one who called the police and told them where the guy went and the police could capture the killer.''*


### The findings and conclusions of the focus group of the students of the University of Puerto Rico, Mayagüez Campus


➢        In the answers to the questions of the focus group, the participants agree that there has been an improvement in the behavior of members of the Puerto Rico Police Department (Professionalization). It should be noted that they recognize the existence of different perceptions regarding the subject and identify that these differences arise mostly because of the type of publicity given to police in the media. According to the participants many times positive actions are overshadowed by negative actions committed by an individual.

➢        In the **use of force**, the participants mention that it will depend on the situation to which the officer is assigned. However, they believe that there is an improvement in the use of force by the police. In full, the participants express the need for greater supervisors and police oversight in their daily duties. In addition to supervision during the searches and searches carried out by the police.

➢        As for the third issue of **Stops, Searches, and Seizures**, the participants present some doubt or uncertainty as to how they should be handled in the sense that they do not know in detail what are the necessary requirements to proceed in

these actions. For this reason, they consider educating or training both sectors on the subject,

➢      Around **Equal Protection and Non-Discrimination** participants exhibit divided opinions. On the one hand, some argue that they do not perceive police discrimination towards certain sectors, but recognize that this perception can vary depending on the sector, social class, or group to which the individual belongs.

➢      Fifth, the topic of **Supervision and Administration** the participants interestingly responded, what is the process of supervision within the Puerto Rico Police Department. They even find it difficult to identify the ranks of the police and therefore cannot identify when approached by a supervisor or a senior officer. In this way, they respond that they cannot identify a drastic change in this aspect,

➢      Finally, the theme of **Interaction with the Community and Public Information,** Mayaguez university students mention that the Puerto Rico Police Department has improved in terms of interaction or communication with the community compared to previous years. However, they cannot identify whether this change emerged in the past two years. In addition, they mention that this change is highlighted in events or cases where the cooperation of citizens is requested and the same responds by helping with clues and other information to solve or clarify the cases.

**LGBTT        Community        Focus        Group        of        Puerto        Rico**

**6- Report of the LGBTT Puerto Rico community focal group meeting at Mayagüez Street in Hato Rey. February 2017 (See Attachment # 9).**

a. **Professionalization.** There is a great lack of sensitivity on the part of the police (PRPD) against the LGBTT community. The policeman is not trained or educated for this. Police, according to members of the LGBTT community, scoff and pay no attention to community grievances for discrimination and social prejudice of which the police are a par oft. The community is not respected. To achieve changes in the police with respect to that discrimination and rejection of the community, major social changes must be achieved. There is discrimination in jobs, in families and in society in general. The police are a member of the same society for this reason they remain discriminatory. Due to this continuous discrimination, the LGBTT community suffers and feels minimized and judged. In this discussion, the most affected by discrimination are transgender individuals, active members of that community. It is necessary that the LGBTT community itself actively participate in the reform and education of the police

**Some answers from the community:**

*Subject # 4: I understand that there is still discrimination against the LGBTT community because of learned social patterns and family and religious prejudices that prevent them from seeing a different person like us as a human being and that is seen in a*

*lot in our families. In the case of my family there is not a single gay person except for me so for one to express oneself it's as if the world is ending as if it were a total disaster, we should work a lot on that because we really deserve to have a place in society where they respect us, are respected and we can live in peace with other human beings.*

*Subject #2: ''It seems to me that it is all right as long that it's in a respectful manner but that will somehow change the mentality. The police are the reflection of our society so our children, our parents, our brothers are the police. And you enter the police field with all your baggage, what you thought, what you believed, what you lived and all those things are going to stay there. I am a retired teacher and if it is difficult to learn it's more difficult to unlearn and we must unlearn many things and that takes time and hard work. The community does not feel protected by the police, on the contrary, they feel that the police can be more violent than their partner in cases of domestic abuse. So, these domestic abuse victims prefer not to go to the police to get help, we not only the police, we also have prejudices so we all must work some things and we all must start to understand that it is not so easy. You must want to unlearn to be able to unlearn, if not, it is very difficult and all this is not just a matter of pointing the finger at the police. If you have a problem you have the perception that every accuser is guilty of everything, that the gay community is promiscuous, you realize the labels that we have, that lesbians are dangerous and if you have a lesbian friend you will become a lesbian or if you are friends with a homosexual you're going to become homosexual, because it's ''contagious'' we all must work with that. There are questions that have no answer, but because they have no answer it does not mean that it is not there and that you have to work at it and you have to deal with it yet I wonder what happened to me because I was 25 years married, I had children and never had a homosexual relationship in my life and at 40 I fell in love with this woman and I went*

*crazy, I went to the psychologist and the psychiatrist. I said something happened to me and if you ask me I do not have the answer. She has been my only partner and my husband was my only partner before her and I lived with him until he died if he had not died, well, maybe I would still be with him, but all this has been part of my growth as an individual.''*

Subject # 7: ''*The first thing is that I think and I agree with the other subject that there is a more open image in the police area. But I join the comrade saying that there is still an area where you must work very hard because I still have colleagues who do not dare to go to the station when they have a problem of theft or someone being violent because they think that when they arrive there they are going to laugh. They do not dare even report a domestic violence issue because as I've said my partner is queer.  But there is mockery, you hear people laughing. They still must work is with the trans people because they do not respect gender equality.''*

Subject # 8: *Well I really do not have much faith in the issue of police reform. it seems to me that it largely lacks a component such as very important community personnel. Links are established with the community with different geographic communities, different community of interests, like us. There is no real participation. I believe that in this reform process there should be a community component to monitor and really monitor what is happening in the police within the police. I think the main division that has a problem the LGBTT community is the vice control division and I do not see that there is a real reform there, for example we have the problem in the places of "Cruising" in places where men meet with other men as in Ocean Park as it was before Miramar, as it is Playa Tamarindo in Guánica or the ruin in Aguadilla it is a place where men go regardless of their sexual*

*orientation or their identity to have encounters with other men can be until sexual encounters . But the interventions that occur there are discriminatory and selective. Because the Puerto Rican police do not go around making operations to intervene with heterosexual couples who have sex in an alley or the beach and in whatever corner there is in Puerto Rico and then not only arrest people who are coming into sexual contact with other people who are there, but go and pick up everyone who is passing, even if you are on the beach. That day you are also arrested, and there are undercover agents who go and cause the arrests inciting sexual behavior in the men who are there I think that part of that division should completely refocus it at least that is what I should say.''*

       b. Some members of the LGBTT community understand that the police's **overuse of force** has improved over the past two years. All agree that the most affected are the group of trans, members of the community. Most of the participants interviewed agree that there is an excess of force against the community and as in the previous question is attributed to a social evil very difficult to eradicate. The society is violent and the police are trained to exert even more violence. Education, workshops, talks, meetings with the community together with the police, would serve much. But this education should be to the general population. Government agencies should have greater openness to the discussion of police abuses towards this community. Not only is the excess of force, it is the rejection, the mockery, and the lack of sensitivity towards the gay communities which has caused that this one cannot claim general rights of the population, by how they will be treated. The police should not only be educated, they should also be better treated, better prepared, with better equipment to

make their work effective. There is a complaint from the community about how gay people are treated. Here they are treated differently than the rest of the population. This type of behavior will continue if the next generations of police are educated without a gender perspective and without sensitivity. They must know the civil rights and the specific rights of the community.

**Some answers from the community:**

*Subject# 1: ''I think that they appear too attempt to target the LGBTT. I know that the police attempts brutality with the trans in the area. I think that they are more focused with trans than with female prostitutes. ''*

*Subject # 2: ''As you are going to ask a police officer not to exert force against another human being that the government itself is telling you that it is not socially accepted. Some religious leaders are telling you that they have no morals. How can we be talking about a reform if we have not attacked the main objective? They are not entering the police body emotionally stable. If some guy tells them anything they have a short fuse so they freak out on them, if they get the slightest chance they are ready to use verbal, physical force. ''*

*Subject # 3: ''Well I do not agree that physical force should be used anywhere, it should not be used and in some cases, they are harmless people who are not doing harm they simply do it to annoy as one says and therefore I do not agree on force. I think when they use force they should really have a real reason to do it and if not, they should punish those police officers.''*

*Subject # 4: I understand that it is not so much cases of force but of mockery because we are completely different from the social and cultural norm that most of the population follows and I understand that they do not respect us in terms of civil rights. We may be the object of perhaps being an outlet in a situation where let's say a heterosexual who is frustrated with their relationship and wants to vent with a different or vulnerable person as we are and then be subject to that abuse and disrespect.*

*Subject # 5: I believe that because one is lesbian or has something different to the others we are discriminated but we are not different I believe that we are not different, we are the same as all the others and we came here to earth with some preferences because I believe that I did not obtain them to say half way and I do not regret the life I have had nor the couple I have nor the years I have lived with her nor the reject of both our families. I do not care that I have led a happy life and I have been happy with myself. I've never had an experience like this and I have not been in places where the police had been excessive with force because in truth I have not lived it.*

*Subject # 6: The police are subjected to brutal pressures have very particular situations in relation to the community. And they have unique situations like us, it is very difficult for you to catch a human being and prepare him to be violent and then tell him to be tame because you don't prepare a dog to bite and then fight with him so he does not bite. They are giving you a message on the one hand and another on the other, aside from the fact that the policemen are loaded with all this baggage that at any moment they can kill him they all have mental social economic problems like the rest of the population and*

*that is not handled properly in the police there are a lot of mentally sick police inside the force.*

*Subject #7: I again speak of the trans community of who I have seen and heard stories about the way it is done, is not a respectful way. And excessive force is also used around Cruising or sexual encounters and I have heard and I remember specifically a case where two of the comrades that were captured by the police and they told them they were lucky they weren't going to take them to the station while getting hit with batons and instead they were putting the batons between their legs, in their genitals, that is unacceptable.*

*Subject#8: I agree with some of the previous participants that the role of the police should be completely focused not only on the approach to the LGBTT community in specific but on the repressive force that is a true paramilitary body and there are different ways in which that use of force can be manifested. Not only does it have to be aggressive for example, in the demonstration of the students several days ago the police were with the shock force inside the Capitol, people were just exercising their right of free speech and they felt intimidated to exercise it and maybe the student's families tell them not to go because the shock force is there with their batons ready. It is a matter of how the police look at themselves and their role within society beyond their interaction with the LGBT community. I can tell you from personal experience of a Cruising area on Tamarindo Beach in Guanica around 6: 00-7: 00PM Friday. I was going to the place in my car, the police pulled me over because I did not supposedly change lights or lower the intensity of the lights and gave me a ticket and left me there because they wanted to check my car and I*

*refused so I was there for about an hour with three guards and they searched the vehicle illegally and restricted my freedom and that is the norm.''*

        c.   The **Stops, Searches, and Seizures** made to the LGBTT community are vicious and discriminatory. Mostly without search warrants, without motives and illegally. These are made purely by the appearance, the dress, the race, or the sex of the people. They do not know the new laws, the rights of the community and much less the feeling of this population. The operations against the community are unjustified. They do not do it at drug points however they do it to trans and other members of the community because they recognize they are weaker than the rest of the population. These records are described as abusive and unfounded, with fabrications of cases about theft, physical, sexual, and emotional abuse. The division of control of police is more focused on prostitution or sexual encounters of homosexuals and trans because they dare not enter drug points and it is easier to attack the LGBTT community, some said.

**Some answers from the community:**

*Subject # 2: ''The premise says it requires that all investigative arrests be made legally and strategically for the prevention of crime. The purpose of the search is for the police to save lives and to protect property and the records, searches and investigations are given with the emphasis of reducing the area's criminal activity. I can be in a store because I plan to have a chance encounter or whatever and they are already criminalizing me not*

*because of what I am doing but because your perception is that being gay is already a crime.''*

*Subject # 3: ''The police have always made raids to intimidate citizens build fear and in my case, thank God, I've never had such a situation, I have not lived such an experience, but I think that it's the fundamental purpose of the police to create fear for people in society so they understand that ''they are the law''. They should make stricter procedures in the police.''*

*Subject # 4: ''Well, many times police operations that are made are unjustified or based on false premises and tend to blame the LGBTT community who are the weak instead of looking for heterosexuals who commit crimes involving drug traffic. They take out their frustrations on the community and do so as a repressive measure. They have a very wrong concept of what we are as human beings. We return to the fact that all this cultural, educational, and social baggage affects this abuse in this, signaling to the community of many things that are full of stigmatization and condemnation that is directly addressed to the LGBTT community not as much at a regular heterosexual.''*

    d.  There is no such thing as **equal protection and non-discrimination** towards the LGBTT community. Participants that were interviewed expressed that the LGBTT community is being more persecuted than in the case with Dominicans or discrimination based on ethnicity's or socioeconomic status. The police need to earn respect, trust the credibility of marginalized communities to promote a real reform and be more focused in education. The protection of the police is selective and the courts also discriminate in the same way. There are many gay and lesbian policemen and they cannot express it because they would

be retaliated against on the job because of the same discrimination. The majority of the LGBTT community has lost hope and avoids requesting help from the police in cases of domestic violence or theft because they are not respected or cared for in the same way as the rest of the population. It will take generations to change this perspective in society and therefore in the police. There's more openness within the youth, but the government should be more active and not reject laws such as the gender perspective. To achieve this change there can be no rejection in public policy or laws and that is what can be appreciated by the government as expressed by the community. The church is still involved and the church rejects them as a community in general terms as expressed by the participants themselves.

**Some answers from the community:**

*Subject # 2: With all due respect, the story of the three little pigs sounds more credible. How can you speak to me of equal protection and non-discrimination, really, when we daily see it, let's be realistic? When we make the story of the three little pigs to a person it is believed more than when we tell you that the police are trying to protect and not discriminate. First you must earn the respect, the trust, the credibility of the community in general. People do not believe in the police, the Puerto Rican population does not believe in the police, Puerto Rican society does not believe in the Puerto Rican police. Those who are suffering discrimination become silent, do not say, do not speak, do not claim their rights. That is the reality that we live in as a society.''*

*Subject # 3: ''Well the fundamental purpose of the police is to take care of the citizens and in this country the protection is selective. The middle class, the poor, the immigrants have no protection. The police discrimination is seen, I have police friends and most of them are in the closet for fear of losing work, reprisals, discrimination. To the point that they are cornered. Mentalities must be changed. They should assess the purpose for which the police were created.''*

*Subject # 4: ''I do not feel equally protected. If they don't even respect straight men who are object of domestic violence let alone us for being gay. We are treated even worse, do not consider that we contribute to society with our work, our contributions and I do not know, we are not seen as an integral part of society, but as scum. Or as objects that should not be respected. We have much to do so that we can earn the respect from them. As a community, we must unite to make them respect us.''*

*Subject # 5: I think we do not have it and we older people, because they say look she's so old and still doing those gay things instead of staying home. They do not realize that this did not start when I was old but when I was a girl and those things hurt me.*

*Subject # 6: That position that the lady here is trying to explain is the position that acquires the majority, you begin to be a victim of the same thing. Because a person is gay, older or whatever, they don't have to be discriminated against and that does not matter if you started at 18, 20 or if you got ''the craziness'' at 60. Because you are supposed to have rights anyway. This requires a whole change and it's a process that is going to take a lot of time, because it is a social problem. It is not a problem of the police, it is a problem of all since it was determined that being gay was not a mental problem, nor that they were sick, but it is a sexual preference. Look, we're still crazy, and we're still sick in the eyes of a*

*large part of society. It is not true that they see it as sexual preference, it is something bad, people feel it, perceive it, have it inside, it takes time to change generations. Younger people are more open-minded. In the police, this is a matter of a long-time process that must be like that and start seeing people for what they are and not for what we want them to be. We must start, of course, but it's not a matter of 2 years, not 3, or 4. Because it requires a change of consciousness, maybe it will take a generation or more generations, but at least we started. Not all is bad, young people are more open than the police and more open than our parents when it comes to defending yourself from your own family, imagine the police, it's a hard struggle.*

*Subject # 7: ''Well, we have already begun the process. There is a more open message, but it is still felt by the people of our community that there is discrimination, the discrimination is not over. We must consider the actions of the government and the church is supposed to be separation of church and state, but the reality is that they are still together.''*

*Subject # 8: ''There can be no equal protection or no discrimination on the part of a specific state agency if the state itself does not offer equal protection and discriminates against a specific community. In our case the LGBT community. Here in Puerto Rico access to legal assistance is very difficult, access to justice is very difficult. So how do you expect a citizen to go against a state government agency without legal resources, in any case the police should be providing resources.''*

e. **Supervision and administration** is not given. The people in charge of carrying out this supervision should be the first to orient themselves on the LGBTT community. On how to treat them and on how to sensitize the rest of the police force. The promotion roles as expressed by members of the LGBTT community in the police are for political favors. The police force should be depoliticized like other government agencies. It has become the rule that the public employee who is promoted is one who belongs to the political party in power. It is perceived that supervision in the police corps is non-existent as in other government agencies.

**Some answers from the community:**

Subject #2: *''For you to be a good guide to another first you must orient yourself and educate yourself. What are you going to be teaching? To begin with, many of them do not know what that is and then they have an indoctrination and they are trying to teach what they believe which is that they impose what they believe and there is no respect to what others believe or others think about what your religious or cultural beliefs are, how you were educated, how to exercise sound administration.*

*The same thing happens to the police that happens to the education department, while your boss names a governor you are going to respond to your boss and will never leave the policy outside that department. In the police, there are very good people and they will never become supervisors because if they are not politicians and do not have a shovel they will not get there and that same thing happens in education. There should be some*

*board or something where people who are abused by the police could complain and have nothing to do with the police. It is not that the police are bad, it is that the way in which it is administered is not correct.''*

Subject # 8: *''Much of the population or the whole world is clear that promotions in the police like the other agencies are not by merit. They are political interests and that weakens the probability of the person being qualified to exercise that position. They need to monitor the priorities of the police.''*

f. **(Community Interaction and Public Information)** The reform of the police must be included with close ties of communication with the marginalized sectors so that they can express their feelings, their perspective and be heard with real complaints. Participants interviewed expressed a lack of interaction, on the contrary, a gag law was proposed at the beginning of the new administration. This makes the police more distant, it is the feeling of the government and the agency. Participants who belong to the LGBTT center of Puerto Rico participate in orientation visits to the stations. But we do not see the same thing on the part of the police towards the LGBTT community. The interaction is almost non-existent and not transparent. This interaction should be open to all sectors. It is considered that the police are increasingly distant from the population. Formerly, the police were a respectful worker within society and this is not the case anymore. It is not heard as before like the police athletic league and there are no educational talks by the police or guidance to young people or vulnerable communities. The LGBTT community does not know crime statistics for their community. Everyone reacted positively to the interviews and the interviewees because they see this approach as a stepping

stone in the communication and integration of the police towards the LGBTT community.''


**Some answers from the community:**


*Subject # 2: ''On January 18, 2017 this town rose with the news that the superintendent signs a gag order on the police. That is the way the Puerto Rican top police leader is engaging in community interaction. The latter may not disclose public information. An administrative order to keep your mouth shut. What I do not accept is that they had to say later that it was a mistake when the governor intervened. That is because people do not dare to give information. They must begin reforming Mrs. Michelle Hernandez first on what must be public reform.''*

*Subject # 3: ''As for the relations with the community here in the center we have a program of domestic violence and we have visited the different barracks to carry propaganda. And we have been well received with most of the police. They get happy, they say that sometimes they have situations and do not know how to handle it. And we guide them, many have already taken trainings. In that regard, relations with the community are improving, they are more open and accepting of new government laws.''*

*Subject#4:''I believe that the interaction with the community is almost non-existent and not transparent. It conceals many things from the citizens and they protect themselves to impose on the citizenship things that they do not accept because they are abusive and discriminatory. Our population expects the police to make some progress, some changes in the way they are projected. Improve the relationship with the different sectors, but this is frustrated by superior directives and the lack of direction on how to deal with the affairs of*

*the community. In addition to the reforms, there is a total change of focus on how to work with communities and how to work with people within the police. Make it more equitable and accessible more open. ''*

Subject # 5: *''I think the police are not ready to target in that area yet. They are not prepared. From what I have seen they cannot explain, they are not prepared.''*

Subject#4: *"The police believe that instead of getting better, it has worsened memories of a girl, the police athletic league and the police in my neighborhood. People knew them, they walked on foot. I remember the police much more active and highly respected, there is no such social interaction of the police with the community now. Also, must take into consideration the much work they have and the few policemen. The police must be in better condition.*

Subject # 7: *''I do not know about statistics because there are no statistics. Even for the census there is no room for trans, as if they did not exist. When talking about interaction with the community, I must congratulate you because you are here. It is a step forward. That some are missing, yes, but it is happening and that must be acknowledged and congratulated.''*

Subject # 8: *''I believe that in terms of interaction with the community that when it has occurred with some specific sectors it almost always has been with professional sectors with higher academic levels. But at the base of the community, the police have not arrived. That is a reality, there is a lot to do. About public statistics, that is a problem of the government of Puerto Rico in general. There are no statistics of anything, there is no planning. There the university has much to contribute and the police could have*

*collaborative agreements with some courses in the university that are responsible for processing those statistics, managing to make them public and visible. That could be an alternative to improve the information.''*

**The findings and conclusions of the LGBTT community focal group:**

➢ There is a great lack of sensitivity on the part of the police against the LGBTT community.

➢ The policeman is not trained or educated for this. Police, according to members of the LGBTT community, scoff and pay no attention to community grievances for discrimination and social prejudice of which the police are a part. The community is not respected.

➢ Some members of the LGBTT community understand that there is an excess of force against the community and as in the previous question is attributed to a social evil very difficult to eradicate.

➢ The registrations and searches made to the LGBTT community are vicious and discriminatory. Mostly without search warrants, without motives and illegally. These are made purely by the appearance, the dress, the race, or the sex of the people. They do not know the new laws, the rights of the community and much less the feeling of this population.

➢ There is no such thing as equal protection and non-discrimination towards the LGBTT community. Participants interviewed expressed that the LGBTT community is being more persecuted than is the case with Dominicans or discrimination based on race or sex or socioeconomic status. The police need to

earn respect, trust the credibility of marginalized communities to promote real reform and education focused.

➢ Supervision and administration is not given. The people in charge of carrying out this supervision should be the first to orient themselves on the LGBTT community.

➢ The reform of the police must be included with close ties of communication with the marginalized sectors so that they can express their feelings, their perspective and be heard with real complaints. Participants interviewed expressed a lack of interaction, on the contrary, a gag law was proposed at the beginning of the new administration.

**Focus Group of the Homeless Community / Addicts of Puerto Rico**

**7. Report of the focus group of the Homeless / Addicts of Puerto Rico community gathered near the Manuel A. Pérez public housing unit on López Sicardó Street, corner of Sicily in Hato Rey. February 2017 (See Appendix # 10)**

a. Professionalization: As can be seen from the responses of the people interviewed, many them believe that the police are not doing their job. For this community, the police mistreat them and do not respond to their claims as a citizen. They do not assert their rights. They claim to be victims of a negative attitude on the part of the police toward youth and street vendors. There is distrust on both sides. Several of the participants interviewed (2) do not feel the same and express to be treated equally by the police.

**Some answers from the community:**

*Subject # 1: " No, they are not doing their job as it is. "*

*Subject # 2: ''I think in part they can be ok and bad. I have seen cases that I'm asking for food and they arrive and ask me what are you doing there? Are you sure you want money for breakfast or for something else? I guarantee that I am telling the truth, but you must answer me like this papi (DADDY). They can all be standing behind me sometimes and one of them hits me and you must keep quiet because if you respond they will all beat me up and to avoid that, I remain silent with a swollen eye.''*

*Subject # 3: ''Well, it depends on what situation the encounter with the police is. It is that the experiences that I have had have not been very good or very bad. As they are the authority they go a little beyond their power and as they are the authority it is necessary to do what they say, as they say independently of our rights. You know, they're going to do as they want.''*

*Subject # 4: ''For my part, I can tell you that right now the police in the last two years have gotten worse. I have seen them less professional, with a more predominant attitude against us. They should work on how they treat people and how they intervene and should have like that a little more community staff.''*

*Subject # 5: "The police are stealing the money because they do nothing. Lately they come after something, come after the shooting, and do not go there. They are stealing the money. "*

*Subject # 6: ''Well I think they are not doing the job well, because right now I ask for help and they do not help one. Because one asks for help to go to some home or something and no, they are not available to do their job as it is.''*

*Subject # 7: ''Well for me they are handling it well because I haven't had a mishap for any reason.''*

*Subject # 8: ''I think they are ok and doing their job. Because most of the officers are good.,''*

       b. **(Use of Force)** The participants interviewed feel and express that the police abuse them. These have been victims of threats, rejection, and

discrimination on the part of the police force. One of the participants has been victimized by the police, using it as bait at drug points. According to the participant the policemen take them on patrols to drug points and people from the points retaliate against them. These in turn express that the policemen manipulate the situations to have excuses to hit them. The homeless/ addict feels inferior and is a victim of abuse by the police. The homeless/addict cannot express himself intelligently, according to the interviewees, when this happens the policeman abuses power and hits them just for not expressing himself correctly. Wandering / destitute people are forcibly removed from the places where                                    they                                    live.

Only one of the eight participants interviewed expressed feeling that there are no abuses by the police in the searches and searches. A very worrying feeling for Puerto Rican society, especially for the wandering community. The remaining 7 participants interviewed agree that the police are not performing their work, it takes a long time to respond to calls or complaints from the most vulnerable population. Most searches and / or searches of them are conducted illegally and without supervision. The homeless/addict does not feel safe and is afraid of the police. This community expresses being persecuted, beaten, and stolen in the searches and searches, which for them are considered illegal. Police raids and / or searches on the commuter community are for no apparent reason, are vicious, unlawful, and illegal.

**Some answers from the community:**

*Subject # 1: ''No, they are not doing their job as it is. They are not managing well because sometimes they overdo it. They go overboard because they are policemen, of defenseless people.''*

*Subject # 2: ''They are using it as if they did not care, not respecting the person, the citizen of the street. They see you and they look at you as if coming from a flying saucer. Sometimes they have taken me on their police officer car and they take me to different drug spots, insinuating that I am a snitch So when they see me in the street they kill me and I have a clear conscious, I am clear with God, God knows I do not do that. I always ask the ''bendicion (GOD BLESS)'' from everyone and they know me as ''bendicion''.*

*Subject # 3: ''Well they are using it excessively because there have been many cases of even deaths of citizens who have not even had a reason to be threatened with their life and end up dead by the abuse of power of the police, they take advantage of the minimum moment to use that brute force that they have.''*

*Subject # 2: ''In the last two years I have had two problems with the Puerto Rican police. Two situations and in the two situations I have had the same treatment, the same way they treat one. They look for the least thing to alter the moment, you know, they do not want to be communicative do not want to give in to the dialogue. They only want to treat the citizen in the way they feel now, if they feel in the position that one is being very intelligent or trying to protect themselves against what they are doing because the force is to which they cling to.''*

*Subject # 8: ''Not everyone uses force, but the one who uses it, used it excessively and there is no way to identify it or intervene with them either. Because in my personal case, one of the officers intervened with me identifying himself as ''The Executioner''. He gave me 4 punches in my face, you do not know if the executioner is annoyed with you and will follow you.''*

c. **(Stops, Searches, and Seizures)** All participants interviewed agree that the homeless/ addict are discriminated against and not protected in the same way by their social situation. There is discrimination and much on the part of the police to the roaming community.

**Some answers from the community:**

*Subject # 1: ''Well, they are not doing their job well. What I must say is that when you call the police they sometimes take hours, when they have arrived there is already a dead person, the other day I had my grandson of 19 years at home and I have been sick. He stayed with the grandmother and was mistreating her, when I arrived Sunday I had to kick him out of the house. My wife called the police officers and when they went home they saw that they could not do anything. They wash their hands and leave. That did not like, as they argued because they are supposed to come in and take it out, because he is older, he is not a minor.''*

*Subject # 2: Once in my house there was a drug point in front of the house and the police seem to have gotten into the point to see what was wrong. He did not like the police to go in there without a search warrant and took those who were there they took a lot of people who did not have anything to do with that and they took them to the police officer car, they beat*

*him, they bribed them. Then they got in like an apartment with arrest warrants, burglary orders to break the door and they got into my house and I was not at the point and did not use drugs. And we were lined up against the wall and there were police women, my mom, my sister, and she was screaming and two or three touched them, they hit us and they were forcing us to say that we worked at the point and who was the owner of the point, who replaced it, who brought it and we as we did not have to do with that we said no but did not believe us so they were breaking everything at home without any reason.*

*Subject# 3: Well they may do it and legally they make records without supervision many of the times they do not let you be present when they are registering if the vehicle is closed because they cannot register it, sometimes they even put things in the car. The citizen always must be present and many of the cases they do not allow you to be present so one sees the work that they are doing.*

*Subject # 4: They should really change not only in favor of the citizen, also change the education that should be given to the citizen who must give us our security because that is what they are supposed to give us, security, to take care of us, that is what we are not seeing.*

    d. **(Equal Protection and Non-Discrimination)** The community indicates that there is better treatment and not abuse to people of higher socioeconomic levels. Discrimination begins by looking at the homeless/addicts, there is no need for interaction between the parties to discriminate. They do not feel treated as equals, they live many humiliations, abuse, aggression, and lack

of communication with the roaming communities and community centers and leaders. The community points out that there is discrimination based on race, sex, and socioeconomic status by the police force. They feel inferior to the rest of the population and there are more vulnerable to being abused by the power.

**Some answers from the community:**

*Subject # 4: Look I do not believe in that because the discrimination starts when the officer simply sees you in the street, they do not need to intervene to feel the discrimination.*

*Subject # 5: The police are very discriminating against the addict and homeless. I do not know why, but they are always discriminating and talking in a bad manner to them. I do not know why, because I see that as evil.*

*Subject # 6: They discriminate a lot, many humiliations on their part and we are human beings. Like them, we deserve respect.*

*Subject # 7: I think that discrimination exists in all areas, they treat people like dogs. Especially to these people.*

*Subject # 8: I think personally agree that the community has communication. I do not know, I do not like what we are living we must pour more effort into lowering crime.*

     e. About **supervision and administration**, most participants interviewed (7/8) stated that they did not observe any type of supervision. According to the participants' feelings, there is no effective supervision. The few supervisors who are seen on the street present the same attitudes of

discrimination, abuse, and rejection as with the common police. The lack of supervision reaches the point where they see uniformed policemen without identification in the street and sometimes have seen the police providing protection to drug traffickers and drug points in exchange for money.

**Some answers from the community:**

*Subject # 1: I would tell you that it looks like they do not have a boss. They should have one because they do what they want, I've seen a lot of guards here giving protection to guys who have drug points. Here I have seen them with my own eyes taking money from the owner of the drug point. They give more attention to points than to residents.*

*Subject # 2: I believe that in part they are handling it well.*

*Subject # 3: There really is not, they have their sergeant who is also corrupt. That to me is a scheme. Because it's a chain effect, you know, lieutenants, sergeants, and police. Everything varies thou, because there are police officers that do their job and there are police officers who do their work poorly. You know, that depends on the people or the place where the head is well centralized doing its job correctly.*

      f.  **(Community Interaction and Public Information) The homeless / addict community** does not perceive police interaction with them and there is a lack of public information. There is no communication to the community, they feel excluded. No information is shared and the police are no longer seen in public activities, guidance, help, talks, the police band, or the police athletic league as seen before. The claim of the participants interviewed, members of the

homeless community are open to communication with the police so that the latter help this community to achieve a better quality of life.

**Some answers from the community:**

*Subject # 1:* ''*Some people smoke marijuana in front of the police station and the police don't do anything. There's a lot of youngsters here that sometimes ride their motorcycles without helmet nor license plate and they do nothing, I don't know why the station is there.*''

*Subject# 4:* ''*Terrible, terrible I remember being a kid and seeing police activities in my community in public basketball courts with the police band, some policemen dressed as clowns even, they were different and they would blend and bond with the community and that made us feel safe not like nowadays.*''

*Subject# 5:* ''*The best they can do is exchange communication but, none of them are doing it, maybe with their supervisors but with the community? Negative.*''

*Subject# 6:* ''*There's no communication with the community, they do whatever they want.*''

*Subject# 7:* ''*Well on how to deal with the citizens. Well I think they are doing pretty well, as there are some who screw up, but there are people who fight, but there are some who are troglodytes*''

*Subject#8:* *If it is as before as with the police athletic league or that what I am understanding based on the question. It's not being done as much as before. In the past,*

*you could see more participation with the community, at least what you saw in the police*

*athletic league or with the children in the community and there was more participation.*


**The findings and conclusions of the Focus Group of the Homeless Community / Addicts of Puerto Rico**

➢ In the answers to the questions of the focus group, the participants agree that there has not been an improvement in the behavior of members of the Puerto Rico Police Department (**Professionalization**). It should be emphasized that these subjects perceive the PRPD members as enemies against previous negative experiences. There is great distrust and fear towards the officers of the PRPD and they do not perceive an improvement in professionalization.

➢ In the **use of force,** the participants mention that it will depend on the situation to which the officer is. However, they believe that there is no improvement in the use of force by the police. Most participants express total distrust of the PRP and indicate that the police are constantly abusing.

➢ As for the third issue of **Records and Raids**, the participants present a grim picture describing raids and arrests with excessive use of force. Although they legally carry out the search, because they have a court order, they exaggerate and abuse the power by breaking and destroying the homes of the intervened.

- ➤ About E**qual Protection and Non-Discrimination** participants indicate that low-income people are treated in one way and people in high society are treated differently. Therefore, the high society get privileges and better deals than people of low resources, because they treat us with more discrimination and with less attention.

- ➤ Fifth, the topic of **Supervision and Administration** the participants responded in different ways. Some indicate that there is no supervision and good administration in the PPR. And others point out that officers now must be educated and prepare much more than before. Therefore, they are expected to act in a more synchronized manner and following more specific guidelines.

- ➤ Finally, the theme of **Interaction with the Community** and **Public Information** subjects interviewed from the Homeless / Addicts community mention that the Puerto Rico Police has not improved in terms of interaction or communication with the community compared to previous years. They point out that they have not perceived positive changes and approaching them. Quite the opposite, they continue to receive discrimination on the part of the members of the PRPD.

**Black Professionals Focus Group from the Hill Brother's Community (Parcelas Falú) of Carolina, Puerto Rico**

**8- Report of the Black Professionals Focus Group from the Hill Brother's Community of Carolina, Puerto Rico** (See Attachment # 11).

An invitation was made through community leaders appealing to black professionals, men and women 18 years of age or older in the Hill Brother's (Parcelas Falú) neighborhood to participate in this focus group. The focus group meeting was held on February 4, 2017 and it was directed by our moderator in the community center.

Nine participants integrated the focus group: four women and five men from the community. It was held at the Hill Brother's Community Center, where participants sat around a table for everyone to hear and speak effectively in their respective turns. The focus group gathering was held at 6:00 pm.

a.  Regarding the issue of the **PRPD Professionalization**, the members indicate that it is necessary to reinforce the education of the police, but they also included the measurement and evaluation of the outcomes as meaningful. It is highlighted that the PRPD overlooks the rights of the people. Therefore, the PRPD must have a greater sensitivity towards citizens and communities. The participants requested that the Island population should be educated about the PRPD reform, since there is an absence of public knowledge about what it represents for the PRPD. In the same way, they demand no more acts of injustice or violence toward their community. The shortfall of ethics in

the PRPD is one of the aspects that most concern the participants. They emphasize the importance of changing the unprofessional image of the PRPD, through social networks that allow to illustrate real situations and deficiencies in police practices. The comments of the nine participants reflect nonconformity with the PRPD, since they understand that there is a lack of police professionalism.

**Some answers from the community:**

*Subject # 1: Well with regard to that question, I understand that the police still lack a lot to really turn into professionals, because what I have been able to perceive, to see, in our communities is that many of them are disrespectful when they are going to make some arrest or some kind of intervention. Many times they use a vocabulary that I understand is not appropriate for them to use, because if they are representing the law and want to be respected, they should behave and express themselves with respect, and they do not know are gaining that respect with residents and the general public.*

*Subject #2: As for professionalization, I understand that there must first be education and education starts from the top-down in the department. If you do not educate the supervisors who are going to be organizing the ones below, you follow a vicious circle. The vicious circle is that there is no knowledge of laws or procedures because the supervisors themselves are not trained to do that supervisory work with the members below and I understand that this is one of the big problems you have right now what you are is trying to do. We as a people do not know what is being given to the supervisors and the staff as regards training, how to proceed with people, situation as the community partner*

*was saying, the treatment of communities, the treatment of individuals, how you must proceed, as you ought to behave. Here are some laws, example, right now is the law of cell phones, that you should not use cell phones while driving, however, you see the same police that you are inflicted or give you a ticket because you are breaking the law , but you see them with their cell phones on their backs all the time. Another example, traffic laws. You should not drive for the ride, you should not go thru a red light, and sometimes you see car patrols that do not go in any kind of emergency for the ride at full speed or thru the red light, as I say, the need to pass the red light because there was an emergency. I think it's a lot of education what it takes.*

*Subject #3: I think that the participant 2 said much of what I thought to say because the reality is in the supervision, in this question of professionalism. I personally have had no problem with the law, as something for me to speak bad of them. But, at least what I have heard and I have seen in news, there are times that they know how to handle the situations. However, following the line of the participant 2, it is necessary to see how is the supervision, who they are, what tools the supervision is giving. I can also think that a person working in X place and the treatment towards him is incorrect, he is going to do the same to other people. If I am treated poorly, I will badly treat others. For me it's a chain. I think those people have to educate themselves as the participant #2 said, to teach them how to treat other people and how to get there in the best way and that obviously they have to know the law before you impose it. You have to be clear about the law, before, it is not because I believe, because I think. It is simply knowing the law.*

b. In question number two, on the **Use of Force**, the participants ascertained experiences that contrast with the requirements of the PRPD reform. Participants state that there is inadequate supervision regarding the use of force, and therefore they do not promote respect and education within the PRPD. They emphasize the lack of socialization of the police with the communities, which is why they recommend looking for ways to better integrate the PRPD with society. Participants establish that there is racism and prejudice, which is greater with the black race in Puerto Rico. There is an incorrect use of police authority at present, which has not changed according to their perceptions and experiences. The use of force in the PRPD interventions are not adequate, particularly when social stereotypes influence this use of force. The group expresses concern about the negative situations related to the use of force in the PRPD and express an urgent need for education for the police on the use of force in their interventions.

**Some answers from the community:**

*Subject # 4: Well, in terms of the use of force, as happened to the son of subject number one was completely unnecessary. If the policeman feels intimidated because the young man was much bigger, he puts an end to by keeping his distance. And keep distance, because you already have some control over the person. I do not know about procedures, but when I was lighter they also dragged me down the floor a couple of times. I was thrown to the floor simply because of the color of my skin, well we are going to fuck with these a little bit. You understand me. And maybe that's why I was never a cop. Because they offered it to me, and I thought, they will have me abuse, I will not be a policeman because I will be a villain too, as they were with me. So I'm not going to do that. I went to where I am now*

*and everyone loves me everywhere. Hey,, it's to educate them from the academy to perform. Because there are cops that everyone desires in the neighborhoods. They go to the worst places in the neighborhoods and the whole world respect them, and these things are not happening to them, because of their way of proceeding with people, that's all. They treat people with respect, and people in the neighborhood want them. You have to teach that to the cops. Yes, from time to time you have to get strong, of course that will happen, but it is not with everyone. It's not because you stopped him, you give him a slap. It's not because you have seen that he's serious, he's handsome, hey, maybe something happened to him right now. Maybe, someone died in the family and he's sad, not that he's serious. You see, I understand, I go back and I repeat, it is to educate them from the academy and the thing goes, as I said, it will take years like crazy, because they are going to educate in the academy, but there are 25,000 that are in the street, and they are going to tell you that the academy is not, that the street is the reality, that is what is going to happen. But then we must keep on fighting and keep on getting the most educated people on the street and expect those who are not educated to keep going until the thing changes. It will take time, but at some point it will change. I understand that in big demonstrations sometimes they overrule. I have been in demonstrations and if this line is of the police do not go against them, simply follow the line of protest. We are already making noise and paralyzed the traffic, and the politicians came out, huh, so formidable. I was in a 24 hour demonstration in front of the Capitol, I was not there 24 hours, but I was like 8 hours, and we spent it chilling, we played music (Bomba) that was an outrageous, really cool. And then I was in the next one they did that was 8 songs of Bomba, 8 of Plena, and 8 Jibaro (creole) music. I was like 4 hours in the Bomba music, formidable, there were no problems. Really cool, you see, you also have to see that when making the protests, the demonstrators, how they go against the officials,*

*because there is the one who will protest in the right way, and the one that will not. You see, those who are going to do it the right way should put up with the one that is going to hurt the protest. You understand, it's not we're going inside a place forcefully, and we're going to destroy the site, not because that was not, because no one likes to get into their home and destroy it. You understand me, and the police are the middle point. They, then, are not going to defend us, but they have to watch over why one does not do what one is not supposed to do. Well you have to see it also from that point, not simply all cops are bad people. No, I know a lot of cops who are good people, and I also know a lot that if I catch them in the street I run them. And I know them personally, I do not want them around. I know that someday they will be killed because how they are.. And they know it. I see them, I do not greet them, I do not call them. I do not want them near me.*

*It is to educate. For me that is the problem, it is education, to place in the mind positive things that work better than negative ones. Slowly, but they work better.*

*Subject #5: In terms of the use of force I do not know if the statistics are true, if there is less or more because I am not really aware of the statistics. Now, in terms of perception, the perception is that violence continues. Then there are several factors. It seems to me that it has not been possible to view the police as part of the community, and that they are really immersed in the community and that people feel a trust in the police. And I know that it's a chain that carries several things among them, including the clarification of cases. That is, people do not perceive cases to be clarified, especially if it is from a person who has less resources. And if I am in the community, a poor community that is usually marginalized, there I will not solve and they will not put the interest of trying to solve it versus those who have, this, a media dynamic or have the resource, the people to solve it. Then you should try to get the police to educate themselves, because they can*

*integrate better into the community and at the same time, then people can trust and feel that they are part of society and are contributing, not an obstacle as they are viewed now. As I avoid having a problem with the police because I know there is a prejudice, I am black and they are going to stop me and they will hit me. They're going to arrest me. What has happened to me, that when they stop me they turn up with a situation and when I tell them my rights, I speak to them, I identify myself and then, they say sorry that we think, but how did you think? You cannot think, you have to do what you have to do and act with everyone in equity, it cannot be with me because I am black,  that way with me and with the others not. You have to act the same with everyone because we all have the same rights. And for me that is the problem, the force used against black people is greater than that used against other people, and that is the truth. That is racism, which is stigmatized here and that it´s not being dealt with. And if they are doing it, it is not seen. It is not perceived, and we do not feel it.*

*Subject #6: Well I'm going to talk clearly to you, of course, at first we have to educate the police, when you have a police uniform, it is not synonymous to beatings and respect, you have to earn it as they say, on the street. I confirm that all the police are not bad, we had a tournament and there was a police team. And they integrated at the beginning and spoke with our young people and with all the basketball teams and integrated to the community. That's not difficult. That is knowing how to do it, try to do it and stay. I think that brute force does not work with everyone, it is also prejudice, it is also discrimination and racism. Really here they say that there is no racism and it is a lie. A lie. We, as black men, I came from a school, I'm studying, you know, I come from a school that there were only 5 blacks in your school. And then tell me that there is no discrimination*

*here, therefore, it's a lie. We are talking about the cops too, you know as my partner number 5 says, that they stop you or you have a car of the year and that. They stop you and you're black, you have to be from the criminal world, you stole it, but if you're from another race, this, well, nothing, you can go away. Lies. And nothing, we have to work with that now fast. Because if we do not stop this we will continue with abuses, with violence. That is all.*

  c. With regard to **Stops, Searches, and Seizures**, the participants expressed different categories, although they do not know their types or definitions. They point out that excessive force is used by the PRPD when conducting stops, searches, and seizures. These procedures are not uniform, because there is prejudice and preference when intervening. Participants understand that the PRPD should be educated in stops, searches and seizures and carry out uniform processes. In the same way, they request that citizens be educated because there is a great ignorance about the laws and procedures (civil rights).

**Some answers from the community:**

*Subject #7: Well I do not know if I am sure that I will define Stops, Searches, and Seizures because I really do not know how to determine what it is, but then through experiences listening to peers. When we were younger, we were in a cycle of domestic violence and we were protected in a house. My mother defended us by leaving the house and then they were looking for us, kind of exaggeration, as if we were criminals and I do not know if they arrived at the place with a SWAT, it literally a "show". And it was like a movie for me, I was a little girl and we were sitting on a patrol car around so many pistols*

*that I never in my life I thought in seeing, I do not know if that is a type of Stops, Searches, and Seizures, reach the place, take us out of the place and put us in that situation… (inaudible). I understand that it was not the best way because we were small children, we did not understand what was happening. I found out that we were running from my house because we had no knowledge and my mother had us at a distance from what was happening. And I do not know if the way they worked, I do not know if the way they teach them to execute. Either they teach you well or they do you wrong. It can also happen that, they hear things around here and they act understanding it's the right way. But for me, it has marked me throughout my life because they treated us as if we were more or less criminals, we were babies. Well, I think I had 8 years, my brother was a lot younger. Those really were the things I saw, and another thing is that I live on the 65th Infantry Avenue.. There was a moment when there was a high incidence of gunfire between Monte Hatillo, Monte Park and Berwind buildings. And go through Escorial again, because I spend time studying there I go and see this person, a huge amount of police cars behind me , and was to get this only person with a bunch of machine guns, I was in the middle, and didn't know what to do, to proceed with the Green light o to stay in the middle of everything, because in a shootout they were going to kill me and even didn't know what was happening, I understand that the manner that they work (the police) in entering a place, search, don't know how they define those terms in police vocabulary, ,  they don't do it, don't know if they do it to feel powerful like an action movie. Feel like they did something during the day because they really make a show that is not necessary. For me, Truly for me. These were my two near experiences. Hearing the other participants about the two concepts. But from I have seen, they don't do it with sensitivity. Even if he is a criminal, they shouldn't treat him like that. But, they should feel that when arresting a person, or detaining someone in a*

*place with a bunch of people that they could affect others or shoot and kill someone unnecessarily and one doesn't know what was happening or who they were stopping.*

*But a lot of guns, an extreme thing. However, in such a simple action only one with cars, because a person that's not me, but possibly the face was like that. What happened here, ah, in the incident between Monte Hatillo, Monte Park, didn't had any verification so they could solve the problem.  Therefore, in such small things they exaggerate, and for those things that they need to exaggerate, they stay in their cars and don't act. They are not working well. That's what I can resume for you.*

*Subject #8: I have not had any experience with Stops, Searches, and Seizures. And don't know someone who can express an experience. But, from what I have heard and understood, they (the police) do not have the rapport to deal with such situations. And everything comes back to a chain, they don't have:  professionalism, education, and they are based on habits and routine.*

*If I was only an apprentice and I see that they (experienced officers) do it this way, and I know it is a subtle way. Ah, however, he does it that way, he is supposed to be the one who has experience, he is the one on the street, so I must do it, and so on he goes passing that chain of disinformation and that is why…. That is why these things happen. And I understand that, as the gentleman here said, this, although it takes a long time we have to evolve that ideal, that way of thinking and fix what is really  destroyed, a lot of confusion in the appreciation of how they are going to execute the Searches, and Seizures.*

*Subject #9:*

*Well, I have no experience with Stops, Searches, and Seizures. Nor I am sharp with the terminology. And I think we need to start here, because I think that if people knew their rights a little more, the police or certain police officers would not abuse the laws that much. The abysmal ignorance (of the civil rights) that we all have, only those who study or work with it know about it. But the rest of the country or the citizens do not know what their rights are, how can I proceed, if he has the right to ask me for such a thing and why he can do it, because you give them more space when it happens in a bad way. The only reference I can give is with the illegal people who were near my house and the way they were seized to arrested, because it was in a very violent way. This, without any kind of sensitivity and we forget that whoever they are, they are human beings that deserve respect. I do not truly know why of the relationship of constant aggression with any kind of approach that I could have. Maybe if they provide them with a little more monitoring (supervision), it would happen less. Or maybe another measure that could be applied to help them respect people. The use of cameras. Monitoring. Right.*

d. On the subject of **Equal Protection and Non-Discrimination**, the participants understand that there is no equality, and that it goes beyond the PRPD since they understand it is a societal problem. They propose the necessity of educating the PRPD in the Academy, to attack racism, to promote equality and equity in their methods. Participants perceive that the PRPD has a "social advantage" over others, because they have weapons, they have state protection, which allows many members of the PRPD to feel

above the law. They understand that equality for all should be promoted, where they establish that individual values begin at homes and communities.


**Some answers from the community:**


*Subject #1: Regarding equal protection and non-discrimination, as some colleagues have said earlier, there is no equality. Because if I 'am from a "barrio" or because my physics, or how I express myself, they (the police) don't have the same respect for that person and they don't treat him/her the same way. If I am from an upper class, or live in another place, as our friend mentioned Miramar, ah, then they treat me in another manner. And if I' am from an upper class, or live in a place as our friend mentioned "Miramar", ah then they will treat me in a different manner. I believe that there is no equality. And, in many times they ask you: from where you are? I' am from "Barrio Obrero", ok. Since, I ' am from "Barrio Obrero" they (the police) don't have to respect me, I don't have any rights, but, we all have rights. Some know them (civil rights) more, others less. But, if you know your rights and you verbalize them in the place where they (the police) intervene, they (the police) deal with you.*

*In one occasion when I worked in Santurce, and went to a sell of cakes and was with one of my children and a nephew; and they (the police) stopped us in a dark location where only a few vehicles passed by. I told my son not to stop, and to proceed to a more secure area were you could see security guards that can serve as witnesses Because the area they asked us to stop was very obscure. And, since I didn't know what intentions they had, since we were doing everything right. So, I believe that there is no equality and there*

*is discrimination constantly, constantly. Because your black, or because your physic, for example; some times I' am well dressed, but sometimes I' am using tennis shoes like a street person, you know, yes, because we are in the community doing different types of labors and since the work that we do requires comfortable clothing, but the discrimination continues and there is no equality.*

*About racial discrimination, we are talking here of the black race, if one feels discrimination from the police, it has always existed. Always, always it will exist. There is a force, unfortunately in the police force there are some people that are racists as in the Puerto Rican society, and you cannot eliminate that. But, specifically this issue is not only for those of our race, but its social. There is a well-marked social discrimination sometimes by the police, police members towards the poor middle class and poorer. And we see that every day. That is seen daily. Regrettably. And they are not all, because what we are talking about here is not all the police force, that discriminates against the race nor it discriminates against the other social sectors. It is that there are inside the police force, people who unfortunately were raised that way. And so do their work. And they are in a position of power and that position of power, unfortunately, that it is not of power, it is of service and of law. They assert and swear that, because I am the law, I can act this way. And it's unfortunate. And we can educate them and the police can try to educate and many will learn, but there will always be a percentage that will remain that way, as they say a saying that the tree that is born bent the trunk will never straighten out, and that is regrettable. The only thing they can do is as they have done lately,  to separate them from the police force, because certain people will not respond to education and will anyhow discriminate and not only in the police area, but in the whole society in which we are*

*living. Unfortunately we are that way with each other, races against other races, peoples against peoples, countries against other peoples. The education is complete, but we are talking about the police Reform and we revert to the beginning, it is education. Unfortunately, lack of education and supervision in everything I know, in all the issues that has been brought to us into discussion. Thank you.*

*Subject #2: About racial discrimination, we are talking here of the black race, if one feels discrimination from the police, it has always existed. Always, always it will exist. There is a force, unfortunately in the police force there are some people that are racists as in the Puerto Rican society, and you cannot eliminate that. But, specifically this issue is not only for those of our race, but its social. There is a well-marked social discrimination sometimes by the police, police members towards the poor middle class and poorer. And we see that every day. That is seen daily. Regrettably. And they are not all, because what we are talking about here is not all the police force, that discriminates against the race nor it discriminates against the other social sectors. It is that there are inside the police force, people who unfortunately were raised that way. And so do their work. And they are in a position of power and that position of power, unfortunately, that it is not of power, it is of service and of law. They assert and swear that, because I am the law, I can act this way. And it's unfortunate. And we can educate them and the police can try to educate and many will learn, but there will always be a percentage that will remain that way, as they say a saying that the tree that is born bent the trunk will never straighten out, and that is regrettable. The only thing they can do is as they have done lately,  to separate them from the police force, because certain people will not respond to education and will anyhow discriminate and not only in the police area, but in the whole society in which we are*

*living. Unfortunately we are that way with each other, races against other races, peoples against peoples, countries against other peoples. The education is complete, but we are talking about the police Reform and we revert to the beginning, it is education. Unfortunately, lack of education and supervision in everything I know, in all the issues that has been brought to us into discussion. Thank you.*

*Subject #3: I think about everything we said and especially the part of the use of force. There, it has to do with equality, because, I simply use force depending on how I feel or how I' am, or see that person, if I am racist, so I say, and I see this person of color, this person who I do not agree with your point of view or simply because of that, and for me equality does not exist for them (police). I do not have much to say, but I know we're still struggling with that, for equality and for fairness, right, we're fighting for that. And that it still exists and is in the police and out of the police.*

e. With regard to **Supervision and Administration**, participants emphasize that the PRPD should be structured in a quasi-military manner, which is based on merit and not on positions of trust. To achieve efficient supervision and management, politics must be pull out from the PRPD. In addition, the participants do not know the functions of the supervisors of the PRPD, and question "where are they?" because there are many situations that warrant their intervention. The focus group states that only through effective oversight can the necessary changes of the PRPD Reform be made. Likewise, the participants express that there is no stable plan in the PRPD which makes the organism difficult to supervise and administer, as well as its effectiveness.

**Some answers from the community:**


*Subject # 4: I understand, that, well I don't, It is supposed as subject number two said: The police should work in a quasi-military system, but as long as the political goddess is the one who the determines positions and promotions, there will never be a good administration and supervision as it's supposed to be since in politics everything gets in, from your promotion till "well this is from another political party, and I know that and I got promoted, well I and give him a bad time to him now that he is under me and I' am over him", and do not think that someday I will be under him and he will be over me, and things will continue to be like that, and there is where things go wrong. We do not take politics out of our heads and dedicate ourselves to work. So, as long as politics continues to rule in government positions, management will never be good.*

*Subject #5: Basically, what I was going to mention was that, within this very large structure, we have the situation that, in the last 2 years, like the last four years, the government (administration) has changed, the government has been alternating in this century all the time, every 4 years, every 4 years, that is, I do not know how to maintain a party. And the structure of the police responds to the government and the problem with this is that one must make decisions for the country, not for the political party. So, the serious problem that has the police and other structures in the country, is that there is no stable plan. In other words, a plan is established, the government is changed, the government is changed, the government is changed, and the government is changed and changed, and there must be a structure that is stable and independent of that alternation of government (administration), to the government (administration) but to the people, because the real*

*situation is that here the supervisors and the administration in the police will never be efficient and effective while they continue that changing, changing, and their consideration to the political parties and not the people.*

*Subject #6: Well, about the supervision and administration of the police, as my partner number 5 said, it cannot be politics, it should be through intelligence and because you have a plan and capacity, and because you have a structured plan inside the police. With supervision, we see in the social media, as we are youngsters and are more engaged in the social media, there not sufficient supervision in the streets, in the roads, there are some situations that we see policemen doing wrong things. And I understand we need a more structured supervision for that.*

f. In relation to the topic of **Community Interaction and Public Information** this focus group indicated that there are no positive relations between the PRPD and their communities. They ascertain that in their communities there is no confidence regarding the PRPD, this much influenced by the little police-community relationship. There are no specific strategies on the part of the PRPD aimed at creating these bonds of trust. This is as a result of the lack of knowledge about the PRPD Reform by the police members themselves as well as the general public. The focus group recommends that the PRPD establish support initiatives in general for communities, as well as give a boost to their workshops.

**Some answers from the community:**

*Subject #1: Well in these last two years I have never seen the Puerto Rico Police bring in public information to the communities. We found out because we went to a meeting where they inform us that the Puerto Rico Police has this (focus group meeting), this service where you can find information, we come and look for it. But as to see the Puerto Rico Police come down to the communities carrying this information, I have never seen it. I've never seen it, I've never seen it. And they have a lot of services that they can offer to communities. But if one as community leader or person who wants to help the community does not go to the police stations or look for some of these leaflets that are given in different community meetings is where I get to know one of the different services offered by the Puerto Rico Police Department for communities, because the term public information, the word says public information, but if one does not seek it, they never give it. I've never seen that kind of interaction of giving it to the community. No kind of information.*

*Subject #2: I live in a middle class urbanization (neighborhood). In urbanizations you almost never see that there are such interactions between the police and the community. The police arrive if you call and you are reporting some type of crime. In recent years, I have seen on television and in other more marginalized communities the question (activity) of "no more bullets fired into the air" and there you see that there is a process that the police goes and accompany and we go to a parade and take banners and they inform you, but in my urbanization they also throw bullets into the air and I have never seen that there is one, that kind, that kind of interaction with the community, and it is very rare that there is such a unifying relationship with the citizens in urban areas contrary to the most marginalized because then they say that they are doing something for the marginalized community. We are doing something, but at a certain instant. They have*

*asked me if I have spoken to the public in relation to the Reform and I in return say as I said at the beginning, I have never seen the objectives, not even on tv, they talk about a reform and now we have a new superintendent directing the police, the reform is part of her job. She was working with the Reform, but we as the people never have been informed about those objectives. They have not appeared, I read the newspapers every day, never have I seen those reform points or objectives in which they are working on. That could help us (the people) check on their effectiveness, but now that you are bringing to us (the focus group) the points or objectives that are in the Police Reform for the last 2 years. I believe that it has not been very effective in regard to Community Interaction and Public Information. It has not been very effective reaching to the people. Thank you.*

*Subject #3: We also have to see if all these points that are brought to us and we did not know, they know it. Because if they do not have the information, I do not think they can pass it on. It's all I have to add.*

*Subject #4: I understand and I know the police have a division of community education, as all agencies basically have one. What they need is to work a little more, because the neighborhood councils get to know these things and, therefore, the community leaders of many places because they find out of some things. But they cannot use these people for telling others because they are not policemen or work in the police. It's not the same thing that I speak about Alaska than an Eskimo speaks to you about Alaska. You see, it's two very different things, I'm talking about Alaska and you're going to tell me if you read it, you saw it in National Geographic, you see, you watch a TV show. But an Eskimo comes and talks to you about Alaska, you pay attention because he knows, because he was there. It should be like that. In community education, in the division, I know there are few*

*people, and it is a lot of work, but they should move a little bit more. And I know that it takes expenses because to make a paper is nothing, but to make a million copies to distribute house to house is uphill. But I think that must happen. It must occur so that people know the things that are happening. It would be everything. Thank you very much.*

*Subject #5: I think that more than mediatic initiatives and of some committed police that have tried to develop some community processes, well the reality is that in general terms there has not been  an effective transmission and the best example is that right now we have a Reform, with a monitor, with a procedure, and none of us can say that we fully know what the Reform says.*

*For example, I knew about fundamentals of the Reform because I am in a Civil Rights committee and people speak there and what you see is how some are marginalize and how others are benefited. But in terms of the praxis, the reality is that there is no traced plan were they are integrated as institution and reach all communities.*

*That, if they are many, that, if they are many, well, if this is what they are supposed to do, then you have to find a way to do it. Because in the long run the benefit is that the community will feel the support of the police, it will integrate the police, it will improve the quality of life that is what we want to know from these processes, which is to have a better quality of life.*

**Findings of the Community Focus Group of Professionals from the Black Ethnic Group Meeting at the Hill Brother's Neighborhood in Carolina, Puerto Rico**

➢ On the subject of professionalization, participants indicate that there is a need to strengthen police education, taking into account that the results should be evaluated and measured in the PRPD. It is highlighted that the PRPD forgets the rights of people. Also, that the PRPD should have a greater sensitivity towards the citizens and the communities.

➢ They point out that the PRPD use excessive force when conducting stops, searches and seizures. These procedures are not uniform, because there is prejudice and preference when intervening.

➢ Participants understand that there is no equality, and that it goes beyond the PRPD because they understand that it is a social problem. They propose to educate the PRPD in the Academy, to attack racism, to promote equality and equity in their processes.

➢ The focus group states that only through effective oversight can the necessary changes be made to the PRPD Reform. Likewise, the participants express that there is no stable plan in the PRPD which makes the organism difficult to supervise and administer, as well as its effectiveness.

➢ The PRPD has no specific strategies aimed at creating these bonds of trust. This is added to the lack of knowledge about the PRPD Reform by the police members themselves as well as the general public. The focus group recommends the PRPD to

establish support initiatives in general for communities, as well as fortifying their

trainings.

**Focus Group of Dominican Community Meeting in a hall at the Market of Rio Piedras, San Juan, Puerto Rico**

**9- Report of the focus group from the Dominican community gathered in a hall of the Market of Rio Piedras, San Juan, Puerto Rico (See Attachment # 12).**

*The focal group was realized with a total of seven participants: three women and four men from the Dominican community of Rio Piedras. It took place in a hall of the Rio Piedras Municipal Market in which the participants formed a round table so all could listen effectively in their respective shifts. The focal group started at 10:00 a.m. A lot of effort had to be made for the women to participate, as they were very reluctant because of the topic (PRPD Reform).*

a.     On the **Professionalization** of the PRPD, the participants indicate that it is necessary to reinforce the education of the police. It is emphasized that the members of the PRPD neglect the rights of the people and do not listen to the Dominican community. Therefore, the PRPD must have greater sensitivity towards citizens and communities. In the same way, they demand no more acts of injustice or violence. The comments of the eight participants reflect unease with the PRPD, because they understand that there is a incompetent preparation of their professionalism.

**Some answers from the community:**

*Subject # 5: Well, I think they should receive a better training, better training for the police to identify the problem of the undocumented, the less appreciated people and give us some understanding that will allow us to talk and listen to each other, because if they do not listen to us, but despite everything it's not so bad, what you have to give the police is a little more understanding of how the police should treat people, and not lose control and that.*

*Subject # 6: For what I have seen in the news it's a disaster, do not remember as well, as two months that they arrested someone and the guard hit a citizen I think it was from Carolina, has not improved anything.*

b.   In question number two on the **Use of Force**, participants from the Dominican community discussed living scenarios to contrast with the requirements of the PRPD Reform. The community is divided, where older participants believe that the use of force is moderate and younger people understand that it is disproportionate. However, everyone believes that there is much room for improvement.

**Some answers from the community:**

*Subject # 5: I understand, as I said that we have to give a little training so that they should give a little understanding to the citizens because we are many, they are few, but we are many and sometimes more stress than the few.*

*Subject # 6: Well they should emphasized more in the use of force because sometimes they go beyond how they should use it and because you know they form a chaos*

*among themselves when they intervene with people. From what I've seen because I have not had any situation with the police. I cannot notice improvement.*

*Subject # 7: It has improved, has improved because I have not seen in recent years anything related to the use of force, with people aggressive, beating themselves, previously two or three years ago, but in recent years I have not heard anything.*

*Subject # 8: Well depending on the case, the police sometimes have to do their job and get strong with people. Here in PR they have handled a little unvarying. I have not seen change in my time here.*

    c.    With regard to **Stops, Searches, and Seizures**, the participants express the use of excessive force and lack of professionalism on the part of the PRPD when conducting **Searches, and Seizures**. These procedures are not uniform and this community of immigrants is very concerned. Participants understand that the PRPD should be educated in **Searches, and Seizures** to carry out uniform processes.

**Some answers from the community:**

*Subject # 1: This is a problem because sometimes they (the police) do not have the papers and they proceed rudely  and don't even have identification.*

*Subject # 2: I cannot comment because I have gone through or seen any **Stops, Searches, and Seizures**.*

*Subject # 3: Well I think that before the raid its supposed have gone through a good investigation and it seems that with any little thing they make a step forward and without*

*enough evidence then they get into the house, first they break the door if you do not open fast and they (the police) start to look without telling you what they are looking for.*

*Subject # 4: Well eh, huh, sometimes they go and they do it well, see, but sometimes they go crazy, they are going to knock down doors, they do not show papers, they get in without orders, they take people with material here , material of them (the police), they put them inside the mattress, the drawers, the drawers and when they take it out they say that it is theirs (those arrested) but many times they are not of those people, others come and they charge people crazy, they should do the things better, see, by the rules, see, look, let's go, this is an order, and show papers and ask can we enter? We enter, but they go in there without papers, or anything, they start breaking things.*

*Subject # 5: I think sometimes they use force or power a little bit aggressive or a bit out of control, but everything with a little understanding is better.*

*Subject # 6: About that, I do not have much knowledge, but from what I have seen in the news, I feel that they have not made much progress.*

*Subject # 7: So far I have no knowledge because it has never happened to me or happened to any member of my family I have no knowledge about **Stops, Searches, and Seizures**.*

    d.    Regarding **Equal Protection and Non-Discrimination**, most participants understand that there is no equality. The community is divided, where older participants believe that discrimination is moderate and younger people understand that it is disproportionate. However, everyone believes that there is much room for improvement. They (the police officers) must promote equality for all. They understand that the PRPD have not done their work well and have not improved. Some feel that

there is still a lot of discrimination especially, they treat homosexuals as if they were not normal persons.

**Some answers from the community:**

Subject # 1: I believe they continue to discriminate, I do not trust them and I have my papers up to date, but I do not trust because we are discriminated by them (police).

Subject # 2: I have been in Puerto Rico for many years and I have never felt discriminated, I know that others have other experiences, but I speak for myself.

Subject # 3: They are trying, but it still exists and I believe that prejudice will continue especially with foreigners and immigrants and I believe that they have not yet changed their way of thinking.

Subject # 4: Well I think they are doing it a bit faultily, because as I say, they take a lot of training and continue in the same ladders, sometimes do things well sometimes they do wrong, and for me that's not right because they are supposed to protect because they are the Puerto Rican police, they have to give the example.

Subject # 5: No, I do not think they give the same protection, sometimes they discriminate against some people, but, but as I say that with a little guidance to the officers and a little understanding the officers can do a better job.

Subject # 6: At this time, although one does not believe it, there is much discrimination at this time where we are. I feel that they have not done their work well and

*have not improved. I feel that there is still discrimination but there is a lot of discrimination towards homosexuals, they (the police) treat them as if they were not a normal person.*

*Subject # 7: For the moment I have not seen any form of discrimination, it has never happened to me and the people around me have not suffered any form of discrimination. I have not seen it.*

*Subject # 8: Here I do not think that there is police discrimination, outside there, there is and lots, here it is not like there. Here I don't get discrimination, its outside that I find it.*

e. With regard to **Supervision and Administration**, participants emphasize that the PRPD does not have sufficient professional supervisors to guide younger members. This community understands that it has not observed changes in the last two years regarding supervision in the PRPD.

**Some answers from the community:**

*Subject # 1: They need more supervisors and it is not enough with the ones they have and the lists of crime numbers and thefts are never up to date.*

*Subject # 2: I think they need more staff.*

*Subject # 3: I think the supervisors are a little deficient because they are more aware of the statistics and the numbers of the arrests and of those who intervene than the lower officers and that is why many cases fall because they have no supervisors or enough evidence, they are not monitoring well what they have to do.*

*Subject # 4: Well, my understanding is that they are doing things well, but there are some supervisors who carry things right, but there are others who carry things underwater a bit, as I say, we will see if you are of the good and you do things right and here this crazy man and some people do it crazy and everyone is supposed to do things the same way, not ones doing it one way and others in another, because they will accomplish anything.*

*Subject # 5: What I believe is that there are many supervisors who have knowledge of how to guide their staff and I believe that with a little more patience they will be able to stand a little better.*

*Subject # 6: Well, where they more emphasize is in these events of policies, is where more police are seen doing their work. It could be said that they are in the middle, or regular because not everything is as it should be, nor how it should be.*

*Subject # 7: I notice it the same,  they appear when it is something very big but when it is to intervene with a person they are alone they do not have a supervisor on their side, I really find that everything is the same (no change).*

*Subject # 8: Well, from what I see in Puerto Rico is that they (PDPR) have only one to deal with so many policemen, and only a single lieutenant supervisor and does not have many of those for so many policemen, they need more people to supervise so much police officers because there are some corrupt policemen and others that are not corrupt. there have been no change.*

f. On **Community Interaction and Public Information,** this focus group indicated that there are no positive relations between the PRPD and this community. They state that in their community there is no confidence in the PRPD and the PRPD does not trust them. This was influenced by the poor police-community relationship. Although there are

divergences between generations, communication and interaction with the PRPD is not friendly.

**Some answers from the community:**

*Subject # 1: For my community this never happened! And I have not seen any activity with the police.*

*Subject # 2: I have not seen them in my community.*

*Subject # 3: Well, I believe that the integration remains the same, they are starting to integrate into the community. The police, what they do is that they pass by, on the street and look, but they do not turn around or talk to neighbors that I know and I have never seen them but there must be an integration in the community so that one has faith in the police, because one does not know who is who and you understand, and one collaborates more and that they are investigating there by the community and that.*

*Subject # 4: Like they come crazy and want to say lies to the people and pressure them. Citizens are very calm and they come to implant their way of doing things, as they are the ones who say: "No, you have to talk to me first" Look, we are going to do this, and I am cool! Do what you want, but calmly, but they do not do it calmly, they come here, they will do anything to get in, they do not lose, they are like that, they are all like this!*

*Subject # 5: I think, that, the relationship would be better if we procure a conversation more often, more, more concerned about the people, the community not just about their work or to fulfill the profession or their work. The human being should*

*communicate more with people, everything with a little understanding and patience can be improved.*

*Subject # 6: No, no, I see it the same, same, I have not seen anything in the community.*

*Subject # 7: In the last two years I think it has worked well, I think they have juggled well, when they are called this give more preventive rounds and are always pending, when any event happens in the neighborhood in the sector they are pending. I understand that there has been some improvement, but in knowing how many crimes and not that. Because that always I believe they always hide the statistics.*

*Subject # 8: Well the first thing is that here the community of Puerto Rico does not help the police, on the contrary, they see things and hide and see that they are killing, stealing and remain silent and say nothing. And I do not agree with that. That's because they do not trust the police. I have not seen a difference in these two years, nothing, everything remains the same.*

**The findings and conclusions of the Dominican community focus group in Rio Piedras:**

➢ The focus group answers (to the Reform questions) reveal that they were mostly concerned and skeptical about the professionalization of PRPD. It is mentioned over and over again the lack of professionalization in their interventions with the people of the Dominican community and the incidence of inadequate Stops, Searches, and Seizures.

➢ Mention is made again and again of the disproportionate use of force by police officers against the Dominican community and marginalized communities living in Puerto Rico.

➢ All participants expressed the need for greater amount of supervisors and police oversight in their daily duties.

➢ In the integration of the police with the people of the Dominican community they expressed that there has been no interaction, but the fault is mutual.

➢ In conclusion, this focus group expresses fear and an immense distrust towards the PRPD.

**General Conclusions of the nine (9) Focus Groups**

➢ The groups are very dissatisfied with the members of the PRPD and point out a lack of professionalism when intervening with the communities. The PRPD has greatly improved its relationship with community leaders in the last 2 years. However, not so with the community as a whole.

➢ In the use of force, the participants comment that it will depend on the situation in which the officer is. However, they believe that there is an improvement in the use of force by the police. In full, the participants express the need for greater amount of supervisors and police oversight in their daily duties. In addition to supervision during the Stops, Searches, and Seizures carried out by the police. In the use of force, the high incidence of disproportionate use of force by police officers against marginalized communities and the homeless is mentioned again and again.

➢ Stops, Searches, and Seizures: Many participants understand that some members of the uniformed are abusers. They indicate that not only physical force is used, but also verbal insults. They use the fact that they are policemen and can intimidate the citizens by arrogant and violent attitudes. In addition, they use excessive force to handle many cases. Communities expressed great concern for children and the elderly during the raids and searches. They also express discomfort for the destruction of private property during these proceedings.

➢ With reference to Equal Protection and Non-Discrimination the participants exhibit divided opinions. On the one hand, some argue that they do not perceive police discrimination towards certain sectors, but recognize that this perception may vary depending on the sector, social class or group to which the individual belongs. The

poorer communities (homeless people, public housing residents, women victims of crime, black community, Dominican community) and the LGBTT group interviewed for this qualitative study indicate a lot of discrimination and no protection.

➢ About the topic of Supervision and Administration the contributors interestingly find it difficult to identify the ranks of the police and therefore cannot identify when they are approached by a supervisor or a senior officer. They suggest renewing the hierarchy of the PRPD, by a new group of officers and civilians with a new vision of the Department. A total restructuring with a new institutional culture.

➢ Lastly, in the area of Interaction with the Community and Public Information, the university students from Mayagüez mention that the Puerto Rico Police Department has improved in terms of interaction or communication with the community compared to previous years. All other eight (8) groups (homeless people, public housing residents, women victims of crime, black, Dominican and the LGBTT communities) indicate that the PRPD has not integrated along with their communities. They state that the PRPD lacks of an interconnection dialogue and understanding with these highly resentful and infuriating communities over the past behavior of the PRPD

➢ The focus groups in this comprehensive study point out that the purposes of the Puerto Rico Police's Sustainable Reform have hardly been disclosed. There is much uncertainty about the Reform because of a great lack of disclosure and information. They suggest that information be disseminated systematically in the community and not just in meetings with community leaders.

➢ About 73% of the people who participated in this qualitative study indicated that they had not read or know very little about the Reform. Therefore, almost three quarters are unaware of the Reform of the Puerto Rico Police Department.

➢ The findings of this qualitative study confirm those of the quantitative research report finished in May 2016.

**Recommendations:**

- We reiterate that the majority of residents of Puerto Rico are unaware of the Reform of the Puerto Rico Police Department. It is therefore imperative that the Reform Office in the PRPD continue to actively disseminate the mission and objectives of the Reform through all media and weekly or monthly visits to communities.

- All members of the PRPD should be required to act with professionalism when intervening with communities. Mandatory protocols should always be used when intervening with residents of Puerto Rico.

- Although there has been an improvement over the past two years in the use of force, the high incidence of disproportionate use of force by police officers with marginalized communities and the homeless is mentioned again and again. More supervision is recommended in situations where force is anticipated.

- Communities expressed great concern for children and the elderly during the raids and searches. They also express discomfort for the destruction of private property during these proceedings. Therefore, it is recommended that during these operations, senior officers should participate directly in the course of action.

- The poorer communities and the LGBTT group interviewed for this study indicate that there is no healthy community interaction and public information with the PRPD members. The other groups indicate that there is an improvement in this course. It is suggested that the senior management of the PRPD establish a plan to serve those sensitive communities that still complain about the PRPD.

➢ Links should be established not only with community leaders, but with the whole community. There is great distrust of all members of the PRPD, especially in marginalized and / or sensitive communities.

➢ This study clearly indicates that there are several communities with much anger and resentment toward the members of the PRPD. The PRPD should reconcile as soon as possible and address these differences to improve community relations.

➢ Effective interaction and systematic education, both for PRPD members and for all communities is imperative. The PRPD needs a proper cultural change in order to externalize (The Reform) it effectively.

## References

1.      Richard A. Krueger & Mary Anne Casey (2015) **Focus Groups: A Practical Guide for Applied Research**. SAGE Publications, Inc.; 5 Spi edition.

2.      Bloor, M., Frankland, J., Thomas, M., y Robson, K. (2002) **Focus groups in social research.** London: Sage.

3.      Howard Lune and Bruce L. Berg (2016) **Qualitative Research Methods for the Social Sciences, Books a la Carte (**9th Edition).

4.      Patricia E., Heinrich, Carolyn J. (2016) **Mixed Methods for Policy Research and Program Evaluation,** Sage Publications.

5.      Hernández Sampieri, R., Fernández Collado, C. y Baptista Lucio, P. (2010). **Metodología de la Investigación**.  3ra Edición. México, DF: McGraw-Hill. Interamericana Editores.

6.      David  E  McNabb,  (2013)  **Research  Methods  in  Public Administration and Nonprofit Management**, Routledge; 3rd edition.

7.      Eller, Warren, Gerber, Brian J., Robinson, Scott E. (2013); **Public Administration Research Methods: Tools for Evaluation and Evidence-Based Practice** 10th Edition.


8.      Gerald J. Miller & Kaifeng Yang (2009) **Handbook of Research Methods in Public Administration**, CRC Press, Taylor & Francis Group.


9.      Michael S., Ph.D. Lewis-Beck (Editor), Alan E Bryman (Editor), Futing (Tim) Liao (Editor) (2004).   **The SAGE Encyclopedia of Social Science Research Methods**. SAGE Publications.


10.     David E. McNabb. (2012) **Research Methods in Public Administration and Nonprofit Management: Quantitative and Qualitative Approaches**. M.E. Sharpe.


11.     Elizabeth Ann O'Sullivan, Gary R. Rassel, Maureen Berner. (2007). **Research Methods for Public Administration**. Longman; 4th edition.


12.     Sandra van Thiel, (2014) **Research Methods in Public Administration and Public Management: An Introduction** (Routledge Masters in Public Management) Paperback.

# ANEJOS

# (SPANISH APPENDIXES)

Anejo #1

Historial y puntos principales del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico establecidos e l 17 de julio de 2013 son:

1. El Estado Libre Asociado de Puerto Rico (ELA) y los Estados Unidos están comprometidos al cumplimiento enérgico y constitucional de la ley. Las Partes comparecen en este Acuerdo para asegurar que la Policía de Puerto Rico (PPR) ofrezca servicios policiacos que respeten los derechos civiles garantizados por la Constitución y las leyes de los Estados Unidos y del ELA. Este Acuerdo también tiene el objetivo de promover la seguridad pública al proveerle al personal de rango las herramientas, la orientación y los recursos que necesitan para combatir efectivamente el crimen. Las Partes reconocen que la seguridad pública, las actuaciones policiacas constitucionales y la confianza de la comunidad en su cuerpo de policía son interdependientes. La implementación plena y sostenida de este Acuerdo protegerá la seguridad pública, garantizará los derechos civiles de los individuos y aumentará la confianza del público en la policía.

2. Este Acuerdo es el resultado de un gran esfuerzo de consulta y cooperación entre la PPR y el Departamento de Justicia de los Estados Unidos ("DOJ", por sus siglas en inglés) y se basa en las iniciativas de reforma comenzadas por la PPR. Las Partes reconocen que la modernización y la profesionalización de la PPR son prioridades importantes y han llegado a un acuerdo sobre reformas integrales para lograr estos objetivos. Este Acuerdo servirá de plataforma para otros esfuerzos de colaboración entre las Partes para optimizar las capacidades de aplicación de la ley de la PPR, aumentar la seguridad pública y proporcionarle al personal de rango el conocimiento, la formación y los recursos que necesitan para combatir el crimen de manera efectiva y para poder cumplir con los estándares policiacos constitucionales más elevados.

3. Tal como se establece en detalle a continuación, las Partes han trabajado en conjunto e identificado las medidas para mejorar cada una de las siguientes áreas: (1) Profesionalización; (2)

Uso de Fuerza; (3) Registros y Allanamientos; (4) Igual Protección y No Discrimen; (5) Reclutamiento, Selección y Nombramiento; (6) Políticas y Procedimientos; (7) Adiestramiento; (8) Supervisión y Administración; (9) Querellas Administrativas, Investigaciones Internas y Disciplina; (10) Interacción con la Comunidad e Información Pública; y (11) Sistemas de Información y Tecnología. Para llevar a cabo estas reformas, la PPR desarrollará Planes de Acción en cada una de estas áreas sustantivas. Estos Planes de Acción establecerán en detalle los pasos acordados para ejecutar e implementar las reformas y lograr los resultados deseados en cada área. Estas reformas requerirán la implementación de políticas, prácticas, adiestramientos, documentación, revisión interna, mejora continua y supervisión.

4. Para garantizar la responsabilidad pública de la PPR, el presente Acuerdo requiere la recopilación y la difusión pública de información sobre los esfuerzos realizados a la reforma y sus resultados. Es de vital importancia, que el progreso de la PPR y los logros alcanzados bajo estas reformas se publiquen de manera oportuna y confiable para así fortalecer la confianza de la ciudadanía en la PPR.

5. En el año 2008, el DOJ inició una investigación de la PPR acerca de un presunto patrón o práctica de uso de fuerza excesivo, registros y allanamientos inconstitucionales y prácticas policiacas discriminatorias. El DOJ realizó la investigación conforme a lo dispuesto en la Ley para el Control de Crímenes Violentos y Orden Público de 1994 (Violent Crime Control and Law Enforcement Act), 42 U. S. C. § 14141, y las disposiciones anti discrimen de la Ley de Control de Crimen General y Seguridad en las Calles (Omnibus Crime Control and Safe Streets Act), 42 U. S. C. § 3789d. La PPR acogió la investigación comprometiéndose a cooperar, y ha trabajado en colaboración con el DOJ para establecer las reformas enunciadas en este Acuerdo.

6. Como parte de su investigación, el DOJ y sus asesores en prácticas policiacas realizaron una investigación detallada de los hechos con la ayuda y plena colaboración de la PPR, incluyendo recorridos de las áreas policiacas; entrevistas con agentes, supervisores y oficiales de alto rango de la PPR, funcionarios del ELA, público en general, y otras partes interesadas. También examinaron miles de documentos, incluyendo políticas y procedimientos, informes de incidentes, expedientes de

investigaciones internas, expedientes de querellas administrativas, informes de auditores externos, documentos legislativos, y realizaron patrullaje con agentes y supervisores de la PPR. El Superintendente y los oficiales de alto rango de la PPR se reunieron personalmente con representantes y consultores del DOJ en múltiples ocasiones y se comprometieron a apoyar este esfuerzo plenamente.

7. En respuesta a las preocupaciones planteadas por el DOJ y en reconocimiento de la necesidad de modernizar y profesionalizar sus operaciones, la PPR emprendió sus propios esfuerzos internos de reforma, con la asistencia de reconocidos consultores policiacos. Estos esfuerzos culminaron con la publicación en marzo de 2011 de su propio plan de reforma interno de la PPR: el Plan de Excelencia (Plan). Las reformas del Plan incluyen el desarrollo y la implementación de nuevas políticas sobre el uso de fuerza y de una amplia gama de áreas sustantivas; el adiestramiento de todos los correspondientes miembros de la PPR en las nuevas políticas de uso de fuerza a través de un nuevo programa de adiestramiento basado en el concepto de "adiestramiento de adiestradores" (train the trainers); la adopción de un sistema de disciplina modificado; la mejora de los procedimientos de querellas administrativas; el fortalecimiento de los esfuerzos de alcance comunitario a través de los Comités de Interacción Ciudadana; y una revisión del personal para mejorar la proporción entre supervisores y miembros de la PPR. Un componente crítico del Plan fue el establecimiento de determinados precintos denominados "Zonas de Excelencia" donde las mejores prácticas se aplicarían primero, y luego se extenderían a la PPR en general. Hasta la fecha de hoy, se ha establecido una de esas Zonas de Excelencia en el Precinto de Bayamón Oeste.

8. En septiembre de 2011, el DOJ emitió un informe escrito sobre los resultados de su investigación (Informe). El Informe establece las conclusiones del DOJ relacionadas con el uso de fuerza; el uso de fuerza para suprimir el ejercicio de derechos constitucionales cobijados bajo la Primera Enmienda; y los registros y allanamientos. El Informe identifica varias áreas adicionales de grave preocupación tal como actuaciones policiacas discriminatorias, y la investigación de los delitos sexuales e incidentes de violencia doméstica. El Informe también identifica deficiencias sistemáticas en las políticas y procedimientos de la PPR; conducta de las divisiones especializadas;

adiestramiento previo al servicio policiaco y adiestramiento y capacitación a policías; supervisión; el recibo, investigación y adjudicación de querellas por conducta impropia; actos de delincuencia y corrupción cometidos por miembros de la PPR; ascensos; manejo de riesgos; supervisión externa y rendición de cuentas; e interacción con la comunidad. El Informe concluye que la PPR sufre una serie de problemas profundamente arraigados que han existido desde hace muchos años y que deben ser atendidos en forma sistemática.

9. Aunque la PPR no estuvo de acuerdo con todos los hallazgos y conclusiones del Informe, tras la publicación del mismo y durante todo el 2012, las Partes se reunieron para compartir sus ideas y propuestas con el fin de modernizar y profesionalizar la PPR y se discutieron las numerosas reformas que ya se están implementando en dicha Agencia. Cuando el recién elegido gobierno del ELA tomó posesión de su cargo en enero de 2013, la nueva administración se familiarizó con el Acuerdo y continuó las negociaciones para finalizarlo. El Acuerdo es el producto de un gran esfuerzo de cooperación basado en el compromiso mutuo entre las Partes en torno a la aplicación de la ley de forma constitucional y efectiva. Este Acuerdo amplía los esfuerzos de reforma de la PPR hasta la fecha.

10. Las reformas de este Acuerdo están destinadas a proteger la seguridad pública, a promover prácticas policiacas constitucionales y desarrollar la confianza de la ciudadanía en la PPR. Las Partes firman este Acuerdo con el fin de cumplir con estos objetivos fundamentales y para asegurar que la PPR garantice a todos los residentes de Puerto Rico los beneficios de un cumplimiento de ley vigoroso y constitucional.

Anejo#2

**AREAS DE IMPORTANCIA EN LA REFORMA**

**La Reforma gira en torno a las múltiples violaciones de derechos civiles realizadas por funcionarios de esa agencia. El acuerdo posibilita medidas de reforma en las siguientes áreas de la Policía:**

- **Reclutamiento, selección, contratación y profesionalización**

- **Uso de la fuerza**

- **Allanamientos, confiscaciones, controles internos**

- **Protección igualitaria y no discrimen contra los ciudadanos**

- **Supervisión, vigilancia y rendición de cuentas**

- **Participación comunitaria e información pública**

**Anejo#3**

**Cuestionario para los GRUPOS FOCALES**

**Reforma del Departamento de la Policía de Puerto Rico**

**T.C.A., Corporation**

Preguntas Demográficas de cada entrevistado(a):

1-        ¿A qué grupo étnico usted pertenece?

○ a.) Predominantemente blanco

○ b.) Predominantemente negro/mulato

○ c.) Predominantemente indio

○ d.) Predominantemente asiático

○ e.) Mixto

○ f.) Otro

2-        Sexo

○ a.) Hombre        ○ b.) Mujer

3-        Orientación Sexual

○ a.) Lesbiana        ○ b.) Gay

○ c.) Bisexual        ○ d.) Heterosexual

4- Identidad de Género (otro de hombre y mujer)

○ a.) Transexual        ○ b.) Queer

○ c.) Cisgénero     ○ d.) Género Neutral

○ e.) Transgénero     ○ f.) Otro

5-      Identidad de Género

○ a.) Masculino      ○ b.) Femenino          ○ c.) LGBTT

6-      Edad

○ a.) 18 - 28 años

○ b.) 29 - 39 años

○ c.) 40 – 50 años

○ d.) 51 – 61 años

○ e.) 62 - 72 años

○ f.) 73 +

7-  Zona de residencia

○ a.) Barrio Rural

○ b.) Barrio Urbano

○ c.) Pueblo Urbano

○d.) Ciudad Urbana

8-      Cuál es el grupo de trabajo al cual usted pertenece.

○ a.) Profesional (médico, abogado, ingeniero, profesor, empresario, alta gerencia)

○ b.) Mediana Gerencia (posición de supervisor)

○ c.) Empleado de cuello blanco (maestro, enfermero(a), secretario(a), policía, dependiente de tienda, Realtor, cartero, alguacil, trabajo clerical, plomero, electricista)

○ d.) Empleado de cuello azul (mantenimiento, jardinería, carpintero, albañil, cerrajero, mudanzas, construcción)

○ e.) Ama de llaves

○ f.) Empleado a Tiempo Parcial

○ g.) Estudiante

○ h.) Desempleado

○ i.) Pensionado/Retirado

9- ¿Qué nivel de escolaridad usted alcanzó?

○ a.) Doctorado o Juris Doctor

○ b.) Maestría

○ c.) Bachillerato

○ d.) Grado Asociado o Estudios Técnicos

○ e.) Escuela Superior

○ f.) Escuela Elemental

○ g.) Ninguna Escolaridad

10- Por favor indique su status matrimonial:

○ a.) Casado(a)

○ b.) Divorciado(a)

○ c.) Soltero(a)

○ d.) Viudo(a)

○ e.) Convive

11- ¿Cómo usted se identifica?

○ a.) puertorriqueño(a)

○ b.) dominicano(a)

○ c.) americano(a) continental

○ d.) asiático(a)

○ e.) cubano(a)

○ f.) Otro

12- ¿Usted ha leído sobre la Reforma de la PPR y conoce sobre la misma?

○ a.) No, y tengo total desconocimiento

○ b.) Conozco muy poco

○ c.) Conozco algo

○ d.) Conozco bastante

○ e.) Estoy completamente enterado de la Reforma.

○ f.) No sé, No contestó

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**Guías e Instrucciones Generales para los Facilitadores(as)**

1-        Cada Facilitador(a) tendrá a su cargo un grupo focal seleccionado para coordinar, desarrollar, grabar y transcribir la interacción grupal. Luego debe redactar un Informe sobre la discusión de las áreas señaladas más adelante siguiendo las directrices del Dr. Richard Blanco-Peck. Con las sugerencias de los Líderes Comunitarios y la red de comunicación provistos por ellos y el Dr. Richard Blanco-Peck, se seleccionarán 8 personas para participar en cada uno de los ocho grupos focales.

2-        Cada facilitador(a) tendrá una grabadora y le pedirá al grupo su consentimiento para grabar la discusión. SI ALGUIEN NO ESTA DE ACUERDO NO PUEDE PARTICIPAR. Los participantes NO tienen que proveer información personal como nombre, dirección, etc. Solo llenará el cuestionario demográfico ANTES de comenzar la discusión de las Áreas de la Reforma.

3-      Se le preguntará individualmente y al grupo: ¿Qué creen sobre las áreas específicas de la Reforma y cómo la Policía de Puerto Rico está manejando cada una en los últimos 2 años? Se discutirá cada área por separado. El (la) facilitador(a) guiará al grupo a la discusión de cada área y mantendrá la concordia de la misma sin expresar su valoración, solamente dirigiendo al grupo a mantener la discusión sobre cada área.

¿Qué creen los integrantes del grupo focal sobre estas áreas específicas de la Reforma y cómo la Policía de Puerto Rico está manejando cada una en los últimos 2 años?

I. Profesionalización: Requiere que los miembros de la Policía de Puerto Rico realicen intervenciones profesionales y respetuosas, garantizando la protección de los derechos civiles para fortalecer la confianza de la ciudadanía. ¿Qué creen sobre la Profesionalización de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?

II. Uso de la Fuerza: Controles Internos y Rendimiento de Cuentas: Requiere desarrollar políticas y procedimientos que establezcan la aplicación del uso de fuerza necesaria y razonable por parte de los miembros de la Policía de Puerto Rico, conforme a los derechos civiles garantizados por la Constitución de Estados Unidos y Puerto Rico. Si alguno realiza un uso de fuerza excesivo se expondrá a medidas disciplinarias, criminales y/o civiles. Requiere aceptar la responsabilidad y rendir cuentas de manera objetiva y oportuna. ¿Qué creen sobre el Uso de la Fuerza, Controles Internos y Rendimiento de Cuentas de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?

III. Registros y Allanamientos: Requiere que todas las detenciones investigativas, registros, allanamientos y arrestos se realicen legal y estratégicamente para la prevención del crimen. De existir alguna violación por parte de un miembro de la Policía de Puerto Rico se realizará las medidas correctivas adecuadas. ¿Qué creen sobre los Registros y Allanamientos de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?

IV. Igual Protección y no Discrimen: Requiere asegurar que la Policía de Puerto Rico efectúe servicios policiacos objetivos y libres de prejuicios, invitando de esta manera a que la

comunidad participe activamente y se involucre en la prevención del crimen. ¿Qué creen sobre la Igual Protección y no Discrimen de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?

V. Supervisión y Administración: Requiere garantizar que la Policía de Puerto Rico cuente con la cantidad necesaria de supervisores inmediatos cualificados, para que realicen una supervisión efectiva, ofrezcan a los agentes bajo su mando las instrucciones y orientaciones necesarias para mejorar y desarrollarse como policía e identificar, corregir y prevenir conductas inadecuadas. La PPR desarrollará un sistema de identificación temprana (EIS) para identificar comportamientos inadecuados. ¿Qué creen sobre la Supervisión y Administración de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?

VI. Interacción con la Comunidad e Información Pública: Requiere que la Policía de Puerto Rico interactúe y cree relaciones firmes con las comunidades para promover la colaboración en la solución de problemas, prevención del crimen, crear confianza, respeto mutuo y trabajar en unión a los Comités de Interacción Ciudadana. La Policía de Puerto Rico mantendrá informada a la ciudadanía sobre el proceso de Reforma, los logros obtenidos, estadísticas de delitos e información de interés público. ¿Qué creen sobre la Interacción con la Comunidad e Información Pública de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?

**Anejo # 4**

### Trascripción comunidad de Luis Llorens Torres

Hora: 10am

Cantidad de participantes: 8

Lugar de la actividad grupal: Residencial Luis Llorens Torres

Entrevistador- Beatriz Pérez Illa

Fecha: 3 febrero de 2017

Director- Dr. Blanco Peck

**Transcripción de Preguntas y Contestaciones**

**I. Profesionalización:** Requiere que los miembros de la Policía de Puerto Rico realicen intervenciones profesionales y respetuosas, garantizando la protección de los derechos civiles para fortalecer la confianza de la ciudadanía. **¿Qué creen sobre la Profesionalización de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?**

*Persona 1- Este, estoy también de verdad con lo que han mencionado anteriormente, entiendo yo ve como que ya mencionaron, ellos si son la autoridad, pero se aprovechan de que como*

149

con la autoridad del país, pues ha podido hacer lo que me da la gana y violan los derechos muchas veces de los ciudadanos. Y eso que entiendo que el respeto verdad al que respecto al que respeto merece y que deberían de que donde llegan tus derechos comienzan los míos. Y pue pues medir un poco más cuando toman decisiones cuando actúan por que solamente es la realidad que se vive día que actúan cuando ya hay algo grave, cuando en ocasiones muchas veces no se tiene que llegar a algo grave que ya sea este un incidente que haya un asesinato o una agresión fuerte para que ellos tomen acción.

Persona 2- Estoy de acuerdo también que no en muchas ocasiones eh actúan de la mejor manera, encuentro que ellos son realmente la autoridad y son las personas que están a cargo de cuidar y proteger a pues a las personas entiendo yo que muchas veces exceden un poquito la cuestión de su poder

Persona 3- (movimiento de cabeza, no)

Persona 4- Entiendo que deberían ellos como profesionales darles más talleres a los policías verdad, para que se involucren más con la comunidad si hay situaciones que ameritan esfuerzos y un poco de lesson porque si hay casos, pero hay otros casos que no. Sabes que en cuestiones del tacto y la forma de dirigirse a la persona a veces no es la mejor a veces es más brusca. Se utilizan cosas que a lo mejor no es la correcta. A lo mejor tú puedes hablarle a un civil y decirle mira puedes moverte por favor, necesito que, Y hay veces que exceden ese límite.

Persona 5- (movimiento de cabeza no)

Persona 6- Yo entiendo que no todos están actuando con profesionalismo porque ha habido muchos abusos, aparte de eso también es cierto que ellos avances tiene la razón, pero no todo el tiempo, este considero que debemos tomar algunos talleres para ver que más se puede hacer de acuerdo como ellos actúan y como los residentes va actuar o el público general.

Persona 7- Si estamos hablando en general a nivel isla, yo no puedo verdad, no tengo la información a nivel isla y de lo que puedo ver, pero si dentro de nuestra comunidad es cero. Nosotros no vemos seguridad excepto cuando pasa alguna situación ya verdad de otro extremo

*como muerte algo así, lamentable eso es lo que yo vivo día a día con la policía aquí en nuestra comunidad. A nivel isla pues, lo que se hace, lo que se oye lo que se oye en las noticias de que fueron haya de que paso algo, pero nada extraordinario que yo creo que la policía este ahí cumpliendo a cabalidad cierto*

*Persona 8- (movimiento de cabeza no)*

*Entrevistadora- Como por ejemplo la policía muchos lo que dicen son reactivos no preventivos de lo que están haciendo.*

*Persona 1- Actúan cuando ya ocurre la situación.*

Entrevistadora- Ok. ¿Quién más desea comentar en relaciona eso? Mencionaron talleres municionaron como mejoraría; ¿cómo más, lo que no han participado como piensan que la policía está actuando su profesionalismo con la comunidad, y más claro como estamos en nuestra comunidad de Llorens Torres como es esa profesionalidad? ¿Alguien más que le gustaría?

*Persona 6- Que no orientan. Sabe ellos hacen su trabajo ha como mejor le convenga.*

**II. Uso de la Fuerza: Controles Internos y Rendimiento de Cuentas:** Requiere desarrollar políticas y procedimientos que establezcan la aplicación del uso de fuerza necesaria y razonable por parte de los miembros de la Policía de Puerto Rico, conforme a los derechos civiles garantizados por la Constitución de Estados Unidos y Puerto Rico. Si alguno realiza un uso de fuerza excesivo se expondrá a medidas disciplinarias, criminales y/o civiles. Requiere aceptar la responsabilidad y rendir cuentas de manera objetiva y oportuna. **¿Qué creen sobre el Uso de la Fuerza, Controles Internos y Rendimiento de Cuentas de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

*Persona 1*

*Persona 2*

*Persona 3*

*Persona 4*

*Persona 5*

*Persona 6- Entiendo que no es la correcta. Por qué no puede esta, si tu ere hostil, vas recibir hostilidad. Todo agresivo recibe agresividad, todo lo que con fuerza recibe fuerza sabe, debemos sabe, intolerancia.*

*Persona 7*

*Persona 8*

**\*Nota. Solo una persona hablo, la entrevistadora tiene que estimular la participación de los participantes en esta pregunta\***

Entrevistadora- ¿Quién más quiere comentar sobre eso, el uso de fuerza que está pasando aquí? ¿Aquí hay niños como podemos todos ver, el uso de fuerza que ellos están viendo piensan que es lo correcto y las medidas que se quieren tomar, penalizar o corregir se están dando en lo que ustedes ven?

*Persona 1- No estoy de acuerdo verdad porque muchas veces cuando toman acción ellos no miden si hay menores, si hay envejecientes o lo que sea. Ellos vamos pa lante y olvídate si estoy ocasionando algún tipo de daño a algún menor, algún familiar es como que no me importa. Tú no eres familia mía, pue vamos hacer lo que tengamos que hacer.*

*Persona 8- Estoy pasando por una situación ahora mismo y me han violado los derechos también. La situación es por una segunda persona, pero me involucran a mi cuando no tengo que ver en la situación en el caso que está ocurriendo*

Entrevistadora- en cuestión con la fuerza; choque de fuerza.

*Persona 8- Exacto. Han venido a mi casa y no hay una orden para tu entra y por qué él es policía él quiere entrar el agente.*

Entrevistador- ¿Quién más desea comentar, alguna situación que han pasado o que han visto que sienten que han usado esa fuerza incorrectamente?

*Persona 6- Es que no hay diálogo, lo que hay es fuerza. No hay diálogo.*

Entrevistadora- Lo que refirma quiere hacer es medidas disciplinarias criminales o civiles para poder tratar de, penalizar o corregir la acción de los policías. Ustedes ven que eso se está habiendo.

*Varias personas a la ves – No*

Entrevistadora- Perona 3, voy con cada uno, pero persona 3 por que tú piensas que no.

*Persona 3- Como es lo que dijeron muchas de mis compañeras es lo que vivimos cada los días y no se ve ningún cambio, no se ve nada, sabe, nosotros vivimos aquí en el vecindario muchas veces ve tiroteaos esto y lo otro y no hay, sabe no se ve un cambio de los policías, es un cambio.*

*Persona 2- No hay mejoramiento*

*Persona 1- Uno menos*

*Persona 4- Entiendo que no se han tomado las medidas necesarias respecto a los policías de las sanciones y pienso que lo dejan eh de lleno sí.*

*Persona 1- Suspenderlo*

*Persona 4 - Como que mira pues vamos a ponerle sala a este policía tal día, por le dio agredió físicamente a una persona que tenía que intervenir, tres días y después lo vuelve hacer. No se ve ese cambio como que mira te estamos penalizando pq hiciste esto, necesito que tomes, vuelvo y recalco los talleres es bien vital para eso porque está lidiando con personas todo el tiempo y si tú no instruyes a una persona a lidiar con distintos tipos de personas como tu pretendes que ellos den un buen servicio. Sabe el servicio ahora mismo, diría de un cien por ciento yo diría que los ochenta picos es pésimo. Sabe el otro restante son las personas todos los uniformados que hacen un poquito mejor su trabajo*

Entrevistadora- Ok. ¿Y si han visto esa gente que los veinte picos porciento ya que vamos a ver lo ha visto esos veinte picos porciento de personas que están tratando de hacer su trabajo en esta comunidad?

*Persona 4- Sí, se ve.*

¿Entrevistadora- Pues como en qué situación que ven esto en ese veinticinco porciento que se ha visto ese mejoramiento?

*Persona 4- En mi caso sería porque siempre hay un oficial que trata de lidiar las cosas siempre trata ese balance, siempre hay uno que es más rudo que otro, siempre hay uno que es ms pasivo mira estamos aquí para intervenir. Hay otro que es más agresivo, no tienes que venir hoy y tenemos que irnos porque es así.*

Entrevistadora- Alguien más que le gustaría comentar los veinte picos porciento que menciona la compañera o en ese ochenta por ciento que menciona muy bien eso talleres que son vitales, ¿Han dado función? ¿Alguien más que piensa que si han dado función o que no han dado función?

*Persona 6- Eh ellos mismos no tienen compañerismo, porque si el compañero le dice que tu está pujando hostil el mismo se enoja con el compañero porque sabe que el compañero le está diciendo la verdad. Y entonces pues se molesta sabe que ellos mismos no tienen compañerismo, es lo que yo digo y lo que yo dogo ellos son la fuerza.*

**III. Registros y Allanamientos:** Requiere que todas las detenciones investigativas, registros, allanamientos y arrestos se realicen legal y estratégicamente para la prevención del crimen. De existir alguna violación por parte de un miembro de la Policía de Puerto Rico se realizará las medidas correctivas adecuadas. **¿Qué creen sobre los Registros y Allanamientos de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

*Persona 1- Este pue ello sinceramente están violando los derechos del ser ciudadano por ahora mismo si ya tú tienes una orden que te permite entrar al lugar vale la necesidad de que ya; luego que te abran la puerta romper las cosas, tirar las cosas al piso, tratar mal a las personas si te están dando la oportunidad de tu entrar porque ya tienes la orden. Y pues ello a ah ya entre y ya como que ya aquí está la autoridad voy hacer lo que me da la gana en la casa sin importar el daño que está causando y muchas veces la mayoría aquí de los hogares hay muchas menores. Y ellos*

154

*entrar y no están viendo que los menores están viendo que están con armas de fuego que están con agresividad y entonces los nenes aquí con los nervios. Hay muchos menores aquí que ven los guardias y eso es como miedo y no les tienen respecto como que este esté es quien me va salvar a mí, lo ven como que a la policía y vemos a el niño se esconden o hasta lloran porque, ah te voy a llamar la policía y tú ves a los nenes, ah no la policía no. Cuando se supone que lo vean como una figura que los va proteger que va brindarle protección.*

*Persona 2- (no cumplen en seña de cabeza)*

*Persona 3- (no cumplen en seña de cabeza)*

*Persona 4- (no cumplen en seña de cabeza)*

*Persona 7- No es el tipo de autoridad y yo he observado que los niños le gustan verdad preguntar. Y hace algunos días yo estuve una familia una está de practica y ya sabíamos que las personas que estaban ahí eran agentes y estos estaban así y tenían así uno fronte como si no fuera un agente y si no simplemente unos más con las armas y hablando de una manera tu sabe para no ofender fuerte y así estamos dando la vuelta con los nenes tamos observando eso que inclusive vuelvo y te repito lo he visto en otras ocasiones, pero este estuvo como más cerca y fue lamentable.*

*Persona 1- Obscenos*

Entrevistador- Alguien más que desee comentar sobre los afectos y los allanamientos por ejemplo esto del afecto la persona comento que no lo están haciendo de la manera correcta y la persona que piensan entonces que ellos están diciendo que están tomando las medidas disciplinarias a estos agentes de la policía que no lo están haciendo de esa manera. ¿Cómo ustedes piensan que ellos lo pueden hacer, si estas medidas han funcionado? ¿Qué recomendaciones pueden hacer para que eso pueda moverse?

*Persona 6- Entiendo que ellos la quieren tomar, pero lamentablemente si somos las personas las que toman medidas disciplinarias con ellos entonces nosotros somos los perjudicados ellos siempre van estar bien porque son la ley. Y la ley es ley sabe. ¿Cuándo tú has visto que la ley pierde? Y aún está mal la ley no pierde por que siempre se tapan los unos a los otros, los mismos*

*jueces se tapan. Sabe la ley es ley, la gusta a quien le guste es ley. Aquí no se puede ir en contra de eso, por lo menos nosotros los ciudadanos no podemos ir en contra de eso. La policía relaja, la guardia nacional y aquel indulta al otro y todos son por igual quien siempre sale perjudicado somos nosotros los de pueblo.*

Entrevistadora- Persona 5 que estaba diciendo unas cositas por debajo de la voz, como que usted piensa relacionado con los allanamientos que esto está pasando. Queremos escucharla a usted también

*Persona 5- No, no, no yo no tengo nada que decir. Porque lo que yo voy a decir todo el mundo ha dicho, yo estoy a favor de todo lo que dicen. Lo único que y siempre pienso si el policía interviene en cualquier revolú que haya te cogieron a ti, te esposaron, lo único que a mí no me ha gustado de toda la vida es si te esposan ¿Pa' que te dan? Esa mayoría vista están, yo no digo na porque esos son la ley. Pero abuso eso a mí no me gusta, pero tú me quiere esposar ta bien perfecto, te empiezan a que empiezan a, no son todos, pero hay algunos tú sabes, al algunos que mandan, algunos malos algunos bueno que sea todo el mundo saben que quiere decir que ellos menos porque poquito aquí como ella dijo, pues eso a mí nunca me han hecho eso, pero ta en la casa te vienen a allanar pues la más que eres una simple mujer, tú ya no puede hacer nada verdad ni moverte ni hablar ni hacer nada. Ni hacer nada ni salirte pa fuera tan siquiera. Eso es lo que dicen porque yo no, a mí me da igual y ro rápido se sienta y no puede defenderte no puedes hablar ni nada te queda ahí sentada hasta mañana y o no buscar los nenes tuyos o puedes hacer nada. Si están adentro ya si están adentro ya que no abusen.*

*Persona 1- Abusan*

*Persona 8- No porque ellos son la autoridad y ellos llegan, tenemos una orden y vamos a entrar. Pero nunca me mostraron una orden, simplemente ellos están buscando una persona y ellos van a entrar así porque así yo tengo cuatro menores por lo menos a uno le han hecho el daño. Cada vez que uno me toca la puerta de casa ellos dicen que es la policía y la situación como es más o menos con el nene el que me le han hecho el daño y lo tengo en psicólogo desde esa vez. Sabe la situación ha ido empeorando. Pero si ya vinieron una vez, la persona no está en un contrato*

*conmigo, la persona no tiene comunicación conmigo, como cada vez que usted venga quieren entrar a verificar si ya una vez verificaron ustedes no tenían ni una orden. Yo los deje de a pasar por cortesía pasen y verifique porque el que no tiene hecha no tiene sospecha, pero cada vez que vienen, vienen con la misma situación. Quieren entrar y tienen que pararse en una esquina ellos rebuscan todos los cuartos, te riegan todo, te hacen quinientas cosas y tú tienes que quedarte callada porque ellos son agentes. Ya está última vez que vinieron le dije la próxima vez que venga me tienes que arrestar y llevarme contigo porque ya lo que tiene es un abuso.*

**IV. Igual Protección y no Discrimen:** Requiere asegurar que la Policía de Puerto Rico efectúe servicios policiacos objetivos y libres de prejuicios, invitando de esta manera a que la comunidad participe activamente y se involucre en la prevención del crimen. **¿Qué creen sobre la Igual Protección y no Discrimen de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

*Persona 1- Si han cogido ese taller de verdad que no lo están llevando a cabo, deberían de verse, integridad protección y eso pue. Exacto deberían integrarse más en la ciudadanía. Esta más en actividades. Por qué ahora mismo pueden ocurrir actividades y si ves una o dos patrullas que pasan miraron es mucho. Eso de pararse eh este integrarse con el grupo de personas, velar por su seguridad eso no se ve, a menos que no haya un incidente. Cuando aquí al cabo no ha habido que empieza una agresión un problema ah al rato es que aparece la policía. Dentro so ve uno por ahí*

*Persona 2- Años anteriores se veía mucho que la policía como la liga atlética siempre estaban aquí siempre hacían actividades siempre se llevaban niños a juegos, eh hacían torneo también que siempre se veía una participación de la policía dentro del residencial. Pero ahora mismo en estos años ya esa esa así ya no se ve, ya ellos no pasan por aquí. Si pasan es como que vienen se llevan dos o tres niños específicos, pero a los demás no los no los incorporan no los incorporan dentro de las actividades que ellos tienen. Y esos son los niños que están creciendo esos son los niños que están creciendo en la calle realmente. Y entiendo yo como la persona uno dijo que aquí se forma cualquier revolú y ya rápido pues llegan, pero realmente mientras pasa al día, si*

157

*nosotros aquí en el residencial vemos una patrulla en todo el día es mucho. Que eso lo que hace que la criminalidad pues aumente porque la gente ante ello no está viendo que están dando protección al residente y pues ahí aprovechan y hacen lo que vayan hacer. Y en caso de él discrimen y todo eso yo he visto muchas veces también cuando vienen, y es como están buscando un objetivo y como no encuentran ese objetivo, viene y se la desquitan con otra persona que tampoco tienen que ver. Porque he visto muchos casos que están buscando X o Y cosas y ven un grupito de persona y se paran y los hacen pasar un mal rato, hasta abusan con ellos porque pues no lograron el objetivo que ellos tenían y pues se la desquitan con otra persona*

*Persona 4- Esa prevención de ayudar a la juventud que es lo que uno tiene que ver que es vital por que la persona que vienen creciendo y vienen viendo ese tipo de cosa, no se no se está viendo como en años anteriores. Sabe estoy hiendo por la base de la persona dos. Que, si necesitamos nosotros como verdad como personas y ciudadanos que ellos se integren y den un poquito más, una milla. Nosotros como personas de residenciales hay que decirlo somos un poco marginados, somos marginados. Y cuando hay situaciones, de alto riesgo o algo así pues y no se logra el cometido, volviendo al punto verdad, pues ellos tratan como que, pues no paso, pues vamos hacer esto volvemos al grupo X Y pues vamos a bregar con esa gente. Necesitamos que ellos si tengan un poco más de seguridad, yo sé que sí, que hay situación que involucran un poco de fuerza, porque ya se supone que sí. Pero hay otras situaciones que tú puedes intervenir de manera más simple y más sencilla. Eh, que ellos se involucren con nosotros porque, a y esto es demasiado grande aquí entiendo yo que debería haber un poquito más de supervisión no tres, ni una patrulla, ni una debería haber más.*

*Persona 1- Una patrulla pa 140 edificios.*

Entrevistadora- En cuestión de lo que quiero usar, como dijeron de cuestión que se llevan uno de por medio que no están, ustedes piensan que eso va con la cuestión de discrimen porque, por ejemplo, puede ser que estén vamos a suponer que un grupo de muchachos que va a jugar baloncesto en una cancha, pero, como está ahí reunidos buscando por ejemplo equipo; dígame persona 3

Persona 3- Los que usted está diciendo, que fue lo que dijo la persona dos, que los guardias abusan se creen que...

Persona 1- Como uno es de esta comunidad, pues hay un corrillito ahí hay algo raro. No es para nada sano

Persona 3- Exacto. Aunque a veces, pues, esta los corrillos hay que ser yo, es lo que dijo la persona dos que, pues muchas veces como nos podemos, no sabe, no tiene ese objetivo a pues, con razón vamos a meter la que hay ahí, que están haciendo y es lo que dijo muchos de mis compañeros, abusan saben, el abuso está de más. Es como que uno entienda, pero cuál es el abuso si ellos no tienen na que ver.

Persona 2- Abundando en ese tema, entiendo yo que eso tiene que ver por frustraciones de los de ellos mismos. Frustraciones porque, ok tu vienes buscando una persona, *whatever*, vienes buscando tienes una este orden que te envía a buscar una persona, no la encuentras, pues entiendo yo por no encontrar y no poder llevar tu trabajo a cabo pues, te las desquitas con, los otros que están a tu alrededor. Y entiendo yo que parte es frustración de del mismo de la misma policía

Persona 5

Persona 6- Lo mismo, hostilidad tras hostilidad y así no lléganos a ningún lado, más hostil.

Persona 7

Persona 8- Eso es lo que está pasando, persona 8. Lo que explica la persona 2. Que al no dar con esa persona abusan de un familiar o tras persona. Sabes siguen con la situación ahí, y es como que es algo constante de corrido. Sabes si no das con la persona tiene que seguir con tu investigación porque es a ti que te toca. No preguntarme a mi o tratar de involucrarme en algo que no tengo que ver.

Persona 1- O cambiar la estrategia.

**V. Supervisión y Administración:** Requiere garantizar que la Policía de Puerto Rico cuente con la cantidad necesaria de supervisores inmediatos cualificados, para que realicen una

supervisión efectiva, ofrezcan a los agentes bajo su mando las instrucciones y orientaciones necesarias para mejorar y desarrollarse como policía e identificar, corregir y prevenir conductas inadecuadas. La PPR desarrollará un sistema de identificación temprana (EIS) para identificar comportamientos inadecuados. **¿Qué creen sobre la Supervisión y Administración de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

Persona 2- Entiendo yo que, como dijo seis, persona seis, deben, eh motivar, deben motivar más a los a los jóvenes el ser policía eh el estar dentro de verdad esa rama, darle una seguridad que la personas deseen realmente entrar a ese tipo de trabajo. Porque ahora muchas veces tú le preguntas como la persona uno dijo, que es un policía y tiene miedo. Y antes tú le preguntabas a un niño que tu quería hacer cuando sea grande y decían policía. Pero realmente haría, entiendo yo que, el ser policía no es una opción. El ser policía es o pues lo coges que no tengo más na que hacer, pero realmente no se le está dando las herramientas necesarias para que él quiera cumplir su trabajo dignamente y adecuadamente.

Persona 3- que ya no es.

Persona 4- Entiendo que, la estructura empieza de la casa. Pues más los de arriba, si los de arriba están podridos que los que están abajo van estar peor. So que tenemos que empezar por lo vital, por los grandes, por lo que son, lo que llevan a cabo y este y los que mandan. Hay que trabajar desde allá arriba sabe si, los que están allá arriba se estructura se modifica entiendo y debe ser que podría ser mejor, se podría mejor lo que es un aspecto de lo que es la policía. Eh, actualmente tú dices policía y todo el mundo piensa diablo,

Persona 5

Persona 6- Entiendo que, que debieran de sacar a todos esos oficiales que están obsoletos ya, sabe que ya en verdad sabe, buscar juventud, gente nueva, gente que este más preparada, física mentalmente porque ahí tú ves unos guardias últimamente y tú dices ¿y este guardia me podrá correr? Yo no seré la última Coca-Cola en el desierto, pero yo los veo y digo **_wow_**, ¿es en serio? Sebe que no, hay que buscar más preparación física mental y emocionalmente para estar capacitado para tu bregar con público, y para hacer tu labor diaria.

160

*Persona 7- Personas que han chavado*

*Persona 8- Sociedad que esta gente ha chavado*

*Persona 4- Ese respeto que uno tenía cuando tu papa y tu abuelo se criaban ya no se ve, ya es algo como que una persona me fastidia, este tipo viene aquí a chavar el ambiente, ya no es no es se respetó no se ve como antes es algo como pues tú eres policía pues tengo que obedecerte porque el gobierno me exige que te obedezca. Que no es algo que ya tu mira es policía, ya esos niños no ven esa profesión con admiración se ve, es policía un loco más. Que es algo real que se está viendo. Ya tú le preguntas un niño que tu quiere ser cuando seas grande y te dice ven eso. O no quiero ser policía por que los policías son unos abusadores, no es que estoy diciendo, no estoy generalizando si hay una poca población que si son tipo que son decentes, y tú has visto casos que hay policías que dan hacen obras de caridad, obras por los niños, trabajan por los niños, pero ese otro porciento que tú dices, mano como que dame un poquito más vamos a trabajar modificamos esto, pues no se ve. Entonces ahí tu vienes a generalizar porque tienes que involucrarlos a todos. Porque tú puedes hablar de ese dos por ciento que, con buenos, pero si son más los malos que tú vas hacer, ese dos por ciento que está siendo positivo cae en esa redada, se va se va. Pues, si se trabaja desde arriba eso, empezando por los tenientes o el supervisor o por el superintendente de la policía, que se supone que este entrenado capacitado para dirigir un comando como este de tan grande magnitud en Puerto Rico, esto esta pasao, es algo una realidad que se ve día pues, entiendo que podemos llegar a una postura bastante decente.*

Entrevistador- Alguien más desea comentar cuestión de la supervisión y como se está administrando estos tenientes y supervisores a los a los policías que están en la calle por que como a veces dicen, lo que esta allá arriba no siempre es lo que está pasando. Ellos se dejan ver por reportes

*Perona 1- No, pero ellos lo ven. Lo que se pasa aquí el dinero, aquí pues la plata baila el mono. Y como aquí por decir, somos una comunidad marginada es como es como que ah. No la, lo que le dije a lo mejor nuestra palabra no tiene valor mejor ante ello. Y por más que uno quiera decir como que pues mira vamos a mejorar en esta parte que es donde están mal en lo que sea ellos van a*

*correr por este que su gente esté bien ah, tiene una situación este de los míos pues vamos a ayudar a este y olvídate que si aquel tiene la razón o no la tiene.*

**VI. Interacción con la Comunidad e Información Pública:** Requiere que la Policía de Puerto Rico interactúe y cree relaciones firmes con las comunidades para promover la colaboración en la solución de problemas, prevención del crimen, crear confianza, respeto mutuo y trabajar en unión a los Comités de Interacción Ciudadana. La Policía de Puerto Rico mantendrá informada a la ciudadanía sobre el proceso de Reforma, los logros obtenidos, estadísticas de delitos e información de interés público. **¿Qué creen sobre la Interacción con la Comunidad e Información Pública de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

*Persona 1- Aquí hay diferente oficinas en cada sector y ve si ellos realmente quisiera trabajar con este tipo de comunidad que, mejor forma de acudir a la los mayores de aquí que serían un ejemplo la administradora este, cualquier persona de los jefes de los sociales, como que acercarse mira tengo esta propuesta, quisiera trabajar en esta comunidad este haciendo actividades los fines de semanas o cosas así que se vea el cambio de poquito en poquito pues uno ahí se va involucrando poco a poco las persona porque a la que un grupo vaya van a empezar a regar la voz ah mira ahí se va se hace tal actividad va seguir la genta se va querer aunque sea por presentimiento como uno dice verdad, pero van a querer ir como que vamos a ver qué es lo que hay, y después va fluir el cambio, pero si no se hace el cambio no va pasar nada porque no tan siquiera se hacen na por ahí a los residentes, o como aquí mismo a la administración que nos pegan este los boletines de información de actividades, de cosas de empleo. Si ellos son otros no van a la administración, ah, pero vamos a mandar dos o tres policías por ahí en vez de entrar una patrulla a dar una vuelta boba pendientes a los teléfonos, pues vamos a pasar por los pasillos a pegar información pa que el residente se incluya, se involucre en cosas que ayuden a mejorar la comunidad.*

*Persona 2- (gestión de cabeza sí)*

*Persona 3- Es lo que mi compañera dice aquí que ya no hay nada, ante los niños veían los policías antes las actividades de policía de llenaban un montón porque la realidad es seria, a una*

162

*actividad de la policía y en el complejo y eso hasta tarde se llenaba, ya no se ve nada de eso nada. Todo es lo que por ejemplo lo que yo diga, que todo es ver los policías ah este viene a chavar, viene con lo mismo de siempre que si esto que si lo otro, ah esas cosas como que se extrañan tú me entiendes porque ya tu no haces nada de eso ya es algo del caso. tú sabes para no. Entiendo que como dice aquí que todavía hay tiempo, no todos son malos, la realidad no todos son malos y pues es la realidad, tienen que dar cariño esta buscar datos mundiales estar todo el tiempo de verdad hay alguien confiando en la policía. Lo que volvimos a decir lo mismo, lo que horita viene a chavar y esto, pero se puede hacer actividad una charla es todo para que la gente vaya creyendo porque la realidad es de creer.*

*Persona 4- ¿Como ellos pretenden hacer una actividad de prevención si no hay confianza? Vamos a empezar por ahí, la confianza no está, no se ve. Eh no pueden hacer algo de prevención, tienen que ganarse al público como todo. Tiene que ganarte a alguien para que ellos confíen en ti, tienen que empezar por lo más mínimo, por lo pequeño. ¿Cómo tu conquista a algo? Dale cariño. Como tu conquista una población que ha sido marginada hace año, dando cariño, dando cariño hace la actividad. Eh dando charla sabe, aunque no se llene, pero que vayan dos o tres gatos, como uno dice otras personas uno hace la diferencia por algo se empieza. Eh ese vínculo con la comunidad no se ve ya, ya no se ve ya no está.*

*Persona 5- (gestión de cabeza en acuerdo)*

*Persona 6- Eso no existe ya aquí. Ya eso paso a la historia, antes si se veía antes le liga atlética policiaca, ya no. Ahora es autoridad y autoridad punto. Yo me vi en una situación, en donde yo vivo a un negocio pasa la calle, ah una patrulla iba, una patrulla que sonaba olvídate. Y iba y había dos oficiales adentro eh con sus celulares uno de ellos estaba mostrándole a otro oficial este como un episodio de algo este X y estaban qui que tenían los cristales arriba obviamente pero obviamente tiene que poner para que el otro pueda verlo, nosotros estamos sentado y vemos toda la parte X. Y ellos no se dan cuanta, porque estamos ahí y no se dan cuenta porque pararon al lado. Sabe yo digo, eso fue que lo hicieron también agrede porque ellos tienen que saber que hay un grupo*

*de personas también, y nosotros vimos toda la parte, mi hijo le grita vaya chorro de y entonces ellos ahí miraron como que, y arrancaron, pero, wow, el oficial.*

*Persona 7- ha bajado ese nivel, porque tuvimos un tiempo aquí en la comunidad y anteriormente la liga atlética policiaca por lo menos yo que estoy en los deportes este era bien eficiente, inclusive nosotros estuvimos en Estados Unidos y la liga atlética viajo con nosotros. Y había un grupo que ya son hombres y mujeres y había porque tenían niños y han bajado a ese nivel no hay nada no hay mucho interés como con la comunidad y aquí es, sabe no es en vano el trabajo. Tiene que darse cuenta que esta el nivel de saber de todos. Ellos ponen su granito y ellos más que verdad si ellos es cuestión que baje tanta delincuencia, tiene que ser agresivo tiene que actividad de impacto darse charlas y hacer su trabajo como debe ser y punto. Porque usted está haciendo su trabajo verdad, y usted tiene que hacerlo correctamente y ellos tiene que, pues más todavía esto es una isla bendecida, pero hay que mantener esa bendición haciendo las cosas como deben ser.*

*Persona 8- Ellos son el ejemplo, si tu das el ejemplo, lo que van subiendo son niños mientras ellos vas apoyando más se van educando, aunque es el padre el que le toca. Pero si ellos son los que están en la calle, ellos son los que están viendo las situaciones que están pasando, pues ellos deben como que unirse un poco más al pueblo y tratar de llegar un acuerdo. Yo creo si ellos si ellos dan un poquito más de ellos yo creo que la criminalidad bajaría un poquito más.*

164

**Anejo # 5**

**Transcripción del Grupo Focal de Loíza**

**Preguntas y contestaciones de los Sujetos:**

**1) ¿Qué cree sobre la profesionalización de la PDPR y como la PDPR está manejando esto en los pasados 2 años?**

Sujeto # 1: No se ha manejado bien los derechos civiles de los ciudadanos en las pasadas intervenciones de la policía.

Sujeto #2: hay par de cosas que en parte están bien y en parte no. En relación a las intervenciones con las personas. Existen algunos policías, que, si uno está en una esquina, los

registran y les fabrican casos a las personas, por ponerles cosas en los bolsillos a las personas. Y, por ejemplo: mi hermana se asustó de una intervención en su casa donde entraron con rifles en mano.

Sujeto #3: La policía está igual o peor que antes. Uno no puede estar ni en las esquinas o dando una vuelta, ellos están todo el tiempo investigando a uno.

Sujeto #4: Entiendo que ha mejorado pues la presencia policiaca en las comunidades es efectiva. Lo que, si es que deben de mejorar en las intervenciones, pues muchas veces son ilegales, por no contar con un permiso del gobierno.

Sujeto #5: Ha bregado más o menos. Deben de tomar las cosas más enserio, deben de tener tecnología más avanzada para acelerar los casos y sus investigaciones en estos. Resolver los casos más rápido.

Sujeto #6: A veces si lo hacen bien y a veces no. Por mi parte entraron a mi casa, antes de llevarse a mi hermano y primo. Luego subieron a mi casa; apuntaron a mis nenas… Por esa parte, yo creo deben de cambiar eso. Tuve que llevar mis hijas al psicólogo por esto. Esto ocurrió hace 6 meses, hubo presencia de muchos policías y el helicóptero.

Sujeto #7: Hacen dos años para acá la policía ha mejorado muchísimo en sus adiestramientos. Sabemos lo que paso en la comunidad de Villa Cañona, de ahí surgió la reforma y una ley. De aquí que yo digo que la policía ha cambiado mucho. Además, estamos en una expectativa constante, por la alta criminalidad y la policía también. El policía también tiene que cuidar su vida y sus intereses. Puedo ver ese cambio, por mi casa pasan y se ve.

166

**2) ¿Qué cree sobre el uso de la fuerza, controles internos y rendimiento cuentas de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

Sujeto #1: El uso de fuerza que ellos están empleando en las intervenciones es brusca. No deben de utilizar la fuerza brusca, pueden mantener el orden si viene alguien agresivo. Pero no así. Deben de ser adiestrados mejor. Entiendo existe exceso de uso de fuerza.

Sujeto #2: Deberían de mejorar eso. Escomo dijo ella si es una persona agresiva pues se entiende, pero si es una persona humilde pues es diferente. El deber de la policía es informar porque detiene a la persona. Pero hay algunos policías que no dicen porque detienen a uno. Sin mediar palabras lo agarra y lo aprietan y así las personas se tornan agresivas. Esto ocurre por medio de lo que nos hacen a nosotros. En los pasados dos años están más o menos hay, todavía le falta adiestrarse en esa parte; ahí personas que son fuertes y ahí personas que son mansitos, se sabe. Se ensanchan más con los mansitos que con los fuertes. Deben de hablar civilizadamente.

Sujeto #3: Entiendo que la policía está tratando mejor a los ciudadanos.

Sujeto #4: La policía en estos dos últimos años, ha cambiado en las intervenciones y como trata a la gente. Si queremos ver una policía en la comunidad y deseamos se vuelva a retomar. Entendemos que con el proceso de capacitación el uso de fuerza está mejorando y debe de mejorar.

167

Sujeto #5: más o menos hay… Como dice el sujeto #2; deben de tomar las cosas con más calma, no agredirlo y tirarlo al suelo. Sino con más calma. Yo digo que no ha mejorado en los pasados 2 años esto.

Sujeto #6: Yo digo que, para mi ellos no están mal… en los últimos dos años se ha visto mucha huelga y cosas y si ellos ven que las personas entran donde no se les permiten, pues obvio deberían utilizar su fuerza. Pero no abusando de su poder, yo diría que ellos han mejorado; porque cuando mi caso que yo le mencione, pues han mejorado. Ejemplo pues si no te tiras te tumban. En esas partecitas ellos están bregando con eso y tenemos que entender que hay gente que se las trae. Si hay gente que no es fácil para ellos y ponen resistencia. Siempre y cuando que no abusen mucho, pero veo que han mejorado.

Sujeto #7: Yo encuentro que ellos han mejorado grande mente en el uso de la fuerza. Y se les han dado nuevas herramientas como los "*tassers*" han mejorado mucho en el uso de la fuerza.

**3) ¿Qué cree sobre los registros y allanamientos de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

Sujeto #1: Estamos ahí, ahí… Pues cuando hay registros que se hacen sin orden y no debería de ser así. Deben de adiestrarse un poquito más en cuanto a eso, han mejorado, pero todavía le falta.

Sujeto #2: Cuando uno va a allanar a un hogar se supone tengan una orden. Existen policías que cuando entran rompiendo cosas en la casa. Existen policías que cuando entran, no de una forma brusca; pero con palabras obscenas. Mucho menos apuntando con armas. Además, si existe una persona encamada o con algún padecimiento, se supone puedan entrar. Y si tienen una orden pues pregunten y toquen a la puerta para intervenir. En los pasados años tienen que seguir mejorando.

Sujeto #3: Entran con permiso. Sí, su conducta es buena y adecuada.

Sujeto #4: En los últimos dos años yo creo que la policía de Puerto Rico ha mejorado, en lo de los registros. Pero si creo que los supervisores inmediatos a la hora de los allanamientos deben de ser más específicos con ellos; Ej.: mira debes de mejorar. Un consejo como supervisor le ayuda a su gestión a la hora de intervenir. El supervisor es el que casi siempre está más pendiente a que todo lo que tu hagas este bien.

Sujeto #5: Ellos deben de tener una orden de allanamiento, deben de tocar la puerta. Entrar así a la fuerza y sin orden; no tienen identificación durante los registros.

Sujeto #6: Deberían mejorar eso. Está bien que tengan una investigación por un vecino o una persona; pero deben de identificarse antes de hacer un arresto o un allanamiento. Muchas divisiones de la policía vestidos de civil y crea una confusión. Existen personas que pueden confundir a la policía con otros grupos que no son ellos.

Sujeto #7: Entran a allanar casas que no son. También ellos tienen encubiertos investiga anos a personas. La policía se ha dado cuenta que por no seguir los procedimientos adecuados ha perdido casos importantes en la comunidad. Se le caen los casos por los documentos de allanamiento. Les puedo decir de un grupo de policías en mi comunidad, se les decía la fuerza de choque de Fajardo donde venían con boinas, esa gente entraba a las comunidades se llevaban la droga y los chavos y no arrestaban a nadie. Pero se llevaban todo y no arrestaban a nadie.

**4) ¿Qué cree sobre la igual protección y no discrimen de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

Sujeto #1: Están regular, porque está el discrimen. Deben de no discriminar por su color y origen y de tratarlos igual.

Sujeto #2: En la protección están bien. Pero tienen que dar más rondas constantemente. En esa parte deben de dar rondas. Existen policías que nos discriminan por ser negros.

Sujeto #3: No comentario. Nos tratan igual.

Sujeto #4: En cuanto al discrimen la policía de PR ha mejorado en eso. En cuestión de la protección pues también la ha mejorado lo que sí, es que no vez mucho es la vigilancia; porque nuestro pueblo está atravesando casos difíciles. Lo que sí, ellos no pueden estar en todas sus comunidades; hay que ser optimistas con ellos. Más recursos.

Sujeto #5: Debe de haber más policía y dar mucha ronda por la urbanización.

Sujeto #6: De verdad no he visto ningún discrimen, han mejorado mucho. Por lo menos aquí dan ronda y hacen sus turnos, se ve su presencia.

Sujeto #7: No he visto discrimen aquí ahora. Por ejemplo, lo que he visto es que jóvenes tienen carros nuevos y los detienen por esto. Existen unos policías que están situados o plantados en un área por 8 horas, eso se ha visto también.

**5) ¿Qué cree sobre la supervisión y administración de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

Sujeto #1: Para mí en la supervisión deberían mejorar un poquito más y deben de estar cualificados. Ya que están bregando con procesos rigurosos y deben de estar previamente educados en esta área.

Sujeto #2: Tienen que tener más supervisión, supervisión efectiva y contundente.

Sujeto #3: Trabajan bien y están supervisando.

Sujeto #4: En los últimos dos años se deben de mejorar esta área; como mencione antes.

Sujeto #5: Darle más supervisión, si eso si…

Sujeto #6: Más supervisión y más comunicación entre ellos mismos. Hacer un plan y más comunicación entre ellos.

170

Sujeto #7: Bueno, si vamos hablar a donde estamos. Yo sé que el supervisor es el que le da las directrices a donde tienen que ir. Cuál es el turno las rondas etc. Tengo entendido cuando se dispara la criminalidad, se desarrolla un cambio en los supervisores o más supervisores. Es lo que entiendo.

**6) ¿Qué cree sobre la interacción con la comunidad e información pública de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

Sujeto #1: Ha ido en aumento, pero debe de existir más. Para que la ciudadanía se mantenga al tanto de reformas y cambios que trae la policía. Deben de Educar para que no existan dudas.

Sujeto #2: Deben de informarle a la comunidad los planes de ellos. Deben de hacer reuniones con la comunidad, cuáles son sus planes de orientación. Que la comunidad sepa. Sería bueno, saber qué planes tienen para apoyarlos en sus decisiones.

Sujeto #3: Tiene buena interacción con la comunidad.

Sujeto #4: Nos consta la invitación de la policía a nosotros. Pero si la policía está por la comunidad. Si existe una interacción e información con la comunidad.

Sujeto #5: En eso hay que bregar un poco más. Si he visto un poco más, pero deben de mejorar.

Sujeto #6: Debe de ser algo más grupal, nosotros en la comunidad debemos tener más contacto con ellos. Debemos tener más comunicación cordial con ellos.  Ellos han hecho su trabajo, han hecho una caminata. Y es necesaria más comunicación de la comunidad con la policía.

Sujeto #7: Yo tengo entendido de que la policía ha tratado de que la comunidad y sus líderes participen de reuniones. Para conocer su equipo de trabajo y mejorar la comunicación con la policía. Ahora de que la gente no se quiera integrar, eso es otra cosa, existe mucha resistencia. La policía los ha convocado, esto hace más de dos años. La gente tiene miedo de que se habla con la policía y a veces cuestionan esto.

**Anejo # 6 Grupo Focal Mujeres Víctimas de Violencia**


**Transcripción Grupo Focal Mujeres Víctimas de Violencia**


Participantes: 1 Facilitadora, Laura E. Salgado Meléndez y 7 participantes

Sexo: Todas las participantes son del sexo femenino

Lugar: Oficina para el Desarrollo Integral de la Mujer, Municipio Autónomo de San Juan,

Puerta de Tierra, Santurce, P.R.

Fecha: 10 de febrero de 2017

Hora: 9:30 am – 11:20 am

Director -  Dr. Richard Blanco Peck


**Facilitadora: Buenos Días, en la mañana de hoy estaremos llevando a cabo el grupo focal de las mujeres víctimas del crimen. Vengo en representación del investigador el Dr. Richard Blanco Peck, quien fuese contratado por el TSA para llevar a cabo un estudio en cuanto a la percepción de diferentes sectores en cuanto a la Reforma de la Policía. Esta**

172

Reforma se establece mediante el acuerdo para la Reforma Sostenible de la PPR firmado entre el Departamento de Justicia de Estados Unidos (DJEU) y el Estado Libre Asociado de Puerto Rico (ELA). Ello surge a raíz de las denuncias de violaciones a derechos civiles. El acuerdo tiene una duración de 10 años.  Mediante este acuerdo se crea la Oficina para la Reforma y el mismo fue aprobado por el Tribunal Federal de Puerto Rico en el 2011. El mismo contiene unos 331 requerimientos con los que debe cumplir la Policía de Puerto Rico. Toda la información relacionada con la Reforma de la Policía se puede conseguir en la dirección electrónica: **http://policia.pr.gov/informacion-sobre-reforma-policiaca/**

**Facilitadora: El formato del grupo focal será de la siguiente forma; Estará compuesta por 6 secciones de 20 minutos máximos cada una. Primero se le hará la pregunta a cada uno de los participantes de forma individual. Por lo cual se le asignara un número del 1 al 8. Al terminar, se le preguntara al grupo si tiene algún comentario que hacer o si quisiera contestar algunos de los argumentos de otro participante. Se procede con la próxima sección con el mismo formato.**

**Facilitadora: En la primera sección hablaremos sobre el tema de la profesionalización de la Policía. Primero, les estaré leyendo una premisa. Luego de concluir la premisa, les estaré presentando una pregunta para contestar en base a lo que establece la premisa. Como indique, la primera sección está relacionada a la profesionalización de la policía. La premisa establece que; Requiere que los miembros de la Policía de Puerto Rico realicen intervenciones profesionales y respetuosas, garantizando la protección de los derechos civiles para fortalecer la confianza de la ciudadanía. Entonces se les pregunta; ¿Qué creen sobre la Profesionalización de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?" Comenzamos con la participante número 1.**

Participante núm. 1: Para mi entender, los policías no tienen ningún tipo de profesionalización, porque no saben bregar con las situaciones que se dan a diario en la calle. Esa es mi opinión.

**Facilitadora -  2**

Participante núm. 2 – Yo entiendo que utilizan la intimidación, mi experiencia no ha sido la más grata. La mayoría no entra por vocación, sino por un sustento.

**Facilitadora – 3**

Participante núm. 3 -Según mi experiencia, la policía no tiene ningún profesionalismo. En mi caso, mi ex pareja me paso con un carro por encima por la pierna. Los policías en vez de preocuparse por mí, estaba más pendiente a si yo iba a radicar la querella, que mi salud.

**Facilitadora - 4**

Participante núm. 4 – Como comentaron las demás, la policía no tiene ningún profesionalismo. Entran solo por el dinero, no por vocación. Esa es mi opinión.

**Facilitadora – 5**

Participante núm. 5 - Uno se siente desprotegida, porque el oficial no tiene la educación necesaria para bregar con los casos. La profesionalización no existe. Aunque algunos policías no son así. Pero en mi experiencia, victimizan a uno. Uno llega al cuartel y se burlan en tu cara.

**Facilitadora – 6**

Participante núm. 6 - En mi opinión, un 60% de la policía carece de profesionalismo para poder tratar con la gente. Yo vengo de una orden de protección de Estados Unidos y para que me la aprobaran aquí fue un proceso tedioso. Uno se siente victimizado y violado al tratar de buscar servicio policiaco. La educación continua no existe. Mi orden de protección era en inglés y no la entendía. Era de otro estado y no entendían que era válida aquí.

**Facilitadora: Tienen algún cometario que añadir a la discusión o desean contestarle a otra de las participantes.**

Participante núm. 1 – Volviendo al tema que yo veo que no entiendo por qué tantas citas al tribunal para que te pongan efectivan una orden de protección. Te preguntan; ¿Esta segura que

174

quieres seguir con el caso? ¿Está segura que lo quieres acusar? Muchas veces como digo; "¿Es el padre de tus hijos está segura, que lo vas a dejar?" Bueno, si es un abusador, no lo voy a tener al lado.

Participante núm. 6: La gran mayoría de los casos de violencia doméstica se caen por el procedimiento que le da policía. Yo te aseguro a ti, que las que estamos aquí, si yo no me hubiese, yo no puse orden de protección, por eso mismo. Porque era tanto lo que tenías que matar, yo trabajaba. El problema está en que el trabajo no te va a estar permitiendo que tú vayas a fiscalía y que vayas a tribunales cada vez que haya que presentarse, porque tú tienes que mantener a los muchachitos. Entonces tú pones en una balanza; ¿o sigues produciendo para que ellos coman y me olvido del caso o qué hago? Y la gran mayoría, el que trabaje, no está perdiendo tiempo en tribunales. Usted le pregunta a todo el que trabaja por un jefe, créame que va a decir; "yo lo resuelvo por mi cuenta propia". Porque es tedioso, sabes tú llegar allí a las 8 de la mañana, que den las 1 de la tarde, sin tu comes un carajo y todavía te siguen preguntando; "¿Tú quieres seguir con el caso?" So, no estoy aquí a las 8 de la mañana. Yo fui tres veces al tribunal. Tres, para poner la orden d protección. Las tres veces me arrepentí; ¿sabes por qué? Porque vi que tardaban y yo me tenía que ir a trabajar.

Participante núm. 3 -  En mi caso, un proceso de tribunales. La orden de protección me la dieron a las 24 horas. Pero tuve que ir con, al después que me dieron de alta a las 5 y pico de la mañana, en lo que me procesaron los papeles, salí a las 10 am de sala de emergencia, tuve que arrastrar con un yeso acabado de poner. Un roto dentro del yeso, fractura en la pierna, ligamentos partidos…

Participante núm. 6 -  Por eso se la pusieron en 24 horas.

Participante núm. 5 -  Si porque…

Participante núm. 6 – Si porque ellos tienen que ver sangre.

Participante núm. 3 – Huesos rotos… Es horrible porque el tribunal no tiene una silla de ruedas. Tuvimos que dar toda la vuelta por afuera a la parte posterior que da pa' allá pa' Hato Rey, porque ya la parte de atrás del salón de investigaciones estaba cerrada. Tuve que caminar todo ese

175

tramo, no pude, arrastrando el pie hasta ese dolor yo no lo aguantaba, porque llevaba sin medicamentos.  No había podido ni tan siquiera ir a sacar la receta a la farmacia y mi proceso en tribunales para acusar a la persona duro alrededor de 6 meses y medio.

Participante núm. 6 - ¿6 meses y medio? La mata de una y 80 veces.

Participante núm. 3 – Faltando al trabajo y hiendo a tribunales…

Participante núm. 6 - Y no todos los jefes no son colaboradores con estos procesos de violencia doméstica, porque estamos en una sociedad machista. Entonces la culpable es uno, uno es quien se lo merece. Tú te lo buscaste.  Entonces no hacen acomodo razonable para uno tampoco por violencia doméstica y por depresión de violencia doméstica. Tampoco te hacen acomodo, o sea porque el proceso no queda ahí. Es un proceso de tribunal, judicial y de fiscalía.

Participante núm. 3 - y personal…

Participante núm. 6 - y personal… y persuade que tú tienes que seguir produciendo para mantener tus muchachitos. Versus eso, tienes un jefe que te está exigiendo un tiempo, un horario y no hay una ayuda. No hay una colaboración ni de una parte ni de la otra.

Participante núm. 4 - A esa señora le pusieron la orden en 24 horas, porque tuvo que llegar con 4, 3 mínimo huesos rotos.

Participante núm. 6 -  Adicional a esto, yo mi caso no corrió, mi querella, porque yo tenía la orden de protección, pero no tenía evidencia de acuse de recibo por la persona. Cosa que fiscalía podía llamar al tribunal de Cleveland, Ohio y se lo podían hacer llegar en ese momento. Porque yo vengo de un sistema… Adicional a eso, yo vengo de un sistema que el policía ve todo.  No necesita ni que yo le entregue una orden de protección porque ellos ven en su sistema todos los documentos sobre al caso.  Y el domingo después que hice la querella, a mí el policía me llamo molesto porque yo no le había devuelto la llamada y tenía que cerrar el caso porque su supervisor se lo iba a exigir. Y yo le dije; "Yo no he podido hacer la conexión con el tribunal porque mi dominio del inglés no es perfecto, pues imagínese…" Yo no tenía que hacer nada de esto allá y me llamo molesto porque

tenía que cerrar el caso. Y yo le digo; "Mire yo no puedo hacer nada, no tengo manera. Hasta ahora no he podido recibir el certificado de recibo de que él tiene conocimiento de que tiene la orden de protección." ¿Quiénes salen ganando? ¡Ellos! El victimario… ¿Quién siempre sale en el medio? Los muchachitos…

Participante núm. 5 -   Un ejemplo aquí a nosotras nos tratan como presas cuando somos las víctimas.

Participante núm. 6 - Eso sin contar con la Procuraduría de las Mujeres cuando no hacen ni caso. Eso que la Procuradora de la Mujer se supone que ayuda le explique todo lo que paso y le dice; "Cuando pares frente al juez debes de estar tranquila. Porque si te ve alterada, te va a quitar la custodia de tus hijos." Pues yo dije; "Pues mira…"

Participante núm. 5 - Después lo mato yo, aunque vaya presa.

Participante núm. 6 -  Le dan ganas a uno…  Uno lo piensa, porque uno dice…

Participante núm. 5 -   Pero eso ha pasado, que la mujer se defiende, el muere y a ella meten presa.

Participante núm. 4 – Duraste 10 años por eso, cumpliste y saliste.

Participante núm. 3 -  Eso es como el padre de mis nenes, me golpeo por 10 años y medio y el tribunal aquí le dio la custodia de mis hijos a él. Que dijo la jueza; "Él puede ser un Bin Laden, pero yo te voy a quitar la custodia y se la voy a dar a él." Y actualmente tiene la custodia de mis hijas.

Todas las participantes hablan a la vez….

Participante núm. 6 -  Yo le dije a la de la procuraduría o sea te estoy hablando por teléfono, esto es una situación, estoy temblando, porque nada más que expresar lo que paso… Es revivir… Tú quieres que yo me pare que de por si un tribunal…

Participante núm. 5 – Pone a uno nerviosa

Participante núm. 6 – Pone nervioso

Participante núm. 5. – Aunque uno sea la víctima.

Participante núm. 4 - Porque uno no se siente protegido

Participante núm. 6 - y me quieres quitar los hijos. Yo le dije; "Por eso es que nos matan." ¡Nos matan, nos matan! Porque mire, la realidad es que, en las estadísticas, a las que matan son las que tienen orden de protección. Eso es un incentivo. El tipo se agita, se molesta y como sabe cómo es el sistema…

Participante núm. 5 – Porque se está haciendo daño. Por esa orden, yo no puedo trabajar. Pobrecito del…

Participante núm. 6 - Ellos saben que el sistema no… Conocen el sistema, saben cómo evadirlo. Saben cómo jugar con él. Entonces aquí, vuelve el mismo sistema y la policía no tiene profesionalismo. Es que… Yo estoy segura que si hacen un porcentaje de estudios nada más, cuanto estudio tiene y yo creo en la educación continua, pero…

Participante núm. 5 - Es que cuanto policía han salido que son, que han abusado de las esposas. Hasta las han matado, por ser abusadores.

Participante núm. 1 - En el caso que se mataron entre ellos. Porque el que no quiere trabajar, algo así… El vino y mato dos y a tres policías, allí mismo. Ahora mismo el caso…

Participante Núm. 6 – Perdone que generalice, porque ahí policías buenos, pero la mayoría es un desastre.

Participante núm. 1 - El caso que salió ahora, que él salió con un montón de fotos de niños. Eso fue hace poco, salió esta semana.

Participante núm. 3 - Por lo menos en mi caso, arrestan al victimario. Yo voy lunes a la cita de ortopedia y mi compañera de trabajo; "Mira, él está aquí." Y entonces que yo llamo, el retén que coge la llamada, dice que no tienen patrullas, ni policías disponibles que puedan ir para arrestarlo y la

persona ahí en mi trabajo. Entonces no es hasta que uno de ellos, obviamente, que, si es muy profesional, fue y se tomó la tarea de estar dos horas en mi área de trabajo, hasta que lo consiguió, lo arresto y se lo llevo.

Participante núm. 6 - En mi caso, fue un policía que tuvo que orientarlos a todos y explicarles. Ese policía en la forma de hablar y en la forma que se expresó, se notaba que conocía la ley y estaba empapado. Y era como bien frustrante y uno con stress, después el policía con su celular y el *shaky*, shaky, shaky… y cada vez shaky, shaky, shaky. Ya yo estaba a punto de cogerle el celular… Porque esa es otra, se ven tan profesional, con esos celulares, con la musiquita y el vacilón. Es tu área de trabajo por favor. Profesionalismo no hay.

Participante núm. 1 - Son muy pocos los que lo tienen.

Participante núm. 6 - Así que les deseo 30 años más de reforma.

Participante núm. 4 - Poco… en nuestro pequeño Puerto Rico.

**Facilitadora: La sección 2 es más bien sobre el uso de la fuerza de la policía. En la sección dice; Uso de la Fuerza: Controles Internos y Rendimiento de Cuentas. La aseveración dice; "Requiere desarrollar políticas y procedimientos que establezcan la aplicación del uso de fuerza necesaria y razonable por parte de los miembros de la Policía de Puerto Rico, conforme a los derechos civiles garantizados por la Constitución de Estados Unidos y Puerto Rico. Si alguno realiza un uso de fuerza excesivo se expondrá a medidas disciplinarias, criminales y/o civiles. Requiere aceptar la responsabilidad y rendir cuentas de manera objetiva y oportuna." Ahora les pregunta a ustedes; "¿Qué creen sobre el Uso de la Fuerza, Controles Internos y Rendimiento de Cuentas de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?" Empezamos con el 1.**

Participante núm. 1 – Para mí son unos abusadores. Porque abusan de la fuerza. No tengo más que decir.

**Facilitadora - La 2**

179

Participante núm. 2 -  En mi experiencia fue como que, avanza ya si quieres acabar la situación. Avanza, recoge tus cosas, avanza y lárgate ya. No puedo decir que me agredieron, pero na más la actitud y la forma de expresarse…

Participante núm. 6 - Ese uso de la fuerza, también es con palabras.

**Facilitadora - La 3**

Participante núm. 3 – Pues en mi caso, en mi experiencia, cuando se dio el hecho que el victimario me pasa el carro por encima de la pierna, en un sitio público, en un McDonald.  Según se está dando la situación, el gerente llama a la policía. Llega el CIC de la 65 de infantería y ellos se bajaron con rifles, metralletas y pistolas en mano. Parados frente a la puerta, no en una actitud no la mejor, este… La actitud de ellos hacia mí, con esos rifles en mano pistolas y todo, ellos estaban listos para disparar a lo… (No se entiende lo que dice la participante) Pues yo me sentí tú sabes, intimidada, amenazada por ellos mismos. Porque, la crisis que yo estaba, la pierna ya sangrando mucho. No la podía ya mover. En eso ello me dice; "¿Qué piensas hacer? ¿Qué vas hacer? Vas a ir al tribunal." Y yo le digo; "Yo necesito ir primero a recibir asistencia médica, mira mi pie como esta. Mira mi pierna, apenas yo la puedo mover." "¿No vas a ir al tribunal a someter ahora?" Yo le digo; "Oficial, le estoy diciendo, que mi deber es ir a tomar asistencia médica. Una vez yo reciba asistencia médica, puedo seguir el procedimiento que sea necesario y adecuado para yo someter el caso." "Si no vas a someter al tribunal, no tenemos nada que hacer aquí" Pues en eso yo llamo a una amiga mía que vive en el área. Ella del nerviosismo, yo digo, en lo que llegamos al hospital, ellos no van a buscarnos la ambulancia, no van hacer nada. Lo que quieren es que yo llegue al tribunal, así como estoy y obviamente yo tengo el CDT al lado. Vamos al hospital a recibir servicios de asistencia médica y después hacemos el procedimiento. Cuadro llega mi amiga esta tan nerviosa, que cuando ella va a sacar su carro, para llevarme al hospital, porque ellos no quisieron ni llamar la ambulancia ni hacer nada, para ni siquiera escoltarme al hospital. Pues choca un carro que estaba estacionado allí. Ella empieza a decir; "¿Mire, este carro de quién es? Que lo acabo de chocar." Que si esto… La persona para que salga. Les dice a ellos; "Mire por favor, acabo de chocar este carro, ya que están aquí para que procedan con lo necesario." Ellos le dijeron; "Mira móntate, arrana y vete. El carro es

180

tuyo. Móntate y vete." El carro de la persona se quedó así, porque a ellos no les dieron la gana de hacer nada. Yo le digo a ella; "Mira, vámonos.  Porque si ellos son la autoridad y te están dando la autorización y nos vamos. Yo necesito recibir asistencia, pues problemas de ellos es entonces." Entonces, yo les quise coger el nombre antes de irse y no quisieron. Se los taparon todos. Por lo menos mi experiencia, si entiendo que usaron fuerza excesiva. No estaban tirándose un punto de drogas, no había nadie con armas…

Participante núm. 6 - Ni una ambulancia

Participante núm. 4 - No tienen sentido común

**Facilitadora - La numero 4**

Participante núm. 4 – Bueno, es que según lo que se ha hablado, según lo que se ha visto ellos usan… Eso, hay un abuso de poder. Como ellos son policías. Pues la población esta, no se ha revelado contra ellos y ellos siguen haciendo lo que les está dando la gana. No tengo nada más que decir.

**Facilitadora – La 5**

Participante núm. 5 - Pues mi opinión es que usan, en casos que no lo deben de usar. Porque cuando de verdad hay un matón por ahí, tú no vas a ver un guardia motor ni nada. Ellos lo que hacen es esconderse. No se meten a los puntos de drogas como se supone. Ellos abusan de los inocentes, quizás, de los menos afortunados en la calle. No todos son iguales. Pero la mayoría son así. Por eso es que tu vez que ya la gente está tomando la justicia en sus manos. Y es por qué se le entrega todos a los guardias y como quiera no van hacer nada. Meten la gente presa, lo mandan a un Hogar C.R.E.A o pobrecito tiene problemas mentales y sale bien. Que se chave la persona. Esa es mi opinión.

**Facilitadora -  6**

Participante núm. 6 - En cuanto al abuso, entiendo que sí, ha habido de todo, hasta político. Depende también de que partido este en el poder, perdone que hable de política. Pues a veces son

181

más agresivos otras veces no son agresivas. Eso uno lo puede constatar por las noticias. Y entonces como siempre, cuando hay un partido en particular, atacan a los universitarios. Trabaje 13 años en la Administración de Vivienda Pública, claro que hay abuso, con estas minorías. Porque pues… Sabíamos que entraba la policía, porque a veces había que poner 7, 10 puertas al apartamento porque entran como Juan por su casa y rompían las puertas. Siguen rompiendo, porque eso es a lo que la persona no… Saben que no están allí. Ellos saben que la persona que estaban buscando no está allí. Rompen las puertas. A veces teníamos 7, 10 puertas ponerle, de nuevo instalarle.  Eso es un costo al gobierno también, porque había abuso de poder. Hay abuso de poder. Excesivo…

Participante núm. 5 – Ayer en el Sheraton, había más guardias con metralletas que propios empleados del gobierno luchado por sus derechos.

Participante núm. 6 -  Si, por que ven a los guardias metidos y los crímenes siguen por ahí sueltos.

Participante núm. 5 - Si estaban todo ahí porque los políticos estaban metidos ahí hablando.

Participante núm. 6 – Igual que cuando hay algún, que se yo, un desacuerdo. Pero ver todo un cuartel, policía porque ahí una corrida de bicicletas. Mi guardia asignado, me dejo sin servicio por las Sanse. (Fiestas de la Calle San Sebastián.) Porque los tienen que mover. Pues mis visitas y seguimiento se cancelan porque él tiene que estar en las Sanse. Esto es como que, al extremo. Si entiendo que hay abuso de poder y mal manejo. Aquí la policía no está preparada, ni para bregar con motines. Esto es cuestión de meter palos y llevarse a todo el mundo enredado.

Participante núm. 5 -  Quizás, no es culpa de ellos. Es culpa de que este más arriba y más arriba.

Participante núm. 6 – Claro...

182

Participante núm. 1 -  No hay patrullas, pero si no tienen gasolina. Si no les mandan el dinero, pues no pueden. So, nunca ha sido todo el tiempo va a ser culpa de ellos. Y obviamente la mayoría está ahí porque no encontró otro trabajo. Pues sí, pero quizás no es culpa de ellos.

Participante núm. 4 – Ellos solo lo que tiene que pasar es un examen.   Y ya pueden entrar a la policía y estar cobrando. Se hacen el tonto.

Participante núm. 5 -  Yo creo que ni psicológicamente lo entrevistan mensual o al año. ¿Lo chequeaste bien? ¿Está bien? Pues dale, sin saber.

**Facilitadora – Algún otro comentario. Ok, pasamos a la sección 3. La 3 vamos hablar de registros y allanamientos por parte de la policía. Entonces, la aseveración dice; "Requiere que todas las detenciones investigativas, registros, allanamientos y arrestos se realicen legal y estratégicamente para la prevención del crimen. De existir alguna violación por parte de un miembro de la Policía de Puerto Rico se realizará las medidas correctivas adecuadas." Les pregunta a ustedes; ¿Qué creen sobre los Registros y Allanamientos de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años? Empezamos con la numero 1.**

Participante núm. 1 – Bueno para mi están bien malos. Porque tuve una experiencia con el padre de mis hijas, que vivía con su mama. Ellos fueron y… Entraron a la fuerza, tú sabes, pusieron al papa de mis hijas en el piso y todo. Y al nene al cuarto con las nenas. A la mama la pusieron en la cocina. Entre el lleva y trae, porque ellos decían; "A que, si tu mama me está diciendo que sí, si esto que si lo otro." No era que lo estaban buscando a él. Si no, que estaban buscando a su hermano y se lo iban a llevar y todo. Sabes, no están ni orientados quien era esa persona ni nada. Porque para mí digo; "Mis hijas tienen que pasar por todo esto." Que gracias a Dios no vieron mucho, porque estuvieron en el cuarto. Pero como quiere ver a un policía. ¿Qué hace un policía aquí? (no se entiende lo que la participante dice.) A todas estas, después del proceso de que lo tiraron al piso, este no era, era el hermano que estaban buscando.

**Facilitadora -  La 3, la 2**

Participante núm. 2 -   En mi experiencia, ellos entraron y ya. A la vez que dijeron la dirección que era, entraron a la casa y me divisaron. Entonces al divisarme a mí, empezaron con las preguntas. Con el tono, así como decía intimidación y el ajoro. Ese ajoro y esa cosa.  Básicamente fue eso… Entraron…

**Facilitadora -  3**

Participante núm. 3 -   Por lo menos yo he tenido dos experiencias. Una fue cuando mis niños estaban pequeños. Aproximadamente de 2 años y medio y un año. Ehhh… Yo vivía en un residencial público. Ellos se tiran al área, están corriendo a alguien. Aparentemente, al que están corriendo había tirado el material por la ventana del baño de mi casa. Y ellos sin son ni son, ellos brincaron. Yo vivió en un primer piso. Brincaron balcón, ellos rompieron puertas, ellos entraron… Yo estaba con los nenes en la sala. Yo; "¡Mira! ¿Pero qué es esto? Pero espérate un momento." El papa de mis nenes para ese tiempo; "Mira, pero cógelo con calma. Aquí hay niños." Tú sabe, los nenes empezaron a llorar, un revolú. "¿Ellos están aquí?" "Si, usted no deja que nos llevemos lo que ellos tiraron, este los vamos a arrestar a ustedes. Que si esto… Porque hay pruebas de que ellos tiraron algo." Y él; "Si lo cogen suave y entra uno o dos a la vez, porque yo no me voy a oponer a que si hay algo en la bañera de mi casa se lo lleven. Porque no es de aquí." Entonces ellos no querían transar y se llenó todo aquello de policías.  Una experiencia horrible y entonces pues seguimos verdad pidiéndole que se calmaran. Que íbamos a dejar que pasara uno al baño, pero que lo cogieran con calma. Y en ese proceso estuvimos como casi media hora. Este y si, habían tirado algo para el baño y se lo pudieron llevar. Este… La otra experiencia fue con uno de mis hermanos. Ehhh… Supuestamente, la vecina del de al lado, era policía estatal. Llamo a la policía a decir que en casa de mi hermano había pirotecnia ilegal, había droga y había un montón de cosas y la policía sin mediar palabra, fue inmediatamente y entraron con las hijas y la esposa adentro. Entraron, rompieron puertas y todo. Y mi hermano lo que es vendedor de verduras y viandas y cosas así. Y paso… Y aparte, también, paso una bien mala experiencia con la Policía de Puerto Rico, porque le rompieron, le revolcaron toda la casa. Las nenas gritando. Fue una experiencia bien fea. Que yo creo que ellos no están preparados para hacer muchas veces allanamientos. Yo creo que, si el 20% de los

184

allanamientos ellos los hacen legales, yo creo que diría es mucho. Porque yo entiendo que la mayoría de los allanamientos lo hacen ilegales y sin la prueba suficiente y de la peor manera. Esa es mi opinión.

**Facilitadora -  Ok… Vamos con la 4.**

Participante núm. 4 -   Hablando con relación de los allanamientos, lo que alegan comunidades es que ellos no investigan. Ellos no hacen un proceso debido de hacer una investigación. De saber lo que están haciendo. Simplemente le dicen, te dan la orden y se tiran así al garete. Por eso es que hay tantos fracasos de allanamientos. Por eso es que realmente, muchas veces se tiran la chinan para este lado, cuando el problema está del lado contrario. Para ellos entonces hacer lo que tienen que hacer. Que realmente, como no hay un proceso, no hay una estructura, no hay una organización, no hay un protocolo. Pues entonces le da oportunidades a la delincuencia que siga progresando. Porque entonces ellos, como hace al señor de verduras, tenga pirotecnia. O sea; ¿dónde está la investigación? ¿Dónde está el argumento? ¿Dónde está la prueba? O sea, no se van al más allá. Se quedan con lo primero que te dicen. "Ah, pero yo soy mejor que tú, vamos pa' la casa entonces." No, no tienen el conocimiento.

**Facilitadora -  La 5**

Participante núm. 5 -  Ehhh… No he tenido la experiencia personal. Pero lo que he oído y visto en las noticias, la mayoría de las veces pierden su tiempo. No encuentran nada. Pues como dijo la 4, ya la persona se ha ido o hace tiempo no vive ahí. Esta escondió' en otro lugar y pues pierden el tiempo. Perdieron tiempo, dinero, gasolina. Le dan break a que el criminal se vaya. Todo eso. Están mal…

**Facilitadora -  Vamos con la 6.**

Participante núm. 6 -  En mi opinión los allanamientos se basan de acuerdo al nivel, verdad, nivel social de la persona. Un allanamiento a una persona de dinero no va a ser jamás igual, que un allanamiento en un residencial público o un barrio. Eso es lo primero. Ehhh… Entiendo que es en el área de los allanamientos para gente pobre o clase media son bien agresivos. En el caso de los

185

allanamientos en áreas donde son personas pudientes, pues hay unos procesos bien lindos. Unos procesos bien tranquilos. Eh… Entiendo que es por mí… Lo que he visto por mi experiencia. Los allanamientos casi siempre se basan en llamadas telefónicas, que los mismos maleantes o las personas que están envueltas en este ambiente la hacen. Porque mientras esta la policía ofusca en aquello, pues ellos mueven su… Verdad' su… Lo que hacen, verdad y ellos conocen el sistema. Pero si he visto allanamientos de clase rica y jamás es igual. Creo que hasta tocan la puerta. Creo que hasta llaman por teléfono.

Participante núm. 1 -  Hasta les avisan con tiempo…

Si les avisan. Si este… Por eso es que muchas veces hasta llegan con abogados antes que vayan a la casa. Ya saben, tu sabes…Yo creo que aquí los allanamientos, depende verdad' de qué tipo de clase social tu perteneces. Si perteneces a la clase media-pobre, pues te tratan como mierda, como escoria.

**Facilitadora -  Ok… Ya que llegaste tarde, tu eres la 7.**

Participante núm. 7 -  Ok

**Facilitadora -  Entonces, estamos en la sección 3. Te voy a volver a leer la aseveración y las preguntas para que hagas lo mismo que ellas hicieron. Que después de yo leer, ellas comenzaron a contestar. Estamos hablando de registros y allanamientos en estos momentos. La aseveración dice; "Requiere que todas las detenciones investigativas, registros, allanamientos y arrestos se realicen legal y estratégicamente para la prevención del crimen. De existir alguna violación por parte de un miembro de la Policía de Puerto Rico se realizará las medidas correctivas adecuadas." Ahora pregunta; "¿Qué creen sobre los Registros y Allanamientos de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

Participante núm. 7 - ¿Te refieres a los protocolos que tiene que hacer el policía para ese proceso?

**Facilitadora -  Si, como llevan a cabo los registros y allanamientos.**

186

Participante núm. 7 - Pues… Puedo estar de acuerdo con el proceso, pero estoy en desacuerdo como el policía pues nos trata. Pues verdad, ellos sienten que tienen una verdad' un tipo de autoridad. Si la tienen, pero abusan de ella. Verdad' y dependiendo del estilo… Verdad' de vida social que, si somos ricos o pobres y mayormente estamos en, como te digo… En término medio, verdad' y son bien pocos que sean ricos como tal. Pues nos van a tratar a todos como habían dicho anteriormente, de menos, de menos valor. Y a ellos no les importa. Ellos van hacer su trabajo. Ehhh… Eso también te puede afectar como ellos se sientan durante el día. Por eso es que nos tratan peor de lo normal como ellos son y ellos no se ponen en nuestros zapatos. En como nosotros lo hemos pasado, que preocupaciones o en verdad' no tenemos ningún tipo de… Verdad' de… Ehhh que somos inocentes y creen que pues nos echan a cualquiera desde la primera sin saber de verdad como ha sido el caso. Lo que hacen es seguir su protocolo y tomar esa '*chance*'. Yo puedo hacer lo que me dé la gana, porque estoy haciendo mí trajo. Y si es así, es injusto.

**Facilitadora - ¿Algún otro comentario? Ok, perdón. Pasamos a la sección 4. En la sección 4 vamos a estar hablando de Igual Protección y no discrimen. La aseveración dice; "Requiere asegurar que la Policía de Puerto Rico efectúe servicios policiacos objetivos y libres de prejuicios, invitando de esta manera a que la comunidad participe activamente y se involucre en la prevención del crimen." Les pregunta; "¿Qué creen sobre la Igual Protección y no Discrimen de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años? Empezamos con la 1.**

Participante núm. 1 - Ehhh no se… En mi caso cuando yo pase la situación con el papa de mis hijas, paro en el cuartel porque no tenía para donde ir y ellos decían que me tenían que llamar a servicios sociales. Y ellos me decían; "Yo veo a tus nenas como están. Que están bien alimentadas que se ven bien, pero tengo que llamar a servicios sociales." Sabes como que ellos me decían… Como que me sentí, no sé cómo que… Yo me asusté, porque yo dije; "Cuando dicen servicios sociales; ¿Qué uno va a pensar? Me vas a quitar a mis hijos." Entiende, yo me sentí bien discriminada. Yo me fui, yo me fui. Y estuve desde las 4 de la mañana con mis vecinas. Me decía como que si tu no… Que si yo no hacia… Que tenía que seguir un protocolo. Que ellos no me

podían ayudar. Que, si yo me quedaba ahí, porque no tenía para dónde ir, a donde quedarme, pues que ellos tenían que llamar a servicios sociales. Pues yo cogí a mis hijas y me fui.  Sabes, si yo digo, si no… Cuando salgo ahí otro policía me dice que fuera a la alcaldía de aquí de San Juan, fue como quien dice, el que me ayudo. (No se entiende lo que dice la participante) Así fue como llegue aquí. ¿Pero si no, cual era mi otro paso? Volver a donde estaba con la relación. Porque no tenía para dónde ir con mis hijas. Porque si me veían por la calle, este…  Me iban a llamar a servicios sociales. Si no es por eso, por el otro policía, pues caigo ahí que fue qué pues… Es bien traumático. Para mí que los policías no sirven, son pocos sacados con pinzas.

**Facilitadora -  Ahora la 2**

Participante núm. 2 - ¿El tema es en relación al discrimen, ¿verdad?

**Facilitadora – Si**

Participante núm. 2 -   y maltrato… Digo… Estamos en una sociedad machista. Este… porque por sí, siempre nos menosprecian en el sentido de conocimiento. Piensan que no estamos capacitadas o alertas de lo que está sucediendo. Pues por eso tratan… Tratan como manera así despectiva. Pero así también como se ha visto en mujeres, también hacen con hombres. Porque ellos se burlan de los casos de violencia domestica cuando son hombres que los reportan. Es más, lo que se observa en mujeres, pero también está al revés y entonces se ve esa discriminación. El trato, que se burlan de lo que está pasando. Ello no entiende la envergadura de la situación. Esa es mi opinión.

**Facilitadora -  4, digo 3**

Participante núm. 3 -   Yo pienso que lo de la protección, eh… Pues en mi experiencia, no me brindaron la protección necesaria, pero otros no. Este… Me sentía protegida y desprotegida. Y en cuestión a lo del discrimen, este… En, hasta… No nada más la Policía de Puerto Rico, hasta los mismos fiscales muchas veces se va de parte del victimario. Y entonces tratan de verdad, persuadirte. "Mira, este no, no lo sometas. No le hagas daño. Dale una oportunidad. No lo va a volver hacer." Y como que se ponen de parte de ellos y discriminan contra uno. Porque tu estas ahí para que, que no importa si sea hombre o mujer que están en la rama verdad…  De dar servicio de protección tanto a

188

nivel judicial, como a nivel de la Policía de Puerto Rico en este caso. Ellos a veces como que discriminan con la mujer. Como han dicho las compañeras aquí, ellos muchas veces se burlan, no se ilustran, no dan la importancia adecuada o se meten en sus teléfonos móviles. No les importa lo que realmente pasa. En esa parte entiendo que ellos deben de mejorar mucho. Dar protección a las víctimas.

**Facilitadora -  4**

Participante núm. 4 -  Mi opinión es que no hay igual de protección para nadie. Porque cuando estamos hablando de igual protección, estamos hablando de todas las clases sociales. Estamos bien claros que la clase pobre, clase media-baja está bien marcada sobre lo que es la desigualdad de parte de la policía. Con relación al discrimen, pues si hay discrimen en todos los aspectos. Tanto de ser mujer. Tanto de ser de otra nacionalidad. Tanto también de parte de clase social. No hay igualdad para… Sea… La misma ley que me aplican a mí, no es la que se le aplica a… a un Pablo Casellas o se la aplican a Ana Cacho. Porque vamos a decir las cosas como son. Sea, yo hubiese hecho lo que Ana Cacho hubiese hecho, yo hubiese estado presa hace 10 años atrás. Antes de que al niño le hubiese pasado lo que le paso. O sea, no hay una igualdad, no hay una protección. No hay una seguridad. Las cosas aquí se manejan según lo que tú tengas. El valor monetario que tú tengas. Si tienes dinero, has lo que te da la gana, que la policía te va a cubrir. Ahora, somos nosotras, unas mujeres que estamos luchando por nuestros hijos. Por un bienestar, por una salud emocional y cometemos un mínimo y créeme somos las más marcadas.

**Facilitadora -  5**

Participante núm. 5 -  Ehhh… Igual pienso que sí que hay discrimen. Ya lo han dicho todo.

**Facilitadora -  6**

Participante núm. 6 -  En mi opinión personal, entiendo que si hay discrimen. No solo por ser mujer sino por las personas homosexuales, heterosexuales o transgénero o lo que quieran ser. Porque no ven a las personas como individuos, seres humanos. Sino que los encasillan en ciertos, verdad'…. Opiniones pues... Hay que ver que los mismos son por nivel social. Yo creo que la policía

esta para velar la ley. En este caso, la ley la aplica de acuerdo a quien está de frente. Si es un pobre, si es un rico, si es un heterosexual, si es una mujer, si es un hombre, eso es todo. Y se ve de los dos ámbitos. Se tanto de hombre, policía mujer como policía hombre. Esto no es cuestión de que sea policía hombre, igual de policía ambos. Porque he recibido servicio de policía mujer y encuentro que son hasta más difícil.

Participante núm. 4 -   Más hostiles…

Participante núm. 5 -   Sí, tratando de sobrevivir. Porque se ha visto esa tendencia de que ella está hablando. De que los mismos policías, a veces llevan noticias de mujeres defendiéndose y haciendo querellas porque quieren y tratan de abusar de ella y todo por ser mujer.

Participante núm. 6 -   De hecho yo no sé, yo no he visto… Es bien raro ver a un policía hasta ver un policía homosexual. Expresarlo… ¿Qué lo expresan libremente? Es bien raro. Ya los militares en Estados Unidos ya tienen leyes y ya hay hasta transgéneros y todo. Y en nuestra Policía de Puerto Rico está en el siglo 10. Porque no puedo decir ni 18. Pero si hay discrimen. Y todos los procesos, se quedan en palabras, en papeles. No hay como este seguimiento a los casos. Siempre se actúa de cierta forma, hasta como los procesos que tienen los ayudan. Porque lo primero que hacen es levantarle la… ellos tienen hasta abogados y todo. Por si les vas a proceder, eso es lo primero. A sí que, si hay discrimen. Y pues los protocolos no sirven.

**Facilitadora -  7**

Participante núm. 7 -   Pues, nada esto le aplica a todo, aparte del trabajo del policía. Verdad' a todo el mundo. Tienen que entender que es la religión en las cosas. No puede basarse todo el mundo que, con su religión, pegan a discriminar a los demás. Y que, por eso, la gente que sea bisexual o gay o transgénero pues tienen que estar encerrados, como es disimulado lo que de verdad ellos son. Así se le afecta en su trabajo y verdad…  y así le puede pasar otras cosas hasta suicidio. Porque cuando tú entras a la policía, eso es bien raro que tú lo veas como ya habían mencionado anteriormente y si lo mencionan lo más probable puede ser que le quiten el trabajo o le hagan un tipo de bullying. Verdad'… Que le bajen el salario, etc. Porque eso no es lo normal o lo que consideraran

normal en nuestra sociedad. Porque eso lo están implantando ahora de aceptar el género homosexual etc. Y pues…. Mezclamos religión con discrimen. Eso se ve en el trabajo y deberían de hacer un tipo de ley que eso no se permita. Porque eso tú lo estas privatizando el ser de una persona. En referente a la protección, si estamos hablando de protecciones o de alejamiento, pues, son efectivas hasta cierto punto. Un tipo de tranquilidad mental con un papelito. Y *maybe* pues verdad sirven los grilletes, pero hemos vistos casos anteriores que no estaba sirviendo y horas después ya la persona, la víctima estaba muerta. Aunque tenía grillete el agresor. Pues yo pienso que deberían de revisar ese sistema, verdad de protección. Y yo he escuchado que es en Europa que tienen un sistema, tienen un collar que eso lo usa la persona, la víctima y el agresor tiene su grillete. Y ese collar que tiene la victima va a hacer un ruido un pitido de que el agresor está cerca y eso le da la aseguración de que tiene que salirse lado para que no se encuentre con el agresor. Pues, deberían de implementar ese sistema acá para darnos ese extra aseguración a nosotras como víctimas. Que queremos vivir tranquilas, no estar preciados todo el tiempo, etc. Porque tú sabes que tarde o temprano, aunque la persona esté en la cárcel, va a salir para afuera. Porque también tiene una vida que hacer. Tiene que velarse, verdad… Eh… y todo esto con lo del discrimen, eh… También afecta el salario de uno, no hay igualdad. Porque al fin del día todos somos humanos, somos seres, tenemos corazón. Si nos quitan… Si nos vemos desnudos, nos vemos los huesos y todo nuestro interior somos iguales. So, es mierda por tu tener una vagina o un pene, pero tú te sientes diferente, pues te voy a tratar de menos. Y, eh… Así nosotros como humanos, somos feos de esa forma y como nos tratamos. Pues tú no ves eso en los animales. Ellos pues ya saben que hay un tipo de respeto y no se va a pasar. No es como nosotros, que nos matamos hasta con indirectas. Aunque sean cosas bobas, pero si afectan a uno como persona. Y nada… Otra cosa que quería añadir, que por ejemplo en la corte o te entrevista el policía por un caso tuyo, pues te dan prioridad por las primeras impresiones que uno da. Ya sea como tú te veas vestido. Como tú te expreses y así te dan un tipo de valor. Si tú tienes un valor en un caso. Si darte ese tipo de ayuda. Que si darte esa protección. También viendo la parte del agresor y pues ese es un tipo de injusticia. Verdad… Ehhh…. También da preocupación pues maybe, la persona el agresor se ve súper nítido, bien vestido y tiene un carácter que nadie se lo imaginaria. Verdad… Una primera impresión que; "Ah él no es agresor, el no parece. El parece un buen chico." Y eso se debería de

hacer, por lo menos una oportunidad para entrevistarse bien. Ehhh… Cada persona que esté dentro de tal situación y buscar del pasado y buscar referencias de otras personas. Para saber de verdad como ha sido. Y también otra cosa, por lo menos en mi caso, mi agresor todo el mundo, él es un santito, pero… (Se acabó la grabación del *cassette* parte b)

**Facilitadora -  Puedes continuar**

Participante núm. 7 -  Ok pues, para terminar eh… Como estaba mencionando en mi caso, verdad, pues mi agresor pues se veía bien. Que, si daba una buena impresión, es un buen chico. No sé, parece que no lo conocían.  Ehhh… y la cosa es que, pues pase dos casos con el de ley 246, ley 54. Que… Totalmente los dos casos se aguantaron por yo solamente testificar. ¿Por qué? Porque, la única persona que ha visto todo he sido yo y siempre ha sido detrás de puertas. Verdad… Que nadie sabía ni hasta familiares de él, que viven en la misma casa y pues… Si quería decir eso. Que al fin del día pues tienen que hacer un mejor trabajo. Ya sea los policías, los fiscales y no pensar tanto con los chavos. El trabajo que están haciendo. Sino por ser, por tener empatía y si ayudar a esa persona. y… Sacarlo del celular para que tenga una mejor vida. Eso es todo.

**Facilitadora -  Ehhh… Algún otro comentario. ¿No? Ok, vamos con la sección 5. Que es acerca de la administración y supervisión. La aseveración dice; "Requiere garantizar que la Policía de Puerto Rico cuente con la cantidad necesaria de supervisores inmediatos cualificados, para que realicen una supervisión efectiva, ofrezcan a los agentes bajo su mando las instrucciones y orientaciones necesarias para mejorar y desarrollarse como policía e identificar, corregir y prevenir conductas inadecuadas. La PPR desarrollará un sistema de identificación temprana (EIS) para identificar comportamientos inadecuados." Les pregunta; "¿Qué creen sobre la Supervisión y Administración de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?" Empezamos con la 1.**

Participante núm. 1 - ¡Fatal! Para mi fatal. Porque yo pienso que todo viene desde arriba, entiendes… y pienso que como… Tú como sargentos, sabes, estás viendo lo que está pasando. Estas viendo lo que tú tienes al mando y si no haces nada por cambiarlo, no va a cambiar nunca. Y eso… Eso es todo.

**Facilitadora -  2**

Participante núm. 2 -  Los escases de personal, influye también verdad en que las cosas no se dan como se deberían. Este… La realidad es que pues hay una crisis económica y de esa es la base de agarrarse de eso. Sabes, que todos los servicios en general fallan por eso. Porque no hay personal suficiente. O sea, entiendo que la merma es, surge de ahí. El mal servicio surge de ahí, de poco personal para tantos habitantes. Verdad…

**Facilitadora -  3**

Participante núm. 3 -  Bueno pues, en mi opinión personal, entiendo que tanto la supervisión como la administración eh… Pues debiera, verdad, tener mejor adestramiento, educaciones. Porque entiendo que como muchos de los que están en la supervisión y en la administración no están trabajando adecuadamente. No están haciendo el trabajo que se supone se haga. Sea por una cosa o por otra. Este…  Está y no saben trabajar los casos y se están perdiendo muchos casos porque no lo están sabiendo supervisar. No lo están sabiendo administrar. No lo están sabiendo trabajar. He incluso, en mi opinión en cuanto a la superintendente nueva que pusieron en la policía; ¿Ella vino a ayudar o vino a desayudar? Que rayos ella tiene que hacer metiéndose con un grupo de policía. Que son cristianos que quieren antes de comenzar su servicio hacer una oración a Dios para su protección ya que mucho de ellos se también se sienten inseguros en la carretera. Cuando hay 20,000 casos, muchos más importantes que el policía pierda media hora o 15 minutos o 20 minutos entregándole su día al señor. Yo pienso que ella pues, en vez de estar pendiente, como que a esos detalles que yo pienso que son tontos.  En cuestión de… De… de la de esto que ella le tiene que dar. El énfasis que ella tiene que dar, entiendo es protegiendo los niños en las escuelas, primeramente, que nada. Sabes, hay muchos niños desprotegidos. Ehhh… La criminalidad esta horrible en Puerto Rico. Los robos, los asaltos, los *carjacking* y ella en vez de estar pendiente a esas cosas que son más necesarias, ya de entrada le está dando en realidad énfasis a algo que no es necesario que se lo dé. Todo el mundo tiene derecho a sus creencias religiosas y verdad, a pedir protección de Dios. Ellos no hacen nada malo con eso y yo entiendo que desde ahí ya está fallando la administración de la Policía de Puerto Rico.

**Facilitadora -  4**

Participante núm. 4 -  En relación a la supervisión de Puerto Rico, si las 4 anteriores no ha quedado bien, pues esta tampoco.  Una cosa va a depender de la otra. Obviamente no hay supervisión de Puerto Rico. Los supervisores son unos de los mas que envían a cancelar los casos por falta de evidencia. Por falta de hacer el trabajo. Porque es más fácil pasarlo, delegarlo y delegarlo y ahí concluyen. Nadie se hace, nade asume responsabilidad. Pero obviamente sabemos que la administración en Puerto Rico está fallando. O sea, la Policía de Puerto Rico en cuanto a su administración están fallando. Este, si hoy en día esta este grupo focal acá es porque la administración de Puerto Rico está fallando. Es una evidencia muy clara y por eso el gobierno federal ha enviado a hacer esto. O sea, que no tenemos ni una supervisión, ni la administración en Puerto Rico sea la más adecuada para salir adelante.

**Facilitadora -  5, te la voy a leer dado a que no la terminaste de escuchar. Estamos hablando en la sección 5, que es sobre supervisión y administración. Te voy a volver a leer la aseveración, para que tengas la oportunidad de escucharla. "Requiere garantizar que la Policía de Puerto Rico cuente con la cantidad necesaria de supervisores inmediatos cualificados, para que realicen una supervisión efectiva, ofrezcan a los agentes bajo su mando las instrucciones y orientaciones necesarias para mejorar y desarrollarse como policía e identificar, corregir y prevenir conductas inadecuadas. La PPR desarrollará un sistema de identificación temprana (EIS) para identificar comportamientos inadecuados."  Ahora pregunta; "¿Qué creen sobre la Supervisión y Administración de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?"**

Participante núm. 5 -  Pues yo pienso que muchas de las supervisiones entran por, como uno dice por pala. No tienen muchos el conocimiento. Entran porque los políticos cambiaron y ellos son de ese grupo y en verdad o saben un pepino de lo que van hacer. Ehhh y si la administración no sabe, pues los policías van a saber menos. Quizás algunos traten de sobrevivir y hacer la justicia que ellos entienden o el trabajo que ellos entienden. Eso es todo lo que tengo que decir.

**Facilitadora -  6**

194

Participante núm. 6 -   Encuentro de que la supervisión es fallida porque una, como dijo la numero 5 este… Por pala.  Segundo, creo que ni exámenes ni ningún proceso, verdad, aunque sea entrevista, paneles para llegar a un punto, para supervisar a la policía. Porque imagínense si hubo un supervisor que no sabe mucho de las leyes y las normativas como va a orientar a un policía que está más perdió' que un juey visco. Pues no en verdad'. Creo que el mismo sistema, pues ayuda a que siga el mismo sistema. En cuanto a que dijo la numero 3, sobre es cierto. La que este cargo ahora, se le ve pérdida y me imagino que es mucho más fácil darles énfasis a estos temas, porque así se pierde… y como la prensa de este país es como…. No es tan incisiva, le pueden decir; "Mira, la policía prendió un fosforo, una velita allí." Pues todos corren allí y se enfocan en eso. Entonces los asuntos que son importantes, no los maneja. Por eso las estadísticas aquí hasta la misma policía los altera. Porque a ti te pueden dar un tiro, por cierta situación y cuando llegas al hospital, mueres porque tuviste un paro cardiaco. Ya no moriste por el tiro. Moriste por un paro cardiaco.  Pero entonces no lo cuentan como parte de un, verdad'… Ehhh y en una forma también porque está politizada la policía.  Pues porque todo aquí está politizado. Entonces, es conveniente haya menos, estadísticas bajas. Es importante que los que estén en el mando sean manipulables, verdad'…. Y eso no ayuda verdad'', a que el sistema mejore. Y ¿Quiénes pagan? Pues las que son realmente víctimas en la situación. Que requieren el servicio. El mismo sistema vuelve y los victimiza. Porque hay muchas cosas que, pues como ella dijo, si llega a ser árabe que tiene unas creencias diferentes a nosotros y   ser policía que tienen que orar no sé si son 8 o 7 veces al día. Como tu como policía o como institución le vas a prohibir sus creencias. ¿Por qué te tienes que vasar en eso? ¿Por qué no dicen? Mira, eh, vamos a educar. Vamos a dar educación continua. Vamos a mejorar la supervisión. Ehhh… Con lo que hay. Porque la realidad es que la situación económica, no podemos seguir diciendo, por la situación económica. Porque es lo que sostiene al país, estas instituciones, entonces el país va a estar totalmente al garete. Si nos seguimos enfocando en que hay una situación económica.

**Facilitadora -  7**

Participante núm. 7 -  Pues estamos hablando verdad', de varias cosas. Nuevamente del comportamiento no adecuado verdad' y el fallo del sistema. Que ha existido en el proceso. Pues quería decir, que si ponemos la balanza; ¿Cuál es el comportamiento obviamente por lo menos en Puerto Rico de los policías hacia nosotros personas civiles? ¿Cuál pesaría más? Un comportamiento hacia nosotros neutral, verdad y que tú te seas cómodo verdad, a gusto, y el otro es como que ay en la negativa. Te tiran la mala y hasta te ven distinto, aunque te paren en la calle y ya siempre está preocupado' no sé qué… Porque te pararon una bobería.  Pero muchas de las veces pues te tienes que chavar, pues a mí me ha pasado que la mayoría viene un policía porque te quiere espetar una multa. Ya sea para cumplir con la nota del mes, él te la dan también a la mala, pero ellos se salen con la suya. Verdad' y eso es un comportamiento inadecuado, porque están pensando más del dinero en vez de su trabajo. Ehhh… También quería decir… Pues los puestos dentro de la policía, si le ponemos una gráfica, esta monopolizado. Si no es partido o es religión o estas en un puesto alto en otro trabajo. Pero te hacen un acomodo verdad', porque te conocen. También, esta que si por familiares. Que si es familia te ponen a… También este comprado el trabajo.  Maybe una persona de caserío, el que brega con drogas o capital, etc. y pues te acomodaron pues porque tienes un título de poder, el dinero. Para que ese agente no sé qué, pues los ayude para hacer cosas por debajo de la mesa. Y pues esta verdad, aparte de esas cosas que mencione, está el trabajo que viene de la educación.  Que si son gente que se dedicó a trabajar y estudiar para hacer de esa su profesión. También está el que lo cogió real, que ya sabía a lo que se estaba comprometiendo, verdad, lo que le… *chat it stands for*.  Verdad, lo que es ser un policía. Ser policía no es fácil, eso lo entiendo.  Pero también hagan un trabajo que lo tienes que pesar 10 veces, porque tú sabes que tu estas poniendo tu vida en riesgo. So, por ejemplo, lo que habían mencionado anteriormente de que; "A vamos a rezar para salir bien y todo" Puedes rezar todo lo que tú quieras, pero eso no va a parar la vida, los sucesos que van a suceder en… en tu diario vivir hasta que uno fallezca. Ehhh… Eso te puede dar una paz interna, eso es todo. Ehhh y pues la cosa es saber si de verdad si tu estas adecuadamente, eh… sabes cómo brega el sistema. Sabes el trabajo que tú tienes que hacer, las metas, etc. y si tu estas dispuesto de que hasta fallecer haciendo tu trabajo. Pues, porque, eso es lo que te gusta hacer. Pues si chévere, se policía. La cosa es que hacerlo de la forma correcta. Como para ser policía que es la meta, de verdad de ellos. La misión

que sea de proteger al civil, a los seres humanos, a lo quien sea hasta los animales. Porque para todo eso está una ley. Y los que mantienen a la ley en gran parte son los policías. Porque ellos velan por nosotros, no otra gente. Ya después de ahí que, si fuiste al tribunal, pero todo es a través de ellos. Ehhh también quería decir... Yo no sé mucha verdad, de la posición de la policía, pero de lo poco que se, si lo pones en una gráfica eh… Podemos poner eh… Un pedazo verdad', en la oficina, otro pedazo en la calle, un gran pedazo que vive trabajando en la mesa. Porque verdad, yo he escuchado a amistades mías no sé qué… Que parecen que están haciendo hasta cosas ilegales y es gente que uno conoce, en serio. Que si compran a los policías por qué; "¿Qué es lo que están buscando? Dinero, no están pensando tanto en proteger verdad', al civil. Si no al valor dinero. Quiero hacer dinero, porque de eso me quiero mantener. No están ahí tanto porque de verdad quieran ser policía para protegernos y un pequeño porcentaje dentro de esa grafica que he mencionado anteriormente, está los casos reales. Los policías que si están haciendo su trabajo como es y más allá. Lo están haciendo más allá porque saben que la gran cantidad de los policías que están trabajando no están haciendo adecuadamente su trabajo ni están educados. Si no, están haciendo lo que quieran. Se dan el puesto, la autoridad. Ah porque tienen el uniforme, me van a tratar de menos. Porque tenemos chavos, como nos vemos. Ehhh yo estoy de acuerdo verdad', no sé si está en proceso de que hagan un examen o sistema… Ya después de que sea un policía un tipo examen mensual o anual de evaluarlos a ellos psicológicamente Ellos sí, pienso yo que deben de tener algún tipo de psicólogo, para los policías como tal. Porque ellos también no eligen estos casos. Ellos también no eligen estos casos, se los ponen de frente y nunca se lo esperaron y eso le pasa a todo el mundo. Es para ver si están todavía ahí, dentro de un margen de que ellos están adecuados para seguir su trabajo y también pues… A que también si se lo merecieron, que se lo ganaron porque lo trabajaron. No porque se lo regalaron o porque está bien que lo subieron de puesto. Si no que hagan su función de lo que ellos estén dando a su trabajo. Eso es lo que yo pienso.

**Facilitadora - ¿Algún otro comentario? No, Ok vamos para la última sección que es la 6. Entonces…. La sección es sobre la interacción con la comunidad e información pública. La aseveración dice; "Requiere que la Policía de Puerto Rico interactúe y cree relaciones firmes con las comunidades para promover la colaboración en la solución de problemas, prevención**

del crimen, crear confianza, respeto mutuo y trabajar en unión a los Comités de Interacción Ciudadana. La Policía de Puerto Rico mantendrá informada a la ciudadanía sobre el proceso de Reforma, los logros obtenidos, estadísticas de delitos e información de interés público." Ahora les pregunta; "¿Qué creen sobre la Interacción con la Comunidad e Información Pública de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años? Empezamos con la 1.

Participante núm. 1 -  Son muy pocos los policías que interactúan con nosotros. Deberían cambiar, hacer algo por eso, pero no hay interacción, nada. Eso es lo que tengo que decir al respecto.

**Facilitadora -  La 2**

Participante núm. 2 -  Eh… Mucho a través de los años, antes utilizaban los medios de comunicación para informar a la ciudadanía sobre las cosas que estaban surgiendo y se veía más esa interacción. Aunque, no era directa con la comunidad, pero si por un medio que casi todo el mundo tiene un acceso. Lo único que vi relevante a eso es y fue reciente. Fue hace como una semana, es que están utilizando un canal de televisión en específico y tienen una sección con un policía. Que el sí orienta de diferentes situaciones, pero casi todas relacionadas a tránsito. Como y prevención y protección de tránsito. No relevante a otro tipo de problema o gestiones que se tengan que hacer verdad', relacionadas a casos legales, etc. So entiendo que en esa iniciativa que tienen, verdad' de informar, deberían de incluir o ampliar lo que son otros tipos de casos. No tan solo las prevenciones de tránsito, sino también como hacer las gestiones. Porque muchas veces, uno va a un lugar y te refieren a otro a otro y a otro y nunca solucionamos el problema. O desconoces de la ley también y ese es el problema principal, que los mismos senadores de nosotros. Los legisladores que son los creadores de las leyes, pues culpan a uno por el desconocimiento de la ley. Pues entiendo que tomando esa iniciativa del canal pues, puede tener como acceso a eso, que las personas sepan de sus derechos y deberes que es lo más importante.

**Facilitadora -  3**

Participante núm. 3 -  Pues en mi opinión… Ehhh… Yo quiero empezar verdad, antes de muchos años atrás, la policía interactuaba más con la comunidad. Ehhh… Porque había un respeto de parte y parte. Tanto de los ciudadanos a la policía y de los policías a los ciudadanos. Aunque en parte siempre ha habido de todo. Porque siempre ha habido abuso de parte de la policía hacia los ciudadanos y demás. Pero había más comunicación y había más respeto.  Yo entiendo ahora que mucho de los ciudadanos de Puerto Rico ya no confía en la policía municipal o la policía estatal. Generalizando los dos, ya no confian pues en ellos. Pues por eso yo entiendo que a lo mejor no se está dando verdad', esa interacción con la comunidad. En lo de informar verdad' y mantener informado al pueblo de Puerto Rico, entiendo que ante si como dijo la compañera aquí número 2, antes por lo menos había pues más información pública. Ahora pues, no hay tanta información pública. Ellos no orientan a la ciudadanía. Como dijo la compañera 2, los senadores que son verdad', los que aprobar las leyes y los legisladores nos la crean y la dejan ahí. No la están dando publica para saber verdad', en realidad nuestros derechos y deberes a esas leyes. Que muchas personas que tienen desconocimiento que es lo contiene la ley en verdad y los protocolos que se llevan para esas leyes también. En cuanto pues a como lo están manejando, entiendo que no tienen el mejor manejo verdad'… Para manejar en tanto la interacción como la información que se está llevando a cabo en estos últimos tiempos. Entiendo pues y vuelvo y recalco, ellos necesitan más adiestramiento y más ayuda de profesionales verdad'… Que los dirijan tanto como dijo la compañera 7, ellos también pues, pasan por situaciones y crisis fuertes en la carretera y pues tampoco verdad'…  Le dan manejo a esas crisis o situaciones que ellos puedan tener y eso también pues a lo mejor pues, los sacan un poco del ámbito. De su trabajo diario. De su diario vivir. Verdad', porque hay que ver también el área que ellos tienen emocional. Y yo creo que pues, si ellos ganasen nuevamente la confianza y el respeto del pueblo de Puerto Rico, yo creo que pudieran volver verdad', a poder interactuar con la comunidad. Esa es mi opinión.

**Facilitadora -  4**

Participante núm. 4 -  Pues, yo estoy de acuerdo con todo lo que las compañeras anteriores han comunicado. Pues obviamente este no hay confianza y si no hay confianza no va haber una

comunicación. Este… No hay un protocolo de prevención de crimen. No hay un, una seguridad. Este… No existe una interacción entre la comunidad y la Policía de Puerto Rico. Y como ellos están manejando las cosas pues obviamente sino hay un orden, una estructura pues no tienen… Estamos otra vez en las mismas, Sabe, caemos otra vez en lo mismo. Mientras ellos no se organicen. Mientras ellos no tengan un conocimiento. Tengan un adiestramiento. Tengan unos estudios específicos en una de sus áreas que se puedan desarrollar pues, estamos en las mismas.

Participante núm. 5 -  Ehhh… Opino igual, no hay un ningún tipo de… no hay un ningún tipo de… de respeto de ninguna de las dos partes. Ya el pueblo de Puerto Rico lo que hace es como había expresado en otras preguntas, coge la justicia en sus manos. No respetan a nadie. Aquí no hay respeto por nada y obviamente como dijo mi compañera anterior, al no haber respeto, pues no va a ver interacción. Lo que nos dicen es yo soy la autoridad y tienes que hacer lo que yo diga. Tengan la razón o no la tengan. Seas crimen o no… hagas hecho un crimen o no. O sea, no hay respeto, no hay nada. Cada cual está halando para su lado. A veces los policías, se ve que ven que está sucediendo algo y ellos lo que hacen es coger por otra calle para no meterse. Quizás ellos no están siendo bien pagados. Ehhh... No los entienden tampoco sus superiores y pues como no les importa, pues a nadie le importa nada. Todo el mundo está pa' su lao'.

**Facilitadora -  6**

Participante núm. 6 -  Sobre lo de la relación de la policía con la comunidad, pues eso realmente está roto. Yo recuerdo cuando pequeña que había muchos programas para los niños de la policía. Liga Atlética… Había integración… Adicional a esto, pues la información es bien limitada. Porque pues obvio, como dicen; "Un pueblo inteligente, difícil de gobernar." Estas instituciones le dan tanta información a la gente es como que desventaja para ellos. Porque van a tener un pueblo muy educado y unos policías mediocre. Así que una cosa lleva a la otra. Si hay una situación económica, hay tantos correos electrónicos que no los usan. Están los e-mails, esta Facebook, Twitter… Hay formas de llegar, llevar la información. Hay hasta un canal del Pueblo de Puerto Rico, que pudiesen ayudar a informar al pueblo y de una forma u otra, volver a tratar de interactuar con la comunidad y empezar de cero. Ambos, tanto la comunidad como la policía. Pero esto es como 2… 2

jueves machos tratando de cada uno a su conveniencia. Y pues como todo, tenemos un sistema político que cada 4 años cambia. Se… lo que es bueno no lo aplican. Lo que es malo… Lo que es bueno no lo aplican y lo malo a veces lo dejan. Y seguimos con este vaivén. Entonces cambiamos al superintendente. Entonces otras normativas. O sea, hay muchas cosas que corrompen a la Policía de Puerto Rico y por ende hay mucha mala información verdad', de porque vive la gente en la calle diariamente. También hay que entender sobre las multas. Las multas son unas cuotas con las que ellos tienen que cumplir. Eso es algo que ello no dice este… Yo he sabido de policías porque tengo amistades que son policías que tienen que cumplir con ese deber, las multas. A veces tú los ves a cierta fecha dando multas a tutiplén. Sabes, todos es como que… Esto es un negocio, es dinero punto y se acabó. Hay unos fondos ahí. Hay unas cosas que lamentablemente pues se… Todo está corrompido. Ahora, tendrían que comenzar desde cero y empezando desde adentro.

**Facilitadora - 7**

Participante núm. 7 -  Pues hablando de la interacción entre la policía y la ciudadanía eh… Pues, hay poco, ninguna interacción como habían mencionado anteriormente. De ahí yo quiero establecer lo he visto en Estados Unidos, lo he escuchado, el neighborhood watch. Eso es lo que hacen entre las personas que conviven en la misma organización.

(Termina lado b del cassette número 2)

Participante núm. 7 – Estaba hablando que la interacción entre la policía y la ciudadanía pues hay poco o ninguna interacción.  Pues, quería poner en la mesa que yo he escuchado, que he visto en películas en películas, que por lo menos en Estados Unidos, imagino que otros lugares también hacen un neighborhood watch. Que eso en una misma comunidad, sabes quienes viven dentro de su urbanización y eligen creo que semanalmente o mensual, una persona que sus rondas. Que este vigilando que todo esté tranquilo dentro de esa urbanización. Pero pues, pensando realísticamente aquí en Puerto Rico no lo podemos obtener así mucho. So, es mejor pues policías. Porque podemos ver que hay muchos policías que gastan su tiempo, pues comerse la mierda por ahí, para ganarse los chavitos que no están haciendo nada. En vez de dar rondas en la autopista. Porque cualquier cosa que sucede en la autopista, si hay alguien que le importa de verdad eh… de grave

201

importancia, de una importancia bastante mayor, Pues alguien llamaría y eso se resuelve de momento. Pues y en vez de estar rellenando verdad', ese espacio que esta demás, ponerlo a un uso bueno que haya por lo menos una patrulla, por lo menos en las rondas nocturnas. Verdad', que ahí es donde pueden ocurrir cosas. Hay gente que trabaja o estudia de noche y están por ahí solos. Pues que de una ronda nocturna en cada urbanización verdad', que los asigna. Para que le dé un tipo de protección a esas urbanizaciones. Eh… Por ejemplo, ya las privadas pues ya tienen su seguridad. Porque ahí tiene un control de acceso y no sé qué. Pero las que son abiertas, pues por ahí puede pasar cualquiera y tú no sabes quién es. Ehhh verdad'… Esta también eh… cambiar ese tipo de comunicación entre policía a civil si no, de persona a persona. Porque así nos dan una confianza, dan ese… ¿Cómo se dice? Nos sentimos cómodos. Verdad', hablar entre persona y persona. En vez de que tú con la autoridad y yo intimidado y tengo que elegir mis palabras. Porque tu puede hacer algo en contra mí. Eso lo que crea es un tipo de muro. Ehhh también… Pues, deberían de tener un tipo de adiestramiento. Seria orientación a cómo comunicarse o expresarse hacia una persona, verdad', un civil, una persona. Que haya un tipo de confianza y respeto. Como habían mencionado anteriormente. En referente al neighborhood watch, quería añadir que estaría bueno que, en el periódico, por lo menos semanalmente, haya un tipo de espacio que vallen informando cosas que si resaltan en ciertas urbanizaciones. Verdad', que si cogen urgencia. Ejemplo, alguien está entrando en las casas durante las noches y todavía no han cogido a la persona. O están vigilando por ahí, han notado ese tipo de movimiento en las urbanizaciones. Pero no hay un comunicado bastante grande pa' que la gente esté pendiente y pues estaría bueno en el periódico, ya que, por ejemplo, El Vocero y algo así son gratis. Pues porque por lo menos publica la mitad de una página. Eso no es mucho. En vez de estar invirtiendo en boberías que si moda, que sí, eh ah actores, que, si tal cosa paso con Kim Kardashian, yo no sé qué… Eso es bobería. Eso es lo que nos hace a nosotros hipnotizados y entretenernos verdad', para no estar fijándonos en otras cosas. Verdad'… Podemos quitar ese entretenimiento, porque eso siempre va a estar en el internet. Eso va a estar siempre y nadie se lo va a perder. Pero cosas importantes como la protección en una urbanización, pues estaría bueno que pongan un tipo de tabla. Está sucediendo tal cosa en tal urbanización, a tales horas que lo han reportado varios verdad' gente del vecindario y así estarán todo el mundo informado y ya va haber

un tipo de protección anunciada. Verdad', también quería comentar como nos vamos a sentir cómodos si los policías están comprados para seguir otras ordenes que no son su función principal. Por eso… eso nos trae un tipo de muro. Ehhh y pues… Lo que se había hablado anteriormente verdad', de un tipo de sistema o examen para n verdad', si son aceptados verdad' o…O que puedan trabajar como policías. Que hagan una limpieza de personal, botar o remplazar. Que verdad', puede ser que ellos fueron comprados. Dan un tipo de maltrato hacia de policía a policía, de policía a gente externa. Son ilegalmente verdad', están allí. Por documentos falsos, etc. Y pues que, en vez de darle una mala fama, pues eso está todo tranquilo callado y que haya un tipo no se… Que esté conectado a una agencia o algo así que le ayude a esa persona, que le van a sacar de esa posición de policía a ponerlo en otro trabajo. Y así no los perjudicas limitando que si su salario, que, si tiene familia, no sé qué. Y los que están haciéndose un buen trabajo, pues que reconsideren que, si tienen que subirle el sueldo o cambiarles de posición, pues porque están haciendo su trabajo y más. Porque eso si yo lo he visto, he lo visto de ambas partes el, en el área de policía y pues eso es todo.

**Facilitadora - ¿Alguna otra va a comentar?**

Participante núm. 3 -  Eh sí, yo también quería abundar que también hay policías que están verdad', interactuando con la comunidad. Porque, he visto pues por las redes que hay muchos que están ayudado a personas mayores a restaurar sus casas. Ayudando a madres solteras con niños verdad', en la reparación de sus hogares y eso. Pero yo entiendo que, ellos pudieran tratar de volver a, como había dicho anteriormente verdad', a ganarse la confianza del pueblo de Puerto Rico. Porque antes ellos por lo menos, pues tenían y creo que todavía lo hacen, pero ya casi no van personas. Ellos tenían el Día Nacional de la Noche. Los policías a oscuras y la comunidad interactuaba mucho con ellos e iba mucha, mucha verdad'… mucha comunidad. Ya no se está viendo que ella yendo la comunidad y yo creo que fue pues, por la falta de confianza verdad' y de comunicación que le hace falta pues, al pueblo de Puerto Rico. A la ciudadanía de Puerto Rico. Pues estado también verdad', exhortarlos para que ellos vuelvan a tener, a crear verdad' esa interacción que tenían con el pueblo y las comunidades de Puerto Rico. Como han dicho otras compañeras aquí, ya sea tanto por integración a través de periódicos, por radio, de redes sociales. Pero creo que es importante, sobre

todo, pero mucho adiestramiento. Yo creo que necesitan esos recursos y mejorar el adiestramiento. Muchas cosas y pues más psicólogos verdad' que los ayude también en las crisis que ellos enfrentan diaria en la carretera. Eso sería todo.

**Facilitadora - ¿Alguna va a comentar?**

Participante núm. 7 -    Quería añadir que como había mencionado la compañera, que ha parte del periódico, también la estación de radio como hace Ojeda, pero más para en referente a la seguridad verdad', de las urbanizaciones o cosas que están ocurriendo durante la semana y que la gente si puede hacer un llamado en el momento, lo suban en el aire de que; "Mira, está pasando tal cosa o me robaron tal cosa," y la gente puede estar pendiente. Porque, por ejemplo, yo he visto pal Facebook que la gente anuncia o postea fotos; "Ah, me robaron tal carro o me robaron tal cosa." y no se… lo postearon. La gente pues, está pendiente a eso porque redes sociales, eso está anunciándolo a todos y puede venir alguien y te lo dejan saber. "Mira yo vi tal carro en tal lugar." O algo así y llaman a la policía y ya se resuelve algo que en vez que se tarde un mes, pues porque se lo estamos dejando todo a los policías. Que ellos pues, verdad' tienen sus cosas o también pues no les interesa. Pues, porque eso no les va a traer tanta importancia a su trabajo. Pues lo podemos hacer entre nosotros también.  Eso es todo.

**Facilitadora - ¿Ya? Ok, pues ya terminamos con el grupo. Voy a parar la grabadora.**

**Anejo # 7**

**Grupo Focal Personas Sin Hogar en Rehabilitación**

**Preguntas y contestaciones de los Sujetos:**

**1) ¿Qué cree sobre la profesionalización de la PDPR y como la PDPR está manejando esto en los pasados 2 años?**

Sujeto # 1: Entiendo que en los últimos dos años según la policía ha venido proyectando. Hay un desenfoque a mi entender y que se basa, muchos problemas que tiene la policía en cuanto a salario, adiestramiento,

equipo. Y todas esas áreas que la policía está bien pobre. Que hasta les han quitado para darle a otros; existen oficiales que hacen su trabajo y hay otros que ni los buenos días te dan. Ha si amaneció el día para ellos, así trabajan el día y eso es una problemática, porque profesionalmente vas a dar todo. Especialmente si vas a intervenir con alguien. Pero que la policía en sí, está tratando de hacer su trabajo y no es un trabajo fácil y hay que tener mucha disciplina.

Sujeto #2: Yo en carácter personal, no he tenido ningún encontronazo con la policía de P.R. Yo si conozco unos programas que ellos tienen. Por ejemplo, nuevo amanecer y devuelta a la vida. Están trabajando lo mas bien. Por otro lado, me preocupan los carros no rotulados que tienen, esto debe de mejorar. En los pasados dos años no he tenido situaciones.

Sujeto #3: Este ano yo he tenido varios encontronazos con la policía. Voy en mi vehículo, y entiendo que cuando van a intervenir con uno entonces es que deben prender los biombos y sonar la sirena; esto no lo están haciendo. También he visto el trato con los de ambulantes, no le hablan correctamente. Deben de tomar talleres de cómo manejar sus impulsos y problemas personales. No digo que todos los policías son malos, pero algunos policías abusan del poder.

Sujeto #4: No he visto profesionalización alguna por parte de la Policía de P.R. Deben de estar adiestrados para explicarnos sobre la reforma y como mejorar. La policía debe de darle mayor calidad de vida al deambúlate.

Sujeto #5: No conozco mucho de la reforma, pero creo que muchas veces trabajan bien. Pienso que deben de recibir un adiestramiento con psicólogos de cómo tratar a la gente.

Sujeto #6: En cuanto a la reforma no conozco sobre ella. Entiendo deben de tomar un curso por falta de sensibilidad y empatía.

Sujeto #7: Estoy de acuerdo con lo que dijo el sujeto #2, veo que la policía se adiestra en ciertas áreas, pero no en su totalidad. Veo muchos policías no adiestrados en áreas específicas. Tenemos que tratar a la gente de acuerdo a sus problemas y la policía debe de saber discernir. Necesitan un adiestramiento completo, para que, aunque no trabajen en esa área puedan manejar situaciones y sepan que hacer.

Sujeto #8: No conozco sobre la reforma. Yo tuve una situación con la policía. Entiendo también es como uno se presenta ante ellos, de la forma que se proyectó de una forma fuerte a una forma de cooperar. Yo siempre he respetado a la policía.

**2) ¿Qué cree sobre el uso de la fuerza, controles internos y rendimiento cuentas de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

Sujeto #1: La policía ha venido trabajando bastante mal, de dos años para a se han identificado errores delitos por parte de la policía. Están usando bien excesiva la fuerza. Se trata de integridad y respeto y como asistir al ciudadano. Existe un descontrol, hasta asesinatos y agresiones. Actúan brutalmente y a su manera, creo tiene que ver mucho con la comunicación entre ellos mismos.

Sujeto #2: Prácticamente me vino a la memoria el descontrol y cuando un oficial se quita la vida y donde un policía en Ponce balea a unos compañeros y después pierde la vida. También se comenzaron hacer diferentes rotaciones en la policía. Creo tiene que ver con el stress y los problemas de la casa. La presión de la casa no se puede llevar a la calle.

Sujeto #3: No han ocurrido tantos cambios en la policía, No se identifican las placas están en los bolsillos. Si sacas el teléfono, te tiran gas o te dan con el taser. Esta situación de romper celulares para que la gente no los grabe. En solo 45 días atrás vi una situación de esta índole provocada por la policía.

Sujeto #4: En el caso mío yo pase por una agresión con un oficial que me arresto. Yo pase por una agresión de parte de un policía en mi frente [cortadura [ y no llego a los rangos mayores del cuartel pues se protegen y esconden la evidencia en el mismo cuartel. Deben de dialogar más con la gente y con los de ambulante.

Sujeto #5: No estoy de acuerdo con el uso de la fuerza de la policía. Entiendo a veces tienen que usar fuerza, pero entiendo deben de adiestrarse más y dejar sus problemas en la casa.

Sujeto #6: No he tenido ninguna experiencia de dos años para acá no puedo decir nada.

Sujeto #7: Sigo mencionando que es importante el adiestramiento es clave, hay que adiestrar a la policía, y debe de manejar situaciones. La policía está demasiado a la defensiva, por la alta criminalidad, hoy en día se le ha perdido el respeto a la policía como profesional. Esto ha sido de parte y parte.

Sujeto #8: Creo que la policía está bien lacerada y toda esta cuesta arriba. Deberían de crear unos talleres para la policía.

**3) ¿Qué cree sobre los registros y allanamientos de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

Sujeto #1: En esa área la policía tiene que hacer mucho; mucho se logran sin el permiso de un juez y su firma. Intervienen bruscamente con el individuo, ha existido mucha falta en torno a esto. Dentro del allanamiento viene el abuso y exceso de fuerza. Mientras le quiten a la policía lo que ellos necesitan, esto seguirá ocurriendo. Hasta que esto no mejore en cuanto a sueldo, equipo y psicología la policía seguirá igual o peor.

Sujeto #2: No he tenido ningún tipo de esa experiencia, pero lo que he visto atreves de noticias y la comunidad; veo que la forma no es la mejor.

Sujeto #3: No he tenido experiencias en los pasados 2 años, no puedo abundar…

Sujeto #4: Te paran por cualquier cosa, mucho abuso. Existen robos también en estos registros, donde los policías roban en los registros.

Sujeto #5: No puedo hablar mucho, pues desconozco.

Sujeto #6: Talleres serian buenos para ellos. La forma de ellos es muy hostil y si lo he visto en los pasados 2 años.

Sujeto #7: Yo he tenido que detener registros, he identificarme como ayudante, yo he estado en intervenciones. Y vemos como muchos casos se caen por registros ilegales, inclusive cuando la policía tiene razones para esto. También existen robos de cosas durante las intervenciones.

Sujeto #8: No he visto nada. No tengo nada que aportar.

**4) ¿Qué cree sobre la igual protección y no discrimen de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

207

Sujeto #1: Veo esa etapa en estos 2 últimos dos años bien diferenciada, no dan el mismo trato con la clase baja. Existe mucha desigualdad.  Existe un porciento grande donde hacen los que le da la gano y no es el mismo trato, y no existe transparencia.

Sujeto #2: Todos somos iguales; yo tengo un negocito de dulces y estoy en diferentes comunidades dominicanas y veo el abuso contra ellos. Es una actitud de intimidación. Una actitud negativa y altanera.

Sujeto #3: Tienen mucho discrimen con la comunidad dominicana; puerto nuevo, ave américo miranda, ave Borinquén, barrio obrero. Las dan tres y cuatro tickets por cualquier cosa. Yo lo he visto con los de ambulantes en Ave Fernández Juncos, remueven les echan *pepperspay* etc. Yo presencie el abuso de un policía con una persona sin hogar en sillas de rueda en el parking de Walmart, en esta área.

Sujeto #4: Con la policía siempre hay discrimen. Yo soy paciente de salud mental, las policías nos tocan de forma indiscriminada. Sin embargo, diría que como un 40% tiene esa comunicación positiva con nosotros.

Sujeto #5: Si sucede mucho, son personas del orden público deben de actuar bien.

Sujeto #6: Discrimen si lo hay. Pase una situación hace varios meses; le pague a una persona que estaba en la calle comida en un local y no se atrevía entrar porque le llamaban la policía y estos abusaban de ellos.

Sujeto #7: La policía no puede manejar muchas cosas. Una persona sin hogar que se queje de esto no llega más allá del incidente o discrimen policiaco.

Sujeto #8: Yo no he visto ni he tenido ninguna experiencia respecto a esto. Pero entiendo siempre ha existido, por clase social.

**5) ¿Qué cree sobre la supervisión y administración de la PDPR y como la PDPR está manejando está en los pasados 2 años?**

Sujeto #1: Entiendo que los rangos altos tienen que identificar las órdenes de mayor o menor. Entiendo que ven cada una de las unidades de la policía, hacen lo que les da la gana.

Sujeto #2: En la supervisión se ve que es bien pobre. Yo he podido ver que hay supervisores Que es pobre su intervención. Deben de ser fiscalizados.

Sujeto #3: La supervisión es pobre y no educada. No atiendes y no atiendan

Sujeto #4: Existen personas supervisores que se han involucradas en varios problemas. No existe empleados policía para los turnos y algunos tienen hasta tres turnos corridos y están agotados

Sujeto #5: muy pobre la supervisión.

Sujeto #6: Todo viene desde arriba hay que trabajar con eso.

Sujeto #7: Esto tiene una cosa detrás de otra, no puedo ir solo a mis empleados, sino ha como yo me intereso por mis empleados y como estos se sienten del trabajo.

Sujeto #8: Necesitan más supervisión ya que están muy pobres.


**6) ¿Qué cree sobre la interacción con la comunidad e información pública de la PDPR y como la PDPR está manejando está en los pasados 2 años?**


Sujeto #1: Gracias a la policía y a la ciudadanía, se han resuelto casos muy importantes. En cuanto a eso existe una buena relación. Nosotros somos parte del problema, porque si no está el apoyo del ciudadano existen problemas. También entendemos porque muchas personas no cooperan por temor a represalias contra estos.


Sujeto #2: La interacción entre la policía y la ciudadanía es bien escaza, no he visto ninguna cooperación de la policía a la sociedad o personas sin hogar. Son bien pocos los policías que se involucran con las personas sin hogar. Ya esto se ha ido perdiendo, es lo que uno puede ver desde acá.  Es difícil, pero entiendo se podría lograr.

Sujeto #3: yo diría es muy escaso, y que no saben si el oficial está asignado a esta área debe de saber dónde están. Son personas arrogantes, sin respeto y sin dignidad. Hacen falta as adiestramientos.

Sujeto #4: Regular, he visto están dando más rondas, la liga atlética policiaca. He visto el abuso con los de ambulantes y este continua, pero sí creo hay más movimiento. A veces no sé si la policía atiende las situaciones como se le ordeno o como ellos entienden deben de manejarla.

Sujeto #5: Creo deberían volver hacer rondas y trabajar mejor con la criminalidad y su alza.

Sujeto #6: En cuanto a la interacción con la comunidad e información pública entiendo es pobre; en como lo está manejando la reformo desconozco.

Sujeto #7: Se ha perdido completamente, recuerdo años atrás y no es lo mismo con la comunidad. La interacción directa se ha perdido y existe una desensibilización, son solo pocos los oficiales que mantienen una interacción directa y es en parte por su iniciativa propia donde después líderes de la alta jerarquía de la policía o alto mando obtienen reconocimientos no ganados por estos.

Sujeto #8: Yo no he visto ningún cambio, como que eso se ha perdido ya… Ya no se ve la ronda o la liga atlética policiaca, la policía no se está envolviendo en esto que entiendo que es sumamente importante.

**Anejo # 8**

**Trascripción Universidad de Puerto Rico Recinto Universitario de Mayagüez**

Hora: 11am

Cantidad de participantes: 8

Lugar de la actividad grupal: Edificio de Ingeniería Universidad de Puerto Rico Recinto de Mayagüez

Entrevistador- Marcus C. Ruiz González

Fecha: 27 de enero de 2017

Director- Dr. Blanco Peck

Trascripción Universidad de Puerto Rico Recinto Universitario de Mayagüez

**I. Profesionalización de la policía de Puerto Rico:** Requiere que los miembros de la Policía de Puerto Rico realicen intervenciones profesionales y respetuosas, garantizando la protección de los derechos civiles para fortalecer la confianza de la ciudadanía. **¿Qué creen sobre los Profesionalización de la PPR y como la policía de Puerto Rico está manejando esto en los últimos 2 años?**

Sujeto #1: *"No tiene comentarios al respecto."*

Sujeto #2: *"Por lo menos se ha visto, verdad, una mejoría en la conducta de los policías, en el sentido de como cuando vamos a ver conflictos como huelgas y cosas así verdad, pero ya también hay que tener en consideración que hay una orden por encima y pues siempre cuando suceden eventos de conflicto como es, pues van a ver conflicto como ese pues la persona pues le achaca a la policía, pero si hay una orden por encima de la policía que tienen que cumplir o lo hago o me botan verdad y también esa parte pues hay que tener en consideración, pero yo entiendo que ha habido una mejoría y siempre el servicio del policía está disponible porque a cada rato yo voy por la carretera y yo veo que hay policías ayudando a alguien a cambiar una goma o cualquier asunto. Y también iba a hacer otro comentario, recientemente que sucedió por mi casa que por las noches se pasan los carros haciendo discoteca verdad. Entonces uno le hace el acercamiento a la policía y de la manera más más amable el policía me hizo saber que no es tan fácil el poder ir a resolver el asunto, porque tienen que ser varias personas que den la queja, pero ellos no pueden*

211

*arrestarte por unos cambios que ha habido como que ir directamente a la persona y darle una multa por alteración a la paz en ese sentido. Y pues en si me orientaron a cierto punto de como poder manejar la situación, pero que no era 100% efectiva ahí termino mi comentario."*

Sujeto #3:  *"Esta de la misma opinión del sujeto 2, se ha visto una mejoría en la forma de interacción con las debidas personas, creo que puede ser parte de las mismas redes sociales o algún instrumento de la televisión o algo que también ilustra el lado positivo o el lado negativo de la policía, como que dando varios ejemplos."*

Sujeto #4:  *"Concuerda con los comentarios del sujeto 2. En adicción, creo que los policías han tenido una mejoría en el formato en cómo se expresan y llegan a la comunidad, todavía puede que necesiten mejorar un poco para evitar confrontaciones entre sujeto y la policía, pero se ha visto una mejoría y pueden que sigan mejorando."*

Sujeto #8:  *"Si concuerda que habido como que una mejoría, cada vez que he tenido que interactuar con un policía siempre ha sido en un ambiente de respeto siempre me pues ha atendido en el asunto que haya sido en ese momento. Si estoy de acuerdo que se de profesionalismo, pues se han visto casos que por algún tecnicismo o algo a veces no se da un arresto o algo que ellos estén haciendo. Pero también a veces como que olvidamos que también ellos son seres humanos y a veces por ejemplo en huelga y cosas se han visto como ellos tienen que mantener el temple porque es la policía, pero detrás del uniforme también hay un ser humano. A veces también uno tiene que ponerse en esa posición de que, si yo estoy aquí, me están insultando, me están escupiendo hay que tener buena fuerza de voluntad para poder actuar y recordar que eres la ley y el orden. Así que pues he visto que ha habido como un poquito de mejoría un cambio ahí en ese aspecto."*

Sujeto #5: "*Difiere completamente de lo que los otros sujetos han dicho, este yo antes de venir para acá me dio como curiosidad y dije déjame poner en Facebook Policía de Puerto Rico y lo primero que me sale este artículo de hace dos semanas de esta mujer que llama a la policía que se encuentra en San Francisco porque su mama le esta "testeando" que se va a suicidar y ella pues se lo informa a la policía para que intervenga ya que ella no está en el país y la policía toca la puerta, pero le dice que nadie le contestó. Aunque la vecina le está afirmando que mira alguien si estaba ahí y la policía pues le dijo a la muchacha mira le dijo así mismo y ella lo puso en paréntesis mi amor tu estas en San Francisco cuando llegues a Puerto Rico ven tú y*

*abre la puerta y pues cuando la muchacha pues vino pues llego a Puerto Rico a enterrar a su mamá. Qué pues eso fue hasta algo que paso hace dos semanas y yo entiendo que la reforma fue en el 2013, que pues yo también me puse a leer los puntos de la reforma y fueron cosas como que bien ambiguas fueron cosas que obviamente tienes que prometer, obviamente tiene que prometer respecto, obviamente tiene que mostrar profesionalismo, pero que se esté efectuando y después de eso yo vi otro video de un muchacho en silla de ruedas que el policía literalmente lo coge, le da y lo "jamaquea" hasta que el muchacho se cae de la silla de ruedas y son cosas que o sea a mí me impactaron y es lo primero que tú ves en Facebook cuando busca Policía de Puerto Rico y pues eso es lo que tengo que decir al respecto de eso."*

Sujeto #6:  *"En cuanto a la policía no he tenido así intervenciones ni he hablado que no sea municipal, pero pues tengo entendido pues que en cuanto a lo que están diciendo de las huelgas pues hay que ver el hecho que están siendo contratados  en un empleo y sueldo y tienen órdenes de detener las cosas del gobierno y pues tal vez ellos también están en contra de lo que tú estás protestando  pero su trabajo no le permite irse a la "esto" de lucha contigo porque esta contra sus intereses y es un problema porque entonces ahí el problema es que entonces de verdad son para el bienestar o es para apaciguar acallar el pueblo, pero entonces no sabría, seria ambiguo porque es una opinión mía y seria todo hasta ahora."*

Sujeto #7: *"Tal vez como si la policía está haciendo como mejor o peor trabajo tiene que ver con el tipo de publicidad que se les da a los diferentes eventos que estos hacen porque como en todos lados hay policías buenos y hay policías malos, como estaba diciendo el sujeto 5 ella busco y ella buscó y encontró por decirlo así policías malos, pero eso es lo que la gente normalmente resalta, lo malo. Este también pudo haber sido otra página que talvez no existe que son las cosas buenas que hace la policía y talvez son más o talvez son menos ósea eso no lo sabemos. Pero, talvez la percepción que nosotros tenemos que si está mejorando o está empeorando tiene mucho que ver con la publicidad que se le está dando no necesariamente si es que lo policías están siendo como que más buenos o no."*

Sujeto #1: *"Ahora escuchando sus opiniones quisiera añadir que pues después de la participación activa que tuve en pasadas huelgas en diferentes universidades puedo coincidir y concuerdo con las opiniones de varios sujetos aquí no hubo ningún problema por lo menos personal con la Policía de Puerto Rico siempre se mantuvo una línea entre lo que son los estudiantes defendiendo pues sus derechos, los policías defendiendo*

*obviamente su trabajo y sus órdenes y un segundo tema que quisiera traer es lo que menciona el pasado sujeto sobre pues lo que es básicamente el policía bueno y el policía malo que todo depende con qué tipo de publicidad se le dé a la policía. Por ejemplo, tenemos eso que el sujeto 5 encontró en Facebook y también tenemos entonces policías que se le da publicidad en las noticias hubo uno recientemente que llevo regalo a diferentes niños en diferentes residenciales y pues ese no es su trabajo directamente pero sigue siendo policía y quiere llevar ese tipo de paz a donde quizás pues si haya mucho encuentro entre ciudadano y policía y encuentren que es un buen gesto no se le paga por eso pero sale de él sigue siendo policía y ese su trabajo. Demás quedará pues en la publicidad entre los ciudadanos, noticias, etc. A decidir entonces que tan bueno y que tan malo sea."*

Sujeto #2: *"Compartiendo la opinión del sujeto 5 es cierto sí no todo los policías se comportan de la misma manera, pero también hay que pensar que hay una parte bien importante ahí que es lo que se llama prensa que el problema con la prensa es no siempre presenta la realidad es solamente una imagen de lo que fue un suceso la prensa siempre tiende a manipular la noticia para tener más "views" me entiende mayor publicidad y lamentablemente lo negativo siempre va a resaltar más que lo positivo que puede hacer una persona. Tú puedes tener una persona que hace diez cosas positivas e hizo una cosa negativa y el cambio va a ser drástico y verdad quería compartir ese punto porque pues uno se pone a buscar y uno ve las noticias que a veces a mí no me gusta ni verlas porque la primera media hora de las noticias tú lo que ves es todo desastre y las cosas buenas que se hacen en el país pues se tiende a presentar menos y pues lo segundo pues no se puede hablar en general porque no todas las personas se comportan igual que un porciento no se cual sea ese porciento que se comporte de esa manera pero pues siempre va a haber ambos bando y pero lo que quería sacar es que lo negativo siempre va a resaltar sobre lo positivo."*

Sujeto #5: *"Pues otra cosa que yo me he dado cuenta y me he dado cuenta no solamente yo misma lo he sentido y también tengo compañeros que me han compartido este mismo pensar. Por ejemplo, yo estaba en las calles este fin de semana en fin ya después del tiroteo y ese revolú. Entonces un comentario que me hizo un compañero fue mano uno ve tantos policías y uno se pone hasta más nervioso y pues eso te deja mucho que decir porque lo que uno piensa de la confianza que uno le tiene a la policía y es verdad uno se mete en*

214

*los sitios donde hay mucho policía y ya tu estas como que aquí se forma en cualquier momento y pues ese es mi comentario."*

**II. Uso de la Fuerza:** Controles Internos y Rendimiento de Cuentas: Requiere desarrollar políticas y procedimientos que establezcan la aplicación del uso de fuerza necesaria y razonable por parte de los miembros de la Policía de Puerto Rico, conforme a los derechos civiles garantizados por la Constitución de Estados Unidos Puerto Rico.  Si alguno realiza un uso de fuerza excesivo se expondrá a medidas disciplinarias, criminales y/o civiles.  Requiere aceptar la responsabilidad y rendir cuentas de manera objetiva y oportuna.  **¿Qué creen sobre el Uso de la Fuerza, Controles Internos y Rendimientos de Cuentas de la PPR y como la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

Sujeto #1: *"Yo considero que pues dentro de los pasados dos años yo personalmente no he visto ningún problema de manejo de fuerza contra algún ciudadano o cualquier otra persona. Pero, comparado con situaciones de Estados Unidos yo considero que aquí en Puerto Rico el uso de fuerza está bien no sé qué puedan pensar mis compañeros."*

Sujeto #2: *"Depende de muchas cosas depende de cuál es la situación que se esté manejando. No es lo mismo manejar un arresto domiciliario por ejemplo donde pues la persona debe hacer ya su "fate" a una persona que está de manera hostil por ejemplo vamos a poner un caso que suceda común hay un tiroteo que ocurre en medio de la autopista están los policías enfrentando la situación verdad ahí hay que ser agresivo ahí no queda de otra. Si una persona hostil tu no vas a tratar de hablarle mira por favor y no usar el uso excesivo hay momentos que lo requiere como hay momentos que no lo hay. Que define cuando y hasta donde el uso excesivo de la fuerza nuevamente ahí voy al comentario depende que viene de arriba. Este es la opinión por el momento."*

Sujeto #3: *Opina hay casos encontrados es como decía el sujeto 2 que depende como lo vea en la situación donde este, la actividad que esté ocurriendo y la misma actitud del policía que este enfrentado la situación que está presente. Que hay que tomar en cuenta que hay situaciones que como se han mencionado anteriormente el policía lo están golpeando lo están insultando  diciéndole malas palabras lo que sea, pero él tiene que como controlar ese tipo de situación y ser literalmente un superhéroe e intentar que nada de eso le afecte pues no puede ser posible en todas las ocasiones y creo que se había mencionado anteriormente hay*

*policías buenos y hay policías malos hay otros policías que pueden aguantar más esas situaciones que otros policías que no pueden aguantar esas situaciones. En relación a si han estado mejorando en estos últimos dos años entiendo que, si ha habido una mejoría, pero no es algo que podamos decir "wow" esto es algo que se ha solucionado el problema que ha existido anteriormente. Pero, de que hay una mejoría que sea significativa o que no sea significativa no puedo decirlo, pero si ha habido una mejoría en mi pensar."*

Sujeto #2: *"Perdona, un comentario rápido antes de que se me olvide es un punto importante y es pues que aquí todos somos humanos cada cual maneja las presiones de maneras diferente. El hecho de que sea policía o que no sea policía se supone que tu mantengas tu postura verdad, pero en esto hago comentario porque tengo mi duda a más o menos que razón o a cuánto tiempo se le da psicología a un policía para saber verdad las diferentes situaciones que está pasando. Porque ponle que a un policía le toque atender un caso donde hubo una masacre en una familia eso tiene un impacto bastante psicológico no importa qué tipo de persona que tipo de empleo tu tengas verdad y quizás se puede desatar una serie de cadenas que más adelante resulten en una acción que tome indebida y esa era la línea que quería resaltar el sujeto 2".*

Sujeto #3: *"Quiera argumentar de que lo mismo que mencionamos el sujeto 2 era más o menos la línea que quería hacer referencia. Que todo lo que está diciendo creo que es totalmente mi pensar también como que mucho de la psicología y las situaciones que afecta, que está pasando la familia o que ha tenido una intervención anterior va a afectar el comportamiento subsiguiente que este dentro de la actividad y ya eso termina creo."*

Sujeto #4: *"Pues como uno puede cuantificar el exceso de fuerza o fuerza como tal eso depende de la situación, eso no es como que, porque yo no tengo la misma fuerza que la mayoría de las personas o las personas pueden pensar diferente, so cuantificar la fuerza o el exceso de uso de fuerza depende de la situación y cómo podemos enfrentar la situación en ese momento. So cuantificar la fuerza no es, alguien de afuera que está viendo que están aguantando a una persona y te dicen ah estas usando exceso de fuerza, pero en ese momento tu no estuviste ahí tú no sabes que fue lo que pasó y como pudieron manejar la situación, so hay mucho que pensar en la situación actual, que pasó y como las personas lo ven de afuera so cuantificar el exceso de fuerza es difícil".*

Sujeto #8:  *"Este si es justificable o no el uso de la fuerza, pues aquí yo concuerdo con el sujeto 2 con la palabra depende. Esto siempre va a depender de las situaciones por lo menos que yo sepa, a mí no me gusta ver mucho las noticias, pero no ha habido sucesos muy grandes así que uno diga que haya que haber el uso de la fuerza de la policía. Recuerdo de hace algunos meses, algunas semanas el caso de Peñuelas. Yo estaba viendo los videos de cómo estaban removiendo las líneas de personas que estaban bloqueando y veía los comentarios que decían que los policías están siendo…algunos decían los policías están siendo muy fuertes, están haciendo uso excesivo de la fuerza. Aquí como decía el sujeto 4, cómo tu cuantificas la fuerza, personalmente a mi pues verdad me tocaba un poco pues porque comparto un poquito la línea pues de lo que estaban protestando, pero realmente pues ellos tenían la orden de sacar a las personas y ellos tenían que seguir la orden es su trabajo, es policía. Al igual que cuando una persona es mecánica y su trabajo es arreglar el carro, él es policía, él tiene un deber de seguir las órdenes por las que él está, verdad el juramentó para ser policía. Entonces yo vi como removieron a las personas, si se ve a lo mejor se ve un poco brusco el tener que halar a una persona que a su vez está amarrado a otro y tú piensas eso es un uso excesivo de fuerza, pero realmente como tú lo puede cuantificar, cómo tú puedes justificar eso. Por lo menos en ese caso no vi que alguien sacara una macana y le metiera a un macanazo a otra persona, que a lo mejor para otras personas ya eso sería uso excesivo de fuerza. Ósea que yo diría más que depende de la situación, depende de lo que está sucediendo al alrededor y pues suena feo, pero también depende de las ordenes que ellos tengan."*

Sujeto #5:  *"Pues yo tengo, verdad estoy de acuerdo con ustedes yo soy estudiante de psicología y pues obviamente eso es una parte muy importante. Yo pienso que a los policías no les dan mucho adiestramiento en esa área como tal, este y es un poquito triste porque tú sabes los policías están en esos momentos más incomodos, más inapropiados, cuando uno está más alterado, pero yo personalmente no pienso que Puerto Rico ha tenido ese momento como han tenido otros países que la policía de verdad se ha tenido que poner. Como si hemos tenido huelgas sí, pero no a proporciones como de qué se yo Venezuela, Estados Unidos que de verdad no se ha puesto 100% a la prueba como que el uso de fuerza como tal no sé, estoy en no sé."*

Sujeto #6:  *"Concuerdo con la mayoría de todos aquí, bueno con todos en realidad yo no he visto ningún uso excesivo de la fuerza esto también depende de la persona que tú le preguntes talvez yo no he sentido nada,*

217

*pero si un día me pasa algo ahí sí puede que vea uso excesivo de fuerza. Pero, otra persona ver bueno, pero si lo que hizo fue na más como ella dio te movió, tu no querías que te moviera, pero era su orden tenías que moverte, pues tiene que entrar un contacto físico. Ósea hay personas que pueden decir entró en un contacto físico conmigo ya uso "esto" de fuerza no necesariamente un policía si tú te resistes al arresto y el tipo es un manganzón y el policía mide cuatro pies y el tipo mide como siete pies y le mete al "gym". Bueno tal vez no puede ni la fuerza ahí tiene que apuntar un "taser" o algo porque su seguridad también y salud esta primero. Entonces la gente no entiende que esa persona también es un ser humano que se tiene que proteger a si mismo también. Entonces vienen los medios de comunicación y dicen ahí usó uso excesivo de fuerza, pero estaba evitando un riesgo mayor. Otro caso que yo no sé si es cierto ese es con las armas muchas veces he escuchado que el policía tiene que esperar a que le disparen primero, aunque vea la pistola para reaccionar con un arma de fuego, no sé si es así, no necesariamente. Pero, es como que muy delimitado y a veces esto limita quizás al policía a veces a tomar acción porque tiene miedo de que pues voy a actuar, pero me van a criticar entonces que hago ese policía esta con muchos "esto" de juicio que también eso psicología y no sabe qué acción tomar y no sabe el adiestramiento físico también a veces hay mucho policía que no está "fit" no está para poder correr a un muchacho joven o algo y hay gente que sabe artes marciales los policías no saben quizás o no los entrenan. Entonces no tienen una fuerza muy buena tampoco entonces sería todo."*

Sujeto #7: *"Como estaban diciendo mis compañeros, en especial el sujeto 4, este el uso de la fuerza pues es algo relativo no mucha o poca fuerza eso no se puede cuantificar. Ahora mismo yo puedo como quien dice darle la mano a alguien ahí aquí y como que apretársela y la persona me dice ah como que no apretaste, estaba suave o se lo puedo dar a otra persona y dice ah me ibas a romper la mano y yo estaba haciendo la misma fuerza no. También hay que ver la persona, este tal vez a la persona que dice que le estabas rompiendo la mano estaba exagerando y talvez eso es lo que sale a relucir muchas veces que la persona talvez exagera, pues entonces ven como que el policía es malo, pero en realidad no lo estaba haciendo así o estaba haciéndolo el uso de su fuerza normal de día a día. Este como estaba diciendo el sujeto 8 talvez cuando eso no es normal, pero si da un macanazo si, este todo depende de la situación no."*

Sujeto #3: *"Nuevamente pensando en esa parte de cuanto es la fuerza y como calificarla creo que la pregunta iba enfocada a la fuerza excesiva y creo que, pues como decía el sujeto 8, quizás dar un macanazo,*

218

*utilizar algún instrumento o utilizar algo para hacer fuerza adicional pues creo que no se ha visto en estos últimos años. Sin embargo, creo que anteriormente se había como que utilizado la fuerza por lo menos que recuerde cuando hubo la huelga de la telefónica muchas personas resultaron heridas. Anteriormente la huelga cuando estaba en la UPI no recuerdo en que año 50's o 60's, no recuerdo bien, pero hay una canción de Roy Brown que dice el Mr. Con Macan. En años anteriores se ha visto, se ha documentado en pasadas décadas o años. Ese otro punto que iba que han utilizado fuerza excesiva utilizando macanas o instrumentos como una pistola o algo cuando no recuerdo bien que fecha fue, pero fue en los 2000, quizás a finales de los 2000 entre 2000 y 2010, no recuerdo bien la fecha. Pero un policía uso su fuerza excesiva usando su arma de reglamento y aunque la persona ya estaba esposada y estaba en el suelo le disparó y le causó la muerte, so como que se ha visto la fuerza excesiva utilizándose estos últimos dos años no he visto en mi opinión este mismo tipo de fuerza que han utilizado en años anteriores en verdad creo que esa es toda mi opinión y si alguien más quiere hablar".*

Sujeto #5: *"Yo estoy de acuerdo con eso claro como que eso es una situación totalmente desproporcionada que sucede el exceso de fuerza como que es otra cosa, exacto si hay alguien que te está apuntando en la cara y te está diciendo te voy a disparar, pues ahí tú tienes que tomar acción, pero si ya está arrestado, pues ya está con esposas y todo pa' que tú le vas a disparar y es depende exacto de la situación lo que mide el exceso de fuerza."*

Sujeto #6: *"Quería añadir que en ese punto ha sido entonces efectiva la reforma por lo menos para la ciudadanía porque los policías se han limitado a tener estos sucesos han pasado mucha huelga, también la autoridad de energía eléctrica tuvo huelga cuando estaba Fortuño y han sido cosas cercanas no son nada con la reforma, pero desde antes quizás se ha visto ya una merma en esas actitudes porque al menos en las noticias no ha salido nada de un caso así como que le dispararan al piso que ya eso sería sentencia de muerte, tiene un nombre, se me olvido. Pero, algo que entonces está siendo efectivo por lo menos la reforma y al parecer la policía ha sido muestra de este adiestramiento y sabe que los daños que pueden revertir a él y a su carrera y a su persona son mayores y están manejándolos bien entonces yo diría. Entonces ahora tendrían que trabajar quizás para ver como la reforma puede proteger al policía en un caso extremo donde no sabe*

*cómo reaccionar porque la misma reforma lo detiene tanto que lo pone en peligro, porque verdad también hay que entender que son humanos y tienen familia."*

**III. Registros y Allanamientos:** Requiere que todas las detenciones investigativas, registros, allanamientos y arrestos se realicen legal y estratégicamente para la prevención del crimen.  De existir alguna violación por parte de un miembro la Policía de Puerto Rico se realizará las medidas correctivas adecuadas.  **¿Qué creen sobre los Registros y Allanamientos de la PPR y como la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

Sujeto # 6: *"Bueno yo creo que aquí también esto le toca a la ciudadanía también el ciudadano tiene que buscar información aunque el gobierno debe también proveerla de cuáles son los derechos que tiene y como es que el policía debe este proceder y que tú puedes decir para saber si está procediendo mal y como te puedas defender porque si tú no sabes, pues tú no te puedes quejar tanto al final porque entonces en cierto punto tú también pudiste hacer averiguado so muchas veces  a veces uno no sabe cuándo te detienen el auto tú no sabes a veces que cosas puedes hacer en realidad tengo entendido que según la ley dice que el policía no te puede mandar a abrir el baúl si no tiene tu tu.... Hay cosas que quizás son buenas en cierto punto para el ciudadano porque utilizarlo a su favor, pero si no lo conoce entonces no le puede echar la culpa al gobierno claro eso está también quizás la policía como ente del gobierno debería hacer más anuncios o talleres de capacitación donde se den este se enseñen sobre los derechos de allanamiento que tienen en la casa con la orden judicial, porque no pueden entrar a tu casa así porque sí, sin tener una orden. Hay "esto" de privacidad, pero si la persona no sabe después no puede quejarse tanto, ósea si puede quejarse, pero no cuando tú fuiste responsable de buscar información también. Eso sería todo."*

Sujeto # 2: *"Quería añadir un solo comentario a esa postura que es como él dice desconocer de la ley no te exime de que no te vayan a aplicar la ley."*

Sujeto # 5: *"En cuestión de los arrestos y pues yo creo que eso es bien subjetivo porque eso son ordenes mayores. Y si le están diciendo al policía tienes que hacer esto, es tu orden, es tu trabajo. Pero, yo personalmente yo no he escuchado así de casos, así como que fuera de lugar de arrestos inadecuados o como que de situaciones que no sé."*

Sujeto # 1: *"Como menciona el sujeto 5, yo tampoco he tenido ósea no he visto algún conflicto, algún problema con respecto a no se arrestaron sin poder hacerlo, entraron a una casa sin poder hacerlo, pero en mi opinión personal yo no he visto ningún tipo de problema con eso. Quería comentar que con el tema que tocamos hace varias preguntas atrás de que cuando la muchacha llamó de San Francisco pues yo entiendo que el policía no puede entrar a la casa porque a mí me llamaron y me dijeron hay alguien adentro que se va a suicidar. Yo no puedo decir contra me llamaron déjame entrar a ver si es verdad como que hay también hay un conflicto."*

Sujeto # 5: *"Ella, la cosa es que nada ella explico que la mamá le estaba "testeando" como que mira esta es la llave se la pides a tal y tal persona este nada como que esto se acabó. Entonces la muchacha en el contrato decía que ella daba autorización de porque la hija de ella daba la autorización a quien entrar y ella estaba hablando con la policía dando autorización mira te estoy dando permiso yo pienso que ya en ese sentido cuando está corriendo riesgo la vida de otra persona y ya el encargado te está dando permiso, pues tú sabes como que literalmente no lo hiciste porque, puede sonar peor, porque no te dio la gana."*

Sujeto # 1: *"Ok. Para terminar este aun así yo pienso que, pues yo no se tendría que verificar el estatus emocional o mental de la persona que esta acá en Puerto Rico versus la que esta allá en San Francisco que es su hija, pues si fue un evento lamentablemente sucedió, pero de no haber sido de esa manera y el policía si hubiera entrado entonces cuales iban a ser las repercusiones para ese policía, pues que ahí yo antes de opinar un poquito más allá pues en realidad tendría que verificar más afondo la situación."*

Sujeto # 6: *"Añadiéndole a eso yo entiendo que hay, no sé si desde ese entonces, ¿cuándo fue que se hizo la llamada hace dos semanas? Hace dos semanas ya existe una línea aparte que yo entiendo no tiene nada que ver con la policía sobre para suicidio. Entonces si no se hizo la llamada a la institución que se tenía que hacer tu no puede esperar que en realidad otra institución que no tiene control sobre eso y que puede tener repercusiones en contra legales por hacer algo lo cual no está estipulado en su contrato pues el problema de esto es entonces en parte porque no llamaron a la línea que tenían que haber utilizado claro quizás la policía pudo haberle referido a la línea, quizás pues eso falto un poco de esa educación, pero talvez el policía no está adiestrado en eso tampoco no supo cómo actuar, pues le contesto mira no se esté en realidad la persona que tiene interés de que no muera es el familiar cercano porque el policía pues está bien es una persona, pero*

*yo no lo conozco. No es que sea en verdad tan mal, pero es que es humano también y a veces también no sé y si es un "prank", es una mentira o algo a veces son cosas que eso es lo que quería decir."*

Sujeto # 5: *"Yo estoy de acuerdo también de que es falta de adiestramiento, pero pues las cosas están cambiando este año los suicidios superaron el número de asesinatos y pues ahí ya tú tienes que decir pues tengo que tú sabes que la cosa es que es bien importante entender que la policía no solo esta pa' regañarnos, pa' darnos multas, pa' tú sabes arrestar a gente. No ellos están ahí para darnos un servicio para mantener el orden en la comunidad y pues ahí pues tu sabes si ya el gobierno se está dando cuenta de estas estadísticas pues exacto tiene que re adiestrar a las personas para esta nueva realidad que se está viviendo el país."*

Sujeto # 6: *"También eso es un problema mucho más macro el gobierno, a veces las personas llegan a un punto donde no encuentran empleo creen que su vida es un desastre y eso no es culpa del sistema de la policía porque la policía no tiene este adiestramiento psicológico como que pues no puede resolver todos los problemas y no le toca en realidad porque no le toca ese trabajo."*

Sujeto # 5: *"Pues te argumentaría pues entonces pues cuando yo haga una llamada domestica que están metiendo a mí"*

Sujeto # 6: *"Es violencia."*

Sujeto # 5: *"Pero, eso es problema mío, eso es problema mío porque la policía tiene que entrar me entiendes como que."*

Sujeto # 6: *"Es tu elección el suicidio, lo que pasa es que la línea de suicidio, hay una línea de suicidio entonces ese el problema que no es separado no."*

Sujeto # 8: *"Pues realmente nosotros si vemos en las noticias que arrestaron a las personas, pero realmente nosotros no estamos en contacto y conocimiento del proceso en sí de la orden y demás, de esos tecnicismos, pues realmente no sale mucho a la luz. Si a veces he escuchado de casos de personas que han salido por algún tecnicismo a la hora del arresto, en cantidades o que simplemente no le leyeron los derechos cuando lo están arrestando este ósea que el proceso de allanamiento y el proceso de arresto si afecta luego el resultado pues de ese proceso judicial. Esta verdad porque también es una parte de la policía y el, porque he*

*escuchado por ejemplo hace tiempo ya lo cual sería entiendo sería antes de la reforma que había policías que a veces decían en verdad yo estoy de brazos cruzados porque vamos arrestamos y después por alguna bobería salen y este porque lo he escuchado de policías. Este en el caso de por ejemplo de la casa creo si me corrigen no sé creo que ellos no pueden entrar a una casa a menos que ellos sepan o tengan conocimiento de que hay alguna situación, creo, no estoy segura si para ese tipo de caso es verdad es necesaria la orden. Este es lamentable el hecho de pues del aspecto de Florida. Más allá de lo legal que si él podía hacer o no definitivamente no era una contestación a darle a la persona, no era tu decirle no pues cuando tu vengas resuelves. Este, pero por lo menos yo como persona no pudiera cuantificar o dar una opinión fiable de si el proceso está mejorando o no porque ya eso son tecnicismos de los que nosotros no tenemos acceso o conocimiento, so pues yo por lo menos termine."*

**IV. Igual Protección y no Discrimen:** Requiere asegurar que la Policía de Puerto Rico efectué servicios policiacos objetivos y libres de perjuicios, invitando de esta manera a que la comunidad participe activamente y se involucre en la prevención del crimen. **¿Qué creen sobre la Igual protección y no Discrimen de la PPR y como la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

Sujeto # 1: *"Yo considero que no ha habido ningún tipo de discrimen hasta ahora o por lo menos en los últimos dos años. No considero que haya algún problema con ese tema."*

Sujeto # 3: *"Opina quizás en el aspecto en que estamos localizados no tenemos una información concreta de cómo reacciona la policía y si hay discrimen o no. Eso va a depender mucho de donde somos, donde vivimos, donde compartimos, en que estatus social estamos que dependiendo de donde cada persona se encuentre pues determina eso. En mi caso, pues mi estatus total no tengo conocimiento de algún tipo de discrimen de la policía, pero entiendo que es muy posible que, en otros lugares, en otras situaciones con otros individuos si vaya a haber un tipo de discrimen independientemente."*

Sujeto # 5: *"Verdad si ustedes me vieran físicamente yo soy I am the basic white girl y pues eso yo estoy bien consciente de que a mí me ha dado una ventaja en la sociedad bien grande. Y pues yo he compartido con diferentes, he trabajado con proyectos en caseríos, he trabajado con comunidades de baja clase y son experiencias completamente diferentes. Ellos con la policía, ellos ya ellos tienen, los tienen velaos. Otra cosa que me en ese sentido yo siento que me da ventaja, como que porque lo he visto con los policías porque soy*

*mujer a veces como que me dan break como que si me ven con mi chorro de amistades estamos en exceso de velocidad me dan break. Una vez me paso que yo estaba con mis amigas y estábamos todas en un carro y mis amigos estaban todos en un carro. Nosotros íbamos compitiendo y nos pararon a los dos a nosotros nos pararon primero y nos dijeron como que tienen break y a mis compañeros que eran todos varones le dieron la multa y pues exacto depende de tu clase social, de tu de todo de todo de verdad."*

Sujeto # 6: *"Añadiendo a eso, sucede mucho con los jóvenes que son fiebrus y tienen un carro chévere y a veces si tienen cositas que están por debajo de los estatutos de la ley. Pero, a veces ya hay policías como que ya los tienen "set" los tienen ahí marcados, ya saben cuál es la ruta y todos los días lo paran y le dan ticket hasta por feo como dicen por ahí. Entonces ya tú ves que muchos de esos jóvenes tienen la tendencia a decir el policía ya como malo a todo policía y le tienen un repelillo, y entonces ya no es como que, lo mismo el tema de que cuando vez mucho policía en una motora ya tu sientes que esa zona es de peligro de pánico y eso pues deben de mejorarlo porque yo entiendo los ticket también son malos y muchos de estos policías que tienen que llenar una libreta no sé si es que tiene que llenar una libreta de verdad y eso es obligatorio, pero a veces como que le dan el ticket a la misma persona y entonces es un discrimen y pasa mucho con los jóvenes, yo creo que con la juventud sucede mucho que es algo pequeño podríamos decir pero son intervenciones que le hacen a veces esos jóvenes no tienen conocimiento de cómo reaccionar."*

Sujeto # 5: *"Aquí mismo lo vemos en la universidad los policías cuando se está acabando el mes tú ves que ellos se van pa' biología, pa' civil y no es consistente entiendes, no es algo que todos los días ellos van y dan tickets es como que de repente ellos saben que ese es el punto que ahí van a encontrar un montón de estudiantes que están estacionados afuera porque no tienen opción y ticket pa' to' el mundo."*

Sujeto # 4: *"Pero, va en ese punto este hace, el semestre pasado si no me equivoco hubo un incidente en esa carretera, este que acuchillaron a alguien o apuñalaron a alguien este da la desgracia que fue un estudiante y comenzaron a dar multas para evitar que la gente se estacionara en esa área."*

Sujeto # 5: *"Pero, mi punto es que no es constante".*

Sujeto # 4: *"Exacto, pero desde que surgió eso en todo el semestre empezaron a dar multas para sacar a la gente de ahí, este semestre no tengo conocimiento de que están dando multas éstos deberían hacerlo para de*

*verdad sacar la gente de ahí porque es una zona oscura y es peligrosa, consideradamente es una zona peligrosa y pues ósea me voy por el punto de que es un área peligrosa y deberían dar la multa, pero no debería hacerlo a final de mes, deberían hacerlo constantemente."*

Sujeto #2: *"Pues, lo que yo iba a argumentar es que hace no recuerdo si fue hace tantos años hubo un momento donde entramos a la 108 entre, un poquito antes de la entrada por física hasta biología era to' el mundo se estaciona ahí. Un punto importante es que verdad la seguridad del estudiante está en peligro, pues está bien uno no consigue estacionamiento verdad se estaciona ahí a la cañona , pero hubo un momento donde estaban siendo consistentes y daban las multas todos los días, todos los días, todos los días y lograron limpiar esa área que nadie se estacionaba, se logró que sucedió que dejaron de hacerlo no se quizás es pienso yo acá verdad que quizás que alguien hizo un reclamo al municipio o el estatal depende del caso que fuera del que diera el boleto pues como es muchos estudiantes deja darle la oportunidad la demanda de estacionamiento no va a la par con la cantidad de estudiantes que hay y pues pienso yo que pudo haber habido algún tipo de intervenciones dándole ahí más break a los estudiantes para que dejaran de y quizá puede ser momentánea parece."*

Sujeto #3: *"La pregunta es enfocada como que a los últimos dos años como que a ver si hemos visto un tipo de mejoría so si hemos visto algún tipo de mejoría en la forma en que los policías actúan en el discrimen, contra el discrimen. No sé si hemos contestado la pregunta o si le hemos dado como que la vuelta, pero en base al discrimen por lo menos que nosotros tengamos conocimiento pues no podemos efectuar como que una opinión al respecto de eso. Pero, creo como que nos hemos alejado de ese punto como tal."*

Sujeto #1: *"Comentado, pensando en lo que dije horita y comparándolo con lo que dijo el sujeto 3 justo después de mi comentario pues si es una observación súper valida porque pues aja todo depende de la clase social de la persona y de la comunidad en donde viva so quiero arreglar mi contestación y pues hmm acoplarla un poquito más a lo que se menciona sobre la clase social y la comunidad"*

Sujeto #8: *"Ok, pienso que verdad esa pregunta va tener contestación depende de donde la hagas y a quien se la hagas este pues nosotros estamos aquí ahora mismo en un ambiente universitario la mayoría de las quejas han sido respecto a estacionamiento, velocidad que son comportamiento que tu asocias a jóvenes. Este que, pues es la fiebre, este, pero lo mismo la policía esta es verdad está para proteger esta verdad un simple*

225

*comentario respecto a la constancia en esto. Yo pensaría que también no pueden estar todos los días utilizando la policía para venir al mismo lugar cuando también hay otras necesidades que cubrir, sabes a lo mejor eso también puede influir en el punto que a lo mejor no veamos al policía todos los días en las 8 horas más o menos reglamentaria del horario de trabajo en la 108 dando ticket."*

Sujeto #1: *"No es ni seguro para ellos mismos estar ahí."*

Sujeto #8: *"Exacto. En cuanto a pues al discrimen realmente si hay comunidades que si son marginadas y son marginadas hasta por las personas que no son policías por el resto de la sociedad también así que pues yo no puedo emitir un juicio de decir en los últimos dos años la policía ha este no tiene no tiene discrimen con verdad con las personas. Por lo menos yo nunca he sentido discrimen, yo nunca he sentido discrimen."*

Sujeto #5: *"Yo como estudiante pues si me he sentido he sentido el discrimen de la policía hacia el estudiantado cuando exacto cuando el estudiante va a hacer huelga ya rápido tienen el piquete listo por cualquier situación que pase este porque tú tienes eso este no sé cómo que en las calles cuando uno va a "janguear" que son un chorro de chamacos porque que tú tienes también cada policía en cada esquina es porque ya tú tienes el discrimen en la mente de que va a pasar algo. Yo entiendo que es una situación tu sabes que hay alcohol y que hay, pero yo como estudiante también tu sabes yo lo he sentido."*

Sujeto #8: *"Es que es una percepción que nunca vas a complacer a nadie porque si esta hay una actividad que sabemos sabes que la Medalla hace una actividad en el pueblo y no hay policías tú dices y pasa algo porque no había policías donde estaba, pero entonces si tú vas y tu entras ah me es tan "chequeando" tengo que entrar. Es una percepción en la que realmente nunca vas a complacer a nadie la policía debe hacer lo que ellos entiendan que sea correcto, si ellos entienden que la manera de evitar o por lo menos prevenir que pasen cosas mayores es que la policía este pues mira mi hermano yo me tomo la cerveza y que la policía este allí al lado yo lo quiero conmigo, porque realmente es triste y por lo menos a mí en lo personal me duele yo amo a mi isla, mi país tengo que admitir que realmente las cosas no son como eran antes. El "jangueo" en la calle ahora hoy, no es lo que era el "jangueo" en la calle hace 10 años atrás. Yo entre ene le 2007 y realmente el ambiente no es lo mismo. Tu entras y no es lo que había antes que pues la sociedad misma se ha buscado que el policía este ahí en decirlo de otra forma porque realmente no es como."*

Sujeto #4: *"Anoche mismo este yo pasamos a eso de las 11:30 o 11:45 hacia la calle bosque, de la noche sí y siempre en esa esquina hay oficiales de seguridad anoche no había y el descojón, me perdonan la palabra, que había allí fue un desastre la gente al garete este los carro metidos en el medio no había flujo vehicular la gente metía en la carretera que es un peligro porque les pueden dar un cantazo, este ósea tener la policía presente ahí obliga a la gente a mantenerse en las aceras donde deben estar y mantienen un flujo vehicular constante. Ok y es ósea como que en otras noches tú ves la policía allí presente normal y el flujo corre anoche no estaba y fue verdad pues fue un revolú."*

Sujeto #2: *"En realidad quería también marcar junto con esa línea una razón o parte de la manera en la cual el policía puede caer en discrimen hacia el estudiante, pero más que el estudiante voy a generalizar en jóvenes es que pues según las estadísticas pues el aumento de criminalidad verdad tanto y cuando hablo de criminalidad no solamente asesinatos verdad criminalidad en general pues ha aumentado en los jóvenes y si parte de la estrategia es disminuir la criminalidad pues tienen que atender esos grupos donde esa criminalidad está siendo un aumento significativo pues el mayor porciento verdad de los casos verdad. Y pues es triste sí que son pues que jóvenes tu vienes a ver desde chamaquitos este bien jovencitos pues empiezan a involucrarse quizá el que se involucren no es porque ellos quieren son las mismas amistades, quizás el ambiente en que se encuentra. Si están por ejemplo en una familia donde siempre sea dedicado a ese estilo de vida es difícil que ese joven logre salir y pues lo tienes que analizar yo conozco gente que están amistades personales han estado en momentos críticos que han logrado salir verdad, pero lo que quería argumentar es que si es en el caso yo diría de estudiantes más bien jóvenes porque ahí incluyendo el ejemplo de la calle ahí no solo van estudiantes sino van jóvenes del pueblo de Mayagüez, ahí van adultos que trabajan aquí en Mayagüez y pues quizás es manera de prevención verdad porque también hay mucha gente mucho tipo aglomerado en un solo lugar pues esa era mi opinión."*

Sujeto #5: *"Último comentario, díganme ustedes que no nos discriminan a nosotros por puestos por ejemplo este todos los políticos cogen a uno preso cogen a uno robando y no cogen cárcel y cogen a uno robándose una dona y está 5 años preso."*

Sujeto #2: *"Hay una diferencia ahí que se llama dinero."*

Sujeto #5: *"Por eso es un discrimen en realidad."*

Sujeto #8: *"Ya eso sale de la policía, la policía va lo arresta y lo lleva, ahora entra ahí lo que sería proceso judicial y todo eso y ahí hay discrimen y lo hay. Pero, pues realmente si lo que estamos juzgando es a la policía, pues realmente ahí no podemos decir que la policía discriminó."*

Sujeto #5: *"Y ¿a Ricky Roselló cuando atropelló al chamaquito?"*

Sujeto #8: *"No es a la policía, la policía no es el que está diciendo."*

Sujeto #4: *"Fue el que hizo el informe, pero en el proceso judicial no llegó a donde tenía que llegar."*

Sujeto #5: *"Es un ejemplo, pero pues vamos a verlo así mira cogen a la hija de Ricky Roselló tumbándose un chicle, y pues sí, pero me entiendes como que es por decir algo."*

Sujeto #6: *"Claro. Si el hecho de que cuando a modo proceder tal vez es diferente tal vez se sabe ah este es hijo de tal no lo proceden. Ya hay entonces ya verdad el policía si no procede en el momento si fue discrimen del policía ahora si fue más arriba judicial ya no se le puede echar la culpa a la policía entiendo el punto que están tratando de traer."*

**V. Supervisión y Administración:** Requiere garantizar que la Policía de Puerto Rico cuente con la cantidad necesaria de supervisores inmediatos cualificados, para que realicen una supervisión efectiva, ofrezcan a los agentes bajo su mando las instrucciones y orientaciones necesarias para mejorar y desarrollarse como policía e identificar, corregir y prevenir conductas inadecuadas.  La PPR desarrollará un sistema de identificación temprana (EIS) para identificar comportamientos inadecuados.  **¿Qué creen sobre la Supervisión y Administración de la PPR y como la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

Sujeto #4: *"No sé cómo es el proceso de asignar al jefe este de la estación o al jefe del mando de esa zona este el rango del policía este, pero yo considero que debería ser un proceso de cómo el oficial se relacionó y como fue creciendo el en el ámbito y que no haya tenido un suceso mayor como que se viera involucrado en algún situación de yo tuve que decidir este y tal vez sucedió algo mayor como un asesinato o algo así porque ya pones a esa persona en que yo tuve una decisión este incomoda en un asesinato o algo así y pues yo le tengo que explicar a mis policías como tal como fue el suceso y todo eso, pero talvez no es la persona apropiada para decirle a ellos como fue y mejorarlo. No conozco el proceso por eso no, mi opinión es que no*

228

*debería ser una persona que no haya pasado por sucesos mayores. Yo entiendo que ha sido lo mismo, porque no ha habido un cambio drástico."*

Sujeto #5: *"Honestamente yo no sabría ni identificarlos quienes son los jefes y los policías y quienes son los comandantes y los… y yo por lo menos no sabía eso y por eso no sabría exacto que si ha cambiado."*

Sujeto #2: *"Siguiendo la opinión del sujeto 5 este también es de que usualmente cuando vemos algún policía trabajando yo entiendo que el peatón, perdón el peón como quien dice ya tiene que ser algo un evento bastante como quien dice impactante o de gran magnitud en el cual tú ves a un comandante o pues verdad en el puesto de trabajo en el "field" usualmente ese trabajo es vamos a ponerle administrativo, no es que va a estar en el campo, quizás esa percepción se me hace más difícil verla a menos que este viendo conferencias de prensa y ese tipo de evento y pues y en mi opinión no podría decir que hay una mejoría o no porque hay que ver de qué punto vino esa orden y ver como se ve. Por eso que no es hasta que tú ves que participa o eres… ves ese proceso como diría a color y en vivo tu no sabrías decir."*

Sujeto #5: *"Y ellos están como "behind the scenes" y exacto no es algo que yo siento que la comunidad puede ver como tal las decisiones que ellos toman y como esas decisiones afectan en conjunto y pues no sé cómo que llegar a un sí, un no, "maybe", no sé, porque no estamos muy… en cuanto a las rondas yo vivo en urbanización."*

Sujeto #6: *"Yo vivo en urbanización y de vez en cuando pasan rondas por las… no es siempre, pero hay, pero si he visto vigilancia a veces pasando por la…"*

Sujeto #2: *"En caso, mi hogar yo soy de Yauco y yo tengo como quien dice dos casa allá siempre que voy visito a mi abuelo y estoy en casa me divido entre ambas casas aunque los pasados años, estos dos últimos años he estado con el propósito de estudio pues estoy más tiempo acá de lo que estoy allá, pero si las veces que me he quedado he visto que la mayoría de las veces que siempre pasa una ronda ahora doy el ejemplo de porque las dos casa, porque mis abuelos viven en el pueblo en la parte de abajo del pueblo y ahí la ronda de la policía es mucho más constante que donde yo vivo porque es una urbanización con acceso controlado , pero el policía siempre da la ronda por la urbanización. Ósea donde estoy yo es una calle sin salida no se va*

*a meter hasta allá abajo verdad, pero si está dando rondas siempre por lo menos en esos dos lugares en donde yo vivo."*

Sujeto #4: *"Voy a dar el comentar aquí de Mayagüez este yo vivo en Toa Baja, pero más tiempo aquí en Mayagüez este y vivo en la calle Bosque. Todas las noches hay rondas de policías este veíamos más rondas el semestre pasado, este semestre no lo hemos visto tanto y anoche tampoco vi los guardias allí así que."*

Sujeto #6: *"Eso también me imagino que la policía lo delimita por lugar y por hora y por cantidad de personas que tienen a la labor y por mando, so quizás hay zonas que son casi segura y no hay problemas, no hay llamadas, tienen a decir pues esta zona no necesita que mandemos tan regularmente los oficiales y entonces los ponen en zonas donde hay mayor necesidad. Ósea hay que ver que no necesariamente pues tu estas en una urbanización que no pasan los policías y tú dices acho no pasa ningún policía por aquí, pero quien sabe hay algo así tal vez es que en tu urbanización nunca hay ninguna necesidad en realidad y pase un oficial eso es lo que yo…"*

Sujeto #1: *"Quisiera comentar verdad con respecto al policía que le toca la ronda porque decir algo versus la supervisión pues si esta magnifico que el de la ronda o quizá no todos los días, pero quizás en algún momento de la semana pasan no vamos a ver a su supervisor pasando con él ese es el trabajo de él, el supervisor tiene otras cosas que hacer, pero en cuanto a actividades mayores que se yo una marcha de huelga actividad grande como tal pues si he visto la presencia del supervisor o cualquier otro rango superior a un policía y considero que pues está súper bien porque tú necesitas tú director ahí en el momento sucede algo pum ya tienes el supervisor ahí contigo toma decisiones más rápido en el momento y si surge algún problema lo solucionas más rápido considero que está bien, yo considero que sí está mejorando."*

Sujeto #6: *"En adición, tengo entendido que ellos en las rondas los mismos oficiales, el supervisor sabe se supone que en cada ronda en que esta su oficial, cual oficial está, allí cuantos son allí, a qué hora. Tengo entendido que a veces las patrullas tienen hasta cámaras dentro que se está vigilando constantemente la labor del policía cuando entra al auto. Después si sucede algo se puede buscar la grabación, ah no estuvo en la patrulla, en el lugar que tenía que estar, los carros tienen GPS donde se puede hacer tracking de la persona, el oficial y el supervisor no tiene que estar allí presente, verdad porque la tecnología nos ha dado eso."*

230

**VI. Interacción con la Comunidad e Información Pública:** Requiere que la Policía de Puerto Rico interactúe y cree relaciones firmes con las comunidades para promover la colaboración en la solución de problemas, prevención del crimen, crear confianza, respeto mutuo y trabajar en unión a los Comités de Interacción Ciudadana.  La Policía de Puerto Rico mantendrá informada a la ciudadanía sobre el proceso de Reforma, los logros obtenidos, estadísticas de delitos e información de interés público.  **¿Qué creen sobre la Interacción con la Comunidad e Información Pública de la PPR y como la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

Sujeto #5: *"Pues este, yo entre hoy a la página de la policía de Puerto Rico, leí lo de la reforma y yo encontré que no fue nada informativa, yo no sé qué cambios le hicieron después de leer la información que ellos pusieron. Yo solamente leí que ellos tienen que ser responsables, trabajador, blah, blah, blah yo no sé qué cambio y que cosas, que requisitos les pedían. También me dio con buscar los requisitos que uno necesita para ser parte de la academia y en que consiste como tal la academia y tampoco salían los requisitos bien, pero en que consiste la academia y cuánto tiempo te toma y que sabes como que esas cosas no se me hicieron fácil de encontrar. Otro comentario que tengo acerca de la relación con las comunidades fue que el año pasado yo trabaje aquí en Mayagüez con la comunidad Kennedy, Candelaria y Del Carmen los caseríos que están ahí al lado de Alyss y esa gente cuando me vieron lo primero que me preguntaron, porque obviamente yo tenía que hacer esto y  buscar datos demográficos y este hacerle preguntas de que piensan de la comunidad y a mí lo primero que me preguntaron fue tú no eres hija de policía verdad aquí no queremos policías y mucha gente tu sabes no querían darme información porque tenían miedo porque tenían miedo de que yo fuera una encubierta y que fuera a chotearlos y ellos tu sabes por lo menos yo he encontrado que esas comunidades de caseríos y de barrios verdad no le tienen mucha confianza a la policía y pues es entendible porque claro, porque obviamente ellos están, no es que obviamente verdad, pero muchos de esos sitios están bregando con negocios que no se suponen que estén bregando. Yo como estudiante por lo menos no he tenido muchas interacciones con los policías de que he tenido encontronazos por lo menos hubo una vez que yo si tuve contacto con el policía que una vez que yo choque y me di cuenta de que ellos no están como 100% de acuerdo como que ellos no están 100% informados, porque uno me estaba diciendo una cosa otro me estaba diciendo otra, pues porque hacía falta un pare y yo no soy de Mayagüez so yo no sabía que tenía que parar y lo seguí y choque. Entonces yo le estoy diciendo como mira yo no sabía, entonces uno me estaba diciendo*

*como que ha no tú tienes razón, esto también es como una carretera, porque era la avenida de la Méndez Vigo y la de la Bosque estos son carreteras bastante transitadas tu tenías razón. Entonces el otro ah no esto es tu culpa, te voy a poner que esto fue negligencia, que, si yo no sé qué y yo, pero es que en ese momento yo no tuve la mejor interacción, pero tampoco es que fue la cosa más desagradable del universo."*

Sujeto #1: *"Pues en cuanto a la Reforma quizás lleva dos años quizás es un poco difícil ver un cambio drástico no es que eh se implementó la reforma ya los guardias, la policía son diferentes y todo es color de rosa, o sea no se cambia a una persona de un día pa' otro ya esos policías tienen sus costumbres y es bastante difícil que quizás esto afectaría directamente a los policías que están en academia o que se yo están comenzando pues ahí sí. En cuanto al tema de la preparación entrar a la página verificar que necesito pues ya no es un problema directamente de la policía sino más bien de la administración como tal que me tiene que dar la información completa o cual es la página, llama y se te orienta. Considero que la policía está haciendo un gran esfuerzo para tratar de llegar a la comunidades mediante prensa, en cuanto a periódico, revistas, anuncios comerciales atacando problemas sobre si bebes no guíes, por ejemplo, ósea a eso le están dando durísimo en todas partes que de alguna manera hay que llegar a la comunidad, la policía, el área no sé cómo se llama esa área de la policía que se encargan de ese tipo de promociones, pues ellos se encargan de ese tipo de actividades, ellos van a diferentes sitios para llevar el mensaje obviamente pues depende de la comunidad no vamos a llevar el grupo de promociones de la policía a algún residencial que este caliente, pero el punto es que poco a poco va llegando a la comunidad y eventualmente pues si se espera que ellos lleguen a toda la comunidades sin distinción de personas o situación que pues si considero que hay un cambio en cuanto a cómo te acercas a la comunidad, pero no sabría decirte si justo en estos dos años ha sido un super cambio, si versus ponle hace cuatro o cinco años atrás pero no sabría decir si ahora mismo ha cambiado o no."*

Sujeto #8: *"Por lo menos en cuanto a la propaganda respecto a la reforma pues ahí te diría por lo menos yo no he visto mucho. En cuanto al contacto de la policía y la comunidad si por lo menos he visto que pasa algo y siempre están pidiendo la colaboración de la comunidad este es algo bien importante este también a pate del esfuerzo que ellos puedan hacer o como ellos se puedan mostrar o también depende mucho de la misma comunidad no es lo mismo llevar la policía a la comunidad, pero también la comunidad tiene que aceptarla.*

*Este así que yo entiendo que es algo que debe sr de parte y parte hay que darle un poquito de tiempo como mención el Sujeto #1 este los policías es bastante difícil bregar con las personas que ya llevan a lo mejor 15 años haciendo lo mismo que tu decirle de un momento a otro tienes que cambiar la forma en la que tu estas acostumbrado a trabajar así que la ventana esta de los dos años pues verdad había que volver a evaluar y darle un poquito más de tiempo y pues nada en cuanto a la relación esa de la policía y la comunidad yo entiendo que es bien importante. Eso me recuerda el caso de hace creo ya un ano cuando mataron a la muchacha aquí en el hospital de Mayagüez que atraparon a la persona porque la misma comunidad llamo y dijo dónde estaba la persona, que es bien importante ese concepto de que pues si no todos los policías son malos tampoco todos son buenos la comunidad no siempre es buena tampoco siempre es mala, pero entiendo que deberíamos como que mejorar esas relaciones porque pues al final también puede ayudar a nuestro propio bienestar."*

Sujeto #6:  *"Hablando sobre la información de la propaganda pues muchas personas tienen acceso a internet, pero no todo el mundo. Nosotros como estudiantes quizás si no sabemos todo es por desentendimiento y no querer buscar, pero hay ciertas sociedades que comunidades que no pueden alcanzar esto por ejemplo vagabundos que están por ahí en la calle no puedes esperar que un vagabundo vaya a entrar a una computadora, los ancianos no saben utilizar muchas veces estos artículos de tecnología nueva para ellos y entonces tal vez también hay que ver que preparación y fondos le han dado el gobierno al departamento de la policía para ver si han tenido la libertad de poder buscar todos los recursos masivos de propaganda, porque es casi una campaña que tienen que seguir ahí y a cada rato porque cuando salgan verdad nuevas personas, los niños para que aprendan los niños que acaban de nacer, personas que lleguen nuevas, entonces tienen que mantener la información que tal vez no se está llevando pero es un trabajo difícil solamente lleva dos años."*

Supervisor: *"¿Han escuchado sobre la Reforma de la policía en radio y televisión?"*

Sujeto #5: *"Yo ni sabía que la Reforma existía."*

Sujeto #6: *"Imagínense eso suena ridículo."*

233

Sujeto #8: *"Yo por lo menos no, pero pues también realmente el tiempo que uno escucha radio y televisión es mínimo."*

Sujeto #2: *"Por esa misma línea iba a ir. También depende de la comunidad verdad en el caso de que si la información esta accesible tampoco es que vayas allí a dárselo en la puerta de la casa como quien dice, pero la información si está disponible verdad, pero también depende de la persona que si tiene interés de saber que está pasando."*

Supervisor: *"¿Ustedes creen que la policía debería tocar puerta y acercarse a las comunidades y repartir hojas, etc. etc.?"*

Sujeto #1: *"Yo pienso que no es trabajo de ellos ir puerta por puerta a decirte mira hay una Reforma nueva. Yo considero que prensa o las redes sociales que es como se están moviendo la mayoría de los jóvenes es suficiente."*

Sujeto #7: *"Tal vez pienso, que no necesariamente es necesario ir puerta por puerta. Tal vez, puedes ir por ejemplo a las universidades, este yo personalmente no sabía nada de la reforma hasta que me dijeron de tu entrevista, pero los policías o la prensa de la policía, los que están a cargo de las promociones pueden venir que se yo al centro de estudiantes este en hora universal. Esta mira esta es la información que tenemos no creo que tengan que ir a las casas, pero la universidad, el mall, donde hay mucha gente."*

Sujeto #5: *"O cuanto tapón no se forma en Puerto Rico pon un anuncio que diga Reforma este policiaca check it out en blah, blah, blah punto com."*

Sujeto #6: *"Tanto anuncio de tanta bobería que no tiene sentido ese es bueno."*

Sujeto #8: *"Pues yo diría este no hay que abandonar los medios tradicionales, porque como comento sujeto #5 los ancianos o no tanto ni ancianos porque yo sé de gente que tiene  40 años y para mí no es un anciano y no tiene Facebook hay compañeros de nosotros que no tienen Facebook, porque ahí es donde todo mayormente se ve más rápido, este así que no se debe abandonar los medios tradicionales especialmente radio, las personas mayores mayormente escuchan radio am eso es todo el día, la iglesias. Este es como yo diría hay que hacer más una combinación de las redes sociales versus el público en general."*

234

Sujeto #5:  *"O en las mismas agencias gubernamentales que una se pasa horas esperando que pongan un panfletito de la reforma."*

Sujeto #8:  *"Lo puede hacer más pequeño realmente estamos en una sociedad que a la gente no le gusta leer eso tendría que ser un flyer bien llamativo que lo vean y ya, porque realmente todo va a la basura la gente es así."*

Sujeto #2:  *"También hay que tener un cuidado de hacer un resumen de la información que quieres dar, pero hasta cuando es un resumen sin perder detalles de lo que en realidad se quiere decir."*

Sujeto #5:  *"Exacto como pasa con la página de ellos que ellos ponen los once puntos que se supone, pero no elaboran y de verdad no abunda y se pierde mucha información."*

Sujeto #2:  *"Y eso cada cual interpreta las palabras a su manera que hay que tener cuidado con los resúmenes."*

Sujeto #3:  *"Básicamente va en la línea de lo que estaba diciendo el compañero creo que se puede ir dependiendo que punto quieres enfocar puede trazar un plan para poder afectar o implementar esos datos, la propaganda y la estadística que quieran referir a cierto tipo de personas si quieren ser las iglesias pueden utilizar las iglesias si quiere usar los mismos líderes comunitarios si no quieren entrar a las mismas comunidades, puede utilizar a ese líder comunitario y reunirlos y que ellos efectúen el proceso de llevarle la información a otras personas no tan solo ellos tienen que ir puerta por puerta, ni tienen que ir a un montón de lugares, pueden afectar de distintas maneras simplemente buscar la forma de llegar a las personas."*

**Anejo # 9**

**Transcripción Grupo LGBTT**

**PREGUNTA #1**

**I. Profesionalización:** Requiere que los miembros de la Policía de Puerto Rico realicen intervenciones profesionales y respetuosas, garantizando la protección de los derechos civiles para fortalecer la confianza de la ciudadanía. **¿Qué creen sobre la Profesionalización de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

**Participante # 1**

From my perspective is that because it seems that we are trained or something with the LGBTT community and that's made with a lot of trained, with a lot of sensibilities to those who are not good with LGBTT community. I said there is a little bit of machismo. The police are part of the it. A little bid of homophobia type of feeling. So overall my concerns are that. The police are overall dismissing situations that could happen around my business, a LGBTT business. It's not that a housewife that lives in Hato Rey get robe it's more important than a LGBTT person getting robe around my business. Maybe, maybe we don't get the report and do nothing and the response is a step behind.

**Participante # 2**

Me parece que, aunque en los últimos dos años se ha podido dejar entrever que se está profesionalizando la policía concurro en unas cosas con él. Todavía la profesionalización no es a que queremos tener con el policía

236

que está en la calle, policía que está de retén, los que están en un cuartel realmente respetando totalmente, absolutamente lo que es la comunidad LGBTT. Todavía le falta aún y hay aspectos que no se han identificado totalmente. Como ellos manejarlo respecto a la sensibilidad, es muy importante el aspecto que todavía hay mofa, hay burla. Que todavía la comunidad no se atreve ir con la apertura a decirle a un policía. Mira me está sucediendo esto sin que reciba un trato en serio, jaja o un comentario que le hace parece que todavía, aunque está comenzando hay un trecho demasiado grande que hay que trabajar.

**Participante # 3**

Yo creo que está bien que se eduque a la policía en cómo tratar a las personas de la comunidad y eso va a llevar tiempo, aunque hay muchos policías que se le da la información es educada para cambiar van a tardar en cambiar su mentalidad hay que ir poco a poco educando a la policía. Dar más talleres porque todos somos iguales somos seres humanos y pasamos las mismas situaciones y eso es lo que ellos deben pensar cambiar su mentalidad porque son las mismas situaciones, aunque seamos gays.

**Participante # 4**

Yo entiendo que hay todavía discriminación contra la comunidad LGBTT por causa de patrones sociales aprendidos y prejuicios familiares y religiosos que impiden que vean a una persona diferente como nosotros como un ser humano real eso se ve mucho en nuestras familias. En el caso de mi familia no hay una sola persona gay entonces para uno expresar como si el mundo se acabara como si fuera un total desastre hay que trabajar mucho sobre eso porque de verdad que nosotros merecemos tener un lugar en la sociedad donde nos respeten, seamos respetados y podamos convivir en paz con los demás seres humanos.

**Participante #5**

Yo vengo de una familia donde hay muchos gays varones y mujeres y todos lo aceptamos entre sí pero mi mamá nunca permitió que yo, la hija de ella fuera gay. Eso me hizo daño me hacía sufrir siempre quise que mi mamá entendiera unas cosas, pero nunca las ha entendido. Me casé, cometí un gran error por qué. No era feliz, al final me divorcié y me divorcio con hijos. Mis hijos hoy en día saben que yo soy lesbiana, que ella es mi compañera, que tenemos 28 años juntas. Pero yo gracias a Dios al final de mis días estuve donde yo quería estar, que era lo que tenía que haber hecho desde un principio en mi vida.

**Participante #6**

Me parece que está muy bien que se profesionalice de forma respetuosa, pero eso de alguna manera va a cambiar la mentalidad. La policía es el reflejo de nuestra sociedad por eso nuestros hijos, nuestros padres, nuestros hermanos es la policía Y tú entras a la policía o a donde sea con todo tu bagaje, lo que pensabas, lo que creías, lo que viviste y todas esas cosas se van a quedar ahí. Yo soy maestra retirada y si difícil es aprender más difícil es desaprender y nosotros tenemos que desaprender muchas cosas y eso toma tiempo y da trabajo. De manera que yo puedo ser elegante contigo y muy profesional y barrer el piso contigo de todas maneras o te lo digo a la cañonea o te lo digo suavemente, pero estoy haciendo lo mismo. Te estoy humillando y estoy barriendo el piso contigo y eso es lo que nosotros hemos sufrido y hemos visto como la comunidad no se siente protegida por la policía, por el contrario, siente que la policía lo puede atacar más de lo que lo puede atacar su pareja. Entonces prefieren no ir a la policía a buscar ayuda nosotros como sociedad no solamente la policía, nosotros también tenemos prejuicios eso toma tenemos que trabajar unas cosas y todos tenemos que comenzar a entender que no es tan fácil. Tú tienes que querer desaprender para poder desaprender si no es muy difícil y todo esto no es solamente cuestión de señalar para allá para la policía que son los reflejos de la sociedad es como el ejército no digas y no preguntes. Y te acepto, pero si tú tienes un

237

problema se tiene la percepción que todo acusador es culpable de que todo gay es promiscuo, te das cuenta las etiquetas que tenemos que las lesbianas son peligrosas y que si tienes una amiga lesbiana te vas a volver lesbiana o si eres amigo de un homosexual te vas a volver homosexual, porque eso se pega entonces nosotros tenemos todos que trabajar con eso. Hay preguntas que no tienen contestación, pero por qué no tengan contestación no significa que no está ahí hay que trabajarlo y hay que bregar con ello todavía yo me pregunto qué me pasó a mí porque yo estuve 25 años casada tuve hijos y nunca tuve una relación homosexual en toda mi vida y a los 40 años me enamoré de esta mujer y yo me volví loca, yo fui al psicólogo y al psiquiatra. Yo decía a mí me pasa algo y si tú me preguntas yo no tengo la contestación de Si iba a vivir con ella porque yo respeto al matrimonio, o sea nunca nos hemos separado y ella ha sido mi única pareja y mi esposo fue mi único parejo que viví con él hasta que se murió si no se hubiera muerto, pues, a lo mejor yo estuviera, pero eso es algo que yo lo tengo en la mente es parte de mi formación. La fidelidad, la seriedad con la relación porque yo lo creo, pero el que no lo cree se va a cuestionar con cualquier pareja y ahí es donde hay que trabajar y eso es difícil de trabajar sabes así que gracias por la oportunidad.

**Participante # 7**

Lo primero es que yo pienso y me uno a las palabras de la compañera de que hay una imagen de más apertura el que esto se esté dando es más que ejemplo de que hay más apertura en el área de la policía. Pero igual me uno a la compañera diciendo de que todavía hay un área en que hay que trabajar bien fuerte porque todavía tengo compañeros y compañeras que no se atreven a ir a un cuartel cuando tienen un problema de robo o alguien atacando porque piensan que cuando llegan allí el que los va atender se va a echar a reír. No se atreven a ni siquiera reportar un asunto de violencia doméstica porque como yo tengo que hablar de que mi pareja es rara. Aun cuando la ley está, necesaria en la policía hay que trabajarla porque siento que se puede decir de manera sutil. Pero hay burla, la risa detrás y uno se da cuenta por más que la persona intenta disimular tú te das cuenta de las miradas y me uno a ella el área que más importante todavía hay que trabajar es con las personas trans no se respeta la igualdad de género no se respeta que si esta persona que entra por la puerta se identifica con el género femenino es eso. Independientemente de su sexo de nacimiento sabemos que el trabajo sexual es ilegal pero la manera de intervenir con las compañeras y compañeros también que hacen un trabajo sexual hay mucho todavía que trabajar.

**Participante # 8**

Bueno yo realmente no le tengo mucha fe al asunto de la reforma de la policía. Verdad, porque a mí me parece que en gran parte le falta un componente como el personal comunitario muy importante. Se establecen unos lazos con la comunidad con distintas comunidades geográficas, distinta comunidad de intereses, como nosotros, pero un enlace que parece como proforma. No hay una participación verdadera yo creo que en este proceso de reforma debería haber un componente comunitario que supervise y que fiscalice de verdad lo que está pasando en la policía dentro de la policía. Yo creo que la principal división que tiene un problema la comunidad LGBTT es la división de control de vicio y tampoco veo que allí se esté dando una reforma verdadera por ejemplo nosotros tenemos el problema en los lugares de Cruisin en lugares de encuentro de hombres con otros hombres como en Ocean Park como era antes Miramar, como es Playa tamarindo en Guánica o la ruina en Aguadilla se trata de un sitio donde van hombres independientemente de su orientación sexual o su identidad A tener encuentros con otros hombres pueden ser hasta encuentros sexuales. Pero las intervenciones que se dan allí son discriminatorias y son selectivas. Porque la policía de Puerto Rico no anda por ahí haciendo operativos para intervenir con parejas heterosexuales que tienen sexo en cuanto callejón y en cuanto a playa y en cuanta esquina hay en Puerto Rico y entonces no solamente arrestan a personas que están entrando en contacto sexual con otras personas que están allí, sino que van y recogen a todo el mundo que esté pasando, aunque estés en la playa. Ese día te llevan arrestado también, verdad y hay entrampamiento hay agentes encubiertos que van y provocan los arrestos provocando conductas o incitando conductas sexuales de

parte de los hombres que están allí yo creo que en parte esa división deberían reenfocarla por completo por lo menos eso es lo que tengo que decir por ahora.

**PREGUNTA #2 II. Uso de la Fuerza: Controles Internos y Rendimiento de Cuentas:** Requiere desarrollar políticas y procedimientos que establezcan la aplicación del uso de fuerza necesaria y razonable por parte de los miembros de la Policía de Puerto Rico, conforme a los derechos civiles garantizados por la Constitución de Estados Unidos y Puerto Rico. Si alguno realiza un uso de fuerza excesivo se expondrá a medidas disciplinarias, criminales y/o civiles. Requiere aceptar la responsabilidad y rendir cuentas de manera objetiva y oportuna. **¿Qué creen sobre el Uso de la Fuerza, Controles Internos y Rendimiento de Cuentas de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

**Participante # 1**

I think that they appear too attempt to target the LGBTT in the areas and the business. I think that they technically rather. I think that they used to the trans in that area for what I understand I will said that were in the business for 8 years and with that situation 2 years. Before that every 4 to 6 months there was an intervention. At least for us I don't know somebody else. But is because we spend money and time with attorneys and professionals. But I know that the police attempts brutality with the trans in the area. I think that they are more focus with trans than with female prostitutes.

**Participante #2**

No se debe contestar una pregunta con otra pregunta, pero podrá alguien no ejercer una fuerza contra quien no conoce cuando continuamente están ejerciendo fuerza contra las personas que ya viven con ella como tú le vas a pedir a un policía que no ejerza fuerza cuando contra otro ser humano que el mismo gobierno te está diciendo que no es sociablemente aceptado. Que algunos líderes religiosos te están diciendo que no tienen moral. Podrán esos policías como esos miembros del cuerpo de la policía respetar lo que le están enseñando que no te voy a hacer como tú vas a poder decir que una persona utilice fuerza cuando acaba de maltratar a su pareja en su casa que está desarmado posiblemente porque no ha sabido utilizar sus controles internos cuando su sanidad mental está en entredicho de un cuerpo entero como podemos estar hablando de una reforma si no hemos atacado el objetivo principal. Están esta gente que están entrando al cuerpo policiaco mentalmente emocionalmente adecuado para cuando estamos viendo que la realidad no es esa. Cuando estamos viendo que esta persona porque un muchacho le dice algo explotan como Ciquitrake, si contra el más mínimo ocasión ellos están realmente utilizando ya la fuerza verbal, física. Entonces como no la van a utilizar contra el mismo gobierno está ahora mismo fomentando que hagan lo que es necesario, defineme que es uso de fuerza necesaria porque eso es muy relativo porque lo que es para ti que lo que es para mí no, que es excesivo porque bajo tu criterios realmente que yo te haga una acción no es excesivo porque volvemos a lo que dijo uno de los participantes es que yo llego a mi trabajo lo que somos socialmente es que yo llevo lo que soy entonces si yo soy un ser humano que no he aprendido a respetar en mi casa con quien vivo con quien me acuesto con quien me parió como voy a respetar a la persona que está, esas son mis preguntas.

**Participante #3**


Pues yo no estoy de acuerdo en que se use la fuerza en ningún lugar, no se debe utilizar y en algunos casos son personas inofensivas que no están haciendo daño simplemente lo hacen por fastidiar como uno dice y pues no estoy de acuerdo en la fuerza. Yo creo que sí, que cuando se utiliza la fuerza los policías deben de abundar más en porque fue que utilizaste la fuerza y sancionar a esos policías.

**Participante #4**

Yo entiendo que no es tantos casos de fuerza sino de que le den burla porque somos completamente distintos al patrón social y cultural que sigue la mayoría de la población y entiendo que no se nos respeta de manera con respecto a las demás personas en cuestión de derechos civiles. Podemos ser objeto de quizás un desahogo en una situación de una persona vamos a decir heterosexual que esté frustrado con su relación de pareja y quiera desquitarse con una persona diferente o débil como somos nosotros y seamos objeto entonces de esa ese maltrato y de esa falta de respeto pues se está fomentando A nivel de la población general a personas que somos diferentes.

**Participante #5**

Yo creo que porque uno sea lesbiana o tenga algo distinto a los demás pero no somos distintos yo creo que no somos distintos, somos iguales que todos los demás que pues vinimos aquí a la tierra con unas preferencias porque yo creo que no las obtuve digamos a mitad de camino y no me arrepiento de la vida que he tenido ni de la pareja que tengo ni de los años que he vivido con ella ni los reproches de las familias no me importa eso he llevado una vida feliz y he sido feliz conmigo misma bueno te digo una cosa yo nunca he tenido una experiencia así y no he estado en sitios donde la policía había sido excesiva con la fuerza porque en verdad yo no lo he vivido.

**Participante #6**

La policía son unas personas que están sometidas a unas presiones brutales tienen unas situaciones muy particulares con relación a la otra comunidad y en ese aspecto la policía se parece a la comunidad gay porque también son particulares como nosotros. Y tienen unas situaciones únicas como nosotros, es bien difícil tú coger a un ser humano y prepararlo para que sea violento y después decirle que sea manso porque tú preparas a un perro para que muerda y después peleas con él para que no muerda. Tú sabes es algo bastante difícil entonces, la policía tanto ellos se ven ellos mismos como nos vemos nosotros, como un movimiento de fuerza porque cuando tú llamas a la policía cuando estás en peligro cuando tienes miedo cuando te están atacando ahí es donde tú piensas en la policía entonces ellos vienen a controlar la fuerza con la fuerza en la mayoría de los casos. Cuando el caso no es tan violento nosotros lo trabajamos y si se trata de una querella o lo que sea nosotros mismos vamos al cuartel, pero cuando se trata de fuerza para eso es que tú quieres la policía entonces es bien difícil tú decirle a una persona que tú estás preparado para eso. para usar la fuerza y después decirle que no la use cuando como dice la compañera todo nuestro entorno dice que nosotros somos culpables de ser como somos de que somos peligrosos, te das cuenta. Te están dando un mensaje por un lado y otro por el otro aparte de que el policía va cargado con todo su bagaje de que en cualquier momento lo pueden matar porque a la policía no la quiere nadie de que tienen problemas económicos sociales mentales igual que el resto de la población y eso no se maneja adecuadamente en la policía hay una gran cantidad de policías enfermos dentro de la fuerza por qué no se está haciendo nada Son muchas con los que la policía tiene que bregar que las exterioriza cuando se encuentra con alguien como nosotros.

**Participante #7**

Yo nuevamente hablo de la comunidad de personas trans con las que se ha visto y he escuchado cuentos de que la manera en que se hace no es manera respetuosa. Y se usa la fuerza excesiva también en el área de Crusing o de encuentros sexuales escuchado montones de cuentos de personas que han estado allí y la manera en que se interviene con ellos también es con uso de la fuerza he escuchado y me recuerdo específicamente en caso donde a dos de los compañeros que agarraron lo que le dijeron fue para no llevarte al cuartel teniendo un macanazos y donde le metieron la macana fue en sus arias privadas porque estoy siendo bueno contigo por qué no te estoy llevando al cuartel y eso es inaceptable.

**Participante #8**

Yo coincido con algunas de las participaciones anteriores en cuanto a que el rol de la policía debe ser reenfocado por completo no solamente la aproximación hacia la comunidad LGBTT en específico sino en cuanto a la fuerza represiva que es un cuerpo paramilitar verdad y hay diferentes de maneras en que ese uso de fuerza se puede manifestar. No solamente tiene que ser una agresión por ejemplo en la manifestación de los estudiantes hace varios días atrás la policía estaba con la fuerza de choque dentro del Capitolio que es lo que provoca eso pues que la gente que está ejercitando su derecho de expresión libre se ve intimidada de ejercitarlo y quizás le diga la familia al estudiante para allá no vayas a la próxima manifestación porque allí estaba la fuerza de choque lista para repartir palo. Es un asunto de cómo se ve la policía a sí mismo y su rol dentro de la sociedad más allá de su interacción con la comunidad LGBT en particular. Yo te puedo narrar un caso de esta experiencia personal de un área de Cruise INN en la playa tamarindo en Guánica alrededor de las 6:00- 7:00 de la noche, viernes. Yo iba guiando al lugar en mi carro, me paró la policía porque no le hice supuestamente cambio de luces o no les baje la intensidad a las luces me dieron un ticket por cinturón luces registración y me dejaron allí porque me querían revisar el carro y yo me negué estuve allí alrededor de una hora con tres guardias llegaron dos más en un área oscura y al final me registraron el vehículo ilegalmente y me restringieron la libertad y esa es la norma. Ese es el problema en lugares de encuentro, no hay una fiscalización directa de miembros de la comunidad no se informa al país sobre los avances de la reforma si hay unas vistas. Nosotros participamos y yo creo que para que ese rol de la policía se re enfoque hay que ir sobre el currículo de la policía y nosotros debemos tener participación en cuanto a que se incluyen en ese currículo no sólo talleres aislados. Pero cómo podemos confiar en que eso va a pasar si el gobierno elimina la perspectiva de género de las escuelas. Por eso insisto en que esta reforma para mí es un blof porque los federales han tenido control de la policía desde Pedro Toledo. No me vengas a decir a mí que los federales ahora es que se enteran que hay violaciones de derechos civiles.

**PREGUNTA# 3 III. Registros y Allanamientos:** Requiere que todas las detenciones investigativas, registros, allanamientos y arrestos se realicen legal y estratégicamente para la prevención del crimen. De existir alguna violación por parte de un miembro de la Policía de Puerto Rico se realizará las medidas correctivas adecuadas. **¿Qué creen sobre los Registros y Allanamientos de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

**Participante #1**

The first time they did an intervention at my place it was in 2009. They took the clients with an illegal intervention. There wasn't any wrong at the place. But that was 7 years ago. But now the police don't know our business. Most of my security are police so they know my business. I think that's part of what I develop. But I do know that usual incidents whit the community get rougher than it supposed to be. I develop a good relationship with the police. They know we are legitimate operation. We don't have stripers and nothing illegal and they know about our work. We don't have dark rooms. We are just a nightclub.

**Participante #2**

La premisa dice que requiere que todas las detenciones investigativas se realizan legal y estratégicamente para la prevención del crimen es que esto es lo más interesante de lo que es esta pregunta. Cuál es el propósito del allanamiento la policía está para salvar vidas y también para proteger propiedades y que los registros y allanamientos las investigaciones, de vencer con el énfasis de disminuir la actividad criminal del área entonces de paso que están haciendo si me vienes a ser selectivo porque yo puedo estar en un negocio porque puedo pretender tener un encuentro casual o sea ya me estás criminalizando no por lo que yo estoy haciendo si no porque tu percepción es que ser gay y es un crimen. Ante tu perspectiva, cuál es la función para que estás haciendo el allanamiento. Me parece que, en la gran mayoría de los registros, intervenciones hechas a la persona de nuestra comunidad son meramente utilizadas como mecanismos legales para poder justificar sus razones discriminatorias. El propósito de hacer cumplir las leyes y proteger a la comunidad porque tiene una

sospecha infundada o tú única sospecha es que aparentemente yo soy gay o soy lesbiana volvemos a lo mismo, A quien estás protegiendo que estás protegiendo realmente estás utilizando eso lo que te dio la ley lo estás utilizando para justificar lo que es realmente tu razón en mi contra.

**Participante #3**

La policía siempre ha hecho allanamientos para intimidar a los ciudadanos crearles miedo y en mi caso gracias a Dios nunca he tenido esa situación no he vivido una experiencia así, pero creo que ese es el propósito fundamental de la policía crear miedo a las personas a la sociedad de que ellos son la ley y estés bien o no yo por ser así no puedes hacer nada eso está mal deberían hacer procedimientos más estrictos en la policía.

**Participante #4**

Bueno muchas veces se hacen operativos a nivel de la policía que son injustificados o están basados en falsas premisas y se tiende a culpar a la comunidad LGBTT que son los más débiles por aquellas cosas que no han encontrado en heterosexuales que cometen crímenes que están envueltos en tráfico de drogas. Cosas así entonces para compensar sus frustraciones atacan a la comunidad y lo hacen como medida represiva. Tienen un concepto bien equivocado de lo que somos nosotros como seres humanos. Volvemos a que todo ese bagaje cultural, educativo y social incide en ese maltrato en ese señalamiento a la comunidad de muchas cosas que se realizan llenas, de estigmatización y de condena que se ataca directamente a ellos no tanto como a las personas heterosexuales regulares.

**Participante #5**

Bueno yo encuentro que son abusivos y que a veces hablan cosas que ni son que no son ciertas de la persona para mí no debe ser deben tratarlo como cualquier ser humano y lamentablemente no es así.

**Participante #6**

Hay registros y hay registros, la policía tiene que hacer unos registros y lo utiliza para controlar el crimen, encontrar evidencia en algunos casos. Pero son muchos los casos, no son aislados, ni son pocos. Son muchos donde lo que se usa es la autoridad que ellos tienen para intimidar. Te estoy persiguiendo y tengo la autoridad y puedo hacerlo. Mira el caso a él lo detienen por un asunto de cambio de luz, lo tienen allí, buscan varios policías para registrarle el carro. Que le buscaban en el carro quizás droga, si lo que estás es buscando droga la técnica que tiene que hacer es otra. Entonces para qué haces algo para decirte yo tengo el poder y tú te quedas ahí porque yo quiero así es la forma en que manejan la comunidad.

**Participante #7**

Me estuvo bien raro y creo que fue que no entendió la pregunta al primer compañero porque él es dueño de negocio y a mí me resulta bien curioso cómo ha sido bien selectivo los lugares donde van a hacer estos allanamientos y como él cuenta, yo recuerdo cuando me entero del revolú. Que se metieron en el negocio intervinieron con todo lo que pasa en esa calle y no solamente pararon la música, registraron a las personas, las tocaron y las sacaron para fuera. Como es el caso, está el caso de Ivana, se hizo un registro ilegal en su casa, le llevaron dinero de su casa, que no pusieron en lo que se llevaron y fue de forma ilegal. Por una coincidencia de otra persona, no sé qué cosa y fue ilegal y como en este caso sabemos que hay muchos otros y de manera selectiva como en áreas de Crusin donde saben que son hombres con hombres teniendo sexo. Donde se sabe que van personas heterosexuales no se intervienen lo mismo cuando hacen intervenciones en caseríos porque yo no he escuchado ninguno de una urbanización donde están las personas que viven de esto eso esto.

**Participante #8**

Yo creo que escuchando a los demás volvemos a que parte fundamental del problema es esa división de control del vicio de la policía que tiene como que todo bien deformado o bien torcido por decir una palabra. Parece ser que el trabajo de la división de control del vicio es perseguir a la comunidad dominicana, a la comunidad LGBTT y a los trabajadores y trabajadoras sexuales que a cada rato operativo de prostitución y cuando vemos que hay allanamientos como mencionan los compañeros a los grandes distribuidores de la droga o a los grandes narcotraficantes del país. Es una cuestión, por ejemplo, la división del control de vicio de Mayagüez puede hacer eso con los federales y yo creo que es de nuevo cuestión de los objetivos de esa división yo creo que también se pudiera hacer un acuerdo colaborativo con la policía y alguna organización como la comisión derechos civiles o alguna organización independiente que vaya y orientes sobre sus derechos a las trabajadoras sexuales a la gente que está haciendo Cruisin, a la gente de la comunidad LGBTT en general. Si de verdad se quiere hacer un esfuerzo para que conozcamos cuáles son nuestros derechos y los podamos defender de alguna manera que se nos oriente sobre nuestros derechos para que cuando la policía vaya a detener a la transexual y venga a extorsionarla y a pedirle dinero para dejarla ahí o allá en el negocio de tal otro lugar, ya la persona sepa qué medidas puede tomar y donde puede ir para denunciar esa conducta que es ilegal.

**PREGUNTA# 4 IV. Igual Protección y no Discrimen:** Requiere asegurar que la Policía de Puerto Rico efectúe servicios policiacos objetivos y libres de prejuicios, invitando de esta manera a que la comunidad participe activamente y se involucre en la prevención del crimen. **¿Qué creen sobre la Igual Protección y no Discrimen de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

**Participante #1**

**N/A**

**Participante #2**

Con todo respeto me suena más creíble el cuento de los tres cerditos. Es que como tú me vas hablar a mí de igual protección y no discriminación, realmente cuando vemos diariamente el que se busca más duramente a una persona de la comunidad, que sea inmigrante, por raza. vamos a ser realistas. Realmente cuando le hacemos el cuento de los tres cerditos a una persona se lo cree más que le digamos que la policía está haciendo un esfuerzo para proteger y lo discriminaba entonces lo otro que se hagan servicios con objetivos libras de prejuicios, oye, pero si somos totalmente prejuiciados, nos miramos por lo que somos. Empieza el pregón de esta manera que la comunidad participe activamente y se involucre. Es que yo no puedo participar en lo que no creo, es que si tú como policía no tienes credibilidad para mí por el trabajo que tú estás realizando en favor de la comunidad como yo puedo entonces, porque estaría haciendo partícipe del mismo discrimen y de lo mismo que tú estás haciendo. Primero se tienen que ganar el respeto, la confianza, la credibilidad de la comunidad en general. La gente no cree en la policía, la población puertorriqueña no cree en la policía, la sociedad puertorriqueña no cree en la policía de Puerto Rico. Los que están sufriendo la discriminación se convierten en silentes, no lo dicen, no hablan, no reclaman su derecho. ¿Esa es la realidad que vivimos como sociedad y el que se atreva a hablar le creen porque quien tiene más peso en un tribunal el policía, el trans, el homosexual o la lesbiana?

**Participante #3**

Bueno el propósito fundamental de la policía es cuidar a los ciudadanos y en este país la protección es selectiva. La clase media, los pobres, los inmigrantes no tienen protección. El discrimen de la policía se ve, yo tengo amistades policías y la mayoría están en el clóset por miedo de perder trabajo, represalias, discrimen. A que lo arrinconen en un escritorio y eso son mentalidades que hay que cambiar. Deberían evaluar el propósito

243

por el que se creó la policía.

**Participante #4**

Yo no me siento igualmente protegido. En el caso de la igual protección y el no discrimen que se supone que practique la policía. Si a los hombres que son objeto de violencia doméstica no los respetan, menos a nosotros que somos diferentes. A nosotros nos tratan peor todavía, no toman en cuenta que nosotros contribuimos a la sociedad con nuestro trabajo, nuestras contribuciones y no sé, no se mira como parte integral de la sociedad sino como escoria. Como objetos que no debemos ser respetados. Tenemos mucho que hacer para que podamos merecer el respeto de ellos. La comunidad tenemos que unirnos para hacernos respetar, para que ellos nos respeten a nosotros.

**Participante #5**

Creo que no la tenemos y nosotros las personas mayores menos, porque rápido dicen mira está vieja todavía en estos asuntos en vez de irse para su casa. No se dan cuenta que esto no empezó cuando yo era vieja, cuando yo era muchacha y me duelen esas cosas.

**Participante #6**

Esa posición de ella es la posición que adquiere la mayoría porque déjame quietecito y quedarme escondido para no buscarme problemas y comienzas a ser víctima de esto mismo. Porque una persona sea gay, sea mayor o lo que sea, no tiene que ser discriminada y eso no importa si empezaste a los 18, 20 o si te dio la loquera a los 60. Porque se supone que tengas unos derechos de cualquier manera. Esto requiere todo un cambio y es un proceso que va a tomar mucho tiempo, porque es un problema social. No es un problema de la policía, es un problema de todos desde que se determinó que el ser gay no era un problema mental, ni que eran enfermos, sino que es una preferencia sexual. Mira, seguimos siendo locos y seguimos siendo enfermos para una gran parte de la sociedad. No es cierto que lo ven como la preferencia sexual, se ve como algo malo la gente lo siente, lo percibe, lo tiene dentro, tarda en poder cambiar generaciones. La gente más joven es más abierta. Pero creo que sí, que ha habido unos cambios y no creo que sea de dos años. En la policía esto es cuestión de un proceso de mucho tiempo que tiene que ser así y comenzar a ver la gente por lo que son y no por lo que queremos que sea. Hay que comenzar, claro ya comenzado, pero no es cuestión de 2 años, ni de 3, ni 4. Porque requiere un cambio de conciencia, quizás tarde una generación más o dos generaciones, pero por lo menos comenzamos. Yo no lo veo todo negro, la gente joven es más abierta que la policía y más abierta que nuestros padres cuando te es que tienes que comenzar defendiéndote de tu propia familia imagínate la policía, es bien cuesta arriba nuestra lucha.

**Participante #7**

Bueno, hemos ya comenzado el proceso. Hay un mensaje de más apertura, pero se siente por las personas de nuestra comunidad que hay discrimen. No, el discrimen no ha terminado. Hay que considerar las acciones del gobierno y la iglesia se supone que exista separación de iglesia y estado, pero la realidad es que aún andan juntos.

**Participante #8**

No puedo ver ni igual protección ni no discrimen de parte de una agencia específica del estado si el estado mismo no ofrece igual protección y no discrimen a una población específica. En nuestro caso la población LGBTT no puede haber igual protección de parte de una agencia en específico y si tenemos un gobierno que está eliminando protecciones a nuestra población o a nuestra comunidad. Que ya ha dicho que no va a aprobar leyes en contra del discrimen pues mira, yo no creo que haya voluntad. Aquí en Puerto Rico el acceso a la

asistencia legal es bien difícil, el acceso a la justicia es bien difícil a no ser por servicios legales. Entonces cómo pretendes que un ciudadano vaya en contra de una agencia de gobierno del estado sin el recurso legal, en todo caso la policía debería de proveer recursos.

**PREGUNTA # 5 V. Supervisión y Administración:** Requiere garantizar que la Policía de Puerto Rico cuente con la cantidad necesaria de supervisores inmediatos cualificados, para que realicen una supervisión efectiva, ofrezcan a los agentes bajo su mando las instrucciones y orientaciones necesarias para mejorar y desarrollarse como policía e identificar, corregir y prevenir conductas inadecuadas. La PPR desarrollará un sistema de identificación temprana (EIS) para identificar comportamientos inadecuados. **¿Qué creen sobre la Supervisión y Administración de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

**Participante #1**

**N/A**

**Participante #2**

Bueno para tu orientar a otro primero te tienes que orientar tú y educarte tú. Lo de que tú vas a orientar, de que tú vas a educar, de lo que yo estoy de acuerdo o que es la norma, que es la ley. Para empezar muchos de ellos no saben ni lo que es eso y entonces están con un adoctrinamiento y están tratando de enseñar lo que ellos creen es que yo quiero a como dé lugar imponer lo que yo creo y no hay respeto a los que los demás creen o los demás piensan lo que son tus creencias religiosas, culturales, de lo que son tus creencias. Cómo te educaron, la manera de ejercer una sana administración, es primero tomar el rol y el tiempo de educar a esas personas que van a supervisar tiene que comenzar realmente un aspecto de quien va a ser el supervisor. Si continuamente estamos viendo que los roles de ascenso están siendo politizados no importa que seas bueno o no vas a poder enseñar lo que tú no eres.

**Participante #3**

Pues sí, nunca ha habido supervisión, ni administración. Porque desde que yo tengo conocimiento los superintendentes que ha habido son por favores políticos. Para calentar una silla, crear imagen, los supervisores también no han sido buenos policías y por favoritismos los suben a sargento y sigue la misma mediocridad, no sirven. Yo tuve una situación de una querella y el policía me cerró el caso y me quedé sin cobrar el cristal, no hay supervisión, los superintendentes no sirven.

**Participante #4**

Yo entiendo que es un síntoma que tiene todo el gobierno. La supervisión es prácticamente nula, no existente y está fundamentada políticamente en muchos casos por que permiten muchos abusos y situaciones injustas que van en contra de personas que son injustamente señaladas por cosas que a legadamente cometieron y no hicieron o sea que no tenemos las herramientas para frenar ese abuso.

**Participante #5**

Yo he sabido llamar a la policía por cualquier cosa que pasa en el área y ni vienen ni nada, ni se ven. Para mí no dan un buen servicio.

**Participante #6**

A la policía le pasa lo mismo que le pasa al departamento de educación, mientras tu jefe lo nombre un gobernador tú le vas a responder a tu jefe y nunca va a salir la política fuera de ese departamento. En la

policía hay personas muy buenas y nunca van a llegar a ser supervisores porque si no son políticos y no tienen una pala. No van a llegar ahí y eso mismo sucede en educación. Debería haber algún organismo de junta o algo donde las personas que son atropelladas por la policía se pudieran quejar y que no tengan nada que ver con la policía para que se pueda dar tiene que ser algo que no tenga nada que ver con la policía. No es que la policía sea mala, es que la forma en que se administra no es la correcta.

**Participante #7**

Lo que rápido que pienso, es en lo que se llama pornografía de venganza. Ahí en la policía hay un departamento, que es de crímenes cibernéticos. Esto es cuando compartes una foto de una persona estando desnudo sin su autorización. Fueron todos los del departamento a una charla que dimos. Fueron todos, porque eran sólo 10. Departamento que tiene que atender toda la isla, una situación bien seria y no tienen la empleomanía para trabajarla.

**Participante #8**

La mayoría de la población o todo el mundo está clara de que los ascensos en la policía al igual que las demás agencias no son por mérito. Son por cuestiones político partidistas y eso lacera el que esa persona sea la más capacitada para ejercer ese puesto. Esa supervisión debe ir enfocada en cuáles son las prioridades de la policía.

**PREGUNTA # 6 VI. Interacción con la Comunidad e Información Pública:** Requiere que la Policía de Puerto Rico interactúe y cree relaciones firmes con las comunidades para promover la colaboración en la solución de problemas, prevención del crimen, crear confianza, respeto mutuo y trabajar en unión a los Comités de Interacción Ciudadana. La Policía de Puerto Rico mantendrá informada a la ciudadanía sobre el proceso de Reforma, los logros obtenidos, estadísticas de delitos e información de interés público. **¿Qué creen sobre la Interacción con la Comunidad e Información Pública de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

**Participante #1**

**N/A**

**Participante #2**

El 18 de enero de 2017 este pueblo se levantó con la noticia de que la superintendente firma orden de mordaza en la policía. Esa es la manera que el máximo líder de la policía de Puerto Rico está generando interacción con la comunidad. Este no podrá divulgar información pública, de que estamos hablando. De una orden administrativa para que te calles la boca, para invitarte a que no exista transparencia, para que los trapos sucios se barran debajo de la alfombra. Lo que no acepto, no modifico, que tuvieron después que decir que eso era un error cuando intervino el gobernador. Eso se sigue, porque la gente no se atreve a dar información. Tienen que comenzar a reformar primero a las señoras Michelle Hernández sobre lo que tiene que ser reformación pública.

**Participante #3**

En cuanto a las relaciones con la comunidad aquí en el centro tenemos un programa de violencia doméstica y hemos visitado los distintos cuarteles a llevar propaganda. Y hemos tenido buena acogida con la mayoría de los policías. Se ponen contentos, dicen que a veces tienen situaciones y no saben cómo manejarlo. Y los orientamos, muchos ya han tomado adiestramientos. En cuanto a eso están mejorando las relaciones con la comunidad, están más abiertos y aceptando las nuevas leyes del gobierno.

**Participante #4**

Yo creo que la interacción con la comunidad es casi inexistente y poco transparente. Se le oculta muchas cosas a la ciudadanía y se amparan en eso para imponer a la ciudadanía cosas que no aceptan por ser abusivas y discriminatorias. Nuestra población espera de los policías unos avances, unos cambios en la manera en cómo se proyectan. Mejorar la relación con los distintos sectores, pero esto está frustrado por directivas superiores y la falta de dirección sobre cómo bregar con los asuntos de la comunidad. Además de las reformas hay que hacer un cambio total de enfoque en cómo se trabaja con las comunidades y como se trabaja con las personas dentro de la policía. Hacerla más equitativa y accesible más abierta.

**Participante #5**

Creo que la policía no está preparada para orientar en esa área aún. Ni de matrimonios, no están preparados. Por lo que he visto no saben explicar, no están preparados.

**Participante #6**

La policía yo creo que en lugar de ir mejorando ha ido empeorando recuerdo de muchacha, la liga atlética policiaca y los policías en mi barrio. La gente los conocía, caminaban a pie. Recuerdo una policía mucho más activa y muy respetada, mucho más que en este tiempo no hay esa interacción social de la policía con la comunidad. También hay que tomar en consideración el mucho trabajo que tienen y los pocos policías. Que son policías sin chaleco, sin armas, sin carro. Como van a dar un servicio. La policía tiene que estar en mejor condición y hay que estar pendiente en que se les enseña a los policías que mentalidad tú tienes para irte a la calle a bregar con la comunidad de donde tú vienes. Como tú eres, pero también necesitas las herramientas para poder hacerlo.

**Participante #7**

No sé de las estadísticas porque no hay estadísticas. Ni para el censo existe espacio para los trans, como si no existieran. Cuando se habla de interacción con la comunidad tengo que felicitarlos porque ustedes están aquí. Es un paso adelante. Que faltan algunos, sí, pero se está dando y eso hay que reconocerlo y felicitarlo.

**Participante #8**

Yo creo que en términos de la interacción con la comunidad si se ha dado con algunos sectores específicos y casi siempre ha sido con sectores profesionales con niveles académicos más altos. Pero a la base de la comunidad, la policía no le ha llegado. Eso es una realidad, ahí hace falta mucho por avanzar. Con respecto a lo de las estadísticas públicas, eso es un problema del gobierno de Puerto Rico en general. No existen estadísticas de nada, no hay planificación. Ahí la universidad tiene mucho que aportar y la policía podría tener acuerdos colaborativos con algunos cursos en la universidad que se encarguen de procesar esas estadísticas, manejarlas hacerlas públicas y visibles. Eso podría ser una alternativa para mejorar la información.

**Anejo # 10**

TRANSCRIPCION

Grupo focal de la comunidad de Personas sin Hogar/Adictos de Puerto Rico reunidos en las

cercanías del Residencial Manuel A. Pérez en la calle López Sicardó esquina Sicilia en Hato Rey.

Febrero de 2017: Mario Blanco-Guillermety

PREGUNTA #1

I. Profesionalización: Requiere que los miembros de la Policía de Puerto Rico realicen

intervenciones profesionales y respetuosas, garantizando la protección de los derechos civiles para

fortalecer la confianza de la ciudadanía. ¿Qué creen sobre la Profesionalización de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?

PARTICIPANTE #1

No, no están haciendo su trabajo como es.

PARTICIPANTE #2

Yo creo que en parte bregan bien y en parte bregan mal. Yo he visto casos que uno está pidiendo para comer y ellos llegan, ¿que tu hace ahí? ¿Pidiendo algo para desayunar, tú estás seguro? Que para eso y te empiezan hacer un interrogatorio pues si tú no quieres comprarme lo que yo estoy pidiendo para comer yo le garantizo que estoy diciendo la verdad, pero me tiene que contestar así papi, me dan una galleta y no le pregunto qué porque me da. Si él me está preguntando algo y yo le estoy contestando. Como estoy de espalda hay varios detrás de mí. Y me golpea y uno tiene que quedarse callado por qué si uno responde te van a caer todos encima y yo para evitar eso, me quedo callado, me quedo con el bofetón y el ojo hinchado.

PARTICIPANTE #3

Bueno, depende en qué situación se encuentra el encuentro con la policía. Es que las experiencias que yo he tenido no han sido ni muy buenas ni muy malas. Bueno, pues, pues los jóvenes nos distinguen de una forma, nos tratan de una forma. Bues como son la autoridad ellos se van un poquito más allá de su poder y como ellos son la autoridad pues hay que hacer lo que ellos digan, como ellos digan independientemente tengamos nuestros derechos. Tú sabes, ellos lo van a hacer como ellos quieran.

PARTICIPANTE #4

Por mi parte, te puedo decir, que ahora mismo la policía en estos últimos dos años he visto el contrario. Los he visto menos profesionales, con una actitud más predominante en contra de nosotros que somos la mayoría, la juventud, deberían tener un poco de más su utilidad en cómo

tratan a las personas con lo que ellos intervienen debería haber como que un poco más de personal comunitario.

PARTICIPANTE #5

La policía lo que hace es robarse el dinero porque no hacen na. Últimamente llegan después de algo, llegan después del tiroteo y hacen cualquier abuso y no se meten ahí. Se están robando el dinero.

PARTICIPANTE #6

Bueno yo creo que no están haciendo el trabajo bien, porque ahora mismo yo les pido ayuda y no le dan ayuda a uno. Porque uno le pide ayuda para ir para algún hogar o algo y no, no están disponible para hacer su trabajo como es.

PARTICIPANTE #7

Bueno para mí ellos lo están manejando bien porque yo no tengo ningún percance por ningún motivo.

PARTICIPANTE #8

Pensando bien mi respuesta, la mayoría bien. Porque la mayoría de los oficiales son buenos.


PREGUNTA #2 II. Uso de la Fuerza: Controles Internos y Rendimiento de Cuentas: Requiere desarrollar políticas y procedimientos que establezcan la aplicación del uso de fuerza necesaria y razonable por parte de los miembros de la Policía de Puerto Rico, conforme a los derechos civiles garantizados por la Constitución de Estados Unidos y Puerto Rico. Si alguno realiza un uso de fuerza excesivo se expondrá a medidas disciplinarias, criminales y/o civiles. Requiere aceptar la responsabilidad y rendir cuentas de manera objetiva y oportuna. ¿Qué creen sobre el Uso de la Fuerza, Controles Internos y Rendimiento de Cuentas de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?

PARTICIPANTE #1

No, no están haciendo su trabajo como es. No lo están manejando bien porque a veces ellos se sobrepasan. Se sobrepasan en lo que yo entiendo a veces ellos abusan porque son policías, de la gente indefensa.

PARTICIPANTE #2

Lo están usando como si no le importara, no respetando a la persona, al ciudadano de la calle. Te ven y te miran como si vinieras de un platillo volador no venga uno como un ciudadano cualquiera. Te miran por encima y dicen los tres esto es esto y a veces me han llevado en la patrulla y me llevan para diferentes partes de los puntos de droga, insinuando que yo soy un chota Así cuando me vean los de la calle me pueden hasta matar y pues como yo estoy claro que me lleven, pero yo estoy claro con papá Dios papá Dios sabe que yo no hago eso. Yo siempre le pido la bendición a todo el mundo y me conocen como bendición.

PARTICIPANTE #3

Bueno la están usando excesivamente porque se han dado muchos casos de inclusive muertes al ciudadano que ni siquiera han tenido objeto para ser amenazado con su vida y terminan muertos por el abuso de poder de los policías si a mí me detienen y hago un poco de fuerza porque me detienen, pero ya ellos se van a poner un poco más bruto más negativo y aprovechan el mínimo momento para usar esa fuerza bruta que ellos tienen.

PARTICIPANTE #4

En los últimos dos años yo he tenido dos problemas que he tenido con la policía de Puerto Rico. Dos situaciones y en las dos situaciones he tenido el mismo trato, la misma forma en que tratan a uno. Buscan la mínima cosa para alterar el momento, tu sabe no quieren ser comunicativos no

quieren ceder al diálogo. Únicamente quieren tratar al ciudadano en la forma en que en el momento ellos se sientan, si se sientan ellos en la posición que uno está siendo como que muy inteligente o tratando de protegerse en contra de lo que ellos están haciendo pues la fuerza es a lo que ellos se aferran.

PARTICIPANTE #5

Bueno últimamente la policía, este, en esa está bregando bien. Pero, a los adictos cuando estamos pidiendo para comer, lo quieren golpear. Para sacarlos de los establecimientos donde están pidiendo. Eso yo lo veo mal porque si estuvieran robando pues está bien, pero están pidiendo para comer.

PARTICIPANTE #6

En esa área los oficiales abusan demasiado con nosotros. Ahora mismo nosotros vivimos en las luces pidiendo y nos sacan de allí. No sé, no estamos haciendo nada malo solo pidiendo.

PARTICIPANTE #7

Bueno vamos a decir que ellos están abusando de la fuerza a veces. Porque yo he visto abuso con los muchachos de aquí. Eso no me gusta, aunque conmigo no se ha dado abuso. Pero que yo veo eso bien malo, la fuerza de poder, eso está mal.

PARTICIPANTE #8

No todos usan la fuerza, Pero el que la usa, la usó excesivamente y no hay forma de identificarlo ni de intervenir con ellos tampoco. Porque yo en mi caso personal, yo una vez intervinieron conmigo uno de los oficiales identificándose como yo soy el Verdugo. Me da cuatro puños, pero cómo está el camino no hay forma de verlo y eso cuando lo logro ver, no tiene identificación y entonces lo que hace, lo que tienes que hacer es seguir el por ahí derechito sin mirar para atrás porque si no sabes el verdugo está molesto contigo y te va a caer encima. Que yo puedo seguir mi camino, pero solamente el verdugo fue el que hizo eso todos los demás no están, no hacen nada al respecto.

252

PREGUNTA# 3 III. Registros y Allanamientos: Requiere que todas las detenciones investigativas, registros, allanamientos y arrestos se realicen legal y estratégicamente para la prevención del crimen. De existir alguna violación por parte de un miembro de la Policía de Puerto Rico se realizará las medidas correctivas adecuadas. ¿Qué creen sobre los Registros y Allanamientos de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?

PARTICIPANTE #1

Bueno, no están haciendo bien su trabajo. Lo que le digo es que cuando uno llama a la policía a veces tardan horas, cuando han llegado ya hay un muerto porque antier mismo yo tenía el nieto mío de 19 años en casa y como tengo a la mai mía enferma. Él se quedaba con la abuela, cuando llego el domingo tuve que coger y caerle encima y votarlo de la casa. La esposa mía llamó a los guardias y cuando fueron a casa y vieron que no podían hacer nada y para que están ellos entonces. Ellos están a poner el orden y todo muchacho que tiene 19 años y no quiere trabajar coge la abuela por el cuello dos veces y tirarla contra el piso, no puede. Vinieron, se lavaron las manos y se fueron. Ahí no me gustó, como bregaron porque se supone que ellos entraran y lo sacaran, porque él es mayor.

PARTICIPANTE #2

Una vez en mi casa había al frente un punto de droga y la policía parece que se había metido en el punto y a lo que estaba mal. No le agrado que la policía se metiera allí y se tiraron y se llevaron a los que estaban allí cogieron un pal de personas que no tenían que ver con eso y se los llevaron a la patrulla, lo golpearon, los sobornaron y es algo de va a chaval, formulando cargo, un motín. Ahí en el mismo residencial se cansaron del abuso y tomaron ley en mano rompieron una patrulla, rompieron cristales, les dieron a los oficiales. Porque no había modo de grabar lo que pasaba, entonces pues venganza de ellos. Ellos se metieron como en 30 apartamento con órdenes de arresto. órdenes de allanamiento a romper puerta y se metieron en mi casa y yo no estaba en el punto ni usaba drogas nos bajaron a Toditos por completo. Y nos pusieron en fila en contra la pared y había mujeres oficiales ahí hasta mi mama, mi hermana y ella gritaba y dos o tres las tocaban, nos daban y que queríamos que a la fuerza dijéramos que trabajamos en el punto y que quién era el dueño del punto.

253

Quien la sustituya quien la traía y nosotros como no teníamos que ver con eso decíamos que no pero no creían se fueron rompieron todo en casa todo sin ningún motivo.

PARTICIPANTE #3

Bueno puede que realmente lo hacen y legalmente este hacen registros sin supervisión muchas de las veces no te dejan ni estar presentes cuando ellos están registrando si el vehículo está cerrado pues ello ellos no pueden registrarlo  pues lo quieren abrir con la fuerza a veces hasta te ponen cosas en verdad y honestamente no están haciendo su trabajo como es porque siempre el ciudadano tiene que estar presente y muchos de los casos ellos no te permiten que uno esté presente para que uno vea el trabajo que ellos están haciendo.

PARTICIPANTE #4

No están siendo legal no están siendo legales no están utilizando los días que se supone porque muchos registros se están haciendo por el simple hecho nada más de ver a esta persona joven OK vamos a ver que este chamaquito tiene, tú sabes, no es justo se está viendo mucha injusticia ahora mismo en la policía de verdad de verdad debería haber mucho cambio. Cambio no solamente en pro del ciudadano, cambio también en la educación que deben darle al ciudadano que nos tiene que dar nuestra seguridad porque eso es lo que ellos se suponen que nos den seguridad, que nos cuiden pues eso es lo que nosotros no estamos viendo. Entiende esa seguridad muchas personas lo que están viendo al ver un policía. es tu sabe un miedo y eso no debería ser así.

PARTICIPANTE #5

Bueno lo malo de la policía que hacen allanamiento sin tener una orden de allanamiento. Entonces para no estar ocupando material y se están quedando con el material, no arrestan a nadie y abusan de la persona que le quitaron el material eso yo lo veo mal.

PARTICIPANTE #6

Está bien que hagan los allanamientos que hagan pero que no estén golpeando a la gente confiscándole las cositas a la gente, no es bueno. Están abusando demasiado en esa área.

254

PARTICIPANTE #7

Yo más o menos pienso igual porque yo he visto allanamiento que cuando entro adentro de la casa no encontraron, nos dejaron todo eso desbaratado y siguieron andando. Después te dan la espalda y le dicen a la persona mire se calla la boca no hable y eso está mal.

PARTICIPANTE #8

Ahí no tengo mucho conocimiento porque no veo televisión ni la prensa que no sé de los registros que hacen entiende lo que te quiero decir, pero si en lo poco que he visto no me puedo quejar de ellos. Las intervenciones que veo que hacen pues, las hacen normales no veo que te están metiendo las manos en el bolsillo, sino que eres tú el que tiene que vaciar los bolsillos y eso, así que no me quejo de eso, hay seguridad.

PREGUNTA# 4 IV. Igual Protección y no Discrimen: Requiere asegurar que la Policía de Puerto Rico efectúe servicios policiacos objetivos y libres de prejuicios, invitando de esta manera a que la comunidad participe activamente y se involucre en la prevención del crimen. ¿Qué creen sobre la Igual Protección y no Discrimen de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?

PARTICIPANTE #1

Pésimo se están lavando las manos que cada cual bregue con los problemas hace tiempo ya que hay discrimen.

PARTICIPANTE #2

En parte si están ayudando, pero si, discriminante. Te discriminan por raza, sexo. Yo siempre he dicho que todo el tiempo se creen que son mejores que uno El único que yo conozco que no le gana nadie a papá Dios y que tú no puedes ocultarle nada a papá Dios porque papá Dios lo sabe todo yo le hablo con la verdad yo no discrimino con ningún oficial ni puedo hablar de ninguna oficial, porque no todos son malos. Hay unos que son buenos que valen la pena Y me gustaría estar en alguno de esos programas y aprender, aprender cosas buenas y en las cosas malas que suceden.

PARTICIPANTE #3

Bueno nada sencillo, aquí yo lo veo de esta forma las personas de bajos recursos son tratados de una forma y las personas de la alta sociedad pues son tratados de otra forma o sea que la alta sociedad inclusive le dan privilegios y tienen mejores tratos que las personas de bajos recursos pues lo tratan con más discrimen con menos atención.

PARTICIPANTE #4

Mira yo no creo en eso porque el discrimen empieza desde que el oficial te está interviniendo desde ese momento el discrimen empieza, cuando el oficial ya simplemente te vio en la calle. Simplemente de verte, además no necesita intervenir contigo para tu sentir el discrimen que está teniendo ese oficial por la forma en que te mira en que te está vigilando por el simple hecho en la forma en que tu vistes o este te ves y entonces empieza el discrimen ahí y entonces empieza ahí y termina en el tribunal en el tribunal es lo mismo desde la discriminación hasta el tribunal empieza el discrimen y allá termina o sea la discriminación, eso es algo que está haciendo bien fuerte.

PARTICIPANTE #5

La policía discrimina mucho al adicto, al de ambulante. No sé por qué, pero siempre están discriminando Y hablándole feo al de ambulante y al adicto. No sé porque razón, porque eso yo lo veo mal. El adicto y el de ambulante es una persona igual que cualquier otra.

PARTICIPANTE #6

Hacen muchas discriminaciones, muchas humillaciones de parte de ellos y somos seres humanos. Como ellos, nos merecemos respeto y no nos están respetando mutuamente como nosotros lo respetamos a ellos, fatal.

PARTICIPANTE #7

Creo que el discrimen existe en todas las áreas y por parte de la policía, porque una persona que vaya a un sitio, todo vamos hacer tramposo y rápido váyanse de aquí como perro ya muchos son

conocidos y eso saca un poquito más, pero tratan a la gente como perro. Principalmente a esta gente a las gentes que están deambulando.

PARTICIPANTE #8

Creo que bien y yo en lo personal estoy de acuerdo en que la comunidad tenga comunicación. No sé no me gusta lo que estamos viviendo y yo creo que debemos incluyéndome a mí y que soy indigente y que debemos de poner más de nuestro granito para que baje la criminalidad y la delincuencia.

PREGUNTA # 5 V. Supervisión y Administración: Requiere garantizar que la Policía de Puerto Rico cuente con la cantidad necesaria de supervisores inmediatos cualificados, para que realicen una supervisión efectiva, ofrezcan a los agentes bajo su mando las instrucciones y orientaciones necesarias para mejorar y desarrollarse como policía e identificar, corregir y prevenir conductas inadecuadas. La PPR desarrollará un sistema de identificación temprana (EIS) para identificar comportamientos inadecuados. ¿Qué creen sobre la Supervisión y Administración de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?

PARTICIPANTE #1

Yo le diría que parece que no tienen un jefe. Que lo tengan ahí, porque ellos hacen lo que quieren, los guardias aquí mismo yo he visto un montón de guardias dándole protección a los tipos que tienen puntos Aquí yo los he visto con mis propios ojos cogiendo dinero de él. Les dan más vigilancia a los puntos que a los residentes.

PARTICIPANTE #2

Yo creo que en parte lo están manejando bien están haciendo gestiones ayudando en esa parte yo acepto si están ayudando le dan la mano a uno.

PARTICIPANTE #3

Realmente no hay, no tengo mucho que abundar en esa pregunta bueno no, sí y no porque ellos tienen su sargento que también está en la calle. Eso para mí es un compinche, es un complot, obligatoriamente. Porque eso es en cadena, tu sabe tenientes, sargentos y policía y no, no están hacienda. Es que todo varía, porque hay su policía que hace su trabajo bien y hay su policía que hace su trabajo deficiente. Tu sabes, eso depende el pueblo o el sitio donde la cabeza está bien centralizada haciendo su trabajo correctamente.

PARTICIPANTE #4

Literalmente, puedo decirte yo, que yo no he visto un capitán por ahí nunca. He visto un teniente por ahí sale uno que otro porque a veces se tienen que montar a la patrulla, pero supervisores, eso es algo que no salen de la oficina. Ellos salen cuando tienen que salir, pues, porque es algo obligatorio, pero su trabajo no lo están haciendo porque cada cual está campeando por su respeto. Por ahí, al igual le hace lo que le da la gana lo cual ya se ponen las luces agarrado por chiste lo cual día, este, andan por ahí con la patrulla con un foco fundido y así quieren venir a pagar a la gente sin moral tú sabes son cosas que tiene unos puntos que hay que ver que no están teniendo un tipo de supervisión.

PARTICIPANTE #5

No se están identificando, la policía tú los conoces si están uniformados porque yo a las nueve hecho que la gente haga lo mismo que ellos hacen.

PARTICIPANTE #6

Lo mismo lo mismo oficiales no están uniformados.

PARTICIPANTE #7

Yo veo que la está manejando mal porque yo veo casos que no comprendo cómo la policía está bregando. Yo he visto cosas malas y no puedo decir que están bregando bien.

PARTICIPANTE #8

Ha mejorado mucho a mejorado mucho porque ahora hasta tienen que estudiar y tienen que capacitarse y coger adiestramientos. Los de antes no lo hacía y eso es lo que los hace mejor ciudadano y más visitante en su trabajo o sea que por lo menos yo creo que en la supervisión está bien.

PREGUNTA # 6 VI. Interacción con la Comunidad e Información Pública: Requiere que la Policía de Puerto Rico interactúe y cree relaciones firmes con las comunidades para promover la colaboración en la solución de problemas, prevención del crimen, crear confianza, respeto mutuo y trabajar en unión a los Comités de Interacción Ciudadana. La Policía de Puerto Rico mantendrá informada a la ciudadanía sobre el proceso de Reforma, los logros obtenidos, estadísticas de delitos e información de interés público. ¿Qué creen sobre la Interacción con la Comunidad e Información Pública de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?

PARTICIPANTE #1

Yo entiendo ahí que la policía ahí porque ahora mismo mira donde está el cuartel y ellos se sientan ahí a fumar mariguana cualquier día ahí y no hacen nada, todo después como si nada no están bregando su trabajo como tal no lo están llevando. Aquí hay un montón de chamaquitos que a veces tan tarde en la noche por ahí en motora pa arriba y pa abajo sin capacete, sin tablilla y ellos no hacen nada o sea que no están haciendo nada yo no sé pa que el cuartel está ahí

PARTICIPANTE #2

Sí, yo creo.

PARTICIPANTE #3

Bueno realmente la única que uno puede interactúan de esa forma para saber lo que está pasando es cuando yo pongo las noticias y comparo los asesinado de este año con el año pasado de lo contrario aquí no hacen ningún tipo de reclamo a la comunidad para hacer una orientación y decir cómo está la cosa que se va hacer o algún plan nada de eso. No he visto nada de eso, inclusive los

líderes de la comunidad. Que la policía que nos diga cómo estamos, esa es la información que yo escucho.

PARTICIPANTE #4

Pésimo, pésimo yo recuerdo haber sido más joven y haber visto actividades de la policía en canchas pública con la banda de la policía, este, payasos los mismos policías vistiéndose de payasos. Haciendo actividades en pro de la comunidad, mezclándose con la comunidad, para el hecho de que de que esa comunidad se sienta tu sabes seguro, puede haber una paz que no se está viendo en los últimos días ya esas cosas no se dan ya La policía no le gusta mezclarse con la comunidad, la policía está por ahí dando ticket metiéndose al punto de droga a llevarse gente y ya.  Este es el trabajo que la policía está haciendo los últimos días ya no es como antes, la policía no se mezcla. Su labor con lo que es comunidad, no. Ese es mi pensar y algo que deberían cambiar de verdad.

PARTICIPANTE #5

Lo mejor que hacen compartir información, pero creo que no lo están haciendo no sé si con sus superiores, pero con la comunidad, negativo.

PARTICIPANTE #6

Con la comunidad no hay ningún diálogo, ellos están haciendo lo que le salga, lo que ellos les da la gana. No están hablando.

PARTICIPANTE #7

Bueno en cuestión de cómo bregar con la ciudadanía. Pues yo creo que están bregando bastante bien, como hay algunos que meten la pata, pero hay persona que bregan como son, pero hay algunos que son troglodita

PARTICIPANTE #8

Si es como antes como con la liga atlética policiaca o que más o menos lo que estoy entendiendo en base a la pregunta. No se está habiendo tanto como antes. Antes se veía más, por lo

menos lo que se veía de la liga atlética policiaca o con los niños y la comunidad y eso se veía más la participación. No, no como antes, que llegaba más seguimiento a la persona más indigente Y ya no se ve como antes en esa área como que se ha perdido el amor yo no personal o no estoy yendo a los sitios que yo intervienen, pero no menos área o no.

**Anejo 11**

**Trascripción**

**Grupo Focal: Negros Profesionales**

Hora: 6:00 pm

Cantidad de participantes: 9

Lugar de la actividad grupal: Centro Comunal de Hill Brother's

Entrevistadora: Sra. González Sánchez

Fecha: 4 febrero de 2017

Director: Dr. Blanco Peck

**Transcripción de Preguntas y Contestaciones**

**I. Profesionalización:** Requiere que los miembros de la Policía de Puerto Rico realicen intervenciones profesionales y respetuosas, garantizando la protección de los derechos civiles para fortalecer la confianza de la ciudadanía. **¿Qué creen sobre la Profesionalización de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

Persona 1- Bueno pues respecto a esa pregunta, yo entiendo que aun todavía a la policía le falta mucho por llegar a ser profesionales realmente, porque lo que yo he podido percibir, ver, en nuestras comunidades es que muchos de ellos son irrespetuosos cuando van hacer algún arresto o alguna clase de intervención. Muchas veces usan un vocabulario que yo entiendo que no es el apropiado que ellos deben usar porque si ellos son representan a la ley y quieren que se les respete, así mismo tienen que comportarse ellos y expresarse para que haya un respeto, y ellos no se están ganando ese respeto con los residentes y con el público en general.

Persona 2- En cuanto a la profesionalización, entiendo que primero tiene que haber educación y la educación empieza desde la rama de arriba hacia abajo. Si tú no educas a los supervisores que son los que van a estar atendiendo al que está más abajo, sigue un círculo vicioso. El circulo vicioso es que no hay conocimiento ni de leyes ni de procedimientos porque los mismos supervisores no están adiestrados para hacer ese trabajo de

262

supervisión con los miembros de más abajo y entiendo que eso es uno de los problemas grandes que tiene ahora mismo lo que se está tratando de hacer. Nosotros como pueblo no sabemos que se le está dando a los supervisores y a la plana mayor en cuanto a entrenamiento, como proceder con las personas, situación como estaba diciendo la compañera de comunidad, el trato a las comunidades, el trato a los individuos, como tú debes proceder, como te debes comportar. Aquí hay unas leyes, ejemplo, ahora mismo está la ley de los celulares, que tú no debes usar celulares mientras estas conduciendo, sin embargo, uno ve a los mismos policías que a ti te infligen o te dan un boleto porque estas infringiendo la ley, pero tú los ves a ellos con los celulares a cuestas todo el tiempo. Otro ejemplo, las leyes de tránsito. No debes manejar por el paseo, no te debes comer una luz roja, y a veces tú ves patrullas que no van en ningún tipo de emergencia por el paseo a toda la velocidad o comiéndose la luz roja y más alante el policía esta estacionado más alante sin ningún tipo de que haya habido ningún tipo de, como te digo, la necesidad de pasarse la luz roja porque había una emergencia. Creo es una mucha educación lo que hace falta.

Persona 3- Si buenas yo creo que el participante 2 dijo mucho de lo que yo pensaba decir porque la realidad está en la supervisión en cuestión en lo profesional. Yo personalmente no he tenido ningún problema con la ley, por decirlo así, como algo para yo hablar mal de ellos. Pero, si por lo menos lo que yo he escuchado y he visto noticias o algo así que hay veces que ellos son saben manejar las situaciones, siguiendo la línea del participante 2 y hay que ver entonces como está la supervisión, que le están, que herramientas le están dando a la supervisión. Yo también puedo pensar que una persona si yo estoy trabajando en X lugar y el trato hacia mi persona es mal, yo voy a hacer eso mismo a otras personas. Si me tratan mal, yo voy a tratar mal. Para mi es una cadena. Yo pienso que esas personas tienes que educarlos como lo dijo el participante para ensenarles cómo deben tratar a otras personas y como llegar de la mejor manera y que obviamente ellos tienen que saber la ley antes de tu imponerla. Tú tienes que estar claro que es la ley antes de, no es porque yo creo, porque yo pienso. Simplemente es saberlo.

Persona 4- Bueno realmente es, no tengo mucha relación con la policía a menos que sea en términos de trabajo. Trabajo en una rama del gobierno, que trabajo uniformado también, no soy policía. Pero una vez un policía en una situación donde estábamos trabajando me hizo un acercamiento el cual me preocupo y por eso busco de no pasar de un boleto de exceso de velocidad, que es por lo que regularmente me paran. Es que él me dijo que, si él me detenía, por mi aspecto, yo no la iba a pasar bien, y yo estaba uniformado, ves, él sabe

que yo trabajo el gobierno. Simplemente porque yo era más grande que él, que él no podía dar la oportunidad. Yo le dije bueno yo lo entiendo, pero no lo justifico. Porque si yo no lo ataco a usted, usted no me puedes atacar a mí, entiendes, y eso se presta para que me fabriquen un caso por cualquier tontería. Así que simplemente trato de que no pase nada que ellos tengan que intervenir conmigo porque sé que eso es lo que va, porque si me lo dijo uno, los otros, sabrá dios si piensan igual. Así que realmente lo que dice el participante 2 y el 3, es la realidad, hay que empezar a educar desde los más altos hasta los más bajitos, y eso muchas veces es cuesta arriba porque ya tienen formada una forma de trabajar y una forma de funcionar. Ves, y eso no cambia de la noche a la mañana, eso tarda décadas en cambiar, porque hay que cambiar la forma de pensar de todos esos altos oficiales para que entonces los nuevos empiecen a pensar diferente y a trabajar diferente. Es clave educarlos, educar al niño para no tener que castigar al adulto.

Persona 5-  Bueno en términos de la Reforma, me parece que una de las situaciones que confronta es que las personas que están implicadas, o sea los policías primero que no se ha visto que haya habido un cambio para en dirección hacia algo mejor, se ve que están igual en estos dos años como estaban hace 10 años. Ahora se cuidan más cuando hacen las cosas, o sea que me parece que sin duda hay que crear una estructura educativa pero que mida los resultados y eso es lo que nos parece que no está sucediendo porque tú tienes que educar a la persona y después ver como esa educación está siendo aplicada para que ellos y nosotros podamos evaluar que ha habido una mejoría. Lo que aparenta es que no es así y yo le he dado clases a policías y ellos mismos entienden que es una reforma superficial, de que se tienen que cuidar que no los cojan. Y no debe ser eso, debe ser de que actúen correctamente. Así que mientras no haya una retroalimentación del proceso, yo entiendo que no va a mejorar y uno lo ve cuando actúan en las comunidades, o sea la manera en que actúan es olvidándose de los derechos de las personas y evitando que se pueda visualizar que ellos están obrando mal, y eso no debe ser, deben obrar bien, punto. Y tener una sensibilidad que es necesaria para que interactúen con la sociedad porque lo que ha provocado eso es que las personas digan, perate él no es superior a mí, él está para implementar la ley, él no está para tomar una acción por encima de mis derechos, y eso es lo que me parece a mí que se debe velar en términos de esa retroalimentación que sin duda no se está dando o si se está dando el pueblo no la percibe y si no hay una percepción general, pues no va a mejorar la situación.

Persona 6- Bueno, yo pienso como joven de 21 años, pienso que no sé nada de la Reforma y tenemos que educar a los jóvenes para que sepan algo de la Reforma. Y en el caso de los policías pienso también que la

educación como dijeron todos los participantes es primaria, ya que nosotros los estudiantes, los jóvenes, estamos buscando un ejemplo a seguir hacia ellos. También pienso que no se debe llegar a la violencia, primero podemos llevar, este, con la educación y con los valores que tenemos en nuestra casa, podemos llegar a un acuerdo, un acuerdo hablado. Y nada, pienso que no violencia y no injusticia. Hasta ahí.

Persona 7- Bueno, como dijeron los otros compañeros yo entiendo que ya muchos han dicho la palabra principal que es la educación, igualmente cómo cualquier compañía si el gerente no presenta una buena educación, o no implanta los buenos valores, y en adicional no hace su profesión como se supone con la ética, que falta mucha ética en toda la policía, por eso por los tratos, por eso por las faltas de respeto y ponernos en la persona lo que es la persona, porque igualmente ellos también son como nosotros. Pues por eso es que pasan muchas de estas cosas que no hay profesionalismo. Muchas veces yo cómo estudiante, que fui de la Universidad de Puerto Rico, también he visto mucho discrimen por lo que ha pasado de las luchas y diferentes cosas que han pasado en la UPR. Puedo dar un ejemplo yo estaba estudiando aquí mismo en Carolina por Plaza Escorial, este, y pues nos pararon porque mi compañero que estaba guiando se pasó la luz roja, arranco la amarilla y no hicimos un pare, y pues sabemos que nos iban a parar. Ese no es el problema, el problema es que nos preguntaron qué hacemos a esa hora allí y era porque ensenamos la identificación de la UPR, de la universidad. Ya ahí nosotros entendimos, pero porque, eran las 10 de la noche, yo entiendo que no era mí papa y mí mama para preguntarme que yo hago a esa hora, estábamos estudiando. Y ahí uno ve también como ellos tienen una cultura interna de un tipo de amenaza, o sea, yo tengo la ley yo soy el que mando, tienes que hacerme caso, a pesar de que ellos tampoco siguen, es mas no siguen nada, de las reglas y las leyes que realmente como personas deben cumplir en la calle. Como comerse la luz, guiar hablando por teléfono, porque lo he visto, pasar por como dijo el compañero número 2, por la, por el paseo, que puede ocasionar accidentes, que he visto, se estacionan en lugares que son amarillos, o sea, es una cosa que cuando tu vienes a mí no te respeto porque tu no sigues las reglas. Entonces si tú me dices a mi seguir las reglas, también tenemos que dar la misma imagen. Y cuando una persona no representa un líder, yo como persona tampoco lo voy a seguir. Así que yo entiendo, aunque esto es por escrito, no es dejarlo escrito es acción y que se vean resultados como dijeron. No es solamente escribir mejoras, sino que se vean esas mejorías. Y para mí lo que ha hecho, verdad, esta ley, norma, lo que ha hecho es que ellos se mantengan más cuidadosos en lo que hacen. Y no es por la ley, sino porque hay algo que es las redes sociales, hay algo que es más directo, algo que llega

más rápido, no es porque lo que está escrito, es porque la persona, el individuo que está afuera, tiene más posibilidad de grabar y presentar que si fue real. Así que yo entiendo que hay una combinación de la actualización de nosotros como individuos de que podemos presentar que lo que paso, no es por lo escrito, sino por no mostrar que hicieron algo malo.

Persona 8- Pues, buenas, el profesionalismo se ha perdido constantemente a través del tiempo. Y se ha visto mucho porque cuando tú te enfrentas a personas que sea policía, sea guardia, uno se siente una persona menor cuando se supone que uno se sienta a la par, porque cómo ella dijo, este, él es igual que tú, él tiene los mismos derechos, pero la diferencia es que él puede hacer lo que quiera sin tener ninguna consecuencia. Este, ya varios compañeros han mencionado casos que pues ellos, como digo, ellos se perdonan ellos mismos, no tienen, no tienen ese límite. Y nosotros nos vemos como bien apretaos en esa situación, porque si nosotros lo hacemos no podemos decir nada, pero si ellos lo hacen que evidencia tenemos podemos grabarlos, pero en la sociedad que vivimos no hacen nada. Y ahora mismo yo he visto casos de que, este, uno va a pelear un boleto que le hayan dado y el guardia no se presenta al caso, ante el juez no se presenta, lo niega que hizo esto, cambia la historia de la situación que haya pasado la razón por la que le dio el ticket, este, y pues uno sale perdiendo porque les creen a ellos, ellos entre él cómo se ven pues son superiores a nosotros porque tienen más razón porque ellos son los que llevan la ley. Y pues se supone que ellos tienen la razón. Y pues es bien difícil cuando uno se enfrenta a ellos, es casi imposible ganarle un caso. Y por eso es que digo que el profesionalismo se ha perdido, porque no hay ese respeto, no hay esa confianza, no se ve.

Persona 9- Pues yo creo que, este, cada uno de ellos han dado puntos, este, bien interesantes nunca me había puesto a pensar en ninguno de ellos, no conozco la Reforma. Lo que sí puedo aportar es que culturalmente nosotros actuamos y pensamos que no seguir las reglas es como sobrevivimos. Este, desde inicios de siglos, Puerto Rico ha sobrevivido por hacer trampa. O sea, hemos sido una cultura que constantemente pensamos porque hemos sobrevivido así, que, haciendo mal por jerarquía, mientras más poder yo tenga, pues tengo más oportunidad de sobrevivir. Y así pasa en todas las escalas. A mayor nivel socioeconómico o, este, político, o quizás hasta, pues de empleo, eh, se disfraza no, un poco el que yo me puedo permitir hacer ciertas cosas y jugar un poco hasta con la ley porque económicamente voy a salir mejor que quizás alguien que no tenga esas ventajas. Y es bien, bien, interesante con la policía, yo nunca he tenido, este, ninguna experiencia gracias a dios, pero lo que veo en las redes sociales sí, veo el abuso increíble que se tiene y con lo que ellos aportaron,

este sí, puedo decir que, como podemos volver a educar, que es la clave, para en vez de que no me cojan haciendo algo malo, instros, o sea, yo pueda hacer una introspección y hacer las cosas como debo hacerlas porque es mi trabajo. Igual que el servidor público, yo soy servidora pública, muchas personas llegan a esos puestos no por sus capacidades, sino por favores, este, políticos y eso va contaminando en cadena todo lo que tenemos.

**II. Uso de la Fuerza: Controles Internos y Rendimiento de Cuentas:** Requiere desarrollar políticas y procedimientos que establezcan la aplicación del uso de fuerza necesaria y razonable por parte de los miembros de la Policía de Puerto Rico, conforme a los derechos civiles garantizados por la Constitución de Estados Unidos y Puerto Rico. Si alguno realiza un uso de fuerza excesivo se expondrá a medidas disciplinarias, criminales y/o civiles. Requiere aceptar la responsabilidad y rendir cuentas de manera objetiva y oportuna. **¿Qué creen sobre el Uso de la Fuerza, Controles Internos y Rendimiento de Cuentas de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?**

Persona 1- Pues mira, por diferentes experiencias que yo he tenido inclusive una con mi hijo más pequeño, ellos usan su fuerza como a ellos le da la gana. Y perdonen que me exprese así, pero yo creo que esa es de la mejor forma que lo puedo describir. Porque me sucedió con mi hijo, voy con mi hijo, voy a comprar unos medicamentos, no sé por qué el policía lo detuvo, pero mi hijo se detuvo, se baja del vehículo. Uno de los policías, iban en una patrulla cuatro. Se baja uno de ellos y sin mediar palabras ni nada, sacó la mano y le dio está única bófeta a mi hijo. Y mi hijo se echó para atrás y le dio el puno que le partió aquí. Yo, no estuve de acuerdo en lo que hizo mi hijo, pero de la forma que él lo trato, o sea, no hay otra forma que él, esto, actúe. Uno de los compañeros le dice, chico, pero porque le distes sí lo mandaste a parar y se paró. Entonces, al guardia le se molestó y le dijo un montón de palabras, fuera de lugar a mi hijo y mi hijo no le contesto, quien le conteste fui yo. Pero ellos abusan mucho de su poder, en el uso de sus armas, lo he visto en diferentes ocasiones en la comunidad. Si hay un joven que tiene una pantalla puesta, porque sé la vienen y sé la arrancan, eso no te corresponde hacerlo. La pantalla es del joven y sí no está haciendo nada indebido, pues mucho menos lo tienes que hacer. Así es que, ellos sí esos controles internos, muchas veces sus supervisores aman puchan todas las cosas que hacen. En una ocasión uno me preguntó que donde estaban los puntos y yo le conteste usted sabe dónde están los puntos, ¿porque me viene a preguntar a mí? Yo voy caminando por la avenida y sí me hubiese visto que yo estoy comprando algo, pero entiendo que no, como dije horita, hay

267

demasiado de mucha falta de respeto de ellos. Y él que una persona como en todos los sitios que haya puntos de drogas, gente adictos, y gente a diferentes niveles, óyeme eso no le da a ninguno de ellos él derecho de venirme a faltar el respeto a mí. Así es que, los supervisores y los en orden de jerarquía, no hacen su trabajo. Habrá dos o tres que lo hacen, pero la mayoría no hace su trabajo. Y por eso es que a medida que ha ido pasando el tiempo, la policía ha perdido ese respeto y esa confianza que en un tiempo sé tuvo en ellos.

Persona 2- Mira, voy a tener aquí que, yo fui policía militar en él ejército. A mí se me enseñaron, sé me enseñaron todas estas cosas que ustedes están hablando aquí, tuve la oportunidad de aprenderlas en la académica allá de la policía. Y es lo mismo, nos ensenan las mismas cosas como actuar en una, un proceso de arresto, en un proceso de cuando hay un, uno detiene a un vehículo para ya sea un boleto o dar una lo que sé llama un verbal warning. Si vas a un sitio, como tú tienes que proceder y sinceramente volvemos a algo que estábamos hablando, contestando, en la pregunta anterior. Poca supervisión y muy poca educación. Hay, yo no puedo juzgar en ese sentido a menos que no sea una que ya como dijeron los otros compañeros que a veces las redes sociales traen situaciones donde hay un uso de fuerza excesiva y uno lo puede ver a través de las redes sociales, pero hay circunstancias en el que lo que se llama el deadly force o el minimal force que es lo que utiliza la policía. Tú tienes dos tipos la minimal force para ejercer algún tipo de control o la fuerza deadly force que es lo último que el policía va a utilizar cuando ve que su vida está en peligro. Ahora, que determina, por eso es que no puedo abundar mucho en esto, porque hay veces que, sí la acción del policía es indebida, pero a veces nosotros vemos esa acción indebida del policía como indebida, pero en realidad está reaccionando de una forma debida, porque está su vida en peligro. Ahora, mira lo que los otros días, tengo una persona que es vecina policía, yo sé que ha estado en varias situaciones. Oye como te está yendo estas ahora en otra situación y me dice estoy ahora en Loiza. Y le digo, oye eso está difícil. No, pero yo veo si están disparando yo no intervengo. ¿Como? Si tu estas, si te están, ¿si tú ves que están disparando, tu no vas a intervenir? No estás haciendo tu trabajo como policía. Y ahí tú tienes que usar, una tu sabes, o vas a usar minimal force o vas a actuar porque estás viendo que se está cometiendo un crimen, y tu estas permitiendo que este crimen se realice. Entonces, el uso de la fuerza, volvemos a lo mismo, ahí no se utilizó ninguna. ¿Cuál es el criterio del?, ninguno. Porque es lo que estaba diciendo la compañera número uno, que supervisión está teniendo, que te están diciendo como tú tienes que actuar, y si actuaste como fue tu criterio. Explícame por si sucede algo, yo pueda entonces, lo que se llama backearte, que es la palabra el backup, y yo

poder defenderte ante ciertas situaciones. Pero entonces ocurren situaciones de que como no actuaste bien, si viene la situación de que caíste en las redes sociales, te vas a defender, y lo que te vas a defender es que vas a mentir. Para quedarte bien y el mismo supervisor o el otro tampoco te puede defender, porque no sabemos dónde tu caíste. El uso de la fuerza sigue siendo igual. No ha cambiado. El policía, que haya habido en los últimos dos años, en el último cuatrienio, que se les dijo con los estudiantes no se metan, si ven una situación en un motín, tranquilos. Pero y lo otro, las otras partes, no son solamente esas situaciones. Son las situaciones como la que trajo la compañera número uno, cuando yo voy a intervenir con una persona a darle un boleto, como es que, ¿porque es que yo le tengo que hablar malo a una persona?, o ya voy con una actitud, porque eso es uso de fuerza. Me están hostigando. Nada más que con tu, oye buenos días, como esta, en que le puedo servir, mira, te estoy deteniendo porque te pasaste la luz roja y tú sabes que eso es un delito. Esa es la forma de decirlo. Ahora, dame tu licencia que te pasaste la luz roja y te voy a dar un ticket.  Eso no es forma.  Y eso es lo que ocurre con la mayoría de los muchachos que están ahora en la calle, yo tengo el poder, yo soy la ley. Y hay que empezar a cambiar eso, de yo tengo el poder porque yo soy la ley. Gracias.

Persona 3- Lamentablemente es eso, la ley. Ellos son la ley, pero se creen que porque son la ley yo tengo la fuerza y puedo hacer lo que me dé la gana como dijo la participante. Pues por eso mismo porque yo soy la ley, y yo de esta manera, puede ser que hoy me levante mal y pues quien va a pagar somos los que estamos en la carretera o aquella persona que miro y pues porque lo vio que a lo mejor es maleante, porque físicamente se viste lo más probable como pues, juzgan como un títere, pero lo más probable es porque la persona le gusta vestirse así, ah pues voy donde esta persona. Porque yo soy la ley, pero pues este se ve maleantito, vamos entonces a usar la fuerza contra esa persona. Este, y que están haciendo sus supervisores o que está haciendo, eh, la gente grande de eso, la verdad que desconozco porque seguimos viendo el mismo patrón, las mismas actitudes. No son todos, pero pues lamentablemente lo que nos enteramos son de las cosas malas, son pocos los que salen a la luz pública por las redes sociales las cosas buenas que hacen los policías, porque yo estoy bien seguro que nos todos, pero lamentablemente a los que vemos es lo malo. Que pasa después, como dije, de verdad desconozco que están haciendo para poder cambiar ese, esa, actitud. Gracias.

Persona 4- Bueno en términos del uso de fuerza, como le ocurrió al hijo del participante número uno, innecesario por demás. Si el policía se siente intimidado porque tal vez el joven era mucho más grande, lo que tiene es que mantener es distancia. Y con mantener distancia, pues ya tiene cierto control sobre la persona.

Yo no sé de procedimientos, pero si cuando estaba más chamaco pues también me arrastraron por el piso par de veces. Me tiraron al piso simplemente porque un corillo de negros, pues vamos a joder con estos un ratito. Me entiendes. Y tal vez por eso pues nunca fui policía. Porque me lo ofrecieron, y pensé así mismo, me tienen de abuso yo no voy a ser policía porque voy a ser un malvado también, porque ellos lo han sido conmigo. Así que no voy hacer eso. Me fui para donde estoy ahora y todo el mundo me quiere donde sea. Eh, volvemos, es educarlos desde la academia a hacer. Porque hay policías que todo el mundo los quiere en los barrios. Se meten a los peores lugares de los barrios los policías y todo el mundo los respetan, ¿porque a esos no les pasa nada?, por su forma de proceder con las personas, eso es todo. Tratan con respeto a las personas, y en los barrios la gente los quiere. Hay que enseñarles eso a los policías. Sí que de vez en cuando tienes que ponerte fuerte, claro eso va a pasar, pero no es con todo el mundo. No es porque lo paraste, le das una bófeta. No es porque vistes que esta serio, ah este es guapo, oye a lo mejor es que le paso algo ahora mismo. A lo mejor sé le murió alguien de la familia y esta triste, no es que esta serio. Ves, entiendo yo, vuelvo y repito, es educarlos desde la academia y la cosa va, como dije, va a tardar, porque eso va a tardar años como loco, porque los van a educar en la academia, pero hay 25,000 que están en la calle ya que les van a decir que los de la academia no es, que la calle esta es la realidad, eso es lo que va a pasar. Pero entonces hay que seguir luchando y seguir metiendo para la calle los más educados y esperar que se sigan yendo los que no están educados hasta que la cosa cambie. Va a tardar, pero en algún momento, si va a cambiar. Yo entiendo que en manifestaciones grandes a veces se pasan. Yo he estado en manifestaciones y si esta la línea de la policía pues no te vayas contra ellos, simplemente sigue la línea de la protesta. Ya estamos haciendo ruido ya paralizamos el tránsito, ya los políticos salieron, eh, pues formidable. Estuve en una de 24 horas frente al Capitolio, no estuve las 24 horas, pero estuve como 8, y la pasamos chilling, tocamos bomba que eso fue una barbaridad, bien chévere. Y despues estuve en la próxima que hicieron que fue de 8 de bomba, 8 de plena, y 8 de música jibara. Estuve como 4 horas en la de bomba, formidable, no hubo ningún tipo de problemas. Bien chévere, ves, que también hay que ver también a la hora de hacer las protestas, los manifestantes, en qué forma se van contra los oficiales, porque está el que va a protestar de la manera correcta, y esta el que va a jorobar el parto. Ves, que ahí entonces los que lo van hacer de la manera correcta deben aguantar a ese que va dañar lo que es la protesta. Me entiendes, no es tampoco nos vamos a meter a un sitio a la cañonea, y que vamos a destruir el sitio, no porque eso no era, porque a nadie le gusta que se le metan a su casa y destrocen su casa. Me

entiendes, y pues la policía es el punto medio. Ellos, pues, no es que nos van a defender, pero tienen que velar porque uno no haga lo que se supone que uno no haga. Pues hay que verlo también desde ese punto, no simplemente todos los guardias son unos hijuela (inaudible). No conozco un montón de policías que son buena gente, y también conozco un montón que si los cojo en la calle les huyo. Y los conozco personalmente, no los quiero cerca. Si porque yo sé que esos algún día los matan de como son, yo lo sé. Y ellos lo saben. Los veo, nos los saludo, ni los llamo nada. No los quiero cerca de mí. Es educar. Para mi ese es el problema, es la educación meter en la mente que las cosas positivas funcionan mejor que las negativas. Más lentamente, pero funcionan mejor.

Persona 5- En términos del uso de la fuerza yo no sé si verdad en términos de las estadísticas, si hay menos o más porque verdad no estoy al tanto de la estadística. Ahora en términos de la percepción, pues la percepción es que la violencia continua. Entonces ahí inciden varios factores. Yo, me parece que no se ha conseguido el que se visualice el policía como parte de la comunidad. Y que ellos estén inmersos realmente en la comunidad y que la gente sienta una confianza en la policía. Y yo sé que eso es una cadena que lleva varias cosas entre ellas entre ellas el esclarecimiento de casos. O sea, la gente no percibe que se esclarezcan los casos, especialmente si es de una persona que tiene menos recursos. Y si yo estoy en la comunidad, una comunidad pobre que por lo general se margina, pues ahí no sé va a resolver y ellos no van a poner el interés de tratar de resolverlo versus los que tienen, este, una dinámica mediática o que tienen el recurso, las personas para resolverlo. Entonces uno tiene que tratar de que los policías además de educarse, pues puedan integrarse mejor a la comunidad y a la misma vez, pues se pueda conseguir que las personas sientan una confianza en ellos de manera que sientan que ellos son parte de la sociedad y están aportando, y no un obstáculo que es como se ven ahora. Como yo evito tener un problema con la policía porque yo sé que hay un prejuicio, yo soy negro y me van a parar y me van a dar. Me van a arrestar. Lo que me ha pasado, que cuando me detienen vienen con una situación y cuando yo le digo mis derechos, les hablo me identifico y ahí, perdone es que pensamos, ¿pero ¿cómo que pensaste? No puedes pensar, tú tienes que hacer lo que tienes hacer y actuar con todo el mundo en equidad, no puede ser conmigo porque soy negro de una forma y con el otro no. Tú tienes que actuar igual con todos porque todos tenemos los mismos derechos. Y eso es para mí el problema y si la fuerza la utiliza hacia personas negras, es mayor que si las utilizan hacia otras personas y esa es la realidad.

Ese es el racismo, que está ahí estigmatizado y que con eso no se está lidiando. Y si lo están haciendo, no se ve. No se percibe y no los sentimos.

Persona 6- Bueno te voy a hablar claro, al principio tenemos que educar a los policías y decirle claro, cuando tú tengas un uniforme de policía, no es sinónimo a golpes y a respeto, tú te lo tienes que ganar como ellos dicen, en la calle. Yo confirmando que todos los policías no son malos, nosotros hicimos un torneo y había un equipo de policía. Y ellos se integraron al principio y hablaron con nuestros jóvenes y con todos los equipos de baloncesto y se integraron a la comunidad. Eso no es difícil. Eso es saber hacerlo, intentar de hacerlo y quedarte. Yo pienso que la fuerza bruta no se tiene que trabajar con todos, también es el prejuicio, también es el discrimen y el racismo. De verdad aquí dicen que no hay racismo y es embuste. Embuste. Nosotros, yo como negro, que vine de colegio, estoy estudiando, sabe, yo vengo de un colegio que había 5 negros nada más, en todo el colegio. Y entonces que me digan que aquí no hay discrimen, pues es embuste. Eso estamos hablando de los policías también, sabe cómo dice mi compañero número 5, este, que te paran o tienes un carro del año y eso. Te paran y tú eres negro, tú tienes que ser del bajo mundo, te lo robaste, pero si eres de otra raza, este, pues nada, vamos a darte paso. Embustes. Y nada, tenemos que trabajar con eso ya rápido. Porque si no paramos esto vamos a seguir con atropellos, con violencia. Eso es todo.

Persona 7- Bueno, comenzando que por lo menos el uso de la fuerza no lo había visto como el punto numero2 de que también el comenzar dame la licencia, te pare por esto, es una actitud que realmente hace que la otra persona reaccione con actitud. Porque si tú me explicas, mira te pare por tal razón, sabes que un boleto, y uno pues sí, pues la pase, dame el boleto. Pero ya tu vienes directamente con gritar porque estas demostrando que tienes esa autoridad. Aquí hay un problema que no sé si es la manera que lo educan en esta escuela de la policía, de que eso es la autoridad y ellos pueden hacer lo que les dé la gana. Porque la percepción mía es que ellos salen porque el color azul que tienen del uniforme es que ellos tienen el poder en la calle. Si lo tienen, pero lo están utilizando de manera incorrecta. Porque tu pues tener poder utilizado de la manera correcta, que no es lo que está pasando. Mi experiencia ha sido en la comunidad en el manejo del uso de fuerza, no ha sido tan buena. Mi mama es líder comunitaria y estando luchando por no expropiar las comunidades, he visto que, sí la diferencia en estar en Loiza si ha sido con los residentes, personas mayores que no tienen ni la fuerza para coger y darle un puño a un policía, los empujan los tiran al piso. Cuando tienen el derecho de defender su terreno porque es su hogar, representa algo más allá que un espacio. Y el ver que ellos no se ponen en el

zapato de ellos, que posiblemente sea su hogar o su familia que le están quitando su hogar. Porque si a mí no me quitaran mi casa yo no voy a aplaudir, que yo no voy hacer eso, o sea que el uso de la fuerza no ha cambiado nada. Ya sea en las comunidades, ya sea como estudiante, lo menciono mucho porque he estado participando activamente en la lucha de la Universidad de Puerto Rico y si he visto que el uso y manejo d la fuerza no es correcta. Si puedo entender también que, si nosotros como personas que trabajamos en cuestiones de hacer huelga, nos pasamos nosotros de faltar el respeto también al guardia, también obviamente él se va molestar y se enfrenta y va a tener conducta negativa. Exacto. Y respeto, respeto. Porque yo soy ser humano. Pero también hemos estado sin hacer nada en línea sentados, de que no hablando y hay actitudes. Los supervisores, yo he visto, por lo menos en la UPR han tenido que jalar al policía y decirles tú no puedes estar con esas actitudes, por lo menos en ese momento. Hay supervisores y supervisores. Porque entienden que esto puede afectar de cualquier manera. Pero no ha cambiado nada. El uso de fuerza no ha cambiado nada por el sentido que ellos entienden que tienen el poder. Es todo. Y no se ponen a pensar que posiblemente yo puedo ser su hija, o puedo ser su hermana, o lo que sea, y la diferencia de los colores sí. Yo puedo estar en un carro del año y ser y soy negra y sé que me van a parar, porque lo he sentido. Como la pregunta que tú haces a esta hora. ¿Se supone que yo tenga una hora en mi casa? No. Hay una percepción de quien es el bueno en la calle y quien es el malo en la calle y lamentablemente justos pagan por pecadores, y yo por ser negra. Es que el puertorriqueño es negro, en su mayoría. Somos negros. Y esa percepción de que los negros están en los barrios, residenciales, no estudian no tienen nada, no tiene posibilidad. Ellos entienden que somos los que estamos con la criminalidad actualmente en Puerto Rico. Como repito y entiendo que posiblemente son hay muchos buenos, pero lo que yo he visto, lo que he sentido y lo que siento. Es que la fuerza como la utilizan no es la adecuada a la que deben utilizar.

Persona 8- Los otros días yo estaba viendo un video que lo estaban este, difuminando por las redes sociales y era sobre como esta, este padre no había, estaba retrasado en la pensión por noventa dólares. Los guardias entraron a su casa, pero de que rompieron la puerta, este lo estaban arrestando, este él no se estaba resistiendo, pero él estaba diciendo, mira no me tienes que tratar así. O sea, él estaba como que yo voy a actuar yo voy a hacer lo que tú digas, pero siempre y cuando tú me trates bien. Pero ellos estaban agarrándolo y frente a la niña y a la mama que estaban allí presente. La niña estaba llorando, la mama estaba gritando pidiéndole que por favor frente a su hija no hagan eso háganlo con calma y ahí mientras que ves el ejemplo que dijo, este la

señora o el, este que ah pues en Loiza, que no hay esa, esa como que ah mira déjalos que tiren, ese no es mi problema yo estoy cobrando por estar aquí disque vigilando. También te puedo dar un ejemplo que me paso estando con un compañero mío. Este, voy de camino, voy por Loiza y me suena el teléfono, y yo le digo no lo voy a coger porque estoy guiando, y él me dice tú le tienes a miedo a los guardias de aquí si ellos no te hacen nada. Y es como qué, pero y como, cuando llegamos a esto cuando es que confundimos el nivel de manejar las situaciones en una situación como la de los tiros, un motín, ah pues olvídate. Mientras que un hombre que se retrasó por noventa dólares, lo tratan como si es un criminal. Es como que no, no hace sentido.

Persona 9- Pues lo que recuerdo de lo que están discutiendo es la comparación de que después de universidad yo acompañaba a mi mejor amigo que vivía en Miramar. Y Miramar es una comunidad que ellos son amigos de los policías. Inclusive, nunca pasa nada allí porque la patrulla constantemente vigila y si ellos ven alguien extraño, ellos llaman al policía y el policía va y chequea. Cosa que nunca en mi barrio en Villa Palmeras ha pasado eso. Yo no recuerdo ningún policía que se haya parado por allí o que haya servido para cualquier cosa. La única referencia que tengo de violencia en los policías es que cerca de donde yo vivo hay muchos negocios, y hay muchos dominicanos y mis padres son dominicanos. Entonces, ellos pasaban por allí para recoger gente inmigrante y lo hacían desastrosamente usando una fuerza demasiado bruta. Yo tengo mis memorias de lo que es un policía, yo, yo, me dicen lo que es un policía y yo me acuerdo de eso. Pero ya grande, veo esa otra imagen de que en Miramar los policías son amigos de las comunidades y entonces logro entender que lamentablemente volvemos a la educación y el estereotipo que se tiene de el que tiene menos recursos como dijeron mis compañeros, tengo que atropellarlo porque de esa forma es que voy hacerlo entender o lo voy a dominar. Sin embargo, el que quizás vive en Miramar, yo puedo tener una comunicación con él y lo respeto porque quizás lo veo al mismo nivel que yo entiendo, o sea que eso me pone a pensar en que quizás el policía cuando va hacer su trabajo ve al ciudadano por debajo y no como alguien que estoy prestando un servicio para ayudar. Y esa es mi aportación.

**III. Registros y allanamientos:** requiere que todas las detenciones investigativas, registros, allanamientos y arrestos se realicen legal y estratégicamente para la prevención del crimen. De existir alguna violación por parte de un miembro de la Policía de Puerto Rico se realizará las medidas correctivas adecuadas. **¿qué creen sobre los registros y allanamientos de la PPR y cómo la Policía de Puerto Rico está manejando esto en los últimos 2 años?**

274

Persona 1- Bueno respecto a los registros y allanamientos se supone que cuando ellos van hacer un registro o un allanamiento presenten una orden. No sé si estoy errónea a eso. Pero hasta donde tengo conocimiento, se supone sea así. Pero muchos de ellos hacen caso omiso de eso y entran como que ellos son dueños del mundo. Se le pregunta por esa orden y muchos de ellos contestan que a su tiempo lo verán o luego se lo ensenamos o luego se lo damos. Pero en ningún momento dan ese presentan esa orden. Yo presido en la junta de residentes y uno de los compañeros se le metieron en la casa. Un grupo que tenían un nombre, en este momento no recuerdo cual nombre tenía ese grupo de policías. Lo sacaron a las dos de la mañana, desnudo, al medio de calle y se metieron a la casa e hicieron lo que a ellos les dio la gana. El en un momento les reclama y le dijeron, te callas y has lo que te digamos. Aquí tu no mandas nada. Entonces, si, ¿dónde quien va uno a reclamar? Porque tú vas al cuartel y muchas veces los jefes inmediatos de ellos, lo que hacen es ser cómplice de ellos. Y no te dan una solución que tu salgas cuando tú fuiste e hiciste esa querella o reclamaste, que tu salgas satisfecho y que tú digas pues mira se está haciendo el trabajo que se debe hacer. Te obvian, te dicen te cambian tergiversan todo lo que tú has dicho. Y en un momento tú dices eso no fue lo que yo les dije. Cambian la información. Y volvemos a lo del principio, ¿en quién confiamos entonces? Yo recuerdo que cuando niña nos decían que los policías eran nuestros amigos, pero a medida que ha ido pasando el tiempo voy a confiar en los policías y como los compañeros han dicho, no son todos, no son todos, porque me he dado con policías verdad que he podido conversar con ellos, hemos tenido actividades en la comunidad. Y sé que son, que cumplen bastante al pie de la letra, verdad, como ellos deben de trabajar. Pero con experiencia, que no las he vivido yo personalmente, pero que he visto en la comunidad, siempre me hago esa pregunta, ¿en quién vamos a confiar? Porque si ellos son la ley, y se supone que ellos deben tener una ética para tratar a la gente, ¿cómo es que tratan a la gente como a ellos le da la gana? Y no puede ser así, tenemos que seguir volver a buscar esa supervisión y esa educación. Y que haya algún sitio donde uno pueda hacer una reclamación y verdaderamente se le haga justicia.

Persona 2- Eh, pregunta, registros y allanamientos, hay diferentes registros y hay diferentes allanamientos, no son todos lo mismo. Porque tú puedes ir a un registro y un allanamiento en una propiedad. Tienes que tener permiso o tienes que tener una orden legal para hacer ese procedimiento. Tú puedes tener un registro y un allanamiento en una escena. Y ahí hay otros, hay otros tipos de criterios y puedes tener un registro y

allanamiento en un vehículo y eso es otro tipo de registros y allanamientos. Y ahí tú me estás hablando de registros y allanamientos muy amplio.

Blanco-Peck- Es muy amplio para que ustedes digan en específico las diferentes experiencias que ustedes han tenido y la diversidad de allanamientos que usted acaba de mencionar. Usted sé expresa según el tipo de allanamientos de su experiencia. En base a la experiencia suya y lo que usted ha percibido en los últimos dos años.

Persona 2- Ya el panel sabe que hay diferentes tipos de registros y allanamientos y entonces podemos decirles en que hemos tenido esa experiencia. Mi experiencia. Como estaba hablando anteriormente, un vehículo nuevo, yo me retire de mi trabajo. Trabajé 30 años con el gobierno federal, me dieron un dinero de retiro y yo decidí comprarme el carrito que yo deseaba. Y en ese año 2006 me compro un Dodge challenger 2006. No hago nada más que disfrutar de mi carrito y un día por la noche vengo de tocar que yo a veces toco en una orquestita. A las 1:00 am frente al Residencial Torres de Sabana. Sabana Abajo. Estoy parado en la luz. Detrás de mi hay una patrulla, dos vehículos al frente de mi están detenidos también. Ellos pasan, proceden Yo voy a proceder también y la policía me pone el biombo y me hace seña de que me estacione. Conociendo como es la policía en Puerto Rico y como es el proceder en allanamientos y registros, le deje un poquitito del nada más del cristal abierto. Si dígame señor oficial, no baje el cristal no, dígame en que le puedo ayudar ¿porque me detiene? No me dice, me dice. Espere ahí, deme su registración y su licencia de conducir. Saco mi registración, le doy mi licencia por ese mismo huequito, no baje nada más. Y pasa el tiempo y llega otra patrulla y se para, y viene por el frente el otro patrullero a revisarme si estaba en ley el marbete. Y digo, pero ven acá, díganme la razón por la cual ustedes me están deteniendo. Pasaron como 25 minutos y yo todavía ahí sin saber porque me estaban deteniendo. Yo no abrí el cristal. Por ahí mismo me dijo que yo había tomado había acelerado indebidamente, que había hecho un viraje ilegal. Y que, si, y me dice y yo le digo, pero si yo estoy detenido y usted vio cuando yo, no tú puedes ir a la corte y apelar el ticket que me dio el boleto. $250 dólares. $250 dólares. Y lo que dijo uno de los participantes aquí que cuando me dijo, yo le dije, no te preocupes, yo voy a pelear el boleto. Él me dice, a mí me pagan por eso. Y yo le digo, pues fijate yo estoy retirado y para mi seria pasar el tiempo allí un placer, que dios te bendiga, y yo le digo no mira muchachito que dios te bendiga a ti porque a esta hora, mayormente yo estoy en mi casa durmiendo. El que este en la calle bregando con situaciones eres tú. Que dios a te bendiga a ti. No se presentaron. No se presentaron.  Y es que

276

volvemos a lo mismo, hay diferentes tipos de allanamientos y entonces dependiendo como es que va a proceder la policía porque hay situaciones en que tu no necesitas, es por protección, a veces pensamos, y eso es falta de que nos instruyan a nosotros los ciudadanos y que haya más instrucción también para la parte que está aprendiendo que son los policías. Ahora mismo nosotros estamos en este panel y sabemos parte del proceso de lo que sé está haciendo con la policía porque hasta este panel aquí presente y nos están ensenando o nos están diciendo lo que contempla lo que sé les está tratando de ensenar. Pero al nivel general, de todas, de toda la población, no, este trabajo no se ha hecho. Y sería recomendable que la misma policía estos mismos sea, como te digo, que sea transparente y le ponga a todo el pueblo porque lamentablemente no somos los negros los únicos que nos estamos afectando, son los pobres. Como dijo la compañera yo trabaje en Miramar como cartero. Yo vi eso. Yo vi patrullas todo el tiempo en ese sector. Y no, y me paraban usted ha visto cartero como están las cosas, hay algo en específico por aquí, no todo está bien. Cualquier cosa usted sabe me cuenta. Sin embargo, fui cartero en la Barriada Figueroa y lo que iban era a otras cosas. No me preguntaban, por, todo está, no por lo malo. Y en Talleres y en El Gandul que también vi ese trabajo. Y volvemos a lo del procedimiento y con esto termino. Es que no, es dependiendo el tipo de registros y allanamiento y como es que nos van a afectar a cada uno porque tiene que ser por ley y hay algo que se conoce como los Miranda Rights, los Derechos de Miranda que es lo que determina si un si hay causa probable o no para todo allanamiento, para todo registro tiene que haber una causa probable. Y a veces esa causa, como dijeron los compañeros, ellos mismo la fabrican.

Blanco-Peck: ¿Cuándo fue que le ocurrió el evento ese, hace cuánto tiempo?

Persona 2:  No, eso fue ya en el 2006, pero eso no ha cambiado. Eso sigue siendo igual. Gracias.

Persona 3- Eh, yo tuve una anécdota también. Horita dije que no me había pasado nada, pero si, recordé que sí. Pero si no se si viene a colación porque realmente fue hace un tiempo también y fue más o menos lo que le paso al compañero. En donde yo estaba saliendo de casa de mi suegra, y este, andábamos mi pareja y yo íbamos de camino hacia mi apartamento, yo vivía en Carolina y me fui por la carretera vieja, la que sale de Loiza a Canovanas. Y de momento de la nada salieron yo no sé ni cuantas patrullas, con, se me metió uno al frente y en la carretera vieja que después que yo lo cuento me dijeron tu eres un loco por pararte ahí lo hubieras seguido y te parabas en el cuartel más cercano. Yo, eso para mí es desconocimiento y yo obviamente

me asuste porque yo era un teenager y este obviamente yo estoy conduciendo, se me meten en frente con las luces todo armas largas, rifles largos, todo, y si yo hubiera tenido el conocimiento que tiene el que bajo el cristal un poquito. Pero yo, ¿qué paso? ¿porque me detienen en un lugar oscuro? Realmente una carretera que eso dos carros pasan con cuidado. Este y me dicen que nos bajemos del carro. Pues no, yo me baje. Desconocía, no me vuelven a coger porque no me vuelvo a bajar y sigo. También uno aprende con los años. Este, yo me baje ellos nos revisaron. Empezaron a chequearnos, estuvieron un montón de tiempo. Cundo nosotros tratamos de mirar los nombres o que nos dijeran, nos trataron malísimo, malísimo. No sé de verdad. En ese momento lo pienso a lo mejor ahora, este, no sé si éramos por ser gays, no sé si era por ser negros. No sé si es por ser jóvenes, andando en un Galant. Era lo que teníamos en una, en una, en un lugar donde nos marginan por ser de Loiza. Este, porque todo el mundo es malo cuando yo sé que no. Este, y para mí eso fue la experiencia más mala de mi vida porque me hicieron sentir así de chiquito sin yo tener nada. Lo que era comida que la mama de mi pareja preparaba para el llevarse par Mayagüez. Mas nada. Pero nos hicieron así, nos trataron como unos criminales. Nos verificaron completo. Tuvimos como dijo el caballero, como 25 minutos esperando para al final no nos dijeron nada. Se pueden montar y se pueden ir. Y yo iba por esa carretera ustedes no saben ni como, blancos. Yo soy negro, iba blanco por esa carretera. Luego lo único que vi fue ya cuando llego a la 65 o la Baldorioty no recuerdo, estaban parando muchos carros parecidos, Galant, Camry, no sé si estaban buscando a alguien especifico. Pero para mí la manera en que tu estas, en que si tu estas buscando o allanando la propiedad de una persona, hay una manera de tu intervenir. Pero volvemos a los puntos anteriores. El profesionalismo y lo que es la fuerza, la usan bruta para mal. Hay unos que la usan para bien, pero lamentablemente las experiencias vividas son para mal, no son para bien.

Persona 4- Bueno, primero que nada, pienso además que, si hay, va haber algún tipo de registro, pues obviamente tiene que haber un procedimiento. Tiene que haber una documentación, si es que van a entrar a la casa de alguien o van a desbaratar puerta a lo loco y que desbaraten la puerta que no es. A un vecino mío donde yo vivía le paso. Le destrozaron la puerta, le dejaron toda la casa un desastre y era la casa de al frente, no era la de él. Si hubieran leído papel. Era la casa del frente. Cuando fueron a la casa del frente ya el tipo no estaba, el tipo se había ido. Si le dieron break. Si porque paso como hora y media, o sea. Le dieron break a que el tipo echara y pues, nunca lo cogieron. Pues un error de alguien. Sabrá Dios sí. Chiquitito. Recuerdo, que viví mil veces me bajaron del carro y me acostaron en el bonete. Pero es que estaba caliente el bonete, el

carro estaba prendió. Pero pues que vamos hacer 18, 19 años hace mucho tiempo de eso. Pero recuerdo algo que me paso. Porque comencé ya, ya pasaba tanto, que empecé a tener miedo de que algún día me fabricaran un caso y yo soy un pelado por eso (inaudible), entiendes como voy a salir si no tengo chavos para un abogado. Por eso (inaudible), me pararon y yo estaba al frente del cuartel. Él se antojó de que yo me bajara del carro. No me voy a bajar. Pues te voy a registrar el carro. Como el carro estaba bien parqueado, me baje, cerré todas las puertas, tire las puertas y me eche las llaves en el bolsillo.  Usted no va a tocar ese carro. Y como el carro estaba bien parqueado, lo deje allí. ¿Tiene algo más que decirme? Estaba cerca de mi casa, seguí caminando y me fui, lo dejé allí. Tranquilo, claro sabe Dios si me llevaban el carro o algo así, pero es un carro viejo, que le aproveche. Pero gracias a Dios fui como 4 horas después a buscarlo y no le paso nada al carro. Eh, pero la realidad es que pues no se últimamente pues como le digo procuro que no pase y por lo general cuando me detienen, es siempre exceso de velocidad.  Siempre ando a las millas, si ando solo ando enganchado, eso no falla, y siempre es en la Ruta 66, a las millas. Me salvo porque es cuando voy a trabajar. Entonces voy uniformado. Y cuando ven ah usted es, ah pues, suavecito por ahí, con calma. Pero cuando llega ya yo tengo la licencia y la registración del carro, toma. Tranquilo, mi carro esta legal yo no tengo problema ninguno. Entiende. Pero sé que me salvo de muchas cosas por el uniforme. Si no tuviera el uniforme, todavía estuviera acostado en el bonete de los carros. Sí, todo porque soy negro y lindo. Que culpa tengo yo de que dios me haya dado belleza. Entiendes, pero lo que dijo, que me dijo aquel policía en aquel momento trabajando de que si el me paraba lo iba pasar mal., lo tengo bien presente siempre, y por eso procuro que no pase nada porque sé que la voy a pasar mal. De verdad. Siempre buscar que vayan con usted por la legal. Porque es bien fácil que le fabriquen el caso a uno y muchas veces (inaudible). Hay mucho inocente preso. Es todo.

Persona 5- Bueno realmente en términos de los allanamientos y los registros, eh, lo que yo la experiencia que he vivido es que no siempre se da la misma circunstancia dependiendo quien, quien es la persona. O sea, no es lo mismo tu entrar a registrar en el caserío o en el barrio, que entrar a una urbanización. Hay un desbalance porque se toman ciertas precauciones cuando vas a una urbanización y no tomas esas mismas precauciones cuando vas a la comunidad, al barrio, al caserío, a la barriada. Entonces pues eso no ha cambiado. Eso no ha cambiado.  Se ha mantenido igual. Y es como si además del prejuicio surgiera pues este es pobre él no va a tener los recursos para refutar lo que yo, haga, versus el que tiene dinero que ese me va a buscar un abogado y

pues ahí tengo que tener otro tipo de procedimiento y el procedimiento debe ser un informe. independientemente de la persona, si comete un delito pues lo tengo que atender así. Si tengo una sospecha, pues tengo que actuar así. Etc. etc. etc. Independientemente la condición social, el color, o cualquier otra, este, prerrogativa que pueda tener yo como policía. Así que me parece que en ese sentido todavía hay un desbalance y se debe manejar mejor para que el policía atienda las situaciones como se lo requiere la ley no como el entiende que lo debe hacer dependiendo de las circunstancias.

Persona 6-  Bueno, este tuve una experiencia, pero solamente fue un sustito yo estaba en la carretera de Piñones, hacia la casa de mi novia y pues nada. Había un policía, atrás. Entonces el me prende los biombos a mí. Y nada me paso. Y me muevo para la derecha, me parquee, pero lo sigue de Rolling pin. Solamente puso los biombos para pasarme. Como que no había ni nada de emergencia, para mí, no había nada de emergencia, pero uno nunca sabe. Pero me ha pasado muchas veces que pues, se pasan la luz sin ningún registro sin nada pues vamos a pasar la luz y vamos aprenderle los biombos. Este, hablando de los registros, pienso que tiene que ser bien analítico antes de parar una persona por cualquier y razón. Este, y nada. Nada, que sea analítico.

Persona 7- Bueno yo no sé si estoy segura de que se define registros y allanamiento porque realmente no sé cómo determinar el que sea, pero, así como experiencias escuchando a los compañeros. Cuando nosotros éramos más pequeños, nosotros estábamos en un ciclo de violencia doméstica y pues estábamos protegidos en una casa. Este, pues mi madre por defendernos pues decidimos irnos de la casa y pues nos estaban y que, buscando, tipo exacerbamiento, como si fuéramos criminales y yo no sé si el llegar al lugar tipo SWAT, sea literalmente se tiraron de aviones. Y pues era para mí una película, yo niña pequeña y nosotros sentarnos en una patrulla alrededor de tantas pistolas que en mi vida yo había pensado ver, no sé si eso cae en allanamiento, llegar al lugar, sacarnos del lugar y ponernos en una duda si (inaudible). Yo entiendo que no fue la mejor manera porque éramos niños pequeños, no entendíamos lo que estaba pasado. Me entere ahí que estábamos huyendo de mi casa porque no teníamos conocimiento y mi mama nos tenía aparte de lo que estaba sucediendo. Y no sé si la manera en que ellos trabajaron, no sé si la manera que le ensenan a ellos a ejecutar. O le ensenan bien o lo hacen mal. También puede suceder que, escuchan las cosas por aquí y lo hacen como ellos entienden que es correcto. Pero para mí, me ha marcado durante toda mi vida como ellos nos asistieron como si fuéramos casi criminales, éramos bebes. Bueno yo tenía creo que 8 años, mi hermano tenía súper menos edad. De que realmente eso fue de las cosas que vi y otro pues yo vivo en la 65 de Infantería. Hubo un

momento que hubo mucha incidencia de tiroteo entre Monte Hatillo, Monte Park y Berwind. Y al yo pasar de

ir a Escorial otra vez,  porque yo me paso estudiando allá vengo, este, vengo y estoy normal y veo está

persona, montón de patrullas detrás de mí y era para coger una persona en el mismo solo con un montón de

ametralladoras, yo en el mismo medio, yo no sabía qué hacer si seguir la luz verde o quedarme al mismo

medio,  porque un tiroteo me mataban a mí y yo ni sabía lo que estaba pasando,  yo entiendo que la manera en

que ellos trabajan en entra a un lugar, registrar no sé cómo se definen esas dos palabras en conceptos de

policía,  no se lo hacen,  no sé si es que lo hacen para sentirse fuerte tipo película de acción. Sentirse que

hicieron algo durante el día porque realmente hacen un show que no es necesario. Para mí. Verdad para mí.

Este, por lo menos esas son las dos experiencias cercanas. Escuchando a los compañeros que posiblemente

son los dos conceptos. Pero de ahí por lo que he visto solamente, no lo hacen con sensibilidad. Aunque sea un

criminal no es que lo traten bien. Pero que por lo menos sientan que si están arrestando una persona o parando

una persona en un lugar donde hay un montón de persona donde también pueden afectar o zafar un tiro

innecesariamente matar a alguien y uno no sabe ni lo que paso, ni a quien pararon. Pero muchas pistolas, o sea

una cosa extrema. Sin embargo, haciendo esta acción tan pequeña en un solo con carros, porque una persona

no soy yo porque posiblemente la cara fue así. Que paso aquí, eh, en el incidente que paso entre Monte

Hatillo, Monte Park, no tenía ninguna verificación para poder solucionar lo que está sucediendo. O sea, en

unas cosas pequeñas exageran, para otras cosas que son para exagerar, estaban metidos entre los carros sin

hacer nada. Este, no sé está trabajando bien. Eso es lo que les puedo resumir.

Persona 8- Yo no he tenido ninguna experiencia sobre allanamientos y registros. Ni este, alguien que pueda

contar una experiencia. Pero acerca de lo han, que he escuchado pues entiendo que no tienen el tacto para

bregar con ese tipo de situaciones. Y todo vuelve es toda una cadena no tienen profesionalismo, no están bien

educados, o sino todo es uso y costumbre. Si el que antes, so yo era aprendiz y veo que lo hacen de esta

manera, yo sé que es de una manera que es más sutil. Ah, pero él lo hace así, se supone que él es el que tiene

experiencia, él es él estaba en la calle, así es que yo lo debo hacer, y así sucesivamente se va pasando esa

cadena de desinformación y por eso es que, por eso es que ocurren estas cosas. Y entiendo que, pues como

había dicho el caballero aquí, este, aunque se tarde mucho tiempo tenemos que ir evolucionando ese ideal, esa

forma de pensar y arreglar lo que verdaderamente está bien, bien destruido, bien confundido la idea de cómo

se va a ejecutar los allanamientos y el registro.

Persona 9-  Pues yo tampoco he tenido ninguna experiencia de allanamientos y registros. Tampoco tengo claro los términos. Y pues yo creo que empezamos por ahí no, porque yo creo que, si la gente conociera un poquito más sus derechos, la policía o ciertos policías no abusarían tanto sobre las leyes. El desconocimiento abismal que tenemos en su mayoría porque yo entiendo que los que tienen conocimiento son porque han trabajado en alguna área relacionado a eso. Pero el resto del país o los ciudadanos desconocemos cuales son mis derechos, como yo puedo proceder, sí él tiene derecho a pedirme tal cosa y de qué forma lo puede hacer pues les da un poquito más de espacio de que suceda de mal forma. Lo único en referencia que puedo aportar si así fue este el problema con los ilegales que estuvieron cerca de mi casa y la forma que los incautaron para arrestarlos, pues sí fue de una forma sumamente violenta. Este, sin ningún tipo de sensibilidad y nos olvidamos que sea como sea son seres humanos que merecen un respeto. No se verdaderamente porque la relación de la agresión constante con cualquier tipo de acercamiento que yo voy a tener. Quizás si les dieran un poquito más de monitoreo, pasara menos. O no se quizás alguna otra medida que se pueda implantar para ayudarlos a que respeten a las personas. El uso de cámaras. Monitoreo. Correcto.

Blanco-Peck: El uso de cámaras, tanto en las patrullas, o aquí. Están tratando de conseguirlas. Lo que pasa es que ahora por las situaciones que están pasando.

**IV. Igual protección y no discrimen:** requiere asegurar que la Policía de Puerto Rico efectúe servicios policiacos objetivos y libres de prejuicios, invitando de esta manera a que la comunidad participe activamente y se involucre en la prevención del crimen. **¿qué creen sobre la igual protección y no discrimen de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?**

Persona 1- Respecto a la igual protección y no discrimen, como ya unos compañeros han dicho anteriormente, no hay igualdad. Porque si yo soy de un barrio o mi físico verdad, por como estoy vestida, o a veces como me expreso, no tienen el mismo respeto por esa persona ni lo tratan igual. Si yo soy un poquito más acomodada económicamente, o vivo en un sitio como dijo la compañera horita en Miramar, ah pues ya me tratan de otra forma. Entiendo que no hay igualdad ninguna. Y muchas veces cuando te preguntan de dónde eres. Soy de Barrio Obrero, aja.  Porque como soy de Barrio Obrero pues soy no me tienen que respetar, no tengo ningún derecho, pero todos tenemos derechos. Algunos los conocen más otros los conocen menos. Pero aun cuando tú sabes que tienes unos derechos y lo verbalizas, depende en el sitio donde ellos intervengan contigo te

tratan. En una ocasión yo trabajaba en Santurce, y fui a una venta de unos biscochos e iba con uno de mis hijos y un sobrino. Y nos mandaron a pararnos en un tramo que era oscuro y que no transitaban muchos vehículos. Yo le dije a mi hijo que no se parara, yo le dije sigue y cuando entremos al área donde yo voy que allí hay, eran guardias de seguridad, pero igual nos podían servir de testigos. Porque en el sitio donde nos mandaron a parar era un sitio sumamente oscuro. Y pues yo no sé con qué intenciones venían porque íbamos bien. Así es que yo entiendo que no hay igualdad ninguna. No hay igualdad y hay un discrimen constante, constante. Ya sea por ser negro, ya sea a veces por el físico de uno, a veces, por ejemplo, hay veces que yo ando bien vestida, pero hay veces que ando en tenis como un títere, verdad, si porque hay veces que estamos en la comunidad haciendo diferentes clases de trabajo y pues el trabajo que hacemos requiere estar como que un poquito más cómodo, pero el discrimen continuo y no hay igualdad.

Persona 2- De descrinen racial, estamos hablando aquí de la, de la raza negra, si uno se siente discriminando en ese sentido por la policía, siempre lo ha habido. Siempre, y siempre lo habrá. No de toda la fuerza porque no toda la fuerza discrimina. Hay una fuerza, hay unas personas dentro de la fuerza policía que lamentablemente son racistas y eso no se puede quitar como lo hay en toda la sociedad puertorriqueña. Pero específicamente este tema no solamente es para los de nuestra raza, sino que es social. Hay un discrimen social bien marcado a veces por la policía, los miembros de la policía hacia la clase media pobre y más pobre. Y eso lo vemos a diario. Eso se ve a diario. Lamentablemente. Y no son todos, porque lo que estamos hablando aquí es no toda la fuerza policiaca, discrimina contra la raza ni discrimina contra los otros ámbitos sociales. Es que hay dentro de la fuerza policiaca, personas que lamentablemente fueron criados de esa forma. Y así mismo hacen su trabajo. Y están en una posición de poder y esa posición de poder lamentablemente que no es de poder, es de servicio y de ley. Ellos aseguran y juran que, porque yo soy la ley, puedo actuar de esta forma. Y es lamentable. Y podemos educarlos y la policía puede tratar de educar y muchos van a aprender, pero siempre va haber un porciento que va a seguir siendo como dicen un refrán que el árbol que nace doblado jamás su tronco endereza y eso es lamentable. Lo único que pueden hacer es como han hecho últimamente, separarlo de la fuerza porque por mas educación que se les dé a ciertas personas, van a discriminar y no solamente en el área policiaca, es en la sociedad completa en la que estamos viviendo. Lamentablemente y somos unos con otros, razas contra otras razas, pueblos contra pueblos, países contra otros pueblos. La educación es completa, pero estamos hablando de la Reforma de la policía y volvemos al

principio, es educación. Lamentablemente falta de educación y supervisión en todo lo que se, hasta ahora en todos los temas que nos ha traído en discusión. Gracias.

Persona 3- Yo pienso que todo lo que hemos dicho y sobre todo la parte de la fuerza. Ahí tiene una tiene que ver con esto de la igualdad porque simplemente yo uso la fuerza depende cómo yo me sienta o como yo, este, vea que la persona si soy racista, por decirlo así, ya veo esta persona de color, esta persona que no, yo no estoy de acuerdo con tu mismo pensar o ya simplemente por eso ya para mí la igualdad no existe para ellos. No tengo mucho que decir, pero yo sé que todavía estamos luchando con eso, por la igualdad y por la equidad, exacto, estamos luchando por eso. Y eso es todavía existe y se encuentra en los policías y lo que no es policía.

Persona 4-  Si yo pienso que la forma de ellos tratar la protección de dos años para acá de dos años para allá, va a ser lo mismo, no va a cambiar así porque sí. Porque primero la educación de ellos en la academia no sé cómo es, no tengo idea. Pero definitivamente algo debe faltar. Y también ellos como persona como le dijeron que trataran a las personas. De donde son, primero que nada, dije que iba a ser breve y ya. Yo he ido a pueblos de Puerto Rico donde me dicen tu eres de Loiza, y yo me miro la camisa. Me lo dicen. No, soy de Carolina, no soy de Loiza. Me lo estás diciendo porque soy negro. ¿Entonces todos los negros son de Loiza? ¿Por qué? Incluso me lo dijo una mujer policía de Loiza, hablando, eso es lo último de Loiza. No, yo soy de Carolina. Ah, pero niegues.  Es más, ni siquiera soy de Carolina, soy de Santurce de la Parada 24 del Fanguito, ahí fue que yo nací. Como a los 7 años voy a parar a Carolina, ahora como la mayor parte de mi vida viví en Carolina, yo digo soy de Carolina. ¿Entiendes? De La Cerámica, exacto, donde los grueros no me querían llevar los carros de lo bueno que era el sitio y esa persona porque uno es negro y en el sitio no hay negros, es de Loiza. Hay que ver entonces como le dijeron que trataran a las personas. Si es más oscurito que tú, pero es igual que tú. Me entiendes no es menos que tú, nada de eso. Hay que ver también la educación que ellos traen desde sus casas, desde la escuela y como les afecta eso porque a mí me pudieron haber dado una educación en mi casa, pero cuando llegué a la calle cogí la mía al garete. Como también puedo haber tenido una buena educación en mi casa, seguir con la buena educación y me pudieron haber dicho los rubios son todos unos infelices, no yo tengo panas rubias que son buena gente (inaudible), y conozco blancos que son más negros que yo ¿Me entiendes? Tengo una sobrina que es así, pero con el pelo rizo, quien dice que es mi sobrina, jamás y nunca, jamás y nunca. Porque mi hermana es oscura como yo, pero el papi colorado con los

284

ojos verdes, pues la nena salió así, con su pelo rizo y no quiere estirarse el pelo jamás y nunca. Ella dice que su pelo es así y si ella se lo cambia, no es ella. Pues yo soy de esta manera porque mi familia es así, somos de un montón de colores. Pero en una familia que todo el mundo es blanco y entonces como todo el mundo es blanco pues hablamos mal de los negros pues como no hay ninguno. Quien se va a defender si no hay ninguno, y los muchachitos crecen con eso. Ven y eso tenemos que enseñarles que todos somos iguales. Todos somos de Puerto Rico, y si no es de Puerto Rico, vive aquí. Es de aquí porque vive aquí. Y tiene los problemas que tenemos todos nosotros. Por eso digo, depende de la educación que trae de su casa, y la que tuvo en su escuela, la que tuvo en la academia y la mentalidad que tiene ese oficial para trabajar con las situaciones y dependiendo de con quien la trabaje. Porque yo he visto situaciones donde un caballero, ebrio, causa un accidente, se monta en el carro y lo llevan a la casa. Y he visto también otro que confiesa que se dio una cerveza y le ponen las cocolías y lo montan en la patrulla. ¿Qué pasa? ¿Y el de ayer que no se podía parar, porque lo llevaste a la casa? Es cuestión de cómo crecemos y que tan ávida tenemos la mente para saber y discernir qué es lo correcto y que no es lo correcto. Eso pienso yo.

Persona 5- Pues básicamente como habíamos planteado anteriormente, o sea esto es un problema como plantea Frank Pantano de los condenados de la tierra. Y es que los que tienen el poder pues oprimen a los que no tienen la misma circunstancia. En el caso de la policía, pues la realidad es que tienen una ventaja social con otras personas, verdad el hecho de tener arma, de tener baqueo del Estado y eso los lleva a cometer un desbalance a la hora de actuar y la realidad es que sé afectan más lo que tienen menos recursos, menos dinero, que son, que los tratan de vincular con unos estratos sociales o unas etnias y versus los que tienen unas ventajas y a esos no los tratan iguales. Así que definitivamente la policía es un cuerpo que uno nota que hay un desbalance y no tratan igual al negro del barrio que al blanco de la urbanización. Es todo.

Persona 6-  Mis compañeros dijeron todo. Tenemos que tener igualdad. Tenemos que tener no racismo dentro de la fuerza policiaca. Nosotros vemos siempre que hay policías negros, blancos, chinitas, rositas, hay de todo adentro. Y aunque sean puertorriqueños, aunque seas inmigrante, como quieras estas en Puerto Rico, así que tienes que respetar las leyes de aquí. Nada. Para hacerles el cuento corto, tenemos que educar a los policías también a los que no son policías, porque también hay racismo mucho acá y tenemos que buscar que todos somos iguales en la raza. Y nada.

Persona 7- Bueno, mira, yo, para dirigirse a la conversación es que no entiendo porque tiene que estar escrito en un papel que no sé be discriminar contra un apersona. Primero porque hay unos valores que nosotros como individuos a la sociedad tenemos que tener y respetar este caso a los demás. Es algo digo increíble porque no hay que ponerte por escrito que no tienes que discriminar con personas, para no hacerlo es algo ya parte de lo que somos nosotros. El respetar al que está conmigo y comparte el espacio que en este caso es Puerto Rico. Y en cuestión de discrimen, es un tema bien amplio. En muchas escalas. Ya sea por tu nivel socioeconómico, donde tu vienes, si eres negro, que en este caso para mí el dilema de ser negros no, somos puertorriqueños, que tenemos una afro descendencia si es notable, en otros más, por tonalidades no importa si es o menos somos puertorriqueños y el que un mismo puertorriqueño me diga a mí que tú eres de Loiza, que me ha pasado en muchas ocasiones y al igual cuando hablo que tú hablas lindo, no sabía que por ser negra tenía que hablar diferente, pero es algo increíble que solamente para el  puertorriqueños sienta que en su mismo país en Loiza, un espacio, hayan negros porque por algún lado, pelos facciones, donde sea, tienen lo que sería la raza negra. Pero este, como puedo explicar. Es la educación los valores los principios que te ensenan en tu hogar. En mi casa nunca, nunca hubo diferencia una de nada. Mami siempre me enseno que todos somos iguales en cualquier aspecto. Y me di cuenta que era diferente en cuestión de color de piel en mi colegio, cuando tuve la oportunidad de compartir con otro tipo de personas que sentí si la división, que sentí sí que me rechazaban y cuando me di cuenta era por el color. Y tuve que preguntarle a mami ¿yo soy diferente? Me dice ¿por qué? Porque me rechazan, me miran diferente y es por el tono de piel. No podía entender porque yo era diferente porque según ellos yo tenía un color diferente. Y llevándolos a los que son los policías sí me ha pasado. En cuestión de verme de este color, como dije anteriormente, no puede tener un carro de año, no puede estar bien vestida o días que como hoy que mi compañera número 1, quiere estar con pantalones de ejercicio, como decimos nosotros, al garete, con el pelo con el mono arriba,  y no solamente tengo que ser un criminal y llegar a tener, al no tener discrimen y llegar que  la comunidad tenga esa confianza que pueda aportar al no crimen, va a ser el momento en que los policías, nosotros nos sintamos parte también de parte del crimen. Me explico.

Estoy en la universidad, yo soy bien pro ayudar a los demás en cuestión de cualquier necesidad y veo a esta persona, no es si es de ambulante o no, abriendo una ventana de un carro y no era porque era su carro. Era porque estaba intentando robar. Yo como ciudadana responsable entendí que tenía que buscar un policía,

porque es quien representa mi seguridad, entre comillas, voy al de seguridad y le digo, mira, yo acabo de ver a una persona en esta calle forzando la ventana y sé que no es su carro.

Me hace sh no digas nada. Y yo le dije fue a mí o fue a otra persona, que, ¿tú me lo dijiste a mí? Si no digas nada. Si de verdad sinceramente yo le empecé a gritar. Voy a ser sincera. Yo, como tú me vienes a decir a mí que yo me tengo que callar algo que se supone que tú eres el que me proteja a mí y yo como ciudadana responsable te estoy diciendo que están intentando robar un carro y me dices cállate no digas nada, pues entonces como llegamos a buscar lo que es el discrimen para que yo me sienta cómoda y yo pueda aportar para no tener más crimen en lo que sería mi entorno y en Puerto Rico. No tengo esa confianza para hacerlo, tengo temor a que yo pueda ser choteada, como decimos nosotros, en el barrio. No podemos aportar, no podemos aportar porque no hay una ética, no hay una educación, no hay un sentido de pertenencia. En cuestión de sentirte parte del que tú tienes que velar porque es un servicio que tú me tienes que ofrecer, porque es tu deber, porque elegiste ser policía y hasta que no pase el respeto que llegue el respeto a la igualdad no discrimen y un sin número de cosas van juntas, no va a haber esa confianza y nosotros como comunidad, no vamos a poder aportar por el temor.  Gracias.

Persona 8-  Es bien difícil, dibujar esa línea entre lo que está bien o está mal, cuando, bueno, déjame explicar. Hay policías que no ven esa diferencia entre tener respeto, llevar el mensaje (piensa), no, no. Desde siempre, desde pequeños nos dicen como que tú eres de esta manera, nos estereotipan de una manera, no te pongas esto, no puedes tener esto, van a pensar que eres esta persona, sea quien sea, seas negra, seas blanca, china, no importa. Este, y eso mismo es con lo que crecen nuestros niños y sí llegan ser policías, esto es lo que siguen viendo en la sociedad. Entonces, ah ok, él es negro, él debe hacer algo, él tiene que tener algo, hay que estar pendiente. Ahora mismo, yo soy de Loiza y como que eso mismo me han dicho como que tú de Loiza, pero es que tú no eres como que, ¿cómo que no soy negra? Como que, yo no soy bien oscura, pero tengo el pelo rizo, tengo facciones, pero hay es que tú, hay, pero qué sé yo, hablas bien, pero y ¿qué es eso? ¿Cómo que hablo bien? Es como que no, no saben, son cosas que ni sé dicen. No es ni saber cómo decir. Son cosas que ni sé tienen que decir. También he estado en el caso en que tengo personas que me dicen ah mira a ti no te van a parar, mira con esa cara, tu eres mujer la mayoría son hombres, ellos te dejan y te pasan. Qué sé yo, tú le coqueteas o le haces algo para que no te paren, porque el discrimen no solo es con la raza, también es con el género. Como el compañero había dicho, a él lo pusieron, lo habían detenido porque lo vieron en un carro

lindo o porque era muy grande y sé ve que no puede tener carro lindo ni nada, pero en cambio a lo mejor yo tengo el mismo carro y no me dicen nada, o si me paran, hay mira hay que linda y yo le hablo bonito ah pues mira, que tengas buen día y no me dicen nada. Se ve también la discriminación en el género que no solo sé ve en la raza.

Persona 9- Pues, como había comentado antes, pues si yo veo la diferencia entre los policías de Miramar y los policías de mí casa de Villa Palmera que no los conozco. Y obviamente hay una diferencia de a quien tu proteges más eventualmente porque allí hay un grupo de personas que se caracterizan por rasgos parecidos. Y si a eso le añadimos que en los medios al primero que matan en una película es negro o es ladrón. Y sí tú vas a una escuela y tú le preguntas a unos niños que quien es el niño más malote te van a decir que es el negro. Y pues un montón de serie de cosas que vienen ligadas con nuestra cultura, que eso hace que no es que el policía quizás este abusando, es que como dijo el compañero ya viene en nuestra forma de pensar que el mas negrito pues es el sinvergüenza y es el delincuente. A eso le añado también, me paso no con un policía, no he tenido esas experiencias peros si he visto que mientras más oscuro es una persona, quizás más violencia o más podemos pensar que es propenso a cometer cualquier delito. Y hasta yo lo pienso. Y estuve representando en una competencia un pueblo. Y la misma gente del pueblo me dijo, no tú eres de Loiza, tú no puedes representar este pueblo porque obviamente ellos no sentían que yo no era parte. O sea que no es solamente de los policías de hacer un discrimen, es un problema social.

**V. Supervisión y administración:** requiere garantizar que la Policía de Puerto Rico cuente con la cantidad necesaria de supervisores inmediatos cualificados, para que realicen una supervisión efectiva, ofrezcan a los agentes bajo su mando las instrucciones y orientaciones necesarias para mejorar y desarrollarse como policía e identificar, corregir y prevenir conductas inadecuadas. La PPR desarrollará un sistema de identificación temprana (EIS) para identificar comportamientos inadecuados. **¿qué creen sobre la supervisión y administración de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?**

Persona 1- Bueno en estos últimos 2 años, yo estuve con Carmen, sé me fue el nombre del señor este que estaba yendo a las diferentes comunidades. Y estuvimos exponiéndole diferentes situaciones y diferentes formas de pensar que tenían los líderes en las dos comunidades que estuvimos. La supervisión y la administración son dos cosas que van de la mano. Porque si la administración no sé lleva acabo como sé debe

288

de llevar, pues no hay una supervisión buena. Así es que, en estos últimos dos años, en lo que yo he podido apreciar verdad, y porque tenemos en la comunidad, por lo menos en la comunidad que yo vivo y las que están de más cerca, hemos trabajado más de cerca con la guardia municipal. La guarda estatal ha llevado unos servicios, pero como que son menos consecutivos en la comunidad. Desde el principio sé mencionó, en las primeras preguntas, sé menciono que había falta de supervisión en los trabajos que hace la Policía de Puerto Rico y lo puede ver uno muchas veces cuando uno camina por la comunidad y en un arbolito de mango, allí debajo, hay tres y cuatro en sus motoras. Yo no sé verdad que trabajo asignado tenían en ese momento, pero si les digo que los he visto en grupitos de tres, cuatro y cinco, cogiendo fresco debajo de un palo de mango. Así es que cuando los veo allí, ahí se supone que haya una supervisión verdad. Deben de mejorar. Deben de mejorar, porque mientras ellos están allí debajo de ese palito de mango cogiendo fresco, sabrá dios cuantas donde hacen falta. Muchas veces cuando hay este, por ejemplo, en las fiestas de San Sebastián que estuve trabajando en un estacionamiento frente a la estación Sagrado Corazón, había un contingente de policía terrible. Yo entiendo que, yo, yo entiendo que no hacia tanta falta tantos policías allí porque había una estructura para entrar a coger las guaguas. Y sabrá dios sí el montón de policías que estaban allí, hacían falta en otras áreas. Así que la supervisión debe de mejorar.

Persona 2- Pues ya anteriormente habíamos dicho de que hace falta mucha educación, lo que hemos visto, estamos hablando de lo que vemos en la calle con el policía que esta. Si la policía esta, ese grupo de policía que están en la calle actúan de esa forma tiene que ser que la supervisión no está siendo efectiva. Si vamos a la parte administrativa, el crimen bajo en los últimos dos años según las estadísticas. Según las estadísticas, tuvimos una baja de ciertos crímenes, en los crímenes violentos, y eso es parte de la administración de una agencia, que tú puedas equilibrar lo que sé te pide. Ahora, este, estamos entrando a un nuevo cambio. Aquí eso es otra cosa, de, hay unos puestos que la policía tiene que son de confianza y yo creo que la policía debiera ser el tipo militar, que tu sigas y sigas y sigas y sigas y sé sea por mérito. Y sí llegaste allá arriba y estas ejerciendo bien ese trabajo, ¿por qué te tienen que sacar porque es un puesto de confianza? Y eso es administrativo. En el ejército tu llega a, y cuando llegaste lo que hacen es que te cambian a otro comando, pero el que viene detrás de ti sabe lo que tú tienes que hacer porque viene una secuencia de trabajo, y aquí hay un orden, y la administración debería cambiar a una estructura cuasi militar, que dicen que lo es, pero cuando

viene al nombramiento del jefe, es de cada cuatro años de confianza, y ahí viene otro plan nuevo de trabajo. Así que, en ese sentido sé debe mejorar un poco. Gracias.

Persona 3- Si yo sé, yo no estoy seguro, pero, o sea, porque no voy a poner mi cabeza en un picador. Pero sí sé que están intentando hacer un cambio. Pero yo estoy seguro que no es fácil, porque no es fácil. Puerto Rico es pequeño, pero hay demasiado de mucho policía. So, no debe ser fácil. De lo que están intentando, eh, eso se escucha que lo están intentando. ¿Cómo lo van hacer? Tienen que seguir buscando estrategias. No hay nada malo si no lo intentan. Es todo.

Persona 4- Entiendo, que, bueno entiendo no, sé supone como dijo el compañero número dos. La policía trabaje en un sistema cuasi militar, pero mientras la diosa política sea quien tiene que ver en términos de asensos y posiciones, nunca va haber una buena administración y una supervisión como sé supone porque la política entra en todo desde al que me ascienden hasta que el pues como este es del partido contrario, y yo lo sé y yo ascendí y el no, pues yo voy a jorobar con el ahora porque él está abajo y yo estoy arriba, y no pensar que la bola da vuelta y algún día yo voy a quedar arriba y él va a quedar abajo y entonces va a ser lo mismo, y ahí es que la cosa sé daña. No sacamos la cabeza de la política para dedicarnos al trabajo. Por eso, mientras la política siga mandando en los puestos gubernamentales, la administración no va a ser buena nunca.

Persona 5- Básicamente lo que yo iba a mencionar era que, dentro de esta estructura tan grande, tenemos la situación de que, en estos últimos 2 años al igual que lo que ha pasado los últimos cuatro años, el gobierno cambia, ha sido alternando el gobierno en este siglo todo el tiempo, cada 4 años, cada 4 años, o sea no sé ha mantenido un partido. Y la estructura de la policía responde al gobierno y el problema con esto es que uno debe tomar decisiones por el país, no por el partido político. Entonces el problema grave que tiene la policía y otras estructuras en el país, es que no hay un plan estable. O sea, se establece un plan, cambia el gobierno, vuelve y sé cambia, cambia el gobierno y vuelve y sé cambia, y debe haber una estructura que sea estable y que independientemente de esa alternancia de gubernativa pues se mantenga y haga que no respondan al gobierno sino al pueblo, porque la situación real es que aquí los supervisores y la administración en la policía pues nunca va a ser eficiente y eficaz mientras sigo eso cambiando, cambiando, y la consideración sean los partidos políticos y no el pueblo.

Persona 6-   Bueno, sobre la supervisión y administración de la policía como dijo mi compañero número 5, no puede ser política, tiene que ser por inteligencia y porque tengas un plan y capacidad y porque tengas un plan de estructura dentro de la policía. Con la supervisión, nosotros vemos en las redes sociales que somos jóvenes que ya estamos más directos con las redes sociales, que no hay suficiente supervisión que ya en la calle, en la carretera, hay varias situaciones que hay policías que hacen actos indebidos. Y entonces yo creo que tiene que ser una supervisión una supervisión más estructurada para que eso no pase. Yo pienso eso.

Persona 7- Bueno, en resumen, la supervisión y administración (inaudible) es notable que no está de una manera lineal, como todo el mundo hablando diferentes puntos, que realmente se nota que hay un jalo para acá, jalo para acá, jalo para acá, a mi conveniencia. So, no hay una estructura porque si este es de partido tal, como yo no pertenezco a ellos, pues yo no voy hacer nada, me voy a quedar así. Y eso también, ese estilo, (inaudible) hasta los de abajo que son los que dan la cara, que son los policías, también de cierta manera pues no trabajen de la manera correcta. Y la supervisión, yo no sé si a veces están peores que los policías que están afuera en la calle. Porque a veces supervisores que yo he escuchado que dicen, ahí déjalo, escríbele una notita allí y dale un numero de caso, de querella, y yo, ¿él es que tiene la camisa blanca? ¿él es el supe? ¿él es quién? O sea, realmente no representan ni como hablan ni como sé comportan. Porque como a mí me han dicho, tú sabes, vamos a poner el ejemplo en deporte, tú ves el equipo, este caso, en cualquier deporte baloncesto, tú ves cómo está el equipo jugando, cuando tú ves, es el reflejo del entrenador. Así mismo sucede. El reflejo de los supervisores,  es el reflejo de lo que está sucediendo ahora mismo en la calle porque no le importa, no le interesa, o inclusive he visto que, no sé si eso es así, me corrigen, pero en la calle cuando asignan las patrullas, está el que está guiando y está el  otro que lo acompaña, uno de ellos es el que supervisa creo que las rutas, si no me equivoco y a veces ellos hacen cosas que entre ellos se tapan, así que sinceramente ellos hacen cosas para su conveniencia, y  hasta que no haya una responsabilidad, el supervisor no tenga interés de ser ético en cualquier circunstancia, todo va a quedar de la misma manera.  Y la administración es igual el cambiar y cambiar va a afectar, porque el anterior no quiere hacer el plan del otro porque lo hizo el otro, entendiendo que esta correcto el plan que habían colocado anteriormente. Es todo por demostrar poder, en lo que hemos dicho en todas las conversaciones, pero sería eso.

Persona 8- En cuestión de supervisión, se ve la gran deficiencia que hay, este, no sé ve el empeño, el trabajo, el, las ganas de ver que, de que una comunidad sé desarrolle que este en buenas condiciones, que tengan un

291

plan de estrategias para mira, ustedes, van a trabajar con este proyecto, van a trabajar con esa área, como que todo lo hacen para que ellos estén cómodos. Todos tienen que estar en un sitio cómodo que no tengan problemas. Y volvemos al ejemplo que había dicho, este, que, sé mantienen viendo las situaciones que ocurren es como que, pues mira déjalo, déjalo allá, esas cosas no sé reportan, no sé trabaja con ellas, y por eso es que tenemos tanta criminalidad, tenemos tanta, este, sé me fue la palabra. Pero, hay muchas personas malas en el sistema, no todas, pero hay muchas personas malas en el sistema, que no toman las decisiones correctas.

Persona 9- Si, estoy de acuerdo con mis compañeros, yo nunca he visto a un supervisor, me acabo de enterar que tienen camisa blanca por mi compañera número siete. Entonces lo que me pongo a pensar donde estarán que uno, no los ve. Como un oficial va a ser supervisado si esa persona no está presente en el trabajo, no, en el trabajo y en el día a día con el oficial. En referente a los puestos políticos, si, lo veo constantemente inclusive en las agencias donde yo trabajo, la mayoría de las personas de seguridad nunca han tenido preparación, sino están puestos ahí por un puesto político, cosa que agrava aún más porque de ocurrir alguna emergencia y es lo que me pregunto si realmente estarán capacitados todos los policías, bien preparados y no fue que se colaron allí por pala o entonces los sacaron y entonces (inaudible), porque lamentablemente en nuestra cultura pasa eso, y me levanta muchas interrogantes que no me había plantado antes, definitivamente, si tenemos un sistema de seguridad tan deficiente, yo sé que pueden haber muchas mejoras, pero lo que conozco es que nos falta todavía muchísimo, pues no debe haber, el sistema actualmente que hay no funciona.

**VI. Interacción con la comunidad e información pública:** requiere que la Policía de Puerto Rico interactúe y cree relaciones firmes con las comunidades para promover la colaboración en la solución de problemas, prevención del crimen, crear confianza, respeto mutuo y trabajar en unión a los comités de interacción ciudadana. La Policía de Puerto Rico mantendrá informada a la ciudadanía sobre el proceso de reforma, los logros obtenidos, estadísticas de delitos e información de interés público. **¿qué creen sobre la interacción con la comunidad e información pública de la PPR y cómo la Policía de Puerto Rico está manejando está en los últimos 2 años?**

Persona 1- Bueno en estos últimos dos años ni nunca he visto en ninguna que la Policía de Puerto Rico lleve información pública a las comunidades. Nos enteramos porque o fuimos a una reunión donde nos informan que la Policía de Puerto Rico tiene este, este y este servicio y donde se puede buscar información, vamos y la

buscamos. Pero como que la Policía de Puerto Rico baje a las comunidades llevando esta información, nunca lo he visto. Nunca lo he visto, nunca lo he visto. Y tienen un montón de servicios los cuales le pueden ofrecer a las comunidades. Pero si uno como líder comunitario o persona que quiere ayudar a la comunidad no va al cuartel o busca algunos de estos panfletos que dan en diferentes reuniones comunitarias es que sé entera uno de los diferentes servicios que ofrece la Policía de Puerto Rico para las comunidades, porque al ser información pública la palabra lo dice información pública, pero si uno no la busca, ellos nunca. Nunca he visto esa clase de interacción de llevar a la comunidad. Ninguna clase de información.

Persona 2- Yo vivo en una urbanización clase media. En las urbanizaciones casi nunca tú ves que haya esas interacciones entre el policía y la comunidad. La policía llega si tu llamas a que estas reportando algún tipo de crimen. Si yo veo en los últimos años, he visto en la televisión en otras comunidades más marginadas la cuestión de no más balas aire y ahí tú ves que hay un proceso que va la policía y acompañan y vamos  a  una parada o una, este,  y sacan pancartas y le dicen a uno, pero en mi urbanización también tiran balas al aire y yo nunca he visto que haya una, un tipo, ese tipo de  interacción con la comunidad y es bien raro que exista esa relación uniformada-ciudadanía en zonas urbanas a  contrario  con las más marginadas porque entonces lo ven es que estamos haciendo algo por la comunidad marginada. Estamos haciendo algo, pero son en cierto momento. Me preguntan ahí sí sé le ha hablado al público en relación con la Reforma vuelvo y digo como dije al principio, no he visto cuales son los puntos ni en la televisión que haya, si hablan de que hay una reforma y ahí estuvo esta, que ahora está en la dirección de la policía empezó la que estaba en la Reforma de la policía, ahora es la superintendente, pero eso era parte de su labor cuando ella llego a Puerto Rico. Keller. Ella estaba, era la que estaba trabajando con la reforma, Pero a nosotros, el pueblo nunca sé nos han dicho mira estos son los puntos que sé están bregando con la policía. No han aparecido, yo por lo menos leo todos los días el periódico, nunca he visto en el periódico que esos son los puntos clave que sé están trabajando para la Reforma. Que ayudarían a que nosotros entonces también fiscalizáramos a los policías en estos puntos, pero ahora que, por lo menos yo, ahora es que sé estos puntos que nos están trayendo, que están dentro de la Reforma de la Policía por los últimos dos años. Creo que no ha sido muy efectiva en cuanto al alcance al público. Gracias.

Persona 3- También hay que ver si realmente todos estos puntos que nos traen a nosotros que desconocíamos, ellos lo saben. Porque si ellos no tienen la información, no creo que puedan pasarlos a adelante. Es lo único que tengo que aportar.

Persona 4- Si entiendo y me consta que la policía tiene una división de educación a la comunidad, como todas las agencias básicamente tienen una. Lo que tienen es que trabajar un poquito más, porque los consejos vecinales saben esas cosas y pues los líderes comunitarios en muchos lugares pues se enteran de algunas cosas. Pero no pueden utilizar estas personas para que estas personas le digan a los demás porque ellos no son policías ni trabajan en la policía. No es lo mismo que yo le hable de Alaska, a que un esquimal te hable de Alaska.  Ves son dos cosas muy distintas, yo te hablo de Alaska y tú me vas a decir si lo leíste, lo vistes en National Geographic, ves, vistes un programa de televisión. Pero sí viene un esquimal y te habla de Alaska, tú le prestas atención porque él sabe, porque él estuvo allí. Así debe ser. En la educación a la comunidad, en la división, yo sé que no son muchos, que es mucho trabajo, pero ellos deben moverse un poquito más. Y sé que lleva gasto porque hacer un papel no es nada, pero hacer un millón de copias para repartir por las casas eso es cuesta arriba. Pero creo que eso debe ocurrir. Debe ocurrir para que las personas sepan las cosas que están ocurriendo. Seria todo. Muchas gracias.

Persona 5- Me parece que más allá de iniciativas que ellos ven que les resultan mediáticamente, y de algunos policías comprometidos que han tratado que se den unos procesos con la comunidad, pues la realidad es que en términos generales pues no ha habido una efectividad en transmitirlo y el mejor ejemplo es que ahora mismo hay una Reforma, con un monitor, con un procedimiento, y ninguno de los que estamos aquí podemos decir que conocemos a cabalidad lo que dice la Reforma. Yo, por ejemplo, sabia de elementos de la Reforma porque estoy en un comité de Derechos Civiles que sé habla allí y lo que uno ve es como sé marginan unas personas y como sé benefician a otras. Pero en términos de la práctica, pues la realidad es que no hay un plan concertado en el que estén integrado como institución y que lleguen a todas las comunidades. Que, si son muchos, que, si son muchos, bueno, si esto es lo que sé supone que hagan, pues hay que buscar la forma de hacerlo. Porque a la larga el beneficio es que la comunidad va a sentir ese respaldo de la policía, sé va a integrar al policía, va a mejorar la calidad de vida que es lo que queremos que sé de con estos procesos, que es que haya una mejor calidad de vida.

Persona 6-   Bueno, vengo de la vía comunitaria gracias a mi madre que es líder comunitaria y veo mucho empeño hacia la comunidad, pero lo que estamos hablando de la policía. Hay varios proyectos que tiene la policía pero que necesitan ser apoyados por varias personas, no solamente por la policía.   Y esta la liga atlética que tiene varios proyectos como darles talleres a los jóvenes desde un principio, pero pienso que tienes que en forzar eso porque yo pienso que la liga atlética no da para tanta gente que hay en las comunidades. Nada, lo que estoy viniendo del tema de esto es que refuercen esos talleres y esos trabajos para la comunidad, o sea que apoyen a la policía.

Persona 7-   Anterior había comentado sobre mí situación, que tuve que informe, o sea que vi que estaban robando el carro y pues el policía me brindo cero negativos cero lo que exista de confianza porque me indico que me mantuviera callada a decir lo que yo vi.  Yo creo que desde eso hace que yo como ciudadana, no me sienta, no es que no esté comprometida es que tenga temor de estar tan comprometida que me afecte a mí vida. Porque a veces y por experiencia en la vida comunitaria por mi mama, uno de los líderes que para mí fue de los más de lucha, perdió su vida por eso. Y han pasado muchos años y lo digo y me dan ganas de llorar porque muchas veces los líderes comunitarios, no lo hacen muchas veces, lo hacen sin interés ninguno, no tienen el tiempo con su familia que uno quisiera, los hijos nacimos en esto y todos nuestros tíos, primitos son los líderes comunitarios. Y ver que, por luchar un espacio, por mantener un orden en la comunidad, lo que no están haciendo los policías, pues pierdan la vida por supuestamente ser chotas o entienden que la policía era la persona adecuada para decirles que este criminal, está afectando la comunidad. Por haber dicho esa información, actualmente no se encuentra con nosotros. Así que yo no sé cómo comenzar con la confianza, pero la confianza es más difícil obtenerla que a veces ensenarlos a ellos como tratar a un ciudadano. Porque la confianza es algo que cualquiera en nuestra vida personal sí sé pierde, para obtenerla es difícil. Y uno quisiera hacer mucho, uno quisiera decir todo porque uno ve, uno no es ciego. Pero porque en la comunidad sé ve muchos, es bien dinámica. La comunidad y Puerto Rico entero, no tiene que ser comunidad de bajo recursos sino de altos recursos.

Porque hasta en altos, se han encontrado de los lugares más grandes de semillas creo que de marihuana, si no me equivoco, así que no estamos tan atrás, hasta en esto están contribuyendo a la criminalidad de Puerto Rico. No estamos solos. Este, no hay esa confianza para decirlo. No hay ninguna, no hay ninguna, no hay ninguna. Porque es temor a que ellos sean parte también de ese grupo que está afectando y que nosotros perdamos la

vida por seguir lo que sé supone que sea ser un buen ciudadano, y de que realmente esa confianza va a tener que trabajar y trabajarla. Y algo que vi ahí de información sobre los delitos, como bien dijo mi hermano nosotros sabemos porque mi mama es líder comunitaria y está al tanto de lo que está sucediendo constantemente a nuestro alrededor, pero si yo soy una persona que yo lo que me paso es trabajando y estudiando y no estoy apegada de lo que está pasando en la sociedad, nunca me entero de las violaciones. A veces tengo mi vecino que fue violador y yo no lo sé. Yo me entere recientemente de que hay una página que tú puedes ver lo que son los violadores porque tienen que estar registrados por ley, sino me equivoco que es ley. No es que yo lo vaya a discriminar porque violo, porque la persona puede mejorar, pero tengo que estar pendiente porque a mi alrededor hay muchos jóvenes que tal vez por ignorancia confía en todo el mundo, y caen en lo que no queremos una violación. Y son cosas que, que tardan años, décadas, no sé si yo no exista ya para estar por aquí. Pero creo que sé tiene que ganar, porque no hay mucha confianza, no hay confianza que nos brinden. Ninguna.

Persona 8- Pues ahora mismo la policía no ha creado suficientes estrategias como para ganarse la confianza de nosotros los ciudadanos.  Ahora mismo, en una situación, este, que sea, sé cometa cualquier crimen, no existe esa, siempre piden mira el que haya visto, el que sepa algo, el que conozca una persona que pueda contribuir a solucionar este crimen, esta investigación, por favor comuníquese, pero es que no existe esa confianza hacia. Ya sea por miedo a lo que te vaya a pasar, o porque simplemente no le tienes, no le tienes ni respeto ni confianza a la autoridad porque no saben que van hacer con esa información que tú les des, a lo mejor la tergiversan y perjudican a otra persona o te dicen a ti mismo como tú contribuiste, tú lo vistes, y no lo dices y por miedo a lo que te vaya a pasar a ti o lo que ellos vayan a malinterpretar de lo que tú digas. Pues no, no sé sabe cómo, no sé ve ese interés, esa confianza de hablar con las autoridades.

Persona 9- Pues, sería ideal porque yo también participo, yo doy servicios comunitarios y la forma de yo llegar hasta el público que necesito para que obtengan los servicios son los líderes comunitarios porque muchas veces, aunque uno este, no los conoce. La magnitud de la importancia de los líderes comunitarios es sumamente grande. Y lo toman desapercibido y no lo valoran. Yo creo que ahí hay un potencial grandísimo. Pero como bien dijeron mis compañeros una vez sé ha perdido la confianza, porque han sucedido cosas tan grandes como la perdida de vida de una persona por confiar, en aportar, en hacer lo correcto y también que la policía lamentablemente tenemos que decir que también han sido participes de muchos crímenes y están

dentro de muchos crímenes. Como tu confiar en algo que es inconfi, o sea no sé puede confiar porque te lo han demostrado. Así que, como volver a hacer ese clic que sería ideal, vuelvo y yo pienso que sería súper grandioso que eso existiera, pero como sería posible, pues creo que esa es la pregunta.

**Anejo # 12**

**Grupo Focal de Comunidad Dominicana reunidos en un salón de la Plaza del Mercado de Rio Piedras, San Juan, Puerto Rico**

9.   **Informe del grupo focal de la comunidad de dominicana reunidos en un salón de la Plaza del Mercado de Rio Piedras, San Juan, Puerto Rico (Ver Anejo #12).**

El grupo focal se realizó con un total de ocho (8) participantes:  tres mujeres cinco hombres dominicanos de la comunidad. Se llevó acabo en un salón de la Plaza del Mercado de Rio Piedras en donde los participantes se sentaron alrededor de una mesa para todos escucharse efectivamente en sus respectivos turnos. El grupo focal sé realizó a las 10:00 am. Se tuvo que hacer un gran esfuerzo para que las mujeres participaran, ya que estaban bien renuentes debido al tema.

a. **Sobre la Profesionalización de la PPR** los participantes indican que se necesita reforzar la educación de los policías, Se subraya que los miembros de la PPR descuidan los derechos de las personas y no escuchan a la comunidad dominicana. Así también, que la PPR debe tener una mayor sensibilidad hacia los ciudadanos y las comunidades. De la misma manera reclaman no sucedan más actos de injusticias ni de violencia. Los comentarios de los ocho participantes reflejan inconformidad con la PPR, pues entienden que hay una descuidada preparación de su profesionalismo.

**Algunas Contestaciones:**

*Sujeto # 5*

*Bueno yo pienso que le deberían dar un mejor training, un mejor training a la policía para poder identificar el problema de los indocumentados, de las personas menos apreciadas y darnos un poquito de entendimiento que nos permita hablar y escucharnos porque si no nos escuchan, pero a pesar de todo no van tan mal, lo que hay que darles a los policías es un poquito más de entendimiento a los policías de cómo tratar a las personas, que no pierdan el control y eso.*

*Sujeto # 6*

*Pues por lo que yo he visto en las noticias es un desastre, hace como no me acuerdo bien como dos meses que arrestaron a alguien y el guardia le dio al ciudadano, por Carolina creo que era, no ha mejorado nada.*

b. En la pregunta número dos sobre el **Uso de la Fuerza**, los participantes de la comunidad dominicana examinaron escenarios vividos para contrastar con los requerimientos de la Reforma de la PPR. La comunidad está dividida, donde los participantes de mayor edad creen que el uso es moderado y los más jóvenes entienden que es desproporcionado. Sin embargo, todos creen que hay mucho margen para mejorar.

**Algunas Contestaciones:**

*Sujeto # 5*

*Yo entiendo como lo dije que hay que darle un poco de training cuestión de que, deberían de darle un poco de entendimiento a la ciudadanía porque somos muchos, ellos son poquitos, pero nosotros somos muchos y a veces es más estrés los muchos que los poquitos.*

*Sujeto # 6*

*Pues estos deberían como que enfatizar más el uso de fuerza porque como que a veces se van más allá de como deberían de usarla y pues tu sabes forman un caos entre ellos mismos cuando van a intervenir con las personas. Por lo que yo he visto porque yo no he tenido ninguna situación con la policía. No encuentro mejoría.*

*Sujeto # 7*

*Ha mejorado, ha mejorado porque yo no he visto en estos últimos años nada relacionado al uso de la fuerza, con las personas agresivo, dándose golpes, anteriormente hace dos o tres años si, pero estos últimos años yo no he escuchado nada,*

*Sujeto #8*

*Bueno dependiendo como sea el caso, los policías a veces tienen que poner de su parte y ponerse fuerte con las personas. Aquí en PR se han manejado un poquito regular. En el tiempo que llevo aquí no he visto cambio.*

    c.   Con respecto a los **Registros y Allanamientos,** los participantes expresan se utiliza una fuerza excesiva y falta de profesionalismo por parte de la PPR al realizar registros y allanamientos. Estos procedimientos no son uniformes y preocupa mucho a esta comunidad de inmigrantes. Los participantes entienden que se debe educar la PPR en registros y allanamientos para que realicen procesos uniformes.

**Algunas Contestaciones:**

*Sujeto # 1*

*Esto es un problema porque a veces no tienen los papeles para hacerlo y como quiera se es mandan y después no se ponen ni las placas.*

*Sujeto # 2*

*No puedo opinar porque no he tenido ni he visto ningún registro ni allanamiento.*

*Sujeto # 3*

*Bueno yo creo que antes del allanamiento se supone que hagan una buena investigación y parece que con cualquier cosita hay que hacer un allanamiento y sin tener suficiente evidencia entonces se te meten en la casa, primero te rompen la Puerta si u no abres rápido y empiezan a buscar sin decirte que están buscando ni nada.*

*Sujeto # 4*

*Bueno eh, eh, algunos sitios ellos van y lo hacen de lo más bien , viste pero a veces se van a lo loco, se van a tumbar puertas, no enseñan papeles, se meten sin ordines, se llevan a la gente con material acá, material de ellos, los meten dentro de los matress, los gaveteros, las gavetas y cuando sacan pues ellos dicen que eso es de ellos pero muchas veces no son de esas personas , otras vienen y le someten cargos a la gente a lo loco , ellos deberían hacer las cosas mejor viste, bajo las normas viste, mira vamos esto es una orden, y enseñar papeles y preguntar podemos entrar? ¡Entramos, pero ellos entran ahí sin papeles, ni nada, te tumban las cosas, rompen todo!*

*Sujeto # 5*

*Yo creo que a veces usan la fuerza o el poder un poco poquito agresivo o un poquito fuera de control, pero todo con un poquito de entendimiento es mejor.*

*Sujeto # 6*

*Pues de eso no tengo mucho conocimiento, pero de lo que yo he visto en noticias siento que pues que no han tenido mucho progreso.*

*Sujeto #7*

*Hasta el momento yo no tengo conocimiento porque nunca me ha pasado ni le ha pasado a ningún miembro de mi familia este un registro ni allanamiento y no tengo conocimiento.*

*Sujeto # 8*

300

*Bueno si es que es sobre drogas, robos, asaltos y todo eso está muy bien hecho que hagan con registros y esos, pero a su nivel con sus personas legalmente; han bregado bien porque han cogido mucha droga y han cogido mucha cosa y en esa parte están bien.*

d.   En torno a la **Igual Protección y no Discrimen**, la mayoría de los participantes entienden que no existe igualdad. La comunidad está dividida, donde los participantes de mayor edad creen que discrimen es moderado y los más jóvenes entienden que es desproporcionado. Sin embargo, todos creen que hay mucho margen para mejorar. Entienden se debe promover la igualdad para todos. Entienden que la PPR no han hecho bien su trabajo y que no han mejorado.  Algunos sienten que todavía hay mucho discrimen especialmente, si son homosexuales los tratan como si no fueran una persona normal.

**Algunas Contestaciones:**

*Sujeto #1*

*Yo creo que siguen discriminando, yo no confió en ellos y yo tengo mis papeles al día, pero no confió porque a nosotros nos discriminan.*

*Sujeto # 2*

*Yo estoy en Puerto Rico hace muchos años y nunca me he sentido discriminado, yo sé que otros tienen otras experiencias, pero yo hablo por mí.*

*Sujeto # 3*

*Están tratando, pero todavía existe y yo creo que seguirá el prejuicio especialmente con extranjeros e inmigrantes y yo creo que todavía no han cambiado su forma de pensar.*

*Sujeto # 4*

*Bueno yo creo que ellos lo están haciendo un poco mal viste, porque como te digo, ellos cogen mucho adiestramiento y siguen en los mismos pasos, a veces hacen las cosas bien a veces las hacen mal, y para mí no están en lo correcto porque se supone que ellos van a proteger porque son la policía de Puerto Rico, tienen que dejarse llevar, dar ejemplo.*

*Sujeto # 5*

*No, no creo que dan la misma protección a veces se van un poquito discriminando hacia algunas personas, pero, pero como te digo eso con un poquito de orientación a los oficiales y un poquito de entendimiento los oficiales hacen un mejor trabajo.*

*Sujeto # 6*

*A esta época, aunque uno no lo crea, hay mucho discrimen a este tiempo donde nos encontramos. Siento que no que no han hecho bien su trabajo y que no han mejorado.   Siento que todavía hay discrimen más hay mucho discrimen si son homosexuales los tratan como si no fueran una persona normal.*

*Sujeto # 7*

*Por el momento yo no he visto ninguna forma de discrimen, nunca me ha pasado y a las personas alrededor mío no les ha pasado ninguna forma de discrimen.  No lo he visto.*

*Sujeto # 8*

*Aquí yo no creo que hay discriminación de los policías, allá fuera sí que lo hay y mucho, acá no es como allá.  Aquí yo no encuentro discrimen allá afuera sí.*

         **e.** Con respecto a la **Supervisión y Administración**, los participantes resaltan que la PPR no cuenta con suficientes supervisores que sean profesionales y puedan guiar a los miembros más jóvenes. Esta comunidad entiende que no ha observado cambios en los últimos dos años con respecto a la supervisión en la PPR.

**Algunas Contestaciones:**

*Sujeto #1*

*Necesitan más supervisores y no es suficiente con los que tiene y las listas de los números de crímenes y robos nunca están al día.*

*Sujeto #2*

*Pienso que necesitan más personal.*

*Sujeto #3*

*Eh yo creo que los supervisores están un poquito malos porque están más pendiente a las estadísticas y a los números de los arrestos y de los que ellos intervienen que a los policías de menor cargo y por eso es que muchos casos se caen porque no tienen supervisores ni mucha evidencia, No están supervisando bien que es lo que tienen que hacer.*

*Sujeto # 4*

*Bueno para mi entender ellos están haciendo las cosas bien viste, pero es que hay algunos supervisores que llevan las cosas bien, pero hay otros que llevan las cosas debajo del agua un poco, como te digo, vamos a ver si tú eres de los buenos y haces las cosas bien y acá este hombre a lo loco y unos lo hacen a lo loco y se supone que todo el mundo vaya con el mismo pensamiento, no unos por el otro lado y otros por otro porque nunca van a llegar a nada.*

*Sujeto # 5*

*Lo que yo creo es que hay muchos supervisores que tienen conocimiento de cómo orientar su personal y yo creo que con un poquito más de paciencia ellos podrán ubicarse un poquito mejor.*

*Sujeto # 6*

*Pues donde más ellos se enfatizan es en estos eventos de políticas, es donde más se ven los policías haciendo su trabajo.  Se podría decir que están en el mismo medio, o sea regular porque no todo está como debe de estar, ni cómo debe de ser.*

*Sujeto # 7*

*Yo lo encuentro igual, igual, este ellos aparecen cuando es algo muy grande pero cuando es intervenir con una persona ellos están solos no tienen un supervisor al lado, de verdad yo encuentro que todo está igual.*

*Sujeto # 8*

303

*Bueno por lo que yo veo aquí en PR no tienen nada más que uno para bregar con tantos policías, y solo supervisor un solo teniente y no tiene muchos de esos para tantos policías, necesitan más gente para supervisar a tanto policía porque hay policías corruptos y no corruptos.  no ha habido*

f. En relación al tema de la **Interacción con la Comunidad e Información Pública** este grupo focal indicó que no hay relaciones positivas entre la PPR y su comunidad. Establecen que en su comunidad no existe confianza hacia la PPR y la PPR no confía en ellos. Esto influenciado por la poca relación policía-comunidad. Aunque existen divergencias entre generaciones, la comunicación e interacción con la PPR no es amigable.

**Algunas Contestaciones:**

*Sujeto # 1*

*¡Por mi comunidad no pasan nunca! Y yo no he visto ninguna actividad con la policía.*

*Sujeto # 2*

*No los he visto por mi comunidad.*

*Sujeto # 3*

*Bueno yo creo que la integración sigue siendo la misma, no más se están integrando a la comunidad.  La policía lo que hace es que pasa por ahí, por la calle y mira, pero no se dan la vuelta ni hablando con los vecinos que yo sepa y yo nunca los he visto pero debe haber una integración en la comunidad para que así uno tenga fe en la policía, porque uno no sabe quién es quién y entiendes, y que uno colabore más y que esta estas investigando por allí por la comunidad y eso.*

*Sujeto # 4*

*Como que vienen a lo loco y quieren meterle feca a la gente y los presionan.  ¡La ciudadanía está de lo más bien tranquila y ellos quieren venir a implantar lo de ellos, como ellos son los que mandan dicen ellos, "no, que hablen conmigo primero "¡Mira vamos a hacer esto, y yo pues bien! Pasa hagas lo que quieras, pero con calma, ellos no, ellos vienes ahí, van a hacer lo que sea por meterse, no perder, ellos son así, todos son así.!*

*Sujeto# 5*

304

*Yo pienso que, que, la relación seria mejor si nos llevamos una conversación más a menudo más, más preocupado por las personas, por la comunidad no por solamente su trabajo o cumplir la profesión o su trabajo.  Deberían de comunicarse más con las personas el ser humano, todo con un poquito de comprensión y de paciencia se puede mejorar.*

*Sujeto # 6*

*No, no, yo lo veo igual, igual, no he visto nada en la comunidad.*

*Sujeto # 7*

*En los últimos dos años creo que ha funcionado bien, creo yo que han bregado bien, cuando a ellos se les llama este dan más rondas preventivas y siempre están pendientes, cuando pasa cualquier suceso en la barriada en el sector ellos están pendientes.  Yo entiendo que ha habido algo de mejoría, pero en saber cuántos crímenes y eso no.  Porque eso siempre yo creo que siempre ocultan las estadísticas.*

*Sujeto # 8*

*Bueno lo primero es que aquí la comunidad de Puerto Rico no ayuda a la policía, al contrario, ven las cosas y se esconden y ven que están matando, robando y se quedan callados y no dicen nada.  Y yo no estoy de acuerdo con eso.  Eso pasa porque no tienen confianza en la policía. No he visto diferencia en estos dos años, nada, todo sigue igual.*