# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CASE NO. 12-2039 (GAG)

## ORDER

Due to the high public interest generated by the Police Reform Agreement, the Clerk has created a link in the Court's web page in which certain documents in the case can be accessed by the general public (in a manner similar to documents in the PROMESA litigation). The link is: www.prd.uscourts.gov//puerto-rico-police-department-reform-case-documents-civil-case-number-12-2039-gag. Also, anyone who enters the site may access the site via the Important Information icon. The Court's web site is: http://www.prd.uscourts.govwww.prd.uscourts.gov.

**SO ORDERED.**

In San Juan, Puerto Rico this 12th day of March, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge