IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CASE NO. 12-2039 (GAG)

**ORDER**

The restriction level shall be lifted so that each party can read the other's motion. At this time the Court is not taking any action, nor does pass judgment on arguments made. If necessary (and hopefully it won't) it will revisit matter. It is important for all to consult with counsel before making any declarations to third parties in matters that may be the scope of restricted orders and pleadings. The parties may also request beforehand an order from the Court. But all have to be extremely careful. For example, making any comments about partially blacked out Docket No. 682, which contains matters extremely sensitive to the Commonwealth.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th day of March, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge