UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff;<br><br>  v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>      Defendants. | No. 12-cv-2039 (GAG/PG) |

**JOINT MOTION SUBMITTING AGREED-UPON BUDGET FOR THE OFFICE OF THE TECHNICAL COMPLIANCE ADVISOR FOR FISCAL YEAR 2018-19**

  Plaintiff, the United States of America, and Defendants, the Commonwealth of Puerto Rico, et al. (collectively, "the Parties"), respectfully submit the agreed-upon budget for Fiscal Year 2018-19 for the Office of the Technical Compliance Advisor (TCA) for endorsement by the Court, pursuant to the Stipulated Order for the Establishment of the TCA Office and the Payment of TCA Expenses. Stipulated Order, ECF No. 139. The Parties reviewed the TCA's proposed budget and have agreed that it provides the TCA with the necessary funding to permit the TCA to carry out his duties under the Agreement for the Sustainable Reform of the Puerto Rico Police Department (Agreement), ECF No. 60.

  1. Under the Agreement, the Commonwealth bears all reasonable fees and costs of the TCA. *Id. ¶* 273. On June 26, 2014, the Court approved and entered the Stipulated Order requiring that the TCA submit an annual budget not to exceed $1,500,000.00 through the fiscal year ending on June 30, 2018. Stipulated Order ¶ 18, ECF No. 139. The Stipulated Order further requires that the TCA submit to the Parties a proposed annual budget for every fiscal year thereafter at least sixty days prior to the conclusion of each budget year. *Id.* ¶ 16.

2. In compliance with the Stipulated Order, on February 13, 2018, the TCA submitted a proposed operating budget for the TCA Office for the fiscal year beginning on July 1, 2018 and running through June 30, 2019.  The proposed operating budget is for $1,494,833.91 and is consistent with the cap agreed by the Parties for the first four years of the TCA's appointment in recognition of the Commonwealth's current fiscal challenges.  The Parties reviewed and approved the proposed operating budget.  The agreed-upon budget is attached hereto as Exhibit A.

3. The agreed-upon budget for Fiscal Year 2018-19 is designed to provide the TCA with sufficient resources to meet the TCA's requirements under the Agreement.  The agreed-upon budget also reflects a shift from the current capacity-building period to implementation by allocating greater resources on compliance reviews and audits, including both qualitative and quantitative assessments by the TCA's subject matter experts, pursuant to Paragraph 242 of the Agreement.  The TCA also intends to conduct a second community survey, as required by Paragraph 241 of the Agreement, and to begin assessing outcomes, as required by Paragraph 243 of the Agreement.

WHEREFORE, the Parties respectfully request that the Court take notice of the agreed-upon budget for the TCA Office for Fiscal Year 2018-19 and endorse the budget to take effect on July 1, 2018.

Respectfully submitted, this 19th day of March, 2018,

| For Plaintiff UNITED STATES OF AMERICA: | For Defendants COMMONWEALTH OF PUERTO RICO, ET AL.: |
|---|---|
| **JOHN M. GORE**<br>Acting Assistant Attorney General<br>Civil Rights Division | **WANDA VAZQUEZ GARCED**<br>Secretary of Justice |
| | **WANDYMAR BURGOS VARGAS**<br>Deputy in Charge of General Litigation |

| | |
|---|---|
| **STEVEN H. ROSENBAUM** | **SUSANA PENAGARICANO BROWN** |
| Chief, Special Litigation Section | Director Federal Litigation and Bankruptcy |
| | |
| *s/ Luis E. Saucedo* | *s/ Joel Torres Ortiz* |
| **TIMOTHY D. MYGATT** | **JOEL TORRES ORTIZ** |
| Deputy Chief | U.S.D.C. NO. 302311 |
| **LUIS E. SAUCEDO** (G01613) | Federal Litigation Division |
| Counselor to the Chief | Department of Justice |
| **BRIAN BUEHLER** (G01813) | P.O. Box 9020192 |
| Trial Attorney | San Juan, P.R., 00902-0192 |
| U.S. Department of Justice | Tel. (787) 721-2900, ext.2647,2650,2624 |
| Civil Rights Division | Fax (787) 723-9188 |
| Special Litigation Section | joeltorres@justicia.pr.gov |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | Attorneys for Defendants |
| Tel: (202) 598-0482 | |
| Fax: (202) 514-4883 | |
| luis.e.saucedo@usdoj.gov | |

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th of March, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record and the Technical Compliance Advisor on the service list to be served by electronic means.

*s/Luis E. Saucedo*
LUIS E. SAUCEDO (G01613)
Counselor to the Chief