| TCA Office Expense | | | |
|---|---|---|---|
| Salary & Wages | | Subtotal | Grand Year Total |
| Arnaldo Claudio | $215,000.00 | | |
| Eric Guzmán | $130,000.00 | | |
| In-house Legal Cousel | $65,000.00 | Position not filled | |
| Anjélica Orfila | $35,094.00 | | |
| Josué López | $35,094.00 | | |
| | Subtotal | $480,188.00 | $480,188.00 |
| | | | |
| Salary & Wages Burden | | | |
| Social Security | $30,665.17 | | |
| Medicare | $7,169.35 | | |
| FUTA | $210.00 | | |
| SUTA | $1,715.00 | | |
| State Disability Insurance | $135.00 | | |
| State Insurance Fund | $3,741.79 | | |
| Driver's Insurance | $15.60 | | |
| Bonus Act 148-1969 | $14,250.00 | | |
| | Subtotal | $57,901.91 | $57,901.91 |
| | | | |
| Fixed Office Expenses | | | |
| Office Rent | $36,000.00 | | |
| Office Supply & Maintenance | $1,500.00 | | |
| Telephone & Communications | $3,000.00 | | |
| Accounting Services (CPA) | $18,100.00 | | |
| | Subtotal | $58,600.00 | $58,600.00 |
| | | | |
| Vehicle Expenses | | | |
| Gasoline | $10,000.00 | | |
| Tolls | $1,500.00 | | |
| Vehicle & Office Insurance | $3,254.00 | | |
| Vehicle Maintenance | $2,000.00 | | |
| Vehicles Regisration | $340.00 | | |
| CT Chauffer | $10,800.00 | | |
| | Subtotal | $27,894.00 | $27,894.00 |
| | | | |
| Travel | | | |
| Conference, conventions & meetings | $5,000.00 | | |
| | Subtotal | $5,000.00 | $5,000.00 |
| | | | |
| Comprehensive Survey (Paragraph 241) | $62,250.00 | | |

| | | | |
|---|---|---|---|
| Qualitative and Quantitative Assessment (Paragraph 243) | $50,000.00 | | |
| | Subtotal | $112,250.00 | $112,250.00 |
| | | | |
| Core Team visits and Qualitative and Quantitative Assessment | | | |
| Policy Review | $22,500.00 | | |
| Use of Force | $151,000.00 | | |
| Search and Seizure | $120,000.00 | | |
| Other | $123,000.00 | | |
| Report Writing | $136,500.00 | | |
| | Subtotal | $553,000.00 | $553,000.00 |
| | | | |
| Constitutional Lawyers | $70,000.00 | | |
| | Subtotal | $70,000.00 | $70,000.00 |
| IT Consultant | | | |
| IT Consultant | $70,000.00 | | |
| | Subtotal | $70,000.00 | $70,000.00 |
| Public Hearing | | | |
| Public Hearing | $40,000.00 | | |
| | Subtotal | $40,000.00 | $40,000.00 |
| | | | |
| Special Assignment Review | $20,000.00 | $20,000.00 | $20,000.00 |
| | Subtotal | | |
| | | | |
| | | Grand Total | $1,494,833.91 |