IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

CASE NO. 12-2039 (GAG)

## MINUTES AND ORDER

The undersigned held an in camera conference on this date. The attendance list is attached. The Court discussed the following matters with the parties:

1. Transcripts for public hearings will soon be available upon parties' payment thereof on a 50/50 basis.

2. Joint modification of paragraphs 11 and 229 of the agreement is approved.

3. Joint supplemental motion (Docket No. 773) is also approved insofar as the deadlines requested.

4. The town hall meetings will commence in May. Attorney Castellanos of the Monitor's Office has been designated to schedule, coordinate, and run the same. The Court will issue specific directives as to the format at a later date.

5. Insofar as the budget of FY 2018-19, that of the TCA office has been approved. The Commonwealth, on or before April 6, 2018, shall inform the status of the reform budget as well as that from asset forfeiture.

**SO ORDERED.**

In San Juan, Puerto Rico this 23nd day of March, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge

**Civil No. 12-2039 (GAG)**

Attendance List

1. Arnaldo Claudio – TCA
2. Luis Saucedo – USDOJ
3. Tim Mygatt – USDOJ
4. Sarah Lopez – USDOJ
5. Alfonso Orna Dmilivia – Governor's Personal Representative
6. Wandymar Burgos Vargas – PRDOJ
7. Susana Penagaricano Brown – PRDOJ
8. Joel Torres Ortiz – PRDOJ
9. Clementina Vega Rosario – Police Office Reform
10. Antonio Bazan – Legal advisor TCA
11. Jose Pujol – Consultant-advisor TCA
12. Marcos Soler – Deputy TCA
13. Alfredo Castellanos – Legal advisor TCA