UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff;<br><br>　　v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>　　　　　　　Defendants. | No. 12-cv-2039 (GAG) |

**TCA's MOTION TO RESTRICT**

TO THE HONORABLE COURT:

　　COMES NOW Arnaldo Claudio, the Technical Compliance Advisor (TCA), represented by the undersigned attorney and very respectfully informs and submits the following to this Honorable Court:

1. The TCA intends to file a motion submitting an unsworn statement pursuant to Title 28, <u>United States Code</u>, Section 1746, under the penalty of perjury and a request for this Court to issue an Order.

2. That pursuant to the Order of this Honorable Court it is respectfully requested that the aforesaid Motion Submitting an Unsworn Statement under the penalty of perjury and a request for an Order of this Honorable Court be filed in restricted mode until a further determination by the Court.

　　**Wherefore** the Technical Compliance Advisor respectfully requests the above motion be granted as requested by this Honorable Court and a copy of the foregoing motion be electronically notified to all parties through the Court's system.

San Juan, Puerto Rico, this 26th. day of March 2018.

CERTIFICATE OF SERVICE: I hereby certify that a copy of the foregoing motion has been electronically notified to all parties through the Court's system

                                                 S// *Antonio R. Bazán Gonzalez*
                                                 Antonio R. Bazán González
                                                 USDC No. 117007
                                                 Edificio Banco Cooperativo
                                                 Suite 604-B
                                                 623 Ave. Ponce de León
                                                 San Juan, Puerto Rico, 00918
                                                 antonior.bazan@gmail.com
                                                 Tel. (787) 764-7684