# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff; <br><br>    v. <br><br> COMMONWEALTH OF PUERTO RICO, ET AL., <br><br>    Defendants. | No. 12-cv-2039 (GAG/PG) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff, the United States of America, in response to this Court's Order, ECF No. 793 (Mar. 26, 2018), and seeks an extension of time to file its brief responsive to the Technical Compliance Advisor's Motion, ECF No. 791 (Mar. 26, 2018).  The Court ordered, "PRPB shall, on or before Wednesday March 28, 2018 at noon, state its position as to the TCA requests at paragraphs 2(b) and (c)." ECF No. 793.  The Court also ordered, "USDOJ shall likewise state its position." *Id.*  In an abundance of caution, the United States is seeking an extension of time from 12:00 p.m. until the moment of filing on March 28, 2018, to state its position on the Technical Compliance Advisor's requests.

WHEREFORE, the United States respectfully requests that this Court grant the extension of time requested herein.

Respectfully submitted, this 28th day of March, 2018,

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section
Civil Rights Division

S/LUIS E. SAUCEDO
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
Counselor to the Chief
**BRIAN BUEHLER** (G01813)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel:   (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th of March, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record and the Technical Compliance Advisor on the service list to be served by electronic means.

S/LUIS E. SAUCEDO
LUIS E. SAUCEDO (G01613)
Counselor to the Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue NW-PHB
Washington, DC 20530
Tel.: (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov