# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff; v. COMMONWEALTH OF PUERTO RICO, ET AL., Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for March 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | March 19, 2018 to March 23, 2018 |
| Rafael E. Ruíz | $6,500.00 | March19, 2018 to March 23, 2018 |
| Marcos Soler | $3,900.00 | March 22, 2018 to March 24, 2018 |
| John J. Romero | $6,500.00 | March 19, 2018 to March 23, 2018 |
| Alan Youngs | $6,500.00 | March 19, 2018 to March 23, 2018 |
| Scott Cragg | $3,600.00 | March 20, 2018 to March 22, 2018 |
| Alejandro Del Carmen | N/A | N/A |
| | Subtotal | $33,500.00 |
| **Telework** | | |
| Gerard LaSalle | N/A | March 2018 |
| Linda V. Navedo | $2,600.00 | March 2018 |
| Rafael E. Ruíz | $900.00 | March 2018 |
| Marcos Soler | $7,800.00 | March 2018 |
| John J. Romero | $2,600.00 | March 2018 |
| Alan Youngs | $1,950.00 | March 2018 |
| Scott Cragg | $5,500.00 | March 2018 |
| Alejandro Del Carmen | N/A | N/A |
| | Subtotal | $21,350.00 |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $3,281.25 | March 2018 |
| Federico Hernandez Denton | N/A | N/A |
| Antonio Bazán | $3,156.25 | March 2018 |
| | Subtotal | $6,437.50 |
| **Jose Pujol** | $550.00 | Hours worked on planning, preparing and/or conducting assessment. |
| **Ricardo Blanco Peck** | $31,250.00 | Services for Part of Phase I (April 2018 to October 2018) |
| | Subtotal | $31, 800.00 |
| **Office Expenses** | | |
| Office and Car Insurance | $4,022.00 | March 2018 to February 2019 |
| Office Supply | $30.79 | March 2018 |
| | Subtotal | $4,052.79 |
| **Car Expenses** | | |
| Chauffer | $900.00 | March 17, 2018 to March 24, 2018 |
| Gasoline | $510.00 | March 2018 |
| Tolls | $50.00 | March 2018 |
| Car Maintenance | $87.50 | March 2018 |
| | Subtotal | $1,547.50 |
| | **Total** | **$98,687.79** |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $98,687.79, the total amount of the monthly expenses, for the month of March 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the December expenses are approved and a check be issued in the amount of $98,687,79, the total amount of the expenses for the month of March 2018.

In San Juan, Puerto Rico, this day April __4__, 2018.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

_____

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.