# INVOICE FOR PROFESSIONAL SERVICES: MARCH/2018
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:    **TCAPR Corp.**
    #268 Muñoz Rivera
    Suite 1001, World Plaza
    San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **March/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work session for the distribution of policies sent by the PRPD, corresponding to the month of February/2018, to be reviewed in March/2018; working on the preliminary agenda for the week of Core Team in Puerto Rico in this month; reading and review of electronic mail; telephone calls for the follow-up of pending matters, among other responsibilities. (8.0 hrs) | N/A | X | 1-4/March | |
| Work session to attend the following activities: follow-up on the review of the policies; receipt, review and analysis of the activities of the members of the Core Team for the development of the agenda corresponding to the month of March/2018 and related logistics; reading, review and analysis of documents related to the topics that will be addressed in the next visit of the Core Team, among other tasks; work session for the development of the agenda, many conference calls with TCA Arnaldo Claudio and Eric Guzmán for the discussion and develop of the agenda; follow-up on the review and submission of policies, among other procedures. (20.0) | N/A | X | 5-11/March | |
| No work was done during this week because medical procedures. | N/A | X | 12-18/March | |
| TCA CORE TEAM WEEK | N/A | X | 19/March | $1,300.00 |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA CORE TEAM WEEK | N/A | X | 20/March | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 21/March | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 22/March | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 23/March | $1,300.00 |
| Reading, reviewing and analyzing policy sent by the PRPB: General Order Employee Assistance Program (PAE); writing of the week's documents of the activities done during the Core Team's Week in Puerto Rico; drafting for Complementary SMR; working in April's Core Team Week Agenda. (12.0) | N/A | X | 24-31/March | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA CORE TEAM WEEK: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 22.67 HOURS | | | | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
March 31, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA                                   Date: 4/4/ , 2018
President
TCAPR Corp.

ok bf.

2

Rafael E. Ruiz
610 Pleasant St
Canton MA 02021

**INVOICE # 2018-03**
DATE:  March 31, 2018

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR: Service: March 1st through March 31, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation of my section agenda for March PR Visit | 2 hours | $150/hr. | $300.00 |
| Preparation Search and Seizure section 8th 6-Mo Rep. | 4 hours | $150/hr. | $600.00 |
| Monday, March 19, 2018: Meeting at TCA Office; Administrative issues | 1 day | $1300/day | $1,300.00 |
| Tuesday, March 20: Visit/interviews at Santurce and Rio Piedras Police Precincts (San Juan Area) | 1 day | $1300/day | $1,300.00 |
| Wednesday, March 21: Visit/Interviews Police Districts Juana Diaz and Yauco (Ponce Area) | 1 day | $1300/day | $1,300.00 |
| Thursday, March 22: Visit/interviews Police Districts Guaynabo and Dorado (Bayamon Area) | 1 day | $1300/day | $1,300.00 |
| Friday, March 23: TCA Office Meetings and Preparation of reports | 1 day | $1300/day | $1,300.00 |

**TOTAL BILLED**                                           **$7,400.00**


_____                    Date: March 31, 2018

Rafael E. Ruiz

ok

Rafael E. Ruiz                                          **INVOICE # 2018-03**
610 Pleasant St                                         DATE:  March 31, 2018
Canton MA 02021

T0: TCA-PR, LLC                          FOR: Service: March 1st through March 31, 2018
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation of my section agenda for March PR Visit | 2 hours | $150/hr. | $300.00 |
| Preparation Search and Seizure section 8th 6-Mo Rep. | 4 hours | $150/hr. | $600.00 |
| Monday, March 19, 2018:<br>Meeting at TCA Office; Administrative issues | 1 day | $1300/day | $1,300.00 |
| Tuesday, March 20: Visit/interviews at Santurce and<br>Rio Piedras Police Precincts (San Juan Area) | 1 day | $1300/day | $1,300.00 |
| Wednesday, March 21: Visit/Interviews<br>Police Districts Juana Diaz and Yauco (Ponce Area) | 1 day | $1300/day | $1,300.00 |
| Thursday, March 22: Visit/interviews<br>Police Districts Guaynabo and Dorado (Bayamon Area) | 1 day | $1300/day | $1,300.00 |
| Friday, March 23: TCA Office Meetings and<br>Preparation of reports | 1 day | $1300/day | $1,300.00 |

**TOTAL BILLED**                                     **$7,400.00**


_Rafael E Ruiz_                              Date: March 31, 2018
Rafael E. Ruiz

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:    **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) from March 1 2018 through March 26, 2018 (March 27 through March 31, 2018 will be submitted in the April invoice) is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on updating six-month report, review of monitoring trips and entering data into compliance tables (11.0 billable hours) | X | N/A | Saturday through-Sunday, March 3-4, 2018 | (11 @ $150 = $1,650) |
| Work from New York City: Work on Methodology and six-month report (13.0 billable hours) | X | N/A | Saturday through-Sunday, March 10-11, 2018 | (13 @ $150 = $1,950) |
| Work from New York City: Preparation for Core team week, review of EIS policy and comparative jurisdictions and reports, work on Methodology for Friday meeting, work on six-month report (18.0 billable hours) | X | N/A | Saturday through-Sunday, March 17-18, 2018 | (18 @ $150 = $2,700) |
| Work from Puerto Rico: See TCA agenda + additional work on six-month Report | N/A | X | Thursday through Saturday, | (3 days @ $1,300 |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| (28 billable hours, 3 days) | | | March 22-24, 2018 | = $3,900) |
| Work from New York City: Review of semi-annual tables and monitoring reports + drafting post site visit statement for court submission (10 billable hours) | X | N/A | Sunday through Monday, March 25-March 26, 2018 | (10@ $150 = $1,500) |
| TOTAL HOURS WORKED: 76.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (24 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (52 HOURS @ $150): | | | | $7,800 |
| TOTAL TO BE BILLED: | | | | $11,700 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
March 27, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

ok *[signature]* 4/4/2018

2

Date: _4/4/2018_ , 2018.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

March 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 046
FOR PROFESSIONAL SERVICES RENDERED MARCH 2018

Monday, March 19, 2018          TCA Office re: meetings

Tuesday, March 20, 2018         Site Visit Manuabo Police District

Wednesday, March 21, 2018       Site Visit Trujillo South Precinct
                                Site Visit Trujillo North precinct

Thursday, March 22, 2018        Site Visit PRPB Academy
                                Site Visit FIU at PRPB H.Q.

Friday, March 23, 2018          TCA Office re: meetings

**5 DAYS (DAY RATE $1,300) = $6500**

March 1-31          Prepared and submitted Core Team proposed site visits document for
                    March/2018 visit   2 hrs.
                    Reviewed PRPB Use of Force Policy General Order Chapter 600
                    Section 601 1.5 hrs.
                    Prepared comments on the above 1 hr.
                    Reviewed PRPB General Order Chapter 600 Section 605, Reporting
                    and Investigating Use of Force 1.5 hrs.
                    Prepared comments on the above 1.5 hrs.
                    Reviewed appendices relating to General Order Chapter 600, Section

605 1 hr.
 Prepared comments on the above 1 hr.
Reviewed PRPB Form "Notification of Critical Incidents" .5 hrs.
Prepared comments on the above 1hr.
Reviewed PRPB Form "Notification of Incidents of Use of Force
PPR-605.3 .5 hrs.
Prepared comments on the above .5 hrs.
Reviewed PRPB Form "Use of Force Report" PPR-605.1 1 hr.
Prepared comments on the above 1 hr.
Reviewed PRPB "Daily Notification of Incidents of Use of Force" .5 hrs.
Prepared comments on the above .5 hrs
Reviewed PRPB General Order Chapter 600, Section 602 "Use and
Management of Electronic Control Device (Taser) 1.5 hrs.
Prepared comments on the above. 1.5 hrs.
Reviewed PRPB General Order Chapter 600, Section 407 "Early
Intervention System" (EIS) 3 hrs.
Prepared comments on the above. 2 hrs.


**TOTAL HOURS:   23 HOURS   0 MINUTES.**


**BILLABLE HOURS   17 HOURS   20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO   5 HOURS     40 MINUTES**


**TOTAL: $9,100**

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

March 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED March,2018

| | |
|---|---|
| Monday, March 19, 2018 | TCA Office re: meetings, six-month report Prepare materials for District Inspections. |
| Tuesday, March 20, 2018 | Visit the Districts of Santurce and Rio Piedras. Purpose of the visit was to inspect and check Records, Protocols and Certificates.  Discussion held with Commanders about the current situation at these Districts. |
| Wednesday, March 21, 2018 | Visit the Districts of Juana Diaz and Yauco. Purpose of visit was to inspect Records and Protocols and Certifications. Discussion held with Commanders about the current situation at these Districts. |
| Thursday, March 22, 2018 | Visit Police Academy, discuss training statistics and observe training class. Visit FIU with regards to reporting, reference Use of Force reports |
| Friday, March 23, 2018 | TCA Office re: Monthly meeting, preparation of compliance tables Prepare written reports re: site visit |

**5 DAYS (DAY RATE $1,300) = $6500**

OK

March 1 - 31

Reviewed TCA policy submissions - 2 hours

Provided New Orleans Insight intervention materials at request of Diaz and Cragg – 1.5 hours

Provided training materials and examination to Col. Rivera and staff for virtual training (Ethics Course) and Crisis Intervention materials – 1.5 hours

Prepared site visits for March visit – 2 hours

Prepared resume for Federal Court – 1.5 hours

Prepared changes for compliance tables – 4.5 hours

**TOTAL HOURS:   13 HOURS**

**BILLABLE HOURS:  13HOURS AT RATE OF $150 PER HOUR = $1,950.00**

**TOTAL: $8,450.00**

ok 

4/4/2018

## INVOICE 0037 FOR PROFESSIONAL SERVICES; MARCH 1 – MARCH 27, 2018
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of March 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 2.75 | | 3600.00 |
| telcons and emails to/from CT, PRPD, USDOJ, regarding GO's, manuals, policy coordination, Action Tables, 253 mtg, on site admin/kick-off mtg | 8.75 | | | 1312.50 |
| Review of DOJ data and reports on Data Analysis and court documents, including assessment o fPRPD request for extension. | 3.75 | | | 562.50 |
| Review Samples Administrative Investigation system provided by DoJ | 0.75 | | | 112.50 |
| Radio Comm's/Satcom review research in support of recovery of PRPD IT microwave towers | 2.25 | | | 337.50 |
| Review and coordinate PRPD submission of EIS General Order | 3.50 | | | 525.00 |
| Review past action items and trip reports, recommend and prepare agenda | 1.50 | | | 225.00 |
| Trip Report | 2.50 | | | 375.00 |
| Review and update Action Plans | 2.50 | | | 375.00 |
| Update Versions 0.2 & 0.3 of Punch List . Adapt and track action items | 14.75 | | | 2212.50 |
| | | | | |
| Total hours US | 40.25 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | 2.5 | $3,600 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 40.25 | $6,038 |
| TOTAL EXPENSE | | | | $9,638 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | | | 3.58 | -537.50 |
| | | | FEE | $9,100 |

ok

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

OK  RF  4/4/2018



**CASTELLANOS GROUP
P.S.C.**

# INVOICE

**INVOICE NUMBER:  52**
**INVOICE DATE:  MARCH 27, 2018**

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-27-18 | Police Reform-Puerto Rico | Review of communication from TCA Claudio | 0.25 | $125.00 | $31.25 |
| FEB-28-18 | Police Reform-Puerto Rico | Conference call with Hernandez Denton, Esq. and Bazan; review of privilege communication to the Court in compliance with standard TCA requirements | 3.00 | $125.00 | $375.00 |
| MAR-01-18 | Police Reform-Puerto Rico | Communications with Bazán, Esq.; communication with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| MAR-02-18 | Police Reform-Puerto Rico | Review of Order, re: Town Hall Meetings | 0.25 | $125.00 | $31.25 |
| MAR-05-18 | Police Reform-Puerto Rico | Review of Order, communication with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| MAR-09-18 | Police Reform-Puerto Rico | Review of communication, re: Possible Police Brutality, communication with the Court in Compliance with standard TCA requirements | 0.50 | $125.00 | $62.50 |
| MAR-13-18 | Police Reform-Puerto Rico | Review of Orders | 0.25 | $125.00 | $31.25 |
| MAR-16-18 | Police Reform-Puerto Rico | Review of Motion filed by the Commonwealth, review of Stipulation | 1.00 | $125.00 | $125.00 |
| MAR-17-18 | Police Reform-Puerto Rico | Conference call with TCA Claudio, communication with Guzman, re: upcoming Town Hall Meetings | 1.00 | $125.00 | $125.00 |
| MAR-17-18 | Police Reform-Puerto Rico | Review of communication from TCA | 0.25 | $125.00 | $31.25 |
| MAR-18-18 | Police Reform-Puerto Rico | Review of Agenda "Core Team" | 0.25 | $125.00 | $31.25 |
| MAR-20-18 | Police Reform-Puerto Rico | Preparation for meeting with TCA, re: "Town Hall Meetings" | 1.00 | $125.00 | $125.00 |

INVOICE NUMBER: 52

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-21-18 | Police Reform-Puerto Rico | Meeting with TCA and Team in Academia en Gurabo, re: Planning Town Hall Meetings and related matters | 8.00 | $125.00 | $1,000.00 |
| MAR-22-18 | Police Reform-Puerto Rico | Prepararation for Hearing, "In Chambers Hearing" before Judge Gelpi | 3.00 | $125.00 | $375.00 |
| MAR-23-18 | Police Reform-Puerto Rico | Coordination of meeting; re: Town Halls Meetings | 1.00 | $125.00 | $125.00 |
| MAR-24-18 | Police Reform-Puerto Rico | Communications with TCA Claudio, Town Hall Meetings, communications with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| MAR-25-18 | Police Reform-Puerto Rico | Review of communication from TCA Claudio, review of communications re: Stipulated Order | 1.50 | $125.00 | $187.50 |
| MAR-26-18 | Police Reform-Puerto Rico | Work related to upcoming "Town Hall Meetings"; Review of communications from TCA Claudio, "Documents filed" review of Order | 2.00 | $125.00 | $250.00 |
| | | Total hours for this invoice | 26.25 | | |
| | | Total amount of this invoice | | | $3,281.25 |

o\s ff.
4/4/2018

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

March 27, 2018

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-03**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of March 2018.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---------|---------|------------------------------|
| 3/06/2018 | **3 hrs.** 4:15 to 7:15 pm | Review and advice on Electronic Control Device (Taser), Redline Review on Use of Force, Redline Review Report and Investigation on Incident of Use of Force, Review of Appendices GO 600-Section 605, Notifications on Critical Incidents of Use of Force (Form 605.3) Use of Force Report Review (Form 605.1), Daily Notifications of Incidents of Use of Force – All submitted by TCA Core Team Member John Romero. |
| 3/19/2018 | **2.50 hrs**. 9:00 to 9:30 am and 10:00 am to 12:00 N | TCA Meeting with Core Team and  CIC preparation meeting with Col. C. Vega and Counsel Luis Saucedo USDOJ |
| 3/20/2018 | **1.50 hrs**.  9:00 to 10:30 am | Meeting with PRPB Reform Office Attorneys at PRPB to discuss pending policies |
| 3/21/2018 | **4.25 hrs.** 10:00 am to 12:30 pm and 1:15 to 3:00 pm | Meeting with Community Interaction Groups at the Police Academy |
| 3/22/2018 | **2:00 hrs.**   2:00 to 4:00 pm | In Chambers (Jury Room) Status Conference of the Parties with Hon. Gustavo A. Gelpi USDJ. |
| 3/23/2018 | **6.50 hrs.**  1:00 to 7:30 pm. | Paragraph 253 Meeting and extended issues of production of a copy of a file and a directive of Interim Commissioner  of PRPB with counsel for USDOJ and DOJPR |
| 3/24/2018 | **1.50 hrs**.  10:30 pm to 12:00 midnight | Draft of pending motions. Attorney/Client Privilege Matter |

| 3/26/2018 | **4:00 hrs.** 7:30 am to 11:00 am. and 2:45 to 3:00 pm | Review and Advise on Attorney/client privilege document, review and changes to draft of motions, additional issues and filing of restricted motions with the Court. |
|-----------|------------------------------------------------------|------------------------------------------------------------------|
| 2/26/2018 | **25.25 Hrs.** Total hours billed | **25.25** hrs. x $125.00= $3,156.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

> *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok _____ 4/4/2018

**Jose L. Pujol**
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: <u>**2018-02**</u>

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments.  The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 03/21/2018 | **7 hrs.**  09:00 am to 04:30 pm (minus 0.5 hr. lunch) | Meeting at PRPB Police Academy with the TCA, PRPB personnel, representatives of the Community Interaction Councils and other community representatives and TCA personnel. |
| 03/22/2018 | **4 hrs.**  01:00 pm to 5:00 pm | Meeting with Judge Gustavo Gelpí, the TCA, USDOJ personnel, PRDOJ personnel, PRPB personnel, Licenciado Alfonso Orona, and TCA personnel at the US District Court, San Juan, PR. Waiting for, and coordinating activities related to the Town Hall meetings, with Licenciado Alfredo Castellanos. |
| | | |
| 03/26/2017 | **11 hrs.** Total hrs. billed | **11 hrs.** x $50.00= **$550.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department.  Signed copy of this Invoice will be personally delivered.

\*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

03/26/2018

or    4/4/2018

## Invoice April 1, 2018: $31,250.00

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

## Services for Part of Phase I &April 1 to October 31 2018: $31,250.00

Reform of Puerto Rico Police Department, Technical Compliance Advisor of Puerto Rico.

| Phase | Calendar |
|---|---|
| 1- Professionals will be selected, hired and prepared as survey "interviewers" to carry out each of the three exhaustive survey's (residents, police officers & detainees). We expect to COMPARE the new 2018-19 results to the 2015-16 exhaustive surveys through inferential statistics. The study will be carried out in phases:<br><br> Phase one will be carried out from April 2018 to October 2018. | **(April 1 to October 31, 2018): $31,250.00** |
| 2- Participants will be selected through our previous personnel. | |
| 3- Interviewers will be selected and trained by the Professional & will conduct a pilot study. | |
| 4- Professionals will revalidate the 3 questionnaires. | |
| 5- Such instruments will have a variable index. | |
| 6- The study, methodology, and chronological timetable will be that of the Professional's submitted proposal. | |
| 7- Recollection of all the hundreds of questionnaires related to the three new exhaustive surveys & the running of the computer program SPSS for the development of descriptive and inferential statistics. | |

I look forward to maintain communication with you,

Sincerely yours,

*Richard Blanco Peck*

**Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**



CU 302282
Renewal of Number

## Multinational Insurance Company
SAN JUAN, PUERTO RICO 00936

COMMERCIAL UMBRELLA LIABILITY POLICY
DECLARATIONS

Policy No.   **CU 302282**

Agency _____ J JARAMILLO INSURANCE

1. Named Insured and Mailling Address
**TCAPR CORP &/OR WESTERN BANK CTR**
**268 AVE. MUNOZ RIVERA STE 1001**
**SAN JUAN PR 00918-1921**

2. Policy Period: From _____ 2/23/2018 _____ to _____ 2/23/2019 at 12.01 A.M. Standard Time at your mailing address shown above

3. The named insured is: _____ Individual _____ Partnership _____ Corporation ___ x ___ Other
   Business Description:  Lessor's Risk

| 4. Limits of Liability: | $1,000,000 | Ocurrence Limit |
| | $1,000,000 | Aggregatte Limit |

| 5. Retained Limit: | $10,000 | Each Occurrence |

6. **SCHEDULED OF UNDERLYING INSURANCES**

| Types of Coverage | Limits of Liability | Insurance, Policy NO., Policy Periods |
|---|---|---|
| General Liability | | **MULTINATIONAL INSURANCE COMPANY** |
| A. Each Occurrence | $1,000,000 | 316638-2 |
| B. General Aggregate | $1,000,000 | **2/23/2018** TO **2/23/2019** |
| C. Products/Completed | $1,000,000 | |
|    Operations Aggregate | | |
| D. Personal Injury and | $1,000,000 | |
|    Advertising Injury | | |
| E. Employer's Liability | $1,000,000 | |
| Automobile Liability | | **MULTINATIONAL INSURANCE COMPANY** |
| CSL | $1,000,000 | CA 306479-2 |
| Hired & Non Owned | $1,000,000 | **2/23/2018** TO **2/23/2019** |
| Other | | |
| | | TO |
| Other | | |
| | | TO |

| 7. Premium: | | | | | |
|---|---|---|---|---|---|
| Premium is  adjustable at a rate of | N/A | per | N/A | of | N/A |

| Advanced Premium | $ _____ | Total Premium $ | 800.00 |
| | | Minimum Premium $ | N/A |

9. Forms and Endorsements attached at issue:  See Schedule Attached

*Multinational Insurance Company*

Countersigned:

By _____

Authorized Representative

THESE DECLARATIONS WITH THE POLICY PROVISIONS AND ENDORSEMENTS.
IF ANY, ISSUED TO FORM PART THEREOF, COMPLETE THE POLICY.

XRM



# J.JARAMILLO INSURANCE

PO Box 195357
San Juan, PR 00919



## INVOICE

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO | |
|---|---|---|
| | | 16954 |
| Date | 01/26/2018 | |
| Customer Service | DSG Insurance Corp | |
| Page | 1 of 1 | |

| Payment Information | |
|---|---|
| Invoice Summary | 450.00 |
| Payment Amount | |
| Payment for: | Invoice#202390 |
| CP000316638 | |

Thank You

TCAPR CORP &/OR ARNALDO CLAUDIO
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 202390 | 02/23/2018 | Renew policy | Policy #CP000316638  02/23/2018-02/23/2019<br>Multinational Insurance Company<br>General Liability - Renew policy | 450.00 |
| | | | **Total** | 450.00 |

Thank You

*AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF J JARAMILLO INSURANCE, INC. *****SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU TOTALIDAD. FAVOR DE EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE INC.*

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357<br>San Juan, PR  00919-5357 | | 01/26/2018 |





# JJI J.JARAMILLO INSURANCE

PO Box 195357
San Juan, PR 00919

TCAPR CORP &/OR ARNALDO CLAUDIO
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921

## INVOICE

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO | |
|---|---|---|
| | | 16954 |
| Date | 01/26/2018 | |
| Customer Service | DSG Insurance Corp | |
| Page | 1 of 1 | |

| Payment Information | |
|---|---|
| Invoice Summary | 2,772.00 |
| Payment Amount | |
| Payment for: | Invoice#202391 |
| CA000306479 | |

Thank You

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 202391 | 02/23/2018 | Renew policy | Policy #CA000306479  02/23/2018-02/23/2019 Multinational Insurance Company Business Auto - Renew policy | 2,772.00 |

| Total |
|---|
| 2,772.00 |

Thank You

AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF J
JARAMILLO INSURANCE, INC. *****SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU
TOTALIDAD. FAVOR DE EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE INC.

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357 San Juan, PR 00919-5357 | | 01/26/2018 |



# INVOICE  0131

3/22/2018

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR 00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Mar 17-24, 2018 to TCA Core Team, | |
| which includes the following: | |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (TCA Office, Headquarters in Hato Rey, Gurabo Police Academy) | |
| | |
| Total Hours Worked: 88 hrs | |

| | | |
|---|---|---|
| | Discount | |
| | Net Total | $900.00 |
| | Tax | |
| | | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #05 | | 10.00 |

Subtotal    10.00
Tax     0.00

**TOTAL**    **10.00**

ATH $    10.00

GRACIAS,
Vuelva Pronto
00012  TILL XXXX DR# 1 TRAN# 1023317
: 12        03/21/18 14:52:05

*Ford Edel 68 723.3*
*Raúl*

==========================================

PRINT NO.   6077

SHELL OAPANA
AVE. ROOSEVELT

MAR 21 18 07:58AM   RECEIPT NO. 2280702

PUMP  GRADE   VOLUME   PRICE   AMOUNT
----  -----   ------   -----   ------
PREPAY COMPLETE
8    REGULAR  02.074   6.00   6.00
CASH  TOTAL   6.00

==========================================

**PUMA 212**

San Juan

Fecha: 2/22/2018 12:37 PM
Cajero: Javier Alomar
Trans No. 332573
Batch No. 1220
Cnt  UPC/PLU  Descripción

| Combustible | Combustible Regular $ | $40.00 |
|---|---|---|
| 1 | $40.00 | |

Subtotal:    $40.00
Estatal:    $0.00
Municipal:    $0.00

Total:    $40.00
Cash:    $40.00

Cambio:    $0.00

Thank you for your business!

**CONTROL: J6SY4-L9VHG**
**ST**

BIENVENIDOS A
GULF SAN JUAN

| Descr. | Qty | amount |
|---|---|---|
| Prepay CA#01 | | 40.00 |

Sub Total    40.00
MUN    0.00
EST    0.00

**TOTAL**    **40.00**
CASH $    40.00

**THANKS, COME AGAIN**
REG# 0001 CSH# 008 DR# 01  TRAN# 19344
03/22/18  13:46:41    ST# G0209

```
FABR PETROLEUM
  787 296-4901

Descr.         qty      amount
-------        ---      ------
Prepay CA#08            40.00

          Sub Total     40.00
          ESTATAL        0.00
             MUN         0.00
    TOTAL            40.00
          CASH  $      40.00
THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 11580
03/20/18  19:44:37          ST# AB123
```

--------------------------------

CONTROL: CE01P-ELS2M
ST
processed by Softek
--------------------------------

*Raúl (Ford Edge)*
*64,880.0H millas*

**Puma 283 Gurabo**

Gurabo, PR

**Fecha: 3/22/2018 10:06 AM**
**Cajero: Estefanía Viera**
**Trans No. 469653**
**Batch No. 1259**
**Cnt   UPC/PLU   Descripción**

| Regular [7] 40.706 | $0.737 | $30.00 |
|---|---|---|

**Subtotal:**            $30.00

**Total:**               $30.00
**Pagado:**              $30.00
**Cambio: :**             $0.00
Thank you for your business!

Raul  64,512.0

FABR PETROLEUM
787 296-4901

| Descr. | qty | amount |
|--------|-----|--------|
| REG  CA #11 | 46.860L | 35.00 |
| | @ 0.747/ L | |
| Sub Total | | 35.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| TOTAL | | 35.00 |
| CASH $ | | 40.00 |
| Change $ | | -5.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 00  TRAN# 10451
03/19/18  09:59:18           ST# AB123

------------------------------
CONTROL: MMAWG-XZV52
SI
processed by Softek
------------------------------

## ARAMBURU ESSO SERVICES, CORP.

Carretera 189, Km. 2.6 Salida a Gurabo
**TEL.: (787) 746-7372 • Fax (787) 745-7630**
ESTACION OFICIAL DE INSPECCION
Mecánica Liviana y frenos • Alineamiento de Autos • Venta de Marbete
SERVICIO GARANTIZADO

ESSO

Fecha: 3/17/18

Co.
Millaje                          Marca
Tab. No.                Cash ☑  Credito ☐

| LITROS, GASOLINA DIESEL | | |
| QTOS. ACEITE | | |
| FILTRO | | |
| LAVADO | | |
| ENGRASE | | |
| GRASA TRANS. Y DIFERENCIAL | | |
| LAVADO MOTOR | | |
| ACEITE FRENOS | | |
| REPARACION GOMAS | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

13468          Recibí

Raul ( Ford Edge)
BIENVENIDOS A
SHELL MERCATIL PLAZA
TEL. 787-773-0898

| Descr. | qty | amount |
|--------|-----|--------|
| REG  CA #07 | 53.548L | 40.00 |
| | @ 0.747/ L | |
| Prepay Fuel | | -40.00 |
| Sub Total | | 0.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| TOTAL | | 0.00 |
| CASH $ | | 0.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 17860
03/17/18  15:46:00          ST# S0520

PETROLEUM
787 296-4901

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #12 | | 10.00 |
| Subtotal | | 10.00 |
| Tax | | 0.00 |
| **TOTAL** | | **10.00** |
| ATH $ | | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1024705
CSH: 17                      03/16/18 21:40:26

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#06 | | 20.00 |
| Sub Total | | 20.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 15680
03/12/18  14:45:20            ST# AB123

CONTROL : 60YPA 71.05
S1
processed by Softek

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #09 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| ATH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1021885
CSH: 17                      03/15/18 11:55:06

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1022916
CSH: 12                      03/15/18 23:17:39

```
          PUMA
     LA ESPERANZA
    [787]883-4241


Descr.          qty      amount
-------         ---      ------
Prepay CA#01             40.00
                        ----------
          Sub Total      40.00
          ESTATAL         0.00
          MUNICIPAL       0.00
     TOTAL      40.00
          CASH $  40.00
THANKS,COME  AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 12942
03/06/18  13:01:08         ST# AB123
```

```
        BIENVENIDOS
       PUMA CAPARRA


Descr.          qty      amount
-------          ...     ------
Prepay CA#05             20.00
                        ----------
          Sub Total      20.00
          MUNICIPAL       0.00
          ESTATAL         0.00
     TOTAL      20.00
          CASH $  20.00
THANKS,COME  AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 11186
03/05/18  09:57:39         ST# AB123
```

```
          PUMA
    MUNOZ RIVERA S/S
    560 PDA.35 HATO REY
       787 758 3417

Descr.          qty      amount
-------          ---     ------
< DUPLICATE RECEIPT >
  Prepay CA#0A            50.00
                        ----------
          Sub Total      50.00
          ESTATAL         0.00
          MUNICIPAL       0.00
     TOTAL      50.00
          CASH $  50.00
    Gracias por comprar en
          PUMA
REG# 0001 CSH# 004 DR# 01  TRAN# 13922
03/19/18  13:49:03         ST# TX930
```

**PUMA 212**

san juan .

Fecha: 3/14/2018 12:11 PM
Cajero: Yokasta Rodriguez
Trans No. 351249
Batch No. 1300
Cnt  UPC/PLU  Descripción

| Combustible | Combustible Station 6 | |
| --- | --- | --- |
| 1 | $50.000 | $50.00 |

| | |
| --- | --- |
| **Subtotal:** | **$50.00** |
| **Estatal:** | **$0.00** |
| **Municipal:** | **$0.00** |
| **Total:** | **$50.00** |
| **Cash:** | **$50.00** |
| **Cambio:** | **$0.00** |

Thank you for your business!

**CONTROL:**
**ST**

Case 3:19-cv-08033-FAB   Document 800-1   Filed 01/01/18

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18372

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 17 - Marzo 20 18

SR.

DIRECCION

TAB. NÚM. ___ CASH ☑ CRÉDITO ☐

| LITROS DE GASOLINA | |
| --- | --- |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ___ **TOTAL** 20 00

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

19078

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 3/19 20 18

SR.

DIRECCION

TAB. NÚM. ___ CASH ☑ CRÉDITO ☐

| LITROS DE GASOLINA | |
| --- | --- |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | caja 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ___ **TOTAL** 2000

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18400

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10 - Marzo 20 18

SR.

DIRECCION

TAB. NÚM. ___ CASH ☑ CRÉDITO ☐

| LITROS DE GASOLINA | |
| --- | --- |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | CASH |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ___ **TOTAL** 20 00

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18384

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 13 - Marzo 20 18

SR.

DIRECCION

TAB. NÚM. ___ CASH ☑ CRÉDITO ☐

| LITROS DE GASOLINA | |
| --- | --- |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | CASH |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ ___ **TOTAL** 20 00



# CENTRO DE GOMAS
# PUERTO NUEVO

Servicio de gomas
Lunes a Viernes 7:30 am a 6:30 pm
Domingo 8:30 am a 4:00 pm

**GOMAS NUEVAS Y USADAS**
**BALANCEO ELECTRONICOS**
**VENTA DE AROS NUEVOS Y USADOS**
TEL. 787-781-5125



"TODO LO PUEDO EN CRISTO
QUE E FORTALECE"
FILIPENSES 4:13

VENTA CASH

**FACTURA**
850

| Cliente | T C A |
| Direccion | |

| FECHA | D3 /9/19 |
| TEL. | |
| CEL. | |

| CANT | DESCRIPCION | UNIDAD | PRECIO |
|------|-------------|--------|--------|
| | GOMA | | |
| | | | |
| | REPARACION | | |
| | PARCHO | | |
| ( | INYECCION | 7 | 7 00 |
| | ROTACION | | |
| | BALANCEO | | |
| | VALVULA | | |
| | MONTURA | | |
| | | | |
| | | TOTAL | 7 00 |
| | | TAX | 00 |
| | | PRECIO TOTAL | 7 00 |

FIRMA DEL CLIENTE

Garantia por desperfectos de fabrica gomas sin alteraciones.

Recibo de Recarga

www.autoexpreso.com
1-888-688-100
Plaza Buchanan, Canal 11
Cajero: 266
03/16/18 12:26:54

Numero de Cuenta:       AU 03579521
Cantidad de Pago:     $      50.00
Metodo de Pago:           VISA 1352
Balance:              $      52.35

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

```
                    Bienvenidos a
         McDonald's Hato Rey 3 Rest: HR3
            Tel.(787) 748-8200 EXT. 8037
    Fecha: Mar.20'18(Tue)   Hora: 18:40:36
         Reg. 92    Cajero: 996795 Isa
```

## Orden# 144383
## Linea: 1
## PARA LLEVAR

```
   1 Big Mac Wedge              4.49
   1 21oz Diet EVM              1.60
                               -----
  SubTotal                      6.09
  Tax                           0.70
  Total                         6.79
  VISA                          6.79
  ==========================================
       CUENTANOS COMO ESTUVO HOY
       MANTENGA SU RECIBO E IR A:

         WWW.MCDEXPERIENCE.COM
  *******************************************
       HAY UN BENEFICIO PARA TI

       ¡Gracias y Vuelva Pronto!

       **McDonald's FREE WI-FI**
```



GOBIERNO DE PUERTO RICO



Superintendencia Auxiliar en Educación y Adiestramiento
Academia de la Policía de Puerto Rico

## HOJA DE CUADRE DIARIO

### POR VENTA DE DESAYUNO, ALMUERZO Y CENA

Boletos Vendidos:

Núm. Boleto Desayuno desde _____ Hasta _____

Núm. Boleto Almuerzo desde _844453_ Hasta _844455_

Núm. Boleto Cena desde _____ Hasta _____

Cuadre Diario:

Venta Boleto Desayuno _____ X $3.00 = _____

Venta Boleto Almuerzo ___6___ X $4.00 = _$24.00_

Venta Boleto Cena _____ X $4.00 = _____

Cantidad Recibida por Venta de Comestible _____

CERTIFICO que la cantidad recaudada por venta de comestible en el día de hoy

___21 di marzo di 2018___, es correcta.

_____
/ Firma del Recaudador (a)

_____
Firma del Funcionario (a)
Autorizado a Custodiar el Dinero