12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of March

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA, participated in a meeting with ACLU and with GRUPCORPO; met at the Police Academy to discuss, update and review Action Plans and DOT Training. As well met with José Rodríguez, Dominican Community Leader to discuss and update their situation. The TCA and his staff met with representatives of the Citizen Interaction Committees. The TCA participated in the meeting for the proposal of paragraph 241 and paragraph 243 survey. TCA also participated in the Paragraph 253 monthly meeting.

During this month the following policies were approved: General Order 600-638: Appearances and Summons to the Judicial and/or Administrative Forums Regulation for the Receipt, Processing, Investigation and Adjudication of Administrative Complaints against Employees of the Bureau of the Police of Puerto Rico; Order General: Center for Collection, Analysis and Dissemination of Criminal Intelligence (CRADIC); General Order 100-118: Functions and Responsibilities of the Division of Domestic Violence; General Order 600-627: Investigation of Incidents of Domestic Violence; OA-2016-4: Administrative Order for the Investigation of Incidents of Domestic Violence Involving Employees; Standard Procedure Manual (SOP) for Researchers of Domestic Violence; General Order: Administrative Norms and Procedures for the Implementation of Training and Readings; General Order 100-101: Auxiliary Superintendence of Management Services (SASG); General Order 400-403: Rules for the Use of Computerized Systems; General Order 400-402: Procedure for the Handling and Dissemination of Recordings of the Radio Communication System in the Police of Puerto Rico; General Order 100-123: Bureau of Technology and Communications; General Order 600-639: Application of Corrective Measures to Members of the Bureau of the Puerto Rico Police; General General 100-114: Auxiliary Superintendence in Prosfesional Responsibility; Manual of the Investigator of Auxiliary Superintendent in Professional Responsibility; General Order: Use and Management of the Application of Criminal Incidents Map (Crime Mapping); General Order: Performance Evaluation of Members of the Bureau of the Police of the Puerto Rico Police; General Order 100-124: Office of Internal Audit; Manual of the Office of Internal Audit Procedures; General Order 100-108: Auxiliary Superintendence in Education and Training; Regulation of students of the Auxiliary Superintendence in Education and Training; General Order: Public Information Program on Complaints and Awards; General Order 500-502: Strength Use Incidents Evaluating Boards; General Order 600-603: Use and Handling of the Expandable Baton; General Order 600-604: Use and Handling Pepper Spray; and General Order 600-613:

Cyber Crimes Division and Rules for Requesting, Intervening and Processing Electronic Activities and Equipment Related to the Crime Commission.

The following General Orders, subjects and/ or manuals were reviewed: General Order 800-801: Citizen Interaction Committee; CIC's Regulation; EIS Manual; General Order 600-601: Rules for the Use of Force; General Order 600-605: Report and Investigations on the Use of Force; Review of activities of Paragraphs 207 to 217; Status of Staff and Human Resources Studies; Use of Force Action Plans; observation and evaluation of the training in accordance to General Orders; review of the status of the PRP members Training; review of Use of Force Reports.

The following topics were discussed: Monitoring methodology, paragraph 13, promotions and transfers, the review of the Use of Force Investigation objectives; and meeting with SARP and its Legal Division

Also the Police Academy was visited during this month and the following Police Districts were visited: Dorado, Guaynabo, Juana Diaz, Yauco, San Juan, Santurce and Rio Piedras. The Police Academy, the Radio Control Center and SARP Unit were visited for meeting

Lastly, all administrative actions were completed, including but not limited to: meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation of the TCA's Office agenda for the month of April.