

**GOBIERNO DE PUERTO RICO**

**Autoridad para el Financiamiento de la Infraestructura de Puerto Rico**

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

Recibido: _Ortila_
Fecha: _Mon 12 march 2018_

# FACTURA

Fecha: 4/1/2018
Factura #: 2018-0480

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 4/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.



---

| ID Cliente | TCAPR |
| Nombre Cliente | TCAPR Corp. |

Fecha: 4/1/2018
Factura #: 2018-0480

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 4/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Favor de remitir su pago con este talonario a la dirección postal:
**P.O. Box 41207 - San Juan, PR 00940-1207**
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

Sales Tax: $0.00
Total: $3,000.00



Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
**www.clarotodo.com**

Factura        03/04/18
Cuenta         769528798   2
Núm. Servicio 765-2209-978
Página        1 de    3

| | |
|---|---|
| Balance Anterior | $ 198.57 |
| Pagos Recibidos - ¡Gracias! | $ 0.00 |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO**   **03/05/18**   **PAGUE INMEDIATAMENTE** | **$ 198.57** |

**CARGOS/CRÉDITOS POR SERVICIOS**

| | |
|---|---|
| **FIJO** | **$ 188.57** |
| **TOTAL** | **$ 188.57** |
| **TOTAL DE CARGOS CORRIENTES** | **$ 188.57** |
| **TOTAL A PAGAR*** | **$387.14** |

**FECHA VENCIMIENTO 04/02/18**

**\*AVISO DE SUSPENSIÓN: Su factura refleja atrasos pendientes de pago por lo que el servicio podrá ser suspendido en cualquier momento. La reconexión del servicio conlleva un cargo de $10.00 por línea. Además un depósito adicional podría ser requerido.**

Le recordamos que Claro podrá cambiar su límite de crédito asignado de acuerdo con su comportamiento de pago.



Protege el
**ambiente**
suscríbete a factura electrónica

Recibe y paga tu factura con
**Mi Claro PR** de forma segura y rápida.

 

¡Suscríbete hoy a través de
**www.claropr.com** o descarga el App!

La Comisión Federal de Comunicaciones notificó que el nuevo factor de contribución al Fondo de Servicio Universal Federal (FUSC) correspondiente al primer trimestre de 2018 será de 0.195 o un 19.5 por ciento.

The Federal Communications Commission notified that the new contribution factor to the Federal Universal Service Fund (FUSC) for the first quarter of 2018 will be 0.195 or 19.5 percent.

---

Por favor, desprenda este talón y devuélvalo con su pago.



Factura        03/04/18
Cuenta         769528798   2

**FECHA DE VENCIMIENTO**   04/02/18
**TOTAL A PAGAR**   **$387.14**
**CANTIDAD ENVIADA**

•Accede tu cuenta
•Paga tu factura
•Chatea online

 **¡Nuevo!**



**Para ver el detalle de su factura visite https://ebill.claropr.com**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000038714  70401

**RRG**
RR Group PSC

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E rrgcontact@rrgrouppsc.com

# Invoice for Current Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4483 |
|---|---|
| Date: | 3/31/2018 |
| Amount due (U.S. $): | 1508.34 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement March 2018: Monthly and Year -End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
| | | | Total: $ | 1508.34 |

*ELECTRONIC DEPOSIT INFORMATION*
*Banco Popular de Puerto Rico*
*Commercial Demand Deposit Account (U.S.D)*
*Routing #: 021502011 Account #: 180074490*