IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CASE NO. 12-2039 (GAG)

### ORDER

The Court in its order a Docket No. 799 informed it would designate specific TCA Office individuals to review certain sensitive documents in camera. The Court, thus, designates Deputy TCA Marcos Soler, Constitutional Counsel Federico Hernández Denton, and Investigator José Pujol.

The above persons shall review the documents at issue and are further ORDERED to only discuss their contents with USDOJ and PRBP counsel. At this time, and until further order of the Court, they shall not discuss the matter with anyone else from the TCA Office, nor any third parties.

The TCA shall immediately inform all persons who work for the TCA Office that the Court has created the Chinese Wall subject of this Order.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of April, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge