**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

**MOTION IN COMPLIANCE WITH ORDER AT DOCKET 799**

**TO THE HONORABLE COURT:**

  **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

  1. On March 28, 2018, this Honorable Court noted dockets 794 and 796, and further ordered that the PRPB deliver to the Judge's chambers on or before Thursday, April 5, 2018 an identical copy of all documents provided to USDOJ. (*See* Docket No. 799).

  2. Consequently, the Commonwealth informs this Honorable Court that in compliance with the Court's Order at docket No. 799, the undersigned on behalf of the PRPB, personally delivered yesterday to the Judge's chambers an identical copy of all documents provided to the USDOJ.

  **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on April 6, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov