# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

### INFORMATIVE MOTION REGARDING ASSET FORFEITURE FUNDS AND STATUS OF THE REFORM BUDGET

**TO THE HONORABLE COURT:**

    **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

    1.    On March 23, 2018, this Honorable Court held an in camera conference in which, among other things, it ordered the Commonwealth to inform on the status of the reform budget, as well as to the asset forfeiture funds. Likewise the Court ordered that the motion be filed with restrictive viewing. (*See* Docket No. 789).

    2.    On March 28, 2018, the Commonwealth informed Senior Attorney Advisor Matthew Colón, from the Money Laundering and Asset Recovery Section of the United Stated Department of Justice, that the PRPB had resolved its accessibility issues to the asset forfeiture funds.

    3.    Moreover, the PRPB has initiated procedures to recertify some purchases that were already in process when the issues of accessibility arose.

4. In regards to the status of the Police Reform budget, the Commonwealth informs this Honorable Court that the PRPB has maintained its request of twenty million ($20,000,000.00) for its budget of fiscal year of 2018-2019 for the Police Reform, and is currently awaiting approval from the Office of Management and Budget (OGP, in its Spanish acronym).

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on April 10, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov