## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

### EXTENSION OF TIME TO PROVIDE COMMENTS TO THE TCA'S SIX-MONTH REPORT

**TO THE HONORABLE COURT:**

  **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

  1. On April 2, 2018, the Deputy TCA Dr. Marcos Soler, shared with the parties a final draft of its Seventh Semi-Annual Report.

  2. Pursuant to Paragraph 252 of the Agreement, the Parties have fifteen (15) calendar days upon receipt to informally comment on the TCA's draft report. (*See* Docket No. 60)

  3. The PRPB is currently in the process of evaluating the complete TCA's report which is over six-hundred (600) pages long. Therefore, the Commonwealth requests that this Honorable Court grant an extension of time for the PRPB to provide its informal comments on or before April 27, 2018. Prior to drafting this motion, the

undersigned contacted both the TCA and USDOJ, on the Commonwealth's intention to seek an extension of time.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and grant this instant motion for an extension of time, until April 27, 2018, to provide comments to the TCA's Seventh Six-Month Report, pursuant paragraph 252 of the Agreement.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on April 17, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov