IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al,** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. 12-2039 (GAG)** |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Defendants.** | |

### **SCHEDULING ORDER FOR TOWN HALL MEETINGS**

As previously advanced, the Court Monitor ("TCA") will be scheduling "town hall meetings" across the island over the next several months (See Docket No. 762). As of today's date, the aforementioned town hall meetings are scheduled to take place in Bayamón, Arecibo, Caguas, Mayagüez, Guayama, and Ponce. The Court will schedule additional town hall meetings in other municipalities in the future.

The Court reminds the parties and all interested participants, that the scheduled town hall meetings will be informal in nature. Unlike the periodic public hearings conducted by the undersigned, the town hall meetings will be presided over by the TCA's constitutional and legal advisor, Alfredo Castellanos Bayouth. However, even though the meetings will not be conducted directly by the undersigned and will not follow a courtroom-like format, the TCA's Office is an arm of the Court, therefore all participants must conduct themselves as if the undersigned was presiding at the proceedings.

The town hall meetings shall have a two (2) hour duration, which will be distributed between the guest speakers, the parties and the TCA, Col. (ret.) Arnaldo Claudio. This timeframe

**Civil No. 12-2039 (GAG)**

may be extended as needed. A detailed agenda will be issued by the TCA for each town hall meeting as soon as confirmation is received in regards to the dates and guest speakers that will be participating in each meeting. A list of all guest speakers for each town hall meeting shall be furnished to attorney Castellanos at least fourteen (14) days before each meeting takes place.

The Court hereby clarifies that the submittal of the participant's written statements is not mandatory. However, those participants that wish to submit written statements prior to the town hall meetings may address them to attorney Castellanos at alfredo@cglawpr.com. Members of the public who will not be speaking at the town hall meetings may also submit a written presentation to the Court. No visual presentations will be allowed in the town hall meetings, but they may be submitted as well.

The Court intends to adhere to the scheduled itinerary with rigor, and exhorts all panelists to focus their respective testimonies to matters concerning the Reform. Guest speakers may conduct their presentations in Spanish or English since these are not proceedings of record.

Finally, the Court instructs attorney Castellanos to deliver a copy of the present order to all panelists, and any other individual that the TCA may deem necessary.

**SO ORDERED.**

In San Juan, Puerto Rico this 18th day of April, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge