IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CASE NO. 12-2039 (GAG)

## MINUTES OF PROCEEDINGS AND ORDER

A further status conference was held today before the undersigned. For PRPB and PRDOJ attorneys Susana Peñagarícano and Joel Torres were present. For US DOJ attorney Luis Saucedo was present. The TCA and his team were present, as was PRPD Reform Director Col. Clementina Vega.

The following matters were addressed:

1. The Court set the date of **May 16, 2018, at 10:00 a.m.** for a ninety minute presentation by V2A as to its conclusions of the personnel study, which shall be conducted as per paragraph 13 of the Agreement. The same will be held at the Old San Juan Courthouse in a court hearing open to the public. The parties were invited to present proposed questions to the Court on the study. These shall be provided for the Court on or before May 16, 2018.

2. The Court and TCA are considering additional resources for the monitor's office. Any candidates will be informed to the parties and will not affect the budget if they join the TCA team.

3. Dr. Blanco Peck will perform a second cycle of comprehensive surveys as per paragraphs 241 and 243 of the Agreement. The Court notes that the results of the first cycle of

**Civil No. 15-1358 (GAG)**

surveys do not represent the opinion of the TCA. Rather the surveys and methodology used were agreed upon by the TCA and parties. PRPB clarified for the record that it does not object to the survey and methodology itself, its results, nor to Dr. Black Peck performing the same.

4. PRPB informed it would provide to USDOJ and the TCA all requested personnel transfer information. The Court requested the parties to consider agreeing to a proposed order clarifying or restating all matters as to transfers.

5. The parties shall discuss the use of asset forfeiture funds tomorrow. If there are any issues, the parties shall bring them to the Court's attention.

6. The parties continue to address IT infrastructure in relation to the agreement in 16-2849 (GAG).

7. USDOJ requested until May 5, 2018, to consider PRPB's requests to extend specific capacity building periods. The Court granted the same.

8. TCA core team visits throughout 2018 have been scheduled by the TCA and parties.

9. The TCA will be discussing today with the parties his draft of the next six-month report. The final six-month report will cover April 1-October 1, 2018.

**SO ORDERED.**

In San Juan, Puerto Rico this 19th day of April, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge