UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

**MOTION TO STRIKE DOCKET 819 TO SUBSTITUTE WITH CORRECTED VERSION**

**TO THE HONORABLE COURT:**

  **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

  1. On this date, the Commonwealth submitted a motion to strike docket 818 from the record pursuant to paragraphs 287 and 288 of the agreement. (*See* Docket No. 819)

  2. The undersigned inadvertently filed an incorrect version of the Motion that contained a grammatical error at the first paragraph and an inadvertent addition at the fifth paragraph.

  3. Consequently, the Commonwealth request that the document at docket 819 be stricken from the record to be substituted with a corrected version. The undersigned apologizes for any inconvenience that this unintentional error may have caused this Honorable Court.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and strike document at docket 819 from the record so that a corrected version can be filed in its place.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on April 24, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

<u>**S/JOEL TORRES ORTIZ**</u>
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov