UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

## ORDER

**In Chambers Conference is set for Monday, April 30th, 2018 at 3:00 PM in Old San Juan Chambers before Hon. Gustavo A. Gelpi.** Only Puerto Rico Department of Justice counsel and US Department of Justice counsel (via telephone) shall attend.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of April of 2018.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge
