**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, ET AL., <br><br> Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for April 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | April 16th, 2018 to April 20th, 2018 |
| Rafael E. Ruíz | $6,500.00 | April 16th, 2018 to April 20th, 2018 |
| Marcos Soler | $3,900.00 | April 19th, 2018 to April 21th, 2018 |
| John J. Romero | $6,500.00 | April 16th, 2018 to April 20th, 2018 |
| Alan Youngs | $6,500.00 | April 16th, 2018 to April 20th, 2018 |
| Scott Cragg | N/A | N/A |
| Alejandro Del Carmen | $3,900.00 | April 16th, 2018 to April 18th, 2018 |
|  | **Subtotal** | **$33,800.00** |
| **Telework** | | |
| Gerard LaSalle | N/A | April 2018 |
| Linda V. Navedo | $2,600.00 | April 2018 |
| Rafael E. Ruíz | $300.00 | April 2018 |
| Marcos Soler | $8,700.00 | April 2018 |
| John J. Romero | $2,600.00 | April 2018 |
| Alan Youngs | $2,550.00 | April 2018 |
| Scott Cragg | $4,613.00 | April 2018 |

[1] See attached Invoices

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| Alejandro Del Carmen | $5,150.00 | April 2018 |
| | **Subtotal** | **$26,513.00** |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $4,375.00 | April 2018 |
| Federico Hernandez Denton | $3,625.00 | February & April 2018 |
| Antonio Bazán | $2,875.00 | April 2018 |
| | **Subtotal** | **$10,875.00** |
| **Jose Pujol** | $1,925.00 | April 2018 |
| | **Subtotal** | **$1,925.00** |
| **Car Expenses** | | |
| Chauffer | $900.00 | April 15th, 2018 to April 21st, 2018 |
| Gasoline | $625.26 | April 2018 |
| Tolls | $97.00 | April 2018 |
| Car Maintenance | $197.75 | April 2018 |
| | **Subtotal** | **$1,820.01** |
| **Office Expenses** | | |
| Corporate Taxes | $43.38 | Tax Year January to December 2017 |
| Office Supply | $26.76 | April 2018 |
| | **Subtotal** | **$70.14** |
| | **Total** | **$75,003.15** |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $75,003.15, the total amount of the monthly expenses, for the month of April 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $75,003.15, the total amount of the expenses for the month of April 2018.

In San Juan, Puerto Rico, this day May ____, 2018.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.