# INVOICE FOR PROFESSIONAL SERVICES: APRIL/2018
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **April/2018**, is detailed as follows:

| | | | | |
|---|---|---|---|---|
| Work session for the distribution of policies sent by the PRPD, corresponding to the month of April/2018, to be reviewed in April/2018; working on the preliminary agenda for the week of Core Team in Puerto Rico in this month; reading and review of electronic mail; telephone calls for the follow-up of pending matters, among other responsibilities. (6.0 hrs) | N/A | X | 1-5/April | |
| Work session to attend the following activities: follow-up on the review of the policies; receipt, review and analysis of the activities of the members of the Core Team for the development of the agenda corresponding to the month of April/2018 and related logistics; reading, review and analysis of documents related to the topics that will be addressed in the next visit of the Core Team, among other tasks; work session for the development of the agenda, many conference calls with TCA Arnaldo Claudio and Eric Guzmán for the discussion and develop of the agenda; follow-up on the review and submission of policies, among other procedures. Including meeting with Colonel Clementina Vega and Eric Guzman to discuss the Core Team Agenda. (20.0) | N/A | X | 6-13/April | |
| No work was done during this week because medical procedures. | N/A | X | 12-18/April | |

| | | | | |
|---|---|---|---|---|
| TCA CORE TEAM WEEK | N/A | X | 16/April | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 17/April | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 18/April | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 19/April | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 20/April | $1,300.00 |
| Writing of the week's documents of the activities done during the Core Team's Week in Puerto Rico. (6.0) | N/A | X | 24-24/April | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA CORE TEAM WEEK: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 14.67 HOURS | | | | |

INVOICE PRESENTED BY:


_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
April 27, 2018



Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.


_____
ARNALDO CLAUDIO, TCA                    Date: _____, 2018
President
TCAPR Corp.

OK [signature] 5/4/2018

2

Rafael E. Ruiz
610 Pleasant St
Canton MA 02021

**INVOICE # 2018-04**

DATE:  April 30, 2018

T0: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR: Service: April 1st through April 30th, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation of Agenda for April 2018 PR Visit | 2 hours | $150/hr. | $300.00 |
| Monday, April 16, 2018: Administrative Meeting at TCA Office; Meeting with USDOJ; Administrative Prep. | 1 day | $1300/day | $1,300.00 |
| Tuesday, April 17, 2018: Visit/Inspection of Utuado Police Area Districts of Jayuya and Adjuntas | 1 day | $1300/day | $1,300.00 |
| Wednesday, April 18, 2018: Visit/Inspection of Aguadillas Police Area Districts of Isabela and Rincon | 1 day | $1300/day | $1,300.00 |
| Thursday, April 19, 2018: Visit to Police Academy Re: Virtual Training Demo and training progress Dept.-wide as per Action Plans | 1 day | $1300/day | $1,300.00 |
| Friday, April 20, 2018: TCA Office and USDOJ Presentation on Use of Force; Adm. reports | 1 day | $1300/day | $1,300.00 |

**TOTAL BILLED**                                    **$6,800.00**

_Rafael E Ruiz_

Rafael E. Ruiz

Date: April 30th, 2018

# INVOICE FOR PROFESSIONAL SERVICES: MARCH–APRIL 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:      **TCAPR, LLC**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) from March 27, 2018 through April 26, 2018 (April 27 through April 30, 2018 will be submitted in the May invoice) is detailed as follows:

|  |  |  |  |  |
|---|---|---|---|---|
| Work from New York City: Work on updating six-month report, review of monitoring trips and entering data into compliance tables (12.0 billable hours) [not submitted in March invoice] | X | N/A | Tuesday through Friday, March 27-March 30, 2018 | (12 @ $150 = $1,800) |
| Work from New York City: Work on six-month report (26.0 hours) [not submitted in March invoice] | X | N/A | Saturday through-Sunday, March 31-April 1, 2018 | (26 @ $150 = $3,900) |
| Work from New York City: work on six-month report (6.0 billable hours) | X | N/A | Monday, April 2, 2018 | (6 @ $150 = $900) |
| Work from Puerto Rico: See TCA agenda + additional work on six-month Report (30 days) | N/A | X | Thursday through Saturday, April 19-21, | (3 days @ $1,300 = $3,900) |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | 2018 |  |
| Work from New York City: work on docket 779 and 804, revisions to six-month report (6.0 billable hours) | X | N/A | Sunday, April 22, 2018 | (6 @ $150 = $900) |
| Work from New York City: work on docket 779 and 804 (8 billable hours) | X | N/A | Monday through Thursday, April 23-26, 2018 | (8@ $150 = $1,200) |
| TOTAL HOURS WORKED: 88.00 HOURS |  |  |  |  |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (30 HOURS) |  |  |  | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (58 HOURS @ $150): |  |  |  | $8,700 |
| TOTAL TO BE BILLED: |  |  |  | $12,600 |

INVOICE PRESENTED BY:

_____ *Marcos Soler* _____

MARCOS F. SOLER
TCA Core Team
April 27, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.  I will submit additional days in April in my May invoice.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

oK *[signature]* 5/4/2018

2

Date: _____, 2018.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

April 30, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 047
FOR PROFESSIONAL SERVICES RENDERED APRIL 2018

Monday, April 16, 2018          TCA Office re: meetings

Tuesday, April 17, 2018         Site Visit Salinas Police District
                                Site Visit Cayey Police District

Wednesday, April 18, 2018       Site Visit Cidra Police District
                                Site Visit Aguas Buenas Police District

Thursday, April 19, 2018        PRPB Headquarters re: FIU meeting
                                PRPB Headquarters re: Radio Control Center meeting
                                TCA Office

Friday, April 20, 2018          TCA Office re: meetings

**5 DAYS (DAY RATE $1,300) = $6500**

April 1-30            Prepared responses to "Table Question" requested by Deputy TCA 3 hrs.
                     Completed Table Boxes 2 hrs.
                     Prepared and submitted Core Team proposed site visits document for

April/2018 visit   2 hrs.
Reviewed PRPB's Forms, "Use of Force Reports PPR-605.1" and
"Supplementary Report" PPR-605.2 1 hr.
Prepared comments on the above 1 hr.
Reviewed PRPB's report, "Notification of Incidents of Use of Force",
PPR-605.3 .5 hrs.
Prepared comments on the above .5 hrs.
Reviewed PRPB's "Daily Notification of Incidents of Use of Force"
Report PPR-605.4 .5 hrs.
Prepared comments on the above .5 hrs.
Reviewed PRPB's "Notification of Critical Incidents" report
PPR-605.5 .5 hrs.
Prepared comments on the above .5 hrs.
Reviewed Appendices (A through D) for General Order Chapter 600
Section 605 "Report and Investigation of Use of Force" 1 hr.
Prepared comments on the above. 1 hr.
Reviewed PRPB's 'Use of Force Incident Evaluation Forms" PPR-502.1
and PPR-502.2 also "Check List of Investigative File of Use of Force
Incidents" PPR-502.3 1.5 hrs.
Prepared comments on the above 1 hr.
Reviewed PRPB's policy "Rules for the Use of Force" General Order
Chapter 600, Section 601, 2 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's policy "Use and Management of Electronic Control
Device" (Taser) General Order, Chapter 600, Section 602 1 hr.
Prepared comments on the above 1 hr.
Reviewed PRPB's policy "Report and Investigation of Incidents of
Use of Force" General Order, Chapter 600, Section 605 2 hrs.
Prepared comments on the above 2 hrs.


**TOTAL HOURS:    26 HOURS    0 MINUTES.**


**BILLABLE HOURS   17 HOURS   20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO    8 HOURS    40 MINUTES**


**TOTAL: $9,100**

ok
8/  5/4/2018

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

April 30, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED APRIL, 2018

| | |
|---|---|
| Monday, April 16, 2018 | TCA Office re: meetings, six-month report Prepare materials for District Inspections. |
| Tuesday, April 17, 2018 | Visit the Districts of Salinas and Cayey. Purpose of the visit was to inspect and check Records, Protocols and Certificates.  Discussion held with Commanders about the current situation at these Districts. |
| Wednesday, April 18, 2018 | Visit the Districts of Cidra and Aquas Buenas. Purpose of visit was to inspect Records and Protocols and Certifications. Discussion held with Commanders about the current situation at these Districts. Assisted DOJ team members in obtaining Use of Force information from Districts. |
| Thursday, April 19, 2018 | Visit Police Academy, discuss training statistics and observe training class reference virtual training courses on Use of Force and Booking Evidence. |
| Friday, April 20, 2018 | TCA Office re: Monthly meeting, debrief by DOJ expert reference Use of Force at Headquarters. |

**5 DAYS (DAY RATE $1,300) = $6500**

oK

April 1 - 30

Reviewed TCA police academy syllabus submissions – 2 hours

Reviewed TCA policy submissions - 2 hours

Researched and provided security information for TCA – 3 hours

Provided New Orleans information technology materials at request of Diaz and Cragg – 1 hour

Reviewed TCA monthly report – 2 hours

Provided training materials and examination to Col. Rivera and staff for virtual training (Police Corruption and Investigations) and Crisis Intervention materials (Work place violence) – 1.5 hours

Prepared site visits for April visit – 2 hours

Provided new information reference demonstrations to the TCA and Pujol - 1.5 hours

Prepared changes for compliance tables – 4 hours

**TOTAL HOURS:  19 HOURS**

**BILLABLE HOURS:  17 HOURS AT RATE OF $150 PER HOUR = $2,550.00**

**Pro Bono 2 hours**

**TOTAL: $9,050.00**

*ok*
*5/4/2018*

**INVOICE 0038 FOR PROFESSIONAL SERVICES; APRIL 1 – APRIL 26, 2018**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:  **TCAPR Corp.**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of April 2018 is detailed as follows:

| | | | | |
|---|---|---|---|---|
| Communictions - telcons and emails to/from CT, PRPD,  USDOJ, regarding Action Plans, GO's, manuals, policy coordination, 253 mtg, radio comms solutions, document delivery | 5.75 | | | 862.50 |
| Review of materials related to Kronos status, including DOL Doc's,  emails communications | 2.25 | | | 337.50 |
| Training materials review, communications with CT and PRPD | 2.00 | | | 300.00 |
| Review Draft 6 month Status Report and crossreference  actions and status | 7.25 | | | |
| Review DOJ provided EIS systems samples,research industry standards | 1.75 | | | 262.50 |
| Prepare Agenda Recommendations - Review past action items and trip reports | 1.00 | | | 150.00 |
| wifi comms restoration liaison, options, review with PRPD | 2.75 | | | 412.50 |
| Kronos status update telcon with TCA, DoJ and PRPD.  Take actions and begin prep for planning on site visit in May. | 1.50 | | | 225.00 |
| Review Core Team trip reports regarding communications and radiosystem availability, data collection with Romero, SARP data recommendations | 3.00 | | | 450.00 |
| Review and update IT and Monitors Action Plans | 1.50 | | | 225.00 |
| Review and update Ver 0.3 of Punch List to track PRPD follow thru | 2.00 | | | 300.00 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Total hours US | 30.75 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | | $0 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 30.75 | $4,613 |
| TOTAL EXPENSE | | | Fee | $4,613 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**          7855899

# *INVOICE*

**Customer**

| | |
|---|---|
| Name | TCAPR Corporation |
| Address | 268 Munoz Rivera |
| City | San Juan          PR          ZIP  00918 |
| Phone | |

| | |
|---|---|
| Date | 4/22/18 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 20.5 | SARP evaluation, matrix, analysis | $150.00 | $3,075.00 |
| 9.5 | Emails, calls, review of documentation | $150.00 | $1,425.00 |
| 24 | Puerto Rico (4/16, 4/17, 4/18) (see TCA Agenda) | $162.50 | $3,900.00 |
| 4 | Puerto Rico (4/19) (see TCA Agenda) | $162.50 | $650.00 |
| | | SubTotal | $9,050.00 |
| | | Shipping & Handling | |
| | Taxes          State | | |
| | | **TOTAL** | $9,050.00 |

Signature:

Office Use Only

OK *[signature]* 5/4/2018



CASTELLANOS GROUP
P.S.C.

# INVOICE

**INVOICE NUMBER:** 56
**INVOICE DATE:** APRIL 26, 2018

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-03-18 | Police Reform-Puerto Rico | Review and analysis of TCA 6 months report and several communications from TCA Claudio | 1.50 | $125.00 | $187.50 |
| APR-05-18 | Police Reform-Puerto Rico | Preparation for Meeting and Meeting with Mr. Pujols and Mr. Javier Gonzalez; re: Town Hall Meetings | 4.00 | $125.00 | $500.00 |
| APR-09-18 | Police Reform-Puerto Rico | Review of Communication from TCA Claudio | 0.25 | $125.00 | $31.25 |
| APR-09-18 | Police Reform-Puerto Rico | Review of communication from TCA Claudio | 0.25 | $125.00 | $31.25 |
| APR-09-18 | Police Reform-Puerto Rico | Review of communication from TCA Claudio | 0.25 | $125.00 | $31.25 |
| APR-11-18 | Police Reform-Puerto Rico | Conference call with Pujols, re: Town Hall Meetings | 0.25 | $125.00 | $31.25 |
| APR-11-18 | Police Reform-Puerto Rico | Analysis of list of Police Headquarters for Town Hall meetings preparation; communication with the Court in compliance with standard TCA requirements; communication with TCA Claudio | 1.50 | $125.00 | $187.50 |
| APR-12-18 | Police Reform-Puerto Rico | Conference call with Pujols, re: upcoming meeting, Town Hall meetings coordination | 0.25 | $125.00 | $31.25 |
| APR-16-18 | Police Reform-Puerto Rico | Town Hall meeting coordination and related matters; discussion and analysis of proposed agenda for status conference; communications with Mr. Javier Gonzalez | 3.00 | $125.00 | $375.00 |
| APR-17-18 | Police Reform-Puerto Rico | Communications with the Court in Compliance with standard TCA requirements, re: Scheduling Order, Town Hall Meetings coordination,review of list of PPR; review of communication from TCA, (Salinas Visit), review of Order | 3.00 | $125.00 | $375.00 |

INVOICE NUMBER: 56

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-18-18 | Police Reform-Puerto Rico | Review of several communications from TCA Claudio, review of Response to TCA'S Report, review of Orders, re: Town Hall Meetings and Order Denying Extension of Time | 2.00 | $125.00 | $250.00 |
| APR-23-18 | Police Reform-Puerto Rico | Conference call with Bazan, Esq. | 0.25 | $125.00 | $31.25 |
| APR-23-18 | Police Reform-Puerto Rico | Preparation of Proposed Agenda for April 28 Meeting; Preparation of letters to Mayors regarding Town Hall Meetings | 4.00 | $125.00 | $500.00 |
| APR-23-18 | Police Reform-Puerto Rico | Several communications with Mr. Javier Gonzalez, re: coordination of Town Hall Meetings; review of information sent by Mr. Gonzalez. | 2.00 | $125.00 | $250.00 |
| APR-23-18 | Police Reform-Puerto Rico | Review of several communications from TCA, re: Privilege work | 1.00 | $125.00 | $125.00 |
| APR-24-18 | Police Reform-Puerto Rico | Conference call with Bazan; conference call with Hernandez Denton, Esq.; review of communication from TCA Claudio | 0.50 | $125.00 | $62.50 |
| APR-25-18 | Police Reform-Puerto Rico | Review of several communications from TCA Claudio, communication with Hernandez Denton, Esq. | 1.00 | $125.00 | $125.00 |
| APR-26-18 | Police Reform-Puerto Rico | Review of Guidance for Field Assesment, Review of Order, Communication with Mr. Eric Guzmán | 2.00 | $125.00 | $250.00 |
| APR-27-18 | Police Reform-Puerto Rico | Preparation for meeting with Pujols | 2.00 | $125.00 | $250.00 |
| APR-27-18 | Police Reform-Puerto Rico | Meeting with Pujols and Guzmán | 2.00 | $125.00 | $250.00 |
| APR-28-18 | Police Reform-Puerto Rico | Preparation for Meeting and Meeting at Police Headquaters | 4.00 | $125.00 | $500.00 |
| | | Total hours for this invoice | 35.00 | | |
| | | Total amount of this invoice | | | $4,375.00 |

OK *l f* 5/4/2018

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

April 25, 2018

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **04-04-2018** | Conference call with Attorney Bazán and TCA regarding draft of Six Month Report. | **1** |
| **04-04-2018** | Reading of Court Orders regarding Docket #799 and subsequent instructions from the Court. | **1** |
| **04-11-2018** | Reading of e-mails with respect to transfer of officials by PRPD and conference call with TCA regarding status conference call to be held by Judge Gelpí in April 19, 2018. | **1** |
| **04-11-2018** | Reading of documents sent by TCA. | **.5** |
| **04-18-2018** | Reading of draft Six Month Report in preparation for meeting with DOJ and PRDOJ. | **4** |
| **04-19-2018** | Inspection of documents in compliance with Court Order. | **5.5** |
| **04-19-2018** | Court hearing | **2** |
| **04-19-2018** | Meeting with DOJ, PRDOJ and PRPD regarding draft of Six Month Report | **2** |

| | | |
|---|---|---|
| 04-22-2018 | Reading of reports of CORE Team visits to PRPD. | 1 |
| 04-23-2018 | Reading and analysis of Regulation of Police Personnel to review procedure establish for investigating complaints as part of work performed in compliance with order by de Court with Regard to the files Clementina Vega and reading of Joel Torres to TCA. | 2.5 |
| 04-25-2018 | Conference call with Deputy Director and Special Investigator José Pujol. | 1 |
| 04-26-2018 | Conference call with TCA regarding field assessment activities during May 1st Acts. | .5 |
| | **TOTAL BILLED HOURS:** | **22** |
| | **TOTAL:** | **$2,750.00** |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

oK  5/4/2018

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

April 2, 2018

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **02-27-2018** | Conference calls and analysis of correspondence with TCA and CL (Privileged Maters) | **2** |
| **02-28-2018** | Conference calls with TCA and CL Bazán and Castellanos (Attorney Client Privileged) | **5** |
| | **TOTAL BILLED HOURS:** | **7** |
| | **TOTAL:** | **$875.00** |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

OK 5/7/2018

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

April 27, 2018

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-04**

Sir:

The following is a detailed statement of the hours worked on legal advice, court appearances, redaction of documents and meetings for the TCAPR Corp. during the month of April 2018.

| Date(s) | Hour(s) | Matter/Research/Legal Advice |
|---|---|---|
| 4/06/2018 | **3:00 hrs.** 4:30 to 6:00 pm | Review and Advice on John Romero's 1) FRB Forms, 2) Daily Notifications Use of Force, 3)Notification of Critical Incidents 605.5 (4) Notification of Incidents Use of Force 605.3 (5) Use of Force Report 605.1 & 605.2 (6)Reporting Incidents of Use of Force 600-605  (7) 600-602 (8) Use of Force 600-601 |
| 4/16/2018 | **5.50 hrs.** 9:00 to 9:45, 10:00 to 11:45 am & 1:30 to 4:30 pm | 1) Initial meeting TCA, 2) Meeting with USDOJ,DOJPR,PRPB 3) SARP Meeting |
| 4/17/2018 | **1.75** hrs. 9:00 to 10:45 am | Discussion of Policies at PRPB with USDOJ & Sgt. Quinones of Reform Unit |
| 4/18/2018 | ---------------------------- | ---------------------------------------- |
| 4/19/2018 | **6.75 hrs.** 9:00 to 10:45am 10:45 to 12:00 N., 2:00 to 3:30 & 4:00 to 6:15 pm | 1) V2A, 2)PRPB Budget Meeting, 3)Status Conference Hon. G.Gelpi, USDJ, 7th. Report Meeting with USDOJ (Buehler) |
| 4/20/2018 | **4:50 hr.** 10:00 to 11:30 am, 11:30 am to 1:00 pm 6:00 to 7:30 pm | 1) USDOJ (F. Fernandez) presentation at PRPB and 2) Paragraph 253 Meeting with USDOJ, PRPB, DOJPR, Review & Advise on Site Visits Document (J.Romero) |
| 4/27/2018 | **1.50 hr.**11:30 am to 1:00 pm | Attorney/Client privilege matter-Motions |
| 2/26/2018 | **23.00 Hrs.** Total hours billed | **23.00** hrs. x $125.00= $2,875.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____

Antonio R. Bazán González, Esq.

ok
5/4/2018

**Jose L. Pujol**
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2018-03**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 04/05/2018 | **2 hrs.** 01:00 pm to 03:00 pm | Meeting with Licenciado Alfredo Castellanos and Javier Gonzalez (Town Hall Meetings). |
| 04/11/2018 | **2.5 hrs.** 01:30 pm to 4:00 pm | Hearing at the Civil Rights Commission. |
| 04/12/2018 | **2 hrs.** 09:00 am to 11:00 am | Visit to the PR House of Representatives to attend a Hearing that I learned it was cancelled the day before. Meeting with Executive Director of the Public Security Commission. |
| 04/16/2018 | **2 hrs.** 09:00 am to 11:00 am | Meetings at TCA Office |
| 04/18/2018 | **4.5 hrs.** 08:30 am to 01:00 pm | Making copies of DVDs and delivered them to the Commission of Civil Rights |
| 04/19/2018 | **6 hrs.** 09:00 am to 03:30 pm (0.5 hrs. lunch) | Review of files and meetings at US District Court |
| 04/20/2018 | **2.5 hrs.** 09:00 am to 11:30 am | Writing report about review of files |
| 04/25/2018 | **7 hrs.** 08:00 am to 04:15 pm (1.25 hrs. lunch) | Use of Force training at PRPB's Bayamon Station |
| 04/26/2018 | **5.5 hrs.** 09:15 am to 1:15 pm 2:10 pm to 3:40 pm | Review of Files at US District Court. Writing report. |
| 04/27/2018 | **1.5 hrs.** 10:30 am to 12:00 pm | Meeting with Licenciado Alfredo Castellanos and Javier Gonzalez (Town Hall Meetings). |
| 04/28/2018 | **3 hrs.** 10:00 am to 1:00 pm | Meeting about Town Hall meetings |
| 04/28/2018 | **38.5 hrs.** Total hrs. billed | **38.5 hrs. x $50.00= $1,925.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department.  Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced.  TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Jose L. Pujol

ok    5/4/2018

# INVOICE   0132

4/19/2018

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of Apr 15-21, 2018 to TCA Core Team, | |
| which includes the following: | |
|    - Transportation from and to airport/hotels | |
|    - Transportation services to municipalities | |
|    (TCA Office, Headquarters in Hato Rey, Gurabo Police Academy) | |
| **Total Hours Worked: 88 hrs** | |

| | | |
|---|---|---|
| | Discount | |
| | Net Total | $900.00 |
| | Tax | |
| | | $900.00 |

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

5/4/2018

# ARAMBURU SERVICES, CORP.

**TO GO STORES**
**CAGUAS**
787-798-6434 x.319
000000000000019
TORAL 19

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #10 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
T# 00019  TILL XXXX DR# 1 TRAN# 1036537
SH: 15                    04/17/18 13:05:40

Carretera 189, Km. 2.6 Salida a Gurabo
**TEL.: (787) 746-7372 • Fax (787) 745-7630**
ESTACION OFICIAL DE INSPECCION
Mecánica Liviana y frenos • Alineamiento de Autos • Venta de Marbete
SERVICIO GARANTIZADO

Fecha: 4/18/18

Co.
Millaje          Marca
Tab. No.          Cash [X]  Credito [ ]

| | |
|---|---|
| LITROS, GASOLINA DIESEL | 40.00 |
| QTOS. ACEITE | |
| CAMBIO ACEITE Y FILTRO | |
| LAVADO | |
| INSPECCION | |
| VENTA MARBETE | |
| ACEITE FRENOS | |
| REPARACION GOMAS | |
| | 40.00 |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

91750        Recibí

---

**TO GO STORES**
**INTERAMERICANA**
787-798-6434 ext.337
000000000000019
TORAL 37

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #05 | | 50.00 |
| Subtotal | | 50.00 |
| Tax | | 0.00 |
| **TOTAL** | | **50.00** |
| CASH $ | | 100.00 |
| Change $ | | -50.00 |

ST# 00037  TILL XXXX DR# 1 TRAN# 1010272
CSH: 12                    04/11/18 13:36:22

**TO GO STORES**
**CAGUAS**
787-798-6434 x.319
000000000000019
TORAL 19

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #12 | | 50.00 |
| Subtotal | | 50.00 |
| Tax | | 0.00 |
| **TOTAL** | | **50.00** |
| CASH $ | | 50.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019  TILL XXXX DR# 1 TRAN# 1035262
CSH: 15                    04/13/18 15:31:36

```
          TO GO STORES
            GURABO
        000000000000019
           Toral 12
```

**\*\*\*PREPAID RECEIPT\*\*\***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #10 | | 33.00 |

```
              Subtotal      33.00
              Tax           0.00
   TOTAL            33.00
              CASH  $       33.00
```

```
          GRACIAS,
         Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1021182
CSH: 15            04/19/18 17:53:09
```

**Ecomaxx Roosevelt**

Fecha: 4/20/2018 10:43 AM
Cajero: Abdel
Trans No. 198398
Batch No. 775
Cnt   UPC/PLU   Descripción

| Combustible | Combustible Sueldor 2 | |
|-------------|----------------------|--|
| 1 | $30.000 | $30.00 |

Subtotal:        $30.00

Total:           $30.00
Cash:            $30.00

Cambio:          $0.00

Thank you for your business!

```
          TO GO STORES
            GURABO
        000000000000019
           Toral 12
```

**\*\*\*PREPAID RECEIPT\*\*\***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #01 | | 40.00 |

```
              Subtotal      40.00
              Tax           0.00
   TOTAL            40.00
              CASH  $       20.00
              CASH  $       20.00
```

```
          GRACIAS,
         Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1016374
CSH: 23            04/16/18 19:02:48
```

```
          TO GO STORES
            GURABO
        000000000000019
           Toral 12
```

**\*\*\*PREPAID RECEIPT\*\*\***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #02 | | 20.00 |

```
              Subtotal      20.00
              Tax           0.00
   TOTAL            20.00
              CASH  $       20.00
```

```
          GRACIAS,
         Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1028254
CSH: 6            04/17/18 22:11:10
```

*65,874.2 Millas*

## Ecomaxx Roosevelt
Date: 4/19/2018 3:18 PM

Cashier: Leonardo

Trans No. 197894

Batch No. 772

Qty   UPC/PLU   Description

Regular [2]
50.868          $0.747          $38.00

| | | |
|---|---|---|
| Subtotal: | $38.00 | |
| Tax 1: | $0.00 | |
| Tax 2: | $0.00 | |
| Tax 3: | $0.00 | |
| Total: | $38.00 | |
| Tendered: | $40.00 | |
| Change: | $2.00 | REF: [$2.00] |

Thank you for your business!

*Raúl (Edge) 65,502.4 millas*

### WELCOME TO
### OUR STORE

| Descr. | qty | amount |
|---|---|---|
| REG  CA #07 | 51.480L | 40.00 |
| | @ 0.777/ L | |
| Prepay Fuel | | -40.00 |
| | Sub Total | 0.00 |
| | STATE | 0.00 |
| | CITY | 0.00 |
| TOTAL | | 0.00 |
| | CASH $ | 0.00 |

### THANKS, COME AGAIN
REG# 0001 CSH# 004 DR# 01  TRAN# 12659
04/17/18  09:57:55          ST# AB123

*66,130.9 millas Raúl*

### A.F. SHELL
LOIZA 1703, SANTURCE Tel 787 721-1643

| Descr. | qty | amount |
|---|---|---|
| REG  CA #04 | 51.48OL | 40.00 |
| | @ 0.777/ L | |
| Prepay Fuel | | -40.00 |
| | Sub Total | 0.00 |
| | EST. 10.5% | 0.00 |
| | MUNICIP 1% | 0.00 |
| TOTAL | | 0.00 |
| | CASH $ | 0.00 |

### THANKS, COME AGAIN
REG# 0001 CSH# 011 DR# 01  TRAN# 11699
04/21/18  11:52:19          ST# AB123

*65,663.1*
*Raúl (Ford Edge)*

## Apolo S/s Puma 367
Ave. Apolo esq. Mercurio
Guaynabo,PR 00969
787-720-7945
Fecha: 4/18/2018 10:41 AM
Cajero: Puma 367
Trans No. 104556
Batch No. 882
Cnt   UPC/PLU   Descripción

Regular [1]                                    $24.26
31.227          $0.777

Subtotal:          $24.26

| | |
|---|---|
| Total: | $24.26 |
| Pagado: | $24.26 |
| Cambio: : | $0.00 |

Thank you for your business!

```
        TO GO STORES
          GURABO
       000000000000019
          Toral 12


   ***PREPAID RECEIPT***

Description       Qty      Amount
---------         ---      ------
PREPAY CA #07              40.00
                        -----------
          Subtotal        40.00
          Tax              0.00
  TOTAL             40.00
          CASH  $   20.00
          CASH  $   20.00


          GRACIAS,
        Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1023078
CSH: 6              04/14/18 13:11:39
```

```
        TO GO STORES
      INTERAMERICANA
     787-798-6434 ext.337
       000000000000019
          TORAL 37


   ***PREPAID RECEIPT***

Description       Qty      Amount
---------         ---      ------
PREPAY CA #03              20.00
                        -----------
          Subtotal        20.00
          Tax              0.00
  TOTAL             20.00
          CASH  $   20.00


ST# 00037   TILL XXXX DR# 1 TRAN# 1024388
CSH: 14                04/10/18 17:58:00
```

```
        TO GO STORES
          GURABO
       000000000000019
          Toral 12


   ***PREPAID RECEIPT***

Description       Qty      Amount
---------         ---      ------
PREPAY CA #01              20.00
                        -----------
          Subtotal        20.00
          Ta               0.00
  TOTAL             20.00
          CASH  $   20.00


          GRACIAS,
        Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1025682
CSH: 18             03/22/18 21:12:56
```

### Ecomaxx Roosevelt

```
Fecha: 4/3/2018 3:11 PM
Cajero: Leonardo
Trans No. 185970
Batch No. 717
Cnt   UPC/PLU   Descripción
```

| Cnt | UPC/PLU | Descripción | |
|-----|---------|-------------|---|
| Combustible | | Combustible Sumida 2 | |
| 1 | | $50.00 | P/Uni |

```
Subtotal:       $50.00


Total:          $50.00
Cash:           $50.00

Cambio:         $0.00
```
Thank you for your business!

TO GO STORES
CAGUAS
787-798-6434 x.319
000000000000019
TORAL 19

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #06 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019  TILL XXXX DR# 1 TRAN# 104587
CSH: 25          04/06/18 20:24

*Raúl (Ford Edge) 65,237.2*

BIENVENIDOS A
SHELL MERCATIL PLAZA
TEL.787-773-0898

| Descr. | qty | amount |
|---|---|---|
| REG   CA #05 | 51.480L | 40.00 |
| | @ 0.777/ L | |
| Prepay Fuel | | -40.00 |
| Sub Total | | 0.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| **TOTAL** | | **0.00** |
| CASH $ | | 0.00 |

THANKS,COME AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 18933
04/15/18  09:51:12          ST# S0520

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #08 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1010421
CSH: 3              04/06/18 20:48:05

*Raúl (Ford Edge) Millage 65,010.8*

PUMA 58
AVE.  SAN PATRICIO

| Descr. | qty | amount |
|---|---|---|
| REG   CA #08 | 52.840L | 40.00 |
| | @ 0.757/ L | |
| Prepay Fuel | | -40.00 |
| Sub Total | | 0.00 |
| STATE TAX | | 0.00 |
| CITY TAX | | 0.00 |
| **TOTAL** | | **0.00** |
| CREDIT $ | | 0.00 |

THANKS,COME AGAIN
REG# 0001 CSH# 005 DR# 01  TRAN# 15895
03/23/18  10:11:22          ST# AB123

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 2628
04/21/18 15:02:54

Numero de Cuenta:        ACT03579521
Cantidad de Pago:     $      20.00
Metodo de Pago:           VISA 1352
Balance:              $      20.00

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 1733
03/24/18 09:35:50

Numero de Cuenta:        ACT03451155
Cantidad de Pago:     $       5.00
Metodo de Pago:            Efectivo
Balance:              $       5.15

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Autopistas de
Puerto Rico, LLC

Teodoro Moscoso Bridge
Phone: 787-767-9191

Plaza #: 1   Lane #: 2
Collector: 009886

Tue Apr 10, 2018 16:34:01

Class:      2
Toll Paid: $3.50

Gracias
Thank You

Autopistas de
Puerto Rico, LLC

Teodoro Moscoso Bridge
Phone: 787-767-9191

Plaza #: 2   Lane #: 2
Collector: 008853

Tue Apr 10, 2018 17:03:11

Class:      2
Toll Paid: $3.50

Gracias
Thank You

*Raúl*

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Buchanan, Carril 13
Cajero: 2229
04/11/18 13:04:24

Numero de Cuenta:       ACT03579521
Cantidad de Pago:    $      40.00
Metodo de Pago:          Efectivo
Balance:             $      39.90

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Buchanan, Carril 12
Cajero: 1889
04/17/18 10:16:15

Numero de Cuenta:       ACT03451155
Cantidad de Pago:    $      20.00
Metodo de Pago:          Efectivo
Balance:             $      20.00

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 2333
04/06/18 21:13:30

Numero de Cuenta:       ACT03579521
Cantidad de Pago:    $       5.00
Metodo de Pago:          Efectivo
Balance:             $       6.25

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Vega Alta, Carril 12
Cajero: 9601
04/04/18 12:44:51

Numero de Cuenta:       ACT03579521
Cantidad de Pago:    $       5.00
Metodo de Pago:          Efectivo
Balance:             $       8.40

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18900

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA ___ 4/12/20 13

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ _____ **TOTAL** | 20 | 00 |

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18868

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA ___ 4/5/20 13

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | ~ |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ _____ **TOTAL** | 20 | 00 |



AHORRAR ES FACIL
CLUB MANAGER ZAIDA FALCON
( 787 ) 746 - 1001
Club 6689 CAGUAS
TEL. 787-746-1001
04/06/18 12:03 1406 06689 004    3459
MEMBER  101-*******7324

THANK YOU,
JOSUE

618230 COPY PAPER                24.00 T
        SUBTOTAL        24.00
TAX 1 10.500 %           2.52
TAX 2  1.000 %           0.24
        TOTAL           26.76
        CASH  TEND      30.00
        CHANGE DUE       3.24

Visit samsclub.com to see your savings
CONTROL: TKDMS-035F5 WM

# ITEMS SOLD 1

TC# 6655 3107 1310 2624 7666



Happy to Help

Escoge Mastercard para
todas tus compras en Sam's Club
04/06/18      12:03:28

# AUTOCENTRO
## Compra Confiado

TOCS495085

TOCS495085

0101ITOCS495085

| CUSTOMER NO. 140580 | | | | | |
|---|---|---|---|---|---|
| | WANDA YSALGUEZ PER   01237 | TAG NO. 7704 | INVOICE NO. TOCS495085 | | |
| TCA PR CORP | LICENSE NO. IVU-032 | MILEAGE 32,127 | COLOR BLANCO/ | STOCK NO. | |
| SAN JUAN | YEAR MAKE/MODEL 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | DELIVERY DATE 08/25/15 | DELIVERY MILES | |
| SAN JUAN, PR 00918 | VEHICLE I.D. NO. 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | SELLING DEALER NO. | PRODUCTION DATE | |
| NONE | DATE IN. | R.O. NO. | R.O. DATE 04/23/18 | REPRINT# 1 | |
| RESIDENCE PHONE 787-556-4501 | BUSINESS PHONE | COMMENTS | | | |
| TOTALS | | | | MO: 32127 | |

INVOICE DATE 04/23/18

GRACIAS POR CONFIAR EN NOSOTROS

NUESTRO COMPROMISO ES BRINDAR UN SERVICIO DE EXCELENCIA, SI
SU EXPERIENCIA NO ES ASI FAVOR DE COMUNICARSE AL
(787) 999-9112 SERVICIO AL CLIENTE
O POR EMAIL MARIMER.MARTINEZ@AUTOCENTROPR.COM

AVISO IMPORTANTE: SABIA USTED QUE DEBE REVISAR LA PRESION DE
AIRE DE SUS GOMAS CADA DOS SEMANAS O AL MENOS UNA VEZ AL MES
EL MANEJAR CON UNA PRESION INCORRECTA REDUCE LA VIDA UTIL DE
SUS GOMAS. PUEDE REFERISE A SU MANUAL DE USUARIO.

PARA NOSOTROS ES UN PLACER SERVIRLE. PRONTO RECIBIRA UNA
ENCUESTA ELECTRONICA PARA EVALUAR SI DEFINITIVAMENTE
REGRESARIA O RECOMENDARIA A NUESTRO CONCESIONARIO.

| TOTAL LABOR.... | 42.03 |
|---|---|
| TOTAL PARTS.... | 46.46 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 2.99 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 10.53 |
| **TOTAL INVOICE $** | **102.01** |

CUSTOMER SIGNATURE

BC
#RR338
C

AUTOCENTRO
Compra Confiado
APR 23 2018
PAID

CONTROL #: 3KHC2-A63S9
ET

- NO SIGNATURE REQUIRED -

AMOUNT:          91.48
State Tax:         9.61
Mun. Tax:          9.92
TOTAL:          102.01

CASH SALE

AUTH. CODE: 390098

CASH CHK

INVOICE: 013332
TRACE: 013261

AUTO CENTRO TOYOTA
AVE RUNOZ RIVERA KM 1086 RIO PIEDRAS
SAN JUAN
DATE      HOST
Rev. 23.18    ATH
03:15:37  MERCHANT ID
TERMINAL ID  4549712873679
30931707
BATCH
000056

DATE
TIME

OATH

PAGE 3 OF 3          CUSTOMER COPY



Pep Boys #926
1903 Ave. Jesus T Pinero
San Juan, PR 00920
(787) 774-9000
www.pepboys.com

04/18/2018                    0:12:00 AM AST
Trans.: 293387                Store: 0926
Reg.: 103                     Till:103
Cashier: 353136
Merchant ID:          01238760247

SALE

0926103293387201804118

CRYSTAL VISION CAP              49.99 T
   9012CV82          1 @ 49.99
Sub-Total                       49.99

IVU Tax                          5.25
Local Tax                        0.50
Total Sales Tax                  5.75

Total                           55.74
   Cash                         60.00
Total Tender                    60.00
Change Due                      -4.26



# Virginia Department of Taxation

## NOTICE OF ASSESSMENT
*This is a bill, please read carefully.*

\*\*\*

TCAPR, CORP
268 MU?OZ RIVERA SUITE 1001
SAN JUAN, PR 00918

### Date of Assessment: April 10, 2018

| VA TAX Account Number | Tax Type | Tax Year or Period | Bill Number | Amount Due |
|---|---|---|---|---|
| 30-660823264F-001 | Withholding | Jan - Dec 2017 | 11861 | $43.38 |

### Breakdown of Amount Due

| Description | Amounts |
|---|---|
| Tax | $33.00 |
| Penalty | $10.00 |
| Interest | $.38 |
| Total Amount Due | $43.38 |

**The reason(s) for the assessment are shown below:**

- Full payment not received with your return or the return was adjusted resulting in additional monies due
- Penalty and/or interest due on a late filed or late paid return or assessment

**Payment options:**

- Go to our website at www.tax.virginia.gov to pay this bill online, set up a payment plan, or add this bill to an existing payment plan.
- Pay by check or money order, use the **tear-off coupon** below and the envelope provided.
- Pay by phone using a credit card, call 1-800-2PAYTAX.

**Please see the back of this form for important information about your assessment.**

Correspondence ID: 52533244

OK *[signature]* 5/4/2018

ARAS600A Notice of Assessmt-No Sum of Adj

**Save time, go online. Visit www.tax.virginia.gov**

TCAPR CORP

**153**
101-201/215

Páguese a la orden de
Pay to the order of _Virginia Department of Taxation_ | $ 43.38

_Fourty-three_ _____ 38/100  Dólares
Dollars

**POPULAR**

VA Tax Account 30-6608232264F-001

BANCO POPULAR DE PUERTO RICO
Condado Centro
Condado, Puerto Rico

Para / For _Bill # 11861_

⑆021502011⑆ 367‖096641‖ 0153

---

**NBILL.(422)**
TCAPR, CORP

**Please do not staple payment**

**For Office Use**

❑ _Check this box to give new address or information on back._

6608232646 2570017 118613

**Date Due:** 05/10/2018
**Payment Due:** $43.38

Bill Number: 11861

**Amount Paid $**      43.38

- Make check or money order payable to "Virginia Department of Taxation." _Do not send cash._
- Insert this tear off coupon in the envelope provided. Please do not use this coupon or envelope for other types of tax.
- Write the above bill number on the check or money order.

Virginia Department of Taxation
P.O. Box 1777
Richmond, VA 23218-1777

12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of April

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA, participated in an entrance meeting with USDOJ, PRDOJ, and PRP; met at the Police Academy to discuss, prepare and review agenda. As well attended to a CIC community integration activity in San Sebastian. The TCA and his staff visited different Command Areas to observe their status and reported such status; also TCA Staff attended to an Use of Force training in Command Area of Bayamón.

The following General Orders were reviewed, updated and discussed: General Order 600-601; General Order 600-602 and General Order 600-605

The following topics were discussed: Reform Office budget and Asset Forfeiture, paragraph 13, Use of Force incidents; and meeting with SARP and its Legal Division

Also the Police Academy was visited during this month and the following Command Areas were visited: Fajardo, Salinas, Cayey, Jayuya, Lares, Utuado, Cidra, Aguas Buenas, Isabela, Aguadilla and Rincon. The Police Academy and SARP Unit were visited for meeting.

The TCA Staff will participate in a CIC meeting at the Police Headquarters to discuss Town Hall Hearing on April 28, 2018.

The TCA Staff will participate in V2-A presentation at Police Headquarters on April 30, 2018 at 1:00pm; and TCA Office will participate as instructed by the Court as observers in May 1, 2018 mass demonstrations.

Lastly, all administrative actions were completed, including but not limited to: meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation of the TCA's Office agenda for the month of May.