# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et al.,<br><br>　　Defendants. | **CASE NO. 12-2039 (GAG)** |

## RESTRICTED ORDER

The Court notes the Commonwealth's "Informative Motion regarding status on compliance with Paragraph 13 of the Agreement and seeking enforcement of Paragraph 269 of the Agreement" at Docket No. 837.

The parties and TCA shall discuss which parts should be public and which, if any, not. The ninety minutes will be divided accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico this 9th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　　*s/ Gustavo A. Gelpí*
　　　　　　　　　　　　　　　　　　　　　　　GUSTAVO A. GELPI
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge