UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff;<br><br>     v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                    Defendants. | No. 12-cv-2039 (GAG) |

**TCA's MOTION TO RESTRICT**

TO THE HONORABLE COURT:

    COMES NOW Arnaldo Claudio, the Technical Compliance Advisor (TCA), represented by the undersigned attorney and very respectfully informs and submits the following to this Honorable Court:

1. Pursuant to Docket 831 of this same case, dated May 4, 2018, designating Mr. Jose Pujol to conduct an independent evaluation and assessment followed by a report of the May 1, 2018 (Worker's Day) demonstrations, the Technical Compliance Advisor hereby requests permission from this Honorable Court to accordingly submit the Methodology for Assessment for approval by this Honorable Court in restricted mode.

2. That pursuant to the Order of this Honorable Court it is respectfully requested that the aforesaid Methodology for Assessment be filed in restricted mode until further determination by the Court.

**Wherefore** the Technical Compliance Advisor respectfully requests the above motion be granted as requested by this Honorable Court and a copy of the foregoing motion be electronically notified to all parties through the Court's system.

San Juan, Puerto Rico, this 14th. day of May, 2018.

CERTIFICATE OF SERVICE:  I hereby certify that a copy of the foregoing motion has been electronically notified to all parties through the Court's system

                                           S// *Antonio R. Bazán Gonzalez*
                                           Antonio R. Bazán González
                                           USDC No. 117007
                                           Edificio Banco Cooperativo
                                           Suite 604-B
                                           623 Ave. Ponce de León
                                           San Juan, Puerto Rico, 00918
                                           antonior.bazan@gmail.com
                                           Tel. (787) 764-7684