**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff;<br><br>  v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>               Defendants. | No. 12-cv-2039 (GAG) |

**TCA's MOTION SUBMITTING RESTRICTED DOCUMENT ON
METHODOLOGY FOR ASSESSMENT**

TO THE HONORABLE COURT:

    COMES NOW Arnaldo Claudio, the Technical Compliance Advisor (TCA), represented by the undersigned attorney and very respectfully informs and submits the following document to this Honorable Court:

1. Docket 831 of this same case, dated May 4, 2018, designated Mr. Jose Pujol to conduct an independent evaluation and assessment followed by a report of the May 1, 2018 (Worker's Day) demonstrations. The Technical Compliance Advisor hereby accordingly submits the Methodology for Assessment for approval by this Honorable Court in restricted mode.

2. The TCA further informs that the parties submitted their comments to the Methodology Assessment on May 11, 2018. The TCA has considered the parties' responses and made changes to the aforesaid document,

3. That prior to the filing of this motion, pursuant to the Order of this Court of July 21, 2017, Docket No. 517, a motion to restrict the contents of this motion has been filed.

**Wherefore** the Technical Compliance Advisor respectfully requests the above motion be granted as requested by this Honorable Court and a copy of the foregoing motion be electronically notified to all parties through the Court's system.

San Juan, Puerto Rico, this 14th. day of May, 2018.

CERTIFICATE OF SERVICE:  I hereby certify that a copy of the foregoing motion has been electronically notified to all parties through the Court's system

S// *Antonio R. Bazán Gonzalez*
Antonio R. Bazán González
USDC No. 117007
Edificio Banco Cooperativo
Suite 604-B
623 Ave. Ponce de León
San Juan, Puerto Rico, 00918
antonior.bazan@gmail.com
Tel. (787) 764-7684