IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,  : Civil No. 12-2039 (GAG)

           Plaintiff  :

      V.

COMMONWEALTH OF PUERTO RICO,  :
PUERTO RICO POLICE DEPARTMENT,

          Defendants:

Iris Guardiola-Calderón, Putative Intervenor

## NOTICE OF APPEAL

Putative intervenor, Iris Guardiola-Calderón ("Ms. Guardiola"), by and through her undersigned counsel, hereby gives notice of her appeal of the orders denying intervention (ECF #819, 822, 823, 824, denying time to oppose motion to strike (ECF #825, 826), and granting (ECF# 820, 821).

RESPECTFULLY SUBMITTED:

s/Linda Backiel
C Sierra Morena #267 PMB 597
San Juan, Puerto Rico 00926
787-751-4941
lbackielr@gmail.com

### CERTIFICATE of SERVICE

I hereby certify that I have filed the above using the court's electronic filing system which will notify the only parties to this action.

25 May 2018                                                                      s/Linda Backiel