# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>                    Defendants | No. 12-cv-2039 (GAG) |

### TCA's MOTION TO RESTRICT CONTENTS OF MOTION SUBMITTING EXHIBIT WITH SENSITIVE INFORMATION

**TO THE HONORABLE COURT,**

Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1.      Pursuant to this Court's Order in Docket No. 700, issued on January 13, 2018, on this same date the TCA, by and through the undersigned counsel, intends to  file a motion submitting an exhibit containing a follow-up assessment of the Puerto Rico Police Bureau Time and Attendance Technology System (Kronos) for time keeping conducted by TCA Information Technology Subject Matter Expert, Mr. Scott Cragg.

2.      That pursuant to the Order of this Honorable Court, it is respectfully requested that the aforesaid motion be filed in restricted mode until further determination by the Court. Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

Certificate of Service:  I hereby certify that copy of the foregoing motion has been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 1st. day of June 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070