# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>          Defendants | No. 12-cv-2039 (GAG) |

### TCA's MOTION SUBMITTING TIME AND ATTENDANCE SYSTEM ASSESSMENT

**TO THE HONORABLE COURT,**

   Comes Now the Technical Compliance Advisor (TCA), Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. The Time and Attendance (KRONOS) System follow-up assessment of the Puerto Rico Police Bureau (PRPB) prepared by Mr. Scott Cragg (TCA Information Technology Subject Matter Expert) is hereby submitted to the Honorable Court as an attachment to this motion. A copy of the first assessment conducted between the dates of January 22 through 25, 2018 is enclosed as part of the aforementioned attachment.

2. The Parties, PRPB and U.S. Department of Labor representatives in Case 3:16-cv-02849-GAG were provided a copy of the follow-up assessment, via electronic mail on May 29, 2018.

3. That prior to the filing of this motion, pursuant to the Order of this Court of July 21, 2017, Docket No. 517, a motion to restrict the contents of this motion has been filed.

Wherefore, in view of the above, it is respectfully requested the filing of the Time and Attendance System Follow-Up Assessment be permitted and this motion be granted as requested.

**Certificate of Service**: I hereby certify that copy of the foregoing motion and the assessment, attached in *pdf* form, have been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 1st. day of June, 2018.

                                            S/ Antonio R. Bazán
                                            Antonio R. Bazán González
                                            U.S.D.C. No. 117007
                                            Banco Cooperativo Plaza Bldg.
                                            Suite 604-B, #623 Ponce de León Ave.
                                            San Juan, Puerto Rico, 00918.
                                            Tel. No. (787) 764-7684 & (787) 249-3070