UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for May 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | May 21st, 2018 to May 25th, 2018 |
| Rafael E. Ruíz | $6,500.00 | May 21st, 2018 to May 25th, 2018 |
| Marcos Soler | $3,900.00 | May 16 to 25,26, 27-30 of 2018 |
| John J. Romero | $5,850.00 | May 21st, 2018 to May 25th, 2018 |
| Alan Youngs | $5,850.00 | May 21st, 2018 to May 25th, 2018 |
| Scott Cragg | $3,600.00 | May 21st, 2018 to May 22nd, 2018 |
| Alejandro Del Carmen | N/A | N/A |
| | Subtotal | $32,200.00 |
| **Telework** | | |
| Gerard LaSalle | N/A | May 2018 |
| Linda V. Navedo | $2,600.00 | May 2018 |
| Rafael E. Ruíz | $2,250.00 | May 2018 |
| Marcos Soler | $9,000.00 | May 2018 |
| John J. Romero | $3,250.00 | May 2018 |
| Alan Youngs | $3,250.00 | May 2018 |
| Scott Cragg | $5,500.00 | May 2018 |

---

[1] See attached Invoices

| | | |
|---|---|---|
| Alejandro Del Carmen | $6,900.00 | May 2018 |
| | **Subtotal** | **$32,750.00** |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $3,156.25 | May 2018 |
| Federico Hernandez Denton | $3,687.50 | May 2018 |
| Antonio Bazán | $5,062.50 | May 2018 |
| | **Subtotal** | **$11,906.25** |
| **Jose Pujol** | $3,475.00 | May 2018 |
| | **Subtotal** | **$3,475.00** |
| **Car Expenses** | | |
| Chauffer | $900.00 | May 20th, 2018 to May 26th, 2018 |
| Gasoline | $612.02 | May 2018 |
| Tolls | $80.00 | May 2018 |
| Car Maintenance | $45.00 | May 2018 |
| | **Subtotal** | **$1,637.02** |
| **Office Expenses** | | |
| PACER Service Center | $63.10 | |
| Shortage | $70.00 | Shortage[2] |
| | **Subtotal** | **$133.10** |
| | **Total** | **$82,101.37** |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $82,101.37, the total amount of the monthly expenses, for the month of May 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $82,101.37, the total amount of the expenses for the month of May 2018.

---

[2] Last month there was a typo in the gasoline invoice. Correct amount should have read $695.26 instead of $625.26. Therefore we are requesting the shortage of $70.00 in this invoice.

In San Juan, Puerto Rico, this day June 5, 2018.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

_____
**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.