# INVOICE FOR PROFESSIONAL SERVICES: MAY/2018
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

      A:      **TCAPR Corp.**
                #268 Muñoz Rivera
                Suite 1001, World Plaza
                San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **May /2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work session for the distribution of policies sent by the PRPD, corresponding to the month of May/2018, to be reviewed in April/2018; working on the preliminary agenda for the week of Core Team in Puerto Rico in this month; reading and review of electronic mail; telephone calls for the follow-up of pending matters, among other responsibilities. (8.0 hrs) | N/A | X | 1-6/May | |
| Work session to attend the following activities: follow-up on the review of the policies; receipt, review and analysis of the activities of the members of the Core Team for the development of the agenda corresponding to the month of May/2018 and related logistics; reading, review and analysis of documents related to the topics that will be addressed in the next visit of the Core Team, among other tasks; work session for the development of the agenda, many conference calls with TCA Arnaldo Claudio and Eric Guzmán for the discussion and develop of the agenda; follow-up on the review and submission of policies, among other procedures. Including meeting with Colonel Clementina Vega, TCA, Col. Alba Diaz, and Eric Guzman to discuss the Core Team Agenda. (22.0) | N/A | X | 7-18/May | |
| TCA CORE TEAM WEEK | N/A | X | 21/May | $1,300.00 |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA CORE TEAM WEEK | N/A | X | 22/May | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 23/May | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 24/May | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 25/May | $1,300.00 |
| Writing of the week's documents of the activities done during the Core Team's Week in Puerto Rico. (6.0) | N/A | X | 26-27/May | |
| No work was done during this week because medical procedures. | N/A | X | 28-31/May | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA CORE TEAM WEEK: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 18.67 HOURS | | | | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
May 29, 2018


Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: ___6/5/___ , 2018

2

Rafael E. Ruiz
610 Pleasant St
Canton MA 02021

INVOICE # 2018-05
DATE:  May 31, 2018

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR: Service: May 1st through May 31, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation of Agenda for May 2018 PR Visit | 2 hours | $150/hr. | $300.00 |
| May 1st through May 31st, 2018 Reviewed the following PRPB Policies and Manuals: Operations Manual, Intervention in Crisis and Hostage Negotiations; CIC Operations Manual, Homicide Investigations Division, (Chap 9); CIC Operations Manual, Technical Service Division, (Chap 10); PRPB GO 600-635, Investigation on Abuse and/or Neglect in Youth Institutions; Annex A Criteria to Determine the Existence of Institutional Abuse; GO 600-633, Intervention with Minors in the Commission of Offenses | 15 hours | $150/hr. | $2,250.00 |
| Monday, May 21, 2018: Administrative Meeting at TCA Office; Policy discussion At PRPB HQ | 1 day | $1300/day | $1,300.00 |
| Tuesday, May 22, 2018: Visit to Command Caguas | | | |
| Inspection of Districts of Juncos and San Lorenzo | 1 day | $1300/day | $1,300.00 |
| Wednesday, May 23, 2018: Inspection of Drug Unit and CIC evidence rooms and Dist. of Barranquita and Orocovis In Command Area of Aibonito | 1 day | $1300/day | $1,300.00 |
| Thursday, May 24, 2018: Meet/interview at the PRPB Police Academy and TCA Office for reports | 1 day | $1300/day | $1,300.00 |
| Friday, May 25, 2018: Inspections at Santurce Police District #266; TCA Office Report writing | 1 day | $1300/day | $1,300.00 |

## TOTAL BILLED                                        $9.050.00

*Rafael E. Ruiz* (signature)

Rafael E. Ruiz

Date: May 31, 2018

01S  6/5/2018

# INVOICE FOR PROFESSIONAL SERVICES: APRIL-MAY 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:  **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) from April 27, 2018 through May 31, 2018 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on court matters, draft memo for court (14.0 billable hours) [not submitted in April invoice] | X | N/A | Saturday through Sunday, April 28-29, 2018 | (14 @ $150 = $2,100) |
| Work from New York City: Work on six-month report and court matters (12.0 hours) | X | N/A | Saturday through-Sunday, May 5-6, 2018 | (12 @ $150 = $1,800) |
| Work from New York City: work on court matters (8.0 billable hours) | X | N/A | Saturday through-Sunday, May 12-13, 2018 | (8 @ $150 = $1,200) |
| Work from New York City: work on court matters (2.0 billable hours) | X | N/A | Tuesday, May 15, 2018 | (2 @ $150 = $300) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from Puerto Rico: Staffing Study and Court meeting (1.0 day) | N/A | X | Wednesday, May 16, 2018 | (1 day @ $1,300 = $1,300) |
| Work from New York City: work on court matters, draft memo to parties, revisions to six-month report (12.0 billable hours) | X | N/A | Saturday through Sunday + Tuesday, May 19-20, & May 22, 2018 | (12 @ $150 = $1,800) |
| Work from Puerto Rico: See TCA agenda (2.0 days) | N/A | X | Friday through Saturday, May 25-26, 2018 | (2 days @ 1,300 = $2,600) |
| Work from New York City: work on court matters, final edits to six-month report (12.0 billable hours) | X | N/A | Sunday through Tuesday, May 27-30, 2018 | (12 @ $150 = $1,800) |
| TOTAL HOURS WORKED: 88.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (30 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (60 HOURS @ $150): | | | | $9,000 |
| TOTAL TO BE BILLED: | | | | $12,900 |

INVOICE PRESENTED BY:

2

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
May 30, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _6/5/2018_, 2018.

3

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 048
FOR PROFESSIONAL SERVICES RENDERED MAY 2018

| | |
|---|---|
| Monday, May 21, 2018 | TCA Office re: meetings |
| Tuesday, May 22, 2018 | Site Visit Hatillo Police District<br>Site Visit Camuy Police District |
| Wednesday, May 23, 2018 | Site Visit Fajardo Police District<br>Site Visit Rio Grande Police District |
| Thursday, May 24, 2018 | PRPB headquarters re: meetings with<br>FIU/Radio Control Center/San Juan "Centro Mando" |
| Friday, May 25, 2018 | TCA Office<br>Site Visit Hoare Police Station (half day) |

**4 1/2 DAYS (DAY RATE $1,300) = $5,850**

| | |
|---|---|
| May 1-31 | Prepared and submitted Core Team proposed site visit document for May through August. 2.5 hrs.<br>Reviewed PRPB's policy "Intervention with Persons in Crisis and Negotiations in the Taking of Hostages" General Order Chapter 600, |

Section 628. 2.5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's Operations Manual "Intervention in Crisis and
Negotiations in Hostage Taking" 2 hrs.
Prepared comments on the above 1hr.
Reviewed PRPB's CIC Operations Manual, Chapter Nine, "Homicide
Investigations Division" 1.5 hrs.
Prepared comments on the above 1 hr.
Reviewed PRPB's CIC Operations Manual Chapter Ten, "Technical
Service Division"1.5 hrs.
Prepared comments on the above 1 hr.
Reviewed PRPB's policy "Investigation on Abuse and/or Neglect in
Youth Institutions" General Order Chapter 600, Section 635. 3 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's Annex A (to the above policy) "Criteria to Determine
The Existence of Institutional Abuse" 1hr.
Prepared comments on the above 1hr.
Reviewed PRPB's policy "Intervention with Minors in the Commission of
Offenses" 3 hrs.
Prepared comments on the above 2 hrs.


**TOTAL HOURS:     26 HOURS   0 MINUTES**


**BILLABLE HOURS   21 HOURS   40 MINUTES AT RATE OF**

**$150 PER HOUR = $3,250**

**PRO BONO  4 HOURS   20 MINUTES**


**TOTAL: $9,100**

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

May 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED MAY, 2018

| | |
|---|---|
| Monday, May 21, 2018 | TCA Office re: meetings with PRPD and USDDOJ. |
| Tuesday, May 22, 2018 | Site visit to Hatillo Police District<br>Site visit to Camuy Police District |
| Wednesday, May 23, 2018 | Site visit to Fajardo Police District<br>Site visit to Rio Grande Police District |
| Thursday, May 24, 2018 | Visit to Police Academy |
| Friday, May 25, 2018 | TCA Office re: meetings<br>Site visit to Hoare |

**4 1/2 DAYS (DAY RATE $1,300) = $5,850.00**

May 1 - 31

Prepared and submitted Core Team Proposed site visit document for May through August – 2.5 hours

Reviewed PRPD's policy "Intervention with persons in Crisis and Negotiations in the Taking of Hostages" General Order Chapter 600 2.5 hours
Prepared Comments on the above - 1 hour

Provided training materials and examination to TCA, Col. Rivera and staff for Crisis Intervention course – 2 hours

Prepared new information reference City of Cleveland demonstration to the TCA and Jose Pujol – 2 hours

Reviewed all TCA policy submissions – 2 hours

Reviewed PRPD Operations Manual "Intervention in Crisis and Negotiations in Hostage Taking" - 3 hours
Prepared Comments on the above – 1 hour

Reviewed and sent Crisis Intervention course, materials and schedule from Colorado POST and Denver Police Department to the TCA. – 1 hour 40 minutes

Reviewed PRPD's policy "Investigations on Abuse and/or Neglect in Youth Institutions" General Order Chapter 600, Section 635 – 2 hours

Reviewed PRPD's policy "interventions with Minors in the Commission of Offenses" - 2 hours


**TOTAL HOURS:   28 HOURS**

**BILLABLE HOURS:  21 HOURS AND 40 MINUTES AT RATE OF $150 PER HOUR = $3,250.00**

**PRO BONO 6 HOURS 20 MINUTES**

**TOTAL: $9,100.00**

INVOICE 0038 FOR PROFESSIONAL SERVICES; MAY 1 – MAY 31, 2018
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of May 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 2.75 | 20-22 May | 3600.00 |
| Communications - telcons and emails to/from CT, PRPD, USDOJ, regarding Kronos assessment, Action Plans, GO's, manuals, policy coordination | 5.25 | | | 787.50 |
| Research, review of DoJ provide examples of EIS systems reporting of data | 5.75 | | | 862.50 |
| Prepare Agenda Recommendations - Review past action items and trip reports | 2.25 | | | 337.50 |
| Kronos status review/assessment May 2018; prep an "on the ground" assessment plan for May. Consider evaluation of schedule, resources required, recommendations and status report, how executing, how test, progress of dev/pilot during 20-21 May visit. Also; Lessons learned during the pilot, status of policies, GO's and training associated with Kronos. Crosswalk with the action plan, review prior materials, recommendations to the Court & parties to perform assessments and prepare options, reference documents and trip reports. Review US Dept of Labor Decree & Status Report on PRPD OT Backpay | 19.25 | | | 2887.50 |
| Review and update IT and Monitors Action Plans | 4.75 | | | 712.50 |
| Review and update Ver 0.3 of Punch List to track PRPD follow thru | 4.50 | | | 675.00 |
| | | | | |
| Total hours US | 41.75 | | | |

| | | |
|---|---|---|
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | 2.75 | $3,600 |
| TOTAL OF BILLABLE HOURS @ $150 | 41.75 | $6,263 |
| TOTAL EXPENSE | | $9,863 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | 5.08 | -762.50 |
| | FEE | $9,100 |

INVOICE PRESENTED BY:

\_\_\_\_\_//Signed//_____

Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____

ARNALDO CLAUDIO, TCA, President

6/5/2018

2

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**          **7865899**

## INVOICE

**Customer**

| | | | |
|---|---|---|---|
| Name | TCAPR Corporation | | |
| Address | 268 Munoz Rivera | | |
| City | San Juan | PR | ZIP 00918 |
| Phone | | | |

| | |
|---|---|
| Date | 4/24/18 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 36.5 | SARP Compliance Matrix, Review of Policies (Reglamento 6 and | $150.00 | $5,475.00 |
| 9.5 | Emails, calls, review of documentation | $150.00 | $1,425.00 |

| | | |
|---|---|---|
| | SubTotal | $6,900.00 |
| | Shipping & Handling | |
| Taxes | State | |
| | **TOTAL** | $6,900.00 |

Signature: _____

Office Use Only

ok *R.f.* 6/5/2018



CASTELLANOS GROUP
P.S.C.

# INVOICE

**INVOICE NUMBER: 61**
**INVOICE DATE: MAY 31, 2018**

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-01-18 | Police Reform-Puerto Rico | Conference call with TCA Claudio and Hernandez Denton | 1.00 | $125.00 | $125.00 |
| MAY-01-18 | Police Reform-Puerto Rico | May 1 Protests Observation and all related matters | 8.00 | $125.00 | $1,000.00 |
| MAY-02-18 | Police Reform-Puerto Rico | Privilege communication with TCA Claudio and related matters; communication with the Court in compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| MAY-02-18 | Police Reform-Puerto Rico | Review and Analysis of news coverage | 1.50 | $125.00 | $187.50 |
| MAY-02-18 | Police Reform-Puerto Rico | Communications with Pujols, re:coordination and related matters | 0.25 | $125.00 | $31.25 |
| MAY-02-18 | Police Reform-Puerto Rico | Review of Work Plan "Interaction Committee Caguas" | 1.00 | $125.00 | $125.00 |
| MAY-02-18 | Police Reform-Puerto Rico | Review of several communications from TCA Claudio | 1.50 | $125.00 | $187.50 |
| MAY-04-18 | Police Reform-Puerto Rico | Several Communication with Pujol's, re: Town Hall Meetings and related matters | 1.00 | $125.00 | $125.00 |
| MAY-07-18 | Police Reform-Puerto Rico | Review of Minutes draft- April 28 meeting; communication with Pujol, coordination of conference call; communication with members of the CIC regarding Town Hall coordination | 1.00 | $125.00 | $125.00 |
| MAY-08-18 | Police Reform-Puerto Rico | Review of lawsuit of Metro newspaper v. Police and communications received | 0.50 | $125.00 | $62.50 |
| MAY-08-18 | Police Reform-Puerto Rico | Review and analysis of several communications sent from TCA Claudio, re: May 1 related matters | 1.50 | $125.00 | $187.50 |
| MAY-08-18 | Police Reform-Puerto Rico | Several communications- regarding Town Hall Meetings coordination | 0.50 | $125.00 | $62.50 |

INVOICE NUMBER: 61

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-09-18 | Police Reform-Puerto Rico | Conference call with Hernandez Denton, Esq. re: discussion of several matters | 0.25 | $125.00 | $31.25 |
| MAY-09-18 | Police Reform-Puerto Rico | Review of several communications from TCA Claudio; communication to TCA Claudio, re; Town Hall Meetings coordination status | 1.00 | $125.00 | $125.00 |
| MAY-11-18 | Police Reform-Puerto Rico | Review of several communications from TCA Claudio, review of news published | 1.00 | $125.00 | $125.00 |
| MAY-12-18 | Police Reform-Puerto Rico | Conference call with Mr. Javier Gonzalez and Mr. Pujols, re: Town Hall Meetings | 1.00 | $125.00 | $125.00 |
| MAY-16-18 | Police Reform-Puerto Rico | Communication with Georgina Candal, re: Town Hall Meetings | 0.25 | $125.00 | $31.25 |
| MAY-25-18 | Police Reform-Puerto Rico | Preparation of Proposed Agenda for Town Hall Meetings, 253 meeting | 2.00 | $125.00 | $250.00 |
| | | Total hours for this invoice | 25.25 | | |
| | | Total amount of this invoice | | | $3,156.25 |

OK          6/5/2018

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

Mayo 29, 2018

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| 04-27-2018 | Conference call with CL Lawyers and TCA regarding activities and recent developments in the reform process (Privileged Matters). | 1 |
| 04-30-2018 | Meeting with TCA. | 1 |
| 04-30-2018 | Preparation of Draft by Deputy TCA, Special investigator Pujol and FHD to DOJ and PRDOJ concerning transfer of Coronel Clementina Vega. | 1.5 |
| 05-01-2018 | Observing May 1 activities from PRDOJ'S Center. | 10 |
| 05-06-2018 | Reading and analysis of assessment methodology of May 1st activities in compliance with order by the Court investigation. | 1 |
| 05-09-2018 | Conference call with TCA – Recent Developments-Attorney Work Privilege. | .5 |
| 05-11-2018 | TCA conference call with Luis Saucedo and Joel Torres | 2 |
| 05-11-2018 | Review of Comments of DOJ and PRD about assessment methodology. | 1 |

| | | |
|---|---|---|
| 05-15-2018 | Preparation for conference call to interview Yashira Vega. | 1 |
| 05-11-2018 | Interview of Yashira Vega. | 2 |
| 05-16-2018 | Meeting with TCA. | 1 |
| 05-16-2018 | US District Hearing. | 3.5 |
| 05-17-2018 | Reading and analysis of draft of General Order regarding evidence and revision of comments to PRPB. | 1.5 |
| 05-26-2018 | Additional research carried out in the evaluation of PRPB appointment of Yashira Vega and conference calls with Deputy TCA. | 2.5 |
| | **TOTAL BILLED HOURS:** | 29.5 |
| | **TOTAL:** | $3,687.50 |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

ok   ff.   6/5/2018

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

May 28, 2018.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-05**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of May 2018:

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---------|---------|--------------------------------------------------------|
| 5/04/2018 | **4.00 hrs.** 4:30 to 8:30 pm | Work, changes, additions, deletions, legal advice on Methodology for Assessment. |
| 5/08/2018 | **2.75 hrs.** 9:00 to 11:45 am | Observer at Superior Court Hearing-Room 904 – Metro Newspaper vs. NPPR and Dept. of Public Security |
| 5/09/2018 | **2.25 hrs.** 5:00 to 6:15 and 6:15 to 7:15 pm | Initial Review of Evidence Rooms Policy and Review and advice on Prevention of Harasment, Discrimination & Retaliation- Del Carmen |
| 5/10/2018 | **3.25 hrs.** 5:00 to 8:15 pm | Additional Review and preparation of draft on Evidence Rooms and  mailing to FHD |
| 5/14/2018 | **5.00 hrs.** 11:00 am to 3:30 pm and 8:00 to 8:30 pm | Additional Review and Changes to Metodology, draft and filing of two motions with the District Court and Review and Advice on General Order of December 2017 on Training and Retraining (Young) |
| 5/16/2018 | **3:00 hrs.** 9:00 am to 12:00 N | TCA Meeting and Court Hearing at US District Court on V2A presentation |
| 5/18/2018 | **0.75 hrs.** 5:00 to 5:45 pm | Final on Evidence Rooms with additions by FHD |
| 5/21/2018 | **3.50 hrs.** 10:00 to 10:30 am & 2:00 to 5:00 pm. | TCA Office Meeting and Discussion of Policies at NPPR Headquarters |
| 5/22/2018 | **6.25 hrs.** 10:00 to 12:00 N and 1:00 to 5:15 pm | Review of regulation for prevention of discrimination, etc. Review to amend Regulation 8728, G.O. 600-636 (Evidence Rooms), GO 800-801, G.O. 800-803, G.O. 600-626. |
| 5/23/2018 | **7.50 hrs.** 9:00 am to 1:00 pm & 1:45 to 5:15 pm | Paragraph 13 presentation, Use of Force,   policies 601 and 605 |
| 5/25/2018 | **2.25 hrs.** 1:00 to 3:15 pm | Paragraph 253 at TCA's Office |
| 5/28/2018 | **40.50 Hrs.**Total Hours Billed | 40.50 hrs. x $125.00=$5,062.50 |

I hereby certify that the amount billed in this Invoice is true and correct and co rresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

> *This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

# INVOICE  0133

5/24/2018

**RAUL F TORRES**
PO Box 388
Las Piedras PR 00771

**TCAPR Corp**
World Plaza
268 Muñoz Rivera 1001
San Juan PR  00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of May 20-26, 2018 to TCA Core Team, | |
| which includes the following: | |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (TCA Office, Carolina, Headquarters in Hato Rey, Gurabo Police Academy) | |
| | |
| Total Hours Worked: 68 hrs | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |

$900.00

6/5/2018

OTHER INFORMATION
Phone: 787.391.9630
Email: rf.torres@yahoo.com

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18723

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 14 Mayo 20 18

SR. _____
DIRECCION _____
TAB. NÚM. _____

CASH ☑   CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |
| TOTAL | 20 |

RECIBI _____

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

---

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

19321

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 20 18

SR. _____
DIRECCION _____
TAB. NÚM. _____

CASH ☑   CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |
| TOTAL | 20 |

RECIBI _____

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

# INVOICE

3533951

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ADDRESS J.D Tire service | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 11/mayo/17 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | (1) inyeccion | | $5.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | $5 00 | |

**AUTO expreso**
SISTEMA DE PEAJE ELECTRÓNICO

| | | |
|---|---|---|
| Recibo del Cliente | | PREPATRONRECEIPT_ES |
| AutoExpreso | Fecha del Informe: | 05/17/2018 |
| P.O. Box 11888 | Hora del Informe: | 14:21:07 |
| San Juan, PR 00922-1888 | | |

Numero de Cuenta:     3451155
TCA PR CORP
Sr JOSUE LOPEZ SIERRA
WORLD PLAZA 268 MUNOZ RIVERA
SAN JUAN, PR 00918

| Descripción | | Fecha de Transacción | Cantidad de la Transacción($) | Balance ($) |
|---|---|---|---|---|
| Balance Inicial ($) | ($1.05) | | | |
| CARGO MANUAL DE MASTERCARD | | 05/17/2018 14:20:11 | $40.00 | $38.95 |
| Balance Final ($) | $38.95 | | | |

Resumen de la Cuenta:

| | |
|---|---|
| Cantidad de Sellos Electrónicos Emitidos: | 1 |
| Tipo de Cuenta: | Registrada |
| Tipo de Pago/Abono: | Dinero Efectivo |

***FIN DEL INFORME***

Recibo de Recarga

www.autoexpresso.com
1-888-688-10-0
Plaza Caguas Norte, Carril 11
Cajero: 2098
05/14/18 16:45:5

Numero de Cuenta:        AC 03579521
Cantidad de Pago:     $     40.00
Metodo de Pago:            Efectivo
Balance:              $     42.35

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpresso.com

**TO GO STORES**
**FRAILES**
787-798-6434 ext.331
00000000000000019
FRAILES

\*\*\*PREPAID RECEIPT\*\*\*

| Description | Qty | Amount |
|-------------|-----|--------|
| -------- | --- | ------ |
| PREPAY CA #02 | | 10.00 |
| | | ------ |
| Subtotal | | 10.00 |
| Tax | | 0.00 |
| **TOTAL** | | **10.00** |
| | CASH $ | 10.00 |

ST# 00031  TILL XXXX DR# 1 TRAN# 1036943
CSH: 10          04/29/18 14:09:46

TO GO STORES
GURABO
00000000000000019
Toral 12

\*\*\*PREPAID RECEIPT\*\*\*

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #01 | | 20.00 |
| | | ------ |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| | ATH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1027389
CSH: 15          05/11/18 10:47:27

PUMA 268
PETROLEUM

| Descr. | Qty | amount |
|--------|-----|--------|
| Prepay CA#05 | | 50.00 |
| | | ------ |
| Sub Total | | 50.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| **TOTAL** | | **50.00** |
| | CASH $ | 60.00 |
| | Change $ | -10.00 |

GRACIAS POR COMPRAR
EN SU TEXACO
REPARACION Y BALANCEO DE GOMAS,
ALINEACION, FRENOS Y MEC LIVIANA
REG# 0001 CSH# 003 DR# 01 TRAN# 17838
04/26/18 14:12:02        ST# AR123

FABR PETROLEUM
787 296 4001

| Descr. | Qty | amount |
|--------|-----|--------|
| Prepay CA#07 | | 40.00 |
| | | ------ |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00 TRAN# 12868
05/07/18 16:29:06        ST# AR123

BIENVENIDOS A
GULF SAN JUAN

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#03 | | 20.00 |
| Sub Total | | 20.00 |
| MUN | | 0.00 |
| EST | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 11308
05/16/18  00:06:38               ST# G0209

BIENVENIDOS
PUMA BALDRICH

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#06 | | 50.00 |
| Sub Total | | 50.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 50.00 |
| CASH $ | | 50.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# CO  TRAN# 16132
05/15/18  11:01:56               ST# AB123

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #05 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1028520
CSH: 17                    05/17/18 20:05:06

CONTROL: 9HQ2B-WJC3Z
S1

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #02 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1019015
CSH: 16                    05/16/18 18:05:54

**TO GO STORES
INTERAMERICANA**
787-798-6434 ext.337
000000000000019
TORAL 37

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #07 | | 50.00 |
| | Subtotal | 50.00 |
| | Tax | 0.00 |
| **TOTAL** | | **50.00** |
| | CASH $ | 60.00 |
| | Change $ | -10.00 |

ST# 00037  TILL XXXX DR# 1 TRAN# 1015509
CSH: 8                05/21/18 20:58:11

**PUMA 212**

52 juan .                :

**Fecha: 5/22/2018 4:14 PM
Cajero: Javier Alomar
Trans No. 413577
Batch No. 1563
Cnt  UPC/PLU  Descripción**

| combustib | Combustible Surtidor 5 | |
| --- | --- | --- |
| 1 | $10.00 | $0.00 |

**Subtotal:** $10.00
**Estatal:** $0.00
**Municipal:** $0.00

**Total:** $10.00
**Cash:** $10.00

**Cambio:** $0.00
Thank you for your business!

**CONTROL:
ST**

---

*Raúl 66,331.2 M.*

FABR PETROLEUM
787 296-4901

| Descr. | qty | amount |
| --- | --- | --- |
| --- | --- | --- |
| REG    CA #04 | 48.370L | 40.00 |
| | @ 0.827/ L | |
| | Sub Total | 40.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

**THANKS, COME AGAIN**
REG# 0001 CSH# 005 DR# 00  TRAN# 10929
05/19/18  18:45:21              ST# AB123

*Raúl*

*66,578.4 millage*

===========================================
PRINT NO.     16762

SHELL GLOBAL STATION
LAS PIEDRAS

MAY 21 18 09:15PM    RECEIPT NO. 1111231

STORE ID 12345

| PUMP | GRADE | VOLUME | PPU | AMOUNT |
| --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- |
| 4 | REGULAR | 50.184L | 0.797 | 40.00 |
| | | CASH | TOTAL | 40.00 |

GRACIAS
===========================================

*66.785.2   Raúl*

```
             TO GO STORES
               GURABO
           000000000000019
               Toral 12


           ***PREPAID RECEIPT***

Description          Qty      Amount
-------              ---      ------
PREPAY CA #03                  20.00
                             --------
            Subtotal           20.00
            Tax                 0.00
  TOTAL                        20.00
            CASH  $            20.00


               GRACIAS,
             Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1029921
CSH: 15              05/24/18 08:47:06
```

*Raúl 67.033.2 Miller*

```
            A.F.  SHELL
LOIZA 1703, SANTURCE Tel 787 721-1643

Descr.          qty        amount
------          ---        ------
REG    CA #04  51.415L       42.01
               @ 0.817/ L
                           ----------
            Sub Total        42.01
            EST. 10.5%        0.00
            MUNICIP 1%        0.00
        TOTAL                42.01
              CASH  $        42.01
   THANKS, COME AGAIN
REG# 0001 CSH# 011 DR# 01  TRAN# 17448
05/25/18  08:20:17         ST# AB123
```

```
            A.F.  SHELL
LOIZA 1703, SANTURCE Tel 787 721-1643

Descr.          qty        amount
------          ---        ------
REG    CA #01  48.967L       40.01
               @ 0.817/ L
                           ----------
            Sub Total        40.01
            EST. 10.5%        0.00
            MUNICIP 1%        0.00
        TOTAL                40.01
            TAR CREDI  $      40.01
   THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 16356
05/23/18  19:33:43         ST# AB123
```

## PUMA 212

Gasolina.

**Fecha: 5/24/2018 3:25 PM**
**Cajero: Javier Alomar**
**Trans No. 415383**
**Batch No. 1571**
**Cnt  UPC/PLU  Descripción**

| Combustible | Combustible Sur. o.r. 5 | |
|---|---|---|
| 1 | $40.00 | $40.00 |

| Subtotal: | $40.00 |
|---|---|
| **Estatal:** | $0.00 |
| **Municipal:** | $0.00 |
| **Total:** | $40.00 |
| **Cash:** | $40.00 |
| **Cambio:** | $0.00 |

Thank you for your business!

**CONTROL:**
**ST**

```
        A. F.  SHELL
LOIZA 1703, SANTURCE Tel 787 721-1643

Descr.          qty       amount
---- ---        ---       -- ----
Prepay CA#05              10.00
                         ----------
        Sub Total         10.00
        EST. 10.5%         0.00
        MUNICIP 1%         0.00
   TOTAL             10.00
        CASH  $        10.00
THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01  TRAN# 18496
05/26/18  13:32:32         ST# AB123
```

```
    FABR  PETROLEUM
    787  296-4901

Descr.          qty       amount
---- ---        ---       ------
Prepay CA#08              30.00
                         ----------
        Sub Total         30.00
        ESTATAL           0.00
        MUN               0.00
   TOTAL             30.00
        CASH  $        30.00
THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 14834
05/25/18  16:03:37         ST# AB123
```

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

```
    BIENVENIDO A
    GULF LA ROCA

Descr.          qty       amount
---- ---        ---       ------- --
Prepay CR#02             20.00
                        ----------
        Sub Total        20.00
        ESTATAL           0.00
        MUNINIPAL         0.00
        Total            20.00
        VISA-MC  $       20.00
    GRACIAS
  VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 11984
05/27/18  13:52:01         ST# GULF1
```

```
    BIENVENIDO A
    GULF LA ROCA

Descr.          qty       amount
--------        ---       --- ---
Prepay CA#06             20.00
                        ----------
        Sub Total        20.00
        ESTATAL           0.00
        MUNINIPAL         0.00
        Total            20.00
        009626510  $     20.00
    GRACIAS
  VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 10966
05/26/18  10:58:54         ST# GULF1
```

Find messages, documents, photos or people

Eric

Home



Compose

Back   Archive   Move   Delete   Spam

**Inbox** 82

Fwd: PACER Payment Confirmation          Yahoo/Inbox

Unread
Starred
Drafts 127
Sent
Archive
Spam
Trash
Less

TCA PR <tca.prm@gmail.com>
To: Eric Guzman

May 29 at 11:37 AM



TCA PR
tca.prm@gmail.com

Add this to the invoice. Thanks
---------- Forwarded message ----------
From: <do_not_reply@psc.uscourts.gov>
Date: Tue, May 29, 2018 at 11:36 AM
Subject: PACER Payment Confirmation
To: tca.prm@gmail.com

Your payment has been successfully processed. The details are below.

Views Hide

Photos
Documents
Travel
Coupons
Purchases
Tutorials

Account Number: 4720075
Amount: $63.10
Tracking Id: I:4720075.180529QQjs
Approval Code: 253224
Masked Number: ************1022
Date/Time: 05/29/2018 11:36:00 ET

NOTE: Please do not reply to this message. This is an automated message
sent from an unmonitored mailbox. If you have questions or comments,
please email them to pacer@psc.uscourts.gov or call the PACER Service
Center at (800) 676-6856 between 8 AM and 6 PM CT Monday through
Friday.



CHEVROLET

VISIT YOUR LOCAL D

Folders Hide

New Folder
Deleted Items 15
Notes
Sent Items
Synced Messa... 12

--
Arnaldo Claudio, Technical Compliance Advisor
TCAPR Corp
268 Muñoz Rivera
World Plaza, Suite 1001
San Juan, PR 00918
Tel.(787)765-2209
tca.prm@gmail.com



COMF
LA
90

Bang good
.com

CONFIDENTIALITY NOTE: This communication contains information
belonging to the sender, which is confidential and/or legally privileged, and
subject to the dispositions of The Stored Communications Act at 18 U.S.C.
2702(a), the Penal Code of Puerto Rico, 2012 L.P.R. 146, among other
applicable Federal and State laws. The information is intended only for the
use of the individual or entity named above. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution,
or the taking of any action in reliance on the contents of said information is
strictly prohibited. If you have received this communication by error, please
delete if from your computer and notify us immediately. Thank you."

Reply, Reply All or Forward

Send

B   I

12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of May

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA met at the Police Headquarters to discuss, prepare and review agenda. The TCA participated in a conference call to attend requested matters by the USDOJ. TCA Office participated as instructed by the Court as observers in May 1, 2018 mass demonstrations.

The following General Orders were reviewed, updated and discussed in on site visits: General Order 600-601; General Order 600-602 and General Order 600-605.

The following General Orders were assigned to be reviewed, updated and discussed: General Order 600-633: Intervention with minors in the commission of faults; Manual of the Investigation Unit, Chapters 9 and 10; General Order600-635: Investigation of abuse and / or neglect in juvenile institutions; General Order 700-702: Rules and procedures of the pre-service training program; General Order 600-628: Intervention with people in crisis and negotiation in the taking of hostages; General Order 600-636: Rules for the custody of evidence; General Order 800-801: Citizen Interaction Committees; and General Order 800-803: Community Police.

The following topics were discussed: PRPB Academy current trainings and the necessity of implementing new ones; Paragraph 200; Rules to Amend Regulation 8728; Regulation for the prevention of discrimination, harassment and reprisals of the PRPB among other subjects.

Also the Police Academy was visited during this month and the following Command Areas were visited: Fajardo (Rio Grande and Luquillo), Carolina, Aguadilla (Camuy and Hatillo), Caguas (Juncos and San Lorenzo and Hoare Police Precinct in San Juan. Also CT and Staff visited Command Center of San Juan and Radio Control Unit San Juan. The Police Academy and SARP Unit were visited for meeting.

The TCA and his Staff attended to the Court Hearing at US District Court for the V2A presentation. The Core Team IT Subject Expert presented the KRONOS Assessment Report.

Lastly, all administrative actions were completed, including but not limited to: meeting with the TCA´s CPA for the update of the employee records, pay roll inquires and preparation of the TCA's Office agenda for the month of June.