# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>　　　　　　Defendants | No. 12-cv-2039 (GAG) |

### TCA's MOTION TO RESTRICT CONTENTS OF MOTION SUBMITTING SEVENTH SIX MONTH REPORT AND TABLES

**TO THE HONORABLE COURT:**

Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. Pursuant to Paragraph 250 of the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau, hereinafter "the Agreement," the Technical Compliance Advisor intends to submit the Seventh Six Month Report to the Honorable Court along with the required compliance tables in a separate attachment.

2. That pursuant to the Order of this Honorable Court of July 21, 2017, at Docket No. 517, it is respectfully requested that the aforesaid motion be filed in restricted mode until further determination by the Court.

Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

　　　Certificate of Service:  I hereby certify that copy of the foregoing motion has been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 6th. day of June 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070