# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>　　　　v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>　　　　　Defendants | No. 12-cv-2039 (GAG) |

## MOTION SUBMITTING SEVENTH SIX MONTH REPORT
## OF THE TCA AND COMPLIANCE TABLES

**TO THE HONORABLE COURT,**

Comes Now the Technical Compliance Advisor (TCA), Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. Pursuant to Paragraph 250 of the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau, hereinafter "the Agreement," the Technical Compliance Advisor hereby submits the Seventh Six Month Report to the Honorable Court as an attachment to this motion along with the required compliance tables in a separate attachment.

2. In compliance with Paragraph 252 of the Agreement, the TCA submitted to the parties a copy of the current report and attachment, in draft form on April 2, 2018. The Agreement provides that the parties shall have fifteen calendar days upon receipt of the draft report to allow the parties to informally submit their comments to said report

3. On April 18, 2018, the TCA received comments from the parties which were afforded due consideration to complement the Seventh Six Month Report.

4. Thus, the TCA is now able to formally present the Six Month Report in accordance with all applicable sections of the Agreement.

5. That prior to the filing of this motion, pursuant to the Order of this Court of July 21, 2017, Docket No. 517, a motion to restrict the contents of this motion has been filed.

Wherefore, in view of the above, it is respectfully requested from the Honorable Court that the filing of the Seventh Six Month Report and its attachment be allowed and this motion be granted as requested.

**Certificate of Service**: I hereby certify that copy of the foregoing motion and the Six Month Report with its corresponding tables attached in *pdf* form have been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 6th. day of June, 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070