**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,<br>et. al.**<br><br>**Defendants.** | CIVIL NO. 12-2039 (GAG)(PG) |

**LEAVE TO FILE RESPONSE**

**TO THE HONORABLE COURT:**

    **COME NOW** the Commonwealth of Puerto Rico and The Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

    1.    On this date, the USDOJ filed an informative motion regarding Order at Docket Numbers 855 and 858. (*See* Docket No. 873).

    2.    The Commonwealth request that it be allowed to respond before this Honorable Court makes a ruling upon the information contained on said informative motion.

    **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and allow the Commonwealth to respond before any ruling is made on the information contained at docket 873.

    **I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on June 7, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov