# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Abbreviated Record to the Court of Appeals</u>

**DATE:** June 7, 2018

**DC #:** 12-2039 (GAG)

**APPEAL FEE PAID:** YES **X** NO ____

**CASE CAPTION:** USA v. Commonwealth of Puerto Rico

**IN FORMA PAUPERIS:** YES ____ NO **X**

**MOTIONS PENDING:** YES **X** NO ____

**NOTICE OF APPEAL FILED BY:** Intervenor Plaintiff: Iris Guardiola-Caldern

**APPEAL FROM:** Orders entered on 04/25/18

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries 822, 823, 824, 826 & 852**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk