

8 de junio de 2018

Hon. Gustavo A. Gelpi
Juez Presidente del Tribunal Federal
de Puerto Rico
Calle Tetuan 351,
Viejo San Juan, PR 00901

Honorable Juez:

Saludos cordiales. Adjunto a la presente documentos relacionados al Caso Civil sobre Daños y Perjuicios por Violación a Derechos Constitucionales, *TNTE. Zandra M. Cruz Maldonado vs. Estado Libre Asociado y otros*, Caso Núm. J DP2006-0075, cuya Sentencia Enmendada se emitió el 18 de mayo de 2015, y que incluyó como co-demandado al entonces Teniente *Sr. Henry Escalera Rivera,* hoy designado por el Gobernador, Hon. Ricardo Rosselló Nevares, desde el pasado día 29 de mayo de 2018 para ocupar el cargo de Comisionado del Negociado de la Policía de Puerto Rico, bajo análisis y consideración de este Senado para consejo y consentimiento.

En síntesis, la demanda fundamenta el reclamo en la violación a tener unas creencias políticas y persecución por motivos políticos, hostigamiento laboral por razón de sexo, acoso moral en su trabajo y violación a su derecho constitucional a la intimidad y protección contra riesgos para su salud y/o integridad personal contra el Estado Libre Asociado y demás demandados. En específico, sobre el entonces Teniente Escalera Rivera, se expresa qué conforme a las determinaciones de hechos alcanzadas por el Tribunal, éste concluye que hubo **actuaciones intencionales** del mismo por lo que le impone responsabilidad y le ordena al pago de $20,000 a favor de la parte demandante. Posteriormente, a esta Sentencia se solicitó reconsideración vía Moción, denegada el 25 de mayo de 2015. Así también, fue apelada ante el Tribunal de Apelaciones, Región Judicial de Ponce-Guayama, que emitió la Sentencia que asimismo le incluyo con fecha del 29 de enero de 2016 y no eximió de responsabilidad al Teniente Escalera, aunque sí a otros co-demandados.

Por todo lo anterior, expresamos nuestras reservas a que el nominado ocupe la posición de Comisionado del Negociado de la Policía de Puerto Rico, mediante comunicación al Presidente de la Comisión de Nombramientos, Presidente también de este Cuerpo Legislativo, Hon. Thomas Rivera Schatz y al Hon. Henry Newman Zayas, Presidente de la Comisión de Seguridad Pública (Anejamos las mismas).

*El Capitolio* PO Box 9023431 San Juan, Puerto Rico 00902-3431

(787) 724-2030 | (787) 722-1231 | mvega@senado.pr.gov | www.senadopr.us



Puntualizando, que dicho nombramiento al más alto cargo en la uniformada se presenta cuando la Policía de Puerto Rico está en un proceso de Reforma, bajo la jurisdicción de este Tribunal Federal, con un monitor asignado al mismo para asegurar su fiscalización y cumplimiento.

Así, que entendemos imprescindible el informarle de este importante asunto para la acción correspondiente, dado las posibles consecuencias al proceso señalado de la Reforma Policial.

Sin nada más sobre el particular y agradeciendo su segura atención, quedo;

Atentamente,

Rossana López León

CC: Sr. Arnaldo Claudio Rodríguez
Asesor de Cumplimiento de Técnico de la Reforma Sostenible
de la Policía de Puerto Rico

Lcdo. Luis Saucedo
Representante del Gobierno de los Estados Unidos
por el Departamento de Justicia de la División de
Derechos Civiles