**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)(PG)** |

**MOTION FOR LEAVE TO FILE DOCUMENTS IN SPANISH**

**TO THE HONORABLE COURT:**

    **COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

    1.    On this same date, the PRPB has filed a Motion in compliance with court order together with exhibits to be considered by this Honorable Court. The exhibits are in their original Spanish language version. (See Docket No. 886-1).

    2.    L.Cv.R.P. 5 (g) requires that all documents not in the English language, which are presented to or filed in this Court, must be accompanied at the time of presentation or filing by a certified translation into English.

    3.    Nonetheless, the PRPB requests leave from this Court to permit that the filing of such exhibits in Spanish language without the need to translate the documents to the English language.

    4.    Taking into consideration that the filed motion is not adversarial in nature, that the content is non-litigious, and the financial crisis affecting the Commonwealth, the PRPB requests leave from this Court to file such exhibits in Spanish.

5. In light of the foregoing, the PRPB respectfully request from this Honorable Court leave to file the exhibit in their original spanish language version.

**WHEREFORE**, PRPB respectfully requests that this Court grants leave to file the exhibit in their original Spanish language version without the need to translate the documents to the English language.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on June 15, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of
Litigation Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov