# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                        CASE NO. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants.

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    **NOW COMES,** the undersigned, who respectfully informs the Court as follows:

    As directed by the Court, the undersigned and the Federal Monitor's Office (TCA) have been conducting efforts to coordinate and organize the multiple Town Hall Meetings that are scheduled to take place in the upcoming months throughout the Island (See Docket No. 815).

    As of today's date, the appearing Counsel has confirmed the following dates and venues in relation to the above-mentioned Town Hall Meetings:

1. Ponce - July 18, 2018 – Punta Diamante, El Tuque;
2. Caguas - August 16, 2018 – C3tec Center;
3. Fajardo - August 18, 2018 – Centro de Usos Múltiples;
4. Bayamón – Tentative dates: September 17, or September 20, 2018 – venue to be determined;

5. Arecibo – October 24, 2018 – Casa Ulanga;

6. Guayama – November 8, 2018 – Centro Comunal Olimpo; and

7. Mayagüez – December 5, 2018 – Centro de Cultura.

The Town Hall Meetings are scheduled to last approximately an hour and a half, which could be extended if warranted to two hours[1]. After a brief introduction from the undersigned and the TCA, Col (ret.) Arnaldo Claudio, we will hear from the guest speakers. There will be fourteen to sixteen (14-16) guest speakers who will have an allotted time of four (4) minutes each for their presentations. After the guest speakers' presentations, the parties shall have around five (5) minutes each for responses and closing remarks, followed by the TCA's closing remarks and comments.

All the above-mentioned coordination efforts have been conducted and will continue to be conducted in accordance with the Court's directives (See Dockets No. 762, 789 and 815). Moreover, it is worth mentioning to the Court that the Office of the TCA has received continuous collaboration from the Puerto Rico Police Bureau (PRPB), who has even prepared a "flyer" to promote the Town Hall Meetings for each participating region.

The undersigned and the Federal Monitor's Office expect all speakers and general public to also adhere to the directives of the Court, and to behave in a manner that is consistent with a judicial proceeding even though the Meetings will not be held in a Courtroom. Lastly, the undersigned expects each confirmed speaker to show up as expected; on time; and to provide timely notice if for any justified cause, they cannot participate in the Town Hall Meetings. The

---

[1] As discussed in a meeting that was moderated by the undersigned on April 18, 2018, in the Police Headquarters of San Juan, between members of the PRPB, members of Community Interaction Councils (CIC's), and Community Leaders.

undersigned will serve adequate notice of any relevant Court directives to all guest speakers as to their participations through written means prior to their respective participations.

WHEREFORE, the undersigned respectfully requests that the Court takes notice of the above for all relevant purposes and issue the directives that it may deem necessary to ensure productive Town Hall Meetings.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 16th day of June 2018.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor for the TCA
Counsel in Charge of Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor for the TCA
Counsel in charge of Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

3