IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Defendants. | CASE NO. 12-2039 (GAG) |

## ORDER

The Police Monitor's Informative Motion regarding the upcoming scheduled "town hall" meetings across the island (Docket No. 889) is hereby **NOTED**. The court is extremely appreciative of the cooperation received from PRPB in scheduling the meetings.

All deponents are reminded that the Police Monitor and his team are acting as an arm of the Court, and as such the expected conduct of all is exactly as if this proceeding were being held in court before the undersigned. The directives of the court set forth in the Monitor's motion shall remain in effect through the scheduled meetings..

**SO ORDERED.**

In San Juan, Puerto Rico this 18th day of June, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge