**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>et. al.<br><br>Defendants. | **CIVIL NO. 12-2039 (GAG)(PG)** |

**EXTENSION OF TIME TO SUBMIT THE STAFFING ALLOCATION AND RESOURCE STUDY PURSUANT PARAGRAPH 13**

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

1. Pursuant to Paragraph 13 of the Agreement, the PRPB agreed to conduct a staffing allocation and resource study that assesses the appropriate number of sworn and civilian personnel that perform the different department functions necessary to fulfill its mission. (*See* Docket 60, ¶13)

2. Furthermore, Paragraph 13 states that the study shall form the basis for a staffing and resource allocation plan that is consistent with community-oriented policing principles and supports the systematic use of partnerships and problem-solving techniques. To foster community-oriented policing, the plan shall consider deployment practices that provide officers with the opportunities to serve the communities in which they reside. (*See* Docket 60, ¶13)

3. This requirement is contemplated in the Action Plans that PRPB submitted to this Court as part of its commitment to further the reform process. Specifically, the Action Plan states the following: Conduct a study of PRPD human resources, taking into consideration their status and the operational and administrative work performed by employees in order to identify existing needs and subsequently in decision-making. (*See* Docket 550-1, p.24)

4. On March 9, 2018, the Parties informed this Court that they had agreed to extend the deadline to complete the staffing plan pursuant to paragraph 13 of the Agreement based on the staffing and resource allocation study. (*See* Docket 775, p.8)

5. On May 7, 2018, the company V2A, who was hired by PRPB to conduct the staffing study, submitted its report and, on May 16, 2018, V2A gave this Honorable Court a presentation as to its findings and conclusions of the personnel study.

6. Subsequently, the PRPB has been analyzing the personnel study that V2A prepared and is working on a blueprint on implementing the staffing and resource allocation plan.

7. This blueprint is still a working product but it has already identified several objectives that the PRPB has to achieve in order to implement the staffing and resource allocation plan.

8. On this day, the PRPB has shared with the USDOJ and TCA its working product on the implementation plan in order to receive input that can bring support to the PRPB.

9. However, as was discussed during the V2A's presentation to the Court, the June 30, 2018 deadline is not achievable due to the enormous amount of work that needs to be done in order to implement the staffing and resource allocation plan.

10. Paragraph 239 of the Agreement for the Sustainable Reform of the Police of Puerto Rico, reads as follows:

> "239. Should PRPD need to modify any of the timeframes set forth in the Action Plans, PRPD shall explain to the TCA, in writing, why such modification is necessary. For good cause, which may include budgetary or funding limitations, the TCA may extend any timeframe by up to four months. However, the TCA shall not extend the initial timeframe by more than four months without the approval of DOJ. DOJ shall not unreasonably withhold approval. Any modification to an Action Plan, including extensions approved by the TCA and DOJ, shall be filed with the Court for approval. Extensions submitted to the court shall be effective, absent further action from the Court, 30 days after submission to the court. Disputes on approval for extensions may be submitted to the Court for resolution. The Parties agree that should PRPD need to extend the time for completing an Action Plan beyond the time frame originally contemplated in the approved Action Plan for operational or budgetary reasons, such an extension shall be permitted upon agreement of the Parties and the TCA or upon leave of Court."

11. Consequently, an extension of time of sixty (60) days is required for the PRPB to adequately complete and submit to this Court its staffing and resource allocation plan pursuant to paragraph 13 of the Agreement.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and allow until August 27, 2018 for the PRPB to complete and submit to this Court its staffing and resource allocation plan pursuant to paragraph 13 of the Agreement.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on June 28, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

<u>**S/JOEL TORRES ORTIZ**</u>
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov