UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

RECEIVED & FILED

2018 JUL -5 PM 1:58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,

          Plaintiff;

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,

          Defendants.

No. 12-cv-2039 (GAG)

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for June 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | N/A | N/A |
| Marcos Soler | N/A | N/A |
| John J. Romero | N/A | N/A |
| Alan Youngs | N/A | N/A |
| Scott Cragg | N/A | N/A |
| Alejandro Del Carmen | $3,250.00 | June 24, 2018 to June 26, 2018 |
| | **Subtotal** | **$3,250.00** |
| **Telework** | | |
| Gerard LaSalle | N/A | June 2018 |
| Linda V. Navedo | $9,000.00 | June 2018 |
| Rafael E. Ruíz | $3,262.50 | June 2018 |
| Marcos Soler | $10,800.00 | June 2018 |
| John J. Romero | $4,500.00 | June 2018 |
| Alan Youngs | $4,350.00 | June 2018 |
| Scott Cragg | $2,213.00 | June 2018 |

---

[1] See attached Invoices

| | | |
|---|---|---|
| Alejandro Del Carmen | $5,550.00 | June 2018 |
| | **Subtotal** | $39,675.50 |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $5,437.25 | June 2018 |
| Federico Hernandez Denton | $187.50 | June 2018 |
| Antonio Bazán | $2,625.00 | June 2018 |
| | **Subtotal** | $8,249.75 |
| **Jose Pujol** | $4,700.00 | June 2018 |
| | **Subtotal** | $4,700.00 |
| **Ricardo Blanco Peck, PhD.** | $15,000.00 | |
| | **Subtotal** | $15,000.00 |
| **Car Expenses** | | |
| Chauffer | $600.00 | June 24th, 2018 to June 27th, 2018 |
| Gasoline | $557.05 | June 2018 |
| Tolls | $120.00 | June 2018 |
| Car Maintenance | $487.44 | June 2018 |
| Vehicle Car Permit | $107.00 | Jeep Compass |
| | **Subtotal** | $1,871.49 |
| | **Total** | $72,746.74 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $72,746.74, the total amount of the monthly expenses, for the month of June 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $72,746.74, the total amount of the expenses for the month of June 2018.

In San Juan, Puerto Rico, this day July ___, 2018.

    I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

                                            **Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.