# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2018
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **June/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the review and distribution of policies sent by the PRPD, corresponding to the month of June/2018; drafting electronic mails and calls for the follow-up of outstanding issues; reading, revision and analysis of the staffing study report, pursuant to Paragraph 13 of the Agreement in preparation for related work for the development of the corresponding Plan; revision of documents, organization of the material among other matters. (16.0) | N/A | X | 1-9/ June | |
| Work session on the corresponding process for the follow up of the revision of the policies; review and update of the compliance tables with the Action Plans of Professionalization and Community Engagement in preparation for the related work that will be carried out during the next visit of the Core Team in the month of July / 2018, among other efforts. (16.0) | N/A | X | 10-16/ June | |
| Work session for the preparation of the list of activities for the work agenda of the TCA Core Team and the Office of the Reform corresponding to the month of July / 2018. (8.0) | N/A | X | 17-23/ June | |
| Work session for the review of General | N/A | X | | |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Order 800-801: Community Interaction Committees; assistance and participation in telephone conference for the meeting of P. 253 corresponding to the month of June/2018 with the TCA Arnaldo Claudio and Antonio Bazan, Esq .; meeting for the final discussion of General Order 800-801: Community Interaction Committees; preparation of the working agenda draft of the TCA Core Team & Office of the Reform corresponding to the month of July / 2018, among other matters. (20.0) | | | 24-30/ June | |
| | | | | |
| TOTAL OF BILLABLE HOURS (60.0 @ $150): | | | | $9,000.00 |
| **TOTAL TO BE BILLED:** | | | | **$9,000.00** |
| TOTAL HOURS WORKED "PRO BONO": 00.0 HOURS | | | | |

INVOICE PRESENTED BY:

________________________________

LINDA V. NAVEDO CORTÉS
TCA Core Team
June 30, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

________________________________

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

OK 7/5/2018

Date: ____________, 2018

Rafael E. Ruiz
610 Pleasant St
Canton MA 02021

# INVOICE # 2018-06

DATE: June 30, 2018

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR: Service June 1st through June 30th, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Review of PRPB's General Order 300-305, Transfer of Personnel | 2 hrs. | $150/hr. | $300.00 |
| Review of PRPB Annex and Forms PPR-305.1 through PPR-305.3 (300-305) | .75 hr. | $150/hr. | $112.50 |
| Review of PRPB's General Order 600-637, Center for Unclaimed/Seized Property | 2.5 hrs. | $150/hr. | $375.00 |
| Comments on the above | 2.5 hrs. | $150/hr. | $$375.00 |
| Review of Forms PPR- 637.1 through PPR- 637.4 (Policy PPR6-37) | 1hr. | $150/hr. | $150.00 |
| Review of PRPB's General Order 100-127, Mounted Division | 1.5 hrs. | $150/hr. | $225.00 |
| Review of PRPB's General Order 100-116, Canine Division | 2 hr. | $150.00 | $300.00 |
| Comments on the above | 1.5 hrs. | $150/hr. | $225.00 |
| Preparation of Agenda for July 2018 PR Visit | 2 hours | $150/hr. | $300.00 |

TOTAL BILLED $2,362.50

[signature]
Rafael E. Ruiz

Date: June 30th, 2018

OK [initials] 7/5/2018

# INVOICE FOR PROFESSIONAL SERVICES: JUNE 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A: **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) from June 1, 2018 through June 28, 2018 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on final edits to six-month report and court matters (18.0 billable hours) | X | N/A | Friday through Sunday, June 1-3, 2018 | (18 @ $150 = $2,700) |
| Work from New York City: Work on court matters (administrative file)(14.0 hours) | X | N/A | Friday through-Sunday, June 9-10, 2018 | (16 @ $150 = $2,400) |
| Work from New York City: work on court matters (administrative file), draft memo for the court, work on TCA methodology for next six month report (15.0 billable hours) | X | N/A | Friday through-Sunday, June 15-17, 2018 | (15 @ $150 = $2,250) |
| Work from New York City: work on court matters (administrative file), draft memo for the Court (18.0 billable hours) | X | N/A | Friday though Sunday, June 22-24, | (18 @ $150 = $2,700) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | 2018 | |
| Work from New York City: work on court matters, 253 meeting, calls and correspondence with TCA and Core Team, revisions to six-month report (5.0 billable hours) | X | N/A | Monday through Thursday, June 25-28-, 2018 | (5 @ $150 = $750) |
| TOTAL HOURS WORKED: 72.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 HOURS) | | | | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (60 HOURS @ $150): | | | | $10,800 |
| TOTAL TO BE BILLED: | | | | $10,800 |

INVOICE PRESENTED BY:

______Marcos Soler________________

MARCOS F. SOLER
TCA Core Team
June 29, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

______________________________

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

OK [illegible] 7/5/2018

Date: _____________, 2018.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

June 30, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 049
FOR PROFESSIONAL SERVICES RENDERED JUNE 2018

JUNE 1-30 Conferred with TCA Investigative Consultant to review information related to PRPB's response to demonstration /protest occurring on May 1, 2018 2 hrs.
Prepared comments/assessments related to the above 5 hrs.
Reviewed PRPB's General Order, Chapter 300, Section 305 'Rules for the Transfer of Personnel" 3.5 hrs.
Reviewed PRPB Annex and Forms PPR-305.1 through PPR-305.3 1hr.
Prepared comments on the above policy and forms 2.5 hrs.
Reviewed PRPB's General Order, Chapter 600, Section 637 "Center for Unclaimed Assets" 2 hrs.
Reviewed PRPB Forms PPR- 637.1 through PPR- 637.4 related to the above Policy 1hr.
Prepared comments on the above policy and forms 3 hrs.
Reviewed PRPB's General Order, Chapter 100, Section 127, "Mounted Division" 2 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPB's General Order, Chapter 100, Section 116, "Canine Division" 2 hrs.
Prepared comments on the above 1.5 hrs.
Conferred with TCA Investigative Consultant regarding use of rubber/plastic During the May 1, 2018 Demonstration. .5 hrs.
Prepared questions and comments related to the above 2. Hrs.

**TOTAL HOURS: 30 HOURS 0 MINUTES**

**BILLABLE HOURS 30 HOURS 0 MINUTES AT RATE OF**

**$150 PER HOUR = $4,500**

**TOTAL $4500.00**

ok 7/5/2018

Alan C. Youngs
5552 W. Lakeridge Road
Lakewood, CO 80227

June 30, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED JUNE 2018

JUNE 1-30

Reviewed PRPB's General Order Chapter 700 -702" Standards and Procedures for the implementation of Training and Retraining. – 3 hours
Prepared comments on the above – 2 hours

Reviewed PRPB's General Order, Chapter 300, Section 305 'Rules for the Transfer of Personnel" - 2 hours

Reviewed PRPB Annex and Forms PPR-305.1 through PPR-305. - 1 hour
Prepared comments on the above policy and forms. – 2 hours.

Reviewed PRPB's General Order, Chapter 600, Section 637 "Center for Unclaimed Assets" 2 hours
Reviewed PRPB Forms PPR- 637.1 through PPR- 637.4 related to the above Policy-1 hour.
Prepared comments on the above policy and forms - 2 hours.

Reviewed PRPB's General Order, Chapter 100, Section 127, "Mounted Division"- 3 hours.
Prepared comments on the above 2 hours

Reviewed PRPB's General Order, Chapter 100, Section 116, "Canine Division" 3 hours.
Prepared comments on the above - 2 hours.

As per TCA, reviewed Early Intervention Systems for Law Enforcement – 2 hours
Prepared documents on the above. – 2 hours

**TOTAL HOURS: 29 HOURS 0 MINUTES**

**BILLABLE HOURS 29 HOURS 0 MINUTES AT RATE OF**

**$150 PER HOUR = $4,350**

OK [signature] 7/5/2018

**TOTAL $4,350**

INVOICE 0040 FOR PROFESSIONAL SERVICES; JUNE 1 – JUNE 27, 2018
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of June 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| Communictions - telcons and emails to/from CT, PRPD, USDOJ, regarding Action Plans, GO's, manuals, policy coordination, 253 mtg | 2.25 | | | 337.50 |
| Review of materials related to Kronos status, including DOL Doc's, emails communications | 2.75 | | | 412.50 |
| Research, review of DoJ and CT provide examples of EIS systems reporting of data | 6.25 | | | 937.50 |
| Review and cross walk SARP monitorig table | 1.75 | | | 262.50 |
| Review Monitors Action Plans | 0.50 | | | 75.00 |
| Review and update IT Punch List to prepare review PRPD follow thru | 1.25 | | | 187.50 |
| | | | | |
| Total hours US | 14.75 | | | |
| | | | | |
| TOTAL OF BILLABLE HOURS @ $150 | | | 14.75 | $2,213 |
| TOTAL EXPENSE | | | | $2,213 |
| | | | FEE | $2,213 |

INVOICE PRESENTED BY:
____//Signed//___________
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE______________________________
ARNALDO CLAUDIO, TCA, President

ok A.J. 7/5/2018

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.** 786873625899

# INVOICE

**Customer**

Name TCAPR Corporation
Address 268 Munoz Rivera
City San Juan PR ZIP 00918
Phone

Date 6/27/18
Order No.
Rep
FOB

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 27.5 | SARP Compliance Matrix | $150.00 | $4,125.00 |
| 9.5 | Emails, calls, review of documentation | $150.00 | $1,425.00 |
| 16 | Puerto Rico (6/24 and 6/25) See addendum | $162.50 | $2,600.00 |
| 4 | Puerto Rico (6/26) See addendum | $162.50 | $650.00 |

| | |
|---|---|
| SubTotal | $8,800.00 |
| Shipping & Handling | |
| Taxes State | |
| | |
| **TOTAL** | $8,800.00 |

Signature:

Office Use Only

ok [signature] 7/5/2018



# INVOICE

CASTELLANOS GROUP
P.S.C.

INVOICE NUMBER: 69
INVOICE DATE: JUNE 26, 2018

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-01-18 | Police Reform-Puerto Rico | Communications with Mr. Vega from Fajardo CIC, re: Town Hall Meetings; communication with Mr. Jorge Rodriguez from CIC Caguas, re: Town Halll Meetings; related matters of Town Halls coordination | 1.00 | $125.00 | $125.00 |
| JUN-04-18 | Police Reform-Puerto Rico | Conference call with Clementina Vega, communications with the Court, compliance with standard TCA requirements, review of Motion, communication with Pujols, re: Town Hall Meetings | 2.00 | $125.00 | $250.00 |
| JUN-07-18 | Police Reform-Puerto Rico | Meeting with Pujols and Francisco González, re: Town Hall Meetings | 2.00 | $125.00 | $250.00 |
| JUN-07-18 | Police Reform-Puerto Rico | Communications with Area Commander of CIC Caguas, Ponce y Guayama; re: coordination of Town Hall Meetings | 1.00 | $125.00 | $125.00 |
| JUN-07-18 | Police Reform-Puerto Rico | Communications and document exchange with Mr. Javier González regarding Town Hall Meetings locations | 1.00 | $125.00 | $125.00 |
| JUN-08-18 | Police Reform-Puerto Rico | Review of order; conference call with TCA Claudio | 1.00 | $125.00 | $125.00 |
| JUN-13-18 | Police Reform-Puerto Rico | Visit to Ponce, Guayma and Caguas and with Javier González, re: Town Hall Meetings Coordination | 9.00 | $125.00 | $1,125.00 |
| JUN-14-18 | Police Reform-Puerto Rico | Preparation of Informative Motion regarding Town Hall Meetings | 2.00 | $125.00 | $250.00 |

INVOICE NUMBER: 69

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-14-18 | Police Reform-Puerto Rico | Conference call with Javier González, conference call with Ms. Zuilma Figueroa from Ponce, conference call (Guayama) and Agent from Caguas; letter to the Major of Ponce, re: Town Hall Meetings; communication with the Court in Compiance with standard TCA requirements; several communications with Agent Colon, re: Promo Town Hall Meetings | 5.00 | $125.00 | $625.00 |
| JUN-15-18 | Police Reform-Puerto Rico | Coomunication with Grucorpo, re: participation in Town Hall Meeting; communication with the office fhe Mayor of Ponce; review of Motion in Compliance | 2.00 | $125.00 | $250.00 |
| JUN-16-18 | Police Reform-Puerto Rico | Informative Motion to the Court; conference call with TCA Claudio, conference call with Mr. Eric Guzmán; several communications with the Court in Compliance with standard TCA requirements | 4.00 | $125.00 | $500.00 |
| JUN-18-18 | Police Reform-Puerto Rico | Communications with Mr. Javier González regarding Town Hall Meetings coordination and document exchange with Ms. Suilma Figueroa regarding the same; review of Motion; review of Order; communication with ACLU (Town Hall participation) | 3.00 | $125.00 | $375.00 |
| JUN-19-18 | Police Reform-Puerto Rico | Communication with Javier Gonzalez, re: Town Hall Meetings; letter to Major of Bayamon | 2.50 | $125.00 | $312.50 |
| JUN-20-18 | Police Reform-Puerto Rico | Several communications, coordination of Town Hall Meeting in Bayamon; review of Motion | 1.00 | $125.00 | $125.00 |
| JUN-21-18 | Police Reform-Puerto Rico | Communications with Mr. González Ortiz from ACLU regarding Town Hall Meeting participations; review of email from TCA Claudio; review of Order | 2.00 | $125.00 | $250.00 |
| JUN-22-18 | Police Reform-Puerto Rico | Meeting in Fajardo with Javier González | 3.00 | $125.00 | $375.00 |
| JUN-25-18 | Police Reform-Puerto Rico | Communications with Javier Gonzalez, several communications regarding Town Hall Meetings; review of Order | 1.50 | $125.00 | $187.50 |
| JUN-26-18 | Police Reform-Puerto Rico | Communications with Javier González, re: follow up on several matters regarding Town Hall Meetings | 0.50 | $125.00 | $62.50 |
| | | Total hours for this invoice | 43.50 | | |
| | | Total amount of this invoice | | | $5,437.50 |

OK [signature] 7/5/2018

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

June 26, 2018

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **6/3/2018** | Review of file summitted to Court by Attorney Joel Torres | **1.5** |

| | |
|---|---|
| **TOTAL BILLED HOURS:** | **1.5** |
| **TOTAL:** | **$187.50** |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

OK
7/5/2018

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

June 28, 2018.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-06**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of June 2018:

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---|---|---|
| 5/31/2018 | 1.50 Hrs. 2:00 to 3:30 pm | Draft of two Motions to be filed on 6/01/2018 with the District Court. |
| 6/01/2018 | 1:00 Hrs. 9:30 to 10:39 am | Changes to draft of motions to be filed and filing of the two motions (Dockets 860 and 861) |
| 6/06/2018 | 2:00 Hrs. | Draft of two Motions and filing (Dockets 870 and 871) |
| 6/08/2018 | 2.75 Hrs. 6:30 to 9:12 pm | Review, Comments and Advice on GO, Chapter 600 Investigation of Maltreatment and Negligence in Juvenile Institutions. |
| 6/10/2018 | 1.75 Hrs. 11:30 pm to 1:15 am of 6/11/2018 | Review, Comments and Advice on GO 600, Section 633-Intervention with Juveniles |
| 6/25/2018 | 2:50 Hrs. 12:00 N to 12:30 pm and 1:00 to 3:00 pm | Meeting at TCA Office and Paragraph 253 at PRPD |
| 6/26/2018 | 5:00 Hrs. 2:00 to 7:00 pm | Initial Research on Draft of Legal Assessment requested by the TCA. Attorney/Client document |
| 6/27/2018 | 4.50 Hrs. 3:00 to 7:30 pm | Continued Research on Draft of Legal Assessment requested by the TCA. Attorney/Client document |
| 6/28/2018 | **21.00 Hrs.** Total Hours Billed | 21.00 hrs. x $125.00=$2,625.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office

and/or the Puerto Rico Police Department or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

OK 7/5/2018

Jose L. Pujol
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2018-05**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | | Matter/Services rendered |
|---|---|---|---|
| 05/28/2018 | **5.0 hrs.** | 09:00 pm to 3:00 pm (1 hr. lunch) | Reviewing video recordings and photographs provided by the ACLU and writing a report. Calls with John Romero. |
| 05/29/2018 | **6.5 hrs.** | 09:00 pm to 4:00 pm (1 hr. lunch) | Working with DVDs from CRADIC. Working on special project with Marcos Soler. |
| 05/30/2018 | **6.5 hrs.** | 08:45 pm to 3:45 pm (0.5 hr. lunch) | Writing report of interview of Juan Camacho. Review of some CRADIC's video recordings. |
| 05/31/2018 | **2 hrs.** | 09:15 am to 11:15 am | Two interviews |
| 06/01/2018 | **2 hrs.** | 11:00 am to 01:00 pm | Review od documents and writing Memorandum on Interview |
| 06/04/2018 | **5.5 hrs.** | 09:15 am to 03:15 pm (0.5 h lunch) | Three interviews. Reviewing CRADIC's videos |
| 06/05/2018 | **5.5 hrs.** | 09:00 am to 03:00 pm (0.5 h lunch) | Writing 3 Memorandum of Interviews. Reviewing CRADIC video recordings |
| 06/07/2018 | **5.5 hrs.** | 10:00 am to 04:00 pm (0.5 h lunch) | Meeting with Lic. Castellanos. Reviewing CRADIC videos. Working on Assessment Report. |
| 06/08/2018 | **3.5 hrs.** | 09:30 am to 01:30 pm (0.5 h lunch) | Working on Assessment Report. |
| 06/11/2018 | **2 hrs.** | Noon to 02:00 pm | Working on Assessment Report. |
| 06/12/2018 | **5 hrs.** | 09:30 am to 03:00 pm (0.5 h lunch) | Reviewing Police documents. Interviewing two witnesses. |
| 06/13/2018 | **5.5 hrs.** | 09:30 am to 03:30 pm (0.5 h lunch) | Reviewing Police documents. Preparing Memorandums of Interview. Working on Assessment Report |

| | | |
|---|---|---|
| 06/14/2018 | **2 hrs.** 09:30 am to 10:30 am<br>03:30 pm to 04:30 pm | Preparing for next week interviews and working on Assessment Report |
| 06/18/2018 | **9 hrs.** 06:00 am to 07:00 am<br>08:30 am to 01:30 pm<br>(0.5 hrs. lunch)<br>02:00 pm to 5:30 pm | Preparing for interviews<br>Conducting interviews<br><br>Writing Memorandums of Interview and reports |
| 06/19/2018 | **6.5 hrs.** 08:30 am to 11:00 am<br>12:00 pm to 04:00 pm | Interviews at PRPB HQ and preparing Memorandum of Interviews |
| 06/20/2018 | **4 hrs.** 08:30 am to 11:00 am<br>12:00 pm to 01:30 pm | Interviews at PRPB HQ and preparing Memorandum of Interviews |
| 06/21/2018 | **4.5 hrs.** 08:45 am to 01:45 pm<br>(0.5 hrs. lunch) | Interviews at PRPB HQ and preparing Memorandum of Interviews |
| 06/22/2018 | **3.5 hrs.** 09:15 am to 12:45 pm | Interview at PRPB HQ and preparing Memorandum of Interviews |
| 06/23/2018 | **4 hrs.** 08:00 am to 12:00 pm | Working on Assessment Report |
| 06/25/2018 | **6 hrs.** 08:00 am to 12:00 pm | Working on Assessment Report |
| | **94 hrs.** Total hrs. billed | **94 hrs.** x $50.00= **$ 4,700.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

OK [signature] 7/5/2018

[signature]
Jose L. Pujol

# Invoice June 1, 2018: $15,000.00

## The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

## Services for Part of Phase I and II: June 1, 2018 to March 15 2019: $15,000.00

**Reform of Puerto Rico Police Department, Technical Compliance Advisor of Puerto Rico.**

| Phase | Calendar |
|---|---|
| 1- Professionals will be selected, hired and prepared as survey "interviewers" to carry out each of the three exhaustive survey's (residents, police officers & detainees). We expect to COMPARE the new 2018-19 results to the 2015-16 exhaustive surveys through inferential statistics. The study will be carried out in phases:<br><br>Phase one will be carried out from April 2018 to October 2018 and Phase II from June to March.<br><br>2- The study, methodology, and chronological timetable will be that of the Professional's submitted proposal.<br><br>3- Recollection of all the hundreds of questionnaires related to the three new exhaustive surveys & the running of the computer program SPSS for the development of descriptive and inferential statistics.<br><br>4- From May 21 to June 30, 2018 recollection of the 1,308 residents survey.<br><br>5- From July 15 to August 30, 2018 recollection and processed of the Police and Detainees surveys.<br><br>6- June 1 to September 30, 2018: Development of graphs, tables, crosstabs of the residents survey and comparison with the 2015 survey results.<br><br>7- October 1 to December: Elaboration of graphs, tables, crosstabs of the Police and Detainees surveys and comparison with the 2015 survey results.<br><br>8- January 7 to March 15, 2019: Writing and construction of the Spanish Report version (preliminary draft) to be handed in on March 15, 2019. It includes the 3 surveys and general conclusions and comparisons with the 2015-16 Report so we can measure effectiveness of the Reform. | **(April 1 to October 31, 2018): $31,250.00**<br><br>**(June 1, 2018 to March 15, 2019): $15,000.00** |

I look forward to maintain communication with you,

Sincerely yours,

Richard Blanco Peck

**Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

015 7/5/2018

# INVOICE *062018*

RAUL F. TORRES
P.O. Box 388
Las Piedras PR 00771

TCARP Corp
World Plaza
268 Munoz Rivera 1001
San Juan PR 00918-1921

| Descripción | Total |
|---|---|
| Professional services (transportation) rendered during the week of June 24 to June 27 for an individual TCA Core Team Member, which includes the following:<br>- Transportation to and from airport/hotels<br>- Transportation services to municipalities (TCA Office & Headquarters in Hato Rey)<br><br>Details of services offered:<br>Sunday- Picked up at Airport Luiz Muniz 10.30pm, dropped off at 11:30pm<br>Monday- Picked up at Hotel, dropped off at the headquarters in Hato Rey,<br>Tuesday- Picked up in the am, dropped off at the headquarters in Hato Rey.<br>Wednesday- Picked up at the Vanderbilt, stopped by the TCA Office and then dropped off at the airport.<br>*On call 24/4 for any service needed from team member.<br>Available for any transportation needed Monday & Tuesday | $600.00 |
| Subtotales | |
| Net Total | $600.00 |
| **Total a pagar** | **$600.00** |

ok [signature] 7/5/2018

OTHER INFORMATION
Tel. 787.391.9630
E-mail:
rf.torres@yahoo.com

Kennedy Tire Distributors

Ave. Roberto H Todd #1004
Santurce PR 00907

# Invoice

| Date | Invoice # |
|---|---|
| 6/14/2018 | 4399 |

PAID
06/14/2018

| Bill To |
|---|
| DETAL |

GARANTIA EN GOMA NUEVA 3 MESES.
GARANTIA EN GOMA USADA 15 DIAS.
ALINIAMIENTO 15 DIAS DE GARANTIA.
GARANTIA EN GOMAS CUBRE DESPERFECTO DE FABRICA.
NO CUBRE ROTURAS O CHICHONES EN LOS COSTADOS. AL
CORRER CON LA GOMA VACIA PIERDE LA GARANTIA.

| Phone # | ATH MOVIL |
|---|---|
| 787-936-0388 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ALINIAMIENTO | 40.00 | 40.00T |
| | Sales Tax | 11.50% | 4.60 |

All work is complete!

| Total | $44.60 |
|---|---|

ok ef 7/5/2018

Kennedy Tire Distributors

Ave. Roberto H Todd #1004
Santurce PR 00907

# Invoice

| Date | Invoice # |
|---|---|
| 6/14/2018 | 4398 |

PAID 06/14/2018

| Bill To |
|---|
| DETAL |

GARANTIA EN GOMA NUEVA 3 MESES.
GARANTIA EN GOMA USADA 15 DIAS.
ALINIAMIENTO 15 DIAS DE GARANTIA.
GARANTIA EN GOMAS CUBRE DESPERFECTO DE FABRICA.
NO CUBRE ROTURAS O CHICHONES EN LOS COSTADOS. AL CORRER CON LA GOMA VACIA PIERDE LA GARANTIA.

| Phone # | ATH MOVIL |
|---|---|
| 787-936-0388 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | 235-65-17 LIONSPORT | 87.00 | 174.00T |
| | Sales Tax | 11.50% | 20.01 |

| All work is complete! | Total | $194.01 |
|---|---|---|

OK [initials] 7/5/2018

**Advance Auto Parts**

Service is our best part.

Store # 06639
PR167 KM 18.8
Bayamon PR 00956 (787) 279-1300
6/15/18 REG 01 TRN# 3414 ANTONIO M.

BATTERY-SILVER 1 EA ATO 2040360
582 1 $129.99 $129.99
24 MO.FREE REPL 0 MO.PRORATED
2013 Ford Edge SEL
3.5L 213 3496 V6 FI - C
TRMNL PROTECTION KIT 1 10658450
AC620 1 $3.49 $3.49

| | | |
|---|---|---|
| Sub Total | | $133.48 |
| T1 Tax @ | 11.5000% | $15.35 |
| Total | | $148.83 |

Feliciano, Raul
$148.83 PURCHASE @ 7:18 PM
Debit ************4644 SWIPED
AUTH 187148 Approved REF 663901341401

**********************************************
CONTROL: Q012Q-05558
**********************************************

Z2NNB1BFB31JVJ

( )Credito rotativo estandar al consumidor
70301 compras de $299 o menos
**Credito rotativo estandar**
APR estandar de 29.99% al hacer pagos regulares.

Firma del cliente____________________

( )Credito rotativo estandar comercial
30310 compra de $749 o menos
**Credito rotativo estandar**
APR estandar de 29.99% al hacer pagos regulares.

Firma del cliente____________________

( )Interes diferido durante 6 meses solo al consumidor 70326 en compras de $300 o mas. Intereses Diferidos con Pagos **Mensuales Estandar.Intereses Diferidos con Pagos Mensuales Estandar.Si se paga** por completo dentro de un plazo de 6 meses, no hay que pagar intereses. Los cargos por intereses se acumulan a

ok
ef
7/5/2018

Servicentro Las Lomas

PUMA

C/ 38 S.O. #1719 Las Lomas
san Juan PR 00921 Tel. 787-781-0431

| Fecha | 6/27/2018 |
|---|---|
| Factura | 44278 |

Nombre TCAPR CORP

| Marca | Modelo | Año | Color | Tablilla |
|---|---|---|---|---|
| JEEP | CMP | 2014 | NEG | HXO057 |

| Qty | Description | Precio |
|---|---|---|
| 1 | MARBETE | $81.00 |
| 1 | SERVICIO MARBETE | $6.00 |
| 1 | INSPECCION | $11.00 |
| 1 | LABOR | $9.00 |
| | | |
| | | |

| | |
|---|---|
| SubTotal | $107.00 |
| | |
| Total | $107.00 |

ok.
7/5/2018

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

00295

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 6-18 20 18

SR.

DIRECCION

TAB. NÚM. CASH [ ] CRÉDITO [ ]

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

Cash

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ TOTAL 20 00

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

00299

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 27-6- 20 18

SR.

DIRECCION

TAB. NÚM. CASH [✓] CRÉDITO [ ]

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

Cash

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ TOTAL 20 00

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

00296

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 6-18 20 18

SR.

DIRECCION

TAB. NÚM. CASH [✓] CRÉDITO [ ]

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

Cash

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ TOTAL 20 00

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

00297

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 6-12 20 18

SR.

DIRECCION

TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ

TOTAL 20 00

Cash

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

00298

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 6-6 20 18

SR.

DIRECCION

TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |
| | | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ

TOTAL 20 00

Cash



PUMA BOLERA S/S
CARR 189 KM 2.0
CAGUAS

| DATE | TIME | HOST |
|---|---|---|
| Jun 14.18 | 12:24:53 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000207 | 87880457 | 8788103700358 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070400714136

AUTH. CODE: 0AX550 INVOICE: 031437
TRACE :003196

TOTAL : $ 20.00

SIGNATURE: X______________________

APPROVED
37.25

Gracias Por su Patrocinio

PUMA BOLERA S/S
CARR 189 KM 2.0
CAGUAS

| DATE | TIME | HOST |
|---|---|---|
| Jun 14.18 | 12:24:38 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000207 | 87880457 | 8788103700358 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070400714128

AUTH. CODE: 0AX550 INVOICE: 031436
TRACE :003194

TOTAL : $ 20.00

SIGNATURE: X______________________

APPROVED
24.55

Gracias Por su Patrocinio

Gracias Por su Patrocinio

TEXACO PUERTO NUEVO
AVE ROOSEVELT EQ DIEGO 1250 PUERTO NUEVO
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jun 02.18 | 16:59:49 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000493 | 87880302 | 8788103700260 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070500054621

AUTH. CODE: 0AWKPV INVOICE: 036347
TRACE :000732

TOTAL : $ 40.00

SIGNATURE: X______________________

APPROVED
41.45

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

PUMA BOLERA S/S
CARR 189 KM 2.0
CAGUAS

| DATE | TIME | HOST |
|---|---|---|
| Jun 26.18 | 14:11:07 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000235 | 87880457 | 8788103700358 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070500054621

AUTH. CODE: 0AXON0 INVOICE: 035328
TRACE :003616

TOTAL : $ 20.00

SIGNATURE: X______________________

APPROVED
20.90

Gracias Por su Patrocinio

PUMA BOLERA S/S
CARR 189 KM 2.0
CAGUAS

| DATE | TIME | HOST |
|---|---|---|
| Jun 19.18 | 10:25:51 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000217 | 87880457 | 8788103700358 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070500054621

AUTH. CODE: 0AXDIR INVOICE: 033608
TRACE :003363

TOTAL : $ 20.00

SIGNATURE: X______________________

APPROVED
29.90

Gracias Por su Patrocinio

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| Prepay CR#06 | | 20.00 |
| | Sub Total | 20.00 |
| | ESTATAL | 0.00 |
| | MUNINIPAL | 0.00 |
| | Total | 20.00 |
| | VISA-MC $ | 20.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 004 DR# [illegible] TRAN# 11669
06/06/18 15:41:06 ST# GULF1

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| < DUPLICATE RECEIPT > | | |
| Prepay CA#07 | | 16.00 |
| | Sub Total | 16.00 |
| | ESTATAL | 0.00 |
| | MUNINIPAL | 0.00 |
| | Total | 16.00 |
| | 009626510 $ | 16.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01 TRAN# 18228
06/12/18 17:41:30 ST# GULF1

**PUMA 212**

[illegible]

**Fecha: 6/1/2018 12:19 PM**
**Cajero: Helda**
**Trans No. 422282**
**Batch No. 1602**
**Cnt UPC/PLU Descripción**

[illegible] Combustible Surtidor 2
1 $60.00 $60.00

| | |
|---|---|
| **Subtotal:** | **$60.00** |
| **Estatal:** | **$0.00** |
| **Municipal:** | **$0.00** |
| **Total:** | **$60.00** |
| **Cash:** | **$60.00** |
| **Cambio:** | **$0.00** |

Thank you for your business!

**CONTROL:**
**ST**

**TO GO STORES**
**FRAILES**
787-798-6434 ext.331
000000000000019
FRAILES

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #10 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| | **TOTAL** | **20.00** |
| | CASH $ | 20.00 |

ST# 00031 TILL XXXX DR# 1 TRAN# 1039404
CSH: 17 06/07/18 13:59:53

**Puma Urb. Comercial**
Las Lomas Urb. Comercial Dd #29
San Juan,PR
787-782-5820
Fecha: 6/15/2018 1:19 AM
Cajero: Puma las Lomas
Trans No. 155511
Batch No. 1448
Cnt UPC/PLU Descripción

Cantidad Prepagada $40 00

Subtotal: $40.00
Estatal: $0.00
Municipal: $0.00

Total: $40.00
Pagado: $40.00
Cambio: : $0.00
Gracias por comprar con nosotros

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1024556
CSH: 7 06/18/18 16:11:11

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| Prepay CR#07 | | 40.00 |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNINIPAL | | 0.00 |
| Total | | 40.00 |
| VISA-MC $ | | 40.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01 TRAN# 19521
06/13/18 17:34:08 ST# GULF1

**PUMA 212**

Fecha: 6/18/2018 10:07 AM
Cajero: Yokasta Rodriguez
Trans No. 438178
Batch No. 1666
Cnt UPC/PLU Descripción

$20.00 $20.00

Subtotal: $20.00
Estatal: $0.00
Municipal: $0.00

Total: $20.00
Cash: $20.00

Cambio: $0.00
Thank you for your business!

CONTROL:
ST

TOTAL MIRAMAR
GAS STATION
787 726-6047

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#01 | | 40.00 |

Sub Total 40.00
STATE TAX 0.00
CITY TAX 0.00
TOTAL 40.00
CASH $ 40.00

THANKS, COME AGAIN
PROHIBIDO EL CONSUMO DE BEBIDAS ALCHOLICAS EN LOS PREDIOS DEL ESTABLECIMIENTO
REG# 0001 CSH# 004 DR# 01 TRAN# 17975
06/20/18 10:59:22 ST# AB123

XCLUSIVE MART
BOLERA S.S
TEL. 743 2201

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#05 | | 44.00 |

Sub Total 44.00
STATE TAX 0.00
CITY TAX 0.00
TOTAL 44.00
CASH $ 44.00

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01 TRAN# 17664
06/19/18 10:30:14 ST# AB123

**Gulf Roosevelt**
Ave. Roosevelt
San Juan,P.R. 00617
939-204-6805
**Fecha: 6/19/2018 3:36 PM**
**Cajero: Jesuet Y. Marrero**
**Trans No. 835027**
**Batch No. 3425**

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| Cantidad Prepagada | | | $40.00 |

**Subtotal:** $40.00
**State Tax:** $0.00
**Municipal Tax:** $0.00

**Total:** $40.00
**Pagado:** $40.00
**Cambio: :** $0.00
Gracias por comprar con nosotros

**CONTROL: ACT4G-RV8YG**
**ST**

## Ecomaxx Roosevelt

Fecha: 6/25/2018 1:12 PM
Cajero: Julio C
Trans No. 243651
Batch No. 1016

| Cnt | UPC/PLU | Descripción |
|---|---|---|
| Combustible | Combustible Surtidor 4 | |
| 1 | $40.000 | $40.00 |

Subtotal: $40.00

Total: $40.00
Cash: $40.00

Cambio: $0.00

Thank you for your business!

25744

## LA PROVIDENCIA TOTAL

Carr. 861 Km 4 Hm 2
Bo. Bucarabones, Toa Alta, PR
Tel. (787) 799-4180
**SE VENDE HIELO**

Fecha: 6/24/18

SR. [illegible]

DIRECCIÓN

NO. DEL CARRO | FIRMA EMPLEADO

| | | | | |
|---|---|---|---|---|
| | Gals. Gasolina | | 44 | 40 |
| | Qts. Aceite 49500 | | | |
| | Filtro 89.7 | | | |
| | Engrase | | | |
| | Grasa Trans. y Diferencial | | | |
| | Reparación de Gomas | | | |
| | Inspección | | | |
| | Lavado | | | |
| | Hielo | | | |
| | Refrescos | | | |
| | Otros | | | |
| | | | | |
| | | | | |
| | | | 44 | 40 |

**Aviso Importante**
De no pagar a tiempo su cuenta nos veremos obligados a cobrar un cargo adicional de 15%.

FIRMA ____________

A.F. SHELL
LOIZA 1703, SANTURCE Tel 787 721-1643

| Descr. | | qty | amount |
|---|---|---|---|
| REG | CR #01 | 41.491L | 32.65 |
| | | @ 0.787/ L | |

| | |
|---|---|
| Sub Total | 32.65 |
| EST. 10.5% | 0.00 |
| MUNICIP 1% | 0.00 |
| **TOTAL** | **32.65** |
| TAR CREDI $ | 32.65 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01 TRAN# 11600
06/26/18 14:14:38 ST# AB123

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | 40.00 |

| | |
|---|---|
| Subtotal | 40.00 |
| Tax | 0.00 |
| **TOTAL** | **40.00** |
| CASH $ | 20.00 |
| CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1028514
CSH: 18 06/26/18 18:10:55

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | 40.00 |

| | |
|---|---|
| Subtotal | 40.00 |
| Tax | 0.00 |
| **TOTAL** | **40.00** |
| CASH $ | 40.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1020366
CSH: 3 06/27/18 19:24:48



PUMA BOLERA S/S
CARR 189 KM 2.0
CAGUAS

| DATE | TIME | HOST |
| --- | --- | --- |
| Jun 14.18 | 12:24:53 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000207 | 87880457 | 8788103700358 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070840714136

AUTH. CODE: 0AX550 INVOICE: 031437
TRACE :003196

TOTAL : $ 20.00

SIGNATURE: X________________________

APPROVED
37.25

Gracias Por su Patrocinio

PUMA BOLERA S/S
CARR 189 KM 2.0
CAGUAS

| DATE | TIME | HOST |
| --- | --- | --- |
| Jun 14.18 | 12:24:38 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000207 | 87880457 | 8788103700358 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070840714128

AUTH. CODE: 0AX550 INVOICE: 031436
TRACE :003194

TOTAL : $ 20.00

SIGNATURE: X________________________

APPROVED
24.55

Gracias Por su Patrocinio

Gracias Por su Patrocinio

TEXACO PUERTO NUEVO
AVE ROOSEVELT EQ DIEGO 1250 PUERTO NUEVO
SAN JUAN

| DATE | TIME | HOST |
| --- | --- | --- |
| Jun 02.18 | 16:59:49 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000493 | 87880302 | 8788103700260 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070850054621

AUTH. CODE: 0AAKPV INVOICE: 036347
TRACE :008732

TOTAL : $ 40.00

SIGNATURE: X________________________

APPROVED
41.45

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

PUMA BOLERA S/S
CARR 189 KM 2.0
CAGUAS

| DATE | TIME | HOST |
| --- | --- | --- |
| Jun 26.18 | 14:11:07 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000235 | 87880457 | 8788103700358 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070850054621

AUTH. CODE: 0AXON0 INVOICE: 035328
TRACE :003616

TOTAL : $ 20.00

SIGNATURE: X________________________

APPROVED
20.90

Gracias Por su Patrocinio

PUMA BOLERA S/S
CARR 189 KM 2.0
CAGUAS

| DATE | TIME | HOST |
| --- | --- | --- |
| Jun 19.18 | 10:25:51 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000217 | 87880457 | 8788103700358 |

PREPAID CASH

PP NUMBER.
PEAJE 6276070850054621

AUTH. CODE: 0AXDIR INVOICE: 033608
TRACE :003363

TOTAL : $ 20.00

SIGNATURE: X________________________

APPROVED
29.90

Gracias Por su Patrocinio

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| Prepay CR#06 | | 20.00 |

Sub Total 20.00
ESTATAL 0.00
MUNINIPAL 0.00
Total 20.00
VISA-MC $ 20.00

GRACIAS
VUELVA PRONTO

REG# 0001 CSH# 004 DR# TRAN# 11669
06/06/18 15:41:06 ST# GULF1

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| < DUPLICATE RECEIPT > | | |
| Prepay CA#07 | | 16.00 |

Sub Total 16.00
ESTATAL 0.00
MUNINIPAL 0.00
Total 16.00
009626510 $ 16.00

GRACIAS
VUELVA PRONTO

REG# 0001 CSH# 004 DR# 01 TRAN# 18228
06/12/18 17:41:30 ST# GULF1

**PUMA 212**

san juan,

**Fecha: 6/1/2018 12:19 PM**
**Cajero: Helda**
**Trans No. 422282**
**Batch No. 1602**

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| Combustible | Combustible Surtidor 2 | | |
| 1 | | $60.00 | $60.00 |

**Subtotal:** $60.00
**Estatal:** $0.00
**Municipal:** $0.00

**Total:** $60.00
**Cash:** $60.00

**Cambio:** $0.00

Thank you for your business!

**CONTROL:**
**ST**

TO GO STORES
FRAILES
787-798-6434 ext.331
000000000000019
FRAILES

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #10 | | 20.00 |

Subtotal 20.00
Tax 0.00
**TOTAL 20.00**
CASH $ 20.00

ST# 00031 TILL XXXX DR# 1 TRAN# 1039404
CSH: 17 06/07/18 13:59:53

**Puma Urb. Comercial**
Las Lomas Urb. Comercial Dd #29
San Juan,PR
787-792-5820
Fecha: 6/15/2018 1:19 AM
Cajero: Puma las Lomas
Trans No. 155511
Batch No. 1448

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| Cantidad Prepagada | | | $40.00 |

| | |
|---|---|
| Subtotal: | $40.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $40.00 |
| Pagado: | $40.00 |
| Cambio: : | $0.00 |

Gracias por comprar con nosotros

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1024556
CSH: 7
06/18/18 16:11:11

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| Prepay CR#07 | | 40.00 |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNINIPAL | | 0.00 |
| Total | | 40.00 |
| VISA-MC $ | | 40.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01 TRAN# 19521
06/13/18 17:34:08 ST# GULF1

**PUMA 212**

Fecha: 6/18/2018 10:07 AM
Cajero: Yokasta Rodriguez
Trans No. 438178
Batch No. 1666

| Cnt | UPC/PLU | Descripción |
|---|---|---|
| Combustible | Combustible Surtidor 4 | |
| 1 | $20.00 | $20.00 |

| | |
|---|---|
| Subtotal: | $20.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $20.00 |
| Cash: | $20.00 |
| Cambio: | $0.00 |

Thank you for your business!

CONTROL:
ST

TOTAL MIRAMAR
GAS STATION
787 726-6047

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#01 | | 40.00 |

| | |
|---|---|
| Sub Total | 40.00 |
| STATE TAX | 0.00 |
| CITY TAX | 0.00 |
| TOTAL | 40.00 |
| CASH $ | 40.00 |

THANKS, COME AGAIN
PROHIBIDO EL CONSUMO DE BEBIDAS ALCOHOLICAS EN LOS PREDIOS DEL ESTABLECIMIENTO
REG# 0001 CSH# 004 DR# 01 TRAN# 17975
06/20/18 10:59:22 ST# AB123

XCLUSIVE MART
BOLERA S.S
TEL. 743 2201

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#06 | | 44.00 |

| | |
|---|---|
| Sub Total | 44.00 |
| STATE TAX | 0.00 |
| CITY TAX | 0.00 |
| TOTAL | 44.00 |
| CASH $ | 44.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 01 TRAN# 17664
06/19/18 10:30:14 ST# AB123

**Gulf Roosevelt**
Ave. Roosevelt
San Juan,P.R. 00617
939-204-8805
**Fecha: 6/19/2018 3:36 PM**
**Cajero: Jesuet Y. Marrero**
**Trans No. 835027**
**Batch No. 3425**

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| Cantidad Prepagada | | | $40.00 |

| | |
|---|---|
| Subtotal: | $40.00 |
| State Tax: | $0.00 |
| Municipal Tax: | $0.00 |
| Total: | $40.00 |
| Pagado: | $40.00 |
| Cambio: : | $0.00 |

Gracias por comprar con nosotros

CONTROL: ACT4G-RV8YG
ST

## Ecomaxx Roosevelt

Fecha: 6/25/2018 1:12 PM
Cajero: Julio C
Trans No. 243651
Batch No. 1016

| Cnt | UPC/PLU | Descripción |
|---|---|---|
| Combustible | Combustible Surtidor 4 | |
| | $40.000 | $40.00 |

Subtotal: $40.00

Total: $40.00
Cash: $40.00

Cambio: $0.00

Thank you for your business!

25744

**LA PROVIDENCIA TOTAL**
Carr. 861 Km 4 Hm 2
Bo. Bucarabones, Toa Alta, PR
Tel. (787) 799-4180
**SE VENDE HIELO**

Fecha: 6/24/18

SR. [illegible]

DIRECCIÓN

NO. DEL CARRO | FIRMA EMPLEADO [signature]

| | | | | |
|---|---|---|---|---|
| | Gals. Gasolina | | 44 | 40 |
| | Qts. Aceite 49500 | | | |
| | Filtro 89.7 | | | |
| | Engrase | | | |
| | Grasa Trans. y Diferencial | | | |
| | Reparación de Gomas | | | |
| | Inspección | | | |
| | Lavado | | | |
| | Hielo | | | |
| | Refrescos | | | |
| | Otros | | | |
| | | | | |
| | | | | |
| | | | 44 | 40 |

**Aviso Importante**
De no pagar a tiempo su cuenta nos veremos obligados a cobrar un cargo adicional de 15%.

FIRMA ____________________

A.F. SHELL
[illegible], SANTURCE Tel 787 721-1643

| Descr. | | qty | amount |
|---|---|---|---|
| REG | CR #01 | 41.491L | 32.65 |
| | | @ 0.787/ L | |

| | |
|---|---|
| Sub Total | 32.65 |
| EST. 10.5% | 0.00 |
| MUNICIP 1% | 0.00 |
| TOTAL | 32.65 |
| TAR CREDI $ | 32.65 |

THANKS, COME AGAIN
REG# 0001 CSH# 010 DR# 01 TRAN# 11600
06/26/18 14:14:38 ST# AB123

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | 40.00 |

| | |
|---|---|
| Subtotal | 40.00 |
| Tax | 0.00 |
| TOTAL | 40.00 |
| CASH $ | 20.00 |
| CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1028514
CSH: 18 06/26/18 18:10:55

TO GO STORES
GURABO
000000000000019
Toral 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | 40.00 |

| | |
|---|---|
| Subtotal | 40.00 |
| Tax | 0.00 |
| TOTAL | 40.00 |
| CASH $ | 40.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1020366
CSH: 3 06/27/18 19:24:48

12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of June

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA and his staff participated in several conference calls regarding policy discussion and General Orders. Also the TCA and his Staff reviewed the Compliance Table of the Acton Plans of Professionalization and Community Engagement. The item of the agenda of the Core Team Visit in July was discussed with USDOJ and Reform Office Unit. The meeting of to comply with paragraph 253 was held via telephone conference and very important issues were discussed. The TCA Staff participated in the preparation for the Town Hall Meeting specifically the July 18 meeting in Ponce and continued meeting with Dr. Blanco Peck to discuss surveys findings.

The following General Orders were assigned to be reviewed, updated and discussed: Order General 300-305: Range System Transfers Transactions; General Order 600-637: Advanced Assets Center; General Order 100-116: Canine Division; General Order 100-127: Mounted Division; General Order 700-702: Rules and Procedures of the Pre-Service Training Program; and General Order 600-633: Intervention with Minors in the Commission of Fouls.

Lastly, all administrative actions were completed, including but not limited to: meeting with the TCA's CPA for the update of the employee records and pay roll inquires, and preparation of the TCA's Office implementation of the 2018-2019 Approved Budget.