UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>et. al.<br><br>**Defendants.** | CIVIL NO. 12-2039 (GAG)(PG) |

**MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 902**

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

1. On July 2, 2018, this Honorable Court ordered the Commonwealth to show cause, on or before July 10, as to why Docket No. 871 (7th Six Month Report and Tables) should not be unrestricted. (See Docket 902)

2. The Commonwealth hereby informs this Honorable Court that it does not object to unrestricting Docket No. 871. Any objection to the content of the TCA's 7th Six Month Report will be made by July 13, 2018.[1]

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and find defendants in compliance.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

---

[1] The Court granted an extension of time to respond to the TCA's 7th Six Month Report and Tables. (*See* Docket No. 908)

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 10, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of
Litigation Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov