IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CASE NO. 12-2039 (GAG)

## INFORMATIVE MOTION REGARDING FINAL SCHEDULE FOR PONCE TOWN HALL MEETING

As previously informed, the Town Hall Meeting for the Municipality of Ponce will take place next Wednesday, July 18, 2018 (See Docket No. 889), at the *Salón Añoranza* of the Old Casino of Ponce at 7:00 p.m.

As per the directives of the court, the above-mentioned Town Hall Meeting shall have a duration of approximately two (2) hours[1], which will the be distributed by the undersigned between the guest speakers, the Parties and the Technical Compliance Advisor (TCA), Mr. Arnaldo Claudio[2].

---

[1] Additional time shall be allotted for any unannounced speaker if time and other factors permit.

[2] Mr. Claudio's allotted time may be increased as warranted in order to answer any inquiries or address any concerns that may arise from the guest speakers or any other interested person.

1

**Civil No. 12-2039 (GAG)**

As of today's date, the Federal Monitor's Office (TCA), through the undersigned, has received confirmation that the following guest speakers will participate in the above-mentioned Town Hall Meeting:

1. Ms. Stella Irizarry from the crime victims support group "ALAPÁS" (*Alianza Para la Paz Social*), who will speak about crime victims support;

2. Ms. Emily Rivera, coordinator of the Hope for the Family Program (*Programa Esperanza para la Familia*), who will speak about domestic violence victims support;

3. Ms. Vanessa Martínez, advisor of Domestic Violence victims of the municipality of Ponce, who will speak about issues concerning domestic violence victims;

4. Mr. Edwin Torres González, owner of "El Madrigal" restaurant in Ponce, who will speak about security issues and primary concerns of the Ponce business owners;

5. Pastor Ángel E. Martínez, from the "*Iglesia Cristiana de la Familia Cerrillo Hoyo*", who will speak about the Ponce Police Department's response during hurricane María;

6. Mr. Edgardo Vega, director if the Independent Life Program of Ponce, who will speak about concerns regarding police interventions with people with disabilities;

7. Mr. Samuel Malavé from the Serrant Academy, who will speak about concerns regarding lack of police equipment, police retirement plans and issues regarding private detectives licenses;

8. Dr. Juliette Rivera or designated representative from the PHSU Wellness Center in Ponce;

**Civil No. 12-2039 (GAG)**

9. Mr. Manuel Batista Rodríguez, Public Housing director, who will speak about a pilot program with the Ponce Police Department for better quality of life in public housing projects;

10. Mr. Allan Cintrón, Esq. and personnel from Medcentro, who will speak about security concerns regarding cyclists on the roads and orientation for drivers;

11. Ms. Ana Marie Cruz, wife of a Police Officer, who will speak about concerns regarding police transfers;

12. Mr. Jan Paul Rollocks, director of the Youth Affairs Office of Ponce, who will speak about concerns regarding police interventions with young people;

13. Ms. Yanina Moreno from the Tallaboa community in Peñuelas, who will speak about police interventions in Peñuelas and in the Tallaboa community; and

14. Designated representatives from the Sentinel Group, who specialize in emergency management and security consultations.

Please note, that all scheduled guest speakers shall have an allotted time of approximately three (3) minutes for their presentations. After each presentation, the parties and the TCA shall have two (2) minutes to answer any question or address any concern that may arise from the guest speaker's presentation. The undersigned will grant additional time to the parties and the TCA when warranted. A detailed timetable is attached as Exhibit #1. Also, the undersigned will exert all reasonable efforts to accommodate any unannounced person interested in participating in the above-mentioned Meeting within the time frame that is scheduled for said event. In the unforeseen event that an interested person is not able to obtain an opportunity to speak at the Town Hall Meeting, the undersigned will channel said citizen or intended speaker's concern(s)

**Civil No. 12-2039 (GAG)**

and/or statement(s) to the TCA and/or the parties for proper attention. Moreover, when warranted, any unannounced speaker that due to time constraints is not capable of speaking during the Town Hall Meeting, will be given a future opportunity, if solicited, in one of the upcoming Town Hall Meetings scheduled to take place during the remainder of the year [3].

Furthermore, the undersigned informs the court that all technical and production matters have been adequately addressed in regards to the venue of the upcoming Town Hall Meeting. Lastly, the undersigned informs the court that he has alerted all participants as to the directives that have been issued in the captioned case regarding the conduct that the court expects from all participants during the celebration of the scheduled Town Hall Meetings (see Docket No. 815). Once the court notes and approves the present motion, the undersigned will notify each of the above-mentioned guest speakers as to the any new order entry that may be issued by the court with a copy of the present motion.

WHEREFORE, the undersigned, as counsel in charge of the Town Hall Meetings on behalf of the TCA, respectfully requests that the court takes notice of the above for all relevant purposes, approve the proposed agenda for the Ponce Town Hall Meeting and issue the corresponding directives that it may deem necessary to safeguard a productive Town Hall Meeting.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this July 14, 2018.

**CASTELLANOS GROUP, P.S.C.**

---

[3] The parties are encouraged to interview and/or speak directly to any member of the general public after the meeting is held.

**Civil No. 12-2039 (GAG)**

Cond. Madrid, Suite 304<br>
Calle Loiza 1760<br>
San Juan, PR 00911<br>
Tel. 787-641-8447<br>
Fax. (787)793-4495<br>
<br>
**S/ ALFREDO A. CASTELLANOS**<br>
**ALFREDO A. CASTELLANOS**<br>
Constitutional and Legal Advisor to the Office of the TCA<br>
Counsel in Charge of the Town Hall Meetings<br>
Federal District Court, for the District of Puerto Rico<br>
alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

    **I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**<br>
**ALFREDO A. CASTELLANOS**<br>
Constitutional and Legal Advisor to the Office of the TCA<br>
Counsel in Charge of the Town Hall Meetings<br>
Federal District Court, for the District of Puerto Rico<br>
alfredo@cglawpr.com