**Proposed Schedule for Town Hall Meetings**

| Time | Name | Association | Topic |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Mr. Alfredo Castellanos, Esq. | TCA | Brief introduction. Rules and procedure |
| 7:04 p.m. – 7:07 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 7:08 p.m. – 7:11 p.m. | Mr. Joel Torres Ortiz, Esq. | PRDJ | Brief introduction |
| 7:12 p.m. – 7:15 p.m. | Mr. Arnaldo Claudio | TCA | Brief introduction |
| 7:16 p.m. – 7:19 p.m. | Ms. Stella Irizarry | "ALAPAS" | Crime victims support |
| 7:21 p.m. – 7:24 p.m. | Ms. Emily Rivera | "Programa Esperanza para la Familia" | Domestic violence victims support |
| 7:26 p.m. – 7:29 p.m. | Ms. Vanessa Martínez | Asesora Víctimas de Violencia Doméstica | Domestic violence victims support |
| 7:31 p.m. – 7:34 p.m. | Mr. Edwin Torres González | Ponce business owners | Concerns from the Ponce merchants regarding security |
| 7:36 p.m. – 7:39 p.m. | Pastor Angel E. Martínez | Iglesia Cristiana de la Familia Cerrillo Hoyo | Help received form PRPB during hurricane María |
| 7:41 p.m. – 7:44 p.m. | Mr. Edgardo Vega | Director of the Independent Life Program | Concerns regarding police interventions with people with disabilities |
| 7:46 p.m. – 7:49 p.m. | Mr. Samuel Malavé | Serrant Academy | Concerns regarding lack of police equipment, police retirement plans and issues regarding private detectives licenses |

| Time | Speaker | Affiliation | Topic |
|---|---|---|---|
| 7:51 p.m. – 7:54 p.m. | Dr. Juliette Rivera or designated representative | PHSU Wellness Center | |
| 7:56 p.m. – 7:59 p.m. | Mr. Manuel Batista | Public Housing Administrator | Pilot program with PRPB for better quality of life in public housing |
| 8:01 p.m. – 8:04 p.m. | Mr. Allan Cintrón, Esq. | Medcentro | Orientation for drivers regarding cyclists on the roads |
| 8:06 p.m. – 8:09 p.m. | Ms. Ana Marie Cruz | Personal | Concerns regarding police transfers |
| 8:11 p.m. – 8:14 p.m. | Mr. Jan Paul Rollocks | Director of the youth affairs office of Ponce | Concerns regarding police interventions with young people |
| 8:16 p.m. – 8:19 p.m. | Ms. Yanina Moreno | Tallaboa community | Police interventions in Peñuelas and in the Tallaboa community |
| 8:21 p.m. – 8:24 p.m. | Designates representative from the Sentinel Group | The Sentinel Group | |
| 8:26 p.m. – 8:29 p.m. | Reserved for potential speaker | | |
| 8:31 p.m. – 8:34 p.m. | Reserved for potential speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for potential speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for potential speaker | | |
| 8:46 p.m. – 8:49 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 8:50 p.m. – 8:53 p.m. | Joel Torres Ortiz, Esq. | PRDJ | Closing remarks |

| | | | |
|---|---|---|---|
| 8:54 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | TCA | Closing remarks |
| 9:00 p.m. | Alfredo Castellanos, Esq. | TCA | Closing remarks |