UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>et. al.<br><br>Defendants. | CIVIL NO. 12-2039 (GAG)(PG) |

**MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 679**

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

1. On December 15, 2017, in compliance with the Court's Order at Docket No. 658, Defendants informed that the Government of Puerto Rico had received an unsolicited proposal for a Public-Private Partnership to operate the Academy, but that at that moment there were no plans to have a private institution operate the Academy. Moreover, Defendants informed that the Agreement allows for a private institution to operate the Academy as long as that institution complies with provisions included therein. (*See* Docket No. 678).

2. On December 18, 2017, this Honorable Court issued an order for the Commonwealth to file an informative motion on changes on the Police Academy on January 15, 2018 and on the 15th of every month thereafter with the approval of the Governor's Personal Representative ("GPR"). (*See* Docket No. 679).

3.      Consequently, in compliance with the Court's order, the Commonwealth informs this Honorable Court that we are currently in an information gathering stage to assess the viability of the unsolicited proposal for a Public-Private Partnership to operate the Academy. Moreover, the Commonwealth is gathering information necessary to see if the proposal is aligned with the requirements to operate the Academy and is currently working on the desirability study of said proposal before deciding if it begins the RFP ("Request for Proposal") process.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record. It is also certified that the GPR has knowledge of the present motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 16, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of
Litigation Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

<u>**S/JOEL TORRES ORTIZ**</u>
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov