UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff; | |
| v. | |
| COMMONWEALTH OF PUERTO RICO, ET AL., | No. 12-cv-2039 (GAG) |
| Defendants. | |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for July 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | July 16, 2018 to July 20, 2018 |
| Rafael E. Ruíz | $6,500.00 | July 16, 2018 to July 20, 2018 |
| Marcos Soler | $3,900.00 | July 16, 2018 to July 20, 2018 |
| John J. Romero | $5,850.00 | July 16, 2018 to July 20, 2018 |
| Alan Youngs | $5,850.00 | July 16, 2018 to July 20, 2018 |
| Scott Cragg | $3,900.00 | July 16, 2018 to July 20, 2018 |
| Alejandro Del Carmen | $2,600.00 | July 17, 2018 to July 18, 2018 |
| Subtotal | $35,100.00 | |
| **Telework** | | |
| Gerard LaSalle | N/A | July 2018 |
| Linda V. Navedo | $2,600.00 | July 2018 |
| Rafael E. Ruíz | $2,175.00 | July 2018 |
| Marcos Soler | $5,100.00 | July 2018 |
| John J. Romero | $3,250.00 | July 2018 |
| Alan Youngs | $3,250.00 | July 2018 |
| Scott Cragg | $5,200.00 | July 2018 |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Alejandro Del Carmen | $6,450.00 | July 2018 |
| | Subtotal | $28,025.00 |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $5,750.00 | July 2018 |
| Federico Hernandez Denton | $1,250.00 | July 2018 |
| Antonio Bazán | $4,187.50 | July 2018 |
| | Subtotal | $11,187.50 |
| **Jose Pujol** | $3,075.00 | July 2018 |
| | Subtotal | $3,075.00 |
| **The&Group (Town Hall Meetings)** | $3,900.00 | June and July 2018 |
| | Subtotal | $3,900.00 |
| **Car Expenses** | | |
| Chauffer | $900.00 | July 14th, 2018 to July 21$^{tst}$ 2018 |
| Gasoline | $630.00 | July 2018 |
| Tolls | $60.00 | July 2018 |
| Car Maintenance | $682.68 | July 2018 |
| | Subtotal | $2,272.68 |
| **Office Supply** | | |
| Office Agenda | $6.68 | |
| Printer Toner | $180.00 | |
| | Subtotal | $186.68 |
| | Total | $83,746.86 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $83,746.86, the total amount of the monthly expenses, for the month of July 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $83,746.86, the total amount of the expenses for the month of July 2018.

In San Juan, Puerto Rico, this day August  3 , 2018.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

_____
**Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.