# INVOICE FOR PROFESSIONAL SERVICES: JULY/2018
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

      A:     **TCAPR Corp.**
            #268 Muñoz Rivera
            Suite 1001, World Plaza
            San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **July/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of June/2017 and creation of electronic file; follow up on various aspects of the policies; send TCA's reviews of some the policies. Preparation of list of activities and their objectives, which will be included in the agenda corresponding to the month of July / 2018 for the Core Team & the Office of the Reform's week, among other actions. (15.00 hrs.) | N/A | X | 1-8/July | |
| -Work session for the preparation of the Agenda corresponding to the month of July/2018; meeting for the discussion of the agenda; drafting electronic mails and calls for the follow-up of outstanding issues; reading, revision and analysis of documents in preparation for the Core Team's Week; work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD. (20.00 hrs.) | N/A | X | 9-15/July | |
| TCA CORE TEAM WEEK | N/A | X | 16/July | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 17/July | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 18/July | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 19/July | $1,300.00 |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA CORE TEAM WEEK | N/A | X | 20/July | $1,300.00 |
| -Reading, reviewing and analyzing the following policies sent by the PRPB: (a) Regulation of Promotions of the Ranking System of the Bureau of the Police of Puerto Rico; (b) General Order 100-102: Structure of the Bureau of the Police of Puerto Rico; (c) Incident Information Dissemination Manual. (18.00 hrs.) | N/A | X | 21-31/July | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA CORE TEAM WEEK: | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | $2,600.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 35.67 HOURS | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
July 31, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA                     Date: __6|3_____, 2018
President
TCAPR Corp.

2

Rafael E. Ruiz
301 174th St., Apt 407
Sunny Isles Beach, FL
33160
Phone 617-759-9156

# INVOICE

I#2018-07

DATE: 7/31/ 2018

**TO:**
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

**FOR:**
Services: July 1st through July 31st, 2018

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday, July 16th:  TCA Office meetings; PRPB HQ for CIT, other policy discussion | All day | $1300.00/day | $1,300.00 |
| Tuesday, July 17th: Site Visit to Districts of Maunabo and Yabucoa (Humacao Command Area) | All day | $1300.00/day | $1,300.00 |
| Wednesday July 18th: Site visit to Districts of Luquillo and Rio Grande (Fajardo Command Area) | All day | $1300.00/day | $1,300.00 |
| Thursday, July 19th: Site visit to Districts of Loiza and Trujillo Alto Norte (Carolina Command Area) | All day | $1300.00/day | $1,300.00 |
| Friday, July 20th: HQ for policy discussion; Report writing | All day | $1300.00/day | $1,300.00 |
| Preparation of CT proposed agenda | 2 hrs. | $150/hr. | $300.00 |
| Annual review of policies: | | | |
| Gen Order 100-107 SAIC | 3 hrs. | $150/hr. | $450.00 |
| Gen Order 100-130 Criminal Investigation Division | 2.5 hrs. | $150/hr. | $375.00 |
| Gen. Order 300-XXX Job Descriptions for Sworn Personnel | 4 hrs. | $150/hr. | $600.00 |
| Preparation of reports for above general orders | 3 hrs. | $150/hr. | $450.00 |
| **TOTAL BILLED** | | | **$8,675.00** |

Signature _Rafael E Ruiz_             Date: **July 31, 2018**

ok   _Rf_   8/3/2018

# INVOICE FOR PROFESSIONAL SERVICES: JULY 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) from July 1, 2018 through July 31, 2018 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on court matters, review documents, draft memo for court, review policies and TCA correspondence, draft strategic document for incoming six-month report (14.0 billable hours) | X | N/A | Saturday through Sunday, July 14-15, 2018 | (14 @ $150 = $2,100) |
| Work from Puerto Rico: Staffing Study and Court meeting (1.0 day, 12 hours) | N/A | X | Wednesday, July 18, 2018 | (1 day @ $1,300 = $1,300) |
| Work from New York City: work on court matters, TCA agenda, meetings (2.0 billable hours) | X | N/A | Thursday, July 19, 2018 | (2 @ $150 = $300) |
| Work from Puerto Rico: See TCA agenda (2.0 days, 20 hours) | N/A | X | Friday through Saturday, July 20-21, 2018 | (2 days @ 1,300 =$2,600) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: work on methodology for compliance, Equal protection tables, review SARP report and prepare items for new site visit (8.0 billable hours) | X | N/A | Sunday, July 22, 2018 | (6@150= 900) |
| Work from New York City: work on methodology for compliance and structure and items for six-month report, court matters (12.0 billable hours) | X | N/A | Saturday through Sunday, July 28-29, 2018 | (12@ $150 = $1,800) |
| | | | TOTAL HOURS WORKED: 66.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (32 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (34 HOURS @ $150): | | | | $5,100 |
| TOTAL TO BE BILLED: | | | | $9,000 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
July 30, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

oK   *[signature]*   8/3/2018

2

Date: _____, 2018.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

July 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 050
FOR PROFESSIONAL SERVICES RENDERED JULY 2018

| | |
|---|---|
| Monday, July 16, 2018 | TCA Office re: meetings<br>PRPB Headquarters re: meeting |
| Tuesday, July 17, 2018 | Site visit Utuado Police District<br>Site visit Ajuntas Police District |
| Wednesday, July 18, 2018 | Site Visit Dorado Police District<br>Site visits Vega Alta Police District |
| Thursday, July 19, 2018 | PRPB Headquarters re: meetings |
| Friday, July 20, 2018 | PRPB Headquarters re: meetings |

**4 1/2 DAYS (DAY RATE $1,300) = $5,850**

| | |
|---|---|
| July 1-31 | Reviewed PRPB's General Order, Chapter 600, Section 601, Rules for "Rule for the Use of Force." 1.5 hrs.<br>Prepared comments on the above. 1 hr.<br>Reviewed PRPB's General Order, Chapter 600, Section 602, "Use and Management of Electronic Control Device" (taser) 2 hrs. |

Prepared comments on the above. 1.5 hrs.
Reviewed PRPB's General Order, Chapter 600, Section 605, "Report and Investigation of Incidents of Use of Force." 2 hrs.
Prepared comments on the above. 1.5 hrs.
Reviewed PRPB's forms "Use of Force Report" PPR-605.1 and "Supplementary Report" PPR-605.2 1hr.
Prepared comments on the above. 1hr.
Reviewed PRPB's form "Notification of Incidents of Use of Force" PPR-605.3 .5hrs.
Prepared comments on the above. .5hrs
Reviewed PRPB's form "Daily Notification of Incidents of Use of Force" PPR-605.4. 1hr.
Prepared comments on the above. 1 hr.
Reviewed PRPB's form "Notification of Critical Incidents" PPR605.5 .5 hrs.
Prepared comments on the above. .5hrs
Reviewed PRPB's General Order, Chapter 500, Section 502, "Evaluation Boards of Incidents of Use of Force." 2hrs.
Prepared comments on the above. 1hr.
Reviewed PRPB's General Order Chapter 300, "Job Description of Employees Rank System." 2.5 hrs.
Prepared comments on the above. 1.5 hrs.
Reviewed PRPB's General Order, Chapter 100, Section 130, "Criminal Investigation Unit." 2.5 hrs.
Prepared comments on the above. 2hrs.
Reviewed PRPB's General Order, Chapter 100, Section 107, SAIC 2hrs.
Prepared comments on the above. 1.5 hrs.


**TOTAL HOURS: 30 HOURS   30 MINUTES.**


**BILLABLE HOURS   21 HOURS   40 MINUTES AT RATE OF**

**$150 PER HOUR = $3,250**

**PRO BONO     8 HOURS    50 MINUTES**


**TOTAL: $9,100**               John J Romero

6K                    8/3/2018

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

July 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918


FOR PROFESSIONAL SERVICES RENDERED JULY, 2018


| | |
|---|---|
| Monday, July 16, 2018 | TCA Office re: meetings<br>PRPB Headquarters re: meeting |
| Tuesday, July 17, 2018 | Site visit to Utauado Police District<br>Site visit to Ajuntas Police District |
| Wednesday, July 18, 2018 | Site visit to Dorado Police District<br>Site visit to Vega Alta Police District |
| Thursday, July 19, 2018 | PRPB Headquarters re: meetings |
| Friday, July 20, 2018 | PRPB Headquarters re: meetings |


**4 1/2 DAYS (DAY RATE $1,300) = $5,850.00**


July 1 - 31

Reviewed PRPD's General Order Chapter 300, "Job Description of
Employees Rank System" – 3 hours
Prepared comments on the above – 2 hours

Reviewed PRPB's General Order, Chapter 100, Section 130, "Criminal
Investigation Unit." – 3 hours
Prepared Comments on the above – 2 hours

Reviewed PRPB's General Order, Chapter 100, Section 107, SAIC – 3
hours
Prepared comments on the above – 2 hours

Reviewed PRPB's Body Camera materials at request of TCA – 2 hours

Reviewed Las Vegas, LAPD, and Denver Body Camera Materials 3 hours

Reviewed EIS materials from U.S. Departments - - 3 hours
Provided information and materials as per request from request from TCA
2 hours

**TOTAL HOURS:   25 HOURS**

**BILLABLE HOURS:  21 HOURS AND 40 MINUTES AT
RATE OF $150 PER HOUR = $3,250.00**

**PRO BONO 3 HOURS 20 MINUTES**

**TOTAL: $9,100.00**

ok *[signature]* 8/3/2018

INVOICE 0041 FOR PROFESSIONAL SERVICES; JULY 1 – JULY 31, 2018
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:     **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of July 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 3 | | 3900.00 |
| Communictions - telcons and emails to/from CT, PRPD, USDOJ, regarding Action Plans, GO's, manuals, policy coordination, 253 mtg | 4.00 | | | 600.00 |
| Review of DOJ Document - Building Law Enforcement Early Intervention Systems TECHNICAL ASSISTANCE GUIDE | 1.75 | | | 262.50 |
| Review CT field reports for compliance with regard to data capture and use of computer systems | 1.50 | | | 225.00 |
| Prepare Agenda Recommendations communicate wth PRPD- Review past action items and trip reports | 0.50 | | | 75.00 |
| Kronos Hearing Preperations - Review documents, trip reports,PRPD responses to questions, tables and punch lists, DOJ provided materials, decrees,crosswalk details, prepare talking points and slides | 15.50 | | | 2325.00 |
| Review GO for EIS. Crosswalk with prior reviews, samples and on-line samles, provide recommendations, review data | 7.25 | | | 1087.50 |
| Prepare summary trip Report | 3.50 | | | 525.00 |
| Review and update IT and Monitors Action Plans | 2.25 | | | 337.50 |
| Review and update Ver 0.3 of Punch List to track PRPD follow thru | 1.50 | | | 225.00 |
| | | | | |
| Total hours US | 37.75 | | | |
| | | | | |

| | | |
|---|---|---|
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | $3,900 |
| TOTAL OF BILLABLE HOURS @ $150 | 37.75 | $5,663 |
| TOTAL EXPENSE | | $9,563 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | 3.08 | -462.50 |
| | FEE | $9,100 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

ok  8/3/2018

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**     975855899

## INVOICE

**Customer**

| | | | | |
|---|---|---|---|---|
| Name | TCAPR Corporation | | | |
| Address | 268 Munoz Rivera | | | |
| City | San Juan | PR | ZIP 00918 | |
| Phone | | | | |

| | |
|---|---|
| Date | 7/23/18 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 33.5 | Review of Policies: a) Reg. Interno b) 8728 c) Tramite, c) REA11 | $150.00 | $5,025.00 |
| 9.5 | Emails, calls, review of documentation | $150.00 | $1,425.00 |
| 16 | Puerto Rico (7/17, 7/18) (see TCA Agenda) | $162.50 | $2,600.00 |

| | | |
|---|---|---|
| | SubTotal | $9,050.00 |
| | Shipping & Handling | |
| Taxes | State | |
| | **TOTAL** | $9,050.00 |

Signature:

Office Use Only

oll    8/3/2018



**CASTELLANOS GROUP
P.S.C.**

# INVOICE

**INVOICE NUMBER: 74**
**INVOICE DATE: JULY 25, 2018**

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JUN-28-18 | Police Reform-Puerto Rico | Several communications regarding Town Hall Meetings, re: Fajardo | 1.00 | $125.00 | $125.00 |
| JUL-02-18 | Police Reform-Puerto Rico | Several Communications and discussions with Agent from the Police Dept. regarding the review of Town Hall Meeting Flyer; communication with Sentinel Group regarding participation in Town Hall Meetings, communications with member of the C.I.C.; conference call with Javier González | 2.00 | $125.00 | $250.00 |
| JUL-03-18 | Police Reform-Puerto Rico | Communications with lieutenant Lugo from the Police Dept., discussion of Town Hall Meetings Flyer, changes and corrections | 1.00 | $125.00 | $125.00 |
| JUL-05-18 | Police Reform-Puerto Rico | Several matters regarding coordination of Town Hall meeting | 1.00 | $125.00 | $125.00 |
| JUL-06-18 | Police Reform-Puerto Rico | Informative Motion, several communications regarding Town Hall Meetings coordination | 2.00 | $125.00 | $250.00 |
| JUL-09-18 | Police Reform-Puerto Rico | Several communications with Javier Gonzalez, communications with Cintron Rivera from Ponce, invitation letters to Majors (Ponce Hearing) and related matters; review of communication from Lydia Aviles, re: list of participants, Town Hall Meeting; review of list "Comite de Interaccion Ciudadana", Ponce; review of Town Hall Meeting Flyer | 4.00 | $125.00 | $500.00 |
| JUL-10-18 | Police Reform-Puerto Rico | Invitation Letters to Majors, re: Town Hall Meeting in Ponce | 1.00 | $125.00 | $125.00 |
| JUL-11-18 | Police Reform-Puerto Rico | Communication with Mr. Josué González (ACLU); coordination of participation in Ponce Town Hall Meeting | 0.50 | $125.00 | $62.50 |

INVOICE NUMBER: 74

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JUL-12-18 | Police Reform-Puerto Rico | Conference call with Mr. Manny Varela, re: Town Hall Meeting coordination; conference call with Javier Gonzalez, re: Ponce Town Hall Meeting | 1.00 | $125.00 | $125.00 |
| JUL-13-18 | Police Reform-Puerto Rico | Ponce Town Hall Meeting coordination and all related matters; coordination with participants; meeting with Georgina Candal; document exchange with Ms. Candal regarding TCA 6 months report | 8.00 | $125.00 | $1,000.00 |
| JUL-14-18 | Police Reform-Puerto Rico | Draft of Scheduling Motion and time table for the Ponce Town Hall Meeting | 3.00 | $125.00 | $375.00 |
| JUL-16-18 | Police Reform-Puerto Rico | Communications with Maldonado from the Office of the Major of Ponce; coordination of Town Hall Meeting with Javier Gonzalez; notice and communications with scheduled guests speakers regarding their participation in the Town Hall Meeting and their respective turns to speak | 4.00 | $125.00 | $500.00 |
| JUL-17-18 | Police Reform-Puerto Rico | Communication with Clementina Vega; communication with Sergeant from Mayaguez | 1.00 | $125.00 | $125.00 |
| JUL-18-18 | Police Reform-Puerto Rico | Meeting with Lutenant Coronel Roberto Rivera in Mayagüez; Public Hearing in Ponce | 10.00 | $125.00 | $1,250.00 |
| JUL-19-18 | Police Reform-Puerto Rico | Conference call with Seargant from Bayamón; communication with López from Mayaguez; conference call with Javier González; conference call with Sergeant of Fajardo | 3.00 | $125.00 | $375.00 |
| JUL-23-18 | Police Reform-Puerto Rico | Coordination of upcoming conference call, re, Town Hall Meeting, review of info in preparation for it. | 0.50 | $125.00 | $62.50 |
| JUL-24-18 | Police Reform-Puerto Rico | Review of Minutes-Town Hall Meetings | 2.00 | $125.00 | $250.00 |
| JUL-25-18 | Police Reform-Puerto Rico | Conference call with TCA Claudio and team | 1.00 | $125.00 | $125.00 |
| | | Total hours for this invoice | 46.00 | | |
| | | Total amount of this invoice | | | $5,750.00 |

ok   8/3/2018

Page 2 of 2

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

July 30, 2018.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|------|-------------|-------|
| Date | Description | Hours |
| 7/18/2018 | Court in Camara Hearing in the morning, meeting with M. Soler at noon, and Court Hearing Kronos in the afternoon. | 8 |
| 7/20/2018 | Meeting of the PPR Board of Promotions. | 1 |
| 7/21/2018 | Conference call with Deputy TCA regarding Court Ordered Investigation. | 1 |

**TOTAL BILLED HOURS:**   **10**

**TOTAL:**   **$1,250.00**

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

OK

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

July 28, 2018.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-07**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of July 2018:

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---------|---------|--------------------------------------------------------|
| 7?02/2018 | **2.50 Hrs.** 5:00 to 7:30 pm | Continued work on Legal Aspects of Assessment re: March of May 1, 2018. |
| 7/03/2018 | **3.25 Hrs.** 7:00 to 10:33 pm, 10:33 to 11:20pm | Review, Changes and Advice on 8 Reviews:1) GO 500-502, 2)Use of Force 600-601 3) 2-CE-600-602 4)Reporting & Investigating Use of Force, 5)Review Forms 605.1 & 605.2 6)Notification of Incidents of Use of Force 7)Daily Notifications Use of Force 8)Notification of Critical Incidents of Use of Force – Initial evaluation of OG-635 Institutional Mistreatment of Juveniles and GO 600-635 Custody of Evidence. |
| 7/05/2018 | **1.00 hrs.** 1:00 to 1:30 pm & 1:30 to 2:13 pm | Evaluation Boards of Incidents of Use of Force 8 FRB policy 500-502 and PPR Forms 501.2 & 502.3 |
| 7/16/2018 | **7.50 hrs.** 10:00 to 11:00am 11:00 am to 12:00 N, 1:30 to 7:00 pm | Meeting on Police Academy, GO 801, Status of Policies |
| 7/17/2018 | **7:00 Hrs.** 9:00 to 11:30 am 1:30 to 6:00 pm | V2A(AM) Presentation of amended policy to Immigrants & Discussion of Rights |
| 7/18/2018 | **2.75 Hrs.** 1:30 to 3:45 pm | Status Conference at US District Court and IT presentation. |
| 7/19/2018 | **4.75 Hrs.** 9:00 am to 12:00 N and 1:30 to 3:15 pm | Assorted presentations by PRPB |
| 7/20/2018 | **2:00 Hrs.** 1:30 to 3:30 pm | Paragraph 253 at PRPB |
| 7/26/2018 | **2.75 Hrs.** 12:30 to 1:27pm, 8:00 to 9:07&9:07 to 10:01 m | Legal advice, changes and final review or Methodology and draft of two motions |

| | | |
|---|---|---|
| 7/27/2018 | **33.50 Hrs.** Total Hours Billed | 33.50 hrs. x &125.00=$4,187.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____

Antonio R. Bazán González, Esq.

Jose L. Pujol
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: <u>2018-06</u>

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | | Matter/Services rendered |
|---------|---------|---|--------------------------|
| 06/27/2018 | 6.0 hrs. | 09:30 am to 4:00 pm (0.5 hr. lunch) | Reviewing documents provided by the PRPB and working on the Assessment Report |
| 06/28/2018 | 4.0 hrs. | 09:30 am to 1:30 pm | Reviewing documents provided by the PRPB and working on the Assessment Report |
| 06/29/2018 | 5 hrs. | 09:00 am to 2:30 pm (0.5 hr. lunch) | Reviewing documents provided by the PRPB and working on the Assessment Report |
| 07/02/2018 | 4.5 hrs. | 08:00 am to 10:00 am<br><br>12:30 pm to 03:00 pm | Preparation for interview and working on the Assessment Report.<br>Interview and visit SWAT Facilities. |
| 07/03/2018 | 3.5 hrs. | 08:30 am to 11:30 am<br>05:45 pm to 06:15 pm | Prepared Memorandum of interview and worked on the Assessment Report |
| 07/18/2018 | 13 hrs. | 10:00 am to 12:00 am (0.5 hr. lunch and 0.5 hr. dinner) | Hearing and Status Conference at US District Court.<br>Town Hall Meeting in Ponce, PR. |
| 07/20/2018 | 8.0 hrs. | 09:00 am to 4:30 pm (0.5 hr. lunch)<br>04:30 pm to 05:30 pm | Working on Assessment Report<br><br>Working on Minutes of the Ponce Town Hall meeting |
| 07/23/2018 | 4.5 hrs. | 09:00 am to 11:00 am<br>11:00 am to 12:30 am<br>03:30 pm to 04:30 pm | Working on Assessment Report<br>Working on Minutes of the Ponce Town Hall meeting |
| 07/24/2018 | 3 hrs. | 08:30 am to 09:30 am<br>10:30 am to 12:30 am | Working on Minutes of Ponce Town Hall<br>Visit to ACLU, related to Assessment May 1st |
| 07/25/2018 | 4.5 hrs. | 08:30 am to 09:30 am | Working on Assessment Report |

| | | 11:00 am to 12:00 pm<br>03:00 pm to 05:30 pm | Conference Call (Town Hall Meeting)<br>Assessment Report May 1st. Reading Section 305 of Chapter 300 related to Transfers.<br>Started Methodology Report in relation to Transfers. |
| 07/26/2018 | **5.5 hrs.** | 08:30 am to 12:30 pm<br>01:30 pm to 02:30 pm<br>03:45 pm to 04:15 pm | Preparing Methodology Report in relation to PRPB personnel transfers, and working on Assessment Report |
| | **61.5 hrs.** Total hrs. billed | | **61.5 hrs.** x $50.00= **$3,075.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Jose L. Pujol          07/26/201

611



**THE & GROUP**
Ideas & Networking
for Business Success

From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2018-07 (July 2018)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| JULY 1 to JULY 30, 2018 | | |
| 7/11/18 | 2.0 Hrs. (2:00pm a 4:00pm) | Meeting at Police Offices in Ponce and Visit Facility |
| 7/13/18 | 3.0 Hrs. (11:00am to 2:00pm) | Meeting and Visit to Fajardo Facility with Lcdo Castellanos. |
| 7/18/18 | 10.0 Hrs. (1:00pm to 11 pm) | Town Hall Meeting in Ponce. |
| 7/19/18 | 2.0 Hrs. (11:30am to 1:30pm) | Meeting with Coronel Rodriguez at Police Offices in Fajardo |
| 7/25/18 | 1.0 Hrs. (11:00am a 12:00pm) | Conference Call at TCA Office |
| 7/26/18 | 1.5 Hrs. (2:30pm a 4:00pm) | Meeting at Policía PR Mayagüez Office. |
| | Total: 19.5 Hrs. | |



I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González                      DATE: July 30, 2018

TO: Mr. Eric Guzmán

HOURS BILLED:              19.5 Hrs
AMOUNT PER HOUR:       $75.00
TOTAL BILLED:              $1,425.00

Las Ramblas, 71 Calle Montjuic, Guaynabo, PR 00969
Theandgroup@hotmail.com



**THE & GROUP**
Ideas & Networking
for Business Success

From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2018-06 (June 2018)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---------|---------|--------------------------|
| APRIL 1 to JUNE 30, 2018 | | |
| 4/5/18 | 1.5 Hrs. (1:00pm a 2:30pm) | Meeting with Lcdo Castellanos, Mr Pujol |
| 4/11/18 | 6 Hrs. (10:00am to 12:00pm) (2:00pm to 6:00pm) | Visits to Caguas and Mayagüez Facilities. |
| 4/17/18 | 3 Hrs. (1:00pm to 4 pm) | Meeting in Arecibo with Mr Azaro and Visits to Facilities. |
| 4/19/18 | 5 Hrs. (10:00am to 12pm) (2:00pm to 5:00pm) | Visits to Guayama and Ponce Facilities |
| 4/27/18 | 1.5 Hrs. (10:30am a 12:00pm) | Meeting with Lcdo Castellanos, Mr. Pujol, Mr. Eric Guzmán |
| 4/28/18 | 3 Hrs. (10:00am a 1:00pm) | Meeting at Policía PR Headquartes. |
| 5/11/18 | .5 Hrs. (8:00am a 8:30am) | Conference call with Lcdo Castellanos, Mr Pujol |
| 6/7/18 | 1.5 Hrs. (10:00am a 11:30am) | Meeting with Lcdo Castellanos and Mr Pujol |

Las Ramblas, 71 Calle Montjuic, Guaynabo, PR 00969
Theandgroup@hotmail.com



**THE & GROUP**
Ideas & Networking
for Business Success

| 6/13/18 | 8 Hrs. (9:00am to 12:00pm)<br>(1:00pm to 3:00pm)<br>(4:00pm to 7:00pm) | Meeting and Visits with lcdo Castellanos to Ponce, Guayama and Caguas Police Offices and Facilities. |
| --- | --- | --- |
| 6/18/18 | 3 Hrs. (10:am to 1:00pm) | Meeting in Bayamón with Mr Padilla and Visit to Bayamón Facility. |
| | | |
| | Total: 33 Hrs. | |

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González                    DATE: July 30, 2018

TO: Mr. Eric Guzmán

HOURS BILLED:            33 Hrs
AMOUNT PER HOUR:     $75.00
TOTAL BILLED:            $2,475.00

Las Ramblas, 71 Calle Montjuic, Guaynabo, PR 00969
Theandgroup@hotmail.com

# INVOICE   0134

7/19/2018

RAUL F TORRES
PO Box 388
Las Piedras PR 00771

TCAPR Corp
World Plaza
268 Muñoz Rivera 1001
San Juan PR 00918-1921

| DETAILS | LINE TOTAL |
|---|---|
| Professional services (transportation) rendered during | 900.00 |
| the week of July 14-21, 2018 to TCA Core Team, | |
| which includes the following: | |
| - Transportation from and to airport/hotels | |
| - Transportation services to municipalities | |
| (TCA Office, Headquarters in Hato Rey) | |

| | |
|---|---|
| Discount | |
| Net Total | $900.00 |
| Tax | |

$900.00

OTHER INFORMATION

Phone: 787.391.9630
Email: rf.torres@yahoo.com

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CR#01 | | 50.00 |
| | Sub Total | 50.00 |
| | ESTATAL | 0.00 |
| | MUNINIPAL | 0.00 |
| | Total | 50.00 |
| | VISA-MC $ | 50.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 006 DR# 01  TRAN# 11116
07/10/18  17:39:01
ST# GULF1

---

BIENVENIDOS A
GULF SAN JUAN

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#01 | | 40.00 |
| | Sub Total | 40.00 |
| | STAT Y MUN | 0.00 |
| | MUNICIPAL | 0.00 |
| | **TOTAL** | **40.00** |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 002 DR# 01  TRAN# 18827
07/12/18  17:02:17
ST# G0209

---

# PUMA 212

Fecha: 7/5/2018 1:14 PM
Cajero: Yokasta Rodriguez
Trans No. 452708
Batch No. 1731
Cnt  UPC/PLU  Descripción

| Subtotal: | $50.00 |
| --- | --- |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $50.00 |
| Cash: | $50.00 |
| Cambio: | $0.00 |

---

TO GO STORES
GURABO
C00000000000019
Total 12

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #08 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| | **TOTAL** | **20.00** |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1021989
CSH: 13          07/11/18 15:46:54

**FABR PETROLEUM**
**787. 296-4901**

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#06 | | 40.00 |

| | Sub Total | 40.00 |
| --- | --- | --- |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |

**TOTAL      40.00**

CASH $    40.00

**THANKS, COME AGAIN**
REG# 0001 CSH# 006 DR# 00  TRAN# 16938
07/15/18  09:12:10       ST# AB123

*68.138.0 Millas*

**Shell Las Piedras**

,PR

**Fecha: 7/17/2018 5:11 AM**
**Cajero: Yanisha**
**Trans No. 65306**
**Batch No. 312**
**Cnt  UPC/PLU  Descripción**

| 2 | Regular [6] | |
| --- | --- | --- |
| 56.447 | $0.787 | $46.00 |

| Subtotal: | $46.00 |
| --- | --- |
| STATE TAX: | $0.00 |
| MUNICIPAL TAX: | $0.00 |

| Total: | $46.00 |
| --- | --- |
| Cash: | $60.00 |
| Cambio: | $14.00 |

*67,893.9 Millas*
*Raúl*

**Shell Las Piedras**

,PR

**Fecha: 7/15/2018 8:44 AM**
**Cajero: Yanisha**
**Trans No. 62785**
**Batch No. 306**
**Cnt  UPC/PLU  Descripción**

| 2 | Regular [2] | |
| --- | --- | --- |
| 56.903 | $0.787 | $44.00 |

| Subtotal: | $44.00 |
| --- | --- |
| STATE TAX: | $0.00 |
| MUNICIPAL TAX: | $0.00 |

| Total: | $44.00 |
| --- | --- |
| Verifon: | $44.00 |

| Cambio: | $0.00 |
| --- | --- |

Gracias por comprar con nosotros

**BIENVENIDO A**
**GULF LA ROCA**

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CR#01 | | 20.00 |

| | Sub Total | 20.00 |
| --- | --- | --- |
| | ESTATAL | 0.00 |
| | MUNICIPAL | 0.00 |
| | Total | 20.00 |

VISA-MC $   20.00

**GRACIAS**
**VUELVA PRONTO**
REG# 0001 CSH# 004 DR# 01  TRAN# 15879
07/15/18  00:16:52       ST# GULF1

BIENVENIDOS A
GULF SAN JUAN

| Item | qty | amount |
|------|-----|--------|
| Prepay CA#03 | | 40.00 |

| | | |
|------|------|-------|
| Sub Total | | 40.00 |
| STAT Y MUN | | 0.00 |
| MUNICIPAL | | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

THANKS, COME AGAIN
REG# 9001 CSH# 609 DR# 01  TRAN# 17557
07/18/18  13:51:10          ST# G0209

---

TO GO STORES
GURABO
C000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #03 | | 20.00 |

| | | |
|------|------|-------|
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1022884
CSH: 14                    7/19/18 7:37:22 AM

---

TO GO STORES
PONCE
787-798-6434
000000000000019
TORAL 60

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #03 | | 20.00 |

| | | |
|------|------|-------|
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

ST# 00060   TILL XXXX DR# 1 TRAN# 1014245
CSH: 6                    7/18/18 7:36:19 PM

---

68.329.1 *Miles*

| | | | |
|-----|------|-----------|-------|
| REG | CA #06 | 45.177L | 36.01 |
| | | @ 0.797/ L | |

| | | |
|------|------|-------|
| Sub Total | | 36.01 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| **TOTAL** | | **36.01** |
| | CASH $ | 40.01 |
| | Change $ | -4.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 00  TRAN# 18616
07/18/18  11:37:36          ST# AB123

*Raul 6058, 7 Millas*

A.F. SHELL

COIZA 1703, SANTURCE T.1 787 721-1643

| Descr. | Qty | amount |
|--------|-----|--------|
| PREM  CA #04 | 21.57aL | 20.00 |
| | @ 0.927/L | |
| Prepay Fuel | | -20.00 |
| Sub Total | | 0.00 |
| EST. 10.5% | | 0.00 |
| MUNICIP 1% | | 0.00 |
| **TOTAL** | | **0.00** |
| CASH $ | | 0.00 |

THANKS, COME AGAIN

Toda persona que ingiera, consuma
o posea bebidas alcoholicas en la
via publica o estacion estara sujeto
a una multa de $500.00

REG# 000  CSH# 011 DR# 01  TRAN# 19313
07/20/18  07:27:06          ST# AB123

---

FABR PETROLEUM
787 296-4901

| Descr. | Qty | amount |
|--------|-----|--------|
| Prepay CA#06 | | 20.00 |
| Sub Total | | 20.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 005 DR# 00  TRAN# 19956
07/20/18  09:48:12          ST# AB123

---

## Puma 428M&S

Carr. 183 K.M. 3.9
San Lorenzo,P.R. 00754
787-837-4888
Fecha: 7/19/2018 6:39 PM
Cajero: Gasolina
Trans No. 149223
Batch No. 1400

| Cnt | UPC/PLU | Descripción |
|-----|---------|-------------|
| Cantidad Prepagada | | $30.00 |

| | |
|--|--|
| Subtotal: | $30.00 |
| **Total:** | **$30.00** |
| Pagado: | $30.00 |
| Cambio: : | $0.00 |

Thank you for your business!

---

TO GO STORES
GURABO
00000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #01 | | 10.00 |
| Subtotal | | 10.00 |
| Tax | | 0.00 |
| **TOTAL** | | **10.00** |
| CASH $ | | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL VCCO DD#

## LULU SERVICE STATION

N° 4246

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10-7- 20 18

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑    CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

*Cash*

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    TOTAL  20 | 00

---

## LULU SERVICE STATION

00294

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 7-12 20 18

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑    CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 0 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

*Cash*

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    TOTAL  20 | 0

---

## LULU SERVICE STATION

N° 4250

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 7-12 20 18

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑    CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

*Cash*

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____    TOTAL  20 | 00

PEDRO C. RIVERA
TEL 403-1657 / 793-0680
ELEMI 109 ALT. STA. MARIA GUAYNABO, P.R. 00969



**INVOICE**

Customer

NOMBRE    T C A P R

TELEFONO

RECIBIDO    7/25/18
REPARADO
LLAMADA
ENTREGA

| Qty | Description | | Unit Price | TOTAL |
|---|---|---|---|---|
| 1 | TOWER LEXMARK | G04 H | | 180 |
| | | | SubTotal | |
| | | | TOTAL | 180.00 |

ok 8/3/2018



FARMACIA CARIDAD

Farmacia Caridad #7
Carr 838 km 3.4, San Juan, PR
787-740-7000
787-789-3232

## Sales Receipt

Transaction #:        1349569
Date:  7/24/2018    Time:  3:39:38 PM
Cashier:   TVM       Register #:   6

| Item      Description | Amount |
| --- | --- |
| 898806419566AGENDA 2019 YEARLY | $5.99 |

| | |
| --- | --- |
| Sub Total | $5.99 |
| StateTax 10.5% | $0.63 |
| Municipality Tax 1% | $0.06 |
| Total | $6.68 |
| Cash Tendered | $20.00 |
| Change Cash | $13.32 |

Gracias por comprar en
Farmacia Caridad #7
CONTROL: 31PSX-1C56Y
BS
Processed by Business Computer POS

12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of July

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA and his staff participated in several conference calls regarding policy discussion, General Orders discussion and agenda coordination. Also the TCA and his Staff assisted to the Town Hall Meeting in Ponce and to the Public Hearing held at the US District Court of Puerto Rico where TCA Core Team IT Subject Matter Expert presentation. Also TCA assisted to a Community Meeting in San Lorenzo as part as Community Outreach and Public Information program; the presentation of the Study Implementation of V2A. The meeting to comply with paragraph 253 was held at the Police Headquarters.

The following General Orders were assigned to be reviewed, updated and discussed: General Order 100-107: Auxiliary Superintendence in Criminal Investigations; General Order 100-130 Criminal Investigation Unit; General Order 300-XXX: Description of Employees of the Range System; General Order 400-407: Early Intervention System (EIS); Internal Regulation for the Prevention of Discrimination, Harassment and Retaliation of the Puerto Rico Police; -Regulation to Amend Regulation 8728, Regulation for the Establishment of Police Practices Free of Discrimination, Sexual Conduct and Reprisals; Regulation for the Receipt, Processing, Investigation and Adjudication of Administrative Complaints against Employees of the Puerto Rico Police; General Order 600-635: Research on Abuse and / or Negligence in Youth Institutions; -Order General 300-305: Transactions of Range System Transfers; General Order 600-637: Center for Advanced Assets; General Order 100-116: Division Canina; General Order 100-127: Mounted Division; General Order 700-702: Rules and Procedures of the Pre-Service Training Program; General Order 600-633: Intervention with Minors in the Commission of Fouls. The following Area Command were visited: Utuado, Adjuntas, Humacao, Maunabo, Yabucoa, Bayamon, Dorado, Vega Alta, Carolina, Luquillo, Rio Grande, Loiza, Trujillo Alto and the municipality of Ponce.

Lastly, all administrative actions were completed, including but not limited to: meeting with the TCA's CPA for the update of the employee records and pay roll inquires.

```
                TO GO STORES
                   GURABO
              000000000000019
                   GURABO


          ***PREPAID RECEIPT***

     Description      Qty      Amount
     -----------      ---      ------
     PREPAY CA #03             50.00
                              ----------
                 Subtotal      50.00
                 Tax            0.00
          TOTAL            50.00
                 CASH  $     50.00


               GRACIAS.
             Vuelva Pronto
 ST# 00012  TILL XXXX DR# 1 TRAN# 1029919
 CSH: 24                 07/23/18 13:47:51
```

**Ecomaxx Roosevelt**

Fecha: 7/20/2018 3:30 PM
Cajero: Jenitza
Trans No. 259710
Batch No. 1114
Cnt  UPC/PLU  Descripción

| Subtotal: | $10.00 |
| --- | --- |

| Total: | $10.00 |
| --- | --- |
| Cash: | $10.00 |

| Cambio: | $0.00 |
| --- | --- |

```
          TO GO STORES
        INTERAMERICANA
        787-798-6434 ext.337
         000000000000019
            Inter 37


        ***PREPAID RECEIPT***

   Description      Qty      Amount
   -----------      ---      ------
   PREPAY CA #03             10.00
                            ----------
               Subtotal      10.00
               Tax            0.00
        TOTAL            10.00
               CASH  $      5.00
               CASH  $      5.00


 ST# 00037  TILL XXXX DR# 1 TRAN# 1022174
 CSH: 13                 07/21/18 09:00:46
```

```
        FABR PETROLEUM
        787 296-4901

Descr.          qty        amount
--------        ---        ------
Prepay CA#07               40.00
                        ----------
          Sub Total        40.00
          ESTATAL           0.00
             MUN            0.00
     TOTAL        40.00
            CASH  $        40.00
THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 12830
07/25/18  14:47:29          ST# AB123
```

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

```
        FABR PETROLEUM
        787 296-4901

Descr.          qty        amount
--------        ---        ------
Prepay CA#05               14.00
                        ----------
          Sub Total        14.00
          ESTATAL           0.00
             MUN            0.00
     TOTAL        14.00
            CASH  $        20.00
          Change  $        -6.00
THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 00  TRAN# 12842
07/25/18  15:03:36          ST# AB123
```

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek



TEXACO PUERTO NUEVO
AVE ROOSEVELT EO DIEGO 1250 PUERTO NUEVO
SAN JUAN

| DATE | TIME | HOST |
| JUL 11 18 | 19:59:20 | P.PAID |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000619 | 87880302 | 87881US700260 |

PREPAID CASH

PP NUMBER.
PEA.E       627607840714136

AUTH. CODE: 0AYPO8       INVOICE: 044854

                         TRACE  :011065

TOTAL :       $       20.00

SIGNATURE: C................................

APPROVED
19.70

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TU PERFORM THE
OBLIGATIONS SET FORTH IN THE

---

Recibo de Recarga

www.autoexpreso.com
1-888-688-10 0
Plaza Buchanan, Local 12
Cajero: 9343
07/11/18 12:27:48

Numero de Cuenta:       AUT03579521
Cantidad de Pago:     $       40.00
Metodo de Pago:           Efectivo
Balance:              $       39.50

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

CUSTOMER #: 5727507

TCA PR CORP
JOSSUE LOPEZ
WORD PLAZA 268
SAN JUAN, PR 00918
HOME:787-556-4501 CONT:787-556-4501
BUS: 787-765-2209 CELL:787-306-4910

159319

*INVOICE*

PAGE 2

SERVICE ADVISOR: 2138 LUCY FELIX



CAGUAS EXPRESSWAY MOTORS, INC.
Carr. # 1 Río Piedras a Caguas * Km. 30.6
Box 5879, Caguas, Puerto Rico 00725
Tels. 746-4242 / 746-2746 * Fax: 746-2937

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | | TAG |
|---|---|---|---|---|---|---|---|---|
| BLANCA | 13 | FORD EDGE | | 2FMDK3GC2DBB27507 | HX0056 | 67802/67802 | | T6044 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | |
| 02JUL13 | DD29OCT12 | | 08:24 16JUL18 | | 79.95 | CASH | 13JUL18 | |

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

CAGUAS EXPRESSWAY MOTORS

Check Number:  RR354
Check Date:  Jul 17, 2018
Check Amount:  $584.68

Item to be Paid - Description

Automobile Maintenance

Amount Paid

584.68

PAID
JUL 18 2018
Initial:

| STATE TAX | | | | 55.07 |
|---|---|---|---|---|
| MUNICIPAL TAX | | | | 5.24 |

ON BEHALF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

POR LA PRESENTE AUTORIZO LAS REPARACIONES AQUI DESCRITAS JUNTAMENTE CON EL MATERIAL QUE SEA NECESARIO USAR EN ELLAS; TAMBIEN AUTORIZO A UDS. Y A SUS EMPLEADOS PARA QUE OPEREN ESTE VEHICULO POR CALLES, CARRETERAS U OTROS SITIOS A FIN DE EFECTUAR LAS PRUEBAS E INSPECCIONES PERTINENTES, Y PARA ASEGURAR EL PAGO POR CONCEPTO DE LAS REPARACIONES Y MATERIAL AQUI INDICADOS. ESTE VEHICULO QUEDA SUJETO A LAS LEYES QUE AMPARAN LOS DERECHOS DEL GREMIO.

NO SOMOS RESPONSABLES POR PERDIDAS O DAÑOS A VEHICULOS, O A ARTICULOS DEJADOS EN EL INTERIOR DE VEHICULOS. SEA POR CAUSA DE INCENDIO, ROBO, O CUALQUIER OTRA CAUSA MAYOR FUERA DE NUESTRO CONTROL.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 199.88 |
| PARTS AMOUNT | 319.49 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 5.00 |
| TOTAL CHARGES | 524.37 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 60.31 |

SIGNED DEALER, GENERAL MANAGER OR AUTHORIZED PERSON       DATE

CUSTOMER SIGNATURE

| PLEASE PAY THIS AMOUNT | 584.68 |
|---|---|

**Servicentro Las Lomas**

C/ 38 S.O. #1719 Las Lomas
san Juan PR 00921        Tel. 787-781-0431

| Fecha | 7/27/2018 |
|---|---|
| Factura | 44308 |

Nombre    TCAPR CORP

| Marca | Modelo | Año | Color | Tablilla |
|---|---|---|---|---|
| FORD | EDG | 2013 | BLA | HXO056 |

| Qty | Description | Precio |
|---|---|---|
| 1 | MARBETE | $81.00 |
| 1 | SERVICIO MARBETE | $6.00 |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| SubTotal | $87.00 |
| Total | $87.00 |

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

N? 4921

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 27 - 7 - 20 8

SR. _____

DIRECCION Ford Edge

TAB. NÚM. _____    CASH ☒ CRÉDITO ☐

| | | | |
|---|---|---|---|
| LITROS DE GASOLINA | | | |
| QTOS. DE ACEITE | | | |
| FILTRO | | | |
| ENGRASE | | | |
| LAVADO | | | |
| LAVADO MOTOR | | | |
| INSPECCION | | 1 | 00 |
| FLUSHING | | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | | |
| RECIBÍ _____ | **TOTAL** | 1 | 00 |



## LULU SERVICE STATION

Nº 4237

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

### CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 20 _19_

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 20

## LULU SERVICE STATION

Nº 4242

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

### CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 20 _18_

SR. _____

DIRECCION _____

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | | |
| ✓ | LAVADO | 20 | 00 |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 20 00