**GOBIERNO DE PUERTO RICO**
Corporación del Fondo del Seguro del Estado

NOTIFICACIÓN DE COBRO DE PRIMAS DE SEGURO OBRERO
*WORKERS COMPENSATION PREMIUM NOTICE*
Oficina Regional De San Juan
LIQUIDACIÓN FINAL AÑO / FINAL STATEMENT YEAR : **2018**

| NOMBRE DEL PATRONO / *EMPLOYER'S NAME* | TIPO PATRONO / *EMPLOYER'S TYPE* | SS. PATRONAL / EMPLOYER SS | CORREO ELECTRÓNICO / *E-MAIL* |
|---|---|---|---|
| TCAPR CORP | Corporación | XXX-XX-3264 | rr@rrgrouppsc.com |
| NÚMERO DE PÓLIZAS / *POLICY NUMBER* 1512000598 | FECHA DE ENVÍO / *DELIVERY DATE* 20-Jul-18 | CARGO / *CHARGE* | DIRECCIÓN / *ADDRESS* 268 MUNOZ RIVERA SUITE 1001 WORLD PLAZA San Juan PR, 00918 |

| CLAVE CODE | GRUPO GROUP | CLASIFICACIÓN DE ACTIVIDADES (RIESGOS) ACTIVITIES CLASIFICATION (RISK) | TIPO DE PRIMA PREMIUM TYPE | NÓMINA PAYROLL | PRIMA FINAL FINAL PREMIUM |
|---|---|---|---|---|---|
| 8742 | 354 | COBRADORES Y MENSAJEROS | 1.15 | $34,744.00 | $399.56 |
| 8803 | 350 | AUDITORES Y CONTADORES | 0.70 | $390,094.24 | $2,730.66 |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | **TOTAL** | $424,838.24 | $3,130.22 |

## Liquidación Final 2018 / Final Statement 2018

| | | |
|---|---|---|
| PRIMA FINAL | | $3,130.22 |
| SISTEMA DE MÉRITOS - BONIFICACIÓN (30.00%) MERIT SYSTEM - BONIFICATION | - | $939.06 |
| ADICIONAL PARA 2017 ADDITIONAL FOR 2017 | + | $228.58 |
| TOTAL | = | $2,419.73 |
| PAGADO / PAID | | $2,429.04 |
| CRÉDITO PARA 2019 CREDIT FOR 2019 | | ($9.31) |

## Prima a pagar para 2019 / Premium to be paid for 2019

| | | |
|---|---|---|
| PRIMA PRELIMINAR PRELIMINAR PRIME | | $3,155.19 |
| BALANCE FINAL DE LIQUIDACIÓN 2018 FINAL LIQUIDATION BALANCE 2018 | - | ($9.31) |
| SISTEMA DE MÉRITOS - BONIFICACIÓN (30.00%) MERIT SYSTEM - BONIFICATION | - | $946.53 |
| PAGO ADELANTADO ADVANCED PAYMENT | - | $0.00 |
| TOTAL A PAGAR TOTAL AMOUNT TO PAID | = | $2,199.32 |
| 1ER PAGO (PAGO VENCE: 08/20/2018) 1ST PAYMENT (DUE DATE: 08/20/2018) | | $1,095.01 |
| 2DO PAGO (PAGO VENCE: 01/20/2019) 2ND PAYMENT (DUE DATE: 01/20/2019) | | $1,104.32 |



GOBIERNO DE PUERTO RICO
Corporación del Fondo del Seguro del Estado

NOTIFICACIÓN DE COBRO DE PRIMAS DE SEGURO OBRERO
*WORKERS COMPENSATION PREMIUM NOTICE*
Oficina Regional De San Juan
PRIMA PRELIMINAR / PRELIMINARY PREMIUM : 2019

| CLAVE *CODE* | GRUPO *GROUP* | CLASIFICACIÓN DE ACTIVIDADES (RIESGOS) *ACTIVITIES CLASIFICATION (RISK)* | TIPO DE PRIMA *PREMIUM TYPE* | NÓMINA PAYROLL | PRIMA FINAL FINAL PREMIUM |
|---|---|---|---|---|---|
| 8742 | 354 | COBRADORES Y MENSAJEROS | 1.15 | $36,094.00 | $415.08 |
| 8803 | 350 | AUDITORES Y CONTADORES | 0.70 | $391,444.00 | $2,740.11 |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | TOTAL | $427,538.00 | $3,155.19 |

ESTA NOTIFICACIÓN DE PRIMA ESTÁ SUJETA A REVISION. LA FALTA DE PAGO TOTAL DE LA PRIMA DENTRO DEL TÉRMINO FIJADO TENDRÁ EL EFECTO DE SUSPENDER LA CUBIERTA DE SU PÓLIZA. ESTA NOTIFICACIÓN DE COBRO ES APELABLE ANTE LA COMISIÓN INDUSTRIAL DENTRO DEL TÉRMINO DE TREINTA (30) DÍAS CONTADOS A PARTIR DE LA FECHA DE LA MISMA. TAL REVISIÓN NO SUSPENDERÁ, EN MODO ALGUNO, EL COBRO DE PRIMA NI LOS EFECTOS DE LA LEY DEL SISTEMA DE COMPENSACIÓN POR ACCIDENTES DE TRABAJO.

*THIS PREMIUM NOTICE IS SUBJECT TO REVISION. FAILURE TO PAY FULL AMOUNT OF PREMIUM WITHIN THE TERMS SPECIFIED WILL RESULT IN THE SUSPENSION OF INSURANCE CONVERAGE PREMIUM PAYMENT NOTICE MAY BE APPEALED BEFORE THE INDUSTRIAL COMMISSION WITHING A PERIOD OF THIRTY (30) DAYS FROM THE DATE OF NOTICE. SAID REVISION WILL NOT DELAY, IN ANY WAY, PAYMENT OF THE PREMIUM OR THE EFFECT OF THE WORKERS ACCIDENT COMPENSATION ACT.*

ok 8/3/2018

Jesús M. Rodríguez Rosa
Administrador / Administrator



## GOBIERNO DE PUERTO RICO

**Autoridad para el Financiamiento de la Infraestructura de Puerto Rico**

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha:     8/1/2018

Factura #:     2019-0052

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 8/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax:     $0.00

Total:     $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.



| ID Cliente | TCAPR | | Fecha: | 8/1/2018 |
|---|---|---|---|---|
| Nombre Cliente | TCAPR Corp. | | Factura #: | 2019-0052 |

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 8/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

**Favor de remitir su pago con este talonario a la dirección postal:**
**P.O. Box 41207 - San Juan, PR 00940-1207**
**ó entregar físicamente en:**
**Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey**

Sales Tax:     $0.00

Total:     $3,000.00





Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
**www.clarotodo.com**

Factura      07/04/18
Cuenta       769528798   2
Núm. Servicio 765-2209-978
Página       1 de   3

| | |
|---|---:|
| Balance Anterior | $ 379.58 |
| Pagos Recibidos - ¡Gracias! | $ 379.58CR |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO** | $ 0.00 |

**CARGOS/CRÉDITOS POR SERVICIOS**

| | |
|---|---:|
| **FIJO** | $ 187.97 |
| **TOTAL** | $ 187.97 |
| **TOTAL DE CARGOS CORRIENTES** | $ 187.97 |

| | |
|---|---:|
| **TOTAL A PAGAR*** | **$187.97** |

**FECHA VENCIMIENTO 08/02/18**

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago
debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso
disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su
Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura
antes de la fecha de vencimiento de la misma.

---

Por favor, desprenda este talón y devuélvalo con su pago.



Factura      07/04/18
Cuenta       769528798   2

• Accede tu cuenta
• Paga tu factura
• Chatea online

**¡Nuevo!**


AMBIENTE


**Para ver el detalle de su factura visite https://ebill.claropr.com**

**FECHA DE VENCIMIENTO**   08/02/18

**TOTAL A PAGAR**   **$187.97**

**CANTIDAD ENVIADA**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

27695287980  0000018797  70401

RR GROUP, PSC
PMB 146
#405 Esmeralda Avenue
Guaynabo, PR 00969

www. rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E rrgcontact@rrgrouppsc.com

# Invoice for the Current Month

Bill to:

**TCAPR, CORP.**

Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4574 |
|---|---|
| Date: | 6/18/2018 |
| Amount due (U.S. $): | 1528.86 |
| Terms of payment: | NET 30 |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement June 2018: Monthly and Year -End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
| Expense | USPS Certified Mail with return receipt. | 2.00 | 6.91 | 13.82 |
| Expense | USPS Certified Mail with return receipt. | 1.00 | 6.70 | 6.70 |
| | | | Total: $ | 1528.86 |

*ELECTRONIC DEPOSIT INFORMATION*
*Banco Popular de Puerto Rico*
*Commercial Demand Deposit Account (U.S.D)*
*Routing #: 021502011 Account #: 180074490*

ok   *[signature]*   8/3/2018

Page 1 of 1