IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

**CASE NO. 12-2039 (GAG)**

## AGENDA FOR AUGUST 20, 2018 STATUS CONFERENCE

1. SARP (Auxiliary Superintendency for Professional Responsibility, in English): Progress and Challenges
   *Dr. Alex del Carmen (or TCA Representative); PRDOJ Attorney Joel Torres; USDOJ Attorney Luis Saucedo*

2. Canine Division: Progress and Challenges
   *Lt. Alberto Rivera Ortiz, Director of the Canine and Training Center Division; PRDOJ Attorney Joel Torres; TCA Arnaldo Claudio; USDOJ Luis Saucedo*

3. Update on Commonwealth's Reform Budget
   *TCA Arnaldo Claudio; PRDOJ Attorney Joel Torres; USDOJ Attorney Luis Saucedo*

4. Update on Comprehensive Community Survey under Paragraph 241
   *TCA Arnaldo Claudio; PRDOJ Attorney Joel Torres; USDOJ Attorney Luis Saucedo*

5. Update on TCA's Assessment of May Day 2018 Protests
   *TCA Arnaldo Claudio; PRDOJ Attorney Joel Torres; USDOJ Attorney Luis Saucedo*

6. Update on TCA's Assessment of Transfers at FURA (United Forces for Rapid Action, in English)

*TCA Arnaldo Claudio; PRDOJ Attorney Joel Torres; USDOJ Attorney Luis Saucedo*

7. Update on Proposal Regarding the PRPB Police Academy

    *TCA Arnaldo Claudio; PRDOJ Attorney Joel Torres; USDOJ Attorney Luis Saucedo*

8. Compliance with Orders Regarding the Governor's Personal Representative

    *TCA Arnaldo Claudio; PRDOJ Attorney Joel Torres; USDOJ Attorney Luis Saucedo*

9. Update on Town Hall Meetings

    *TCA Arnaldo Claudio; PRDOJ Attorney Joel Torres; USDOJ Attorney Luis Saucedo*

10. Compliance Methodology for the Period Following the Capacity-Building Period

    *TCA Arnaldo Claudio; USDOJ Attorney Luis Saucedo; PRDOJ Attorney Joel Torres*

11. Status of Paragraphs 56-57 Regarding Crisis Intervention

    *USDOJ Attorney Luis Saucedo; PRDOJ Attorney Joel Torres; TCA Arnaldo Claudio*

12. Update on Commonwealth's Extensions Requests under Paragraph 239

    *USDOJ Attorney Luis Saucedo; PRDOJ Attorney Joel Torres; TCA Arnaldo Claudio*

**SO ORDERED.**

In San Juan, Puerto Rico this 9th day of August, 2018.

                                        *s/ Gustavo A. Gelpí*
                                        GUSTAVO A. GELPI
                                        United States District Judge