UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Defendants. | No. 12-CV-2039 (GAG/PG) |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1.      The undersigned Trial Attorney, Brian Buehler, will be leaving the employment of the United States Department of Justice effective August 18, 2018.

2.      Counselor to the Chief Luis Saucedo continues to represent the United States in this action.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Brian Buehler as attorney of record in the instant case.

Respectfully submitted, this 13th day of August, 2018,


STEVEN H. ROSENBAUM
Chief

TIMOTHY MYGATT
Deputy Chief


1

S/ BRIAN BUEHLER
LUIS SAUCEDO (G01613)
Counselor to the Chief
BRIAN BUEHLER (G01813)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 353-1100
Fax:  (202) 514-4883
brian.buehler@usdoj.gov
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on the 13th day of August,

2018, with the Clerk of Court using the CM/ECF System, which will provide notice of such

filing to all registered parties.

S/ BRIAN BUEHLER
BRIAN BUEHLER
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tel:   (202) 353-1100
Fax:  (202) 514-4883
Email:  brian.buehler@usdoj.gov

Attorney for Plaintiff