UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL<br>         Defendants | No. 12-cv-2039 (GAG) |

**TCA's MOTION TO RESTRICT CONTENTS OF MOTION SUBMITTING EXHIBIT WITH SENSITIVE INFORMATION AND REQUEST FOR ORDER**

**TO THE HONORABLE COURT,**

   Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

   1.     On this same date the TCA, by and through the undersigned counsel intends to file a motion submitting a methodology to conduct an assessment pursuant to the directives contained in the Agreement for the Sustainable Reform of the Police of Puerto Rico and a request for an Order approving the aforesaid methodology and in support of the implementation of the aforesaid assessment.

   2.     The TCA hereby respectfully prays the aforesaid motion be restricted to viewing only by the parties until further determination by the Court.

   Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 13th. day of August, 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070
