**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>　　　　v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>　　　　　Defendants | No. 12-cv-2039 (GAG) |

**MOTION SUBMITTING METHODOLOGY FOR ASSESSMENT AND REQUEST FOR ORDER TO CONDUCT ASSESSMENT ON PERSONNEL TRANSFERS**

**TO THE HONORABLE COURT,**

Comes Now the Technical Compliance Advisor (TCA), Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. During the course of the Status Conference held on July 18, 2018, the TCA briefed the Honorable Court concerning the need to conduct an assessment on transfer of personnel recently reported by the Puerto Rico Police Bureau. The Honorable agreed and designated TCA's IC Jose L. Pujol.

2. Pursuant to the above referred designation, the TCA respectfully submits for the approval of this Honorable Court the methodology to be followed by the TCA's office in order to conduct the aforesaid assessment. As instructed by the Court, the methodology was shared with the Parties and comments provided by them were considered.

3. It is respectfully submitted that an Order of this Honorable Court approving the methodology submitted herein and in support of the designation of IC Jose L. Pujol will expedite the intended course of action

4. That prior to the filing of this motion, pursuant to the Order of this Court of July 21, 2017, Docket No. 517, a motion to restrict the contents of this motion has been filed.

Wherefore, in view of the above, it is respectfully requested from this Honorable Court that this motion be granted as requested.

**Certificate of Service**: I hereby certify that copy of the foregoing motion and the assessment has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 13th day of August, 2018.

                                          S/ Antonio R. Bazán
                                          Antonio R. Bazán González
                                          U.S.D.C. No. 117007
                                          Banco Cooperativo Plaza Bldg.
                                          Suite 604-B, #623 Ponce de León Ave.
                                          San Juan, Puerto Rico, 00918.
                                          Tel. No. (787) 764-7684 & (787) 249-3070