# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>  Defendants. | CASE NO. 12-2039 (GAG) |

## INFORMATIVE MOTION REGARDING FINAL SCHEDULE FOR CAGUAS TOWN HALL MEETING

    As previously informed, the Town Hall Meeting for the Municipality of Caguas will take place next Thursday, August 16, 2018, at the *Centro Criollo de Ciencias y Tecnología del Caribe ("C3Tec"),* at 7:00 p.m. (See Docket No. 889).

    As per the directives of the court, the above-mentioned Town Hall Meeting shall have a duration of approximately two (2) hours, which will the be distributed by the undersigned between the guest speakers, the Parties and the Technical Compliance Advisor (TCA), Mr. Arnaldo Claudio.

    As of today's date, the Federal Monitor's Office (TCA), through the undersigned, has received confirmation that the following guest speakers will participate in the above-mentioned Town Hall Meeting:

1. Dr. Bennyliz González Báez, who will speak about professionalization of the Police Academy;

**Civil No. 12-2039 (GAG)**

2. Ms. Xiomara Rivera, who will speak about her concerns as a citizen from Caguas;

3. Prof. Carlos Centeno, who will speak about community integration and the academic sector;

4. Mr. Pedro Aramburu, who will speak about his concerns as a merchant from Caguas;

5. Ms. Iris López Cruz, who will speak about community interactions and public information;

6. Ms. Georgina Candal, President of the Civil Rights Commission;

7. Mr. Rafael Pérez Pérez, who will speak about his concerns as a San Lorenzo citizen;

8. Mr. Jorge Roque Pérez, who will speak about his concerns as a Cidra citizen;

9. Dr. Jorge Rodríguez Romero, who will speak about his concerns as a Caguas citizen;

10. Ms. Betzaida Ramos, who will speak about concerns regarding the intellectual disability community;

11. Ms. Carmen Julia Ortiz Díaz, who will speak about abuse of power from the Police; and

12. Ms. Ivelisse Esquilin, who will speak about the community faith organizations and disaster recovery process.

Please note, that all scheduled guest speakers shall have an allotted time of approximately three (3) minutes for their presentations. After each presentation, the parties and the TCA shall have two (2) minutes to answer any question or address any concern that may arise from the guest speaker's presentation. If the TCA or the parties cannot address any question or concern within the aforementioned two (2) minute time frame, the undersigned will impart directives so that the matter can be addressed either at the end of the hearing or at a later time so that the same does not delay the proceedings. The above-mentioned schedule will be adhered to with rigor.

The undersigned intends to only grant additional time to the parties, the TCA and the guest speakers at his sole discretion and for just cause, if the court delegates such authority to the undersigned. Furthermore, the undersigned will properly alert all speakers when they have thirty (30) seconds remaining in their presentation, and if the court so delegates, the undersigned may terminate any presentation that unreasonably exceeds the allotted period to speak.

The undersigned informs the court that it should expect that the parties, the TCA and all participants will adhere to the specific time table that we are attaching to the present motion as Exhibit #1. Also, the undersigned will exert all reasonable efforts to accommodate any unannounced person interested in participating in the above-mentioned Meeting within the time frame that is scheduled for said event. In the unforeseen event that an interested person is not able to obtain an opportunity to speak at the Town Hall Meeting, the undersigned will channel said citizen or intended speaker's concern(s) and/or statement(s) to the TCA and/or the parties for proper attention. Moreover, when warranted, any unannounced speaker that due to time constraints is not capable of speaking during the Town Hall Meeting, will be given a future opportunity, if solicited, in one of the upcoming Town Hall Meetings scheduled to take place during the remainder of the year [1].

Furthermore, the undersigned informs the court that all technical and production matters have been adequately addressed in regards to the venue of the upcoming Town Hall Meeting. Also, further information in regards to the participants, their contact information and presentation topic will be furnished to the undersigned by members of the Puerto Rico Police Bureau as soon as the above information is furnished to them. The undersigned has also warned participants that the allotted time will be enforced by the undersigned at all times during the course of the hearing.

---

[1] The parties are encouraged to interview and/or speak directly to any member of the general public after the meeting is held.

3

**Civil No. 12-2039 (GAG)**

Lastly, the undersigned informs the court that he has alerted all participants as to the directives that have been issued in the captioned case regarding the conduct that the court expects from all participants during the celebration of the scheduled Town Hall Meetings (see Docket No. 815). Once the court notes and approves the present motion, the undersigned will notify each of the above-mentioned guest speakers as to the any new order entry that may be issued by the court with a copy of the present motion. The undersigned will reiterate the above and rules of the Town Hall Meeting prior to the commencement of the same.

    WHEREFORE, the undersigned, as counsel in charge of the Town Hall Meetings on behalf of the TCA, respectfully requests that the court takes notice of the above for all relevant purposes, approve the proposed agenda for the Caguas Town Hall Meeting and issue the corresponding directives, including if necessary, any express delegated authority that the court may deem warranted to ensure a productive and orderly Town Hall Meeting.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this August 14, 2018.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**Civil No. 12-2039 (GAG)**

    **I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

                               **S/ ALFREDO A. CASTELLANOS**
                               **ALFREDO A. CASTELLANOS**
                               Constitutional and Legal Advisor to the Office of the TCA
                               Counsel in Charge of the Town Hall Meetings
                               Federal District Court, for the District of Puerto Rico
                               alfredo@cglawpr.com