**Schedule for Caguas Town Hall Meeting**

| Time | Name | Association | Topic |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Mr. Alfredo Castellanos, Esq. | TCA | Brief introduction. Rules and procedure |
| 7:04 p.m. – 7:07 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 7:08 p.m. – 7:11 p.m. | Mr. Joel Torres Ortiz, Esq. | PRDJ | Brief introduction |
| 7:12 p.m. – 7:15 p.m. | Mr. Arnaldo Claudio | TCA | Brief introduction |
| 7:16 p.m. – 7:19 p.m. | Dr. Bennyliz González Báez | Private Citizen | Professionalization of Police Academy |
| 7:21 p.m. – 7:24 p.m. | Ms. Xiomara Rivera | Caguas Citizen | |
| 7:26 p.m. – 7:29 p.m. | Prof. Carlos Centeno | Ana G. Mendez University System | Community Integration/academic sector |
| 7:31 p.m. – 7:34 p.m. | Mr. Pedro Aramburu | Merchant | |
| 7:36 p.m. – 7:39 p.m. | Ms. Iris López Cruz | Private Citizen | Community Interaction and Public Information |
| 7:41 p.m. – 7:44 p.m. | Ms. Georgina Candal, Esq. | Civil Rights Commission | |
| 7:46 p.m. – 7:49 p.m. | Mr. Rafael Pérez Pérez | San Lorenzo Citizen | Concerns as a San Lorenzo citizen |
| 7:51 p.m. – 7:54 p.m. | Mr. Jorge Roque Pérez | Cidra Citizen | Concerns as a Cidra citizen |
| 7:56 p.m. – 7:59 p.m. | Dr. Jorge Rodríguez Romero | Caguas Citizen | Concerns as a Caguas citizen |

| Time | Speaker | Affiliation | Topic |
|---|---|---|---|
| 8:01 p.m. – 8:04 p.m. | Ms. Mildred Gomez Torres or designated representtive | Intellectual Disabilities Community | Concerns regarding Intellectual Disabilities Community |
| 8:06 p.m. – 8:09 p.m. | Ms. Carmen Julia Ortiz Díaz | Caguas Citizen | Abuse of Power |
| 8:11 p.m. – 8:14 p.m. | Ms. Ivelisse Esquilin | Community Faith Organizations | Disaster Recovery Process |
| 8:16 p.m. – 8:19 p.m. | Reserved for potential speaker | | |
| 8:21 p.m. – 8:24 p.m. | Reserved for potential speaker | | |
| 8:26 p.m. – 8:29 p.m. | Reserved for potential speaker | | |
| 8:31 p.m. – 8:34 p.m. | Reserved for potential speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for potential speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for potential speaker | | |
| 8:46 p.m. – 8:49 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 8:50 p.m. – 8:53 p.m. | Joel Torres Ortiz, Esq. | PRDJ | Closing remarks |
| 8:54 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | TCA | Closing remarks |
| 9:00 p.m. | Alfredo Castellanos, Esq. | TCA | Closing remarks |