# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**                                           **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

## INFORMATIVE MOTION REGARDING FINAL SCHEDULE FOR FAJARDO TOWN HALL MEETING

As previously informed, the Town Hall Meeting for the Municipality of Fajardo will take place next Saturday, August 18, 2018, at the *Centro de Usos Múltiples,* at 12:00 p.m. (See Docket No. 889).

As per the directives of the court, the above-mentioned Town Hall Meeting shall have a duration of approximately two (2) hours, which will the be distributed by the undersigned between the guest speakers, the Parties and the Technical Compliance Advisor (TCA), Mr. Arnaldo Claudio.

As of today's date, the Federal Monitor's Office (TCA), through the undersigned, has received confirmation that the following guest speakers will participate in the above-mentioned Town Hall Meeting[1]:

---

[1] Agent Melvin Sanchez Cordero will be furnishing the guest speakers' contact information by the end of the business day.
[2] The parties are encouraged to interview and/or speak directly to any member

1. Ms. Anixa Richard, from *Proyecto Escudo*, who will talk about statistics and domestic violence;

2. Mr. Ricardo Guadalupe, who will talk about active shooters;

3. Mr. Arnaldo Mendez, who will talk about his concerns as a merchant;

4. Ms. Gloria Gonzalez, who will talk about the PDV Program regarding homeless persons;

5. Dr. Ana Figueroa, who will speak about community faith organizations;

6. Ms. Wanda Muñoz, who will speak about police interventions;

7. Mr. Felix García, from Culebra, who will speak about communication problems in Culebra;

8. Mr. Abigail Gonzalez, from Vieques, who will speak about the lack of specialized police units in Vieques;

9. Ms. Yannielle Ramos, who will speak about the Police Athletic League;

10. Mr. José Roberto Vega, who will speak about community outreach;

11. Ms. María del Carmen Cruz, who will speak about preventive programs;

12. Mr. Edward Delgado Arrocho, who will speak about preventive programs in public housing;

13. Representative from the LGBTTQP community; and

14. Representative from the press.

Please note, that all scheduled guest speakers shall have an allotted time of approximately three (3) minutes for their presentations. The guest speakers from Vieques and Culebra shall have an allotted time of approximately five (5) minutes. After each presentation, the parties and the TCA shall have two (2) minutes to answer any question or address any concern that may

arise from the guest speaker's presentation. If the TCA or the parties cannot address any question or concern within the aforementioned two (2) minute time frame, the undersigned will impart directives so that the matter can be addressed either at the end of the hearing or at a later time so that the same does not delay the proceedings. The above-mentioned schedule will be adhered to with rigor. The undersigned intends to only grant additional time to the parties, the TCA and the guest speakers at his sole discretion and for just cause, if the court delegates such authority to the undersigned. Furthermore, the undersigned will properly alert all speakers when they have thirty (30) seconds remaining in their presentation, and if the court so delegates, the undersigned may terminate any presentation that unreasonably exceeds the allotted period to speak.

The undersigned informs the court that it should expect that the parties, the TCA and all participants will adhere to the specific time table that we are attaching to the present motion as Exhibit #1. Also, the undersigned will exert all reasonable efforts to accommodate any unannounced person interested in participating in the above-mentioned Meeting within the time frame that is scheduled for said event. In the unforeseen event that an interested person is not able to obtain an opportunity to speak at the Town Hall Meeting, the undersigned will channel said citizen or intended speaker's concern(s) and/or statement(s) to the TCA and/or the parties for proper attention. Moreover, when warranted, any unannounced speaker that due to time constraints is not capable of speaking during the Town Hall Meeting, will be given a future opportunity, if solicited, in one of the upcoming Town Hall Meetings scheduled to take place during the remainder of the year [2].

Furthermore, the undersigned informs the court that all technical and production matters have been adequately addressed in regards to the venue of the upcoming Town Hall Meeting.

---

[2] The parties are encouraged to interview and/or speak directly to any member of the general public after the meeting is held.

3

**Civil No. 12-2039 (GAG)**

Also, further information in regards to the participants, their contact information and presentation topic will be furnished to the undersigned by members of the Puerto Rico Police Bureau as soon as the above information is furnished to them. The undersigned has also warned participants that the allotted time will be enforced by the undersigned at all times during the course of the hearing. Lastly, the undersigned informs the court that he has alerted all participants as to the directives that have been issued in the captioned case regarding the conduct that the court expects from all participants during the celebration of the scheduled Town Hall Meetings (see Docket No. 815). Once the court notes and approves the present motion, and once Agent Melvin Sanchez Cordero furnishes the guest speakers' contact information, the undersigned will notify each of the above-mentioned guest speakers as to the any new order entry that may be issued by the court with a copy of the present motion. The undersigned will reiterate the above and rules of the Town Hall Meeting prior to the commencement of the same.

WHEREFORE, the undersigned, as counsel in charge of the Town Hall Meetings on behalf of the TCA, respectfully requests that the court takes notice of the above for all relevant purposes, approve the proposed agenda for the Fajardo Town Hall Meeting and issue the corresponding directives, including if necessary, any express delegated authority that the court may deem warranted to ensure a productive and orderly Town Hall Meeting.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this August 14, 2018.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911

**Civil No. 12-2039 (GAG)**

Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com
