**Schedule for Caguas Town Hall Meeting**

| Time | Name | Association | Topic |
|---|---|---|---|
| 12:00 p.m. – 12:03 p.m. | Mr. Alfredo Castellanos, Esq. | TCA | Brief introduction. Rules and procedure |
| 12:04 p.m. – 12:07 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 12:08 p.m. – 12:11 p.m. | Mr. Joel Torres Ortiz, Esq. | PRDJ | Brief introduction |
| 12:12 p.m. – 12:15 p.m. | Mr. Arnaldo Claudio | TCA | Brief introduction |
| 12:16 p.m. – 12:19 p.m. | Ms. Anixa Richard | *Proyecto Escudo* | statistics and domestic violence |
| 12:21 p.m. – 12:24 p.m. | Mr. Ricardo Guadalupe | Private Citizen | Active shooters |
| 12:26 p.m. – 12:29 p.m. | Mr. Arnaldo Mendez | Merchant | Concerns as a merchant |
| 12:31 p.m. – 12:34 p.m. | Ms. Gloria Gonzalez | PDV Program | PDV Program regarding homeless persons |
| 12:36 p.m. – 12:39 p.m. | Dr. Ana Figueroa | Community faith organizations | Community faith organizations |
| 12:41 p.m. – 12:44 p.m. | Ms. Wanda Muñoz | Private Citizen | Police interventions |
| 12:46 p.m. – 12:51 p.m. | Mr. Felix García | Culebra Resident | Communication problems in Culebra |
| 12:53 p.m. – 12:58 p.m. | Mr. Abigail Gonzalez | Vieques Resident | Lack of specialized police units in Vieques |
| 1:00 p.m. – 1:03 p.m. | Ms. Yannielle Ramos | Police Athletic League | Police Athletic League |

| | | | |
|---|---|---|---|
| 1:05 p.m. – 1:08 p.m. | Mr. José Roberto Vega | Private Citizen | Community outreach |
| 1:10 p.m. – 1:13 p.m. | Ms. María del Carmen Cruz | Public Housing Community | Preventive programs |
| 1:15 p.m. – 1:18 p.m. | Mr. Edward Delgado Arrocho | Public Housing Community | Preventive programs in public housing |
| 1:20 p.m. – 1:23 p.m. | Representative from the LGBTTQP community | | |
| 1:25 p.m. – 1:28 p.m. | Representative from the press | | |
| 1:30 p.m. – 1:33 p.m. | Reserved for potential speaker | | |
| 1:34 p.m. – 1:37 p.m. | Reserved for potential speaker | | |
| 1:39 p.m. – 1:44 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 1:45 p.m. – 1:51 p.m. | Joel Torres Ortiz, Esq. | PRDJ | Closing remarks |
| 1:53 p.m. – 1:58 p.m. | Mr. Arnaldo Claudio | TCA | Closing remarks |
| 2:00 p.m. | Alfredo Castellanos, Esq. | TCA | Closing remarks |