# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> COMMONWEALTH OF PUERTO RICO, ET AL., <br> Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

TO THE HONORABLE COURT,

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for August 2018.

| Core Team Expenses[1] | | |
|---|---|---|
| Visit | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $6,500.00 | August 13, 2018 to August 17, 2018 |
| Rafael E. Ruíz | $5,850.00 | August 13, 2018 to August 17, 2018 |
| Marcos Soler | $1,300.00 | August 20, 2018 |
| John J. Romero | $5,850.00 | August 13, 2018 to August 17, 2018 |
| Alan Youngs | $5,850.00 | August 13, 2018 to August 17, 2018 |
| Scott Cragg | $2,000.00 | August 16, 2018 to August 17, 2018 |
| Alejandro Del Carmen | N/A | N/A |
| Subtotal | $27,350.00 | |
| Telework | | |
| Gerard LaSalle | N/A | August 2018 |
| Linda V. Navedo | $2,600.00 | August 2018 |
| Rafael E. Ruíz | $3,250.00 | August 2018 |
| Marcos Soler | $9,450.00 | August 2018 |
| John J. Romero | $3,250.00 | August 2018 |
| Alan Youngs | $3,250.00 | August 2018 |
| Scott Cragg | $5,200.00 | August 2018 |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Alejandro Del Carmen | $9,050.00 | August 2018 |
| | Subtotal | $36,050.00 |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $9,000.00 | August 2018 |
| Federico Hernandez Denton | N/A | August 2018 |
| Antonio Bazán | $3,581.25 | August 2018 |
| | Subtotal | $12,581.25 |
| **Jose Pujol** | $3,400.00 | August 2018 |
| | Subtotal | $3,400.00 |
| **The&Group (Town Hall Meetings)** | $3,175.00 | August 2018 |
| | Subtotal | $3,175.00 |
| **Car Expenses** | | |
| Chauffer | $900.00 | August 12th, 2018 to August 19$^{tst}$ 2018 |
| Gasoline | $786.00 | August 2018 |
| Tolls | $40.00 | August 2018 |
| Car Maintenance | $220.00[2] | August 2018 |
| | Subtotal | $2,046.68 |
| **Office Supply** | | |
| Office Materials | $69.06 | |
| | Subtotal | $69.06 |
| | Total | $84,571.99 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $84,571.99, the total amount of the monthly expenses, for the month of August 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

---

[2] The Request of Approval of Expenses for the month of August 2018, which included July direct expenses submitted by the TCA to the parties on July 30th, 2018, unfortunately contained a clerical error. The expense item labeled "Car Maintenance" had not included $100.00 corresponding to five (5) carwash services provided during the month of July, although the supporting documentation submitted to the USDOJ and PRDOJ did indeed included such item. In order to remedy this difference, the TCA is including this $100.00 unpaid difference on this Request for Approval and Payment Expenses for the month of September 2018, which includes August Direct Expenses.

**FOR ALL OF WHICH,** the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of **$84,571.99**, the total amount of the expenses for the month of August 2018.

In San Juan, Puerto Rico, this day September 6, 2018.

    I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

                                                                    **Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.