


**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 9/1/2018
Factura #: 2019-0100

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 9/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

**AFI**

| ID Cliente | TCAPR |
| Nombre Cliente | TCAPR Corp. |

Fecha: 9/1/2018
Factura #: 2019-0100

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 9/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de remitir su pago con este talonario a la dirección postal:
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

OK  [signature]  9/5/2018



RR GROUP, PSC
#405 Esmeralda Avenue
PMB 146
Guaynabo, PR 00969

www.rrgrouppsc.com

T 787-765-7980
F 787-765-0468
E rrgcontact@rrgrouppsc.com

# Invoice for the Current Month

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4627 |
|---|---|
| Date: | 8/28/2018 |
| Amount due (U.S. $): | 1508.34 |
| Terms of payment: | Persuant to Agmt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement August 2018: Monthly and Year End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
| | | | Total: $ | 1508.34 |

ELECTRONIC DEPOSIT INFORMATION
Banco Popular de Puerto Rico
Commercial Demand Deposit Account (U.S.D)
Routing #: 021502011 Account #: 180074490

*ok*
*R.J. 9/5/2018*

Page 1 of 1



Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

| | |
|---|---|
| Factura | 08/04/18 |
| Cuenta | 769528798  2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de 3 |



| | |
|---|---|
| Balance Anterior | $ 187.97 |
| Pagos Recibidos - ¡Gracias! | $ 187.97CR |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO** | $ 0.00 |

**CARGOS/CRÉDITOS POR SERVICIOS**

| | |
|---|---|
| FIJO | $ 187.97 |
| TOTAL | $ 187.97 |
| **TOTAL DE CARGOS CORRIENTES** | $ 187.97 |
| **TOTAL A PAGAR*** | **$187.97** |

**FECHA VENCIMIENTO 09/02/18**

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

---

Por favor, desprenda este talón y devuélvalo con su pago.



Factura   08/04/18
Cuenta    769528798  2

FECHA DE VENCIMIENTO    09/02/18
TOTAL A PAGAR           $187.97
CANTIDAD ENVIADA

- Accede tu cuenta
- Paga tu factura
- Chatea online

¡Nuevo!





Para ver el detalle de su factura visite https://ebill.claropr.com

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921



27695287980  0000018797  70401

**Servicio al Cliente**
Para obtener más información sobre su factura y nuestros servicios puede comunicarse al: (787) 792.6262 en nuestro horario de servicio de lunes a viernes 8:00 a.m. a 6:00 p.m.
Para servicio de reparaciones telefonía fija puede comunicarse al: (787) 729.3131 en horario de lunes a viernes de 7:00 a.m. a 9:00 p.m.; sábado y domingo de 8:00 a.m. a 5:00 p.m.
www.claropr.com
**Alternativas de Pago-** Pagos Por Correo - Envíe su pago por correo, incluya el talonario de pago para asegurar el crédito correspondiente a: Claro, PO BOX 70366 San Juan, PR 00936-8366. Escriba su cheque o giro postal a nombre de Claro. Incluya su nombre y número de cuenta(s) en el mismo.
Pago Por Teléfono - Servicios telefonía Fija y/o Móvil: (787) 959-0100
**Su Derecho para Reclamar Cargos-** Por disposición de la Ley 213 del 12 de septiembre de 1996 y la Ley 33 del 27 de junio de 1985, según enmendada, y de conformidad con el Reglamento sobre Manejo de Disputas y Suspensión de Servicio Bajo la Jurisdicción de la Junta Reglamentadora de Telecomunicaciones, el cliente tendrá un término de veinte (20) días calendarios contados a partir del envío de la factura, para pagar u objetar y solicitar la investigación correspondiente.
Para su conveniencia, podrá presentar su objeción a una factura a través de las siguientes alternativas:
Por escrito al PO Box 11942 San Juan, P.R. 00922-1942
Servicio al Cliente Fijo y Móvil: (787) 792.6262
Servicio Fijo: reclamaciones@claropr.com
Servicio Móvil: cclaims@claropr.com
De no haberse efectuado el pago ni haber objetado los cargos dentro del término establecido veinte (20) días calendario, la Compañía podrá suspender y/o desconectar el/los servicios en cualquier momento. La objeción de un cargo no releva al cliente del pago de los cargos no objetados.
Si el resultado de la investigación solicitada oportunamente le es adverso al cliente, éste tendrá un término de veinte (20) días calendario para solicitar una reconsideración por escrito a la Compañía.
La Junta Reglamentadora de Telecomunicaciones de Puerto Rico es el ente revisor de las controversias entre consumidores y compañía de telecomunicaciones. Si el cliente no está de acuerdo con el resultado de la reconsideración, podrá acudir en revisión a la Junta, dentro de treinta (30) días calendarios, contados a partir de la notificación del resultado de la reconsideración. El cliente deberá certificar que envió copia de la revisión a la Compañía, simultáneamente con su presentación ante la Junta, independiente del medio utilizado. El escrito de la revisión podrá enviarse por correo a la Junta a la dirección postal: 500 Ave. Roberto H. Todd (Parada 18), Santurce, San Juan, PR 00907-3941; por teléfono al (787)756.0804; Isla 1(866)578.5500; Servicio al Cliente JRT (787)722.8606; correo electrónico: radicaciones@jrtpr.pr.gov
**Closed Captioning-** Para asuntos que requiera atención inmediata comunicarse a: tel. 1-866-375-3375; fax 787-775-0656; o apoyotecnico@claropr.com.
Para presentación de querellas comunicarse con Xilma Acosta, Supervisora Relaciones con el Cliente, al tel. 1-800-781-6265; o drcclarofijo@claropr.com
**Legal-** Para asuntos Legales/Judiciales puede escribir a la siguiente dirección: PO BOX 360998, San Juan, PR 00936-0998. Atención: Departamento Legal
Puede visitar nuestra página web: www.claropr.com
Le recordamos que Claro podrá cambiar su límite de crédito asignado de acuerdo con su comportamiento de pago.

Factura 08/04/18
Cuenta 769528798
Núm. Servicio 765-2209-978
Página 3 de 3

## RESUMEN FACTURA 769528798

### PAGOS RECIBIDOS

| | | | |
|---|---|---|---|
| Pago con cheque Recibido en | | 08/02/18 | $ 187.97CR |
| **Total Pagos** | | | **$187.97CR** |

### RESUMEN CARGOS CORRIENTES FACTURA 769528798

### RESUMEN DE CARGOS POR SUBSCRIPTOR

| Nombre | Subscriptor | Cargos por Subscriptor |
|---|---|---|
| TCAPR CORP | 787 250-1786 | $ 44.11 |
| TCAPR CORP | 787 765-2209 | $ 99.75 |
| TCAPR CORP | 787 765-2304 | $ 44.11 |
| **Total Cargos Subscriptor** | | **$ 187.97** |
| **TOTAL DE CARGOS CORRIENTE** | | **$ 187.97** |

### DETALLE SERVICIO POR SUBSCRIPTOR

**DETALLE SERVICIO     787-250-1786**

| | Desde - Hasta | Unidades | Cargos |
|---|---|---|---|
| Cargo Recobro de Acceso | 08/04 - 09/03 | 1 | $ 1.06 |
| ADD LINE BML ILIMITADO PR/US | 08/04 - 09/03 | 1 | $ 34.99 |
| Cargos por Impuesto Ventas y Uso | | | $ 4.03 |
| Fondo de Servicio Universal Federal | | | $ 2.74 |
| Fondo de Servicio Universal P.R. | | | $ 0.29 |
| Servicio 911 | 08/04 - 09/03 | | $ 1.00 |
| **Total Detalle Servicio del 787-250-1786** | | | **$ 44.11** |

**DETALLE SERVICIO     787-765-2209**

| | Desde - Hasta | Unidades | Cargos |
|---|---|---|---|
| Cargo Recobro de Acceso | 08/04 - 09/03 | 1 | $ 0.51 |
| ILIMITADO PR + 10M/1Mb | 08/04 - 09/03 | 1 | $ 89.99 |
| Cargos por Impuesto Ventas y Uso | | | $ 6.33 |
| Fondo de Servicio Universal Federal | | | $ 1.25 |
| Fondo de Servicio Universal P.R. | | | $ 0.67 |
| Servicio 911 | 08/04 - 09/03 | | $ 1.00 |
| **Total Detalle Servicio del 787-765-2209** | | | **$ 99.75** |

**DETALLE SERVICIO     787-765-2304**

| | Desde - Hasta | Unidades | Cargos |
|---|---|---|---|
| Cargo Recobro de Acceso | 08/04 - 09/03 | 1 | $ 1.06 |
| ADD LINE BML ILIMITADO PR/US | 08/04 - 09/03 | 1 | $ 34.99 |
| Cargos por Impuesto Ventas y Uso | | | $ 4.03 |
| Fondo de Servicio Universal Federal | | | $ 2.74 |
| Fondo de Servicio Universal P.R. | | | $ 0.29 |
| Servicio 911 | 08/04 - 09/03 | | $ 1.00 |
| **Total Detalle Servicio del 787-765-2304** | | | **$ 44.11** |

| | |
|---|---|
| **Total de Servicios Telefonía Fija** | **$ 187.97** |
| **Total Servicios Numero de Cuenta 769528798** | **$ 187.97** |