**Proposed Schedule for Bayamón Town Hall Meeting**

| Time[1] | Name | Association | Topic |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Mr. Alfredo Castellanos, Esq. | TCA | Brief introduction. Rules and procedure |
| 7:04 p.m. – 7:07 p.m. | Mr. Arnaldo Claudio | TCA | Brief introduction |
| 7:08 p.m. – 7:11 p.m. | Mr. Joel Torres Ortiz, Esq. | PRDJ | Brief introduction |
| 7:12 p.m. – 7:15 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 7:16 p.m. – 7:19 p.m. | Mr. Francis X. González | Merchant | Bayamón area merchants |
| 7:21 p.m. – 7:24 p.m. | Mr. Roberto Cacho | Merchant | Bayamón area merchants |
| 7:26 p.m. – 7:29 p.m. | Mr. Edward Rivera | Private Citizen | Community relations with the Police |
| 7:31 p.m. – 7:34 p.m. | Mr. Samuel Rivera | Private Citizen | Community religious organizations |
| 7:36 p.m. – 7:39 p.m. | Ms. Joyce M. Robles | Private Citizen | College students from Bayamón concerns |
| 7:41 p.m. – 7:44 p.m. | Mr. William Meléndez | Private Citizen | Community integration |
| 7:46 p.m. – 7:49 p.m. | Mr. Ángel Guzmán | Private Citizen | Foreign citizens' concerns |
| 7:51 p.m. – 7:54 p.m. | Ms. Reinalda de Jesús | Private Citizen | Concerns as a community member |

---

[1] Please note that each guest-speaker has an allotted time of 2 ½ minutes, which could be extended to 3 minutes if requested and granted.

| Time | Speaker | Affiliation | Topic |
|---|---|---|---|
| 7:56 p.m. – 7:59 p.m. | Ms. Lesly Méndez | Private Citizen | Issues regarding homeless people |
| 8:01 p.m. – 8:04 p.m. | Mr. Manuel Solís | Private Citizen | Controlled substances |
| 8:06 p.m. – 8:09 p.m. | Mr. David Cruz | Private Citizen | Crime victims concerns |
| 8:11 p.m. – 8:14 p.m. | Mr. Carlos Rodríguez | LGBTTIQ community | LGBTTIQ community concerns |
| 8:16 p.m. – 8:19 p.m. | Dr. Neyra Segarra | Private Citizen | Police officers' health concerns |
| 8:21 p.m. – 8:24 p.m. | Dr. Ismael Mercado | Private Citizen | Concerns regarding Police officers' benefits |
| 8:26 p.m. – 8:29 p.m. | Ms. Carmen Merced | Police Athletic League | Police Athletic League concerns |
| 8:31 p.m. – 8:34 p.m. | Reserved for potential speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for potential speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for potential speaker | | |
| 8:46 p.m. – 8:49 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 8:50 p.m. – 8:53 p.m. | Joel Torres Ortiz, Esq. | PRDJ | Closing remarks |
| 8:54 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | TCA | Closing remarks |
| 9:00 p.m. | Alfredo Castellanos, Esq. | TCA | Closing remarks |