# INVOICE FOR PROFESSIONAL SERVICES: AUGUST/2018
# LINDA V. NAVEDO CORTÉS

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:     **TCAPR Corp.**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **August/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the distribution of policies sent by the PRPD, corresponding to the month of August/2018 and creation of electronic file; preparation of list of activities and their objectives, which will be included in the agenda corresponding to the month of August/2018 for the Core Team & the Office of the Reform's week, among other actions. (12.00 hrs.) | N/A | X | 15 / August | |
| -Work session for the preparation of the Agenda corresponding to the month of August/2018; meeting for the discussion of the agenda with Cor. Clementina Vega and others; reading, revision and analysis of documents in preparation for the Core Team's Week; work on the corresponding process for the follow-up of the revision of the policies; sending policy reviews to the PRPD; drafting electronic mails and calls for the follow-up of outstanding issues (18.00 hrs.) | N/A | X | 6-12 / August | |
| TCA CORE TEAM WEEK | N/A | X | 13 / August | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 14 / August | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 15 / August | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 16 / August | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 17 / August | $1,300.00 |

1

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the drafting of a document related to the budget allocated for the work of the Police Reform. (2.0)<br>-Attendance at the Status Conference in the Federal Court ordered by the Judge, Hon. Gustavo Gelpí. (4.0) | N/A | X | 18-26 / August | |
| -Working session for drafting the document to the TCA related to the Action Plans. (12.00 hrs.) | N/A | X | 27-31 / August | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA CORE TEAM WEEK: | | | | $6,500.00 |
| | | | TOTAL OF BILLABLE HOURS (17.33 @ $150): | $2,600.00 |
| | | | TOTAL TO BE BILLED: | $9,100.00 |
| | | | TOTAL HOURS WORKED "PRO BONO": 30.67 HOURS | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
August 31, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA                              Date: _____, 2018
President
TCAPR Corp.

2

Rafael E. Ruiz
610 Pleasant St
Canton MA 02021

**INVOICE # 2018-08**
DATE: 08/31/18

T0: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR: Service Aug. 1st-31st, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation of Agenda for PR August Visit | 2 hours | $150/hr | $300.00 |
| Monday, Aug 13: Meeting at TCA Office and meeting at PRPB HQ w/USDOJ | 1 day | $1300/day | $1,300.00 |
| Tuesday, Aug 14th: Site visits to Dists. of Corozal and Naranjito | 1 day | $1300/day | $1,300.00 |
| Wednesday, Aug 15th: Site visits to Dists. of Vega Alta and Vega Baja | 1 day | $1300/day | $1,300.00 |
| Thursday, Aug 16th: Site visits to Dists. of Aguas Buenas and San Lorenzo | 1 day | $1300/day | $1,300.00 |
| Friday, Aug 17th: TCA Office reports, | 1/2 day | $1300/day | $650.00 |

Review and reports on the following PRPB policies and
forms, August 1st – 31st: GO 100-116; GO 100-127;
GO 300-305; GO 500-504; GO 600-621; GO 600-625
(forms 625.1 and 625.2 and PR Ley 366); GO 600-631;
GO 600-632; GO 600-637; and Strategic Recruiting Plan

| | | | |
|---|---|---|---|
| Total 25.75 hrs. | | | |
| Pro bono hours 6.08 | | | |
| Billable hours | 19.67 | $150/hr | $2,950.00 |

## TOTAL BILLED                    $9,100.00

Rafael E. Ruiz

Date: August 31, 2018

# INVOICE FOR PROFESSIONAL SERVICES: AUGUST 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.429.4058 | SOLERTCACTPR@GMAIL.COM

A:   **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) from August 1, 2018 through August 28, 2018 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on court matters, drafting structure for Eighth Six-Month Report and reviewing correspondence and TCA matters (6.0 billable hours) | X | N/A | Saturday through Sunday, August 4-5, 2018 | (6 @ $150 = $900) |
| Work from New York City: Work on six-month report and on court matters (8.0 hours) | X | N/A | Monday through Wednesday, August 6-8, 2018 | (8 @ $150 = $1,200) |
| Work from New York City: work on methodology and monitoring plan, reviewing model policies and model reports, six-month Report design, and court matters (15.0 billable hours) | X | N/A | Friday through Sunday, August 10-12, 2018 | (15 @ $150 = $2,250) |
| Work from New York City: Prep for Court meeting, work on agenda items, read SARP reports, review core team monthly reports, review policy notes (14.0 billable | X | N/A | Saturday and Sunday, August 18-19, 2018 | (14 @ $150 = $2,100) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| hours) | | | | |
| Work from Puerto Rico: Court meeting (1.0 day) | N/A | X | Monday, August 20, 2018 | (1 day @ $1,300 = $1,300) |
| Work from New York City: work on methodology and monitoring plan memo (16.0 billable hours) | X | N/A | Saturday through Sunday + Tuesday, May 19-20, & May 22, 2018 | (16 @ $150 = $2,400) |
| Work from New York City: work on methodology memo (4.0 billable hours) | X | N/A | Tuesday, August 28, 2018 | (4@ $150 = $600) |
| | | | TOTAL HOURS WORKED: 88.00 HOURS | |
| | | TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (30 HOURS) | | $1,300 |
| | TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (63 HOURS @ $150): | | | $9,450 |
| | | | TOTAL TO BE BILLED: | $10,750.00 |

INVOICE PRESENTED BY:

*Marcos Soler*

MARCOS F. SOLER
TCA Core Team
August 28, 2018

2

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date::_____, 2018.

3

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

August 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 051
FOR PROFESSIONAL SERVICES RENDERED AUGUST 2018

Monday, August 13, 2018          TCA Office re: meetings
                                 PRPB Headquarters re: meetings

Tuesday, August 14, 2018         Site Visit Las Marias Police District
                                 Site Visit Anasco Police District

Wednesday, August 15, 2018       Site Visit Yabucoa Police District
                                 Site Visit Naguabo Police District

Thursday, August 16, 2018        Site Visit Carolina Area Command Centro Mando
                                 PRPB Headquarters re: meetings

Friday, August 17, 2018          TCA Office

**4 1/2 DAYS (DAY RATE $1,300) = $5850.00**

August 1-31       Reviewed PRPB's General Order, Chapter 600, Section 626 "Management and
                  Crowd Control" 2 hrs.
                  Reviewed Puerto Rico's Ley 366 in connection with the above policy 1 hr.
                  Prepared comments on the above policy 1.5 hrs.
                  Reviewed PRPB's form "Informational Page" PPR-625.1 .5hrs
                  Prepared comments on the above 1.5 hrs.
                  Reviewed PRPB's form "Constitutional Activities Work Plan" PPR-625.2 .5hrs

Prepared comments on the above. 1hr.
Reviewed PRPB's form "Constitutional Activities Report" .5hrs.
Prepared comments on the above 1hr.
Reviewed PRPB's General Order" Chapter100, Section 116, "Canine Division" 1.5hrs.
Prepared comments on the above 1hr.
Reviewed PRPB's General Order, Chapter 100, Section 127, "Mounted Unit" 1.5hrs.
Prepared comment on the above 1.5hrs
Reviewed PRPB's General Order, Chapter 300, Section 305 "Transfer of Personnel" 2hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's General Order" Chapter 600, Section 637 "Center for Unclaimed/Seized Property" 1.5hrs
Reviewed related forms PPR-637.1 "Claim and Receipt of Unclaimed/ Seized Property", PPR-637.2, "Receipt of Unclaimed/ Seized Property" and PPR-637.3, "Inventory of Unclaimed/Seized Property", PPR-637.4 "Visitor Registry for Unclaimed/Seized Property Center" 1.5hrs.
Prepared comments on the above policy and forms 3hrs.
Reviewed PRPB's General Order, Chapter 600, Section 631, "Ingress and Egress of Cells" 2hrs.
Prepared comment on the above. 1.5hrs
Reviewed PRPB's General Order, 600, Section 632, "Elimination of Sexual Violations in Cells" (PREA) 1.5hrs
Prepared comments on the above 2hrs.
Reviewed PRPB's General Order, Chapter 500, Section 504, "Recruitment of Applicants for Cadet of the PRPB 2.5 hrs.
Prepared comments on the above 2.5 hrs
Prepared comments to the PRPB Reform Unit relating to NYPD hiring of Recruits 1.5 hrs.
Reviewed PRPB's General Order, Chapter 600, Section 621, Handling of Incident Reports or Police Service 1.5 hrs.
Prepared comments on the above 1 hr.


**TOTAL HOURS:   40 HOURS   30 MINUTES.**


**BILLABLE HOURS   21 HOURS   40 MINUTES AT RATE OF**

**$150 PER HOUR = $3,250.00**

**PRO BONO   18 HOURS   50 MINUTES**

**TOTAL: $9,100**

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

August 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

AUGUST, 2018

| | |
|---|---|
| Monday, August 13, 2018 | TCA Office re: meetings |
| | PRPB Headquarters re: meeting |
| Tuesday, August 14, 2018 | Site visit to Las Marias Police District |
| | Site visit to Anasco Police District |
| Wednesday, August 15,2018 | Site visit to Yabucoa Police District |
| | Site visit to Naguabo Police District |
| Thursday, August 16, 2018 | Site visit PRPB Police Academy |
| Friday, August 17, 2018 | TCA Office reports |

4 1/2 DAYS (DAY RATE $1,300) = $5,850.00

August 1 - 31

Reviewed PRPB's General order, Chapter 600, Section 626 "Management and Crowd Control" 2 hours

Reviewed Puerto Rico's Ley 366 in connection with the above policy 2 hours

Prepared comments on the above policy 1 hour

Reviewed PRPB's form "Informational Page" PPR-625. 1 hour

Reviewed PRPB's form "Constitutional Activities Work Plan" PPR-625 2 hours

Prepared comments on the above 1 hour

Reviewed PRPB's General Order Chapter 100, Section 116, "Canine Division" 2 hours

Prepared Comments on the above 1 hour

Reviewed PRPB's General Order, Chapter 100, Section 127, "Mounted Unit" 2 hours
Prepared Comments on the above 1 hour

Reviewed PRPB's General Order, Chapter 300, Section 305 "Transfer of Personnel" 2 hours
Prepared comments on the above 1 hour

Reviewed PRPB's General Order, Chapter 500, Section 504, "Recruitment of Applicants for Cadet of the PRPB 3 hours
Prepared comments on the above 3 hours

Prepared comments to the PRPB Reform Unit relating to Denver PD hiring of Recruits 2 hours

Reviewed PRPB's General Order, Chapter 600, Section 621, Handling of Incident Reports or Police Service 2 hours
Prepared comments on the above 2 hours

Visited Denver Police Academy reference Crisis Intervention class, Secured two slots for PRPD members 3 hours

**TOTAL HOURS:  33 HOURS**

**BILLABLE HOURS:  21 HOURS AND 40 MINUTES AT RATE OF $150 PER HOUR = $3,250.00**

**PRO BONO 11 HOURS 20 MINUTES**

**TOTAL: $9,100.00**

INVOICE 0041 FOR PROFESSIONAL SERVICES; AUG 1 – AUG 31, 2018
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of
August 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 1.5 | | 2000.00 |
| Communictions - telcons and emails to/from CT, PRPD, USDOJ, regarding Action Plans, GO's, manuals, policy coordination, budgets | 5.25 | | | 787.50 |
| Reviewed PRPB provided, possible candidate for the position HR IT manager for Kronos, questions, logistics and format for iterviews and coordination | 3.25 | | | 487.50 |
| Review Kronos past reports pre-inteview for on site interviews with candidates | 2.25 | | | 337.50 |
| GO and Manual NIBRS - Review and comment | 6.75 | | | 1012.50 |
| Prepare for monitoring, review samples, develop method | 0.75 | | | 112.50 |
| Review CT field reports for compliance with regard to data capture and use of computer systems | 2.00 | | | 300.00 |
| Prepare Agenda, Review past action items and trip reports, coordinate, make Recommendations communicate wth CT, TCA, PRPD, DOJ, | 4.00 | | | 600.00 |
| Review with TCA regarding Bureau of Technology lack of Program management support limitations | 2.00 | | | 300.00 |
| Review CJIS GO and provide feedback | 1.25 | | | 187.50 |
| Review GO Criminal Justice Info system and provide feedback | 1.75 | | | 262.50 |
| Review GO Virtual Library and provide feedback | 1.25 | | | 187.50 |

| | | | |
|---|---|---|---|
| Review DOJ comments on GO's for EIS, PRPB Organization, Sexual Crimes, Rank. Crosswalk with prior reviews, provide recommendations, review data | 5.50 | | 825.00 |
| Receive, Review Translate, PRPD provided materials and update IT and Monitors Action Plan and crosswalk in prep for upcoming monitoring | 4.75 | | 712.50 |
| Review, update and cross walk Ver 0.3 of Punch List to track PRPD follow thru | 2.00 | | 300.00 |
| Total hours US | 42.75 | | |
| | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | $2,000 |
| TOTAL OF BILLABLE HOURS @ $150 | | 42.75 | $6,413 |
| TOTAL EXPENSE | | FEE | $8,413 |

INVOICE PRESENTED BY:

____//Signed//_____

Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE

ARNALDO CLAUDIO, TCA, President

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**          975855900

## *INVOICE*

**Customer**

| | | | |
|---|---|---|---|
| Name | TCAPR Corporation | | |
| Address | 268 Munoz Rivera | | |
| City | San Juan | PR | ZIP 00918 |
| Phone | | | |

| | |
|---|---|
| Date | 8/23/18 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 17.5 | Review of Policies: a) Acceso b) Biblioteca; SARP Report/Work | $150.00 | $2,625.00 |
| 12.5 | Emails, calls, review of documentation | $150.00 | $1,875.00 |
| 28 | SARP Report/Data Analysis/Work | $162.50 | $4,550.00 |
| | | SubTotal | $9,050.00 |
| | | Shipping & Handling | |
| | | Taxes        State | |
| | | **TOTAL** | $9,050.00 |

Signature:

Office Use Only



# INVOICE



## CASTELLANOS GROUP P.S.C.

**INVOICE NUMBER:** 79

**INVOICE DATE:** AUGUST 29, 2018

**FROM:** Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

**TO:** Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-30-18 | Police Reform-Puerto Rico | Thank you letters to participants in Town Hall Meetings in Ponce. | 2.00 | $125.00 | $250.00 |
| JUL-31-18 | Police Reform-Puerto Rico | Conference call with Clementina Vega and exchange of requested information | 0.75 | $125.00 | $93.75 |
| AUG-03-18 | Police Reform-Puerto Rico | Review of communication from TCA Claudio | 0.25 | $125.00 | $31.25 |
| AUG-06-18 | Police Reform-Puerto Rico | Several conference calls in regard to coordination of Town Hall Meeting of Bayamón, Fajardo and Caguas; conference with Lcdo. Vega; Conference with Iris Colon, Juan Rivera; conference and discussions with Javier González; meeting with Javier González | 5.00 | $125.00 | $625.00 |
| AUG-07-18 | Police Reform-Puerto Rico | Meeting with Javier Gonzalez; meeting in Bayamón with Coronel Vazquez; communications in regard to Town Hall Meetings in Cagüas and Bayamón | 4.00 | $125.00 | $500.00 |
| AUG-08-18 | Police Reform-Puerto Rico | Meeting in Caguas with Javier Gonzalez; communications with TCA Claudio, communications with the Court; (possibility of change of date of the Caguas Town Hall Meeting); communications with Dr. Rodriguez from CIC Caguas and Inspector Cintrón; communication with Lieutenant Juan García; coordination of Town Hall Meetings; Vega, Esq., and Agent Morales from Fajardo | 5.00 | $125.00 | $625.00 |
| AUG-09-18 | Police Reform-Puerto Rico | Conference with Agent from Caguas; Sergeant from Mayagüez and Arecibo; communications with Javier González; communications with TCA Claudio; communications with the Court in Compliance with standard TCA requirements | 4.00 | $125.00 | $500.00 |
| AUG-10-18 | Police Reform-Puerto Rico | Meetings in Fajardo with Javier Gonzalez, re: Town Hall Meeting coordination; several calls for the coordination of the Caguas Town Hall | 8.00 | $125.00 | $1,000.00 |

INVOICE NUMBER: 79

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| AUG-13-18 | Police Reform-Puerto Rico | Several conference calls, coordination of Town Halls; preparation of Scheduling Motion; guest speakers time tables and town Hall Meeting rules for the Caguas Town Hall | 4.00 | $125.00 | $500.00 |
| AUG-14-18 | Police Reform-Puerto Rico | Several conference calls, coordination of Town Halls; draft of Motion to the Court; translation of Court Order; notifications to the parties; coordination with Javier González | 4.00 | $125.00 | $500.00 |
| AUG-15-18 | Police Reform-Puerto Rico | Translation of Caguas Town Hall Meeting Scheduling Order; notification to parties; comm. with agents from Caguas and Fajardo; coordination of TownnHall Meetings; communications with Javier González; communication with Vega Esq. from Fajardo; several communications with TCA Claudio; communications with the Court in Compliance with standard TCA requirements; review of Motion in Compliance; communication with Commander Iris Colon ; comm. with Comm. Bayamón ; comm. with agent from Mayaguez | 7.00 | $125.00 | $875.00 |
| AUG-16-18 | Police Reform-Puerto Rico | Communications with Ms. Georgina Candal; communications with Mr. Vicente Munoz; re: Town Hall Meeting Caguas; celebration of Town Hall Meeting in Caguas | 8.00 | $125.00 | $1,000.00 |
| AUG-17-18 | Police Reform-Puerto Rico | Communications to guest speakers of the Fajardo Town Hall, confirmation of attendance and all related matters to coordination | 2.00 | $125.00 | $250.00 |
| AUG-18-18 | Police Reform-Puerto Rico | Preparation for Town Hall Meeting and Celebration of Town Hall Meeting in Fajardo; several conference calls before and after the hearing | 5.00 | $125.00 | $625.00 |
| AUG-20-18 | Police Reform-Puerto Rico | Conference calls with Agents from Bayamón; preparation for hearing; communications with the Court in Compliance with standard TCA requirements; Hearing before Judge Gelp | 4.00 | $125.00 | $500.00 |
| AUG-21-18 | Police Reform-Puerto Rico | Several conference calls, re: coordination of Town Hall Meeting in Bayamón and related matters of the coordination | 1.00 | $125.00 | $125.00 |
| AUG-23-18 | Police Reform-Puerto Rico | Several Conference calls; communications with Javier Gonzalez, re: coordination of Town Hall Meeting of Bayamón, Guayama and Arecibo; | 3.00 | $125.00 | $375.00 |
| AUG-27-18 | Police Reform-Puerto Rico | Several conferences call regarding upcoming Town Hall Meetings; thank you letters for participants in Town Hall Meetings of Fajardo and Caguas | 2.50 | $125.00 | $312.50 |
| AUG-29-18 | Police Reform-Puerto Rico | Invitation letters to Majors of the Bayamón Region to the Bayamón Town Hall Meeting | 2.50 | $125.00 | $312.50 |
| | | Total hours for this invoice | 72.00 | | |
| | | Total amount of this invoice | | | $9,000.00 |

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

August 28, 2018.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-08**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of August 2018:

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---------|---------|--------------------------------------------------------|
| 8/02/2018 | **2.0 Hr.** 2:30 to 4:30 pm | Review of Law 366 of 2004 and Legal advice to Core Team after Review of GO 600-625 that fails to follow Law 366 of 2004 |
| 8/10/2018 | **6.25 Hrs.** 11:00 am to 1:30 pm and 3:30 to 7:15 pm | Continued work on Legal Research. Amendments & Legal Aspects of Assessment re: March of May 1, 2018. E-mail sent on same date with Draft of Work (7:15 pm) |
| 8/13/2018 | **4.25 Hrs.** 9:15 am to 12:15 pm and 1:15 pm to 2:21 and 2:33(time of filings with Court. | Review, changes and advice on Methodology for Assessment of Transfers, and and filing of two motions |
| 8/13/2018 | **4:00 Hrs.** 3:30 to 5:30 pm. (Del Carmen) and 9:30 to 11:31 pm (Young/Ruiz/Romero) | Review, changes and advice to the following Core Team Reviews: Del Carmen-Virtual Library and Access to Criminal Information Systems. Young/Ruiz/Romero-Unclaimed Seized Property,GO 600-632 (PREA), Final Review of 600-631, GO Chapter 100-K-9 Div., Mounted Unit GO 100-127,Transfers GO 300-305, GO-500-504 Applicant for Cadet. |
| 8/14/2018 | **2:00 Hrs.** 9:00 to 11:00 am | V2A –Meeting at Police Headquarters |
| 8/14/2018 | **0.90 Hrs.** 3:25 to 3:55 pm and 3:55 to 4:20 pm | Legal advised and Revised Review of GO 600-625 (Romero) |
| 8/16/2018 | **1:50 Hrs.** 1:00 to 2:30 pm | PRPB Headquarters Meeting |
| 8/16/2018 | **2:00 Hrs.** 5:20 to 7:23 pm | Initial review and changes to first 12 pages of Pujol's Assessment –(e-mail sent 7:23 pm) |
| 8/17/2018 | **1.50 Hrs.** 10:00 to 11:30 am | Paragraph 253 at PRPB Headquarters |
| 8/20/2018 | **4.25 Hrs.**2:00 pm to 6:15 pm | Hearing at US District Court/Status Conference |
| 7/27/2018 | **28.65 Hrs.** Total Hours Billed | 27.65 hrs. x 25.00=$3,581.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

Jose L. Pujol
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2018-07**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | | Matter/Services rendered |
|---|---|---|---|
| 07/30/2018 | 6 hrs. | 09:00 am to 12:00 pm | Inspection of Use of Force reports at PRPB HQ |
| | | 01:30 pm to 04:30 pm | Updating Assessment Report |
| 07/31/2018 | 1.5 hrs. | 10:00 am to 11:30 am | Reviewing a Report and updating Assessment Report |
| 08/01/2018 | 2 hrs. | 03:00 pm to 05:00 pm | Working on Assessment with Counsel Antonio Bazan, Esq. |
| 08/02/2018 | 1 hr. | 10:30 pm to 11:30 pm | Updating Assessment Report |
| 08/03/2018 | 2 hrs. | 09:30 am to 11:30 pm | Meeting/Interview (Assessment of Transfers) |
| 08/07/2018 | 3 hrs. | 09:30 am to 12:00 pm | Working on Assessment of Transfers of PRPB personnel. |
| | | 12:00 pm to 01:30 pm | Working on Assessment of May 1st, 2018. |
| 08/08/2018 | 4 hrs. | 12:45 pm to 03:30 pm | Working on Methodology Report of Transfers of PRPB personnel. |
| | | 03:30 pm to 04:45 pm | Working on Assessment of May 1st, 2018. |
| 08/09/2018 | 2.5 hrs. | 10:15 am to 11:45 am | Working on Assessment of Transfers |
| | | 07:35 pm to 08:09 pm | Reviewing Legal Assessment, May 1st, 2018 |
| 08/13/2018 | 8 hrs. | 08:30 am to 09:00 am | Working on Assessment of Transfers |
| | | 09:00 am to 05:00 pm | Working on Assessment of May 1st, 2018. |
| | | (0.5 hrs. lunch) | |
| 08/14/2018 | 2.5 hrs. | 10:45 am to 01:15 pm | Working on Assessment of May 1st, 2018. |
| 08/15/2018 | 1 hr. | 02:15 pm to 03:20 pm | Working on Assessment of Transfers |
| 08/16/2018 | 7.5 hrs. | 10:45 am to 11:15 am | Working on Assessment of Transfers |
| | | 03:00 pm to 05:00 pm | Working on Assessment of Transfers |
| | | 05:00 pm to 10:00 pm | Caguas Town Hall Meeting |

| 08/17/2018 | 6.5 hrs. | 09:20 am to 12:05 pm<br>01:50 pm to 06:00 pm | Working on Assessment of May 1st, 2018.<br>Caguas Town Hall Meeting report. |
|---|---|---|---|
| 08/18/2017 | 7 hrs. | 12:00 pm to 07:30 pm<br>(0.5 hr. lunch) | Fajardo Town Hall Meeting |
| 08/20/2018 | 3.5 hrs. | 09:30 am to 10:30 am<br>02:00 pm to 04:30 pm | Caguas Town Hall Meeting report<br>Status Conference |
| 08/21/2018 | 8 hrs. | 09:00 am to 12:30 pm<br><br><br>01:00 pm to 04:30 pm<br>06:45 pm to 08:00 pm | May 1st Assessment Report, Assessment of<br>Transfers and Fajardo Town Hall Meeting<br>report.<br>Fajardo Town Hall Meeting report<br>Fajardo Town Hall Meeting report |
| 08/23/2018 | 1 hr. | 10:00 am to 11:00 am | Working on Transfers' Assessment |
| 08/24/2018 | 1 hr. | 02:00 pm to 03:00 pm | Working on Transfers' Assessment |
|  | 68 hrs. | Total hrs. billed | 68 hrs. x $50.00= $3,400.00 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department.  Signed copy of this Invoice will be personally delivered.

"This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced.  TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

_Jose Luis Pujol_

Jose L. Pujol



**THE & GROUP**
Ideas & Networking
for Business Success

From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2018-08 (August 2018)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| August 1 to August 28, 2018 | | |
| 8/6/18 | 1.0 Hrs. (11:00am - 12:00pm) 1.5Hrs. (3:00pm - 4:30pm) | Meeting with Lcdo Castellanos, Visit to C3tec |
| 8/7/18 | 4.0 Hrs. (11:00am - 3:00pm) | Visit to Bayamón with Lcdo Castellanos. |
| 8/8/18 | 3.0 Hrs. (10:00am - 1:00 pm) | Meeting in Caguas with Police, Lcdo Castellanos and C3tec Visit. |
| 8/10/18 | 5.0 Hrs. (10:00am – 3:00pm) | Visits Facility in Fajardo and Meetings with Lcdo Castellanos, Police and Lcdo Vega |
| 8/16/18 | 9.0 Hrs. (1:00pm a 10:00pm) | Cagua's Town Hall |
| 8/18/18 | 9.5 Hrs. (9:00am a 6:30pm) | Fajardo Town Hall. |
| | | |
| | | |
| | Total: 33 Hrs. | |

Las Ramblas, 71 Calle Montjuic, Guaynabo, PR 00969
Theandgroup@hotmail.com



**THE & GROUP**
Ideas & Networking
for Business Success

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González                    DATE: August 28, 2018

TO: Mr. Eric Guzmán

| | |
|---|---|
| HOURS BILLED: | 33 Hrs |
| AMOUNT PER HOUR: | $75.00 |
| TOTAL: | $2,475.00 |
| SOUND SYSTEM: | |
| Ponce | $350.00 |
| Fajardo. | $350.00 |
| TOTAL: | $3,175.00 |

Las Ramblas, 71 Calle Montjuic, Guaynabo, PR 00969
Theandgroup@hotmail.com

# Invoice

Attention: Javier González
Title: Producer
Company Name: THE & GROUP
Guaynabo, P.R.
**Date:** 7/30/18

Extasis, Inc.
35 Camino Azucenas
Sabanera del Rio
Gurabo, P.R. 00778
T 787 249 6789
F 787 703 1921
wiso@extasismusic.com
facebook.com/ExtasisMusic

PROJECT: "TOWN HALL MEETING"
PROJECT DESCRIPTION: **SOUND SYSTEM**
DATE: **7/18/18**
P.O. NUMBER:
INVOICE NUMBER: N/A
TERMS: UPON DELIVERY

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Sound System - w/2 wireless mics | | | |
| **Ponce – 7/18/18**, 7:00PM, Antiguo Casino de Ponce | | | 350.00 |
| **Fajardo – 8-18-18**, 12:00PM | | | 350.00 |
| | | | |
| | | | |
| | | | |
| | | Tax   N/A | 00.00 |
| | | **Total** | **$700.00** |

NOTES: PAYABLE TO: **LUIS E. VÉLEZ**

# Invoice

35 Camino Azucenas
Sabanera del Rio
Gurabo, PR  00778
T 787-249-6789
F 787-703-1921
wiso@extasismusic.com
facebook.com/ExtasisMusic

# INVOICE

## Rafael A. Rodriguez

**DATE:** 8/17/2018

**INVOICE #:** 1001

**BILL TO**

TCAPR Corp
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

**SHIP TO**

Rafael A. Rodriguez
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

### Professional Service Transportation

Transportation

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| Professional Transportation Services  during the week of 12/08/2018 to 19/08/2018 | | | | | $900.00 |
| Includes the following: | | | | | |
| Transportation from airport to hotels | | | | | |
| Transportation to the municipalities | | | | | |
| Transportation to the TCA headquarters | | | | | |
| Hato Rey, San Juan PR | | | | | |
| This transportation is exclusive for the TCA Core Team | | | | | |
| **TOTAL** | | | | | **$900.00** |

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

tanovo@gmail.com



AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL 787-522-3600
08/16/18 10:41 6237 04866 004      996

W MEMBER 101-*******7324

THANK YOU,
ISSUE

| | |
|---|---|
| 980004019 MMCOPY PAPE | 28.98 T |
| 229084 ENVELOPE | 8.98 T |
| 415878 PILOT G2 BL | 14.48 T |
| SUBTOTAL | 52.44 |
| TAX 1     10.500 % | 5.51 |
| TAX 2      1.000 % | 0.52 |
| TOTAL | 58.47 |
| CASH    TEND | 60.00 |
| CHANGE DUE | 1.63 |

Visit samsclub.com to see your savings

CONTROL: KG8Z7-QZBPX WH

# ITEMS SOLD 3

TC# 6474 1533 3808 4689 9944



Happy to Help

Escose Mastercard para
todas tus compras en Sam's Club
08/16/18      10:42:01

---

PICU RICO B.B.Q.
Caguas
Caguas carr. 189. URB PARADISE B-7 00725
(787) 258-1535

Sale: 251
Station Inv. Sale #:481215
Station ID: 1
Time: 8/16/2018 7:03:11 PM
Employee: Cajera #

| Item | Quantity | Total |
|---|---|---|
| OFERTA 1/4 POLLO | 1 | 6.49 |
| ++YUCA | 1 | 0.00 |
| ++AGUA | 1 | 0.00 |
| BOLITAS DE MTG | 2 | 3.00 |
| | Subtotal | 9.49 |
| | Imu Muncpl | 0.10 |
| | Imp Estatl | 1.00 |
| | Total | 10.59 |

Total: 10.59

*** Payments ***

ATH                                    10.59

*********************
UN POLLO CON CLASE
Y QUE CLASE DE POLLO
*********************

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Toa Baja, Carril 1
Cajero: 9854
08/13/18 13:19:52

Numero de Cuenta:          ACT03451155
Cantidad de Pago:     $       40.00
Metodo de Pago:            Efectivo
Balance:              $       49.15

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18917

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 8-Ago - 20 18

SR.

DIRECCION

TAB. NÚM.          CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ                    TOTAL 20

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18916

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 7-Ago - 20 18

SR.

DIRECCION

TAB. NÚM.          CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ                    TOTAL 20

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18919

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 8-Ago - 20 18

SR.

DIRECCION

TAB. NÚM.          CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ                    TOTAL 20

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

13950

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 18 - Ago 20 18

SR.

DIRECCION

TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | Cash | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | **TOTAL** | 20 |

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18946

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 13 - Ago 20 18

SR.

DIRECCION

TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 50 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | Cash | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | **TOTAL** | 20 |

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

18934

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 20 - Ago 20 18

SR.

DIRECCION

TAB. NÚM. CASH ☑ CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | Cash | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ | **TOTAL** | 20 |

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|--------|-----|--------|
| ------- | --- | ------ |
| Prepay CR#02 | | 50.00 |

| | | |
|--------|-----|--------|
| Sub Total | | 50.00 |
| ESTATAL | | 0.00 |
| MUNINIPAL | | 0.00 |
| Total | | 50.00 |
| VISA-MC $ | | 50.00 |

GRACIAS
VUELVA PRONTO

REG# 0001 CSH# 004 DR# 01  TRAN# 19242
09/03/18  14:08:52          ST# GULF1

---

**PUMA 212**

Fecha: 8/1/2018 12:34 PM
Cajero: Yokasta Rodriguez
Trans No. 474507
Batch No. 1834
Cnt  UPC/PLU  Descripción

| | Combustible Subtotal |  |
|---|---|---|
| | $40.00 | $40.00 |

| | |
|---|---|
| Subtotal: | $40.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $40.00 |
| Cash: | $40.00 |
| Cambio: | $0.00 |

CONTROL:
ST

---

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| ------- | --- | ------ |
| PREPAY CA #01 | | 30.00 |

| | | |
|-------------|-----|--------|
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | 20.00 |
| CASH $ | | 20.00 |
| Change $ | | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1024253
CSH: 12                   08/07/18 10:24:07

---

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| ------- | --- | ------ |
| PREPAY CA #10 | | 10.00 |

| | | |
|-------------|-----|--------|
| Subtotal | | 10.00 |
| Tax | | 0.00 |
| **TOTAL** | | **10.00** |
| CASH $ | | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1024325
CSH: 12                   08/07/18 11:10:02

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CR#02 | | 50.00 |
| | Sub Total | 50.00 |
| | ESTATAL | 0.00 |
| | MUNIHIPAL | 0.00 |
| | Total | 50.00 |
| | VISA-MC $ | 50.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 18974
08/10/18  16:09:53          ST# GULF1

FABR PETROLEUM
787 296-4901

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#07 | | 50.00 |
| | Sub Total | 50.00 |
| | ESTATAL | 0.00 |
| | MUN | 0.00 |
| TOTAL | | 50.00 |
| | CASH $ | 50.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 00  TRAN# 13933
08/18/18  10:25:43          ST# AB123

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CR#06 | | 50.00 |
| | Sub Total | 50.00 |
| | ESTATAL | 0.00 |
| | MUNIHIPAL | 0.00 |
| | Total | 50.00 |
| | VISA-MC $ | 50.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 006 DR# 01  TRAN# 16447
08/06/18  19:14:43          ST# GULF1

## Ecomaxx Roosevelt

Fecha: 8/13/2018 1:53 PM
Cajero: Samuel
Trans No. 272368
Batch No. 1206
Cnt  UPC/PLU  Descripción

| Cantidad | Combustible Regular | |
| --- | --- | --- |
| 1 | (4 plu) | |

| | | |
| --- | --- | --- |
| Subtotal: | $40.00 | |
| | | |
| Total: | $40.00 | |
| Cash: | $40.00 | |
| Cambio: | $0.00 | |

Thank you for your business

BIENVENIDOS A
GULF SAN JUAN

| qty | amount |
|---|---|
| CA#03 | 50.00 |

Sub Total   50.00
STATE Y MUN   0.00
MUNICIPAL   0.00
TOTAL   50.00
CASH $   60.00
Change $   -10.00

THANKS, COME AGAIN
CSH# 005 DR# 01 TRAN# 17624
8/15 8 14:58:24   ST# G0209

---

## Ecomaxx Roosevelt

Fecha: 8/15/2018 11:31:13 AM
Cajero: Abdel
Trans No. 273230
Batch No. 1214

| Cnt | UPC/PLU | Descripción |
|---|---|---|
| Cantidad Prepagada | | $40.00 |

Subtotal: $40.00

Total: $40.00
Pagado: $40.00
Cambio: $0.00

Thank you for your business!

---

## Ecomaxx Roosevelt

Fecha: 8/16/2018 11:33 AM
Cajero: Leonardo
Trans No. 273682
Batch No. 1219

| Cnt | UPC/PLU | Descripción |
|---|---|---|
| | Combustible Surtidor 2 | |
| | $41.000 | $41.00 |

Subtotal: $41.00

Total: $41.00
Cash: $41.00

Cambio: $0.00

Thank you for your business!

---

## Puma Mega Dorado

Carr #699 x 854
Dorado, PR
787-734-6044

Fecha: 8/16/2018 7:18 PM
Cajero: 1
Trans No. 314669
Batch No. 1824

| Cnt | UPC/PLU | Descripción |
|---|---|---|
| Combustible | | |
| 1 | Combustible Surtidor 1 | |
| | $40.00 | $40.00 |

Subtotal: $40.00
Impuesto: $0.00

Total: $40.00
Cash: $40.00

Cambio: $0.00
Recibo

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#06 | | 50.00 |
| | Sub Total | 50.00 |
| | ESTATAL | 0.00 |
| | MUNINIPAL | 0.00 |
| | Total | 50.00 |
| | 009626510 $ | 50.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 005 DR# 01 TRAN# 13027
08/21/18 08:49:57 ST# GULF1

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
| --- | --- | --- |
| Prepay CA#10 | | 50.00 |
| | Sub Total | 50.00 |
| | ESTATAL | 0.00 |
| | MUNINIPAL | 0.00 |
| | Total | 50.00 |
| | VISA-MC $ | 50.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 006 DR# 01 TRAN# 18674
08/24/18 23:35:07 ST# GULF1

WELCOME TO
ANY TIME
VP13007411001
VeriFone Gold Disk

FL

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #01 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | 20.00 |

THANKS
ST# AB123 TILL XXXX DR# 1 TRAN# 1013673
CSH: 9 08/19/18 15:13:23

**PUMA 176**

san juan

**Fecha: 8/19/2018 12:46 PM**
**Cajero: Irmarie**
**Trans No. 308133**
**Batch No. 1337**

| Cnt | UPC/PLU | Descripción |
| --- | --- | --- |
| 1 | $20.00 | $20.00 |

| | |
| --- | --- |
| **Subtotal:** | **$20.00** |
| **Estatal:** | **$0.00** |
| **Municipal:** | **$0.00** |
| **Total:** | **$20.00** |
| **Cash:** | **$20.00** |
| **Cambio:** | **$0.00** |

Thank you for your business!

**CONTROL:**
**ST**

AMERICAN GASOLINE
CARR. 165 KM.3.2
CATANO P.R.

| Descr: | qty | amount $ |
|---|---|---|
| REG CA #10 | 45.629L | 35.00 |
| | @ 0.767/ L | |
| Prepay Fuel | | -40.00 |
| Sub Total | | -5.00 |
| | MUN | 0.00 |
| | EST | 0.00 |
| TOTAL | | -5.00 |
| | CASH $ | -5.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS

RE01 0003 CSH# 023 DR# 01   TRAN# 33882
08/18/18  10:10:20            ST# AM005

**Shell Fajardo**
Enfrada Vueltas, Carr. 3 Km 47.8
Fajardo,PR 00738
1 7865 3333
Fecha: 8/18/2018 3:25 PM
Cajero : Francheska Hernandez
Trans No. 169607
Batch No. 5390

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| | Cantidad Prepagada | | $20.00 |
| Subtotal: | | $20.00 | |
| Municipal: | | $0.00 | |
| Estatal : | | $0.00 | |
| Total: | | $20.00 | |
| Pagado: | | $20.00 | |
| Cambio! : | | $0.00 | |

Gracias por su patrocinio!

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| Prepay CR#01 | | 60.00 |
| Sub Total | | 60.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| Total | | 60.00 |
| VISA-MC $ | | 60.00 |

GRACIAS
VUELVA PRONTO
REG# 000  CSH# 004 DR# 01   TRAN# 1F862
08/17/18  19:50:50            ST# GULF1

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #4 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1013855
CSH: 7           08/11/18 09:46:32

12-cv-2039 (GAG) - Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of August

The TCA received and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the TCA and his staff participated in several conference calls regarding policy discussion and agenda coordination. Also the TCA and his Staff assisted to the Town Hall Meetings in Caguas and Fajardo. TCA and his staff had active participation in the Status Conference held at the US District Court of Puerto Rico where the Court was updated in different matters such as Town Hall Meetings, Paragraph 241, Assessment Report on May 1st incidents, among others.

The following General Orders were assigned to be reviewed, updated and discussed: General Order of Access to the Criminal Justice System; Order General Virtual Library; General Order 100-116: Canine Division; General Order 100-127: Reorganization of the Mounted Division of the Puerto Rico Police; General Order 300-305: Rules and Procedures for Transfer Transactions of the Staff of the Range System; General Order 600-637: Center for Advanced Assets; General Order 600-625: Management and Control of Crowds; General Order 600-631: Income and Exit of the Cell; General Order 600-632: Elimination of Sexual Violations in Cells; General Order 500-504: Recruitment of Applicants to Cadets; General Order 100-102: PRPB Structure. An Approval Memorandum, requested by the PRPB was approved and signed on August 28, 2018.

As well the following subjects were updated and discussed: matters related to Paragraph 13, the Regulation of the PRPB Rank System, the Handbook for the dissemination about incidents, privatization of PRPB Academy, and themes about the Action Plan Activities.

The following Area Command were visited: Mayaguez, Las Marias, Añasco, Bayamón, Corozal, Naranjito, Humacao, Yabucoa, Naguabo, Vega Alta, Vega Baja, Caguas, Aguas Buenas, San Lorenzo, Carolina. Use of Force Incidents Investigations Unit and Radio Control Unit and the PRPB. The meeting to comply with paragraph 253 was held at the Police Headquarters.

The TCA and his Staff assisted and participated in the Town Hall Meetings held at the Criollo Center for Science and Technology of the Caribbean, Caguas PR.; and in Centro de Usos Multiples (Spanish for Multiple Uses Center) in Fajardo, PR.

Lastly, all administrative actions were completed, including but not limited to meeting

with the TCA's CPA for the update of the employee records and pay roll inquires and preparation of the TCA's Office agenda for the month of August and September.