# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

   v.                                               CASE NO. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants.

## ORDER

The monitoring phase in this case shall commence on October 8, 2018. As advanced by the Court during the last public status conference, no extensions to this date will be allowed (except for those limited matters the parties and TCA agreed upon, and the Court approved).

The TCA has submitted for final comment the methodology to be used by the monitoring team. The parties (USDOJ and PRPB) shall, without exception, submit all final comments to the TCA by the close of work on Friday, September 28, 2018. This deadline cannot be extended as the following week the court will meet with the TCA for final approval of the methodology. This entails a presentation by the TCA and core monitoring team to the undersigned. Due to the importance of the matter, this cannot be left for the last minute since said methodology will form the basis for PRPB's compliance henceforth.

**SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of September, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge