UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

**MOTION IN COMPLIANCE WITH REQUIREMENT 261 OF THE AGREEMENT**

**TO THE HONORABLE COURT:**

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

1. The Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter referred to as the ("Agreement") requires PRPB to file with the Court a status report that will delineate the steps taken during the review period to implement the Agreement, provide an assessment of the status of its progress, and any response to concerns raised in prior Technical Compliance Advisor's reports. (See Agreement ¶ 261, Dkt. No. 60).

2. In compliance with the aforementioned Requirement, on September 24, 2018, the PRPB share a copy of its Status Report for this period with the TCA and USDOJ in the spanish language. On this date, the PRPB will be submitting to the Court a sealed version of PRPB's Biannual Status Report in the English language.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this September 28th, 2018.

**WANDA VAZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Acting Deputy in Charge of
General Litigation

**SUSANA PENAGARICANO BROWN**
Acting Director of Federal Litigation
and Bankruptcy

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov