October 2, 2018

The Honorable Gustavo Gelpi
United States District Court, Puerto Rico
Jose V. Toledo U.S. Courthouse
San Juan, Puerto Rico 00901

Dear Judge Gelpi,

It has been an honor to have served the people of Puerto Rico as a core member of the TCA in one of the most significant police reform cases in our nation's history. Given my current academic and consulting responsibilities, I am unable to continue my work as a TCA core member, as this time. As such, I ask that you accept my resignation effective immediately. Once again, I appreciate the opportunity to be of service to you, the TCA and the people of Puerto Rico.

Sincerely,

*[signature]*

Alejandro del Carmen, Ph.D.
Criminologist

*Duly Noted and Approved.*
*[signature]* U.S.M.
*10-2-18*