IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants.

CASE NO. 12-2039 (GAG)

## RESTRICTED ORDER

After further consideration given the supportive remarks made at yesterday's telephonic status conference, the Court shall retain Dr. Alejandro del Carmen as an expert in this case. While at this time he will not form part of the Monitoring team, his proven qualifications in statistical analysis (among others) and monitoring experience is undisputed. If at any point, thus, his expertise becomes necessary, this will allow the Court to call him, if and when it becomes necessary, without any further process. At present, and upon consulting with him, Dr. del Carmen will remain in inactive status, until further order of the Court.

**SO ORDERED.**

In San Juan, Puerto Rico this 3rd day of October, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge