UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

RECEIVED & FILED
2018 OCT -3 PM 2: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for September 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $3,900.00 | September 19, 2018 to September 21, 2018 |
| Rafael E. Ruíz | $5,850.00 | September 17, 2018 to September 21, 2018 |
| Marcos Soler | $1,300.00 | September 19, 2018 |
| John J. Romero | $5,850.00 | September 17, 2018 to September 21, 2018 |
| Alan Youngs | $5,850.00 | September 17, 2018 to September 21, 2018 |
| Scott Cragg | $3,000.00 | September 20, 2018 to September 22, 2018 |
| Alejandro Del Carmen | N/A | September 2018 |
| | **Subtotal** | **$25,750.00** |
| **Telework** | | |
| Gerard LaSalle | N/A | September 2018 |
| Linda V. Navedo | $5,200.00 | September 2018 |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Rafael E. Ruíz | $3,250.00 | September 2018 |
| Marcos Soler | $10,800.00 | September 2018 |
| John J. Romero | $3,250.00 | September 2018 |
| Alan Youngs | $3,250.00 | September 2018 |
| Scott Cragg | $6,100.00 | September 2018 |
| Alejandro Del Carmen | $8,835.00 | September 2018 |
| | Subtotal | $40,685.00 |
| **August Core Team Expenses** | | |
| Scott Cragg | $1,163.00[2] | Correction |
| | Subtotal | $1,163.00 |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $6,000.00 | September 2018 |
| Federico Hernandez Denton | $750.00 | September 2018 |
| Antonio Bazán | $9,656.25 | September 2018 |
| | Subtotal | $16,406.25 |
| **Jose Pujol** | $4,900.00 | September 2018 |
| | Subtotal | $4,900.00 |
| **The&Group (Town Hall Meetings)** | $1,962.50 | September 2018 |
| | Subtotal | $1,962.50 |
| **Vivian Otero (Report Translation)** | $3,800.00 | September 2018 |
| | Subtotal | $3,800.00 |
| **Car Expenses** | | |
| Chauffer | $900.00 | September 16th, 2018 to September 22tst 2018 |
| Gasoline | $493.00 | September 2018 |
| Tolls | $80.00 | September 2018 |
| Car Maintenance | $259.54 | September 2018 |
| | Subtotal | $1,732.54 |
| **Office Supply** | | |

---

[2] The Request for Payment of Monthly Expenses for the month of September, which included Request for Approval and Payment of Expenses for the month of August direct expenses submitted by the TCA to the parties on August 30th, 2018, unfortunately contained an error. The expense item labeled as Scott Cragg had a typo in the invoice. Correct amount should have read $6,363.00 instead of $5,200.00. In order to remedy this difference, the TCA is including this $1,163.00 unpaid difference on this Request of Approval and Payment Expenses for the month of October 2018, which includes September Direct Expenses.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| Office Materials | $214.73 | |
|---|---|---|
| | Subtotal | $214.73 |
| | Total | $96,614.02 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $96,614.02, the total amount of the monthly expenses, for the month of September 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $96,614.02, the total amount of the expenses for the month of September 2018.

In San Juan, Puerto Rico, this day October 3, 2018.

    I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

                                                                                             **Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.