# INVOICE FOR PROFESSIONAL SERVICES: SEPTEMBER/2018 CONSULTORES NAVEDO LLC

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

> A:   **TCAPR Corp.**
> #268 Muñoz Rivera
> Suite 1001, World Plaza
> San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (TCA Core Team) during the month of **September/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the receipt of the policies corresponding to the month of September/2018, review, creating electronic file, creating distribution list, writing emails for sending policies to members of the Core Team, TCA and Dr. Arnaldo Claudio Marcos Soler; follow-up to the policy revision next to the Antonio Bazan; sending of policy revisions to NPPR; start working on the development of the agenda for the month of September for the Core Team & the Office of the Reform with the TCA Arnaldo Claudio; revision and editing of the presentation in power point of the TCA on the issues addressed during the capacity building period, where we are in relation to the Police Reform and where we are going and methodology, among other issues. (18.0 hrs) | N/A | X | 1-9 / September | |
| -Work session for the corresponding process for the follow up of the revision of the policies with Att. Antonio Bazán; sending policy reviews to the PRPD; drafting electronic mails and calls for the follow-up of outstanding issues; reading, | N/A | X | 10-16 / September | |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| revision and analysis of documents in preparation for the Core Team's Week for the TCA Arnaldo Claudio. (8.00 hrs) | | | | |
| TCA CORE TEAM WEEK | N/A | N/A | 17 / September | $00.00 |
| TCA CORE TEAM WEEK | N/A | N/A | 18 / September | $00.00 |
| TCA CORE TEAM WEEK | N/A | X | 19 / September | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 20 / September | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 21 / September | $1,300.00 |
| -Work session for the review of the following policies:   (a) General Order 100-102: Structure of the PRPB; (b) Regulation of Promotions of the PRPB Rank System; (c) General Order 700-704: Monthly Meetings; follow up of the revision of the policies and sending reviews to the PRPD; writing reports of meetings held during the week of Core Team in Puerto Rico, Arnaldo Claudio for TCA. (18.0 hrs.) | N/A | X | 22-30 / September | |

| | |
|---|---|
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE TCA CORE TEAM WEEK: | $3,900.00 |
| TOTAL OF BILLABLE HOURS (34.66 @ $150): | $5,200.00 |
| TOTAL TO BE BILLED: | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 9.34 HOURS | |

INVOICE PRESENTED BY:

_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
September 30, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

2

_____
ARNALDO CLAUDIO, TCA                           Date: _____, 2018
President
TCAPR Corp.

Rafael E. Ruiz
53 Adams St., Apt 1
Boston MA 02122

# INVOICE # 2018-09
DATE: 09/30/18

T0: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

For Service: September. 1st-30th, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday, Sept 17: Meeting at TCA Office; and meeting at PRPB HQ w/PRPB and USDOJ | 1 day | $1300/day | $1,300.00 |
| Tuesday, Sept. 18th: Site visits to Dists. of Peñuelas And Villalba | 1 day | $1300/day | $1,300.00 |
| Wednesday, Sept 19th: PRPB Methodology Presentation by TCA; Police Academy and Radio Control | 1 day | $1300/day | $1,300.00 |
| Thursday, Sept. 20th: Site visits to Dists. of Hatillo and Camuy | 1 day | $1300/day | $1,300.00 |
| Friday, Sept. 21st: Methodology Discussion at TCA Office with PRPB and USDOJ | 1/2 day | $1300/day | $650.00 |

| | | | |
|---|---|---|---|
| Sept. 1st through Sept. 30th: | | | |
| Prep agenda for September visits- | 2 hrs. | | |
| Review and prep report on GO 100-128 and pertaining forms- | 6 hrs. | | |
| Review and prep report on GO100-129 and pertaining form- | 7-1/2 hrs | | |
| Review and prep report on Manual for Arrests and Extradition- | 5 hrs. | | |
| Review GO's 500-503 and related forms, 600-614 and related forms, 100-107, 300-xxx, and 100-130, | 8 hrs. | | |
| Prep report for the TCA Oct. 2018 6-month Report | 10 hrs. | | |

## TOTAL HOURS WORKED   38-1/2 hrs.

## TOTAL HOURS BILLED   21.66 hrs.  $150/hr.   $3,250.00

## TOTAL BILLED   $9,100.00

_Rafael E Ruiz_

Rafael E. Ruiz

Date: Sept. 30, 2018

# INVOICE FOR PROFESSIONAL SERVICES: SEPTEMBER 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:      **TCAPR, LLC**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) **from August 29, 2018 through September 26** is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on court matters; Continue to draft structure for Eighth Six-Month Report; correspondence with TCA and Core Team members; Finalize Appendix A and B of methodology and submit to team: Expand the review of report from other jurisdictions (20.0 billable hours) | X | N/A | Saturday through Monday, September 1-3, 2018 | (20 @ $150 = $3,000) |
| Work from New York City: Work on Eight six-month report; Review PRPB former Strategic Plan; Address methodological issues with Core Team members (12.0 hours) | X | N/A | Saturday through Sunday, September 8-9, 2018 | (12 @ $150 = $1,800) |
| Work from New York City: Review Draft Paragraph 13 Plan; Review TCA presentation; Prepare own presentation for meeting; Develop strategy to integrate Paragraph 241 work into compliance assessment; Work on Eight | X | N/A | Saturday through-Sunday, September 15-16, 2018 | (14 @ $150 = $2,100) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Sixth Month Report Tables, Review of Extension request work and impact on proposed methodology; Correspondence with TCA; Identifying new members of team (14.0 billable hours) | | | | |
| Work from Puerto Rico: PRPB meeting (1.0 day) | N/A | X | Wednesday, September 19, 2018 | (1 day @ $1,300 = $1,300) |
| Work from New York City: Friday call + work on methodology and monitoring plan memo edits, work on reviewing additional reports from other jurisdictions and information shared by USDOJ, Drafting Eight Six-Month report (22.0 billable hours) | X | N/A | Friday + Saturday through Sunday, September 21-23, 2018 | (22 @ $150 = $3,300) |
| Work from New York City: work on PRPB six-month report, comparison to prior reports, calls with TCA, USDOJ, Core Team members (4.0 billable hours) | X | N/A | Tuesday, September 25, 2018 | (4@ $150 = $600) |
| TOTAL HOURS WORKED: 79.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (9 HOURS) | | | | $1,300 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (72 HOURS @ $150): | | | | $10,800 |
| TOTAL TO BE BILLED: | | | | $12,100 |

INVOICE PRESENTED BY:

2

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
September 26, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

oK  R. J.  10/3/2018

Date: _____, 2018.

3

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

September 30, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 052
FOR PROFESSIONAL SERVICES RENDERED SEPTEMBER 2018

| | |
|---|---|
| Monday, September 17, 2018 | TCA Office re: meetings<br>PRPB Headquarters re: meetings |
| Tuesday, September 18, 2018 | Site Visit Naranjito Police Precinct<br>Site Visit Corozol Police District |
| Wednesday, September 19, 2018 | PRPB Headquarters re: meeting<br>Site Visit PRPB Academy |
| Thursday, September 20, 2018 | Site Visit Arroyo Police District<br>Site Visit Patillas Police District |
| Friday, September 21, 2018 | TCA Office re: meetings |

**4 1/2 DAYS (DAY RATE $1,300) = $5850.00**

| | |
|---|---|
| September 1-30 | Reviewed Core Team Site Visits April-August 2018 re: summarization of observations of overall functions of commands. 5hrs.<br>Prepared Executive Summary re: above 5hrs.<br>Reviewed PRPB's "Manual of Procedures Tactical Operations Division" 2 hrs.<br>Prepared comments on the above. 1.5 hrs.<br>Reviewed PRPB's "Manual of Standardized Operational Procedure" 2hrs.<br>Prepared comment on the above 1.5 hrs. |

Reviewed PRPB's General Order "Division of Special Weapons and Tactics" (SWAT) Chapter 100, Section 117. 1.5 Hrs.

Prepared comments on the above 1.5 hrs.

Reviewed PRPB's General Order "Specialized Weapons of the Division of Specialized Tactics" (DTE) 2hrs.

Prepared comments on the above 1hr.

Reviewed PRPB's General Order "Tactical Operations Division (DOT), Chapter 100, Section 112. 1.5 hrs.

Prepared comments on the above 1hr.

Reviewed PRPB's General Order "Early Intervention System" Chapter 400, Section 407 1.5 hrs.

Prepared comments on the above 2 hrs.

Submitted Site Visits re: September/2018 1hr.

Reviewed PRPB's General Order "Evaluation Board of Specialized Division" Chapter 500, Section 503 2.5hrs.

Prepared comments on the above. 2hrs.

Reviewed PRPB's forms "Appointment to Appear before the Evaluation Board of the Specialized Division" PPR-503.1 and "Evaluation of Candidates for Specialized Division" 1.5 hrs.

Prepared comments on the above 1hr.

Reviewed PRPB's form "Check-Sheet for Candidate File" .5hrs

Prepared comments on the above .5hrs

Reviewed PRPB's General Order "Rules and Procedures to Address Cases of Missing Persons" Chapter 600, Section 614 2hrs.

Prepared comments on the above 2hrs.

Reviewed PRPB's forms "Authorization of Photo Publication in case of Missing Person" PPR-614A and 'Missing Person Report" PPR-621C 1 hr.

Prepared comments on the above .5 hrs.

Reviewed PRPB's General Order "Job Description of Employees Rank System" Chapter 300 (no assigned section) 2hrs.

Prepared comment on the above .5 hrs.

Reviewed PRPB's General Order "Staff Regulations of the Rank System of the Puerto Rico Police Bureau" 2hrs.

**TOTAL HOURS:  48 HOURS    0 MINUTES.**

**BILLABLE HOURS    21 HOURS    40 MINUTES AT RATE OF**

**$150 PER HOUR = $3,250.00**

**PRO BONO   26 HOURS     20 MINUTES**

**TOTAL: $9,100**

10-3-2018

Alan C. Youngs
5552 W Lakeridge Road
Lakewood, CO 80227

September 30, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

SEPTEMBER, 2018

| | |
|---|---|
| Monday, September 17, 2018 | TCA Office re: meetings<br>PRPB Headquarters re: meeting |
| Tuesday, September 18, 2018 | Site visit to Naranjito Police District<br>Site visit to Corozol Police District |
| Wednesday, September 19,2018 | PRPB Headquarters re:  meeting<br>Site visit to PRPB Academy |
| Thursday, September 20, 2018 | Site visit Arroyo Police District<br>Site visit Patillas Police District |
| Friday, September 21, 2018 | TCA Office re: meetings and training |

4 1/2 DAYS (DAY RATE $1,300) = $5,850.00

September 1-30

Reviewed Core Team Site Visits April-August 2018 re: summarization of observations of overall functions of commands – 6 hours
Prepared Executive Summary on above – 6 hours

Reviewed PRPB's General Order "Early Intervention System" Chapter 400, Section 407 – 2 hours
Prepared comments on the above – 1 hour

Submitted Site Visits re: September, 2018 – 1 hour

Reviewed PRPB's General Order "Evaluation Board of Specialized Division" Chapter 500, Section 503 – 2 hours
Prepared comments on the above – 1 hour

Reviewed PRPB's forms "Appointment to Appear before the Evaluation Board of the Specialized Division" PPR-503.1 and "Evaluation of Candidates for Specialized Division" – 1 hour
Prepared comments on the above – 1 hour

Reviewed PRPB's General Order "Rules and Procedures to Address Cases of Missing Persons" Chapter 600, Section 614 – 2 hours
Prepared comments on the above – 2 hours

Reviewed PRPB's forms "authorization of Photo Publication in case of Missing Person" PPR614A and "Missing Person Report" PPR-621C – 1 hour
Prepared comments on the above – 1 hour

Reviewed PRPB's General Order "Job Description of Employees Rank System" Chapter 300 (no assigned section – 3 hours
Prepared comments on the above -2 hours

Reviewed PRPB's General Order "Staff Regulations of the Rank System of the Puerto Rico Police Bureau" – 3 hours
Prepared comments on the above – 2 hours

Submitted recommendations and additional questions for Police Academy – 2 hours


**TOTAL HOURS:   39 HOURS**

**BILLABLE HOURS:  21 HOURS AND 40 MINUTES AT RATE OF $150 PER HOUR = $3,250.00**

**PRO BONO 17 HOURS 20 MINUTES**

**TOTAL: $9,100.00**

## INVOICE 0043 FOR PROFESSIONAL SERVICES; SEP 1-SEP 30, 2018
### RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of September 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 2.25 | | 3000.00 |
| Communications - telcons and emails to/from CT, PRPB,  USDOJ, regarding Action Plans, GO's, manuals, policy coordination, Kronos, budgets | 3.25 | | | 487.50 |
| EIS General Order review and crosswalk with prior versions.  Conversations with CT on perspectives and comparisons. | 3.25 | | | 487.50 |
| Prepare Agenda Recommendations communicate with CT, TCA, PRPD, DOJ, Review past action items and trip reports | 1.50 | | | 225.00 |
| Prepare 6-month report materials, research, and review results, crosswalk with past reports and summarize, review of PRPB activities thus far. | 9.25 | | | 1387.50 |
| Kronos - communications regarding PRPD Follow up to hiring an SME Project Manager | 0.50 | | | 75.00 |
| Review, research and comment on Monitoring Methodology and Appendices, review relative to latest version of action plan | 8.50 | | | 1275.00 |
| Develop Monitoring Checklist for IT sufficiency wrt policy, training, implementation, | 4.00 | | | 600.00 |
| Research and prepare PRPD EA, strategy, PM, IV&V, QA/QC Improvement and Support goals | 6.50 | | | 975.00 |
| Research, Review CT provided samples of EIS functional requirements and implementation for applicability to PRPB | 3.75 | | | 562.50 |

1

| | | | | |
|---|---|---|---|---|
| Review and update Punch List to track PRPD follow thru - share with PRPB | 1.50 | | | 225.00 |
| | | | | |
| Total hours US | 42.00 | | | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | | $3,000 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 42.00 | $6,300 |
| TOTAL EXPENSE | | | | $9,300 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | | | 1.33 | -200.00 |
| | | | FEE | $9,100 |

INVOICE PRESENTED BY:
____//Signed//_____
Scott Cragg, TCA Core Team

ok $\quad$ 10/3/2018

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

2

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**        975855904

## INVOICE

**Customer**

| | | | |
|---|---|---|---|
| Name | TCAPR Corporation | | |
| Address | 268 Munoz Rivera | | |
| City | San Juan | PR | ZIP 00918 |
| Phone | | | |

| | |
|---|---|
| Date | 9/26/18 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 19.5 | Review of Policies: a) Capitulo 600, b) REA 114, c) OG115 | $150.00 | $2,925.00 |
| 3.5 | Emails, calls, review of documentation | $150.00 | $525.00 |
| 7.5 | SARP Report/Data Analysis/Work | $150.00 | $1,125.00 |
| 8.2 | Review of Policies: d) Capitulo 100, e) Formulario/Victimas | $150.00 | $1,230.00 |
| 14.2 | Review of Policies f) Seccion 622, g) Informe de Investigacion | $150.00 | $2,130.00 |
| 6 | Review of Policies: h) Sec. 641, i) Reg. 8728, j) Reg. Prev. Crime | $150.00 | $900.00 |

| | | |
|---|---|---|
| SubTotal | | $8,835.00 |
| Shipping & Handling | | |
| Taxes | State | |
| **TOTAL** | | $8,835.00 |

Signature:

Office Use Only

oll   10/3/2018



CASTELLANOS GROUP
P.S.C.

# INVOICE

**INVOICE NUMBER:** 85
**INVOICE DATE:** SEPTEMBER 25, 2018

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| SEP-01-18 | Police Reform-Puerto Rico | Invitation letters to Majors of the Bayamón Region; Bayamón, Guaynabo, Vega Alta, Naranjito, Corozal, Dorado, Vega Baja y Vega Alta; re: Bayamón Town Hall Meeting; several communications in regards to the coordination of the Town Hall | 3.50 | $125.00 | $437.50 |
| SEP-03-18 | Police Reform-Puerto Rico | Visits to Bayamón and Arecibo with Javier Gonzalez; re: Town Halls Coordination; several phone calls and attention to all pending related matters regarding upcoming Town Hall Meetings | 7.00 | $125.00 | $875.00 |
| SEP-04-18 | Police Reform-Puerto Rico | Preparation for meeting with Pujols and meeting with Pujols, re: May 1 events | 2.00 | $125.00 | $250.00 |
| SEP-05-18 | Police Reform-Puerto Rico | Meeting in Bayamón with Javier González and Members of the Community; radio interview 740 AM | 4.00 | $125.00 | $500.00 |
| SEP-05-18 | Police Reform-Puerto Rico | Communication to TCA Claudio, re: Town Hall Meetings communications; several conference calls with possible participants in the upcoming Bayamón Town Hall Meeting | 1.25 | $125.00 | $156.25 |
| SEP-06-18 | Police Reform-Puerto Rico | Several phone calls, re: coordination of Town Hall Meeting (Bayamón) | 1.50 | $125.00 | $187.50 |
| SEP-10-18 | Police Reform-Puerto Rico | Follow ups, coordination of Town Hall Meeting in Bayamón; Draft of Informative Motion regarding Town Halls | 3.50 | $125.00 | $437.50 |
| SEP-11-18 | Police Reform-Puerto Rico | S everal communications with personnel from Bayamón Municipality , communications with participants in the Town Hall; comm. with Javier González; comm. of the Orders and rules to participants in the Town Hall of Bayamón; comm. with the Court in Compliance with standard TCA requirements | 5.00 | $125.00 | $625.00 |

INVOICE NUMBER: 85

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| SEP-12-18 | Police Reform-Puerto Rico | Coordination of Town Hall Bayamón; communications with speakers and deponents regarding Court Orders and related info.; several conference calls with Javier González | 3.00 | $125.00 | $375.00 |
| SEP-13-18 | Police Reform-Puerto Rico | Several communications; coordination of Bayamón Town Hall Meeting; communication with the Court in Compliance with standard TCA requirements | 1.50 | $125.00 | $187.50 |
| SEP-14-18 | Police Reform-Puerto Rico | Meeting in Guayama with Javier González; several communications regarding the upcoming Bayamón Town Hall Meeting; comm. with guest speakers for Bayamón Town Hall | 4.00 | $125.00 | $500.00 |
| SEP-16-18 | Police Reform-Puerto Rico | Preparatiion of docs. and organization for Town Hall Meeting (Bayamon) | 1.50 | $125.00 | $187.50 |
| SEP-17-18 | Police Reform-Puerto Rico | Coordination of Town Hall Meeting of Bayamón and celebration of Town Hall Meeting; review of Motion filed by the Commonwealth | 8.00 | $125.00 | $1,000.00 |
| SEP-19-18 | Police Reform-Puerto Rico | Thank you letters, re: Bayamón Town Hall Meeting participants and collaborators | 1.50 | $125.00 | $187.50 |
| SEP-20-18 | Police Reform-Puerto Rico | Communication with Comandante Bayamón; communication with the Court in Compliance with standar TCA requirements | 0.50 | $125.00 | $62.50 |
| SEP-21-18 | Police Reform-Puerto Rico | Review of communication from "Comité de Interacción Ciudadana", re: Ponencia | 0.25 | $125.00 | $31.25 |
| | | Total hours for this invoice | 48.00 | | |
| | | Total amount of this invoice | | | $6,000.00 |

0|(   10/3/2018

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

September 26, 2018.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| **9-9-2018** | Reading and revision of draft of legal analysis of a Bazán, Conference call with A Bazán and J Pujols. | **3** |
| **9-19-2018** | TCA meeting with Leadership of Bureau of Police Department at the Amphitheater General Headquarters. | **3** |
| | **TOTAL BILLED HOURS:** | **6** |
| | **TOTAL:** | **$750.00** |

Federico Hernández Denton, Esq.
f.hernandezdenton@gmail.com

ok
10/3/2018

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

September 26, 2018.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-09**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of September 2018:

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---|---|---|
| 9/04/2018 | **3.00 hrs.** 11:35am to 1:55pm, 2:45 to 3:20pm and 4:00 to 4:15 pm | Legal Advice and Review of: DOT Manual Review 2018.SWAT Manual Review, Weapons Division-Special Tactics (GO-600-620) Annual Review, Specialized Weapons, Division of Special Tactics, Tactical Operations Division, EIS final Review |
| 9/06/2018 | **5.50 hrs.** 3:25 to 3:55 pm, 4:00 to 6:45 pm, 7:00 to 9:15 pm | GO-305 (Transfers), Memorandum of Interview of TCA Observer, Changes to Legal Assessment on Worker's Day Event 2018 |
| 9/10/2018 | **6.00 hrs.** 11:00 am to 1:00 pm and 3:00 pm to 7:00 pm. E-mail with work sent at 7:30 pm | Research on Legal Assessment and review, Legal advice and changes to Pujol's Assessment. |
| 9/11/2018 | **3.50 hrs.** 11:00 am to 12:00 N. 3:00 to 5:00 pm and 5:00 to 5:30 pm | Review, advice and changes to Pujol's Assessment, CT Review of GO 100-28 |
| 9/12/2018 | **7.50 hrs.** 10:15 am to 1:32 pm, 2:00 to 4:00 pm, 5:00 to 7:00 pm and 7:00 to 7:20 pm | Legal Advice and Review of: (Romero)Forms 503.1,503.2, Missing Person Forms, Job Description-Rank System, GO Missing Persons, Staff Regulations, Evaluation Boards Specialized Units, Legal Advice and changes to Pujol's Assessment (2:00 to 4:00 pm, 5:00 to 7:00 pm.) and Review and Advice on CT review of 100-129 (Ruiz) |
| 9/13/2018 | **0.50 hr.** 4:00 to 4:30 pm | Legal Advice and Review of: Arrests and Extraditions |
| 9/14/2018 | **3.75 hrs.** 5:00 to 8:45 pm | Review, advice and changes to Pujol's Assessment, |
| 9/17/2018 | **6.50 hrs.** 1:30 to 3:15 pm, 4:00 to 4:15pm and 5:00 to 9:30 pm. | Meeting at PRPB on Policy and Polygraph Unit. Memorandum to TCA on Polygraph Unit Meeting and Review, advice and changes to Pujol's Assessment. |
| 9/18/2018 | **2.25 hrs.** 9:00 to 10:00 am and 1:00 to 2:15 pm | V2A meeting (am) and meeting with Reform Unit for discussion of GO 600-625 (pm) |
| 9/19/2018 | **7.25 hrs.** 9:00 to 11:30 am., 1:30 to 4:40 pm, 8:30 to 10:49 pm | Presentation on Methodology, Discussion of requests for extension of terms, Paragraph 13, Budget Status, Kronos and Paragraph 253. Review, advice and changes to Pujol's Assessment. |

| 9/20/2018 | **5:25 hrs.** 9:00 am to 12:00 N. | Assorted meetings at PRPB and Review, advice and changes to Pujol's Assessment. |
|---|---|---|
| 9/21/2018 | **7.00 hrs.** 9:45 am to 1:30 pm and 5:00 pm to 8:50 pm. | Meeting at TCA's Office with DOJ and Reform Unit for the discussion of Methodology, extension proposals by DOJPR and Review, advice and changes to Pujol's Assessment (5:00 to 8:50pm.) |
| 9/23/2018 | **5:00 hrs.** 5:00 to 10:00 pm. | |
| 9/24/2018 | **7.75 hrs.** 9:00 am to 1:00 pm, 2:30 to 4:30 pm, 5:30 to 6:00pm and 10:30 to 11:45 pm | Work at my office (9:00 am) and with Jose Pujol (9:30am to 4:30pm) and additional work after he left and during night hours on his Assessment. |
| 9/25/2018 | **6.50 hrs.** 4:30 to 7:00 pm and 9:15 pm to 1:20 am 9/26/2018 | Review, advice and changes to Pujol's Assessment. |
| XXXXXXXX | XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| 9/26/2018 | **77.25 Hrs.** Total Hours Billed | 77.25 Hrs. x 125.00=$9,656.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

ok

_____
Antonio R. Bazán González, Esq.

**Jose L. Pujol**
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice: **2018-08**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | | Matter/Services rendered |
|---|---|---|---|
| 08/27/2018 | **0.5 Hrs.** | 04:00 pm – 04-30 pm | Assessment May 1st, 2018. (PRPB AAR) |
| 08/28/2018 | **2.5 Hrs.** | 10:15 am – 11:15 am | Transfers' Assessment (Prep. Interviews) |
| | | 02:00 pm – 03:30 pm | Assessment May 1st, 2018 (Interview, Prepare MOI, Update Assessment Report) |
| 08/29/2018 | **3 Hrs.** | 09:00 am – 12:00 pm | Interviews Transfers' Assessment (Interviews) |
| 08/30/2018 | **6.5 Hrs.** | 09:00 am – 09:40 am | Transfers' Assessment (Interviews) |
| | | 09:40 am – 12:00 pm | May 1st Assessment (Interview and MOI |
| | | 12:45 pm – 03:00 pm | May 1st Assessment (Update Assessment Rep.) |
| | | 03:00 pm – 04:30 pm | Transfers Assessment (MOIs) |
| 08/31/2018 | **6 Hrs.** | 08:30 am – 11:00 am | Transfers Assessment (MOIs) |
| | | 11:00 am – 12:00 pm | May 1st Assessment (Interview, MOI) |
| | | 12:30 pm – 03:00 pm | May 1st Assessment (Update Assessment Rep.) |
| 09/01/2018 | **3 Hrs.** | 10:00 am – 01:00 pm | May 1st Assessment (Update Assessment Rep.) |
| 09/04/2018 | **5 Hrs.** | 8:35 am – 12:35 pm | Transfers Assessment (Interviews, MOIs) |
| | | 2:20 pm – 3:40 pm | May 1st Assessment (Interview) |
| 09/05/2018 | **6 Hrs.** | 9:15 am – 12:45 pm | May 1st Assessment (MOI, and Update Assessment Rep.) |
| | | 1:30 pm – 03:30 pm | Transfers Assessment (Prepare Requests, summoning request and questionnaire). |
| | | 3:30 pm – 04:00 pm | May 1st Assessment (Update Assessment Rep.) |
| 09/06/2018 | **1 Hr.** | 04:20 m – 05:20 pm | Transfers Assessment |
| 09/07/2018 | **7 Hrs.** | 09:00 am – 09:45 am | May 1st Assessment (MOI, update Ass. Report) |
| | | 09:45 am – 12:45 pm | Transfers Assessment (MOIs) |
| | | 01:15 pm – 03:00 pm | Transfers Assessment (MOIs) |
| | | 04:05 pm – 05:35 pm | May 1st Assessment (Legal Ass. With F. |

| | | | Bazan) |
|---|---|---|---|
| 09/10/2018 | **3.5 Hrs.** | 10:30 am – 12:45 pm | Transfers Assessment (MOIs) |
| | | 01:15 pm – 02:03 pm | Transfers Assessment (MOIs) |
| 09/11/2018 | **3 Hrs.** | 09:30 am – 11:00 am | Transfers Assessment (MOIs) |
| | | 11:00 am – 12:00 pm | May 1st Assessment (Updating Ass. Report) |
| | | 05:30 pm – 06:00 pm | May 1st Assessment (Updating Ass. Report) |
| 09/12/2018 | **3 Hrs.** | 09:00 am – 10:00 am | May 1st Assessment (Updating Ass. Report) |
| | | 02:30 pm – 04:30 pm | May 1st Assessment (Updating Ass. Report) |
| 09/14/2018 | **3 Hrs.** | 09:15 am – 10:30 am | May 1st Assessment (Updating Ass. Report) |
| | | 10:30 am – 11:45 pm | Review of "Methodology and Monitoring Plan" |
| | | 08:30 pm – 09:00 pm | May 1st Assessment (Updating Ass. Report) |
| 09/17/2018 | **4 Hrs.** | 06:30 pm – 10:30 pm | Town Hall Meeting - Bayamon |
| 09/18/2018 | **7 Hrs.** | 09:00 am – 04:30 pm | Transfers Assessment (Interviews and MOIs) |
| | | (0.5 hr. lunch) | May 1st Assessment (Updating Ass. Report) |
| 09/19/2018 | **7 Hrs.** | 09:00 am – 04:30 pm | Transfers Assessment (Interviews and MOIs) |
| | | (0.5 hr. lunch) | May 1st Assessment (Updating Ass. Report) |
| 09/20/2018 | **6.5 Hrs.** | 08:45 am – 03:45 pm | Transfers Assessment (Interview) |
| | | (0.5 hr. lunch) | May 1st Assessment (Updating Ass. Report) |
| | | | Bayamon Town Hall Meeting report |
| 09/21/2018 | **4.5 Hrs.** | 09:00 am – 01:30 pm | May 1st Assessment (Updating Ass. Report) |
| | | | Methodology Meeting |
| 09/22/2018 | **1 Hr.** | 04:10 pm – 05:15 pm | May 1st Assessment (Updating Ass. Report) |
| 09/23/2018 | **1 Hr.** | 10:15 pm – 11:15 pm | May 1st Assessment (Updating Ass. Report) |
| 09/24/2018 | **5.5 Hr.** | 09:45 am – 04:00 pm | May 1st Assessment (Updating Ass. Report) |
| | | (45 minutes lunch) | |
| 09/25/2018 | **8.5 Hrs.** | 09:00 am– 3:30 pm | Transfers Assessment (Interviews and MOIs) |
| | | (0.5 hr. lunch) | May 1st Assessment (Updating Ass. Report) |
| | | | Bayamon Town Hall Meeting report |
| | | 04:30 pm-07:00 pm | Transfers Assessment (MOI and review docs.) |
| | **98 hrs.** Total hrs. billed | | **98 hrs.** x $50.00= **$4,900.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

ok

10/3/2018

09/26/2018

Date



From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2018-09 (September 2018)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---------|---------|--------------------------|
| AUGUST 30 to SEP 30, 2018 | | |
| 8/30/18 | 7.0 Hrs. (9:30am a 4:30pm) | Meeting at Police Offices in Arecibo and Visit Facility (Casa Ulanga) Meeting at Bayamón Police Offices and Visit Facility (Jardines de Caparra) Follow Up Guayama and Mayagüez with Lcdo Castellanos |
| 9/5/18 | 4.0 Hrs. (9:30am to 1:30pm) | Meeting in Bayamon with possible guest speakers at Police Offices and Visit to Radio Station 740 AM with Lcdo Castellanos. |



**THE & GROUP**
Ideas & Networking
for Business Success

| | | |
|---|---|---|
| 9/14/18 | 4.0 Hrs.(10:00am to 2:00 pm) | Meeting at police Offices in Guayama and Visit to Facility. (Centro Comunal), Follow Up Bayamón with Lcdo Castellanos |
| 9/17/18 | 1.0 Hrs. (1:00pm to 2:00pm) 5.5Hrs. (5:30pm to 11:00pm) | Town Hall Bayamón |
| | | |
| | | |
| | Total: 21.5 Hrs. | |

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González



DATE: September 26, 2018

TO: Mr. Eric Guzmán

HOURS BILLED:        21.5 Hrs
AMOUNT PER HOUR:    $75.00
TOTAL:               $1,612.50
SOUND SYSTEM:        $350.00

TOTAL BILLED:        $1,962.50

Las Ramblas, 71 Calle Montjuic, Guaynabo, PR 00969
Theandgroup@hotmail.com

# VIVIAN OTERO BARRERA

**Cond. El Monte Sur, 180 Hostos Ave. Apt. B-315
San Juan, Puerto Rico 00918-4654
ph: 787-314-9319 email: vivotero@gmail.com**

# INVOICE

**DATE**:       September 10, 2018

**TO**:           Arnaldo Claudio
               TCA office

**RE**:           Translation services

English to Spanish (PR) translation of Seventh Six-Month TCA Report.

38,000 words@ .10  =  $3,800.00

**TOT DUE: $3,800.00**

ok

10/3/2018

```
       BIENVENIDO A
       GULF LA ROCA

Desc.          Qty        amount
..........     ....       .. ...

Prepay CR#06             23.00
                        ----------
          Sub Total      23.00
          ESTATAL         0.00
          MUNINIPAL       0.00
          Total          23.00
          VISA MC  $      23.00
       GRACIAS
     VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 11318
09/03/18  14:06:27         ST# GULF1
```

```
       Welcome To
       Any Time
       65 Infanteria



    ***PREPAID RECEIPT***

Description        Qty       Amount
--------           ---       ------

PREPAY CA #04                 40.00
                            ----------
           Subtotal          40.00
           Tax                0.00
   TOTAL                     40.00
           CASH  $           40.00


ST# AB123  TILL XXXX DR# 1 TRAN# 1016496
CSH: 15              09/03/18 17:23:26
```

## Puma Caparra

Ave. Roosvelt
San Juan,PR

**Fecha: 9/21/2018 1:46 PM**
**Cajero: Jeniffer Cevallos**
**Trans No. 17189**
**Batch No. 162**
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Surtidor 5 | |
|---|---|---|
| 1 | $40.000 | $40.00 |

**Subtotal:**     **$40.00**
**Estatal:**      **$0.00**
**Municipal:**    **$0.00**

**Total:**        **$40.00**
**Cash:**         **$40.00**

**Cambio:**       **$0.00**
Gracias por comprar con nosotros

```
       BIENVENIDO A
       GULF LA ROCA

Desc.          Qty        amount
..........     ....       .. ...

Prepay CR#07             20.00
                        ----------
          Sub Total      20.00
          ESTATAL         0.00
          MUNINIPAL       0.00
          Total          20.00
          VISA MC  $      20.00
       GRACIAS
     VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# ...
09/09/18  17:56:03         ST# GULF7
```

*Rafael*

WELCOME
PUMA VEGA ALTA

Descr.              qty

Prepay CA#02

                         ----
         Sub Total      20.00
         STATETAX        0.00
         CITYTAX         0.00
     TOTAL      20.00
              CASH  $    20.00
       POR FAVOR
     REGRESE PRONTO
REG# 0001 CSH# 00   DR# 01  TRAN
09/11/18  18:27:05

BIENVENIDO A
GULF LA ROCA

Descr.          qty        amount

Prepay CR#08              40.00
                         ----------
         Sub Total       40.00
         ESTATAL          0.00
         MUNINIPAL        0.00
            Total        40.00
         VISA-MC  $       40.00
       GRACIAS
    VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 13827
09/19/18  17:58:47        ST# GULF1

AMERICAN GASOLINE
CARR.165 KM.3.2
CATANO P.R.

Descr.          qty        amount

Prepay CA#11             30.00
                         ----------
         Sub Total       30.00
              MUN         0.00
              EST         0.00
     TOTAL     30.00
              CASH  $    40.00
              Change $  -10.00
   ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
  EN LA ESTACION O SUS PREDIOS

REG# 0002 CSH# 010 DR# 01  TRAN# 21557
09/22/18  09:23:52        ST# AM005

*Rafael*

**Ecomaxx Roosevelt**

Fecha: 9/20/2018 9:14 AM
Cajero: Abdel
Trans No. 286788
Batch No. 1325
Cnt  UPC/PLU  Descripción

Subtotal:        $40.00

Total:           $40.00
Cash:            $40.00

Cambio:          $0.00

```
              TO GO STORES
                 GURABO
            000000000000019
                 GURABO


         ***PREPAID RECEIPT***

Description        Qty      Amount
--------           ---      ------
PREPAY CA #08               13.00
                          ----------
            Subtotal        13.00
                 Tax         0.00
     TOTAL               13.00
                 ATH  $     13.00


             GRACIAS,
           Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1029946
CSH: 12              09/18/18 19:29:36
```

## PUMA 212

```
Fecha: 9/17/2018 10:32 AM
Cajero: dahiani
Trans No. 514367
Batch No. 2013
Cnt  UPC/PLU  Descripción
_____

                                  $40.00

Subtotal:      . $40.00
Estatal:        $0.00
Municipal:      $0.00

Total:          $40.00
Cash:           $40.00

Cambio:         $0.00

CONTROL:
ST
```

## Ecomaxx Roosevelt

```
Fecha: 9/19/2018 8:39 AM
Cajero: Abdel
Trans No. 286220
Batch No. 1321
Cnt  UPC/PLU  Descripción


Subtotal:      $27.00


Total:         $27.00
Cash:          $40.00

Cambio:        $13.00
```

*Rafael*

```
         WELCOME
    PUMA  VEGA  ALTA

Descr.         Qty      amount

Prepay CA#04            40.00
                      ----------
         Sub Total     40.00
         STATETAX       0.00
         CITYTAX        0.00
   TOTAL      40.00
         CASH $        40.00

      POR FAVOR
    REGRESE  PRONTO
REG# 0001 CSH# 009 DR# 01  TRAN# 14240
09/17/18  17:56:15          ST# TX996
```

Rafael

```
        BIENVENIDO A
        GULF LA ROCA

 Descr.          qty        amount
 ..........      ---        ------
 Prepay CA#01                40.00
                           ---------
           Sub Total        40.00
           ESTATAL           0.00
           MUNICIPAL         0.00
               Total        40.00
           009626510  $      40.00
           GRACIAS
        VUELVA PRONTO
 REG# 0001 CSH# 005 DR# 01  TRAN# 13603
 09/12/18  10:37:54         ST# GULF1
```

## Puma Mega Dorado

**Fecha: 9/16/2018 8:46 AM**
**Cajero: 1**
**Trans No. 327405**
**Batch No. 1917**
**Cnt  UPC/PLU  Descripción**

| | | |
|---|---|---|
| 1 | | |

**Subtotal:** $20.00
**Impuesto:** $0.00

**Total:** $20.00
**Cash:** $20.00

**Cambio:** $0.00

```
        BIENVENIDO A
        GULF LA ROCA

 Descr.          qty        amount
 ..........      ---        ------
 Prepay CR#05                20.00
                           ---------
           Sub Total        20.00
           ESTATAL           0.00
           MUNICIPAL         0.00
               Total        20.00
           VISA-MC   $       20.00
           GRACIAS
        VUELVA PRONTO
 REG# 0001 CSH# 004 DR# 01  TRAN# 11446
 09/10/18  16:18:09         ST# GULF1
```

## PUMA 212

**Fecha: 9/10/2018 10:35 AM**
**Cajero: dahiani**
**Trans No. 508132**
**Batch No. 1987**
**Cnt  UPC/PLU  Descripción**

**Subtotal:** $40.00
**Estatal:** $0.00
**Municipal:** $0.00

**Total:** $40.00
**Cash:** $40.00

**Cambio:** $0.00

**CONTROL:**
**ST**

*Rafael*

Recibo de Recarga

**www.autoexpreso.com**
1-888-688-1010
Plaza Toa Baja, Carril 2
Cajero: 2293
09/21/18 15:37:07

Numero de Cuenta:      ACT03451155
Cantidad de Pago:   $      10.00
Metodo de Pago:         Efectivo
Balance:            $       8.80

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

**www.autoexpreso.com**
1-888-688-1010
Plaza Guaynabo, Carril 11
Cajero: 262
09/16/18 12:43:43

Numero de Cuenta:      ACT03579521
Cantidad de Pago:   $      40.00
Metodo de Pago:       VISA 1196
Balance:            $      42.00

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

*Rafael*

Recibo de Recarga

**www.autoexpreso.com**
PO Box 11888
San Juan, PR 00922-1888
1-888-688-1010
Plaza Vega Alta, Carril 11
Cajero: 2280
09/19/18 20:36:06

Numero de Cuenta:      ACT03451155
Cantidad de Pago:   $      30.00
Metodo de Pago:         Efectivo
Balance:            $      25.40



# AUTOCENTRO TOYOTA

Compra Confiado

1088 Muñoz Rivera Avenue San Juan,
Puerto Rico 00927
787-751-9110



- $0 deducible en la primera reparación de Hojalatería
- 30% de descuento en la primera compra de Accesorios
- Asistencia en la Carretera (3 años)
- Prioridad de cita en nuestro Taller de Servicio



Very Important Toyota

- Trato preferencial en el Programa de Transportación
- Sorpresa de Cumpleaños
- Descuentos en Marcas Asociadas y Promociones mensuales

CELL: 787-556-4501

| CUSTOMER NO. 140580 | ADVISOR VALERIA TORRES VAZ 139345 | TAG NO. 6913 | INVOICE DATE 09/03/18 | INVOICE NO. TOCS502836 |
|---|---|---|---|---|
| TCA PR CORP SAN JUAN SAN JUAN, PR 00918 | LABOR RATE FIP-198 | MILEAGE 38,047 | COLOR BLANCO/ | STOCK NO. |
| | YEAR / MAKE / MODEL 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | DELIVERY DATE 08/25/15 | DELIVERY MILES |
| NONE | VEHICLE I.D. NO. 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | SELLING DEALER NO. | PRODUCTION DATE |
| | P.T.E. NO. | P.O. NO. | R.O. DATE 07/13/18 | |
| RESIDENCE PHONE 787-556-4501 | BUSINESS PHONE | COMMENTS | | MO: 38048 |

TOTALS---------------------------------------------------------

GRACIAS POR CONFIAR EN NOSOTROS

NUESTRO COMPROMISO ES BRINDAR UN SERVICIO DE EXCELENCIA, SI
SU EXPERIENCIA NO ES ASI FAVOR DE COMUNICARSE AL
(787) 999-9112 SERVICIO AL CLIENTE
O POR EMAIL MARIMER.MARTINEZ@AUTOCENTROPR.COM

AVISO IMPORTANTE: SABIA USTED QUE DEBE REVISAR LA PRESION DE
AIRE DE SUS GOMAS CADA DOS SEMANAS O AL MENOS UNA VEZ AL MES
EL MANEJAR CON UNA PRESION INCORRECTA REDUCE LA VIDA UTIL DE
SUS GOMAS. PUEDE REFERISE A SU MANUAL DE USUARIO.

PARA NOSOTROS ES UN PLACER SERVIRLE. PRONTO RECIBIRA UNA
ENCUESTA ELECTRONICA PARA EVALUAR SI DEFINITIVAMENTE
REGRESARIA O RECOMENDARIA A NUESTRO CONCESIONARIO.

| TOTAL LABOR.... | 15.60 |
|---|---|
| TOTAL PARTS.... | 46.46 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 2.99 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 7.49 |
| **TOTAL INVOICE $** | **72.54** |

$80.00 - BC RR351
$ - 7.46 - C

CUSTOMER SIGNATURE

AUTOCENTRO TOYOTA P/
S
1090 AVE MUÑOZ RIVERA
SAN JUAN, PR 00919
7879999110
Order Info
Sub Total: $65.05
State Tax: $7.49
City Tax: $0.00
Total: $72.54
CONTROL: NO DISPONIBLE
Processed by Dynamics Payment
C0041U073530511

Cashier: Luis
03-Sep-2018 4:18:28P

| | $72.54 |
|---|---|
| **Total** | **$72.54** |
| CASH SALE | $72.54 |
| Cash tendered | $72.54 |

Order 32FGC84P6MKFW

AHORRAR ES FACIL
CLUB MANAGER ELVIN GONZALEZ
( 999 ) 999 - 9999
Club 4866 KENNEDY
TEL. 787-622-3600
09/10/18 11:06 409604866 074 171

W MEMBER 101-*******7324

**THANK YOU,**
JOSUE

| | | | |
|---|---|---|---|
| | 758 @ 0.06 | | |
| | 279766 IMPRESION | 45.48 | T |
| | 711 @ 0.03 | | |
| | 285366 TERMINACION | 21.33 | T |
| | 711 @ 0.03 | | |
| VL | 285366 TERMINACION | 21.33- | T |
| | **** VOID **** | | |
| | 711 @ 0.03 | | |
| | 285366 TERMINACION | 21.33 | T |
| | 711 @ 0.03 | | |
| VL | 285366 TERMINACION | 21.33- | T |
| | **** VOID **** | | |
| | 711 @ 0.01 | | |
| | 285346 TERMINACION | 7.11 | T |
| | SUBTOTAL | 52.59 | |
| | TAX 1 10.500 % | 5.52 | |
| | TAX 2 1.000 % | 0.53 | |
| | TOTAL | 58.64 | |
| | CASH TEND | 60.00 | |
| | CHANGE DUE | 1.36 | |

Visit samsclub.com to see your savings

CONTROL: 5QGLN-BTHVB WM

**# ITEMS SOLD 1469**

TC# 8574 1270 3968 4988 9944

**Happy to Help**

Escoge Mastercard para
todas tus compras en Sam's Club
09/10/18 11:08:08

10 DIAS PARA CAMBIO
CON RECIBO DE COMPRA
GRACIAS

ALLWAYS 99
PLAZA CAROLINA
GRACIAS

REG 09-06-2018 11:33
C04 MC#04 150188

| | | |
|---|---|---|
| MISC | T12 | $4.99 |
| MISC | T12 | $4.99 |
| TAX MUN 1% | | $0.10 |
| 10.50% EST 6 | | $1.05 |
| TL | | $11.13 |
| CASH | | $12.00 |
| CG | | $0.87 |

10 DIAS PARA CAMBIO
CON RECIBO DE COMPRA
GRACIAS

**Servicentro Las Lomas**

**PUMA**

C/ 38 S.O. #1719 Las Lomas
san Juan PR 00921      Tel. 787-781-0431

| Fecha | 8/30/2018 |
|---|---|
| Factura | 44342 |

Nombre    TCAPR CORP

| Marca | Modelo | Año | Color | Tablilla |
|---|---|---|---|---|
| TOYT | HGH | 2015 | BLA | IVU032 |

| Qty | Description | Precio |
|---|---|---|
| 1 | MARBETE | $81.00 |
| 1 | SERVICIO MARBETE | $6.00 |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| SubTotal | | $87.00 |
| | | |
| Total | | $87.00 |

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 14032

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

SR. Toyota Highlander    FECHA 8-30    20 18

DIRECCION

TAB. NÚM.                    CASH ☒   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO servicio | 20 | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ                    **TOTAL** 20 00

**LULU SERVICE STATION**

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 1220

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 11-09 20 18

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| ✓ LAVADO | 20 | ᵃ |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20

---

**LULU SERVICE STATION**

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 1221

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 31-Ago 20 18

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| ✓ LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20

---

**LULU SERVICE STATION**

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 1211

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 12 Sept 20 18

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| ✓ LAVADO | 20 | ᵒᵒ |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 20

# FACTURA

**100 % A mano Car Wash en Breñas Vega Alta 9392410485**

| **FACTURAR A** | **N° DE FACTURA** | 151 |
|---|---|---|
| Rafael Rodriguez | **FECHA** | 16/09/2018 |

| **DESCRIPCIÓN** | **IMPORTE** |
|---|---|
| Lavado Ford Tablilla FPI199 | 20.00 |
| **TOTAL** | **$20.00** |

*Gracias*

**CONDICIONES Y FORMA DE PAGO**

Pagado 09/16/2018

**TCAPR, CORP**
WORLD PLAZA, OFFICE 1001
268 MUNOZ RIVERA AVENUE
SAN JUAN, PR 00918

BANCO POPULAR
Condado, Puerto Rico

**RR362**

Sep 17, 2018

$ 61.33

Sixty-One and 33/100 Dollars

PAY
TO THE    Facsimile Paper Connection
ORDER
OF:

Memo: Printer repair and maintenace

I:021502011 I: 367 II 096641    II    RR362

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**TCAPR, CORP**
WORLD PLAZA, OFFICE 1001
268 MUNOZ RIVERA AVENUE
SAN JUAN, PR 00918

BANCO POPULAR
Condado, Puerto Rico

**RR361**

Sep 12, 2018

$ 83.63

Eighty-Three and 63/100 Dollars

PAY
TO THE    Facsimile Paper Connection
ORDER
OF:

Memo: Printer Repair

I:021502011 I: 367 II 096641    II    RR361

FACSIMILE PAPER CONNECTION
PO BOX 363122
SAN JUAN, PR

PUERTO RICO
Phone: 7872570808
Fax: 7872577250

# I N V O I C E

PAGE.......... 1

INVOICE NO.... 388466

INVOICE DATE.. 9/18/18

0005711
S TCAPR CORP
O ATTN: ERIC GUZMAN
L 268 MUNOZ RIVERA
D WORLD PLAZA, SUITE 1001
SAN JUAN, PR 00918
PUERTO RICO

1
S TCAPR CORP
H ATTN:ERIC GUZMAN (787)765-2209
I 268 MUNOZ RIVERA
P WORLD PLAZA, SUITE 1001
SAN JUAN, PR 00918
PUERTO RICO

| CUSTOMER P/O NO. | SHIP VIA | TERMS | SHIPPED | SLMN1 | SLMN2 | PICK TICKET |
|---|---|---|---|---|---|---|
| | Our truck | C. O. D. | 9/18/18 | 19 | | 306904-000 |

SPECIAL INSTRUCTIONS > CLIENTE ENVIARA CHEQUE EN FECHA POSTERIOR

| ORDER QTY | SHIP QTY | B/O QTY | ITEM | DESCRIPTION | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | POLITICA DE DEVOLUCION: TODA COMPRA TIENE UN TERMINO DE 30 DIAS A PARTIR DE LA FECHA DE RECIBO PARA RECLAMACION. TODA DEVOLUCION DE MERCANCIA NECESITA AUTORIZACION, ESTA SUJETA A VERIFICACION Y CARGOS POR REALMACENAMIENTO. *INSTRUCCIONES DE RECIBO: FIRMA & NOMBRE EN LETRA DE MOLDE* FACTURA ORIGINAL: CLIENTE COPIA: FPC | | | | |
| 1.00 | 1.00 | .00 | LEX 50F0Z00 | LEXMARK IMAGING UNIT MS310/410 | 55.0000 | EA | 55.00 |
| | | | IF DEFECTIVE THIS PRODUCT MUST BE RETURNED TO AND REPLACE BY LEXMARK DIRECTLY, CALL 1-800-438-2468 | /610 & MX310/410/511/611 VIA: TECNICO JAVIER CUEVAS | | | |

| SUB-TOTAL | SHIP/HANDLING | TAX | SUB-TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 55.00 | .00 | 6.33 | 61.33 | .00 | 61.33 |

ok [handwritten initials]

FACSIMILE PAPER CONNECTION
PO BOX 361722
SAN JUAN, PR
PUERTO RICO

**I N V O I C E**

Phone: 7872570808
Fax:    7872577250

PAGE...........1
INVOICE NO....388470
INVOICE DATE...9/18/18

| | |
|---|---|
| S  TCAPR CORP | S  TCAPR CORP |
| O  ATTN: ERIC GUZMAN | H  ATTN: ERIC GUZMAN (787) 765-5209 |
| L  268 MUNOZ RIVERA | I  268 MUNOZ RIVERA |
| D  WORLD PLAZA, SUITE 1001 | P  WORLD PLAZA, SUITE 1001 |
| SAN JUAN, PR 00918 | SAN JUAN, PR 00918 |
| PUERTO RICO | PUERTO RICO |
| 0005711 | |

| CUSTOMER P/O NO. | SHIP VIA | TERMS | SHIPPED | SLSM1 | SLSM2 | PICK TICKET |
|---|---|---|---|---|---|---|
| | Our truck | C. O. D. | 9/18/18 | 191 | | 306406-000 |

SPECIAL INSTRUCTIONS <

| ORDER QTY | SHIP QTY | B/O QTY | ITEM | DESCRIPTION | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | | CM2140 | SERVICIO DIAGNOSTICO METRO | EA | 75.0000 | 75.00 |
| | | | | PARA EQUIPO LEX MX5111 | | | |
| | | | | NO INCLUYE PIEZAS/LABOR | | | |

POLITICA DE DEVOLUCION: TODA COMPRA TIENE UN TERMINO DE 30
DIAS A PARTIR DE LA FECHA DE RECIBO PARA RECLAMACION.
TODA DEVOLUCION DE MERCANCIA NECESITA AUTORIZACION, ESTA
SUJETA A VERIFICACION Y CARGOS POR REALMACENAMIENTO.
INSTRUCCIONES DE RECIBO: FIRMA Y NOMBRE EN LETRA DE MOLDE.
COPIA: FEC
FACTURA ORIGINAL: CLIENTE

| SUB-TOTAL | SHIP/HANDLING | TAX | SUB-TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 75.00 | .00 | 8.63 | 83.63 | .00 | 83.63 |

# INVOICE

## Rafael A. Rodriguez

**DATE:** 9/20/18

**INVOICE #:** 1002

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

Transportation

| DESCRIPTION | | $900.00 |
|---|---|---|
| Professional transportation services during the days of 9/16/2018 to the 9/21/2018 | | |
| Includes the following: | | |
| Transportation from airport to hotels | | |
| Transportation to the municipalities | | |
| Transportation to the TCA headquarters | | |
| Hato Rey, San Juan PR | | |
| This transportation is exclusive for the TCA Core Team | | |
| **TOTAL** | | **$900.00** |

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com

10/3/2018

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

**Request for Payment of Monthly Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs and requests:

1. That the TCA Office may submit a request for payment of certain monthly expenses as per the Stipulation presented by the parties and approved by this Honorable Court on June 26, 2014 (Dkt. 139)

2. The TCA hereby submits for consideration, that the following administrative expenses be approved prior to their expenditure, in accordance to paragraph 22 of the Stipulation. Said expenses are as follows:

    a. Fixed monthly staff salaries:

    Arnaldo Claudio…………………………………………$17,916.67

    Eric Guzmán…………………………………………….$10,833.33

    Anjélica Orfila………………………………………….$2,924.50

    Josué López……………………………………………$2,924.50

    b. Office Expenses:

    Monthly Rent…………………………………………$3,000.00

    Telephone and Communication…………………$188.01

    c. Accounting Services………………………………$1,508.34

                                             --------------

    **Total……………………………………………………$39,295.35**

3. TCAPR, Corp., as an employer, is required to deposit several employment related taxes with local and federal government agencies. This employment treatment is consistent with Section B of the *Stipulation and Order for the establishment of the TCA Office and the payment for TCA Expenses* (No. 12-cv-2039 (GAG). Payroll related expenditures accrued for the month of September and payable on or before October 15th (Medicare, SDI) or October 30th (SDI-CH) are as follows:

| Item | Tax | August |
|------|-----|--------|
| 1 | Soc_Sec | $1,034.30 |
| 2 | Chauffer Insurance | $3.92 |
| 3 | Medicare | $501.68 |
|  | Medical Insurance | $1,018.86 |
|  | **Total** | $2,558.76 |

4. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

5. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $41,854.11, the total amount of the fixed monthly expenses, for the month of October 2018.

6. The TCA Office nor any member has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**FOR ALL OF WHICH,** the TCA Office respectfully requests this Honorable Court, that the monthly expenses be approved and a check issued in the amount of $41,854.11 the total amount of the fixed monthly expenses, for the month of October 2018.

In San Juan, Puerto Rico, this day October ___, 2018.


_____
**Arnaldo Claudio -TCA**


**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff;<br><br>      v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                    Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for September 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Gerard LaSalle | N/A | N/A |
| Linda V. Navedo | $3,900.00 | September 19, 2018 to September 21, 2018 |
| Rafael E. Ruíz | $5,850.00 | September 17, 2018 to September 21, 2018 |
| Marcos Soler | $1,300.00 | September 19, 2018 |
| John J. Romero | $5,850.00 | September 17, 2018 to September 21, 2018 |
| Alan Youngs | $5,850.00 | September 17, 2018 to September 21, 2018 |
| Scott Cragg | $3,000.00 | September 20, 2018 to September 22, 2018 |
| Alejandro Del Carmen | N/A | September 2018 |
| | **Subtotal** | **$25,750.00** |
| **Telework** | | |
| Gerard LaSalle | N/A | September 2018 |
| Linda V. Navedo | $5,200.00 | September 2018 |

---

[1] See attached Invoices

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| Rafael E. Ruíz | $3,250.00 | September 2018 |
| Marcos Soler | $10,800.00 | September 2018 |
| John J. Romero | $3,250.00 | September 2018 |
| Alan Youngs | $3,250.00 | September 2018 |
| Scott Cragg | $6,100.00 | September 2018 |
| Alejandro Del Carmen | $8,835.00 | September 2018 |
| | **Subtotal** | **$40,685.00** |
| **August Core Team Expenses** | | |
| Scott Cragg | $1,163.00[2] | Correction |
| | **Subtotal** | **$1,163.00** |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $6,000.00 | September 2018 |
| Federico Hernandez Denton | $750.00 | September 2018 |
| Antonio Bazán | $9,656.25 | September 2018 |
| | **Subtotal** | **$16,406.25** |
| **Jose Pujol** | $4,900.00 | September 2018 |
| | **Subtotal** | **$4,900.00** |
| **The&Group (Town Hall Meetings)** | $1,962.50 | September 2018 |
| | **Subtotal** | **$1,962.50** |
| **Vivian Otero (Report Translation)** | $3,800.00 | September 2018 |
| | **Subtotal** | **$3,800.00** |
| **Car Expenses** | | |
| Chauffer | $900.00 | September 16th, 2018 to September 22tst 2018 |
| Gasoline | $493.00 | September 2018 |
| Tolls | $80.00 | September 2018 |
| Car Maintenance | $259.54 | September 2018 |
| | **Subtotal** | **$1,732.54** |
| **Office Supply** | | |

---

[2] The Request for Payment of Monthly Expenses for the month of September, which included Request for Approval and Payment of Expenses for the month of August direct expenses submitted by the TCA to the parties on August 30th, 2018, unfortunately contained an error. The expense item labeled as Scott Cragg had a typo in the invoice. Correct amount should have read $6,363.00 instead of $5,200.00. In order to remedy this difference, the TCA is including this $1,163.00 unpaid difference on this Request of Approval and Payment Expenses for the month of October 2018, which includes September Direct Expenses.

## UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF PUERTO RICO

| Office Materials | $214.73 | |
|---|---|---|
| | **Subtotal** | **$214.73** |
| | **Total** | **$96,614.02** |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $96,614.02, the total amount of the monthly expenses, for the month of September 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH,** the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $96,614.02, the total amount of the expenses for the month of September 2018.

In San Juan, Puerto Rico, this day November ___, 2018.

_____
**Arnaldo Claudio -TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

12-cv-2039 (GAG)-Fixed Expense Invoice

Enclosure I

Subject: Memorandum for Record-Work performed during the month of September. The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders, including Alfonso Orona, Esq., Governor's Senior Counselor, to present him the aspects of the Monitoring Process Period of the Methodology; with Senator Henry Newman; and with Police Commissioner Henry Escalera, his Staff and Associate.

The TCA and his Staff attended KRONOS, Reform Office Budget and V2A meetings. The TCA and TCA Deputy presented Methodology Work Plan for the compliance period beginning on October 8 2018.

In compliance with Court's Order Docket no. 762, in September 17 the TCA and his staff attended to the Public Hearing in Bayamón Municipality, which was the most concurred with over 200 spectators and 21 speakers.

General Orders and Manuals were reviewed and discussed, including: General Order 100-115: Division of Sexual Offenses and Child Abuse; General Order 600-622: Investigation of Incidents of Sexual Offenses; General Order 600-641: Intervention in Incidents of Sexual Offenses Committed by Employees of the Bureau of the Police of Puerto Rico; General Order 100-128: Division of Arrests and Raids; General Order 100-129: Division of Special Arrest and Extraditions; Procedures Manual of the Division of Special Arrest and Extraditions; General Order 100-117: Weapons and Special Tactics Division (SWAT); Manual of Standardized Operational Procedures of the Special Weapons and Tactics Division (SWAT); General Order 100-112: Tactical Operations Division (DOT); General Order 600-620: Specialized Weapons of the Specialized Tactical Divisions (DTE); Procedures Manual of the Tactical Operations Division (DOT); General Order 500-503: Evaluation Board of the Specialized Divisions; General Order 600-614: Rules and Procedures to Address Cases of Missing Persons; Staff Rules Ranking System of the Puerto Rico Police Bureau; General Order 700-704: Monthly Meetings; General Order 100-102: Negotiated Structure of the Puerto Rico Police; General Order 300-XXX: Description of Position of Employees of the Range System; Regulation of Promotions of the Ranking System of the Puerto Rico Police; Regulation for the Establishment of Police Practices Free of Discrimination, Sexual Conduct and Reprisals; Internal Regulations for the Prevention of Discrimination, Harassment and Reprisals of the Puerto Rico Police Bureau; General Order 100-107: Auxiliary Superintendent in Criminal Investigations

(SAIC); General Order 100-130: Criminal Investigation Unit (CIC); General Order 300-305: Transactions of Transfers; and General Order: Early Intervention System (EIS).

During the Core Team week visit the Police Academy and following Area Command Police Stations were vsited: Bayamón, Naranjito, Corozal, Ponce, Peñuelas, Villalba, Guayama, Arroyo, Patillas, Aguadilla, Hatillo and Camuy.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA´s CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team´s October agenda was discussed, the circulating CT October agenda and the Core Team work plan. Finally, coordination and preparation for the October Public Hearing in in the US District Court and TCA´s Core Team meetings were carried out to discuss further work plans.