# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>          Defendants | No. 12-cv-2039 (GAG) |

### TCA's MOTION TO RESTRICT CONTENTS OF MOTION SUBMITTING EXHIBIT WITH SENSITIVE INFORMATION

**TO THE HONORABLE COURT,**

   Comes Now the Technical Compliance Advisor (TCA) Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

   1.   On this same date the TCA, by and through the undersigned counsel intends to file a motion submitting an exhibit containing sensitive matter.

   2.   That pursuant to the Order of this Honorable Court of July 21, 2017 at Docket 517, it is respectfully requested that the aforesaid motion be filed in restricted mode until further determination by the Court.

Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

   Certificate of Service:  I hereby certify that copy of the foregoing motion has been electronically notified to selected parties through the Court's system.

San Juan, Puerto Rico, this 5th day of October 2018.

                              S/ Antonio R. Bazán
                              Antonio R. Bazán González
                              U.S.D.C. No. 117007
                              Banco Cooperativo Plaza Bldg.
                              Suite 604-B, #623 Ponce de León Ave.
                              San Juan, Puerto Rico, 00918.
                              Tel. No. (787) 764-7684 & (787) 249-3070