# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>　　　　Defendants | No. 12-cv-2039 (GAG) |

## MOTION SUBMITTING MONITORING PERIOD METHODOLOGY
## AND REQUEST FOR APPROVAL

**TO THE HONORABLE COURT,**

　　Comes Now the Technical Compliance Advisor (TCA), Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

　　1: Pursuant to the request of this Honorable Court at Docket 954, the Parties completed the review of the Monitoring Plan and Methodology to be used by the Monitor's Office in the implementation of phase 2 of the Agreement for the Sustainable Reform of the Police of Puerto Rico. The compliance period of the Agreement is to commence on October 8, 2018.

　　2. It is respectfully informed that the comments made by the parties were provided to the Monitor on September 28, 2018. It is further submitted that a final meeting via 'concall" to discuss the parties comments was conducted on 4 October 2018 to incorporate and make part of agreed on modifications to the document.

　　3. The TCA hereby respectfully submits the final version of the methodology approved by the parties for the monitoring part of the Agreement as an attachment for consideration and approval by the Honorable Court.

4. That prior to the filing of this motion, pursuant to the Order of this Court of July 21, 2017, Docket No. 517, a motion to restrict the contents of this motion has been filed.

Wherefore, in view of the above, it is respectfully requested from this Honorable Court that this motion be granted as requested.

**Certificate of Service**: I hereby certify that copy of the foregoing motion and the assessment has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 5th. day of October 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070