IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | CASE NO. 12-2039 (GAG) |

### ORDER

The monitoring methodology agreed upon by the parties and monitor (Docket No. 970) is hereby noted and **APPROVED**, effective Monday, October 8, 2018. The same shall be made public, more so given its importance to the citizenry and police force.

USDOJ and PRPB shall make the same available on their respective websites. The court commends counsel and staff of USDOJ, PRDOJ, PRPB and PRDPS, as well as the Federal Monitor and his team, for their zealous and diligent effort towards reaching consensus. The court attests that the methodology herein approved took countless hours of work. The Clerk of Court shall immediately make public the document at Docket No. 970.

**SO ORDERED.**

In San Juan, Puerto Rico this 5th day of October, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge