# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE COURT:**

    **COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned counsel, and respectfully allege and pray as follows:

    1. The undersigned attorney has resigned from the Puerto Rico Department of Justice; as a result he will no longer continue to act as the attorney of record on behalf of the defendants in this case.

    2. Accordingly, the undersigned requests that this most Honorable Court allow his withdraw as attorney of record on behalf of the appearing defendants.

    3. In the Alternative, the undersigned requests that this motion be held in abeyance while a new attorney from the Federal Litigation Division of the Puerto Rico Department of Justice files a notice of appearance.

    **WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the instant motion and allow the withdrawal of the undersigned as attorney of record and that his name be remove the CM/ECF notification list.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this October 8th, 2018.

**WANDA VAZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy in Charge of
General Litigation

**SUSANA PENAGARICANO BROWN**
Director of Federal Litigation
and Bankruptcy

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov