UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>Defendants | CIVIL NO. 12-2039 (GAG) |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

**COMES NOW** in the instant proceeding the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE BUEAU without waving any right or defense arising from Title III of the *Puerto Rico Oversight, Management and Economic Stability Act* (PROMESA), 48 USC §§ 2101 *et seq*. and the Commonwealth's Petition under said Title or under this case and without submitting to the Court's jurisdiction, through the undersigned counsel, who respectfully allege and pray as follows:

1.      The undersigned attorney, Valerie Concepción-Cintrón, has been designated by the Department of Justice as counsel of record in the instant case to represent the appearing defendants.

1

2. It is required that all other involved parties take notice of the foregoing and that all future correspondence, including all of this Honorable Court's orders, be addressed and notified to the undersigned from this day forward.

**WHEREFORE**, it is respectfully requested from this Honorable Court to allow our appearance as attorney of record on behalf of the above-named co-defendants in this case and that all future correspondence be addressed also to the undersigned attorney.

**I HEREBY CERTIFY** that, on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties and attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 10 $^{th}$ day of October, 2018.

| | |
|---|---|
| **WANDA VÁZQUEZ-GARCED** | **s/Valerie Concepción-Cintrón** |
| Secretary of Justice | **VALERIE CONCEPCIÓN-CINTRÓN** |
| | USDC No. 303002 |
| **WANDYMAR BURGOS-VARGAS** | Department of Justice of Puerto Rico |
| Deputy Secretary in Charge of Litigation | Federal Litigation Division |
| | P.O. Box 9020192 |
| **SUSANA PEÑAGARÍCANO-BROWN** | San Juan, Puerto Rico 00902-0192 |
| Director of Federal Litigation and | Phone: 787-459-2799 |
| Bankruptcy Division | Email: vconcepcion@justicia.pr.gov |