

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

Héctor M. Pesquera
Secretario

Henry Escalera Rivera
Comisionado

OS-4-OR-1-477

## SOLICITUD DE PRÓRROGA SOBRE ACTIVIDADES NO COMPLETADAS DE LOS PLANES DE ACCIÓN

| | Actividad | Actividad y Página | Tiempo Prorrogado | Justificación y/o Información Adicional |
|---|---|---|---|---|
| | **Plan de Profesionalización** | | | |
| 1. | Párrafo 13 Desarrollar Plan de Trabajo | 1.3, página 21 | Entregar Plan de Trabajo el 28/ sep/ 2018 | 6/ago/2018 OGP aprobó contrato de Compañía V2A. Ver comunicación **OS-4-OR-1-439** |
| | **Plan de Uso de Fuerza** | | | |
| 2. | Desarrollo de adiestramiento relacionados a movilización, uso de armas especializadas y control de multitudes. | 1.8, 1.9, 1.10 y 1.11 páginas 40 y 41 | Entregar el material de adiestramiento 4/ mar/ 2019 | Inciden en actividades: 1.1(h, i, j y k) páginas 46 y 47. Ver comunicado SAEA -1-2-176, del 23/ jul/ 2018 |
| 3. | Adiestrar al 50% de los MNPRR en el curso básico de Intervención en Crisis. | 1.4, página 51 | Se iniciará el adiestramiento para el 50% 16/abr/ 2018, para completar el 100% 16/sep/2019 | Inciden en las actividades: 1.5, página 50 1.6 página 51 * Docket 775 |
| | **Plan de Igual Protección y No Discrimen** | | | |
| 4. | Programa de Adiestramiento Multi-temático dirigido a los MNPPR. | 1.1.11, página 84 | Entregar el material de adiestramiento 7/ene/ 2019 | Inciden en la actividad: 1.2.3, página 86 (adiestramiento para los empleados). En este multitemático se incluirá el REA-624 y el adiestramiento de la OG 626 (1.1.6, página 82). Además se evaluará para incluir las actividades 2.3.5 y 2.3.7, página 248 |



| | | Plan de Reclutamiento, Selección y Nombramiento | | |
|---|---|---|---|---|
| 5. | La SAEA desarrollará un adiestramiento multi-temático dirigido al personal que trabajará en la fase del proceso de reclutamiento. | 1.1, página 100 | 6 meses después de firmada la política | Inciden en las actividades: 1.1, página 100 1.1, página 101 1.2, página 102 1.3, página 103 2.1, página 105 |
| | | Plan de Adiestramiento | | |
| 6. | Desarrollo de material educativo para los siguientes cursos: a. Radio Comunicaciones y Sistemas Computarizados b. Despacho Asistido Computarizado. c. Manejo de Evidencia d. Manual de Difusión de Información Sobre Incidentes | 1.1 J, página 178 | Entregar el material de adiestramiento en marzo/ 2019 | Incide en actividades de implementación. Manual de Difusión… TCA-OR-422-02-07-18 *Docket 775 |
| | | Plan de Supervisión y Administración | | |
| 7. | La SAEA creará multi-temático para adiestrar al personal que ejerce labores de supervisión en el NPPR considerando las funciones inherentes a cada rango. | 1.3, páginas 194-196 | Se iniciará adiestramiento en 30/ mar/ 2019 | |
| 8. | La SAEA creará un curso para adiestrar a todo personal adscrito a la División de Inspecciones de SARP en el Manual de Procedimientos de Inspecciones Operacionales y Administrativas. | 3.1, página 198 | Se entregará prontuario 4 meses a partir de la firma de la política. | |
| 9. | La SAEA adiestrará al 50% sobre el Sistema de Evaluación de Desempeño de los MNPPR. | 1.5, página 201 | Se iniciará adiestramiento 6 meses después que se firme la política | El NPPR activará párrafo 113. Incide en las actividades: 1.2 página 209 |
| 10. | La SAEA adiestrará al 100% del personal adscrito a la División de Inspecciones de SARP sobre el Manual de Inspecciones. | 1.10, páginas 205, 206 | Cumplimiento para el 100% del personal concernido 30/jun/ 2019 | |

| | | | | |
|---|---|---|---|---|
| 11. | Monitorear que la proporción entre el supervisor de primera línea y los MNPPR que mantenga de forma tal que se pueda llevar a cabo una supervisión directa, efectiva. | 1.4, página 213 | Se inicia la medición del monitoreo en ago/ 2019 | El inicio del monitoreo deberá comenzar luego que el Plan de Trabajo del párrafo 13 haya sido completado. |
| **Plan de Querellas Administrativas, Investigaciones Internas y Disciplina** | | | | |
| 12. | Implementar la digitalización de los expedientes físicos de empleados con querellas administrativas. | 1.3 página 233 | En oct/ 2019 | * Docket 775 |
| 13. | Adiestrar al 50% del personal de SARP y OAL sobre recibo, clasificación y trámite de manejo de querellas administrativas. | 1.2, página 224 | Cumplimento para el 100% del personal concernido 1/jul/2019 | |
| 14. | La SAEA re-adiestrará aquellos empleados a los cuales que se haya identificado una deficiencia en el desempeño que pueda ser corregida mediante readiestramiento. | 2.2, página 237 | Para entregar prontuario el 14/ene/2019 Para el desarrollo de adiestramiento 1/mar/ 2019 | |
| 15. | Monitoreo o corroboración de las investigaciones administrativas sean completadas dentro del término de 90 días. | 1.1.e página 240 | Suspensión del conteo de los días durante el periodo 15/sep/2017 hasta el 8/ene/2018. En el área de Humacao se extiende hasta el 1/mar/2018. | * Docket 775 |
| **Plan de Sistemas de Información y Tecnología** | | | | |
| 16. | Desarrollar un adiestramiento para el uso y manejo de los dispositivos de grabación portátil para los MNPPR. | 1.3 página 277 | 6 meses después de firmada la política | Incide en la actividad: 1.7, página 302 |
| 17. | Adiestrar el 50% del personal adscrito a la División de Comunicaciones en la administración, configuración y diagnóstico de los equipos de comunicación de radios. | 1.4 página 282 | Se iniciará el adiestramiento para el 50% en abr/2019 | * Docket 775 |
| 18. | Adiestrar el 50% del personal adscrito a la División de Tecnología en la administración y diagnóstico de los sistemas computarizados. | 1.5 página 283 | Se iniciará el adiestramiento para el 50% en abr/2019 | * Docket 775 |

| | | | | |
|---|---|---|---|---|
| 19. | Adiestrar el 50% del personal en el manual para el uso y manejo del CIW. | 1.6 página 284 | Se iniciará el adiestramiento para el 50% en abril 2019 | * Docket 775 |
| 20. | Adiestrar el personal en el uso y manejo del Sistema de Información del Centro Nacional de Información Criminal (NCIC) y el Sistema de Información para el Registro Criminal Integrado (RCI) | 1.7, páginas 285 | Se iniciará el adiestramiento para el 50% en abril/2019 | Incide en las actividades: 1.8, página 285 1.9, página 286 * Docket 775 |
| 21. | Adiestrar el personal en el uso y manejo de la aplicación del mapa de incidentes criminales | 1.10, página 286 | Se iniciará el adiestramiento para el 50% en abril/2019 | Incide en las actividades: 1.11, página 287 1.12, página 287 * Docket 775 |
| 22. | Desarrollar e implementar el Despacho Asistido Computarizado (CAD) | 1.2 página 290 | En oct/ 2019 | * Docket 775 |
| 23. | Desarrollar e implementar un sistema de información para recopilar, almacenar y distribuir información en la activación y movilización de las Unidades Tácticas Especializadas. | 1.2.1 página 292 | En oct/2019 | * Docket 775 |
| 24. | Desarrollar e implementar un sistema de información para recopilar la información relacionada a los arrestos y registros. | 1.2.2 página 293 | En oct/2019 | * Docket 775 |
| 25. | Actualizar y/o incorporar los formularios necesarios para la recopilación de datos e información sobre incidentes. | 1.2.3 página 294 | En oct/2019 | * Docket 775 |
| 26. | Desarrollar e implementar un sistema de información para mantener los expedientes de adiestramientos y readiestramientos. | 1.3 página 295 | En oct/2019 | * Docket 775 |
| 27. | Desarrollar e implementar un Sistema de Evaluación de Desempeño para los empleados. | 1.3.1 página 297 | En oct/2019 | * Docket 775 |

| | | | | |
|---|---|---|---|---|
| 28. | Desarrollar e implementar un sistema para mantener los expedientes de los currículos, planes de enseñanza, entre otros. | 1.4 página 298 | En oct/2019 | * Docket 775 |
| 29. | Desarrollar e implementar un sistema para grabar y almacenar digitalmente las comunicaciones de Centro de Mando y Radio Control. | 1.6 página 300 | En oct/2019 | * Docket 775 |
| 30. | Desarrollar e implementar un sistema para grabar y almacenar digitalmente los videos capturados. | 1.7 página 302 | En oct/2019 | * Docket 775 |
| 31. | Desarrollar un sistema para digitalizar los expedientes físicos de empleados con querellas administrativas. | 1.9.3 página 308 | En oct/2019 | * Docket 775 |
| 32. | Desarrollar e implementar la biblioteca virtual en el Portal. | 1.10 página 309 | En jun/2019 | Inciden en las actividades: 6.1 página 120 |
| 33. | Desarrollar e implementar a través de la biblioteca virtual un mecanismo para que las personas puedan someter comentarios sobre políticas y procedimientos del NPPR. | 1.11 página 310 | En jun/2019 | * Docket 775 |

Documentos adjuntos: OS-1-OR-4-439, (8 de agosto de 2018)

_____          27 de agosto de 2018.
**Henry Escalera Rivera**
Comisionado