UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL NO. 12-2039 (GAG)(PG)** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO,** et. al. | |
| Defendants. | |

**MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 679**

**TO THE HONORABLE COURT:**

**COMES NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, and respectfully allege and pray as follows:

1.   This Honorable Court issued an order for the Commonwealth on December 18, 2017 to file an informative motion on changes on the Police Academy on January 15, 2018 and on the 15th of every month thereafter with the approval of the Governor's Personal Representative ("GPR"). (*See* Docket No. 679).

2.   Consequently, in compliance with the Court's order, the Commonwealth informs this Honorable Court that the Puerto Rico Public Private Partnerships Authority is currently working in the *Viability and Desirability Study* (the "Study") of the unsolicited proposal for a Public-Private Partnership to operate the Academy, as required in Act No. 29-2009, as amended.

3.   Today, the Commonwealth met with the TCA, the USDOJ and representatives of the Public Private Partnerships Authority (hereinafter "Authority") who explained to the

parties, step by step, the process for a Public Private Partnership to operate the Academy, including the process for publishing the desirability and convenience study ("Study") as the first official step to assess if the Authority begins the procurement process.

4. Moreover, the TCA and USDOJ agreed to comment in writing on the Study, once it has been published, during the thirty-day comments period; and the Commonwealth made a commitment to hold a subsequent discussion session once the comments from the TCA and the USDOJ are submitted in writing.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record. It is also certified that the GPR has knowledge of the present motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on October 15, 2018.

| | |
|---|---|
| **WANDA VÁZQUEZ GARCED**<br>Secretary of Justice | **S/VALERIE CONCEPCIÓN CINTRÓN**<br>**Valerie Concepción Cintrón**<br>U.S.D.C. NO. 303002<br>Federal Litigation Division |
| **WANDYMAR BURGOS VARGAS**<br>Deputy Secretary in Charge of<br>Litigation Department of Justice | Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |
| **SUSANA PEÑAGARÍCANO BROWN**<br>Director of Federal Litigation<br>and Bankruptcy Division | |