UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | Case No. 12-2039 (GAG) |

## MOTION FOR RECONSIDERATION

**COME NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, and respectfully allege and pray as follows:

**1.** On October 12, 2018 the PRPB filed a *Joint Motion For Order Approving The Parties' Agreement To Extend Timeframes For Certain Activities In The Commonwealth's Action Plans* (Motion for extension of time), together with an exhibit to be considered by this Honorable Court. By omission, the exhibit was filed in its original Spanish language version. (*See* Docket No. 978).

**2.** Given that the L.Cv.R.P. 5(g) requires that all documents not in the English language, which are presented to or filed in this Court, must be accompanied at the time of presentation or filing by a certified translation into English, the Honorable Court denied without prejudice our Motion for extension of time thorough the *Order* issued today, October 15, 2018. (*See* Docket No. 979).

**3.** To that extent, in order to comply with the requirements stated in L.Cv.R.P. 5(g) and with the purpose of correcting said omission, we have filed today a *Motion For Leave To File Spanish Language Document And Extension To File The English Translation*. (*See* Docket No. 981).

**4.** In virtue of the foregoing, we respectfully request this Honorable Court to reconsider its ruling at Docket No. 979, denying without prejudice PRPB's Motion for extension of time (Docket No. 978).

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and reconsider its ruling at Docket 979 on PRPB's Motion for extension of time (Docket No. 978) in light of the *Motion For Leave To File Spanish Language Document And Extension To File The English Translation* (Docket No. 981) that has been filed on this day.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, October 15, 2018

| | |
|---|---|
| **WANDA VAZQUEZ GARCED**<br>Secretary of Justice | **S/VALERIE CONCEPCIÓN CINTRÓN**<br>**Valerie Concepción Cintrón**<br>U.S.D.C. NO. 303002 |
| **WANDYMAR BURGOS VARGAS**<br>Deputy in Charge of<br>General Litigation | Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192 |
| **SUSANA PEÑAGARICANO BROWN**<br>Director Federal Litigation and<br>Bankruptcy | Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |