**Schedule for Arecibo Town Hall Meeting**

| Time | Name | Association | Topic |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Mr. Alfredo Castellanos, Esq. | TCA | Brief introduction. Rules and procedure |
| 7:04 p.m. – 7:07 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 7:08 p.m. – 7:11 p.m. | Mr. Joel Torres Ortiz, Esq. | PRDJ | Brief introduction |
| 7:12 p.m. – 7:15 p.m. | Mr. Arnaldo Claudio | TCA | Brief introduction |
| 7:16 p.m. – 7:19 p.m. | Ms. Lucila Hernández | Community Interaction Council | Concerns regarding Police community interaction |
| 7:21 p.m. – 7:24 p.m. | Mr. Angel De Castro Sánchez | Faith Organizations | Concerns of the religious sector with the Police Reform |
| 7:26 p.m. – 7:29 p.m. | Hon. Carlos Molina | Mayor of Arecibo | |
| 7:31 p.m. – 7:34 p.m. | Ms. Mary Delcy Gómez Rosario, | Immigrant Community | Performance of the police department according to the Police Reform |
| 7:36 p.m. – 7:39 p.m. | Ms. Susana Chacón Ríos | Mental Health Field | Concerns of the mental health professionals |
| 7:41 p.m. – 7:44 p.m. | Ms. Martha R. Batista De Rojas | Academic Sector | Concerns of the academic sector regarding the Police Reform |
| 7:46 p.m. – 7:49 p.m. | Mr. Armando Lagarreta | Health Industry | Concerns of the health industry professionals regarding the Police Reform |
| 7:51 p.m. – 7:54 p.m. | Mr. Giovanni Robles Rivera | College Student | |

| | | | |
|---|---|---|---|
| 7:56 p.m. – 7:59 p.m. | Mr. José Vega, Esq. | Private Citizen | Concerns regarding lack of police agents and personnel |
| 8:01 p.m. – 8:04 p.m. | Ms. Hilda Vega Vélez | Crime Victims | Concerns of the Arecibo crime victims |
| 8:06 p.m. – 8:09 p.m. | Ms. Rosa L. Feliciano Bithorn | Elderly Community | Concerns of the elderly community in regards to Police assistance |
| 8:11 p.m. – 8:14 p.m. | Reserved for Potential Guest Speaker | Arecibo merchants | |
| 8:16 p.m. – 8:19 p.m. | Reserved for Potential Guest Speaker | Arecibo housing projects | |
| 8:21 p.m. – 8:24 p.m. | Reserved for Potential Guest Speaker | LGBTTQP Community | |
| 8:26 p.m. – 8:29 p.m. | Reserved for Potential Guest Speaker | | |
| 8:31 p.m. – 8:34 p.m. | Reserved for Potential Guest Speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for Potential Guest Speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for Potential Guest Speaker | | |
| 8:46 p.m. – 8:49 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 8:50 p.m. – 8:53 p.m. | Joel Torres Ortiz, Esq. | PRDJ | Closing remarks |
| 8:54 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | TCA | Closing remarks |

| 9:00 p.m. | Alfredo Castellanos, Esq. | TCA | Closing remarks |