IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO et al,

Defendants.

CIVIL NO. 12-2039(GAG)

## AMENDED SUPPLEMENTAL ORDER REGARDING DOCKET 980

The Court appreciates the efforts of the Commonwealth jointly with USDOJ and Monitor regarding discussions of a public-private partnership to operate the Police Academy. Notwithstanding, it is imperative that a new Academy class commences on the target date of February 2019, stated by the Court during the last status conference. Total enrollment is not as important as the start and fluidity of the new class. The last graduating class composed mainly of PRPB officers concluded in 2015. The new Academy class provides integrity and overall efficiency to the PRPB , as furthermore safety and welfare to the United States citizens and other residents of Puerto Rico. The elected branches of Puerto Rico and its Fiscal Board are urged to discuss and reach consensus as to this matter , as well as all other fiscal matters pertaining to the Agreement and Reform Process, hence avoiding further proceedings before the Court, which is very conscious of the current economic state.

SO ORDERED.

In San Juan, Puerto Rico this 19th day of October, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge