## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | Case No. 12-2039 (GAG) |

### MOTION IN COMPLIANCE WITH ORDER AT DOCKET 984

**COMES NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, and respectfully allege and pray as follows:

**1.** On October 16, 2018 this Honorable Court issued an *Order* granting our *Motion for leave to file Spanish language documents* and stating the date of November 1st, 2018 as the final deadline to file the translation of the exhibit included in the *Joint Motion for extension of time,* filed on October 12, 2018 (See Docket 978). Such exhibit consists of a Memorandum requesting extensions for incomplete action activities.

**2.** Therefore, in compliance with L.Cv.R.P. 5(g) and the aforementioned *Order*, defendants file for the consideration of this Honorable Court the translated version of the said Memorandum.

**3.** In virtue of the foregoing, we respectfully request this Honorable Court to deem defendants in compliance with the *Order* at Docket and accept the translated version of the Memorandum requesting extensions for incomplete action activities.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and find defendants in compliance with this Honorable's Court *Order* at Docket 984.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this November 1st, 2018

**WANDA VAZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy in Charge of
General Litigation

**SUSANA PEÑAGARICANO BROWN**
Director Federal Litigation and
Bankruptcy

**S/VALERIE CONCEPCIÓN CINTRÓN**
**Valerie Concepción Cintrón**
U.S.D.C. NO. 303002
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 459-2799
vconcepcion@justicia.pr.gov