

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF PUBLIC SAFETY
Puerto Rico Police Department

**Héctor M. Pesquera**
Secretary

**Henry Escalera Rivera**
Commissioner

**OS-4-OR-1-477**

# APPLICATION FOR EXTENSION TO COMPLETE ACTION PLAN ITEMS

| | Action Item | Action and Page Nos. | New Deadline | Rationale and/or Additional Information |
|---|---|---|---|---|
| | Professional Development Plan | | | |
| 1. | Paragraph 13 Develop Work Plan | 1.3, page 21 | Submit Work Plan on Sept. 28, 2018 | OGP [Management and Budget Office] approved V2A Company contract on Aug. 6, 2018. See report **OS-4-OR-1-439** |
| | Use of Force Plan | | | |
| 2. | Develop training on mobilization, use of specialized weapons, and crowd control. | 1.8, 1.9, 1.10, and 1.11, pages 40 and 41 | Submit training materials on Mar. 4, 2019 | Affects items: 1.1 (h, i, j, and k) pages 46 and 47. See report SAEA-1-2-176, from Jul. 23, 2018 |
| 3. | Train 50% of MNPRR [sic, Members of the Puerto Rico Police Department] in basic Crisis Intervention course. | 1.4, page 51 | Training will begin for 50% on Apr. 16, 2018, to complete 100% by Sep. 16, 2019 | Affects items: 1.5, page 50 1.6 page 51 *Docket 775 |
| | Equal Protection and Non-Discrimination Plan | | | |
| 4. | Multithemed Training Program for MNPPR. | 1.1.11, page 84 | Submit training material on Jan. 7, 2019 | Affects item: 1.2.3, page 86 (employee training). This multithemed training will include REA-624 and the OG 626 training (1.1.6, page 82). It will also be evaluated to include items 2.3.5 and 2.3.7, page 248 |

 

| | | | | |
|---|---|---|---|---|
| | Recruitment, Selection, and Appointment Plan | | | |
| 5. | The SAEA [Auxiliary Superintendency of Education and Training] will develop a multithemed training for personnel working in the recruitment process phase. | 1.1, page 100 | 6 months after the policy is signed | Affects items:<br>1.1, page 100<br>1.1, page 101<br>1.2, page 102<br>1.3, page 103<br>2.1, page 105 |
| | Training Plan | | | |
| 6. | Develop educational materials for the following courses:<br>a. Radio Communications and Computerized Systems<br>b. Computer-Aided Dispatch<br>c. Evidence Management<br>d. Incident Reporting Manual | 1.1 J, page 178 | Submit training materials in March 2019 | Affects implementation items.<br><br>Reporting Manual...<br>**TCA-OR-422-02-07-18**<br>* Docket 775 |
| | Supervision and Management Plan | | | |
| 7. | The SAEA will create a multithemed training for NPPR supervisory personnel, taking into consideration the roles that go with each rank. | 1.3, pages 194-196 | Training will begin on Mar. 30, 2019 | |
| 8. | The SAEA will create a course to train all personnel assigned to the Inspection Division of the SARP [Auxiliary Superintendency of Professional Responsibility] on the Procedure Manual for Operational and Administrative Inspections. | 3.1, page 198 | Curriculum to be submitted 4 months after policy is signed. | |
| 9. | The SAEA will train 50% on the MNPPR Performance Evaluation System. | 1.5, page 201 | Training will begin 6 months after policy is signed | The NPPR will activate paragraph 113.<br>Affects items:<br>1.2 page 209 |
| 10. | The SAEA will train 100% of personnel assigned to the SARP Inspection Division on the Inspection Manual. | 1.10, pages 205, 206 | 100% compliance by relevant personnel by Jun. 30, 2019 | |

Case 3:12-cv-02039-FAB   Document 993-1   Filed 11/01/18   Page 3 of 5
Page 3
Application for Extension to Complete Action Plan Items

| | | | | |
|---|---|---|---|---|
| 11. | Monitor that the ratio between front line supervisors and MNPPR always allows for direct and effective supervision. | 1.4, page 213 | Tracking of the monitoring will begin in Aug. 2019 | Initial monitoring must begin upon completion of the Work Plan in paragraph 13. |
| | **Administrative Complaints, Internal Investigations, and Discipline Plan** | | | |
| 12. | Begin digitizing the physical records of employees with administrative complaints. | 1.3 page 233 | Oct. 2019 | * Docket 775 |
| 13. | Train 50% of SARP and OAL [Office of Legal Affairs] personnel on receipt, classification, and handling of administrative complaints. | 1.2, page 224 | 100% compliance by relevant personnel by Jul 1, 2019 | |
| 14. | The SAEA will retrain employees identified as having performance issues that can be corrected through retraining. | 2.2, page 237 | Curriculum to be submitted on Jan. 14, 2019 for development of training on Mar. 1, 2019. | |
| 15. | Monitoring or verifying that administrative investigations are completed within a 90-day period. | 1.1.e page 240 | Days from Sept. 15, 2017 to Jan. 8, 2018 are not counted. In the area of Humacao it is extended to Mar. 1, 2018. | * Docket 775 |
| | **Information Systems and Technology Plan** | | | |
| 16. | Develop a training on the use and management of portable recording devices for MNPPR. | 1.3 page 277 | 6 months after the policy is signed | Affects item: 1.7, page 302 |
| 17. | Train 50% of Communications Division personnel how to manage, configure and troubleshoot radio communications equipment. | 1.4 page 282 | Training for the 50% will begin in Apr 2019 | * Docket 775 |
| 18. | Train 50% of Technology Division personnel how to manage and troubleshoot computerized systems. | 1.5 page 283 | Training for the 50% will begin in Apr 2019 | * Docket 775 |

| | | | | |
|---|---|---|---|---|
| 19. | Train 50% of personnel on the CIW use and management manual. | 1.6 page 284 | Training for the 50% will begin in Apr 2019 | * Docket 775 |
| 20. | Train personnel on the use and management of the National Crime Information Center (NCIC) information system and the Integrated Criminal Registry (RCI, Spanish acronym) information system | 1.7, pages 285 | Training for the 50% will begin in Apr 2019 | Affects items: 1.8, page 285 1.9, page 286 * Docket 775 |
| 21. | Train personnel on the use and management of the crime map application | 1.10, page 286 | Training for the 50% will begin in Apr 2019 | Affects items: 1.11, page 287 1.12, page 287 * Docket 775 |
| 22. | Develop and implement Computer-Aided Dispatch (CAD) | 1.2 page 290 | Oct 2019 | * Docket 775 |
| 23. | Develop and implement an information system to collect, store, and distribute information on the activation and mobilization of Specialized Tactical Units. | 1.2.1 page 292 | Oct 2019 | * Docket 775 |
| 24. | Develop and implement an information system to collect information related to arrests and searches. | 1.2.2 page 293 | Oct 2019 | * Docket 775 |
| 25. | Update and/or incorporate the forms required for incident data collection. | 1.2.3 page 294 | Oct 2019 | * Docket 775 |
| 26. | Develop and implement an information system for keeping records of trainings and retrainings. | 1.3 page 295 | Oct 2019 | * Docket 775 |
| 27. | Develop and implement an employee Performance Review system. | 1.3.1 page 297 | Oct 2019 | * Docket 775 |

| | | | | |
|---|---|---|---|---|
| 28. | Develop and implement a system for keeping records of curriculums, teaching plans, etc. | 1.4 page 298 | Oct 2019 | * Docket 775 |
| 29. | Develop and implement a system for the digital recording and storage of Command Center and Radio Control communications. | 1.6 page 300 | Oct 2019 | * Docket 775 |
| 30. | Develop and implement a system for the digital recording and storage of captured videos. | 1.7 page 302 | Oct 2019 | * Docket 775 |
| 31. | Develop a system for digitizing the physical records of employees with administrative complaints. | 1.9.3 page 308 | Oct 2019 | * Docket 775 |
| 32. | Develop and implement the virtual library on the Portal. | 1.10 page 309 | Jun 2019 | Affects items: 6.1 page 120 |
| 33. | Develop and implement a process within the virtual library for people to submit comments on the policies and procedures of the NPPR. | 1.11 page 310 | Jun 2019 | * Docket 775 |

Attached documents: OS-l-OR-4-439, (August 8, 2018)

_____  [hw: August 27], 2018
**Henry Escalera Rivera**
Commissioner

---

**CERTIFICATE OF TRANSLATION INTO ENGLISH**

I, Laura M. Hardy, of legal age, single, a resident of Guaynabo, P.R., a professional interpreter/translator, certified by the Administrative Office of the United States Courts, do HEREBY CERTIFY that I have personally reviewed the foregoing document and that it is a true and accurate translation to the best of my knowledge and abilities.

In San Juan, Puerto Rico, today, November 1, 2018.

Laura M. Hardy
ATABEX TRANSLATION SPECIALISTS, Inc.
P.O. Box 195044, San Juan, PR 00919-5044