# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    CASE NO. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

## INFORMATIVE MOTION REGARDING FINAL SCHEDULE FOR GUAYAMA TOWN HALL MEETING

As previously informed, the Town Hall Meeting for the Municipality of Guayama will take place on Thursday, November 8, 2018, at *Centro de Servicios Múltiples in Barrio Olimpo* in Guayama, at 7:00 p.m. (See Docket No. 889).

As per the directives of the court, the above-mentioned Town Hall Meeting shall have a duration of approximately two (2) hours, which will the be distributed by the undersigned between the guest speakers, the Parties and the Federal Monitor Mr. Arnaldo Claudio. The court expects the proceedings to be over by 9:00 pm so that all guests can drive home safely.

As of today's date, the Federal Monitor's Office, through the undersigned, has received confirmation that the following guest speakers will participate in the above-mentioned Town Hall Meeting[1]:

---

[1] The undersigned is currently waiting for the scheduled guest speakers to provide information on the topic of their presentations.

1

**Civil No. 12-2039 (GAG)**

1. Mr. Luis Julia Díaz, Esq.;

2. Ms. Marie Valentín Cora;

3. Mr. Héctor Acevedo Umpierre;

4. Mr. Angel Ramos González;

5. Mr. Hiram Mercado Pérez;

6. Ms. Lizette Plaud Huertas;

7. Ms. Celenia Negrón Nieves;

8. Ms. Ruth Reyes Ramos;

9. Mr. William Martínez Gomez; and

10. Dr. Jorge Jimenez Rivera.

**Please note, that all scheduled guest speakers shall have an allotted time of approximately two and a half (2 ½) minutes for their presentations**. The undersigned will grant an additional thirty (30) seconds to each speaker that so requests, if warranted. After each presentation, the parties and the Federal Monitor shall have two (2) minutes to answer any question or address any concern that may arise from the guest speaker's presentation. If the Federal Monitor or the parties cannot address any question or concern within the aforementioned two (2) minute time frame, the undersigned will impart directives so that the matter can be addressed either at the end of the hearing or at a later time so that the same does not delay the proceedings. The above-mentioned schedule will be adhered to with rigor. Due to time constraints and to ensure a proper exchange of ideas, the undersigned intends to only grant additional time to the parties, the Federal Monitor and the guest speakers at his sole discretion and for just cause, if the court delegates such authority to the undersigned. Furthermore, the undersigned will properly alert all speakers when they have thirty (30) seconds remaining in their

presentation, and if the court so delegates, the undersigned may terminate any presentation that unreasonably exceeds the allotted period to speak. Any guest speakers that have participated in previous Town Hall Meetings shall have one (1) minute to supplement their last presentation or to add any further information on the matter. Please note that the court will issue the minutes of the proceedings, which will contain the most important aspects of the speaker's presentation.

The undersigned informs the court that it should expect that the parties, the Federal Monitor and all participants will adhere to the specific time table that we are attaching to the present motion as Exhibit #1. Also, the undersigned will exert all reasonable efforts to accommodate any unannounced person interested in participating in the above-mentioned Meeting within the time frame allotted for said event. In the unforeseen event that an interested person is not able to speak at the Town Hall Meeting, the undersigned will refer said citizen or intended speaker's concern(s) and/or statement(s) to the Federal Monitor and/or the parties for proper attention. Moreover, when warranted, any unannounced speaker that due to time constraints is not capable of speaking during the Town Hall Meeting, will be given a future opportunity, if solicited, in one of the upcoming Town Hall Meetings scheduled to take place during the remainder of the year [2].

Furthermore, the undersigned informs the court that all technical and production matters have been adequately addressed in regards to the venue of the upcoming Town Hall Meeting. Also, further information in regards to the participants, their contact information and presentation topic will be furnished to the undersigned by members of the Puerto Rico Police Bureau as soon as the above information is furnished to them. The undersigned has also warned participants that the allotted time will be enforced by the undersigned at all times during the course of the hearing.

---

[2] The parties are encouraged to interview and/or speak directly to any member of the general public after the meeting is held.

**Civil No. 12-2039 (GAG)**

Lastly, the undersigned informs the court that he has alerted all participants as to the directives that have been issued in the captioned case regarding the conduct that the court expects from all participants during the celebration of the Town Hall Meetings (see Docket No. 815). Once the court notes and approves the present motion, the undersigned will notify each of the above-mentioned guest speakers as to the any new order entry that may be issued by the court with a copy of the present motion. The undersigned will reiterate the above and rules of the Town Hall Meeting prior to the commencement of the same.

WHEREFORE, the undersigned, as counsel in charge of the Town Hall Meetings on behalf of the Federal Monitor, respectfully requests that the court takes notice of the above for all relevant purposes, approve the proposed agenda for the Guayama Town Hall Meeting and issue the corresponding directives, including if necessary, any express delegated authority that the court may deem warranted to ensure a productive and orderly Town Hall Meeting.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this November 2, 2018.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**Civil No. 12-2039 (GAG)**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com