**Schedule for Guayama Town Hall Meeting**

| Time | Name | Association | Topic |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Mr. Alfredo Castellanos, Esq. | Federal Monitor's Office | Brief introduction. Rules and procedure |
| 7:04 p.m. – 7:07 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 7:08 p.m. – 7:11 p.m. | Mr. Joel Torres Ortiz, Esq. | PRDJ | Brief introduction |
| 7:12 p.m. – 7:15 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Brief introduction |
| 7:16 p.m. – 7:19 p.m. | Mr. Luis Julia Díaz, Esq | | |
| 7:21 p.m. – 7:24 p.m. | Ms. Marie Valentín Cora | | |
| 7:26 p.m. – 7:29 p.m. | Mr. Héctor Acevedo Umpierre | | |
| 7:31 p.m. – 7:34 p.m. | Mr. Angel Ramos González | | |
| 7:36 p.m. – 7:39 p.m. | Mr. Hiram Mercado Pérez | | |
| 7:41 p.m. – 7:44 p.m. | Ms. Lizette Plaud Huertas | | |
| 7:46 p.m. – 7:49 p.m. | Ms. Celenia Negrón Nieves | | |
| 7:51 p.m. – 7:54 p.m. | Ms. Ruth Reyes Ramos | | |
| 7:56 p.m. – 7:59 p.m. | Mr. William Martínez Gomez | | |
| 8:01 p.m. – 8:04 p.m. | Dr. Jorge Jimenez Rivera | | |

| | | | |
|---|---|---|---|
| 8:06 p.m. – 8:09 p.m. | Reserved for Potential Guest Speaker | | |
| 8:11 p.m. – 8:14 p.m. | Reserved for Potential Guest Speaker | | |
| 8:16 p.m. – 8:19 p.m. | Reserved for Potential Guest Speaker | | |
| 8:21 p.m. – 8:24 p.m. | Reserved for Potential Guest Speaker | | |
| 8:26 p.m. – 8:29 p.m. | Reserved for Potential Guest Speaker | | |
| 8:31 p.m. – 8:34 p.m. | Reserved for Potential Guest Speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for Potential Guest Speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for Potential Guest Speaker | | |
| 8:46 p.m. – 8:49 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 8:50 p.m. – 8:53 p.m. | Joel Torres Ortiz, Esq. | PRDJ | Closing remarks |
| 8:54 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | Federal Monitor's Office | Closing remarks |
| 9:00 p.m. | Alfredo Castellanos, Esq. | Federal Monitor's Office | Closing remarks |