# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER/2018
# CONSULTORES NAVEDO LLC

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (Monitor Team) during the month of **October/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the receipt of the policies corresponding to the month of October/2018, review, creating electronic file, creating distribution list, writing emails for sending policies to members of the Monitor Team, TCA and Dr. Marcos Soler. Given the number of documents received (and not organized), we had to proceed with the creation of a table to organize and corroborate with the PRPB that we actually received the documents that were supposed to be received. Work on the review of the policies to approved by the Monitor. Participation in the two (2) conference calls for the presentation and revision of the monitoring methodology by all the Parties. Work on the development of the first monitoring agenda for the month of October/2018 for the Monitor Team & the Office of the Police Reform with the TCA Arnaldo Claudio. (20.0 hrs) | N/A | X | 1-7 / October | |
| -Work session for the follow-up to the policies' revision with Att. Antonio Bazán; sending policy reviews to the PRPD; drafting electronic mails and calls for the | N/A | X | 8-14 / October | |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| follow-up of outstanding issues; reading, revision and analysis of documents (Agreement, policies and other related documents) in preparation for the first SARP monitoring work session. (12.0 hrs) | | | | |
| -Work session to continue the follow-up to the policies' revision with Att. Antonio Bazán; sending policy reviews to the PRPD; continue the reading, revision and analysis of documents (Agreement, policies and other related documents) in preparation for the first SARP monitoring work session; works for the revision and updating of the annexes (compliance tables of the Action Plans) of the TCA Six Month Report. (18.0 hrs) | N/A | X | 15-21 / October | |
| TCA CORE TEAM WEEK | N/A | X | 22 / October | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 23 / October | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 24 / October | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 25 / October | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 26 / October | $1,300.00 |
| -Work session for the review of the following policies: (a) Incident Dissemination Manual of the PRPB; (b) Bill for the Amendment of the Controlled Substances Act in the Public Sector; (c) General Order 100-111: Reform Office; follow up of the revision of the policies and sending reviews to the PRPD; start working on the development of the activities for the month of November / 2018 with the Monitor Arnaldo Claudio. (15.0 hrs.) | N/A | X | 27-31 / October | |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE MONITOR TEAM WEEK: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | $9,100.00 |
| TOTAL HOURS WORKED "PRO BONO": 47.67 HOURS | | | | |

INVOICE PRESENTED BY:

_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
October 31, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: __H/G__, 2018

3

Rafael E. Ruiz
53 Adams St., Apt 1
Boston MA 02122

INVOICE # 2018-10
DATE: October 31,2018

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

For Service: October 1-31, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation of Agenda for PR Visit | 2 hours | $150/hr. | $300.00 |
| Monday, Oct. 22, 2018: Meeting at Federal Monitor's Office; Policy Discussion at PRPB HQ | I Day | $1,300/day | $1,300.00 |
| Tuesday, Oct 23, 2018: Site visits to San Juan CIC and Drug Unit | 1 Day | $1,300/day | $1,300.00 |
| Wednesday, Oct. 24, 2018: Site Visits to Bayamon CIC and Drug Unit | 1 Day | $1,300/day | $1,300.00 |
| Thursday, Oct. 25, 2018: Site Visits to District of Cataño and Precinct of Juan Domingo | 1 Day | $1,300/day | $1,300.00 |
| Friday, Oct. 26, 2018: Meeting with PRPB, USDOJ at PRPB HQ | 1-2 Day | $1,300/day | $650.00 |

Oct. 1- 31, 2018: Review and preparing reports for the
Following PRPB policies (WORK FROM HOME):

| | | | |
|---|---|---|---|
| GO 100-xxx (107?) | 4 hrs. | | |
| GO 600-612 | 4 hrs. | | |
| GO 100-119 | 4 hrs. | | |
| Auto Theft Unit Manual | 6 hrs. | | |
| Review of | | | |
| GO 100-133 | 1-1/2 hrs. | | |
| GO 400-410 | 1 hr. | | |
| GO 400-411 | 1 hr. | | |
| GO 400-412 | 1 hr. | | |
| GO Negotiator No # | 1-1/2 hrs. | | |
| GO 100-106 | 1 hr. | | |
| Licenses/Permits Manual | 1-1/2 hrs. | | |
| TOTAL HOURS WORKED | | | |
| FROM HOME | 26-1/2 HRS. | | |
| | TOTAL HOURS BILLED | 19.67 HRS | $150/hr. | $2,950.00 |

**TOTAL BILLED**                                              $9,100.00

*Rafael E. Ruiz* (signature)                                Date: October 31, 2018
Rafael E. Ruiz

OK  *[initials]*  11/6/2018

# INVOICE FOR PROFESSIONAL SERVICES: OCTOBER 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) **from September 27 through October 31** is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: work on methodology, review documents from the Parties regarding roadmap and work plan, review documents from other jurisdictions, correspondence and calls with TCA and TCA team (20.0 billable hours) | X | N/A | Thursday through Sunday, September 27 through September 30, 2018 | (20 @ $150 = $3,000) |
| Work from New York City: Review memo and tables, work with TCA and the Parties, conference calls (6.0 billable hours) | X | N/A | Monday through Tuesday, October 1-2, 2018 | (6 @ $150 = $900) |
| Work from New York City: final edits and changes to methodology and work plan, correspondence with TCA and Parties (7.0 billable hours)

[No work on October 6 through 8] | X | N/A | Thursday through-Friday, October 4-5, 2018 | (7 @ $150 = $1050) |
| Work from New York City: Work on May | N/A | X | Saturday | (12 @ |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| 1st Report and Six-Month Report, Methodology follow and implementation design (12.0 hours) | | | through Sunday, October 13-14, 2018 | $150 = $1,800) |
| Work from New York City: Drafting Eight Six-Month report (14.0 billable hours) | X | N/A | Saturday through Sunday, October 20-21, 2018 | (14 @ $150 = $2,100) |
| Work from Puerto Rico: see agenda + review of policies + data analysis of crime and victimization in PR (3 days, 24 hours) | X | N/A | Thursday + Saturday through Sunday, October 25-27, 2018 | (3 @ $1,300 = $3,900) |
| Work from New York City: work on implementation of methodology and design of data collection (4.0 billable hours) | X | N/A | Sunday, October 28, 2018 | (4@ $150 = $600) |

|  |  |
|---|---|
| TOTAL HOURS WORKED: 79.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 days, 24 HOURS) | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (63 HOURS @ $150): | $9,450 |
| TOTAL TO BE BILLED: | $13,350 |

INVOICE PRESENTED BY:

_____ *Marcos Soler* _____

2

MARCOS F. SOLER
TCA Core Team
October 31, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: ___11___/_6_/___, 2018.

3

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 053
FOR PROFESSIONAL SERVICES RENDERED OCTOBER 2018

| | |
|---|---|
| Monday, October 22, 2018 | TCA Office re: meetings |
| | PRPB Headquarters re: meetings |
| Tuesday, October 23, 2018 | Site Visit SWAT |
| | Site Visit DOT |
| Wednesday, October 24, 2018 | Site Visit Santurce Police precinct |
| | Site Visit San Juan Police Precinct |
| Thursday, October 25, 2018 | Site Visit FIU |
| | Site Visit SARP |
| Friday, October 26, 2018 | TCA Office re: meetings |

,

**4 1/2 DAYS (DAY RATE $1,300) = $5850.00**

October  1-31   Reviewed PRPB's Academy curriculum for the recertification of members in
the use of force related policy 1.5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's General Order, "Body Camera", Chapter 400, Section
411 2 hrs.
Prepared comments on the above. 2 hrs.
Reviewed PRPB's General Order "Audio Recording of Statements by

Complainants and Witnesses by Supervisors" Chapter 400, Section 412 2hrs.
Prepared comment on the above 1.5 hrs.
Reviewed PRPB's General Order "Negotiators of the Puerto Rico Police
Bureau" 2hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's General Order "Motorized Division" 2hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPB's Manual "Use of Early Intervention System" (EIS) 2 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's General Order "Record of Administrative Complaints in
The Early Warning System" 2.5hrs.
Prepared comments on the above 2 hrs.
Submitted Site Visits re: October/2018 2 hrs.
Reviewed PRPB's General Order "Assistant Superintendent of Field
Operations" Chapter 100, Section 106 2.5 hrs.
Prepared comments on the above. 2hrs.
Reviewed PRPB's General Order "Crisis Intervention Team of the Puerto
Rico Police Bureau", Chapter 600, Section 628 2hrs.
Reviewed PRPB's Operations Manual "Intervention in Crisis" 2.5 hrs.
Prepared comments on the above. 2hrs.
Reviewed PRPB's General Order "Management and Crowd Control"
Chapter 600, Section 628 2. hrs.
Prepared comments on the above 2.5 hrs.
Reviewed PRPB's General Order Chapter 100-135 Confidential
Affairs 1.5 hrs.
Reviewed Manual for Background Investigation for Recruits 1hr.

**TOTAL HOURS:  46 HOURS    0 MINUTES.**

**BILLABLE HOURS    21 HOURS    40 MINUTES AT RATE OF**

**$150 PER HOUR = $3,250.00**

**PRO BONO  24 HOURS    20 MINUTES**

**TOTAL: $9,100**

OK    11/6/2018    John J Romero

Alan C. Youngs
5552 W. Lakeridge Road
Lakewood, CO 80227

October 31, 2018

Office of the Technical Compliance Advisor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED OCTOBER 2018

| | |
|---|---|
| Monday, October 22, 2018 | TCA Office re: meetings<br>PRPB Headquarters re: meetings, DOJ and Reform Unit |
| Tuesday, October 23, 2018 | Site Visit SWAT<br>Site Visit DOT |
| Wednesday, October 24, 2018 | Site Visit Santurce Police precinct<br>Site Visit San Juan Police Precinct |
| Thursday, October 25, 2018 | Site Visit FIU<br>Site Visit SARP |
| Friday, October 26, 2018 | TCA Office re: meetings |

**4 1/2 DAYS (DAY RATE $1,300) = $5850.00**

October 1 -31

Reviewed PRPB's Academy curriculum for the recertification of members in the use of force related policy      1 hour
Prepared comments on the above      1 hour

Reviewed PRPB's General Order, "Body Camera", Chapter 400, Section 411      3 hours
Prepared comments on the above.      2 hours

Reviewed PRPB's General Order "Audio Recording of Statements by
Complainants and Witnesses by Supervisors" Chapter 400, Section 412     1 hour.
Prepared comment on the above                                           1 hour.

Reviewed PRPB's General Order "Negotiators of the Puerto Rico Police Bureau"
                                                                        1 hour
Prepared comments on the above                                          1 hour

Reviewed PRPB's General Order "Motorized Division"                      1 hour
Prepared comments on the above                                          1 hour

Reviewed PRPB's Manual "Use of Early Intervention System" (EIS)         2 hours
Prepared comments on the above                                          2 hours

Reviewed PRPB's General Order "Record of Administrative Complaints in The
Early Warning System"                                                   2 hours
Prepared comments on the above                                          1 hour

Submitted Site Visits re: October/2018                                  2 hours

Reviewed PRPB's General Order "Assistant Superintendent of Field Operations"
Chapter 100, Section 106                                                2 hours
Prepared comments on the above.                                         1 hour

Reviewed PRPB's General Order "Crisis Intervention Team of the Puerto Rico
Police Bureau", Chapter 600, Section 628                                2 hours

Reviewed PRPB's Operations Manual "Intervention in Crisis"              2 hours
Prepared comments on the above.                                         2 hours

Reviewed PRPB's General Order "Management and Crowd Control" Chapter
600, Section 628                                                        1 hour
Prepared comments on the above                                          1 hour

Reviewed PRPB's General Order Chapter 100-135 Confidential Affairs      1 hour

Reviewed Manual for Background Investigation for Recruits               1 hour

**TOTAL HOURS:  35 HOURS     0 MINUTES.**

**BILLABLE HOURS     21 HOURS     40 MINUTES AT RATE OF $150 PER
HOUR = $3,250.00**

**PRO BONO   13 HOURS     20 MINUTES**

**TOTAL: $9,100**                        o|5        11/6/2018

# INVOICE 0043 FOR PROFESSIONAL SERVICES; OCT 1-OCT 28, 2018
## RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:  **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of October 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 1.75 | | 2275.00 |
| Communictions - telcons and emails to/from CT, PRPB, USDOJ, regarding Action Plans, GO's, manuals, policy coordination, Kronos, budgets | 4.25 | | | 637.50 |
| Monitoring Methodology comms and coordination with US DoJ, PR DoJ and PRPB | 3.25 | | | 487.50 |
| Monitoring Methodology - prepare, tracking format, on site interview agenda, questions, review all materials. | 13.50 | | | 2025.00 |
| Prepare Agenda Recommendations, communicate wth CT, TCA, PRPD, DOJ, coordinate on-site actions,Review past action items and trip reports | 7.25 | | | 1087.50 |
| GO 400-408; Translate, revew, analysis, provide recommendation | 4.50 | | | 675.00 |
| GO 400-409; Translate, review, analysis, provide recommendation | 3.25 | | | 487.50 |
| Academy Syllabus (403, 406) translate and review | 3.25 | | | 487.50 |
| GO 400-410 (EIS) and Manual , Translate, Review, Analyze, comment | 2.25 | | | 337.50 |
| Review Draft of Commonwealth of PR recovery Plan | 0.75 | | | 112.50 |
| SAEA Training comm's, translate, review, provide recommendations | 1.25 | | | 187.50 |
| Prepare site visit Checklist, map  to the Decree | 2.25 | | | 337.50 |

| | | | | |
|---|---|---|---|---|
| Synchronize and finalize  status and review of Action Items, provide PRPD as part of baselining | 1.75 | | | 262.50 |
| Punch List - Update, synchronize with extension request and Decree | 3.75 | | | 562.50 |
| | | | | |
| Total hours US | 51.25 | | total expense | 9962.50 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | | $2,275 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 51.25 | $7,688 |
| TOTAL EXPENSE | | | | $9,963 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | | | 5.75 | -862.50 |
| | | | FEE | $9,100 |

INVOICE PRESENTED BY:
____//Signed//_____          o|s    ℓℓ    11/6/2018
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is
TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

2



**INVOICE**

CASTELLANOS GROUP
P.S.C.

INVOICE NUMBER:  89
INVOICE DATE:  OCTOBER 29, 2018

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| OCT-01-18 | Police Reform- Puerto Rico | Review of Minutes of Bayamón Town Hall Meeting; communication with Sergeant Rodríguez Luciano from Arecibo | 1.25 | $125.00 | $156.25 |
| OCT-02-18 | Police Reform- Puerto Rico | Review of several communications from TCA Claudio | 0.50 | $125.00 | $62.50 |
| OCT-03-18 | Police Reform- Puerto Rico | Several communications regarding upcoming Town Hall Meetings; review of proposal, comm. with Guzman and info. To be included in Town Hall Meetings | 2.50 | $125.00 | $312.50 |
| OCT-05-18 | Police Reform- Puerto Rico | Review of several Court Orders; communications with the Court in Compliance with standard TCA requirements | 1.50 | $125.00 | $187.50 |
| OCT-08-18 | Police Reform- Puerto Rico | Review of Motion to Withdraw | 0.25 | $125.00 | $31.25 |
| OCT-09-18 | Police Reform- Puerto Rico | Communications and document exchange with agent Samuel Rivera regarding the Bayamón Town Hall Meeting; review of Order; communications regarding upcoming Town Hall Meetings in Arecibo and Guayama | 2.00 | $125.00 | $250.00 |
| OCT-10-18 | Police Reform- Puerto Rico | Review of information sent by TCA Claudio re: Draft of Report May 1 incident; review of several Motions | 2.00 | $125.00 | $250.00 |
| OCT-12-18 | Police Reform- Puerto Rico | Conference call with Javier Gonzalez; several communications regarding coordination of Arecibo Town Hall; review of Joint Motion; work on Town Hall Meetings Coordination | 2.50 | $125.00 | $312.50 |
| OCT-15-18 | Police Reform- Puerto Rico | Several conference calls regarding coordination of upcoming Arecibo Town Hall Meeting; review and discussions of proposed guest speaker list for the Arecibo Town Hall Meeting; review of Motion for Reconsideration and Motion for Leave to File and in Compliance | 4.50 | $125.00 | $562.50 |

INVOICE NUMBER: 89

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-16-18 | Police Reform-Puerto Rico | Review of comm. from Linda Navedo, re: "Agenda de Trabajo"; review of Order; conference call and exchange of communications with "venue" re: Town Hall Meeting in Arecibo | 1.00 | $125.00 | $125.00 |
| OCT-19-18 | Police Reform-Puerto Rico | Commmunications regarding Arecibo Town Hall coordination related matters; Review of Order and Supplemental Order, Motion(Saucedo); | 3.00 | $125.00 | $375.00 |
| OCT-22-18 | Police Reform-Puerto Rico | Review of comm. from Mr. Guzmán, comm. with Mr. Javier González; comm. with Pujols, re: Town Hall Meeting (Arecibo); preparation of Informative Motion and time table for Arecibo Town Hall meeting; distribution of communications and notices ofincludying relevant information for guest speakers of the upcoming Town Hall Meeting (Court Oders, Directives and Schedule of Participants) | 7.00 | $125.00 | $875.00 |
| OCT-23-18 | Police Reform-Puerto Rico | Communications with Javier González, re: upcoming Arecibo Town Hall Meeting and Guayama Town Hall; several communications regarding Arecibo Town Hall Meeting coordiantion | 3.00 | $125.00 | $375.00 |
| OCT-24-18 | Police Reform-Puerto Rico | Participation in radio interview re: Guayama Town Hall Meeting; preparation for Town Hall Meeting in Arecibo and details coordination; celebration of Town Hall Meeting in Arecibo; review of comm. from Saucedo and TCA Claudio;, re: May 1 | 9.00 | $125.00 | $1,125.00 |
| OCT-25-18 | Police Reform-Puerto Rico | Meeting with the Court in Compliance with standard TCA requirements | 2.50 | $125.00 | $312.50 |
| OCT-27-18 | Police Reform-Puerto Rico | Communications with Javier Gonzalez; re: Guayama Town Hall; several conference calls, re: Guayama Town Hall Meeting coordination | 2.00 | $125.00 | $250.00 |
| | | Total hours for this invoice | 44.50 | | |
| | | Total amount of this invoice | | | $5,562.50 |

ok   [signature]   11/6/2018

*Federico Hernández Denton*
Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH – I Ofic.1201
Hato Rey, Puerto Rico 00918
Tel. (787) 751-8000

October 31, 2018.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

Invoice for Professional Services

| TCA | | |
|---|---|---|
| Date | Description | Hours |
| 10-01-2018 | Meeting at Office of TCA. | 1 |
| 10-01-2018 | Reading of Methodology Plan of TCA and USDOJ response and recommendations. | 2.5 |
| 10-02-2018 | Methodology conference call. | 1 |
| 10-04-2018 | Reading of changes circulated to Methodology Plan after conference call. | 1.5 |
| 10-05-2018 | Reading of final draft of monitoring Methodology. | 2 |
| 10-09-2018 | Preparation of recommendation to Assessment Report and calls to office of Court Administration requesting update of arrestee's report. | 1 |
| 10-10-2018 | Reading of Bazán's report to TCA regarding protest. | 1 |
| 10-15-2018 | Reading and analysis of Assessment Report of TCA. | 3 |
| 10-22-2018 | Review of General Orders and Protocols proposed by BPRP | 5 |
| 10-23-2018 | Review preparation of changes recommended to Glossary of police concepts and the Protocol of Garrity Warnings to members of NPPR. | 3 |
| 10-23-2018 | Preparation of memorandum of TCA with comments about the General Rule to register hours worked by the members of PRPB | 1 |
| 10-24-2018 | Review and preparation of recommendations to protocol of | 2.5 |

| | | | |
|---|---|---|---|
| | exchange of between The Judicial Branch and the PRPB. | | |
| | | **TOTAL BILLED HOURS:** | **24.5** |
| | | **TOTAL:** | **$3,062.50** |

_____

Federico Hernández Denton, Esq.
F.hernandezdenton@gmail.com

011    11/6/2018

# Antonio R. Bazán
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, *00918*
*Telephone* Nos.  (787) 764-7684 (Office)
(787) 772-3572 (fax)

October 29, 2018.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-10**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of October 2018:

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---------|---------|--------------------------------------------------------|
| 9/27/2018 | **5.75 Hrs.**  11:00 to 11:15 am and 3:30 to 9:00pm | Filing of two motions with attached methodology. Work on May 1, 2018 Assessment by Jose Pujol, hereinafter "Assessment" |
| 9/28/2018 | **3.75Hrs.**  9:30 to 9:45 am and 10:30 am to 1:00 pm, 3:00 to 4:00 pm,6:00 to 7:00 pm. | Recertification of Use of Force Curriculum (J. Romero) and work on May 1, 2018 Assessment. |
| 9/30/2018 | **4.00 Hrs.** 6:30 to 9:30 pm and 11:30 to 12:30 pm.  E-Mail sent on 10/01 2018. | Work on May 1, 2018 Assessment. |
| 10/04/2018 | **0.00 Hrs.** | Conference Call on Methodology |
| 10/08/2018 | **4.00 Hrs.** 1:00 to 4:00 pm and 5:00 to 6:00 pm | Final review of Legal Assessment on May 1, 2018 incident and review of Transfers Assessment MOI (Serrano) |
| 10/09/2018 | **1.75 Hrs.** 5:00 to 6:45 pm | Review of Transfers Assessment MOI (Sgt. Alicea) |
| 10/10/2018 | **2.25 Hrs.** 12:15 to 1:00 and 1:00 to 2:30 pm. | Review of Document by Federal Monitor and Transfers Assessment MOI (Lt. Serrano) |
| 10/11/2018 | **2.00Hrs.** 11:00 am to 12:00 N and 1:30 to 2:30 pm | Assessment MOIs (Omar Angulo Diaz and Ivan Clemente Maldonado) |
| 10/12/2018 | **3.00 Hrs.**  11:00 am to 12:10 pm 2:00 to 2:30 pm & 5:30 to 7:00 pm | Assessment MOI (Commander Kuilan) Review of GO 600, section 625 and Assessment MOI (Glen Gonzalez) |
| 10/14/2018 | **1.75 Hrs.** 9:00 to 10:45 pm | Assessment MOI (Daniel Martinez) |
| 10/15/2019 | **4.00 Hrs.** 9:30 to 11:30 am and 2:00 to 4:00 pm | Meeting at TCA Office with Parties and Dr. Blanco Peck and afternoon meeting with Sub Secretary of Justice, USDOJ on Police Academy and the Ana G. Mendez Proposal.  Police Academy Class of 2019 |
| 10/16/2018 | **6.00 Hrs.** 8:00 to 10:30 am & 5:30 to 9:00 pm | Meeting with Col. Bermudez & Commissioner Escalera at PRPB and Assessment MOI (Sgt, Jose Santana Cruz) |
| 10/17/2018 | **2.00 Hrs.** 3:00 to 5:00 pm | Assessment MOI (Inspector Hugo Cancel) |
| 10/18/2018 | **0.75 Hr.** 11:00 to 11:15 am and 9:00 to 9:30 pm | Legal advice on document of Federal Monitor & Assessment MOI (Anna Vega Santiago. |

| 10/19/2018 | **3.25 Hrs.**  4:30 to 7:45 pm | Review and Legal Advice on MOU DJPR & PRPB, GO Chapert 600-628, GO Persons in Crisis and Crisis Intervention Team,GO 400-407(EIS),GO 100-133, GO 400-416,GO 400-411, GO 400-412,GO 100-110 |
| 10/22/2018 | **2.50 Hrs.** 9:00 to 10:00 am, 1:00 to 1:30 pm  & 2:00 to 3:00 pm | Week Agenda Meeting (am), MOU DOJPR and Glossary of Police Terms |
| 10/23/2018 | **3.00 Hrs.** 9:00 to 11:00 am,11:00 am to 12:00 Noon | Meeting on Personnel & Resources Plan, Discussion of Policies on incidents involving sexual offenses and sexual offenses committed by PRPN Personnel |
| 10/24/2018 | **7.50 Hrs.** 9:00 to 10:30 am 11:00 to 12:00 N and 1:00 to 6:00 pm | Budget Meeting at PRPB and Review and Legal Advice on 8th. SAR message of Federal Monitor |
| 10/25/2018 | **3.25 Hrs.** 9:00 am to 12:15 pm. | Meeting with parties at TCA Corp. Office, Paragraph 253 and Meeting with Ms. Natalie Jaresko from the Fiscal Control Board |
| 10/29/2018 | **60.50 Total Hours Billed** | 60.50 x $125.00=$7,562.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

**Note:  This Invoice contains hours worked after September 26, 2018, which were not included on the Invoice of that same date.**

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

José L. Pujol
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice # 2018-09

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 09/26/2018 | 5 Hrs. | 09:00 am – 12:00 pm / 02:00 pm – 03:30 pm / 07:15 pm – 07:45 pm — Transfers' Assessment (reviewing documents and preparing chart), May 1st Assessment (Update Assessment Rep.) |
| 09/27/2018 | 3.5 Hrs. | 09:00 am – 12:30 pm — May 1st Assessment (Update Assessment Rep.) |
| 09/28/2018 | 8.5 Hrs. | 10:00 am – 01:00 pm — Bayamon Town Hall Meeting report / 06:30 pm – 08:00 pm — Bayamon Town Hall Meeting report and May 1st Assessment (Update Assessment Rep.) |
| 10/01/2018 | 6.5 Hrs. | 09:30 am – 03:30 pm (0.5 hr. lunch) / 06:00 pm – 06:30 pm — Transfers' Assessment (reviewing documents and preparing MOI), May 1st Assessment (Update Assessment Rep.) |
| 10/02/2018 | 7 Hrs. | 09:00 am – 04:30 pm (0.5 hr. lunch) — Transfers' Assessment (Interviews) and conference call Methodology |
| 10/03/2018 | 7 Hrs. | 09:45 am – 04:15 pm (0.5 hr. lunch) — Prepare requests to PRPB. Review documents and write Memorandum of Interview ('Transfers' Assessment) |
| 10/04/2018 | 5.5 Hrs. | 10:00 am – 04:00 pm (0.5 hr. lunch) — Review documents and write Memorandums of Interview ('Transfers' Assessment) |
| 10/05/2018 | 4 Hrs. | 10:15 am – 12:45 pm / 01:45 pm – 03:15 pm — Interview ('Transfers' Assessment) Review of proposed Section 625 |
| 10/08/2018 | 2 Hrs. | 10:30 am – 11:30 am / 04:20 pm – 05:20 pm — Transfers' chart Reviewing Legal Assessment May 1st |
| 10/09/2018 | 6 Hrs. | 09:00 am – 03:30 pm (0.5 hr. lunch) — Transfers' Assessment (Interview, MOI and review of documents) |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

| Date | Hours | Description | Total hrs. billed |
|---|---|---|---|
| 10/10/2018 | 5.5 Hrs. | 09:15 am – 03:15 pm (0.5 hr. lunch) Transfers' Assessment (Interview, MOIs) | |
| 10/11/2018 | 5 Hrs. | 09:00 am – 02:30 pm (0.5 hr. lunch) May 1, 2018 Assessment Report Transfers' Assessment (Interviews, MOIs) | |
| 10/12/2018 | 5 Hrs. | 09:00 am – 02:00 pm FAA training at FURA's offices | |
| 10/14/2018 | 2.5 Hrs. | 09:20 am – 11:50 am Transfers' Assessment (MOIs) and working on preparation of presentation of May 1, 2018 Assessment Report. | |
| 10/15/2018 | 4.5 Hrs. | 08:30 am – 10:00 am 10:00 am - 12:00 pm 01:00 pm - 02:00 pm Transfers' Assessment (MOIs) a Working on preparation of presentation of May 1, 2018 Assessment Report. | |
| 10/16/2018 | 5.5 Hrs. | 07:30 am – 02:00 pm (1 hr. lunch) Meeting PRPB HQ, May 1 Assessment Transfer Assessment. | |
| 10/17/2018 | 4 Hrs. | 03:30 pm – 02:00 pm (0.5 hr. lunch) Interview, MOI, and preparing report related to Transfer Assessment. | |
| 10/18/2018 | 5.5 Hrs. | 09:30 am – 03:30 pm (0.5 hr. lunch) Interviews and preparing MOIs related to Transfer Assessment. | |
| 10/19/2018 | 1.5 Hrs. | 10:00 am – 11:30 am MOIs related to Transfer Assessment. | |
| 10/22/2018 | 6 Hrs. | 08:45 am – 03:15 pm (0.5 hr. lunch) Meeting with TCA Core Team Working on Transfer Assessment. | |
| 10/23/2018 | 6 Hrs. | 09:00 am – 03:30 pm (0.5 hr. lunch) Working on Transfer Assessment and its Assessment Report. | |
| 10/24/2018 | 8 Hrs. | 09:30 am – 03:30 pm (1.5 hrs. lunch) Transfers' (Interviews CIC in Carolina, and Sabana Hoyos Precinct, Arecibo) | |
| 10/25/2018 | 6 Hrs. | 09:00 am – 03:30 pm 07:00 pm - 10:30 pm Town Hall Arecibo and trip back | |
| 10/26/2018 | 6.5 Hrs. | 08:45 am – 03:45 am (0.5 hr. lunch) May 1, 2018 Assessment Report Transfer Assessment. | |
| | 126.5 hrs. | Total hrs. billed | 126.5 hrs. x $50.00 = $6,325.00 |

José L. Pujol

Date

**Invoice October 30, 2018:** <u>$1,275.00</u>

The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

      Services for participation in all the required meetings related to the compliance phases of the Police Reform requested by the Office of the Federal Monitor of the Puerto Rico's Police Department Reform. The price honorariums per hour are $75.00.

      Thus, $375.00 for 5 hours (October 15, 2018 from 10:00 am to 12:00 & from 2:00 pm to 5:00 pm.

      Therefore, $900.00 for 2 hours (Meeting: October 22, 2018 from 9:30 am to 11:30 am) and (Plus, ten hours analyzing possible quantitative or qualitative designs to verify compliance with each Paragraph of the Agreement).

      A total of 17 hours at $75.00 per hour = <u>$1,275.00</u>

I look forward to maintaining communication with you,

Sincerely yours,

*Richard Blanco Peck*

Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).



From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2018-10 (OCTOBER 2018)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| OCTOBER 1 to OCTOBER 30, 2018 | | |
| 10/19/18 | 2.5Hrs. (9:30am - 12:00pm) | Meeting in Arecibo Police Offices |
| 10/24/18 | 9.5 Hrs. (12:30pm - 10:00pm) | Town Hall Arecibo. |
| 10/27/18 | 3.0 Hrs. (9:30am - 12:30 pm) | Meeting in Guayama Police Offices. |
| | Total: 15 Hrs. | |



**THE & GROUP**
Ideas & Networking
for Business Success

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: <u>Javier B González</u>

DATE: OCTOBER 30, 2018

TO: <u>Mr. Eric Guzmán</u>

| HOURS BILLED: | 15 Hrs |
| AMOUNT PER HOUR: | $75.00 |
| TOTAL: | $1,125.00 |
| SOUND SYSTEM: | |
| Arecibo | $350.00 |
| | |
| TOTAL: | $1,475.00 |

Las Ramblas, 71 Calle Montjuic, Guaynabo, PR 00969
Theandgroup@hotmail.com

# INVOICE

## Rafael A. Rodriguez

DATE: 10/26/18

INVOICE #: 1003

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

### Transportation

| DESCRIPTION | | | $900.00 |
| --- | --- | --- | --- |
| Professional Transportation Services during the period of 10/22/2018 to 10/26/2018 | | | |
| Includes the following: | | | |
| Transportation from airport to hotels | | | |
| Transportation to the municipalities | | | |
| Transportation to the TCA headquarters | | | |
| Hato Rey, San Juan PR | | | |
| This transportation is exclusive for the TCA Core Team | | | |

| TOTAL | | | $900.00 |
| --- | --- | --- | --- |

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com

CK *[signature]* 11/6/2018

*Rafael*

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 2332
10/26/18 19:00:40

Numero de Cuenta:        AC 03579521
Cantidad de Pago:     $      30.00
Metodo de Pago:            Efectivo
Balance:              $      29.75

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Toa Baja, Carril 1
Cajero: 932
10/22/18 18:

Numero de Cuenta:        AC 03451155
Cantidad de Pago:     $      40.00
Metodo de Pago:            Efectivo
Balance:              $      39.55

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9269
10/18/18 18:30:35

Numero de Cuenta:        AC 03579521
Cantidad de Pago:     $      40.00
Metodo de Pago:            Efectivo
Balance:              $      43.25

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 4538

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

SR. _____
FECHA 9 - Oct 20 18
DIRECCION _____
TAB. NÚM. _____
CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____  TOTAL 20 00

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 4506

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

SR. _____
FECHA _____ 20 __
DIRECCION _____
TAB. NÚM. _____
CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____  TOTAL 20

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 3988

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

SR. _____
FECHA 19 - Oct 20 18
DIRECCION _____
TAB. NÚM. _____
CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 10 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____  TOTAL 20 00

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 3982

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

SR. _____
FECHA 21 - Oct 20 18
DIRECCION _____
TAB. NÚM. _____
CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____  TOTAL 20

```
            BIENVENIDO A
           GULF LA ROCA

Item            qty          amount

Prepay CA#04                  40.00
                           ----------
              Sub Total       40.00
                ESTATAL        0.00
              MUNICIPAL        0.00
                  Total       40.00
              009626510  $    40.00
              GRACIAS
           VUELVA PRONTO
 RFG# 0001 CSH# 008 DR# 01  TRAN# 14809
 10/26/18  19:27:21            ST# GULF1
```

*Rafael*

## Ecomaxx Roosevelt

Fecha: 10/25/2018 9 44 AM
Cajero: Abdel
Trans No. 304927
Batch No. 1452
Cnt   UPC/PLU   Descripción

Subtotal:           $20.00

Total:              $20.00
Cash:               $20.00

Cambio:             $0.00

FORD GAS
2nd  ave   Juan Rosado
Arecibo, PR
787-878-7516

**sales receipt**

Trans No. 318403
Date   10/24/2016       Time  6 40 54 PM
Cashier  JOSHI           Register #   1

Qty   Description              Amount
      GASOLINA                $20.00

               Sub Total      $20.00
               Total          $20.00

               Cash Tendered  $20.00
               Change Due     $0.00

*318403*
Thank you for shopping
FORD GAS
We hope you'll come back soon!

## Ecomaxx Roosevelt

Fecha: 10/25/2018 2.35 PM
Cajero: Leonardo
Trans No. 305056
Batch No. 1453
Cnt   UPC/PLU   Descripción

Subtotal:           $30.00

Total:              $30.00
Debit:              $30.00

Cambio:             $0.00

**sales receipt**

Transaction No.
Date  10/24/2018
Cashier

Qty     Description          Amount
        GASOLINA

                 Sub Total
                 Total

                 Cash Tendered
                 Change Due

Thank you for shopping
FORD GAS
We hope you'll come back soon!

FORD GAS

# Ecomaxx Roosevelt

Fecha 10/22/2018 1:01 PM
Cajero: Abdel
Trans No 303596
Batch No 1442
Cnt  UPC/PLU   Descripción

Subtotal.          $40.00

Total              $40.00
Cash               $40.00

Cambio:            $0.00

---

TO GO STORES
PR#80
COOOBBXXXXXXXX PS
GURABO

**PREPAID RECEIPT**

Description          Qty       Amount

PREPAY CA #01                   10.00

Subtotal            10.00
Tax                 0.00
**TOTAL**           **10.00**
Cash 1              10.00

GRACIAS.
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 30/762
CSH: 12            10/22/18 07:45:03

---

BIENVENIDO A
GULF LA ROCA

Descr.               qty         amount

Prepay CA#02                     10.00
                     -----------
Sub Total            10.00
ESTATAL              0.00
MUNINIPAL            0.00
Total                10.00
009626510  $         10.00
GRACIAS
VUELVA PRONTO
DEC# 0001 CSH# 008 DR# 01  TRAN# 18820
10/22/18  19:26:24          ST# GULFi

---

*Rafael*

# Ecomaxx Roosevelt

Fecha 10/24/2018 8 41 54 AM
Cajero: Abdel
Trans No. 304423
Batch No. 1448
Cnt  UPC/PLU   Descripción

Calidexd Prepago to

Subtotal          $20.00

Total             $20.00
Pagado:           $20.00
Cambio.           $0.00
Thank you for your business

WELCOME TO
TOTAL  ARECIBO

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#02 | | 40.00 |

Sub Total       40.00
ESTATAL         0.00
MUNI            0.00
**TOTAL      40.00**
CASH  $     40.00

THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 18195
10/20/18  06:07:36          ST# AB123

---

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#01 | | 20.00 |

Sub Total        20.00
ESTATAL          0.00
MUNICIPAL        0.00
Total            20.00
009626510  $     20.00

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01  TRAN# 17032
10/21/18  14:36:49          ST# GULF1

---

*Rafael*

AMERICAN GASOLINE
CAMPANILLA
787 794 3951

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#07 | | 20.00 |

Sub Total       20.00
MUN             0.00
ESI             0.00
**TOTAL      20.00**
CASH  $     20.00

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
REG# 0003 CSH# 008 DR# 01  TRAN# 31704
10/21/18  14:01:11          ST# AM005

---

*Rafael*

**Ecomaxx Roosevelt**

Fecha: 10/22/2018 1:14 PM
Cajero: Abdel
Trans No. 303604
Batch No. 1442
Cnt   UPC/PLU   Descripción

Subtotal:       $20.00

Total:          $20.00
Cash:           $20.00

Cambio:         $0.00

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#02 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| Total | | 40.00 |
| 009626510 | $ | 40.00 |

GRACIAS
VUELVA PRONTO

REG# 0001 CSH# 004 DR# 01   TRAN# 16862
10/14/18  08:58:31          ST# GULF1

---

## Shell Fajardo

Quebrada Vueltas  Carr 3 Km 47 8
Fajardo,PR 00738
7876552333
**Fecha: 10/17/2018 9:06 AM**
**Cajero: Aracelis**
**Trans No. 1747491**
**Batch No. 5569**
**Cnt   UPC/PLU   Descripción**

| Cantidad Prepagada | $20.00 |
|---|---|

| | |
|---|---|
| **Subtotal:** | **$20.00** |
| **Municipal:** | **$0.00** |
| **Estatal :** | **$0.00** |
| | |
| **Total:** | **$20.00** |
| **Pagado:** | **$20.00** |
| **Cambio: :** | **$0.00** |

Gracias por su patrocinio!

---

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #08 | | 40.00 |
| | | ---------- |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

GRACIAS,
Vuelva Pronto

ST# 00012  TILL XXXX DR# 1 TRAN# 1018810
CSH: 5              10/18/18 18:16:10

---

FABB PETROLEUM
787 290 4901

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#05 | | 50.00 |
| | | ---------- |
| Sub Total | | 50.00 |
| ESTATAL | | 0.00 |
| MUN | | 0.00 |
| **TOTAL** | | **50.00** |
| | CASH $ | 50.00 |

THANKS, COME AGAIN

REG# 0001 CSH# 005 DR# 05  TRAN# 12195
10/15/18  10:45:41          ST# AB123

```
         BIENVENIDO  A
        GULF  LA ROCA

 Desc.           qty          amount

 Prepay CR#02
                  -.           20.00
                             ----------
          Sub Total           20.00
            ESTATAL             0.00
          MUNINIPAL             0.00
              Total            20.00
          VISA-MC  $           20.00
            GRACIAS
         VUELVA PRONTO
 REG# 0001 CSH# 004 DR# 01   TRAN# 18174
 09/30/18  12:12:29             ST# GULFI
```

```
         BIENVENIDO  A
        GULF  LA ROCA

  Desc.           qty          amount

 Prepay CR#06
                               20.00
                             ----------
          Sub Total           20.00
            ESTATAL            0.00
          MUNINIPAL           0.00
              Total           20.00
          VISA-MC  $          20.00
            GRACIAS
         VUELVA PRONTO
 REG# 0001 CSH# 004 DR# 01   TRAN# 14935
 09/27/18  18:09:54             ST# GULFI
```

```
         BIENVENIDO  A
        GULF  LA ROCA

 Desc.           qty          amount

 Prepay CA#02
                               40.00
                             ----------
          Sub Total           40.00
            ESTATAL            0.00
          MUNINIPAL           0.00
              Total           40.00
          009626510  $        40.00
            GRACIAS
         VUELVA PRONTO
 REG# 0001 CSH# 005 DR# 01   TRAN# 10195
 10/09/18  12:54:19             ST# GULFI
```

```
         BIENVENIDO  A
        GULF  LA ROCA

  Desc.           qty          amount

 REG CA #04   12.544L         10.00
              @ 0.7977 L
          Prepay Fuel        -20.00
                             ----------
          Sub Total          -10.00
            ESTATAL            0.00
          MUNINIPAL            0.00
              Total          -10.00
          009626510  $        10.00
            GRACIAS
         VUELVA PRONTO
 REG# 0001 CSH# 005 DR# 01   TRAN# 14393
 10/12/18  11:45:13             ST# GULFI
```

TO GO STORES
GURABO
COOOOOOOOOOOO19
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1033057
CSH: 3                        10/17/18 16:39:02

---

BIENVENIDO A
GULF LA ROCA

| Descr. | Qty | amount |
|---|---|---|
| Prepay CA#06 | | 40.00 |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNINIPAL | | 0.00 |
| Total | | 40.00 |
| 009626510 $ | | 40.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01  TRAN# 10096
10/16/18  15:54:34          ST# GULF1

---

TO GO STORES
GURABO
COOOOOOOOOOOO19
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #06 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | 30.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1025147
CSH: 12                       10/12/18 17:44:37

Kennedy Tire Distributors

Ave. Roberto H Todd #1004
Santurce PR 00907

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/16/2018 | 6720 |

**PAID**
**10/16/2018**

**Bill To**

DETAIL

GARANTIA EN GOMA NUEVA 3 MESES.
GARANTIA EN GOMA USADA 15 DIAS.
ALINIAMIENTO 15 DIAS DE GARANTIA.
GARANTIA EN GOMAS CUBRE DESPERFECTO DE FABRICA.
NO CUBRE ROTURAS O CHICHONES EN LOS COSTADOS  AL
CORRER CON LA GOMA VACIA PIERDE LA GARANTIA.

| | Phone # | ATH MOVIL |
|---|---------|-----------|
| | 787-936-0388 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | 245-55-19 TRAVEL STAR | 110.00 | 110.00T |
| | Sales Tax | 11.50% | 12.65 |

| | | Total | |
|---|---|-------|---|
| | | | $122.65 |

Factura       10/04/18
Cuenta        769528798
Núm. Servicio  765-2209-978

π12-cv-2039 (GAG)-Fixed Expense Invoice
Enclosure I

Subject: Memorandum for Record-Work performed during the month of October.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

On October 8 the Federal Court approved the Methodology for the Monitoring period. Several meetings were held with different groups and stakeholders leaders to present them the aspects of the Monitoring Process Period of the Methodology.

The TCA and his Staff attended KRONOS, Reform Office Budget and policy discussion meetings. The TCA and TCA Deputy met it USDOJ, PRDOJ, Governor Representatives: Alfonso Orona, Esq., to discuss police Academy; met with PRPDB to discuss May 1 Assessment Report; assisted to LBGTTIQ activity: "Entendiendo La Comunidad LGBTTIQ"; assisted to a Mayaguez Municipality Police activity. As instructed by Honorable Judge Gelpí a meeting with the Financial Oversight & Management Board for Puerto Rico was held to discuss PRPB budget implementation.

In compliance with Court's Order Docket no. 762, in October 24 the TCA and his staff participated in the Public Hearing in Arecibo Municipality. On October 24, the TCA Office presented the Eight Six Month Report to the parties.

General Orders and Manuals were reviewed and discussed, including: General Order 100-106: Auxiliary Superintendent of Field Operations; General Order of Bureau of Investigations of Stolen Vehicles; Operational Manual of the Division of Stolen Vehicles; General Order of Negotiators of the Puerto Rico Police Bureau; General Order 100-135: Division of Confidential Affairs; Manual for Field Research from Candidate to Employment, Applicant for Licenses and Permits; General Order 400-411: Body Camera; Manual of Early Intervention System; General Order 400-410: Administrative Complaints Registry in the Early Intervention System; General Order 400-412: Audio Recordings for Supervisors; General Order 100-133: Motorized Division; General Order 600-628: Crisis Intervention Team of the Puerto Rico Police Bureau; Crisis Intervention Manual; General Order 400-408: Access Information System; General Order 600-625: Management and Control of Crowds; General Order 500-504: Recruitment Aspiring Agents; Strategic Recruitment Plan

During the Core Team week visit several site visits were made in order to assess PRPB's compliance with the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau: Police Academy, PRPB SWAT Unit, PRPB San Juan DOT, Drug Unit and the CIC of San Juan and Bayamon; site visit to District of Cataño and Juan Domingo; and site visits to the Precincts of San Juan and Santurce.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's November agenda was discussed.