# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

### MOTION SUBMITTING ASSESSMENT REPORT OF PRPD's RESPONSE TO DEMONSTRATIONS AND INCIDENTS OF MAY 1, 2018 (WORKER'S DAY) AND TWO ATTACHMENTS

TO THE HONORABLE COURT:

COMES NOW Arnaldo Claudio, the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico represented by the undersigned attorney and very respectfully informs and submits the following documents to this Honorable Court:

1. On May 4, 2018, this Honorable Court issued an Order (Docket 831) authorizing the assessment of the Puerto Rico Police Bureau response to the events that took place on May 1, 2018 (Worker's Day) and designated Mr. Jose L. Pujol to conduct an independent evaluation followed by a report.

2. The Order of the Court for the independent evaluation and report has been fully complied with. A Legal Assessment on several issues related to the aforesaid event is also included in this filing along with an attachment containing the interview data obtained by Mr. Jose Pujol. The names of all persons referenced in the Assessment, the interview data and the Legal Assessment will be filed in a sealed document (Identifier) for the use of this Honorable Court.

3.	As instructed by this Honorable Court, the Assessment, the Interview Data and the Legal Assessment were shared with the Parties and comments provided by them were considered prior to this filing.

**Wherefore** the Federal Monitor respectfully requests this motion be granted as requested and the Assessment Report of PRPB's Response to the May 1, 2018 (Worker's Day) along with the Interview Data and the Legal Assessment be approved by this Honorable Court.

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 7th. day of November, 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070