UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL<br>        Defendants | No. 12-cv-2039 (GAG) |

**FEDERAL MONITOR'S MOTION TO RESTRICT CONTENTS OF MOTION SUBMITTING LIST OF IDENTIFIERS FOR THE ASSESSMENT REPORT**

**TO THE HONORABLE COURT,**

Comes Now the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico, Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. On this same date the Federal Monitor, by and through the undersigned counsel filed a motion submitting the Assessment of the Puerto Rico Police Bureau Response to the events that took place on May 1, 2018 (Worker's Day) as ordered on May 4, 2018 by this Honorable Court (Docket 831), the Interview Data obtained and a Legal Assessment of several issues related to the aforesaid event. A subsequent motion submitting the Identifiers for the Assessment Report will be filed *ex-parte* on this same date for use by this Honorable Court.

2. That pursuant to the Order of this Honorable Court of July 21, 2017 (Docket 517), it is respectfully requested that the aforesaid motion be filed in restricted mode until further determination by the Court.

Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

1

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 7th. day of November, 2018.

                                                          <u>S/ Antonio R. Bazán</u>
                                                        Antonio R. Bazán González
                                                        U.S.D.C. No. 117007
                                                         Banco Cooperativo Plaza Bldg.
                                                         Suite 604-B, #623 Ponce de León Ave.
                                                         San Juan, Puerto Rico, 00918.
                                                         Tel. No. (787) 764-7684 & (787) 249-3070