IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO et al,

Defendants.

CIVIL NO. 12-2039(GAG)

## ORDER

This Court scheduled a hearing (Docket No. 973) to be held on December 6, 2018, at 2:00 p.m. in the Old San Juan Court House. The presence of the following personnel/government organizations is required at this hearing. Substitutions are not allowed except with prior court approval.

1. Mr. Alfonso Orona, Representing the Governor of Puerto Rico
2. Secretary of Justice, Commonwealth of Puerto Rico, or her designee
3. Mr. Henry Escalera, Commissioner Puerto Rico Police Bureau (PRPB)
4. Counsel Luis Saucedo, United States Department of Justice
5. Valerie Concepción Cintrón, Puerto Rico Department of Justice, Counsel to the PRPB
6. Col. Clementina Vega, Director of PRPB Reform Office
7. Col. (ret.) Arnaldo Claudio, Federal Monitor and staff
8. Representative of the Civilian Community, TBA
9. PRPB Psychology Office Director

The hearing will have a duration of approximately two and a half hours to be distributed between the Commonwealth of Puerto Rico Officials, the Representatives of the Parties, the Federal Police Monitor and staff and guest speakers. The above referenced personnel are expected to come prepared to make a presentation/discuss the following matters:

**Civil No. 12-2039 (GAG)**

1. Police Academy update; to commence on/or about February 19, 2019: (a) Status of Academy Infrastructure, (b) on-going recruitment efforts, (c) curriculum and (d) Academy staff requirements: Presenter PRPB (15 minutes)
2. Personnel/Resources Implementation Plan (Paragraph 13) update: (a) PRPB Manpower report as of 30 November 2018 (police officers/civilians), (b) status of redeployment of additional officers to the field, (c) update on unique employee program (empleado único), (d) Total resignations/retirements and other departures of Police Officers in 2018: Presenter PRPB (15 minutes)
3. KRONOS Project Manager update: Presenter PRPB (10 minutes)
4. PRPB Budget update: (a) Reform Budget, (b) Equitable Sharing Program, and Payment of Police Officers for past promotions and salary scales: Presenter PRPB (20 minutes)
5. May 1, 2018 Worker's Day Monitor's report: Presenter Federal Police Monitor's Office (Mr. Jose Pujol); PRPB and DOJ (30 minutes)
6. Transfers Evaluation: Presenter Federal Police Monitor's Office (Mr. Pujol/Attorney Antonio Bazan) (10 minutes)
7. Drugs and Narcotics re-organization/Polygraphs update: Presenter PRPB (10 minutes)
8. K9 update: Presenter PRPB (10 minutes)
9. Community leader's presentation: TBA (15 minutes)
10. PRPB Report on Paragraph 99 (implementation of measures to respond to reports of domestic violence and sexual assault involving PRPB officers, including disarming officers and assessing their fitness for duty). Presenter PRPB Psychology Office Director (10 minutes)

The Court reminds the parties that the PRDOJ and PRPB must provide an English language translator to all non-English speakers and presenters.

All written presentations must be submitted in advance to the Monitor on or before November 30, 2018, at noon. The Court will be familiar with the contents of the same, and thus, as in earlier hearings, will pose questions and expect answers, rather than have presentors read their statements.

**Civil No. 12-2039 (GAG)**

**SO ORDERED.**

In San Juan, Puerto Rico this 13th day of November, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
