UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>　　　　　　　　Defendants | No. 12-cv-2039 (GAG) |

**FEDERAL MONITOR'S MOTION TO RESTRICT CONTENTS OF
MOTION SUBMITTING THE TRANSFERS ASSESSMENT REPORT**

**TO THE HONORABLE COURT,**

　　Comes Now the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico, Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

　　1.　On this same date the Federal Monitor, by and through the undersigned counsel, intends to file a motion submitting the Transfer Assessment Report prepared by Mr. Jose L. Pujol. A subsequent motion submitting the List of Identifiers for the Assessment Report will be filed *ex-parte* on this same date for use by this Honorable Court.

　　2.　That pursuant to the Order of this Honorable Court of July 21, 2017 (Docket 567), it is respectfully requested that the aforesaid motion titled Motion Submitting the Transfers Assessment Report be filed in restricted mode until further determination by the Court.

　　Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

1

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 26th. day of November, 2018.

                                              S/ Antonio R. Bazán
                                              Antonio R. Bazán González
                                              U.S.D.C. No. 117007
                                              Banco Cooperativo Plaza Bldg.
                                              Suite 604-B, #623 Ponce de León Ave.
                                              San Juan, Puerto Rico, 00918.
                                              Tel. No. (787) 764-7684 & (787) 249-3070