# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff;<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>            Defendants. | No. 12-cv-2039 (GAG) |

## MOTION SUBMITTING TRANSFERS ASSESSMENT REPORT

TO THE HONORABLE COURT:

COMES NOW Arnaldo Claudio, the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico represented by the undersigned attorney and very respectfully informs and submits the following documents to this Honorable Court:

1. The Assessment Report of Recent Transactions of Transfer of Personnel of the Rank System of the Puerto Rico Police Bureau prepared by Mr. Jose Pujol in the form of an independent evaluation has been complied with.

2. The names of persons referenced in the Assessment will be filed in a sealed document (Identifier) for the use of this Honorable Court.

3. As instructed by this Honorable Court, the Assessment was shared with the Parties and comments provided by them were considered prior to this filing.

**Wherefore** the Federal Monitor respectfully requests this motion be granted as requested and the Assessment Report of Recent Transactions of Transfer of Personnel of the Rank System of the Puerto Rico Police Bureau be approved by this Honorable Court.

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 26th. day of November, 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070
