**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br><br>          v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>          Defendants | No. 12-cv-2039 (GAG) |

**FEDERAL MONITOR'S MOTION TO RESTRICT CONTENTS OF**
**MOTION SUBMITTING EIGHTH SIX MONTHS REPORT OF THE TCA**

**TO THE HONORABLE COURT:**

Comes Now the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico,

Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as

follows:

1.    On this same date the Federal Monitor, by and through the undersigned counsel,

intends to file a motion submitting the Eighth Six Months Report of the Technical Compliance

Advisor.

2.        That pursuant to the Order of this Honorable Court of July 21, 2017 (Docket 567),

it is respectfully requested that the aforesaid motion titled Motion Submitting the Eighth Six

Months Report of the Technical Compliance Advisor (TCA) be filed in restricted mode until

further determination by the Court.

Wherefore, in view of the above stated reasons, it is respectfully requested that this

motion be granted as requested.

1

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 26th. day of November, 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
 Banco Cooperativo Plaza Bldg.
 Suite 604-B, #623 Ponce de León Ave.
 San Juan, Puerto Rico, 00918.
 Tel. No. (787) 764-7684 & (787) 249-3070
