# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>  Defendants. | No. 12-cv-2039 (GAG) |

## MOTION SUBMITTING THE EIGHTH SIX MONTHS REPORT OF THE TECHNICAL COMPLIANCE ADVISOR

TO THE HONORABLE COURT:

COMES NOW Arnaldo Claudio, the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico represented by the undersigned attorney and very respectfully informs and submits the following document to this Honorable Court:

1. The Federal Monitor to the Sustainable Reform of the Puerto Rico Police Bureau hereby submits the Eighth Six Months Report in compliance with the mandates of the Agreement.

2. As instructed by this Honorable Court, the Six Months Report was shared with the Parties and comments provided by them were considered prior to this filing.

3. The aforesaid Eighth Six Months Report is hereby filed in restricted form until further disposition by this Honorable Court.

**Wherefore** the Federal Monitor respectfully requests this motion be granted as requested and the Eighth Six Months Report be approved by this Honorable Court.

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 26th. day of November, 2018.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070
