**Acuerdo de Colaboración entre el Negociado de la Policía de Puerto Rico y El Sistema Universitario Ana G. Méndez (SUAGM)**

El presente acuerdo tiene como propósito implementar un proyecto piloto para una academia de policía utilizando el **Grado Asociado en Seguridad Pública**, ofrecido por las universidades del Sistema Universitario Ana G. Méndez (Universidad del Turabo, Universidad Metropolitana y Universidad del Este).

El Negociado de la Policía se encuentra bajo la regulación establecida en el *Acuerdo Para la Reforma Sustentable de la Policía de Puerto Rico* (No. 3:12-cv-2039 (GAG)), mejor conocida como *La Reforma*.

Basado en lo establecido en el Acuerdo, el progreso realizado hasta ahora por el Negociado de la Policía, y la necesidad inmediata de reclutamiento, el Honorable Juez Gustavo Gelpi, quien preside sobre es caso de la Reforma, emitió una orden el pasado viernes 19 de octubre a los efectos de que se de inicio a una academia de policías de nuevo ingreso para el 19 de febrero de 2019.

El principal impedimento para que el Negociado de la Policía reclute oficiales nuevos y les ofrezca la preparación profesional necesaria es fiscal. Actualmente el Negociado no cuenta con recursos fiscales para habilitar las instalaciones físicas de la academia (que requieren mejoras significativas luego del impacto del huracán María en septiembre del 2017), ni para cubrir los gastos de salarios, alimentación, uniformes y equipos de los cadetes que requiere reclutar.

Dado que el Negociado de la Policía de Puerto Rico debe tomar acciones para cumplir con la orden del Honorable Juez Gustavo Gelpi, del 19 de octubre de 2017, dado que los recursos fiscales con que cuenta son limitados, dado que el Secretario del Departamento de Seguridad Pública tiene la autoridad dada por ley (ley 20 de 2017, artículo 2.07) para establecer mediante reglamento los requisitos de ingreso de nuevos oficiales al Negociado de Policía, el Sistema Universitario Ana G. Méndez **propone**:

Que el secretario del Departamento de Seguridad Pública establezca, mediante reglamento, y como **proyecto piloto por un año**, que todas las personas interesadas en ingresar como policías al Negociado de la Policía de Puerto Rico completen las 900 horas de adiestramiento previo al servicio (según requerido en el Acuerdo para la Reforma, punto 119) a través del *Grado Asociado en Seguridad Pública*, de las Universidades del Sistema Universitario Ana G. Méndez (SUAGM), y sean contratadas por el Negociado luego de cumplir con dicho adiestramiento y con todos los requisitos adicionales establecidos por el Secretario.

***Admisiones continuas, con seis grupos en el año***: El SUAGM inicia cursos dos veces por cada semestre, incluyendo verano, por lo que esta alternativa de adiestramiento le permitiría al Negociado de la Policía dar inicio a una clase de nuevos policías en enero de 2019, y mantener admisiones continuas con posibilidad de nuevos grupos en marzo, junio, julio, agosto y octubre de 2019, para un total de seis (6) grupos (academias) en el año.

**Acuerdo de Colaboración entre el Negociado de la Policía de Puerto Rico y El Sistema Universitario Ana G. Méndez (SUAGM)**

***Acceso a interesados a través de toda la isla***: El SUAGM está en capacidad de dar inicio a grupos de estudiantes en cada una de las 14 localidades disponibles en el Puerto Rico en: Cupey, Gurabo, Carolina, Bayamón, Barceloneta, Jayuya, Aguadilla, Isabela, Ponce, Yabucoa, Cayey, Cabo Rojo, Santa Isabel y Yauco. Esto garantiza el acceso a todas las personas interesadas, indistintamente de su lugar de residencia.

***Cero costos para el Negociado***: Además de las admisiones continuas, el adiestramiento será libre de costo para el Negociado de la Policía ya que las 900 horas de adiestramiento previo al servicio se toman como parte de los cursos conducentes al grado asociado en Seguridad Pública. Al ser cursos parte de un programa subgraduado conducente a grado, los estudiantes elegibles pueden cubrir los costos de estudio con su Beca Pell. Aquellos estudiantes que no sean elegibles a Beca Pell pueden beneficiarse de prestamos estudiantiles y otras ayudas económicas, incluyendo becas institucionales. Por otra parte, para este proyecto piloto los nuevos policías serían contratados solamente luego de cumplir con la formación académica y los demás requisitos, por lo que el Negociado no incurrirá en gastos de alimentación, hospedaje, uniformes, equipo, o salarios.

***Acceso a verificación de los procesos académicos***: El SUAGM se compromete a dar libre acceso para la verificación de los procesos académicos al personal designado por el Departamento de Seguridad Pública, el Departamento de Justicia, el Negociado de la Policía de Puerto Rico, el Monitor Federal del Acuerdo para la Reforma Sustentable de la Policía y cualquier otro representante oficialmente designado del Gobierno Estatal o Federal.

**Aclaración**: este acuerdo para la implementación de un proyecto piloto es separado del proceso de evaluación de la propuesta no solicitada (APP) para establecer y administrar el *Centro de Capacitación y Desarrollo en Seguridad Pública*. El establecimiento de este acuerdo no afecta de ninguna forma el proceso regular de trámite de la Alianza Público Privada.

Dado en San Juan, Puerto Rico, el _____ del mes de _____ de 2018.

_____          _____
José F. Méndez Méndez                                    Héctor Pesquera
Presidente                                                         Secretario
Sistema Universitario Ana G. Méndez          Departamento de Seguridad Pública