**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>et. al.<br><br>Defendants. | **CIVIL NO. 12-2039 (GAG)(PG)** |

**INFORMATIVE MOTION REGARDING UNSEALED VERSION OF DOCKET 958**

**TO THE HONORABLE COURT:**

**COMES NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, who respectfully **ALLEGES** and **PRAYS** as follows:

**1.** A sealed copy of PRPB's Biannual Status Report (**Docket No. 958**) was filed on September 28, 2018.

**2.** However, paragraph 261 of the *Agreement for the Sustainable Reform of the Puerto Rico Police Bureau* (*Agreement*) states that the PRPB shall file sealed <u>and unsealed</u> versions of such status reports. To the present date, an unsealed version of such document has not been filed.

**3.** Therefore, in compliance with the aforementioned and there being no confidential information to redact, the PRPB respectfully submits with the present motion the unsealed version of PRPB's Biannual Status Report of September 28, 2018.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and accept the aforementioned unsealed version of version

of PRPB's Biannual Status Report of September 28, 2018, pursuant to paragraph 261 of the *Agreement.*

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record. It is also certified that the GPR has knowledge of the present motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on November 26, 2018.

| | |
|---|---|
| **WANDA VÁZQUEZ GARCED**<br>Secretary of Justice | <u>**S/VALERIE CONCEPCIÓN CINTRÓN**</u><br><u>**Valerie Concepción Cintrón**</u><br>U.S.D.C. NO. 303002<br>Federal Litigation Division |
| **WANDYMAR BURGOS VARGAS**<br>Deputy Secretary in Charge of<br>Litigation Department of Justice | Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |
| **SUSANA PEÑAGARÍCANO BROWN**<br>Director of Federal Litigation<br>and Bankruptcy Division | |