# Biannual Status Report
## Puerto Rico Police Bureau

September 24th, 2018

**HENRY ESCALERA RIVERA**
**Commissioner**

1

# TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | Introduction …………………………………………………………………………… | 1 |
| II. | Response of the Puerto Rico Police Bureau to Concerns Raised in the Previous Report of the Technical Compliance Advisor (TCA) ………………………………… | 2 |
| III. | Status Report ………………………………………………………………………... | 5 |
| | A. General Aspects …………………………………………………………………… | 5 |
| | B. Reform Office ……………………………………………………………....……… | 7 |
| | C. Compliance Areas ………………………………………………………………… | 11 |
| |     1. Action Plan: Professionalization ……………………………………………… | 11 |
| |     2. Action Plan: Use of Force ……………………………………………………… | 12 |
| |     3. Action Plan: Searches and Seizures …………………………………………… | 16 |
| |     4. Action Plan: Equal Protection and Non-Discrimination ……………………… | 16 |
| |     5. Action Plan: Policies and Procedures ………………………………………… | 20 |
| |     6. Action Plan: Training …………………………………………………………… | 24 |
| |     7. Action Plan: Supervision and Management …………………………………... | 31 |
| |     8. Action Plan: Civilian Complaints, Internal Investigations and Discipline ……. | 32 |
| |     9. Action Plan: Community Engagement and Public Information ……………… | 33 |
| |     10. Action Plan: Information Systems and Technology …………………………... | 35 |
| IV. | Conclusion ………………………………………………………………………….... | 41 |
| V. | Attachments …………………………………………………………………………… | 42 |

**BIANNUAL STATUS REPORT OF THE PUERTO RICO POLICE BUREAU**

I.    **Introduction.**

1.    Pursuant to paragraph 261 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter "Agreement"), beginning with the first biannual report of the Technical Compliance Advisor (hereinafter "TCA"), the Puerto Rico Police Bureau (hereinafter "PRPB") shall submit to the Court sealed and unsealed versions of a status report. In it, the PRPB will delineate the measures adopted during the review period to implement the Agreement, evaluate the progress status and respond to any concerns raised in previous reports filed by the TCA.

2.    As of today, this Agreement is the most ambitious one signed by the United States Department of Justice (hereinafter "DOJ") with a law and order entity. For this reason, four (4) years were established to optimize our law enforcement capabilities and subsequently move on to the compliance of each area to be improved. As established in paragraph 234 of the Agreement, the PRPB, through the Reform Office, was responsible for drafting the Action Plans that established the detailed steps that the Bureau is taking to implement each of the provisions of the Agreement in Sections III to the XIII during the first four (4) years of the capacity building period.

3.    This report shows the progress of compliance through the Action Plans approved by the Court and incorporated into the Agreement. Each compliance area to be reformed establishes and describes, if applicable, the following goals:

a.    Policy Objectives: They establish and schedule delivery dates to the TCA and the DOJ of the policies developed by the PRPB, such as: regulations, general orders, administrative orders, procedure manuals, collaboration agreements and draft bills, which must be drafted or revised to be compatible with the public policy of the Bureau and the Agreement.

b.    Training Design Objectives: As of the effective date of each policy, the term of six (6) months begins for the Auxiliary Superintendency in Education and Training (hereinafter "SAEA") to identify experts in the matter, whether internal or external, to design the training that will be remitted to the TCA for approval.

c.    Implementation Objectives: In this goal, we begin to observe the changes in the organizational processes and the progress of them. This objective is aimed at the training and professional development of the operational and administrative tasks of PRPB employees. This phase also incorporates programs, evaluation systems, technological methods, data collection, research evaluations, and identification of improper conduct, in addition to community outreach efforts, among others. In the implementation of the Action Plans, the PRPB established activities aimed at the development of different goals and programs, among them: data collection and reporting objectives, review and research objectives, and self-evaluation objectives. We point out that the latter is fundamental because it is where the Bureau will be able to measure progress and compliance with the various mechanisms adopted as part of the sustainability of the PRPB Reform.

1

4. In compliance with the provisions of paragraph 261 of the Agreement, the PRPB submits its biannual status report. This report includes the progress, obstacles and challenges encountered in the reform efforts of the PRPB in the period from January 1 to September 15, 2018. The statistical data are presented to the date of the period of July 31, 2018, except in areas where a different date is specified.

## II. Response of the Puerto Rico Police Bureau to Concerns Raised in the Previous Report of the Technical Compliance Advisor (TCA).

In the seventh biannual report (provisional) issued by the TCA, which includes the period from June 10 to December 9, 2017, the TCA informed the PRPB of some deficiencies identified during that period of time, in the Agreement implementation process, Action Plans activities, and the policies approved by the PRPB.

### 1. TCA concerns about a visit made to the Fajardo Police Area / Force Review Board (FRB).

The PRPB acknowledges the concerns raised by the TCA in its previous report related to the lack of a legal adviser in the Force Review Board (hereinafter "FRB") of the Fajardo Police Area, as required by General Order Chapter 500, Section 502, entitled "Review Boards of Incidents of Use of Force of the Police of Puerto Rico" (hereinafter "General Order 502"). TCA also pointed to the lack of a detailed database of the use of force incidents that have occurred in its geographical area, as well as the problem with incomplete and/or incorrect use of force incident reports that are received by the FRB for evaluation. According to the TCA, not having a legal advisor in property in the FRB, and having incomplete or incorrect information, made it difficult for the FRB and the Area Commander to make specific decisions in order to address specific problems.

For the PRPB, the proper functioning of the FRB and the possibility of having an effective and reliable collection system are fundamental aspects for an adequate implementation of the Agreement and the related policies. Based on the foregoing, on August 27, 2018, the Director of the Office of Legal Affairs of the PRPB appointed a lawyer as legal advisor to the FRB of the Fajardo Police Area. This way, the lack of a legal advisor for the FRB in said Area is resolved.

In relation to the incomplete and/or incorrect reports that arrive at the FRB for evaluation, it is reported that the recommendations to improve this matter were accepted and incorporated in the current revision of the General Order 502. There was consensus that the supervision scope and compliance with the processes contained in the policies should be strengthened. The revision of the same contemplates the term to complete the use of force incident report, as well as the procedure for correction and evaluation.

### 2. TCA Concerns Regarding the Operation and Training Related to the CAD System.

The TCA stressed the importance of offering the training related to the CAD system, as well as the proper operation of the same in order to extend it to other Zones of Excellence (hereinafter "ZOE's"), as programmed by the PRPB.

2

In the process of correcting and/or correcting the aforementioned, the PRPB took several corrective actions. Among these, we point out the training in the use of the CAD system. On March 8, 2017, then-Superintendent Michelle M. Hernández de Fraley reported that part of the process of implementing the complaint collection and resource dispatch (CAD) system required that all CAD-Mobile and RMS (GTE) that contained the digital forms be tested. It was indicated that the forms were required to be fully functional before training all police officers and putting the system into operation.

In turn, a list with the names of six (6) agents and their supervisors was requested, with skills in the use of computers, and in turn in each of the ZOE's. The selected personnel would be trained in the different functionalities of the CAD-Mobile and the digital forms such as the PPR-468, PPR-93, PPR-854, among others, with the purpose of validating the operation of the same. In this way, when the agents received the training on the system and its components, they could operate it without difficulty and in an efficient manner.

On March 14, 2018, Commissioner Henry Escalera Rivera reported that, in compliance with the provisions of Section IV of the Technology Action Plan, activity 1.2.3, the first twenty-five (25) forms had been digitized and were ready for use in the CAD-Mobile, GTE system. In addition, the manuals of forms PPR-93 and PPR-468 were included. The SAEA will be developing the syllabus to train PRPB personnel in the use of the application.

The main purpose of this activity is to train the staff, and to completely eliminate the use of paper. This way, the PRPB will be able to verify that the application works correctly and get the staff used to its use.

This pilot plan of digitized forms began on April 2, 2018, in the Police Areas of Carolina, Ponce, Utuado, and FURA.

### 3. Visit of the TCA to the Utuado Police Area and its Zone of Excellence.

During the month of July, 2017, the TCA and his team made a follow-up visit to the Utuado Police Area and its ZOE. The purpose of this visit was to review progress and compliance of the Area Command related to the Use of Force Action Plans. Also, the TCA was looking for an update of the CAD-Mobile pilot program that had begun in April 2017. Under that program, PRPB police officers attached to this ZOE had to prepare and submit the incident reports digitally (Form PPR-468) by the CAD system installed in the vehicles and in the precinct computers.

Related to this matter, Area Command staff, as well as precinct representatives, were asked if ZOE personnel had been offered training on CAD-Mobile by "Intellution" personnel. It was informed that Area Command personnel, as well as of the ZOE, provided little information in this regard. They indicated that, according to their knowledge, the orientation had been offered, but they could not confirm it. The TCA pointed out that a lieutenant in the precinct, second in command, told him that the personnel prepared and digitally sent the incident reports (PPR-468) by the CAD system installed in the vehicles, but could not indicate when the pilot began or if it was still in progress. In turn, the TCA informed that PRPB police officers wrote the reports manually, in addition to digitally. The TCA stressed the importance of offering the training

3

related to the CAD system, and that this system has to be up and running, in order for it to be extended to other ZOE's, as programmed by the PRPB.

The Technology and Communications Bureau of the PRPB assigned technical personnel and provided the instructive material for the design and development of the training materials. It should be noted that in the Police Areas where the P25 frequency is implemented and available, the recording system is implemented. One thousand (1,000) radios were purchased to cover the metropolitan area and two thousand (2,000) additional portable radios were requested through the reform funds.

### 4.  TCA Visit to the Quebradillas Zone of Excellence.

On July 2017, the TCA and his team visited the Quebradillas ZOE, among other units, to verify matters related to the Search and Seizures Action Plans and the General Orders 612 (Authority to Carry Out Searches and Seizures) and 615 (Authority to Carry Out Arrests and Citations), respectively. This meeting was held with the District Director and other supervisors. In Quebradillas, the TCA noted that radio communications were not being stored digitally, as required by the Agreement. However, he indicated that in the PRPB only such communications are recorded in the San Juan, Carolina, Bayamón and Caguas areas. It is mentioned that the PRPB was waiting for a "grant" from the USA for the purchase and implementation of the P-25 system, which would record communications throughout the Island by the end of 2017. The TCA indicated that, as of the date of his report, he was not aware of PRPB alternate plans if they did not receive said "grant". Related to the above, the TCA reported that personnel from Quebradillas indicated to only having seven (7) portable radios, of which five (5) were working, and two (2) of these were assigned to PRPB police officers in motorcycles. At the same time, he informed that in most of the occasions the PRPB police officers only had the communication radios installed in the official vehicles to be able to communicate. The TCA indicated that it was going to request from PRPB an inventory of the radios, and that they demonstrate the status of the radios.

On March 28, 2018, the Implementation and Compliance Section of the Reform Office conducted mentoring and orientation visits to different work units of the Arecibo Police Area, including the Quebradillas District (ZOE). During that visit, agent Sandra Pérez, badge number 25826, police station administration, indicated that they had six (6) portable radios, all of them in operation. Likewise, we inform that one thousand (1,000) radios have been acquired to cover the Metropolitan Area, and two thousand (2,000) additional portable radios were requested through PRPB Reform funds.

### 5.  Notification of the TCA to the Fajardo Police Area for not having a written contingency plan to work with disasters such as earthquakes, plane crashes or hurricanes.

In this regard, the Fajardo Area Commander reported that said area has the Emergency Operational Plan for 2017. This plan, as reported, was prepared in accordance with the guidelines established by the Office of National Security (Department of Homeland Security or DHS) the Federal Emergency Management Agency (FEMA) and in collaboration with the State Agency for Emergency Management. The primary purpose is to protect life and property from the risks and dangers to which this population and its employees may be exposed. In addition,

the Area Commander of Fajardo provided the following plans: Multi-hazard and Eviction Plan for the Fajardo Area Command (SAOC-CF-12-OA-1-107, December 5, 2016); and the Emergency Alternate Communication Plan, Amateur Radio Service (SAOC-CF-12-OA-1-046, March 17, 2017). Also, on March 21, 2017, at 10:00 A.M., the Caribbean Wave Lantex 2017 communications exercise was carried out (SAOC-CF-12-OA-1-058; Caribbean Wave Lantex Communications Simulation 2017; March 31, 2017).

## III. Status Report.

We present the status and compliance of various mechanisms adopted by the PRPB, the Reform Office and each of the Action Plans, as part of the Reform process, from January 1 to September 15, 2018. The statistical data is shown to the date of the period of July 31, 2018, unless otherwise specified.

## A. General Aspects.

1. **Joint Stipulation to Amend Paragraph 11 (ii) and (ss) of the Agreement (Case 3: 12-cv-02039-GAG; Document 772; Filed 03/09/18).**

On March 9, 2018, a joint stipulation was submitted to modify Paragraph 11 (ii), definition of lethal force, and 11 (ss), definition of reasonable force, of the Agreement to clarify the norms and expectations governing the use of force, and thus avoid potential misapplications of the definitions during the implementation of the Agreement.

2. **Joint Stipulation that Modifies Paragraph 229 of the Agreement for Sustainable Reform of the Puerto Rico Police Department (Case 3: 12-cv-02039-GAG; Document 781; Filed 03/13/18).**

On March 13, 2018, the Parties filed a joint motion to modify paragraph 229 of the Agreement. The purpose of the amendment is to improve the provision of technical assistance and facilitate the timely review and approval of policies that are consistent with the Agreement, applicable law and generally accepted police practices.

The Parties agreed that the joint motion was necessary to allow the PRPB to develop and review the policies required by the Agreement in a timely and comprehensive manner. As currently drafted, paragraph 229 provides limited opportunities to provide technical assistance and confer to the form and content of new and revised policies. For example, the current provision does not include a period of research and development once the TCA and DOJ provide their initial comments. It also does not include deadlines for each step in the policy review process, resulting in excessive delays. The modification of Paragraph 229 allows the Parties and the TCA to work collaboratively to develop relevant policies, while imposing clearer deadlines throughout the review and approval process to ensure their timely production and implementation.

3. **Supplementary Joint Motion Notifying the Court of Matters Related to the Aftermath of Hurricane Maria (Case 3: 12-cv-02039-GAG; Document 775; Filed 03/09/18).**

In compliance with paragraph 234 of the Agreement, the Action Plans were established in the eleven (11) substantive areas of the Agreement during the initial period of the capacity building period, which currently expires in October 2018.

The terms that were contained in the Action Plans were reasonable, feasible and prioritized to promote efficiency, complete and to implement each step in detail. However, in the analysis of the possible obstacles and solutions that could affect the compliance time of each activity contemplated in the Action Plans, we prevented the possibility of natural disasters, but we did not contemplate the magnitude of the damage caused to the Island by Hurricanes Irma and María. The ravages left by these natural disasters led us to focus for a time solely and exclusively on the security of the Country. In response to the emergency, all available police officers were activated.

Once we started the recovery phase after the atmospheric phenomena, it was necessary to re-direct ourselves to carry out a self-evaluation of the Reform processes in order to identify the status of the different activities in process contained in the Action Plans and the Agreement. This has been a great challenge because of the size, structure, operational and procedural complexity of the cultural idiosyncrasy that characterizes the PRPB. It is important to mention that in this analysis we have had the technical help of the TCA team of the collaboration of the DOJ.

We identified core challenges to restore processes that were initiated and that collapsed, such as information systems, and technology and communications. At present, we are updating the infrastructure of data communications and information systems, to improve police procedures in the administrative and operational area, with the challenge that we depend on the restructuring of service providers of the country's communications companies.

We overcame obstacles faced in the reconstruction of the Police Academy and its buildings such as administration, amphitheater, dormitories, and classrooms that had considerable damage, basically paralyzing the operation of the Academy. The most affected structure was the dining room, which currently has begun reconstruction. Although our efforts to mitigate the destruction left by these phenomena began the next day of the passage of Hurricane Maria, the daily operation was almost impossible to perform due to the lack of electrical power. On January 15, 2018, classrooms, polygons and training centers were partially enabled, which allowed them to resume operations. Despite the great challenge that this experience represented, we managed to resume as soon as possible the implementation of the outlined training goals. That said, we managed to keep our police officers from losing their certifications in fundamental matters such as use of force, and lethal and less lethal weapons.

On the other hand, the reinforcement work carried out by the investigating officers of the Auxiliary Superintendence in Professional Responsibility (hereinafter "SARP") in the special shifts of twelve (12) hours in the different Police Areas, resulted in the suspension of administrative investigations and, therefore, could not be completed within the ninety (90) day term, as established in the Agreement. One of the solutions agreed upon by the Parties was the suspension of the ninety (90) day term to complete these investigations, and agreed to finish them within forty-five (45) days from the date that SARP personnel resumed operations. This was applicable to the administrative complaints received between September 15, 2017 and January 8, 2018, in all the Police Areas, except the Humacao Area. Because these personnel had

to attend to the emergency for a longer period of time, the suspension of the terms of the administrative complaints received was extended until March 1, 2018.

The Force Investigation Unit did not cease to function, responded to incidents immediately and maintained its investigation of use of force incidents during the emergency. However, the Force Review Boards attended the special recovery shifts and resumed their work later in January 2018.

Based on the foregoing, and in the assessments completed, the Parties agreed to submit a motion for modifications of areas that may face compliance problems after the passage of Hurricane Maria and that require modification in the times determined in the Action Plans to execute their compliance as provided in paragraph 239 of the Agreement. See Docket number 775. See **Attachment 1** of this Report, which details the extensions by compliance area, activity, time extension and justification.

### 4. Quantity and Percentage of Activities in Extensions.

The Action Plans contemplated five hundred and sixty-eight (568) activities to be carried out. Of these, an extension has been requested for thirty-three (33) activities, which represents six percent (6%) of the total of the activities included in the eleven (11) Action Plans.

Of the total of the thirty-three (33) activities in which an extension has been requested, twenty-three (23) extended activities are directly related to the passage of hurricanes Irma and María.

These twenty-three (23) activities constitute seventy percent (70%) of the total activities in which extensions were requested. See **Attachment 2** of this Report.

### B. Reform Office.

The PRPB Reform Office, currently has thirty-three (33) employees, to comply with the different projects related to the Agreement. Among these, twenty-five (25) are PRPB members of different ranks, three (3) are civil employees, and (5) are full-time working contractors.

### 1. Policies and Procedures Section.

During the period from January 1 to July 31, 2018, the Policies and Procedures Section attached to the Reform Office worked on thirty-one (31) policies, including regulations, general orders, administrative orders, and procedural manuals. Of the thirty-one (31) policies, seven (7) were drafted for the first time and twenty-one (21) policies were revised. All these policies were required in the Action Plans. On the other hand, this Section reviewed three (3) policies that were not part of the Action Plans activities, but did affect the issues of the reform process. They were submitted for the reviewing process with the DOJ and TCA in order to acquire their input and approval.

The Policies and Procedures Section work team, is composed of police officers, lawyers and experts in the topics that are incorporated into the projects with the purpose of validating the operational procedures that will be created and/or revised. This team has been responsible for developing and instituting the public policy of the PRPB, in addition to reviewing existing policies and procedures to ensure that they reflect the priorities of the PRPB and fulfill the

requirements of the Agreement. Each of these policies is based on generally accepted police practices, in accordance with the rights and privileges guaranteed in the Constitutions and Laws of the United States of America and the Government of Puerto Rico. See **Attachment 3** of this Report for the list of policies worked on from January 1 to July 31, 2018.

## 2. Implementation and Compliance Section.

In compliance with the provisions of the eleven (11) Action Plans in the Self-Assessment Objectives, as well as with paragraph 232 of the Agreement, the Reform Office through the task force of the Implementation and Compliance Section, composed of police officers, performed self-assessments to measure progress and compliance with the new processes adopted. To carry out this work, they visited all the Auxiliary Superintendents, Area Commands, offices and work units of the PRPB throughout the Island. Their main mission is to guide and offer mentoring to the directors and supervisors assigned to say areas, as well as to verify that the requirements of the Agreement are being met, as established in the Action Plans and the new policies that regulate the PRPB. During the visits, the operational processes that are being carried out are reviewed, along with the documentation and the data collected that show that they are being carried out as previously established. If they find that they are not complying with the provisions, they proceed to guide and recommend corrective actions so that the findings found are corrected.

The ultimate goal has been to implement and improve processes within the capacity building period so that we can continue to the next phase of the Reform process with a solid foundation.

After the onslaught of atmospheric phenomena that Puerto Rico received, the Implementation and Compliance Section team was incorporated into the Reform Office to continue the self-assessment work on February 12, 2018. As of July 31, 2018, they visited the following Police Areas:

a. Aguadilla Area: This Area was visited from February 12 to March 5, 2018. Thirty (30) work units were visited, from different Superintendencies that make up this Area.

b. Arecibo Area: This Area was visited from March 7 to April 4, 2018. Forty-two (42) work units were visited, from the different Superintendencies that make up this Area.

c. San Juan Area: This Area was visited from April 23 to June 14, 2018. Fifty-four (54) work units were visited, from the different Superintendencies that make up this Area.

d. Bayamón Area: This Area was visited from June 18 to August 17, 2018. Sixty-five (65) work units were visited, from the different Superintendencies that make up this Area.

## 2.1. Most Significant Findings, in General Terms, of the Self-Assessment Visits to the Aforementioned Police Areas.

Following are several significant trends in situations that we have identified that warrant attention, in order to achieve the due implementation of the Agreement, through the Action Plans. These were identified during the visits made by Reform Office personnel, as established in the objectives and the corresponding self-evaluation activities contained in the Action Plans. Once identified, corrective measures and/or suggestions were taken to improve the processes and correct the deficiencies.

a. Insufficiency in the collection of evidence of the celebration and attendance at the Monthly Meetings, as established in Administrative Order 2017-2 entitled, "Monthly Meetings."

b. Lack of training certifications in personnel files.

c. PRPB police officers carrying expired equipment.

d. PRPB police officers carrying equipment without being certified (expired certification).

e. They do not open or maintain up to date arrest files, searches and searches; or documents are missing from them, as established in General Orders 612 (Searches and Seizures) and 615 (Arrests and Citations).

f. Deficiencies in the use of PPR-928 Form, "Daily Notification of Incidents of Use of Force"; PPR-854 "Use of Force Report"; PPR-82 "Condition of Persons Entered/Exited from Cell". These forms are not filled out and/or kept together with their respective arrest records, or they are not filled out in full.

g. Lack of performance and/or documentation of the weekly arc tests for the Electrical Control Devices (ECD), PPR-892 Form, "Electrical Control Device Registration", as established in General Order Chapter 600, Section 602, entitled "Use and Handling of the Electrical Control Device".

h. Long Weapons Rooms don't have PPR-119 Forms (Rev.06-2015) "Quarterly Inventory of Long Weapons, Chargers and Ammunition". They document the PPR-924 (Rev.06-2015) "Long Arms Entry and Exit Registry".

i. Deficiencies in random inspections of firearms to be carried out by personnel, according to General Order Chapter 600, Section 618, entitled "Use and Management of Weapons of Regulation".

j. Deficiencies in evidence rooms or temporary evidence deposits. The handling of the evidence does not comply in its entirety, as established in General Order Chapter 600, Section 636, titled "Rules and Procedures for the Delivery, Custody and Provision of Evidence".

k. Problems with the reception of the Computer Aided Dispatch (CAD) System in certain places. The staff also does not access the system, claiming that they have not been trained or oriented in this regard.

l. Not all staff access and manage their emails (Outlook) properly.

m. There is no representation of all community groups in some of the Citizen Interaction Committees, according to General Order Chapter 800, Section 801, titled "Citizen Interaction Committees ".

n. They have complaint forms and informative bulletins in the official vehicles, but they are not updated.

o. Public expression boards with posters, regulations and PPR-111 and PPR-888 forms, on occasions were not updated.

The findings mentioned above were discussed in a written communication and discussed personally with the corresponding Auxiliary Superintendents, Area Commanders, Directors and

Zone Commanders. They were all given feedback in order to take affirmative action and correct the deficiencies found immediately. The Police Areas with the most significant challenges were revisited after a reasonable time to re-evaluate the procedures that at the time of the initial visit did not comply with the Agreement.

### 3. Central Coordinator of Electrical Control Devices / Solutions and Pepper Gas Technician.

The Central Coordinator of Electrical Control Device (ECD), and Solutions and Pepper Spray (OC) Technicians, are attached to Reform Office for the expertise work that is required in any investigation or declaration in the Courts on the electrical control device and ECD and OC Gas. In addition, it coordinates the purchases of the Bureau and distributes the less lethal weapons to each Police Area proportionally. He currently serves as liaison of the areas and custodian at the central level of the personnel that resigns from the Bureau.

At present, the PRPB has acquired ten thousand one hundred seventy one (10,171) ECD and fifteen thousand six hundred sixty nine (15,669) OC MK-3 containers. Regarding the ECD, from the beginning of compliance with the Agreement (year 2014), the PRPB has purchased nine thousand seven hundred and ten (9,710) ECD of the aforementioned total. The PRPB has certified seventy-eight (78) members of the PRPB as Solution Technicians and ECD Investigators. To carry out program updates, one hundred (100) cables were purchased for downloading through the data port (Data Port Download) of the ECDs, in order to identify and demonstrate the uses made with each of these devices, as well as the operator thereof.

### 4. In General.

In the Reform Office, purchases are evaluated in a manner that is consistent with the budget established in the Action Plans and/or any requirement of the Agreement. During this period, the needs of the SAEA have been identified. Likewise, the needs of the training centers of the Police Areas are being identified to start the purchases of equipment. We are in the process of enabling the evidence rooms. We are also in the process of purchasing equipment required to attend multitudinous events. We can also mention that training has been offered that requires certifications abroad, such as the Canine Unit. Requisitions to purchase materials and equipment, as well as removable files to enable the offices of the SARP, among others, have been dispatched. As of the date of this Report, all contracts to continue with the implementation processes of the reform, including training and technology, have been approved.

The major challenges faced in the responsibilities assigned to the Reform Office have been in the operational implementation of the processes created through public policy under the Agreement. That each PRPB employee knows the multiple changes instituted in the Bureau that must be carried out and the annual modifications that the new procedures entail. The instructions given by the supervisors of how they should be applied, the documentation that should be used. Also, the challenge of assimilating the implementation of new processes created in the policies through the individual complexity of each training.

Each project for the implementation of the Reform involves several tasks, continuous follow-up meetings with the responsible persons and the collaborators of the different projects. They require analysis to identify obstacles that could affect compliance processes to establish

strategies and possible solutions immediately. All this, so that compliance of each task to be implemented is not affected.

It is our goal to continue prioritizing in our daily work the solid relationships with the representatives of the community. This, by carrying out collaborative works, receive suggestions and referrals of various situations presented. Likewise, disseminate public information about the PRPB reform process among community representatives. One of the purposes is establishing alliances with community representatives and complying with the three (3) fundamental phases of the PRPB Reform that are to protect civil rights, to carry out the effective prevention of crime, and to recover the trust of the community.

## C. Compliance Areas.

### 1. Action Plan: Professionalization.

#### a. Policy Development Objectives.

##### i. Revision of General Order Chapter 600, Section 617, entitled "Code of Ethics of the Members of the Puerto Rico Police Bureau".

On June 20, 2018, the Commissioner signed this policy that complies with paragraphs 12 and 21 of the Agreement. It was reviewed in accordance with the provisions of the Professionalization Action Plan, Development Objectives of Policies and Procedures, Activity 1.2.

Its purpose is to provide guidelines that guide the behavior that PRPB police officers must observe. The Bureau will continue to develop processes and mechanisms that contribute to promoting professional, ethical and respectful police practices to effectively address the security challenges in Puerto Rico, apply constitutional policing practices consistently and uniformly, develop the confidence of citizens, and strengthen the Bureau's institutional structures.

#### b. Implementation Objectives.

##### i. Summary of Personnel and Resources Allocation (Paragraph 13 of the Agreement).

The results of the study of personnel and resources, according to paragraph 13 of the Agreement, was provided  the PRPB on May 7, 2018, by the company "Vision to Action" (V2A) responsible for carrying it out. On May 16, 2018, V2A offered a presentation in the Federal Court for the District of Puerto Rico, in a hearing open to the public.

The first activity carried out on this personnel study was 1.1 of the Implementation Objectives of the Professionalization Action Plan, in which a work team was established consisting of representatives of the different Superintendencies to work with the issues related to the study. The activity was completed on December 30, 2016, once the work team was appointed.

After this, it was decided to hire a company to carry out the study given the structural complexity of the PRPB, its jurisdictional extension, the size of the organization and the complexity of tasks to achieve its goals of combating crime, provide a service based on the community policing philosophy, and following the principles of equity. Once the personnel study was completed and delivered to the PRPB, Activity 1.2 of the Implementation Objectives of the Professionalization Action Plan was fulfilled.

The next step was to work with what was established in activity 1.3, related to the decision-making process by the Commissioner, taking into consideration the reallocation of human resources through an implementation work plan based on the results of the study of personnel and the current reality of PRPB. In accordance with the fiscal situation of the country, and the budget limits established with the Fiscal Control Board, the PRPB made the necessary arrangements to request a second extension of document 775 of March 9, 2018, to extend for sixty (60) additional days to June 30, 2018, delivery date previously agreed.

### ii. Process for the Development of the Study Implementation Plan.

To develop the implementation plan, the work was divided into three main stages: 1) planning and prioritization sessions; 2) preparation and validation of the document; and 3) final revisions of the document. The planning and prioritization session stage extends over a period of seven (7) weeks and includes planning sessions with the owners of the initiatives and the members of the assigned teams to define goals, activities, and itinerary by project, while identify the resources needed to implement each project. This stage also includes two (2) weeks of prioritization sessions to determine, together with PRPB management, which projects can be carried out in parallel and which must be worked in different phases. See **Attachment 4** of this Report.

The preparation and validation stage of the document includes the development of a status report and the preparation of the final document of the implementation plan to be generated in parallel to the planning sessions. In addition, it includes two (2) weeks to validate the information of each initiative with their respective owners before submitting to final revisions. The review stage of the final document will be extended for a period of three (3) weeks and includes the necessary corrections after the revisions of the PRPB, the Department of Public Security (hereinafter "DPS") and the TCA. The status report was forwarded to the Parties and to the Federal Court for the District of Puerto Rico on June 30, 2018. This document provided information on the progress of the work carried out to complete the implementation plan on the aforementioned date.

### iii. Progress of the Study Implementation Plan.

After discussing the V2A report with the Commissioner of the PRPB and Auxiliary Commissioners of the Auxiliary Superintendence in Field Operations (hereinafter "SAOC"), Auxiliary Superintendence in Criminal Investigations (hereinafter "SAIC") and Auxiliary Superintendence in General Services (in the following "SASG"), it was agreed to implement nine (9) initiatives of five (5) approaches of the V2A report, namely: redistribution of personnel, improvements in the processes, outsourcing of the service of cranes, improvements in the

management of extra hours, and training to all the personnel in community policing. See **Attachment 5** of this Report.

On May 21, 2018, the executive summary of the "PRPB Resource Assignment Needs Study", prepared by V2A & Weiss Consulting, was sent to all staff via email. In addition, the executive summary and the final report of the study was published (in English and Spanish) on the PRPB website, online reform documents section, for availability to the general public.

**2. Action Plan: Use of Force.**

**a. Policy Development Objectives.**

   **i. General Order Chapter 600, Section 604, entitled "Use and Management of Pepper Spray".**

On April 24, 2018, the Commissioner signed this policy. The purpose of this General Order is to establish the guidelines and procedures that will govern the use and management of pepper spray by PRPB police officers, while on duty (Activity 1.2 of the Development Objectives of the Policies and Procedures, Use of Force Action Plan). Before using this equipment, PRPB police officers have to be properly trained and certified by the PRPB Academy.

As part of the generally accepted police practices adopted by the PRPB, each application of a pepper spray or chemical agent against a person or an animal will be considered a use of force, which will be reported, documented and investigated according to PRPB use of force policies. Therefore, any PRPB police officer that incurs in illegal, excessive or unauthorized use of chemical agents, will be subject to disciplinary sanctions, and civil and/or criminal liability.

   **ii. General Order Chapter 600, Section 603, entitled "Use and Management Expandable Baton".**

On June 13, 2018, the Commissioner signed this General Order. The purpose of this policy is to establish the rules and procedures for the use and handling of the expandable baton, which is an important tool in the use of less lethal force in the PRPB. In view of the fact that the use of the expandable baton is considered a less lethal use of force, as established in the policies of the PRPB, police officers will fulfill the responsibilities of safeguarding the welfare of the population, using them when objectively reasonable and following the rules established in this General Order 603, and in those applicable state and federal laws.

   **iii. Revision of the General Order Chapter 600, Section 618, entitled "Use and Management of Weapons of Regulation"**

On June 27, 2018, the Commissioner signed the revision of this policy. The purpose of this General Order is to establish the guidelines and procedures that will govern the use, handling, transportation, maintenance, changes and safety of firearms authorized by the PRPB, to fully comply with the policies on the use and reporting of use of force incidents, and other applicable laws. The proper and safe handling of firearms is one of the priorities of the PRPB, since it is a lethal weapon that, by nature, is inherently dangerous.

The use of the regulatory weapon shall be governed by this General Order and by General Orders Chapter 600, Section 601, entitled "Rules for the Use of Force by Members of the Puerto Rico

Police", and Section 605, entitled "Report and Investigation of Use of Force Incidents by Members of the Puerto Rico Police" and any directive issued by the Commissioner, for such purposes.

This policy is part of the Action Plans and was revised to establish the correct use of regulatory weapons, the requirement that PRPB police officers must complete and satisfactorily approve an annual day and night firearms training that qualifies with each weapon that they are required or authorized to carry (Activity 1.4, Development Objectives of Policies and Procedures, Use of Force Action Plan).

### iv. General Order Chapter 600, Section 623, entitled "Police Persecutions".

On July 30, 2018, the Commissioner signed this General Order. The purpose of this policy is to establish the rules to be followed by PRPB police officers during the occurrence of incidents that produce police persecutions, and those related to the handling of official vehicles in emergency situations. It is extremely important that PRPB members achieve a balance between public safety and the fulfillment of their responsibilities, such as arresting a crime suspect. The main objective of this policy is to avoid traffic accidents and any other incidents that may endanger the lives of PRPB police officers, suspects or third parties, while complying with their obligations to protect the lives and property of individuals, maintain public order, prevent, discover, investigate and prosecute crime.

This policy is part of the Action Plans, was revised and adjusted to the new generally accepted police practices regarding the persecutions that are carried out (Activity 1.13 and 1.14, Development Objectives of Policies and Procedures of the Use of Force Action Plan).

### b. Review and Research Objectives.

### i. Use of Force Review Boards of the Police Areas.

Use of force incident evaluation is a quality control mechanism in the investigations related to the incidents of use of force in which they are registered injured, guarantee a complete, timely and objective evaluation of the investigation carried out of the incident of use of force, and reviews whether the PRPB police officers' actions were in accordance with the policies and regulations of the Bureau.

From January 2018 until the date of this Report, the Force Review Boards' presidents of the Police Areas have celebrated at the central level three (3) quarterly and two (2) follow-up meetings. The purpose of these meetings was to identify needs to improve or modify operational tactics, identify policy amendment needs, and improve staff training.

From January 1 to June 30, 2018, the Force Review Boards have evaluated seventy-nine (79) level 2 incidents and seventy-five (75) level 3 incidents.

### ii. Incident Statistics on the Use of Force by Area.

Use of force incidents received and handled by the Force Investigation Unit (hereinafter "FIU") during the dates between January 1 to July 31, 2018, as reported by the Auxiliary Superintendency in Responsibility Professional (hereinafter "SARP"), are detailed in **Attachment 6** of this Report.

The number of use of force incidents reported during the dates stated above to the FIU was two hundred and seven (207) times, varying at different levels from I to IV. The highest number of use of force level was Level 1, followed by Level 3. Attachment 6 also shows a column with the percentage of cases that occurred by area, with the Bayamón Area having the highest number of incidents with a total of forty-four (44), for twenty-one percent (21%). This amount must be analyzed taking into consideration that Bayamón is the area with the highest number of police personnel assigned in comparison with the other Police Areas. At the end of the attachment, the averages of cases occurred by levels of use of force are shown, where the highest average occurrence by Police Area is Level 1.

### iii. Revision and Research Objectives.

The purpose of collecting use of force statistics is to review, investigate and analyze the use of force trends from the period of July 1, 2017 to June 30, 2018. The use of force reports compiled during the period indicated above, are collected and safeguarded by the SARP. These constitute the database needed to be able to perform the trend analysis. The trends observed in all the cases reported are the following:

- The total number of use of force reports received during this period totals five hundred and fifty-nine (559). Comparing this figure with that reported in the trend analysis report for the period from July 1, 2016 to July 31, 2017, in which eight hundred and four (804) reports were received, we see a decrease of two hundred and forty-five (245). It is important to note that the 2016-2017 report was analyzed for thirteen (13) months, so at the time of the analysis we evaluate the documents that are received, processed and filed for having completed their investigations. See **Attachment 7** of this Report.

- The Police Area with the highest number of incidents reported during this period is the Bayamón Area, with one hundred and five (105) reports. If we compare with the previous report, we observe that Bayamón is still the Police Area with the highest number of incidents reported, with one hundred and sixty-two (162) incidents reported.

- The most frequent use of force level used was Level 1 with two hundred and twelve (212) incidents reported. In comparison with the report of the previous period, the level of strength used most was Level 3 with three hundred and twenty six (326) use of force reports.

- The day of the week with the highest occurrence during the period observed was Tuesday, registering ninety (90) cases reported. During the previous period from 2016 to 2017, the day with the highest occurrence was Thursday, with two hundred and three (203) registered cases.

- There were four hundred and eighty-two (482) use of force incidents reported against persons and seventy-seven (77) against animals. In comparison with the period from 2016 to 2017, there were seven hundred thirty-one (731) against people and seventy-three (73) against animals.

- The work shift with the highest occurrence of use of force incidents reported during the 2017-2018 period was the shift of 12:00 P.M. to 8:00 P.M., with a total of two hundred and sixty-seven (267) incidents. For the 2016-2017 period, the shift with the highest use

of force incidence reported was the shift of 4:00 A.M. to 12:00 P.M. with a total of three hundred and seventeen (317) incidents reported.

- During the 2017-2018 period, there were three hundred and ninety-nine (399) use of force incidents reported involving males, and fifty eight (58) involving females. During the 2016-2017 period, of the five hundred and sixty-five (565) use of force incidents that were reported involving males and one hundred forty-five (145) were reported involving females.

- During this period, the average age of the people intervened with was in the age range of eighteen (18) to twenty-five (25) years, reflecting a total of one hundred and fifty-seven (157) people intervened. Of the total of four hundred and thirty-nine (482) people intervened, twelve (12) were minors and the remaining four hundred twenty-seven (427) were adults; the age for forty-three (43) persons that were intervened was not informed.

- Making arrests was the most frequent reason why it was necessary to use force; with a total of three hundred and thirty-five incidents (335). The most reported actions by PRPB police officers of the people intervened during this period was aggressive resistance, registering two hundred and thirty-five incidents (235) of this type.

- We observe that during the 2017-2018 period the identification method most used at the time of intervention was when the PRPB members were in full uniform, in a total of three hundred and forty-five (345) incidents.

Other observed trends from the period 2017 to 2018, which are not reflected in the global statistics table and obtained from the database, are mentioned below:

- July 2017 registered the highest amount of use of force incidents, with eighty-three (83) incidents reported. Of the five hundred and fifty nine (559) incidents reported, citizens were given medical treatment on two hundred and forty four (244) occasions, because in one way or another presented some type of injury. However, medical treatment was also provided to PRPB police officers on forty-seven (47) occasions, due to injuries resulting from interventions. Regarding the final disposition of those five hundred and fifty-nine (559) incidents reported, our records reflect that four hundred and forty-six (446) incidents have been properly filed and the remaining one hundred and thirteen (113) incidents have been returned to their place of origin, requesting corrections.

**3. Action Plan: Searches and Seizures.**

**a. Policy Development Objective.**

**i. General Order Chapter 600, Section 615, entitled "Authority to carry out Arrests and Citations".**

On July 30, 2018, the Commissioner signed this General Order. The purpose of this policy is to regulate the rules and policies that PRPB police officers must follow in the exercise of their legal authority to carry out arrests and citations, in accordance with concepts, doctrines and procedures applicable under the Constitution of Puerto Rico, the Constitution of the United States, the laws and state and federal jurisprudence. Like searches and seizures, arrests and citations are a vital aspect of police work, to guarantee and protect the civil and human rights of people while

fighting crime. This way, we are able to guarantee that all arrests are made in a legal manner, safeguarding the civil rights of the persons and limiting the unnecessary exposure of PRPB police officers to criminal charges, civil actions and/or administrative complaints (disciplinary measures) for violation to these standards.

This policy is part of the Action Plans and was revised according to them. (Activity 1.1, Objectives of Development of Policies and Procedures, Searches and Seizures Action Plan).

**4. Action Plan: Equal Protection and Non-Discrimination.**

**a. Policy Development Objective.**

    **i. General Order Chapter 600, Section 624, entitled "Interaction with Transgender and Transsexual Persons"**

The Commissioner signed this Order on April 24, 2018. The purpose of this Order is to establish the operational and administrative policy and procedures for PRPB employees in their interaction with transgender or transsexual (trans) people in order to provide security, respect and dignity to this community.

This version of the General Order repeals the previous version of the same on December 10, 2015, again complying with the provisions of Activity 1.11, Objective of Development of Policies and Procedures, Equal Protection and Non-Discrimination Action Plan.

    **ii. General Order Chapter 600, Section 626, entitled "Intervention with Foreign Persons".**

The Commissioner signed this policy on June 20, 2018. The purpose of this General Order is to establish the rules and procedures to be followed by PRPB police officers when intervening with foreign persons for the commission of crimes or other circumstances that require interaction of the PRPB with this population. In addition, we continue to outline the public policy of not discriminating against people based on their migratory status, origin, social status, nationality or ethnic origin.

The revision of this policy was carried out in accordance with the Equal Protection and Non-Discrimination Action Plan, Development Objectives of Policies and Procedures, Activity 1.12.

    **iii. General Order Chapter 100, Section 118, entitled "Functions and Responsibilities of the Domestic Violence Division".**

The Commissioner signed this General Order on July 16, 2018. The purpose of this policy is to establish the functions and responsibilities of the Domestic Violence Division of the PRPB, under the established rules and procedures. The General Order Chapter 600, Section 627, titled "Investigation of Domestic Violence Incidents", and in the General Order Chapter 600, Section 644, entitled, "Investigation of Domestic Violence Incidents Involving Employees".

This policy is part of the Action Plans and was revised according to them. (Activity 1.7, Development Objectives of Policies and Procedures, Equal Protection and Non-Discrimination Action Plan).

### iv. Domestic Violence Standard Operating Procedures Manual.

The Commissioner signed this Manual on July 26, 2018. The purpose of this policy is to provide the Domestic Violence Division investigators with clear and specific guidelines that will allow them to carry out their duties and responsibilities in a uniform manner organized.

This Manual is part of the Action Plans and was created as part of the Investigative Procedures of the Criminal Investigations Unit in the policy entitled "Domestic Violence Standard Operating Procedures Manual (SOP)", whereby the procedures conducted during any criminal investigation were standardized in a manner that complies with the fundamental requirements according to law and generally accepted police practices (Activity 4.3, Development Objectives of Policies and Procedures of the Policies and Procedures Action Plan, Activity 1.7, Development Objectives of Policies and Procedures of the Equal Protection and Non-Discrimination Action Plan).

### v. General Order Chapter 600, Section 633, entitled "Intervention with Minors in the Commission of Faults".

On July 25, 2018, the Commissioner signed this General Order. The purpose of this policy is to establish the procedures that PRPB police officers will follow when intervening with minors for the commission of faults.

Through this General Order, generally accepted police practices are integrated to comply with the applicable laws in accordance with the rights and privileges guaranteed to minors and protected by the Constitution of Puerto Rico, the Constitution of the United States, the laws and state and federal jurisprudence.

This policy is part of the Action Plans and was reviewed to temper it to the new police practices generally accepted in terms of interventions with minors carried out (Activity 1.17, Development Objectives of Policies and Procedures of the Equal Protection and Non-Discrimination Action Plan).

### b. Implementation Goal.

### i. Statistics of the Counseling Offered Through the Sexual Crimes Hotline.

The Sexual Crimes Hotline is a telephone line available twenty-four (24) hours a day, seven (7) days a week for victims of sexual crimes through the number (787) 343-0000. The information provided in **Attachment 8** of this Report, includes the period from January 1 to July 31, 2018.

The attachment shows the statistics reported from January to July 2018, related to the hotline for sexual crimes victim, (787) 343-0000. Statistics show that a total of seven hundred (709) calls have been received. These are classified according to the subject and the number of calls received.

### ii. Statistics Related to Paragraph 97.

Paragraph 97 of the Agreement establishes that the PRPB will monitor the results of investigations of sexual assault cases, including: whether the investigation produced arrests, whether the prosecutor filed charges against the suspect, and whether the accused was convicted. The PRPB will also monitor sexual assaults by gender, as well as incidents in which more than one person is arrested. These data will be published on the PRPB website, as required by paragraph 97 of the Agreement. See **Attachment 9** of this Report.

### iii. Sexual Crimes and Child Abuse Division Complaints.

According to the statistics registered, during the months of January to June 2018, six hundred forty-five (645) complaints were received between the thirteen (13) Police Areas and the Vega Baja municipality. The areas with the highest number of complaints received were Bayamón with eighty-nine (89) complaints and the Ponce Area with eighty-five (85) complaints. The Police Area that has received fewer complaints is Humacao with a total of fourteen (14) complaints and a total of nineteen (19) complaints. Among the complaints received, the female gender is the one with the highest number of filing with a total of five hundred and eighteen (518) complaints, versus one hundred and twenty seven (127) complaints filed by the males. The areas that had the highest number of interventions with minors are the Arecibo Area with a total of sixteen (16) cases and the Fajardo Area with seven (7) reported cases. Regarding the filing of criminal charges at the Island level, the statistics reflect a total of forty-three (43) filings, with the Ponce Area being the area that has reported the highest number of criminal charges filings. Regarding solved cases, a total of three hundred and thirty-two (332) complaints have been reported, of which the Area of Ponce has solved eighty-two (82) and the Area of Arecibo seventy-five (75). In terms of the number of arrests, the table reflects about sixty-two (62) arrests, with the Areas of Guayama and Ponce being the areas with the highest number of arrests reported, fifteen (15) and (9) respectively.

### iv. Statistics Related to Paragraph 100.

The PRPB has registered the statistics of investigations of reported domestic violence incidents for the year 2018, including: whether the investigation produced arrests; if the prosecutor submitted charges to the subject and if the subject was convicted. In addition, arrests for domestic violence by gender are shown, as well as incidents in which more than one person is arrested. These data will be published on the PRPB website, as required by paragraph 100 of the Agreement.

### v. Domestic Violence Statistics: Arrests and Convictions.

**Attachment 10** of this Report shows the details of arrests and convictions by Police Area and the number of incidents of domestic violence reported during the period from January 1 to July 31, 2018. Statistics show that there were three thousand five hundred twenty-seven (3,527) complaints received and three thousand four hundred thirty-one (3,431) solved cases, for a total of one thousand nine hundred and sixty-eight (1,968) arrested persons. Two (2) cases were reported in which more than one arrest was made during a domestic violence incident investigation. Criminal charges were filed in a total of one thousand four hundred and fourteen

(1,414) cases and there were five (5) convictions of the cases investigated and submitted. Regarding interventions with minors, no incidents were reported.

### vi. Statistics of Domestic Violence: Victims by Gender.

The PRPB uses the Early Intervention System (domestic violence module) to collect information on incidents of domestic violence reported in the Police Areas. According to the statistics received during the period from January 1 to July 31, 2018, three thousand five hundred and twenty seven (3,527) incidents of domestic violence were reported, with two thousand nine hundred and seventy-one (2,971) cases reported where the alleged victim was female and five hundred and seventy-five (575) reported cases where the alleged victim was male. Two hundred and sixty-nine (269) unfounded cases were reported, one thousand four hundred and fourteen (1,414) cases with complaints, one thousand nine hundred and sixty-eight (1,968) investigations with arrests involved, and prosecutors ordered the filing of charges in one thousand four hundred fourteen (1,414) cases. Five (5) convictions of submitted cases were registered. See **Attachment 11** of this Report.

### vii. Statistics on Arrests of Puerto Rico Police Bureau police officers Related to Paragraph 100.

**Attachment 12** of this Report shows the number of complaints received for cases of domestic violence against police officers in 2018. In addition, the number of arrests made by these complaints is presented, the cases where the prosecutor filed criminal cases against the arrested police officers, how many were convicted and others arrested in the events. These data is presented as part of the information to be disclosed according to paragraph 100 of the Agreement.

This report presents the number of complaints related to domestic violence, according to the following categories: received by gender, police officers arrested, if the prosecutor filed charges, convictions and other persons arrested from January 1 to July 31, 2018. The Bureau received ninety-nine (99) complaints of domestic violence involving PRPB police officers, of which ninety-three (93) were aggressors belonging to the masculine gender and six (6) aggressors belonging to the feminine gender. As for police officers arrested, a total of fifty-three (53) police officers were reported, of which forty-nine (49) were policemen belonging to the male gender and four (4) police officers were women. As for the cases that the prosecutor submitted, a total of twenty-four (24) cases, twenty-one (21) cases of aggressors belonging to the male gender and three (3) aggressors belonging to the female gender were reported. As for the cases of convicted police officers, no conviction were reported. Regarding multiple arrests, no cases were reported.

### 5. Action Plan: Policies and Procedures.

During the period covered by this Report, the PRPB has developed or reviewed (31) policies in the different areas of compliance with the Agreement, (3) of these policies, although they are not part of the activities included in the Action Plans, are intrinsically related to others that are covered in them and have had an impact on the operational and administrative matters of the Bureau included in the Agreement.

### a. Policy Development Objectives.

    i. **General Order Chapter 600, Section 638, entitled "Appearances and Summons to the Judicial and/or Administrative Forums".**

The Commissioner signed this policy on April 24, 2018. The purpose of this Order is to establish the rules and procedures for filling out the citations issued by the judicial and/or administrative forums to PRPB employees. The administrative procedure as well as the corroboration of the completion of the summons to the PRPB employees, guarantees the full compliance of the obligations held by the PRPB. This General Order provides for the procedure to be followed in order to guarantee that the employees summoned to appear at the forums are effectively notified of their duty, so that there are no unnecessary delays in court schedules. Although this policy is not originally part of the activities of the Action Plans, it is related to activity 1.1, Development Objectives of the Policies and Procedures, User of Force Action Plan, revision of the General Order Chapter 600, Section 615, entitled "Puerto Rico Police Authority to Carry Out Arrests and Citations"; and with activity 1.3, Objectives of Development of Policies and Procedures, Administrative Complaints Action Plan, revision of Regulation No. 8841, titled "Regulations for the Receipt, Processing and Investigation of Administrative Complaints against Employees of the Puerto Rico Police". In both activities, policies are related to appearances and summons to judicial and administrative forums are reviewed.

    ii. **General Order Chapter 600, Section 613, entitled "Cyber Crimes Division".**

On April 25, 2018, the Commissioner signed this General Order. The purpose of the policy is to establish the organizational and functional structure of the Cyber Crimes Division (CCD), as well as to establish the duties, rules and procedures to be followed by all PRPB personnel assigned to it, and to detail the support services and the technological tools so that all police officers can identify and conduct a search for information that allows the suspect to be identified and to speed up criminal investigations in progress.

Although this policy is not part of the Action Plans, it was revised to be tempered by the Agreement and the reform process. In addition, the CCD, as part of the structure of the Auxiliary Superintendence in Criminal Investigations, its policy is intrinsically related to that established in Activity 1.5 and 4.3, Development Objectives of Policies and Procedures, Policies and Procedures Action Plan, which deal respectively; on the revision of the policy of the Auxiliary of Criminal Investigations; and the development of the Investigative Manual of the Criminal Investigation Corps. Likewise, it is related to Activity 1.4, of the Development Objectives of Policies and Procedures of the Administrative Complaints Action Plan that deals with the development of the Administrative Complaints Investigation and Procedures Manual.

    iii. **General Order Chapter 600, Section 610, entitled "Recording of Public Events".**

On June 20, 2018, the Commissioner signed this General Order. The purpose of this Order is to establish the guidelines and responsibilities PRPB personnel will have in the use of portable digital cameras before, during and after the recording of public events. In addition, to ensure the proper use and management of such cameras as a tool to provide security to people, protecting the lives and property of communities in accordance with state and federal laws and their jurisprudence.

This policy will reinforce the digital and auditory capture of events in an appropriate and timely manner, increase the effectiveness of the PRPB in presenting and sustaining criminal cases before the courts, thus supplementing the statements or testimonies of PRPB police officers and as evidence in the investigative and administrative processes.

Although this policy is not part of the Action Plans, it was revised to be tempered to the Agreement and the reform process and its close relationship with the crowd control policy, General Chapter 600, Section 625, entitled "Crowd Control" (Activity 1.12, Development Objectives of Policies and Procedures, Policies and Procedures Action Plan).

### iv. General Order Chapter 600, Section 619, entitled "Vehicular Interventions".

On July 25, 2018, the Commissioner signed this General Order. The purpose of this policy is to provide PRPB police officers with a basic guide to the steps to be followed, as well as safety measures to be taken during vehicle interventions made during law violations, regulations and ordinances applicable to their demarcation or route, especially those laws that regulate the transit of motor vehicles through public roads in Puerto Rico.

This policy is part of the Plans of Action, was originally signed as Administrative Order 2015-1-IV, entitled "Vehicular Interventions" and revised, also renamed as General Order Chapter 600, Section 619, entitled "Vehicular Interventions", to temper it to new generally accepted police practices in terms of the services provided to people and their interventions with them (Activity 3.1, Development Objectives of Policies and Procedures, Policies and Procedures Action Plan).

### v. General Order Chapter 100, Section 122, entitled "Drugs, Narcotics, Vice Control and Illegal Weapons Bureau".

On July 25, 2018, the Commissioner signed this General Order. The purpose of this policy is to organize the Drugs, Narcotics, Vice Control and Illegal Weapons Bureau of the PRPB to define its organizational structure, improve procedures, personnel selection criteria, training requirements and policy to be followed, with regard to its functioning. This, in the process of guaranteeing an efficient supervision that promotes a respectful police service, free of prejudices and protection of the civil rights.

This policy is part of the Action Plans and was revised to establish the organizational and functional structure of this Bureau, as well as its duties and responsibilities, in accordance with the Agreement and generally accepted police practices (Activity 1.6, Development Objectives of Policies and Procedures, Policies and Procedures Action Plan).

**Status of the Implementation of the General Order Chapter 100, Section 122, entitled, "Restructuring of the Drugs, Narcotics, Vice Control and Illegal Weapons Bureau" (hereinafter OG-122) (reference document: SAIC-NDNCVAIC-2) - 052/12 February 2018 / Lieutenant Colonel Diana Crispín Reyes).**

In May of 2014, the Drugs, Narcotics, Vice Control and Illegal Weapons Bureau (hereinafter "Drugs Bureau") was constituted and composed of sixteen (16) divisions distributed in the thirteen (13) Police Areas. With the creation of the OG-122, in addition to complying with the Agreement, an effective supervision system was established, which promotes the respect and protection of the civil rights of the people, establishing the duties and responsibilities of the high ranking officers, supervisors and police officers that make up the Drugs Bureau. Likewise, OG-122 creates a series of requirements and criteria in order to maintain the adequate personnel to carry out the mission of combating the illegal traffic of controlled substances and firearms in our jurisdiction.

Next, we mention the progress we have made in the restructuring of the Bureau:

1) Physical Fitness Testing Status: The Auxiliary Superintendence in Education and Training has provided the physical aptitude test to the Drugs Bureau personnel. Information is indicated below:

   a) Approved 49%.

   b) Not approved 27%.

2) Staff who for different reasons have not taken the test:

   a) Citation pending: 1%.

   b) Pending medical evaluation: 2%.

   c) Military License Personnel: 1%.

   d) Staff in Replacement Center: 2%.

   e) Staff with Medical Condition: 16%.


3) Training Status:

   a) Use of Force: 97%.

   b) Use and Management of Impact Weapons: 98%.

   c) Use and Management of the Electrical Control Device: 98%.

   d) Pepper Spray: 96%.

   e) Arrests and citations: 92%.

   f) Arrests and Citations: 96%.

   g) Police Ethics: 97%.

   h) Interaction with Transgender and Transsexual Persons: 96%.

   i) Pursuits: 93%.

   j) In addition, one hundred and ninety-seven (197) agents of the Drugs Bureau have been trained in the subject of Civil Rights and Police Corruption. This training began

to be offered from March 21, 2018 and is scheduled until December 2018 in coordination with the SAEA.

The PRPB, in addition, is providing technological tools to our police officers, training them in the RCI and CISCO systems. These actions are related to the compliance actions of implementation of activity 1.6, Development Objectives of Policies and Procedures, Policies and Procedures Action Plan.

### vi. Creation of the Public Policy Collaboration Committee.

The PRPB, as part of its commitment to ensure compliance with the Agreement, and pursuant to the provisions of Section 2.04 of Act 20-2017, as amended, known as the "Department of Public Safety of Puerto Rico Act" (hereinafter Act 20-2017"), Article 1.05 establishes that the Secretary of the Department of Public Safety (hereinafter "DPS"): will apply the laws, norms, regulations, memorandums of understanding and guidelines relevant to the services provided by each of the Bureaus; it will adopt the rules and regulations that are necessary to execute the functions that are delegated to it and for the highest level of quality in the services to be offered to the citizens; adopt the internal regulations that are necessary to guarantee the functioning of the DPS and to integrate and offer effectively all its services; adopt the rules and regulations that are necessary to establish the entry requirements, obligations, responsibility and conduct of the DPS staff; and together with the Governor of Puerto Rico, will establish public policy regarding all matters of state and national security, emergencies, disasters and criminal investigation, among other faculties.

In compliance with these provisions, the DPS formed a Committee that will collaborate with the Reform Office to analyze all public policies carried out under the Agreement. This Committee will provide analysis and reviews of policies, given the commitment of both the Secretary of the DPS and PRPB Commissioner, to continue to comply with the Agreement in order to advance the reform process.

### 6. Action Plan: Training.

### a. Policy Objectives.

### i. Internal Regulation to Regulate Virtual Courses in the PRPB.

On June 22, 2018, the Commissioner signed this policy. In order to continue with the professional improvement of PRPB personnel, the distance education modality was adopted, to keep us at the forefront of the generally accepted educational and police practices. This Internal Regulation is promulgated in accordance with Act 20-2017, which empowers the PRPB Commissioner to regulate the educational processes of its personnel.

This Regulation has the purpose of establishing the norms related to the distance education process of PRPB personnel regarding virtual courses. Including, but not limited to, the following aspects: registration, participation, use and proper management of the platforms offered and the equipment provided to complete the process. It also includes a certification of the course and

validation of hours, number of opportunities, time available for each course, and actions prohibited for participants. This activity is carried out in accordance with the provisions of the Training Action Plan, Implementation Objectives, Activity 1.3, and the Information Systems and Technology Action Plan, Development Objectives and Implementation, Information Systems and Technology Action Plan, Activity 1.5.

### ii. Implementation of Virtual Courses in the PRPB.

On June 29, 2018, the PRPB began the implementation of the virtual courses by placing at the disposal of PRPB personnel the first five (5) virtual courses mentioned below:

- Virtual Training on Identification and Investigation of Hate Crimes (VCO-630).
- Virtual Training on Regulations on Discrimination, Harassment, Improper Sexual Conduct and Reprisals of the PRPB (VEI-8728).
- Virtual Training on Arrests and Citations (VAC-615).
- Virtual Training on Use of Force (VUF-100).
- Virtual Training on Criminal Investigations (VIC-130).

The page is accessed through the virtual link (www.policiaadiestra.com), which takes the user to the email platform of the PRPB personnel by which, using their email account and password, they can access the learning platform CANVAS, to take the virtual courses and print the corresponding certificate once the training is approved. This activity is carried out in accordance with the provisions of the Training Action Plan, Implementation Objectives, Activity 1.3, and the Information Systems and Technology Action Plan, Development Objectives and Implementation, Activity 1.5.

### iii. General Order Chapter 100, Section 108, entitled "Auxiliary Superintendence in Education and Training".

On July 26, 2018, the Commissioner signed this General Order. The purpose of the same is to establish the structure of the Auxiliary Superintendence in Education and Training (SAEA) in the PRPB. This Auxiliary Superintendency has the faculties for the formation, training and retraining of all PRPB personnel.

This policy is part of the Action Plans and was reviewed to incorporate the requirements contained in the Agreement and as established in it, the powers and responsibilities in regard to ensuring that PRPB personnel receive a complete and effective training, directed to protect their safety and that of people, through theoretical and practical training and retraining, by integrating the principles of community policing, and to promote police services to be provided in an equitable, respectful and unbiased manner.

Likewise, the selection, certification, recertification and responsibilities of the instructors will be included. In addition, the functions and responsibilities of the PRP Training Coordinators will be established (Activity 1.3, Development Objectives of Policies and Procedures, Training Action Plan).

### iv. General Chapter 700, Section 702, entitled "Pre-Service Training Program".

25

On July 30, 2018, the Commissioner signed this General Order. The purpose of this policy is to establish the rules and procedures for the Pre-Service Training Program in the PRPB. Its public policy is to provide effective, complete and excellent training to all police officers. The program will be designed to promote training based on discipline, leadership, human relations, the protection of civil rights and the principles of community policing.

This policy is part of the Action Plans and was reviewed with the intention of guaranteeing the quality, consistency and compliance with the applicable laws of the PRPB (Activity 1.1, Development Objectives of Policies and Procedures, Training Action Plan).

### b. Training Development Objective.

#### i. Trainings Provided to PRPB Personnel.

**Annex 13** of this Report shows the number of police officers trained in the various subjects available in the SAEA and the compliance dates provided by said Superintendency to reach the goals of fifty percent (50%) and one hundred percent (100%). The PRPB has complied with the hundreds of training sessions listed in Annex 13, following the provisions of the Action Plans and the Agreement.

According to the numbers provided by the SAEA, the PRPB has trained and certified its personnel in the different areas shown in Annex 13 of this Report[1].

#### ii. Firearms Training Statistics.

During 2018, of the total of thirteen thousand sixty-seven (13,167) PRPB members informed by the training coordinators, the SAEA trained firearms on PRPB members as follows:

- In Day Shot (this training includes shooting with stress, shotgun, .40 caliber pistol and transition from long weapon to short weapon): eleven thousand three hundred and six (11,306) PRPB members for 90%.
- In Night Shot (this training includes .40 caliber gun with reduced light): Ten thousand three hundred and twenty-eight (10,328) PRPB members for 82%.

These trainings are carried out according to the Use of Force Action Plan, Training Implementation Objectives, Activity 1.1 (d).

#### iii. Compliance Report on Training in the Use and Handling of Impact Weapons (Baton)

This report presents the compliance of the training course of the Use and Handling of Impact Weapons (Baton) (REA 603) for February 6, 2018, by the PRPB, according to paragraph 237 of the Agreement. The report shows that the PRPB complied with ninety-nine point eighty-seven percent (99.87%) of police officers trained in the use and management of impact weapons, ie, of the thirteen thousand one hundred and fifty-six (13,156) assigned police officers, some twelve thousand seven hundred and forty (12,740) police officers were able to take the training. Twelve thousand seven hundred and twenty-three (12,723) active police officers were trained, seventeen

---

[1] The percentage was calculated by the SAEA using as reference the total number of thirteen thousand one hundred and sixty seven (13,167) PRPB police officers, according to the information provided by the training coordinators.

(17) able police officers did not take the course and four hundred and sixteen (416) police officers were not able to take the Impact Weapons Use and Management Training (Baton). See **Attachment 14** of this Report.

### iv. Compliance Report of Arrests and Citations Training.

This report presents the completion of the training of the Arrests and Citations Course (REA 615) for March 5, 2018 by the PRPB, according to paragraph 237 of the Agreement. From the report it appears that the PRPB complied with ninety-nine point eighty-seven percent (99.87%) of police officers trained in the Arrests and Citations Training, that is, that out of thirteen thousand, one hundred and fifty-six (13,156) assigned police officers, some twelve thousand seven hundred and forty (12,740) police officers were able to take the training. Twelve thousand seven hundred and twenty-three (12,723) able police officers were trained, seventeen (17) able police officers were reported as not receiving the training, and some four hundred and sixteen (416) police officers wer not able to take the Arrests and Citations Training. See **Attachment 15** of this Report.

### v. Compliance Report on Police Ethics Training.

This report presents the completion of the training of the Police Ethics Course (REA 617) for March 5, 2018 by the PRPB, according to paragraph 237 of the Agreement. From the table shown in Attachment 16, it is clear that the PRPB complied with ninety nine point eighty two percent (99.82%) of police officers trained in police ethics, that is, of the twelve thousand, nine hundred and sixty two (12,962) police officers assigned, twelve thousand, six hundred and eighty-eight (12,688) police officers assigned were able. Of these, 12,665 able police officers were trained, 23 able police officers were reported not to be trained, and 274 police officers were not able to take the Police Ethical Training. See **Attachment 16** of this Report.

### vi. Pepper Spray Training Compliance Report.

This report presents the fulfillment of Pepper Spray Training (REA 604) for March 23, 2018, by the PRPB, according to paragraph 237 of the Agreement. From the table shown in Attachment 17, it is clear that the PRPB complied with 99.89% of police officers trained in Pepper Spray, that is, out of 12,927 police officers assigned, 12,629 assigned police officers were working; 12,615 police officers were trained, 14 untrained police officers were reported, and 297 police officers were not able to take the Pepper Spray Training. See **Attachment 17** of this Report.

### vii. Electrical Control Device Training Compliance Report.

This Report presents the compliance of the Electrical Control Device Training (REA 602) for April 16, 2018, by the PRPB, according to paragraph 237 of the Agreement. From the table shown in Attachment 18, it can be seen that the PRPB complied with 99.86% of trained police officers, that is, of the 12,778 assigned police officers, 12,517 assigned police officers were working. Of these, 12,499 police officers were trained, 18 police officers were reported as not

being trained and 261 police officers were not able to take the Electrical Control Device Training. See **Attachment 18** of this Report.

### viii. Compliance Report on Use of Force Training.

This report presents compliance with the Use of Force Training (REA 601/605) for June 1, 2018, by the PRPB, according to paragraph 237 of the Agreement. From the table shown in Attachment 19, it can be seen that the PRPB complied with 99.90% of trained police officers, that is, out of 12,688 assigned police officers, 12,431 assigned police officers were working. Of that, 12,419 police officers were trained, 12 untrained police officers were reported and 257 police officers were not able to take the Use of Force Training. See **Attachment 19** of this Report.

### ix. Canine Division Training Compliance Report.

The Canine Division currently has a K-9 Training Center that has facilities for such purposes with an obstacle park and kennels for the dogs to comply with their weekly training, which requires a minimum time of four (4) hours per week and/or any other additional time according to the evaluation of the director, supervisors or instructors.

It has seventy-three (73) certified dogs in various specialties such as detection of controlled substances, detection of firearms, detection of explosive substances, search and tracking of corpses, and patrol dogs.

During the period from August 6 to 10, 2018, all personnel assigned to a dog were submitted to the Annual Certification Course for Dog Handlers accredited by the SAEA. It requires a minimum of eight (8) hours of theoretical courses and thirty-two (32) hours of practical courses. Likewise, they must approve with a percentage of 85 to 95, depending on the specialty. Currently, 100% of the canine unit, including K-9 equipment and PRPB personnel are certified.

The Canine Division personnel was submitted to an annual physical aptitude test, as established by the General Order governing the Division. This consists of a one-mile run, whose time is set according to age and sex, pushups, sit-ups and 100-meter course with obstacles with 50-pound sack and dog. As a result, four (4) agents did not approve the same, because they could not complete the mile race in the time established according to their age. For medical reasons, three (3) agents were not authorized to participate in the test due to high blood pressure. An agent has not been tested due to a medical condition. The agents that to date did not approve or have not taken the test were referred to the Evaluation Board of Specialized Divisions, which are in charge of establishing the recruitment process, selection and permanence of the members of the rank system that aspire to be candidates or to belong to specialized divisions of the PRPB in order to evaluate said personnel and issue a recommendation.

As part of the compliance with the annual certification of dog handlers in the period from June 17 to 22, 2018, the four (4) instructors of the Canine Division, the Training Supervisor (Kennel Master) and the Director of the Division were recertified. This recertification was carried out at the Vohne Liche Kennel Academy in Indiana, U.S. This Academy is accredited by law and order organizations. This training requires a minimum of eight (8) hours of theory and thirty-two (32) hours of practice and must be approved with a percentage of between 85 to 95 percent depending on the specialty.

On June 22, 2018 the Canine Division acquired 30' leashes, 6' leashes, basket muzzles and tracking collars for each of the division's dogs. This equipment has been acquired for both training and operational purposes. On a communication issued on December 12, 2017 (SAIC-DK9-1-2-268), the Canine Division requested the following equipment: rapelling harness for dogs, rapelling harness for persons, "bucos" or tactical helmets, ballistic vests for dogs and ballistic vests for the agents.

The lifespan of the dogs is eight (8) to ten (10) years. According to the recommendations submitted in the mitigation plan, the purchase of five (5) dogs is to be made annually in order to maintain the amount of equipment necessary to cover the services requested by the different state and federal investigative divisions. With this purpose, on May 1, 2017, the purchase of ten (10) dogs of controlled substances was approved, which would be acquired through funds from the Federal Justice Department Confiscation Fund. The PRPB will cover the costs of air, land, per diem transportation and miscellaneous expenses to carry out the evaluation and selection of the dogs.

**x. Training of Specialized Tactical Units.**

At the moment, a request for an extension has been submitted for full compliance with the activity. However, as of the date of this Report, SAEA has four (4) designed modules:

- Physical Agility Test (PTF-112).
- Use and Handling of Rigid Rotate (DOT-603).
- Basic Course of Formations (DOT-102).
- Use of Chemical Agents (DOT- 604).

Currently there are four (4) designed modules in which the active personnel in the Special Weapons and Tactics Division (SWAT) are already certified, which are the following:

- SWAT PAF - Physical Agility Test.
- SWAT CONF - Test Trust.
- SWAT DD - Distraction Devices.
- SWAT IROX - Stress shot.

**xi. Training on Special Weapons by Members of the Specialized Tactics Divisions (DTE).**

At the moment, a request for an extension has been submitted for full compliance with the activity. However, as of the date of this Report SAEA has nine (9) instructors skilled in less lethal impact munitions, chemical agents and distraction devices. This will allow constituting a committee after having completed the training DOT-625 Crowd Control Course (considering the weapons and tactics to be used by the different units of the DTE).

**xii. Crowd Control Training for the Police Officers and for the Specialized Tactics Divisions (DTE).**

- At the moment, a request for an extension has been submitted for full compliance with the activity. However, SAEA currently established a committee to delineate the needs to be met, for which it was determined to carry out the following three (3) modules:

- Crowd Control Course (DOT-625) 48 hours of training for members of the DTE, already started during the month of July of 2017.
- Course for Incident Commander (REA-625Cl) High Level Officers (date to be determined).
- Crowd Control Course (REA-625) For PRPB members (date to be determined).

**xiii.  Training for Response to Behavioral Crisis or Mental Health for PRPB Members.**

This activity is related to the General Order Chapter 600, Section 628, titled "Intervention with People in Crisis and Hostage Negotiations". At the moment, the course REA 628 is offered to PPRB police officers. This course was started on April 16, 2018, and according to documentation provided by SAEA, 21% PRPB police officers have been trained. The training compliance for Crisis Intervention Team members is pending the decision on whether or not the team will be constituted.

**xiv.  Searches and Seizures Training.**

Training on the General Order Chapter 600 Section 612, entitled "Puerto Rico Police Authority to Carry Out Searches and Seizures"; Training Program for Supervisors and High Ranking Officers on policies, drafting techniques and review of reports on arrests, searches and searches.

The courses REA 612 and REA-612(s) Searches and Seizures continues to be offered, tracking of statistics and compliance with training plans in the areas and Superintendencies through meetings and support strategies are carried out directly with the training coordinators. This course expires on December 21, 2018, according to the documentation offered by SAEA, which indicates that about 80% of PRPB members have been trained.

**xv.  Training on Investigation of Incidents in Juvenile Institutions related to Complaints of Mistreatment and/or Institutional Negligence to Minors in Institutions for Transgressors.**

The offering of the REA 635 course began on March 12, 2018. The statistics and compliance with the training plans in the Areas and Superintendencies are maintained through meetings and support strategies directly with the training coordinators. According to the information offered by SAEA, 31% of the PRPB members have been trained.

**xvi.  Multi-thematic Training for PRPB Members Belonging to the SAIC on the law, applicable jurisprudence, rules and procedures to be followed when conducting criminal investigations.**

PRPB police officers attached to the SAIC will also take, during the period established in the chronology, training corresponding to the following policies:

- General Order Chapter 100, Section 107, titled "Reorganization of the Auxiliary Superintendence in Criminal Investigations".
- Operational Manual of Investigator Procedures of the Criminal Investigation Corps.

- Part of the topics of these activities are covered in the course of Inv. Criminal Basic VIC-130 activated on June 29, 2018 in virtual modality: (Criminal Law, Criminal Procedure and Rules of Evidence).

xvii. **Multi-thematic Training for PRPB Members Attached to the Bureau of Drugs, Narcotics, Vice Control and Illegal Weapons.**

On this multi-thematic training, the following topics are been offered at the moment:

- Basic Criminal Investigation Course VIC-130 activated on June 29, 2018 in virtual mode.
- Police Corruption Course (offered March 21, April 4, April 18, May 2, May 16, June 13, June 27, July 11 and July 25, 2018).
- Civil Rights Course (offered March 27-28, April 10-11, April 24-25, May 8-9, May 22-23, June 19-20, July 17-18, and July 31-August 1, 2018).

xviii. **Education and Pre-Service Training Program.**

The Education and Pre-Service Training Program (cadets) will consist of at least nine hundred (900) contact hours. Although we do not currently have a cadet class, the educational program was revised. This program was reevaluated by a Committee, exceeds the minimum (900) contact hours, and was approved by the PRPB Commissioner on March 14, 2018. The total of approved hours is 1,170 contact hours.

xix. **Professional Burnout Syndrome.**

The PRPB Psychology and Social Work Division will develop the guidance design to instruct PRPB staff in supervisory positions on how to manage stress in order to prevent critical incidents, and so they know what mental health and support services are available to the personnel and their family members. In addition to this, all PRPB personnel are being trained on these issues. SAEA offers since April 12, 2018, the course "Recognizing the Syndrome of Professional Wear "Burnout"", at the moment is pending the approval of the request for validation of the same for the implementation of this activity.

xx. **Principles of Community Policing.**

Multi-thematic training to train PRPB police officers on the Community Policing Principles, "Community Perspective on Discriminatory Police Conduct". On June 1, 2018, the offering of the course REA 803 Community Policing began. Educational material was approved in 2017. On June 20, 2018, the Commissioner signed the revised General Order Chapter 800, Section 803, titled "Community Policing" on this subject. Committee evaluation suggested that the changes in the policy did not significantly affect the previous course version, nor did it merit modifying the previously approved educational material. The training material was tempered and the corresponding delivery and explanation was made to the eighty (80) certified instructors in the subject.

**7. Action Plan: Supervision and Management**

## a. Policy Objectives

### i. Manual of Procedures of the Office of Internal Audit.

On April 24, 2018, the Commissioner signed this Manual. The Government of Puerto Rico has a great interest in seeking the efficient administration of public funds, as well as compliance with fiscal regulations. The PRPB, in compliance with this public policy, established the Office of Internal Audit (OIA), attached to the Office of the Commissioner, to oversee its operations with a high degree of independence and objectivity, and in accordance with the generally accepted auditing rules. In addition to providing analysis, evaluations, recommendations, advice and information on the activities examined. This way, PRPB personnel will continue to perform their functions and responsibilities effectively and efficiently.

The activities carried out by an auditor requires a high level of professionalism, ethics, honesty and integrity. This Manual establishes the rules and procedures to be followed by the auditors in their audits to be carried out in the different work units, as established in the General Order Chapter 100, Section 124, entitled "Internal Audit Office", from November 1, 2016 (Activity 4.2 of the Development Objectives of Policies and Procedures, Supervision and Administration Action Plan).

### ii. General Order Chapter 300, Section 310, entitled "Performance Evaluation of the Puerto Rico Police Bureau Members"

On June 20, 2018, the Commissioner signed this policy. This General Order is intended to define the standards and procedures in the performance evaluations of PRPB members, in order to ensure that they meet the skills and behavior necessary to hold a position in the PRPB. At the same time, it has the purpose of establishing an effective performance evaluation system that allows a greater degree of uniformity and objectivity in the establishment of the criteria and premises under which the work performance of the PRPB members has to be measured. In addition, it has the objective of providing tools to promote their personal and professional development, the permanent improvement of the results and the achievement of the strategic objectives of the PRPB. Through this general order, the PRPB establishes the specific mechanisms for supervisors to carry out continuous evaluations two (2) times a year.

This policy was revised as established in Activity 2.2, Development Objectives of Policies and Procedures, Supervision and Administration Action Plan.

## 8. Action Plan: Civilian Complaints, Internal Investigations, and Discipline

## a. Policy Development Objectives.

### i. General Order Chapter 100, Section 114, entitled "Auxiliary Superintendence Professional Responsibility".

On July 23, 2018, the Commissioner signed this General Order. The purpose of this policy is to structure the Auxiliary Superintendency in Professional Responsibility (SARP) to ensure that all administrative complaints for improper conduct are investigated in a diligent, exhaustive, fair and impartial manner. In turn, the General Order aims to ensure that all officials are responsible under a disciplinary regime that is fair and consistent.

This policy is part of the Action Plans, and it was revised through the General Order Chapter 100, Section 114, entitled "Creation of the Auxiliary Superintendence in Professional Responsibility", by means of which the requirements of internal recruitment, selection criteria are established and evaluation of performance for the permanence in the SARP. The purpose of this General Order is to continue the professional improvement of the personnel, strengthen the trust of the communities in the PRPB and contribute to the police services being provided in an equitable, impartial and fair manner. (Activity 1.12, Development Objectives of Policies and Procedures, Administrative Complaints Action Plan).

### ii. General Order Chapter 300, Section 308, entitled "Employee Assistance Program".

On July 23, 2018, the Commissioner signed this General Order. The purpose of this policy is to create the PRPB's Employee Assistance Program and establish the norms and procedures for the implementation and administration thereof, so that it complies with the purpose of providing services to PRPB employees who confront problems or difficulties that may arise, affecting the employee in their personal or work environment. It is the public policy of the Bureau to provide non-punitive support services to address and correct behavioral problems as part of the disciplinary and performance improvement systems.

This policy is part of the Action Plans and Administrative Order 2017-1 was revised and repealed by the General Order Chapter 300, Section 308, entitled "Employee Assistance Program" in which some of the corrective measures were established. (Activity 2.3, Development Objectives of Policies and Procedures, Administrative Complaints Action Plan).

### b. Implementation Objectives.

### i. Call for Internal Recruitment for Personnel Interested in Belonging to the Auxiliary Superintendent in Professional Responsibility (SARP).

On March 14, 2018, an internal call was issued to recruit personnel from the rank system to be assigned to the SARP. This action is related to activities 3.1, 3.2 and 3.3 of the Implementation Objectives of the Administrative Complaints Action Plan. Regarding Activity 3.1, which deals with the study to be carried out to determine the number of employees necessary to investigate administrative complaints, identified upon completion of the study of paragraph 13 of the Agreement, prepared by the company V2A and delivered to PRPB on April 28, 2018. In turn, the PRPB completed Activity 3.2, when the internal call was issued on March 14, 2018 (communication number SARP-2-2-278 / March 14, 2018). With this action, qualified candidates are identified to belong to the SARP. This selection process is still ongoing. The results of the staffing study and resources are added as an additional information tool to the applicable laws, the Agreement, the generally accepted police practices and the current policies and processes, to evaluate all personnel transactions to be carried out, complying with Activity 3.3.

### ii. Statistics of the Auxiliary Superintendence of Professional Responsibility (SARP).

**Attachment 20** of this Report shows the number of administrative complaints received and investigated, as well as the pending investigations from January 1 to July 31, 2018.

### iii. Final Statistics of Administrative Investigations from 2014 to 2018.

See **Attachment 21** of this Report.

### iv. Detection Tests of Controlled Substances.

In accordance with paragraph 200 of the Agreement, for the period from January 1 to July 31, 2018, the PRPB has continued conducting tests to detect the use of controlled substances in the members of the PRPB. In order to guarantee the reliability and validity of the tests carried out prior to the service in the case of cadets and PRPB members, the tests were carried out at random.

**Attachment 22** of this Report shows the number of controlled substance tests performed on police officers during the aforementioned period. The information is shown by month, divided by the thirteen (13) Police Areas. The table breaks down the information and shows the months from January to May divided by the thirteen (13) Police Areas. During the period from January to May 2018, two thousand, one hundred and two (2,102) tests were performed. Of the total of the tests carried out, three (3) employees showed positive results to controlled substances. The cases are under the procedures of Regulation No. 6403, entitled "Regulation of the Program for the Detection of Controlled Substances in Officials and Employees of the Puerto Rico Police" that rules the PRPB in these cases.

### v. Administrative Complaints Completed by the Office of Legal Affairs and Signed by the Commissioner.

**Appendix 23** of this Report presents the statistics presented by the Office of Legal Affairs for the years 2014, 2015, 2016, 2017 and 2018 (only from January to July). They are classified by the final provisions, as established in paragraph 188 of the Agreement.

## 9. Action Plan: Community Engagement and Public Information.

### a. Objectives of Developed or Revised Policies.

### i. General Order Chapter 800, Section 803, entitled, "Community Policing."

On June 20, 2018, the Commissioner signed the revision of this policy. The purpose of this General Order is to expand and reinforce existing PRPB initiatives with the communities of interest. The development and implementation of activities conducive to organizational transformation in which the PRPB will incorporate the principles of community policing, in turn, implies a thorough evaluation of how we provide our police services. Organizational transformation is the responsibility of everyone, including classified (civil) and ranking system personnel, as well as contractors, from top management to the cadet or newly appointed employee. By incorporating the principles of community policing in administration, management, policies, protocols, recruitment, training and evaluation, personnel evaluation, tactics, personnel distribution, accountability systems and public information, among others, will be promoting public safety, guarantee civil rights and our most important objective, will increase the trust of communities in the PRPB.

Therefore, this General Order incorporates the principles of community policing in all its operational and administrative processes as an important mechanism to achieve a sustainable reform of the PRPB, where the participation of individuals, communities and organizations

established in Puerto Rico will be an important element in the solution of problems, increasing the efficiency and the confidence of the communities in the PRPB. The revision of this General Order responds to what is established in the Interaction with the Community Action Plan, Development Objectives, Policies and Procedures, Activity 2.2.

### ii. General Order Chapter 800, Section 805, entitled "Community Encounters".

On June 20, 2018, the Commissioner signed this General Order. The purpose of this policy is to promote interaction between the PRPB and the communities through the development and implementation of Community Meetings of the Community Outreach and Public Information Program in each of the thirteen Police Areas. The Community Meetings are assemblies in which members of the communities and the PRPB participate, with the purpose of addressing issues of interest to the communities such as: improving relations between the Bureau and the communities; address factors that may affect the quality of life of the community; discuss new guidelines and policies of the Bureau; offer preventive guidance; identify strategies and mechanisms to develop solid relationships with the community and integrate them in the fight against crime as well as listen to their opinions and receive feedback from them.

This policy is part of the Action Plans. This General Order was reviewed to inform and receive feedback from citizens in an interactive format. In addition, to document the activities leading to the development, implementation and documentation of the meetings (Activity 3.1, Development Objectives of Policies and Procedures, Interaction with the Community and Public Information Action Plan).

### iii. General Order Chapter 800, Section 801, entitled "Citizen Interaction Committees".

On July 25, 2018, the Commissioner signed this General Order. The purpose of this policy is to establish the duties and responsibilities of the Citizen Interaction Committee (CIC's) both individually and collectively, and delineate their organizational and functional structure. CIC's will maintain constant communication and cooperation between PRPB and community leaders to assist in the development of a community policing approach that identifies and implements strategies to address crime and problems that exist between communities and the PRPB. Likewise, they will advise from the perspectives of the community groups they represent, evaluate and recommend PRPB on the effectiveness of the measures implemented, PRPB initiatives, policies and the recruitment process, thus promoting direct access to the PRPB reform process for people residing in Puerto Rico.

This policy is part of the Plans of Action. The General Order Chapter 800, Section 801, entitled "Committees of Citizen Interaction", was reviewed, with the intention of establishing the form and manner in which its members will review and evaluate the policies and procedures (Activity 1.1, Objectives of Development of Policies and Procedures, Interaction with the Community and Public Information Action Plan).

### b. Objectives of Training Implementation.

### i. Community Policing Training.

On May 15, 2018, the PRPB began the certification of seventy-nine (79) police officers as instructors for the Community Policing course. The trainings were carried out as indicated below:

- From May 15 to 17, 2018, twenty-six (26) instructors were certified.

This course lasted three (3) days, as this personnel had taken a previous training on this subject from the Saint Petersburg College "Center for Public Safety Innovation" of the Regional Community Police Institute of Florida, with which the PRPB joined forces. This institute specializes in police science and has been approved by the Concerns of Police Survivors (COPS) Community Oriented Services Divisions, and the Community Relations Services (CRS) of the USDOJ to train on the topic of Community Policing and the implementation of a solution model for scanning, analysis, response and evaluation known as "SARA".

- From June 5 to 8, 2018, twenty-seven (27) PRPB instructors were certified.
- From June 12 to 15, 2018, twenty-six (26) instructors were certified.

The PRPB now has a total of eighty (80) instructors for the community policing course, seventy-nine (79) freshly trained and a master instructor. The course has been designed to be offered in eight (8) contact hours that were scheduled to begin in July 2018. This action is related to the Action Plan for Community Interaction, Development Objectives of Policies and Procedures, Activity 2.2; Development Objectives of Training, Activities 2.1, 2.2 and 2.3; Implementation Objectives, Activities 2.1, 2.2 and 2.3. It should be noted that this training obtained an extension of time in the joint motion Case 3: 12-cv-02039-GAG Document 775, Filed 03/09/18.

**10. Information Systems and Technology.**

**a. Objectives of Developed or Revised Policies.**

**i. General Order Chapter 400, Section 406, entitled "Use and Management of the Crime Mapping Application".**

On April 24, 2018, the Commissioner signed the General Order described above. This Order establishes the norms and procedures for the implementation and use of the platform for Crime Mapping and Analysis of Criminal Information of the PRPB. The development of this General Order is contemplated in the Information Systems and Technology Action Plan; Development Objectives of Policies and Procedures; Activity 4.7; and paragraphs 218 and 224 of the Agreement.

**ii. General Order Chapter 100, Section 123, entitled "Technology and Communications Bureau".**

On April 25, 2018, the Commissioner signed the General Order on the structure of the Technology and Communications Bureau. This policy establishes the processes and procedures of the Bureau on the updating and implementation of the infrastructure of information systems and technology, both physical equipment (hardware), applications (software) and communications. In addition, establishes the methodology and processes for governance in information technology (IT) according to generally accepted police practices.

This policy was revised as established in the Information Systems and Technology Action Plan; Development Objectives of Policies and Procedures; Activity 1.13; and paragraphs 218 and 224 of the Agreement, demonstrating the continuity and reliability of the Reform process aimed at sustainability.

### iii. Manual for the Administration of Computerized Systems.

This Manual was signed by the Commissioner on June 26, 2018. The Manual for the Administration of Computerized Systems has the purpose of establishing in the PRPB a culture of quality in the responsible use of computerized systems. Computer security is a process where risks should be evaluated and managed based on policies, procedures and standards that meet the needs of the PRPB Technology Division in terms of security.

The manual aims to improve the performance, in terms of efficiency and effectiveness of the Bureau, by regulating and standardizing the technology infrastructure considering the sequence of activities oriented to generally accepted practices. In addition, it includes all aspects of administration and operation that govern the functions and/or activities of the Bureau, as well as the identification of areas of opportunity to improve quality, operational performance and user satisfaction.

This Manual was developed according to the Information Systems and Technology Action Plan; Development Objectives of Policies and Procedures; Activity 4.2; and paragraphs 218-221 and 223-224 of the Agreement, and the General Order Chapter 400, Section 403, entitled "Standards for the Use of Computerized Systems".

### iv. General Order Chapter 400, Section 405, entitled "Central Repository for the Capture of Data Related to Crime (CIW)".

On June 28, 2018, the Commissioner signed the General Order described above for the purpose of implementing the guidelines for collecting and distributing statistics on criminal incidents registered in the PRPB.

The development of this General Order is contemplated in the Information Systems and Technology Action Plan; Development Objectives of Policies and Procedures; Activity 4.3; and paragraphs 218-221 and 224 of the Agreement.

### v. General Order Chapter 400, Section 403, entitled "Rules for the Use of Computerized Systems".

On July 23, 2018, the Commissioner signed the General Order described above. The revision of this policy focuses on the updating of the processes and procedures that have been incorporated into the information systems, communications and technology services developed and implemented in the Bureau.

This policy was revised as established in the Information Systems and Technology Action Plan; Development Objectives of Policies and Procedures; Activity 4.1; and paragraphs 218 to 221 of

the Agreement, demonstrating the continuity and reliability of the Reform process aimed at sustainability.

### vi. Manual for the Use of Computerized Systems.

This Manual was signed by the Commissioner on July 30, 2018. The Manual for the Use of Computerized Systems contains the essential information for the user to use and manage the data and information required and processed in the information systems acquired, created and implemented in the PRPB. This manual includes a description of the functions and responsibilities of the Bureau's employees in the use of the systems, capacities, contingencies and alternative modes of operation. In addition, it includes the processes and procedures for accessing the systems used in the Bureau.

This Manual was developed according to the Information Systems and Technology Action Plan; Development Objectives of Policies and Procedures; Activity 4.2; and paragraphs 218-221 and 223-224 of the Agreement, and the General Order Chapter 400, Section 403, entitled "Standards for the Use of Computerized Systems".

### vii. General Order Chapter 400, Section 404 entitled "Rules and Procedures for the Use of Communications Radios".

On August 2, 2018, the Commissioner signed the General Order described above. The revision of this policy focuses on the standardization of the radio communications of the Bureau in terms of safety and efficiency. In this way, establish the functions and responsibilities of the Bureau's employees in the use and handling of portable communications, as well as the activities carried out in a radio station, including the obligations and prohibitions of the operator. In addition, establish the relevant guidelines on the use of radio frequencies and security procedures. This policy was revised as established in the Information Systems and Technology Action Plan; Development Objectives of Policies and Procedures; Activity 2.1; and paragraphs 66 and 218 of the Agreement, demonstrating the continuity and reliability of the Reform process aimed at sustainability.

## b. Implementation Objectives: Radio Communications.

### i. Restoration of Radio Communications Infrastructure.

On June 29, 2018 the service contract was signed, with number 040-18-00202, to repair the infrastructure that was totally inoperable after the passage of Hurricane Maria. The purpose of said contract is to supply and install the necessary equipment, restore and update the infrastructure of the PRPB communications system.

The total number of places (sites) where the equipment for radio communications that were totally inoperative was installed amounted to nine (9). These are: Magic (San Sebastián), Monte del Estado (Maricao), Cerro Punta (Jayuya), Maravilla (Villalba), La Tabla (Guayama), Pandura (Yabucoa), Los Machos (Ceiba), Collores (Las Piedras) and Roncador (Utuado).

As of August 13, 2018, approximately sixty percent (60%) of the equipment has been received and installed, and the delivery and installation of equipment is expected to be completed on or before the month of December 2018.

### ii. Acquisition of Communications Radios.

The PRPB acquired by purchase order 00040-2018R00012, dated May 17, 2018, the number of one thousand (1,000) radio communications for the implementation of the project for the migration of the Smart Zone System to P25. These radios were delivered to the Communications Division on June 21, 2018, and assigned to the different police stations, units and divisions of the San Juan, Bayamón, Carolina and Caguas regions on July 12, 2018. At present, they have been over 560 portable radios assigned with the purpose of supporting the emigration project from the Smart Zone System to P25.

### iii. Smart Zone System Migration Project to P25.

The Communications Division migrated the analog and obsolete Smart Zone radio network to the encrypted P25 digital network, with the purpose of covering the regions of San Juan, Bayamón, Carolina and Caguas. This radio network provides service to some five thousand (5,000) users. This initiative will make it possible to standardize communications to a single network allowing an adequate and efficient service.

The General Order Chapter 400, Section 402, entitled "Procedure for the Handling and Disclosure of the Recordings of the Radio Communication System", established a uniform procedure that will govern the handling and dissemination of the recordings of the radio communication system in the Police Areas of San Juan, Bayamón, Carolina and Caguas, as well as in any other Police Area that will be implemented in the future.

### iv. Start of the Pilot Plan of the "Project for the Use and Handling of Digital Forms" with the Computer Aided Dispatch System (CAD / GTE).

On April 2, 2018, the Technology and Communications Bureau, with prior authorization from the Commissioner, began the pilot project to eliminate the use of paper (Project for the Use and Handling of Digital Forms) in the Police Areas of Carolina, Ponce and Utuado. During this first phase, the project includes the controlled forms PPR-468, entitled "Incident Report", and the PPR-93, entitled "Accident Report" developed in the Computer Aided Dispatch System (CAD / GTE) for the handling of criminal incidents.

### v. Completed Projects 2014-2018.

Infrastructure Update of the Headquarters' Data Communications Network: Update of the infrastructure of the Data Communications Network to increase the transaction speed from 1Gbps to 10Gbps in Headquarters and the operation was migrated to the Floor Computing Center 4. (November 2014)

Infrastructure improvements to structured cabling in the commanders of the regions: Replacement of structural cabling and its components to increase the speed of data transmission from the areas to the information systems that access the Headquarters. With this change, the

proper functioning of the information systems in the Police Areas is guaranteed. (December 2016)

Implementation of the new e-mail system in the Bureau: This migration will guarantee all PRPB personnel a robust e-mail system, which can be accessed from any geographical location through the Internet, as part of compliance with the objectives of the Reform Office. In addition, the Microsoft Office 365 productivity platform was implemented. (January 2015)

Weapons registration system: Update of the PRPB weapons system for the purpose of managing license applications, their renewal and control of these procedures at the central level, incorporating the issuance and printing of licenses in a digital manner. It also provides notifications that warn about the expiration of licenses and the handling of documents necessary for the corresponding procedures. In addition, armories and shooting clubs have the ability to identify their clients, as well as to keep track of weapon and ammunition sales over the Internet. (December 2015)

Creation of Technological Centers in each Police Area: Implementation of technological centers to provide the PRPB personnel with access to all computerized systems of the Bureau. In addition, they are used to give technological training. (December 2016)

Development and implementation of the system for handling electronic incidents (Computer Aid Dispatch) in the Command Centers: Development and implementation of the system used for the automated handling of criminal incidents (complaints). (December 2014)

Acquisition of specialized technological equipment (Laptop Computers) for the handling of electronic incidents (Computer Aid Dispatch): This specialized equipment is used in the implementation of the system for handling electronic incidents (Computer Aid Dispatch). (December 2015)

Investment in technological equipment: The objective of being able to provide a more up-to-date technology to our PRPB personnel, as well as reinforcing the following projects: Assistance System, Command Centers, Criminal Intelligence, Police Reform Office, Administrative Areas, Stolen Vehicles, Districts and Precincts plans to acquire a number of technological equipment. (Phase 1: December 2015, Phase 2: December 2016)

Acquisition and implementation of the data storage and backup system: Implementation of a system for storing and safeguarding information that allows to have a reliable way of protecting the data and information of the Bureau. (December 2015)

Crime Information Warehouse (CIW): Update and implementation of the repository, database store, to access criminal information with more agility and speed. In addition, interconnect the systems acquired or developed in the Bureau to CIW to assist in the development of criminal investigative reports, and the use of force, among others, in order to establish patterns and/or trends taking advantage of the existing technological infrastructure. (October 2014)

Updating and implementation of the map on criminal incidents (Crime Mapping): Update and implementation of the map for the handling of global positioning data of all incidents, divided by type of crime. In this way, we can collect data and information to delineate strategic and efficient work plans to combat crime. In addition, to be able to visualize from any part of the network of

the Bureau and prospectively to distribute by Internet so that other agencies of public order, as well as the citizens can visualize it from any geographical point. (December 2015)

Development and implementation of the module for the predictive analysis of vehicles stolen on the map on criminal incidents (Crime Mapping): Development and implementation of the module for the admission and predictive analysis of stolen vehicles on the platform for the map on criminal incidents (Crime Mapping). (June 2018)

Update and redesign of the PRPB Webpage: Update and redesign of the Bureau's website with the purpose of publishing and disseminating information through the Internet. (December 2015)

Organized Crime Investigations Registry System "SISCO": Development and implementation of application for the Investigative Branch of the PRPB, which includes a registry of criminal investigations, assigned investigators and victims. (July 2017)

Employee compensation and control system (PACE): Development and implementation of the centralized system of the Appointments and Changes Division, which allows the adjustment of salary and compensation of the personnel of rank. (December 2015)

Development of a support system for the user of systems and computer (HelpDesk): Development of the user support system (HelpDesk) to register, assign and document calls for services made by the users of the Bureau. It also includes the following modules: Inventory of Technological Equipment, Radio Inventory of the Communications Division and the Module to unlock and update user accounts. (June 2015)

Fire Eye Security System: Acquisition of the security system for the Agency's network in order to protect the systems from viruses, malware, and other attacks from the Internet that may compromise the data and sensitive information of the PRPB. (December 2014)

Admission of sex offenders to the system in the criminal justice systems NCIC and SORADM: Registered sex offenders were admitted, in the jurisdiction of the ELA, into both NCIC and SORADM systems. (December 2014)

Implementation of the APCO P-25 platform: Implement the communication platform for members of the PRPB, which allows encryption of frequencies for use in the communication radios of the Bureau. (June 2017)

Acquisition and implementation of the system for the recordings of the radio communication system in the PRPB: Implementation of the platform to record radio communications originated by PRPB police officers. (June 2017)

Acquisition of a telephone box: Acquisition and installation of a telephone box at the central level to improve voice communications in all the offices of the PRPB. (December 2015)

Acquisition of computerized equipment: Acquisition of computerized equipment to comply with the implementation of information systems and technology acquired or developed in the Bureau. (December 2015)

Acquisition of multifunction printers: Satisfy the need for multifunction printers of newly created units and others that, due to the complexity of their functions, require such equipment. (May 2015)

Integration of the Network of the Academy in the PRPB domain: Integrate the information systems of the Police Academy to provide a better service to the cadets and the administration and reduce the operational costs. (January 2017)

## IV.    Conclusion.

Without a doubt, the last 4 years of the capacity building period have been challenging for the Puerto Rico Police Bureau. We have been able to make systematic changes in administrative and operational matters that have resulted in an advanced police corps that respects the constitutional maxims. In the course of these years we have had the full collaboration of the nominating authorities and the staff of the various units of our Bureau. We are aware of the new challenges involved in the stage we have to start and we reaffirm the ironclad commitment to continue vindicating the organizational changes that promote faithful compliance with the provisions of the Agreement.


CERTIFY

I certify under penalty of perjury under 28 U.S.C. § 1746 and any other applicable law of the United States, which the previous Report and the information is true and correct. Executed in San Juan, Puerto Rico, on September 24, 2018.




Henry Escalera Rivera
Commissioner
Puerto Rico Police Bureau

# V.  Attachments

# ATTACHMENT 1

### Request for Extension of Activities Not Completed in Action Plans

**Document**: OS-1-OR-4-439, (August 8, 2018)

| | Activity | Activity and Page | Extended Time | Justification and / or Additional Information |
|---|---|---|---|---|
| | **Professionalization Action Plan** | | | |
| 1. | Paragraph 13 Develop Work Plan | 1.3, p. 21 | Deliver Work Plan on Sep 28, 2018 | Aug 6, 2018 OGP approved V2A Company contract. See communication OS-4-OR-1-439 |
| | **Use of Force Action Plan** | | | |
| 2. | Development of training related to mobilization, use of specialized weapons and control of crowds. | 1.8, 1.9, 1.10 y 1.11 pp. 40 y 41 | Deliver the training material March 4, 2019 | They affect activities : 1.1(h, i, j y k) pp. 46 y 47. See communication SAEA -1-2-176, of July 23, 2018 |
| 3. | Train 50% of the MNPRR in the basic course of Intervention in Crisis. | 1.4, p. 51 | Training will begin for 50% April 16,2018, to complete 100% September 16,2019 | They affect Activities: 1.5, p. 50 1.6 p. 51 * Docket 775 |
| | **Equal Protection and Non-Discrimination Action Plan** | | | |
| 4. | Multi-thematic Training Program directed to the police. | 1.1.11, p. 84 | Deliver the training material January 7,2019 | They affect the Activities: 1.2.3, p. 86 (training for employees). This multi-thematic will include the REA-624 and the training of the OG 626 (1.1.6, p.82). In addition, it will be evaluated to include Activities 2.3.5 and 2.3.7, p. 248 |
| | **Recruitment, Selection and Hiring Action Plan** | | | |
| 5. | The SAEA will develop a multi-thematic training aimed at the personnel that will work in the recruitment process phase. | 1.1, p. 100 | 6 months after the policy is signed | They affect Activities: 1.1, p. 100 1.1, p. 101 1.2, p. 102 1.3, p. 103 2.1, p. 105 |

| Training Action Plan | | | | |
|---|---|---|---|---|
| 6. | Development of educational material for the following courses:<br><br>a. Radio Communications and Computer Systems<br><br>b. Computer Assisted Dispatch.<br><br>c. Evidence Handling<br><br>d. Incident Information Dissemination Manual | 1.1 J, p. 178 | Deliver the training material in March 2019 | They affect Activities of implementation.<br><br>Dissemination Manual **TCA-OR-422-02-07-18**<br><br>* Docket 775 |
| **Supervision and Management Action Plan** | | | | |
| 7. | The SAEA will create multi-thematic to train the personnel that exercises supervisory tasks in the PRPB considering the inherent functions of each rank. | 1.3, pp. 194-196 | Training will begin on March 30, 2019 | |
| 8. | The SAEA will create a course to train all personnel assigned to the SARP Inspections Division in the Procedures Manual of Operational and Administrative Inspections. | 3.1, p. 198 | Delivery is given 4 months from the signing of the policy. | |
| 9. | The SAEA will train 50% on the Police Performance Evaluation System | 1.5, p. 201 | Training will begin 6 months after the policy is signed | The PRPB will activate Paragraph 113. It affects the Activities: 1.2, p. 209 |
| 10. | The SAEA will train 100% of the personnel assigned to the Inspection Division of SARP on the Inspection Manual. | 1.10, pp. 205, 206 | Compliance for 100% of the personnel concerned Jun 30, 2019 | |
| 11. | Monitor the proportion between the frontline supervisor and the police officers that he maintains in such a way that direct, effective supervision can be carried out. | 1.4, p. 213 | Monitoring measurement starts in August 2019 | The start of monitoring should begin after the Paragraph 13 Work Plan has been completed. |
| **Civilian Complaints, Internal Investigations and Discipline Action Plan** | | | | |
| 12. | Implement the digitalization of the physical files of employees with administrative complaints. | 1.3, p. 233 | In October 2019 | * Docket 775 |
| 13. | Train 50% of the personnel of SARP and OAL on receipt, classification and | 1.2, p. 224 | Compliance for 100% | |

|  | processing of managment of administrative complaints. |  | of the personnel concerned July 1, 2019 |  |
|---|---|---|---|---|
| 14. | The SAEA will re-train those employees to whom a performance deficiency that could be corrected through retraining has been identified. | 2.2, p. 237 | To deliver handbook on January14,2019<br><br>For the development of training March 1, 2019 |  |
| 15. | Monitoring or corroboration of administrative investigations are completed within 90 days. | 1.1.e, p. 240 | Suspension of the count of the days during the period 15 / September 15, 2017 until the January 8, 2018.<br><br>In the Humacao area it extends until March 1, 2018. | * Docket 775 |
| **Information Systems and Technology Action Plan** |||||
| 16. | Develop a training for the use and management of portable recording devices for the police. | 1.3, p. 277 | 6 months after the policy is signed | They affect Activity 1.7, Page 302 |
| 17. | Train 50% of the personnel assigned to the Communications Division in the administration, configuration and diagnosis of radio communication equipment. | 1.4, p. 282 | Training will begin for 50% in April 2019 | * Docket 775 |
| 18. | Train 50% of the personnel assigned to the Technology Division in the administration and diagnosis of computerized systems. | 1.5, p. 283 | Training will begin for 50% in April 2019 | * Docket 775 |
| 19. | Train 50% of the personnel in the manual for the use and management of the CIW. | 1.6, p. 284 | Training will begin for 50% in April / 2019 | * Docket 775 |
| 20. | Train personnel in the use and management of the Information System of the National Criminal Information Center (NCIC) and the Information System for the Integrated Criminal Registry (ICR) | 1.7, p. 285 | Training will begin for 50% in April / 2019 | They affect activities: 1.8, p. 285 1.9, p. 286 * Docket 775 |
| 21. | Train staff in the use and management of the application of the map of criminal incidents. | 1.10, p. 286 | The training will begin for 50% in April / 2019. | They affects the Activities: 1.11, p. 287 1.12, p. 287 * Docket 775 |

4

| 22. | Develop and implement the Computer Assisted Dispatch (CAD) | 1.2, p. 290 | In October 2019 | * Docket 775 |
|---|---|---|---|---|
| 23. | Develop and implement an information system to collect, store and distribute information on the activation and mobilization of Specialized Tactical Units. | 1.2.1, p. 292 | In October 2019 | * Docket 775 |
| 24. | Develop and implement an information system to collect information related to arrests and searches. | 1.2.2, p. 293 | In October 2019 | * Docket 775 |
| 25. | Update and / or incorporate the necessary forms for the collection of data and information on incidents. | 1.2.3, p. 294 | In October 2019 | * Docket 775 |
| 26. | Develop and implement an information system to maintain the records of training and retraining. | 1.3, p. 295 | In October 2019 | * Docket 775 |
| 27. | Develop and implement a Performance Evaluation System for employees. | 1.3.1, p. 297 | In October 2019 | * Docket 775 |
| 28. | Develop and implement a system to maintain the records of the curriculum, teaching plans, among others. | 1.4, p. 298 | In October 2019 | * Docket 775 |
| 29. | Develop and implement a system to digitally record and store communications from the Command Center and Radio Control. | 1.6, p. 300 | In October 2019 | * Docket 775 |
| 30. | Develop and implement a system to record and digitally store the captured videos. | 1.7, p. 302 | In October 2019 | * Docket 775 |
| 31. | Develop a system to digitize the physical files of employees with administrative complaints. | 1.9.3, p. 308 | In October 2019 | * Docket 775 |
| 32. | Development and implementation of the PRPB Virtual Library in the PRPB website. | 1.10, p. 309 | In June 2019 | They affect Activityes: 6.1, p. 120 |

5

| 33. | Develop and implement through the virtual library a mechanism for people to submit comments on policies and procedures of the PRPB. | 1.11, p. 310 | In June 2019 | * Docket 775 |
| --- | --- | --- | --- | --- |

# ATTACHMENT 2

| Amount and Percent of Activities in Extension | | | |
|---|---|---|---|
| **Action Plans** | **Activities by Action Plan** | **Activities Extended by Action Plan** | **% of Activities Extended by Action Plan** |
| Professionalization | 25 | 1 | 4% |
| Use of Force | 64 | 2 | 3% |
| Searches and Seizures | 29 | 0 | N/A |
| Equal Protection and Non-Discrimination | 54 | 1 | 2% |
| Recruitment, Selection and Hiring | 20 | 1 | 5% |
| Policies and Procedures | 66 | 0 | N/A |
| Training | 117 | 1 | 1% |
| Supervision and Management | 41 | 5 | 12% |
| Civilian Complaints, Internal Investigations and Discipline | 53 | 4 | 8% |
| Community Engagement and Public Information | 36 | 0 | N/A |
| Information Systems and Technology | 63 | 18 | 29% |
| Totals of the eleven (11) Action Plans | 568 | 33 | 6% |

# ATTACHMENT 3

**Reform Office**

**List of Policies Developed by the Policies and Procedures Section of the Reform Office from January 1 to July 31, 2018**

| | Chapter | Section | Title of the Policy | Date of Effectiveness | Action Plan |
|---|---|---|---|---|---|
| 1. | 600 | 603 | Use and Handling of Impact Weapons | January 31, 2012<br>January 13, 2015<br>August 24, 2016<br>June 13, 2018 | Use of Force |
| 2. | 600 | 604 | Use and Handling of Chemical Agents | January 31, 2012<br>March 20, 201527/marzo/2015<br>August 24, 2016<br>April 24, 20182018 | Use of Force |
| 3. | 600 | 617 | Code of Ethics for the Members of the Puerto Rico Police | April 24, 2015<br>August 25, 2016<br>June 20, 2018 | Professionalization |
| 4. | 600 | 618 | Use and Handling of Weapons | September 11, 2015<br>June 27, 2018 | Use of Force |
| 5. | 600 | 624 | Interaction with Transgender and Transsexual Individuals | December 10, 2015<br>April 23, 2018 | Equal Protection and Non Discrimination |
| 6. | 600 | 615 | Authority of the Puerto Rico Police to conduct Arrests and Serve Summons | April 21, 2016<br>July 30, 2018 | Searches and Seizures |
| 7. | 800 | 801 | Functioning of the Central Committee and the Area Community Interaction Councils with the Puerto Rico Police | June 15, 2015<br>April 17, 2017<br>July 25, 2018 | Community Engagement and Public Information |
| 8. | 100 | 108 | Reorganization of the Auxiliary Superintendency of Education and Training | July 30, 2014<br>December 19, 2016<br>July 26, 2018 | Training |
| 9. | 600 | 623 | Rules for the Management of Police Pursuits | February 15, 2016<br>July 30, 2018 | Use of Force |
| 10. | 100 | 114 | Reorganization of the Auxiliary Superintendency for Professional Responsibility | February 11, 2016<br>July 23, 2018 | Civilian Complaints, Internal Investigations and Discipline |
| 11. | 100 | 118 | Functions and Responsibilities of the Domestic Violence Specialized Division | April 21, 2016<br>December, 2016<br>July 16, 2018 | Equal Protection and Non Discrimination |
| 12. | 400 | 403 | Rules for the Use of the Computerized Systems | December 19, 2016<br>July 23, 2018 | Information Systems and Technology |
| 13. | 600 | 626 | Interventions with Foreigners | May 26, 2016<br>June 20, 2018 | Equal Protection and Non Discrimination |

| | | | | | |
|---|---|---|---|---|---|
| 14. | 800 | 805 | Community Encounters | November 23, 2016<br>June 20, 2018 | Community Engagement and Public Information |
| 15. | 2016-IV | 644 | Investigation of Domestic Violence Incidents Involving Puerto Rico Police Employees | April 21, 2016<br>November 29, 2016<br>July 27, 2018 | Equal Protection and Non Discrimination |
| 16. | 100 | 123 | Technology and Communications Bureau | January 23, 2017<br>April 25, 2018 | Information Systems and Technology |
| 17. | 600 | 633 | Intervention with Minors in the Commission of Faults | April 26, 2017<br>July 25, 2018 | Equal Protection and Non Discrimination |
| 18. | OA 2015-1-IV | 619 | Vehicular Interventions | May 26, 2016 | Policies and Procedures |
| 19. | 700 | 702 | Rules and Procedures of the Pre-Service Training Program | April 12, 2017<br>July 30, 2018 | Training |
| 20. | 2017-1 300 | 308 | Employee Assistance Program of the Puerto Rico Police (PAE) | February 28, 2017<br>July 23, 2018 | Civilian Complaints, Internal Investigations and Discipline |
| 21. | 400 | 406 | Use and Handling of the Crime Mapping Application | April 24, 2018 | Information Systems and Technology |
| 22. | 300 | 310 | Performance Evaluation for the Employees of the Puerto Rico Police Bureau | June 20, 2018 | Supervision and Management |
| 23. | 600 | 610 | Recording of Public Events | February 10, 2014<br>June 20, 2018 | Not included on the Action Plans |
| 24. | 600 | 613 | Cyber Crimes Division | August 29, 2014<br>April 5, 2018 | Not included on the Action Plans |
| 25. | 600 | 638 | Appearances and Summons to the Judicial and/or Administrative Forums | April 24, 2018 | Not included on the Action Plans |
| 26. | | | Manual for the Administration of Computerized Systems | June 26, 2018 | Information Systems and Technology |
| 27. | | | Manual of Procedures of the Office of Internal Audit | April 24, 2018 | Supervision and Management |
| 28. | | | Domestic Violence SOP | July 26, 2018 | Policies and Procedures |
| 29. | 400 | 405 | CIW | June 28, 2018 | Information Systems and Technology |
| 30. | | | Internal Regulation to Regulate Virtual Courses in the PRPB | June 22, 2018 | Training |

# ATTACHMENT 4

**Action Plan: Professionalization**

### Process for the Development of the Study Implementation Plan.



# ATTACHMENT 5

### Progress of the Study Implementation Plan

| Focus | Initiative |
|---|---|
| A. Personnel redistribution | 1. Personnel redistribution |
| | 2. Police Officers in administrative duties |
| | 3. Criteria revision for the selection of the Specialized Tactical Unit in order to incentivize recruitment |
| B. Processes Improvement | 4. New Time and Assistance Process Implementation |
| | 5. Digitalization PPR-468 Form |
| | 6. Administrative Reports Reduction |
| C. Subcontracting | 7. Subcontracting of tow services |
| D. Overtime | 8. Better management of overtime timekeeping |
| E. Training | 9. Community Policing training to all PRPB personnel |

# ATTACHMENT 6

**Action Plan: Use of Force**

### Incident Statistics on the Use of Force by Area

| CASOS DE USO DE FUERZA POR ÁREA POLICIACAS 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Áreas Policiacas | Nivel 1 | Nivel 2 | Nivel 3 | Nivel 4 | Totales | % de Casos por Áreas |
| San Juan | 5 | 6 | 8 | 2 | 21 | 10% |
| Arecibo | 11 | 3 | 2 | 1 | 17 | 8% |
| Ponce | 15 | 2 | 2 | 1 | 20 | 10% |
| Humacao | 2 | 1 | 3 | 1 | 7 | 3% |
| Mayagüez | 14 | 0 | 0 | 1 | 15 | 7% |
| Caguas | 2 | 1 | 1 | 8 | 12 | 6% |
| Bayamón | 14 | 4 | 20 | 6 | 44 | 21% |
| Carolina | 2 | 7 | 14 | 5 | 28 | 14% |
| Guayama | 3 | 1 | 1 | 0 | 5 | 2% |
| Aguadilla | 9 | 8 | 2 | 1 | 20 | 10% |
| Utuado | 1 | 3 | 2 | 0 | 6 | 3% |
| Fajardo | 0 | 0 | 0 | 0 | 0 | 0% |
| Aibonito | 8 | 0 | 3 | 1 | 12 | 6% |
| Sub Totales | 86 | 36 | 58 | 27 | **207** | |
| Promedio | 42% | 17% | 28% | 13% | | |

# ATTACHMENT 7

## Use of Force Incidents Reported to SARP from all Police Areas

| RELACIÓN DE INCIDENTES DE USO DE FUERZA INFORMADOS A SARP DE TODAS LAS ÁREAS POLICÍACAS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TÉCNICA EMPLEADA** | Desde: 1 de julio de 2017 al 30 de junio de 2018 | | | **Tendencias** | | | | | | | |
| **NIVEL 1** | **2017** | **2018** | **Día de mayor ocurrencia** | | | | | | | | |
| | | | Lunes | Martes | Miércoles | Jueves | Viernes | Sábado | Domingo | | **TOTAL** |
| Manos Suaves | 86 | 53 | 81 | 90 | 75 | 81 | 80 | 66 | 86 | | 559 |
| Uso de Batón | 2 | 0 | **Contra Seres Humanos/Animales** | | | | | | | | |
| Aplicación Ley 154 | 38 | 33 | **Seres Humanos** | | **Animales** | | **No informado** | | | | **TOTAL** |
| **TOTAL** | **126** | **86** | 482 | | 77 | | 0 | | | | 559 |
| **NIVEL 2** | **2017** | **2018** | **Turno de Ocurrencia** | | | | | | | | |
| Manos Duras | 72 | 35 | **4:00AM/12:00m d** | | **12:00MD/8:00PM** | | **8:00PM/4:00PM** | | **No informado** | | **TOTAL** |
| Uso del Batón | 1 | 0 | 129 | | 267 | | 163 | | 0 | | 559 |
| Dispositivo Control Eléctrico | 5 | 1 | **Género de Persona Intervenida** | | | | | | | | |
| Uso de Agentes Químico | 4 | 1 | **Masculino** | | **Femenino** | | **No informado** | | | | **TOTAL** |
| **TOTAL** | **82** | **37** | 399 | | 58 | | 25 | | | | 482 |
| **NIVEL 3** | **2017** | **2018** | **Edad Promedio de Persona Intervenida** | | | | | | | | |
| | | | 13-17 | | **12** | 46-50 | | **16** | | | |
| Uso del Batón | 0 | 2 | 18-25 | | **157** | 51-55 | | **16** | | | |
| Dispositivo Control Eléctrico | 66 | 36 | 26-30 | | **71** | 56-60 | | **17** | | | |
| Apuntar Arma de Reglamento | 21 | 20 | 31-35 | | **52** | 61-65 | | **11** | | | |
| Can o Equino | 1 | 0 | 36-40 | | **41** | 66-70 | | **8** | | | |
| **TOTAL** | **88** | **58** | 41-45 | | **38** | 70 ó más | | **0** | | | |
| **NIVEL 4** | **2017** | **2018** | **Menores** | | **Adulto** | | | **No Informado** | | | **TOTAL** |
| Manos Duras | 0 | 3 | 12 | | 427 | | | 43 | | | 482 |
| Uso del Batón | 0 | 1 | **Investigaciones de Campo Realizadas por FIU** | | | | | | | | |
| Dispositivo Control Eléctrico | 3 | 0 | **2017** | | **2018** | | **TOTAL** | | **Porciento (%)** | | |
| Fuerza Letal Arma de Reglamento | 53 | 22 | 66 | | 65 | | **131** | | -0.77 | | |
| Persona Muerta Custodia | 0 | 0 | | | | | | | | | |
| **TOTAL** | **56** | **26** | **Personas Lesionadas** | **Cantidad de Informes Enviados a SARP** | | | | | | | |
| **MOTIVO POR LO QUE EL USO DE FUERZA FUE NECESARIO** | | | | | | | | | | | |
| Efectuar Arresto | Custodia Preventiva | Evitar Autoinflija Daños | Legítima Defensa | **Ciudadano** | **2017** | | **2018** | | **TOTAL** | | |
| **335** | **33** | **0** | **56** | **239** | | | | | | | |
| Contra un animal (154) | Contra un animal feroz | Prevenir Fuga | Otra Razón | **MNPPR** | 352 | | 207 | | 559 | | |
| 71 | 6 | 13 | 45 | **62** | | | | | | | |

Nota: El Total de Género Intervenido **(482)** + Total Contra Animales **(77)** = **(559)** Cantidad de Informes Enviados a SARP

De igual manera en Total Edad Promedio de Persona Intervenida **(482)** + Total Contra Animales **(77)** = **(559)** Cantidad de Informes Enviados a SARP

## ATTACHMENT 8

| Statistics of the Counseling Offered Through the Sexual Crimes Hotline (787) 343-0000 January 1 - July 31, 2018 | |
|---|---|
| **Classification of Received Calls** | **Amount** |
| Confidentialities Received | 0 |
| Orientations[2] | 68 |
| Abuse | 90 |
| Institutional Abuse | 14 |
| Sodomy | 37 |
| Human Trafficking | 0 |
| Rape[3] | 166 |
| Article 3.5 (Law 54 of August 15, 1989, "Law for the Prevention and Intervention with Domestic Violence") | 18 |
| Other crimes[4] | 9 |
| Indecent Exposure | 5 |
| Pornography | 18 |
| Lewd Acts | 284 |
| **Total Calls Received** | **709** |

[2] Las llamadas a la línea clasificadas como orientaciones además de incluir a las personas particulares que llaman para solicitar información y ayuda, incluyen a los agentes de distritos y precintos que llaman para solicitar ayuda de la unidad especializada para trabajar sus casos.

[3] Las llamadas a la línea clasificadas como caso de agresión sexual incluyen violaciones, violaciones estatutarias, incesto, incidentes ocurridos en el sistema carcelario (Prison Rape Elimination Act of 2003 o PREA por sus siglas en inglés), y agresión sexual digital.

[4] Las llamadas a la línea clasificadas como otros delitos incluyen agresiones simples, amenazas, incidentes desgraciados, entre otros.

# ATTACHMENT 9

**Statistics Related to Paragraph 97**

| | Complaints Received in the Sexual Crimes and Child Abuse Division January - June, 2018 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Areas** | Complaints Received | Solved Cases | Male Victims | Female Victims | Number of Arrests | Multiple Arrests | Criminal Charges Filed | Intervention with Minor | Intervention with More than One Minor | Faults Filed | Convictions |
| **San Juan** | 60 | 14 | 10 | 50 | 8 | 0 | 2 | 4 | 0 | 0 | 0 |
| **Arecibo** | 76 | 75 | 15 | 61 | 5 | 0 | 6 | 16 | 0 | 4 | 0 |
| **Ponce** | 85 | 82 | 24 | 61 | 9 | 0 | 12 | 0 | 0 | 0 | 3 |
| **Humacao** | 14 | 4 | 1 | 13 | 2 | 0 | 1 | 2 | 0 | 0 | 0 |
| **Mayagüez** | 37 | 16 | 5 | 32 | 7 | 0 | 6 | 2 | 0 | 0 | 0 |
| **Caguas** | 45 | 6 | 7 | 38 | 2 | 0 | 2 | 1 | 0 | 0 | 0 |
| **Bayamón** | 89 | 25 | 14 | 75 | 5 | 0 | 4 | 3 | 0 | 0 | 4 |
| **Carolina** | 58 | 52 | 11 | 47 | 3 | 0 | 3 | 5 | 0 | 0 | 2 |
| **Guayama** | 37 | 11 | 10 | 27 | 15 | 0 | 3 | 1 | 0 | 0 | 0 |
| **Aguadilla** | 29 | 6 | 3 | 26 | 3 | 0 | 2 | 4 | 0 | 1 | 0 |
| **Utuado** | 19 | 12 | 3 | 16 | 0 | 0 | 0 | 4 | 0 | 0 | 0 |
| **Fajardo** | 27 | 26 | 3 | 24 | 1 | 0 | 0 | 7 | 0 | 1 | 0 |
| **Aibonito** | 31 | 1 | 8 | 23 | 2 | 0 | 1 | 2 | 0 | 0 | 0 |
| **Vega Baja** | 38 | 2 | 13 | 25 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| **Total** | **645** | **332** | **127** | **518** | **62** | **0** | **43** | **51** | **0** | **7** | **9** |

# ATTACHMENT 10

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Domestic Violence Statistics: Arrests and Convictions** | | | | | | | | | |
| **Areas** | Complaints Received | Solved Cases | Male Victims | Female Victims | Number of Arrests | Multiple Arrests | Criminal Charges Filed | Intervention with Minor | Intervention with More than One Minor |
| **San Juan** | 203 | 180 | 100 | 0 | 91 | 0 | 0 | 0 | 1 |
| **Arecibo** | 513 | 488 | 131 | 0 | 97 | 0 | 0 | 0 | 0 |
| **Ponce** | 310 | 309 | 255 | 1 | 139 | 0 | 0 | 0 | 0 |
| **Humacao** | 147 | 147 | 93 | 0 | 101 | 0 | 0 | 0 | 0 |
| **Mayagüez** | 270 | 253 | 52 | 0 | 99 | 0 | 0 | 0 | 0 |
| **Caguas** | 321 | 296 | 175 | 0 | 117 | 0 | 0 | 0 | 1 |
| **Bayamón** | 513 | 512 | 373 | 0 | 214 | 0 | 0 | 0 | 0 |
| **Carolina** | 195 | 195 | 146 | 0 | 75 | 0 | 0 | 0 | 0 |
| **Guayama** | 224 | 223 | 131 | 1 | 100 | 0 | 0 | 0 | 1 |
| **Aguadilla** | 325 | 323 | 239 | 0 | 148 | 0 | 0 | 0 | 0 |
| **Utuado** | 79 | 78 | 52 | 0 | 36 | 0 | 0 | 0 | 0 |
| **Fajardo** | 177 | 177 | 29 | 0 | 81 | 0 | 0 | 0 | 0 |
| **Aibonito** | 250 | 250 | 192 | 0 | 116 | 0 | 0 | 0 | 2 |
| **Total** | **3,527** | **3,431** | **1,968** | **2** | **1,414** | **0** | **0** | **0** | **5** |

# ATTACHMENT 11

## Statistics of Domestic Violence: Victims by Gender

| Area | Domestic Violence Incidents Reported by Gender | | Unfounded Cases | Cases with Complaints | Investigations with Arrests Involved | Prosecutor Ordered Filing of Charges | Convictions |
|---|---|---|---|---|---|---|---|
| | Female | Male | | | | | |
| San Juan | 161 | 39 | 5 | 91 | 100 | 91 | 1 |
| Arecibo | 418 | 95 | 27 | 97 | 131 | 97 | 0 |
| Ponce | 266 | 43 | 6 | 139 | 255 | 139 | 0 |
| Humacao | 118 | 27 | 1 | 101 | 93 | 101 | 0 |
| Mayagüez | 236 | 33 | 34 | 99 | 52 | 99 | 0 |
| Caguas | 276 | 45 | 3 | 117 | 175 | 117 | 1 |
| Bayamón | 431 | 80 | 0 | 214 | 373 | 214 | 0 |
| Carolina | 166 | 29 | 9 | 75 | 146 | 75 | 0 |
| Guayama | 183 | 37 | 0 | 100 | 131 | 100 | 1 |
| Aguadilla | 266 | 60 | 146 | 148 | 239 | 148 | 0 |
| Utuado | 100 | 11 | 8 | 36 | 52 | 36 | 0 |
| Fajardo | 149 | 28 | 4 | 81 | 29 | 81 | 0 |
| Aibonito | 201 | 48 | 26 | 116 | 192 | 116 | 2 |
| **TOTAL** | **2,971** | **575** | **269** | **1,414** | **1,968** | **1,414** | **5** |
| | **3,527** | | | | | | |

**ATTACHMENT 12**

| Statistics on Arrests of Puerto Rico Police Bureau Police Officers Related to Paragraph 100 (January 1 to July 31, 2018) | | | | | |
|---|---|---|---|---|---|
| GENDER | COMPLAINTS RECEIVED | ARRESTED POLICE OFFICERS | CHARGES FILED | POLICE CONVICTIONS | MULTIPLE ARRESTS |
| Male Aggressor | 93 | 49 | 21 | 0 | 0 |
| Female Aggressor | 6 | 4 | 3 | 0 | 0 |
| Total | 99 | 53 | 24 | 0 | 0 |

# ATTACHMENT 13

## Trainings Provided to PRPB Personnel

| TRAINING COURSES | Trained PRPB Personnel | | Percentage of Trained PRPB Personnel | Compliance Date 50% Training Implementation | Compliance Date 100% Training Implementation [2] |
|---|---|---|---|---|---|
| General Orders 601 y 605 - Use of Force | 12,011 | | 91% | January 30, 2017 | June 1, 2018 |
| General Order 602 Electronic Control Device (16 horas) | 4,897 | | | | |
| General Order 602 Electronic Control Device (8 horas) | 7,197 | 12,312 | 93% | December 5, 2016 | April 16, 2018 |
| General Order 602 Electronic Control Device (2 horas) | 218 | | | | |
| General Order 603 Baton (16 horas) | 5,201 | | | | |
| General Order 603 Baton (8 horas) | 7,292 | 12,711 | 96% | September 27, 2016 | February 6 , 2018 |
| General Order 603 Baton (2 horas) | 218 | | | | |
| General Order 604 Pepper Spray | 10,875 | | | | |
| General Order 604 Pepper Spray (4 horas) | 1,423 | 12,277 | 93% | November 11, 2016 | March 23, 2018 |
| General Order 612 Searches and Seizures | 9,079 | | 69% | August 12, 2017 | December 21, 2018 |
| General Order 615 Searches and Seizures | 11,344 | | | | |
| General Order 615 Arrests and Citations Recertification | 941 | 12,285 | 93% | October 24, 2016 | March 5, 2018 |
| General Order 617 Code of Ethics | 12,308 | | 93% | October 24, 2016 | March 5, 2018 |
| General Order 622 Sexual Crimes | 8,344 | | 63% | October 24, 2017 | March 7, 2019 |
| General Order 623 Police Pursuits | 10,488 | | 80% | September 17, 2017 | 1 February 1, 2019 |
| General Order 624 Transgender | 10,921 | | 83% | June 10, 2017 | October 26, 2018 |
| General Order 627 Domestic Violence | 5,009 | | 38% | October 24, 2017 | October 16, 2019 |

---

[2] Se indican las fechas de cumplimiento según lo acordado en el Tribunal Federal y establecido en el documento 656 del caso de la Reforma Sostenible de la Policía de Puerto Rico.

## ATTACHMENT 14

| Compliance Report on Training in the Use and Handling of Impact Weapons (Baton) | | | | | | |
|---|---|---|---|---|---|---|
| **Work Unit** | **Assigned Personnel** | **Able Assigned Personnel** | **Able Trained Personnel** | **Able Untrained Personnel** | **Non-Able Personnel** | **Trained Percentage[3]** |
| Aguadilla | 526 | 505 | 505 | 0 | 21 | 100.00% |
| Aibonito | 278 | 275 | 275 | 0 | 3 | 100.00% |
| Arecibo | 582 | 570 | 570 | 0 | 12 | 100.00% |
| Bayamón | 1,009 | 958 | 954 | 4 | 51 | 99.58% |
| Caguas | 406 | 389 | 389 | 0 | 17 | 100.00% |
| Carolina | 644 | 621 | 621 | 0 | 23 | 100.00% |
| Fajardo | 310 | 290 | 289 | 1 | 20 | 99.66% |
| Guayama | 327 | 309 | 309 | 0 | 18 | 100.00% |
| Humacao | 263 | 262 | 262 | 0 | 1 | 100.00% |
| Mayagüez | 563 | 548 | 548 | 0 | 15 | 100.00% |
| Ponce | 810 | 783 | 780 | 3 | 27 | 99.62% |
| San Juan | 1,173 | 1,095 | 1,095 | 0 | 78 | 100.00% |
| Utuado | 274 | 274 | 274 | 0 | 0 | 100.00% |
| SAOC | 65 | 64 | 60 | 4 | 1 | 93.75% |
| Transit Bureau | 871 | 857 | 857 | 0 | 14 | 100.00% |
| FURA | 579 | 566 | 565 | 1 | 13 | 99.82% |
| Metro STU | 91 | 85 | 85 | 0 | 6 | 100.00% |
| Community Rel. Bureau | 22 | 22 | 22 | 0 | 0 | 100.00% |
| SAIC (Global) | 3,408 | 3,333 | 3,329 | 4 | 75 | 99.88% |
| SARP | 171 | 169 | 169 | 0 | 2 | 100.00% |
| SAEA | 215 | 208 | 208 | 0 | 7 | 100.00% |
| SASG | 52 | 52 | 52 | 0 | 0 | 100.00% |
| Office of the Commissioner; Reform Office; Press Office; Legal Office; and Security and Protection Office | 340 | 328 | 328 | 0 | 12 | 100.00% |
| Auxiliary Superintendence Fortaleza Police | 177 | 177 | 177 | 0 | 0 | 100.00% |
| ***Total*** | **13,156** | **12,740** | **12,723** | **17** | **416** | **99.87%** |

---

[3] Para calcular el porciento de cumplimiento de los policías adiestrados (séptima columna) se dividió entre los policías  hábiles adiestrados (cuarta columna) por el total de policías hábiles asignados (segunda columna).

# ATTACHMENT 15

| Compliance Report of Arrests and Citations Training | | | | | | |
|---|---|---|---|---|---|---|
| Work Unit | Assigned Personnel | Able Assigned Personnel | Able Trained Personnel | Able Untrained Personnel | Non-Able Personnel | Trained Percentage[3] |
| Aguadilla | 520 | 508 | 508 | 0 | 12 | 100.00% |
| Aibonito | 278 | 275 | 275 | 0 | 3 | 100.00% |
| Arecibo | 573 | 566 | 566 | 0 | 7 | 100.00% |
| Bayamón | 995 | 947 | 946 | 1 | 48 | 99.89% |
| Caguas | 407 | 397 | 397 | 0 | 10 | 100.00% |
| Carolina | 603 | 583 | 583 | 0 | 20 | 100.00% |
| Fajardo | 305 | 286 | 286 | 0 | 19 | 100.00% |
| Guayama | 326 | 313 | 313 | 0 | 13 | 100.00% |
| Humacao | 262 | 260 | 260 | 0 | 2 | 100.00% |
| Mayagüez | 555 | 550 | 550 | 0 | 5 | 100.00% |
| Ponce | 802 | 789 | 789 | 0 | 13 | 100.00% |
| San Juan | 1,128 | 1,079 | 1,078 | 1 | 49 | 99.91% |
| Utuado | 260 | 260 | 260 | 0 | 0 | 100.00% |
| SAOC | 75 | 74 | 72 | 2 | 1 | 97.30% |
| Transit Bureau | 849 | 837 | 835 | 2 | 12 | 99.76% |
| FURA | 582 | 571 | 570 | 1 | 11 | 99.82% |
| Metro STU | 91 | 85 | 85 | 0 | 6 | 100.00% |
| Community Relations Bureau | 22 | 22 | 22 | 0 | 0 | 100.00% |
| SAIC (Global) | 3,408 | 3,338 | 3,337 | 1 | 70 | 99.97% |
| SARP | 171 | 170 | 170 | 0 | 1 | 100.00% |
| SAEA | 215 | 209 | 209 | 0 | 6 | 100.00% |
| SASG | 51 | 51 | 51 | 0 | 0 | 100.00% |
| Office of the Commissioner; Reform Office; Press Office; Legal Office; and Security and Protection Office | 306 | 297 | 297 | 0 | 9 | 100.00% |
| Auxiliary Superintendence Fortaleza Police | 178 | 177 | 176 | 1 | 1 | 99.44% |
| *Total* | **12,962** | **12,644** | **12,635** | **9** | **318** | **99.93%** |

# ATTACHMENT 16

---

[3] Para calcular el porciento de cumplimiento de los policías adiestrados (séptima columna) se dividió entre los policías hábiles adiestrados (cuarta columna) por el total de policías hábiles asignados (segunda columna).

| Compliance Report on Police Ethics Training | | | | | | |
|---|---|---|---|---|---|---|
| Work Unit | Assigned Personnel | Able Assigned Personnel | Able Trained Personnel | Able Untrained Personnel | Non-Able Personnel | Training Percentage[3] |
| Aguadilla | 520 | 515 | 514 | 1 | 5 | 99.81% |
| Aibonito | 278 | 276 | 276 | 0 | 2 | 100.00% |
| Arecibo | 573 | 565 | 565 | 0 | 8 | 100.00% |
| Bayamón | 995 | 949 | 946 | 3 | 46 | 99.68% |
| Caguas | 407 | 396 | 395 | 1 | 11 | 99.75% |
| Carolina | 603 | 583 | 583 | 0 | 20 | 100.00% |
| Fajardo | 305 | 295 | 295 | 0 | 10 | 100.00% |
| Guayama | 326 | 316 | 316 | 0 | 10 | 100.00% |
| Humacao | 262 | 261 | 261 | 0 | 1 | 100.00% |
| Mayagüez | 555 | 552 | 552 | 0 | 3 | 100.00% |
| Ponce | 802 | 790 | 790 | 0 | 12 | 100.00% |
| San Juan | 1,128 | 1,080 | 1,080 | 0 | 48 | 100.00% |
| Utuado | 260 | 260 | 260 | 0 | 0 | 100.00% |
| SAOC | 75 | 74 | 74 | 0 | 1 | 100.00% |
| Transit Bureau | 849 | 839 | 838 | 1 | 10 | 99.88% |
| FURA | 582 | 576 | 571 | 5 | 6 | 99.13% |
| Metro STU | 91 | 85 | 85 | 0 | 6 | 100.00% |
| Community Relations Bureau | 22 | 22 | 22 | 0 | 0 | 100.00% |
| SAIC (Global) | 3,408 | 3,345 | 3,333 | 12 | 63 | 99.64% |
| SARP | 171 | 171 | 171 | 0 | 0 | 100.00% |
| SAEA | 215 | 212 | 212 | 0 | 3 | 100.00% |
| SASG | 51 | 51 | 51 | 0 | 0 | 100.00% |
| Office of the Commissioner; Reform Office; Press Office; Legal Office; and Security and Protection Office | 306 | 297 | 297 | 0 | 9 | 100.00% |
| Auxiliary Superintendence Fortaleza Police | 178 | 178 | 178 | 0 | 0 | 100.00% |
| *Total* | **12,962** | **12,688** | **12,665** | **23** | **274** | **99.82%** |

---

[3] Para calcular el porciento de cumplimiento de los policías adiestrados (séptima columna) se dividió entre los policías hábiles adiestrados (cuarta columna) por el total de policías hábiles asignados (segunda columna).

## ATTACHMENT 17

<table>
<tr><th colspan="7">Pepper Spray Training Compliance Report</th></tr>
<tr>
<th>Work Unit</th>
<th>Assigned Personnel</th>
<th>Able Assigned Personnel</th>
<th>Able Trained Personnel</th>
<th>Able Untrained Personnel</th>
<th>Non-Able Personnel</th>
<th>Training Percentage[3]</th>
</tr>
<tr><td>Aguadilla</td><td>516</td><td>510</td><td>510</td><td>0</td><td>6</td><td>100.00%</td></tr>
<tr><td>Aibonito</td><td>274</td><td>270</td><td>270</td><td>0</td><td>4</td><td>100.00%</td></tr>
<tr><td>Arecibo</td><td>573</td><td>566</td><td>566</td><td>0</td><td>7</td><td>100.00%</td></tr>
<tr><td>Bayamón</td><td>992</td><td>946</td><td>945</td><td>1</td><td>46</td><td>99.89%</td></tr>
<tr><td>Caguas</td><td>407</td><td>401</td><td>401</td><td>0</td><td>6</td><td>100.00%</td></tr>
<tr><td>Carolina</td><td>603</td><td>569</td><td>568</td><td>1</td><td>34</td><td>99.82%</td></tr>
<tr><td>Fajardo</td><td>306</td><td>293</td><td>292</td><td>1</td><td>13</td><td>99.66%</td></tr>
<tr><td>Guayama</td><td>316</td><td>303</td><td>303</td><td>0</td><td>13</td><td>100.00%</td></tr>
<tr><td>Humacao</td><td>262</td><td>260</td><td>260</td><td>0</td><td>2</td><td>100.00%</td></tr>
<tr><td>Mayagüez</td><td>550</td><td>542</td><td>541</td><td>1</td><td>8</td><td>99.82%</td></tr>
<tr><td>Ponce</td><td>802</td><td>789</td><td>789</td><td>0</td><td>12</td><td>100.00%</td></tr>
<tr><td>San Juan</td><td>1,128</td><td>1,087</td><td>1,084</td><td>3</td><td>41</td><td>99.72%</td></tr>
<tr><td>Utuado</td><td>260</td><td>260</td><td>260</td><td>0</td><td>0</td><td>100.00%</td></tr>
<tr><td>SAOC</td><td>80</td><td>79</td><td>79</td><td>0</td><td>1</td><td>100.00%</td></tr>
<tr><td>Transit Bureau</td><td>850</td><td>837</td><td>837</td><td>0</td><td>13</td><td>100.00%</td></tr>
<tr><td>FURA</td><td>575</td><td>568</td><td>567</td><td>1</td><td>7</td><td>99.82%</td></tr>
<tr><td>Metro STU</td><td>88</td><td>82</td><td>82</td><td>0</td><td>6</td><td>100.00%</td></tr>
<tr><td>Community Relations Bureau</td><td>22</td><td>22</td><td>22</td><td>0</td><td>0</td><td>100.00%</td></tr>
<tr><td>SAIC (Global)</td><td>3,408</td><td>3,343</td><td>3,337</td><td>6</td><td>65</td><td>99.82%</td></tr>
<tr><td>SARP</td><td>164</td><td>163</td><td>163</td><td>0</td><td>1</td><td>100.00%</td></tr>
<tr><td>SAEA</td><td>215</td><td>211</td><td>211</td><td>0</td><td>4</td><td>100.00%</td></tr>
<tr><td>SASG</td><td>51</td><td>51</td><td>51</td><td>0</td><td>0</td><td>100.00%</td></tr>
<tr><td>Office of the Commissioner; Reform Office; Press Office; Legal Office; and Security and Protection Office</td><td>305</td><td>297</td><td>297</td><td>0</td><td>8</td><td>100.00%</td></tr>
<tr><td>Auxiliary Superintendence Fortaleza Police</td><td>180</td><td>180</td><td>180</td><td>0</td><td>0</td><td>100.00%</td></tr>
<tr><td><em><strong>Total</strong></em></td><td><strong>12,927</strong></td><td><strong>12,629</strong></td><td><strong>12,615</strong></td><td><strong>14</strong></td><td><strong>297</strong></td><td><strong>99.89%</strong></td></tr>
</table>

[3] Para calcular el porciento de cumplimiento de los policías adiestrados (séptima columna) se dividió entre los policías hábiles adiestrados (cuarta columna) por el total de policías hábiles asignados (segunda columna).

# ATTACHMENT 18

| Informe de Cumplimiento de Adiestramiento de Dispositivo Control Eléctrico | | | | | | |
|---|---|---|---|---|---|---|
| Work Unit | Assigned Personnel | Able Assigned Personnel | Able Trained Personnel | Able Untrained Personnel | Non-Able Personnel | Training Percentage[3] |
| Aguadilla | 518 | 507 | 507 | 0 | 11 | 100.00% |
| Aibonito | 277 | 275 | 275 | 0 | 2 | 100.00% |
| Arecibo | 566 | 561 | 561 | 0 | 5 | 100.00% |
| Bayamón | 966 | 908 | 900 | 8 | 58 | 99.12% |
| Caguas | 403 | 396 | 395 | 1 | 7 | 99.75% |
| Carolina | 580 | 568 | 568 | 0 | 12 | 100.00% |
| Fajardo | 302 | 285 | 280 | 5 | 17 | 98.25% |
| Guayama | 316 | 307 | 307 | 0 | 9 | 100.00% |
| Humacao | 260 | 259 | 259 | 0 | 1 | 100.00% |
| Mayagüez | 540 | 532 | 532 | 0 | 8 | 100.00% |
| Ponce | 790 | 775 | 775 | 0 | 15 | 100.00% |
| San Juan | 1,128 | 1,098 | 1,098 | 0 | 30 | 100.00% |
| Utuado | 254 | 254 | 254 | 0 | 0 | 100.00% |
| SAOC | 77 | 76 | 76 | 0 | 1 | 100.00% |
| Transit Bureau | 839 | 829 | 828 | 1 | 10 | 99.88% |
| FURA | 572 | 562 | 562 | 0 | 10 | 100.00% |
| Metro STU | 87 | 81 | 81 | 0 | 6 | 100.00% |
| Community Relations Bureau | 22 | 22 | 22 | 0 | 0 | 100.00% |
| SAIC (Global) | 3,379 | 3,332 | 3,329 | 3 | 47 | 99.91% |
| SARP | 164 | 164 | 164 | 0 | 0 | 100.00% |
| SAEA | 207 | 204 | 204 | 0 | 3 | 100.00% |
| SASG | 52 | 52 | 52 | 0 | 0 | 100.00% |
| Office of the Commissioner; Reform Office; Press Office; Legal Office; and Security and Protection Office | 304 | 295 | 295 | 0 | 9 | 100.00% |
| Auxiliary Superintendence Fortaleza Police | 175 | 175 | 175 | 0 | 0 | 100.00% |
| *Total* | 12,778 | 12,517 | 12,499 | 18 | 261 | 99.86% |

# ATTACHMENT 19

---

[3] Para calcular el porciento de cumplimiento de los policías adiestrados (séptima columna) se dividió entre los policías hábiles adiestrados (cuarta columna) por el total de policías hábiles asignados (segunda columna).

| Informe de Cumplimiento de Adiestramiento de Uso de Fuerza | | | | | | |
|---|---|---|---|---|---|---|
| Work Unit | Assigned Personnel | Able Assigned Personnel | Able Trained Personnel | Able Untrained Personnel | Non-Able Personnel | Training Percentage[3] |
| Aguadilla | 513 | 505 | 505 | 0 | 8 | 100.00% |
| Aibonito | 278 | 274 | 274 | 0 | 4 | 100.00% |
| Arecibo | 559 | 551 | 551 | 0 | 8 | 100.00% |
| Bayamón | 969 | 931 | 929 | 2 | 38 | 99.79% |
| Caguas | 402 | 395 | 394 | 1 | 7 | 99.75% |
| Carolina | 578 | 555 | 555 | 0 | 23 | 100.00% |
| Fajardo | 292 | 282 | 282 | 0 | 10 | 100.00% |
| Guayama | 319 | 311 | 311 | 0 | 8 | 100.00% |
| Humacao | 260 | 258 | 258 | 0 | 2 | 100.00% |
| Mayagüez | 541 | 539 | 539 | 0 | 2 | 100.00% |
| Ponce | 793 | 784 | 784 | 0 | 9 | 100.00% |
| San Juan | 1,110 | 1,072 | 1,072 | 0 | 38 | 100.00% |
| Utuado | 253 | 253 | 253 | 0 | 0 | 100.00% |
| SAOC | 78 | 77 | 77 | 0 | 1 | 100.00% |
| Transit Bureau | 840 | 825 | 824 | 1 | 15 | 99.88% |
| FURA | 563 | 557 | 557 | 0 | 6 | 100.00% |
| Metro STU | 87 | 81 | 81 | 0 | 6 | 100.00% |
| Community Relations Bureau | 20 | 19 | 19 | 0 | 1 | 100.00% |
| SAIC (Global) | 3,309 | 3,247 | 3,239 | 8 | 62 | 99.75% |
| SARP | 183 | 183 | 183 | 0 | 0 | 100.00% |
| SAEA | 207 | 205 | 205 | 0 | 2 | 100.00% |
| SASG | 47 | 47 | 47 | 0 | 0 | 100.00% |
| Office of the Commissioner; Reform Office; Press Office; Legal Office; and Security and Protection Office | 309 | 302 | 302 | 0 | 7 | 100.00% |
| Auxiliary Superintendence Fortaleza Police | 178 | 178 | 178 | 0 | 0 | 100.00% |
| *Total* | 12,688 | 12,431 | 12,419 | 12 | 257 | 99.90% |

# ATTACHMENT 20

---

[3] Para calcular el porciento de cumplimiento de los policías adiestrados (séptima columna) se dividió entre los policías hábiles adiestrados (cuarta columna) por el total de policías hábiles asignados (segunda columna).

**Statistics of the Auxiliary Superintendence of Professional Responsibility (SARP)**

| ÁREAS | RECIBIDAS | INVESTIGADAS | PENDIENTE INVESTIGACIÓN | QUERELLAS PENDIENTES AÑOS ANTERIORES | | | TOTAL | QUERELLAS INVESTIGADAS AÑOS ANTERIORES | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2018** | | | 2017 | 2016 | 2015 | | 2017 | 2016 | 2015 | |
| San Juan | 153 | 36 | 117 | 52 | 0 | 0 | **52** | 34 | 0 | 0 | **34** |
| Arecibo | 79 | 48 | 31 | 2 | 0 | 0 | **2** | 48 | 0 | 0 | **48** |
| Ponce | 65 | 36 | 29 | 2 | 0 | 0 | **2** | 35 | 0 | 0 | **35** |
| Humacao | 50 | 31 | 19 | 10 | 3 | 1 | **14** | 29 | 3 | 0 | **32** |
| Mayagüez | 63 | 25 | 38 | 36 | 0 | 0 | **36** | 52 | 1 | 0 | **53** |
| Caguas | 92 | 40 | 52 | 6 | 0 | 0 | **6** | 50 | 1 | 0 | **51** |
| Bayamón | 97 | 18 | 79 | 29 | 1 | 0 | **30** | 81 | 0 | 0 | **81** |
| Carolina | 75 | 58 | 17 | 1 | 0 | 0 | **1** | 30 | 0 | 0 | **30** |
| Guayama | 23 | 14 | 9 | 2 | 0 | 0 | **2** | 5 | 0 | 0 | **5** |
| Aguadilla | 42 | 12 | 30 | 8 | 0 | 0 | **8** | 43 | 0 | 0 | **43** |
| Utuado | 22 | 15 | 7 | 8 | 0 | 0 | **8** | 15 | 0 | 0 | **15** |
| Fajardo | 41 | 25 | 16 | 0 | 0 | 0 | **0** | 31 | 0 | 0 | **31** |
| Aibonito | 29 | 8 | 21 | 15 | 0 | 0 | **15** | 24 | 0 | 0 | **24** |
| Violencia Doméstica | 50 | 20 | 30 | 0 | 0 | 0 | **0** | 29 | 0 | 0 | **29** |
| Discrimen de Genero | 11 | 6 | 5 | 0 | 0 | 0 | **0** | 15 | 21 | 0 | **36** |
| Hostigamiento Sexual | 14 | 4 | 10 | 0 | 0 | 0 | **0** | 9 | 2 | 0 | **11** |
| Hostigamiento Laboral | 32 | 11 | 21 | 0 | 0 | 0 | **0** | 52 | 4 | 0 | **56** |
| NAI | 73 | 11 | 62 | 48 | 19 | 11 | **78** | 44 | 10 | 4 | **58** |
| **TOTAL** | **1011** | **418** | **593** | **219** | **23** | **12** | **254** | **626** | **42** | **4** | **672** |

| |
|---|
| 418 -QUERELLAS ADMINISTRATIVAS DEL 2018 INVESTIGADAS EN EL 2018 |
| 672  QUERELLAS ADM. INVESTIGADAS EN EL 2018 DE AÑOS ANTERIORES (2014/2015/2016/2017) |
| 1,090=-TOTAL DE QUERELLAS ADMINISTRATIVAS INVESTIGADAS EN EL 2018 |
| 593-QUERELLAS ADMINISTRATIVAS PENDIENTES DE INVESTIGACIÓN DEL 2018 |
| 254+-QUERELLAS ADMINISTRATIVAS PENDIENTES INVESTIGACION DE AÑOS ANTERIORES |
| 847= -TOTAL DE QUERELLAS ADMINISTRATIVAS PENDIENTES DE INVESTIGACIÓN |

**ATTACHMENT 21**

| Year | Sustained | Not Sustained | Exonerated | Orientation | Unfounded | Administrative Close | Form Without Identification | Total |
|------|-----------|---------------|------------|-------------|-----------|----------------------|------------------------------|-------|
| **2014** | 264 | 203 | 1178 | 110 | 92 | 0 | 0 | 1847 |
| **2015** | 548 | 740 | 130 | 222 | 216 | 15 | 8 | 1879 |
| **2016** | 589 | 560 | 219 | 69 | 187 | 40 | 0 | 1664 |
| **2017** | 438 | 560 | 282 | 53 | 126 | 6 | 0 | 1465 |
| **2018** | 215 | 139 | 53 | 23 | 46 | 53 | 0 | 529 |
| **TOTAL** | 2054 | 2202 | 1862 | 477 | 667 | 114 | 8 | 7384 |

# ATTACHMENT 22

| Detection Tests of Controlled Substances 2018 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Police Areas | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dic | Total |
| Aguadilla | | 22 | 17 | | | | | | | | | | 39 |
| Aibonito | | | | 16 | | | | | | | | | 16 |
| Arecibo | | 14 | | 39 | | | | | | | | | 53 |
| Bayamón | 127 | 60 | 34 | 16 | 94 | | | | | | | | 331 |
| Caguas | | | | 306 | 430 | | | | | | | | 736 |
| Carolina | | | | 48 | | | | | | | | | 48 |
| Fajardo | | 37 | | | | | | | | | | | 37 |
| Guayama | | 17 | | 28 | | | | | | | | | 45 |
| Humacao | | | | 9 | | | | | | | | | 9 |
| Ponce | | 24 | 104 | | 19 | | | | | | | | 147 |
| Mayagüez | | | 55 | 40 | | | | | | | | | 95 |
| Utuado | | | | | | | | | | | | | 0 |
| San Juan | 391 | | 36 | | 117 | | | | | | | | 544 |
| Pre-Service | | | | 2 | | | | | | | | | 2 |
| Cadets | | | | | | | | | | | | | 0 |
| Total Tests | 518 | 174 | 246 | 502 | 662 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2102 |
| Positives[5] | 1 | 1 | | 1 | | | | | | | | | 3 |
| Negatives[6] | | | | | | | | | | | | | 0 |

---

[5] Ver los Artículos13 "Procedimiento para la Prueba"; 14 "Deberes del Oficial Medico Revisor"; 15 "Derechos de los Empleados o Funcionarios"; y 16 "Medidas Disciplinarias" del Reglamento Núm. 6403 "Reglamento del Programa para la Detección de Sustancias Controladas en Funcionarios y Empleados de la Policía de Puerto Rico", los cuales no se incluyen en este documento.
[6] Esta clasificación se refiere a los casos descritos en las definiciones del Reglamento Núm. 6403 "Reglamento del Programa para la Detección de Sustancias Controladas en Funcionarios y Empleados de la Policía de Puerto Rico" en su Artículo 8 (U): "Negativa Injustificada: Constituirá la negación a someterse a las pruebas de sustancias controladas o a cooperar para que se efectúen, como es, sin excluir otras, el no presentarse al lugar donde se toma la muestra sin justificación; abandonar el lugar donde se toma la muestra; la negativa de la persona expresada claramente de que se niega a someterse al procedimiento; no acatar órdenes o seguir instrucciones del laboratorio o del Oficial a cargo para que se pueda producir la muestra adecuada o cuando se altere la misma." Artículo 12: "La negativa injustificada de un funcionario o empleado a someterse a las pruebas para la Detección de Sustancias Controladas, cuando así se le requiera a tenor con lo dispuesto en este Reglamento, activará la presunción controvertible de que el resultado hubiese sido positivo."

# ATTACHMENT 23

**Administrative Complaints Completed by the Office of Legal Affairs
and Signed by the Commissioner**

| Office of Legal Affairs 2014 | | | | | |
|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Subtotal |
| January | 7 | 0 | 0 | 10 | 17 |
| February | 13 | 0 | 0 | 46 | 59 |
| March | 32 | 0 | 0 | 76 | 108 |
| April | 6 | 0 | 0 | 21 | 27 |
| May | 19 | 0 | 0 | 126 | 145 |
| June | 39 | 0 | 0 | 94 | 133 |
| Julio | 28 | 0 | 0 | 85 | 113 |
| August | 14 | 0 | 0 | 80 | 94 |
| September | 47 | 0 | 0 | 133 | 180 |
| October | 13 | 1 | 5 | 90 | 109 |
| November | 18 | 5 | 9 | 92 | 124 |
| December | 18 | 4 | 8 | 79 | 109 |
| *Total* | 254 | 10 | 22 | 932 | 1,218 |

| Office of Legal Affairs 2015 | | | | | |
|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Subtotal |
| January | 2 | 1 | 0 | 0 | 3 |
| February | 12 | 10 | 6 | 70 | 98 |
| March | 13 | 2 | 5 | 101 | 121 |
| April | 13 | 0 | 5 | 45 | 63 |
| May | 0 | 0 | 0 | 0 | 0 |
| June | 36 | 4 | 5 | 75 | 120 |
| Julio | 22 | 5 | 9 | 41 | 77 |
| August | 21 | 12 | 15 | 44 | 92 |
| September | 19 | 1 | 11 | 44 | 75 |
| October | 5 | 3 | 4 | 36 | 48 |
| November | 1 | 2 | 0 | 16 | 19 |
| December | 40 | 12 | 46 | 66 | 164 |
| *Total* | 184 | 52 | 106 | 538 | 880 |

| Office of Legal Affairs 2016 | | | | | |
|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Subtotal |
| January | 3 | 4 | 1 | 39 | 47 |
| February | 103 | 26 | 37 | 71 | 237 |
| March | 0 | 0 | 0 | 3 | 3 |
| April | 49 | 1 | 16 | 107 | 173 |
| May | 51 | 15 | 17 | 66 | 149 |
| June | 40 | 5 | 13 | 83 | 141 |
| Julio | 59 | 3 | 36 | 24 | 122 |
| August | 108 | 9 | 30 | 43 | 190 |
| September | 62 | 0 | 4 | 6 | 72 |
| October | 54 | 5 | 8 | 54 | 121 |
| November | 22 | 8 | 0 | 3 | 33 |
| December | 22 | 4 | 7 | 11 | 44 |
| *Total* | 573 | 80 | 169 | 510 | 1,332 |

| Office of Legal Affairs 2017 | | | | | |
|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Subtotal |
| January | 14 | 4 | 2 | 37 | 57 |
| February | 2 | 0 | 0 | 10 | 12 |
| March | 7 | 6 | 1 | 9 | 23 |
| April | 6 | 1 | 8 | 12 | 27 |
| May | 4 | 1 | 1 | 5 | 11 |
| June | 20 | 0 | 12 | 10 | 42 |
| Julio | 25 | 5 | 5 | 26 | 61 |
| August | 5 | 3 | 6 | 10 | 24 |
| September | 9 | 6 | 2 | 13 | 30 |
| October | 0 | 0 | 0 | 0 | 0 |
| November | 18 | 6 | 4 | 7 | 35 |
| December | 12 | 2 | 2 | 8 | 24 |
| *Total* | 122 | 34 | 43 | 147 | 346 |

| Office of Legal Affairs 2018 | | | | | |
|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Subtotal |
| **Enero** | 5 | 14 | 1 | 4 | **24** |
| **January** | 8 | 10 | 3 | 4 | **25** |
| **February** | 7 | 9 | 3 | 3 | **22** |
| **March** | 7 | 11 | 0 | 4 | **22** |
| **April** | 27 | 7 | 1 | 3 | **38** |
| **May** | 9 | 11 | 1 | 1 | **27** |
| **June** | 14 | 17 | 1 | 1 | **42** |
| **Julio** | | | | | |
| **August** | | | | | |
| **September** | | | | | |
| **October** | | | | | |
| **November** | | | | | |
| **December** | | | | | |
| ***Total*** | | | | | **200** |