# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

## ORDER

The parties shall jointly show cause to the Court no later than noon of this Friday, November 30, 2018, as to whether the Monitor's final six-month report for the capacity building period (Docket No. 1017) and transfers report (Docket No. 1015) should not be unrestricted, and hence, made public. A generic and/or perfunctory assertion requesting the reports be maintained in restricted mode (in whole or in part) does not comply with this Order. If parties disagree as to any matter they shall each assert in the motion their respective position (s).

**SO ORDERED.**

In San Juan, Puerto Rico this 28th day of November 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge