IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

## ORDER

The "amicus" brief filed by Sistema Universitario Ana G. Mendez ("SUAGM") is hereby stricken from the record. (Docket No. 1024). Although labeled amicus brief, the document is indeed a proposal intended to convince the Court that SUAGM should be approved to run the police academy and is in fact ready to do so.

Foremost, this matter at the outset should be addressed to the Commonwealth, who in turn can consult with the USDOJ and the Monitor. More importantly, it is not up to this Court to select what entity, if any, shall operate the Academy. That is a decision entirely up to the Commonwealth - so long as compliant with the Reform Agreement.

The Motion is stricken from the record to avoid the Court's appearance of impartiality. The Court is aware that at least two other university systems are also interested in operating the Academy. If the amicus is accepted, every proponent would also have to be allowed to file an "amicus" proposal. Again, it should not be the Court who selects any Academy operator.

**Civil No. 12-2039 (GAG)**

**SO ORDERED.**

In San Juan, Puerto Rico this 28th day of November 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
