**Proposed Schedule for Mayagüez Town Hall Meeting**

| Time[1] | Name | Association | Topic |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Mr. Alfredo Castellanos, Esq. | TCA | Brief introduction. Rules and procedure |
| 7:04 p.m. – 7:07 p.m. | Mr. Arnaldo Claudio | TCA | Brief introduction |
| 7:08 p.m. – 7:11 p.m. | Mr. Joel Torres Ortiz, Esq. | PRDJ | Brief introduction |
| 7:12 p.m. – 7:15 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 7:16 p.m. – 7:19 p.m. | Mr. Walter Santiago or designated representative | Faith Based Community Organization | Experience of the Faith Based Community Organization with the police |
| 7:21 p.m. – 7:24 p.m. | Ms. Estela López | President of the Community Security Counsel of Mayagüez | Experience in the Community Security Counsel |
| 7:26 p.m. – 7:29 p.m. | Mr. Roy Ruiz Vélez | Puerto Rico Seismic Network | |
| 7:31 p.m. – 7:34 p.m. | Ms. Priscilla Estévez Ponce | Club Exchange of Mayagüez | Crime Victims |
| 7:36 p.m. – 7:39 p.m. | Ms. Elimar Ruiz Cortéz | Alpha Zeta sorority of UPR Mayagüez | |
| 7:41 p.m. – 7:44 p.m. | Mr. Robert Quintero Negrón | Coalición Mayagüezana para la Prevención del Uso y Abuso de Sustancias Controladas | Police Reform Impact on Non-Profit community organizations |
| 7:46 p.m. – 7:49 p.m. | Mr. José F. Estévez Pérez | Asociación de Educación Física y Recreación de Puerto Rico | Concerns regarding the Police Athletic League |

---

[1] Please note that each guest-speaker has an allotted time of 2 ½ minutes, which could be extended to 3 minutes if requested and granted.

| | | | |
|---|---|---|---|
| 7:51 p.m. – 7:54 p.m. | Mr. Axel Cruz Sánchez | Representative from WPR A990 and WKJB radio stations | Experience with the police and the media |
| 7:56 p.m. – 7:59 p.m. | Mr. Golfri Tatis Almonte | Dominican Consulate | Experience between immigrants and the police |
| 8:01 p.m. – 8:04 p.m. | Ms. Ana M. Vializ González | Uno Radio Group (among others) | Domestic Violence Victims |
| 8:06 p.m. – 8:09 p.m. | Ms. Judith Díaz Salicrup | Vicepresident of Pharmamax | |
| 8:11 p.m. – 8:14 p.m. | Mr. Victor Soto | Representative from the LGBTT community | Police interactions with members of the LGBTT community |
| 8:16 p.m. – 8:19 p.m. | Mr. Juan Carlos Cintrón | President of Promo Express | Concerns regarding current conditions for police officers |
| 8:21 p.m. – 8:24 p.m. | Reserved for Potential Speaker | | |
| 8:26 p.m. – 8:29 p.m. | Reserved for Potential Speaker | | |
| 8:31 p.m. – 8:34 p.m. | Reserved for Potential Speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for Potential Speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for Potential Speaker | | |
| 8:46 p.m. – 8:49 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 8:50 p.m. – 8:53 p.m. | Joel Torres Ortiz, Esq. | PRDJ | Closing remarks |

| | | | |
|---|---|---|---|
| 8:54 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | TCA | Closing remarks |
| 9:00 p.m. | Alfredo Castellanos, Esq. | TCA | Closing remarks |