IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CASE NO. 12-2039 (GAG)

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    **NOW COMES,** the undersigned as Constitutional and Legal Advisor to the Federal Monitor's Office who respectfully informs the Court as follows:

    On this same date, the undersigned filed an Informative Motion Regarding the Final Schedule for the Mayagüez Town Hall Meeting, along with a timetable for the participating guest-speakers (See Docket No. 1028). Inadvertently, the undersigned mentioned Mr. Joel Torres Ortiz, Esq., as counsel for the Puerto Rico Department of justice (PRDOJ) in the attached timetable. However, the timetable should have read: Ms.Valerie Concepción Cintrón, Esq., who is in fact the counsel for PRDOJ. The undersigned apologizes for any inconvenience the above-mentioned oversight may have caused.

    **WHEREFORE,** the undersigned, as counsel in charge of the Town Hall Meetings on behalf of the Federal Monitor, respectfully requests that the court takes notice of the above for all relevant purposes.

**Civil No. 12-2039 (GAG)**

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this November 28, 2018.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the
Federal Monitor's Office
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the
Federal Monitor's Office
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com