### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**et. al.**<br><br>Defendants. | **CIVIL NO. 12-2039 (GAG)(PG)** |

### INFORMATIVE MOTION REGARDING COMPLIANCE
### WITH ORDER AT DOCKET 1009

**TO THE HONORABLE COURT:**

**COMES NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, who respectfully **STATES** and **PRAYS** as follows:

**1.** This Honorable Court issued an *Order* (at Docket No. 1009) on November 13, 2018 to submit to the Federal Monitor all written presentations for the hearing scheduled on December 6, 2018 no later than November 30, 2018, at noon.

**2.** In compliance with such *Order,* the undersigned respectfully informs that the requested information has just been electronically delivered to the Federal Monitor, Col. Arnaldo Claudio.

**WHEREFORE**, In virtue of the foregoing, we respectfully request this Honorable Court to it is respectfully requested from this Honorable Court to take notice of the above stated and deem Defendants in compliance with this Honorable Court's *Order* at Docket 1009.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record. It is also certified that the GPR has knowledge of the present motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on November 30, 2018.

| | |
|---|---|
| **WANDA VÁZQUEZ GARCED**<br>Secretary of Justice | **S/VALERIE CONCEPCIÓN CINTRÓN**<br>**Valerie Concepción Cintrón**<br>U.S.D.C. NO. 303002<br>Federal Litigation Division |
| **WANDYMAR BURGOS VARGAS**<br>Deputy Secretary in Charge of<br>Litigation Department of Justice | Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |
| **SUSANA PEÑAGARÍCANO BROWN**<br>Director of Federal Litigation<br>and Bankruptcy Division | |