UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for November 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Linda V. Navedo | $3,900.00 | November 13, 2018 to November 15, 2018 |
| Rafael E. Ruíz | $5,200.00 | November 13, 2018 to November 16, 2018 |
| Marcos Soler | $1,300.00 | November 16, 2018 |
| John J. Romero | $5,200.00 | November 13, 2018 to November 16, 2018 |
| Alan Youngs | $5,200.00 | November 13, 2018 to November 16, 2018 |
| Scott Cragg | $4,900.87 | November 8, 2018 to November 11, 2018 |
| | Subtotal | $25,700.87 |
| **Telework** | | |
| Linda V. Navedo | $5,199.00 | November 2018 |
| Rafael E. Ruíz | $3,900.00 | November 2018 |
| Marcos Soler | $8,550.00 | November 2018 |
| John J. Romero | $3,900.00 | November 2018 |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Alan Youngs | $3,900.00 | November 2018 |
| Scott Cragg | $4,225.50 | November 2018 |
| | Subtotal | $29,674.50 |
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $6,500.00 | November 2018 |
| Federico Hernandez Denton | $562.50 | November 2018 |
| Antonio Bazán | $4,593.75 | November 2018 |
| | Subtotal | $11,656.25 |
| **Jose Pujol** | $3,850.00 | November 2018 |
| | Subtotal | $3,850.00 |
| **The & Group (Town Hall Meetings)** | $2,422.75 | November 2018 |
| | Subtotal | $2,422.75 |
| **Car Expenses** | | |
| Chauffer | $1,800.00 | November 6, 2018 to November 11 2018/ November 12, 2018 to November 16, 2018 |
| Gasoline | $630.00 | November 2018 |
| Tolls | $185.00 | November 2018 |
| Car Maintenance | $233.28 | November 2018 |
| | Subtotal | $2,848.28 |
| | Total | $76,152.65 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $76,152.65, the total amount of the monthly expenses, for the month of November 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $76,152.65, the total amount of the expenses for the month of November 2018.

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

In San Juan, Puerto Rico, this day December 6, 2018.

_____
Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.