# INVOICE FOR PROFESSIONAL SERVICES: NOVEMBER/2018 CONSULTORES NAVEDO LLC

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (Monitor Team) during the month of **December/2018**, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the receipt of the policies corresponding to the month of November/2018; review the documents, creating electronic file, creating distribution list, writing emails for sending policies to members of the Monitor Team, Monitor and Deputy Monitor. (6.0) | N/A | X | 1-4 / November | |
| -Work session for the follow-up to the policies' revision with Att. Antonio Bazán; sending policy reviews to the PRPD; drafting electronic mails and calls for the follow-up of outstanding issues; reading, revision and analysis of documents (Agreement, policies and other related documents) in preparation for the second SARP monitoring work session; work session with SARP personnel to continue the revision of the paragraphs of the Agreement and evaluate status of the implementation; begin the writing of the report on the monitoring activities carried out with the SARP personnel. among other matters. (18.0) | N/A | X | 5-11 / November | |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TCA CORE TEAM WEEK | N/A | X | 12 / November | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 13 / November | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 14 / November | $1,300.00 |
| No work was done. | N/A | X | 15-26 / November | |
| Work session for the development of the agenda corresponding to the month of December / 2018, of the Monitors Group with the Reform; reading and revision of the 8th SMR (April-October / 2018); meeting for the review of the December's agenda with the Monitor Arnaldo Claudio, Cor. Clementina Vega, Eric Guzmán, and Captains Raymond Ferrer Silva and Alexander Acevedo Ruiz; reading, analysis, revision of motion and MOU that SUAGM filed in the Federal Court and drafting observations; review of the following policies: (a) General Order 700-704: Monthly Meetings; (b) Regulation of the Rank System of the of the PRPB; (c) Regulation of Promotions of the Ranking System of the PRPB; follow-up of outstanding pending matters, among other. (18.0) | | | 27-30 / November | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE MONITOR TEAM WEEK: | | | | $3,900.00 |
| TOTAL OF BILLABLE HOURS (34.66 @ $150): | | | | $5,199.00 |
| TOTAL TO BE BILLED: | | | | $9,099.00 |
| TOTAL HOURS WORKED "PRO BONO": 7.34 HOURS | | | | |

INVOICE PRESENTED BY:

_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
November 30, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____
ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2018

OK   LY.   12/6/2018

**Rafael E. Ruiz**
53 Adams St
Dorchester, MA 02122
Phone 617-759-9156

# INVOICE

I#2018-11

DATE: 11/30/18

TO:
TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

FOR:
Services on: Nov 1st – 30th 2018

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Tuesday, November 13, 2018: AM,Federal Monitor's Office for discussion of the agenda and administrative issues. PM: PRPB HQ for policy discussions Wednesday, November 14, 2018: 9:00 AM to 12:00 PM: Visit the Drug Unit in the Ponce Police Area. 2:00 PM to 5:00 PM: Presentation on policing/PRPD Reform by the CT to the Guaynabo Municipal Police Dept. Thursday, November 15, 2018: Visit the Drug Unit and CIC (Cuerpo De Investigaciones Criminales) in the Carolina Police Area. Friday, November 16, 2018: PRPB HQ for exit briefing and 253 meeting | | | |
| Four (4) days above at $1,300.00/day for a SUBTOTAL | | | $5,200.00 |
| Nov. 1-30: Work on review of PRPB GO's 100-128 (and PPR-129.1 and 129.2), 129.112, 117; 500-503 (and forms PPR-503.1, 503.3); GO 600-620, Curriculums REA619 and REA619E; PRPB Manuals: SWAT, DOT, Extradition, Missing Persons, Sworn Personnel. Prepare December CT agenda; Work on presentation for Guaynabo Municipal Police Dept. | | | |
| Total hours worked:          31- ½ hrs. | | | |
| Total hours billed: | 26 hrs. | $150/hr. | $3,900.00 |
| **TOTAL BILLED** | | | $9,100.00 |

Signature_____ Date: **November 30, 2018**

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

November 30, 2018

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 054
FOR PROFESSIONAL SERVICES RENDERED NOVEMBER 2018

| | |
|---|---|
| Tuesday, November 13, 2018 | Monitors Office re: meetings<br>PRPB Headquarters re: meetings |
| Wednesday, November 14, 2018 | Monitors Office<br>PRPB Headquarters re: meeting |
| Thursday, November 15, 2018 | PRPB Headquarters re: meetings |
| Friday, November 16, 2018 | PRPB Headquarters re: meetings<br>Monitors Office |

## 4 DAYS (DAY RATE $1,300) = $5200

| | |
|---|---|
| November 1-30 | Reviewed Use of Force Report (PPR-854) provided to the Monitor's Office relating to the May 1, 2018 Demonstration 8 hrs.<br>Prepared comment on the above 4 hrs.<br>Prepared Proposed agenda for November Site Visit 2 hrs.<br>Reviewed PRPB's proposed General Order, Chapter 300, "Job Description Of Employees Rank System" 2 hrs.<br>Prepared comments on the above 1 hr.<br>Reviewed PRPB's General Order, Chapter 100, Section 112, "Division of Tactical Operations" (DOT) 2 hrs.<br>Reviewed PRPB's General Order, Chapter 100, Section 117, "Division of Specialized Tactical Weapons" (SWAT) 2 hrs. |

Reviewed PRPB's General Order, Chapter 500, Section 503. "Evaluation Board of the Specialized Division" and related forms 1.5 hrs.
Reviewed PRPB's "Manual of Standardized Operational Procedures Division of Special Weapons and Tactics" (SWAT) 2 hrs.
Review of PRPB's "Manual of Procedures Tactical Operations Division" (DOT) 1.5 hrs.
Prepared presentation for Guaynabo Municipality 1.5 hrs.
Reviewed PRPB's General Order, Chapter 600, Section 620 "Specialized Weapons of the Division of Specialized Tactics" (DTE) 1.5 hrs.
Reviewed PRPB's General Order, Chapter 600, Section 614, "Rules and Procedures to Address Cases of Missing Persons" 1hr.

**TOTAL HOURS:  30  HOURS  00 MINUTES.**

**BILLABLE HOURS  26 HOURS  00 MINUTES AT RATE OF**

**$150 PER HOUR = $3900**

**PRO BONO    4 HOURS   00 MINUTES**

**TOTAL: $9,100**

01 \(\phantom{x}\) 12/6/2018

Alan C. Youngs
5552 W. Lakeridge Road
Lakewood, CO 80227

November 30, 2018

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite
1001 San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED NOVEMBER 2018

| Tuesday, November 13, 2018 | Monitors Office re: meetings |
| | PRPB Headquarters re: meetings, policies |

Wednesday, November 14, 2018  Monitors Office
PRPB Headquarters re: meeting

Thursday, November 15, 2018  Police Academy and PRPB Headquarters re: meetings

Friday, November 16, 2018  PRPB Headquarters re: meetings
Monitors Office

**4 DAYS (DAY RATE $1,300) =**
**$5200**

November 1-30

Reviewed PRPB's proposed General Order, Chapter 300, "Job
Description of Employees Rank System" 2 hours.
Prepared comments on the above 1 hour.

Reviewed Use of Force Report (PPR-854) provided to the Monitor's
Office relating to the May 1, 2018 Demonstration 5 hours.
Prepared comment and provide materials on the above 2 hours.

Prepared Proposed agenda for November Site Visit 2 hours.

Reviewed PRPB's General Order, Chapter 100, Section 117, "Division of
Specialized Tactical Weapons" (SWAT) 2 hours.

Reviewed PRPB 's General Order, Chapter 100, Section 112, "Division
of Tactical Operations" (DOT) 2 hours.

Prepared presentation for Guaynabo Municipality and provided materials 3 hours.

Reviewed PRPB's General Order, Chapter 500, Section 503. "Evaluation Board of the Specialized Division" and related forms 2 hours.

Reviewed PRPB's "Manual of Standardized Operational Procedures Division of Special Weapons and Tactics" (SWAT) 2 hours.

Reviewed PRPB's General Order, Chapter 600, Section 614, "Rules and Procedures to Address Cases of Missing Persons" 2.5 hours.

Review of PRPB's "Manual of Procedures Tactical Operations Division" (DOT) 2 hours.

Reviewed PRPB's General Order, Chapter 600, Section 620 "Specialized Weapons of the Division of Specialized Tactics" (DTE) 1 hour.

## TOTAL HOURS: 28.5 HOURS 00 MINUTES.

### BILLABLE HOURS  26 HOURS 00 MINUTES AT RATE OF

### $150 PER HOUR = $3900

### PRO BONO   2 HOURS   30 MINUTES

### TOTAL: $9,100

Alan C. Youngs

12/6/2018

INVOICE 0045 FOR PROFESSIONAL SERVICES; NOV 1- 28, 2018
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of November 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site PRPD | | 3.75 | | 4875.00 |
| Communictions - telcons and emails to/from CT, PRPB, USDOJ, regarding Action Plans, GO's, manuals, policy coordination, Kronos, budgets | 5.50 | | | 825.00 |
| Monitoring Methodology coordination with US Doj, PR DoJ and PRPB. Preare for on-site interviews by updating, revising, coordinating and consolidating all relevant artifacts; Decree, amendment, TCA methodlogy, IT monitoring tables, extnsion requests, Monitoring table redesign, Review, research and comment on Monitoring Methods utilized in other Consent Decrees | 15.50 | | | 2325.00 |
| Review of Blanco-Peck materials including staffing study | 1.25 | | | 187.50 |
| Site visit planning and coordination, Prepare Agenda Recommendations. Communicate wth CT, TCA, PRPD, DOJ,  Review past action items and trip reports for applicability. | 3.50 | | | 525.00 |
| Review of USDoJ, TCA provided materials such as Blanco-Peck Questionnaire, Reports on Protests | 1.75 | | | 262.50 |
| Review of CT trip reports for applicability to IT monitoring | 0.75 | | | 112.50 |
| Review Fiscal Plan for applicable content | 1.50 | | | 225.00 |
| | | | | |
| Total hours US | 29.75 | | total expense | 9337.50 |
| | | | | |

1

| | | |
|---|---|---|
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | $4,875 |
| TOTAL OF BILLABLE HOURS @ $150 | 29.75 | $4,463 |
| TOTAL EXPENSE | | $9,338 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS) | 1.58 | -237.50 |
| | FEE | $9,100 |
| Uber transportation to airport | | $11.85 |
| Uber Transportation to hotel | | $14.02 |
| | Total | $9,126 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

OK ____ 12/6/2018

2



CASTELLANOS GROUP
P.S.C.

# INVOICE

**INVOICE NUMBER:** 96
**INVOICE DATE:** NOVEMBER 29, 2018

FROM:   Castellanos Group P.S.C.
        Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
        00911 San Juan

   TO:  Mr. Eric Guzmán

        00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| NOV-01-18 | Police Reform- Puerto Rico | Conference call with Javier González, re: Mayaguez Town Hall Meeting, review of comments regarding "Monitor Report" regarding May 1 protest; review of Order, Review and discussion of possible speakers for the Guayama Town Hall Meeting and comm. to confirm participations; review of minutes of the Arecibo Town Hall Meeting | 4.00 | $125.00 | $500.00 |
| NOV-01-18 | Police Reform- Puerto Rico | Stay at El Buen Café, Arecibo Town Hall Meeting | | | $120.00 |
| NOV-02-18 | Police Reform- Puerto Rico | Several communications with Javier González, re: Mayaguez and Guayama Town Hall Meetings coordination; review communications from TCA Claudio; review and analysis of request from "Kilómetro 0" | 2.50 | $125.00 | $312.50 |
| NOV-06-18 | Police Reform- Puerto Rico | Comm. with Sargeant López from Mayaguez (Town Hall Meeting Coordination); communications regarding Guayama Town Hall Meeting; comm. with Javier González; comm. with TCA Claudio; review of comm. from Clementina Vega "Agenda de Trabajo"; communication to participants in the Guayama Town Hall Meeting with pertinent information regarding the Town Hall Celebration; Informative Motion, Scheduling Order and Town Hall Directives | 4.50 | $125.00 | $562.50 |
| NOV-07-18 | Police Reform- Puerto Rico | Visit to Guayama and Mayaguez with Javier González, Town Hall Meetings Coordination; review of Motion filed by TCA "Assesment Report" | 8.00 | $125.00 | $1,000.00 |

*not approved by Wdj.*

Page 1 of 2

INVOICE NUMBER: 96

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-08-18 | Police Reform-Puerto Rico | Radio Interview re: Guayama Town Hall Meeting; preparation for the Guayama Town Hall Meeting and celebration of the Town Hall Meeting; document exchange with Mr. Pujols, re: Guayama Town Hall Meeting | 8.00 | $125.00 | $1,000.00 |
| NOV-09-18 | Police Reform-Puerto Rico | Communications with the Court in Compliance with standard TCA requirements; Town Hall transcript review and work on draft of Executive Summary (Town Halls) preparation; review of PRPB comments to the Monitors six months report | 2.00 | $125.00 | $250.00 |
| NOV-14-18 | Police Reform-Puerto Rico | Review of Court Order, re: upcoming hearing; comm. with the Court in Compliance with standard TCA requirements | 0.50 | $125.00 | $62.50 |
| NOV-15-18 | Police Reform-Puerto Rico | Communications and document exchange with Col. Roberto Rivera Miranda regarding guest speakers for Mayaguez Town Hall Meetings; coordination of Mayaguez Town Hall Meeting related matters | 1.00 | $125.00 | $125.00 |
| NOV-16-18 | Police Reform-Puerto Rico | Mayaguez Town Hall Meeting Coordination related matters | 1.50 | $125.00 | $187.50 |
| NOV-20-18 | Police Reform-Puerto Rico | Meeting with the Court in Compliance with standard TCA requirements | 0.50 | $125.00 | $62.50 |
| NOV-21-18 | Police Reform-Puerto Rico | Town Hall transcripts review and drafting of Executive Summary to the Court | 4.00 | $125.00 | $500.00 |
| NOV-23-18 | Police Reform-Puerto Rico | Coordination of Town Hall Meeting of Mayaguez; conference calls with several participants; draft of Executive Summary of Town Hall Meetings | 3.50 | $125.00 | $437.50 |
| NOV-26-18 | Police Reform-Puerto Rico | Review of several Motions filed by TCA Claudio; communications with each potential guest speakers for the Mayaguez Town Hall Meeting and preparation of Informative Motion regarding the final Schedule for the same | 4.50 | $125.00 | $562.50 |
| NOV-27-18 | Police Reform-Puerto Rico | Review of Motion and Order; draft of Executive Summary of Town Hall Meetings | 3.00 | $125.00 | $375.00 |
| NOV-28-18 | Police Reform-Puerto Rico | Preparation and filing of final Informative Motion regarding schedule for Mayaguez Town Hall Meeting and time table for guest speakers; follow up to guest speakers and notification of Court Order; Review of Motion (Sistema Universitario Ana G. Mendez) and several communications from TCA Claudio | 4.50 | $125.00 | $562.50 |

Total hours for this invoice     52.00

Total amount of this invoice     ~~$6,620.00~~ $6,500.00

# *Federico Hernández Denton*

Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH-1 Ofic. 1201
Hato Rey, Puerto Rico 00918
Tel. (787)751-8000

November 29, 2018.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

### INVOICE FOR PROFESIONAL SERVICES

| TCA | | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **HOURS** |
| 11/1/2018 | Call to Judge Steidel requesting update of arrestee's statistics and p | 0.5 |
| 11/1/2018 | Reading of redline draft of Assessment Report of the first protest marches. | 2 |
| 11/14/2018 | Meeting at PRPD discussion of General Orders. | 2 |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| TOTAL HOURS: | | 4.5 |
| RATE HOURS: | $ | 125.00 |
| SUBTOTAL: | $ | 562.50 |
| LESS RETAINER: | $ | - |
| TOTAL AMOUNT DUE: | $ | 562.50 |

**THANK YOU FOR YOUR BUSINESS!**

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

November 28, 2018.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-11**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of November 2018:

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---|---|---|
| 10/31/2018 | **2.25 Hrs.** 4:00 to 4:15 and 6:30 to 8:40 p.m | Protocol on Garrity Advise, Request for waiver of Garrity terms, Memorandum on Institutional Mistreatment of detainees, MOU DOJPR-PRPB |
| 11/02/2018 | **5.50 Hrs.** 4:30 to 8:00 pm and 10:30 pm to 12:37 am | Review and legal advice on Pujol's Assessment on PRPB Transfers-Romero- Review of newly submitted Use of Force documents of the May 1, 2018 protest marches. |
| 11/13/2018 | **7.00 Hrs.** 9:30 to 10:00 am, 10:30 am to 12:30 pm, 2:00 to 6:00 pm | Initial meeting at Monitor's Office, Crisis Intervention Meeting (Dr. Laura Kunard), Afternoon Meeting on GO 612 (Searches & Seizures), GO- 106 (SAOC),GO-135(Undercover Agents) GO-411-Body Cams, GO-412 (Sup. Recordings),GO-133 Motorized Div. and Manual, GO-100 (Stolen Vehicles) |
| 11/14/2018 | **5.00 Hrs.** 9:00 to 10:00 am, 10:00 am to 12:30 pm., 1:30 to 3:00 pm | Use of Force Meeting, MOU Juvenile Institutions, MOU Parallel Investigations (Garrity), MOU-PRPD DOJPR & Judicial Branch, MOU with Federal Agencies, Garrity Protocol |
| 11/15/2018 | **5.00 Hrs.** 9:00 to 10:00 am, 10:00 to 11:00 am., 11:00 am to 12:30 pm, 1:30 to 3:00 pm | Paragraph13 (Resources Meeting), Meeting with PRPD Budget Personnel, Pujol's presentation on PRPB Transfers, Paragraphs 135 to 158 of the Agreement Meeting on Monitoring |
| 11/16/2018 | **3.00 Hrs.** 9:00 am to 12:00 Noon | Exit Meeting and Paragraph 253 Meeting at Police Headquarters |
| 11/21/2018 | **1.25 Hrs.** 6:00 to 7:15 pm | Initial Review of 8th. SAR |
| 11/23/2018 | **2.25 Hrs.** 2:00 to 4.15 pm | Review and advice on 8th. SAR |
| 11/23/2012 | **5.50 Hrs.** 12:00 Midnight to 2.57 am, and 9:00 to 11:32 am | Preparation of four motions and attachments, preparation of two additional motions and electronic filing of 6 motions with the corresponding attachments. |
| 11/28/2018 | **36.75 Total Hours Billed** | 36.75 hrs. x $125.00=$4,593.75 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I

hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

**Note:  This Invoice contains hours worked after October 29, 2018, which were not included on the Invoice of that same date.**

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

José L. Pujol
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice # **2018-10**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | | Matter/Services rendered |
|---------|---------|---|--------------------------|
| 10/29/2018 | **5.5 Hrs.** | 9:00 am – 03:00 pm (0.5 hrs. lunch) | May 1st Assessment (Response to letter from Dep. Justicia and Update Assessment Report) |
| 10/30/2018 | **8.5Hrs.** | 9:00 am – 06:00 pm (0.5 hrs. lunch) | May 1st Assessment, and Minutes of the Arecibo Town Hall meeting |
| 10/31/2018 | **1 Hr.** | 08:30 am – 09:30 am | Visit to PRPB HQ for meeting (cancelled there) |
| 11/01/2018 | **7 Hrs.** | 8:30 am – 04:00 pm (0.5 hrs. lunch) | Interviews at PRPB HQ (Transfers Assessment Report); Updating Transfers report at Monitor's Office |
| 11/02/2018 | **1.5 Hr.** | 09:45 pm – 11:15 pm | Transfers Assessment Report |
| 11/05/2018 | **4 Hrs.** | 07:30 am – 11:30 am | May 1st Assessment Report |
| 11/08/2018 | **7.5 Hrs.** | 04:30 pm – 12:00 am | Town Hall Meeting in Guayama |
| 11/12/2018 | **6.5 Hrs.** | 09:30 am – 04:30 pm (0.5 hrs. lunch) | Town Hall Meeting in Guayama (Report) Transfers Assessment |
| 11/13/2018 | **6.5 Hrs.** | 09:00 am – 04:00 pm (0.5 hrs. lunch) | Transfers Assessment |
| 11/14/2018 | **6.5 Hrs.** | 10:00am – 12:00pm 01:30pm – 04:00pm 05:00pm – 06:00pm 08:00pm – 09:00pm | Transfers Assessment Meeting Section 625 at PRPB HQ Transfers Assessment Transfers Assessment |
| 11/15/2018 | **4.5 Hrs.** | 08:00am – 09:00am 11:00am – 12:30pm 02:30pm – 04:30pm | Prep. presentation Transfers Assessment Presentation Transfers Assessment Working on Transfers Assessment's report |
| 11/19/ 2018 | **2 Hrs.** | 01:30pm – 03:30pm | Transfers Assessment |

| 11/20/2018 | **5.5 Hrs.** 09:30 am – 02:00 pm (1 hr. lunch) 02:00 pm – 04:00 pm | Prep. presentation Transfers Assessment |
| 11/21/ 2018 | **1 Hrs.** 04:45pm – 05:45pm | Guayama Town Hall Meeting report |
| | | Transfers Assessment report |
| 11/23/2018 | **5.5 Hrs.** 09:00am – 12:30pm 01:00pm – 02:30pm 03:50pm - 04:20pm | Transfers Assessment report |
| 11/27/2018 | **4 Hrs.** 09:00am –01:00pm | Transfers Assessment and May 1st (Preparing presentations) |
| | **77 hrs.** Total hrs. billed | **77 hrs.** x $50.00= **$3,850.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

11/28/2018

Date



From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2018-11 (NOVEMBER 2018)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| NOVEMBER 1 to NOVEMBER 28, 2018 | | |
| 11/1/18 | 1.0 Hrs. (11:30am - 12:30pm) | Meeting in Mayagüez Police Offices |
| 11/7/18 | 5.0 Hrs. (8:30am - 1:30pm) | Visit Guayama and Meeting in Mayagüez with Lcdo Castellanos. |
| 11/8/18 | 9.0 Hrs. (1:30pm - 10:30 pm) | Town Hall Meeting in Guayama. |
| | Total: 15 Hrs. | |



**THE & GROUP**
Ideas & Networking
for Business Success

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González                          DATE: NOVEMBER 30, 2018

TO: Mr. Eric Guzmán

| | |
|---|---|
| HOURS BILLED: | 15 Hrs |
| AMOUNT PER HOUR: | $75.00 |
| TOTAL: | $1,125.00 |
| Caguas c3tec. | $ 947.75 |
| SOUND SYSTEM: | |
| Guayama | $350.00 |
| TOTAL: | $2,422.75 |

ok [signature] 12/6/2018

Las Ramblas, 71 Calle Montjuic, Guaynabo, PR 00969
Theandgroup@hotmail.com

# INVOICE

## Rafael A. Rodriguez

DATE: 11/6/18

INVOICE #: 1004

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

Transportation

| DESCRIPTION | | $900.00 |
|---|---|---|
| Professional Transportation Services to the period of 11/6/2018 to the 11/11/2018 | | |
| Includes the following: | | |
| Transportation from airport to hotels | | |
| Transportation to the municipalities | | |
| Transportation to the TCA headquarters | | |
| Hato Rey, San Juan PR | | |
| Transporting: Federal Monitor for this week | | |
| This transportation is exclusive for the TCA Core Team | | |

| TOTAL | | $900.00 |
|---|---|---|

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com

OK 11/6/2018

Page 1 of 1

# INVOICE

## Rafael A. Rodriguez

DATE: 11/12/18
INVOICE #: 1005

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

Transportation

| DESCRIPTION | | $900.00 |
|---|---|---|
| Professional Transportation Services for the period of 11/12/2018 to 11/16/2018 | | |
| Includes the following: | | |
| Transportation from airport to hotels | | |
| Transportation to the municipalities | | |
| Transportation to the TCA headquarters | | |
| Hato Rey, San Juan PR | | |
| This transportation is exclusive for the TCA Core Team | | |
| **TOTAL** | | **$900.00** |

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com

OK 12/6/2018

# BIENVENIDO A
# GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CR #01 | | 50.00 |

| | | |
|---|---|---|
| Subtotal | | 50.00 |
| Tax | | 0.00 |
| **TOTAL** | | **50.00** |
| AMEX $ | | 50.00 |

# GRACIAS
# VUELVA PRONTO

ST# AB123 TILL XXXX DR# 1 TRAN# 1018935
CSH: 4                    11/28/18 11:07:32

# BIENVENIDOS A
# PUMA PLAZA GUAYNABO

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#02 | | 40.00 |

| | | |
|--------|-----|--------|
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

## THANKS, COME AGAIN

REG# 0001 CSH# 009 DR# 01  TRAN# 16010
11/16/18  19:21:36
ST# P0725

FABR PETROLEUM
737 296-4901

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#09 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 12913
10/26/18  15:42:23           ST# AB123

---

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#02 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| Total | | 40.00 |
| 009626510 $ | | 40.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 008 DR# 01  TRAN# 11606
10/31/18  17:19:14           ST# GULF1

---

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CR#08 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNINIPAL | | 0.00 |
| Total | | 40.00 |
| VISA-MC $ | | 40.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 13718
11/02/18  07:59:09           ST# GULF1

---

TO GO STORES
GURABO
C000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #6 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1  TRAN# 1029304
CSH: 12                      11/05/18  11:35:37

## Ecomaxx Roosevelt

Fecha: 11/6/2018 2:32 PM
Cajero: Leonardo
Trans No. 310415
Batch No. 1495
Cnt   UPC/PLU   Descripción

Cantidad Prepagada                    $30.00

Subtotal:         $30.00

Total:            $30.00
Pagado:           $30.00
Cambio:           $0.00
Thank you for your business!

---

BIENVENIDO A
GULF LA ROCA

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CR#10 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNINIPAL | | 0.00 |
| Total | | 40.00 |
| VISA MC $ | | 40.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 19064
11/06/18  09:00:56          ST# GULF1

---

FABR PETROLEUM
787 296-4901

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#09 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01  TRAN# 18979
11/08/18  09:29:24          ST# AB123

---

FABR PETROLEUM
787 296-4901

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#09 | | 40.00 |
| | | ---------- |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01  TRAN# 19555
11/09/18  10:14:23          ST# AB123

TO GO STORES
GURABO
0000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #03 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

GRACIAS.
Vuelva Pronto

ST# 00012   TILL XXXX DR# 1 TRAN# 1021362
CSH: 4                    11/13/18 06:31:09

---

*Rafael*

WELCOME
PUMA VEGA ALTA

| Desc | qty | amount |
|---|---|---|
| Prepay CA#01 | | 40.00 |
| Sub Total | | 40.00 |
| STATETAX | | 0.00 |
| CITYTAX | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

POR FAVOR
REGRESE PRONTO

REG# 0001 CSH# 005 DR# 01  TRAN# 18853
11/15/18  06:25:55          ST# TX996

---

**Sales Receipt**

| | | |
|---|---|---|
| Item | Description | Amount |
| 6 | CASH | $40.00 |
| | Sub Total | $40.00 |
| | Total | $40.00 |
| | Cash Tendered | $40.00 |
| | Change Due | $0.00 |

Thank you for shopping
Total Received
We hope you'll come back soon!

---

BIENVENIDO A
GULF LA ROCA

| Desc | qty | amount |
|---|---|---|
| Prepay CA#02 | | 40.00 |
| Sub Total | | 40.00 |
| ESTATAL | | 0.00 |
| MUNICIPAL | | 0.00 |
| Total | | 40.00 |
| VISA-MC $ | | 40.00 |

GRACIAS
VUELVA PRONTO

REG# 0001 CSH# 007 DR# 01  TRAN# 12989
11/15/18  19:19:39          ST# GULF1

BIENVENIDO A
GULF LA ROCA

| item | Qty | amount |
|------|-----|--------|
| Prepay CA#03 | | 20.00 |

| | |
|---|---|
| Sub Total | 20.00 |
| ESTATAL | 0.00 |
| MUNICIPAL | 0.00 |
| Total | 20.00 |
| 009626510 $ | 20.00 |

GRACIAS
VUELVA PRONTO
REG# 0001 CSH# 006 DR# 01   TRAN# 14152
11/16/18  15:18:33          ST# GULF1

---

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #03 | | 10.00 |
| Subtotal | | 10.00 |
| Tax | | 0.00 |
| **TOTAL** | | **10.00** |
| CASH $ | | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1021837
CSH: 4                    11/20/18 11:17:13

---

# PUMA 212

**Fecha: 11/21/2018 1:02 PM**
**Cajero: Yokasta Rodriguez**
**Trans No. 567322**
**Batch No. 2258**
**Cnt   UPC/PLU   Descripción**

| | |
|---|---|
| **Subtotal:** | **$40.00** |
| **Estatal:** | **$0.00** |
| **Municipal:** | **$0.00** |
| **Total:** | **$40.00** |
| **Cash:** | **$40.00** |
| **Cambio:** | **$0.00** |

**CONTROL:**
**ST**

---

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #02 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1016937
CSH: 2                    11/23/18 10:38:15

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES, GRACIAS

FECHA _____ 20 ___
SR. _____
DIRECCION _____
TAB. NUM. _____
CASH ☑   CREDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |
| | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | |
| RECIBI | |
| TOTAL | |

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES, GRACIAS

FECHA 11-28 20 ___
SR. _____
DIRECCION _____
TAB. NUM. _____
CASH ☑   CREDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |
| | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | |
| RECIBI | |
| TOTAL | 20 |

# FACTURA

**100 % A mano Car Wash en Breñas Vega Alta 9392410485**

**FACTURAR A**

| | N° DE FACTURA | 166 |
|---|---|---|
| | FECHA | 12/11/2018 |

| DESCRIPCIÓN | IMPORTE |
|---|---|
| Lavado Highlander | 25.00 |

| | TOTAL | $25.00 |
|---|---|---|

*Gracias* | CONDICIONES Y FORMA DE PAGO

Pago

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 3979

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 5 / NOV / 20 18

SR. _____
DIRECCION _____
TAB. NÚM. _____    CASH ☑  CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____    **TOTAL** 20

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 4516

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 11 / / 20

SR. _____
DIRECCION _____
TAB. NÚM. _____    CASH ☑  CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____    **TOTAL**

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 3976

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 6 / NOV / 20 18

SR. _____
DIRECCION _____
TAB. NÚM. _____    CASH ☑  CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____    **TOTAL** 20

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº 4794

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 20 / NOV / 20 18

SR. _____
DIRECCION _____
TAB. NÚM. _____    CASH ☑  CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION
RECIBÍ _____    **TOTAL** 20



## AUTOCENTRO TOYOTA

Compra Confiado

1088 Muñoz Rivera Avenue San Juan,
Puerto Rico 00927
787 751 9110



Very Important Toyota

🔧 **$0 deducible** en la primera reparación de Hojalatería

⚙ **30% de descuento** en la primera compra de Accesorios

🚗 **Asistencia en la Carretera** (3 años)

⏱ **Prioridad de cita** en nuestro Taller de Servicio

🚗 **Trato preferencial** en el Programa de Transportación

🎁 **Sorpresa de Cumpleaños**

🏆 **Descuentos en Marcas Asociadas y Promociones mensuales**

CELL: 787-556-450

| CUSTOMER NO. 140580 | | ADVISOR VALERIA TORRES VAZ 139345 | | TAG NO 3783 | INVOICE DATE 11/21/18 | INVOICE NO TOCS515903 |
|---|---|---|---|---|---|---|
| TCA PR CORP SAN JUAN SAN JUAN, PR 00918 | | LABOR RATE | LICENSE NO. FIP-198 | MILEAGE 44,043 | COLOR BLANCO/ | STOCK NO |
| | | YEAR / MAKE / MODEL 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | | DELIVERY DATE 08/25/15 | DELIVERY MILES |
| NONE | | VEHICLE ID NO. 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | | SELLING DEALER NO | PRODUCTION DATE |
| | | F.T.E. NO | | P.O. NO | | |
| RESIDENCE PHONE 787-556-4501 | BUSINESS PHONE | COMMENTS | | | R O DATE 11/21/18 | |
| TOTALS | | | | | | MO: 44043 |

GRACIAS POR CONFIAR EN NOSOTROS

NUESTRO COMPROMISO ES BRINDAR UN SERVICIO DE EXCELENCIA, SI
SU EXPERIENCIA NO ES ASI FAVOR DE COMUNICARSE AL
(787) 999-9112 SERVICIO AL CLIENTE
O POR EMAIL MARIMER.MARTINEZ@AUTOCENTROPR.COM

AVISO IMPORTANTE: SABIA USTED QUE DEBE REVISAR LA PRESION DE
AIRE DE SUS GOMAS CADA DOS SEMANAS O AL MENOS UNA VEZ AL MES
EL MANEJAR CON UNA PRESION INCORRECTA REDUCE LA VIDA UTIL DE
SUS GOMAS. PUEDE REFERISE A SU MANUAL DE USUARIO.

PARA NOSOTROS ES UN PLACER SERVIRLE. PRONTO RECIBIRA UNA
ENCUESTA ELECTRONICA PARA EVALUAR SI DEFINITIVAMENTE
REGRESARIA O RECOMENDARIA A NUESTRO CONCESIONARIO.

| | |
|---|---|
| TOTAL LABOR.... | 40.00 |
| TOTAL PARTS.... | 47.47 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 3.59 |
| TOTAL MISC DISC | -30.00 |
| TOTAL TAX...... | 7.03 |
| **TOTAL INVOICE $** | **68.09** |

CUSTOMER SIGNATURE



AUTOCENTRO
Compra Confiado
NOV 2 1 2018
PAID

# AUTOCENTRO 🅣

**636175**
**TOR**

636175
TOR

## Compra Confiado
1090 Muñoz Rivera Avenue San Juan, Puerto Rico 00927
787-751-9110


Very Important Toyota

🔧 **$0 deducible** en la primera reparación de Hojalateria

⚙️ **30% de descuento** en la primera compra de Accesorios

🛞 **Asistencia en la Carretera** (3 años)

🕯️ **Prioridad de cita** en nuestro Taller de Servicio

🚗 **Trato preferencial** en el Programa de Transportación

🎂 **Sorpresa de Cumpleaños**

🏷️ **Descuentos en Marcas Asociadas** y **Promociones mensuales**

ACT

CELL: 787-556-4501

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE |
|---|---|---|---|---|---|---|---|
| 140580 | NONE 787-556-4501 | | | PENDING | DANNY RUIZ FREEM | 11/21/18 | 636175 TOR |

B
I
L
L
T
O

TCA PR CORP
SAN JUAN
SAN JUAN, PR 00918

S
H
I
P
T
O

| QUANTITY | | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| SHIP | B.O. | | | | | |
| 1 | 0 | 16405-0P140   CAP SUB-ASSY, RES SHIPPED 0   SPECIAL ORDERED 1 | 7% | 22.63 | 18.10 | 18.10 |

NO HABRA DEVOLUCIONES EN PIEZAS CON EVIDENCIA DE QUE HAN SIDO INSTALADAS
NO HAY NINGUN TIPO DE DEVOLUCION EN ORDENES ESPECIALES O PIEZAS ELECTRICAS
HABRA UN CARGO DE 20% DE MANEJO EN TODA DEVOLUCION

TODA GARANTIA OFRECIDA EN LOS PRODUCTOS VENDIDOS ES ESTRICTAMENTE
AQUELLA OFRECIDA POR EL MANUFACTURERO

POLITICA DE DEVOLUCION:

EMPAQUE Y PIEZA EN PERFECTAS CONDICIONES
LABEL ORIGINAL INTACTO (BLANCO Y ROJO), FACTURA ORIGINAL
PIEZAS LEXUS Q SCION NO TIENEN DEVOLUCION
PIEZAS MENORES DE $15 NO TIENEN DEVOLUCION
TIENE 30 DIAS PARA RECOGIDO DE PIEZA
ES RESPONSABILIDAD DEL CLIENTE VERIFICAR MERCANCIA ANTES DE SALIR DE NUESTRO DEALER
CLIENTE TIENE 5 DIAS PARA RECOGER LA PIEZA
X

| | | |
|---|---|---|
| | SUBTOTAL | 18.10 |
| TAX | | 2.09 |
| FREIGHT | PAY THIS AMOUNT | 0.00 20.19 |

10:10:25   CUSTOMER COPY

NET501

PAGE 1 OF 1

*Nadal*

Recibo de Recarga

**www.autoexpreso.com**
1-888-688-1010
Plaza Toa Baja, Carril 1
Cajero: 213
11/14/18 19:00

Numero de Cuenta:        AU 03451155
Cantidad de Pago:     $       45.00
Metodo de Pago:          VISA 6072
Balance:              $       47.70

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta de sus
balances registrando su cuenta.
Visite www.autoexpreso.com

---

Recibo de Recarga

**www.autoexpreso.com**
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 233
11/06/18 18:40:45

Numero de Cuenta:        AU 03579521
Cantidad de Pago:     $       60.00
Metodo de Pago:           Efectivo
Balance:              $       61.65

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta de sus
balances registrando su cuenta.
Visite www.autoexpreso.com

---

Recibo de Recarga

**www.autoexpreso.com**
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 233
11/14/18 20:00

Numero de Cuenta:        AU 03579521
Cantidad de Pago:     $       60.00
Metodo de Pago:           Efectivo
Balance:              $       74.50

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta de sus
balances registrando su cuenta.
Visite www.autoexpreso.com

---

Recibo de Recarga

**www.autoexpreso.com**
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 953
11/23/18 11:00

Numero de Cuenta:        AU 03451155
Cantidad de Pago:     $       20.00
Metodo de Pago:           Efectivo
Balance:              $       23.05

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta de sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Favor de comunicarse con nuestro
Centro de Servicio al Cliente
referente a su sello 21912.
Codigo:

12-cv-2039 (GAG)-Fixed Expense Invoice
Enclosure I

Subject: Memorandum for Record-Work performed during the month of November.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders leaders to present them the aspects of the Monitoring Process Period of the Methodology.

The Federal Monitor and his Staff met with the Director and Staff from Autoridad Publico Privada to discuss Ana G. Mendez's proposal to work with the Police Academy, in this meeting USDOJ, PRDOJ and Governor Representative to the Police Reform were present; met with the Dean, President and other staff from UPR Carolina to discuss possibilities of preparing a Police Academy for the Carolina Municipality Police. The Federal Monitor met with Ombuds Woman to discuss recent increase of domestic violence in the PRPB.

The TCA and his Staff attended to the Town Hall meeting held in Guayama on November 8, 2018. After the TCA Office presented the Eight Six Month Report to the parties on October 24, such was filed to Court on November 26, 2018. As well on the same date the Transfer Assessment Report was filed in Court.

General Orders and Manuals were reviewed and discussed, including: Memorandum of Understanding: Interagency Agreement for the Investigation of Allegations of Abuse in Juvenile Institutions; General Order 100-111: Office of Reform; Garrity Warnings Protocol; General Order 100-112: Tactical Operations Division; General Order 100-117: Division of Specialized Tactical Weapons (SWAT); General Order 500-503: Evaluation Board of the Specialized Divisions; General Order 600-620: Specialized Weapons of the Specialized Tactical Divisions; Manual of Procedures Weapons and Specialized Tactics Divisions (SOP SWAT); Procedures Manual Tactical Operations Division (SOP DOT); General Order 600-614: Rules and Procedures to Address Cases of Missing Persons; and Manual of Procedures Division of Special Arrest and Extraditions.

During the Core Team week several Police Stations were visited to coolect data in order to assess PRPB's compliance with the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's December agenda was discussed.

RECEIVED & FILED
2018 DEC -6  PM 1: 25
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN P.R.