

**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 12/1/2018
Factura #: 2019-0267

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 12/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI

---

ID Cliente: TCAPR
Nombre Cliente: TCAPR Corp.

Fecha: 12/1/2018
Factura #: 2019-0267

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 12/1/2018 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Favor de remitir su pago con este talonario a la dirección postal:
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

Sales Tax: $0.00
Total: $3,000.00

ok [signature]

# WORLD PLAZA
Proyecto Administrado por Housing Promoters, Inc.

Vía Correo Electrónico: ericguzman53@yahoo.com

13 de noviembre de 2018

Arnaldo Claudio
Presidente
TCAPR Corp.
Plaza 6 #59
Gran Vista
Gurabo, PR 00778

**Notificación de cobro por gastos extraordinarios de diesel**

Estimado Señor Claudio,

Conforme a la cláusula # 3 de su contrato de alquiler suscrito con la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico (AFI), se aneja factura por concepto de gastos extraordinarios de combustible "*diesel*" incurridos por AFI, luego de las emergencias causadas por la avería de la subestación eléctrica y el paso del Huracán María en julio y septiembre de 2017, respectivamente.

Basándonos en los pies cuadrados de ocupación por inquilino, estamos adjudicando la proporción correspondiente a su espacio de alquiler de los $78,471.51 de gasto extraordinario de combustible de emergencia, pro rateado de la siguiente manera:

| Inquilino | Suma de Pies Cuadrados Contratados | Prorrateo Costo Diesel Incurrido | % Distribución de pies cuadranos Contratados |
|---|---|---|---|
| TCAPR Corp. | 1,800.00 | $ 389.02 | 0.50% |

Favor proceder de inmediato con el pago por la cantidad facturada, según sea su método de pago ordinario. Gracias.

Atentamente,

Nanette Cotto Cardona
Administradora

268 MUÑOZ RIVERA AVENUE, SAN JUAN PR 00918



**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 11/1/2018
Factura #: 2019-0211

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 11/1/2018 | Utilities-01 | Cargo Diesel - Evento Huracan Maria | $389.02 | 0.00 | $0.00 | $389.02 | |

Sales Tax: $0.00
Total: $389.02

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.



---

| ID Cliente | TCAPR |
| Nombre Cliente | TCAPR Corp. |

Fecha: 11/1/2018
Factura #: 2019-0211

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 11/1/2018 | Utilities-01 | Cargo Diesel - Evento Huracan Maria | $389.02 | 0.00 | $0.00 | $389.02 | |

Sales Tax: $0.00
Total: $389.02

**Favor de remitir su pago con este talonario a la dirección postal:**
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

OK [signature]



Servicios Telefonía Fija: (787) 775-0000  
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333  
Isla: 1 (800) 981-2355  
Horas de Servicios: Ver página 2 Servicio al Cliente  
www.clarotodo.com

| | |
|---|---|
| Factura | 11/04/18 |
| Cuenta | 769528798  2 |
| Núm. Servicio | 765-2209-978 |
| Página | 1 de 3 |

| | |
|---|---|
| Balance Anterior | $ 386.80 |
| Pagos Recibidos - ¡Gracias! | $ 386.80CR |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO** | $ 0.00 |

**CARGOS/CRÉDITOS POR SERVICIOS**

| | |
|---|---|
| FIJO | $ 190.20 |
| TOTAL | $ 190.20 |
| **TOTAL DE CARGOS CORRIENTES** | $ 190.20 |
| **TOTAL A PAGAR*** | **$190.20** |

**FECHA VENCIMIENTO 12/03/18**

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

---

Por favor, desprenda este talón y devuélvalo con su pago.



Factura     11/04/18  
Cuenta      769528798  2

•Accede tu cuenta  
•Paga tu factura  
•Chatea online





¡Nuevo!

Para ver el detalle de su factura visite https://ebill.claropr.com

**FECHA DE VENCIMIENTO**     12/03/18  
**TOTAL A PAGAR**            $190.20  
**CANTIDAD ENVIADA**

TCAPR CORP  
WESTERN BANK CTR  
268 AVE MUNOZ RIVERA STE 1001  
SAN JUAN PR 00918-1921

27695287980  0000019020  70401





RR GROUP, PSC
#405 Esmeralda Avenue
PMB 146
Guaynabo, PR 00969

www.rrgrouppsc.com

T (787) 765-7980
F (833) 454-6983
E rrgcontact@rrgrouppsc.com

# Invoice for the Current Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4701 |
|---|---|
| Date: | 11/27/2018 |
| Amount due (U.S. $): | 1522.45 |
| Terms of payment: | NET 30 |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement for November 2018: Monthly and Year-End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
| Expense | USPS Certified Mail with Return Receipt- Form 941-PR 3rd Quarter 2018. | 1.00 | 7.41 | 7.41 |
| Expense | USPS Certified Mail with Return Rceipt- Driver's Insurance 3rd Quarter 2018. | 1.00 | 6.70 | 6.70 |
| | | | Total: $ | 1522.45 |

Page 1 of 1