UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiffs,**<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et. al*.<br>**Defendants.** | Case No. 12-2039 (GAG) |

## MOTION TO RESTRICT

**COMES NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, who respectfully alleges and prays as follows:

**1.** On this same date, the undersigned will file a *Response* to the Monitor's Assessment Report, at Docket No. 1002.

**2.** Such *Response* consists of PRPB's Official Position with regards to the Federal Monitor's Assessment Report on the incidents involving the May 1st Protests.

**3.** PRPB's Official Position was referred to the Office of the Federal Monitor on October 25, 2018, according to the provisions established in paragraph 252 of the *Agreement for the Sustainable Reform of the Puerto Rico Police Department.* PRPB's *Response* concerns only to the case participants.

**4.** In abundance of caution, and in compliance with Standing Order No. 9, the appearing party respectfully requests that they be allowed to file the aforementioned document under seal and limit its viewing to case participants only.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and that they be allowed to file the aforementioned document under seal and limit its viewing to case participants only.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, December 7, 2018

| | |
|---|---|
| **WANDA VAZQUEZ GARCED**<br>Secretary of Justice<br><br>**WANDYMAR BURGOS VARGAS**<br>Deputy in Charge of<br>General Litigation<br><br>**SUSANA PEÑAGARICANO BROWN**<br>Director Federal Litigation and<br>Bankruptcy | **S/VALERIE CONCEPCIÓN CINTRÓN**<br>**Valerie Concepción Cintrón**<br>U.S.D.C. NO. 303002<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |