**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiffs,**<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO,<br>*et. al*.<br>**Defendants.** | Case No. 12-2039 (GAG) |

**PRPB'S RESPONSE TO FEREDAL MONITOR'S ASSESSMENT REPORT
AT DOCKET 1002**

**COMES NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, who respectfully alleges and prays as follows:

**1.** On October 25, 2018, the Office of the Federal Monitor filed an *Assessment Report on* PRPB's response to the demonstrations and incidents involving the May 1st 2018 protests (Docket 1002).

**2.** Such Assessment was ordered by this Honorable Court on May 4, 2018 (Docket 831).

**3.** Paragraph 252 of the *Agreement for the Sustainable Reform of the Puerto Rico Police Bureau* (Agreement) provides for the parties to file a response to the Monitor's final report within 30 days from the time the Office of the Federal Monitor files its final report to the Court. Such Report was filed on November 7, 2018 (Docket 1002).

**4.** Therefore, and in virtue of paragraph 252 of the Agreement, the undersigned submits to this Honorable Court PRPB's *Response* to the Federal Monitor's Assessment Report at Docket 1002 attached hereto as Appendix 1.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated and, in virtue of Paragraph 252 of the Agreement, accept PRPB's *Response* to the Federal Monitor's Assessment Report at Docket 1002 attached hereto as Appendix 1.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, December 7, 2018

| | |
|---|---|
| **WANDA VAZQUEZ GARCED**<br>Secretary of Justice<br><br>**WANDYMAR BURGOS VARGAS**<br>Deputy in Charge of<br>General Litigation<br><br>**SUSANA PEÑAGARICANO BROWN**<br>Director Federal Litigation and Bankruptcy | **S/VALERIE CONCEPCIÓN CINTRÓN**<br>**Valerie Concepción Cintrón**<br>U.S.D.C. NO. 303002<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |