# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>                    Defendants | No. 12-cv-2039 (GAG) |

**MOTION SUBMITTING COPY OF DOCUMENTS PREPARED BY
PRESENTERS FOR THE HEARING HELD BEFORE THE
HONORABLE COURT ON DECEMBER 6, 2018**

**TO THE HONORABLE COURT:**

Comes Now the Federal Monitor, Arnaldo Claudio, represented by the undersigned attorney

and respectfully states and prays as follows:

1.  Pursuant to the Order of this Honorable Court, the parties and presenters submitted copies

of their presentations to the Federal Monitor prior to the hearing held on December 6, 2018.

It should be noted that the list of presenters for the Puerto Rico Police Bureau, along with

written copies of their presentations were submitted via a motion to this Honorable Court by

Counsel Valerie Concepcion Cintron (Docket 1033).

2.   That in view of the fact that the Honorable Court has already received the written

presentations of the Puerto Rico Police Bureau, only the presentation related to the  (1) letter

and translation from the "Citizen's Observatory For Public Safety is hereby included.  The

Assessment on the May 1, 2018 protest (power point) prepared by Jose Pujol exceeds 15 MB

and cannot be submitted through the cm/ecf filer system.  Leave is respectfully requested to

submit the same in hard copy at a later date determined by this Honorable Court.

3.   The Federal Monitor further submits that in view of the ruling made by the Court, the

presentation by Mr. Jose Pujol on Transfers Assessment is not included herein.

**Wherefore** the Federal Monitor respectfully requests the above motion be granted as

requested by this Honorable Court and a copy of the foregoing motion be electronically notified

to all parties through the Court's cm/ecf system.

Certificate of Service:   I hereby certify that copy of the foregoing motion has been
electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 14th. day of December, 2018.
Respectfully submitted

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070