30 de noviembre de 2018

Hon. Gustavo Gelpi, Juez

Presidente Tribunal Federal de Puerto Rico

Gobierno Estados Unidos

Estimado Juez Federal Lcdo. Gelpí

Reciba un saludo solidario de parte de los que aquí le presentamos esta comunicación. Nosotros somos un grupo de ciudadanos y ciudadanas que llevamos reuniéndonos aproximadamente cuatro años en la Oficinas del Sr. Arnaldo Claudio, Monitor Federal de la Policía de Puerto Rico, contribuyendo con recomendaciones desde nuestras experiencias y vivencias multisectoriales. El grupo está compuesto por líderes comunitarios de comunidades con desventaja socio económica y residenciales públicos, líderes del sector LBGTZQ, líderes de la comunidad Dominicana, estudiantes, sobreviviente de violencia de género, personas con impedimento físico, entre otros. Durante todo este tiempo hemos evaluado la mejor manera de contribuir al cumplimiento de la Reforma de la Policía y sugerimos e insistimos en la necesidad de la creación de un Observatorio Ciudadano de Seguridad Pública, mecanismos que desde la sociedad civil estaría brindando una participación ciudadana a todos los sectores del País, con independencia de la oficina del Sr. Arnaldo Claudio, Monitor Federal de la Policía de Puerto Rico.

El Observatorio Ciudadano de Seguridad Pública sería un espacio transversal y dinámico reconocido por el Gobierno y el Tribunal, con poderes y recursos asignados para requerir información a la Policía de Puerto Rico, que será utilizada para investigar a tiempo cualquier patrón de violación de derechos civiles, brindar educación a los ciudadanos sobre sus derechos, especialmente de los grupos de mayor vulnerabilidad y con ello exigir rendimiento de cuenta sobre los hallazgos. El Observatorio Ciudadano de Seguridad Pública también monitoreara indicadores que nos permita una seguridad publica eficaz, equitativa, participativa y transparente.

Nuestra sugerencia no es una idea nueva, los observatorios ciudadanos son organismos utilizados alrededor del mundo para insertar la participación de la ciudadanía en forma permanente en los planes de ejecución del cumplimiento de reformas de seguridad, financieras, entre otros aspectos importantes de una sociedad civilizada. Precisamente, en Puerto Rico durante el 2002, luego de

una convocatorio abierta por el Gobierno de Puerto Rico, fueron seleccionados nueve ciudadanos para que analizaran, priorizaran y tabularan más de 2,000 recomendaciones que dieron los ciudadanos para disminuir el alza de la violencia.  Estos nueve ciudadanos, luego de varios meses de evaluación, recomendaron un mecanismo, el cual fue creado por orden ejecutiva, llamada La Comisión para la Prevención de la Violencia (COPREVI).  Hoy COPREVI se encuentra domiciliada en la Universidad de Puerto Rico de Cayey y utiliza el modelo donde se integra a las comunidades, la investigación científica, la educación en prevención de la violencia y la promoción de la paz.

El potenciar la creación del Observatorio Ciudadano de Seguridad Pública como mandato de este Honorable Tribunal, en nada se distancia de los objetivos principales de La Reforma de la Policía, que todos sabemos surgió de la denuncia de violaciones a los derechos civiles de residentes de la Isla, investigados y confirmados por la división de Derechos Civiles del Departamento de Justicia Estadounidense.

Tenemos conocimiento que otras organizaciones comprometidas con el cumplimiento de la Reforma como la ACLU y Amnistía Internacional entre otros, sugieren al igual que nosotros un mecanismo independiente de la Oficina del Monitor Federal de la Policía, que tenga amplia participación ciudadana y cumplir con los objetivos del Acuerdo.  Todos y todas tenemos un interés apremiante en la pronta corrección de las áreas señaladas en el acuerdo.  Estamos sumándonos visiblemente a los esfuerzos de lograr que la Policía de Puerto Rico cumpla con las acciones correctivas de las violaciones de los derechos civiles de los ciudadanos de nuestra Isla.

Nuevamente agradecemos el espacio permitido para hacer nuestra presentación de la recomendación que surgen de los años de compromiso con la Reforma de la Policía y sus resultados.

Atentamente;

November 30, 2018

Hon. Gustavo A. Gelpi,
Chief Judge
United States District Court
District of Puerto Rico
Courthouse Building
San Juan, Puerto Rico, 00901

Dear federal judge Esq. Gelpí:

Re:  Observatorio Ciudadano de Seguridad Pública

Receive a solidarity greeting from the undersigned We are a group of citizens that has been meeting for approximately four years in the offices of Mr. Arnaldo Claudio, Federal Monitor of the Police of Puerto Rico, contributing with recommendations from our experience and multi sector experiences. Our group is made up of community leaders from economically low-income communities, public housing proyects, community leaders, LBGTZQ representatives, leaders of the Dominican community, students, survivor of gender violence, persons with physical disabilities, among others.  During all this time we have evaluated the best way to contribute to the fulfillment of the Police Reform and we suggest and insist on the necessity to create a Citizen's Observatory of Public Security, mechanisms that from civil society would provide citizen participation to all sectors of the island, independent from the Office of the Federal Monitor of the Police of Puerto Rico.

The Citizen's Observatory for Public Security would be a transverse and dynamic space recognized by the Government and the Tribunal, with powers and resources assigned to request information from the Police of Puerto Rico, which will be used to timely investigate a pattern of violation of civil rights, providing education to citizens about their rights, especially to the most vulnerable sectors and thus providing accountability on the findings.  The Citizen's Observatory of Public Security would also monitor indicators that would enable us to achieve effective, equitable participation and transparent public security.

Our suggestion is not a new idea. The citizen observatories are structures used around the world to insert citizenship participation permanently in the implementation plans for the fulfillment of security and financial reforms, among other important aspects of a civilized society.  Precisely, in Puerto Rico during the tear 2002, after an open call by the Government of Puerto Rico, nine citizens were selected to analyze, prioritize and tabulate more than 2,000 recommendations that

citizens gave to decrease the rise of violence. These, nine citizens after several months of evaluation recommended a mechanism, which was created by an Executive Order and named the Commission for the Prevention of Violence (COPREVI). COPREVI is currently housed at the University of Puerto Rico in Cayey and uses the model where it integrates communities, scientific research, education in violence prevention and peace promotion.

To promote the creation of the Citizen's Observatory of Public Security as a mandate of this Honorable Court, does not distances itself from the main objectives of the Police Reform, which we all know came about from the complaints of violations to the civil rights of citizen that were investigated and confirmed by the U.S. Department of Justice, Civil Rights Division.

We are aware that other organizations are committed to complying with the Reform, such as ACLU and Amnesty International, among others, that suggest as we do, an independent mechanism from the Office of the Federal Police Monitor, with broad Citizen participation and meeting the objectives of the Agreement. We all have a pressing interest in the prompt correction of the areas indicated in the Agreement. We are visibly joining the efforts to get the Puerto Rico Police to comply with the corrective actions necessary to enforce the civil rights of the citizens of our island.

Again we appreciate the space allowed by the Honorable Court to make our presentation of the recommendations arising from the years of commitment to the Reform of the Police and its results.

Cordially