# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL<br>Defendants | No. 12-cv-2039 (GAG) |

### MOTION SUBMITTING HARD COPY OF PRESENTATION PREPARED BY PRESENTER JOSE PUJOL TO THE HONORABLE COURT ON DECEMBER 6, 2018

**TO THE HONORABLE COURT:**

Comes Now the Federal Monitor, Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. Pursuant to the Order of this Honorable Court, the parties and presenters submitted copies of their presentations to the Federal Monitor prior to the hearing held on December 6, 2018. Prior to the aforesaid hearing the Federal Monitor shared with the parties via electronic mail copy of all documents. Accordingly all presentations, except the one prepared by Mr. Jose Pujol, have been submitted to the Court prior to this date.

2. Hence, the only document now pending submission to the Court is the presentation prepared by Mr. Jose Pujol, which could not be submitted along with the rest of the documents because the same exceeds the 15 MB maximum for the *cm/ecf* Filer System. Reference is made to our Motion dated December 14, 2018 entitled "Motion Submitting Documents Prepared by Presenter for the Hearing Held On December 6, 2018 (Docket No. 1049)." This Honorable Court granted the request to file the aforesaid presentation in hard copy.

3. That given the volume of the aforesaid presentation which had portions of videos as attachments, the same is filed in hard copy along with a copy of this motion.

**Wherefore** the Federal Monitor respectfully requests the above motion be granted as requested by this Honorable Court and a copy of the foregoing motion be electronically notified to all parties through the Court's cm/ecf system.

San Juan, Puerto Rico, this 21st. day of December, 2018.

Respectfully submitted

Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070