IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

### ORDER

In light of the partial federal government shutdown, the hearing set for January 17, 2019, is hereby **VACATED**.  The same shall be reset promptly once the government is back in full operation.

The Court, however, advances that at the next hearing it will address the following topics in detail:

1. **IT Update**- Over thirty areas pertaining to IT remain in the capacity building stage.  These, however will impact other areas currently in monitoring stage.  As such a comprehensive IT plan with a fast-track timeline must be submitted by PRPB.

2. **Mental Health and Domestic Violence**- PRPB shall present its plan for 2019 to address these areas.

3. **Update on retroactive pay to PRPB Officers**- PRPB shall provide an up to date, detailed status, of payments made and those due.

**Civil No. 12-2039 (GAG)**

4.  **Special Master Del Carmen**- The parties will present their recommendations to the court as to areas in which he will assist.  The Court notes it is inclined to assign topic 2 as one of these.

Other topics shall be addressed and informed in a future order.  The Monitoring Team will be in Puerto Rico the week of January 14-18, 2019, and the work schedule is set.  Besides the same, the Monitor and representatives of PRPB and PRDOJ shall discuss topics 1, 2 and 3 in this order to adequately prepare for the next rescheduled hearing.

**SO ORDERED.**

In San Juan, Puerto Rico this 3rd day of January 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge