UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 JAN -3 PM 2: 18

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff; | |
| v. | |
| COMMONWEALTH OF PUERTO RICO, ET AL., | No. 12-cv-2039 (GAG) |
| Defendants. | |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for December 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Linda V. Navedo | $3,900.00 | December 3, 2018 - December 5, 2018 to December 6, 2018 |
| Rafael E. Ruíz | $6,500.00 | December 3, 2018 to December 7, 2018 |
| Marcos Soler | $2,600.00 | December 6, 2018 to December 7, 2018 |
| John J. Romero | $6,500.00 | December 3, 2018 to December 7, 2018 |
| Alan Youngs | $6,500.00 | December 3, 2018 to December 7, 2018 |
| Scott Cragg | $2,925.00 | December 3, 2018 to December 7, 2018 |
| | Subtotal | $28,925.00 |
| **Telework** | | |
| Linda V. Navedo | $5,200.00 | December 2018 |
| Rafael E. Ruíz | $2,600.00 | December 2018 |
| Marcos Soler | $5,700.00 | December 2018 |
| John J. Romero | $2,600.00 | December 2018 |
| Alan Youngs | $2,600.00 | December 2018 |
| Scott Cragg | $5,837.00 | December 2018 |
| | Subtotal | $24,537.00 |
| **Constitutional Lawyers** | | |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Alfredo Castellanos | $4,607.50 | December 2018 |
| Federico Hernandez Denton | $687.50 | December 2018 |
| Antonio Bazán | $1,906.25 | December 2018 |
| | Subtotal | $7,201.25 |
| **Richard Blanco Peck, Pd.D.** | $17,500.00 | December 2018 |
| | Subtotal | $17,500.00 |
| **Jose Pujol** | $2,800.00 | December 2018 |
| | Subtotal | $2,800.00 |
| **The & Group (Town Hall Meetings)** | $2,037.50 | December 2018 |
| | Subtotal | $2,037.50 |
| **Office Supply** | | |
| Copy paper and materials | $46.22 | |
| | Subtotal | $46.22 |
| **Car Expenses** | | |
| Chauffer | $900.00 | December 6, 2018 to December 11 2018/ December 12, 2018 to December 16, 2018 |
| Gasoline | $512.25 | December 2018 |
| Tolls | $102.00 | December 2018 |
| Car Maintenance | $361.15 | December 2018 |
| | Subtotal | $1,875.40 |
| | Total | $84,922.37 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $84,922.37, the total amount of the monthly expenses, for the month of December 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $84,922.37, the total amount of the expenses for the month of December 2018.

In San Juan, Puerto Rico, this day January 3, 2019.

I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

Arnaldo Claudio-TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.