# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER/2018
# CONSULTORES NAVEDO LLC

1 CLUB COSTA MARINA, TORRE I, APTO. 9-I
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A: TCAPR Corp.
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (Monitor Team) during the month of December/2018, is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for receiving the policies corresponding to the month of November/2018 that will be review on December/2018; assessed the documents, creating electronic file, creating distribution list, writing emails for sending policies to members of the Monitor Team, Monitor and Deputy Monitor. (8.0) | N/A | X | 1 2 / December | |
| TCA CORE TEAM WEEK | N/A | X | 3 / December | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 5 / December | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 6 / November | $1,300.00 |
| -Work session for the follow-up to the policies' revision with Att. Antonio Bazán and syllabus revision sent by the PRPB Academy; review of the following policies: (a)General Order 500-504: Recruitment Aspiring Agents and General Order 200-210: Protection of Copyright and Intellectual Property; review and analysis of the policy approval request corresponding to the month of December / 2018 which specifies: (a) which policies have been approved, (b) which policies are not | N/A | X | 8-15 / December | |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| ready for approval, (c) list of policies that should be sent for the final consideration of the Monitor; revision of documents and information sent by Prof. Blanco Peck in relation to the 2018 survey required by P. 241 of Agreement (particularly surveys report comparing 2015 with 2018); reading, review and analysis of the general report of the policies for the month of December / 2018, prepared by the Lcda. Yashira Vega; among other matters. (24.0) | | | | |
| No work was done. | N/A | X | 16-23 / December | |
| Work session for the development of the first draft of the agenda corresponding to the month of January/2019 for the Monitors Group and the Reform Office; review of the following policies: (a) Manual for the Field Investigation of Candidates for Employment, and Applicants for Licenses and Permits; and (b) Public Dissemination Manual; sent the PRPB the policy revisions corresponding to the month of December/2018; beginning of the evaluation of the activities that will be carried out for the attention of the areas of the Agreement on administrative complaints, professionalization and community during the month of January / 2019; among others matters. (16.0) | N/A | X | 24-31 / December | |
| | | | | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE MONITOR TEAM WEEK: | | | | $3,900.00 |
| TOTAL OF BILLABLE HOURS (34.66 @ $150): | | | | $5,199.00 |
| TOTAL TO BE BILLED: | | | | $9,099.00 |
| TOTAL HOURS WORKED "PRO BONO": 13.34 HOURS | | | | |

INVOICE PRESENTED BY:

LINDA V. NAVEDO CORTÉS
TCA Core Team
December 31, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

OK

Date: 1/3, 2019

Rafael E. Ruiz
53 Adams St., Apt 1
Boston MA 02122

# INVOICE # 2018-12

DATE: December 31, 2018

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

For Service: December 1st -31st, 2018

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday, Dec 3rd: Meeting at TCA Office; Discussion of policies at PRPB HQ | 1 day | $1300/day | $1300.00 |
| Tuesday, December 4th: Site visits to Caguas and San Lorenzo Districts | 1 day | $1300/day | $1300.00 |
| Wednesday, December 5th: Site visit toi San Juan Dist 166 | 1 day | $1300/day | $1300.00 |
| Thursday, December 6th: Site visit to Bayamon Oeste Dist. | 1 day | $1300/day | $1300.00 |
| Friday, December 7th: Meetings at PRPB HQ | 1 day | $1300/day | $1300.00 |
| December 1st through December 31st: Review of the following Policies: 100-107 plus 13 PRPB forms; Auto Theft Division Manual; 100-133; 100-117; 100-119; 100-112; 600-612; 600-614 plus 3 PRPB forms; PRPB forms 503.1, 2, and 3; SWAT Manual and Annex; SAOC Gen Order. | | | |
| TOTAL HOURS WORKED 21- ½ hours (PRO-BONO HOURS 4 hrs., 10 mins) Hours billed | 17 hrs 20 mins. | $150/hr. | $2600.00 |

TOTAL BILLED $9100.00

Rafael E. Ruiz

Date: December 31, 2018

ok. 1/3/2019

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

     A:    **TCAPR, LLC**
           #268 Muñoz Rivera
           Suite 1001, World Plaza
           San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) **from December 1 through December 26** is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of policies and reports in preparation for weekly meetings, communications with monitor and teams, develop new format for compliance semi-annual report and appendix, work on statistical work for equal protection baseline area of the Agreement, (10.0 billable hours) | X | N/A | Saturday through Sunday, December 1-2, 2018 | (10 @ $150 = $1,500) |
| Work from New York City: Review documents for meeting with court and the parties, review of agenda items for weekly meetings (3.0 billable hours) | X | N/A | Wednesday, December 5, 2018 | (3 @ $150 = $450) |
| Work from Puerto Rico: see agenda + review of documents and core team work for six month report (3 days, 30 hours) | N/A | X | Thursday-Saturday, December 6-8, 2018 | (3 @ $1,300 = $3,900) |
| Work from New York City: review documents regarding PRPD | X | N/A | Sunday, December | (4 @ $150 = |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| implementation plan, review documents for baseline on internal investigation and citizen complaints (10.0 hours) | | | 9, 2018 | $600) |
| Work from New York City: develop new format for compliance semi-annual report and appendix, review reports from core team members, prepare baseline for equal protection and other areas (11.0 hours) | X | N/A | Saturday through Sunday, December 15-16, 2018 | (11 @ $150 = $1,650) |
| Work from New York City: work on statistical work for equal protection baseline area of the Agreement, review findings from surveys to incorporate into monitoring methodology (10.0 billable hours) | X | N/A | Saturday through Sunday, December 22-23, 2018 | (10 @ $150 = $1,500) |
| TOTAL HOURS WORKED: 68.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 day, 30 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (38 HOURS @ $150): | | | | $5,700 |
| TOTAL TO BE BILLED: | | | | $9,600 |

INVOICE PRESENTED BY:

Marcos Soler

ok [initials] 1/3/2019

MARCOS F. SOLER
TCA Core Team
December 27, 2018

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

______________________________

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____________, 2018.

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

December 31, 2018

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 055
FOR PROFESSIONAL SERVICES RENDERED DECEMBER 2018

| | |
|---|---|
| Monday, December 3, 2018 | Monitors Office re: meetings<br>PRPB Headquarters re: meetings |
| Tuesday, December 4, 2018 | Site Visit Bayamon Area Command "Centro Mando"<br>Site Visit Bayamon Area Command Force Review Board<br>Site Visit Bayamon North Precinct |
| Wednesday, December 5, 2018 | Site Visit Force Review Board (FIU)<br>Site Visit Radio Control Center<br>Mayaguez Town Meeting |
| Thursday, December 6, 2018 | Site Visit Division of Special Weapons and Tactics (SWAT)<br>Federal Hearing |
| Friday, December 7, 2018 | PRPB Headquarters re: meetings |

**5 DAYS (DAY RATE $1,300) = $6500**

December 1-31 Reviewed PRPB's General Order Chapter 600, Section 625, "Management and Crowd Control" 2 hrs.
Reviewed the following forms relating to the above policy:
PPR 625.1 Informational Page, PPR-625.2 Work Plan, PPR625.3 Report Of Constitutional Activities, PPR-625.4 Required Permits, PPR-625.5 Risk Analysis and PPR-625.6 Results of Use of Force/Arrest 1.5hrs
Prepared comments on the above policy 2hrs.

Reviewed PRPB's General Order, Chapter 100, Section 133 "Motorized Division" 1 hr.

Reviewed PRPB's General Order Chapter 600, Section 614 "Rules and Procedures to Address cases of Missing Persons" 1.5 hrs.

Reviewed the following forms related to the above policy PPR-614.1 Missing Persons Report, PPR-614.2 Photo Publication Case of Missing Person and PPR-614.3 Missing Person (Information) 1.5 hrs.

Reviewed PRPB's General Order Chapter 100, Section 119 "Division of Confidential Matters" 2 hrs.

Reviewed PRPB's General Order Chapter 500, Section 503 "Evaluation Board for the Recruitment, Selection and Permanence of Candidates for Specialized Division 1 hr.

Reviewed PRPB forms PPR-503.1 "Appointment to Appear before the Evaluation Board of the Specialized Divisions, PPR-503.2 "Check Sheet for the Candidates File" and PPR-503.3 "Evaluation of Candidates for Specialized Divisions" 1.5 hrs.

Reviewed PRPB's General Order, Chapter 100, Section 117 Weapons and Special Tactics (SWAT) 1 hr.

Reviewed PRPB's "Manual of Procedures Division of Weapons and Special Tactics" (SWAT Standard Operating Procedure) 2 hrs.

Reviewed PRPB SWAT Manual Annexes A&B and Forms PPR-112.1 "Request for activations of the Specialized Tactical Divisions", PPR-112.2 Record of Mobilizations of the Divisions of Special Tactics (DTE), PPR-112.3 "Evaluations of Strategies of the Divisions of Special Tactics" and PPR-117.1 'Entry and Exit of Long Arms Specialized Divisions 2.5 hrs.

Reviewed PRPB's General Order Chapter 100, Section 106 "Auxiliary Superintendent of Field Operations" 2 hrs.

Reviewed PRPB's General Order Chapter 100, Section 112 "Division of Tactical Operations" 1.5 hrs.

**TOTAL HOURS:  25 HOURS    00 MINUTES.**


**BILLABLE HOURS    17 HOURS  20 MINUTES AT RATE OF**

  **$150 PER HOUR = $2,600**

  **PRO BONO     7 HOURS    40   MINUTES**

  **TOTAL: $9,100**

ok    1/3/2019

Alan C. Youngs
5552 W. Lakeridge Road
Lakewood, CO 80227

December 31, 2018

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED DECEMBER 2018

Monday, December 3, 2018 — Monitors Office re: meetings and agenda
PRPB Headquarters re: meetings

Tuesday, December 4, 2018 — Meeting at PRPB headquarters ref recruitment
Meeting with Dr. Blanco Peck with regards to surveys

Wednesday, December 5, 2018 — Monitors office ref Early Intervention System
Mayaguez Town Meeting

Thursday, December 6, 2018 — Site Visit PRPB Police Academy
Federal Hearing with Judge Gelpi

Friday, December 7, 2018 — PRPB Headquarters re: meetings

**5 DAYS (DAY RATE $1,300) = $6500**

December 1-31

Reviewed PRPB curriculum of course A501, Recruitment of Cadet Candidates and Training Academy and the table assigning values of importance – 3 hours
Prepared comments on the above – 2 hours

Reviewed PRPB's General Order, Chapter 100, Section 133 "Motorized Division – 1 hour

Reviewed PRPB's General Order Chapter 600, Section 614 "Rules and Procedures to Address cases of Missing Persons" 2 hours

Reviewed the following forms related to the above policy PPR-614.1 Missing Persons Report, PPR-614.2 Photo Publication Case of Missing Person and PPR-614.3 Missing Person (Information) - 2 hours

Reviewed PRPB's General Order Chapter 100, Section 119 "Division of Confidential Matters" 2 hours.

Reviewed PRPB forms PPR-503.1 "Appointment to appear before the Evaluation Board of the Specialized Divisions, PPR-503.2 "Check Sheet for the Candidates File" and PPR-503.3 "Evaluation of Candidates for Specialized Divisions" – 2 hours

Reviewed PRPB's General Order, Chapter 100, Section 117 Weapons and Special Tactics (SWAT) – 1 hour

Reviewed PRPB's "Manual of Procedures "Division of Weapons and Special Tactics (SWAT Standard Operating Procedure) - 2 hour

Reviewed PRPB SWAT Manual Annexes A&B and Forms PPR-112.1 "Request for activations of the Specialized Tactical Divisions", PPR-112.2 Record of Mobilizations of the Divisions of Special Tactics (DTE), PPR-112.3 "Evaluations of Strategies of the Divisions of Special Tactics" and PPR-117.1 'Entry and Exit of Long Arms Specialized Divisions – 2 hours

Reviewed PRPB's General Order Chapter 100, Section 106 "Auxiliary Superintendent of Field Operations" – 2 hours

Reviewed PRPB's General Order Chapter 100, Section 112 "Division of Tactical Operations" - 2 hours.

Reviewed survey on Recruitment prepared by Dr Peck – 2 hours
Prepared comments on the above – 1 hours

**TOTAL HOURS: 26 HOURS 0 MINUTES.**

**BILLABLE HOURS 17 HOURS 20 MINUTES AT RATE OF $150 PER HOUR = $2,600**

**PRO BONO 8 HOURS 40 MINUTES**

**TOTAL: $9,100**

OK [signature] 1/3/2019

INVOICE 0046 FOR PROFESSIONAL SERVICES; DEC 1- 31, 2018
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of December 2018 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site Puerto Rico | | 2.25 | 12/5, 6, 7 | 2925.00 |
| Communications - telcons and emails to/from CT, PRPB, USDOJ, regarding Action Plans, GO's, manuals, policy coordination, Kronos, budgets | 4.25 | | 12/2, 4, 5,8,10, 20, 22, 25 | 637.50 |
| Complete synopsis and analysis, provide summary and recommendations on site monitoring | 3.75 | | 12/7, 8, 9,10 | 562.50 |
| Monitoring Methodology -- coordination with US DoJ, PR DoJ and PRPB. Revise and prepare for on-site interviews by updating, coordinating and consolidating all relevant artifacts; Decree, amendment, TCA methodology, IT monitoring tables, extension requests, Monitoring table redesign, Review, research and comment on Monitoring Methods utilized in other Consent Decrees | 8.50 | | 12/3, 4, 5 | 1275.00 |
| Review DoJ monitoring methodology for application to baseline monitoring redesign | 1.25 | | 12/3 | 187.50 |
| Site visit planning and coordination, Prepare Agenda Recommendations. Communicate with CT, TCA, PRPD, DOJ, Review past action items and trip reports for applicability. | 1.75 | | 12/2, 3, 4,10 | 262.50 |
| Review of USDoJ, TCA provided materials; Court Docket, PRPB Policy Matrix, media information | 1.25 | | 12/12,10,15 | 187.50 |
| Review of CT trip reports for applicability to IT monitoring, analysis, prepare and finalize IT Trip report | 2.00 | | 12/7,8,9,10 | 300.00 |

| | | | | |
|---|---|---|---|---|
| Review and supporting Research of Body Worn Camera (Grant) materials provided and On-line, & GO provided by USDoJ | 11.50 | | 12/18,19 | 1725.00 |
| Review of Risk Management in Law enforcement materials provided by USDoJ | 2.50 | | | 375.00 |
| Review and Research of Hate Crimes Portal identified by USDoJ | 2.00 | | | 300.00 |
| | | | | |
| Total hours US | 38.75 | | total expense | 8737.50 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | | $2,925 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 38.75 | $5,813 |
| TOTAL EXPENSE | | | | $8,738 |
| Taxi transportation from Airport to Hotel | | | | 24.00 |
| | | | FEE | $8,762 |

INVOICE PRESENTED BY:
____//Signed//___________
Scott Cragg, TCA Core Team

alc [signature] 1/3/2019

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE______________________________
ARNALDO CLAUDIO, TCA, President



CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER: 103
INVOICE DATE: DECEMBER 25, 2018

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-03-18 | Police Reform- Puerto Rico | Town Hall transcript review (Guayama) and draft of Executive Summary; communications with a guest speaker for the Mayaguez Town Hall meeting regarding his participation | 2.50 | $125.00 | $312.50 |
| DEC-04-18 | Police Reform- Puerto Rico | Communications with members of the Press regarding Town Tall Meeting and Court hearing | 0.50 | $125.00 | $62.50 |
| DEC-05-18 | Police Reform- Puerto Rico | Preparation for Town Hall, documents preparation and organization and celebration of Town Hall Meeting in Mayaguez | 8.00 | $125.00 | $1,000.00 |
| DEC-05-18 | Police Reform- Puerto Rico | Stay at Holiday Inn Mayaguez- Mayaguez Town Hall Meeting | | | $138.75 |
| DEC-06-18 | Police Reform- Puerto Rico | Prepartion for Hearing and Hearing before Judge Gelpi | 4.00 | $125.00 | $500.00 |
| DEC-10-18 | Police Reform- Puerto Rico | Communication with Mr. Pujols,re;Town Hall Meeting Agenda (next year); work on Town Hall meetings Agenda 2019 dates selection and discussion | 1.50 | $125.00 | $187.50 |
| DEC-11-18 | Police Reform- Puerto Rico | Meeting with Mr. Javier González, re: Town Hall meetings Agenda (2019) | 2.50 | $125.00 | $312.50 |
| DEC-12-18 | Police Reform- Puerto Rico | Review Mayaguez Town Hall Meeting minutes; review communications from TCA Claudio, communication with the Court in Compliance with standard TCA requirements | 1.50 | $125.00 | $187.50 |
| DEC-14-18 | Police Reform- Puerto Rico | Meeting with Cáceres "Area Commander" and Javier Gonzalez in Cuartel General; re: coordination of Town Hall Meetings; review of Order; review comm. from TCA Claudio; coordination of meeting for upcoming Town Hall Meetings (agenda) | 3.00 | $125.00 | $375.00 |
| DEC-17-18 | Police Reform- Puerto Rico | Review of communication from TCA Claudio; review of Order | 0.50 | $125.00 | $62.50 |

INVOICE NUMBER: 103

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-18-18 | Police Reform-Puerto Rico | Meeting with Javier Gonzalez and Caldero, re: Town Hall Meetings 2019; meeting in Carolina with Area Commander Monge; review of Minute; review of Order | 4.25 | $125.00 | $531.25 |
| DEC-19-18 | Police Reform-Puerto Rico | Initial review of first draft of Compliance Report by Mr. Blanco Peck | 2.00 | $125.00 | $250.00 |
| DEC-20-18 | Police Reform-Puerto Rico | Conference calls with Javier González and Coronel Cáceres, re; Town Hall Meetings; conference call with from Monge from Humacao; upcoming Town Hall meeting coordination | 3.00 | $125.00 | $375.00 |
| DEC-21-18 | Police Reform-Puerto Rico | Review of Compliance Report; review of communications from TCA Claudio | 2.50 | $125.00 | $312.50 |
| | | Total hours for this invoice | 35.75 | | |
| | | Total amount of this invoice | | | $4,607.50 |

ok 1/3/2019

*Federico Hernández Denton*

Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH-1 Ofic. 1201
Hato Rey, Puerto Rico 00918
Tel. (787)751-8000

Diciembre 27, 2018.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

**INVOICE FOR PROFESIONAL SERVICES**

| TCA | | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **HOURS** |
| 12/6/2018 | Court status conference. US District Court for the District of Purto Rico Courtroom 3. | **4.5** |
| 12/14/2018 | Review of documents provided by NPPR. | **1** |
| | | |
| | TOTAL HOURS: | **5.5** |
| | RATE HOURS: | **$ 125.00** |
| | SUBTOTAL: | **$ 687.50** |
| | LESS RETAINER: | **$ -** |
| | TOTAL AMOUNT DUE: | **$ 687.50** |

ok [signature] 1/3/2019

*¡Feliz Año Nuevo 2019!*

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

December 26, 2018.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2018-12**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of December 2018:

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---|---|---|
| 11/30/2018 | **2.25 hrs.** 1:00 to 3:15 pm. | Meeting with Federal Monitor Re: Hearing of 16/06/2018 |
| 12/04/2018 | **2.75 Hrs.** 9:00 am to 11:45 am | Police Headquarters-Review and discussion of policies |
| 12/06/2018 | **4.50 Hrs.** 1:30 pm to 6:00 pm | Status Conference and Hearing with Hon. Gustavo A. Gelpi, USDJ |
| 12/07/2018 | **3:00 Hrs.** 9:00 am to 12:00 N | Paragraph 253 |
| 12/10/2018 | **1.25 Hrs.** 8:30 to 9:15 am and 7:00 to 7:40 pm | Gen. Order 600-625 Review, legal advice, suggested changes and additions |
| 12/12/2018 | **1.50 hrs.** 2:00 to 2:45 pm and 2.50 to 3:35 pm | Review and legal advice of Memorandum by Pujol and OFM 15 A,OFM 14, OFM 17 and OFM17 A. |
| 11/28/2018 | **15.25 Total Hours Billed** | **15.25 hrs.** x $125.00=$,1,906.25 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

**Note: This Invoice contains hours worked after November 28, 2018, which were not included on the Invoice of that same date.**

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

Antonio R. Bazán González, Esq.

ok [signature] 1/3/2019

**Invoice December 18, 2018: $17,500.00**

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services for Part II: September 1, 2018 to December 15, 2018: $17,500.00**

**Reform of Puerto Rico Police Department, Technical Compliance Advisor of Puerto Rico.**

| Phase | Calendar |
|---|---|
| 1- September 30, 2018 – December 1: Development of graphs, tables, crosstabs of the resident's survey and comparison with the 2015 survey results.<br><br>2- October 1 to December 1: Elaboration of graphs, tables, crosstabs of the Police and Detainees surveys and comparison with the 2015 survey results.<br>3- December 1 to December 15, 2018: Editing work of the Spanish Report version (Final draft, 2 copies) to be handed in. It includes the 3 surveys and general conclusions and comparisons with the 2015-16 Report, so we can measure effectiveness of the Reform. | **(September 1, 2018 to December 2018): $17,500.00** |

I look forward to maintaining communication with you,

Sincerely yours,

Richard Blanco Peck

**Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

OK [illegible] 1/3/2019

José L. Pujol
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice # **2018-11**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 11/28/2018 | **4 Hrs.** 10:00 am – 01:00 pm<br>01:00 pm – 02:00 pm | May 1st Assessment<br>Guayama Town Hall Meeting report |
| 11/29/2018 | **5 Hrs.** 09:30 am – 12:00 pm<br>02:45 pm – 05:15 pm | Guayama Town Hall Meeting report |
| 12/03/2018 | **7.5 Hrs.** 09:00 am – 05:00 pm<br>(0.5 hr. lunch) | May 1st Assessment and Transfers Assessment |
| 12/04/2018 | **1.5 Hrs.** 09:30 am – 11:00 am | May 1st Assessment and Transfers Assessment |
| 12/05/2018 | **11 Hrs.** 12:00 pm – 12:00 am<br>(0.5 hr. lunch) (0.5 hr. dinner) | Working on Power Points<br>Mayaguez Town Hall Meeting |
| 12/06/2018 | **6.5 Hrs.** 11:00 am – 06:00 pm<br>(0.5 hr. lunch) | Preparation for, and Hearing at the United States District Court |
| 12/07/2018 | **3 Hrs.** 09:00 am – 12:00 pm | Meeting at PRPB HQ. |
| 12/09/2018 | **1 Hr.** 05:00 pm – 06:00 pm | Review of OG Section 625 and forms |
| 12/10/2018 | **4 Hrs.** 01:00 pm – 05:00 pm | Town Hall Meeting Mayaguez report |
| 12/11/2018 | **7.5 Hrs.** 08:15 am – 11:45 am<br>12:30 pm – 04:30 pm | Town Hall Meeting Mayaguez report |
| 12/12/2018 | **5 Hrs.** 08:15 am – 11:15 am<br>03:00 pm – 03:15 pm | Town Hall Meeting Mayaguez report and MOI of the Federal Monitor |
| | **56 hrs.** Total hrs. billed | **56 hrs.** x $50.00= **$2,800.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

12/14/2018

Date

ok 1/3/2019



THE & GROUP
Ideas & Networking
for Business Success

From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2018-12 (DECEMBER 2018)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| DECEMBER 1 to DECEMBER 26, 2018 | | |
| 12/5/18 | 9.5 Hrs. (12:00pm - 9:30pm) | Town Hall Meeting in Mayagüez |
| 12/11/18 | 2.5 Hrs. (2:00pm - 4:30pm) | Meeting with Lcdo Castellanos. |
| 12/14/18 | 2.0 Hrs. (10:30am -12:30pm) | Meeting with Lcdo. Castellanos and Cor Cáceres. |
| 12/18/18 | 4.0 Hrs. (1:00pm-5:00pm) | Meeting with Lcdo Castellanos, Cor. Caldero in San Juan and Cor. Monge in Carolina |
| 12/20/18 | 4.5 Hrs. (11:00am-4:00pm) | Meeting with Cor Cáceres and his staff. Meeting with Cor De Jesús in Humacao |
| | | |
| | Total: 22.5 Hrs. | |



THE & GROUP
Ideas & Networking
for Business Success

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González DATE: DECEMBER 26, 2018

TO: Mr. Eric Guzmán

O/K 1/3/2019

| | |
|---|---|
| HOURS BILLED: | 22.5 Hrs |
| AMOUNT PER HOUR: | $75.00 |
| TOTAL: | $1,687.50 |
| SOUND SYSTEM: | |
| Mayagüez | $350.00 |
| TOTAL: | $2,037.50 |

Rafael

Ecomaxx Roosevelt

Fecha 12/4/2018 8:56 AM
Cajero: Abdel
Trans No. 321575
Batch No. 1594
Cnt UPC/PLU Descripción

Subtotal: $10.00

Total: $10.00
Cash: $10.00

Cambio: $0.00

Rafael

Ecomaxx Roosevelt

Fecha: 12/5/2018 11:17:15 AM
Cajero: Abdel
Trans No. 322012
Batch No. 1598
Cnt UPC/PLU Descripción

Cantidad Prepagada

Subtotal: $20.00

Total: $20.00
Pagado: $20.00
Cambio: $0.00
Thank you for your business!

PUMA 212

Fecha: 12/3/2018 12:11 PM
Cajero: Yokasta Rodriguez
Trans No. 574954
Batch No. 2295
Cnt UPC/PLU Descripción

Subtotal: $40.00
Estatal: $0.00
Municipal: $0.00

Total: $40.00
Cash: $40.00

Cambio: $0.00

CONTROL: Q0E65-Q2AL1
ST

Rafael

Ecomaxx Roosevelt

Fecha: 12/3/2018 8:41 39 AM
Cajero: Abdel
Trans No. 321145
Batch No. 1591
Cnt UPC/PLU Descripción

Cantidad Prepagada

Subtotal: $30.00

Total: $30.00
Pagado: $30.00
Cambio: $0.00
Thank you for your business!

SHELL LEVITTOWN
Ave. Sabana Seca

| Item | qty | amount |
|---|---|---|
| PrePay CA#01 | | 40.00 |
| | Sub Total | 40.00 |
| | Estatal | 0.00 |
| | Municipal | 0.00 |
| | **TOTAL** | **40.00** |
| | CASH $ | 40.00 |

REG# 0001 CSH# 005 DR# 01 TRAN# 13352
12/09/18 09:56:10 ST# AB123

TO GO STORES
GURABO
C000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 40.00 |
| | Subtotal | 40.00 |
| | Tax | 0.00 |
| | **TOTAL** | **40.00** |
| | CASH $ | 20.00 |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1026197
CSH: 12 12/06/18 20:14:05

TO GO STORES
GURABO
C000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #05 | | 40.00 |
| | Subtotal | 40.00 |
| | Tax | 0.00 |
| | **TOTAL** | **40.00** |
| | CASH $ | 20.00 |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1023845
CSH: 12 12/05/18 09:20:16

* * * DUPLICATE COPY * * *
MENDEZ VIGO SHELL
14 MENDEZ VIGO OESTE
MAYAGUEZ PR 00680

INVOICE# 5962
Closed to Cash Purchase

DATE/TIME: 12/5/2018 6:33:03 PM
CASHIER: JAN
STATION: 01

Item Count: 0

| GASOLINA-G | | | |
|---|---|---|---|
| 1 | @ | $30.00 | $30.00 |

Subtotal $30.00
**GRAND TOTAL $30.00**

Cash $30.00
Amt Tendered $30.00
Change $0.00

ALWAYS A GOOD TIME
COME ON OUT:
WE'D LOVE TO HAVE YOU!

I1001-5962

Rafael

TO GO STORES
GURABO
L0000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #06 | | 14.00 |
| | Subtotal | 14.00 |
| | Tax | 0.00 |
| **TOTAL** | | **14.00** |
| | CASH $ | 14.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1027180
CSH: 4 12/07/18 14:56:27

WELCOME
PUMA VEGA ALTA

| Item | Qty | Amount |
| --- | --- | --- |
| Prepay CA#01 | | [illegible] |
| | Sub Total | [illegible] |
| | STATETAX | [illegible] |
| | CITYTAX | 0.00 |
| TOTAL | | 20.00 |
| | CASH $ | [illegible] |

POR FAVOR
REGRESE PRONTO
REG# [illegible] TRAN# [illegible]
12/07/18 [illegible] ST# [illegible]

Rafael

WELCOME
PUMA VEGA ALTA

| Item | Qty | Amount |
| --- | --- | --- |
| [illegible] | | 1.74 |
| Prepay CA#05 | | 20.00 |
| | Sub Total | 21.74 |
| | STATETAX | 0.00 |
| | CITYTAX | 0.01 |
| TOTAL | | 21.25 |
| | ATH $ | 21.25 |

POR FAVOR
REGRESE PRONTO
[illegible] TRAN# 18071
[illegible] ST# TX096

BIENVENIDO A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #02 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | ATH $ | 20.00 |

GRACIAS
VUELVA PRONTO
ST# AB123 TILL XXXX DR# 1 TRAN# 1018082
CSH: 7 12/09/18 16:44:11

**BIENVENIDO A**
**GULF LA ROCA**

DUPLICATE RECEIPT
***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 17.00 |
| | Subtotal | 17.00 |
| | Tax | 0.00 |
| **TOTAL** | | **17.00** |
| | ATH $ | 17.00 |

**GRACIAS**
**VUELVA PRONTO**

ST# AB123 TILL XXXX DR# 1 TRAN# 1015578
CSH: 10 12/16/18 10:31:47

**BIENVENIDO A**
**GULF LA ROCA**

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | [illegible] |
| | Subtotal | 40.00 |
| | Tax | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

**GRACIAS**
**VUELVA PRONTO**

ST# AB123 TILL XXXX DR# 1 TRAN# [illegible]
CSH: 8 12/21/18 [illegible]

## Gulf Roosevelt

Ave. Roosevelt
San Juan, P.R. 00617
939-204-6805
**Fecha: 12/13/2018 11:44:31 AM**
**Cajero: Luis A. Pedró**
**Trans No. 994503**
**Batch No. 3956**

| Cnt | UPC/PLU | Descripción | |
|---|---|---|---|
| Regular [3] | | | $20.00 |
| 30.441 | | $0.657 | |

| | |
|---|---|
| **Subtotal:** | **$20.00** |
| **State Tax:** | **$0.00** |
| **Municipal Tax:** | **$0.00** |
| **Total:** | **$20.00** |
| **Pagado:** | **$20.00** |
| **Cambio:** | **$0.00** |

Gracias por comprar con nosotros

## Ecomaxx Roosevelt

Fecha: 12/7/2018 10:21 AM
Cajero: Abdel
Trans No. 322954
Batch No. 1606

Cnt UPC/PLU Descripción

| | |
|---|---|
| Subtotal: | $20.00 |
| Total: | $20.00 |
| Cash: | $20.00 |
| Cambio: | $0.00 |

**TO GO STORES**
**CAGUAS**
787-798-6434 x.319
000000000000019
TORAL 19

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #12 | | 50.00 |
| | Subtotal | 50.00 |
| | Tax | 0.00 |
| **TOTAL** | | **50.00** |
| | CASH $ | 60.00 |
| | Change $ | -10.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019 TILL XXXX DR# 1 TRAN# 1042283
CSH: 6 11/30/18 16:54:35

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #08 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1011970
CSH: 3 12/03/18 21:11:17

**BIENVENIDO A**
**GULF LA ROCA**

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

**GRACIAS**
**VUELVA PRONTO**
ST# AB123 TILL XXXX DR# 1 TRAN# 1015238
CSH: 9 12/02/18 12:17:28

Rafael (Peaje)

Recibo de Re[illegible]

www.autoexpr[illegible]o.com
1-888-688-1[illegible]
Plaza Buchanan, [illegible]l 11
Cajero: 79[illegible]
12/05/18 10:[illegible]

Numero de Cuenta: [illegible]03451155
Cantidad de Pago: $ 40.00
Metodo de Pago: Efectivo
Balance: $ 43.60

*** Balance puede n[illegible]lejar transacciones en pr[illegible] ***

Recarge automaticam[illegible] con su tarjeta de credito [illegible]nta de banco. Reciba emails [illegible]ensajes de texto con alerta [illegible]e sus balances registrand[illegible] cuenta. Visite www.autoexpr[illegible]om

Recibo de Re[illegible]

www.autoexpr[illegible]o.com
1-888-688-1[illegible]
Plaza Caguas Norte, [illegible]ril 11
Cajero: 24[illegible]
12/06/18 10:[illegible]

Numero de Cuenta: [illegible]03579521
Cantidad de Pago: $ 40.00
Metodo de Pago: Efectivo
Balance: $ 38.40

*** Balance puede n[illegible]lejar transacciones en pr[illegible] ***

Recarge automaticam[illegible] con su tarjeta de credito [illegible]nta de banco. Reciba email[illegible]ensajes de texto con alerta [illegible]e sus balances registrand[illegible] cuenta. Visite www.autoexpr[illegible]om

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Guaynabo, Carril 11
Cajero: 1635
12/25/18 09:50:11

Numero de Cuenta: ACT03579521
Cantidad de Pago: $ 11.00
Metodo de Pago: Efectivo
Balance: $ 14.15

*** Balance puede no reflejar transacciones en proceso ***

Recarge automaticamente con su tarjeta de credito o cuenta de banco. Reciba emails y mensajes de texto con alerta sobre sus balances registrando su cuenta. Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Guaynabo, Carril 11
Cajero: 9839
12/02/18 19:14:05

Numero de Cuenta: ACT03579521
Cantidad de Pago: $ 11.00
Metodo de Pago: Efectivo
Balance: $ 18.15

*** Balance puede no reflejar transacciones en proceso ***

Recarge automaticamente con su tarjeta de credito o cuenta de banco. Reciba emails y mensajes de texto con alerta sobre sus balances registrando su cuenta. Visite www.autoexpreso.com

Kennedy Tire Distributors

Ave. Roberto H Todd #1004
Santurce PR 00907

# Invoice

| Date | Invoice # |
|---|---|
| 12/7/2018 | 7626 |

PAID 12/07/2018

| Bill To |
|---|
| T.S.A PR |

GARANTIA EN GOMA NUEVA 3 MESES.
GARANTIA EN GOMA USADA 15 DIAS.
ALINIAMIENTO 15 DIAS DE GARANTIA.
GARANTIA EN GOMAS CUBRE DESPERFECTO DE FABRICA. NO CUBRE ROTURAS O CHICHONES EN LOS COSTADOS. AL CORRER CON LA GOMA VACIA PIERDE LA GARANTIA.

| Phone # | ATH MOVIL |
|---|---|
| 787-936-0388 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | 245-55-19 TRAVEL STAR | 110.00 | 110.00T |
| | Sales Tax | 11.50% | 12.65 |
| | | **Total** | $122.65 |

# AVH TOWING

Permiso # TCSG-4235
Luz D. Ramirez

**Servicio de Grua, Mudanzas, Transporte y Cerrajería**

**Servicio 24Hrs toda la isla Tel. (939) 940-1635**

OPERADOR Javier Claudio

Nombre Cliente

Dirección

Tel.

FACTURA # 0542

FECHA 7/12/18

Marca: Toyota
Modelo: Highland
Año: 2015

Fabilla FIP 198

**Servicios:**

| | |
|---|---|
| Enganche | $ |
| Millas X $ | $ |
| Otros Servicios: Servicio cambio de goma $15.00 | |
| | $15.00 |

COMENTARIOS:

TOTAL $15.00



321 Ave. De Diego
Puerto Nuevo, PR 00921
787-706-0455

Ticket: 71926 Date: 12/13/18 12:11 PM
Store: 9041 Register: 1
Cashier: 4321

| Item | Qty | Price | Amount |
|---|---|---|---|
| 3V LITHIUM CR2032 CARDED | | | |
| LIT0155 | 1 | 3.99 | 3.99 |

Subtotal 3 99
Tax 0 46

Total 4.45

Cash 5.00

Change
Cash (0 55)
SOLD ITEM COUNT = 1

T113IEP113174FF4AQXGJ

Seller's LIMITED WARRANTY and remedy of replacement is reprinted at www.InterstateBatteries.com/warranty.

THE WARRANTIES DESCRIBED ON SELLER'S DESIGNATED WEBSITE ARE IN LIEU OF ALL OTHER WARRANTIES AND REMEDIES WITH RESPECT TO THE PRODUCTS SOLD BY SELLER, AND THERE ARE NO OTHER WARRANTIES, WHETHER EXPRESSED, IMPLIED OR OTHERWISE, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO, THE RECOVERY OF PUNITIVE DAMAGES, CONSEQUENTIAL OR INCIDENTAL DAMAGES, SUCH AS THE COST OF INSTALLATION, TOWING CHARGES OR ANY LABOR) SHALL BE AVAILABLE TO PURCHASER, SUCH DAMAGES BEING EXPRESSLY EXCLUDED HEREBY.

We want to hear from you! Visit www.InterstateListens.com to take a quick survey and receive a $10 gift certificate good on your next purchase of $30 or more
For assistance, please email



AUTOCENTRO

Compra Confiado

1088 Muñoz Rivera Avenue San Juan, Puerto Rico 00927
787 751-9110

Very Important Toyota

**$0 deducible** en la primera reparación de Hojalatería
**30% de descuento** en la primera compra de Accesorios
**Asistencia en la Carretera** (3 años)
**Prioridad de cita** en nuestro Taller de Servicio

**Trato preferencial** en el Programa de Transportación
**Sorpresa de Cumpleaños**
**Descuentos en Marcas Asociadas y Promociones mensuales**

CELL: 787-556-4501

| CUSTOMER NO 140580 | ADVISOR VALERIA TORRES VAZ 139345 | TAG NO. 6350 | INVOICE DATE 12/17/18 | INVOICE NO TOCS518534 |
|---|---|---|---|---|
| TCA PR CORP<br>SAN JUAN<br>SAN JUAN, PR 00918<br><br>NONE | LABOR RATE / LICENSE NO FIP-198 | MILEAGE 46,025 | COLOR BLANCO/ | STOCK NO |
| | YEAR / MAKE / MODEL 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | DELIVERY DATE 08/25/15 | DELIVERY MILES |
| | VEHICLE I.D. NO. 5TDYKRFH2FS101433 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO | PO NO. | R.O. DATE 12/17/18 | |
| RESIDENCE PHONE 787-556-4501 / BUSINESS PHONE | COMMENTS | | | |

JOB# 5 CHARGES---------------------------------------------------------- MO: 46027

LABOR------------------------------------------------------------

5 T0T0701 PRESION AIRE HOURS: TECH(S):91308 0.00
DE AIRE DE GOMAS ENCENDIDA
:S DE AIRE

-----------------------------------

JOB# 5 JOURNAL PREFIX TOCS JOB# 5 TOTAL 0.00

IN-----------------------------CONTROL NO---------
:ES

7.74
TOTAL - MISC 7.74

-----------------------------------
:EIVING
$244.00 (+TAX)
-----------------------------------
S/A VALERIA TORRES , WAITER
-----------------------------------

$264.45-BC
RR 371

| | |
|---|---|
| TOTAL LABOR.... | 120.00 |
| TOTAL PARTS.... | 68.71 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 7.74 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 22.60 |
| **TOTAL INVOICE $** | **219.05** |

$-45.40-C

SERVICIO DE EXCELENCIA, SI
E COMUNICARSE AL
TE
OCENTROPR.COM

E DEBE REVISAR LA PRESION DE
IAS O AL MENOS UNA VEZ AL MES
RECTA REDUCE LA VIDA UTIL DE
IANUAL DE USUARIO.

RLE. PRONTO RECIBIRA UNA
R SI DEFINITIVAMENTE
TRO CONCESIONARIO.

**AUTOCENTRO TOYOTA P/S**
1090 AVE MUNOZ RIVERA
SAN JUAN, PR 00919
7879999110

Order Info
Sub Total: $196.45
State Tax: $20.63
City Tax: $1.97
Total: $219.05
CONTROL: NO DISPONIBLE
Processed by Dynamics Payment
C041UQ73530511
Factura: 518535

Cashier: Luis
17-Dec-2018 1:03:18P

| | |
|---|---|
| 1 | $219.05 |
| **Total** | **$219.05** |
| CASH SALE | $219.05 |
| Cash tendered | $219.05 |

Order TTYKS15EXQF3E

AUTOCENTRO Compra Confiado
DEC 17 2018
PAID

 CUSTOMER COPY [ END OF INVOICE ] 12:38pm



CVS pharmacy

374 AVE PONCE DE
SAN JUAN, PR 00918
787.766.7200

REG#01 TRN#0262 CSHR#1329849 STR#10314

Helped by: JUAN

ExtraCare Card #: ********5141

| | | |
|---|---|---|
| 1 CAL INV TP .5X1200 EACH | 2.89T | |
| 1 CAL GLUE STICK 3PK .26Z | 1.29T | |
| ORIGINAL PRICE | | 2.59 |
| BUY 1 GET 1 50% OFF | | 1.30 - |
| 1 POSTERBOARD WHITE 5 PK | 3.29T | |

3 ITEMS

| | |
|---|---|
| SUBTOTAL | 7.47 |
| PR 10.5% TAX | .78 |
| PR 1.0% TAX | .07 |
| TOTAL | 8.32 |
| EFECTIVO | 20.00 |
| CAMBIO | 11.68 |

3510 3148 3350 2520 13

CONTROL: 3W4Y6-VSRGZ
ST

Devoluciones con recibo, están sujetas a la Política de Devoluciones de CVS, hasta 03/02/2019. El monto del reembolso se basa en el valor posterior a todos los cupones y descuentos.

DECEMBER 5, 2018 10:44 AM

RESUMEN DE LA VISITA:

| | |
|---|---|
| Hoy Usted Ahorró | 1.30 |
| Savings Value | 15% |

GRACIAS. COMPRE LAS 24 HRS EN CVS.COM

Saldo de la Tarj.ExtraCare desde 11/27

| | |
|---|---|
| Ahorro Anual hasta la Fecha | 43.67 |
| 2% dcto su compra Otoño 2018<br>Compras de otoño 2018 | 28.40 |
| Compre 6 Coca Cola individual<br>Puntos Coca-Cola | 4 |

West Bayamon #364
2399 Road 2 KM 15.5
Bayamon, PR 00961

OR Member 111888901258

| | |
|---|---|
| 958403 92BRT PAPER | 33.99 AE |
| SUBTOTAL | 33.99 |
| TAX | 3.91 |
| **** TOTAL | [redacted] |
| CASH | 40.00 |
| CHANGE | 2.10 |
| A ELA 10.5% | 3.57 |
| E MUNI TAX 1% | 0.34 |
| TOTAL TAX | 3.91 |
| TOTAL NUMBER OF ITEMS SOLD = | 1 |

[redacted] 13:36 364 2 142 64

MERCHANT ID: 00386240030
CONTROL: MCJS8-ZBFPH
CW

*SEASONS GREETINGS & HAPPY HOLIDAYS*

OP#: 64 Name: JANET MIRANDA
Thank
Please Co
Whse:364 Trm:2 Trn:142 OP:64

# INVOICE

**Rafael A. Rodriguez**

DATE: 7/12/18

INVOICE #: 1006

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

Transportation

| DESCRIPTION | | $900.00 |
|---|---|---|
| Profesional Transportation Services for the period of 2/12/2018 to 7/12/2018 | | |
| Includes the following: | | |
| Transportation from airport to hotels | | |
| Transportation to the municipalities | | |
| Transportation to the TCA headquarters | | |
| Hato Rey, San Juan PR | | |
| | | |
| This transportation is exclusive for the TCA Core Team | | |
| | | |
| | | |
| **TOTAL** | | **$900.00** |

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com

ok [signature] 1/3/2019

12-cv-2039 (GAG)-Fixed Expense Invoice
Enclosure I

Subject: Memorandum for Record-Work performed during the month of December.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders' leaders to present them the aspects of the Monitoring Process Period of the Methodology.

The Federal Monitor and his Staff attended to the Town Hall Meeting on December 5 and to the Public Hearing on December 6.

During this month Mr. Alejandro Del Carmen was named Special Master and Status Conference was scheduled for January 14.

The Federal Monitor and his Staff participated in a meeting with different civil rights organizations, community leaders, USDOJ, PRDOJ and ACLU to work on the implementation plan related to the measures to prevent Domestic Violence in PRPB, in this meeting the several stakeholders attended.

During December the following were approved: Regulation for Promotion of the Rank System the Bureau of the Police of Puerto Rico; Manual of the Early Intervention System (EIS); General Order 700-704 Monthly Meetings; PPR 704.1 Agenda to Carry Out the Monthly Meetings; PPR 704.2 Attendance List for the Monthly Meetings; Strategic Recruitment Plan; General Order 400-409 Virtual Library; General Order 400-408 Access Criminal Justice Information System; General Order 100-128 Division of Arrests and Searches; General Order 100-129 Arrest and Extradition Division; PPR 129.1 Arrest Command Control; PPR 129.2 Arrest Order Not Completed; Manual of Procedures Division of Special Arrest and Extraditions; General Order 500-504: Recruitment of Applicants to Agents; and General Order 200-210: Protection of Copyright and Intellectual Property.

During the Core Team week several Police Stations were visited to colect data in order to assess PRPB's compliance with the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau.

Lastly, all administrative actions were completed, including but not limited to: the monthly meeting with the TCA´s CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team´s January agenda was discussed.