## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>**Defendants.** | Case No. 12-2039 (GAG) |

### MOTION TO SUBMIT TRANSLATED DOCUMENT

**COMES NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, who respectfully alleges and prays as follows:

**1.** On December 10, 2018 this Honorable Court issued an *Order* granting our *Motion for leave to file Spanish language documents;* filed on December 7, 2018 (Docket No. 1043). Such document consists of the PRPB's official *Response* to the Federal Monitor's Assessment Report (Docket No. 1002) on the incidents involving the May 1st Protests.

**2.** Therefore, in compliance with L.Cv.R.P. 5(g) and the aforementioned *Order*, defendants file for the consideration of this Honorable Court the translated version of the said *Response*.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on January 8, 2019

| | |
|---|---|
| **WANDA VAZQUEZ GARCED**<br>Secretary of Justice<br><br>**WANDYMAR BURGOS VARGAS**<br>Deputy in Charge of<br>General Litigation<br><br>**SUSANA PEÑAGARICANO BROWN**<br>Director Federal Litigation and<br>Bankruptcy | <u>**S/VALERIE CONCEPCIÓN CINTRÓN**</u><br>**Valerie Concepción Cintrón**<br>U.S.D.C. NO. 303002<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |