IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants.

CASE NO. 12-2039 (GAG)

## RESTRICTED ORDER

Special Master, Dr. Alejandro Del Carmen will be in Puerto Rico on Thursday, January 17, 2019. Originally, he was to meet with the parties in the afternoon, following the status conference which was vacated due to the federal government shutdown. Previously, in late December, Dr. Del Carmen participated in a telephone conference with the parties.

In order to take full advantage of Dr. Del Carmen's presence, PRPB Reform staff (as well as PRDOJ) shall meet with him during the morning of Thursday, January 17th at 9:00 am to discuss areas within the data gathering process that may be preliminarily identified for him to work on.

Once USDOJ personnel is no longer in furlough status, Dr. Del Carmen and PRPB shall discuss the outcome of their meeting and agree to a final plan.

Dr. Del Carmen at this time has informed the court that he will perform his services for this meeting and until USDOJ is back on board on an *ad honorem* basis. Accordingly, PRPB should take advantage of this.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th day of January, 2019.

                                  *s/ Gustavo A. Gelpí*
                                  GUSTAVO A. GELPI
                                United States District Judge