**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>        v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Defendants. | Civil No. 12-2039 (GAG) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel and respectfully files the instant Notice of Appearance as counsel on behalf of Defendants Commonwealth of Puerto Rico and Puerto Rico Police Department. The undersigned counsel respectfully requests that the Honorable Court take notice of this Notice of Appearance and order that all future correspondence, including Court orders and filings, be notified to the undersigned.

Respectfully submitted on this 14th day of January, 2019, in San Juan, Puerto Rico.

WE HEREBY CERTIFY: That today we have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, on information and belief, shall automatically notify the parties' attorneys of record at their e-mail addresses and which pursuant to Local Civil Rule 5.1(b)(2) constitutes the equivalent of service.

                                  **McCONNELL VALDÉS LLC**
                                  Attorneys for Defendants
                                  270 Muñoz Rivera Avenue,
                                  Hato Rey, Puerto Rico 00918
                                  Direct Line: (787)250-5632
                                  Fax. (787) 759-2785

                                  *s/ Arturo J. Garcia Sola*
                                  USDC-PR No. 201903
                                  ajg@mcvpr.com