IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

**RESTRICTED ORDER**

As per the Court's order at Docket 1072, the meeting of PRPB with Special Master, Dr. Alejandro Del Carmen shall take place at the Clemente Ruiz Nazario US Courthouse, on Thursday January 17, 2019 at 9:30 am.  PRPB and counsel shall wait at the Court's atrium and shall be escorted to the undersigned's jury room for said meeting.

While the Court Monitor, Col. (ret) Arnaldo Claudio will not participate in said meeting, he is nonetheless assigned the task of giving notice of this order to PRPB and counsel.

**SO ORDERED.**

In San Juan, Puerto Rico this 15th day of January 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge