# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMONWEALTH OF PUERTO RICO et al.,**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

## RESTRICTED ORDER

Motion for Reconsideration (Docket No. 1076) is **DENIED**. What the Court asks of the Commonwealth -- more so, now with new counsel -- is that it simply meet and get to know Dr. Del Carmen. The Commonwealth is not being tasked with delineating the scope of the Special Master's work, nor to engage in meaningful discussions, nor make any final decisions. It is merely an opportunity for the Special Master to present himself, offer his experience and ideas in an informal non-binding setting, and to do minimal preliminary brainstorming. Also, it is an opportunity for him to meet new counsel and Reform staff. Once USDOJ is back in the picture a formal discussion and meeting will ensue. Note that Dr. Del Carmen's time in Puerto Rico for this visit will not be invoiced.

**SO ORDERED.**

In San Juan, Puerto Rico this 15th day of January, 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge