# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL NO. 12-2039 (GAG)(PG)** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et. al.** | |
| Defendants. | |

## MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 679

**TO THE HONORABLE COURT:**

**COMES NOW** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB), through the undersigned counsel, who respectfully **STATES** and **PRAYS** as follows:

This Honorable Court issued an *Order* for the Commonwealth on December 18, 2017 to file an informative motion on changes on the Police Academy on January 15, 2018 and on the 15th of every month thereafter with the approval of the Governor's Personal Representative ("GPR"). (*See* Docket No. 679). Consequently, in compliance with the Court's order, the Commonwealth informs as follows:

### I. Cadet recruitment process

**1.** During the status conference held on December 6, 2018, the PRPB informed this Honorable Court the latest updates on the implementation of a New Police Academy.

**2.** To the present date, the PRPB has received approximately seven hundred sixty (760) applications of potential recruits, to which the Bureau has provided a total of four hundred fifty five (455) entrance examinations. One hundred ninety eight potential

recruits have been cited in light of such examinations and a total of seventy six (76) of those potential recruits have passed towards the second stage in the recruitment process, which consist of the polygraph test.

**3.** So far, seventeen (17) candidates passed the polygraph test and sixteen (16) became ineligible. Currently, a total of fifty three (53) candidates are pending to take the polygraph test and seventy six (76) candidates will soon be subject to a field investigation, which is the third set in the recruitment process.

**4.** Four (4) procedures within the current recruitment process are pending to be completed, given the fact that the beginning of one procedure depends on the conclusion of a preceding one. Currently, field investigations are due; in order to then conduct medical, physical, psychological and toxicological examinations to aspiring cadets.

**5.** The undersigned respectfully informs this Honorable Court that the PRPB is making its utmost efforts in order to meet target date of February, 2019 to commence a new Academy Class. As per this Honorable Court's Order at Docket No. 989, the administration of the Police Academy will commence on the target date, along with the inmersion of the Academy Class on the subsequent month. The aforementioned has already been discussed with the Federal Monitor, who did not have qualms on that regard.

**6.** One hundred (100) vacancies have already been identified by the PRPB for future cadets and the Office of Management and Budget (OMB) has already approved funds for such cadet vacancies.

**7.** The SAEA developed the curriculum for the Multitematic Training directed to the members of the Promotion Committee and the Recruitment Division staff. Employees are being trained in groups of thirty (30) at the Police Academy. The training lasts two (2) days and five (5) groups have already been trained (this includes the Office of Security and Protection, Community Relations and Recruitment).

**8.** The promotion process is currently taking place by the Promotion Committee for the Recruitment of Cadets. During the month of December, 2018, the Promotion Committee worked together with the Community Relations Division in the development of the "No Balas al Aire" campaign, and to raise awareness of the dangers of pyrotechnics and explosives with the Explosives Division. The Promotion Committee for the Recruitment of Cadets is pending to develop a work plan to impact Consulates and Universities.

**II.   Procurement process for a Public-Private Partnership**

**9.** The Puerto Rico Public Private Partnerships Authority (Authority) continues to gather the necessary information and financial data from PRPB to finalize the Request for Qualifications, which is the next step in the procurement process, and should be published by the Authority on February 2019

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record. It is also certified that the GPR has knowledge of the present motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on January 15, 2019.

| | |
|---|---|
| **WANDA VÁZQUEZ GARCED**<br>Secretary of Justice<br><br>**WANDYMAR BURGOS VARGAS**<br>Deputy Secretary in Charge of<br>Litigation Department of Justice<br><br>**SUSANA PEÑAGARÍCANO BROWN**<br>Director of Federal Litigation<br>and Bankruptcy Division | **S/VALERIE CONCEPCIÓN CINTRÓN**<br>**Valerie Concepción Cintrón**<br>U.S.D.C. NO. 303002<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |