UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiffs,**<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et. al*.<br>**Defendants.** | Case No. 12-2039 (GAG) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE COURT:**

**COMES NOW** the COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE BUREAU (PRPB), through the undersigned counsel, who respectfully **STATES** and **PRAYS** as follows:

**1.** The undersigned attorney was designated by the Puerto Rico Department of Justice as counsel of record in the instant case to represent the Commonwealth of Puerto Rico and the PRPB. (Docket 976).

**2.** Nonetheless, the present case has been reassigned to Attorneys María A. Domínguez-Trujillo, Javier Micheo-Marcial and Arturo J. García-Sola, to hold legal representation of the appearing defendants.

**3.** The above said counsel filed their respective Notice of Appearance on January 11 and 14, 2019 (Dockets No. 1070, 1071 and 1073, respectively). In light of the new legal representation, the undersigned received instructions to request this Honorable Court to withdraw as attorney of record on the present case.

**4.** Accordingly, the undersigned requests that this most Honorable Court allows the undersigned to withdraw as attorney of record on behalf of the appearing defendants.

**WHEREFORE,** it is respectfully requested from this Honorable Court to GRANT the instant motion and allow the withdrawal of the undersigned as attorney of record and that her name be remove the CM/ECF notification list.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on January 18, 2019.

| | |
|---|---|
| **WANDA VAZQUEZ GARCED**<br>Secretary of Justice<br><br>**WANDYMAR BURGOS VARGAS**<br>Deputy in Charge of<br>General Litigation<br><br>**SUSANA PEÑAGARICANO BROWN**<br>Director Federal Litigation and<br>Bankruptcy | **S/VALERIE CONCEPCIÓN CINTRÓN**<br>**Valerie Concepción Cintrón**<br>U.S.D.C. NO. 303002<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 459-2799<br>vconcepcion@justicia.pr.gov |