IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

## ORDER

The Commonwealth on or before February 15, 2019 shall deposit with the Clerk of Court the sum of $60,000 to compensate the Special Master during the remainder of fiscal year, for work beginning February 1, 2019. This amount includes travel and lodging fees. Dr. Del Carmen has informed the Court that any work in excess of said cap will be performed on a pro bono basis. The Special Master's budget shall remain separate to that of the Monitor.

**SO ORDERED.**

In San Juan, Puerto Rico this 28th day of January 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge