# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CIVIL NO. 12-2039 (GAG) |
| COMMONWEALTH OF PUERTO RICO et al., | |
| Defendants. | |

## ORDER

The Special Master shall be in Puerto Rico on February 28 and March 1, 2019 to meet with the PRPB Reform Office Director and staff, as well as Commonwealth counsel. Prior to said meeting, the parties shall discuss and propose matters in which the Special Master can assist and make recommendations to the Commonwealth. The Special Master shall commence his remunerated duties February 1, 2019.

**SO ORDERED.**

In San Juan, Puerto Rico this 28th day of January 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge