# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

## ORDER

The undersigned presiding judge is conscious of the endeavors of the Puerto Rico Police Bureau regarding the efforts accomplished to this date to commence Police Academy Class 228 by February 2019. On Docket 986, dated October 19, 2018, I noted, "Total enrollment is not as important as the start and fluidity of the new class. The last graduating class composed mainly of PRPB officers concluded in 2015. The new Academy class provides integrity and overall efficiency to the PRPB and furthermore, safety and welfare to the United States citizens and other residents of Puerto Rico."

On February 28, 2019, from 2:00 to 4:00 pm, the undersigned judge, accompanied by the Federal Police Monitor, Col. (ret) Arnaldo Claudio, will visit the Police Academy to be briefed regarding the Academy's administration, on-going recruitment program, the curriculum for class 228, infrastructure, Field Training Officer Program (FTO), budget and any challenges PRPB may be confronting. The undersigned will also make use of this opportunity to meet with the members of on-going Academy Class 227. In sum, I consider this visit as an opportunity to hear firsthand how PRPB is implementing my previous directives and become aware of any challenges being confronted. Attendance by the Parties, Police Commissioner, Reform Director, Recruitment

**Civil No. 12-2039 (GAG)**

Director and Academy Director is required. PRPB shall provide an agenda of the scheduled events through the Federal Monitor not later than February 25, 2019.

**SO ORDERED.**

In San Juan, Puerto Rico this 31st day of January 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
