# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, Plaintiff; v. COMMONWEALTH OF PUERTO RICO, ET AL., Defendants. | No. 12-cv-2039 (GAG) |
|---|---|

RECEIVED & FILED
2019 FEB -4 PM 2: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for January 2019.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Linda V. Navedo | $6,500.00 | January 14 2019 - January 18, 2019 |
| Rafael E. Ruíz | $6,500.00 | January 14 2019 to January 18, 2019 |
| Marcos Soler | $1,300.00 | January 14, 2019 |
| John J. Romero | $6,500.00 | January 14, 2019 to January 18, 2019 |
| Alan Youngs | $6,500.00 | January 14, 2019 to January 18, 2019 |
| Scott Cragg | $2,600.00 | January 17, 2019 to January 18, 2019 |
| | **Subtotal** | **$29,900.00** |
| **Telework** | | |
| Linda V. Navedo | $2,600.00 | January 2019 |
| Rafael E. Ruíz | $2,600.00 | January 2019 |
| Marcos Soler | $7,500.00 | January 2019 |
| John J. Romero | $2,600.00 | January 2019 |
| Alan Youngs | $2,600.00 | January 2019 |
| Scott Cragg | $6,500.00 | January 2019 |
| | **Subtotal** | **$24,400.00** |
| **Marcos Soler** | $1,300.00 [2] | December 2018 |

---

[1] See attached Invoices
[2] The amount of $1,300 corresponding to Mr. Marcos Soler visit to Puerto Rico last month was not included in the December invoice. In order to correct it, we are including such amount in this month's request of expenses.

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

|  | Subtotal | $1,300.00 |
|---|---|---|
| **Constitutional Lawyers** | | |
| Alfredo Castellanos | $3,972.50 | January 2019 |
| Federico Hernandez Denton | N/A | January 2019 |
| Antonio Bazán | $3,187.50 | January 2019 |
|  | Subtotal | $7,160.00 |
| **Richard Blanco Peck, Pd.D.** | $2,025.00 | January 2019 |
|  | Subtotal | $2,025.00 |
| **Jose Pujol** | $1,500.00 | January 2019 |
|  | Subtotal | $1,500.00 |
| **The & Group (Town Hall Meetings)** | $1,162.50 | January 2019 |
|  | Subtotal | $1,162.50 |
| **Office Supply** | | |
| Toner & Copy Paper | $265.37 | |
|  | Subtotal | $265.37 |
| **Office Insurance** | | |
| Business Auto Renewal | $2,772.00 | |
| General Liability | $450.00 | |
|  | Subtotal | $3,222.00 |
| **Car Expenses** | | |
| Chauffer | $900.00 | January 13, 2019 to January 18, 2019 |
| Gasoline | $477.00 | January 2019 |
| Tolls | $97.00 | January 2019 |
| Car Maintenance | $480.25 | January 2019 |
|  | Subtotal | $1,954.25 |
|  | Total | $72,889.12 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $72,889.12, the total amount of the monthly expenses, for the month of January 2019.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $72,889.12, the total amount of the expenses for the month of January 2019.

In San Juan, Puerto Rico, this day February 4, 2019.

    I, Arnaldo Claudio, Technical Compliance Advisor, certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the TCAPR Corp. commercial account.

                                                                               **Arnaldo Claudio-TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.