# INVOICE FOR PROFESSIONAL SERVICES: JANUARY/2019 CONSULTORES NAVEDO LLC

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

> A:    **TCAPR Corp.**
> #268 Muñoz Rivera
> Suite 1001, World Plaza
> San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (Monitor Team) during the month of **January/2019** is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the receipt of the policies corresponding to the month of December/2018; review the documents, creating electronic file, creating distribution list, writing emails for sending policies to members of the Monitor Team, Monitor and Deputy Monitor. (8.0) | N/A | X | 1-6 / January | |
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD, among other matters. (4.0) | N/A | X | 7-13 / January | |
| TCA CORE TEAM WEEK | N/A | X | 14 / January | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 15 / January | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 16 / January | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 17 / January | $1,300.00 |
| TCA CORE TEAM WEEK | N/A | X | 18 / January | $1,300.00 |
| No work was done. | N/A | X | 19-25 / January | |

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work session for the follow-up to the policies' revision with Att. Antonio Bazán; sending policy reviews to the PRPD; policy review assigned for review during January / 2019 under my responsibility; drafting electronic mails and calls for the follow-up of outstanding issues. (8.0) | | | 26-31 / January | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE MONITOR TEAM WEEK: | | | | $6,500.00 |
| TOTAL OF BILLABLE HOURS (17.33 @ $150): | | | | $2,600.00 |
| TOTAL TO BE BILLED: | | | | **$9,100.00** |
| TOTAL HOURS WORKED "PRO BONO": 2.67 HOURS | | | | |

INVOICE PRESENTED BY:

_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
January 31, 2019


Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.


_____

ARNALDO CLAUDIO, TCA                          Date: ___2 /4___, 2019
President
TCAPR Corp.

Rafael E. Ruiz
53 Adams St., Apt 1
Boston MA 02122

# INVOICE # 2019-01
DATE: January 31, 2019

TO: TCA-PR, LLC                    For Service: January 1st – January 31st, 2019
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 5 days site visits to PRPB: January 14th through January 18th, 2019 | 5 days | $1300/day | $6,500.00 |
| January 1st through January 31st:<br>Review and preparation of reports on PRPB policies and related forms: 600-628, Crisis Intervention and Hostage Negotiation; 400-410 Registry for Administrative Complaints; CIT Manual; 600-620 DTE Special Weapons; 400-411 Body CAMS | | | |
| Total hours worked: 19.5 hrs.;  Total hours billed | 17.33 hrs. | $150/hr. | $2,600.00 |

**TOTAL BILLED**                                        **$9,100.00**


_____                    Date: January, 31, 2019
Rafael E. Ruiz

ok
2/4/2019

# INVOICE FOR PROFESSIONAL SERVICES: JANUARY 2019
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A: **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) **from January 1 through January 28** is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on matrix and baseline for core team in preparation for core team week, evaluation of action plan areas and outcomes, review of policies and reports in preparation for monthly meetings, communications with monitor and teams, develop new format for compliance semi-annual report and appendix  (9.0 billable hours) | X | N/A | Saturday through Sunday, January 5-6, 2019 | (9 @ $150 = $1,350) |
| Work from New York: Further work on matrix and baseline for core team in preparation for core team week, review of documents for meetings (13.0 billable hours) | X | N/A | Saturda-Sunday, January 12-13, 2019 | (13 @ $150 = $1,950) |
| Work from Puerto Rico: see agenda, meetings regarding matrix (1 day, 10 hours) | N/A | X | Monday January 14, 2019 | (1 @ $1,300 = $1,300) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: develop new format for compliance semi-annual report and appendix, draft new sections of the report and content, review reports from core team members, prepare baseline for equal protection and administrative complaints, continue work on matrix for core team (16.0 hours) | X | N/A | Saturday through Monday (Federal Holiday), January 19-21, 2019 | (16 @ $150 = $2,400) |
| Work from New York City: develop new format for compliance semi-annual report and appendix, work on statistical work for equal protection baseline area of the Agreement, further review findings from surveys to incorporate into monitoring methodology for equal protection and administrative complaints, further work on compliance matrix and data collection strategies (12.0 billable hours) | X | N/A | Saturday through Sunday, January 26-27, 2019 | (12 @ $150 = $1,800) |
| TOTAL HOURS WORKED: 60.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (1day, 10 HOURS) | | | | $1,300 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (50 HOURS @ $150): | | | | $7,500 |
| TOTAL TO BE BILLED: | | | | $8,800 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
January 28, 2019

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: ___2 J4/___, 2019.

3

# INVOICE FOR PROFESSIONAL SERVICES: DECEMBER 2018
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) **from December 1 through December 26** is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of policies and reports in preparation for weekly meetings, communications with monitor and teams, develop new format for compliance semi-annual report and appendix, work on statistical work for equal protection baseline area of the Agreement,  (10.0 billable hours) | X | N/A | Saturday through Sunday, December 1-2, 2018 | (10 @ $150 = $1,500) |
| Work from New York City: Review documents for meeting with court and the parties, review of agenda items for weekly meetings (3.0 billable hours) | X | N/A | Wednesday, December 5, 2018 | (3 @ $150 = $450) |
| Work from Puerto Rico: see agenda + review of documents and core team work for six month report (3 days, 30 hours) | N/A | X | Thursday-Saturday, December 6-8, 2018 | (3 @ $1,300 = $3,900) |
| Work from New York City: review documents regarding PRPD | X | N/A | Sunday, December | (4 @ $150 = |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| implementation plan, review documents for baseline on internal investigation and citizen complaints (10.0 hours) | | | 9, 2018 | $600) |
| Work from New York City: develop new format for compliance semi-annual report and appendix, review reports from core team members, prepare baseline for equal protection and other areas (11.0 hours) | X | N/A | Saturday through Sunday, December 15-16, 2018 | (11 @ $150 = $1,650) |
| Work from New York City: work on statistical work for equal protection baseline area of the Agreement, review findings from surveys to incorporate into monitoring methodology (10.0 billable hours) | X | N/A | Saturday through Sunday, December 22-23, 2018 | (10 @ $150 = $1,500) |
| TOTAL HOURS WORKED: 68.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (3 day, 30 HOURS) | | | | $3,900 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (38 HOURS @ $150): | | | | $5,700 |
| TOTAL TO BE BILLED: | | | | $9,600 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
December 27, 2018

2

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: __2__ / __4__ / ___, 2019.

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff; | | |
| v. | | |
| COMMONWEALTH OF PUERTO RICO, ET AL., | No. 12-cv-2039 (GAG) | |
| Defendants. | | |

**Request for Approval and Payment of Expenses**

TO THE HONORABLE COURT,

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for December 2018.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Linda V. Navedo | $3,900.00 | December 3, 2018 - December 5, 2018 to December 6, 2018 |
| Rafael E. Ruíz | $6,500.00 | December 3, 2018 to December 7, 2018 |
| **Marcos Soler** | $2,600.00 | December 6, 2018 to December 7, 2018 |
| John J. Romero | $6,500.00 | December 3, 2018 to December 7, 2018 |
| Alan Youngs | $6,500.00 | December 3, 2018 to December 7, 2018 |
| Scott Cragg | $2,925.00 | December 3, 2018 to December 7, 2018 |
| | **Subtotal** | **$28,925.00** |
| **Telework** | | |
| Linda V. Navedo | $5,200.00 | December 2018 |
| Rafael E. Ruíz | $2,600.00 | December 2018 |
| Marcos Soler | $5,700.00 | December 2018 |
| John J. Romero | $2,600.00 | December 2018 |
| Alan Youngs | $2,600.00 | December 2018 |
| Scott Cragg | $5,837.00 | December 2018 |
| | **Subtotal** | **$24,537.00** |
| **Constitutional Lawyers** | | |

---

[1] See attached Invoices

### UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Alfredo Castellanos | $4,607.50 | December 2018 |
| Federico Hernandez Denton | $687.50 | December 2018 |
| Antonio Bazán | $1,906.25 | December 2018 |
| | Subtotal | $7,201.25 |
| Richard Blanco Peck, Pd.D. | $17,500.00 | December 2018 |
| | Subtotal | $17,500.00 |
| Jose Pujol | $2,800.00 | December 2018 |
| | Subtotal | $2,800.00 |
| The & Group (Town Hall Meetings) | $2,037.50 | December 2018 |
| | Subtotal | $2,037.50 |
| Office Supply | | |
| Copy paper and materials | $46.22 | |
| | Subtotal | $46.22 |
| Car Expenses | | |
| Chauffer | $900.00 | December 6, 2018 to December 11 2018/ December 12, 2018 to December 16, 2018 |
| Gasoline | $512.25 | December 2018 |
| Tolls | $102.00 | December 2018 |
| Car Maintenance | $361.15 | December 2018 |
| | Subtotal | $1,875.40 |
| | Total | $84,922.37 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $84,922.37, the total amount of the monthly expenses, for the month of December 2018.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $84,922.37, the total amount of the expenses for the month of December 2018.

In San Juan, Puerto Rico, this day January___, 2019.

_____
**Arnaldo Claudio -TCA**

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

John J. Romero
2301 Pacific Ave
Costa Mesa. CA 92627

January 31, 2019

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan. Puerto Rico 00918

INVOICE # 056
FOR PROFESSIONAL SERVICES RENDERED JANUARY 2019

Monday, January 14, 2019 through January 18, 2019 site visit to Puerto Rico. Please refer to the Agenda for details.

### 5 DAYS (DAY RATE $1,300) = $6500

January 1-31        Reviewed PRPB's General Order, Chapter 500, Section 502
                    "Evaluation Boards of Incidents of Use of Force" 2 hrs.
                    Prepared comments on the above policy 1.5 hr.
                    Reviewed the following forms related to the above policy:
                    PPR-502.1, PPR-502.2, PPR 502.3 and PPR-502.4 1hr.
                    Reviewed PRPB's General Order, Chapter 100, Section 126
                    "Radio Control Operation Center and Command Centers" 2hrs.
                    Prepared comments on the above policy. 1.5 hrs.
                    Reviewed PRPB's General Order, Chapter 100, Section 113
                    "Division of Investigations of Incidents of Use of Force" 1.5 hrs.
                    Prepared comments on the above policy. 1 hr.
                    Reviewed the following forms related to the above policy:
                    PPR-113.1 "Preliminary Notification of Incidents of Use of Force",
                    PPR-113.2 "Investigative Report", PPR-113.3 "Evaluation of the
                    Use of Force Report", PPR-113.4 "Delivery Record of Case File of
                    Use of Force Report" and PPR-113.5 "request for Documents for
                    Field Investigation".1.5 hrs.
                    Reviewed PRPB's General Order, Chapter 600, Section 620
                    "Specialized Weapons of the Division of Specialized Tactics"
                    (DTE) 1.5 hrs.
                    Prepared comments on the above policy.1hr.

Reviewed Annex 1 "green and Yellow" Impact Zones and Annex 2
"Duties and Responsibilities of Members of the PRPB in the Process
Of decontamination of Chemical Agents" .5 hrs.
Reviewed PRPB's General Order, Chapter 600, Section 628
"Intervention with People in Crisis" 2hrs.
Prepared comments on the above policy. 1 hr.
Reviewed PPR-628.1 "Incidents Report of Crisis Intervention"
and Annex A "Mental Health Director"
Reviewed PRPB's Operations Manual "Intervention in Crisis" 2hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's General Order, Chapter 400, Section 410 "Record
of Administrative Complaints in the Early Intervention System"
(EIS) 1.5 hrs.
Reviewed PRPB's General Order, Chapter 400, Section 411 "Body"
Camera" 1 hr.

**TOTAL HOURS:  22 HOURS  00 MINUTES.**

**BILLABLE HOURS    17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO    4 HOURS    40 MINUTES**

**TOTAL: $9,100**

2/4/2019

Alan C. Youngs
5552 W. Lakeridge Road
Lakewood, CO 80227

January 31, 2019

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

**FOR PROFESSIONAL SERVICES RENDERED JANUARY 2019**

Monday, January 14, 2019 through Friday, January 18, 2019, site visit to Puerto Rico.  Please refer to the Agenda for details

**5 DAYS (DAY RATE $1,300) = $6500**

**January 1 - 31**

Reviewed PRPB's General Order, Chapter 600, Section 620, "Specialized Weapons of the Division of Specialized Tactics" (DTE) 1 hour

Reviewed Annex 1 "Green and Yellow" Impact Zones and Annex 2 "Duties and Responsibilities of Members of the PRPB in the Process of Decontamination of Chemical Agents" 1 hour

Reviewed PRPB's General Order, Chapter 600, Section 628 "intervention with People in Crisis" 2 hours
Prepared Comments on the above policy 2 hours

Reviewed PPR-628.1 "Incidents Report of Crisis Intervention" and Annex A "Mental Health Director" 1 hour

Reviewed PRPB's Operations Manual "Intervention in Crisis" 2 hours
Prepared Comments on the above 1 hour

Reviewed PRPB's General Order, Chapter 400, Section 410 "Record of Administrative Complaints in the Early Intervention System" (EIS) 2 hours

Reviewed PRPB's General Order, Chapter 400, Section 411 "Body Camera" 2 hours
Prepared Comments on the above 2 hours

Reviewed Dr. Blanco Peck's Surveys 2 hours
Prepared Comments on the above documents 2 hours


**TOTAL HOURS:        20 HOURS  0 MINUTES.**

**BILLABLE HOURS    17 HOURS  20 MINUTES AT RATE OF**
**$150 PER HOUR = $2,600**

 **PRO BONO      2 HOURS  40 MINUTES**

**TOTAL: $9,100**

ok

2/4/2019

**CORRECTED INVOICE 0047(1) FOR PROFESSIONAL SERVICES; JAN 1-31, 2019**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of January 2019 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site Puerto Rico | | 2 | 17-18 Jan | 2600.00 |
| Communications - telcons and emails to/from CT, PRPB, USDOJ, regarding Action Plans, GO's, manuals, policy coordination, Kronos, budgets | 3.50 | | | 525.00 |
| Review and analyze Decree criteria for monitoring and assessment. Specifically the TCA monitoring strategy and Decree. Apply principals and complete synopsis and analysis to incorporate in summary and observations | 7.00 | | | 1050.00 |
| review of Town Hall Summaries provided by TCA | 0.75 | | | 112.50 |
| Review and analysis of Core Team site visit details and Trip reports for applicability to IT components. Specifically EIS, CAD and data collection, complete IT analysis and prepare report | 6.50 | | | 975.00 |
| Monitoring Methodology -- coordination with Core Team and Parties. Revise and prepare for on-site interviews by updating, coordinating and consolidating all relevant artifacts; Decree, amendment, TCA methodology, IT monitoring tables, extension requests, Monitoring table redesign, References provided by DoJ; Police Reform Through Data-Driven Management The Honorable Susie Morgan | 10.75 | | | 1612.50 |

| | | | | |
|---|---|---|---|---|
| Post Interview Process improvement of monitoring instruments - Revisions of monitoring benchmarks, interview questions in order to streamline and expedite monitoring interviews | 4.75 | | | 712.50 |
| Staffing Study  - prepare for debrief from Blanco-Peck, translate, review and analyze data and materials | 8.75 | | | 1312.50 |
| Site visit planning and coordination, Prepare Agenda Recommendations. Communicate with CT, TCA, PRPD, DOJ, Review past action items and trip reports for applicability. | 1.75 | | | 262.50 |
| | | | | |
| Total hours US | 43.75 | | Total expense | 9162.50 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | | $2,600 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 43.75 | $6,563 |
| TOTAL EXPENSE | | | | $9,163 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" (HRS.) | | | 0.42 | -62.50 |
| | | | FEE | $9,100 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

ok       2/4/2019

**CASTELLANOS GROUP P.S.C.**

# INVOICE

**INVOICE NUMBER:  106**

**INVOICE DATE:  JANUARY 25, 2019**

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-03-19 | Police Reform- Puerto Rico | Further review a of Consent Decree Progress Assessment (for purposes of analysis and draft of Executive Summary for TCA) | 4.00 | $125.00 | $500.00 |
| JAN-04-19 | Police Reform- Puerto Rico | Draft of Executive Summary re Town Hall Meetings | 2.00 | $125.00 | $250.00 |
| JAN-09-19 | Police Reform- Puerto Rico | Final review and preparation of Executive Summary, re: Town Halls; comm. with TCA Cladio; work on Executive Summary, re: Progress Assessment Report; coordination of Town Hall Meetings | 3.00 | $125.00 | $375.00 |
| JAN-10-19 | Police Reform- Puerto Rico | Analysis, discussion and draft of Executive Summary, re: Progress Report | 3.50 | $125.00 | $437.50 |
| JAN-11-19 | Police Reform- Puerto Rico | Meeting with Javier Gonzalez in Humacao; re; Town Hall Meetings Coordination; communications with TCA Claudio, regarding Town Hall Meetings | 4.00 | $125.00 | $500.00 |
| JAN-14-19 | Police Reform- Puerto Rico | Final draft and review of Executive Summary, re: Progress Assessment Report in preparation for Presentation of Findings- Cuartel General; Presentation with TCA Claudio; comm. with Javier Gonzalez, re coordination of Town Hall Meetings; comm. with TCA Claudio regarding preliminary schedule for upcoming Town Hall Meetings | 6.00 | $125.00 | $750.00 |
| JAN-15-19 | Police Reform- Puerto Rico | Coordination of preparation of new ID Cards, meeting with Judge Gelpí for signature of the same and card lamination | 3.00 | $125.00 | $375.00 |
| JAN-15-19 | Police Reform- Puerto Rico | New ID Cards preparation | | | $35.00 |
| JAN-18-19 | Police Reform- Puerto Rico | Meeting with Javier González, re: coordination of Town Hall Meetings | 2.00 | $125.00 | $250.00 |

INVOICE NUMBER: 106

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-22-19 | Police Reform-Puerto Rico | Organization of calendar and logistics for upcoming Town Hall Meetings; coordination | 1.50 | $125.00 | $187.50 |
| JAN-24-19 | Police Reform-Puerto Rico | Coordination of Town Hall Meetings; re: Carolina and Aguadilla; conference calls with Javier Gonzalez and Area Commander of Aguadilla and Area Commander Carolina; coordination of Town Hall Meeting (Utuado) | 2.50 | $125.00 | $312.50 |
| | | Total hours for this invoice | 31.50 | | |
| | | Total amount of this invoice | | | $3,972.50 |

ok l.f.
2/4/2019



**Office DEPOT**
**OfficeMax**

SAN JUAN - (787) 294-0300
01/15/2019  11:40 AM

2PVTQ3PP4436EEBRH

*Expenses*





**Office DEPOT**
**OfficeMax**

SAN JUAN - (787) 294-0300
01/14/2019  8:30 PM

2PVT93PP343RXER6H

| | | |
|---|---|---|
| SALE | 6667-5-3678-778111-18.12.2 | |
| 167060  BW SS Letter | | |
| 24 @ 0.15 | | 3.60 |
| You Pay | | **3.60**SS |
| 305977  CUT HAND PER C | | |
| 10 @ 0 39 | | 3.90 |
| You Pay | | **3.90**SS |
| 166073  Lamntn,Ledger, | | |
| 3 @ 3.49 | | 10.47 |
| You Pay | | **10.47**SS |
| 581583  LANYARD,GTR,12 | | |
| 3 @ 11.19 | | 33.57 |
| You Pay | | **33.57**SS |
| Subtotal: | | 51.54 |
| PR State Tax | 10.5% | 5.41 |
| PR City Tax | 1% | 0.52 |
| Total: | | 57.47 |
| Amex 006: | | 57.47 |

AUTH CODE 811844
TDS Chip Read
AID A000000025010801 AMERICAN EXPRESS
TVR 0000008000
CVS No Signature Required

| | | |
|---|---|---|
| SALE | 6667-7-1232-789166-18.12 2 | |
| 166962  Color SS Lette | | |
| 14 @ 0.71 | | 9.94 |
| You Pay | | **9.94**SS |
| 167228  110lb Index - | | |
| 14 @ 0.12 | | 1.68 |
| You Pay | | **1.68**SS |
| Subtotal: | | 11.62 |
| PR State Tax | 10.5% | 1.22 |
| PR City Tax | 1% | 0.12 |
| Total: | | 12.96 |
| Amex 006: | | 12.96 |

AUTH CODE 890934
TDS Chip Read
AID A000000025010801 AMERICAN EXPRESS
TVR 0000008000
CVS No Signature Required

CONTROL:      R7SDG-T8780
OD

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

January 24, 2019.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2019-01**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of January 2019

| Date(s) | Hour(s) | Matter/Research/Legal Advice/Court Appearances/Reviews |
|---|---|---|
| 1/07/2019 | **1.50 Hrs.** 11:00 am to 12:30 pm | GO-100-113, GO-100-126, GO-500-502-Legal Review and Advice |
| 1/14/2019 | **6.50 Hrs.** 9:00 to 11:00 am and 1:00 to 5:30 pm | Meeting with PRPD attorneys and attorneys of the PRPD Reform Unit for the discussion of assorted matters and policies |
| 1/15/2019 | **5:00 Hrs.** 9:00 to 11:00 am & 1:30 to 4:30 pm | AM/Discussion of Policies. PM/Paragraph 13, Police Academy and PRPD Budget Issues |
| 1/17/2019 | **1:00 Hrs.** 10:00 to 11:00 am | Mandatory course on Judicial Ethics |
| 1/18/2019 | **1.50 Hrs.** 10:00 to 11:30 am | Paragraph 253 |
| 1/23/2019 | **1.75 Hrs.** 6:45 to 8:10 pm & 8:30 to 9:00 pm | Review and legal advice of CIT Manual 2, GO-400-410, GO-400-411, GO-600-628 and GO-600-620 |
| 1/24/2019 | **8.25 Hrs.** 11:40 am to 1:30 pm and 2:15 pm to 8:30 pm | Review of Body Cameras Policy on Constitutional issue of voice recording in the Commonwealth of Puerto Rico where unauthorized voice recordings have a Constitutional prohibition. |
| 11/28/2018 | **25.50 Total Hours Billed** | 25.50 hrs. x $125.00=$3,187.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

ok EG 2/4/2019

Antonio R. Bazán González, Esq.

# Invoice January 15, 2019: $2,025.00

The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Consultant to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

     Services for participation in all the required meetings and paragraph's assessment related to the compliance phases of the Police Reform requested by the Office of the Federal Monitor of the Puerto Rico's Police Department Reform. The price honorariums per hour are $75.00.
     Thus, $2,025.00 for:

a.) The assessment of paragraphs 101 to 108 (**RECRUITMENT**), identifying the questions that determine the compliance with those paragraphs.
b.) The assessment of paragraphs 117 to 134 (**TRAINING**), recognizing the questions that establish the compliance with those paragraphs.
c.) The review of paragraphs 135 to 158 of the section **SUPERVISION AND MANAGEMENT**, distinguishing the inquiries that determine the compliance with those paragraphs.
d.) Construction of open questions and group work with core team members.

     **A total of 27 hours at $75.00 per hour = $2,025.00**

I look forward to maintaining communication with you,

Sincerely yours,

*Richard Blanco Peck*

Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

oK    2|4|2019

**José L. Pujol**
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

<div align="center">Re: Invoice # <u>**2019-01**</u></div>

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | | Matter/Services rendered |
|---------|---------|---|--------------------------|
| 01/14/2019 | **8 Hrs.** | 08:30 am – 05:00 pm (0.5 hr. lunch) | Working with Core Team |
| 01/15/2019 | **7 Hrs.** | 08:30 am – 11:30 pm 01:00 pm – 05:00 pm | PRPB HQ Meetings about policies |
| 01/16/2019 | **6.5 Hrs.** | 08:00 am – 03:00 pm (0.5 hr. lunch) | Core Team visit to Bayamon Precinct |
| 01/17/2019 | **5.5 Hrs.** | 08:45 am – 2:45 pm (0.5 hr. lunch) | Ethics training at Federal Court Working on May 1st Assessment Reviewing report of Bayamon's visit |
| 01/18/2019 | **3 Hrs.** | 09:00 am – 12:00 pm | Working on May 1st Assessment. |
| | **30 hrs.** Total hrs. billed | | **30 hrs. x $50.00= $1,500.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

01/18/2019

Date

ok

2/4/2019



From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969


TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2019 – 01 (January 2019)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| January 1 to January 25 2019 | | |
| 01/10/19 | 6.0 Hrs (9:30am-3:30pm) | Visit  to facilities for THM in San Juan |
| 01/11/19 | 3.5 Hrs. (11:30am-3:00pm) | Visit  to Humacao and Yabucoa with Lcdo Castellanos |
| 01/17/19 | 1.0 Hrs. (10:00am-11:00am) | TCA Meeting / Seminar |
| 01/18/19 | 2.0 Hrs (2:00pm-4:00pm) | Meeting with Lcdo Castellanos |
| 01/24/19 | 3 Hrs (1:00pm-4:00pm) | Meeting with Cor Rodríguez and Cor López |
| | Total: 15.5 Hrs. | |



**THE & GROUP**
Ideas & Networking
for Business Success

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Submitted by: Javier B González                    DATE: January 25, 2018


TO: Mr. Eric Guzmán


| HOURS BILLED: | 15.5 Hrs |
|---|---|
| AMOUNT PER HOUR: | $75.00 |
| TOTAL: | $1,162.50 |
| TOTAL: | $1,162.50 |

ok

2/4/2019

TO GO STORES
GURABO
C0000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | 20.00 |
| CASH $ | | 20.00 |
| Change $ | | -10.00 |

GRACIAS.
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1022168
CSH: 13                01/18/19 19:31:00

---

**Ecomaxx Roosevelt**

Fecha. 1/18/2019 1:38 PM
Cajero. Jenitza
Trans No. 339567
Batch No. 1762
Cnt  UPC/PLU  Descripción

| Subtotal: | $30.00 |
|---|---|
| Total: | $30.00 |
| Cash: | $30.00 |
| Cambio. | $0.00 |

---

**BIENVENIDOS A
ANYTIME**
VILLA FONTANA

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #03 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | 30.00 |

T# AT03  TILL XXXX DR# 1 TRAN# 1012051
SH: 7              01/20/19 15:19:34

---

TO GO STORES
CAGUAS
787-796-1454
0000000000019
TOTAL 19

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #19 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019  TILL XXXX DR# 1 TRAN#
CSH: 13              12/02/18 16:22:00

TO GO STORES
GURABO
C000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #05 | | 10.00 |

| | | |
| --- | --- | --- |
| Subtotal | | 10.00 |
| Tax | | 0.00 |
| **TOTAL** | | **10.00** |
| ATH $ | | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1026686
CSH: 27                   01/15/19 06:39:01

TO GO STORES
GURABO
C000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| | | 9.00 |
| PREPAY CA #02 | | 9.00 |

| | | |
| --- | --- | --- |
| Subtotal | | 9.00 |
| Tax | | 0.00 |
| **TOTAL** | | **9.00** |
| ATH $ | | 9.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1027690
CSH: 13                   01/15/19 19:06:57

*Rafael*

# Ecomaxx Roosevelt

Fecha: 1/16/2019 11:46 AM
Cajero: Daniel
Trans No: 338679
Batch No. 1753
Cnt   UPC/PLU   Descripción

| | |
| --- | --- |
| Subtotal: | $30.00 |
| Total: | $30.00 |
| Cash: | $40.00 |
| Cambio: | $10.00 |

# Gulf Roosevelt

Ave. Roosevelt
San Juan, P.R. 00617
939-204-8805
**Fecha: 1/17/2019 1:09 PM**
**Cajero: Itza Martinez**
**Trans No. 1024161**
**Batch No. 4060**
**Cnt   UPC/PLU   Descripción**

| | |
| --- | --- |
| Cantidad Prepagada | $40.00 |
| **Subtotal:** | **$40.00** |
| **State Tax:** | **$0.00** |
| **Municipal Tax:** | **$0.00** |
| **Total:** | **$40.00** |
| **Pagado:** | **$40.00** |
| **Cambio: :** | **$0.00** |

Gracias por comprar con nosotros

**CONTROL: X3DD8-CTUCJ**
ST

**PUMA 212**

Fecha: 1/10/2019 10:47 AM
Cajero: Javier Alomar
Trans No. 602769
Batch No. 2433
Cnt   UPC/PLU   Descripción

| | | |
|---|---|---|

Subtotal:      $35.00
Estatal:       $0.00
Municipal:     $0.00

Total:         $35.00
Cash:          $35.00

Cambio:        $0.00

**CONTROL: DDF78-C4N8P**
ST

---

TG GO STORES
GURABO
C0000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | 35.00 |
| Subtotal | | 35.00 |
| Tax | | 0.00 |
| **TOTAL** | | **35.00** |
| CASH $ | | 20.00 |
| CASH $ | | 10.00 |
| CASH $ | | 5.00 |

GRACIAS.
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1021544
CSH: 13              01/11/19 17:55:55

---

*Rafael*

**Ecomaxx Roosevelt**

Fecha 1/14/2019 11 31 AM
Cajero  Abdel
Trans No  337882
Batch No  1745
Cnt   UPC/PLU   Descripción

Subtotal.      $30.00

Total          $30.00
Cash           $30.00

Cambio.        $0.00

---

**Gulf Roosevelt**
Ave. Roosevelt
Sar Juan,P.R. 00817
938-204-6805
Fecha: 1/15/2019 10:07 AM
Cajero: Jesuet Y. Marrero
Trans No. 1022238
Batch No. 4054
Cnt   UPC/PLU   Descripción

| Cantidad Prepagada | $50 00 |
|---|---|

Subtotal:        $50.00
State Tax:       $0.00
Municipal Tax:   $0.00

Total:           $50.00
Pagado:          $50.00
Cambio: :        $0.00
Gracias por comprar con nosotros

**CONTROL: EHTCD-SKH1Y**
ST

BIENVENIDO A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #06 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| TOTAL | | 30.00 |
| ATH $ | | 30.00 |

GRACIAS
VUELVA PRONTO

ST# AB123 TILL XXXX DR# 1 TRAN# 1019518
CSH: 7                    12/26/18 15:37:54

---

BIENVENIDO A
GULF LA ROCA

< DUPLICATE RECEIPT >
***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CR #06 | | 18.00 |
| Subtotal | | 18.00 |
| Tax | | 0.00 |
| TOTAL | | 18.00 |
| ATH $ | | 18.00 |

GRACIAS
VUELVA PRONTO

ST# AB123 TILL XXXX DR# 1 TRAN# 1013079
CSH: 4                    12/29/18 11:26:52

---

BIENVENIDO A
GULF LA ROCA

| Description | Qty | Amount |
| --- | --- | --- |
| PREM CA #10 | 0.000G | 0.00 |
| @ 0.000/ L | | |
| Subtotal | | 0.00 |
| Tax | | 0.00 |
| TOTAL | | 0.00 |
| ATH $ | | 10.00 |
| CASH $ | | -10.00 |

GRACIAS
VUELVA PRONTO

ST# AB123 TILL XXXX DR# 1 TRAN# 1019012
CSH: 8                    01/03/19 20:36:55

---

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #04 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| TOTAL | | 30.00 |
| CASH $ | | 20.00 |
| CASH $ | | 10.00 |

GRACIAS.
Vuelva Pronto

ST# 00012 TILL XXXX DR# 1 TRAN# 1016189
CSH: 21                   01/04/19 09:50:15

**BIENVENIDOS A
ANYTIME**
VILLA FONTANA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| ------- | --- | ------ |
| PREPAY CA #04 |  | 40.00 |

|  | Subtotal | 40.00 |
|  | Tax | 0.00 |
| **TOTAL** |  | **40.00** |
|  | CASH $ | 40.00 |

ST# AT03  TILL XXXX DR# 1 TRAN# 1014701
CSH: 5                    01/22/19 18:36:02

*Rafael*

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Buchanan, Carril 11
Cajero: 2419
01/16/19 11:36:56

Numero de Cuenta:          ACT03451155
Cantidad de Pago:      $      40.00
Metodo de Pago:              Efectivo
Balance:               $      39.45

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte Carril 13
Cajero: 73
01/10/19 17:

Numero de Cuenta:          03579521
Cantidad de Pago:             40.00
Metodo de Pago:              Efectivo
Balance:                      43.85

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 13
Cajero: 9248
01/24/19 09:29:32

Numero de Cuenta:          ACT03579521
Cantidad de Pago:      $      17.00
Metodo de Pago:              Efectivo
Balance:               $      17.15

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



Kennedy Tire Distributors

Ave. Roberto H. Todd #1004
Santurce PR 00907

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/23/2019 | 8398 |

**PAID**
**01/23/2019**

**Bill To**

ICAPR

GARANTIA EN GOMA NUEVA 3 MESES.
GARANTIA EN GOMA USADA 15 DIAS.
ALINIAMIENTO 15 DIAS DE GARANTIA.
GARANTIA EN GOMAS CUBRE DESPERFECTO DE FABRICA.
NO CUBRE ROTURAS O CHICHONES EN LOS COSTADOS. AL
CORRER CON LA GOMA VACIA PIERDE LA GARANTIA.

| Phone # | ATH MOVIL |
|---------|-----------|
| 787-936-0388 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | 245-55-19 TRAVEL STAR | 110.00 | 220.00 |
| | Sales Tax | 11.50% | 25.30 |

| Total | $245.30 |
|-------|---------|



# El Sol Tinte

Especialista en tintes para autos y oficinas
Trabajos a Domicilio • Calidad 3M
**Window Tinte**



Tel. (787) 727-0649
Cel. (787) 602-9239

## ALEJANDRO TINTE

FACTURA NO. 88-98
FECHA 1/9/2009

Cliente _TCAPR CORP_

| Tablilla - GE | Descripción | Importe |
|---|---|---|
| | TOYOTA BLAUCA | 35 |
| | | |
| | | |
| | | |
| | SRA 5.5 35 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | 35- |

Firma _____

Recibido por _____

# AUTOCENTRO TOYOTA

## Compra Confiado

1088 Muñoz Rivera Avenue San Juan,
Puerto Rico 00927



**Very Important Toyota**

- $0 deducible en la primera reparación de Hojalatería
- 30% de descuento en la primera compra de Accesorios
- Asistencia en la Carretera (3 años)
- Prioridad de cita en nuestro Taller de Servicio
- Trato preferencial en el Programa de Transportación
- Sorpresa de Cumpleaños
- Descuentos en Marcas Asociadas y Promociones mensuales

CELL : 787-556-450

| CUSTOMER NO. | | ADVISOR | | TAG NO | | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|---|---|
| 140580 | | VALERIA TORRES VAZ 139345 | | 8547 | | 01/25/19 | TOCS522341 |
| | | LABOR RATE | LICENSE NO | MILEAGE | COLOR | | STOCK NO |
| TCA PR CORP | | | FIP-198 | 48,913 | BLANCO/ | | |
| SAN JUAN | | YEAR / MAKE / MODEL | | | DELIVERY DATE | | DELIVERY MILLS |
| SAN JUAN, PR 00918 | | 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | | 08/25/15 | | |
| | | VEHICLE I.D NO | | | SELLING DEALER NO | | PRODUCTION DATE |
| NONE | | 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | | | | |
| | | FTE NO | | PO NO | R.O. DATE | | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | 01/25/19 | | |
| 787-556-4501 | | | | | | | MO: 48913 |

JOB# 1 CHARGES------------------------------------------------------------

LABOR------------------------------------------------------------
J# 1 01TOZ005-5MIL    MANT.5MIL SIN A/F    HOURS:  0.51 TECH(S):21030                40.83
C/INF MANTENIMIENTO PREVENTIVO CADA 5 MIL MILLAS
ROTACION DE GOMAS, INSPECCION DE FILTRO DE AIRE
SISTEMA DE ADMISION, VERIFICACION DE BANDAS, TAMBORES,
PASTILLAS Y DISCOS DE FRENOS, CONECTOR DEL SISTEMA DE
DIRECCION, TERMINALES, BOTAS DE EJES DE TREN DELANTERO.
CALIBRACION DE PRESIONES DE AIRE DE GOMAS. COMPLETAR
LIQUIDOS Y FLUIDOS Y VERIFICAR FUNCIONAMIENTO DE LUCES.
NO SE REALIZA CAMBIO DE ACEITE Y FILTRO PORQUE LA UNIDAD
UTILIZA ACEITE SINTETICO.
SE REALIZO MANTENIMIENTO

PARTS------QTY---FP-NUMBER-------DESCRIPTION-------LIST PRICE-UNIT PRICE-
     1    09896-81245-62      FLUID,W.WASH       0.98       0.98        0.98
                                         TOTAL - PARTS               0.98

JOB# 1 TOTALS------------------------------------------------------------

                                              LABOR        40.83
                                              PARTS         0.98

                        JOB# 1 JOURNAL PREFIX TOCS JOB# 1 TOTAL     41.81

JOB# 2 CHARGES------------------------------------------------------------

LABOR------------------------------------------------------------
J# 2 00TOZ004    DETALLES       HOURS:  0.00 TECH(S):21030          0.00
SE LE DIO PRECIO CON IVU 49.95 CONSULTO CON VALERIA TORRES

JOB# 2 TOTALS------------------------------------------------------------

                        JOB# 2 JOURNAL PREFIX TOCS JOB# 2 TOTAL     0.00

JOB# 3 CHARGES------------------------------------------------------------

LABOR------------------------------------------------------------
J# 3 98TOZ       QUALITY CONTROL    HOURS:  0.00 TECH(S):21030      0.00

JOB# 3 TOTALS------------

BC
37ᵍ

AUTOCENTRO TOYOTA P/S
1090 AVE MUÑOZ RIVERA
SAN JUAN, PR 00919
7879999110

Order Info
Sub Total: $44.75
State Tax: $4.70
City Tax: $0.50
Total: $49.95
CONTROL: NO DISPONIBLE
Processed by Dynamics Payment
C031U052920506
Factura: 522341

$49.95
**$49.95**
$49.95
$49.95

Cashier: Natalia
25-Jan-2019 9:14:55A
1

**Total**
CASH SALE
Cash tendered

Order M3b103X7S83W0

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]   09:00am

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº .3351

CUENTAS SE LIQUIDAN DEL 1 AL 5 CADA MES. GRACIAS

FECHA 9 - ENERO 20 19

SR

DIRECCION

TAB. NÚM. _____ CASH [✓] CRÉDITO [ ]

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20

---

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº .3357

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 20

SR

DIRECCION

TAB. NÚM. _____ CASH [✓] CRÉDITO [ ]

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL**

---

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

4771

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 18 - ENERO 20 19

SR

DIRECCION

TAB. NÚM. _____ CASH [✓] CRÉDITO [ ]

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20

---

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

Nº .3352

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA _____ 20

SR

DIRECCION

TAB. NÚM. _____ CASH [✓] CRÉDITO [ ]

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL**



SAN JUAN, P.R. 00936-3122
TEL. (787) 257-0808
FAX. (787) 257-7250



| INVOICE NO | |
|---|---|
| INVOICE DATE | |

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS | DATE SHIPPED |
|---|---|---|---|
| | PICK UP | C. O. D. | |

| SPECIAL INSTRUCTIONS ▶ | | | SLMN 1 | SLMN 2 | PICK TICKET NO |
|---|---|---|---|---|---|

| QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | ITEM NO. | DESCRIPTION | PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|---|

POLITICA DE DEVOLUCION: TODA COMPRA TIENE UN TERMINO DE 30
DIAS A PARTIR DE LA FECHA DE RECIBO PARA RECLAMACION.
TODA DEVOLUCION DE MERCANCIA NECESITA AUTORIZACION, ESTA
SUJETA A VERIFICACION Y CARGOS POR REALMACENAMIENTO.
INSTRUCCIONES DE RECIBO: FIRMA & NOMBRE EN LETRA DE MOLDE
FACTURA ORIGINAL: CLIENTE        COPIA: FPC

STATE TAX:

| SUB-TOTAL | SHIPPING & HANDLING | TAX | SUB-TOTAL | BALANCE DUE |
|---|---|---|---|---|
| | .00 | | | |

| DATE FILLED | PICKED BY | PACKED BY | CHECKED BY | NUMBER OF CTNS |
|---|---|---|---|---|
| 1-10-19 | | | | 2 |

NOTE: THIS SHIPMENT HAS BEEN CHECKED TWICE. ANY DISCREPANCIES MUST BE REPORTED IMMEDIATELY
NO CLAIM WILL BE ACCEPTED AFTER 5 DAYS.

# INVOICE

## Rafael A. Rodriguez

DATE: 1/16/19

INVOICE #: 1007

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

Transportation

| DESCRIPTION | | $900.00 |
|---|---|---|
| Profession Transportation Services during the period of 01/13/2019 to 01/18/2019 | | |

Includes the following:

Transportation from airport to hotels

Transportation to the municipalities

Transportation to the TCA headquarters

Hato Rey, San Juan PR

This transportation is exclusive for the TCA Core Team

| TOTAL | | $900.00 |
|---|---|---|

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com

ok l. f.
2/4/2019



## INVOICE

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO | |
|---|---|---|
| | | 16954 |
| Date | 01/30/2019 | |
| Customer Service | DSG Insurance Corp | |
| Page | 1 of 1 | |

| Payment Information | | |
|---|---|---|
| Invoice Summary | | 450.00 |
| Payment Amount | | |
| Payment for: | Invoice#257772 | |
| CP000316638 | | |

Thank You

**TCAPR CORP &/OR ARNALDO CLAUDIO**
**WESTERN BANK CTR**
**268 AVE MUNOZ RIVERA STE 1001**
**SAN JUAN, PR 00918-1921**

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 257772 | 02/23/2019 | Renew policy | Policy #CP000316638  02/23/2019-02/23/2020<br>Multinational Insurance Company<br>General Liability - Renew policy | 450.00 |

| Total |
|---|
| 450.00 |

Thank You

AS PER RULE 29: COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF J. JARAMILLO INSURANCE, INC. *****SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU TOTALIDAD. FAVOR DE EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE INC.

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357<br>San Juan, PR 00919-5357 | | 01/30/2019 |



**J. JARAMILLO**
**INSURANCE**

PO Box 195357
San Juan, PR  00919

———  INVOICE  ———

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO | |
|---|---|---|
| | | 16954 |
| Date | 01/11/2019 | |
| Customer Service | DSG Insurance Corp | |
| Page | 1 of 1 | |

| Payment Information | | |
|---|---|---|
| Invoice Summary | | 2.772.00 |
| Payment Amount | | |
| Payment for: | Invoice#254088 | |
| CA000307352 | | |

**TCAPR CORP &/OR ARNALDO CLAUDIO**
**WESTERN BANK CTR**
**268 AVE MUNOZ RIVERA STE 1001**
**SAN JUAN, PR 00918-1921**

Thank You

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 254088 | 02/23/2019 | Renew policy | Policy #CA000307352  02/23/2019-02/23/2020<br>Multinational Insurance Company<br>Business Auto - Renew policy | 2.772.00 |

| | Total |
|---|---|
| | 2.772.00 |

Thank You

*AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID, PLEASE SEND PAYMENT IN FAVOR OF J JARAMILLO INSURANCE, INC. *****SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU TOTALIDAD. FAVOR DE EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE INC*

| J. JARAMILLO INSURANCE, INC. | (787)728-5555 | Date |
|---|---|---|
| PO Box 195357<br>San Juan, PR  00919-5357 | | 01/11/2019 |

ok
2/14/2019

12-cv-2039 (GAG)-Fixed Expense Invoice
Enclosure I

Subject: Memorandum for Record-Work performed during the month of January.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

Several meetings were held with different groups and stakeholders' leaders to present them the aspects of the Monitoring Process Period of the Methodology.

The Federal Monitor, his Staff, the Core Team and the Constitutional Lawyers attended to a Social Media and Ethics training session with Judicial Ethics Resident Expert Mrs. Antongiorgi, Esq.

Important topics were discussed such as: different baselines and gap assessments of the difference in years of the agreement; the status of the work development with the implementation plan of the PRPB and its general aspects; the development status and update on Paragraph 13.

During the Core Team week several Police Stations were visited to collect data in order to assess PRPB's compliance with the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau.

The following General Orders were reviewed and discussed: General Order 400-412: Audio Recording for Supervisors; General Order: Rank System employee job description; and General Order: Performance Evaluation of the Members of the Puerto Rico Police Bureau.

Lastly, all administrative actions were completed, including but not limited to: the preparation of the Federal Monitor Office's financial statements to be presented in Court; to the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's February agenda was discussed.