IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, et al, <br><br> Plaintiff, <br><br> v. <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br> Defendants. | CASE NO. 12-2039 (GAG) |

### INITIAL SCHEDULING MOTION FOR TOWN HALL MEETINGS FOR THE YEAR 2019

**TO THE HONORABLE COURT:**

**NOW COMES,** the undersigned as Constitutional and Legal Advisor, as well as Counsel in Charge of the Public Hearings on behalf of the Federal Monitor's Office, who respectfully informs the Court as follows:

As done in the previous year and as instructed by the Court, the Federal Monitor's Office will be scheduling Town Hall Meetings across the island over the next several months (See Docket No. 762). As of today's date, the afore-mentioned Town Hall Meetings are preliminarily scheduled to take place in the following regions and dates[1]:

---

[1] In the event of another Federal Government shutdown, the first Town Hall Meetings (scheduled for February 26, and February 28) will be vacated until further notice. The Counsel in charge of the Town Hall Meetings shall reschedule the same in consultation with the parties. Both the Court and the Federal Monitor's Office are of the opinion that proceeding with the Town Hall Meetings without the presence of the United States Department of Justice (USDOJ) will not achieve the overall objective of the Town Hall Meetings.

1

**Civil No. 12-2039 (GAG)**

1. February 26 (Condado);

2. February 28 (Humacao-Yabucoa);

3. March 26 (Carolina-Loíza);

4. March 28 (Hato Rey/Cantera);

5. April 23 (Aguadilla); and

6. April 25 (Río Piedras-Caimito).

The upcoming Town Hall Meetings shall have a two (2) hour duration, which will be distributed between the guest speakers, the Parties and the Federal Monitor, Mr. Arnaldo Claudio. This timeframe could be extended by the presiding counsel if warranted. A detailed agenda will be issued for each Town Hall Meeting as soon as confirmation is received in regards to the dates, venues and guest speakers that will be participating in each meeting.

Just like the previously held Town Hall Meetings, the upcoming proceedings will be informal in nature and will be presided by the appearing counsel. All coordination efforts have been conducted and will continue to be conducted in accordance with the Court's directives (See Dockets No. 762, 789 and 815). The undersigned Counsel and the Federal Monitor's Office expect all speakers and general public to also adhere to the directives of the Court, and to behave in a manner that is consistent with a judicial proceeding even though the Meetings will not be held in a Courtroom. Lastly, the undersigned expects each confirmed speaker to show up as expected; on time; and to provide timely notice if for any justified cause, they cannot participate in the Town Hall Meetings. The undersigned will serve adequate notice of any relevant Court directives to all guest speakers as to their participations through written means prior to their respective participations.

Although the submittal of the participant's written statements is not mandatory, it is highly encouraged. However, those participants that wish to submit written statements prior to the Town Hall Meetings may address them to the undersigned at alfredo@cglawpr.com. Members of the public who will not be speaking at the town hall meetings, may also submit a written presentation. No visual presentations will be allowed in the Town Hall Meetings, but they may be submitted to the undersigned as well.

The Federal Monitor's Office intends on adhering to the scheduled itinerary with rigor, and exhorts all panelists to focus their respective testimonies to matters concerning the Police Reform. Guest speakers may conduct their presentations in Spanish or English since there will be no English language requirement for the town hall meetings.

**WHEREFORE,** the undersigned respectfully requests that the Court takes notice of the above for all relevant purposes and issue the directives that it may deem necessary to ensure productive Town Hall Meetings.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 7th day of February 2019.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor for the TCA
Counsel in Charge of Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**Civil No. 12-2039 (GAG)**

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

> S/ ALFREDO A. CASTELLANOS
> **ALFREDO A. CASTELLANOS**
> Constitutional and Legal Advisor for the TCA
> Counsel in charge of Town Hall Meetings
> Federal District Court, for the District of Puerto Rico
> alfredo@cglawpr.com