# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Et al., | * | |
| | * | CIVIL NO. 12-2039(GAG) |
| Plaintiffs | * | |
| v. | * | CIVIL RIGHTS |
| COMMONWEALTH OF PUERTO RICO Et al., | * * | |
| Defendants | * | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW the undersigned counsel, Carlos A. Del Valle Cruz, and very respectfully states and prays:

1. The appearing counsel is an attorney duly licensed by the Supreme Court of Puerto to practice law in this jurisdiction, in good standing, and admitted to the practice of law before the United States District Court for the District if Puerto Rico, the Court of Appeals for the First Circuit, and the Supreme Court of the United States of America.

2. Under the Secretary of Justice, Cesar Miranda, counsel was one of the attorney that represented the Commonwealth in the negotiation with the United States in the covenant that has come to be known as the Police Reform. See Docket 12 (Notice of Appearance); United States v. Commonwealth of Puerto Rico, 922 F. Supp. 2d 185 (D.P.R. 2013); Docket 57 and 57 and 57-1 (CDV signatory to Agreement for the Sustainable Reform of the Puerto Rico Police).

3. As a signatory to the Agreement, counsel belief it is his ethical duty to apprise this Court and the parties that there have been recent development in judicial decisions that cast a

shadow on the objective of the Agreement: to prevent the violation of civil rights by the Police of Puerto Rico in the performance of its duties.  It is in the interest of both parties to said agreement to ensure that its goals are fulfilled.

4. In the first attempt to file this Notice and subsequent Motion, the CM-ECM filing system will no allow the undersigned to file as to all or none parties. Solely for the sake of filing the documents, they have been filed under the heading of Plaintiffs.

WHEREFORE, counsel respectfully respect this Honorable Court to allow his limited appearance as a concerned attorney in the interest of protecting the goals and objectives of the Police Reform.

RESPECTFULLY SUBMITTED.

This February 9, 2019 in Montreal, Canada for San Juan, Puerto Rico.

*Carlos A. Del Valle Cruz*
CARLOS A. DEL VALLE CRUZ
USDC-PR # 130604
DEL VALLE LAW
P.O. Box 9022473
San Juan, Puerto Rico 00902-2473
(939) 218-1332
cdvlawpr@gmail.com

CERTIFICATE OF NOTIFICATION

On this date, the signatory to this motion has filed it with the Clerk of the Court via the CM/ECF that shall relay it to all counsel of record.