ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| LINNETTE MATOS RIVERA<br>DEMANDANTE<br><br>Vs.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO; JOHN TULLER, EN SU CAPACIDAD DE SUPERINTENDENTE DE LA POLICIA DE PUERTO RICO; SIMARA TORRES RAMOS, FULANO DE TAL Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; LILLIAM RIVERA MOLINA, MENGANO DE CUAL Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; MARIA CRUZ CUSTODIO, LUIS MATOS GARCED Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; JOHN DOE Y RICHARD ROE<br>DEMANDADOS | CIVIL NÚM.  K PE2014-0445<br>SALA: 504<br><br><br>SOBRE:<br><br>REPRESALIAS |

## SENTENCIA DE PARALIZACIÓN



Visto el *AVISO DE PARALIZACIÓN DE LOS PROCEDIMIENTOS POR VIRTUD DE LA PRESENTACIÓN DE LA PETICIÓN PRESENTADA POR EL GOBIERNO DE PUERTO RICO BAJO EL TÍTULO III DE PROMESA*, presentado por el Departamento de Justicia en una comparecencia especial, el 30 de mayo de 2017, de la cual la parte demandante tomó conocimiento, ante la **Petición de Quiebra**[1] presentada el 3 de mayo de 2017 por la Junta de Supervisión y Administración Financiera para Puerto Rico a nombre del Gobierno de Puerto Rico ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico bajo el Titulo III de la ley federal *"Puerto Rico Oversight, Management and Economic Stability Act"*, conocida como la Ley PROMESA (por sus siglas en inglés), 48 U.S.C. §§ 2101 et. seq. (Pub. Law 114-187) y de la cual se ha tomado providencia judicial, en cuanto a una parte litigante indispensable de autos, este Tribunal luego de examinado el expediente de epígrafe, al amparo de las disposiciones del Artículo 301 de la Ley PROMESA, supra, que incorpora las Secciones 362 y 922 del Código de Quiebras de los Estados Unidos, 11 U.S.C. §§ 362 (a), 922 (a), emite *Sentencia* decretando la paralización de los procedimientos en el presente caso **ORDENANDO SU ARCHIVO ADMINISTRATIVO** sin perjuicio y sin imposición de costas, gastos ni honorarios de abogado.

---

[1] *In re: Commonwealth of Puerto Rico, Caso Num. 17-1578.*

Expresamente reservamos jurisdicción para **DECRETAR LA REAPERTURA,** a solicitud de la parte interesada, en caso de que dicha orden de paralización sea dejada sin efecto en cualquier momento con posterioridad a la fecha de la presente *Sentencia* y la parte interesada acuda ante este foro una vez advenga final y firme tal disposición del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico; o que por otra razón proceda la continuación de los procedimientos en este caso.

En caso de que la reclamación o reclamaciones de autos queden totalmente adjudicadas en el proceso ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, por ello, extinto lo que aquí se predica, se considerará definitivo este dictamen, independientemente que dicho Tribunal o parte interesada lo notifique a este Tribunal.

**REGÍSTRESE Y NOTIFÍQUESE.**

En San Juan, Puerto Rico, a 7 de junio de 2017.

**ROSA N. RUSSE GARCIA**
**JUEZ SUPERIOR**