# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Et al., | * | |
| | * | CIVIL NO. 12-2039(GAG) |
| Plaintiffs | * | |
| v. | * | CIVIL RIGHTS |
| COMMONWEALTH OF PUERTO RICO Et al., | * * | |
| Defendants | * | |

## INFORMATIVE MOTION TO AMEND NUNC PRO TUNC

**TO THE HONORABLE COURT:**

COMES NOW the undersigned counsel, Carlos A. Del Valle Cruz, and very respectfully states and prays:

1.  On this date, the appearing counsel filed two motions (Dockets. 1096, 1097) which identified the relevant Secretary of Justice as Cesar Miranda. It is requested that said motions be amended nunc pro tunc to read Secretary of Justice Luis Sanchez Betances.

WHEREFORE, it is respectfully respect this Honorable Court that the reference to Secretary of justice Cesar Miranda in Dockets 1096 and 1097 be amended nunc pro tunc to read Secretary of Justice Luis Sanchez Betances.

RESPECTFULLY SUBMITTED.

This February 11, 2019 in Montreal, Canada for San Juan, Puerto Rico.

*Carlos A. Del Valle Cruz*
CARLOS A. DEL VALLE CRUZ
USDC-PR # 130604
DEL VALLE LAW
P.O. Box 9022473
San Juan, Puerto Rico 00902-2473
(939) 218-1332
cdvlawpr@gmail.com

CERTIFICATE OF NOTIFICATION

On this date, the signatory to this motion has filed it with the Clerk of the Court via the CM/ECF that shall relay it to all counsel of record.