UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 FEB 12 AM 11: 16

| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br>COMMONWEALTH OF PUERTO RICO, ET ALS,<br>Defendant | CIVIL NO. 12 cv 02039 (GAG) |
|---|---|

**REQUEST FOR LEAVE TO FILE ANNUAL FINANCIAL STATEMENT**

**TO THE HONORABLE COURT:**

**COMES Now** the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico and very respectfully submits the following:

1. Pursuant to the Stipulation and Order (Docket 139) for the establishment of the TCA Office and the payment of its expenses, hereinafter "the Stipulation," the TCA Office is required to file with this Honorable Court an Annual Financial Statement.

2. Paragraph 30 of the Stipulation specifically states that "following each natural year, which starts on the 1$^{st.}$ of January and ends the 31$^{st.}$ of December, the TCA shall file with the Court an annual Financial Statement."

3. Pursuant to this Court's Order and in compliance with the same, the Technical Compliance Advisor hereby requests leave to submit the aforesaid Annual Financial Statement, included in this Motion as an attachment, covering the period from January 1, 2018 to December 31, 2018.

**WHEREFORE,** the Federal Monitor respectfully requests from this Honorable Court an Order authorizing the filing of the aforesaid Annual Financial and its corresponding approval after considering the same.

4. It is further requested by the undersigned that electronic copies of this document be sent to all parties of record since the documents in this filing have been submitted to the Honorable Court in hard copies.

San Juan, Puerto Rico, this ___th. day of February 2019.

**RESPECTFULLY SUBMITTED.**

_____
**ARNALDO CLAUDIO–Federal Monitor**
**OFFICE OF THE FEDERALMONITOR**
268 Munoz Rivera,
World Plaza, Suite 1001
San Juan, Puerto Rico 00918