**Report Date:** February 8, 2019

# TCAPR, CORP.
Office of the Technical Compliance Advisor

# Financial Report as of:

## December 31 2018

This financial report was prepared solely and exclusively for the use of the USDOJ, PRDOJ, and the USDC for the District of Puerto Rico and is to be considered private, privileged and confidential in substance and nature. It cannot be reproduced, shared, demonstrated, published or otherwise exposed to others without the express authorization. No one other than the named recipients can rely on this report and/or its terms and conditions.

Prepared by:
Eric Guzman
Executive Office Manager

February 8, 2019
Page 1 of 5

| To: | Judge Gustavo A Gelpi<br>United States District Court of Puerto Rico<br>Federico Degetau Federal Building<br>150 Carlos Chardon Street<br>San Juan, PR, 00918-1767 | Copies: | US Department of Justice<br>PR Department of Justice |
|---|---|---|---|

**From:** Eric Guzman
Executive Office Manager
Office of the Technical Compliance

**Re:** Mr. Arnaldo Claudio
Technical Compliance Advisor ("TCA")
TCAPR, Corp.

**Subject:** Financial Report as of December 31, 2018

## TCAPR, Corp.
### Statement of Operations and Fund Balance vs. Budget
### As of December 31, 2018

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---:|---:|---:|
| **TOTAL PRPD REFORM CONTRIBUTIONS** | $ 1,509,663.25 | $ 1,519,547.76 | $ (9,884.51) |
| | | | |
| **PROGRAM EXPENESES** | | | |
| SALARIES & WAGES | $ 413,838.24 | $ 478,838.00 | $ (64,999.76) |
| CONSULTANTS (CORE TEAM) | 602,647.50 | 602,070.12 | $ 577.38 |
| SPECIALISTS | 351,247.31 | 288,625.10 | 62,622.21 |
| TRANSPORTATION | 26,283.17 | 30,644.04 | $ (4,360.87) |
| **TOTAL PROGRAM EXPENSES** | 1,394,016.22 | $ 1,400,177.26 | $ (6,161.04) |
| | | | |
| **MANAGEMENT & GENERAL EXPENSES** | | | |
| EMPLOYER RELATED TAXES & BENEFITS | $ 52,198.27 | $ 57,770.48 | $ (5,572.21) |
| COMMUNICATIOS | 2,297.33 | 3,000.00 | $ (702.67) |
| PROFESSIONAL & FEES | 18,100.08 | 18,100.00 | $ 0.08 |
| OTHER OFFICE CHARGES | 4,238.93 | 4,500.02 | $ (261.09) |
| OFFICE RENT EXPENSES | 36,389.02 | 36,000.00 | $ 389.02 |
| **TOTAL MANAGEMENT & GENERAL EXPENSES** | 113,223.63 | 119,370.50 | $ (6,146.87) |
| | | | |
| FUND BALANCE (Note 5) | $ 2,423.40 | $ - | $ 2,423.40 |

February 8, 2019
Page 2 of 5

## TCAPR, Corp.
## Summary of Actual vs Budget Variance
### As of December 31, 2018

| TCAPR, CORP. | ACTUAL | BUDGET | VARIANCE |
|---|---:|---:|---:|
| PROGRAM EXPENSES | $ 1,394,016.22 | $ 1,400,177.26 | $ (6,161.04) |
| MANAGEMENT & GENERAL EXPENSES | 113,223.63 | 119,370.50 | (6,146.87) |
| BUDGET SAVING FROM PROGRAM & MANAGEMENT EXPENSES | $ 1,507,239.85 | $ 1,519,547.76 | $ (12,307.91) |

February 8, 2019
Page 2 of 5

## TCAPR, Corp.
## Statement of Financial Position
## As of December 31, 2018

| TCAPR, CORP. | 2018 | 2017 |
|---|---:|---:|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| PETTY CASH | $ (20.00) | $ (974.19) |
| REGULAR CHECKING ACCOUNT | 5,144.38 | 14,621.63 |
| RESTRICTED FUNDS (Note 1) | 7,675.00 | 7,675.00 |
| ACCOUNT RECEIVABLE (USDC-PR) (Note 2) | 83,123.98 | 47,639.75 |
| UNBILLED TCAPR SERVICES (Note 3) | 4,085.71 | 3,266.55 |
| UNBILLED SALARIES | - | 266.75 |
| TOTAL CURRENT ASSETS | $ 100,009.07 | $ 72,495.49 |
| | | |
| **OTHER ASSETS** | | |
| PRTC DEPOSIT (Note 4) | 150.00 | 150.00 |
| PREPAID INSURANCE | 7,312.00 | 3,290.00 |
| PREPAID INSURANCE AMORTIZATION | (6,641.70) | (2,891.34) |
| TOTAL OTHER ASSETS | $ 820.30 | $ 548.66 |
| | | |
| **TOTAL ASSETS** | $ 100,829.37 | $ 73,044.15 |
| | | |
| **LIABILITIES AND NET ASSETS** | | |
| | | |
| **CURRENT LIABILITIES** | | |
| ACCOUNTS PAYABLE | $ 80,809.09 | 52,669.08 |
| COURT OVERPAYMENT | - | 89.00 |
| SALARIES ROUNDING ADJUSTMENT | - | 673.24 |
| EXPENSES REIMBURSEMENT | - | 10.40 |
| SOCIAL SECURITY TAXES | - | 792.58 |
| FEDERAL INCOME TAX PAYABLE | - | 1,146.39 |
| FEDERAL UNEMPLOYMENT TAX | 168.00 | 168.00 |
| STATE INCOME TAX WITHHOLDING | - | - |
| INCOME TAX WITHHOLDING (VA) | 2,639.04 | 2,725.76 |
| CHAUFFER INSURANCE | 10.40 | 10.40 |
| 7% INCOME TAXES PAYABLE | 4,761.75 | 4,741.58 |
| OTHER FEES | 5.00 | 5.00 |
| **TOTAL CURRENT LIABILITIES** | $ 88,393.28 | $ 63,031.43 |
| | | |
| RESTRITED FUND BALANCE (Note 6) | $ 12,466.09 | $ 10,012.69 |
| | | |
| **TOTAL LIABILITIES & NET ASSETS** | $ 100,859.37 | $ 73,044.12 |

## TCAPR, Corp.
### Notes of Statement of Financial Position
### As of December 31, 2018

**Note 1:** Restricted Funds

The actual bank account balance of $12,818.38 includes funds in the amount of $7,675 that have been designated for the following transactions:

| | | |
|---|---|---:|
| Landlord Deposit | | $ 6,000.00 |
| Funds for an Office Switchboard | | 1,675.00 |
| | Total | 7,675.00 |

During the month of December 2018, the TCA made an advance payment for work which was required to be paid reimbursed and was invoiced by the USDC the following month of January 2019. This advance payment resulted in a temporary reduction in the Restricted Fund balance that was subsequently cured in January 2019.

**Note 2:** Overbilling

The total December invoice for Core Team cots was $84,922.37; however, due to a clerical mistake during the preparation on that invoice, the TCA over billed and collected $1,798.90. This credit will be applied towards the TCA invoice for the month of February 2019; at which time the overpayment is cured.

**Note 3:** TCA Office Unbilled Expenses

This amount represents TCA Office expenses incurred that have been invoiced to the USDC during the month of January 2019:

| | | |
|---|---|---:|
| Social Security Tax | | $ 693.30 |
| Telephone and Communications | | 191.61 |
| Medicare Tax | | 501.68 |
| Accounting, Tax & Advisory | | 1,508.34 |
| Medical Insurance | | 1,018.86 |
| Chauffer Insurnace | | 3.92 |
| FUTA | | 168.00 |
| | Total | $ 4,085.71 |

**Note 4:** PRTC Deposit

As a prerequisite to establishing a telephone/internet service with the PRTC/Claro for the TCA Office, a commercial deposit of $150.00 is required. Upon the closing of this account service, this deposit is to be applied towards the TCA Office's final invoice with any excess deposit to be refunded.

## TCAPR, Corp.
### Notes of Statement of Financial Position
### As of December 31, 2017

**Note 5**: Fund Balance

The Fund Balance account represents the overbilled amount, bank interest deposits, the difference between insurance premiums and their amortization amounts, and an immaterial rounding effect.

**Note 6:** Change in Accounting Policy & Prior Period Adjustment

Since 2015, the TCA has reported in the Fund Balance account to non-billed vacation and sick leave accruals of non-exempt employees who worked more than 115 hours per month as required by Act No. 180 of July 27, 1998[1]. However, to simplify the processing and payment of vacation and sick leave benefits, the TCA Office has preferred the practice processing and paying vacation and sick leave benefits similar to exempt (salary) employees.

As a result, all vacation and sick leave is currently reported on the Salaries & Wages (Expense) Account without the need to further accumulate this future reimbursable cost on the Financial Statements until such time the employee is terminated voluntarily or involuntarily. At such time, any unused vacation time[2] to be paid to the employee shall be billed to the USDC and recorded as a liability, and thereby meeting the requirements of Act No. 180 of July 27, 1998.

The above change in Accounting Policy has been presented retroactively, therefore, the comparative balance sheet balances for 2017 have been restated herein. The overall effect is a reduction in accumulated liabilities and an increase in the Fund Balance account.

The reconciliation of the prior period Fund Balance account is as follows:

| Vacations and Sick Leave Adjustment for 2017 | | |
|---|---|---|
| RESTRITED FUND BALANCE BEFORE | $ | 5,468.89 |
| ADJUSTMENT - VACATIONS & SICK LEAVE | | 4,543.80 |
| RESTRITED FUND BALANCE AFTER | $ | 10,012.69 |

---

[1] Pre-Labor Reform Rules
[2] Unused Sick Leave is not paid upon termination.