UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>          Defendants | No. 12-cv-2039 (GAG) |

**FEDERAL MONITOR'S MOTION TO RESTRICT CONTENTS
OF MOTION SUBMITTING EXECUTIVE SUMMARY OF
TOWN HALL MEETINGS FOR THE YEAR 2018.**

**TO THE HONORABLE COURT,**

Comes Now the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico, Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. On this same date the Federal Monitor, by and through the undersigned counsel intends to file a motion submitting the Executive Summary of Town Hall Meetings for the year 2018.

2. That pursuant to the Order of this Honorable Court of July 21, 2017 (Docket 567), it is respectfully requested that the aforesaid motion be filed in restricted mode until further determination by the Court.

Wherefore, in view of the above stated reasons, it is respectfully requested this motion be granted as requested.

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 12th. day of February, 2019  .

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070
