# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>  v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 12-cv-2039 (GAG) |

## FEDERAL MONITOR'S MOTION SUBMITTING EXECUTIVE SUMMARY OF TOWN HALL MEETINGS FOR THE YEAR 2018

TO THE HONORABLE COURT:

    COMES NOW Arnaldo Claudio, the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico represented by the undersigned attorney and very respectfully informs and submits the following document to this Honorable Court:

1.     The Executive Summary of the Town Hall Meetings for the year 2018 was submitted to the parties in this case in draft form for their comments and recommendations, which have been afforded due consideration to complement the aforesaid document.

2.     On this same date a Motion To Restrict has been filed in compliance with the Order of this Honorable Court of July 21, 2017 (Docket 567).

3.     The Executive Summary of the Town Hall Meetings for the year 2018 is hereby submitted in restricted mode.

    **Wherefore** the Federal Monitor respectfully requests this motion be granted as requested and the documents remains in restricted mode until further order of this Honorable Court.

**Certificate of Service**:  I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 12th.  day of February, 2019.

*S/ Antonio R. Bazán*
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070
