IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

## MOTION FOR DEPOSIT OF FUNDS

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Department ("Defendants"), by and through the undersigned counsel, and respectfully state and pray as follows:

1. On January 28, 2019, the Court ordered Defendants to deposit $60,000.00 with the Clerk of the Court to compensate Special Master Dr. Alex del Carmen on or before February 15, 2019. Docket No. 1087.

2. Today, Defendants will deposit and consign check number 00258440 with the Clerk of the Court in compliance with the Court's *Order*.

**WHEREFORE**, Defendants respectfully requests the Court take NOTICE of the above and GRANT Defendant's motion with any additional relief it deems just and proper.

**RESPECTFULLY SUBMITTED**.

1

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 15th day of February, 2019.

By:
*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282