IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

### INFORMATIVE MOTION REGARDING THE POLICE ACADEMY

TO THE HONORABLE COURT:

COMES NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Department ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. On December 18, 2017, the Court ordered Defendants to file informative motions regarding the Police Academy (the "Academy") and its recruiting progress, among other matters, on the 15th day of every month.

2. This is to inform the progress to date in compliance with the Court's order. The PRPB has:

   a. Received approximately eight hundred and eighty-two (882) applications of potential recruits (the "Candidates") for the Academy;

   b. Administered seven hundred and seven (707) entrance examinations;

   c. Six hundred and thirty-four (634) of the Candidates passed the exam;

   d. One hundred ninety-one (191) of the Candidates advanced to the second stage in the recruitment process, i.e., the polygraph test;

1

e. One-hundred eighty-nine (189) Candidates passed the polygraph test and seventy-five (75) of those became ineligible;

f. A total of two-hundred eight (208) Candidates are waiting to take the polygraph test; and

g. One hundred fifty-two (152) candidates are pending investigation.

3. Finally, the Puerto Rico Public Private Partnerships Authority (the "P3 Authority") continues to gather the necessary information and financial data from PRPB to finalize the Request for Qualifications for the administration of the Academy, which is the next step in the procurement process, and upon information and belief should be published by the P3 Authority later this month.

**WHEREFORE**, Defendants respectfully requests the Court take NOTICE of the above, with any additional relief it deems just and proper.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 15th day of February, 2019.

By:
*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282
