IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

## ORDER

The undersigned District Judge will visit the Police Academy in Gurabo for an inspection of the facilities and status conference on Thursday, February 28th at 2:00 p.m.  This is to inform the parties that I have invited to attend as observers the following Commonwealth officials:

1. Associate Justice of the Puerto Rico Supreme Court, Honorable Edgardo Rivera Garcia

2. Senator and Chair of the Senate Committee on Public Safety, Honorable Henry Neumann

Both Justice Rivera Garcia and Senator Neumann have expressed to the undersigned their interest in joining.  Based on their credentials, and interest in the Reform Process, they are a welcome addition to those attending.

**SO ORDERED.**

In San Juan, Puerto Rico this 20th day of February 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge