IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>    **Defendants.** | **CASE NO. 12-2039 (GAG)** |

## INFORMATIVE MOTION IN COMPLIANCE WITH COURT ORDER REGARDING CONDADO TOWN HALL MEETING SCHEDULE

**TO THE HONORABLE COURT:**

**NOW COMES**, the undersigned as Counsel in Charge of the Public Hearings on behalf of the Federal Monitor's Office, who respectfully informs the Court as follows:

As previously anticipated, the first Town Hall Meeting of the municipality of San Juan will take place next Tuesday, February 26, 2019 (See Docket No. 1093), at the Mariott Hotel in Condado. The aforementioned Town Hall Meeting aspires to cover the areas of Condado, Miramar, Ocean Park, Punta Las Marías, Puerta de Tierra, Loíza Street and the Luis Lloréns Torres community. The undersigned will start the proceedings at exactly 7:00 p.m. Therefore, all scheduled guest speakers, general public and the parties are asked to arrive at least an hour before the scheduled time.

As per the directives of the Court, the above-mentioned Town Hall Meeting shall have a two (2) hour duration, which will be strictly adhered to so that everybody can drive home by

9:00 p.m. In order to assure that the two (2) hour time limit established by the Court is complied with, the undersigned will allot specific timeframes for the guest speakers' presentations, as well as for the Parties and the Federal Monitor to respond or address any concerns brought up by the guest speakers.

As of today's date, the Federal Monitor's Office has received confirmation that the following guest speakers will participate in the above-mentioned Town Hall Meeting:

1. Ms. Karen Schneck, from the Condado community, who will talk about the importance of security on the beach;

2. Dr. Eduardo Rodríguez, from the Condado community, who will speak about the importance of providing psychological help to police officers;

3. Ms. María Procaccino, from the Condado community, who will speak about conversational English lessons to police officers;

4. Mr. Segismundo Gutierrez, from the Miramar community, who will speak about abandoned houses in the area, homeless people, and business permits;

5. Ms. Ana María Guzman, from the Luis Lloréns Torres community, who will speak about business permits;

6. Mr. John Paul Lugo, from the Punta Las Marías community, who will speak about the problem with abandoned houses in the area;

7. Ms. Maria Pabón, from the Puerta de Tierra community, who will speak about problems in the area regarding security, homeless people, and abandoned structures; and

8. Mr. Roberto Cacho, owner of the Hard Rock Café in Condado, who will speak about the concerns of the merchants in the area.

2

All scheduled guest speakers shall have an allotted time of approximately six (6) minutes for their presentations. A detailed timetable is attached as Exhibit #1. The undersigned will alert each speaker when his o her turn is almost over, and will grant additional time with cause or when special circumstances merit it. Counsel in charge will exert all reasonable measures to accommodate any person interested in participating in the scheduled Town Hall Meeting within the established time frame. In the event that an interested person does not get an opportunity to participate in the Town Hall Meeting, the undersigned will instruct said speaker to communicate directly with the parties and representatives of the Federal Monitor's Office regarding any concern or suggestion that they may have regarding the Police Reform so that the same can be channeled appropriately. We have notified and continue to notify that written statements may be submitted to the undersigned prior to the scheduled Town Hall Meeting at alfredo@cglawpr.com.

Lastly, the undersigned reminds the Parties and all scheduled participants, that this and all scheduled Town Hall Meetings will be informal in nature. However, even though the meetings will not be conducted directly by the Court and will not follow a courtroom-like format, the Federal Monitor's Office is an arm of the Court, therefore all participants must conduct themselves as if the Court was presiding the proceedings (see Docket No. 815). Out of abundance of caution, the undersigned will send each guest-speaker the rules of the proceedings in a Spanish language format to make sure the directives of the Court are strictly adhered to. The undersigned also informs the Court that all production matters have been coordinated by Mr. Javier González on behalf of the Federal Monitor's Office.

WHEREFORE, the undersigned, as counsel in charge of the Town Hall Meetings on behalf of the Federal Monitor's Office, respectfully requests that the Court takes notice of the

3

above for all relevant purposes, approve the proposed agenda and issue the corresponding directives that it may deem necessary.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this February 21, 2019.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com