**Sustainable Reform for the Puerto Rico Police Bureau**
**Condado Town Hall Meeting**
**Tuesday, February 26, 2019**

| Time | Name | Association | Topic of Presentation |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Alfredo Castellanos Bayouth, Esq. | Federal Monitor's Office | Opening Statement and Rules of Proceedings |
| 7:04 p.m. – 7:09 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Opening Statement |
| 7:10 p.m. – 7:13 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Opening Statement |
| 7:14 p.m. – 7:17 p.m. | Ms. María Domínguez, Esq. or designated representative | Legal Representation of the Commonwealth of Puerto Rico | Opening Statement |
| 7:18 p.m. – 7:24 p.m. | Ms. Karen Schneck | Condado Community | Beach Security |
| 7:26 p.m. – 7:32 p.m. | Dr. Eduardo Rodríguez | Condado Community | Psychological Help for Police Officers |
| 7:34 p.m. – 7:40 p.m. | Ms. María Procaccino | Condado Community | Conversational English Lessons for Police Officers |
| 7:42 p.m. – 7:48 p.m. | Mr. Segismundo Gutierrez | Miramar Community | Problems with abandoned houses in the area, homeless people and business permits |
| 7:50 p.m. – 7:56 p.m. | Ms. Ana María Guzmán | Luis Lloréns Torres Community | Business Permits |
| 7:58 p.m. – 8:04 p.m. | Mr. John Paul Lugo | Punta Las Marías Community | Probems with abandoned houses in the area |
| 8:06 p.m. – 8:12 p.m. | Ms. María Pabón | Puerta de Tierra Community | Problems regarding security, homeless people and abandoned houses in the area |

| | | | |
|---|---|---|---|
| 8:14 p.m. – 8:17 p.m. | Mr. Roberto Cacho | Hard Rock Café in Condado | Concerns as a merchant in the area |
| 8:19 p.m. – 8:25 p.m. | Reserved for Business owner from Calle Loíza | Calle Loíza | Concerns as a merchant in the area |
| 8:27 p.m. – 8:33 p.m. | Reserved for Potential Guest Speaker | | |
| 8:35 p.m. – 8:41 p.m. | Reserved for Potential Guest Speaker | | |
| 8:43 p.m. – 8:49 p.m. | Reserved for Potential Guest Speaker | | |
| 8:50 p.m. – 8:53 p.m. | Ms. María Domínguez, Esq. or designated representative | Legal Representation of the Commonwealth of Puerto Rico | Closing statement |
| 8:53 p.m. – 8:56 p.m | Mr. Luis Saucedo, Esq. | USDOJ | Closing statement |
| 8:56 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Closing statement |
| 9:00 p.m | Mr. Alfredo Castellanos Bayouth, Esq. | Federal Monitor's Office | Closing statement |