# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 12-2039 (GAG) |
| COMMONWEALTH OF PUERTO RICO, et al., | |
| Defendants. | |

## INFORMATIVE MOTION REGARDING YABUCOA TOWN HALL MEETING SCHEDULE

**TO THE HONORABLE COURT:**

**NOW COMES**, the undersigned as Counsel in Charge of the Public Hearings on behalf of the Federal Monitor's Office, who respectfully informs the Court as follows:

As previously anticipated, the Town Hall Meeting for the Humacao and Yabucoa regions will take place next Thursday, February 28, 2019 (See Docket No. 1093), at Parque del Niño in Yabucoa at 7:00 p.m.

As per the directives of the Court, the above-mentioned Town Hall Meeting shall have a two (2) hour duration, which will be strictly adhered to so that everybody can drive home by 9:00 p.m. In order to assure that the two (2) hour time limit established by the Court is complied with, the undersigned will allot specific timeframes for the guest speakers' presentations, as well as for the Parties and the Federal Monitor to respond or address any concerns brought up by the guest speakers.

**Civil No. 12-2039 (GAG)**

As of today's date, the Federal Monitor's Office has received confirmation that the following guest speakers will participate in the above-mentioned Town Hall Meeting:

1. Hon. Rafael Surillo Ruiz, Mayor of Yabucoa;
2. Mr. Iván Pérez García, from the Special Communities sector;
3. Ms. María Sepúlveda Ruiz, from the Neighborhood Councils sector;
4. Mr. Miguel Velázquez López, security director of Palmas del Mar;
5. Ms. Sonia L. Rodríguez González, speaker for the Citizens Interaction Committee;
6. Ms. Sandra Carvajal Palma, from the Immigrants Community;
7. Mr. Pedro Rodríguez Amaro, from the LGBTTIQ Community;
8. Mr. Omar Amabert Pérez, representing the University of Puerto Rico, Humacao campus students;
9. Mr. Stephen Álvarez Ortiz, from WALO Radio Station;
10. Ms. Carmen M. Lozada Ríos, representing the people with disabilities sector;
11. Mr. Heriberto Calero Pagán, from the Faith organizations sector; and
12. Ms. María L. Colón, Esq., representing the enterprise sector.

All scheduled guest speakers shall have an allotted time of approximately three (3) minutes for their presentations. A detailed timetable is attached as Exhibit #1. The undersigned will alert each speaker when his o her turn is almost over, and will grant additional time with cause or when special circumstances merit it. Counsel in charge will exert all reasonable measures to accommodate any person interested in participating in the scheduled Town Hall Meeting within the established time frame. In the event that an interested person does not get an opportunity to participate in the Town Hall Meeting, the undersigned will instruct said speaker to

**Civil No. 12-2039 (GAG)**

communicate directly with the parties and representatives of the Federal Monitor's Office regarding any concern or suggestion that they may have regarding the Police Reform so that the same can be channeled appropriately. We have notified and continue to notify that written statements may be submitted to the undersigned prior to the scheduled Town Hall Meeting at alfredo@cglawpr.com.

Lastly, the undersigned reminds the Parties and all scheduled participants, that this and all scheduled Town Hall Meetings will be informal in nature. However, even though the meetings will not be conducted directly by the Court and will not follow a courtroom-like format, the Federal Monitor's Office is an arm of the Court, therefore all participants must conduct themselves as if the Court was presiding the proceedings (see Docket No. 815). Out of abundance of caution, the undersigned will send each guest-speaker the rules of the proceedings in a Spanish language format to make sure the directives of the Court are strictly adhered to. The undersigned also informs the Court that all production matters have been coordinated by Mr. Javier González on behalf of the Federal Monitor's Office.

WHEREFORE, the undersigned, as counsel in charge of the Town Hall Meetings on behalf of the Federal Monitor's Office, respectfully requests that the Court takes notice of the above for all relevant purposes, approve the proposed agenda and issue the corresponding directives that it may deem necessary.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this February 21, 2019.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911

3

**Civil No. 12-2039 (GAG)**

Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor to the Office of the TCA
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com
