**Sustainable Reform for the Puerto Rico Police Bureau**
**Yabucoa Town Hall Meeting**
**Thursday, February 28, 2019**

| Time | Name | Association | Topic of Presentation |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Alfredo Castellanos Bayouth, Esq. | Federal Monitor's Office | Opening Statement and Rules of Proceedings |
| 7:04 p.m. – 7:07 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Opening Statement |
| 7:08 p.m. – 7:11 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Opening Statement |
| 7:12 p.m. – 7:15 p.m. | Ms. María Domínguez, Esq., or designated representative | Legal Representation of the Commonwealth of Puerto Rico | Opening Statement |
| 7:16 p.m. – 7:19 p.m. | Hon. Rafael Surillo Ruiz | Mayor of Yabucoa | Municipality efforts and challenges regarding police and security |
| 7:21 p.m. – 7:24 p.m. | Mr. Iván Pérez García | Special Communities | Concerns of the Special Communities |
| 7:26 p.m. – 7:29 p.m. | Ms. María Sepúlveda Ruiz | Neighborhood Councils | Concerns and efforts of the neighborhood councils |
| 7:31 p.m. – 7:34 p.m. | Mr. Miguel Velázquez López | Security director of Palmas del Mar | Concerns regarding security in the Palmas del Mar sector |
| 7:36 p.m. – 7:39 p.m. | Ms. Sonia L. Rodríguez González | Citizens Interaction Committee | Concerns and efforts of the Citizens Interaction Committee |
| 7:41 p.m. – 7:44 p.m. | Ms. Sandra Carvajal Palma | Immigrants Community | Concerns of the immigrant community |

| | | | |
|---|---|---|---|
| 7:46 p.m. – 7:49 p.m. | Mr. Pedro Rodríguez Amaro | LGBTTIQ Community | Concerns of the LGBBTTIQ community |
| 7:51 p.m. – 7:54 p.m. | Mr. Omar Amabert Pérez | UPR Humacao | Student concerns regarding security around the university area |
| 7:56 p.m. – 7:59 p.m. | Mr. Stephen Álvarez Ortiz | WALO Radio Station | |
| 8:01 p.m. – 8:04 p.m. | Ms. Carmen M. Lozada Ríos | People with disabilities sector | Concerns regarding attention and treatment to people with disabilities |
| 8:06 p.m. – 8:09 p.m. | Mr. Heriberto Calero Pagan | Faith organizations | Concerns and efforts of the community faith organizations |
| 8:11 p.m. – 8:14 p.m. | Ms. María L. Colón, Esq | Enterprise Sector | Concerns as a merchant in the area |
| 8:16 p.m. – 8:19 p.m. | Reserved for Potential Guest Speaker | | |
| 8:21 p.m. – 8:24 p.m. | Reserved for Potential Guest Speaker | | |
| 8:26 p.m. – 8:29 p.m. | Reserved for Potential Guest Speaker | | |
| 8:31 p.m. – 8:34 p.m. | Reserved for Potential Guest Speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for Potential Guest Speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for Potential Guest Speaker | | |
| 8:46 p.m. – 8:49 p.m. | Ms. María Domínguez, Esq., or designated representative | Legal Representation of the Commonwealth | Closing statement |

|  |  | of Puerto Rico |  |
| --- | --- | --- | --- |
| 8:50 p.m. –8:53 p.m | Mr. Luis Saucedo, Esq. | USDOJ | Closing statement |
| 8:54 p.m. –8:59 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Closing statement |
| 9:00 p.m | Mr. Alfredo Castellanos Bayouth, Esq. | Federal Monitor's Office | Closing statement |