# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff;<br><br> v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>    Defendants. | No. 12-cv-2039 (GAG) |

## MOTION SUBMITTING AGENDA FOR THE
## FEBRUARY 28, 2019, STATUS CONFERENCE

  COMES NOW, Plaintiff, the United States of America, by and through the undersigned, and respectfully submits the agenda developed jointly by the Parties and the Court Monitor for the status conference set for February 28, 2019.  The Court approved the agenda on February 20, 2019, as informed by the Court Monitor.  The agenda is attached hereto for the record.

  WHEREFORE, the United States respectfully submits the approved status conference agenda for entry in the case docket.

  Respectfully submitted, this 25th day of February, 2019,

                **STEVEN H. ROSENBAUM**
                Chief, Special Litigation Section
                Civil Rights Division

                *s/Luis E. Saucedo*
                **TIMOTHY D. MYGATT**
                Deputy Chief
                **LUIS E. SAUCEDO** (G01613)
                Counselor to the Chief & Senior Trial Attorney
                U.S. Department of Justice
                Civil Rights Division
                Special Litigation Section
                950 Pennsylvania Avenue, NW
                Washington, DC 20530

Tel:  (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 25th of February, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record and the Court Monitor on the service list to be served by electronic means.

<u>*s/Luis E. Saucedo*</u>
LUIS E. SAUCEDO (G01613)
Counselor to the Chief