*United States v. Commonwealth of Puerto Rico, et al.*, No. 3:12-cv-2039 (GAG)
**Agenda for the February 28, 2019, Status Conference**

1.  Feedback from the Parties and the Monitor regarding Compliance Monitoring (Court)

    a.  Schedule of Core Team Visits, August – December 2019 (Monitor/P.R.)

    b.  Schedule of Progress and Monitoring Reports, Paragraphs 252, 261 (Monitor)

    c.  Status of PRPB's Implementation Plan (Monitor)

2.  Protocol for Communication between the Parties, Special Master, Monitor, and the Court (P.R.)

3.  Commencement of Police Academy Class (P.R.)

4.  Town Hall meetings (P.R.)

5.  Update on Community Survey under Paragraph 241 and Summary Report on Town Halls (Monitor)

6.  Monitor's Office Budget for FY19-20 (Monitor)

7.  Update on Promotions Regulation (U.S./P.R./Monitor)

8.  Monitor's Document Requests and Commonwealth's Failure to Provide Documents (Monitor)

9.  Update on Use of Force Investigations related to the May 1, 2018, Protests (Monitor)

10. Update on Retroactive Payments to Personnel (Monitor, per the Court)

11. Status of PRPB's Compliance with USDOJ's Equitable Sharing Program (Monitor)

12. Proposed Stipulation on Special Master's Duties and Authorities (U.S.)

13. Information Technology (P.R.)