# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>    **Defendants.** | **CASE NO. 12-2039 (GAG)** |

**INFORMATIVE MOTION REGARDING SCHEDULING MOTION NOTIFICATION**

**TO THE HONORABLE COURT:**

**NOW COMES,** the Constitutional and Legal Advisor as well as Counsel in Charge of Public Hearings for the present case, who respectfully informs the Court as follows:

Pursuant to the Informative Motion Regarding Initial Schedule for the Town Hall Meetings (See Docket No.1093), as well as the Informative Motions regarding Final Schedule for the Condado and Yabucoa Town Hall Meetings (See Docket No.1115 and 1116, respectively), the undersigned hereby informs the Court that a copy of the above-mentioned documents has been furnished to each scheduled guest speaker, along with a Spanish version of the directives of the Court for the referenced Town Hall Meetings.

WHEREFORE, the undersigned respectfully requests that the Court takes notice of the above for all relevant purposes.

In San Juan, Puerto Rico, this February 25, 2019.

1

**Civil No. 12-2039 (GAG)**

                                    **CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Counsel in Charge of Public Hearings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

    **I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Counsel in Charge of Public Hearings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com