# UNITED STATES OF AMERICA
## DISTRICT COURT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

COMMONWEALTH OF PUERTO
RICO, et al,

    DefendantS

CIVIL NO. 12-2039 (GAG)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    COMES NOW the undersigned attorney, and respectfully STATES and PRAYS as follows:

    1.    The undersigned attorney has joined the American Civil Liberties Union of Puerto Rico.

    2.    Accordingly, the undersigned attorney very respectfully requests the Honorable Court to grant him leave to enter his appearance as an attorney of record in this case on behalf of the ACLU in *amicus curie* character.

    Please enter the appearance of FERMÍN L. ARRAIZA NAVAS as an attorney for the American Civil Liberties Union, Puerto Rico Chapter as *amicus curie* in this action.

    At San Juan, Puerto Rico this 1rst day of March 2019.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notice the filing of this document to all parties in this action.

*S/FERMÍN L. ARRAIZA NAVAS*
FERMÍN L. ARRAIZA NAVAS
USDC-PR 215705
farraiza@aclu.org

WILLIAM RAMIREZ-HERNANDEZ, Esq
Executive Director
American Civil Liberties Union
of Puerto Rico
E-Mail wramirez@aclu.org

Union Plaza Building
416 Ave. Ponce de León, Suite 1105
San Juan, PR 00918
Phone: 787-753-8493
Fax: 787-753-4268