IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMONWEALTH OF PUERTO RICO et al.,**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

## ORDER

Amicus ACLU is hereby ordered to meet within the next 30 days with counsel for PRPB, USDOJ and Monitor to discuss the monitoring phase of this case. The Court notes that both PRPB and ACLU have new Counsel.

On or before April 15, 2019, ACLU shall file a memorandum stating to the Court its position as to the current status of affairs as to all areas of the Agreement subject to monitoring. ACLU shall also make any prospective recommendations to the Court.

The above report is intended not to criticize or commend particular incidents or actions taken. Rather, the same should focus on the larger perspective of the reform itself.

The report shall be filed initially in restricted mode, so that it serves as a working document for objective discussion among the Court, Monitor, and parties.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of March 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge