Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 75054
(817) 681-7840
EIN: 45-051-4621

**Invoice No.** 938764039375

# INVOICE

**Customer**

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan    State: PR    ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 3/2/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 10.5 | Calls, emails, writings, meetings | $150.00 | $1,575.00 |
| 25.5 | Review of Documents (i.e., Implementation Addendums) | $150.00 | $3,825.00 |
| 16 | Puerto Rico Visit (February 28, March 1, 2019) | $150.00 | $2,400.00 |
| 1 | Flight Reimbursement (lowest coach fare available) | $504.63 | $504.63 |
| 3 | Hotel Reimbursement (3 Nights at reduced rate of $150/night) | $150.00 | $450.00 |
| 3 | Daily Meal Per Diem (No charge) | $0.00 | $0.00 |
| 1 | Transportation (Taxi) & DFW Airport Parking (No charge) | $0.00 | $0.00 |
| 8.5 | Hours worked during the month of February (Pro Bono) | $0.00 | $0.00 |

SubTotal $8,754.63
Shipping & Handling
Taxes    State
TOTAL $8,754.63

Signature: _____

Office Use Only