AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ Puerto Rico _____

| United States of America | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING** |
| V. | **SUBSTITUTION OF ATTORNEY** |
| Commonwealth of Puerto Rico, et al. | |
| Defendant (s), | CASE NUMBER: 3:12-cv-02039-GAG |

Notice is hereby given that, subject to approval by the court, _the United States of America_ substitutes
(Party (s) Name)

_Jorge M. Castillo_____, State Bar No. _NY 4893194_ as counsel of record in
(Name of New Attorney)                                           PR: G02912

place of _Lynda Garcia and Zazy Ivonne Lopez_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      U.S. Department of Justice, Civil Rights Division
Address:        950 Pennsylvania Ave. NW, PHB 5923B, Washington, DC 20530
Telephone:      (202) 305-2396                    Facsimile _____
E-Mail (Optional): jorge.castillo@usdoj.gov

I consent to the above substitution.
Date:   2/28/19                                   _____
                                                  (Signature of Party (s))

I consent to being substituted.
Date:   _____                       _____
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   Feb. 28, 2019                             _____
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   _____                       _____
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]