IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

## ORDER

At the status conference held on February 28, 2019, PRPB informed the Court that its IT and electronic information system is not yet in complaince with the Agreement so as to allow rapid, efficient, and appropriate data collection for the various areas of the police reform.

Today, PRPB in Civil Case No. 16-2845 (GAG) also informed at Docket No, 62 of this very predicament.

Accordingly, the parties and Monitor are hereby **ORDERED** to meet and to report to the Court no later than March 20, 2019, an effective plan of action geared to resolving this matter of utmost importance.

On this date, the undersigning asked Monitor's Office core team member and IT subject area expert, Scoot Cragg, to provide a succinct opinion as to what is needed to rapidly permit the Commonwealth to come into compliance. The Monitor shall provide copies of said memorandum to the parties.

Without effective and simultaneous data collection and review by PRPB, USDOJ, Monitor, and the Court it is impossible to rapidly and effectively determine compliance or non-compliance with the Agreement in its several areas.  More so, it results in unnecessary additional work to all.

**Civil No. 12-2039 (GAG)**

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of March 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
