IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

## RESTRICTED ORDER #1

The Court reminds the parties, their counsel, and all court officers to comply with its order at Docket No. 575. This is important, given the entry of new counsel to the case. This is not the first time there is a counsel change, and the Court recognizes that each time fiction naturally ensues. Notwithstanding, as the late Senior Judge Salvador E. Casellas would say, "civility and professionalism" are the norm. The same will promote the resolution of all matters before the Court.

This rule is not directed to anyone in particular. It is applicable to all including the undersigned.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of March 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge