IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO et al.,**<br><br>**Defendants.** | **CIVIL NO. 12-2039 (GAG)** |

## RESTRICTED ORDER #2

At the February 28, 2019 status conference new counsel to the Government suggested the revision of some of the Court approved/sanctioned, long-standing, practices in regards to how monitoring and related matters have been conducted thus far.

While the Court appreciates all suggestions by any party, as well as the monitor, the practice in this case has historically been for all policies and procedures and practices to be discussed and approved in consensus made by all, PRPB, USDOJ, and the Monitor, with limited exceptions.

Accordingly, unless the Court orders otherwise, the Court expects all to continue complying with the existing terms of the Agreement, as well as specific orders and directives it has issued. Any proposed changes must, thus, be discussed by all and subsequently submitted to the Court to for approval.

The Court expects PRPB to fully comply with the Monitor's authority as per the terms of the Agreement. All are expected to comply with the order at Docket No. 575. In addition, the Court has also throughout the course of the Monitorship, issued specific ordered addressed to the Monitor and parties. See Docket Nos. 288; 613. These continue to be in effect.

**Civil No. 12-2039 (GAG)**

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of March 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge