IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

## ORDER

This case involving the Agreement reached in 2013 by the United States and the Commonwealth of Puerto Rico has now entered into its monitoring stage, following a four-year capacity building stage.

Because monitoring and capacity building are horses of two different colors, it is important at this early stage of Phase II of the Agreement for the parties and monitor to discuss with the Court their expectations and concerns.

Due to my congested criminal docket, as well as newfound administrative responsibilities, I have reached out for help to my esteemed colleague and mentor, Senior Judge Juan M. Pérez-Giménez. The Judge has graciously volunteered to meet with all for an in-camera discussion of areas in which his experience and expertise of thirty years of federal court monitoring can be of assistance to Puerto Rico's Police Reform. Judge Pérez-Giménez will issue an order forthwith, setting a date for such conference as well as any other directives.

**Civil No. 12-2039 (GAG)**

    **SO ORDERED.**

In San Juan, Puerto Rico this 4th day of March 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
