# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>ET AL<br>　　　　　Defendants | No. 12-cv-2039 (GAG) |

### FEDERAL MONITOR'S MOTION SUBMITTING DOCUMENT IN COMPLIANCE WITH COURT ORDER AT DOCKET 1134

**TO THE HONORABLE COURT,**

　　Comes Now the Federal Monitor to the Sustainable Reform of the Police of Puerto Rico, Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1.　　On March 4, 2019, this Honorable Court issued an Order (Docket 1134) asking the Monitor's Office core team member and IT subject matter expert Scott Cragg to provide a succinct opinion as to what is needed to rapidly permit the Commonwealth to come into compliance and further ordered the Monitor to provide copies of said memorandum to the parties.

2.　　The document requested by the Court from Core Team Member Scott Cragg (Information Technology Subject Matter Expert) is hereby respectfully submitted in compliance with the aforesaid Order as an attachment to this motion.

3.　　That prior to the filing of this motion, pursuant to the Order of this Court of July 21, 2017 (Docket No. 567), a motion to restrict the contents of this motion has been filed.

**Wherefore**, in view of the above, it is respectfully requested the filing of the document generated by Mr. Scott Cragg in compliance with the Order of this Court be permitted and this motion be granted as requested.

**Certificate of Service**:  I hereby certify that copy of the foregoing motion and the document attached in *pdf* form, have been electronically notified to the parties through the Court's system.

San Juan, Puerto Rico, this 6th.  day of March, 2019.
Respectfully submitted.

S/ Antonio R. Bazán
Antonio R. Bazán González
U.S.D.C. No. 117007
Banco Cooperativo Plaza Bldg.
Suite 604-B, #623 Ponce de León Ave.
San Juan, Puerto Rico, 00918.
Tel. No. (787) 764-7684 & (787) 249-3070