FOR THE FEDERAL MONITOR
WORLD CENTER PLAZA, OFFICE 1001
SAN JUAN, PUERTO RICO, 00918

**INTRODUCTION**:

Pursuant to on-site meetings between the Parties and a status review before the Court during the week of 25 February 2019, the Federal Monitor requested that in response to questions from Judge Gelpi, the Information Technology Monitor/SME Mr. Scott Cragg provide opinions on "when the Puerto Rico Police Bureau will have effective IT". What follows is in response to the above.

**Precursors to the above that should be considered:**

1) Definition of Effective; At this time, in this case, PRPB has not unequivocally codified disambiguated,concise definitions of either "effective or successful" IT systems. Only the schedulesincorporated in the Action Plans arequantifiable other than training cohort targets. Effectiveness and efficiency should be parametized quantifiably for any system to be measurable.

2) Effectiveness of IT can ultimately be superfluous if not coupled to a process or outcome. This said, information technology can be only as effective as the overarching process it supports when properly integrated and implemented. As such every process must be defined by inputs, outputs, roles, responsibilities, etc., all of which would be enabled and supported by IT.

3) Data Collection is essential to every process irrespective of whether or not it is manual or digitized.

4) Data Analysis is critical to the exploitation of the data collected and its usefulness to process optimization and therefore PRPB transformation.

**Opinion/Observation:**While effective IT is one goal, of critical importance to PRPB's transformation is their ability to be self-aware, through analysis, of theirpolicing baseline and the gap between its current state and its targeted, transformed policing state. Setting aside evolved intellectual and management maturity, and the cultural change sought, understanding data as a lever to provoke transformation is a must. And so at this stage of monitoring it is *__essential that the PRPB, Department of Justice and the Core Team collectively and simultaneously review all data elements for all processes and systems, record them, and ensure that the processes and systems to be invoked during the life of the reform are actually relevant to transformation, and incorporated in the systems and processes being developed.__* If this is not done, there will be no forcing function to drive data and process together. And, if carried through to fruition, IT development and its eventual utility to policing processes will be left to chance. Data definition and capture are the most critical

elements there are to analytical understanding, baselining, gap analysis and goal setting for process and organizational change.  Adding, there does not yet appear to be a robust, organized or skilled analytical cadre from which PRPB can draw.

So when will PRPB have effective IT?  They will achieve that state when they can uniformly define and implement all data (and processes) essential to PRPB's policing, management and transformation activity.  To do so the following steps are required and should be accomplished as soon as possible;

   a) All processes, Forms (hardcopy and digital), reports, and data entry fields should be compiled and catalogued for reconciliation.
   b) A data registry, if not yet already available, must be established and put under regimented configuration management.
   c) A data review should be scheduled and must include representatives from the Parties, Core Team, independent and Court representatives.
   d) Processes and workflows should be reconciled with the products of items a & b above.

Noting - PRPB has failed to adequately staff its Bureau of Technology with sufficient experts to effectively strategize and manage the tasks necessary to evolve its IT capabilities and skill sets needed to support the Transformation with systems in a timely manner.  PRPB must fill this gap by acquiring the necessary skills by hiring, repurposing already involved experts, or adding them immediately in both technology, strategy and analytical disciplines.

**Recommendation:** At earliest opportunity, possibly April of 2019, steps a, b, c and d must be performed.  in the interim and during the March on site visit that PRPB prepare for said review PRPB should prepare with the assistance of experts and/or the Core Team.  Furthermore, the parties consider capitalizing on IT experts currently available, or PRPB rapidly identify additional IT experts familiar with process reengineering, data architects, programmatics, strategy and architecture to augment the staff currently on hand.  Not doing so fails to understand the urgency required to make progress.  Should PRPB continue to fail to adequately staff immediately and appropriately, the PRPB should be compelled to do so.  The limited success of the capacity building period is a testament to the Bureaus lackadaisical approach to transformation.

**Summary:**   When the PRPB will have "effective IT" is not singularly answerable.  Effective IT will be achieved when PRPB commits to transformation, process optimization, and IT design best practices.  It is critical that the parties, experts, core team and stakeholders work in unison to transform the PRPD by identifying and synchronizing goals with work flows and data definitions that represent the "to-be" transformed state and then securing the necessary analytical talent to assess, mange and direct the changes needed.