**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR -7 AM 10: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff; | |
| v. | |
| COMMONWEALTH OF PUERTO RICO, ET AL., | No. 12-cv-2039 (GAG) |
| Defendants. | |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for February 2019.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $6,500.00 | February 25 2019 to March 1, 2019 |
| Marcos Soler | $2,600.00 | February 27, 2019 to February 28, 2019 |
| John J. Romero | $6,500.00 | February 25, 2019 to March 1, 2019 |
| Alan Youngs | $6,500.00 | February 25, 2019 to March 1, 2019 |
| Scott Cragg | $4,590.00 | February 27, 2019 to March 2, 2019 |
| | Subtotal | $26,690.00 |
| **Telework** | | |
| Linda V. Navedo | $8,250.00 | February 2019 |
| Rafael E. Ruíz | $2,600.00 | February 2019 |
| Marcos Soler | $6,600.00 | February 2019 |
| John J. Romero | $2,600.00 | February 2019 |
| Alan Youngs | $2,600.00 | February 2019 |
| Scott Cragg | $4,550.00 | February 2019 |
| | Subtotal | $27,200.00 |
| | | |
| | | |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | | |
|---|---|---|---|
| Alfredo Castellanos | $6,750.00 | | February 2019 |
| Federico Hernandez Denton | $1,250.00 | | February 2019 |
| Antonio Bazán | $4,062.50 | | February 2019 |
| | Subtotal | $12,062.50 | |
| Richard Blanco Peck, Pd.D. | $6,000.00 | | February 2019 |
| | Subtotal | $6,000.00 | |
| Jose Pujol | $2,325.00 | | February 2019 |
| | Subtotal | $2,325.00 | |
| The & Group (Town Hall Meetings) | $3,200.00 | | February 2019 |
| | Subtotal | $3,200.00 | |
| Car Expenses | | | |
| Chauffer | $900.00 | | February 24, 2019 to March 1, 2019 |
| Gasoline | $630.00 | | February 2019 |
| Tolls | $116.00 | | February 2019 |
| Car Maintenance | $122.31 | | February 2019 |
| | Subtotal | $1,768.31 | |
| | Total | $79,245.81 | |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $79,245.81, the total amount of the monthly expenses, for the month of February 2019.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $79,245.81, the total amount of the expenses for the month of February 2019.

In San Juan, Puerto Rico, this day March 7, 2019.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

_____
Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.