## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR -7 AM 10: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br><br>                    Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

        Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for February 2019.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $6,500.00 | February 25 2019 to March 1, 2019 |
| Marcos Soler | $2,600.00 | February 27, 2019 to February 28, 2019 |
| John J. Romero | $6,500.00 | February 25, 2019 to March 1, 2019 |
| Alan Youngs | $6,500.00 | February 25, 2019 to March 1, 2019 |
| Scott Cragg | $4,590.00 | February 27, 2019 to March 2, 2019 |
| | **Subtotal** | **$26,690.00** |
| **Telework** | | |
| Linda V. Navedo | $8,250.00 | February 2019 |
| Rafael E. Ruíz | $2,600.00 | February 2019 |
| Marcos Soler | $6,600.00 | February 2019 |
| John J. Romero | $2,600.00 | February 2019 |
| Alan Youngs | $2,600.00 | February 2019 |
| Scott Cragg | $4,550.00 | February 2019 |
| | **Subtotal** | **$27,200.00** |
| | | |
| | | |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
| --- | --- | --- |
| Alfredo Castellanos | $6,750.00 | February 2019 |
| Federico Hernandez Denton | $1,250.00 | February 2019 |
| Antonio Bazán | $4,062.50 | February 2019 |
| | Subtotal | $12,062.50 |
| Richard Blanco Peck, Pd.D. | $6,000.00 | February 2019 |
| | Subtotal | $6,000.00 |
| Jose Pujol | $2,325.00 | February 2019 |
| | Subtotal | $2,325.00 |
| The & Group (Town Hall Meetings) | $3,200.00 | February 2019 |
| | Subtotal | $3,200.00 |
| Car Expenses | | |
| Chauffer | $900.00 | February 24, 2019 to March 1, 2019 |
| Gasoline | $630.00 | February 2019 |
| Tolls | $116.00 | February 2019 |
| Car Maintenance | $122.31 | February 2019 |
| | Subtotal | $1,768.31 |
| | Total | $79,245.81 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $79,245.81, the total amount of the monthly expenses, for the month of February 2019.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the February expenses are approved and a check be issued in the amount of $79,245.81, the total amount of the expenses for the month of February 2019.

In San Juan, Puerto Rico, this day March 7, 2019.

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF PUERTO RICO**

Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY/2019 CONSULTORES NAVEDO LLC

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:　　**TCAPR Corp.**
　　　#268 Muñoz Rivera
　　　Suite 1001, World Plaza
　　　San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (Monitor Team) during the month of **February/2019** is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session for the receipt of the policies corresponding to the month of January/2019; creating electronic files that will be reviewed on February 2019, creating distribution list, writing emails for sending policies to members of the Monitor Team, Monitor and Deputy Monitor. (16.0) | N/A | X | 2-4, 5 / February | $2,400.00 |
| Work on the corresponding process for the follow up of the revision of the policies; sending policy reviews to the PRPD, among other matters. (5.0) | N/A | X | 6 / February | $750.00 |
| Work session for the follow-up to the policies' revision with Att. Antonio Bazán; sending policy reviews to the PRPD; policy review assigned for review during February / 2019 under my responsibility; drafting electronic mails and calls for the follow-up of outstanding issues. Policy and General Orders review and preparation of Approval Memorandum. (14.0) | | | 6-9 , 11,14,21, 22 / February | $2,100.00 |
| Work session for the development of the first draft of the agenda | | | 13, 15, 19-21 / February | $3,000.00 |

1

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| corresponding to the month of February 2019 for the Monitor's team and Reform Office . Discussion of the agenda with Reform Office, Monitor's Office Staff and Monitors. Preparation of final document. (20.0) | | | | |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE MONITOR TEAM WEEK: | | | | N/A |
| TOTAL OF BILLABLE HOURS (48 @ $150): | | | | $8,250.00 |
| TOTAL TO BE BILLED: | | | | $8,250.00 |
| TOTAL HOURS WORKED "PRO BONO": 0 HOURS | | | | |

INVOICE PRESENTED BY:


_____

LINDA V. NAVEDO CORTÉS
TCA Core Team
February 26, 2019


Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.


_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2019

3/6/2019

2

Rafael E. Ruiz
53 Adams St., Apt 1
Boston MA 02122

# INVOICE # 2019-02
DATE: 3/01/19

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

For Service: Feb. 1st – March 1st, 2019

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday, Feb. 25th, 2019 | | $1300/day | $1,300.00 |
| Tuesday, Feb. 26th, 2019 | | $1300/day | $1,300.00 |
| Wednesday, Feb. 27th, 2019 | | $1300/day | $1,300.00 |
| Thursday, Feb. 28th, 2019 | | $1300/day | $1,300.00 |
| Friday. March 1st, 2019 | | $1300/day | $1,300.00 |

February 1st through February 24th:

Worked (reviewed all and prepared memos on some) on the
following policies:
GO 400-412, Sup. Audio Recording of Witnesses, 1 hr.
GO 600-XXX, Rearmament, 1-1/2 hrs.
GO 600-608, Hostage Negotiator, 1 hr.
GO 600-625, Crowd Control, 1-1/2 hrs.
GO 100-106, SAOC, 1-1/2 hrs.
GO 100-133, Motorcycle Division, 1 hr.
GO 600-628, CIT, 2 hrs.
CIT Manual, 2 hrs.
GO 600-614 and forms, Missing Persons, 2 hrs.
GO 500-503, Recruit (Academy Students) Board, 2 hrs.
GO 600-612 and forms, Search and Seizure, 3-1/2 hrs.
GO 100-107 and forms, MV Theft Division, 3-1/2 hrs.

| | | | |
|---|---|---|---|
| Total hours worked 21.5 hours. Total hours billed 17.33 hrs. | 17.33 hrs. | $150/hr. | $$2,600.00 |

## TOTAL BILLED         $9,100.00

Rafael E. Ruiz

ok ℓﾘ 3/6/2019

Date: March 1st, 2019

# INVOICE FOR PROFESSIONAL SERVICES: FEBRUARY 2019
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A: **TCAPR, LLC**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance
Advisor) **from January 29 through February 28** is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on matrix and baseline for core team in preparation for data request, evaluation of agreement areas and outcomes, review of policies and reports in preparation for monthly meetings, communications with monitor and teams, develop new format for compliance semi-annual report and appendix (10.0 billable hours) | X | N/A | Saturday through Sunday, February 2-3, 2019 | (10 @ $150 = $1,500) |
| Work from New York: data request submission, review of data inventory and reports from core team (12.0 billable hours) | X | N/A | Saturda-Sunday, February 9-10, 2019 | (12 @ $150 = $1,800) |
| Work from Puerto Rico: develop new format for compliance semi-annual report and appendix, draft new sections of the report and content, review reports from core team members, prepare | x | N/a | Saturday through Monday (Federal holiday), | (14 @ $150 = $2,100) |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| baseline for equal protection and administrative complaints, continue work on matrix for core team, analyze demographic data (14.0 billable hours) | | | February 14, 2019 | |
| Work from New York City: Prep for core team agenda, communications with monitor and teams, (16.0 hours) | X | N/A | Saturday through Sunday, February 23-24, 2019 | (8 @ $150 = $1,200) |
| Work from New York City: develop new format for compliance semi-annual report and appendix, work on statistical work for equal protection baseline area of the Agreement, further review findings from surveys to incorporate into monitoring methodology for equal protection and administrative complaints, further work on compliance matrix and data collection strategies (12.0 billable hours)  Work from Puerto Rico: see agenda, meetings (2 days, 16 hours) | N/a | X | Wednesday through Thursday, February 27-28, 2019 | (2 @ $1,300 = $2,600) |
| | | | TOTAL HOURS WORKED: 60.00 HOURS | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (2 days, 16 HOURS) | | | | $2,600 |

2

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (44 HOURS @ $150): | | | | $6,600 |
| | | | TOTAL TO BE BILLED: | $9,200 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
February 28, 2019

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: __3/6/__, 2019.

oK

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

February 28, 2019

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 057
FOR PROFESSIONAL SERVICES RENDERED FEBRUARY 2019

Monday Feb 25, 2019 through Friday March 1, 2019 site visits to Puerto Rico. Please refer to the Agenda for details.

Monday, February 25, 2019 $1,300
Tuesday, February 26, 2019 $1,300
Wednesday, February 27, 2019 $1,300
Thursday, February 28, 2019 $1,300
Friday, March 1, 2019 $1,300

**5 DAYS (DAY RATE $1,300) = $6500**

February 1-28

Reviewed PRPB's General Order, Chapter 100, Section 113 "Division of Investigations of Incidents of Use of Force" 2hrs.
Prepared comments on the above 1 hr.
Reviewed PRPB's General Order, Chapter 500, Section 502 "Evaluations Boards of Incidents of Use of Force" 1.5 hrs.
Prepared comments on the above 1 hr.
Reviewed PRPB's General Order, Chapter 600, (no section) "Rearmament" 2.5 hrs.
Prepared comments on the above 1.5 hrs.
Reviewed PRPB's General Order, Chapter 400, Section 412 "Audio recording of Statements by Complainants and/or witnesses by Supervisors" 1.5 hrs.
Prepared comments on the above 2 hrs.
Reviewed PRPB's General Order, Chapter 600, Section 608 "Hostage" Negotiator" 1 hr.
Prepared comments on the above .5 hrs.

Reviewed PRPB's General Order, Chapter 600, Section 605 "Management and Crowd Control 2hrs.
Prepared comments on the above 1.hr.
Reviewed PRPB's General Order, Chapter 100, Section 106, "Assistant Superintendent of Field Operations" 1.5 hrs.
Reviewed PRPB's General Order, Chapter 100, Section 133 "Motorcycle Division" 1hr.
Reviewed PRPB's General Order, Chapter 600, Section 628 "Intervention with Persons in Crisis" 1hr.
Reviewed PRPB's Operations Manual "Crisis Intervention" 2hrs.
Reviewed PRPB's General Order, Chapter 600, Section 614 "Rules and Procedures to Deal with Missing Persons Cases and related forms PPR-614.1, PPR-614.2, PPR-614.3 2hrs
Reviewed P RPB's General Order, Chapter 500, Section 503 "Evaluation Board for the Recruitment, Selection, and Retention of Candidates for Specialized Divisions" and related forms PPR-503.1 and PPR-503.2 2hrs.
Prepared report to PRPB relating to February Policies Reviews 2 hrs.

**TOTAL HOURS:  29 HOURS   00 MINUTES.**

**BILLABLE HOURS    17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO    11 HOURS    40 MINUTES**

**TOTAL: $9,100**

OK

3/6/2019

Alan C. Youngs
5552 W. Lakeridge Rd.
Lakewood, CO 80227

February 28, 2019

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED FEBRUARY 2019

Monday Feb 25

Tuesday Feb 26

Wednesday Feb 27

Thursday Feb 28

Friday March 1

**5 DAYS (DAY RATE $1,300) = $6500**

February 1-28

Reviewed regulation of students of Auxilary; Supt. In Education – 2.5 hours
Prepared comments on the above – 2 hours

Reviewed PRPB's General Order, Chapter 100, Section 113 "Division of Investigations of Incidents of Use of Force" – 1 hour.

Reviewed PRPB's General Order, Chapter 500, Section 50 "Evaluations Boards of Incidents of Use of Force" - 1 hour.

Reviewed PRPB's General Order, Chapter 600, (no section "Rearmament" 2 hours.
 Prepared comments on the above - 1 hour.

Reviewed PRPB's General Order, Chapter 400, Section 412 "Audio recording of Statements by Complainants and/or witnesses by Supervisors" - 1.5 hours.

Reviewed PRPB's General Order, Chapter 600, Section 608 "Hostage" Negotiator" - 1 hour
Prepared comments on the above - 1 hour

Reviewed PRPB's General Order, Chapter 600, Section 605 "Management and Crowd Control - 1 hour.

Reviewed PRPB's General Order, Chapter 100, Section 106, "Assistant Superintendent of Field Operations" - 2 hours.

Reviewed PRPB's General Order, Chapter 100, Section 133 "Motorcycle Division" - 1 hour.

Reviewed PRPB's General Order, Chapter 600, Section 628 "Intervention with Persons in Crisis" - 2 hours.
Prepared comments on the above – 1 hour.

Reviewed PRPB's Operations Manual "Crisis Intervention" - 2 hours.
Prepared comments on the above-1 hour

Reviewed PRPB's General Order, Chapter 600, Section 614 "Rules and Procedures to Deal with Missing Persons Cases and related forms PPR-614.1, PPR-614.2, PPR-614.3 - 2 hours

Reviewed P RPB's General Order, Chapter 500, Section 503 "Evaluation Board for the Recruitment, Selection, and Retention of Candidates for Specialized Divisions" and related forms PPR-503.1 and PPR-503.2 – 2 hours.


**TOTAL HOURS:   24 HOURS   00 MINUTES.**


**BILLABLE HOURS    17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO    7 HOURS   40 MINUTES**

**TOTAL: $9,100**

ok *[signature]*

3/6/2019

**CORRECTED INVOICE 0048 FOR PROFESSIONAL SERVICES; FEB 1-MAR 2, 2019**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of February 2019 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site Puerto Rico | | 3.5 | 2/27-3/2 | 4550.00 |
| Communications - telcons and emails . to/from CT, PRPB, USDOJ.  Includes Monitor's request for data, judges orders, planning for academy visit, media reports, research sharing, comptroller web notifications | 6.25 | | | 937.50 |
| Review of GO's and Policies provided to PRPB for IT alignment | 3.25 | | | 487.50 |
| Review, translate, analyze Blanco Peck Executive Summary | 3.25 | | | 487.50 |
| DOJ provided materials for review  -- Review and research of methods for monitoring, Kronos implementation and Media criticisms, New Orleans PD Insight EIS, Albuquerque Monitoring website, Seattle Semi-annual Report (7th & EIS Manual, status of telecommunications, Cleveland decree | 10.50 | | | 1575.00 |
| Monitoring Methodology -- coordination with DoJ on process and improvement, including maturity of PRPB. Review of Albuquerque methods and web site. | 3.75 | | | 562.50 |
| Post Interview Process improvement of monitoring instruments - Revisions of monitoring benchmarks, interview questions in order to streamline and expedite monitoring interviews | 1.75 | | | 262.50 |

| | | | | |
|---|---|---|---|---|
| Site visit planning and coordination, Prepare Agenda Recommendations. Communicate with CT, TCA, PRPD, DOJ,  Review past action items and trip reports for applicability. | 1.75 | | | 262.50 |
| | | | | |
| Total hours US | 30.50 | | total expense | 9125.00 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | | $4,550 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 30.50 | $4,575 |
| Cab transportation from Airport to PRPB HQ | | | | $40 |
| Pro Bono | | | .175 Hours | ($25) |
| | | | FEE | $9,140.00 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

ok
leof.   3/6/2019

# INVOICE

INVOICE NUMBER: 113
INVOICE DATE: MARCH 01, 2019

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304, Invoice
00911 San Juan

TO: Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-01-19 | Police Reform-Puerto Rico | Review of Judge's Order; re: Police Academy, review of comm. from TCA Claudio, comm. and document exchange with Mr. Javier Gonzalez regarding upcoming Town Hall Meetings coordination | 1.50 | $125.00 | $187.50 |
| FEB-04-19 | Police Reform-Puerto Rico | Review of comm. from TCA Claudio; conference call with TCA Claudio; comm. with Javier González, re: coordination of Town Hall Meeting | 1.00 | $125.00 | $125.00 |
| FEB-05-19 | Police Reform-Puerto Rico | Meeting with the Major of Loiza and Javier González, re: coordination of Town Hall Meeting; review of communication from TCA Claudio, re: upcoming conference call talking points | 3.00 | $125.00 | $375.00 |
| FEB-07-19 | Police Reform-Puerto Rico | Preparation for conference call and participation in conference call with TCA Claudio and the parties; Informative Motion regarding Town Halls; coordination of Town Halls | 4.00 | $125.00 | $500.00 |
| FEB-08-19 | Police Reform-Puerto Rico | Review of communications from TCA Claudio; re: Governors Representative; review of communication regarding "Promotiions", "track changes"; conference call with TCA Claudio; conference call with Humacao, re: Town Hall Meeting Yabucoa/Humacao; conference call with Javier Gonzalez | 3.00 | $125.00 | $375.00 |
| FEB-11-19 | Police Reform-Puerto Rico | Several conference calls, follow ups on coordination of upcoming Town Halls in San Juan and Yabucoa | 2.50 | $125.00 | $312.50 |
| FEB-12-19 | Police Reform-Puerto Rico | Town Halls of Condado and Yabucoa; review of comm. from Fraley; re: Condado Town Hall meeting; conference call with Pujols, re; Executive Summary, Town Hall meetings; meeting with Fraley and Javier González in Condado | 3.00 | $125.00 | $375.00 |

Page 1 of 3

INVOICE NUMBER: 113

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-13-19 | Police Reform-Puerto Rico | Review of Motion to Restrict; meeting with Javier González in Humacao, re: Yabucoa Town Hall Meeting; several communications and document exchange with Fraley; re: San Juan Town Hall Meeting; attention of several matters regarding upcoming Town Halls | 6.00 | $125.00 | $750.00 |
| FEB-15-19 | Police Reform-Puerto Rico | Comm. regarding Town Halls; re: Yabucoa; review of information sent by Javier Gonzalez; attention of several related matters to Town Halls, draft of two Informative Motions | 3.00 | $125.00 | $375.00 |
| FEB-16-19 | Police Reform-Puerto Rico | Preparation for interview and celebration of radio interview "WALO" station re: celebration of Town Hall Meeting in Yabucoa; document exchange with Mr. Javier González regarding proposed speakers for the Yabucoa Town Hall meeting | 2.00 | $125.00 | $250.00 |
| FEB-17-19 | Police Reform-Puerto Rico | Review of "Presentation from Foreign Community of Humacao for upcoming Town Hall in Yabucoa; schedule of new radio interviews to promote the Town Hall | 1.00 | $125.00 | $125.00 |
| FEB-18-19 | Police Reform-Puerto Rico | Review of Presentation from"Community Interaction Committe of Humacao for upcoming Yabucoa/ HumacaoTown Hall meeting; attention of several matters related to Town Halls | 1.00 | $125.00 | $125.00 |
| FEB-19-19 | Police Reform-Puerto Rico | Review of comm. from Javier González, re: list of participants in upcoming Town Hall meeting Humacao area; review of comm. from Ana Rodriguez, re: list of participants in Humacao Town Hall; Informative Motion- Town Hall Schedule | 1.00 | $125.00 | $125.00 |
| FEB-20-19 | Police Reform-Puerto Rico | Review of comm. from Fraley, re: Consejo Seguridad Miramar; upcoming Town Hall Meeting San Juan; follow up on coordination of Yabucoa/Humacao Town Hall; conference call with Javier González, re: upcoming San Juan Town Hall coordination; discussion of guest speaker list for Condado Town Hall Meeting | 2.00 | $125.00 | $250.00 |
| FEB-21-19 | Police Reform-Puerto Rico | Conference call with Carmen Lozada (CIC); re; Town Hall Meeting (San Juan) conference call with Javier González, re: discussion of several matters regarding upcoming Town Halls; coordination of San Juan Town Hall Meeting; review of final participant's list; comm. with the Court; conference call with Javier González, re: Vega Baja Town Hall Meeting; 2 Informative Motions to the Court, re:Scheduling Motion for Yabucoa and S.J. Town Halls; review of comm. from TCA Claudio, re: Fiscal Board | 4.00 | $125.00 | $500.00 |
| FEB-25-19 | Police Reform-Puerto Rico | Coordination of Town Hall Meeting- San Juan; comm. with Javier González, re: additional guest speakers for the Condado Town Hall Meeting and notification of Scheduling Motion for the Condado and Yabucoa Town Hall Meetings and draft of Informative Motion regarding the same | 3.00 | $125.00 | $375.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-26-19 | Police Reform- Puerto Rico | Town Hall meeting coordination- San Juan and Yabucoa; several conference calls, re: coordination; radio interview to promote Town Halls; conference call from Fiscal Board personnel; preparation for San Juan Town Hall Meeting; final notifications, communications with guest speakers, document preparation and Town Hall celebration in Condado; comm. with TCA Claudio | 7.00 | $125.00 | $875.00 |
| FEB-28-19 | Police Reform- Puerto Rico | Review of Presentation from Stephen Alvarez for Yabucoa Town Hall Meeting; preparation and celebration of Yabucoa Town Hall Meeting | 6.00 | $125.00 | $750.00 |
| | | Total hours for this invoice | 54.00 | | |
| | | Total amount of this invoice | | | $6,750.00 |

ok &f. 3/6/2019

# *Federico Hernández Denton*

Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH-1 Ofic. 1201
Hato Rey, Puerto Rico 00918
Tel. (787)751-8000

March 1, 2019.

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

**INVOICE FOR PROFESIONAL SERVICES**

| TCA | | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **HOURS** |
| 2/6/2019 | Revision of proposed Regulation of NPR on promotions, and preparation of memorandum to Monitor. | **2** |
| 2/7/2019 | Review of evaluation, performance and protocol of Justice System, and preparation of memorandum to Antonio Bazán | **1** |
| 2/12/2019 | Revision of Protocols of PRDOJ and Garrity Order. | **1** |
| 2/15/2019 | Revision of Protocols of NPPR with Judicial Branch, Department of Justice, Protocols of Garrity Rule and others. | **1** |
| 2/26/2019 | Conference call to discuss the protocol between the BPR and OAT. | **1** |
| 2/28/2019 | Court Hearing. | **4** |

|  |  |  |
|---|---|---|
| TOTAL HOURS: | | **10** |
| RATE HOURS: | $ | **125.00** |
| SUBTOTAL: | $ | **1,250.00** |
| LESS RETAINER: | $ | **-** |
| TOTAL AMOUNT DUE: | $ | **1,250.00** |

OK *[signature]* 3-6-2019

**THANK YOU FOR YOUR BUSINESS!**

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

March 1, 2019.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2019-02**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of February 2019

| Date | Hours | Description |
|---|---|---|
| 2/05/2019 | **1.00Hr.**  5:30 to 6:30 pm | Work on GO-Evaluacion de Desepeno-Review and Advice |
| 2/06/2019 | **1.00 Hr.** 5:50 to 6:50 pm | Work on Protocolo de Informacion Sistema de Justicia |
| 2/07/2019 | **2.00 Hr.** 10:00 to 11:00 am | Conference Call attended at Police Headquarters |
| 2/08/2019 | **0.75 Hr.**  3:15 to 4:04 pm | Review and provide comments on Protocolo de Justicia Criminal |
| 2/12/2019 | **4.00 Hrs**.  Hrs.  3:30 to 4:30 pm, 4:30 to 6:00 pm, 6:15 to 7:17pm to 7:30 to 8:00 pm | Protocolo Advertencia Garrity, Review of Executive Summary, Two motions prepared and filed with attachment. |
| 2/13/2019 | **1.25 Hrs.** 4:00 to 5:15 pm | Review and legal advice  on GO-600 Rearmament, GO 400-412, GO 600-612 and GO 600-608 (All prepared by Core Team Member Romero |
| 2/14/2019 | **4.00 Hrs.** 2:00 to 6:10 pm | Review and Advice of:  MOU 23. Requerimiento 73, 23A-Formulario, 24. MOU A5, 27-Glosario de Terminos |
| 2/25/2019 | **6.00 Hrs.** 8:00 to 9:00 am, 9:00 to 11:45 am, 1:30 to 3:30 pm and 3:45 to 4:00 pm | Initial Monitor's Meeting, work on memo requested by  Monitor, Meeting with members of PRPB and short meeting with USDOJ |
| 2/26/2019 | **5.50 Hrs.** 9:00 to 11:30 am and 1:30 to 4:30 pm | Meeting at PRPB Headquarters to discuss multiple policies previously submitted to Monitor's Core Team and Constitutional Attorneys for review. |
| 2/27/2019 | **3.00 Hrs.** 10:00 to 11:30 am, 1:30 to 2:00 pm and 2:15 to 3:15 pm | Meeting at PRPD with McConell –Valdes attorneys on paragraph 262 to 264 issues, budget meeting, and meeting with Hon. Gustavo Gelpi |
| 2/28/2019 | **2.00 Hrs.**  9:00 to 11:00 am | Status Conference at US District Court |
| 3/01/2019 | **2.00 Hrs.** 11:00 am to 1:00 pm | Paragraph 253 at McConell Valdes Law firm |
| 3/01/2019 | **32.50 Hrs. Total Hrs. billed** | 32.50 Hrs. x $125.00=$4,062.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where

legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____

Antonio R. Bazán González, Esq.

ok  2/ƒ      3/6/2019

## Invoice March 15, 2019: $6,000.00

**The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Advisor to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

**Services for Part of Phase I: (January 15, 2019 – March 15, 2019): $6,000.00**

Translation of Final Report for Department of Justice of the United States of America.

| Translation Phase I | Calendar |
|---|---|
| 1-  Translation (Spanish to English) of the Part I of the **Quantitative Report on the Puerto Rico's Police Bureau Sustainable Reform: Comparison between 2015 & 2018** for the Department of Justice & the Office of the Technical Compliance Advisor of the Puerto Rico's Police Bureau Reform. | **(January 15, 2019 – March 15, 2019)** |
| | |

I look forward to maintaining communication with you,


Sincerely yours,

*Richard Blanco Peck*

**Richard Blanco Peck (Independent Researcher to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).**

3/6/2019

**José L. Pujol**
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice # <u>**2019-02**</u>

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 02/04/2019 | **0.5 Hrs.** 12:15 pm – 12:45 pm | Prepare and send document for the Federal Monitor. |
| 02/07/2019 | **1 Hr.** 04:15 pm – 04:30 pm<br>05:30 pm – 06:15 pm | Review and E-mails Section 625<br>Handling new information about a complaint |
| 02/11/2019 | **10.5 Hrs.** 09-30 pm – 11:00 am<br>12:00 pm – 12:30 am<br>01:30 pm – 08:30 pm<br>09:30 pm – 11:00 pm | Conducting Interview and review of documents<br>Reviewing GO Section's pertinent to interview<br>Preparing MOI report<br>Preparing attachments and sending e-mails |
| 02/12/2019 | **1 Hr.** 11:15 am – 12:15 pm | Transfer of a PRPB Officer: Review related docs. Sending e-mails. Support Attorney Bazan |
| 02/25/2019 | **8 Hr.** 08:00 am – 04:30 pm<br>(0.5 hrs. lunch) | Meeting at the Monitor's Office. Working on Section 114 with Counsel Antonio Bazan |
| 02/26/2019 | **8 Hr.** 01:00 pm – 09:00 pm | Meetings at PRPB HQ.<br>Town Hall Meeting at Condado |
| 02/27/2019 | **5 Hr.** 09:00 am – 02:30 pm<br>(0.5 hrs. lunch) | Prep. meeting at PRPB HQ.<br>Meetings a PRPN HQ |
| 02/28/2019 | **12.5 Hrs.** 10:00 am – 11:00 pm<br>(0.5 hrs. lunch) | Starting Minutes TH Meeting 02-26-2019<br>TH Meeting Humacao |
|  | **46.5 Hrs.** Total hrs. billed | **46.5 hrs.** x $50.00= **$2,325.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

02/28/2019

Date



**THE & GROUP**
Ideas & Networking
for Business Success

From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2019-02 (FEBRUARY 2019)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| FEBRUARY 1 to FEBRUARY 28, 2019 | | |
| 2/5/19 | 3.0 Hrs. (10:00am - 1:00pm) | Visit to Loiza with Lcdo Castellanos, Meeting with the Mayor |
| 2/12/19 | 2.0 Hrs. (5:00pm - 7:00pm) | Meeting in Condado with Lcdo Castellanos. |
| 2/13/19 | 5.0 Hrs. (1:00am-6:00pm) | Meeting with Lcdo Castellanos and visit to Humacao. |
| 2/19/19 | 2.0 Hrs. (9:00am-11:00am) | Visit and meeting at Marriot Hotel |
| 2/21/19 | 2.0 Hrs. (8:30am-10:30am) | Visit Police Headquarters and Condado (Posters) |
| 2/22/19 | 1.0 Hrs. (10:00am-11:00am) | Change Posters at Police Headquarters |
| 2/26/19 | 9.0 Hrs. (1:00pm-10:00pm) | Town Hall Condado |
| 2/28/19 | 9.5 Hrs. (1:00pm-10:30pm) | Town hall Yabucoa |
| | Total: 33.5 Hrs. | |



**THE & GROUP**
Ideas & Networking
for Business Success

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González                    DATE: MARCH 1, 2019

TO: Mr. Eric Guzmán

| | |
|---|---|
| HOURS BILLED: | 33.5 Hrs |
| AMOUNT PER HOUR: | $75.00 |
| TOTAL: | $2,500.00 |
| SOUND SYSTEM: | |
| Condado and Yabucoa | $700.00 |
| TOTAL: | $3,200.00 |

3/6/2019

Rafael E. Ruiz
53 Adams St., Apt 1
Boston MA 02122

INVOICE # 2019-02
DATE: 3/01/19

T0: TCA-PR, LLC                    For Service: Feb. 1st – March 1st, 2019
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Monday, Feb. 25th, 2019 | | $1300/day | $1,300.00 |
| Tuesday, Feb. 26th, 2019 | | $1300/day | $1,300.00 |
| Wednesday, Feb. 27th, 2019 | | $1300/day | $1,300.00 |
| Thursday, Feb. 28th, 2019 | | $1300/day | $1,300.00 |
| Friday. March 1st, 2019 | | $1300/day | $1,300.00 |

February 1st through February 24th:

Worked (reviewed all and prepared memos on some) on the
following policies:
GO 400-412, Sup. Audio Recording of Witnesses, 1 hr.
GO 600-XXX, Rearmament, 1-1/2 hrs.
GO 600-608, Hostage Negotiator, 1 hr.
GO 600-625, Crowd Control, 1-1/2 hrs.
GO 100-106, SAOC, 1-1/2 hrs.
GO 100-133, Motorcycle Division, 1 hr.
GO 600-628, CIT, 2 hrs.
CIT Manual, 2 hrs.
GO 600-614 and forms, Missing Persons, 2 hrs.
GO 500-503, Recruit (Academy Students) Board, 2 hrs.
GO 600-612 and forms, Search and Seizure, 3-1/2 hrs.
GO 100-107 and forms, MV Theft Division, 3-1/2 hrs.

| | | | |
|---|---|---|---|
| Total hours worked 21.5 hours. Total hours billed 17.33 hrs.   17.33 hrs. | | $150/hr. | $$2,600.00 |

TOTAL BILLED                              $9,100.00

_Rafael E. Ruiz_

Rafael E. Ruiz

Date: March 1st, 2019

oK

3/6/2019



**PUMA**   **Start Lube**

Carr. 189 Km. 1.7 Caguas, Puerto Rico • Tel. 787- 747-1340

*Estrella Service Station*

# Customer
# Service Ticket

| Name | | Year | Make | Model |
|------|--|------|------|-------|

| Address _____ |
|------------------------------|

| | Mileage | Date | Lic.# |
|--|---------|------|-------|

| Engine Liters |
|---------------|

| City | State | Zip |
|------|-------|-----|

| Phone | Invoice # |
|-------|-----------|

**Time in _____ Time out _____**
**Next Service Due:**
Mileage 30,211   Date 05/19

- ☐ New Customer
- ☐ Newspaper
- ☐ Mail
- ☐ Radio
- ☐ Repeat
- ☐ Rereferral
- ☐ Drive By

## 15 Point Service Cost  ⟶   $ _____

Ok Rep.

| Oil Change, qts. | Weight | | | | | |
|------------------|--------|--|--|--|--|--|
| Oil Filter# | | | | | | |
| Transmission Fluid | ☐ Full | ☐ Filled | Air Filter | ☐ ☐ | | |
| Power Steering Fluid | ☐ Full | ☐ Filled | Vent Filter | ☐ ☐ | | |
| Transfer Fluid | ☐ Full | ☐ Filled | Coolant | ☐ ☐ | | |
| Brake Fluid | ☐ Full | ☐ Filled | Wiper Blades | ☐ ☐ | | |
| Differential | ☐ Full | ☐ Filled | Leak Check | ☐ ☐ | | |
| Battery by: | ☐ Full | ☐ Filled | Tire | ☐ ☐ | | |
| Windshield Washer Fluid | ☐ Full | ☐ Filled | Drain Plub | ☐ ☐ | | |
| Windows by: | ☐ Washed | | Other | ☐ ☐ | | |
| Interior by: | ☐ Vacuumed | | Other | ☐ ☐ | | |

Comments: _____

Other Services: _____

| Total Parts & Service | |
|-----------------------|--|
| Coupons/Discounts | |
| Sub-Total | |
| Tax | |
| Total | |

37.95
37.95
2.98
0.38
42.31
TOTAL   CASH   $   42.31

THANKS.COM AGAIN

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Caguas Norte, Carril 12
Cajero: 9259
02/20/19 19:43:13

Numero de Cuenta:          ACT03579521
Cantidad de Pago:      $      40.00
Metodo de Pago:             Efectivo
Balance:               $      51.35

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Montehiedra, Carril 11
Cajero: 2421
02/14/19 18:21:32

Numero de Cuenta:          ACT03579521
Cantidad de Pago:      $      20.00
Metodo de Pago:             Efectivo
Balance:               $      19.90

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.**autoexpreso**.com
1-888-688-1010
Plaza Guaynabo, Carril 11
Cajero: 7032
01/28/19 17:30:35

Numero de Cuenta:          ACT03579521
Cantidad de Pago:      $      11.00
Metodo de Pago:             Efectivo
Balance:               $      11.90

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

**www.autoexpreso.com**
1-888-688-1000
Plaza Buchanan, Carril 11
Cajero: 263
02/25/19 10:49:19

Numero de Cuenta:        AC 03451155
Cantidad de Pago:      $      40.00
Metodo de Pago:            Efectivo
Balance:               $      39.05

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

**www.autoexpreso.com**
1-888-688-1000
Plaza Caguas Norte, Carril 12
Cajero: 267
02/12/19 14:3

Numero de Cuenta:        03579521
Cantidad de Pago:      $       5.00
Metodo de Pago:            Efectivo
Balance:               $       4.40

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 23-Feb 20 19

SR.

DIRECCION

TAB. NUM. _____ CASH ☑ CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20

---

## LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 15-FEB 20 19

SR.

DIRECCION

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20

---

## LULU SERVICE STATION
Nº 3353
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 6-FEB 20 19

SR.

DIRECCION

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 00 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 2 0

---

## LULU SERVICE STATION
Nº 4770
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 1-FEB 20 19

SR.

DIRECCION

TAB. NÚM. _____ CASH ☑ CRÉDITO ☐

| | |
|---|---|
| LITROS DE GASOLINA | |
| QTOS. DE ACEITE | |
| FILTRO | |
| ENGRASE | |
| LAVADO | 20 0 |
| LAVADO MOTOR | |
| INSPECCION | |
| FLUSHING | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____ **TOTAL** 20 0

**BIENVENIDOS A**
**ANYTIME**
VILLA FONTANA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #04 | | 60.00 |

| | Subtotal | 60.00 |
| --- | --- | --- |
| | Tax | 0.00 |
| **TOTAL** | **60.00** | |
| | CASH $ | 60.00 |

ST# A103  TILL XXXX DR# 1 TRAN# 1018831
CSH: 7                01/25/19 18:35:36

---

**BIENVENIDO A**
**GULF LA ROCA**

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #02 | | 50.00 |

| | Subtotal | 50.00 |
| --- | --- | --- |
| | Tax | 0.00 |
| **TOTAL** | **50.00** | |
| | CASH $ | 50.00 |

**GRACIAS**
**VUELVA PRONTO**
ST# AB123 TILL XXXX DR# 1 TRAN# 1019412
CSH: 9                01/28/19 16:15:01

---

**PUMA 212**

Fecha: 2/1/2019 9:12 AM
Cajero: dahiani
Trans No. 618976
Batch No. 2518
Cnt  UPC/PLU   Descripción

| Subtotal: | $40.00 |
| --- | --- |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $40.00 |
| Cash: | $40.00 |
| Cambio: | $0.00 |

CONTROL: TT56H-BRE09
ST

---

**BIENVENIDO A**
**GULF LA ROCA**

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 20.00 |

| | Subtotal | 20.00 |
| --- | --- | --- |
| | Tax | 0.00 |
| **TOTAL** | **20.00** | |
| | ATH $ | 20.00 |

**GRACIAS**
**VUELVA PRONTO**
ST# AB123 TILL XXXX DR# 1 TRAN# 1015659
CSH: 4                02/02/19 11:22:05

BIENVENIDO A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
|------------|-----|--------|
| PREPAY CA #05 | | 40.00 |
| | Subtotal | 40.00 |
| | Tax | 0.00 |
| **TOTAL** | | **40.00** |
| | CASH $ | 40.00 |

GRACIAS
VUELVA PRONTO
ST# AB123 TILL XXXX DR# 1 TRAN# 1010475
CSH: 9            02/06/19 13:08:20

---

BIENVENIDO A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
|------------|-----|--------|
| PREPAY CA #10 | | 60.00 |
| | Subtotal | 60.00 |
| | Tax | 0.00 |
| **TOTAL** | | **60.00** |
| | CASH $ | 60.00 |

GRACIAS
VUELVA PRONTO
ST# AB123 TILL XXXX DR# 1 TRAN# 1012724
CSH: 4            02/08/19 10:07:19

---

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|------------|-----|--------|
| PREPAY CA #04 | | 50.00 |
| | Subtotal | 50.00 |
| | Tax | 0.00 |
| **TOTAL** | | **50.00** |
| | CASH $ | 20.00 |
| | CASH $ | 20.00 |
| | CASH $ | 10.00 |

GRACIAS.
Vuelva Pronto
ST# 00012 TILL XXXX DR# 1 TRAN# 1028371
CSH: 13          02/12/19 14:16:18

---

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|------------|-----|--------|
| PREPAY CA #11 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | ATH $ | 20.00 |

GRACIAS.
Vuelva Pronto
ST# 00012 TILL XXXX ER# 1 TRAN# 1029795
CSH: 4           02/13/19 13:11:20

BIENVENIDO A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #05 | | 40.00 |
| | Subtotal | 40.00 |
| | Tax | 0.00 |
| TOTAL | | 40.00 |
| | ATH $ | 40.00 |

GRACIAS
VUELVA PRONTO

ST# AB123 TILL XXXX DR# 1 TRAN# 1012088
CSH: 7                    02/15/19 16:51:56

---

BIENVENIDO A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #02 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| TOTAL | | 20.00 |
| | ATH $ | 20.00 |

GRACIAS
VUELVA PRONTO

ST# AB123 TILL XXXX DR# 1 TRAN# 1014572
CSH: 7                    02/17/19 18:11:05

---

TO GO STORES
GURABO
C000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #04 | | 50.00 |
| | Subtotal | 50.00 |
| | Tax | 0.00 |
| TOTAL | | 50.00 |
| | CASH $ | 20.00 |
| | CASH $ | 20.00 |
| | CASH $ | 10.00 |

GRACIAS,
Vuelva Pronto

ST# 00012 TILL XXXX DR# 1 TRAN# 1029083
CSH: 13                   02/19/19 16:10:36

---

BIENVENIDOS A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #06 | | 30.00 |
| | Subtotal | 30.00 |
| | Tax | 0.00 |
| TOTAL | | 30.00 |
| | Visa $ | 30.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1011142
CSH: 7                    02/20/19 20:02:51

TO GO STORES
GURABO
G0000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #04 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | 20.00 |
| CASH $ | | 10.00 |

GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1022360
CSH: 12          02/21/19 16:43:46

OMAR GAS STATION
787 7?? 30688
WWW.?????????TA.COM

| Desc | Qty | Amount |
| --- | --- | --- |
| PREPAY CA#?? | | 40.00 |
| Sub Total | | 40.00 |
| TAX | | 0.00 |
| TAX | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
Gracias
Vuelva Pronto
REG# 0001 CSH# ?37 DR# 01  TRAN# 1?0?7
02/22/19  15:59:?6          ST# AB123

WELCOME
PUMA VEGA ALTA

| Desc | Qty | Amount |
| --- | --- | --- |
| Prepay CA#00 | | 20.00 |
| Sub Total | | 20.00 |
| STATETAX | | 0.00 |
| CITYTAX | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

POR FAVOR
REGRESE PRONTO
REG# 0001 CSH# 009 DR# 01  TRAN# 13730
02/24/19  12:44:33          ST# TX996

*Rafael*

## Ecomaxx Roosevelt

Fecha: 2/25/2019 11:19 AM
Cajero: Abdel
Trans No. 353441
Batch No. 1906
Cnt   UPC/PLU   Descripción

Subtotal:        $20.00


Total:           $20.00
Cash:            $20.00

Cambio:          $0.00

12-cv-2039 (GAG)-Fixed Expense Invoice
Enclosure I
Subject: Memorandum for Record-Work performed during the month of February.

The TCA attended scheduled visits; received, and forwarded to Reform Unit documents relating to unresolved complaints.

During this month the Financial Statement was filed to Court on February 12; the Executive Town Hall Summary was file on February 13; and on the same date the Monitor's Office Budget was presented to the parties.

The Monitor attended to a Security Symposium held on February 20 at Ana G. Mendez University. The Federal Monitor, his Staff, and the Constitutional Lawyers attended to Town Hall Meeting held in San Juan on February 26 and in Yabucoa on February 28.

Important topics were discussed such as: different baselines and gap assessments of the difference in years of the agreement; the status of the work development with the implementation plan of the PRPB and its general aspects; the development status and update on Paragraph 13.

The following General Orders were reviewed and discussed: General Order 100-115: Division of Sexual Offenses; General Order 100-126: Radio Control and Command Centers; General Order 300-30: Evaluation of the Performance of the PPR; General Order 400-402: Audio Recordings; Order 400-412: Audio Recordings for Supervisors; General Order 500-502: Strength Use Assessment Boards; General Order 600-607: Intervention of Sexual Crimes Committed by Employees of the Bureau of the Police of Puerto Rico; General Order 600-608: Negotiators; General Order 600-622: Investigation of Incidents of Sexual Offenses; General Order 600-625: Management and Control of Crowds; General Order 600-629: Rearmament; Glossary of Definitions of Police Concepts; Manual for Inspectors, Operational and Administrative Investigations in the Puerto Rico Police; Collaborative Agreement between the Department of Justice and the NPPR, Criminal and Administrative Parallel Investigations; Memorandum of Understanding between the Department of Justice and the NPPR. Requirement 73; Memorandum of understanding between the court administration and the NPPR. Requirement 73; Feedback from the Court Feeding Office on the Role of NPMPs (Schedule Requirement 73); Protocol Requirement 158; GARRITY protocol; Bureau of the Puerto Rico Police; and Regulation of the Committee of Citizen Interaction

Lastly, all administrative actions were completed, including but not limited to: the preparation of the Federal Monitor Office's financial statements to be presented in Court; to the monthly meeting with the TCA's CPA for the update of the employee records, income tax inquires and preparation, and payroll. Preliminary Core Team's March agenda was discussed.