IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

## INFORMATIVE MOTION REGARDING THE POLICE ACADEMY

TO THE HONORABLE COURT:

COMES NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Department ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. On December 18, 2017, the Court ordered Defendants to file informative motions regarding the Police Academy (the "Academy") and its recruiting progress, among other matters, on the 15th day of every month.

2. This is to inform the progress to date in compliance with the Court's order. The PRPB has:

   a. Received approximately nine hundred and ninety-six (996) applications of potential recruits (the "Candidates") for the Academy;

   b. Administered seven hundred and sixteen (716) entrance examinations;

   c. Six hundred and forty (640) of the Candidates passed the exam;

   d. Five hundred and thirty-seven (537) of the Candidates advanced to the second stage in the recruitment process, i.e., the polygraph test;

e. Two hundred and fifty-seven (257) Candidates passed the polygraph test and ninety-seven (97) of those became ineligible;

f. A total of one hundred and three (103) Candidates are waiting to be cited for the polygraph test;

g. Two hundred thirty-two (232) candidates are pending investigation;

h. Twenty-nine (29) Cadets were sworn-in on March 15, 2019; and

i. Forty (40) Cadets have been sworn-in and completed their immersion program on March 15, 2019.

3. Finally, the Puerto Rico Public Private Partnerships Authority (the "P3 Authority") published its Request for Qualifications for the Consolidated Public Training Center on February 20, 2019. The deadline for submitting Statements of Qualifications is March 28, 2019.

**WHEREFORE**, Defendants respectfully requests the Court take NOTICE of the above, with any additional relief it deems just and proper.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 15th day of March, 2019.

By:
*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

          *s/ Javier Micheo Marcial*
          Javier F. Micheo Marcial
          USDC-PR No. 305310
          jfmm@mcvpr.com

          **McCONNELL VALDÉS LLC**
          PO Box 364225
          San Juan, PR 00936-4225
          Telephone (787) 250-5641
          Fax: (787) 759-8282