IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 12-2039 (GAG) |
| COMMONWEALTH OF PUERTO RICO, et al., | |
| Defendants. | |

### INFORMATIVE MOTION REGARDING LOIZA TOWN HALL MEETING SCHEDULE

**TO THE HONORABLE COURT:**

**NOW COMES**, the undersigned as Constitutional and Legal Advisor, as well as Counsel in Charge of the Town Hall Meetings on behalf of the Federal Monitor's Office, who respectfully informs the Court as follows:

As previously informed, the Town Hall Meeting for the Loíza region will take place next Tuesday, March 26, 2019 (See Docket No. 1093), at Centro Loaiza in Loíza at 7:00 p.m. Therefore, all scheduled guest speakers, general public and the parties are asked to arrive at least an hour before the scheduled time.

As per the directives of the Court, the above-mentioned Town Hall Meeting shall have a two (2) hour duration, **which will be strictly adhered to so that everybody can drive home by 9:00 p.m.** In order to assure that the two (2) hour time limit established by the Court is complied with, the undersigned will allot specific timeframes for the guest speakers' presentations, as well

as for the Parties and the Federal Monitor to respond or address any concerns brought up by the guest speakers. The undersigned will have an electronic instrument for time keeping so that the guest-speakers are aware of the allotted time for their presentations.

As of today's date, the Federal Monitor's Office, through the undersigned, has received confirmation that the following guest speakers will be participating in the Town Hall Meeting:

1. Hon. Julia Nazario Fuentes, mayor of Loíza;
2. Ms. Nitza Liz Manso Sánchez, representing the mental health sector;
3. Mr. José D. Gómez Soto, representing the elderly sector;
4. Ms. Grissel Ortiz Arroyo, representing the perople with disabilities sector;
5. Mr. Leo Mendelowitz Martínez, representing the LGGBTTQ community;
6. Mr. Nérsido Ávila Pomeriet, representing the immigrant community;
7. Mr. Enrique J. Osorio Fernández, representing the merchant sector;
8. Mr. Omar A. Osorio Cirino, representing the community faith organizations;
9. Ms. Modesta Irizarry Ortiz, from the general community; and
10. Ms. Luz Díaz López, representing the young adults sector.

All scheduled guest speakers shall have an allotted time of approximately three (3) minutes for their presentations, which must be directly related to the Police Reform ("Agreement") and reference the specific applicable paragraphs of the Agreement. A detailed timetable is attached as Exhibit #1. The undersigned will alert each speaker when his o her turn is almost over, and will grant additional time with cause or when special circumstances merit it. After each presentation, the undersigned will allot specific time for the corresponding responses by the parties and the Federal Monitor, which shall be strictly adhered to. The undersigned will exert all reasonable measures to accommodate any person interested in participating in the

**Civil No. 12-2039 (GAG)**

above-mentioned Meeting within the time frame that is scheduled for said event. In the event that an interested person does not get an opportunity to participate in the Town Hall Meeting, the undersigned will instruct said speaker to communicate directly with the parties and representatives of the Federal Monitor's Office regarding any concern or suggestion that they may have so that the same can be channeled appropriately. We have notified and continue to notify that written statements may be submitted to the undersigned prior to the scheduled Town Hall Meeting at alfredo@cglawpr.com.

Also, the undersigned is of the opinion that the proceedings will greatly benefit from the presence of the Police Commissioner Mr. Henry Escalera, and the Deputy Police Commissioner, Mr. Luis O. Colón Ortiz. Lastly, the undersigned reminds the Parties and all scheduled participants, that this and all scheduled Town Hall Meetings will be informal in nature. However, even though the meetings will not be conducted directly by the Court and will not follow a courtroom-like format, the Federal Monitor's Office is an arm of the Court, therefore all participants must conduct themselves as if the Court was presiding the proceedings (see Docket No. 815). **Out of abundance of caution, the undersigned will send each guest-speaker the rules of the proceedings in a Spanish language format to make sure the directives of the Court are strictly adhered to**.

WHEREFORE, the undersigned, as counsel in charge of the Town Hall Meetings on behalf of the Federal Monitor's Office, respectfully requests that the Court takes notice of the above for all relevant purposes, approve the proposed agenda and issue the corresponding directives that it may deem necessary, including encouraging the presence of the Police Commissioner and the Deputy Commissioner.

**RESPECTFULLY SUBMITTED**.

**Civil No. 12-2039 (GAG)**

In San Juan, Puerto Rico, this March 19, 2019.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com