**Schedule for Loíza Town Hall Meeting**
**Puerto Rico Police Reform**
**March 26, 2019**

| Time | Name | Association | Topic |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Mr. Alfredo Castellanos, Esq. | Federal Monitor's Office | Brief introduction. Rules and procedure |
| 7:04 p.m. – 7:07 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Brief introduction |
| 7:08 p.m. – 7:11 p.m. | Ms. María Domínguez or designated representative | Legal Representation of the Commonwealth of Puerto Rico | Brief introduction |
| 7:12 p.m. – 7:15 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 7:16 p.m. – 7:19 p.m. | Hon. Julia Nazario Fuentes | Mayor of Loíza | |
| 7:21 p.m. – 7:24 p.m. | Ms. Nitza Liz Manso Sánchez | Mental Health Sector | |
| 7:26 p.m. – 7:29 p.m. | Mr. José D. Gómez Soto | Elderly sector | |
| 7:31 p.m. – 7:34 p.m. | Ms. Grissel Ortiz Arroyo | People with disabilities sector | |
| 7:36 p.m. – 7:39 p.m. | Mr. Leo Mendelowitz Martínez | LGGBTTQ community | |
| 7:41 p.m. – 7:44 p.m. | Mr. Nérsido Ávila Pomeriet | Immigrant Community | |
| 7:46 p.m. – 7:49 p.m. | Mr. Enrique J. Osorio Fernández | Merchant Sector | |
| 7:51 p.m. – 7:54 p.m. | Mr. Omar A. Osorio Cirino | Community Faith Organizations | |
| 7:56 p.m. – 7:59 p.m. | Ms. Modesta Irizarry Ortiz | General Community | |
| 8:01 p.m. – 8:04 p.m. | Ms. Luz Díaz López | Young Adults Sector | |

| | | | |
|---|---|---|---|
| 8:06 p.m. – 8:09 p.m. | Reserved for Potential Speaker | | |
| 8:11 p.m. – 8:14 p.m. | Reserved for Potential Speaker | | |
| 8:16 p.m. – 8:19 p.m. | Reserved for Potential Speaker | | |
| 8:21 p.m. – 8:24 p.m. | Reserved for Potential Speaker | | |
| 8:26 p.m. – 8:29 p.m. | Reserved for Potential Speaker | | |
| 8:31 p.m. – 8:34 p.m. | Reserved for Potential Speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for Potential Speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for Potential Speaker | | |
| 8:46 p.m. – 8:49 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 8:50 p.m. – 8:53 p.m. | Ms. María Domínguez or designated representative | Legal Representation of the Commonwealth of Puerto Rico | Closing remarks |
| 8:54 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Closing remarks |
| 9:00 p.m. | Alfredo Castellanos, Esq. | Federal Monitor's Office | Closing remarks |