IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | CASE NO. 12-2039 (GAG) |

### RESTRICTED ORDER

On March the Judicial Conference of the United States revised the following provisions of the Code of Conduct for Judicial Employees: Canon 3C(1); Canon 3D(2); and Canon 3D(3).  The Court hereby makes the same extensive to the Monitor, his employees, agents and independent contractors as well as to the Special Masters and any others under his supervision and direction. See Code of Conduct for Judicial Employees, revised March 12, 2019. (attached hereto).

This directive supplements that in the court's order at Docket No. 288.

**SO ORDERED.**

In San Juan, Puerto Rico this 20th day of March, 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge