**Schedule for San Juan Town Hall Meeting**
**Puerto Rico Police Reform**
**March 28, 2019**

| Time | Name | Association | Topic |
|---|---|---|---|
| 7:00 p.m. – 7:03 p.m. | Mr. Alfredo Castellanos, Esq. | Federal Monitor's Office | Brief introduction. Rules and procedure |
| 7:04 p.m. – 7:07 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Brief introduction |
| 7:08 p.m. – 7:11 p.m. | Ms. María Domínguez or designated representative | Legal Representation of the Commonwealth of Puerto Rico | Brief introduction |
| 7:12 p.m. – 7:15 p.m. | Mr. Luis Saucedo, Esq. | USDOJ | Brief introduction |
| 7:16 p.m. – 7:19 p.m. | Mr. Adan Rosas Santiago | Business representative of the Citizens' Interaction Committee - San Juan area | |
| 7:21 p.m. – 7:24 p.m. | Ms. Deborah Ortiz Iglesias | People with disabilities representative of the Citizens' Interaction Committee - San Juan area | |
| 7:26 p.m. – 7:29 p.m. | Mr. Javier Vizcarrondo Colondres | LGGBTTQ representative of the Citizens' Interaction Committee - San Juan area | |
| 7:31 p.m. – 7:34 p.m. | Ms. Ana Marchena Segura | Immigrant community | |
| 7:36 p.m. – 7:39 p.m. | Mr. Francisco Ramírez Castillo | Elderly community | |
| 7:41 p.m. – 7:44 p.m. | Ms. Viviana Díaz Saviñon, Esq. | *"Instituto de Dominicanos en el Exterior"* | |
| 7:46 p.m. – 7:49 p.m. | Ms. Lucy Cruz Rivera | President of G-8, Inc. | |
| 7:51 p.m. – 7:54 p.m. | Ms. Rosario Rodríguez Matos | Las Lomas community | |

| | | | |
|---|---|---|---|
| 7:56 p.m. – 7:59 p.m. | Ms. Annie Garret | Floral Park community | |
| 8:01 p.m. – 8:04 p.m. | Mr. Héctor Lugo Alarcón | Immigrant community | |
| 8:06 p.m. – 8:09 p.m. | Reserved for Potential Speaker | | |
| 8:11 p.m. – 8:14 p.m. | Reserved for Potential Speaker | | |
| 8:16 p.m. – 8:19 p.m. | Reserved for Potential Speaker | | |
| 8:21 p.m. – 8:24 p.m. | Reserved for Potential Speaker | | |
| 8:26 p.m. – 8:29 p.m. | Reserved for Potential Speaker | | |
| 8:31 p.m. – 8:34 p.m. | Reserved for Potential Speaker | | |
| 8:36 p.m. – 8:39 p.m. | Reserved for Potential Speaker | | |
| 8:41 p.m. – 8:44 p.m. | Reserved for Potential Speaker | | |
| 8:46 p.m. – 8:49 p.m. | Luis Saucedo, Esq. | USDOJ | Closing remarks |
| 8:50 p.m. – 8:53 p.m. | Ms. María Domínguez or designated representative | Legal Representation of the Commonwealth of Puerto Rico | Closing remarks |
| 8:54 p.m. – 8:59 p.m. | Mr. Arnaldo Claudio | Federal Monitor | Closing remarks |