**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    **Plaintiff,**

    **v.**

                                                **CASE NO. 12-2039 (GAG)**

COMMONWEALTH OF PUERTO RICO, et al.,

    **Defendants.**

## ORDER

On March 20, 2019 the Executive Director of the Financial Oversight and Management Board for Puerto Rico sent via email letter to the Federal Court Monitor requesting that he attend the Board's March 28, 2019 public hearing. (See attached letter).

The Board, created by the PROMESA statute, is an entity of the Commonwealth of Puerto Rico. More so, it does not possess the authority as such to request the presence of any federal official to testify at its hearings. The Court Monitor is an officer of this court and thus falls outside of the Board's authority and jurisdiction.

This is not to say that as a matter of comity, just as with the Commonwealth's three branches of government, the Monitor cannot share information with the Board, if informed to the parties and authorized by the Court. As a matter of fact, he has done so in the past. And, representatives of the Board have been invited to attend the Court's public hearings.

**SO ORDERED.**

In San Juan, Puerto Rico this 21st day of March, 2019.

                                        *s/ Gustavo A. Gelpí*
                                        GUSTAVO A. GELPI
                                        United States District Judge