**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD**
**FOR PUERTO RICO**



*José B. Carrión III*
Chair

Members
*Andrew G. Biggs*
*Carlos M. García*
*Arthur J. González*
*José R. González*
*Ana J. Matosantos*
*David A. Skeel, Jr.*

*Natalie A. Jaresko*
Executive Director

**BY ELECTRONIC MAIL**

March 20, 2019

Colonel Arnaldo Claudio
Court-Appointed Technical Compliance Advisor

Dear Colonel Claudio,

The Oversight Board, pursuant to PROMESA Section 104(a), will hold a public hearing on the status of the implementation of the Department of Public Safety's measures as required by the certified Fiscal Plan. The hearing will be held on Thursday, March 28, 2019 at 2:30pm. at the Puerto Rico Convention Center.

By this letter, the Oversight Board officially requests your participation. Please confirm your participation no later than Friday, March 22, 2019.[1]

Please note that Secretary Héctor Pesquera has also confirmed his participation. A detailed agenda will be distributed later this week. We appreciate your continued cooperation and look forward to your participation.

Sincerely,

Natalie A. Jaresko

---

[1] Please note that the Oversight Board may administer oaths or affirmations to witnesses appearing before the Oversight Board.

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@oversightboard.pr.gov