IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>    **Defendants.** | **CASE NO. 12-2039 (GAG)** |

### INFORMATIVE MOTION REGARDING SCHEDULING MOTIONS NOTIFICATION

**TO THE HONORABLE COURT:**

**NOW COMES**, the undersigned as Constitutional and Legal Advisor, as well as Counsel in Charge of the Town Hall Meetings on behalf of the Federal Monitor's Office, who respectfully informs the Court as follows:

Pursuant to the Informative Motion Regarding Initial Schedule for the Town Hall Meetings (See Docket No.1093), as well as the Informative Motions regarding Final Schedule for the Loíza and Hato Rey Town Hall Meetings (See Docket No.1153 and 1158, respectively), the undersigned hereby informs the Court that a copy of the above-mentioned documents has been furnished to each scheduled guest speaker, along with a Spanish version of the directives of the Court for the referenced Town Hall Meetings.

**WHEREFORE**, the undersigned respectfully requests that the Court takes notice of the above for all relevant purposes.

**Civil No. 12-2039 (GAG)**

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this March 21, 2019.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Counsel in Charge of the Town Hall Meetings
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com