# Biannual Status Report
## Puerto Rico Police Bureau

March 1st, 2019

**HENRY ESCALERA RIVERA**
**Commissioner**

# TABLE OF CONTENTS

I.  Introduction………………………………………………………………………..1

II.  Capacity Building-Period……………………………………………….……1

III.  Response of the Puerto Rico Police Bureau to Concerns Raised in the Previous Report of the Technical Compliance Advisor (TCA) …………………………………….…..5

IV.  Public Hearing in US District Court...……………………………………….……..7

V.  Status Report……………………………………………………………………..8

VI.  Reform Office………………………………………………………………….....8

VII.  Compliance Areas of the Agreement………………………………………………11

    A.  Recruiting………………………………………………………………13

    B.  Professionalization…………………………………………………………14

    C.  Use of Force…………………………………………………………….…14

    D.  Searches and Seizures……………………………………………….…......15

    E.  Equal Protection and Non-Discrimination……………………….…..15

    F.  Community Engagement and Public Information…………………….…..19

    G.  Training…………………………………………………………………21

    H.  Civilian Complaints, Internal Investigations and Discipline …………..……21

    I.  Information Systems and Technology………………………………………...24

VIII.  Summary of the Intellectual Production of the Puerto Rico Police Bureau…………..26

IX.  Conclusion…………………………………………………………………30

**BIANNUAL STATUS REPORT OF THE PUERTO RICO POLICE BUREAU**

## I.    Introduction.

Pursuant to paragraph 261 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter "Agreement"), the Puerto Rico Police Bureau (hereinafter "PRPB") submits to the Court a status report highlighting its most significant achievements for the period between October 8, 2018 and March 1, 2019.  PRPB also responds to concerns raised in previous reports filed by the Technical Compliance Advisor (hereinafter "TCA").

## II.   Capacity-Building Period

As part of the negotiations for the execution of the Agreement, the US Department of Justice granted the PRPB a four (4) year capacity-building period, subject to the development of Action Plans in each of the substantive areas of the Agreement. These action plans set forth in detail the steps agreed upon to execute and implement the reforms through the development of policies, training, and improvements in infrastructure, especially regarding technology. This capacity-building period ended on October 7, 2018, the date on which the Agreement's compliance period began.

It is important to note the progress made by PRPB in the capacity-building period, before reporting on the significant achievements made during the first compliance period. To comply with the training requirements of the Reform, it was necessary to lay the foundation by developing or revising policies and procedures, the result of which we break down below:

1. Enacted ninety-one (91) general orders;
2. Developed seventeen (17) procedure manuals;
3. Approve twelve (12) regulations;
4. Approved six (6) administrative orders;
5. Developed two (2) glossaries;
6. Approved three hundred sixty (360) forms (PPRs); and
7. Finalized one (1) protocol.

Among the several projects developed during the four (4) year capacity-building period, was the creation of the Boards responsible for determining the criteria to be considered when selecting the

1

PRPB members that will integrate any specialized units, such as the: Tactical Operations Unit, SWAT, Drugs and Narcotics Unit, and Canine Unit, among others. If the established criteria are not met, the candidate cannot be part of the unit for which he or she is being evaluated, which allows only the most qualified candidates to join those units.

The Canine Unit made some extraordinary advances, such as the continuous replacement of the canines with a total of fifty-eight (58) dogs acquired and five (5) pending to be received. All PRPB members assigned to this unit complied with one hundred (100%) percent of the required training, such as:

- The Unit Director was certified as a Kennel Master by the Vohne Liche Kennels Academy in Indiana;
- Four (4) additional instructors were certified in areas related to K-9s; and
- A Canine Handler Course was developed.

To complete the trainings, in addition to restoring the former structure of the Ponce Shooting Range and converting it into a continuous training center for the dogs, the following equipment was acquired:

- Four (4) Training Boxes (set of four) – These are used daily to carry out the boxes protocol in order to reinforce the dogs' odor discrimination. The boxes help to identify failures, and the handler is corrected regarding the proper method of rewarding the canine.
- Four (4) Narc Sote (four compartments) – These are narcotics administered by the Mental Health and Addiction Services Administration, with the Drug Enforcement Administration's (DEA) approval.
- One (1) Bite Suit –Used for training in the apprehension of fugitives and the prevention of injuries to agents in interventions with high degrees of danger.
- Two (2) Heavy Duty a/r 15 Weapon Box – Allows the safe mobilization of the weapons used in the trainings to different scenes.
- Two (2) Type 3 Magazine Day Box – Used for the transportation of explosives and detonators.
- One (1) scale - To control the amount of controlled substances removed from the safebox to be used in training.

- Four (4) signs - Used to identify the training areas and to warn of the presence of dogs in the area.
- One (1) Explosives Kit - Contains enough material of all odor tests for the practical maintenance of the dogs specialized in the detection of odors.
- Six (6) K9 First Aid Kits
- Tactical Gloves
- Safety equipment for the canines

Because one of the objectives of the Agreement is to promote safety and provide the personnel with the necessary tools to achieve these objectives, the following equipment was acquired:

- Nine thousand seven hundred and ten (9,710) DCEs with holsters. As part of the negotiations, when this technological equipment was acquired, the PRPB was able to certify, through the vendor, seventy-eight (78) members of the PRPB as DCE Solutions and Investigations Technicians. This certification empowers them to download the DCE equipment quarterly data from the data ports because one hundred (100) cables needed for this function were acquired. This process of downloading the quarterly data allows the identification of misuse of the equipment.
- Twenty-one thousand nine hundred one (21,901) disposable cartridges for DCE. This amount allows each employee who has a DCE to have an additional cartridge as part of his/her uniform.
- Fourteen thousand six hundred (14,600) DCE batteries.
- Fifteen thousand six hundred sixty-nine (15,669) OC MK-3 containers with their holders.
- Three hundred and fifty (350) OC practice equipment.
- Thirteen OC recharging stations for trainings.
- Batons with their holsters.
- Thirty-two (32) baton instructor uniforms.
- Five hundred and sixty (560) practice batons.
- Ten thousand (10,000) rechargeable lanterns with their holsters.
- Anti-riot equipment.

- Projectors, projection screens, desks, wireless presenters, secretarial chairs, tables, files and cabinets, air conditioners, laptops, fixed chairs, pen drives, extension cords, speakers, wireless microphones, modular stations, first aid kits, all to enable the training centers at the police areas level and to decentralize training from the Academy.
- Rental of four hundred twenty four (424) multifunction printers.
- Seven hundred (700) galvanized barricades.
- Two (2) virtual simulators for simulated use of force practices.
- Movable files.
- Sixty (60) dummy training pistols.

In compliance with the Agreement's requirements on Equal Protection and Non-discrimination, and pursuant to paragraph 96 of the Agreement, the Sex Crimes Hotline was inaugurated.

During the capacity-building period, the 223rd Academy graduated and the Operational Supervision Officers Program was implemented in the areas of San Juan, Bayamón and Carolina. The Training Coordinator position was created, responsible for all the training framework and linking of the police regions with the Academy.

Also, during the capacity-building period, three thousand (3,000) portable communication radios were purchased and distributed in different police areas to improve the service offered to the public. The Communications Division was also able to migrate the analog and obsolete Smart Zone (Motorola) radio communications network to the encrypted P25 digital network, to cover the regions of San Juan, Bayamón, Carolina, Caguas, the Transit Bureau and the Special Units at the island-wide level.

The PRPB is in the process of concluding the migration of information from the regions of Aguadilla, Arecibo, Ponce and Mayagüez; and once the antennas of the Vieques site are up, Culebra will also be migrated, serving more than 5,000 users in the metropolitan area and achieving the standardization of communications in a single network. As of July 2018, all communications generated by P25 are recorded.

The PRPB also completed the staffing allocation and resource study required by paragraph 13 of the Agreement, and has been consolidating and eliminating units as established in the

Implementation Plan. According to the plan in process, the consolidation of the different operational units and their locations is being evaluated. Information on the various consolidations in each police region is in Exhibit 1.

## III. PRPB's Response to Concerns Raised in the Previous Report of the Technical Compliance Advisor (TCA).

In the eighth biannual report (provisional) issued by the TCA, covering the period from April 1st to October 7, 2018, the TCA informed the PRPB of some deficiencies identified during that period of time, in several areas. Below we summarize the position of the TCA and express the position of the PRPB on the alleged deficiencies.

### 1. According to the TCA, the way the PRPB measures progress during the capacity-building period is problematic. The TCA questions the computational method.

The compliance percentage in terms of the five hundred and sixty-eight (568) activities of the action plans is strictly a mathematical analysis with a result of ninety-four point two percent (94.2%). The thirty-three 33 activities that have been extended are subtracted, and that represents five point eight percent (5.8%). When adding the activities that affect or are affected by the requested extensions, the number of activities increases to fifty (50), which represents eight point eight percent (8.8%) of the total of five hundred and sixty eight (568) activities. That is, the PRPB met the deadline for ninety-one point two percent (91.2%) of the activities in the action plans. Regardless of how the mathematical analysis is done, compliance is clear and continues to be significant, which is very satisfying to the PRPB.

### 2. The TCA expresses concern about whether the Commonwealth of Puerto Rico has made satisfactory progress in the implementation of the Agreement.

As reflected in the above discussion, the PRPB has made significant progress in its compliance with the Agreement and the activities in the Action Plans, as also reflected in the bi-annual status reports filed over time. In such a broad and comprehensive process as the Police Reform, each step forward is positive progress. The PRPB recognizes the importance of, and is committed to, implementing the Action Plans and the Agreement, both operationally and administratively, in

order to ultimately demonstrating sustainability. Therefore, the PRPB will continue to communicate through its bi-annual reports the achievements made in the Police Reform.

   **3.   The TCA is particularly concerned that the word "budget" is missing (sic) from the state report, as the TCA has identified serious obstacles in this area since the application of Act 20-2017.**

The PRPB, not the Department of Public Safety, manages its budget. We are currently in a process that requires the endorsement of the Fiscal Oversight and Management Board ("FOMB") before committing to certain initiatives that require funds to be achieved.  As is well known, the Government of Puerto Rico is in a severe fiscal crisis, and the PRPB is not immune to the crisis.

   **4.   The TCA found that many work unit directors that were visited had been assigned to their place of work recently. In a particular case, a person had been there only several days. The TCA believes that this is not best practice and that it contributes to lack of uniformity in the chain of command.  According to the TCA it is not reasonable to expect that these officers be knowledgeable of the work units.**

The PRPB Commissioner carries out a distribution of his managerial staff according to the particular service needs presented by the work areas. Occasionally, it is possible to appoint work unit directors for a long period of time. The changes are to improve services and advance compliance with the Reform requirements and the Commissioner will make the designations that best advance those purposes and enhance the services provided by the Police.

   **5.   The TCA team determined that, on average, approximately 35% of the vehicles assigned to the work units visited were deteriorated to such a degree that they were not available for patrolling. In addition, almost all vehicles (with the exception of newer vehicles) have a high mileage.**

The PRPB recently acquired and delivered two hundred eleven (211) vehicles and sixty-eight (68) motorcycles. The majority were distributed among the work units with the greatest need, this in order to meet the needs of citizens and communities. Again, we feel compelled to emphasize that the Government of Puerto Rico is in a severe fiscal crisis, and the PRPB is not immune to the

crisis.  The PRPB is utilizing its budget resources as best as it can to be able to meet the needs of the Reform and the citizens of Puerto Rico.

6.  **The TCA reported communication problems in the field work units. In many cases, the communication with the staff is carried out through cellphones or radios bought by agents in their personal capacity (to talk to each other).**

The PRPB recognizes the need to improve and expand the communications network  so that a large number of officers have better portable radio equipment and improve the service response to citizens.  The PRPB has already acquired three thousand (3,000) units.  The acquisition of additional units will be made in phases because the equipment is very expensive, and the PRPB needs to maximize the utilization of its budget resources and determine where those resources are most needed

7.  **During the August visit, the TCA found copies of a 2012 policy.**

It is important to note that all the updated policies are on the official webpage of the PRPB.  Should the identity of the work unit in which the situation occurred be provided, the PRPB will immediately address and rectify the issue.

## IV.    Public Hearing in the US District Court

On December 6, 2018, a public hearing was held in the US District Court for the District of Puerto Rico, in Hato Rey, on the status of the procedures and the progress made to date in the implementation of the Agreement. Hon. Judge Gustavo Gelpí had ordered that the persons who were going to participate in the hearing had to file their written statements before the hearing, so that Judge Gelpi could read them carefully and ask questions, if necessary. The following persons were present at the hearing: the Commissioner, the Assistant Commissioner of Education and Training, the Director of the Canine Unit, the Assistant Commissioner of Administrative Services, Colonel Francisco Rodríguez, representatives of the community, the Project Manager of the Time and Attendance System (Kronos), the Director of the PRPB Psychology Division, the former Advisor to the Governor in Reform Affairs, the Department of Justice of Puerto Rico, the Department of Justice of the United States, and the TCA team.

During the hearing, the Court recognized the work and progress that the PRPB has achieved in various areas. In particular, Judge Gelpí was very pleased with the achievements of the Canine Unit, among other work units.

## V.    Status Report

We now present the status and compliance of various mechanisms and initiatives developed and adopted by the PRPB and the Reform Office for the period from **October 8 to March 1, 2019**.

## VI.    Reform Office

### A.  Implementation Section

The Implementation and Compliance Section of the Reform Office of the PRPB (the "Compliance Section") made compliance monitoring visits to different Police Areas to provide orientation to the directors and supervisors assigned to those Areas, as well as to verify that the requirements of the Agreement, the Action Plans, and the laws and policies that regulate the PRPB are being met. In the visits, the processes and documentation were reviewed to corroborate that they are being carried out as previously established. In compliance with this objective, we list below the visits made by the Compliance Section from October to December 2018.

1.  Self-evaluation visits to the Fortaleza Station and detachments of the Fortaleza Police Auxiliary Superintendence. On October 1, 2018, the Compliance Section initiated monitoring visits to the Fortaleza Police Auxiliary Superintendence, to provide orientation to the Directors and Supervisors assigned to said Superintendence, and to verify compliance with the requirements of the Agreement, the provisions of the Action Plans and the policies and laws that regulate the PRPB. In the visits, processes and documentation were reviewed to verify that they are being carried out as previously established.

2.  On October 2, 2018, a visit to the motorcade motorcycles section of the Fortaleza Police Auxiliary Superintendence was carried out. We were received by Sgt. José Luis Sánchez Rodríguez #8-23843, who is in charge of motorcade motorcycles. We explained that the purpose of the visit was mentoring and orientation in the processes of PRPB policies and the Reform.

3. On Wednesday, October 3, 2018, staff from the Reform Office visited the Governor's country house, which is located in the Jájome neighborhood of Cayey. In the Jájome Station we were received by Sgt. Héctor Hernández González # 8-34880, who works in the aforementioned work unit. We explained that the purpose of the visit was mentoring and orientation in the processes of PRPB policies and the Reform.

4. On October 5, 2018, we visited the Convento Station located on Avenida El Conquistador, Playa Escondida, Fajardo. We were received by Sgt. Miguel A. López Santiago # 8-19761, director. We explained that the purpose of the visit was mentoring and orientation in the processes of PRPB policies and the Reform.

## B. Policies and Procedures Section

The Policies and Procedures Section, established pursuant to the Agreement, is intended to institute the public policy of the PRPB and review existing policies and procedures to ensure that they reflect the priorities of the PRPB and the requirements of the Agreement.

During the period covered by this Status Report and in compliance with the requirements of the Agreement, the Policies and Procedures Section submitted several policies to the TCA and the US Department of Justice for review and comments, which are listed below:

1. On November 13, 2018, Section 102 of the General Order Chapter 100, entitled "Reorganization of the Organizational Structure of the Puerto Rico Police", was revised with the purpose of bringing said General Order in compliance with the changes arising from the creation and reorganization of other work units and the Agreement.

2. On January 25, 2019, Section 128 of the General Order Chapter 100, entitled "Division of Arrests and Searches", was reviewed and signed.

3. On December 28, 2018, Section 129 of the General Order Chapter 100, entitled "Division of Arrests and Extraditions", was revised.

4.  On December 12, 2018, Section 210 of the General Order 100, entitled "Protection of Copyright and Intellectual Property", was signed. This policy establishes the rules and procedures to regulate the protection of copyrights, graphic work, photographs, source codes of computer programs, including, documents protected by the intellectual property rights of the PRPB.

5.  On December 24, 2018, Section 621 of the General Order Chapter 600, entitled "Management of Incident Reports or Police Services", was reviewed and signed. With the revision of this order, the PRPB emphasized the importance of this tool for the planning and development of work plans and strategies to fight crime, in addition to documenting all the police services carried out by the PRPB, through automated systems.

6.  On December 28, 2018, Administrative Order 2017-2, entitled "Monthly Meetings", was revised. This revision reclassified the Administrative Order, into Section 704 of the General Order Chapter 100, entitled "Monthly Meetings", because chapter 700 is for policies related to training.

7.  On February 5, 2019, the Procedures Manual for the Special Arrests and Extraditions Division was signed. The creation of this Manual is aimed at providing the investigators of the Special Arrests and Extraditions Division (DAEE) with clear guidelines to carry out their duties and responsibilities in a uniform and organized manner. In addition, its purpose is to ensure that the procedures carried out in the DAEE are documented, in order to guarantee structured, efficient and clear processes in a professional and agile manner that guarantee the protection of the civil and constitutional rights of the persons investigated and/or arrested.

8.  On February 11, 2019, the Management of Incident Reports or Police Services Manual was reviewed and signed. With the revision of this Manual, the PRPB intends to collect and report information related to crimes using the National Incident-Based Reporting System (NIBRS). This is in accordance with the standards established in the Uniform Crime

Reports Information System and Section 621 of the General Order Chapter 600, entitled: "Management of Incident Reports or Police Services."

9. On November 20, 2018, Regulation No. 9050 known as "Regulation to Amend Section 12.2 of the Personnel Regulation of the Puerto Rico Police" was signed. Through this regulation, the PRPB amended the Personnel Regulation (Reg. No. 4216), with the objective of establishing the minimum admission requirements that each candidate must have to be a cadet.

10. On December 28, 2018, communication number OS-4-OR-1-797 was signed to create the "Newsletters" section on the website of the PRPB, pursuant to Section 704 of the General Order Chapter 700, "Monthly Meetings", so that during the monthly meetings in each work unit these newsletters are used as guides. This guarantees that the PRPB staff knows the policies and procedures promulgated by the PRPB.

## VII.   Compliance Areas of the Agreement
### A.  Recruiting

The PRPB, in its commitment to public safety, will start, on or before April 30, an Academy for future police officers where innovative initiatives in the Recruitment, Selection and Training of Cadet Applicants process  have been implemented.  The PRPB developed a sequential curriculum of one thousand three hundred (1,300) hours aimed at the training of 21st century officers that fully complies with requirements of the Agreement. It is important to point out that as part of the creation of the Academy, a thorough evaluation was carried out of the requirements of the Agreement and of the public policy created and adopted in accordance with the generally accepted police practices in the United States. Worth highlighting are:

1. All candidates need to have, at a minimum, an associate degree; and in some cases bachelor or master degrees.
2. A Promotions Committee for the Recruitment of Cadets was set up, which implemented a Personnel Selection Plan in consultation with members of the community. The purpose was to attract candidates from all sectors including historically marginalized groups.

Communities and universities were visited in order to achieve an accessible and open process, and to guarantee equal protection of the laws and the avoidance of discrimination.

3. The admitted candidates were selected according to the Profile of the Applicant to be an Agent, evaluating their knowledge, skills and abilities, including at the psychological, cognitive and social levels that an applicant must possess to successfully assume the responsibilities of a law enforcement agent.

4. The Education and Training Auxiliary Superintendence of the PRPB (the "SAEA"), developed the Multi-thematic Training Material of sixteen (16) contact hours for the Training of the Members of the Promotions Committee, the staff of the Recruitment Division, the Security and Protection Office, and the Community Relations Bureau.

5. All the guides and syllabi of the courses to be offered to the cadets were revised. In addition, new trainings were implemented to further the professionalization and ethical values of our agents from the beginning.

6. These new PRPB cadets will participate in the Pre-Service Training that consists of one thousand three hundred (1,300) contact hours of training. Once appointed as agents, after having approved all the requirements and having a favorable evaluation from the SAEA, they will participate in the Field Training Officer's (FTO) Program. This Program consists of eight hundred (800) additional hours in the operations area. Each new agent will be assigned to an experienced agent who will serve as a mentor and will evaluate his post-training exercises.

7. This will be the first Academy in the history of the PRPB in which all the cadets will have to have an adequate evaluation of their abilities and aptitudes to perform as agents of the PRPB before they are granted permanence in the position after finishing their training.

8. The final result of this recruitment process is that the Academy will be able have a cadet class that has gone through a rigorous recruitment process consistent with the objectives of the Agreement to achieve greater diversity and professionalism in the PRPB.

9. This will help the PRPB achieve greater citizen confidence in the men and women that make up the PRPB, as well as help build better relationships with the communities the PRPB serves.

Therefore, we are satisfied that when the Academy begins its course for the new 228 class, the PRPB has guaranteed the recruitment of the best talent that answered the call to serve in the creation of a better Puerto Rico.

## B. Professionalization

The first academy of cadets under the compliance period will begin on or before April 30, 2019, pursuant to an extension requested by the PRPB and granted by Judge Gustavo Gelpí.  To date, there are seventy (70) cadets that have already been sworn in, forty (40) of which have already completed the immersion program consisting of eighty (80) hours (which are in addition to the Academy contact hours).

In order to to have sufficient and adequate supervision of PRPB agents, on February 21, 2019, one hundred and twenty-one (121) agents were promoted as follows: seven (7) promotions to the rank of captain, seventy our (74) promotions to the rank of sergeant, and forty (40) promotions to the rank of second lieutenant.

The foregoing highlights that the PRPB is aware of the importance of supervision and its proper implementation by rank personnel. In addition to the aforementioned promotions, the PRPB offered, through the SAEA, training to thirty (30) instructors regarding Section 639 of the General Order Chapter 600, entitled "Non-Punitive Corrective Measures". This training complied with the supervision process for the instructors between January 24and February 15, 2019.  The work plan was started on March 1, 2019 so that all the personnel can receive the training.

Finally, and together with the Citizen Interaction Committees established pursuant to Section 801 of the General Order Chapter 800, the PRPB, in furtherance of  the equal treatment that all citizens deserve regardless of their conditions, vigorously works on preparing members of the PRPB in communicating with the deaf. From February 6, 2019, twenty-eight (28) members of the PRPB have obtained certifications in the use of sign language, a tool of equality that endows the PRPB with the professionalization it pursues.

### C.  Use of Force

#### 1.  Policy Development

##### i.   Use of Force Rules

On December 3, 2018, the Section 601 of the General Order Chapter 600, entitled "Rules for the Use of Force", was signed, thereby repealing the August 24, 2016 General Order.

The purpose of the new General Order is to adopt the new trends in the use of force, according to the generally accepted practices by police forces in the United States. In addition, the General Order establishes the norms and limits that will govern the use of force by members of the PPRB in the performance of their duty. The General Order indicates to the members of the PPRB that their interventions will be carried out in such a manner that respects the rights, privileges and immunities established by the Constitution of the United States and the Constitution of Puerto Rico, while protecting the right to life, liberty and property. Members of the PPRB will use the minimum amount of force that an objectively reasonable member of the PPRB would use, in light of the circumstances, to effectively achieve control of an incident or persons, while protecting the lives of other members of the PPRB or third parties. When using force, the members of the PPRB will continually assess the perceived threat to select the reasonable response to the use of force, or that is proportional to the threat they face.

##### ii.   Force Investigation Unit (FIU)

On February 12, 2019, Section 113 of the General Order Chapter 100, entitled "Use of Force Incident Investigations Division" (FIU), thereby repealing the February 11, 2016 Order.

The General Order has the purpose of revising the organizational and functional structure of the FIU. The FIU will investigate uses of force, whether minor or serious, that indicate apparent criminal conduct by a member of the PRPB, critical discharges, negligence, and/or firearm accidents, as well as uses of force by members of the PPRB reassigned by the Commissioner, the SARP, the Force Review Board and/or the Commissioner's Force Evaluation Board.

#### 2.  Use of Force Training

From October 8, 2018 to the present, a total of 6,498 members of the PPRB have been trained in the Practical Phase of the Use of Force, for a total of 58% trained members.

**D.  Searches and Seizures.**

On July 30, 2018, the Commissioner signed Section 615 of the General Order, entitled "Authority to carry out Arrests and Citations". The purpose of this policy is to regulate the rules and policies that PRPB police officers must follow in the exercise of their legal authority to carry out arrests and citations, in accordance with concepts, doctrines and procedures applicable under the Constitution of Puerto Rico, the Constitution of the United States, and state and federal laws and case law.

The Agreement is intended to protect public safety, promote constitutional police practices and to develop the trust of citizens in the PRPB. The agreed reforms require the implementation of new and improved policies and the development of training for each policy that is approved.

On January 9, 2019, the Academy confirmed that as of December 21, 2018 there was a a ninety-nine-point eighty-five (99.85%) percent compliance in the training of this area.

**E.  Equal Protection and Non-Discrimination.**

The PRPB prohibits all types of employment discrimination, harassment or retaliation. To achieve these objectives, on October 25, 2018, the PRPB enacted the Internal Regulation for the Prevention of Discrimination, Harassment and Retaliation of the Puerto Rico Police Bureau. The purpose of this Regulation is to recognize that discrimination, harassment and retaliation at the place of employment are conducts that violate the dignity of the human being and affect the work environment, behaviors that are regulated by law and jurisprudence, both federal and state. It is the responsibility of the PRPB to provide procedures to report, investigate and resolve these incidents, in order to promote and maintain a safe and healthy working environment that is free from this type of behavior. Likewise, it is the PRPB's responsibility to take timely and effective action to prevent and correct incidents of discrimination, harassment and reprisals.

Pursuant to the Regulation, the PRPB will take immediate action to avoid, remedy, and apply disciplinary sanctions and/or file criminal charges, if applicable, to those responsible for said conduct. The PRPB is committed to implementing an aggressive program to ensure that no employee of the PRPB is denied fair and impartial treatment, motivated by discrimination of a protected class or the perception of a protected class, be it because of race, color, sex, birth, origin

or social status, nationality or ethnic origin, religious belief or affiliation, sexual orientation, gender identity, gender expression, civil status, age, political affiliation or beliefs, physical or mental disability, as a homeless person, or any other reason prohibited by law. The practices of discrimination, harassment and retaliation are prohibited by the PRPB's Regulations, and are contrary to the norms of proper and respectful behavior that govern the PRPB. No official, employee of the classified system or the rank system, or contractor has any authority to submit another person, be it a subordinate or supervisor, or person seeking work in the PRPB, to any type of discrimination, harassment or retaliation prohibited by the PRPB's Regulations, either on his own, or through another PRPB employee.

1. **Policies related to equal protection and non-discrimination**
   a. **Section 624 of the General Order Chapter 600, titled "Interaction with Transgender and Transsexual Persons"**

The Commissioner signed this Order on April 24, 2018. The purpose of this Order is to establish the operational and administrative policy and procedures for PRPB employees in their interaction with transgender or transsexual (trans) people in order to provide security, respect and dignity to this community. By October 26, 2018, a total of twelve thousand and fifty-nine (12,059) members of the PRPB had been trained in this area. This number represents a total of ninety-nine point ninety-six percent (99.96%) of the members of the PRPB. Currently the SAEA is in the process of training fourteen (14) additional instructors to attend the Multi-thematic course on Equal Protection and Non-Discrimination, which includes the retraining of the Interaction with Transgender and Transgender People course (REA 624).

   b. **Section 626 of the General Order Chapter 600, titled "Intervention with Foreign Persons"**

The Commissioner signed this policy on June 20, 2018. The purpose of this General Order is to establish the rules and procedures to be followed by PRPB police officers when intervening with foreign persons for the commission of crimes or other circumstances that require interaction of the PRPB with this population. Section 626 of the General Order Chapter 600 is included in the Multi-thematic course on Equal Protection and Non-Discrimination. The SAEA is in the process of training fourteen (14) additional instructors.

     **c. Section 118 of the General Order Chpater 100, titled "Duities and Responsibilities of the Domestic Violence Division" and Domestic Violence Standard Operating Procedures (SOP) Manual**

The Commissioner signed this General Order on July 16, 2018 and the Manual on July 26, 2018. From October 2018 to March 5, 2019, a total of one thousand two hundred and eleven (1,211) members of the PRPB have been trained in these areas.

     **d. Section 633 of the General Order Chapter 600, titled "Intervention with Minors in the Commission of Faults".**

On July 25, 2018, the Commissioner signed this General Order. During the period relevant to this Status Report, a total of one thousand seven hundred and fifty-nine (1,759) members of the PRPB were trained by the SAEA.

### 1.1 Statistics of the Counseling Offered Through the Sexual Crimes Hotline.

The Sexual Crimes Hotline is a telephone line, through the number (787) 343-0000, available twenty-four (24) hours a day, seven (7) days a week for victims of sexual crimes. The information provided in **Attachment 2** of this Report, includes the period from October 31, 2018 to February 2019.

During November 2018, a total of one hundred twelve (112) calls were received. During December 2018, a total of one hundred twenty-two (122) calls were received. During January 2019, a total of one hundred twenty-six (126) calls were received. During February 2019, a total of one hundred forty-one (141) calls were received.

**Statistics Related to Paragraph 97.**

Paragraph 97 of the Agreement establishes that the PRPB will monitor the results of investigations of sexual assault cases, including: whether the investigation produced arrests, whether the prosecutor filed charges against the suspect, and whether the accused was convicted. The PRPB will also monitor sexual assaults by gender, as well as incidents in which more than one person is arrested. These data will be published on the PRPB website, as required by paragraph 97 of the

Agreement. These statistics are collected by the PRPB annually. Therefore, for purposes of this report, the statistics of all the police areas from January 2018 to December 2018 are provided.

The statistics collected show that from January through December 2018, the areas reported a total of eight hundred and eighty-one (881) cases of abuse, of all types.

### 1.2 Sexual Crimes and Child Abuse Division Complaints.

According to the statistics registered, during the months of January to December 2018, one thousand eighty-two (1,182) complaints were received from the thirteen (13) Police Areas.

### 1.3 Domestic Violence Statistics: Gender, Arrests and Convictions.

**Attachment 3** of this Report shows the details of arrests and convictions by Police Area and the number of incidents of domestic violence reported during the period from August 1, 2018 to February 28, 2019. Statistics show that there were three thousand nine hundred-six (3,906) complaints received and one thousand six hundred ninety-nine (1,699) persons were arrested. Criminal charges were filed in a total of one thousand six hundred and seventy-three (1,673) cases and there were forty-nine (49) convictions of the cases investigated and submitted. Regarding interventions with minors, no incidents were reported.

The PRPB uses the Early Intervention System (domestic violence module) to collect information on incidents of domestic violence reported in the Police Areas.

According to the statistics received three thousand two hundred forty (3,240) cases where the alleged victim was female and one thousand six hundred sixty-six (1,666) reported cases where the alleged victim was male.

### 1.4 Statistics on Arrests of Puerto Rico Police Bureau police officers Related to Paragraph 100.

**Attachment 4** of this Report shows the number of complaints received for cases of domestic violence against police officers in 2018. In addition, the number of arrests made as a result of these complaints is presented, the cases where the prosecutor filed criminal cases against the arrested police officers, how many were convicted and others arrested in the events. This data is presented as part of the information to be disclosed according to paragraph 100 of the Agreement.

This Report shows the number of complaints related to domestic violence, pursuant to the following categories: received by gender, police officers arrested, if the prosecutor submitted the complaint, police officers convicted and other persons arrested during 2018.  The report shows that the PRPB received eighty-eight (88) domestic violence complaints out of which eighty-one (81) were of male aggressors and seven (7) of female aggressors. Sixty (60) police officers were arrested out of which fifty-seven (57) are male officers and three (3) are female officers.  Thirteen (13) cases were submitted by the prosecutors, all mal aggressors. One (1) police officer reported as convicted.

## F.  Community Engagement and Public Information.

### 1.  Town Hall Meetings

Hon. Judge Gustavo Gelpí's interest in listening to the community has become a useful instrument in identifying areas of opportunity and for the sustenance of those that contribute to the wellbeing and security of citizens. As a result, the communities agreed to express their concerns at a hearing celebrated at different dates and locations, namely: Ponce on July 16, Caguas on August 16, Fajardo on August 18, Bayamón on September 17, Arecibo on October 24, Guayama on November 8, and Mayagüez on December 5, all during 2018. The PRPB is currently working in the redistribution of resources and work centers, as established in paragraph 13 of Agreement. The foregoing is an affirmative action in favor of improving the work centers and the effective distribution of PRPB personnel.

In order to fulfill the mission of protecting lives and property, the PRPB is currently working with different initiatives in a stepwise manner. This is the case of the vehicle fleet. An assignment, reassignment and seizure of vehicles plan is currently being carried out.

The concerns outlined by the community regarding mental health problems and effective communication with people from the deaf community are being handled by the PRPB diligently. An example of the aforementioned is that the PRPB currently has agents trained in sign language and their presence is channeled, if necessary. The General Order Chapter 600, section 628, titled: "Crisis Intervention Team" addresses the concern of managing people with mental health problems and training on this subject will enable the members of the PRPB to address the aforementioned events. At the moment, twenty-eight (28) members of the PRPB are being trained in sign language

as a result of a collaborative agreement between the Department of the Treasury and the Ombudsman for Persons with Disabilities, from which PRPB benefits through an alliance.

The community's concern regarding the need for the SAEA to train new cadets has been taken care of and, on or before April 30, 2019 (pursuant to extended deadline granted by the Court), the new Police Academy will commence. Currently forty (40) cadets already completed the Academy's immersion program and twenty-nine (29) are in the immersion program.

In consideration of the need to strengthen ties with the community, the PRPB, through the Police Athletic League, has a presence in the lives of seven thousand (7,000) children throughout Puerto Rico. The commitment of this division continues unabated in its achievement of prevention, through educational, recreational and cultural activities that promote the creation of leaders and citizens of peace and order. In tune with the aforementioned and in the face of inevitable and continuous social change, the PRPB signed the Regulation to Regulate the School Patroller Program, Boards, Federations, Confederation of Parents and Partners of the Division of the Police Athletic League in January 2019, in order to promote the community approach to encourage prevention and to address the needs of the youth. The PRPB makes continuous efforts to insert itself into the community and build leaders with personal and community values that promote a culture of leadership and social responsibility.

The PRPB, aware of the exhausting nature of the daily duties of the members of the Bureau and in pursuit of strengthening their character for the management of tasks inherent to their duties, has a Psychology Division, which has fifteen (15) psychologists distributed in police areas and three (3) Social Workers. The General Order Chapter 300, section 308, titled, "Employee Assistance Program" is aimed at channeling assistance to members of the PRPB that request psychological services and to those referred by their supervisors.

## 2. Community Partnerships

On March 6, 2019, Community Alliance #10 was officially formalized in the Citizen Assistance Department of the Autonomous Municipality of Cidra, under the responsibility of Mr. Jesús Olmo Ortiz, Coordinator for the Program and for the Special Projects for Citizen Assistance. The formation of this Alliance will facilitate direct coordination for assistance to other Communities.

## G.  Trainings

### Implementation of Virtual Courses in the PRPB

On June 29, 2018, the PRPB began implementing virtual courses by placing the first five (5) virtual courses at the disposal of PRPB members. For the reporting period covered by this report, trainings on Regulation 8728 on Police Practices Free of Discrimination have been offered as a virtual course to a total of six hundred thirty-one (631) civil employees of the PRPB. This amount represents ninety-one point seventy-two (91.72%) trained civilian personnel.

The page may be accessed through the web link www.policiaadiestra.com, which takes the user to the email platform of the PRPB member and by which, by entering their email account and password, they can access the learning platform CANVAS to take virtual courses and to print the corresponding certificate once training is approved.

It is important to note that, for the period covered by this report, the course REA 114, titled: Incident Investigation by the SARP was offered and, to date, seventy-seven (77) MPRPB have been trained for a total of forty-three percent (43%) of the PRPB.

On the other hand, the ESAL 105 Course, titled: Processing and Handling of Administrative Complaints and Non-Punitive Corrective Measures by the Supervisors, has trained three hundred thirty-nine (339) MPRPBs for a total of sixteen percent (16%) of the PRPB.

## H.   Administrative Complaints, Internal Investigations and Discipline

The Auxiliary Superintendence of Professional Responsibility (hereinafter, "SARP") will be responsible for ensuring that all administrative complaints for improper conduct are investigated in a diligent, exhaustive, fair and impartial manner. SARP aims to ensure that all officials are responsible under disciplinary measures that are fair and consistent.

### 1.1 Statistics of the Auxiliary Superintendence of Professional Responsibility (SARP).

Exhibit 5 of this Report shows that seven hundred and eleven (711) administrative complaints were investigated during the months of October 2018 to January 2019. In particular, during the month of October 2018, two hundred twenty-eight (228) complaints were investigated. During the

month of November 2018, one hundred fifty-seven (157) complaints were investigated, one hundred sixty-four (164) complaints were investigated during the month of December, and one hundred sixty-two (162) complaints were investigated during the month of January 2019.

During the months of October 2018 to December 2018, SARP reports that a total of 184 complaints were evaluated and adjudicated.

For the months of October 2018 to December 2018, the Bureau of Investigations of Anti-Discriminatory Affairs reported that seven (7) domestic violence complaints were investigated during the month of October 2018, one (1) gender discrimination complaint, one (1) sexual harassment complaint, and four (4) labor harassment complaints, for a total of thirteen (13) complaints, were investigated during this time period.

From October 1, 2018 until the present date, thirteen (13) MPRPBs have been summarily suspended from employment and salary. Of these summary suspensions, two (2) were females and eleven (11) to were males MPRPBs.

**1.2 General Order Chapter 300, Section 308, titled "Employee Assistance Program" (EAP)**
On July 23, 2018, the Commissioner signed this General Order. The purpose of this policy is to create the PRPB's Employee Assistance Program and to establish the rules and procedures for its implementation and administration, in order to provide services to PRPB employees who confront problems or difficulties that may affect their personal or work environment. It is the public policy of the Bureau to provide non-punitive support services to address and correct behavioral problems as part of the disciplinary and performance improvement systems. It should be noted that, at the moment, the PRPB has seventeen (17) psychologists – comprised by fifteen (15) psychologists hired for professional services, one (1) career psychologist, and the Director of the unit. Recognizing the need to address the physical and emotional strain that often negatively impacts the work of the men and women of the PRPB, the PRPB offered the "Recognizing the Syndrome of Professional Wear and Risks in Well-Being" workshop. This workshop was offered from October 2018 to January 2019 and has impacted two thousand five hundred and seventy eight (2,578) agents and four hundred and sixty five (465) supervisors for a total of three thousand forty three (3,043) MPRPB who benefited of the workshop.

Between the months of October 2018 and February 12, 2019, two hundred forty (240) new referrals have been received for the EAP and, of these, thirty-seven (37) have been voluntary. Those MPRPBs that have voluntarily sought some kind of assistance show a significant advance in the perception that pervaded regarding the EAP and demonstrate the effectiveness of the orientation campaign that the PRPB has developed in order to communicate to the MPRPB the services and support systems available.

| REFERRED CASES<br>EMPLOYEE ASISTANCE PROGRAM | | | |
|---|---|---|---|
| DATE<br>YEAR/MONTH | REFERRED<br>CASES | VOLUNTARY<br>CASES | TOTAL |
| 2018 – Oct. | 50 | 9 | 59 |
| 2018 – Nov. | 18 | 3 | 21 |
| 2018 – Dec. | 30 | 5 | 35 |
| 2019 – Jan. | 16 | 5 | 21 |
| 2019 – Feb. | 23 | 17 | 40 |
| [1]2019 – Mar. | 7 | 5 | 12 |
| GRAND TOTAL | 144 | 44 | 188 |

This media orientation campaign has been carried out in the following manner: a brochure with all the necessary contact information is published on the Police website; SalSoul 99.1 FM with Eric Valcourt (December 7, 2018); NotiUno 930 AM with Eliezer Ramos (December 7, 2018); WIPR 940 AM with Miguel Ramos (December 19, 2018); and Nueva Vida 97.7 FM with Juan Carlos Matos (January 8, 2019). The PRPB is committed to guiding MPRPBs through all platforms.

**1.3 Detection Tests of Controlled Substances.**

The Detection of Controlled Substances Program, assigned to the Auxiliary Superintendence of Professional Responsibility, sets forth the details of the amount of tests carried out by the Police

Department. From October 2018 to February 2019, the PRPB has made a total of two hundred and fifty-eight (258) drug tests. Of the tests performed, all results have been negative.

## I. Information and Technology Systems

### 1.1 Developed or Revised Policies.

General Order Chapter 400, Section 408, entitled "Access and Management of Criminal Justice Information Systems."

On January 14, 2019, the Commissioner signed the General Order Chapter 400, Section 408. This Order establishes the guidelines for employees and contractors of the Puerto Rico Police Bureau (PRPB), to access and manage the Criminal Justice Information Systems provided by the Information Services Division of the Criminal Justice Systems of the FBI (CJIS) and the Division of Criminal Justice Information Systems of the Department of Justice of Puerto Rico (SIJC). The development of this General Order is contemplated in the Action Plan of Information Systems and Technology; Development Objectives of Policies and Procedures; Activity 4.6; and requirements 218, 223 and 224.

### 1.2 Radio Communications

A. Restoration of the radio communications infrastructure:

In February 2019, the restoration of the radio communications infrastructure of the PRPB, which was rendered inoperative by Hurricane Maria, was completed and certified.   As a result thereof, the nine (9) communication sites of the PRPB are in full operation. These are: Magic (San Sebastián), Monte del Estado (Maricao), Cerro Punta (Jayuya), Maravilla (Villalba), La Tabla (Guayama), Pandura (Yabucoa), Los Machos (Ceiba), Collores (Las Piedras) and Roncador (Utuado).

B. Acquisition of communications radios:

The Puerto Rico Police Bureau acquired two thousand (2,000) radios by purchase order for the implementation of the P25 project. These radios were delivered to the Communications Division and initial assignments, which were predetermined by the Commissioner, were made to different precincts, units and divisions predetermined. At present, one thousand six hundred (1,600) portable radios have been assigned for the purpose of supporting the project.

### C. Continuation of the "Paperless" Pilot Plan with the Computer Aided Dispatch System (CAD/GTE)

Between the months of October 2018 and March 2019, the Bureau of Technologies and Communications, with the previous authorization of the Commissioner, continued the pilot project to eliminate the use of paper (Project for the Use and Management of Digital Forms) in the Abonito, Arecibo, Bayamón, Mayagüez and San Juan police areas. In this second phase, the project includes the controlled forms PPR-621.1, PPR-621.2, PPR-621.3 and 621.4, included in the General Order Chapter 600 Section 621, titled: Management of Incident Reports or Police Services developed in the System of Computer Aided Dispatch (CAD/GTE) for the management of criminal incidents.

### D. Acquisition of Microsoft Cloud Space (AZURE)

During the month of February, the PRPB began the emigration of the electronic page of the Puerto Rico Police Bureau, the development of the Virtual Library to the Microsoft Cloud with the purpose of having better access to the information systems of the Agency. The advantages of this technological initiative are the following:

1. Energy savings.
2. Zero percent (0%) data loss and maximum security in its access.
3. Regular and free updates.
4. Savings in the cost of use. You only pay for what your employees use.
5. Availability and access from any compatible device.
6. Does not depend on having physical equipment in the facilities, nor will there be dependence on a provider.
7. Development of solutions quickly and access to specialized suppliers.

### E. Commencement of Implementation of the EIS-SARP System.

On January 1, 2019 the testing phase of the EIS-SARP Information System in SARP began. The testing phase includes data from the date of entry of a complaint to the final resolution of the same. Between the months of January and February of 2019, approximately 315 complaints have been registered. The system provides around 44 reports and an additional 15 are being developed to meet the SARP's needs.

### F. Completion and certification of the shelter system between the General Headquarters and the Ponce Command Headquarters

In December 2018, the PRPB safeguard system was completed and certified. This system operates and stores the daily backups of the information systems of the PRPB between the General Headquarters and the Ponce Command Headquarters. This allows the PRPB to operate its mission-critical information systems at all times (24/7) and, in the case of a catastrophic event, the loss of data and information is minimal or none at all.

### G. Document Digitalization Project

As of December 2018, approximately twenty nine thousand (29,000) physical records of complaints have been digitized in SARP. They serve as support for the EIS-SARP system.

At the Academy, approximately four thousand eight hundred (4,800) physical files with data containing training information of the agency's personnel have been digitized.

## VIII.   Summary of the Intellectual Production of the Puerto Rico Police Bureau

The PRPB has demonstrated through the signing and publication of general orders, manuals, regulations and internal guidelines that it works incessantly to achieve the highest quality standards. Proof of this are the twenty-four (24) policies signed and published by the Commissioner in the short time covered by this Report. A summary of the intellectual work developed by the Bureau in this time-frame follows:

1. **General Order, Chapter 100, Section 143, titled: Public Order Codes Office.** This General Order was signed by the Commissioner on October 4, 2018. It created the Public Order Code Office in the PRPB.

2. **Regulation to Authorize Employment Outside of the Legal Working Day for the Members of the PRPB.** This Regulation was signed on October 11, 2018 by the Commissioner and the Secretary of the Department of Public Safety. This Regulation is intended to provide the members of the PRPB with the necessary tools to combat criminal acts that occur in the communities and, similarly, have the opportunity to earn additional income, outside of their PRPB working hours, to help improve their family's situation.

3. **General Order, Chapter 100, Section 130, titled: Criminal Investigative Division.** This General Order was signed on October 25, 2018 and has the purpose of reviewing and

revising the organizational and functional structure of the Criminal Investigation Division. It also establishes the duties and responsibilities of the CIC staff.

4. **Internal Regulation for the Prevention of Discrimination, Harassment and Reprisals of the Puerto Rico Police Bureau.** This Regulation was signed on October 25, 2018. It has the purpose of recognizing that discrimination, harassment and retaliation at the workplace, are conducts that undermine the dignity of the human being and affect the work environment, and are behaviors that are regulated by laws and jurisprudence, both federal and state. It is the responsibility of the PRPB to provide procedures to report, investigate and resolve these incidents, in order to promote and maintain a safe and healthy working environment free from this type of behavior. Likewise, it is the PRPB's responsibility to take timely and effective action to prevent and correct incidents of discrimination, harassment and reprisals.

5. **General Order, Chapter 300, Section 305, titled: Transfers of Ranking Officers.** This General Order was signed on October 25, 2018 and has the purpose of establishing the rules to carry out transfers of ranking personnel. Any transfer shall be carried out in a fair, equitable and impartial manner that safeguards the best interests of the PRPB.

6. **General Order, Chapter 600, Section 635, titled: Investigations of Abuse and/or Negligence in Juvenile Institutions.** This General Order was signed on October 25, 2018 and has the purpose of establishing the procedures to be followed by the members of the PRPB at the time of receiving a report on an incident in which the commission of an crime between members of the detainees of in a Juvenile Institution.

7. **General Order, Chapter 600, Section 632, titled: Elimination of Sexual Assaults Jail Cells.** This General Order was signed on October 25, 2018 and is intended to follow the established national standards in preventing, detecting, and responding to any incident of sexual abuse or harassment in the PRPB pursuant to the provisions of the Elimination of Sexual Assaults in Prisons Act. Likewise, to train all personnel on the fundamental rights of the detainees who are confine in cells located in PRPB stations.

8. **General Order, Chapter 100, Section 102, titled: Structure of the Puerto Rico Police Bureau.** This General Order was signed on November 13, 2018 and has the purpose of establishing PRPB's organizational structure.

9. **General Order, Chapter 600, Section 639, titled: Non-Punitive Corrective Measures.** This General Order was signed on November 21, 2018. Its purpose is to establish the rules to prevent, identify and attend to the conduct of the members of the PRPB that may constitute improper conduct through the application of non-punitive measures and remedies aimed at promoting and improving the actions of the members of the PRPB. The PRPB has a public policy to encourage the members of the PRPB to comply with the highest standards in the performance of their duties.

10. **Regulation to Amend Section 12.2 of the PRPB Personnel Regulation.** This Regulation was signed on November 21, 2018 and has the purpose of establishing the minimum entry requirements which a cadet applicant must meet at the time of requesting entry into the PRPB.

11. **General Order, Chapter 600, Section 631, titled: Cell Entry and Exit.** This General Order was signed on November 21, 2018. Its purpose is to establish a uniform procedure that guarantees the safe handling of detainees who are temporarily admitted to cells located in the PRPB. This includes the search that is carried out before being entered, as well as aspects related to the entry and exit of cells.

12. **General Order, Chapter 100, Section 144, titled: Police Athletic League Division.** This General Order was signed on December 1, 2018. Its main purpose is to establish the organizational and functional structure of the Division of the Police Athletic League. This in recognition of the importance of the contributions provided to children and communities by the Athletic League.

13. **General Order, Chapter 600, Section 601, titled: Use of Force Rules.** This General Order was signed by the Commissioner on December 3, 2018. The purpose of this General Order is to establish the norms and limits that will govern the use of force by members of the PRPB in performance of their duties. The members of the PRPB will have to act in accordance with the rights, privileges and immunities established in the laws and the Constitutions of Puerto Rico and the United States.

14. **General Order, Chapter 200, Section 210, titled: Protection of Copyright and Intellectual Property.** This General Order was signed on December 12, 2018 and establishes the rules and procedures to regulate the protection of copyrights, graphic work,

photographs, source codes of computer programs, including, documents protected by the intellectual property right of the PRPB.

15. **General Order, Chapter 500, Section 501, titled: Recruitment.** This General Order was signed on December 12, 2018 and has the purpose of establishing a strategic plan for the recruitment of cadets in the PRPB. The main objective will be to establish the recruitment procedure with strategies that comply with generally accepted practices and focus on recruiting qualified people from the various sectors that make up the Puerto Rico community.

16. **General Order, Chapter 700, Section 704, titled: Monthly Meetings.** This General Order was signed on December 28, 2018. Its purpose is to establish the rules and procedures to be followed by members of the PRPB to hold monthly meetings at all police stations. This order seeks to provide a frequent, continuous and flexible mechanism to inform, guide and impart new instructions from the Commissioner on various topics.

17. **General Order, Chapter 600, Section 621, titled: Management of Incident Reports or Police Services.** This General Order was signed on December 28, 2018. Its purpose is to establish standards for the investigation and collection of incidents of crime, domestic violence, traffic accidents, other services, dead persons, missing persons and unfortunate incidents.

18. **General Order, Chapter 400, Section 408, titled: Access to and Management of the Criminal Justice Information Systems.** This Order was signed by the Commissioner on January 14, 2019. It is intended to establish guidelines for PRPB employees or contractors for accessing and managing the Criminal Justice Information Systems provided by the Information Services Division of the FBI Criminal Justice Systems.

19. **Internal Regulation to Regulate the School Patroller Program, Boards, Federations, Confederations of Parents and Partners of the Division of the Police Athletic League.** This Regulation was signed on January 18, 2019. Its purpose is to establish the duties and responsibilities both individually and collectively, creating uniformity in the operational and administrative structure of each volunteer in the Police Athletic League program.

20. **General Order, Chapter 100, Section 128, titled: Division of Arrests and Searches.** This General Order was signed on January 25, 2019. Its purpose is to review the

organizational structure of the Arrest and Searches Division ascribed to the Criminal Investigation Division.

21. **General Order, Chapter 100, Section 110, titled: Security and Protection Office.** This General Order was signed by the Commissioner on January 25, 2019. Its purpose is to create the Security and Protection Office, attached to the Office of the Commissioner and it establishes the personnel selection criteria.

22. **General Order, Chapter 600, Section 602, titled: Electronic Control Device (ECD).** This General Order was signed on February 1, 2019 and its purpose is to review the rules and procedures for the use, management and maintenance of the electronic control devices used by the members of the PRPB according to the PRPB's policies and practices related to the use of force and the applicable state and federal laws.

23. **Procedures Manual for the Special Arrests and Extraditions Division.** This manual was signed on February 5, 2019. The purpose of this Manual is to provide the investigators of the Special Arrests and Extraditions Division with clear guidelines to carry out their duties and responsibilities in a uniform and organized manner.

24. **Traffic Accident Classification Manual.** This manual was signed on March 12, 2019. Its purpose is to provide members of the PRPB with clear guidelines to classify traffic accidents, establish uniformity in the collection of statistics on traffic accidents and to determine if the incident investigated is a motor vehicle accident.

## IX.    Conclusion

The previous capacity-building period and all that it entailed, endowed the PRPB with vast tools to face the process that we undertake today, towards the sustainability of the Police Reform. The information provided in this Report shows the capacity of the collaborative work of all the divisions that make up the PRPB, the power, discipline and determination that the PRPB has put into achieving a professionalized police force, and the unwavering commitment to the communities it serves.

**Henry Escalera Rivera**

Commissioner

Puerto Rico Police Bureau