TCA-OR-825-26-02-19



**Héctor M. Pesquera**
Secretario

**Henry Escalera Rivera**
Comisionado

# Análisis de Consolidaciones

 

ABIMELEC PÉREZ ESTRELLA

DIRECTOR INTERINO

NEGOCIADO DE SERVICIOS ADMINISTRATIVOS

26 DE FEBRERO DE 2019

# Plan de Implementación del Requerimiento 13

## 3.1 Consolidaciones

Oportunidades de consolidación serán identificadas luego de que los comandantes de SAOC y SAIC, en conjunto con los directores de los negociados de SASG, evalúen las diferentes unidades operacionales y sus localidades para determinar cuales se podrían consolidar. Esta evaluación se enfocará en encontrar unidades que se puedan consolidar sin afectar el servicio y que produzcan beneficios significativos. Por ejemplo, el consolidar un cuartel puede liberar alrededor de 12 recursos de personal de rango, lo cual es un beneficio significativo para el NPPR ya que puede añadir alrededor de 3 patrullas adicionales a disposición de la ciudadanía.

# Consolidación y Eliminación de Cuarteles



# Proceso de consolidaciones



- *Paso I:*
  - Identificación y análisis de facilidades
  - Autorización del Comisionado
- *Paso II:*
  - Establecer fechas de cierre:
    - Coordina proceso de mudanza y o transferencia de los equipos adscritos a la unidad de trabajo. (Modelo 785 Departamento de Hacienda).
- *Paso III:*
  - Procesos administrativos
    - Notificación de entrega de facilidades a los propietarios (30 días de antelación)
    - Entrega de las facilidades al propietario
    - Cancelación de cuentas de utilidades (AAA, AEE, telefonía e internet)

# Área de Arecibo

| # | Área | Unidad | Facilidades pertenecientes a: | Recomendación a consolidar con: | Facilidades pertenecientes a: | Costo Mensual | Ahorros Proyectados | Ahorros Proyectados cierre de año fiscal | Ahorros Reales | Fecha de culminación | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Arecibo | División Drogas y Narcóticos Arecibo | Privado | División Drogas de Arecibo (Local de Manatí) | Municipio Manatí | $ 2,500.00 | $ 3,277.53 | $ 6,152.64 | $ 2,875.11 | Completado | Entregado el 11 de enero de 2019, (Se eliminó cuadro telefónico por obsoleto) |
| 2 | Arecibo | Patrulla de Carreteras Bayaney | Municipio de Arecibo | División Transito Arecibo y Vehículos Hurtado | Autoridad de Edificios Públicos | $ 18,159.10 | $ - | $ 396.30 | $ 396.30 | Completado | Cerrado el 11 de diciembre de 2018 (Se eliminó cuadro telefónico por obsoleto) |
| | TOTAL DE AHORROS DE UNIDAD **QUE NO PERTENECIENTES** A LA AUTORIDAD DE EDIFICIOS PÚBLICOS. | | | | | | $ 3,277.53 | $ 6,548.94 | $ 3,271.41 | | |
| **Observaciones:** Las facilidades de la Autoridad de Edificios Públicos (AEP) proceden sus pagos a través de emisiones de bonos del gobierno. Esto implica que para poder cancelar el contrato, habría analizar su vigencia para poder establecer la cantidad de años que deben ante de disponer de las facilidades. | | | | TOTAL DE AHORROS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | | | $ - | $ - | $ - | Ahorro real al Año Fiscal 2018-19 | Annual |
| | | | | TOTAL DE AHORROS | | | $ 3,277.53 | $ 6,548.94 | $ 3,271.41 | $ 16,357.05 | $ 78,587.28 |

▶ *Precinto 207, Sabana Hoyos, no se consolido por acuerdo colaborativo 2019-000690 entre el Municipio de Arecibo y el NPPR*

# Área de Aibonito

| # | Área | Unidad | Facilidades pertenecientes a: | Recomendación a consolidar con: | Facilidades pertenecientes a: | Costo Mensual | Ahorros Proyectados | Ahorros Proyectados cierre de año fiscal | Ahorros Reales | Fecha de culminación | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Aibonito | Destacamento Hayales | Municipio de Coamo | Distrito Coamo | Autoridad de Edificios Públicos | $ 1,752.05 | $ 2,101.82 | $ 2,484.17 | $ 382.35 | Completado | Entregado el 30 de octubre de 2018 (Se eliminó cuadro telefónico por obsoleto) |
| | TOTAL DE AHORROS DE UNIDAD **QUE NO PERTENECIENTES** A LA AUTORIDAD DE EDIFICIOS PÚBLICOS. | | | | | | $ 2,101.82 | $ 2,484.17 | $ 382.35 | | |
| **Observaciones:** Las facilidades de la Autoridad de Edificios Públicos (AEP) proceden sus pagos a través de emisiones de bonos del gobierno. Esto implica que para poder cancelar el contrato, habría analizar su vigencia para poder establecer la cantidad de años que deben ante de disponer de las facilidades. | | | TOTAL DE AHORROS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | | | $ - | $ - | $ - | | Ahorro real al Año Fiscal 2018-19 | Anual |
| | | | | | TOTAL DE AHORROS | $ 2,101.82 | $ 2,484.17 | $ 382.35 | $ 1,911.75 | | $ 29,810.04 |

# Área de Bayamón

| # | Área | Unidad | Facilidades pertenecientes a: | Recomendación a consolidar con: | Facilidades pertenecientes a: | Costo Mensual | Ahorros Proyectados | Ahorros Proyectados cierre de año fiscal | Ahorros Reales | Fecha de culminación | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Bayamón | División Drogas y Narcóticos Vega Baja | Privados | División Drogas de Arecibo (Local de Manatí) | Municipio Manatí | $ 2,500.00 | $ 6,182.56 | $ 6,281.31 | $ 98.75 | Completado | Se emitió comunicación al 18 de diciembre de 2018 OS-2-OAL-39-KCR-1,124, se cumplirá con los **30 días de notificación** previa para ser entregado al 18 de enero de 2019. (Se eliminó cuadro telefónico por obsoleto y se integraron todas las lineas en el cuadro de Manatí) |
| 6 | Bayamón | Transito Vega Baja | Privados | División Transito (Local de Manatí) | Municipio Manatí | $ 2,500.00 | $ 951.49 | $ 4,955.26 | $ 4,003.77 | Completado | Entregado 21 de diciembre de 2018, (Se eliminó cuadro telefónico por obsoleto y se integraron todas las lineas en el cuadro de Manatí) |
| 7 | Bayamón | Administración CIC Vega Baja | Administración de Servicios Generales | CIC Bayamón | Autoridad de Edificios Públicos | $78,479.10 | $ - | $ - | $ - | Completado | Entregado el 30 de noviembre de 2018, (Telefonia continúa en servicio) |
| 8 | Bayamón | Administración Drogas Vega Baja | Privado | División Drogas de Arecibo (Local de Manatí) | Municipio Manatí | $ 2,500.00 | $ - | $ - | $ - | Completado | Administración se consolidaron las administraciones de Drogas Camuy y Vega Baja en una sola en las nuevas facilidades de Drogas Arecibo en el local de Manatí. (Se eliminó cuadro telefónico por obsoleto y se integraron todas las lineas en el cuadro de Manatí) |
| 9 | Bayamón | Administración Vehículos Hurtados Vega Baja | Municipio Vega Alta (Antigua Esc. Breñas) | Vehículos Hurtados Bayamón | Autoridad de Edificios Públicos (3112) | $ 32,327.43 | $ - | $ - | $ - | Completado | Entregado el 30 de noviembre de 2018 (Continúa en servicio) |
| | TOTAL DE AHORROS DE UNIDAD **QUE NO PERTENECIENTES** A LA AUTORIDAD DE EDIFICIOS PÚBLICOS. | | | | | | $ 7,134.05 | $ 11,236.57 | $ 4,102.52 | | |
| **Observaciones:** Las facilidades de la Autoridad de Edificios Públicos (AEP) proceden sus pagos a través de emisiones de bonos del gobierno. Esto implica que para poder cancelar el contrato, habría analizar su vigencia para poder establecer la cantidad de años que deben ante de disponer de las facilidades. | | | | TOTAL DE AHORROS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | | $ - | $ - | $ - | Ahorro real al Año Fiscal 2018-19 | Anual | |
| | | | | TOTAL DE AHORROS | | $ 7,134.05 | $ 11,236.57 | $ 4,102.52 | $ 20,512.60 | $ 134,838.84 | |

# Área de Caguas

| # | Área | Unidad | Facilidades pertenecientes a: | Recomendación a consolidar con: | Facilidades pertenecientes a: | Costo Mensual | Ahorros Proyectados | Ahorros Proyectados cierre de año fiscal | Ahorros Reales | Fecha de culminación | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Caguas | Precinto Caguas Norte y Division de Drogas, | Autoridad de Edificios Públicos | Anexo Comandancia Nueva Distrito Caguas | Autoridad de Edificios Públicos | $ 351,849.76 | $ 25,487.11 | $ 29,003.31 | $ 3,516.20 | Completado | Pagos de la AEP a través de emisiones de bonos (Se eliminó cuadro telefónico por obsoleto) |
| 11 | Caguas | Vehículos Hurtados y Transito Caguas | Autoridad de Edificios Públicos | Comandancia Nueva Caguas | Autoridad de Edificios Públicos | | | | $ - | Completado | Reubicado desde el Huracán Maria 20 de septiembre de 2017, No representa Ahorro en renta. (Se eliminó cuadro telefónico por obsoleto) |
| | TOTAL DE AHORROS DE UNIDAD **QUE NO PERTENECIENTES** A LA AUTORIDAD DE EDIFICIOS PÚBLICOS. | | | | | | $ - | $ - | $ - | | |
| **Observaciones:** Las facilidades de la Autoridad de Edificios Públicos (AEP) proceden sus pagos a través de emisiones de bonos del gobierno. Esto implica que para poder cancelar el contrato, habría analizar su vigencia para poder establecer la cantidad de años que deben ante de disponer de las facilidades. | | | | TOTAL DE AHORROS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | | | $ 25,487.11 | $ 29,003.31 | $ 3,516.20 | Ahorro real al Año Fiscal 2018-19 | Anual |
| | | | | TOTAL DE AHORROS | | | $ 25,487.11 | $ 29,003.31 | $ 3,516.20 | **$ 17,581.02** | **$ 348,039.76** |

# Área de Carolina

| # | Área | Unidad | Facilidades pertenecientes a: | Recomendación a consolidar con: | Facilidades pertenecientes a: | Costo Mensual | Ahorros Proyectados | Ahorros Proyectados cierre de año fiscal | Ahorros Reales | Fecha de culminación | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Carolina | Carolina Oeste (Veh. Hurtados, División de Drogas y Solar de Veh. Hurtados). | Autoridad de Edificios Públicos | Carolina Norte | Consejo de Residentes de Carolina | $ - | $ - | $ - | $ - | Completado | No representa Ahorros, consolidación para obtener mas personal en la Uniformada. Veh. Hurtados, División de Drogas y Solar de Veh. Hurtados se mantiene en las facilidades. (Cuadro continúa en servicio) |
| 13 | Carolina | Precinto Trujillo Alto Norte | Autoridad de Edificios Públicos | Precinto Trujillo Alto Sur **(Pueblo)** | Autoridad de Edificios Públicos | $ 50,258.10 | $ 24,679.08 | $ 25,903.45 | $ 1,224.37 | Completado / Parcial | Se realizo mudanza el 27 de noviembre de 2018. Pagos de la AEP a través de emisiones de bonos / Pendiente a entrega formal a la Autoridad de Edificios Públicos. (Se eliminó cuadro telefónico por obsoleto) |
| 27 | Carolina | Drogas Carolina | Autoridad de Edificios Públicos | Drogas Bayamon (Drogas Metropolitana) Juan Domingo | Autoridad de Edificios Públicos | | | | $ - | Proceso | Proceso de restructruracion fisica del Cuartel de Juan Domingo, Bayamon, comunicación SAIC-1-216 del 25 de enero de 2019. (Construcción) (Telefonia, continúa en servicio) |
| | | TOTAL DE AHORROS DE UNIDAD **QUE NO PERTENECIENTES** A LA AUTORIDAD DE EDIFICIOS PÚBLICOS. | | | | | $ - | $ - | $ - | | |
| | **Observaciones:** Las facilidades de la Autoridad de Edificios Públicos (AEP) proceden sus pagos a través de emisiones de bonos del gobierno. Esto implica que para poder cancelar el contrato, habría analizar su vigencia para poder establecer la cantidad de años que deben ante de disponer de las facilidades. | | | TOTAL DE AHORROS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | | | $ 24,679.08 | $ 25,903.45 | $ 1,224.37 | Ahorro real al Año Fiscal 2018-19 | Anual |
| | | | | | TOTAL DE AHORROS | | $ 24,679.08 | $ 25,903.45 | $ 1,224.37 | $ 6,121.85 | $ 310,841.40 |

# Área de Mayagüez

| # | Área | Unidad | Facilidades pertenecientes a: | Recomendación a consolidar con: | Facilidades pertenecientes a: | Costo Mensual | Ahorros Proyectados | Ahorros Proyectados cierre de año fiscal | Ahorros Reales | Fecha de culminación | Observaciones |
|---|------|--------|-------------------------------|--------------------------------|-------------------------------|---------------|---------------------|-------------------------------------------|----------------|---------------------|---------------|
| 14 | Mayagüez | Destacamento Poblado Rosario | Autoridad de Edificios Públicos | Distrito San Germán | Autoridad de Edificios Públicos | $ 1,750.38 | $ 6,684.88 | $ 6,811.09 | $ 126.21 | Completado / Parcial | Entregado el 9 de octubre de 2018 (Se elimino linea telefonica) |
| 15 | Mayagüez | Unidad Motorizada de Mayagüez | Autoridad de los Puertos | Comandancia Vieja de Mayagüez | Autoridad de Edificios Públicos | $ 77,475.06 | $ 32,625.11 | $ 35,082.69 | $ 2,457.58 | Completado | Pagos de la AEP a través de emisiones de bonos (Se eliminó cuadro telefónico por obsoleto) |
| 16 | Mayagüez | División Drogas Cabo Rojo | Autoridad de Edificios Públicos | Comandancia Vieja División Drogas Mayagüez | Autoridad de Edificios Públicos | $ 20,142.41 | $ - | $ - | $ - | Completado | No representa Ahorro, debida a que las facilidades serán utilizadas pr el Dtto. De Cabo Rojo. Completado al 2 de enero de 2019. (Cuadro telefonico continúa en uso en el Distrito de Cabo Rojo) |
| 17 | Mayagüez | Distrito de Cabo Rojo | NPPR | División Drogas Cabo Rojo | Autoridad de Edificios Públicos | $ 10,452.50 | $ 1,103.66 | $ 1,738.62 | $ 634.96 | Completado | Entregado al 2 de enero de 2019. (Se eliminó cuadro telefónico por obsoleto) |
| 25 | Mayaguez | Unidad Montada de Cabo Rojo | Privado | | | | $ 204.41 | $ 2,800.71 | $ 2,596.30 | Completado | Entregado al 10 de enero de 2019. (Se eliminó cuadro telefónico por obsoleto) |
| | TOTAL DE AHORROS DE UNIDAD **QUE NO PERTENECIENTES** A LA AUTORIDAD DE EDIFICIOS PÚBLICOS. | | | | | | $ 1,103.66 | $ 1,738.62 | $ 634.96 | | |
| | **Observaciones:** Las facilidades de la Autoridad de Edificios Públicos (AEP) proceden sus pagos a través de emisiones de bonos del gobierno. Esto implica que para poder cancelar el contrato, habría analizar su vigencia para poder establecer la cantidad de años que deben ante de disponer de las facilidades. | | | TOTAL DE AHORROS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | | | $ 39,309.99 | $ 41,893.78 | $ 2,583.79 | Ahorro real al Año Fiscal 2018-19 | Anual |
| | | | | | | TOTAL DE AHORROS | $ 40,618.06 | $ 46,433.11 | $ 5,815.05 | $ 29,075.25 | $ 557,197.32 |

# Área de Ponce

| # | Área | Unidad | Facilidades pertenecientes a: | Recomendación a consolidar con: | Facilidades pertenecientes a: | Costo Mensual | Ahorros Proyectados | Ahorros Proyectados cierre de año fiscal | Ahorros Reales | Fecha de culminación | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Ponce | Precinto 458, La Rambla | NPPR | Precinto Ponce Este (158) Precinto 158, La Villa | Autoridad de Edificios Públicos | $ 19,811.51 | $ 810.03 | $ 3,173.71 | $ 2,363.68 | Completado | Facilidades pertenecientes al NPPR. (Se elimino cuadro y se transfirieron los numeros del reten al cuadro del Tuque) |
| 19 | Ponce | Precinto 258, La Playa | Municipio de Ponce | Precinto Ponce Oeste (258) Precinto 358, El Tuque | Autoridad de Edificios Públicos | $ 21,412.55 | $ 3,464.20 | $ 9,418.18 | $ 5,953.98 | Completado | Completado reubicación, pendiente entrega facilidades al municipio. Se entrego facilidad el 26 de diciembre de 2018. (Se elimino cuadro y se transfirieron los numeros del reten al cuadro del Tuque) |
| 20 | Ponce | Precinto 558, Morell Campos | Municipio de Ponce | Precinto Ponce Oeste (258) Precinto 358, El Tuque | Autoridad de Edificios Públicos | $ 21,412.55 | $ 267.25 | $ 2,561.13 | $ 2,293.88 | Completado | Completado reubicación, pendiente entrega facilidades al municipio. Se entrego facilidad el 26 de diciembre de 2018. (Se elimino cuadro y se transfirieron los numeros del reten al cuadro del Tuque) |
| 21 | Ponce | Unidad Motorizada y servicios preventivos de Ponce | Autoridad de Edificios Públicos | División de Operaciones Tácticas Ponce | Municipio de Ponce | $ 1.00 | $ - | $ - | $ - | Completado | No representa ahorro debido a que están localizados en la Comandancia de Ponce. (Se elimino cuadro y se transfirieron los numeros a la División de Operaciones Tácticas de Ponce) |
| | | TOTAL DE AHORROS DE UNIDAD **QUE NO PERTENECIENTES** A LA AUTORIDAD DE EDIFICIOS PÚBLICOS. | | | | | $ 4,541.48 | $ 15,153.02 | $ 10,611.54 | | |
| | **Observaciones:** Las facilidades de la Autoridad de Edificios Públicos (AEP) proceden sus pagos a través de emisiones de bonos del gobierno. Esto implica que para poder cancelar el contrato, habría analizar su vigencia para poder establecer la cantidad de años que deben ante de disponer de las facilidades. | | | TOTAL DE AHORROS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | | | $ - | $ - | $ - | Ahorro real al Año Fiscal 2018-19 | Anual |
| | | | | TOTAL DE AHORROS | | | $ 4,541.48 | $ 15,153.02 | $ 10,611.54 | $ 53,057.70 | $ 181,836.24 |

# Área de San Juan

| # | Área | Unidad | Facilidades pertenecientes a: | Recomendación a consolidar con: | Facilidades pertenecientes a: | Costo Mensual | Ahorros Proyectados | Ahorros Proyectados cierre de año fiscal | Ahorros Reales | Fecha de culminación | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | San Juan | Asunto Internos - San Juan | Autoridad de Edificios Públicos (1040) | Cuartel General | Autoridad de Edificios Públicos | $ 327,535.45 | $ 608.77 | $ 3,112.23 | $ 2,503.46 | Completado | Pagos de la AEP a través de emisiones de bonos. (Se eliminó cuadro telefónico por obsoleto y se refirieron los numeros al cuadro telefonico del Cuartel General) |
| 23 | San Juan | Precinto 166 - San Juan | Autoridad para el Desarrollo Distrito de Convenciones | Precinto 266 - San Juan | Autoridad de Edificios Públicos | $ 27,505.73 | $ 15,713.63 | $ 24,764.54 | $ 9,050.91 | Completado / Parcial | Se estará entregando las facilidades del distrito de Convenciones al mes de Marzo de 2019. (Se elimino cuadro y se transfirieron los numeros al cuartel de Santurce 266) |
| 24 | San Juan | Precinto 366 de Calle Loiza | Autoridad de Edificios Públicos | Unidad Turística de San Juan | Autoridad de Edificios Públicos | $ 25,203.04 | $ - | $ - | $ - | Completado / Parcial | No representa ahorro en renta porque se mantiene la misma unidad. (Telefonia, continúa en servicio) |
| 26 | San Juan | Drogas  San Juan | Autoridad de Edificios Públicos | Drogas Bayamon (Drogas Metropolitana)  Juan Domingo | Autoridad de Edificios Públicos | | | | $ - | Proceso | Proceso de restructruracion fisica del Cuartel de Juan Domingo, Bayamon, comunicación SAIC-1-216 del 25 de enero de 2019. (Construcción) (Telefonia, continúa en servicio)  No representa ahorro en renta porque se mantiene la misma unidad. |
| | TOTAL DE AHORROS DE UNIDAD **QUE NO PERTENECIENTES** A LA AUTORIDAD DE EDIFICIOS PÚBLICOS. | | | | | | $ 15,713.63 | $ 24,764.54 | $ 9,050.91 | | |
| **Observaciones:** Las facilidades de la Autoridad de Edificios Públicos (AEP) proceden sus pagos a través de emisiones de bonos del gobierno. Esto implica que para poder cancelar el contrato, habría analizar su vigencia para poder establecer la cantidad de años que deben ante de disponer de las facilidades. | | | TOTAL DE AHORROS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | | | | $ 608.77 | $ 3,112.23 | $ 2,503.46 | Ahorro real al Año Fiscal 2018-19 | Anual |
| | | | TOTAL DE AHORROS | | | | $ 16,322.40 | $ 27,876.77 | $ 11,554.37 | $ 57,771.85 | $ 334,521.24 |

# Resumen de Ahorros

*A continuación se define los siguientes conceptos:*

- **Ahorros Proyectados -**
  - Ahorros que se presentará según sean efectivos. (Proceso administrativo para completar el cierre o cancelación de la cuentas de rentas o utilidades).

- **Ahorros proyectados al cierre del año fiscal -**
  - Año Fiscal 2019-20 (12 meses)

- **Ahorros Reales -**
  - Ahorros presentados según la facturación al mes de febrero de 2019
    - Proyectado:
      - Mensual
      - Cierre del año fiscal 2018-19 (5 meses)



# Resumen de ahorros

| Área | Ahorros Proyectados | Ahorros Proyectados cierre 2019-20 | Ahorros Reales | Ahorro real al Año Fiscal 2018-19 | Ahorro real al Año Fiscal 2019-20 |
|---|---|---|---|---|---|
| Arecibo | $ 3,277.53 | $ 6,548.94 | $ 3,271.41 | $ 16,357.05 | $ 78,587.28 |
| Aibonito | $ 2,101.82 | $ 2,484.17 | $ 382.35 | $ 1,911.75 | $ 29,810.04 |
| Bayamón | $ 7,134.05 | $ 11,236.57 | $ 4,102.52 | $ 20,512.60 | $ 134,838.84 |
| Caguas | $ 25,487.11 | $ 29,003.31 | $ 3,516.20 | $ 17,581.02 | $ 348,039.76 |
| Carolina | $ 24,679.08 | $ 25,903.45 | $ 1,224.37 | $ 6,121.85 | $ 310,841.40 |
| Mayagüez | $ 40,618.06 | $ 46,433.11 | $ 5,815.05 | $ 29,075.25 | $ 557,197.32 |
| Ponce | $ 4,541.48 | $ 15,153.02 | $ 10,611.54 | $ 53,057.70 | $ 181,836.24 |
| San Juan | $ 16,322.40 | $ 27,876.77 | $ 11,554.37 | $ 57,771.85 | $ 334,521.24 |
| TOTAL: | $ 124,161.53 | $ 164,639.34 | $ 40,477.81 | $ 202,389.07 | $ 1,975,672.12 |



Gracias por su atención