

Anejo 2

**SUPERINTENDENCIA AUXILIAR EN INVESTIGACIONES CRIMINALES
LÍNEA DE ORIENTACIÓN A VÍCTIMAS DE DELITOS SEXUALES
(787) 343-0000**

| ESTADÍSTICAS DE LA LÍNEA DE ORIENTACIÓN A VÍCTIMAS DE DELITOS SEXUALES (787) 343-0000 OCTUBRE, NOVIEMBRE Y DICIEMBRE 2019 | | | |
|---|---|---|---|
| CLASIFICACIÓN DE LAS LLAMADAS RECIBIDAS | OCTUBRE | NOVIEMBRE | DICIEMBRE |
| Confidencias Recibidas | 0 | 0 | 1 |
| Orientaciones | 5 | 8 | 3 |
| Maltratos | 13 | 7 | 15 |
| Maltratos Institucionales | 9 | 3 | 3 |
| Sodomía | 7 | 1 | 4 |
| Trata Humana | 0 | 0 | 0 |
| Agresiones Sexuales | 30 | 12 | 20 |
| Artículo 3.5 (Ley Núm. 54 de 15 agosto de 1989, "Ley para la Prevención e Intervención con la Violencia Doméstica") | 0 | 2 | 0 |
| Otros Delitos | 2 | 2 | 0 |
| Exposiciones Deshonestas | 1 | 0 | 0 |
| Pornografía | 3 | 3 | 1 |
| Actos Lascivos | 57 | 53 | 37 |
| PREA | 3 | 4 | 1 |
| Hostigamiento Sexual | 0 | 1 | 1 |
| Otras Llamadas | 29 | 16 | 36 |
| **Total Llamadas Recibidas** | **159** | **112** | **122** |

***Datos brindados por las Operadoras de la Línea de Orientación a Víctimas de Delitos Sexuales   (787) 343-0000.

**Tnte. I Mary Bell Maldonado Ortiz 6-16671
Coordinadora
Divisiones Delitos Sexuales y Maltrato a Menores**

P.O. Box 70166, San Juan, PR, 00936-8166   787.781.0080   787.793.1234   Confidencias: 787.343.2330   dsp.pr.gov

