Anejo 2

| **Estadísticas de Violencia Doméstica** | | | | | Desde: 1/agosto/2018<br>Hasta: 28/febrero/2019 | |

## Detalle de Víctimas por Género

| Área | Incidentes | Femenino | Masculino | Género Desconocido | Total |
|---|---|---|---|---|---|
| 1. Aguadilla | 310 | 248 | 62 | 0 | 310 |
| 2. Aibonito | 254 | 211 | 43 | 0 | 254 |
| 3. Arecibo | 455 | 369 | 86 | 0 | 455 |
| 4. Bayamón | 576 | 485 | 91 | 0 | 576 |
| 5. Caguas | 347 | 291 | 56 | 0 | 347 |
| 6. Carolina | 206 | 172 | 34 | 0 | 206 |
| 7. Fajardo | 201 | 169 | 32 | 0 | 201 |
| 8. Guayama | 233 | 202 | 31 | 0 | 233 |
| 9. Humacao | 179 | 146 | 33 | 0 | 179 |
| 10. Mayagüez | 297 | 250 | 47 | 0 | 297 |
| 11. Ponce | 349 | 292 | 57 | 0 | 349 |
| 12. San Juan | 395 | 311 | 84 | 0 | 395 |
| 13. Utuado | 104 | 94 | 10 | 0 | 104 |
| **Totales:** | 3,906 | 3,240 | 666 | 0 | **3,906** |

## Detalle de Arrestos y Convicciones

| Área | Incidentes | Investigación Produjo Arresto | Múltiples Arrestos | Fiscal Ordenó Radicar Cargos | Convicciones |
|---|---|---|---|---|---|
| 1. Aguadilla | 310 | 201 | 1 | 143 | 4 |
| 2. Aibonito | 254 | 163 | 0 | 144 | 4 |
| 3. Arecibo | 455 | 48 | 0 | 93 | 5 |
| 4. Bayamón | 576 | 413 | 0 | 243 | 4 |
| 5. Caguas | 347 | 1 | 0 | 144 | 3 |
| 6. Carolina | 206 | 145 | 0 | 77 | 3 |
| 7. Fajardo | 201 | 1 | 0 | 103 | 0 |
| 8. Guayama | 233 | 137 | 0 | 119 | 1 |
| 9. Humacao | 179 | 41 | 0 | 139 | 2 |
| 10. Mayagüez | 297 | 91 | 0 | 105 | 2 |
| 11. Ponce | 349 | 298 | 0 | 147 | 19 |
| 12. San Juan | 395 | 156 | 0 | 183 | 2 |
| 13. Utuado | 104 | 4 | 0 | 33 | 0 |

| **Totales:** | 3,906 | 1,699 | 1 | 1,673 | 49 |