## GOBIERNO DE PUERTO RICO
### POLICIA

POLICIA DE PUERTO RICO
PROTECCION INTEGRIDAD

## ...OCIADO DE INVESTIGACIONES EN ASUNTOS ANTIDISCRIMINATORIOS
### QUERELLAS RECIBIDAS, POR GÉNERO, ARRESTOS, SI FISCAL SOMETIÓ, POLICÍAS CONVICTOS POR
### POR INCIDENTES DE VIOLENCIA DOMÉSTICAS Y OTROS
### Global ENERO - DICIEMBRE 2018

| | GENERO | QUERELLAS RECIBIDAS | POLICIAS ARRESTADOS | FISCAL SOMETIO | POLICIAS CONVICTOS | OTRAS PERSONAS ARRESTADAS |
|---|---|---|---|---|---|---|
| **VIOLENCI A DOMÉSTICA** | MASCULINOS AGRESORES | 81 | 57 | 13 | 1 | 0 |
| | FEMENINAS AGRESORAS | 7 | 3 | 0 | 0 | 0 |
| | TOTAL | 88 | 60 | 13 | 1 | 0 |

Director                    Tnte. I Juan D. Ruiz Acevedo 6-19705



**GOBIERNO DE PUERTO RICO**

**POLICIA**

## NEGOCIADO DE INVESTIGACIONES EN  ASUNTOS ANTIDISCRIMINATORIOS
**QUERELLAS RECIBIDAS, POR GÉNERO,ARRESTOS, SI FISCAL SOMETIÓ, POLICÍAS CONVICTOS POR POR INCIDENTES  DE VIOLENCIA DOMÉSTICAS Y OTROS**

### DICIEMBRE  2018

| | GENERO | QUERELLAS RECIBIDAS | POLICIAS ARRESTADOS | FISCAL SOMETIO | POLICIAS CONVICTOS | OTRAS PERSONAS ARRESTADAS |
|---|---|---|---|---|---|---|
| VIOLENCI A DOMÉSTICA | MASCULINOS AGRESORES | 6 | 6 | 4 | 0 | 0 |
| | FEMENINAS AGRESORAS | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 6 | 6 | 4 | 0 | 0 |

Director                    Tnte. I Juan D. Ruiz Acevedo 6-19705