UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# ORDER

The Monitor Arnaldo Claudio, Counsel Luis Saucedo for USDOJ and Counsel Arturo Garcia for PRPB shall meet with Senior Judge Juan M. Pérez-Giménez on **Friday, March 29th, 2019 at 11:00 AM** in his chambers located in the first floor of the Jose V. Toledo Courthouse in Old San Juan. No other persons shall attend.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of March of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge