Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 75054
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**   **938764039376**

# *INVOICE*

## Customer

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan     State: PR     ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 3/29/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 25.5 | Calls, emails, writings, meetings | $150.00 | $3,825.00 |
| 32.5 | Review of documentation & Drafting of Document on Promotions | $150.00 | $4,875.00 |
| 9 | Hours worked during the month of March (Pro Bono) | $0.00 | $0.00 |

| | | |
|---|---|---|
| SubTotal | | $8,700.00 |
| Shipping & Handling | | |
| Taxes | State | |
| **TOTAL** | | $8,700.00 |

Signature: 

Office Use Only