IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>   Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br>   Defendants. | CIVIL NO. 12-2039 (GAG) |

## MOTION FOR DEPOSIT OF FUNDS

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Department ("Defendants"), by and through the undersigned counsel, and respectfully state and pray as follows:

1. On December 4, 2018, the Court named Dr. Alex Del Carmen as Special Master to the Court. Docket No. 1138.

2. Per the Court's directives, Defendants shall bear all fees and costs of the Special Master.

3. On February 12, 2019, the Court approved the budget for the Special Master for the current fiscal year through June 30, 2019, and for Fiscal Year 2019-20. *See* Docket No. 1102.

4. The expenses for the remainder of Fiscal Year 2018-2019 were covered by check number 00258440, deposited on February 25, 2019. *See* Docket No. 1110.

5. On April 2, 2019, Defendants will consign check number 00264849 with the Clerk of the Court in compliance with the Court's directives regarding the Special Master's compensation. This check covers the Special Master's budget for the entirety of Fiscal Year 2019-2020.

1

**WHEREFORE**, Defendants respectfully requests the Court take NOTICE of the above and GRANT Defendant's motion with any additional relief it deems just and proper.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 1st day of April, 2019.

By:
*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282