IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

**JOINT INFORMATIVE MOTION REGARDING IMMERSION PROGRAM AT THE PUERTO RICO POLICE BUREAU'S ACADEMY**

TO THE HONORABLE COURT:

Plaintiff, the United States of America, and Defendants, the Commonwealth of Puerto Rico, et al. (collectively, "the Parties"), file this Joint Motion intended to inform the Court on the immersion program at the Academy, curriculum, and work assignments for cadets who completed the program.

1. Per Order of the Court, the target date for the commencement of the Policy Academy was February 2019. D.E. 986

2. On February 27th, 2018, the Puerto Rico Police Bureau ("PRPB") filed a *Motion for Extension of Time to Commence the New Police Academy (*"Motion") providing an update on the status of the recruitment process and setting forth the reasons for requesting an extension to commence the Academy. D.E. 1125.  Among other reasons, the PRPB explained that, in order to ensure the success of the recruitment process undertaken by the PRPB, it was important to commence the Academy with as many candidates as possible. At the time, there were only forty

1

(40)[1] candidates admitted to the Academy and sworn-in and the PRPB estimated that the number of candidates could increase to ninety (90) by the end of April 2019.

3.  The PRPB proposed to the Court that, during the extension period, candidates already admitted to the Academy and sworn-in, participate in an immersion program at the Academy designed to prepare them for their time as cadets in the Academy, while efforts to increase the number of admitted candidates continued.

4.  The PRPB's request for the extension of the start of the Academy was discussed at the Status Conference held on February 28, 2019.  The PRPB explained that the immersion program would consist of a curriculum of a minimum of forty (40) hours of preparatory courses/training. Upon completion of the immersion program, the cadets would be assigned to administrative - and not maintenance - duties until the Academy started. As candidates continued to be accepted at the Academy and sworn-in, additional immersion programs would take place until the start of the Academy.

5.  The United States of America ("USA") had no objection to the extension. The Court granted PRPB's Motion.  The PRPB and USA agreed to jointly inform on the curriculum to be offered during the immersion program at the Academy and on the duties to be assigned to the cadets after the immersion program, on or before April 1, 2019.  Accordingly, the Parties inform as follows:

    a.  The first immersion program for Class 228 started on March 4, 2019 and ran until March 15, 2019. Forty (40) cadets participated.  It consisted of approximately eighty (80) hours of preparatory courses/training including, but not limited to:  three (3) hour course on the Police Reform; four (4) hour course on civil rights; two (2) hour course

---

[1] By inadvertence, the PRPB informed that 41 candidates had been admitted and sworn in when in fact the correct number was 40.

on government ethics; eight (8) hours of shooting and simulator orientation/training; and four (4) hours of training on prevention of domestic violence and of sexual harassment and discrimination. The cadets were also trained/oriented on physical training, their duties and responsibilities as police officers, the support programs available to police officers, and were able to share their experiences with their families at the Academy's Open House. On March 13, 2019, a representative of the United States Department of Justice and the Court Monitor visited the Academy and observed the Immersion Program. They also had an opportunity to interact with the cadets and Academy staff. *See* Immersion Week Curriculum for March 4 to March 15, 2019, included herein as Attachment 1.

      b.     The second immersion program for Class 228 started on March 18, 2019 and ran until March 29, 2019. Twenty-nine (29) cadets participated. A similar curriculum as that described above was provided to this second immersion class. *See* Immersion Week Curriculum for March 18 to March 29, 2019, included herein as Attachment 2.

      c.     A third immersion program for Class 228, consisting of eighteen (18) cadets, commences tomorrow, April 2, 2019. These 18 cadets have already been sworn-in and are ready to begin their immersion program. This will bring the number of cadets for Class 228 of the Police Academy to eighty-seven (87). The recruitment process remains ongoing and the PRPB hopes to be able to start the Police Academy with at least one-hundred (100) cadets.

      d.     Having completed the immersion program, the cadets are assigned to administrative duties at work units at the PRPB's general headquarters. The PRPB takes into consideration the educational background of the cadet and, as reasonably possible,

makes an assignment in which the cadet will be able to apply his/her educational skills. For example, a cadet from the first immersion program, with an associate degree in Emergency Medical Care, was assigned to the Medical Office; a cadet with a Bachelor's Degree in Sports Technology was assigned to the Trainings Division; a cadet with a Bachelor's Degree in Commercial Administration was assigned to the Payroll Office. Other cadets were assigned to the Evaluations Division, Licenses Division, Recruitment Division, Classification Division, Technology Division, Psychology Division, Budget Division, Statistics Division, among others at the PRPB headquarters.

6. The PRPB is on track to start the Academy no later than April 30, 2019.

**WHEREFORE**, the Parties respectfully request that the Court take notice of the report on the immersion program at the Academy.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 1st day of April, 2019.

| For Plaintiff UNITED STATES OF AMERICA: | For Defendants COMMONWEALTH OF PUERTO RICO, ET AL.: |
|---|---|
| **STEVEN H. ROSENBAUM**<br>Chief, Special Litigation Section<br><br>*s/*<br>**TIMOTHY D. MYGATT**<br>Deputy Chief<br>**LUIS E. SAUCEDO** (G01613)<br>Counselor to the Chief<br>**JORGE CASTILLO** (G02912)<br>Trial Attorney<br>U.S. Department of Justice | *s/ Arturo J. Garcia Sola*<br>Arturo J. Garcia Sola<br>USDC-PR No. 201903<br>ajg@mcvpr.com<br><br>*s/ Maria A. Dominguez*<br>Maria A. Dominguez<br>USDC-PR No. 210908<br>madt@mcvpr.com |

4

Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

McCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282

5