GOVERNMENT OF PUERTO RICO
DEPARTMENT OF PUBLIC SAFETY
PUERTO RICO POLICE BUREAU

**Hector M. Pesquera**
Secretary
**Henry Escalera Rivera**
Commissioner

**AUXILIARY SUPERINTENDENCE OF EDUCATION AND TRAINING (SAEA)**

# IMMERSION WEEK CLASS 228

# MARCH 4 THROUGH 15, 2019



Page 2

|  | **Monday March 4, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am - 6:50 am | Welcome, Inspection and Orientation (haircuts, uniforms, driver's license, car sticker ("marbete"), tinted glasses, photographs | Lt. I Diana Meléndez Ríos 6-24200 Traffic Bureau through Agt. Edgardo Castro 22592 Dean Pedro Torres Ortiz |
| 6:50 am - 7:00 am | Formation for breakfast | Lt. I Diana Meléndez Ríos |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos |
| 8:00 am - 9:00 am | Greetings and introduction to SAEA | Auxiliary Superintendence of Education and Training (SAEA) Colonel Orlando Rivera Lebrón |
| 9:00 am - 12:00 md | Puerto Rico Police Reform | Reform Office Lt. II Eliud Álvarez López 7-22430 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 5:00 pm | Students' regulations, operation of the Discipline Section and room assignment | Lt. I Diana Meléndez Ríos 6-24200 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene. |  |
| 9:00 pm | Rest |  |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

| | **Tuesday, March 5, 2019** | |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am - 6:50 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:50 am - 7:00 am | Open court formation | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 12:00 md | Shooting training and simulator orientation | Capitán Jesús Silva Otero 5-16502 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 5:00 pm | Shooting training and simulator orientation | Capt. Jesús Silva Otero 5-16502 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene. | |
| 9:00 pm | Rest | |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Wednesday March 6, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am - 6:50 am | Preparation for physical training | Lt. I Blanca R. Pérez Colón 6-15029 |
| 6:50 am - 7:00 am | Drill Ceremony Greetings March | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 12:00 md | Services offered by the Dean of Student Affairs and Services offered at the Infirmary (Orientation and Forms) | Lt. II Orlando Ojeda Torres 7-16509 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 5:00 pm | Education on cleanliness and maintenance of the rooms/housing, bathrooms, formation and marching. | Lt. I Diana Meléndez Ríos 6-24200 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene. |  |
| 9:00 pm | Rest |  |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Thursday, March 7, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am - 6:50 am | Preparation for physical training | Lt. I Blanca R. Pérez Colon 6-15029 |
| 6:50 am - 7:00 am | Drill Ceremony Greetings March | Lt. I Blanca R. Pérez Colon 6-15029 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am -10:00 am | Vehicles and Traffic Act (Orientation) | Traffic Bureau<br>Agt. Edgardo Castro Castro 22592 |
| 10:00 am - 12:00 md | Protocol on evacuation in cases of emergency | Dean Pedro Torres Ortiz |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 3:00 pm | Formation, marching and discipline practices | Lt. I Diana Meléndez Ríos 6-24200 |
| 3:00 pm - 5:00 pm | Cleaning and instructions for next day and next week | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Friday March 8, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
|  | **Family Open House** |  |
| 8:00 am - 11:00 md | Employee Assistance Program (PAE) | PRPB Psychology and Social Work Division |
| 11:00 am - 12:00 md | Brief presentation of what is expected of the stay of the cadets at the Academy and the services offered by the deanships | Lt. I Blanca R. Pérez Colón 6-15029 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 5:00 pm | Tour of the facilities |  |

Page 7

|  | **Monday, March 11, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am | Arrival | Lt. I Blanca R. Pérez Colón 6-15029 |
| 6:50 am | Formation | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am -10:00 am | "To be a policeman" | Sgt. Jimmy Concepción<br>Community Relations Bureau |
| 10:00 am - 11:00 am | Technology and laboratory orientation | Dean Pedro Torres Ortiz |
| 11:00 am - 12:00 md | Registrar's Office | Registrar Marcos J. Ventura Sanchez |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 3:00 pm | Physical training orientation, correct form, hydration, diet, importance of physical exercise, evaluation process, gymnasium, pool, etc. | Lt. I Blanca R. Pérez Colón 6-15029 |
| 3:00 pm - 5:00 pm | Rules of the dining hall, KP, marching | Lt. I Diana Meléndez Ríos 6-24200 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene. |  |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

Page 8

| | **Tuesday, March 12, 2019** | |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 4:30 am - 6:00 am | Preparation for physical training, orientation and diagnosis | Lt. I Blanca R. Pérez Colon 6-15029 |
| 6:00 am - 6:15 am | Drill Ceremony Greetings March | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 10:00 am | Prevention of domestic violence | Lt. I Blanca R. Pérez Colón 6-15029 |
| 10:00 am - 12:00 md | Prevention of sexual harassment y discrimination | Lt. I Blanca R. Pérez Colón 6-15029 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 2:30 pm | Academic Program (curriculum, plagiarism, absences, drop-outs) | Lt. I Blanca R. Pérez Colón 6-15029 |
| 2:30 pm - 5:00 pm | Department of Public Safety Act | Lt. I Blanca R. Pérez Colón 6-15029 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos6- 24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene | |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Wednesday, March 13, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 4:30 am - 6:00 am | Preparation for physical training | Lt. I Blanca R. Pérez Colon 6-15029 |
| 6:00 am - 6:15 am | Drill Ceremony Greetings March | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:15 am - 7:00 am | Personal Hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 10:00 am | Government Ethics | Office of Government Ethics<br>Doris Cotto Rodriguez |
| 10:00 am - 12:00 md | Defender of the People with Disabilities (DPI) | Mrs. Griselle Rivera Maceira, Director, East Region, Defender of the People with Disabilities |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 5:00 pm | Marching practice and evaluation |  |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene personal |  |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

| | **Thursday, March 14, 2019** | |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 4:30 am - 6:00am | Preparation for physical training | Lt. I Blanca R. Pérez Colón 6-15029 |
| 6:00 am - 6:15 am | Drill Ceremony Greetings March | Lt. I Blanca R. Pérez Colón 6-15029 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 12:00 md | Civil Rights | ELA Civil Rights Commission, Atty. Ever Padilla-Ruiz Executive Director |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 2:00 pm | Assistance Form Orientation, Form PPR 432 and Kronos | Sgt. Rafael Mercado Jimenez 8-24570 |
| 2:00 pm - 3:00 pm | Library Services Orientation | Lt. I Blanca R. Pérez Colon 6-15029 |
| 3:00 pm - 5:00 pm | Communications and motivation | Agt. Jose Miguel Ramos Rodriguez 35725 "friend" WIPR Channel 6 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene personal | |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

Page 11

| Time | **Friday, March 15, 2019** | |
|---|---|---|
| | Activity | Resource |
| 4:30 am - 6:00am | Preparation for physical training | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:00 am - 6:15 am | Drill Ceremony Greetings March | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 12:00 md | "La Fondita de Jesus" for homeless people | Non-profit organization |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 4:00 pm | Education, practice and marching evaluation | Lt. I Diana Meléndez Ríos 6-24200 |
| 4:00 pm - 5:00 pm | Cleaning and instructions for next week | Lt. I Diana Meléndez Ríos 6-24200 |

Colonel Orlando Rivera Lebron 1-13362
Assistant Commissioner in Education and Training