<u>GOVERNMENT OF PUERTO RICO</u>

DEPARTMENT OF PUBLIC SAFETY
PUERTO RICO POLICE BUREAU

**Hector M. Pesquera**
Secretary

**Henry Escalera Rivera**
Commissioner

**AUXILIARY SUPERINTENDENCE OF EDUCATION AND TRAINING (SAEA)**

**IMMERSION WEEK PROGRAM
CLASS 228
MARCH 18 THROUGH 29, 2019**



Page 2

|  | **Monday March 18th 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am - 6:50 am | Welcome, inspection and orientation (haircuts, uniforms, driver's license, car sticker ("marbete"), tinted glasses, photographs | Lt Diana Meléndez Ríos 6-24200<br>Traffic Bureau through Agt. Edgardo Castro Castro 22592 |
| 6:50 am - 7:00 am | Formation for breakfast | Lt. I Diana Meléndez Ríos |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos |
| 8:00 am - 9:00 am | Orientation - Disciplinary Section | Lt. I Diana Meléndez Ríos |
| 9:00 am -12:00 md | Greetings and Introduction to SAEA | Auxiliary Superintendence of Education and Training (SAEA)<br>Colonel Orlando Rivera Lebrón 1-13362<br>Capt. Francisco Santiago Andino 5-18394<br>Lt. I Blanca R. Pérez Colón 6-15029 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 5:00 pm | Students' regulations, operation of the Discipline Section and room assignment | Lt. I Diana Meléndez Ríos 6-24200 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene. |  |
| 9:00 pm | Rest |  |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Tuesday, March 19, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am - 6:50 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:50 am - 7:00 am | Open court formation | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 12:00 md | Shooting training and simulator orientation | Capt. Jesús Silva Otero 5-16502 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 5:00 pm | Shooting training and simulator orientation | Capt. Jesús Silva Otero 5-16502 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene. |  |
| 9:00 pm | Rest |  |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Wednesday March 20, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am - 6:50 am | Personal hygiene | Lt. I Blanca R. Pérez Colón 6-15029 |
| 6:50 am - 7:00 am | Open court formation | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 12:00 md | Services offered by the Dean of Student Affairs and Services offered at the Infirmary, Counseling and Chaplancy | Lt. II Orlando Ojeda Torres 7-16509 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 2 pm | Orientation of Assistance Report Form PPR 432 and Kronos | Sgt. Rafael Mercado Jiménez 8-24570 |
| 2:00 pm - 5:00 pm | Education on cleanliness and maintenance of the rooms/housing, bathrooms, formation and marching. | Lt. I Diana Meléndez Ríos 6-24200 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene. |  |
| 9:00 pm | Rest |  |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Thursday, March 21, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am - 6:50 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:50 am - 7:00 am | Open court formation | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am -12:00 md | Reform of the PRPB | PRPB Reform Office |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 3:00 pm | Protocol on evacuation in cases of emergency | Dean Pedro Torres Ortiz |
| 3:00 pm - 5:00 pm | Communications and motivation | Agt. Jose Miguel Ramos Rodriguez 35725 "friend" WIPR Channel 6 |

**Friday, March 22, 2019**
**HOLIDAY**

|  | **Monday, March 25, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 6:00 am | Arrival | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:50 am | Formation | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. 1 Diana Meléndez Ríos 6-24200 |
| 8:00 am -12:00 md | Defender of People with Disabilities (DPI) | Mrs. Griselle Rivera Maceira, Director, East Region, Defender of People with Disabilities |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 3 pm | Traffic Orientation | Traffic Bureau<br>Agt. Miguel A. Rodríguez Acevedo 18006 |
| 3:00 pm - 5:00 pm | Physical training orientation, correct form, hydration, diet, importance of physical exercise, evaluation process, training, etc. | Lt. I Blanca R. Pérez Colón 6-15029<br>Physical Efficiency Section |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene. |  |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

Page 7

| | **Tuesday, March 26, 2019** | |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 4:30 am - 6:00 am | Preparation for physical training, orientation and diagnosis | Lt. I Blanca R. Pérez Colon 6-15029<br>Physical Efficiency Section |
| 6:00 am - 6:15 am | Drill Ceremony Greetings March | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 12:00 md | Civil Rights | Ilda Sierra Marquez, Esq.<br>PR Civil Rights Commission |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 3:00 pm | Academic Program (curriculum, absences, drop-outs) | Lt. I Blanca R. Pérez Colón 6-15029 |
| 3:00 pm - 5:00 pm | Department of Public Safety Act | Lt. I Blanca R. Pérez Colón 6-15029 |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos6- 24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene | |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

| | **Wednesday, March 27, 2019** | |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 4:30 am - 6:00 am | Preparation for physical training | Lt. I Blanca R. Pérez Colon 6-15029 |
| 6:00 am - 6:15 am | Drill Ceremony Greetings March | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 10:00 am | Government Ethics | Office of Government Ethics<br>Doris Cotto Rodriguez |
| 10:00am - 11:15 am | Technology and laboratory orientation, improper use of social media | Dean Pedro Torres Ortiz |
| 11:15 am - 12:00 md | Registrar's Office, plagiarism | Registrar Marcos J. Ventura Sanchez |
| 12:00 md - 1: 00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm – 5:00 pm | La Fondita de Jesus | Non-profit organization |
| 5:00 pm | Dinner | Lt. I Diana Meléndez Ríos 6-24200 |
| Free period | Available: library, chapel, court, dominoes, gymnasium, communication with family, personal hygiene personal | |
| 10:00 pm | Lights out | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Thursday, March 28, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 4:30 am - 6:00 am | Preparation for physical training | Lt. I Blanca R. Pérez Colón 6-15029 |
| 6:00 am - 6:15 am | Drill Ceremony Greetings March | Lt. I Diana Meléndez Ríos 6-24200 |
| 6:15 am - 7:00 am | Personal hygiene | Lt. I Diana Meléndez Ríos 6-24200 |
| 7:00 am - 8:00 am | Breakfast | Lt. I Diana Meléndez Ríos 6-24200 |
| 8:00 am - 11:00 am | Prevention of sexual harassment, discrimination, retaliation and improper conduct | Lt. I Blanca R. Pérez Colón 6-15029 |
| 11 am – 12:00 md | Prevention of domestic violence | Lt. I Blanca R. Pérez Colón 6-15029 |
| 12:00 md - 1:00 pm | Lunch | Lt. I Diana Meléndez Ríos 6-24200 |
| 1:00 pm - 3:00 pm | Continuation - Domestic Violence Prevention | Lt. I Blanca R. Pérez Colón 6-15029 |
| 3:00 pm - 4:00 pm | Cleaning and instructions | Lt. I Diana Meléndez Ríos 6-24200 |

|  | **Friday, March 29, 2019** |  |
|---|---|---|
| **Time** | **Activity** | **Resource** |
| 8:00 am - 12:00 md | Open House for Family of the Cadets<br>Orientation on the Employee Assistance Program (PAE)<br>Orientation of Services Offered by SAEA | Lt. I Blanca R. Pérez Colón 6-15029 |

Colonel Orlando Rivera Lebron 1-13362
Assistant Commissioner in Education and Training