# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff; | |
| v. | No. 12-cv-2039 (GAG) |
| COMMONWEALTH OF PUERTO RICO, ET AL., | |
| Defendants. | |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for March 2019.

| Core Team Expenses [1] | | |
|---|---|---|
| **Visit** | | |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $6,500.00 | March 25 2019 to March 1, 2019 |
| Marcos Soler | $2,600.00 | March 27, 2019 to March 28, 2019 |
| John J. Romero | $6,500.00 | March 25, 2019 to March 1, 2019 |
| Alan Youngs | $6,500.00 | March 25, 2019 to March 1, 2019 |
| Scott Cragg | $4,350.00 | March 27, 2019 to March 2, 2019 |
| | Subtotal | $26,450.00 |
| **Telework** | | |
| Linda V. Navedo | $7,500.00 | March 2019 |
| Rafael E. Ruíz | $2,600.00 | March 2019 |
| Marcos Soler | $11,250.00 | March 2019 |
| John J. Romero | $2,600.00 | March 2019 |
| Alan Youngs | $2,600.00 | March 2019 |
| Scott Cragg | $4,775.00 | March 2019 |
| | Subtotal | $31,325.00 |
| | | |
| | | |

---

[1] See attached Invoices

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $7,125.00 | March 2019 |
| Federico Hernandez Denton | N/A | March 2019 |
| Antonio Bazán | $3,687.50 | March 2019 |
| | Subtotal | $10,812.50 |
| **Richard Blanco Peck, Pd.D.** | $4,050.00 | March 2019 |
| | Subtotal | $4,050.00 |
| **Jose Pujol** | $3,175.00 | March 2019 |
| | Subtotal | $3,175.00 |
| **The & Group (Town Hall Meetings)** | $3,300.00 | March 2019 |
| | Subtotal | $3,300.00 |
| **Office Expenses** | | |
| Policy Renewal | $800.00 | |
| | Subtotal | $800.00 |
| **Car Expenses** | | |
| Chauffer | $900.00 | March 24, 2019 to March 29, 2019 |
| Gasoline | $1,100.00 | March 2019 |
| Tolls | $150.00 | March 2019 |
| Car Maintenance | $1,454.71 | March 2019 |
| | Subtotal | $3,604.71 |
| | Total | $83,517.21 |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $83,517.21, the total amount of the monthly expenses, for the month of March 2019.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the March expenses are approved and a check be issued in the amount of $83,517.21, the total amount of the expenses for the month of March 2019.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

In San Juan, Puerto Rico, this day April ___ , 2019.

_____
Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.