Alan C. Youngs
5552 W. Lakeridge Rd.
Lakewood, CO 80227

March 31, 2019

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED MARCH 2019

Monday Mar 25
Tuesday Mar 26
Wednesday Mar 27
Thursday Mar 28
Friday March 29

**5 DAYS (DAY RATE $1,300) = $6500**

March 1-31

Developed a Rating Matrix for Training Section of "Agreement for the Sustainable Reform of the Puerto Rico Police Bureau" to be utilized during the Monitoring Phase of the Agreement. 7 hours
Prepared Rating Matrix/Compliance Evaluation form for the above, 2 hours

Developed a Rating matrix for Supervision and Management Section of the "Agreement for the sustainable Reform of the Puerto Rico Police Bureau" to be utilized during the Monitoring Phase of the Agreement. 7 hours
Prepared Rating Matrix/Compliance Evaluation form for the above. 2 hours

Developed a Rating Matrix for Recruitment Section of the "Agreement for the sustainable Reform of the Puerto Rico Police Bureau" to be utilized during the Monitoring Phase of the Agreement. 6 hours
Prepared Rating Matrix/Compliance Evaluation form for the above. 2 hours

Prepared as per Monitor, Information Reference Grant Writing and Application 6 hours

**TOTAL HOURS:   32 HOURS   00 MINUTES.**

**BILLABLE HOURS    17 HOURS  20 MINUTES AT RATE OF**

**$150 PER HOUR = $2,600**

**PRO BONO   14 HOURS   40 MINUTES**

**TOTAL: $9,100**

OK ℓ 4/4/2019

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

March 31, 2019

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 058
FOR PROFESSIONAL SERVICES RENDERED MARCH 2019


Monday March 25, 2019 through Friday March 29, 2019 site visits to Puerto Rico. Please refer to the Agenda for details.

Monday, March 25, 2019 $1,300
Tuesday, March 26, 2019 $1,300
Wednesday, March 27, 2019 $1,300
Thursday, March 28, 2019 $1,300
Friday, March 29, 2019 $1,300


### 5 DAYS (DAY RATE $1,300) = $6500


March 1-31     Developed a Rating Matrix for "Use of Force" Section of
               "Agreement for the Sustainable Reform of the Puerto Rico Police
               Bureau" to be utilized during the Monitoring Phase of the
               Agreement. 8 hrs.
               Prepared Rating Matrix/Compliance Evaluation form for the above. 2hrs
               Developed a Rating Matrix for "Policy and Procedure" Section of
               the "Agreement for the Sustainable Reform of the Puerto Rico
               Police Bureau" to be utilized during the Monitoring Phase of the
               Agreement. 6 hrs.
               Prepared Rating Matrix/Compliance Evaluation form for the above. 2hrs.
               Prepared Use of Force Worksheet re: March 2019 Site Visit 2 hrs.
               Prepared and generated emails relative to above matters 2 hrs.

TOTAL HOURS:   22 HOURS    0 MINUTES.

BILLABLE HOURS   17 HOURS  20 MINUTES AT RATE OF

$150 PER HOUR = $2,600

PRO BONO     4 HOURS    40 MINUTES

TOTAL: $9,100

OK

4/4/2019

# INVOICE FOR PROFESSIONAL SERVICES: MARCH 2019
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:   **TCAPR, LLC**
     #268 Muñoz Rivera
     Suite 1001, World Plaza
     San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance
Advisor) **from March 1 through March 28** is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Work on materials for semi-annual report and related appendix (16.0 billable hours) | X | N/A | Friday through Sunday, March 1-3, 2019 | (16 @ $150 = $2,400) |
| Work from New York: data request submission, review of data inventory and reports from core team (17.0 billable hours) | X | N/A | Saturda-Sunday, March 9-10, 2019 | (17 @ $150 = $2,550) |
| Work from Puerto Rico: see agenda meetings (2 days, 18 hours) | n/a | X | Thursday through Friday, March 14-15, 2019 | (2 @ $1,130 = $2,600) |
| Work from New York City: work on methodology and edits to our document, communications with monitor and teams (14.0 billable hours) | X | N/A | Saturday through Sunday, March 16- | (14 @ $150 = $2,100) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | 17, 2019 | |
| Work from New York City:  Review monitoring methodologies from multiple jurisdictions, review of U.S. GAO guidelines for financial and compliance audits, work on methodology and follow up discussions with experts (18.0 billable hours) | X | n/a | Saturday through Sunday, March 23-24, 2019 | (18 @ $150 = $2,700) |
| Work from New York City:  Calls with team on the field and follow up work, calls with monitor and administrator, calls with parties regarding budget and methodology, preliminary review of P 261, review of PR response to methodology (10.0 billable hours) | X | n/a | Monday through Thursday, March 25-28, 2019 | (10 @ $150 = $1,500) |
| TOTAL HOURS WORKED: 93.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (2 days, 18 HOURS) | | | | $2,600 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (75 HOURS @ $150): | | | | $11,250 |
| TOTAL TO BE BILLED: | | | | $13,850 |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
March 29, 2019

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this
invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2019.

ok.    4/4/2019

Rafael E. Ruiz
53 Adams St., Apt 1
Boston MA 02122

# INVOICE # 2019-03
DATE: March 31, 2019

T0: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

For Service: March 2-31, 2019

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Site visits to PR: | | | |
| Monday, March 25, 2019 | | $1300.00/day | $1,300.00 |
| Tuesday, March 26, 2019 | | $1300.00/day | $1,300.00 |
| Wednesday, March 27, 2019 | | $1300.00/day | $1,300.00 |
| Thursday, March 28, 2019 | | $1300.00/day | $1,300.00 |
| Friday, March 29, 2019 | | $1300.00/day | $1,300.00 |
| | | | |
| March 2-31, 2019: | | | |
| Worked on and developed a Rating Matrix for | | | |
| The Search and Seizure section of the Agreement | | | |
| (Paragraphs 58 through 79) for monitoring purposes | 9 hrs. | | |
| Matrix for Arrests and Summons | 5 hrs. | | |
| Evaluation Form and Worksheet for above | 5 hrs. | | |
| TOTAL HOURS WORKED | 19 hrs. | | |
| | | | |
| TOTAL HOURS BILLED    (17 hrs. and 20 mins.) | 17.33 | $150.00/hr. | $2600.00 |
| (Pro-bono hours worked, not billed, 1 hr. 40 mins.) | | | |

## TOTAL BILLED                    $9,100.00

Rafael E. Ruiz

Date: March 31, 2019

OK  X.J.  4/4/2019

# INVOICE FOR PROFESSIONAL SERVICES: MARCH/2019 CONSULTORES NAVEDO LLC

1 CLUB COSTA MARINA, TORRE I, APTO. 9-J
AVE. GALICIA FINAL, VISTAMAR MARINA, CAROLINA, PUERTO RICO 00983
| 787.646.5633 | LINDAVICTORIANAVEDO@GMAIL.COM

A:      **TCAPR Corp.**
        #268 Muñoz Rivera
        Suite 1001, World Plaza
        San Juan, Puerto Rico

The invoice for professional services rendered by Linda V. Navedo Cortés (Monitor Team) during the month of **February/2019** is detailed as follows:

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| -Work session to review the Compliance Table for Supervision and Management and Compliance Table for Policies and Procedures Action Plans. This review includes the information gathered and requested by the Deputy Monitor in order to assist the preparation of the Monitor's Methodology Plan. (20.0) | N/A | X | 1-25 / March | $3,000.00 |
| Work session for the follow-up to the policies' revision with Att. Antonio Bazán. Drafting electronic mails and calls for the follow-up of outstanding issues. Policy and General Orders review and preparation of Approval Memorandum. (10.0) | | | 4-27 / March | $1,500.00 |
| Work session for the development of the first draft of the agenda corresponding to the month of March 2019 for the Monitor's team and Reform Office . Discussion of the agenda with Reform Office, Monitor's Office Staff and Monitors. Preparation of final document. (20.0) | | | 8-12 / March | $3,000.00 |
| TOTAL AMOUNT OF BILLABLE HOURS DAYS WORKING ON THE | | | | N/A |

1

| TASK PERFORMED, AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | MONITOR TEAM WEEK: | |
| | | | TOTAL OF BILLABLE HOURS (50 @ $150): | $7,500.00 |
| | | | TOTAL TO BE BILLED: | $7,500.00 |
| | | | TOTAL HOURS WORKED "PRO BONO": 0 HOURS | |

INVOICE PRESENTED BY:


_____
LINDA V. NAVEDO CORTÉS
TCA Core Team
March 29, 2019


Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.



_____
ARNALDO CLAUDIO, TCA                         Date: _____, 2019
President
TCAPR Corp.

2

CORRECTED INVOICE 0049 (CORRECTED) FOR PROFESSIONAL SERVICES; MAR 3-29, 2019
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of March 2019 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| On site Puerto Rico (USDoJ request for mtg on IT Matrix) | | | 3/24/19 | 450.00 |
| On site Puerto Rico | | | 3/25/19 | 1300.00 |
| On site Puerto Rico | | | 3/26/19 | 1300.00 |
| On site Puerto Rico | | | 3/27/19 | 1300.00 |
| Communications - telcons and emails to/from CT, PRPB, USDOJ, Special Master, regarding Action Plans, GO's, manuals, policy coordination, Court Orders, budgets | 5.25 | | | 787.50 |
| In response to Judge Gelpi - Prepare opinion and crosswalk against the Parties positions; "when the PRPB will have effective IT". Includes analysis and rewrite, edit, coordination with monitor, Parties, Special Master | 7.50 | | | 1125.00 |
| Analysis, assessment, review, coordinate resolution of data issues, analysis with Federal Monitor | 0.75 | | | 112.50 |
| Coordinate Core Team review of IT training status and cross walk details. | 3.25 | | | 487.50 |
| Analyze, review and prepare "Top 10" Information Technology concerns at DoJ request | 2.50 | | | 375.00 |
| Monitoring Methodology -- coordination with Core Team, DOJ.  Revise and prepare for on-site interviews by updating, coordinating and consolidating all relevant artifacts to include Action Plans as directed by Deputy monitor. Review of materials provided by DoJ for lessons learned from other Decrees. | 6.25 | | | 937.50 |

| | | | | |
|---|---|---|---|---|
| At Deputy Federal Monitor request, reformat IT monitoring Matrix to match TCA Methodology Appendix B | 8.25 | | | 1237.50 |
| Site visit planning and coordination, Prepare Agenda Recommendations. Communicate with CT, TCA, PRPD, DOJ, Review past action items and trip reports for applicability. | 1.50 | | | 225.00 |
| | | | | |
| Total hours US | 35.25 | | total expense | 9637.50 |
| | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | | $4,350 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 35.25 | $5,288 |
| TOTAL EXPENSE | | | | $9,638 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" ( HRS.) | | | 3.58 | -537.50 |
| Transportation - Hotel to Airport | | | | $25.00 |
| | | | FEE | $9,125 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby  CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

OK   RJ.  4/4/2019



CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER:  120
INVOICE DATE:  MARCH 29, 2019

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

Invoice

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-01-19 | Police Reform-Puerto Rico | Review of comm. from Mr. Guzmán; comm. with Javier González, re: discussion of Town Hall Meeting celebrated in San Juan and Yabucoa; discussion of possible changes in upcoming Town Halls comm. with the Court in Compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| MAR-02-19 | Police Reform-Puerto Rico | Comm. With the Court in Compliance with standard TCA requirements; attention of several matters regarding Town Halls (previous) and upcoming; comm. with Javier González | 2.00 | $125.00 | $250.00 |
| MAR-04-19 | Police Reform-Puerto Rico | Review of Minutes from Condado Town Hall | 0.50 | $125.00 | $62.50 |
| MAR-05-19 | Police Reform-Puerto Rico | Thank you letters to collaborators in the San Juan Town Hall Meeting; review of comm. from TCA Claudio, re: "Trabajo Conjunto" | 2.50 | $125.00 | $312.50 |
| MAR-06-19 | Police Reform-Puerto Rico | Comm. with Pujols, re: Minutes and exchange of presentations; re: Yabucoa Town Hall Meeting; comm. with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| MAR-07-19 | Police Reform-Puerto Rico | Several comm. with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| MAR-08-19 | Police Reform-Puerto Rico | Coordination of upcoming Town Hall Meetings; Loiza and San Juan | 3.00 | $125.00 | $375.00 |
| MAR-11-19 | Police Reform-Puerto Rico | Several comm. regarding Loiza Town Hall Meeting Coordination; comm. with Javier González | 2.00 | $125.00 | $250.00 |
| MAR-12-19 | Police Reform-Puerto Rico | Meeting with Javier González, re: Town Hall Meetings coordination; Loiza and San Juan | 2.00 | $125.00 | $250.00 |
| MAR-13-19 | Police Reform-Puerto Rico | Several comm. re; coordination of San Juan and Loiza Town Hall Meeting and related matters; follow ups | 1.00 | $125.00 | $125.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-14-19 | Police Reform-Puerto Rico | Preparation of letter requesting the use of the AEELA facilities for upcoming Town Hall Meeting and communications with Mr. Javier González regarding the same | 1.50 | $125.00 | $187.50 |
| MAR-15-19 | Police Reform-Puerto Rico | Conference calls with Javier González; re; upcoming Town Hall Meetings coordination Loiza and San Juan; review of minutes from Yabucoa Town Hall | 2.50 | $125.00 | $312.50 |
| MAR-18-19 | Police Reform-Puerto Rico | Several communications regarding Loiza Town Hall Meeting; comm. with Javier González; selection of Guest Speakers and confirmations | 1.00 | $125.00 | $125.00 |
| MAR-19-19 | Police Reform-Puerto Rico | Coordination of upcoming Town Halls; list of participants in upcoming Hato Rey Town Hall Meeting; comm. with Javier Gonzalez | 3.00 | $125.00 | $375.00 |
| MAR-20-19 | Police Reform-Puerto Rico | Coordination of upcoming Town Hall Meetings; several discussions with Javier González; Informative Motion- San Juan Town Hall Meeting; comm. with the Court in Compliance with TCA standard requirements; review of Posters- Town Hall Meetings; changes; preparation and filing of Informative Motion regarding Loiza Town Hall Meeting | 7.00 | $125.00 | $875.00 |
| MAR-21-19 | Police Reform-Puerto Rico | Comm. with Javier González, re: Town Halls Coordination; preparation and filing of Informative Motion regarding the Hato Rey Town Hall Meeting; comm. with guest speakers to confirm their participation; filing of Informative Motion and notifications | 4.00 | $125.00 | $500.00 |
| MAR-22-19 | Police Reform-Puerto Rico | Comm. related to participation in upcoming Hato Rey Town Hall Meeting | 0.50 | $125.00 | $62.50 |
| MAR-25-19 | Police Reform-Puerto Rico | Coordination of upcoming Town Halls and all related matters | 3.00 | $125.00 | $375.00 |
| MAR-26-19 | Police Reform-Puerto Rico | Review of comm. from TCA Claudio; initial review of PRPB Semi Anual Report; review of response to data request; comm. with Javier Gonzalez; preparation for Town Hall Meeting and Celebration of Loiza Town Hall Meeting | 7.00 | $125.00 | $875.00 |
| MAR-27-19 | Police Reform-Puerto Rico | Several comm. with Javier Gonzalez; review of comm. from Mr.Guzman; upcoming San Juan Town Hall Meeting Coordination; further review of : Biannual Status Report and Supporting Exhibits | 3.00 | $125.00 | $375.00 |
| MAR-28-19 | Police Reform-Puerto Rico | Coordination of Town Hall Meeting and Celebration of Town Hall Meeting in Hato Rey | 6.00 | $125.00 | $750.00 |
| MAR-29-19 | Police Reform-Puerto Rico | Several comm. regarding Town Halls, comm. with the Court in Compliance with standard TCA requirements; discussion with Javier González and attention of notification issues | 1.50 | $125.00 | $187.50 |
| | | Total hours for this invoice | 57.00 | | |
| | | Total amount of this invoice | | | $7,125.00 |

01(   4/4/2019

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan, Puerto Rico, 00918
Telephone Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

March 29, 2019.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2019-03**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of March 2019.

| | | |
|---|---|---|
| 3/05/2019 | **1.50 Hrs.** 4:00 to 5:28 pm and 10:41 to 10:49 pm | Preparation of Motions pending to be filed, review of document, changes to motions and verification through exchange of e-mails |
| 3/06/2019 | **0.75 Hrs.** 9:00 to 9:53 am | Additional review and changes to motions, filing of motions with attachment |
| 3/13/2019 | **4:00 Hrs.** 10:00 am to 2:00 pm | Visit to Police Academy and Meeting at Condado Plaza |
| 3/14/2019 | **7.00 Hrs.** 11:00 am to 6:00 pm | Meeting with parties at McConnell Valdes regarding the Agreement |
| 3/15/2019 | **5.25 Hrs.** 9:00 am to 2:15 pm | Meeting with parties at McConnell Valdes regarding the Agreement |
| 3/22/2019 | **2.00 Hrs.** 1:30 to 3:30 pm | Meeting at ACLU Office |
| 3/25/2019 | **5.00 Hrs.** 7:30 to 8:00 am, 9:00 to 11:30 am, 1:30 to 3:30 pm | Meeting at Monitor's Office, Monitoring Meeting at PRPB and Paragraph 13 Meeting at PRPB |
| 3/27/2019 | **6.00** Hrs. 9:30 am to 12:30 pm and 5:00 to 7:30 pm | Meeting at PRPB on review of 2/20/2019 promotions (Sergeant to Captain) and review of files to ascertain compliance wit requisites. Preparation of detailed Memorandum on review of promotion files |
| 3/29/2019 | **29.50 -Hrs. Total Hrs. billed** | 29.50 Hrs. x $125.00 =$3,687.50 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.

OK  *[signature]*  4/4/2019



## J.JARAMILLO INSURANCE

PO Box 195357
San Juan, PR  00919

INVOICE

| Customer | TCAPR CORP &/OR ARNALDO CLAUDIO | |
|---|---|---|
| | | 16954 |
| Date | 01/31/2019 | |
| Customer Service | DSG Insurance Corp | |
| Page | 1 of 1 | |

| Payment Information | |
|---|---|
| Invoice Summary | 800.00 |
| Payment Amount | |
| Payment for: | Invoice#258115 |
| CU302282 | |

Thank You

TCAPR CORP &/OR ARNALDO CLAUDIO
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN, PR 00918-1921

Please detach and return with payment

Customer: TCAPR CORP &/OR ARNALDO CLAUDIO

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 258115 | 02/23/2019 | Renew policy | Policy #CU302282  02/23/2019-02/23/2020 Multinational Insurance Company Umbrella - Renew policy | 800.00 |
| | | | **Total** | 800.00 |

Thank You

AS PER RULE 29, COVERAGES WILL COMMENCE ONCE PREMIUM IS FULLY PAID. PLEASE SEND PAYMENT IN FAVOR OF J JARAMILLO INSURANCE, INC. *****SEGUN LA REGLA 29, LA CUBIERTA COMENZARA UNA VEZ LA PRIMA ESTE PAGADA EN SU TOTALIDAD. FAVOR DE EMITIR PAGO A NOMBRE DE J. JARAMILLO INSURANCE INC.

| J. JARAMILLO INSURANCE, INC. PO Box 195357 San Juan, PR  00919-5357 | (787)728-5555 | Date |
|---|---|---|
| | | 01/31/2019 |





**THE & GROUP**
Ideas & Networking
for Business Success

From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

RE: Invoice 2019-03 (MARCH 2019)

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| MARCH 1 to MARCH 29, 2019 | | |
| 3/12/19 | 2.0 Hrs. | Meeting with Lcdo Castellanos, follow up Town Halls schedule |
| 3/14/19 | 1.0 Hrs. | Hato Rey Town hall follow up, letter to AEELA. |
| 3/18/19 | 2.0 Hrs. | Meeting at Carolina Police Headquarters with CIC members. |
| 3/19/19 | 5.0 Hrs. | Visit Loiza facilities and meeting with Mayor assistant and police officers, Visit and meeting at AEELA for the Hato Rey THM. |
| | | |



| | | |
|---|---|---|
| 3/20/19 | 2.0 Hrs. | Loiza and Hato Rey THM follow up, Visit Police Headquarters, Meet with police reform director. Work with THM posters and deponents. |
| 3/22/19 | 3.0 Hrs. | Follow up on Posters, San Juan CIC meeting with Consular Corp in Samuel R Quiñonez Room at Luis A Ferré building |
| 3/25/19 | 4.0 Hrs. | Posters THM Loiza and Hato Rey, Meeting at Aguadilla Police Headquarters, Visit to Moca (suggested to host the THM by police) |
| 3/26/19 | 8.5 Hrs. | Hato Rey THM follow up, Loiza Town Hall |
| 3/28/19 | 7.0 Hrs. | Hato Rey THM |
| | Total: 34.5 Hrs. | |



**THE & GROUP**
Ideas & Networking
for Business Success

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González                     DATE: MARCH 29, 2019

TO: Mr. Eric Guzmán

| HOURS BILLED: | 34.5 Hrs |
| AMOUNT PER HOUR: | $75.00 |
| TOTAL: | $2,500.00 |
| SOUND SYSTEM: | |
| Loiza and Hato Rey | $700.00 |
| Recording | $100.00 |
| | |
| TOTAL: | $3,300.00 |

ok *l·y.*  4/4/2019

**José L. Pujol**
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice # <u>**2019-03**</u>

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | Matter/Services rendered |
|---------|---------|--------------------------|
| 03/04/2019 | **8 Hrs.** 08:30 pm – 01:00 pm<br>01:45 pm – 05:15 pm | Report of Minutes of Town Hall Meeting at Condado. |
| 03/06/2019 | **6.5 Hrs.** 09:00 am – 12:30 pm<br>01:15 pm – 04:15 pm | Report of Minutes of Town Hall Meeting at Yabucoa |
| 03/07/2019 | **6 Hrs.** 09:00 am – 01:00 pm<br>03:15 pm – 05:15 pm | Report of Minutes of Town Hall Meeting at Yabucoa |
| 03/13/2019 | **4 Hrs.** 09:30 am – 01:30 pm | Correcting Minutes of Town Hall Meeting at Yabucoa. Working on research and community outreach project for Federal Monitor |
| 03/14/2019 | **3 Hrs.** 10:15 am – 01:15 pm | Working on research and community outreach project for Federal Monitor |
| 03/18/2019 | **5 Hrs.** 02:00 pm – 05:00 pm<br>07:00 pm – 09:00 pm | Working on research and community outreach project for Federal Monitor |
| 03/19/2019 | **1.5 Hrs.** 10:30 am – 11:00 am | Working on research and community outreach project for Federal Monitor |
| 03/20/2019 | **1.5 Hrs.** 05:30 pm – 07:00 pm | Working on research and community outreach project for Federal Monitor |
| 03/21/2019 | **4 Hrs.** 10:00 am – 02:00 pm | Working on research and community outreach project for Federal Monitor |
| 03/22/2019 | **3.5 Hrs.** 02:15 pm – 05:45 pm | Working on research and community outreach project for Federal Monitor |
| 03/25/2019 | **7.5 Hrs.** 07:15 am – 03:15 pm | Meeting at PRPB HQs and working on research and community outreach project for Federal Monitor |
| | | |

| 03/26/2019 | **13.0 Hrs.** 09:15 am – 11:45 pm (0.5 hr. lunch, 1 hr. dinner) | Meeting at SARP; writing meeting's report; Town Hall Meeting in Loiza; working on and sending SARP report to the Federal Monitor. |
| | | |
| | **63.5 Hrs.** Total hrs. billed | **63.5 hrs.** x $50.00= **$3,175.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

03/29/2019

Date

ok J.R. 4/4/2019

# Invoice March 15, 2019: $4,050.00

The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Consultant to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).
Services for participation in all the required meetings and paragraph's assessment related to the compliance phases of the Police Reform requested by the Office of the Federal Monitor of the Puerto Rico's Police Department Reform. The price honorariums per hour is $75.00 as agreed with the Office of the Federal Monitor.

Thus, $1,050.00.00 for:

A.  The assessment of paragraphs of the Agreement, identifying the questions that determine the compliance with those paragraphs (February 25, 2019). 2. Construction of open and close questions and group work with core team members at the Office of the Federal Monitor, Hato Rey (7 hours). 3. Elaboration of questions of each paragraph of the Agreement related to the compliance of the PRPB with several sections Analysis of the possible methodological strategies necessary to obtain data related to the paragraphs analyzed (Use of Force, Professionalization, Training, Supervision and management.

B.  Meeting at the Police Central Command in Hato Rey. Discussion about the necessity of the PRPB to comply with the Monitor's Office request of data and documents for the assessment of the Agreement. (February 27, 2019). 2 hours.

C.  Meeting at the Federal Monitor's Office and Police Headquarters. 5 hours (March 25, 2019.). The points discussed were:
    1.  To measure compliance, the monitor has adapted the methodology it developed for the capacity building period to achieve the following two objectives during the compliance period: (a) continuing to assist the Commonwealth and the PRPB in the Construction of operations and management systems and structures to facilitate compliance with the agreement. 2. The monitor will begin to assess and measure the progress of the PRPB in relation to the agreement in its first half-yearly follow-up report. The Monitor will continue to develop specific measurements of the progress of each initiative to report on the level of compliance achieved. 3. In determining the scale and scope of a report on organizational evaluation, decisions should be made on the capacities, key issues and entry points to be included in the assessment. What should also be established is how these capacities will be assessed. The Monitor evaluation will be carried out through a variety of qualitative and quantitative data collection methods. 4. The PRPB should actualized the Statistical Office and a Unified Information System with training and recruitment of professionals that can ensure the objectives of the Reform and its assessment. These structures should work with the Department of Justice (PR).

**A total of 14 hours at $75.00 per hour as agreed with the Office of the Federal Monitor = $1,050.00**

**Translation of Final Report for Department of Justice of the United States of America as agreed with the Office of the Federal Monitor.**
**Second Part of the 2018 survey translation. $3,000.00**

| | Translation Phase II | Calendar |
|---|---|---|
| 1- | Translation (Spanish to English) of the Part II of the Quantitative Report on the Puerto Rico's Police Bureau Sustainable Reform: Comparison between 2015 & 2018 for the Department of Justice & the Office of the Technical Compliance Advisor of the Puerto Rico's Police Bureau Reform.(**Paragraph 241**). | **(February 15, 2019 – March 30, 2019)** |

I look forward to maintaining communication with you,
Sincerely yours,

*Richard Blanco Peck*

Richard Blanco Peck (Independent Researcher and Consultant to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

DIS.   *[signature]*   4/4/2019

# INVOICE

## Rafael A. Rodriguez

DATE: 3/26/19
INVOICE #: 1009

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

Transportation

| DESCRIPTION | | | $900.00 |
|---|---|---|---|
| Professional Transportation Services for the week of 3/24/2019 to the 3/29/2019 | | | |

Includes the following:

Transportation from airport to hotels

Transportation to the municipalities

Transportation to the TCA headquarters

Hato Rey, San Juan PR

This transportation is exclusive for the TCA Core Team

| TOTAL | | | $900.00 |
|---|---|---|---|

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com

ok *R.f.* 4/4/2019

'C GO STORES
GURABO
C000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #0 | ... | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS.
Vuelva Pronto
ST# 00012   TILL XXXX CR# 1 TRAN# 1020746
CSH: 12                02/27/19 08:29:44

BIENVENIDOS A
SUPER 7
PUMA 226
000000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | --- | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS...
ST# PU207   TILL XXXX DR# 1 TRAN# 1012760
CSH: 4                 02/27/19 09:17:53

*Rafael*

BIENVENIDOS A
SUPER 7
PUMA 226
000000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | --- | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS...
ST# PU207   TILL XXXX DR# 1 TRAN# 1013562
CSH: 8                 02/28/19 11:47:01

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek

# MARCELINO SOLA PUMA 283

carr.189
Gurabo,PR

**Fecha: 2/28/2019 12:45 PM**
**Cajero: Cristal Viera**
**Trans No. 756584**
**Batch No. 2358**
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Surtidor 12 | |
| --- | --- | --- |
| 1 | $60.000 | $60.00 |

| | |
| --- | --- |
| **Subtotal:** | **$50.00** |
| **Estatal:** | **$0.00** |
| **Municipal:** | **$0.00** |
| **Total:** | **$50.00** |
| **Cash:** | **$50.00** |
| **Cambio:** | **$0.00** |

**Servicio que da confianza**

```
         ?? CO STORES
           GURABO
        C 000000000000019
           GURABO


        ***PREPAID RECEIPT***

Description        Qty      Amount
                    ..      ......
 PREPAY CA #12              40.00
                         -----------
           Subtotal        40.00
           Tax             0.00
    TOTAL              40.00
           CASH  $     40.00


           GRACIAS.
         Vuelva Pronto
.T# 00012  TILL XXXX DR# 1 TRAN# 1022287
 SH  4              03/06/19 18:29:55
```

```
        BIENVENIDOS A
           SUPER 7
           PUMA 226
        000000000000000
           verifone


        ***PREPAID RECEIPT***

Description        Qty      Amount
 -------           ---
 PREPAY CA #05              20.00
                         -----------
           Subtotal        20.00
           Tax             0.00
    TOTAL              20.00
           CASH  $     20.00


           GRACIAS...
ST# PU207  TILL XXXX DR# 1 TRAN# 1014553
CSH: 5             03/01/19 15:05:37
```

```
        BIENVENIDOS A
         ??? F LA ROCA


        ***PREPAID RECEIPT***

Desc?????n         Qty      Amount
                    ..
 PrePay CA #01              30.00
                         -----------
           Subtotal        30.00
           Tax             0.00
    TOTAL              30.00
           CASH  $     20.00
           CASH  $     20.00
           Change $     -10.00


.?# AB123 TILL XXXX DR# 1 TRAN# 1014108
 SH  7             03/02/19 22:14:55
```

```
Servicio Fiscal Expirado
merchants.softekpr.com
processed by Softek


        BIENVENIDOS A
        GULF LA ROCA


        ***PREPAID RECEIPT***

Description        Qty      Amount
 ..........         ..
 PREPAY CA #10              30.00
                         -----------
           Subtotal        30.00
           Tax             0.00
    TOTAL              30.00
           Ath  $     30.00


ST# AB123 TILL XXXX DR# 1 TRAN# 1012521
CSH: 7            03/01/19 19:40:00
```

**Shell Degetau**

Fecha: 3/11/2019 11:03 AM
Caris No. 240/601
Lector No. 2
Cajero: Naysha Velez
Sub Total:         $60.00
STATE TAX:        $0.00
MUNICIPAL TAX:    $0.00

Total:            $60.00
Pagado:           $80.00
Cambio:           $0.00

CONTROL: BSGQG-AJ7P3
ST

---

TO GO STORES
GURABO
000000000000019
GURABO


***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #09 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |


GRACIAS,
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1014840
CSH: 8                    03/06/19 19:01:27

---

# PUMA 212

Fecha: 3/8/2019 12:27 PM
Cajero: Yokasta Rodriguez
Trans No. 645179
Batch No. 2654
Cnt  UPC/PLU  Descripción

Subtotal:   $60.00
Estatal:    $0.00
Municipal:  $0.00

Total:      $60.00
Cash:       $60.00

Cambio:     $0.00

CONTROL: PN6RN-QSUYF
ST

---

BIENVENIDOS A
GULF LA ROCA


***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #02 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| Amex $ | | 20.00 |


ST# AB123 TILL XXXX DR# 1 TRAN# 1017961
CSH: 4                    03/06/19 07:34:39

**BIENVENIDOS A**
**SUPER 7**
PUMA 226
00000000000000G0
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #07 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| Ath $ | | 20.00 |

GRACIAS...
ST# PU207  TILL XXXX OR# 1 TRAN# 1014448
CSH: 4            03/15/19 13:44:48

CONTROL: 08HS1-MFCAR
ST
processed by Softek

| Descr | Qty | Amount |
| --- | --- | --- |
| Prepay CA#05 | | 40.00 |
| Subtotal | | 40.00 |
| STATE TAX | | 0.00 |
| CITY TAX | | 0.00 |
| TOTAL | | 40.00 |
| CASH $ | | 40.00 |

THANKS, COME AGAIN
REG# 0001 CSH# 012 DR# 01 TRAN# 15436
03/12/19 15:33:54            ST# A6123

CONTROL: 783MS-FYA9I
ST
processed by Softek

SG STORES
SUPER
00000000000G0
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #7 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 0012  TILL XXXX OR# 1 TRAN# 1024143
CSH: 15            03/14/19 07:49:19

## MARCELINO SOLA PUMA 28

carr.189
Gurabo,PR

**Fecha: 3/13/2019 10:16 AM**
**Cajero: Charline Martinez**
**Trans No. 768038**
**Batch No. 2408**
**Cnt   UPC/PLU   Descripción**

| Cnt | UPC/PLU | Descripción | |
| --- | --- | --- | --- |
| Combustible | | Combustible Surtidor 10 | |
| 1 | | $40.000 | $40.00 |

| | |
| --- | --- |
| **Subtotal:** | **$40.00** |
| **Estatal:** | **$0.00** |
| **Municipal:** | **$0.00** |
| **Total:** | **$40.00** |
| **Cash:** | **$40.00** |
| **Cambio:** | **$0.00** |

Servicio que da confianza

BIENVENIDOS A
GULF LA ROCA


***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CR #01 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |

**TOTAL** **40.00**

M/C $ 40.00

ST# A8123 TILL XXXX DR# 1 TRAN# 1011441
CSH: 4                    03/16/19 10:44:16


YC SO STORES
GURA60
(000-000000000)
GURA60

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |

TOTAL **20.00**

Cash $ 20.00

GRACIAS.
Vuelva Pronto
ST# 00012  TILL XXXX LR# 1 TRAN# 102392
CSH: 13                   03/20/19 09:23:16

**TO GO STORES
CAGUAS**
787 798-6434 x.519
000000000000019
Total 19

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #20 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | 30.00 |

ESTA PROHIBIDO CONSUMIR
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
BEBIDAS ALCOHOLICAS
EN LA ESTACION O SUS PREDIOS
ST# 00019  TILL XXXX DR# 1 TRAN# 1047950
CSH: 22            03/22/19 11:23:05

**BIENVENIDOS A
SUPER 7**
PUMA 226
7877535390
000000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #05 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | 30.00 |

GRACIAS...
ST# PU207  TILL XXXX DR# 1 TRAN# 1020108
CSH: 8            03/23/19 09:39:07

**BIENVENIDOS A
GULF LA ROCA**

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #07 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| Ath $ | | 20.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1011784
CSH: 7            03/23/19 19:21:39

BIENVENIDOS A
SUPER 7
PUMA 226
000000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #03 | | 40.00 |

Subtotal        40.00
Tax         0.00
**TOTAL     40.00**
CASH $    40.00

GRACIAS...
ST# PU207  TILL XXXX DR# 1 TRAN# 1011472
CSH: 5           03/25/19 14:20:56

CONTROL: B4Y8Z-MDNH5
ST
Processed by Softek

WE COMP
PUMA VEGA ALTA

| in t | qty | amount |
|------|-----|--------|
| Prepay CA#02 | | 10.00 |

Sub Total       10.00
STATETAX        0.00
CITYTAX         0.00
TOTAL      10.00
CASH $     20.00
Change $    -10.00
POR FAVOR
REGRESE PRONTO
REG# 0001 CSH# 004 DR# 01  TRAN# 17895
03/24/19  22:04:59        ST# TX996

**PUMA 212**

Fecha: 3/26/2019 4:21 PM
Cajero: Javier Alomar
Trans No. 659510
Batch No. 2722
Cnt   UPC/PLU   Descripción

Subtotal:      $60.00
Estatal:       $0.00
Municipal:     $0.00

Total:         $60.00
Cash:          $60.00

Cambio:        $0.00
Thank you for your business!

CONTROL: KKEA5-HQYFF
ST



Your Receipt

DUPLICATE

02/28/19 THU      07:28:15 PM   No. 406669

Pump No. 05

Prepayment          $  10.00

Cash                          THANK YOU

*Rafael*

# BIENVENIDOS A
# SUPER 7
## PUMA 226
7877535390
000000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 10.00 |
| | Subtotal | 10.00 |
| | Tax | 0.00 |
| **TOTAL** | | **10.00** |
| | CASH $ | 10.00 |

GRACIAS...

ST# PU207  TILL XXXX DR# 1 TRAN# 1020763
CSH: 5                      03/28/19 09:10:57

*Rafael*

**Ecomaxx Roosevelt**

Fecha: 3/27/2019 8:44 AM
Cajero: Abdel
Trans No. 364865
Batch No. 2023
Cnt   UPC/PLU   Descripción

Subtotal:          $30 00

Total:             $30.00
Cash:              $40.00

Cambio:            $10.00

Autocentro Toyota Inc
SPG REPAIR ESTIMATE

ESTIMATE # AP1183065
ESTIMATE COMMENTS:                              ESTIMATE DATE: 04/01/2019
VEHICLE: Highlander 14/19
ADVISOR  #   139345    VALERIA TORRES VAZQUEZ          VIN: 5TDYKRFH2FS101433
CUSTOMER #   140580    TCA PR CORP
ADDRESS: SAN JUAN
                                        (H) 787-556-4501
                                        (B)                    (EXT)
        SAN JUAN, PR 00918

CUSTOMER QUOTE

OPERATION: COMBINED    MANT

| QTY | PART NUMBER | PART DESCRIPTION | PART PRICE | EXT PRICE |
|-----|-------------|------------------|-----------|-----------|
| 1 | TO04152-YZZA1 | REPLACEABLE ELEMENT | 4.13 | 4.13 |
| 1 | TO90430-12031 | GASKET | 0.87 | 0.87 |
| 7 | TO08880-83317-01 | 0W20-SINGLE QUART (W | 5.89 | 41.23 |
| 1 | TO09896-81245-62 | FLUID,W.WASH | 1.24 | 1.24 |

| MISC CODE | MISC DESCRIPTION | QUOTE MIN | QUOTE MAX | PRICE |
|-----------|------------------|-----------|-----------|-------|
| SS | SHOP CHARGES | | | 3.59 |

```
                                    LABOR  $:         40.00
                                    PARTS  $:         47.47
                                    GOG    $:          0.00
                                    MISC.  $:          3.59
                                    TAX    $:         10.48
                                    ---------------------------
                                    SUBTOTAL $:      101.54

                                    TOTAL LABOR $:    40.00
                                    TOTAL PARTS $:    47.47
                                    TOTAL GOG   $:     0.00
                                    TOTAL MISC. $:     3.59
                                    TOTAL TAX   $:    10.48
                                    ---------------------------
                                    ESTIMATE TOTAL $:  101.54
```

CUSTOMER SIGNATURE  _____

GRACIAS POR ESCOGER A AUTOCENTRO TOYOTA
ESTE ESTIMADO ES VALIDO POR 30 DIAS SOLAMENTE.
REITERAMOS NUESTRO COMPROMISO CONTINUO PARA BRINDAR
LA MAYOR CONFIANZA Y SEGURIDAD A NUESTROS CLIENTES,
SU OPINION SOBRE NUESTROS SERVICIOS ES LO MAS IMPORTANTE!
AYUDENOS A DARLE UN "FULL SERVICE" UTILIZANDO LA SERVICE STATION.
UBICADA EN NUESTRA RECEPCION DE SERVICIO. GRACIAS!

10:58:28                    COPIA DEL CLIENTE                PAGE  1 OF  1



# AUTOCENTRO

Compra Confiado

**1088 Muñoz Rivera Avenue San Juan,
Puerto Rico 00927**



Very Important Toyota

✈ **$0 deducible** en la primera reparación de  Hojalatería

⚙ **30% de descuento** en la primera compra de Accesorios

🛠 **Asistencia en la Carretera** (3 años)

🕐 **Prioridad de cita** en nuestro Taller de Servicio

🚗 **Trato preferencial** en el Programa de Transportación

🎁 **Sorpresa de Cumpleaños**

🏷 **Descuentos en Marcas Asociadas** y Promociones mensuales

CELL: 787-556-4501

| CUSTOMER NO. | | | ADVISOR | | TAG NO | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 140580 | | | VALERIA TORRES VAZ 139345 | | 4214 | 03/19/19 | TOCS527642 |

| | LABOR RATE | LICENSE NO | MILEAGE | COLOR | STOCK NO |
|---|---|---|---|---|---|
| TCA PR CORP | | FIP-198 | 53,411 | BLANCO/ | |

SAN JUAN
SAN JUAN, PR 00918

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | 08/25/15 | |

| VEHICLE I.D NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | |

NONE

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | |
|---|---|---|---|---|
| 787-556-4501 | | | | |

| FTE NO | P.O. NO | R.O DATE |
|---|---|---|
| | | 03/19/19 |

MO: 53411

TOTALS - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GRACIAS POR CONFIAR EN NOSOTROS

NUESTRO COMPROMISO ES BRINDAR UN SERVICIO DE EXCELENCIA, SI
SU EXPERIENCIA NO ES ASI FAVOR DE COMUNICARSE AL
(787) 999-9112 SERVICIO AL CLIENTE
O POR EMAIL MARIMER.MARTINEZ@AUTOCENTROPR.COM

AVISO IMPORTANTE: SABIA USTED QUE DEBE REVISAR LA PRESION DE
AIRE DE SUS GOMAS CADA DOS SEMANAS O AL MENOS UNA VEZ AL MES
EL MANEJAR CON UNA PRESION INCORRECTA REDUCE LA VIDA UTIL DE
SUS GOMAS. PUEDE REFERISE A SU MANUAL DE USUARIO.

PARA NOSOTROS ES UN PLACER SERVIRLE. PRONTO RECIBIRA UNA
ENCUESTA ELECTRONICA PARA EVALUAR SI DEFINITIVAMENTE
REGRESARIA O RECOMENDARIA A NUESTRO CONCESIONARIO.

| | |
|---|---|
| TOTAL LABOR.... | 159.49 |
| TOTAL PARTS.... | 877.76 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 19.95 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 121.59 |
| **TOTAL INVOICE $** | **1178.79** |

_____

CUSTOMER SIGNATURE



AUTOCENTRO
MAR 19 2019
PAID

Order 5F2JV50ZRZWAM

Cash tendered
CASH SALE
**Total**

$1,178.79
$1,178.79
**$1,178.79**

1
19-Mar-2019 10:05:13A
Cashier: Luis

Factura: 527642
C041UQ73530277
Processed by Dynamics Payment
CONTROL: NO DISPONIBLE
Total: $178.79
City Tax: $10.58
State Tax: $111.01
Sub Total: $1057.20
Order Info

$
AUTOCENTRO TOYOTA P
1090 AVE MUÑOZ RIVERA
SAN JUAN, PR 00919
7879999110

AUTOCENTRO P

ABUELO AUTO PARTS INC.
AVE. DE DIEGO NO 327
PUERTO NUEVO        PR 00920
Phone: (787) 782-0301

NO ADMITIMOS DEVOLUCIONES EN PIEZAS
ELECTRICAS O DE CARBURACION. NO ACEPTAMOS
DEVOLUCIONES EN PIEZAS DESPACHADAS
CORRECTAMENTE.

CASH   INVOICE                  INV:432859
03/21/2019  11:33AM             LOC:    1
              Type:IVS          Else:0
Prt:PRT003    Term:NET001       User:jm

Cust  :     0
Bill To:Cash Account

    2 GE 9005
MINI LAMP
LIST:    6.00 SELL:    6.00 T
              ITEM 1 TOTAL:     12.00

Tax Descr: mun  Tax Amount:     0.12
Tax Descr: est  Tax Amount:     1.26

Cash                    13.38

Taxable Merch           12.00
Taxable                 12.00
Sales Tax 11.500%                 1.38
                              --------
PAY THIS AMOUNT                 13.38

Units Shipped            2
Items                    1

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

SR. _Ford Edge_          FECHA 3 - 25 - 20 19

DIRECCION _____

TAB. NÚM. _____   CASH ☒  CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | 35 | |
| | FILTRO | | |
| | ENGRASE | | |
| | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** 35 00

# FACTURA

**100 % A Mano Car Wash Breñas Vega Alta 9392410485**

| FACTURAR A | N° DE FACTURA | 180 |
|------------|---------------|-----|
|            | FECHA         | 23/03/2019 |

| DESCRIPCIÓN | IMPORTE |
|-------------|---------|
| Lavado Ford edge | 26.00 |
| **TOTAL** | **$26.00** |

CONDICIONES Y FORMA DE PAGO

Case 3:12-cv-02039-FAB Document 1177-1 Filed 04/04/19 Page 40 of 46

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 20 - Marzo 20 19

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 20 00

---

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 20 Marzo 20 19

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 20 00

---

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 19 - Marzo 20 19

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☑  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | 00 |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL** 20 00

---

## LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA 7 Marzo 20 17

SR. _____

DIRECCION _____

TAB. NÚM. _____  CASH ☐  CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____  **TOTAL**

# LULU SERVICE STATION

1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _28 Marzo_ 20 _19_

SR. _____

DIRECCION _____

TAB. NÚM. _____   CASH ☑   CRÉDITO ☐

| | | | |
|---|---|---|---|
| | LITROS DE GASOLINA | | |
| | QTOS. DE ACEITE | | |
| | FILTRO | | |
| | ENGRASE | 20 | |
| ✓ | LAVADO | | |
| | LAVADO MOTOR | | |
| | INSPECCION | | |
| | FLUSHING | | |

TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION

RECIBÍ _____   **TOTAL** _20_

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte, Carril 11
Cajero: 2483
03/15/19 15:03:06

Numero de Cuenta:      ACT03579521
Cantidad de Pago:    $     20.00
Metodo de Pago:        Debito 6576
Balance:             $     20.45

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Montehiedra, Carril 11
Cajero: 2473
03/15/19 18:23:00

Numero de Cuenta:      ACT03579521
Cantidad de Pago:    $     20.00
Metodo de Pago:          Efectivo
Balance:             $     35.40

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Montehiedra, Carril 11
Cajero: 2473
03/15/19 18:23:40

Numero de Cuenta:      ACT03451155
Cantidad de Pago:    $     40.00
Metodo de Pago:          Efectivo
Balance:             $     39.50

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Favor de comunicarse con nuestro
Centro de Servicio al Cliente
referente a su sello #3021911.
Codigo:      M

*Rafael*

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Toa Baja, Carril 2
Cajero: 3598
03/23/19 10:03:11

Numero de Cuenta:        ACT03451155
Cantidad de Pago:     $      10.00
Metodo de Pago:            Efectivo
Balance:              $      39.60

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-10 0
Plaza Caguas Norte, Carril 13
Cajero: 953
03/06/19 18:41:44

Numero de Cuenta:        A 03579521
Cantidad de Pago:     $      20.00
Metodo de Pago:            Efectivo
Balance:              $      32.20

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-10 0
Plaza Caguas Norte, Carril 12
Cajero: 903
03/04/19 12:       

Numero de Cuenta:        03451154
Cantidad de Pago:     $      20.00
Metodo de Pago:            Efectivo
Balance:              $      31.60

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Montehiedra, Carril 11
Cajero: 2516
03/28/19 17:59:02

Numero de Cuenta:        ACT03579521
Cantidad de Pago:      $      20.00
Metodo de Pago:            Efectivo
Balance:               $      19.25

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

TO GO STORES
GURABO
000000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #04 | | |
| | | 40.00 |

| | | |
|---|---|---|
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 20.00 |
| CASH $ | | 20.00 |

GRACIAS,
Vuelva Pronto
ST# 00012   TILL XXXX DR# 1 TRAN# 1026025
CSH: 12
03/27/19 19:17:43

BIENVENIDOS A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | |
| | | 40.00 |

| | | |
|---|---|---|
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1019034
CSH: 7
03/28/19 21:20:02

12-cv-2039 (GAG)-Fixed Expense Invoice
Enclosure I
Subject: Memorandum for Record-Work performed during the month of March.

The TCA attended scheduled visits; and received community stakeholders that requested a meeting.

The Monitor met with senator Hon. Jose Vargas Vidot and represeatives of the senators Hon. Henry Neumann, Hon. Zoe Laboy and with Dr. Eduardo Rodríguez. This meeting was requested by Dr. Rodriguez in the Townhall Meeting in San Juan (Condado). The Monitor met with the Police Commisioner from Yabucoa municipality and with Trujillo Alto municipality Major Mr. Jose Luis Cruz regarding the Municipal Police. The monitor attended to "Conversatorio Intervenciones con la Comunidad Extranjera" in San Juan and attended the presentation of Immersion at the Police Academy.

The following General Orders were approved this month: Student Regulations; General Order of the Crisis Intervention Team; Operational Manual of Crisis Interventions; General Order of Job Description; General Order-612: Searches and Seizures; General Order 500-502: Evaluation Boards of Use of Force Incidents; PPR - 625.3 Report on Constitutional Activities (Annex OG 625); PPR - 625.4 Required Permits (Annex OG 625); PPR - 625.5 Risk Analysis (Annex OG 625); PPR - 625.6 Results Use of Force / Arrest (Annex OG 625); Protocol of Requirement 158; Garrity Protocol; Attachments / Forms General Order 612: Searches and Searches; Annexes Information Dissemination Manual; General Order 100-115: Division of Sexual Offenses and Child Abuse; General Order 600-607: Intervention in Incidents of Sexual Offenses Committed by Employees of the Bureau of the Police of Puerto Rico; General Order 600-622: Incidents of Sexual Offenses Investigations; PPR-115.1: Form to address the orientation line for victims of sexual crimes; PPR-622.1: Research Report; Glossary of Police Concepts; and General Order 600-625: Management and Control of Crowds.

During this month two Town Hall Meetings were held; one in the municipality of Loiza and other in the municipality of San Juan.

Lastly, all administrative actions were completed, including but not limited to: the preparation of the Federal Monitor's Office budget for 2019-2020 fiscal year; to the monthly meeting with the TCA´s CPA for the update of the employee records, income tax inquires preparation, and payroll. Preliminary Core Team´s April agenda and monitoring methodologies were discussed.