

**GOBIERNO DE PUERTO RICO**
Autoridad para el Financiamiento de la
Infraestructura de Puerto Rico

P.O. Box 41207
San Juan, PR 00940-1207
(787) 763-5757

# FACTURA

Fecha: 4/1/2019
Factura #: 2019-0479

Dirección Postal
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR 00918

Dirección de Servicio
TCAPR Corp.
World Plaza
Suite 1001
268 Munoz Rivera Avenue
San Juan, PR00918

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 4/1/2019 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

Sales Tax: $0.00
Total: $3,000.00

Favor de emitir el pago a nombre de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.
Si tiene alguna pregunta relacionada a esta factura, favor de comunicarse al 787-763-5757.

AFI

---

| ID Cliente | TCAPR |
| Nombre Cliente | TCAPR Corp. |

Fecha: 4/1/2019
Factura #: 2019-0479

| Fecha Cargo | Código | Descripción | Cargo Fijo | Pies Cuadrados | Precio | Cantidad | Sales Tax |
|---|---|---|---|---|---|---|---|
| 4/1/2019 | Renta-01 | Renta de local | $3,000.00 | 0.00 | $0.00 | $3,000.00 | |

**Favor de remitir su pago con este talonario a la dirección postal:**
P.O. Box 41207 - San Juan, PR 00940-1207
ó entregar físicamente en:
Edificio World Plaza Suite 1200, 268 Avenida Muñoz Rivera, Hato Rey

Sales Tax: $0.00
Total: $3,000.00

OK  [signature]  4/4/2019



Servicios Telefonía Fija: (787) 775-0000
Servicios Telefonía Móvil: *611 desde su celular o (787) 763-3333
Isla: 1 (800) 981-2355
Horas de Servicios: Ver página 2 Servicio al Cliente
www.clarotodo.com

Factura      03/04/19
Cuenta       769528798    2
Núm. Servicio 765-2209-978
Página       1 de    3



| | |
|---|---|
| Balance Anterior | $ 188.74 |
| Pagos Recibidos - ¡Gracias! | $ 188.74CR |
| Ajustes | $ 0.00 |
| **BALANCE VENCIDO** | $ 0.00 |
| **CARGOS/CRÉDITOS POR SERVICIOS** | |
| FIJO | $ 245.84 |
| TOTAL | $ 245.84 |
| **TOTAL DE CARGOS CORRIENTES** | $ 245.84 |
| **TOTAL A PAGAR*** | **$245.84** |

**FECHA VENCIMIENTO 04/02/19**

*AVISO DE SUSPENSIÓN: Para evitar la suspensión del servicio, su pago debe ser recibido en o antes de la fecha de vencimiento.

Estimado cliente, pague su factura utilizando nuestro servicio de pago expreso disponible las 24 horas los 7 días de la semana. Sólo marque *7246 desde su Claro móvil o el (787) 281-4111 desde su Claro fijo.

Claro le recuerda que para evitar cargos de reconexión debe pagar su factura antes de la fecha de vencimiento de la misma.

---

Por favor, desprenda este talón y devuélvalo con su pago.



Factura      03/04/19
Cuenta       769528798    2

•Accede tu cuenta
•Paga tu factura
•Chatea online




Para ver el detalle de su factura visite https://ebill.claropr.com

**FECHA DE VENCIMIENTO**  04/02/19
**TOTAL A PAGAR**          $245.84
**CANTIDAD ENVIADA**

TCAPR CORP
WESTERN BANK CTR
268 AVE MUNOZ RIVERA STE 1001
SAN JUAN PR 00918-1921

2769528798 0000024584 70401

o/s   [signature]   4/4/2019

**RRG**

RR GROUP, PSC
#405 Esmeralda Avenue
PMB 146
Guaynabo, PR 00969

www.rrgrouppsc.com

T (787) 765-7980
F (833) 454-6983
E rrgcontact@rrgrouppsc.com

# Invoice for the Current Month

Bill to:

**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4778 |
|---|---|
| Date: | 3/29/2019 |
| Amount due (U.S. $): | 1508.34 |
| Terms of payment: | NET 30 |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Retainer Services | Monthly Fixed Fee Arrangement for March 2019: Monthly and Year -End Accouting Cycle, Invoice Preparation Assistance, Financial & Budget Reporting, Acounts Payable Processing, Profesional Tax Withholding & Deposits, Monthly Payroll Processing, Process Vendor & Payroll ACH Transactions, Employer Quarterly Tax Preparation Services, SIF Annual Declaration and Renewal, Corporate Annual Tax Returns, Annual Informative Tax Returns and the TCA's Income Tax Returns. | 1.00 | 1508.34 | 1508.34 |
| | | | Total: $ | 1508.34 |

ELECTRONIC DEPOSIT INFORMATION
Banco Popular de Puerto Rico
Commercial Demand Deposit Account (USD)
Routing # 021502011
Account # 180074490

SUT# 0007014-0004
FEIN: 66-0650637

ok *R.M.* 4/4/2019

Page 1 of 1