**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>   v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 12-cv-2039 (GAG) |

**MOTION TO FILE UNITED STATES' SECOND MOTION FOR
EXTENSION TO TIME IN RESTRICTED MODE**

COMES NOW, Plaintiff, the United States of America, by and through the undersigned counsel, and respectfully requests leave to file its Second Motion for Extension of Time regarding the Monitor's proposed budget for Fiscal Year 2019-20 in restricted mode for viewing by the Court, the Monitor, and the Parties. For cause, the United States respectfully states and alleges:

1. The United States intends to file a second motion requesting an extension to consider the Monitor's proposed budget for Fiscal Year 2019-20. The United States' motion will reference the Court's Order of April 8, 2019 (ECF No. 1181), which is restricted for viewing by case participants only.

2. To avoid disclosing the contents of the restricted Order, the United States seeks leave to file the Second Motion for Extension of Time in restricted mode.

WHEREFORE, the United States respectfully requests leave to file in restricted mode for viewing by case participants only.

Respectfully submitted, this 8th day of April, 2019,

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section
Civil Rights Division

*s/Luis E. Saucedo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
Counselor to the Chief & Senior Trial Attorney
**JORGE CASTILLO** (G02912)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel:  (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 8th of April, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record and the Monitor on the service list to be served by electronic means.

*s/Luis E. Saucedo*
LUIS E. SAUCEDO (G01613)
Counselor to the Chief