IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

## RESTRICTED ORDER

The Court hereby extends the commencement of compliance monitoring for a period no later than July 1, 2019. This is consistent with the Court's intent in its April 7, 2019 order (Docket 1181). This will allow the parties and Monitor to agree to a methodology, and equally important, to allow PRPB to adequately prepare to comply with said methodology — not a simple task, and one which will guide the participants and Court for years to come. The Special Master shall to the extent practicable expedite the aforementioned processes, once he meets with counsel and the monitor in the days to come.

**SO ORDERED.**

In San Juan, Puerto Rico this 9th day of April 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge