IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

## RESTRICTED ORDER

The Court has been informed that the parties and monitor will meet at USDOJ on April 15, 2019. At the reunion all will agree to the following:

1. Activities that do not entail quantitative and qualitative data work that will continue during the Court's extension to April 9, 2019. (Docket No. 1186).

2. A plan and realistic timeline for agreeing to a methodology to be approved by the Court, as well for subsequent PRPB preparation.

**SO ORDERED.**

In San Juan, Puerto Rico this 10th day of April 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge