# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

## RESTRICTED ORDER

The parties and Court, in accordance with prior Court approved guidelines shall on, or before, April 24, 2019, coordinate and meet to address all concerns regarding this year's May 1st manifestation.

The parties and monitor shall follow prior Court adopted guidelines for the monitor's staff to observe the upcoming events.

There was certainly much improvement in 2018 from 2017. Thus, the Court expects even better performance by PRPB this year.

**SO ORDERED.**

In San Juan, Puerto Rico this 10th day of April 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge