# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   v.

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

**CASE NO. 12-2039 (GAG)**

## ORDER

The parties and the monitor find themselves at a crossroads in the difficult process of reaching consensus as to a final methodology for the monitoring phase to begin. Because the same is essential for the Reform process to move forward, the Court hereby stays all monitoring team activities for thirty days or until the Court has approved a final methodology. The parties, monitor and special master shall meet in Washington DC at DOJ on Monday, April 15, 2019 to engage in consensus discussions about methodology and shall continue to do so until necessary. The Special Master shall preside over the meetings and report to the Court accordingly, as previously ordered.

**SO ORDERED.**

In San Juan, Puerto Rico this 10th day of April, 2019.

                                  *s/ Gustavo A. Gelpí*
                                  GUSTAVO A. GELPI
                                  United States District Judge