# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

## **RESTRICTED ORDER**

Notwithstanding the directives of the stay order issued late last evening (Docket No. 1189), the Court hereby orders the parties and monitor to comply with the order at Docket No. 1188 pertaining to the May 1, 2019, manifestation. This is a matter that cannot be stayed.

**SO ORDERED.**

In San Juan, Puerto Rico this 11th day of April 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge