## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **CASE NO. 12-2039 (GAG)** |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| Defendants. | |

### INFORMATIVE MOTION REGARDING UPCOMING TOWN HALL MEETINGS

**TO THE HONORABLE COURT:**

    **NOW COMES,** the Counsel in Charge of Public Hearings on behalf of the Federal Monitor's Office, who respectfully informs the Court as follows:

1. Due to the Court's directives at Docket No. 1189, the Undersigned Counsel in Charge of Town Hall Meetings hereby informs that all scheduled Town Hall Meetings are postponed until further directives from the Court are issued.

2. The Undersigned will contact all scheduled guest-speakers, as well as the reserved venues to inform them of the above-mentioned situation.

3. As soon as a final monitoring methodology is agreed upon by the parties and approved by the Court; the Undersigned and the Federal Monitor's Office shall promptly resume its coordination efforts for the scheduled Town Hall Meetings unless otherwise instructed by the Court.

**Civil No. 12-2039 (GAG)**

**WHEREFORE,** the Undersigned, on behalf of the Federal Monitor's Office, respectfully requests that the Court takes notice of the above for all relevant purposes and issue the directives it may deem necessary.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this April 12, 2019.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Counsel in Charge of Town Hall Meetings
Federal Monitor's Office
alfredo@cglawpr.com

### NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Counsel in Charge of Town Hall Meetings
Federal Monitor's Office
alfredo@cglawpr.com