# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
         Plaintiff           No. 12-cv-2039 (GAG)

v.

COMMONWEALTH OF PUERTO RICO,
ET AL
         Defendants

## MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 1190

**TO THE HONORABLE COURT:**

Comes Now the Federal Monitor, Arnaldo Claudio, represented by the undersigned attorney and respectfully states and prays as follows:

1. On April 11, this Honorable Court issued a Restricted Order (Docket 1190) to the Parties and the Federal Monitor, stating that notwithstanding the directives of the stay at Docket No. 1189, the Court ordered the Parties and the Federal Monitor to comply with the Restricted Order at Docket No. 1188 pertaining to the May 1, 2019, Worker's Day March.

2. The Federal Monitor, in compliance with the aforesaid Court Order, informs as follows:

    a. On April 12, 2019, the Federal Monitor advised the Parties, via electronic mail, the timeline associated with the Federal Monitor's "Field Assessment Activity" which is to take place on May 1, 2019, as part of the Worker's Day March, pursuant to Docket 602 (JOINT STIPULATION AND ORDER ON THE TECHNICAL COMPLIANCE ADVISOR'S FIELD ASSESSMENT ACTIVITIES, dated August 10, 2017).

    b. The aforementioned stipulation states the following: "The Agreement authorizes the TCA to conduct field assessment activities as part of the TCA's duties to assess and report on the implementation of the Agreement and its result on constitutional and effective policing. The Parties intend this Stipulation to guide the TCA's field assessment activities during public events that involve a

law enforcement response from the Puerto Rico Police Department (PRPD), such as demonstrations, protests, or other crowd events. These field assessment activities are within the scope of "additional audits, reviews, and assessments" authorized by Paragraph 227 of the Agreement and are consistent with Paragraphs 262 and 263 regarding the TCA's access to individuals and facilities." (Dated August 10, 2017).

    c. The following is the <u>Timetable</u> presented by the Federal Monitor's Office to organize, conduct the Worker's Day March field assessment and report its findings.

- 28 April 2019: Federal Monitor's Team travels/assembles in San Juan, Puerto Rico.
- 29-30 April 2019: Team meets internally to coordinate observer's team plan (review Docket 602, review 2017, 2018 Worker's Day Monitor's Reports and PRPB AARs[1]). Meet with PRPB to discuss Monitor's operational plan, tactical deployment and rules of Monitor's Observers IAW with Docket 602 and other applicable requirements.
- 1 May 2019: Commence observer duties from 0600 until completion.
- 2 May 2019: Event Hotwash and Report writing.
- 3 May 2019: Complete Report writing and team travel
- Provide Parties/PRPB with assessment Report: TBD

**Wherefore** the Federal Monitor respectfully requests this Honorable Court to take notice of the above information and grant this motion as requested.

    Certificate of Service: I hereby certify that copy of the foregoing motion has been electronically notified to the parties through the Court's cm/ecf system.

San Juan, Puerto Rico, this 15th. day of April 2019.
Respectfully submitted

                                      S/ Antonio R. Bazán
                                      Antonio R. Bazán González
                                      U.S.D.C. No. 117007
                                      Banco Cooperativo Plaza Bldg.
                                      Suite 604-B, #623 Ponce de León Ave.
                                      San Juan, Puerto Rico, 00918.
                                      Tel. No. (787) 764-7684 & (787) 249-3070

---

1. PRPB's After Action Reports (AARs)