**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | CIVIL NO. 12-2039 (GAG) |
| v. | |
| **COMMONWEALTH OF PUERTO RICO**, et al., | |
| Defendants. | |

**INFORMATIVE MOTION REGARDING THE POLICE ACADEMY**

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Department ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. Pursuant to the Court's December 18, 2017 Order regarding the Police Academy (the "Academy") and its recruiting progress, among other matters, this is to inform the Court as follows:

   a. To date, the PRPB has received approximately one thousand sixty-seven (1,067) applications from potential recruits (the "Candidates") for the Academy;

   b. Has administered eight hundred and fourteen (814) entrance examinations;

   c. Seven hundred twenty-six (726) of the Candidates passed the exam;

   d. Six hundred and eighty-four (684) of the Candidates advanced to the second stage in the recruitment process, i.e., the polygraph test;

   e. Three hundred and sixty-four (364) Candidates passed the polygraph test, and one hundred and sixty-two (162) of those became ineligible;

   f. A total of forty-two (42) Candidates are waiting to be notified for the polygraph test;

1

g. Three hundred and four (304) candidates are pending investigation;

h. Ninety-eight (98) Cadets have been sworn in and are in the process of, or have completed, their immersion program to date.

2. The PRPB believes that by the date of commencement of Class 228 of the Police Academy, there will be in excess of one hundred (100) cadets. The PRPB is requesting funding for an additional twenty-five (25) cadets for Class 228, which is scheduled to commence on April 29, 2019.

**WHEREFORE**, Defendants respectfully requests the Court take NOTICE of the above, with any additional relief it deems just and proper.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 16th day of April, 2019.

By:

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com


*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282