IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

## MOTION SUPPLEMENTING INFORMATIVE MOTION REGARDING THE POLICE ACADEMY (DOCKET NO. 1197)

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. On April 15, 2019, the PRPB filed an informative motion on the status of the Police Academy (Docket No. 1197).

2. Further to said motion, the PRPB hereby informs that, as of April 17, 2019, 114 cadets have been sworn-in and are in the process of, or have completed their immersion program.

3. The PRPB identified a source of funds to cover the expense of the additional cadets and has obtained the authorization from the Puerto Rico Office of Management and Budget to use the funds for said purpose.

4. On the process for a Public-Private Partnership ("P3") to operate the Academy, on April 11, 2019, after an evaluation of the Statements of Qualifications filed on or before March 28, 2019, the Executive Committee of the P3 Partnership Project selected the Shortlisted Respondents, to

1

wit: National College of Business & Technology Company, Inc.; Universidad Ana G. Méndez; and the University of Puerto Rico.  Hon. Ricardo Rosselló, Governor of Puerto Rico, made the public announcement on April 16, 2019.  The P3 Authority will soon be issuing the Request for Proposal.

**WHEREFORE**, Defendants respectfully requests the Court take NOTICE of the above, with any additional relief it deems just and proper.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 18th day of April, 2019.

By:
*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282

2