Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.** 938764039378

# INVOICE

**Customer**

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan       State: PR       ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 4/18/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 18.5 | Calls, emails, writings, meetings | $150.00 | $2,775.00 |
| 37.5 | Review of Documents (i.e., Methdological Plan) | $150.00 | $5,625.00 |
| 4 | Washington DC Meeting (April 15, 2019) | $150.00 | $600.00 |
| 1 | Flight Reimbursement (lowest coach fare available) | $450.00 | $450.00 |
| 1 | Hotel Reimbursement (1 Night at reduced rate of $250/night) | $250.00 | $250.00 |
| 1 | Daily Meal Per Diem | $75.00 | $75.00 |
| 1 | Transportation (Taxi) & DFW Airport Parking | $95.00 | $95.00 |
| 4.5 | Hours worked during the month of March (Pro Bono) | $0.00 | $0.00 |

SubTotal  $9,870.00
Shipping & Handling
Taxes     State
**TOTAL**  $9,870.00

Signature:

Office Use Only