### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | CIVIL NO. 12-2039 (GAG) |
| v. | |
| **COMMONWEALTH OF PUERTO RICO**, et al., | |
| Defendants. | |

### MOTION SUBMITTING TRANSLATED EXHIBITS TO BI-ANNUAL STATUS REPORT PURSUANT TO PARAGRAPH 261

TO THE HONORABLE COURT:

COMES NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Department ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. On March 25, 2019, the PRPB filed its first bi-annual status report of 2019. *See* Docket No. 1165-1.

2. Attached thereto, the PRPB filed five Spanish-language exhibits containing the status report's supporting documentation. *See id.*, Exhibits 1-5.

3. The PRPB hereby files translations to the exhibits to its bi-annual status report.

4. In compliance with Local Rule 5(g), the parties have agreed to waive certification of the translations by a federally certified interpreter.

**WHEREFORE**, Defendants respectfully requests the Court take NOTICE of the above submission, with any additional relief the Court deems just.

**RESPECTFULLY SUBMITTED**.

1

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 24th day of April, 2019.

By:
*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282