

**Héctor M. Pesquera**
Secretario

**Henry Escalera Rivera**
Comisionado

# CONSOLIDATION ANALYSIS

 

ABIMELEC PÉREZ ESTRELLA

Interim Director

ADMINISTRATIVE SERVICES BUREAU

February 26, 2019

# IMPLEMENTATION PLAN REQUIREMENT 13

The process of consolidation will commence with the analysis and identification of several operational units and its locations. Said analysis will be performed by the Commanders of SAOC and SAIC, in conjunction with the Directors of SASG. The evaluation process will focus on the identification of the units which can be consolidated without affecting the services provided and the ones that will produce significant benefits. For example, the consolidation of a precinct will allow three (3) additional patrols (approximately 12 officers) to be available for the benefit of the citizenship, producing significant benefits to de PRPD.

# Consolidation and Closing of Precincts



# Consolidation process



- ***1st Step:***
  - Identification and analysis of the facilities
  - Authorization from the Commissioner
- ***2nd Step:***
  - Establish closing dates:
    - Coordination of the moving process and transfer of equipment (Treasury Department Form 785)
- ***3rd Step:***
  - Administrative Process
    - Prior notification to owner of the facilities (30 days prior)
    - Removal of equipment and delivery of the premises to the owner
    - Cancellation of utilities (PREPA, PRASA. Internet)

# Arecibo Area

| # | Area | Unit | Facilities belonging to: | Recommendation to be consolidated with: | Facilities belonging to: | Monthly Cost | Projected savings | Projected Savings Fiscal year closing | Savings | Completion Date | Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Arecibo | Drugs and Narcotics Division Arecibo | Private | Arecibo Drug Division (Local Manatí) | Manatí Municipality | $ 2,500.00 | $ 3,277.53 | $ 6,152.64 | $ 2,875.11 | Completed | Delivered on January 11, 2019, ( switchboard eliminated) |
| 2 | Arecibo | Bayaney Highway Patrol | Arecibo Municipality | Arecibo Traffic and Stolen Vehicles Division | Public Buildings Authority | $ 18,159.10 | $ - | $ 396.30 | $ 396.30 | Completed | Closed on December 11, 2018 (switchboard eliminated) |
| | TOTAL UNIT SAVINGS NOT BELONGING TO THE PUBLIC BUILDINGS AUTHORITY | | | | | | $ 3,277.53 | $ 6,548.94 | $ 3,271.41 | | |
| | Revenue Bonds are issued to finance office buildings and other facilities, which are leased to various departments, public agencies and instrumentalities of the Commonwealth of Puerto Rico, such as PRPD; thus, cancellation of the lease is subject to the terms and conditions of said agreement. . | | | PUBLIC BUILDINGS AUTHORITY TOTAL SAVINGS | | | $ - | $ - | $ - | Total Savings Fiscal Year 2018-19 | Annual |
| | | | | TOTAL SAVINGS | | | $ 3,277.53 | $ 6,548.94 | $ 3,271.41 | $ 16,357.05 | $ 78,587.28 |

▶ Precinct 207, Sabana Hoyos, is not consolidated by collaborative agreement 2019-000690 between the Municipality of Arecibo and the PRPB

# Aibonito Area

| # | Area | Unit | Facilities belonging to: | Recommendation to be consolidated with: | Facilities belonging to: | Monthly Cost | Projected savings | Projected Savings Fiscal year closing | Savings | Completion Date | Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Aibonito | Hayales Station | Coamo Municipality | Coamo District | Public Buildings Authority | $ 1,752.05 | $ 2,101.82 | $ 2,484.17 | $ 382.35 | Completed | Delivered on October 30, 2018 (Switchboard eliminated) |
| | TOTAL UNIT SAVINGS NOT BELONGING TO THE PUBLIC BUILDINGS AUTHORITY. | | | | | | $ 2,101.82 | $ 2,484.17 | $ 382.35 | | |
| | Revenue Bonds are issued to finance office buildings and other facilities, which are leased to various departments, public agencies and instrumentalities of the Commonwealth of Puerto Rico, such as PRPD; thus, cancellation of the lease is subject to the terms and conditions of said agreement. | | | | PUBLIC BUILDINGS AUTHORITY TOTAL SAVINGS | | $ - | $ - | $ - | Total Savings Fiscal Year 2018-199 | Annual |
| | | | | | TTOTAL SAVINGS | | $ 2,101.82 | $ 2,484.17 | $ 382.35 | $ 1,911.75 | $ 29,810.04 |

# Bayamón Area

| # | Area | Unit | Facilities belonging to: | Recommendation to be consolidated with: | Facilies belonging to: | Monthly Cost | Projected savings | Projected Savings Fiscal year closing | Savings | Completion Date | Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Bayamón | Drugs and Narcotics Division Vega Baja | Private | Drugs Division Arecibo (Office of Manatí) | Manatí Municipality | $ 2,500.00 | $ 6,182.56 | $ 6,281.31 | $ 98.75 | Completed | As per communication OS-2-OAL-39-KCR-1.124 dated December 18, 2018, 30- day notice to owner will be given, promises to be delivered on January 18, 2019. (Switchboard was removed and all lines were integrated into Manatí's). |
| 6 | Bayamón | Traffic Vega Baja | Private | Transit Division (Office of Manatí) | Municipality of Manatí | $ 2,500.00 | $ 951.49 | $ 4,955.26 | $ 4,003.77 | Completed | Delivered on December 21, 2018 (Switchboard was removed and all lines were integrated to Manati's office). |
| 7 | Bayamón | Administration CIC Vega Baja | General Services Administration | CIC Bayamón | Public Buildings Authority | $78,479.10 | $ - | $ - | $ - | Completed | Delivered on November 30, 2018, (Telephone continues in service). |
| 8 | Bayamón | Drugs Administration Vega Baja | Private | Arecibo Drug Division ( Office of Manati) | Municipality of Manatí | $ 2,500.00 | $ - | $ - | $ - | Completed | The Drug Administration of Camuy and Vega Baja were consolidated, in the new facilities of Arecibo Drugs Division at Manati. (Switchboard was removed and all lines were integrated into the Manati's). |
| 9 | Bayamón | Stolen Vehicles Administration Vega Baja | Vega Alta Municipality | Stolen Vehicles Division Bayamón | Public Buildings Authority (3112) | $ 32,327.43 | $ - | $ - | $ - | Completed | Delivered on November 30th, 2018 (Continues in service). |
| | TOTAL UNIT SAVINGS THAT DO NOT BELONG TO THE AUTHORITY OF PUBLIC BUILDINGS | | | | | | $ 7,134.05 | $ 11,236.57 | $ 4,102.52 | | |
| Revenue Bonds are issued to finance office buildings and other facilities, which are leased to various departments, public agencies and instrumentalities of the Commonwealth of Puerto Rico, such as PRPD; thus, cancellation of the lease is subject to the terms and conditions of said agreement. | | | | PUBLIC BUILDINGS AUTHORITY TOTAL SAVINGS | | | $ - | $ - | $ - | Total Savings Fiscal Year 2018-19 | Annual |
| | | | | TOTAL DE AHORROS | | | $ 7,134.05 | $ 11,236.57 | $ 4,102.52 | $ 20,512.60 | $ 134,838.84 |

# Caguas Area

| # | Area | Unit | Facilities belonging to: | Recommendation to be consolidated with: | Facilities belonging to: | Monthly Cost | Projected savings | Projected Savings Fiscal year closing | Savings | Completion Date | Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Caguas | Drug Division and Precinct Caguas | Public Buildings Authority | Caguas New Command Center | Public Buildings Authority | $ 351,849.76 | $ 25,487.11 | $ 29,003.31 | $ 3,516.20 | Completed | PBA Payments through bond issuances (Switchboard eliminated) |
| 11 | Caguas | Stolen Vehicles and Traffic Caguas | Public Buildings Authority | Caguas New Command Center | Public Buildings Authority | | | | $ - | Completed | Relocated after Hurricane Maria on September 20, 2017. Does not entail savings in rent. (switchboard eliminated) |
| | TOTAL UNIT SAVINGS THAT DO NOT BELONG TO THE AUTHORITY OF PUBLIC BUILDINGS | | | | | $ - | $ - | $ - | | | |
| | Revenue Bonds are issued to finance office buildings and other facilities, which are leased to various departments, public agencies and instrumentalities of the Commonwealth of Puerto Rico, such as PRPD; thus, cancellation of the lease is subject to the terms and conditions of said agreement. | | | PUBLIC BUILDINGS AUTHORITY TOTAL SAVINGS | | $ 25,487.11 | $ 29,003.31 | $ 3,516.20 | | Total Savings Fiscal Year 2018-19 | Annual |
| | | | | | TOTAL DE AHORROS | $ 25,487.11 | $ 29,003.31 | $ 3,516.20 | $ 17,581.02 | | $ 348,039.76 |

# Carolina Area

| # | Area | Unit | Facilities belonging to: | Recommendation to be consolidated with: | Facilities belonging to: | Monthly Cost | Projected savings | Projected Savings Fiscal year closing | Savings | Completion Date | Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Carolina | Carolina West (Stolen Vehicles and Drugs Division) | Public Buildings Authority | Carolina North | (Carolina's Residents Association) | $ - | $ - | $ - | $ - | Completed | Consolidation does not entail significant savings; however, it will provide more personnel. Stolen Vehicles Division and Drugs and Narcotics remain in the facilities. |
| 13 | Carolina | Precinct Trujillo Alto North | Public Buildings Authority | Precinct Trujillo Alto South (**Pueblo**) | Public Buildings Authority | $ 50,258.10 | $ 24,679.08 | $ 25,903.45 | $ 1,224.37 | Completed / Partial | Equipment moved and transferred on November 27, 2018. Payments to PBA will be conducted through bond issuance. Pending delivery of premises to PBA. (switchboard eliminated) |
| 27 | Carolina | Drugs Carolina | Public Buildings Authority | Drugs Bayamon (Drugs Metro Area) Juan Domingo | Public Buildings Authority | | | | $ - | Proceso | Restructuring process of the Juan Domingo, Bayamon Precinct, communication SAIC-1-216 on January 25, 2019. (Under construction). (Switchboard in service). |
| | TOTAL UNIT SAVINGS THAT DO NOT BELONG TO THE AUTHORITY OF PUBLIC BUILDINGS | | | | | | $ - | $ - | $ - | | |
| Revenue Bonds are issued to finance office buildings and other facilities, which are leased to various departments, public agencies and instrumentalities of the Commonwealth of Puerto Rico, such as PRPD; thus, cancellation of the lease is subject to the terms and conditions of said agreement. | | | | PUBLIC BUILDINGS AUTHORITY TOTAL SAVINGS | | | $ 24,679.08 | $ 25,903.45 | $ 1,224.37 | Total Savings Fiscal Year 2018-19 | Annual |
| | | | | | | TOTAL OF SAVINGS | $ 24,679.08 | $ 25,903.45 | $ 1,224.37 | $ 6,121.85 | $ 310,841.40 |

# Mayagüez Area

| # | Area | Unit | Facilities belonging to: | Recommendation to be consolidated with: | Facilities belonging to: | Monthly Cost | Projected savings | Projected Savings Fiscal year closing | Savings | Completion Date | Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | Mayagüez | Rosario Station | Public Buildings Authority | District of San Germán | Public Buildings Authority | $ 1,750.38 | $ 6,684.88 | $ 6,811.09 | $ 126.21 | Completed /Partial | Delivered on October 9, 2018 (Switchboard eliminated) |
| 15 | Mayagüez | Motorized Unit of Mayagüez | Ports Authority | Command Center of Mayagüez | Public Buildings Authority | $ 77,475.06 | $ 32,625.11 | $ 35,082.69 | $ 2,457.58 | Completed | AEP Payments through bond issuances (Switchboard eliminated) |
| 16 | Mayagüez | Drugs Division Cabo Rojo | Public Buildings Authority | Command Center of Drugs Division Mayagüez | Public Buildings Authority | $ 20,142.41 | $ - | $ - | $ - | Completed | Does not entail significant savings, because the facilities will be used by Cabo Rojo. Completed on January, 2019. (Switchboard in used at Cabo Rojo District) |
| 17 | Mayagüez | District of Cabo Rojo | PRPB | Drug Division Cabo Rojo | Public Buildings Authority | $ 10,452.50 | $ 1,103.66 | $ 1,738.62 | $ 634.96 | Completed | Delivered on January 2, 2019. (Switchboard eliminated) |
| 25 | Mayaguez | Mounted Patrol Unit of Cabo Rojo | Private | | | | $ 204.41 | $ 2,800.71 | $ 2,596.30 | Completed | Delivered on January 10, 2019. (Switchboard eliminated) |
| | TOTAL UNIT SAVINGS THAT DO NOT BELONG TO THE AUTHORITY OF PUBLIC BUILDINGS | | | | | | $ 1,103.66 | $ 1,738.62 | $ 634.96 | | |
| | Remarks: The facilities of the Public Buildings Authority originate their payments through issuance of government bonds. This implies that in order to cancel the contract, it would be necessary to analyze its validity in order to establish the amount of years owed, before disposing of the facilities. | | | PUBLIC BUILDINGS AUTHORITY TOTAL SAVINGS | | | $ 39,309.99 | $ 41,893.78 | $ 2,583.79 | Total Savings Fiscal Year 2018-199 | Annual |
| | | | | | | TOTAL DE AHORROS | $ 40,618.06 | $ 46,433.11 | $ 5,815.05 | $ 29,075.25 | $ 557,197.32 |

# Ponce Area

| # | Area | Unit | Facilities belonging to: | Recommendation to be consolidated with: | Facilities belonging to: | Monthly Cost | Projected savings | Projected Savings Fiscal year closing | Savings | Completion Date | Observations |
|---|------|------|--------------------------|------------------------------------------|--------------------------|--------------|-------------------|---------------------------------------|---------|-----------------|--------------|
| 18 | Ponce | Precinct 458, La Rambla | PRPB | Precinct Ponce Este (158) Precinct 158, La Villa | Public Buildings Authority | $ 19,811.51 | $ 810.03 | $ 3,173.71 | $ 2,363.68 | Completed | PRPB is the owner of the facilities. Switch board eliminated and phone numbers were transferred to El Tuque. |
| 19 | Ponce | Precinct 258, La Playa | Municipality of Ponce | Precinct Ponce West (258) Precinct 358, El Tuque | Public Buildings Authority | $ 21,412.55 | $ 3,464.20 | $ 9,418.18 | $ 5,953.98 | Completed | Equipment moved, pending delivery of premises. Premises delivered on December 26, 2018. Switch board eliminated and phone numbers were transferred to El Tuque |
| 20 | Ponce | Precinct 558, Morell Campos | Municipality of Ponce | Precinct Ponce West (258) Precinct 358, El Tuque | Public Buildings Authority | $ 21,412.55 | $ 267.25 | $ 2,561.13 | $ 2,293.88 | Completed | Equipment moved, pending delivery of premises. Premises delivered on December 26, 2018. Switch board eliminated and phone numbers were transferred to El Tuque |
| 21 | Ponce | Motorized Unit and Preventive Services of Ponce | Public Buildings Authority | Tactical Operations Division of Ponce | Municipality of Ponce | $ 1.00 | $ - | $ - | $ - | Completed | Consolidation does not entail significant savings, offices located at Command Center of Ponce. Switch board eliminated and phone numbers were transferred to Tactical Operations Division from Ponce |
| | TOTAL UNIT SAVINGS THAT DO NOT BELONG TO THE AUTHORITY OF PUBLIC BUILDINGS | | | | | | $ 4,541.48 | $ 15,153.02 | $ 10,611.54 | | |
| Revenue Bonds are issued to finance office buildings and other facilities, which are leased to various departments, public agencies and instrumentalities of the Commonwealth of Puerto Rico, such as PRPD; thus, cancellation of the lease is subject to the terms and conditions of said agreement. . | | | | PUBLIC BUILDINGS AUTHORITY TOTAL SAVINGS | | | $ - | $ - | $ - | Total Savings Fiscal Year 2018-19 | Annual |
| | | | | TOTAL SAVINGS | | | $ 4,541.48 | $ 15,153.02 | $ 10,611.54 | $ 53,057.70 | $ 181,836.24 |

# San Juan Area

| # | Area | Unit | Facilities belonging to: | Recommendation to be consolidated with: | Facilities belonging to: | Monthly Cost | Proyected savings | Projected Savings Fiscal year closing | savings | Completion Date | Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | San Juan | Internal Affairs San Juan | Public Buildings Authority (1040) | General Headquarters | Public Buildings Authority | $ 327,535.45 | $ 608.77 | $ 3,112.23 | $ 2,503.46 | Completed | Payments to PBA will be conducted through bond issuance. Switch board eliminated and phone numbers were transferred to the General Headquarters. |
| 23 | San Juan | Precinct 166 - San Juan | Convention Center District Authority | Precinct 266 San Juan | Public Buildings Authority | $ 27,505.73 | $ 15,713.63 | $ 24,764.54 | $ 9,050.91 | Completed / Partial | Premises located at the Convention Center will be delivered on March, 2019. Switch board eliminated and phone number transferred to Santurce precinct. |
| 24 | San Juan | Precinct 366 of "Calle Loiza" | Public Buildings Authority | Tourist Unit of San Juan | Public Buildings Authority | $ 25,203.04 | $ - | $ - | $ - | Completed / Partial | Consolidation does not entail significant savings- precinct will remain open. |
| 26 | San Juan | Drugs San Juan | Public Buildings Authority | Drugs Bayamon (Drugs Metropolitan) Juan Domingo | Public Buildings Authority | | | | $ - | Process | Reconstruction of Juan Domingo precinct; communication number SAIC -1-216 dated January 25, 2019 (under construction). Consolidation does not entail significant savings; precinct will remain open. |
| | TOTAL UNIT SAVINGS THAT DO NOT BELONG TO THE AUTHORITY OF PUBLIC BUILDINGS | | | | | | $ 15,713.63 | $ 24,764.54 | $ 9,050.91 | | |
| Revenue Bonds are issued to finance office buildings and other facilities, which are leased to various departments, public agencies and instrumentalities of the Commonwealth of Puerto Rico, such as PRPD; thus, cancellation of the lease is subject to the terms and conditions of said agreement. | | | PUBLIC BUILDINGS AUTHORITY TOTAL SAVINGS | | | $ 608.77 | $ 3,112.23 | $ 2,503.46 | Total Savings Fiscal Year 2018-19 | Annual | |
| | | | | | TOTAL DE AHORROS | $ 16,322.40 | $ 27,876.77 | $ 11,554.37 | $ 57,771.85 | $ 334,521.24 | |

# Savings Summary

*The following concepts are defined below:*

- **Projected Savings**
  - Savings to be obtained as part of the consolidation. (Administrative process to complete the closing or cancellation of rents or utilities accounts).

- **Projected savings at the end of the fiscal year**
  - Fiscal Year 2019-20 (12 months)

- **Savings**
  - Savings for February 2019
    - Projected
      - Monthly
      - Fiscal Year Closing 2018-19 (5 months)



# Savings Summary

| Area | Projected Savings | Projected Savings closing 2019-20 | Total Savings | Total Savings Fiscal Year 2018-19 | Savings for the Fiscal Year 2019-20 |
|---|---|---|---|---|---|
| Arecibo | $ 3,277.53 | $ 6,548.94 | $ 3,271.41 | $ 16,357.05 | **$ 78,587.28** |
| Aibonito | $ 2,101.82 | $ 2,484.17 | $ 382.35 | $ 1,911.75 | **$ 29,810.04** |
| Bayamón | $ 7,134.05 | $ 11,236.57 | $ 4,102.52 | $ 20,512.60 | **$ 134,838.84** |
| Caguas | $ 25,487.11 | $ 29,003.31 | $ 3,516.20 | $ 17,581.02 | **$ 348,039.76** |
| Carolina | $ 24,679.08 | $ 25,903.45 | $ 1,224.37 | $ 6,121.85 | **$ 310,841.40** |
| Mayagüez | $ 40,618.06 | $ 46,433.11 | $ 5,815.05 | $ 29,075.25 | **$ 557,197.32** |
| Ponce | $ 4,541.48 | $ 15,153.02 | $ 10,611.54 | $ 53,057.70 | **$ 181,836.24** |
| San Juan | $ 16,322.40 | $ 27,876.77 | $ 11,554.37 | $ 57,771.85 | **$ 334,521.24** |
| **TOTAL:** | **$ 124,161.53** | **$ 164,639.34** | **$ 40,477.81** | **$ 202,389.07** | **$ 1,975,672.12** |



Thank you for your attention