Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**   938764039379

# INVOICE

**Customer**

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan   State: PR   ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 5/3/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 16.5 | Calls, emails, writings, meetings | $150.00 | $2,475.00 |
| 27.5 | Review of Documents (i.e., Methdological Plan) | $150.00 | $4,125.00 |
| 16 | Puerto Rico (April 25--26, 2019) | $150.00 | $2,400.00 |
| 1 | Flight Reimbursement (billed at lower rate than airfare paid) | $250.00 | $250.00 |
| 3 | Hotel Reimbursement (3 Nights at reduced rate of $250/night) | $250.00 | $750.00 |
| 2 | Daily Meal Per Diem (Pro Bono) | $0.00 | $0.00 |
| 1 | Transportation (Taxi) & DFW Airport Parking (Pro Bono) | $0.00 | $0.00 |
| 5 | Hours worked during the month of April (Pro Bono) | $0.00 | $0.00 |

| | |
|---|---|
| SubTotal | $10,000.00 |
| Shipping & Handling | |
| Taxes   State | |
| **TOTAL** | **$10,000.00** |

Signature:

Office Use Only