# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

**Request for Approval and Payment of Expenses**

**TO THE HONORABLE COURT,**

Comes here, the Technical Compliance Advisor, and respectfully informs, requests and states:

1. The following contains the Technical Compliance Advisor's variable expenses for April 2019.

| **Core Team Expenses** [1] | | |
|---|---|---|
| **Visit** | | |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $5,200.00 | April 25, 2019 to April 28, 2019 |
| Marcos Soler | N/A | N/A |
| John J. Romero | $5,200.00 | April 25, 2019 to April 28, 2019 |
| Alan Youngs | $5,200.00 | April 25, 2019 to April 28, 2019 |
| Scott Cragg | N/A | N/A |
| | Subtotal | $15,600.00 |
| **Telework** | | |
| Linda V. Navedo | N/A | N/A |
| Rafael E. Ruíz | $3,900.00 | April 2019 |
| Marcos Soler | $14,400.00 | April 2019 |
| John J. Romero | $3,900.00 | April 2019 |
| Alan Youngs | $3,900.00 | April 2019 |
| Scott Cragg | $9,100.00 | April 2019 |
| | Subtotal | $35,200.00 |
| | | |
| | | |

---

[1] See attached Invoices

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

| Constitutional Lawyers | | |
|---|---|---|
| Alfredo Castellanos | $4,250.00 | April 2019 |
| Federico Hernandez Denton | N/A | April 2019 |
| Antonio Bazán | $5,478.75 | April 2019 |
| | Subtotal | $9,728.75 |
| **Richard Blanco Peck, Pd.D.** | $675.00 | April 2019 |
| | Subtotal | $675.00 |
| **Jose Pujol** | $3,250.00 | April 2019 |
| | Subtotal | $3,250.00 |
| **The & Group (Town Hall Meetings)** | $1,923.00 | April 2019 |
| | Subtotal | $1,923.00 |
| **Office Expenses** | $254.20 | |
| | Subtotal | $254.20 |
| **Car Expenses** | | |
| Chauffer | $1,800.00 | April 2019 & May 2019 |
| Gasoline | $650.01 | April 2019 |
| Tolls | $180.00 | April 2019 |
| Car Maintenance | $403.58 | April 2019 |
| | Subtotal | $3,033.59 |
| | **Total** | **$69,664.54** |

2. The TCA Office respectfully requests, that these expenses be approved and a check issued in the amount of $69,664.54, the total amount of the monthly expenses, for the month of April 2019.

3. The TCA Office nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the Technical Compliance Advisor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**FOR ALL OF WHICH**, the TCA PR. Corp. respectfully requests the Honorable Court that the April expenses are approved and a check be issued in the amount of $69,4664.54, the total amount of the expenses for the month of April 2019.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

In San Juan, Puerto Rico, this day May ___ , 2019.

_____
Arnaldo Claudio -TCA

**CERTIFICATE OF SERVICE:** I here by certify that an electronic copy of this document has been sent to all parties of record.