Rafael E. Ruiz
53 Adams St., Apt 1
Boston MA 02122

# INVOICE # 2019-04
DATE: April 28th, 2019

TO: TCA-PR, LLC
268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, PR 00918

For Service: April 1st through April 28th, 2019

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| April 25th, 2019: PR visit to discuss Methodology for compliance monitoring as requested by the Parties | | $1300/day | $1,300.00 |
| April 26th, 2019: PR visit to discuss Methodology for compliance monitoring as requested by the Parties | | $1300/day | $1,300.00 |
| April 27h, 2019: As requested by the Special Master, the Monitor and Deputy Federal Monitor after the Parties met in Washington DC, supported work on Methodology/Systematic Review methods as agreed upon by the Parties April 25th and 26th | | $1300/day | $1,300.00 |
| April 28th, 2019: As requested by the Special Master, the Monitor and Deputy Federal Monitor worked on Methodology/Systematic Review methods as agreed upon by the Parties April 25th and 26th | | $1300/day | $1,300.00 |
| April 1st through April 8th: downloaded and analyzed data file on Search and Seizure and Arrests and Summons submitted by PRPD; also supported the data analysis on Use of Force and Training | 16 hours | | |
| Reports and emails regarding data analysis | 6 hours | | |
| Emails and phone calls preparing for the above analysis | 4 hours | | |
| TOTAL HOURS WORKED | 26 hours | | |
| Billable hours | 26 hrs. | $150/hr. | $3,900.00 |

## TOTAL BILLED $9,100.00

Rafael E. Ruiz

Date: April 29, 2019

# INVOICE FOR PROFESSIONAL SERVICES: APRIL 2019
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314| 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A:     **TCAPR, LLC**
       #268 Muñoz Rivera
       Suite 1001, World Plaza
       San Juan, Puerto Rico

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) **from March 29 through April 30** is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT | |
|---|---|---|---|---|---|
| Work from New York City: Work on methodology to submit to the parties (18.0 billable hours) | X | N/A | Saturday through Sunday, March 30-31, 2019 | (18 @ $150 = $2,700) | |
| Work from New York: work on methodology (24.0 billable hours)  Emails submitted | X | N/A | Friday-Sunday, April 6-7, 2019 | (24 @ $150 = $3,600) | https://www.unomaha.edu/college-of-public-affairs-and-community-service/news/events/2019/04/new-york-citys-roadmap-to-closing-rikers-island-seminar.php |

1

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York: work on methodology and team documents, work on office documents with Monitor, review of legal memoranda by counsel (12 hours) | X | n/a | Thursday through Sunday, April 11-14, 2019 | (12 @ $150 = $1,800) |
| Work from New York City: work on methodology [systematic review proposal] (20.0 billable hours) | X | n/a | Saturday through Sunday, April 20-21, 2019 | (20 @ $150 = $3,000)) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| | | | | |
| Work from New York City: Calls with team and Parties, continue to work on methodology with team after oral comments from parties = (22.0 billable hours) | X | n/a | Thurdsay through Sunday, April 25-28, 2019 | (22 @ $150 = $3,300) |
| TOTAL HOURS WORKED: 93.00 HOURS | | | | |
| TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 days, 0 HOURS) | | | | $0 |
| TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (96 HOURS @ $150): | | | | $14,400 |
| TOTAL TO BE BILLED: | | | | $14,400 |

INVOICE PRESENTED BY:

3

_____*Marcos Soler*_____

MARCOS F. SOLER
TCA Core Team
April 29, 2019

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this
invoice is TRUE, CORRECT AND COMPLETE.

_____

ARNALDO CLAUDIO, TCA
President
TCAPR Corp.

Date: _____, 2019.

4

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

April 28, 2019

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

INVOICE # 059
FOR PROFESSIONAL SERVICES RENDERED APRIL1 THROUGH APRIL 28, 2019

 As a result of a meeting with the Parties and the Federal Monitor on April 15, 2019 the Monitor
Team "subject matter" experts, at the request of the Parties, met on April 25 and 26 to discuss
modification to the methodology for compliance monitoring.
 April 27, 2019 and April 28, 2019. As a result of the meeting and request of the Special Master
and the Parties, the Deputy Federal Monitor directed a review of all force related policies
outlined in the Use of Force Section of the Agreement for the Sustainable Reform of the Puerto
Rico Police Bureau (paragraphs 22-57). Purpose to identifying specific information re:
Systematic Review of Use of Force. In addition, reviewed paragraphs of the Agreement in the
Use of Force Section (paragraphs 22-57) for the purpose of identify and reporting inter-related
paragraphs.

Thursday, April 25, 2019 $1,300
Friday, April 26, 2019 $1,300
Saturday, April 27, 2019 $1,300
Sunday, April 28, 2019 $1,300

### 4 DAYS (DAY RATE $1,300) = $5,200

Prepared and generated emails relative to proposed April 2019 Site Visits 1 hrs.
April 1 through April 8, reviewed/analyzed Use of Force related data provided to the Federal
Monitor's Officer by the Puerto Rico Police Bureau 16 hrs.
Prepared and generated emails with preliminary findings relative to the above data review 6 hrs.
Prepared sampling points for Systematic Review of Use of Force. 4hrs

### TOTAL HOURS:    27 HOURS    00 MINUTES.

**BILLABLE HOURS   26 HOURS  00 MINUTES AT RATE OF**

**$150 PER HOUR = $3,900**

**PRO BONO      1 HOURS     00 MINUTES**

**TOTAL: $9,100**

OK ~~_____~~ 5/6/2019

**CORRECTED INVOICE 0050 FOR PROFESSIONAL SERVICES; APRIL 1-29, 2019
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **TCAPR Corp.**
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

The invoice for professional services rendered by Crystal Reef LLC (TCA Core Team) during the month of April 2019 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| Communications/Coordination - telcons and emails to/from CT, PRPB, USDOJ, Special Master, regarding, dockets, filings, Action Plans, GO's, manuals, policy coordination, Court Orders, budgets, planning | 7.00 | | Multiple instances 4/1 through 4/29 | 1050.00 |
| Review of CT work product, data, Documents, minutes, notes, Hearing minutes and materials | 3.75 | | Multiple instances 4/1 through 4/28 | 562.50 |
| Monitoring Methodology -- coordination with Core Team, PRPB and DOJ by phone and email.  Revise and prepare for on-site interviews by updating, coordinating and consolidating all relevant artifacts to include Action Plans as directed by Deputy monitor. Review of materials provided by DoJ for lessons learned from other Decrees. | 19.50 | | Multiple instances 4/1 through 4/28 | 2925.00 |
| Conference Call review of Methodology | 3.75 | | 4/25/19 | 562.50 |
| Review response to PRPB and Attorney on authorities of Federal Monitor | 1.50 | | 4/26/19 | 225.00 |
| Review of PRPB IT progress report to the court, compare with status reports to DoJ and Federal Monitor and reply to Federal Monitor | 2.50 | | 4/21/19 | 375.00 |
| Review of PRPB Semi-Annual Report and statistics | 2.50 | | 4/20-21/2019 | 375.00 |
| Review of PRPB responses to CT data requests as provided by attorneys and PRPB. | 6.75 | | Multiple instances 4/22 through 4/27 | 1012.50 |

1

| | | | | |
|---|---|---|---|---|
| Review of Suit filed Versus PRPB - violation of constitutional rights | 1.25 | | 4/28/19 | 187.50 |
| Review of CT prepare material for Deputy Federal Monitor in response to methodology review with PRPB/Attorneys | 1.75 | | 4/28/19 | 262.50 |
| Research body worn camera policy for applicability in PRPB compliance rationale | 1.25 | | 4/13/19 | 187.50 |
| Research monitoring and methods (Newark) | 2.25 | | 4/13/19 | 337.50 |
| Research Seattle 10 Systemic monitoring report for applicability in PRPB | 5.00 | | 4/14/19 | 750.00 |
| Site planning and coordination, Prepare Agenda Recommendations. Communicate with CT, TCA, PRPD, DOJ, Review past action items and trip reports for applicability. | 3.25 | | 4/1 through 4/22 | 487.50 |
| | | | | |
| Total hours US | 62.00 | | Total expense | 9300.00 |
| | | | | |
| TOTAL OF BILLABLE HOURS @ $150 | | | 62.00 | $9,300 |
| TOTAL EXPENSE | | | | $9,300 |
| LESS TOTAL OF HOURS NOT BILLED "PRO BONO" (HRS.) | | | 1.33 | -200.00 |
| | | | FEE | $9,100 |

INVOICE PRESENTED BY:
_____//Signed//_____
Scott Cragg, TCA Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
ARNALDO CLAUDIO, TCA, President

_or l.y. 5/6/2019_

2

Alan C. Youngs
5552 W. Lakeridge Rd.
Lakewood, CO 80227

April 30, 2019

Office of the Monitor
268 Munoz Rivera, World Plaza, Suite 1001
San Juan, Puerto Rico 00918

FOR PROFESSIONAL SERVICES RENDERED APRIL 2019

Thursday, April 25, 2019 through April 26, 2019 site visit to Puerto Rico. Please refer to the
Agenda for details.
April 27, 2019 and April 28, 2019. At the request of the Deputy Federal Monitor prepared
review of all force and training related policies outlined in the Use of Force Section of the
Agreement for the sustainable Reform of the Puerto Rico Police Bureau (paragraphs 22-57).
Purpose to identify specific information re: Systematic Review of Training.  Reviewed
paragraphs of the Agreement in the Training Section (paragraphs 117-134 for the purpose of
identifying and reporting inter-related paragraphs.

**4 DAYS (DAY RATE $1,300) = $5,200**

Prepared and generated emails relative to proposed April 2019 Site visits. 1 hour

Reviewed/analyzed Use of Force related data provided to the Federal Monitor's Officer by the
Puerto Rico Police Bureau and training component. 16 hours
Prepared and generated emails with preliminary findings relative to the above data review
6 hours

Prepared sampling points for Systematic Review of Training. 4 hours

Reviewed and contacted NIJ ref. Mentoring Grant. 1 hour

**TOTAL HOURS:  28 HOURS   00 MINUTES.**

**BILLABLE HOURS    26 HOURS  00 MINUTES AT RATE OF**

$150 PER HOUR = $3,900

PRO BONO    2 HOURS    00 MINUTES

**TOTAL: $9,100**

**Antonio R. Bazán**
Attorney and Counselor at Law
Banco Cooperativo Bldg., Suite 604
# 623 Ponce de León Avenue
San Juan. Puerto Rico, *00918*
*Telephone* Nos. (787) 764-7684 (Office)
(787) 772-3572 (fax)

April 29, 2019.

Mr. Eric Guzmán
Executive Office Manager
TCAPR Corp.
268 Munoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico, 00918

Re: Invoice: **2019-04**

Sir:

The following is a detailed statement of the hours worked on legal advice, redaction and review of documents, meetings and court appearances for the TCAPR Corp. during the month of April 2019.

| | | |
|---|---|---|
| 4/01/2019 | **5.33 Hrs.** 2:30 to 6:35 pm & 7:00 pm to 8:15 pm | Initial work and research to reply McConnell's Law Office on Paragraphs 262 to 270 of the Agreement |
| 4/08/2019 | **4.50 Hrs.** 10:00 am to 12:30 pm & 3:30 to 5:30 pm | Work on Paragraphs 262 to 270 of the Agreement |
| 4/12/2019 | **2.50 Hrs.** 1:30 to 3:38 pm | Work on Paragraphs 262 to 270 of the Agreement-Review of pertinent paragraphs of Albuquerque and Baltimore Police Consent Decrees |
| 4/14/2019 | **2.25 Hrs.** 10:00 pm to 12:16 am | Draft of two motions pending approval for filing with District Court |
| 4/15/2019 | **4.50 Hrs.** 10:00 to 11:30 am. & 1:25 to 3:59 -6:50 to 7:18 pm | Work on two additional motions (filing withheld) and filing of two motions with District Court (Motion to Restrict and Motion in Compliance) after research and consultations with Federal Monitor, Review of Joint Motion filed by the parties |
| 4/16/2019 | **5.25 Hrs.** 2:00 to 6:00 pm and 7:00 to 8:15 pm | Additional work, legal consultations and review of dockets on paragraphs 262 and 263 |
| 4/17/2019 | **6.50 Hrs.** 2:00 to 6:00 pm and 7:00 to 9:40 pm | Review and suggested changes to Reply on the subject of Paragraphs 262 to 270 |
| 4/18/2019 | **1:00 Hr.** 10:00 to 1:00 am | Additional changes and deletions to Reply on the subject of Paragraphs 262 to 270-Final Document sent to Federal Monitor |
| 4/22/2019 | **4.50 Hrs.** 10:30 am to 1:00 pm and 2:00 to 4:00 pm | Meeting with Federal Monitor to Review documents on Methodology |
| 4/25/2019 | **7.50 Hrs.** 8:30 to 9:00 am 9:30 to 3:20 pm and 3:20 to 4:30 pm | Initial meeting with Federal Monitor, Meeting with the Parties and Special Master (What and How of Systematic Review, End Meeting with Federal Monitor |
| 4/29/2019 | **43.83** Total Hours Billed | **43.83** Hrs. x $125.00 = $5,478.75 |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Legal Advisor to TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls where legal advice was requested nor for time spent traveling to and from the TCA office

and/or the Puerto Rico Police Bureau or to any other dependencies, including courthouses. Signed copy of this Invoice will be served by regular mail.

*This Invoice may contain work completed that is protected under the "Attorney/Client Privilege" as it is recognized by the Rules of Evidence, the Code of Ethics, the PARC National Guidelines (2009) and applicable jurisprudence.

_____
Antonio R. Bazán González, Esq.



# INVOICE

**CASTELLANOS GROUP**
**P.S.C.**

**INVOICE NUMBER:  124**
**INVOICE DATE:  APRIL 29, 2019**

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO:  Mr. Eric Guzmán

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-01-19 | Police Reform-Puerto Rico | Review of comm. from Bazán Esq; re: Privilege matter; several comm. from TCA Claudio | 1.50 | $125.00 | $187.50 |
| APR-02-19 | Police Reform-Puerto Rico | Meeting with Javier González, re: coordination of Town Hall Meetings | 1.50 | $125.00 | $187.50 |
| APR-03-19 | Police Reform-Puerto Rico | Meeting with Javier Gonzalez, re: follow up Town Hall Meetings | 1.50 | $125.00 | $187.50 |
| APR-05-19 | Police Reform-Puerto Rico | Comm. with Javier Gonzalez, re: Town Hall MeetingConference call with TCA Claudio; conference call with the Court in compliance with standard TCA requirements; review of several comm. sent by TCA Claudio; review of Court Orders and Joint Motion Requesting Stay | 3.00 | $125.00 | $375.00 |
| APR-06-19 | Police Reform-Puerto Rico | Review of Loiza Town Hall Minutes; document exchange with Mr. José Pujols re: Loiza Town Hall Meeting; comm. with the Court in Compliance with standard TCA requirements; review of several comm. from TCA Claudio | 3.00 | $125.00 | $375.00 |
| APR-07-19 | Police Reform-Puerto Rico | Several comm. with the Court in compliance with standard TCA requirements; comm. with TCA Claudio | 2.50 | $125.00 | $312.50 |
| APR-08-19 | Police Reform-Puerto Rico | Exchange of several comm. regarding upcoming Town Hall Meetings; comm. with Javier Gonzalez; review of comm. from TCA Claudio; review of comm. regarding Methodology of Monitor | 2.00 | $125.00 | $250.00 |
| APR-10-19 | Police Reform-Puerto Rico | Review of Court Orders; several comm.; comm. with the Court in Compliance with standard TCA requirements; comm. with TCA Claudio; comm. with Javier González | 2.50 | $125.00 | $312.50 |

INVOICE NUMBER: 124

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-11-19 | Police Reform-Puerto Rico | Several comm. with Javier González, re: Town Hall Meetings and other related matters changes to schedule according to Orders; review of communications from TCA Claudio; comm. regarding Monitoring Methodology; discussion of several relevant matters | 2.50 | $125.00 | $312.50 |
| APR-12-19 | Police Reform-Puerto Rico | Several comm. with TCA Claudio; comm. with the Court in Compliance with standard TCA requirements; preparation of Informative Motion regarding new dates for the Town Hall Meetings | 2.50 | $125.00 | $312.50 |
| APR-13-19 | Police Reform-Puerto Rico | Review of comms from TCA Claudio; comm. with TCA Claudio | 1.50 | $125.00 | $187.50 |
| APR-14-19 | Police Reform-Puerto Rico | Review of comm. from Saucedo; review of comm. from Bazan, re: Informative Motion | 1.00 | $125.00 | $125.00 |
| APR-15-19 | Police Reform-Puerto Rico | Review of comm. from TCA Claudio; comm. with TCA Claudio; review of comm. from Rafael Ruiz; re: May 1; Systematic Review; review of Motion; conference call with Bazan, Esq.; comm. with the Court in Compliance with standard TCA requirements | 3.00 | $125.00 | $375.00 |
| APR-16-19 | Police Reform-Puerto Rico | Review of comm. from TCA Claudio; review of comm. from Dr. del Carmen; comm. with the Court in Compliance with standard TCA requirements | 1.50 | $125.00 | $187.50 |
| APR-17-19 | Police Reform-Puerto Rico | Review of several Motions; comm. and document exchange with Mr. José Pujols regarding Town Hall Meeting minutes; preparation of Motion to Unrestrict document | 3.00 | $125.00 | $375.00 |
| APR-25-19 | Police Reform-Puerto Rico | Review of Motion re: exhibits bi annual report; meeting with Javier Gonzalez, re: calendar of upcoming Town Hall Meetings and all related matters; calendar coordination for the rest of the year | 1.50 | $125.00 | $187.50 |
| | | Total hours for this invoice | 34.00 | | |
| | | Total amount of this invoice | | | $4,250.00 |

o\\(     \(\ell\)\(\ell\)     5/6/2019

# Invoice May15, 2019: $675.00

The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Consultant to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

Services for participation in all the required meetings and paragraph's assessment related to the compliance phases of the Police Reform requested by the Office of the Federal Monitor of the Puerto Rico's Police Department Reform. The price honorariums per hour is $75.00.

Thus, $675.00.00 for:

**a.)** The assessment of data provided by the Puerto Rico Police Bureau (March-April 2019). Report of a brief analysis of page #2 of the statistics delivered, table summary of the administrative disputes during the year 2018 (Case 3:12-cv-02039-GAG Document 1165-6 Filed 03/25/19 Page 2 of 32). Research of possible alternatives in the development of data bank and information systems through the **"State Justice Statistics Program for Statistical Analysis Centers", 2017  (CDFA # 16.550)** https://www.bjs.gov/content/pub/pdf/sjssac17sol.pdf

A total of 9 hours at $75.00 per hour = **$675.00**

I look forward to maintaining communication with you,

Sincerely yours,

Richard Blanco Peck

Richard Blanco Peck (Independent Researcher and Consultant to the T.C.A.P.R. Corporation) for professional services. (Commercial number registered: 06265960010).

ok   /s/   5/6/2019

José L. Pujol
Special Projects Consultant/Advisor
W-2 Calle 12, Alturas de Flamboyan
Bayamon, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

Re: Invoice # **2019-04**

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or conducting investigations and or assessments. The statement also includes hours spent in Court Hearings, and hours spent in meetings related to assigned investigations/assessments or related to the general TCA's mission.

| Date(s) | Hour(s) | | Matter/Services rendered |
|---|---|---|---|
| 03/31/2019 | **2.5 Hrs.** | 03:30 pm – 06:00 pm | Working on research and community outreach project for Federal Monitor |
| 04/01/2019 | **7 Hrs.** | 09:00 am – 12:00 pm<br><br>01:15 pm – 05:15 pm | Working on research and community outreach project for Federal Monitor (Visit to Caguas.) Loiza Town Hall Meeting report. |
| 04/02/2019 | **5.5 Hrs.** | 08:45 am – 12:15pm<br><br>01:45 pm – 03:45 pm | Working on research and community outreach project for Federal Monitor. Loiza Town Hall Meeting report. |
| 04/03/2019 | **7 Hrs.** | 08:30 am – 10:00am<br><br>10:30 am – 04:30 pm<br><br>(0.5 hrs. lunch) | Working on research and community outreach project for Federal Monitor. Working on research and community outreach project for Federal Monitor. (Presentation in Caguas.) |
| 04/04/2019 | **7 Hrs.** | 08:30 am – 01:15pm<br>01:45 pm – 04:00 pm | Working on the Loiza Town Hall Meeting report. |
| 04/05/2019 | **6.75 Hrs.** | 08:45 am – 01:15pm<br>02:00 pm – 04:15 pm | Working on the Loiza Town Hall Meeting report. |
| 04/06/2019 | **3.25 Hrs.** | 10:45 am – 02:00 pm | Finishing the Loiza Town Hall Meeting report, and sending it.. |
| 04/11/2019 | **3 Hrs.** | 02:45 pm – 05:45 pm | San Juan 2nd Town Hall Meeting report. |
| 04/12/2019 | **5 Hrs.** | 08:45 am – 01:45 pm | San Juan 2nd Town Hall Meeting report. |
| 04/15/2019 | **9.5 Hrs.** | 09:00 am – 02:00 pm<br>06:00 pm – 10:30 pm | San Juan 2nd Town Hall Meeting report. |
| 04/16/2019 | **4.5 Hrs.** | 10:15 am – 02:45 pm | San Juan 2nd Town Hall Meeting report. |
| 04/24/2019 | **4 Hrs.** | 12:15 am – 04:15 pm | Organizing and saving data in electronic media format (external hard drive) for the Monitor |

| | **65 Hrs.** Total hrs. billed | **65 hrs.** x $50.00= **$3,250.00** |
|---|---|---|

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Investigator for the TCAPR Corp. I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work nor for the time spent traveling to and from the TCA office and/or the Puerto Rico Police Department. Signed copy of this Invoice will be personally delivered.

*This invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the work produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

04/24/2019

Date



From: THE & GROUP
Las Ramblas, 71 Montjuic Street
Guaynabo, Puerto Rico, 00969

TO: Executive Office Manager
TCAPR Corp.
268 Muñoz Rivera Avenue
World Plaza Bldg., Suite 1001
San Juan, Puerto Rico 00918

<div align="center">RE: Invoice 2019-04 (April 2019)</div>

Sir:

The following is a detailed statement of the hours worked on planning, preparing and/or coordinating the Town Hall Meetings. The statement also includes hours spent in visits and meetings related to tasks assigned or related to the general TCA mission.

| DATE(S) | HOUR(S) | MATTER/SERVICES RENDERED |
|---|---|---|
| April 1 to April 29, 2019 | | |
| 4/2/19 | 1.5 Hrs. | Town Halls coordination Meeting with Lcdo Castellanos |
| 4/3/19 | 2.0 Hrs. | Caimito and Aguadilla (Moca) Town Hall Meeting Coordination Follow Up, |
| 4/8/19 | 4.0 Hrs. | Caimito Town Hall Coordination, Visit Centro Sor Isolina. |
| 4/9/19 | 3.5 Hrs. | Aguadilla and Caimito Town Hall Follow Up, Deponents Coordination |
| 4/10/19 | 3.5 Hrs. | THM Posters Coordination, pick up, deliver to State and Municipal Police |



| | | |
|---|---|---|
| 4/11/19 | 4.5 Hrs. | Aguadilla Town Hall Coordination deliver Posters to Aguadilla Police offices. |
| 4/23/19 | 1.0 Hrs. | Meeting with Mr. Eric Guzmán. |
| 4/25/19 | 2.5 Hrs. | Preparing THM Schedule for September to December 2019, Meeting with Lcdo. Castellanos to discuss Town Hall Schedule |
| | Total: 22.5 Hrs. | |
| | | |

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked for the TCAPR Corp.  I hereby also certify that I have not billed TCAPR Corp. for any telephone calls received from the office, or from any of the TCA team members, while not at work not for the time spent traveling to and from the TCA office.

*This Invoice may contain information that is privileged, and, unless waiver provided, TCA Corp. reserves all rights to publish or otherwise disseminate the content of the worked produced. TCA Corp. reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

Sumitted by: Javier B González                    DATE: April 29, 2019


TO: Mr. Eric Guzmán

HOURS BILLED:              22.5 Hrs
AMOUNT PER HOUR:          $75.00
TOTAL:                   $1,687.50
SOUND SYSTEM:               N/A
Posters (Design and print).   $236.38

TOTAL:                   $1,923.88

*Rafael*

**BIENVENIDOS A**
**SUPER 7**
OOCOOOOOOOOOOO
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #09 | | 20.00 |

Subtotal 20.00
Tax 0.00
**TOTAL** **20.00**
CASH $ 20.00

GRACIAS ...
ST# PU207  TILL XXXX DR# 1 TRAN# 1017218
CSH: 8                    04/29/19 10:03:39

---

*Rafael*

**BIENVENIDOS A**
**SUPER 7**
PUMA 226
OOOOOOOOOOOOOO
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CA #03 | | 30.00 |

Subtotal 30.00
Tax 0.00
**TOTAL** **30.00**
CASH $ 30.00

GRACIAS ...
ST# PU207  TILL XXXX DR# 1 TRAN# 1014260
CSH: 5                    03/29/19 14:04:33

---

CONTROL: KH9TV-YDBV3
ST

**BIENVENIDOS A**
**GULF LA ROCA**

***PREPAID RECEIPT***

| Description | Qty | Amount |
|-------------|-----|--------|
| PREPAY CR #01 | | 40.00 |

Subtotal 40.00
Tax 0.00
**TOTAL** **40.00**
M/C $ 40.00

ST# AB129 TILL XXXX DR# 1 TRAN# 1010363
CSH: 4                    04/27/19 10:06:48

---

*Rafael*

**Ecomaxx Roosevelt**

Fecha 4/25/2019 11 28 AM
Cajero: Luz
Trans No 375564
Batch No. 2137
Cnt  UPC/PLU  Descripción

Subtotal        $20 00

Total           $20 00
Cash            $20 00

Cambio          $0.00

*Rafael*

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Buchanan, Carril 11
Cajero: 629
04/30/19 09:35

Numero de Cuenta:       03451155
Cantidad de Pago:     $      20.00
Metodo de Pago:         VISA 6072
Balance:              $      18.75

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails y mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com



WFLCOMF
PUMA VEGA ALTA

| | QTY | amount |
|---|---|---|
| Prepay CR#01 | | 25.00 |

Sub Total 25.00
STATETAX 0.00
CITY TAX 0.00
TOTAL 25.00
CASH 25.00

POR FAVOR
REGRESE PRONTO

WFCS CH#01 CSH# 007 DR# 01  TRAN# 11015
04/25/19  14:27:44        ST# TX996

---

# PUMA 212

san juan .

**Fecha: 4/24/2019 3:20 PM**
**Cajero: Yokasta Rodriguez**
**Trans No. 680874**
**Batch No. 2829**
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Surtidor 5 | |
|---|---|---|
| 1 | $60.000 | $60.00 |

**Subtotal:** $60.00
**Estatal:** $0.00
**Municipal:** $0.00

**Total:** $60.00
**Cash:** $60.00

**Cambio:** $0.00
Thank you for your business!

**CONTROL: 4HWG4-TVYP2
ST**

---

# PUMA 212

san juan .

**Fecha: 4/25/2019 3:51 PM**
**Cajero: Javier Alomar**
**Trans No. 681707**
**Batch No. 2833**
**Cnt   UPC/PLU   Descripción**

| Combustible | Combustible Surtidor 6 | |
|---|---|---|
| 1 | $40.000 | $40.00 |

**Subtotal:** $40.00
**Estatal:** $0.00
**Municipal:** $0.00

**Total:** $40.00
**Cash:** $40.00

**Cambio:** $0.00
Thank you for your business!

**CONTROL: JMF7T-J31VT
ST**

```
         S A M 'S   C L U B
        AHORRAR ES FACIL
    CLUB MANAGER ELVIN GONZALEZ
        ( 787 ) 522   3600
        Club 4866 KENNEDY
        TEL. 787-522-3600
04/04/19 13:24 5179 04866 003      969

U MEMBER  101-******324

THANK YOU,

JOSUE

  980004019 MMLUPY PAPL          29.98 T
                  SUBTOTAL        29.98
       TAX 1   10.500 %            3.15
       TAX 2    1.000 %            0.30
                   TOTAL          33.43
            CASH  TEND            35.00
            CHANGE DUE             1.57

Visit samsclub.com to see your savings

CONTROL: 4VRKU-F8Q4H WH
```

# # ITEMS SOLD 1

```
       TC# 2954 1621 0708 2589 5954
```

Escoge Mastercard para
todas tus compras en Sam's Club
04/04/19      13:25:00

```
              TO GO STORES
                GURABO
          000000000000019
                GURABO


          ***PREPAID RECEIPT***

                       Qty      Amount
 Description
                                 40.00
 PREPAY CA #04
                                 ----
                  Subtotal       40.00
                  Tax             0.00
        TOTAL              40.00
                  CASH  $   20.00
                  CASH  $   20.00


                 GRACIAS,
               Vuelva Pronto
 ST# 00012  TILL XXXX DR# 1 TRAN# 1017668
 CSH: 5                  04/22/19 20:57:32
```

```
             ***PREPAID RECEIPT***

 Description               Qty       Amount

 PREPAY CA #04

                     Subtotal
                     Tax
          TOTAL              40.00


                  GRACIAS,
                Vuelva Pronto
 ST# 00012  TILL XXXX DR# 1 TRAN# 1017
 CSH: 12
```

```
            BIENVENIDOS A
            GULF LA ROCA


          ***PREPAID RECEIPT***

                       Qty      Amount
 Description
                                 40.00
 PREPAY CA #01
                                 ----
                  Subtotal       40.00
                  Tax             0.00
        TOTAL              40.00
                  CASH  $   40.00


 ST# 00015 TILL XXX DR# 1 TRAN# 1019034
                        04/26/19 21:20:02
```

```
                        Rofal
              WELCOME
           PUMA VEGA ALTA

 Descr.            Qty        Amount

 Prepay CA#02                 25.00
                            -------
                 Sub Total    25.00
                 STATETAX      0.00
                 CITYTAX       0.00
          TOTAL         25.00
                 Cash  $    25.00
                POR FAVOR
              REGRESE PRONTO
 REG# 0001 CSH# 010 DR# 01  TRAN# 19057
 04/19/19  08:27:07           ST# TX996
```

BIENVENIDOS A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #01 | | 20.00 |
| Subtotal | | 20.00 |
| Tax | | 0.00 |
| **TOTAL** | | **20.00** |
| CASH $ | | 20.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1011196
CSH: 8                    03/30/19 12:06:08

TO GO STORES
GURABO
C006000000000019
GURABO

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #01 | | 10.00 |
| Subtotal | | 10.00 |
| Tax | | 0.00 |
| **TOTAL** | | **10.00** |
| CASH $ | | 10.00 |

GRACIAS.
Vuelva Pronto
ST# 00012  TILL XXXX DR# 1 TRAN# 1021934
CSH: 26                    05/31/19 14:16:37

BIENVENIDOS A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1014742
CSH: 10                    04/01/19 22:44:48

BIENVENIDOS A
GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| Ath $ | | 40.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1017003
CSH: 7                    04/03/19 18:35:11

## BIENVENIDOS A
## SUPER 7
PUMA 226
7877535390
000000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #01 | | 20.00 |
| | Subtotal | 20.00 |
| | Tax | 0.00 |
| **TOTAL** | | **20.00** |
| | CASH $ | 20.00 |

GRACIAS...

ST# PU207  TILL XXXX DR# 1 TRAN# 1022110
CSH: 4                    04/05/19 11:02:53

## BIENVENIDOS A
## GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #07 | | 60.00 |
| | Subtotal | 60.00 |
| | Tax | 0.00 |
| **TOTAL** | | **60.00** |
| | Ath $ | 60.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1014048
CSH: 7                    04/08/19 14:57:14

Negra

## BIENVENIDOS A
## GULF LA ROCA

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #09 | | 60.00 |
| | Subtotal | 60.00 |
| | Tax | 0.00 |
| **TOTAL** | | **60.00** |
| | M/C $ | 60.00 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1018539
CSH: 7                    04/11/19 16:27:02

## BIENVENIDOS A
## GULF LA ROCA

DUPLICATE RECEIPT

| Description | Qty | Amount |
| --- | --- | --- |
| REG CA #02 | 26.7836 | 20.01 |
| SELF @ 0.747/ L | | |
| | Subtotal | 20.01 |
| | Tax | 0.00 |
| **TOTAL** | | **20.01** |
| | M/C $ | 20.01 |

ST# AB123 TILL XXXX DR# 1 TRAN# 1019739
CSH: 4                    04/12/19 11:51:46



PUMA BUCANA 5-5
LAND 189 KM 2.0
LAGUAS
DATE    TIME         6651
Am 29.19   12:26:50   P.PAID
BATCH   TERMINAL ID  MERCHANT ID
W00124  87888457     878818140858

### PREPAID CASH

MY NUMBER
PLAN    627687058054621

AUTH. CODE: 08C8XC    INVOICE: 020380
                      TRACE  : 002023

Total      $     60.00

SIGNATURE: _____

APPROVED
59.55

Gracias por su Patrocinio

Apolo Puma
Ave. Abolición Menudeo
Mayagüez PR 00680
787 739 7985

### Sales Receipt

Transaction #:  005547
Date:   4/12/2019 and  11:02:57 AM
Cashier:  11   Register #:  1

| Item | Description | Amount |
|------|-------------|--------|
| CARGA DE CARGA DE PLAN 00 | | $ 50.00 |

Sub-total    $50.00
Total        $50.00

ATH Tendered   $50.00
Change Due     $0.00

002537
Thank you for shopping
Apolo Puma
We hope you'll come back soon!

*Rafael*

<div style="display:flex">

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Buchanan, Local 13
Cajero: 933
03/30/19 07:44

Numero de Cuenta:      03579521
Cantidad de Pago:    $   20.00
Metodo de Pago:         Efectivo
Balance:             $   36.70

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails o mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

Recibo de Recarga

www.autoexpreso.com
1-888-688-1010
Plaza Buchanan, Local 13
Cajero: 222
04/05/19 10:5

Numero de Cuenta:      03451155
Cantidad de Pago:    $   50.00
Metodo de Pago:         Efectivo
Balance:             $   50.00

*** Balance puede no reflejar
transacciones en proceso ***

Recarge automaticamente con su
tarjeta de credito o cuenta de
banco. Reciba emails o mensajes
de texto con alerta sobre sus
balances registrando su cuenta.
Visite www.autoexpreso.com

</div>



Factura

**BORDADOS PUNTA FINA**
SANTA ROSA 31-58 MAIN AVE.
BAYAMON, PR 00959
bordadospuntafina@gmail.com

Fecha: 04/09/2019
Factura N°: 1210

Facturar a:

TCA PR CORP

| Cant. | Descripción | Precio unitario | Total |
|---|---|---|---|
| 12 | PARCHOS MONITOR FEDERAL | $12.50 | $150.00 |
| 12 | COSTURA | $4.00 | $48.00 |

| | |
|---|---|
| Subtotal | $198.00 |
| ESTATAL | $21.78 |
| MUNICIPAL | $0.99 |
| Total | $220.77 |
| Saldo a pagar | $220.77 |

PAID
Apr. 15. 20A

Toda digitalización será propiedad de Bordados Punta Fina. Toda orden requiere un depósito no reembolsable del 65%, para gastos de manejo y envío. No se aceptan devoluciones o cancelaciones, si la orden fue debidamente autorizada.

Gracias por su patrocinio.

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 10 - Abril 20 19
SR.
DIRECCION
TAB. NÚM.            CASH ☑   CRÉDITO ☐

| LITROS DE GASOLINA | | |
|---|---|---|
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ          TOTAL | 20 | |

cash

---

13473

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 13 - Abril 20 19
SR.
DIRECCION
TAB. NÚM.            CASH ☑   CRÉDITO ☐

| LITROS DE GASOLINA | | |
|---|---|---|
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ          TOTAL | 20 | |

cash

---

**LULU SERVICE STATION**
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

13485

CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS

FECHA 27 - Abril 20 19
SR.
DIRECCION
TAB. NÚM.            CASH ☑   CRÉDITO ☐

| LITROS DE GASOLINA | | |
|---|---|---|
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | 20 | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ          TOTAL | 20 | |

cash



# AUTOCENTRO

Compra Confiado

1088 Muñoz Rivera Avenue San Juan,
Puerto Rico 00927
787-751-9110



$0 deducible en la primera reparación de Hojalatería

30% de descuento en la primera compra de Accesorios

Asistencia en la Carretera (3 años)

Prioridad de cita en nuestro Taller de Servicio

Very Important Toyota

Trato preferencial en el Programa de Transportación

Sorpresa de Cumpleaños

Descuentos en Marcas Asociadas y Promociones mensuales

CELL: 787-556-4501

| CUSTOMER NO. 140580 | ADVISOR VALERIA TORRES VAZ 139345 | TAG NO 6155 | INVOICE DATE 04/08/19 | INVOICE NO TOCS529667 |
|---|---|---|---|---|

TCA PR CORP
SAN JUAN
SAN JUAN, PR 00918

| LABOR RATE FIF-198 | LICENSE NO. | MILEAGE 55,110 | COLOR BLANCO/ | STOCK NO |
|---|---|---|---|---|
| YEAR / MAKE / MODEL 15/TOYOTA TRUCK/HIGHLANDER/4DR FWD V | | | DELIVERY DATE 08/25/15 | DELIVERY MILES |
| VEHICLE I.D. NO. 5 T D Y K R F H 2 F S 1 0 1 4 3 3 | | | SELLING DEALER NO | PRODUCTION DATE |

NONE

| F.T.E NO | P.O. NO. | R.O. DATE 04/08/19 |
|---|---|---|

| RESIDENCE PHONE 787-556-4501 | BUSINESS PHONE | COMMENTS |
|---|---|---|

MO: 55113

PIEZA SOLICITADA CON ARROYO A LAS 1:11PM 4/5/19.
VENDEDOR:
FECHA:
HORA:

BC-391

JOB# 4 TOTALS---------------------------

JOB# 5 CHARGES          JOB# 4 JOURNAL PREFIX TOCS  JOB# 4 TOTAL          0.00

LABOR-----------------------------
# 5 98TOZ     QUALITY CONTR:
              PAD TRASEROS ONLY
              SE REALIZO OK

JOB# 5 TOTALS-----------------

MISC------CODE------DESCRIPTION-
JOB# A          SS SHOP CHARGES

ESTIMATE-----------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEI
     ORIGINAL ESTIMATE OF  $3
COMMENTS-----------------------
+SHUTTLE++ASR L.MOTOR PADS TRAS.

GRACIAS POR CONFIAR EN NOSOTROS

NUESTRO COMPROMISO ES BRINDAR UN SERVICIO DE EXCELENCIA, SI
SU EXPERIENCIA NO ES ASI FAVOR DE COMUNICARSE AL
(787) 999-9112 SERVICIO AL CLIENTE
O POR EMAIL MARIMER.MARTINEZ@AUTOCENTROPR.COM

AVISO IMPORTANTE: SABIA USTED QUE DEBE REVISAR LA PRESION DE
AIRE DE SUS GOMAS CADA DOS SEMANAS O AL MENOS UNA VEZ AL MES
EL MANEJAR CON UNA PRESION INCORRECTA REDUCE LA VIDA UTIL DE
SUS GOMAS. PUEDE REFERISE A SU MANUAL DE USUARIO.

PARA NOSOTROS ES UN PLACER SERVIRLE. PRONTO RECIBIRA UNA
ENCUESTA ELECTRONICA PARA EVALUAR SI DEFINITIVAMENTE
REGRESARIA O RECOMENDARIA A NUESTRO CONCESIONARIO.

CUSTOMER SIGNATURE

Order P007Y9HR7RMTM

Total
CASH SALE
Cash tendered
1

Cashier: JOSE R.
08-Apr-2019 1:14:22P

Processed by Dynamics Payment
CONTROL: NO DISPONIBLE
C04IUQ73530511
Factura: 529667

$323.58
$323.58
$323.58

$323.58

Order Info
Sub Total: $290.20
State Tax: $30.47
City Tax: $2.91
Total: $323.58

AUTOCENTRO TOYOTA P/
$
1090 AVE MUÑOZ RIVERA
SAN JUAN, PR 00919
7879999110

| TOTAL LABOR... | 159.99 |
|---|---|
| TOTAL PARTS... | 118.78 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 11.43 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 33.38 |
| **TOTAL INVOICE $** | **323.58** |

AUTOCENTRO
Compra Confiado

APR 0 8 2019

PAID

PAGE 2 OF 2          CUSTOMER COPY          [ END OF INVOICE ]     11:09am

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

13485

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _09/29_ 20 _19_

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☐    CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | Rep Goma | 10 |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | | |
| FLUSHING | | |
| | | |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ _____  **TOTAL** | 10 | 00 |

---

# LULU SERVICE STATION
1251 Las Palmas Ave. Esq. R.H. Todd Pda. 18
San Juan, Puerto Rico 00907
Tel. (787) 724-5670

12190

**CUENTAS SE LIQUIDAN DEL 1 AL 5 DE CADA MES. GRACIAS**

FECHA _10/Abril_ 20 _19_

SR. _____

DIRECCION _____

TAB. NÚM. _____    CASH ☑    CRÉDITO ☐

| | | |
|---|---|---|
| LITROS DE GASOLINA | | |
| QTOS. DE ACEITE | | |
| FILTRO | | |
| ENGRASE | | |
| LAVADO | | |
| LAVADO MOTOR | | |
| INSPECCION | Cash | |
| FLUSHING | | |
| Parcho Goma | 10 | ✓ |
| TRAIGA ESTA NOTA PARA CUALQUIER RECLAMACION | | |
| RECIBÍ _____  **TOTAL** | 10 | |

# INVOICE

## Rafael A. Rodriguez

DATE: 4/26/19

INVOICE #: 1010

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

Transportation

| DESCRIPTION | | | $900.00 |
|---|---|---|---|
| Professional Transportation Services : Dates: 5/4,19/4, 20/4,24/4, 25/4 and the 26/4 | | | |
| Includes the following: | | | |
| Transportation from airport to hotels | | | |
| Transportation to the municipalities | | | |
| Transportation to the TCA headquarters | | | |
| Hato Rey, San Juan PR | | | |
| This transportation is exclusive for the TCA Core Team | | | |
| **TOTAL** | | | **$900.00** |

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com

# INVOICE

## Rafael A. Rodriguez

DATE: 5/2/19

INVOICE #: 1011

BILL TO

**TCAPR Corp**
World Plaza
268 Munoz Rivera 1001
San Juan, PR 00918-1921

SHIP TO

**Rafael A. Rodriguez**
202 El Dorado Club
Vega Alta, PR 00692
352-215-9699

## Professional Service Transportation

Transportation

| DESCRIPTION | | | $600.00 |
|---|---|---|---|
| Proffessional Transportation Services: Dates of: 4/29, 4/30, 5/1 and 5/2. | | | |

Includes the following:

Transportation from airport to hotels

Transportation to the municipalities

Transportation to the TCA headquarters

Hato Rey, San Juan PR

This transportation is exclusive for the TCA Core Team

| TOTAL | | | $600.00 |
|---|---|---|---|

Make all checks payable to Rafael A. Rodriguez. Thank you for your business!

202 El Dorado Club, Vega Alta PR 00962 / 352-215-9699

itonovo@gmail.com