IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants.

CASE NO. 12-2039 (GAG)

## ORDER

The Court Monitor, Arnaldo Claudio, has informed that, effective immediately, he will depart from all monitoring duties.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th day of May, 2019.

                                    *s/ Gustavo A. Gelpí*
                                    GUSTAVO A. GELPI
                                United States District Judge