IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

**CASE NO. 12-2039 (GAG)**

### ORDER ON THE CONTINUITY OF OPERATIONS OF THE MONITOR'S OFFICE

The Court and the Parties remain focused on the paramount task of implementing the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau ("Agreement"), Docket No. 60, which is of vital importance to the residents of Puerto Rico and officers alike. The Office of the Court Monitor will, thus, continue to operate and perform its normal functions, as required by the Agreement and the Court's directives, as follows.

At the Court's request, the Parties contacted the subject-matter experts appointed by the Court as members of the Monitor's Core Team and each has agreed to continue performing their normal duties under the Agreement and the Court's orders. These subject-matter experts are John Romero, Alan Youngs, Rafael Ruiz, and Scott Cragg. The subject-matter experts' immediate duties will focus on the completion of a monitoring methodology that will assess the Commonwealth's compliance with the Agreement in a reliable, objective, and thorough manner.

**Civil No. 12-2039 (GAG)**

The Court hereby designates Mr. Romero as the Acting Monitor (or Technical Compliance Advisor, as set forth in the Agreement), until otherwise ordered by the Court. Mr. Romero will coordinate the work of the subject-matter experts, communicate with the Court and the Parties, and handle the daily oversight of the Monitor's Office.[1] The subject-matter experts will submit their invoices directly to the Court for payment, pursuant to the agreed-upon terms for payment established in the Stipulated Order on the Payment of TCA Expenses, Section D, at Docket No. 139.

**SO ORDERED.**

**In San Juan, Puerto Rico this 15th day of May 2019.**

*s/ Gustavo A. Gelpí*
**GUSTAVO A. GELPÍ**
**United States District Judge**

---

[1] This includes receipt and preservation of all work product and documents in the TCA Office. A separate order shall issue forthwith.