IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

### INFORMATIVE MOTION REGARDING THE COMMENCEMENT OF THE POLICE ACADEMY

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Bureau ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. The PRPB is proud to inform the Court that, on April 29, 2019, the PRPB re-inaugurated the Police Academy with Class 228.

2. Class 228 is composed of one-hundred thirty (130) cadets. It is a diverse group of talented and well-educated women and men. The PRPB identified the sources of funds for the additional cadets in excess of 100 and authorization for the the use of such funds was granted by the Puerto Rico Office of Management and Budget.

3. Specifically, Class 228 is comprised of one-hundred (100) men and thirty (30) women. One-hundred two (102) of the cadets are below the age of thirty-one, which reflects the PRPB's commitment to the youth and to promoting longevity in the careers of its members. Forty-eight cadets (48), or thirty-seven percent (37%), have an associate's degree; seventy-seven (77)

cadets, or fifty-nine percent (59%), have a bachelor's degree; and five (5) cadets, or four percent (4%), have obtained a master's degree.

4. Class 228 is also geographically diverse. All thirteen police areas are represented in Class 228, with Ponce having produced the most cadets (25).

5. The Academy's new curriculum promotes the principles governing the reform process and the establishment of a police force that is professional and trained in the most current policing standards. This curriculum is the most comprehensive program ever offered at the Academy. The curriculum is comprised of one-thousand three-hundred (1,300) hours of academic training. Upon completing their academic training, the cadets are subject to eight-hundred (800) hours of operational field training under the supervision of experienced officers who will mentor the cadets and evaluate their post-training performance.

6. Class 228 is expected to graduate in February 2020.

7. For the first time in the history of the PRPB, upon completion of the training, each cadet is evaluated to ensure that he/she has the skills and competence to perform as agent of the PRPB prior to being granted permanent employment.

8. The new Academy reflects PRPB's commitment to training and educating its police agents with the goal of having a police force that is skilled and trained, and that has the capability to ensure public safety and to adhere to the best constitutional policing standards. The PRPB is very proud of the achievements that the new Academy and Class 228 represent.

9. Regarding the status of the process for a Public-Private Partnership to operate the Academy, the P3 Authority is in the process of preparing a Request for Proposal ("RFP").

**WHEREFORE**, Defendants respectfully requests the Court to take NOTICE of the above, with any additional relief it deems just and proper.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 15th day of May, 2019.

By:

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282

3