IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>   Defendants | CASE NO. 12-2039 (GAG) |

## SEALED RESPONSE TO COURT ORDER

On May 21st, 2019, the Court issued an Order (Document 1221), and in compliance with the Court's order the undersigned is filing the following documents **(under SEAL)**:

- Three (3) notebooks containing the undersigned's Original Notes taken during his work as part of the Monitoring Staff.
- Documents related to the San Juan 2nd Town Hall Meeting.
- Documents related to the Loiza Town Hall Meeting.

In San Juan, Puerto Rico, this 30th day of June 2019.

*/s/ José L. Pujol*

José L. Pujol
Former Staff of the
Federal Monitor