# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | Civil No. 12-2039 (GAG) |
| v. | |
| COMMONWEALTH OF PUERTO RICO, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel and respectfully files the instant Notice of Appearance as counsel on behalf of Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department. The undersigned counsel respectfully requests that the Honorable Court take notice of this Notice of Appearance and order that all future correspondence, including Court orders and filings, be notified to the undersigned.

Respectfully submitted on this 30th day of May, 2019, in San Juan, Puerto Rico.

I HEREBY CERTIFY that on this date I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered in such system.

**McCONNELL VALDÉS LLC**
Attorneys for Defendants
270 Muñoz Rivera Avenue,
Hato Rey, Puerto Rico 00918
Direct Line: (787)250-5674
Fax. (787) 759-2785

*s/ Lizzie M. Portela*
USDC-PR No. 208401
lpf@mcvpr.com