## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff;<br><br> v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>      Defendants. | No. 12-cv-2039 (GAG) |

**MOTION TO RESTRICT MOTION FOR EXTENSION OF TIME**

COMES NOW, Plaintiff, the United States of America, by and through the undersigned counsel, and respectfully requests leave to maintain its Motion for Extension of Time, Docket No. 1225, related to this Court's Sealed Order of May 23, 2019, Docket No. 1224, in restricted mode for viewing only by counsel for the Parties. For cause, the United States respectfully states and prays:

1. On May 29, 2019, the United States filed a Motion for Extension of Time, Docket No. 1225, related to this Court's May 23 Sealed Order, Docket No. 1224. The United States filed the Motion in restricted mode for viewing only by counsel for the Parties commensurate with the viewing restrictions of the May 23 Sealed Order. The Motion refers to the contents of the May 23 Sealed Order.

2. To avoid disclosing the contents of the May 23 Sealed Order and in compliance with the Court's Standing Order No. 9 on the sealing of documents, the United States hereby seeks leave to maintain the Motion in restricted mode for viewing only by counsel for the Parties.

WHEREFORE, the United States respectfully requests that the Motion, Docket No. 1225, remain in restricted mode until further ordered by the Court.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record and the Monitor on the service list to be served by electronic means.

Respectfully submitted, this 30th day of May, 2019,

        **STEVEN H. ROSENBAUM**
        Chief, Special Litigation Section
        Civil Rights Division

        *s/Luis E. Saucedo*
        **TIMOTHY D. MYGATT**
        Deputy Chief
        **LUIS E. SAUCEDO** (G01613)
        Counselor to the Chief & Senior Trial Attorney
        **JORGE CASTILLO** (G02912)
        Trial Attorney
        U.S. Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Tel:  (202) 598-0482
        Fax: (202) 514-4883
        luis.e.saucedo@usdoj.gov
        jorge.castillo@usdoj.gov

        Attorneys for the United States