## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff;<br><br>   v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                    Defendants. | No. 12-cv-2039 (GAG) |

**MOTION RESTRICTING DOCUMENTS AT DOCKET NO. 1233 IN COMPLIANCE WITH THIS COURT'S ORDER AT DOCKET NO. 1224**

COMES NOW, Plaintiff, the United States of America, by and through the undersigned counsel, and respectfully informs that the United States has filed a Motion and Memorandum in restricted mode for viewing only by counsel for the Parties, in compliance with this Court's Sealed Order of May 23, 2019, Docket No. 1224.

1. In its Sealed Order of May 23, 2019, the Court directed the United States to file a memorandum in restricted mode for viewing only by counsel for the Parties. Order, Docket No. 1224.

2. On today's date, the United States filed its Motion and Memorandum, Docket No. 1233, in restricted mode.

WHEREFORE, the United States respectfully requests that this Court take notice of the foregoing and that the Motion and Memorandum at Docket No. 1233 remain in restricted mode until further ordered by the Court.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record and the Monitor on the service list to be served by electronic means.

Respectfully submitted, this 31st day of May, 2019,

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section
Civil Rights Division

*s/Luis E. Saucedo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
Counselor to the Chief & Senior Trial Attorney
**JORGE CASTILLO** (G02912)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel:  (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov

Attorneys for the United States