# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                 Defendants. | No. 12-cv-2039 (GAG) |

## Request for Approval and Payment of Expenses

**TO THE HONORABLE COURT,**

    Comes here, the TCAPR, CORP, and respectfully informs, requests and states:

1. The following contains the Final TCAPR, CORP variable expenses for May 2019.

| Core Team Expense[1] | | |
|---|---|---|
| **Visit** | | |
| Marcos Soler | N/A | |
| | **Subtotal** | |
| **Telework** | | |
| Marcos Soler | $4,500.00 | May 2019 |
| | **Subtotal** | **$4,500.00** |
| **Accounting Services[1]** | | |
| Final fee Services for Liquidation (Including Final Financial Statement) | $8,750.00 | May 2019 |
| | **Subtotal** | **$ 8,750.00** |
| **Constitutional Lawyer[1]** | | |
| Federico Hernandez Denton | $1,312.50 | April 2019 |
| | **Subtotal** | **$1,312.50** |
| | **Total** | **$14,562.50** |
| **Overbilling[2]** | | $(1,798.39) |
| **GRAN TOTAL** | | **$12,764.11** |

2. All expenses have been allocated within the TCA's Office previously approved budget, and are necessary to the TCAPR, Corp. mission <u>and its closing</u>. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

---

[1] See attached Invoices
[2] See Footnote #2 on 12.31.18 Financial Report

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

3. The TCA Office respectfully requests that these expenses be approved and a check issued in the amount of **$14,562.50**, the total amount of the monthly expenses, for the month of May 2019.

4. All the expenses related to payroll taxes, employer taxes, dissolution fee and employees' vacations liquidation has been covered by the current balance on bank account. Evidence of this payments will be presented with the Financials Statement.

5. The TCA Office, nor any of its members, has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

6. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

**FOR ALL OF WHICH**, the TCAPR, Corp. respectfully requests the Honorable Court that the May expenses are approved and a check be issued in the amount of **$12,764.11** the total amount of the expenses for the month of May 31, 2019.

In San Juan, Puerto Rico, this day May 31, 2019.

_____
Arnaldo Claudio – President

Por: Eric Guzman