# INVOICE FOR PROFESSIONAL SERVICES: MAY 2019
# MARCOS F. SOLER

20 ORBIT LANE, FLOOR 1
STATEN ISLAND, NEW YORK, UNITED STATES, 10314 | 347.420.4058 | SOLERTCACTPR@GMAIL.COM

A: TCAPR, LLC
#268 Muñoz Rivera
Suite 1001, World Plaza
San Juan, Puerto Rico

This is my final invoice.

The invoice for professional services rendered by Marcos F. Soler (Deputy Technical Compliance Advisor) from April 29, 2019 through May 29, 2019 is detailed as follows:

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: Review of UoF documents drafted by CT team (document linking paragraphs and document reviewing policies and trainings actionable and non-actionable requirements in the context of the overall methodology) (2.0 billable hours) | X | N/A | Monday through-Tuesday, April 29-30, 2019 | (2 @ $150 = $300) |
| Work from New York City: Review of May 1, 2019 draft document and calls with Monitor (1.0 billable hour) | X | N/A | Wednesday, May 1, 2019 | (1 @ $150 = $150) |
| Work from New York City: Review of IT Motion (docket 1210), calls with Monitor Review of Training Documents related to the methodology (18.0 billable hours) | X | N/A | Thursday through-Friday, May 2-3, 2019 | (2 @ $150 = $300) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: methodology related to professionalization including staffing models, policies and training on ethics, models for measuring organizational performance and self-evaluation, review of promotion and transfer policies and measuring instruments related to these matters, review of CT documents related to UoF, policies and training and re-evaluation of the systemic review approach in light of systematic assessments from other jurisdictions (8 billable hours) | X | N/A | Saturday and Sunday, May 4-5, 2019 | (9 @ $150 = $1,350) |
| Work from New York City: Review with Monitor email from USDOJ regarding systemic reviews and methodological matrix, discussion with Monitor on matters related to transfers, UoF reports, Town halls, monthly visits, 241 survey, IT platform systems, SARP evaluation, Paragraph 13, and Monitor's budget (2 billable hours) | X | N/A | Monday May 6, 2019 | (2 @ $150 = $300) |
| Work from New York City: Review of comments on methodology by USDOJ and Commonwealth, draft response to Commonwealth's memo, conference call with the Parties and follow up with Monitor and team (6 billable hours) | X | N/A | Wednesday through Thursday, May 8-9, 2019 | (6 @ $150 = $900) |
| Work from New York City: Review of documents by CT regarding measuring instruments, updating work on methodology and including comments from USDOJ and PRPB (8 billable hours) | X | N/A | Saturday through Sunday, May 11-12, 2019 | (8 @ $150 = $1,200) |

| TASK PERFORMED AND HOURS WORKED: | U.S WORK DAY | PR WORK DAY | DATE OF WORK | BILLABLE AMOUNT |
|---|---|---|---|---|
| Work from New York City: communications with CT regarding transition, call with USDOJ, communications with the court (2.0 pro-bono, non-billable hours) | X | N/A | Tuesday through Wednesday, May 14-15, 2019 | $0 |
| Work from New York City: Transition data sharing related work (6.0 pro-bono, non-billable hours) | X | N/A | May 16 through May 29 | $0 |
| | | | | |
| | | | | |
| | | | TOTAL HOURS WORKED: 38.00 HOURS | |
| | TOTAL AMOUNT OF BILLABLE DAYS WORKING FROM PUERTO RICO (0 HOURS) | | | $0 |
| | TOTAL OF BILLABLE HOURS FROM NYC/TELE-WORK (30 HOURS @ $150): | | | $4,500 |
| | | | TOTAL TO BE BILLED: | $4,500. |

INVOICE PRESENTED BY:

_____*Marcos Soler*_____

MARCOS F. SOLER
Deputy TCA/Federal Monitor
May 29, 2019

ok RJ. 5/3/2019

Herby I CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE.

## *Federico Hernández Denton*

Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH-1 Ofic. 1201
Hato Rey, Puerto Rico 00918
Tel. (787)751-8000

May 6, 2019

TCA
Edificio World Plaza
268 Avenida Muñoz Rivera
San Juan, Puerto Rico 00919

INVOICE FOR PROFESIONAL SERVICES

| TCA | | |
|---|---|---|
| DATE | DESCRIPTION | HOURS |
| 4/12/2019 | Reading and analysis of MCV letter to Monitor as well as draft of reply prepared by Attorney Bazán on behalf of TCA. | 1.5 |
| 4/14/2019 | Preparation of letter in response to Arturo Garcia's letter of March 25th. | 2.5 |
| 4/15/2019 | Revision of draft replying to a García's letter to TCA. | 1 |
| 4/18/2019 | Revision of response of TCA to letter from McConnel Valdés of March 25th. | 2.5 |
| 4/28/2019 | TCA receipt and reading of Lawsuit filed by ACLU. | 1 |
| 4/30/2019 | Receipt and reading of additional Lawsuits filed by ACLU Lawsuit. | 2 |
| | TOTAL HOURS: | 10.5 |
| | RATE HOURS: | $ 125.00 |
| | SUBTOTAL: | $ 1,312.50 |
| | LESS RETAINER: | $ - |
| | TOTAL AMOUNT DUE: | $ 1,312.50 |

ok  *[signature]*  5/31/2019

THANK YOU FOR YOUR BUSINESS!




**RR GROUP, PSC**
#405 Esmeralda Avenue
PMB 146
Guaynabo, PR 00969

www. rrgrouppsc.com

T (787) 765-7980
F (833) 454-6983
E rrgcontact@rrgrouppsc.com

## Invoice for Payroll Services

Bill to:
**TCAPR, CORP.**
Eric Guzman
Executive Manager
World Plaza, Office 1001
268 Muñoz Rivera Avenue
San Juan, PR 0918

| Invoice #: | 4875 |
|---|---|
| Date: | 5/22/2019 |
| Amount due: | 8759.60 |
| Terms of payment: | NET 15 |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Description | Flat-Fee and final assistance with closing and liquidating TCAPR, Inc.:<br>Close Certificate of Merchant Registration<br>Close Commercial Bank Account<br>Close Medical & Commercial Insurance Policies<br>Close Part-Year Accounting Books and Records and prepare final Financial and Budget Reports<br>Close Virtual Collections Online Account<br>Notice of Termination of Operations - CRIM / Municipality<br>Notification to Internal Revenue Area (Tax Incentive Division) of Termination of Not-for-Profit Operations<br>Prepare and file final Employer Quarterly Tax Returns (IRS, PRTD, PRLD)<br>Prepare and file final part-year Informative Income Tax Return<br>Prepare and file final Payroll Declaration and Close SIF Account<br>Prepare and file final Personal Property Tax Return<br>Prepare and file final Volume of Business Tax Declaration<br>Prepare and file final Year-end Informative Form 940<br>Prepare and file final Year-end Informative Form W-3<br>Prepare and file final Year-end Informative Forms 480.6A & B<br>Prepare and file final Year-end Informative Forms 499/W-2's<br>Prepare and file the Certificate of Dissolution with the corresponding Board Resolution<br>Process Employee Liquidating Payments<br>Process Employee withholdings for April Payroll<br>Process Final Payments for SDI and SUTA<br>Provide List of Liquidating Payments for Funding and execute Final Vendor Payments<br>Solicit closing of Child Support Account.<br>Solicit closing of IRS Online EFTPS Account<br>Solicit closing of Online Portal Access<br>Solicit closing of SUTA and SDI Employer Accounts | 1.00 | 8750.00 | 8750.00 |
| Expense | PR Dept. of Labor - Chauffer's Insurance (RRG CHECK) | 1.00 | 5.60 | 5.60 |
| Expense | PR Department of State - Dissolution Filing Fee (RRG AMEX) | 1.00 | 4.00 | 4.00 |

Total:      8759.60

ELECTRONIC DEPOSIT INFORMATION
Banco Popular de Puerto Rico
Commercial Demand Deposit Account (U.S.D)
Routing # 021502011
Account # 180074490

SUT# 0007014-0004
FEIN: 66-0650637

www.venmo.com/Ricardo-Rivera-26

OK  [signature]  5/31/2019