Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

Invoice No.   938764039380

# INVOICE

**Customer**
Case No.  Civil Case No. 12-2039
Address   300 Recinto Sur Street
City      San Juan       State: PR       ZIP 00901
Phone

Date      5/24/19
Order No.
Rep
FOB

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 24 | Calls, emails, writings, meetings | $150.00 | $3,600.00 |
| 20 | Review of Documents (i.e., Methdological Plan) | $150.00 | $3,000.00 |
| 16 | Puerto Rico (May 23, 24, 2019) | $150.00 | $2,400.00 |
| 1 | Flight Reimbursement (billed at lower rate than airfare paid) | $750.00 | $750.00 |
| 1 | Hotel Reimbursement (1 Nights at reduced rate of $250/night) | $250.00 | $250.00 |
| 2 | Daily Meal Per Diem (Pro Bono) | $0.00 | $0.00 |
| 1 | Transportation (Taxi) & DFW Airport Parking (Pro Bono) | $0.00 | $0.00 |

SubTotal  $10,000.00
Shipping & Handling
Taxes   State

**TOTAL**   $10,000.00

Signature: [signed]

Office Use Only