**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO, et al.,** <br><br> Defendants. | **CASE NO. 12-2039 (GAG)** |

## <u>RESTRICTED ORDER</u>

The US DOJ's motion at Docket No. 1233 is Noted. The Court concurs with USDOJ's assessment.

**SO ORDERED.**

In San Juan, Puerto Rico this 3rd day of June, 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge