John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

April 29 through May 31, 2019

INVOICE # 060
FOR PROFESSIONAL SERVICES RENDERED MAY 2019


Monday, April 29, 2019 through May 2, 2019 site visits to Puerto Rico.

Monday, April 29, 2019 Site visit to prepare for May 1 Demonstration   $1,300
Tuesday, April 30, 2019 preparation re: May 1, Demonstration          $1,300
Wednesday, May 1, 2019 Monitor May 1 Demonstration                    $1,300
Thursday, May 2, 2019 (half day) May 1 Demonstration debriefing        $650

**3 1/2 DAYS (DAY RATE $1,300) = $4,550**

.
 Prepared "Methodological Approach Section" for "Use of Force" Area of "Agreement for the Sustainable Reform of the Puerto Rico Police Bureau" to be utilized during the Monitoring Phase of the Agreement. 10 hrs.
Reviewed/researched General Order 600-601 and generated email relative to discussion about information included in the policy 2 hrs.
Conference calls and emails with Monitoring Team and with Special Master 6 hrs.
Prepared document to be utilized during the "Systematic Review" of Policy and Procedures related paragraphs (paragraphs 109-116) of the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau 8 hrs.
Prepared report outline, re: May 1, 2019 International Workers Day 3 hrs.
Prepared FIU/Field (Area Command)/Specialized Units Worksheets 4.5 hrs.

**TOTAL HOURS:     33 HOURS   30 MINUTES.**


 **BILLABLE HOURS    30 HOURS  20 MINUTES AT RATE OF $150 PER HOUR = $4,550**


**PRO BONO     3 HOURS   10 MINUTES**

**TOTAL: $9,100**