Rafael E. Ruiz                                      INVOICE # 2019-0_
53 Adams St., Apt 1                                 DATE: May 31, 2019
Boston MA 02122



For Service: April 29th through May 31st, 2019

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| April 29th-Site visit to prepare for "May 1st Protest" | 1 day | $1300/day | $1,300.00 |
| April 30th- Site visit continue preparation for "May 1st Protest" | 1 day | $1300/day | $1,300.00 |
| May 1st – Monitor "May 1st Protest" Police Ops | 1 day | $1300/day | $1,300.00 |
| May 2nd – "May 1st Protest" Debriefing | ½ day | $1300/day | $650.00 |
| Work on Methodology: Conference calls, emails, etc. | 9.5 hours | $150/hr. | $1,425.00 |
| Prepare reports (drafts, final, conference calls re: reports) Hours worked: 32     Hours billed: | 20.833 hours | $150/hr. | $3,125.00 |

TOTAL BILLED                                        $9,100.00

_Rafael E. Ruiz_                                    Date: May 31, 2019
Rafael E. Ruiz