

Alan C. Youngs
5552 W. Lakeridge Rd
Lakewood, CO 80127

INVOICE# 2019-05
DATE: May 31, 2019

For Service April 29th through May 31st, 2019

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| April 29th-Site visit to prepare for "May 1st Protest" | 1 day | $1300/day | $1,300.00 |
| April 30th- Site visit continue preparation for May 1st Protest" | 1 day | $1300/day | $1,300.00 |
| May 1st – Monitor "May 1st Protest" Police Ops | 1 day | $1300/day | $1,300.00 |
| May 2nd – "May 1st Protest" Debriefing | 1/2 day | $1300/day | $650.00 |
| Work on Methodology: Conference calls, emails, etc. | 10 hours | $150/hour | $1,500.00 |
| Prepare reports (drafts, final, conference calls re: reports) Hours worked: 32    Hours billed: | 20.333 | 150/hour | $3,050.00 |
| **TOTAL BILLED** | | | $9,100.00 |

_Alan C. Youngs_ (signature)
Alan C. Youngs

May 31, 2019
Date