

INVOICE 0051(CORRECTED) FOR PROFESSIONAL SERVICES; MAY 1-27, 2019
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   John Romero
      Interim Federal Monitor
      Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of May 2019 is detailed as follows:

| Task Performed | US Hours | PR Days | Dates of Work | Billable Amount |
|---|---|---|---|---|
| Communications - telcons and emails to/from CT, PRPB, USDOJ, Special Master, regarding Monitor resignation, methodology, meeting prep, standards | 11.25 | | 5/1, 2, 7-11, 13-16, 19-20 | 1687.50 |
| Review of Amended complaints 42919 and filed complaint of 3:19-cv-01414, Motion to file IT Action Plan 3:12-cv-02039 of 5/2/19 | 2.25 | | 5/2/19 | 337.50 |
| Methodology Teleconference with the Parties of 5/9 and follow up | 2.75 | | 5/9-10/2019 | 412.50 |
| Federal Monitor Transition - Prep, communication with DOJ, Interim Monitor, review of materials, guidance and Core Team response and collaboration | 3.25 | | 5/16, 17 | 487.50 |
| Research IT Methodology following teleconference review with Parties and Federal Monitor | 3.75 | | 5/24/26 | 562.50 |
| Monitoring Methodology -- coordination with Core Team, Telecon with Special Master, Review of Core Team versions | 8.00 | | 5/11, 14, 21, 22, 26 | 1200.00 |
| Begin redrafting of IT method following Telecon with Special Master | 6.75 | | 5/24/26 | 1012.50 |
| Site visit monitoring planning | 1.50 | | 5/17, 20 | 225.00 |
| Total hours US | 39.50 | | | |
| TOTAL AMOUNT OF BILLABLE DAYS IN PUERTO RICO @ $1300 | | | 0 | $0 |
| TOTAL OF BILLABLE HOURS @ $150 | | | 39.50 | $5,925 |
| TOTAL EXPENSE | | | | $5,925 |
| | | | FEE | $5,925 |

1

INVOICE PRESENTED BY:
____//Signed//_____
Scott Cragg, Monitoring Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
John Romero – Interim Federal Monitor