Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.** 938764039381

# INVOICE

**Customer**

| | | |
|---|---|---|
| Case No. | Civil Case No. 12-2039 | |
| Address | 300 Recinto Sur Street | |
| City | San Juan   State: PR   ZIP 00901 | |
| Phone | | |

| Date | 6/1/19 |
|---|---|
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 25.5 | Calls, emails, writings, meetings (April) | $150.00 | $3,825.00 |
| 20 | Review of Documents (i.e., Methdological Plan) (April) | $150.00 | $3,000.00 |
| 23.5 | Calls, emails, writings, meetings (May) | $150.00 | $3,525.00 |
| 18 | Review of Documents/Develop Methodological Matrix (May) | $150.00 | $2,700.00 |

| | | |
|---|---|---|
| | SubTotal | $13,050.00 |
| | Shipping & Handling | |
| Taxes | State | |
| | TOTAL | $13,050.00 |

Signature: [signed]

Office Use Only