

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 16-31, 2019

SUPPLEMENTAL INVOICE # 001
FOR PROFESSIONAL SERVICES RENDERED MAY 2019

Thursday, May 23, 2019 Site Visit Puerto Rico
Friday, May 24, 2019 Site Visit Puerto Rico

**2 DAYS (DAY RATE $1,300) = $2,600**

Conference calls/phone calls/emails/methodology discussions with the parties.

TOTAL HOURS:   20 HOURS   00 MINUTES.

BILLABLE HOURS 20 HOURS   00 MINUTES AT RATE OF $150 Per Hour = $3,000

TOTAL: $5,600