UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

## ORDER

The parties have approved the supplemental invoice submitted by the Special Master for work performed in excess of his monthly cap during the months of April and May 2019. This additional work is for his services pertaining to the <u>consensus</u> methodology the parties, monitor and special master continue to work on. The parties agree that this additional work has been necessary. Accordingly, the Court, in turn, hereby approves said supplemental invoice.

Although ordinary monthly work performed by the Special Master is paid from funds from the earmarked account, this particular invoice shall be paid from funds in the Monitor's account.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of June of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge