UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# ORDER

The following is the agenda for the **June 13th, 2019** Status Conference.

1. Update on consensus methodology (Special Master, USDOJ, PRPB, Monitor);

2. Update on Police Academy (PRPB, USDOJ);

3. Update on IT (PRPB, PRDOJ, Monitor)[1];

4. Parties Proposed timetable and agenda for FY 2019-2020 (USDOJ, PRPB, Monitor);

5. Parties may present any other action items.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of June of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge

---

[1] On this date the court granted the parties an extension until July 1st, 2019 to present the IT work plan (docket entry 1235). However, an update shall be presented.