UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# AMENDED ORDER

The following is the agenda for the **June 13th, 2019** Status Conference.

1. Update on consensus methodology (Special Master, USDOJ, PRPB, Monitor);

2. Update on Police Academy (PRPB, USDOJ);

3. Update on IT (PRPB, PRDOJ, Monitor)[1];

4. Parties Proposed timetable and agenda for FY 2019-2020 (USDOJ, PRPB, Monitor);

5. Parties may present any other action items.

6. Capacity Building Completion of Areas as to which extension was granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of June of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge

---

[1] On this date the court granted the parties an extension until July 1st, 2019 to present the IT work plan (docket entry 1235). However, an update shall be presented.