UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff;<br><br>　v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>　　　　　　Defendants. | No. 12-cv-2039 (GAG) |

# ORDER APPOINTING THOMAS D. PETROWSKI AS ASSISTANT SPECIAL MASTER

　　The Court hereby appoints Thomas D. Petrowski as Assistant Special Master to the Special Master, Dr. Alejandro del Carmen.

　　The Court appointed the Special Master to work with the Court and the Parties on areas of the Police Reform that require focused attention, collaboration, and subject-matter expertise beyond the expiration of the capacity-building period.  The Court has encouraged the Parties to work creatively with the Special Master to devise solutions to issues or challenges to reform. Mr. Petrowski will assist the Special Master in those efforts.

　　Mr. Petrowski is currently a faculty member at Tarleton State University and a practicing attorney in Texas.  He retired from the Federal Bureau of Investigation (FBI) in 2018, following 23 years of dedicated public service.  While at the FBI, he served as Chief Division Counsel of the Dallas Division where he managed the Office of Division Counsel and was responsible for the legal training of more than 600 personnel.  He served in a variety of other legal, supervisory, and operational posts throughout his career at the FBI, including the Counterterrorism Division, the Joint Terrorism Task Force in North Texas, the Special Weapons and Tactics Program, and

the Legal Instruction Unit of the Office of General Counsel in Quantico, VA. He was a member of the United States Army, retiring after 20 years of active and reserve service as a Judge Advocate General officer and Infantry/Special Forces officer. He is the recipient of numerous awards, including the 2016 Manuel J. Gonzalez Ethics Award, the FBI's highest ethics award for employees.

Mr. Petrowski will assist Dr. del Carmen on tasks and projects assigned to the Special Master, including preparing filings, drafting reports, and providing technical assistance to the Puerto Rico Police Bureau, as appropriate. Mr. Petrowski will work under the supervision of the Special Master, who in turn reports directly to the Court. Mr. Petrowski will be subject to the Stipulated Order Effectuating the Participation of the Special Master (Stipulated Order), Doc. 1152; the Agreement for the Sustainable Reform of the Puerto Rico Police Department, Doc. 60; and, the Court's orders.

The Parties and the Special Master have conferred and agreed on an additional budget allocation to cover the professional fees and incidental expenses of Mr. Petrowski as Assistant Special Master for Fiscal Year 2019-20. Mr. Petrowski's professional fee will be $150.00/hour, which is commensurate with the Special Master, and will be capped at $65,000.00 for the fiscal year. His incidental expenses, including appropriate travel costs, will be capped at $7,000.00 for the fiscal year. As set forth in the Stipulated Order, the Commonwealth will deposit and consign a total of $72,000.00 to an interest-bearing account of the Court for payment of Mr. Petrowski's expenses on a monthly basis. This account is separate to that of the Monitoring team.

Mr. Petrowski's appointment as Assistant Special Master will be effective on July 1, 2019.

Both the Commonwealth and United States Department of Justice have vetted Mr. Petrowski and have accordingly submitted his appointment to the Court.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th day of June, 2019.

s/ *Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
