Proposed Timetable for Completion of Consensus Methodologies
United States v. Commonwealth of Puerto Rico, No. 12-cv-2039 (GAG)
June 13, 2019

| **Methodology** | **Completion Date** |
|---|---|
| Use of Force | June 13, 2019 |
| Training | July 1, 2019 |
| Policies and Procedures | July 1, 2019 |
| Searches and Seizures | July 31 , 2019 |
| Recruitment | July 31, 2019 |
| Professionalization | July 31, 2019 |
| Equal Protection | September 30, 2019 |
| Supervision | September 30, 2019 |
| Civilian Complaints and Internal Investigations | September 30, 2019 |
| Community Engagement and Public Information | September 30, 2019 |
| Information Systems and Technology | September 30, 2019 |

Monitoring Report covering all eleven areas to be completed by December 2019.