UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# ORDER

The undersigned will visit the Police Academy in Gurabo on **July 2nd, 2019 at 1:30 PM** to meet with personnel and the new ongoing class of police cadets.

The following persons have again been invited as observers:
1. Honorable Edgardo Rivera Garcia, Associate Justice of the Puerto Rico Supreme Court;
2. Honorable Henry Neumann, Chair Senate Committee on Public Safety and Senator;

In addition, the following persons will attend:
3. Genesis Ayala;
4. Carmen Judith Semprit.[1]

The above information shall be provided to the Commissioner of Police and/or his designee.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of June of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge

---

[1] Ms. Semprit is Genesis' mother. Genesis has been invited to attend court proceedings at the Federal Courthouse the same day in the morning. She is a delightful young lady who is a member of the Police Athletic League, and who has undergone multiple surgeries due to an accident.