

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

Invoice No.   938764039385

# INVOICE

**Customer**

| | | |
|---|---|---|
| Case No. | Civil Case No. 12-2039 | |
| Address | 300 Recinto Sur Street | |
| City | San Juan    State: PR    ZIP 00901 | |
| Phone | | |

| | |
|---|---|
| Date | 6/25/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 20 | Calls, emails, writings, meetings | $150.00 | $3,000.00 |
| 24 | Review of Documents (i.e., Methdological Plan on use of force) | $150.00 | $3,600.00 |
| 16 | Puerto Rico (June 13, 14, 2019) | $150.00 | $2,400.00 |
| 1 | Flight Reimbursement (billed at lower rate than airfare paid) | $500.00 | $500.00 |
| 2 | Hotel Reimbursement (2 Nights at reduced rate of $250/night) | $250.00 | $500.00 |
| 3 | Daily Meal Per Diem (Pro Bono) | $0.00 | $0.00 |
| 1 | Transportation (Taxi) & DFW Airport Parking (Pro Bono) | $0.00 | $0.00 |

| | |
|---|---|
| SubTotal | $10,000.00 |
| Shipping & Handling | |
| Taxes    State | |
| **TOTAL** | **$10,000.00** |

Signature:

Office Use Only