

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

# INVOICE

Invoice No. 938764039386

**Customer**

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan   State: PR   ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 6/25/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 29.5 | Methodological Plan (Use of Force, Training, Operational Plan) | $150.00 | $4,425.00 |

SubTotal $4,425.00
Shipping & Handling
Taxes    State

TOTAL $4,425.00

Signature:

Office Use Only