IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

## MOTION IN COMPLIANCE WITH COURT ORDER (DOCKET NO. 1134)

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Bureau ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully state and pray as follows:

1. On March 4, 2019, the Court ordered Defendants to meet with Plaintiff and the Monitor, and to submit to the Court an effective plan of action in relation to PRPB's information technology and electronic information systems ("ITS"). *See* Docket No. 1134.

2. After several requests for extensions of time to file said plan, the Court provided the PRPB until July 1, 2019 to file its IT Action Plan. *See* Docket No. 1235.

3. In compliance with the Court's Order (Docket No. 1134), and for the Court's review and consideration, Defendants have attached PRPB's Information and Technology Systems Effective Action Plan as Exhibit 1.

**WHEREFORE**, Defendant respectfully requests the Court take notice of the instant motion and deem its Order (Docket No. 1134) complied with.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 1st day of July, 2019.

By:

*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela*
Lizzie M. Portela
USDC-PR No. 208401
lpf@mcvpr.com

*s/ Javier Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
jfmm@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282