

GOBIERNO DE PUERTO RICO
Negociado de la Policía de Puerto Rico

**INFORMATION AND TECHNOLOGY SYSTEMS**
**EFFECTIVE ACTION PLAN FOR REFORM PROJECTS**

Pursuant to the Agreement for the Sustainable Reform of the Puerto Rico Police Department (the "Agreement"), the Information Systems and Technology Compliance Area of the Puerto Rico Police Bureau ("PRPB") is working towards updating the infrastructure of its technological information systems to improve police processes and procedures within the administrative and operational areas of the PRPB. The PRPB is establishing a data-oriented IT infrastructure and system to support the day-to-day activities of its employees. In that sense, PRPB will compile and record relevant information, such as incident reports and crime-related statistical data, to comply with the Agreement and reach the goal of becoming an efficient and state-of-the-art police force. In addition, the PRPB will facilitate the public's access to relevant and important police-related information. By creating a robust IT infrastructure and system, the PRPB will promote the safety of its members and the safety of the community at large.

The development of technological systems has been one of many challenges for the PRPB. However, the PRPB has selected leaders from each police area to manage the development and implementation of PRPB's IT systems. In addition, PRPB has established weekly meeting schedules and conducted weekly meetings through technology platforms to inform its members of the progress made in its IT projects and to discuss strategy related to implementation. Specifically, in regards to the Early Intervention System (EIS) and all its components, the PRPB IT division meets with the staff of the Auxiliary Superintendence on Professional Responsibility (SARP) and the Office of Legal Affairs (OAL) on a weekly basis to evaluate progress made in EIS, its development, adoption, and implementation. In the remaining systems, the Project Managers Service (PMO) have played a key role in the process of developing and implementing PRPB's IT projects in order to comply with the Agreement.

This Effective Action Plan is a derivative of the IT Action Plan originally prepared and published by the Puerto Rico Police Reform Office. This Plan sets out the IT systems

**Information Systems and Technology: Effective Action Plan**

that the PRPB has developed; the system implementation deadlines that are currently in effect; and the action steps that PRPB is taking in order to reach its IT goals and comply with the Agreement. A summary of PRPB's Technology and Communications Systems Reform Projects is herein provided.  This summary is broken down into various elements, including the resources that PRPB requires to implement each project (such as personnel, policies, and internal procedures). Additionally, the Plan describes the risks that PRPB anticipates it will encounter moving forward and the implementation deadlines that are in place for each system.

| Portfolio of PRPB's Technology and Communications Systems Reform Projects | |
|---|---|
| Director | Dr. Juan C. Rivera Vázquez |
| Personnel | **Sgt. Elsie Casillas Quiñonez, Director of Communications Division**<br>**Mr. Caonabo Vicente Vázquez, Acting Director Technology Division**<br>**Sgt. Eric Marrero Aizprua, Information Systems Programmer** |

| Name | **Project Management System** (15) |
|---|---|
| Goal | Develop an information system to keep track of and support the implementation of PRPB's Action Plans as they relate to each compliance area included in the Agreement. (Reference: Activity 1.1, Table 28) |
| Responsible Personnel | NTC – Technology Division (IT Division) and Reform Office |
| Implementation Deadline | August 2019. |
| Policies and Procedures | This system includes and keep tracks of all the activities related to the development of policies and procedures within PRPB. |
| Anticipated Risks | The development and implementation of the projects in the Compliance Area of Information Systems and Technology are very complex and require constant changes that, in turn, respond to constant changes in the policies and/or procedures that the PRPB has instituted for PRPB's units, police areas, and police superintendencies. A principal risk that the PRPB now faces is the significant amount of time that it takes for the PRPB to develop records that would allow it to test the system as developed, as well as the time that it takes the PRPB to develop formal training related to the system and new modules to integrate into the system. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| Action Steps | 1.  The PRPB concluded the development phase of the system.<br>2.  PRPB will test the system as developed.<br>3.  Make necessary adjustments based on test results. |

**Information Systems and Technology: Effective Action Plan**

| | |
|---|---|
| **Name** | **Computer Aided Dispatch System** (**CAD**) (1) |
| **Goal** | Develop and implement an information system to collect data related to the incidence of crime (CAD). (Reference: Activity 1.2, Table 29)<br>Modules Included in CAD:<br>1. Specialized Units Module (STU's)<br>2. Arrests and Records Module<br>3. Controlled Forms Module (GTE) |
| **Responsible Personnel** | IT Division, OR, SASG (Statistics Division), SAIC, SAOC and SARP |
| **Implementation Deadline** | 36 months (once the NIBRS policy is complete, as well as any other pending policy that might affect the implementation of the system) |
| **Policies and Procedures** | OG-112  Tactical Operations Divisions (August 31, 2017)<br>OG-117  Weapons and Special Tactics (SWAT) (August 31, 2017)<br>OG-126  Radio Control Operations Center and Command Center (October 2, 2017)<br>OG-605  Report and Investigation of Incidents of Use of Force by Members of the PRPB (August 24, 2016)<br>OG-612  PRPB's Authority to Carry Out Searches and Raids (September 18, 2017)<br>OG-615  PRPB's Authority to Carry Out Arrests and Citations<br>OG-621  Management of Incident Reports or Police Services (NIBRS) (August 21, 2017)<br>OG-623  Police Persecutions (July 30, 2018)<br>OG-625  Crowd Control and Management (April 19, 2015)<br>OG 630  Identification of Hate Crimes Investigations (October 13, 2016)<br>OG-631  Entry and Exit of Jail Cells (November 21, 2018)<br>Manual for Management of PRPB Incidents and Reports (NIBRS) (February 11, 2019)<br>Manual for Traffic Accidents and Crashes (March 12, 2019)<br>Manual for Classification of Traffic Accidents and Crashes (August 21, 2018)<br>Manual for Management and Investigation of Hate Crimes  (October 13, 2016) |
| **Anticipated Risks** | The significant amount of time that it takes for the PRPB to develop records that would allow it to test the system as developed, as well as the time that it takes the PRPB to develop formal training related to the system and new modules to integrate into the system, is a challenge for the PRPB. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down into phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |

**Information Systems and Technology: Effective Action Plan**

| Action Steps | 1. PRPB is currently testing and implementing its CAD system in all Police Areas.<br>2. Once tested and fully implemented, PRPB will evaluate the results and make any necessary adjustments to the system for final distribution of the system in October 2019.<br>3. Conduct weekly and/or bi-weekly meetings to follow up on the development and implementation of the system and to discuss and notify status of Project. |
|---|---|

| | |
|---|---|
| Name | Human Resources System (**KRONOS**) (16) |
| Goal | Develop and implement a sub-system of information to record and maintain PRPB employee records, including a uniform electronic record of officer/employee training and retraining, as well as updated, detailed and reliable certificates and statistics on the training and retraining courses completed by each officer/employee of PRPB. (Reference: Activity 1.3, Table 33)<br>Alternate Module:<br>1. Performance Evaluation System (PROMEDIA – Reference: Activity 1.3.1, Table 34) (18) |
| Responsible Personnel | SASG (HR), SAEA and IT Division |
| Implementation Deadline | This system has an implementation deadline reported in Docket No. 1140. For the module of PROMEDIA, the PRPB suggests adding an additional 12 months to the deadline for implementation of PROMEDIA; to begin once the corresponding policies and procedures are finished and implemented. (Original Implementation Deadline: August 2017) |
| Policies and Procedures | OG-101 Auxiliary Superintendence of General Management Services (August 7, 2018)<br>OG-108 Auxiliary Superintendence in Education and Training (July 26, 2018)<br>OG-203 Regulations and Procedures for the Registration of Hours Worked and Licenses Enjoyed, Concession of Holidays, and Overtime Payments (Currently in Development Phase)<br>OG-310 Performance Evaluation of Members of the PRPB (July 20, 2018)<br>OG-2008-03 Standards and Procedures for the Evaluation of Members of PRPB and Classified Personnel (June 27, 2018) |
| Anticipated Risks | The significant amount of time that it takes for the PRPB to develop records that would allow it to test the system as developed, as well as the time that it takes the PRPB to develop formal training related to the system and new modules to integrate into the system, is a challenge for the PRPB. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| Action Steps | 1. The PRPB has assigned a Project Manager, who is in charge of overseeing the development and implementation of the system in accordance with the Court's orders concerning KRONOS and the parameters established by the Equal Employment Opportunity Commission (EEOC). |

4

**Information Systems and Technology: Effective Action Plan**

| | |
|---|---|
| | 2. Conduct weekly and/or bi-weekly meetings with Project Manager to keep track of KRONOS and its development.<br>3. Finish drafting policies and procedures related to KRONOS and update policies based on the development of the system. |

| Name | **Police Training Management System (PTMS)** (17) |
|---|---|
| Goal | Develop and implement a sub-system of information to record and store comprehensive and accurate digitalized files of the curriculum, teaching plans, and other materials used for the development of training and retraining programs related to firearms in the Academy. (Reference: Activity 1.4, Table 35)<br>Alternate Modules:<br>1. PTMS Shooter (24)<br>2. PTMS Cadets (25) |
| Responsible Personnel | IT Division and SAEA |
| Implementation Deadline | October 2019 (Original Deadline: December 2016) |
| Policies and Procedures | OG-108 Auxiliary Superintendence in Education and Training (July 26, 2018)<br>OG-210 Protection of Copyright and Intellectual Property (December 12, 2018)<br>OG-618 Use and Management of PRPB Regulation Firearms (June 27, 2018)<br>OG-702 Pre-Service Training Program (July 20, 2018)<br>Internal Regulations and Manual for Students (Currently in Development Phase) |
| Anticipated Risks | The significant amount of time that it takes for the PRPB to develop records that would allow it to test the system as developed, as well as the time that it takes the PRPB to develop formal training related to the system and new modules to integrate into the system, is a challenge for the PRPB. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| Action Steps | 1. The PRPB is currently developing and testing the Academy Registration System and its modules.<br>2. The responsible personnel is awaiting final approval and signature on corresponding policies and procedures.<br>3. Once IT Division receives final approval, they will incorporate the necessary changes to the system based on testing.<br>4. Once PRPB makes the necessary changes to the system, the PRPB will distribute the final version of the system to the Academy. |

| Name | **System of Virtual Courses through National University College (NUC)** (13) |
|---|---|
| Goal | Develop and implement a sub-system of information to offer training and/or retraining virtual courses (on-line) to PRPB officers to maximize the in-service hours of PRPB officers and to provide greater accessibility and |

**Information Systems and Technology: Effective Action Plan**

| | |
|---|---|
| | flexibility to PRPB officers to access training and retraining resources without affecting their performance and service to the citizens of Puerto Rico. (Reference: Activity 1.5, Table 36) |
| **Responsible Personnel** | IT Division and SAEA |
| **Implementation Deadline** | October 2019 (12 months after the corresponding policies have been fully approved) |
| **Policies and Procedures** | OG-108 Auxiliary Superintendence in Education and Training (July 26, 2018) |
| **Anticipated Risks** | The development and implementation of the projects in the Compliance Area of Information Systems and Technology are very complex and require constant changes that, in turn, respond to constant changes in the policies and/or procedures that the PRPB has instituted for PRPB's units, police areas, and police superintendencies. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| **Action Steps** | 1. The PRPB has distributed its virtual trainings to all PRPB employees through the platform CANVAS as established in the action plans prepared by the Reform Office.<br>2. PRPB employees are currently taking virtual courses based on instructional modules and, once completed, PRPB employees receive a certificate of completion from the system for their review and to store in their electronic files.<br>3. The PRPB will continue to add additional courses and updating the courses accordingly to the Reform requirements. |

| | |
|---|---|
| **Name** | **PRPB Communication System (CODECOM) (12)** |
| **Goal** | Develop an information system or module to record and digitally store the communications that supervisors and members of the PRPB generate through the communication channels operated by Command Center and Radio Control. Specifically, the system will store communications related to elements of probable cause under which PRPB officers made an arrest for a felony, obstruction of justice or for resisting arrest from a PRPB officer. (Reference: Activity 1.6, Table 37) |
| **Responsible Personnel** | SASG (Communications Division), OR, SAEA, SAIC and SAOC |
| **Implementation Deadline** | October 2019 (18 months after the corresponding policies have been approved) |
| **Policies and Procedures** | OG-123 Technology and Communications Bureau (April 25, 2018)<br>OG-126 Radio Control Operations Center and Command Center (October 2, 2017)<br>OG-402 Procedure for Handling and Disseminating Radio and Communication System Recordings within the PRPB (October 20, 2016) |
| **Anticipated Risks** | The acquisition of additional communication radios and repeaters that meet the needs of the PRPB is a challenge for the PRPB. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of |

**Information Systems and Technology: Effective Action Plan**

|  |  |
|---|---|
|  | this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| **Action Steps** | 1. The PRPB has implemented the radio recording system and the police areas in which radio equipment is available and where officers utilize P-25 radio frequency are currently using the system.<br>2. The PRPB provided formal training to the technical staff of the Communications Division to use and manage the equipment.<br>3. To complete the implementation of the system throughout all police areas, the PRPB will purchase additional radios and communication devises that support the P-25 frequency. |

| | |
|---|---|
| **Name** | **Body Worn Cameras (BWC). (26)** |
| **Goal** | Develop an information system or module to record and digitally store the videos that PRPB officers capture in their portable recording devises during an officer's response to an incident. The system will also store recordings that PRPB supervisors compile of statements made by complainants and witnesses in relation to incidents of use of force or improper conduct by PRPB officers. (Reference: Activity 1.7, Table 38) |
| **Responsible Personnel** | Federal Proposal Office, SAOC, CRADIC and IT Division |
| **Implementation Deadline** | October 2019 (18 months after approval of the corresponding policy and deadline depends on a federal grant) |
| **Policies and Procedures** | OG-402 Procedure for Handling and Disseminating Radio and Communication System Recordings within the PRPB (October 20, 2016)<br>OG-411 Body Worn Cameras (BWC) (In Development Phase – depends on federal grant)<br>OG-610 Recording of Public Events (June 20, 2018) |
| **Anticipated Risks** | The development and implementation of the projects in the Compliance Area of Information Systems and Technology are very complex and require constant changes that, in turn, respond to constant changes in the policies and/or procedures that the PRPB has instituted for PRPB's units, police areas, and police superintendencies. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| **Action Steps** | 1. The responsible personnel will conduct bi-weekly meetings to keep track of the status of the system and to discuss next-steps.<br>2. The responsible personnel will assess the cameras needed for implementation.<br>3. The responsible personnel will then draft an RFP to send out to equipment providers based on the technological specifications agreed upon by them. |

| | |
|---|---|
| **Name** | **Formal Community Partnerships (14)** |

**Information Systems and Technology: Effective Action Plan**

| | |
|---|---|
| **Goal** | Develop an information system or module to collect and distribute data and information related to community alliances and community activities and problems that the PRPB has addressed and attended, as well as a record of the obstacles that the PRPB has faced with the community and of the recommendations that community alliances have made to PRPB for future improvements. (Reference: Activity 1.8, Table 39) |
| **Responsible Personnel** | SAOC (Community Relationship Bureau), OR, SA and IT Division |
| **Implementation Deadline** | October 2019 (Original deadline: January 2017) |
| **Policies and Procedures** | OG-805  Encounters with the Community (June 20, 2018) |
| **Anticipated Risks** | A principal risk that the PRPB faces with this system is the amount of time it takes for the PRPB to develop the processes related to system training, the implementation of training, and the adoption of the new applications and its modules by PRPB employees. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| **Action Steps** | 1.  The PRPB has developed and implemented this module.<br>2.  The PRPB will now distribute the final version of the module to the parties determined by the Reform Office. |

| | |
|---|---|
| **Name** | **Early Intervention System (EIS) (7)** |
| **Goal** | Develop an Early Intervention System (EIS) to collect and process administrative complaints, records of internal investigations, and discipline records in relation to allegations of improper conduct by PRPB officers/employees. (Reference: Activity 1.9, Table 40)<br>Modules Included in EIS:<br>1.  EIS-Auxiliary Superintendence in Professional Responsibility (7)<br>2.  EIS-Office of Legal Affairs (8)<br>3.  EIS-Domestic Violence Division (3)<br>4.  EIS-Sexual Offenses (4)<br>5.  EIS-Use of Force (9)<br>6.  EIS-Non-Punitive Misconducts (10)<br>7.  EIS-Intervention Control (11)<br>8.  EIS-Integration of CAD/GTE (6)<br>9.  EIS-Integration KRONOS (5)<br>10. EIS-Hate Crimes (23)<br>11. EIS-Inspections (22)<br>12. Registry of Complaints and Recognitions (21) |
| **Responsible Personnel** | IT Division, SASG (Human Resources), SARP and OAL |
| **Implementation Deadline** | August 2019 (PRPB suggests that the deadline should be extended to 36 months after the corresponding policies and procedures are approved) |
| **Policies and Procedures** | OG-115  Division of Sexual Offenses and Child Abuse (October 2, 2017)<br>OG-118  Division of Domestic Violence (July 16, 2018)<br>OG-121  Division of Inspections (in development phase)<br>OG-407  Early Intervention System EIS (in development phase)<br>OG-410  Administrative Complaints Registry in EIS (in development phase)<br>OG-607  Intervention in Incidents of Sexual Offenses Committed by PRPB employees (August 31, 2017) |

**Information Systems and Technology: Effective Action Plan**

|  |  |
|---|---|
|  | OG 622  Investigation of Incidents of Sexual Offenses (August 31, 2017)<br>OG-630  Identification of Hate Crimes Investigation (October 13, 2016)<br>Manual for Procedures on the Use of EIS (in development phase)<br>Manual for Procedures by which Guidelines for Performing Operational and Administrative Inspections are established (in development phase)<br>Manual for Management and Investigation of Hate Crimes (October 13, 2016) |
| **Anticipated Risks** | The significant amount of time that it takes for the PRPB to develop records that would allow it to test the system as developed, as well as the time that it takes the PRPB to develop formal training related to the system and new modules to integrate into the system, is a challenge for the PRPB. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| **Action Steps** | 1. The PRPB is developing the modules that make up EIS and the administrative, operational, and investigative units assigned to each corresponding superintendence are currently testing the modules.<br>2. The responsible personnel is awaiting final approval and signature on corresponding policies and procedures that are part of EIS.<br>3. Once approved, the PRPB will incorporate necessary changes to the system based on testing in order to distribute the final version of EIS.<br>4. The responsible personnel is conducting periodic meetings with the unit in charge of managing EIS to clarify any doubts and obtain recommendations.<br>5. The responsible personnel will consult with the corresponding units to establish a Schedule of weekly or bi-weekly meetings to reach the above-stated goal. |

| Name | Virtual Library (19) |
|---|---|
| **Activity** | Create a Virtual Library in PRPB's website through which the PRPB will publish all current policies and procedures, as well as various informative forms, all indexed in an accessible way in order for the public and PRPB employees to have access to the information, as long as the information is not confidential. (Reference: Activity 1.10, Table 44) |
| **Responsible Personnel** | IT Division, OR, OAL, SARP, SAIC and SAEA |
| **Implementation Deadline** | 6 months after the approval of the policy and procedure based on which the PRPB created the Virtual Library |
| **Policies and Procedures** | OG-409  Virtual Library (in development stage) |
| **Anticipated Risks** | The process of debugging the repealed policies and procedures, as well as the certifications associated with the distribution of documents on the web, is a challenge for the PRPB and the PRPB must complete this process. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to |

**Information Systems and Technology: Effective Action Plan**

| | |
|---|---|
| | allow the PRPB enough time to reach its goal. Additionally, the PRPB must consider budgetary impact, if any, to reach full implementation. |
| **Action Steps** | 1. The PRPB is currently developing and testing the Virtual Library.<br>2. The responsible personnel is awaiting final approval and signature on corresponding policies and procedures.<br>3. The responsible personnel will then evaluate the system and incorporate necessary changes based on testing.<br>4. Once it makes necessary changes, the responsible personnel will publish the final version of the system on the PRPB website. |

| | |
|---|---|
| **Name** | **Virtual Library – Comments Module** (20) |
| **Activity** | Create a comments section in the Virtual Library of PRPB, in order for members of the community to submit comments to PRPB's policies and procedures, as approved and signed by the Police Commissioner. The Policies and Procedures Section of the Reform Office will analyze these comments and incorporate them, as appropriate, to said policies and procedures during an annual review. (Reference: Activity 1.11, Table 45) |
| **Responsible Personnel** | IT Division, OR, OAL, SARP, SAIC and SAEA |
| **Implementation Deadline** | 6 months after the approval of the policy and procedure based on which the PRPB created the Virtual Library |
| **Policies and Procedures** | OG-409  Virtual Library (in development stage) |
| **Anticipated Risks** | The process of reviewing the repealed policies and procedures, as well as debugging the certifications associated with the distribution of documents on the web, is a challenge for the PRPB and the PRPB must complete this process. Therefore, the PRPB anticipates the need for a possible extension for the full implementation of this project, which would be broken down in phases of six (6) months, for a maximum of twenty-four (24) additional months, to allow the PRPB enough time to reach its goal. |
| **Action Steps** | 1. The PRPB is currently developing and testing the comments module of the Virtual Library.<br>2. The responsible personnel is awaiting final approval and signature on corresponding policies and procedures.<br>3. The responsible personnel will then evaluate the system and incorporate necessary changes based on testing.<br>4. Once it makes necessary changes, the responsible personnel will publish the final version of the system on the PRPB website. |

**Note:**

It is important to note that, even if all the information systems and their respective applications are ready on the agreed upon implementation deadlines, this does not mean that PRPB employees will adopt, accept, and use those systems by those dates. In other words, a change in organizational culture and a transition from a traditionally manual system to a computerized system can and will take time. This is because PRPB employees may show resistance to technological innovations until they fully appreciate the role that technology plays in facilitating the processes and procedures established within the agency. Additionally, the PRPB must acquire more technological equipment in

**Information Systems and Technology: Effective Action Plan**

order for it to satisfy the administrative, operational, and investigative necessities and challenges that it currently faces.

