Office of the Court Monitor
Monitoring Matrix and Methodology on Policies and Procedures

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 109 | Policies and procedures shall reflect and express PRPD's core values and priorities, and provide clear guidance to ensure that officers and civilian employees lawfully, effectively, and ethically serve the community. PRPD shall develop comprehensive and agency-wide policies and procedures to ensure consistency with, and full implementation of, each requirement of this Agreement. These policies and procedures shall define terms clearly, comply with applicable law, and comport with generally accepted policing practice. PRPD shall apply policies uniformly and hold officers accountable for complying with policies and advancing PRPD's core values and priorities. | Compliance will be determined on two separate, but inter-dependent bases: (1) the implementation of Paragraphs 110-116, and (2) the results of outcome assessments, pursuant to Paragraph 243. | | Annually | |
| 110 | PRPD shall develop and publish a department-wide policy and procedure manual that will include all policies, procedures, and regulations governing all administrative and operational aspects of PRPD. The manual shall be organized by subject-matter and indexed for reference. | 1. Document review of the Policy and Procedures Manual to determine whether it is complete, organized, and indexed, and has been published department wide.<br><br>2. Site visits to a random sample* of precincts and units to determine whether the current Policy and | 1. The Policy and Procedures Manual is complete, organized, and indexed, as required by the Agreement.<br><br>2. The current Policy and Procedures Manual is accessible to officers in 95% of selected precincts and units. | Annually | |

1

Office of the Court Monitor
Monitoring Matrix and Methodology on Policies and Procedures

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | Procedures Manual is accessible to officers in hard copy or through electronic means. | | | |
| 111 | PRPD's unit-wide policies and procedures shall be collected in unit-level policy and procedure manuals.  PRPD shall develop unit-level policy and procedure manuals for, at a minimum, the following PRPD units or functions:<br>a)  Field operations, including patrol, special and tactical operations, field support, special weapons and tactics, canines, supervision task forces, and mass demonstration or event policing;<br>b)  SPR, including case and records management, administrative investigations, confidential investigations, parallel criminal and administrative investigations, FIU investigations, audits, and officer drug testing;<br>c)  Use of Force Reporting, Investigation, and Review, including both Supervisory and Serious Use of Force Investigations and Review; and In-Custody Death Reviews;<br>d)  Criminal investigations, including sub-units assigned to investigate homicides, sexual assaults, domestic violence, narcotics, vice, and illegal firearms; and<br>e)  Recruitment and Training, including | 1. Document review of unit-level policy and procedures manuals to determine whether unit-wide policies and procedures have been created, approved, and collected for the following units or functions:<br>a) Field operations<br>b) Professional responsibility<br>c) Use of force<br>d) Criminal investigations<br>e) Recruitment and training<br><br>2. Site visits to a random sample* of precincts and units to determine whether the current unit-level policy and procedures manual is accessible to officers in hard copy or through electronic means. | 1. Unit-wide policies and procedures are collected in manuals for each of the five areas specified in the Agreement.<br><br>2. The current unit-level policy and procedures manual is accessible to officers in 95% of selected precincts and units. | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Policies and Procedures

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | training provided by UCCJ and in-service training. | | | | |
| 112 | PRPD shall review each newly developed policy after it is issued and revise the policy as necessary to ensure that it provides effective guidance to PRPD personnel. | 1. Content analysis of protocols on policy development to determine whether they incorporate the requirements of Paragraphs 112-113.

2. Interview of relevant personnel and document review of orientation on policy development protocols to determine whether they address the review, revision, and publishing of PRPB policies as required by approved protocols.

3. Interview of relevant personnel and document review of policies and review schedules to determine whether policies and procedures related to the Agreement are reviewed and revised, as necessary, in a timely manner in accordance with approved policies. | 1. Policies on policy development incorporate the requirements of the paragraphs.

2. Orientation on policy development protocols is consistent with approved protocols.

3. 95% of policies and procedures due for review during the evaluation period are reviewed and, as necessary, revised.

4. Stakeholder comments are reviewed and considered as part of the policy review process.

5. Internal comments and recommendations are reviewed and considered as part of the policy review process. | Annually | IST |

Office of the Court Monitor
Monitoring Matrix and Methodology on Policies and Procedures

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
|  |  | 4. Interview of relevant personnel and document review to determine whether stakeholder comments and recommendations are reviewed and considered as part of the policy review process.  The evaluation will include a review of the feedback mechanism of the Virtual Library or other alternative mechanism.<br><br>5. Interview of relevant personnel and document review to determine whether internal comments and recommendations on policies are reviewed and considered as part of the policy review process.<br><br>6. Interview of relevant personnel and document review to determine whether policies are posted online or otherwise made public in a timely manner in accordance with approved policies. | 6. Policies are posted online in a timely manner or otherwise made available to the public as required by approved policies. |  |  |

4

Office of the Court Monitor
Monitoring Matrix and Methodology on Policies and Procedures

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 113 | PRPD shall review each policy or procedure created or revised pursuant to this Agreement on an annual basis for the first three years from the Appointment Date or upon notice of a policy deficiency, and biannually thereafter. PRPD will develop a schedule for the biannual review.  PRPD shall make revisions as necessary to ensure that policies and procedures remain consistent with this Agreement, generally accepted policing practice, and current law.  All PRPD policies, including but not limited to those created pursuant to this Agreement, shall be posted online and otherwise made publicly available in a timely manner.  Reasonable exceptions shall apply to policies and procedures that are law enforcement sensitive. | This Paragraph will be assessed with Paragraph 112. | | | |
| 114 | Within a reasonable period of time, PRPD shall ensure that all relevant PRPD personnel have received, read, and been trained on all new or amended policies or procedures as necessary to fulfill their role as required by policies and procedures, including the obligation to report any policy or procedure violation. | 1. Content analysis of policies to determine whether they incorporate the requirements of Paragraphs 114-116.

2. Content analysis of training on information systems and agency communications to determine whether it addresses the receipt and | 1. Policies incorporate the requirements of the paragraphs.

2. Training on information systems and agency communications is consistent with approved policies. | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Policies and Procedures

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | review of policies and procedures.<br><br>3. Document review of agency transmittal receipts for a random sample* of officers to determine whether they have received and opened all files with policies related to the Agreement that were approved and issued during the evaluation period.<br><br>4. Interview of relevant personnel and document review of materials related to monthly academies, including attendance sheets, for a random sample* of precincts or units to determine whether personnel are notified of new or revised policies related to the Agreement that were approved and issued during the evaluation period. | 3. 95% of selected officers received and opened all agency transmittals with policies that were approved and issued during the evaluation period.<br><br>4. 95% of selected precincts or units notified personnel of new or revised policies related to the Agreement that were approved and issued during the evaluation period through monthly academies.<br><br>5. 95% of selected personnel received notification of policies advising that they may be subject to discipline, possible criminal prosecution, and/or civil liability for violating PRPB policy. | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Policies and Procedures

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 5. Documents review of agency transmittal receipts for a random sample* of officers to determine whether the officers were notified of policies advising that they may be subject to discipline, possible criminal prosecution, and/or civil liability for violating PRPB policy.<br><br>Note: Compliance with the training requirements in Paragraphs 114-115 will be based on the assessments for Paragraph 119 regarding pre-service training for new recruits and Paragraph 129 regarding in-service training for existing personnel. | | | |
| 115 | PRPD shall document that each relevant PRPD officer or other employee has received, read, and been trained appropriately regarding PRPD's policies and procedures. | This Paragraph will be assessed with Paragraph 114. | | | |
| 116 | PRPD shall advise all officers that taking police action in violation of PRPD policy may subject officers to discipline, possible criminal prosecution, and/or civil liability. | This Paragraph will be assessed with Paragraph 114. | | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Policies and Procedures

*Denotes a randomized sample obtained through [20%] of the population/universe to be studied. Randomization minimizes sampling errors while ensuring equal representation of all variables. Percentages for training compliance will be based on the number of officers who are eligible for training.

Note:  when referencing a "content analysis" of training, the monitor may conduct random and unannounced site visits to the Police Academy and/or training sites, which will allow for the review of the training content, delivery of materials, and learning process as a whole.  Content analyses of policies and training will be based on applicable law and generally-accepted policing practices.