Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 117 | PRPD shall ensure that every PRPD officer and employee receives effective and comprehensive training that ensures they understand their responsibilities, the scope of their authority, and PRPD policy, and are able to fulfill these responsibilities and police effectively.  Qualified trainers and instructors shall deliver instruction through generally accepted methods and techniques that are approved by UCCJ** and are designed to achieve clear and articulated learning objectives.  Trainers and instructors shall utilize generally accepted evaluation methods approved by UCCJ to assess proficiency and competency. | Compliance will be determined on two separate, but inter-dependent bases: (1) the implementation of Paragraphs 117-134, and (2) the results of outcome assessments, pursuant to Paragraph 243.

In addition, the following requirements will also be reviewed for compliance, pursuant to Paragraph 242 of the Agreement:

1. Content analysis of policies on training to determine whether they incorporate the requirements of the paragraph related to qualified instructors, instruction delivery, and evaluation methods.

2. Content analysis of training for trainers and instructors to evaluate quality and content in accordance with approved policies. | 1. Policies incorporate all of the requirements of the paragraph related to qualified instructors, instruction delivery, and evaluation methods.

2. Training for trainers and instructors is consistent with approved policies.

3. Instructors and trainers are qualified and certified as required by policy in 95% of selected training courses.  See Training Worksheet #1.

4. Instruction is delivered in accordance with policy in 95% of selected training classes. See Training Worksheet #2.

5. Evaluation methods are used and documented in accordance with policy | Annually | |

1

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 3. Document review at least once a year of personnel records for a random sample* of training courses provided during the evaluation period to determine whether trainers and instructors are qualified and certified in relevant subject-matter areas as required by policies.  The qualifications of trainers and instructors for pre-service training programs will be assessed together with Paragraph 122.

4. Site visits to a random selection* of all live training classes provided during the evaluation period to determine whether instruction is delivered in accordance with policies.

5.  Document review at least once a year of training course files for a random sample* of courses provided during the evaluation period to determine whether | in 95% of selected training course files. | | |

2

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
|  |  | evaluation methods are used and documented as required by policies. The evaluation methods for pre-service training programs will be assessed together with Paragraph 121. |  |  |  |
| 118 | UCCJ shall provide pre-service education and training to candidates for sworn personnel positions in PRPD in accordance with its enabling statute and regulations. To the extent that UCCJ will confer Associate or equivalent degrees recognized by nationally or regionally accredited institutions of higher learning in the continental United States, UCCJ shall maintain its license in good standing from the Puerto Rico Council on Education and attain full accreditation from the Middle States Association of Colleges and Schools within two years of the decision to confer such degrees. | This Paragraph will be assessed with Paragraph 119. |  | Annually |  |
| 119 | Once candidates meet all educational requirements and eligibility criteria, UCCJ shall establish and provide a pre-service training program for PRPD cadets consisting of at least 900 hours of instruction that comports with generally accepted policing practice with respect to quality and content, and that reflects the | 1. Content analysis of policies on pre-service training to determine whether they incorporate the requirements of Paragraphs 118-121. | 1. Policies incorporate all of the requirements of Paragraphs 118-121.

2. The pre-service training program, including curriculum and related training | Annually |  |

3

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | requirements of this Agreement. | 2. Content analysis of the pre-service training program, including curriculum and related training materials, to evaluate quality and content in accordance with approved policies.<br><br>3. Content analysis of training plans and standards to determine whether they comply with approved policies.<br><br>4. Document review to determine whether all personnel who complete the pre-service training program are trained and certified in accordance with training plans, standards, and policy. Review a random sample* of personnel files to determine whether certifications validate training records.<br><br>5. Interviews with relevant personnel and content analysis of the pre-service | materials, is consistent with approved policies.<br><br>3. Training plans and standards are consistent with approved policies.<br><br>4. 95% of personnel who complete the pre-service training program are trained and certified (or scheduled for training, in the case of mid-year reviews) in accordance with training plans, standards, and policy.<br><br>5. The pre-service training curriculum is reviewed and revised in accordance with policy.<br><br>6. Findings and recommendations of bi-annual reviews of the pre-service training curriculum are submitted to the Commissioner in written reports. | | |

4

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | training curriculum to determine whether the curriculum is reviewed and revised on at least a bi-annual basis as required by policy.<br><br>6. Document review to determine whether findings and recommendations of bi-annual reviews of the pre-service training curriculum are submitted to the Commissioner.<br><br>7. Document review to determine whether needs assessments are conducted in accordance with policy. | 7. Needs assessments are conducted in accordance with policy. | | |
| 120 | PRPD and UCCJ shall review and revise its pre-service training curriculum to ensure quality, consistency, and compliance with applicable law, PRPD policy, and this Agreement.  PRPD and UCCJ shall conduct regular subsequent reviews, at least semi-annually, and submit their findings and recommendations in written reports to the Superintendent. | This Paragraph will be assessed with Paragraph 119. | | Annually | |

5

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 121 | PRPD and UCCJ shall develop an appropriate training plan and standards including, but not limited to, establishing appropriate passing criteria, attendance, and participation requirements, and valid evaluation methods, to ensure that cadets and officers attain necessary knowledge, skills, and competencies to implement all requirements in this Agreement.  PRPD and UCCJ shall conduct regular needs assessments to ensure that training related to the implementation of this Agreement is responsive to the knowledge, skills, and abilities of the cadets and officers being trained. | This Paragraph will be assessed with Paragraph 119. | | Annually | |
| 122 | PRPD and UCCJ shall select and train qualified officer and academic instructors and shall ensure that only mandated objectives and approved lesson plans are taught by instructors.  Instructors shall engage students in meaningful dialogue, role playing, and test taking, as appropriate, regarding particular scenarios, preferably taken from actual incidents involving PRPD officers, with the goal of educating students regarding the legal and tactical issues raised by the scenarios. | 1. Content analysis of policies on pre-service training to determine whether they incorporate the requirements of the paragraph related to qualified instructors, instruction delivery, and evaluation methods.<br><br>2. Content analysis of training for trainers and instructors to evaluate quality and content in accordance with approved policies. | 1. Policies incorporate all of the requirements of the paragraph related to qualified instructors, instruction delivery, and evaluation methods.<br><br>2. Training for trainers and instructors is consistent with approved policies.<br><br>3. Instructors and trainers are qualified and certified as required by policy in 95% of | Annually | |

6

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 3. Document review of personnel records for a random sample* of training courses provided during the evaluation period to determine whether trainers and instructors are qualified and certified in relevant subject-matter areas as required by policies.<br><br>4. Site visits to a random selection* of live pre-service training classes provided during the evaluation period to determine whether instruction is delivered in accordance with policies. | selected training courses. See Training Worksheet #1.<br><br>4. Instruction is delivered in accordance with policy in 95% of selected training classes. See Training Worksheet #2. | | |
| 123 | PRPD shall develop a field training program that consists of at least 800 hours and that comports with generally accepted policing practice with respect to quality and content, and that reflects the substantive requirements of this Agreement. | 1. Content analysis of policies on field training to determine whether they incorporate the requirements of Paragraphs 123, 126.<br><br>2. Content analysis of the field training program, including curriculum and related training materials, to evaluate quality and content | 1. Policies incorporate all of the requirements of Paragraphs 123, 126.<br><br>2. The field training program, including curriculum and related training materials, is consistent with approved policies. See Field Training Worksheet #3 | Annually | |

7

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | in accordance with approved policies.

3. Document review to determine whether personnel who complete the field training program are trained and certified in accordance with approved policies. Review a random sample* of personnel files to determine whether certifications validate training records. | 3. 95% of personnel who complete the field training program are trained and certified (or scheduled for training, in the case of mid-year reviews) in accordance with approved policies. | | |
| 124 | PRPD's policies and procedures on field training shall delineate the criteria and methodology for selecting Field Training Officers ("FTOs"). PRPD shall permit only qualified officers to serve as FTOs. To determine qualifications, PRPD shall consider officer experience, disciplinary history, and demonstrated leadership skills, among other factors. PRPD shall strive to assemble FTOs that represent a broad cross-section of the community. | 1. Content analysis of policies to determine whether they incorporate the requirements of the paragraph.

2. Content analysis of the selection devices used by FTO evaluation boards to evaluate quality and content in accordance with approved policies.

3. Document review to determine whether a random sample of 20% of FTOs | 1. Policies incorporate all of the requirements of the paragraph.

2. Selection devices used by the FTO evaluation boards are consistent with approved policies.

3. Selected FTOs meet eligibility requirements. | Annually | |

8

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | meet eligibility criteria as required by policy.<br><br>4. Document review to determine whether FTOs who do not maintain eligibility are removed as FTOs as required by policy. Review a random sample* of training records and personnel files of current FTOs to determine whether they meet eligibility requirements as required by policy. | 4. All FTOs who do not maintain eligibility are removed as FTOs in accordance with approved policies. | | |
| 125 | PRPD shall ensure that all FTOs receive training in the following areas: management and supervision; community-oriented policing; effective problem solving techniques; and field communication, among others. FTOs shall be required to maintain, and demonstrate on a regular basis, their proficiency in managing recruits and subordinates, practicing community-oriented policing, and solving problems effectively. | 1. Content analysis of policies on training for FTOs to determine whether they incorporate the requirements of this Paragraph.<br><br>2. Content analysis of the training for FTOs, including curriculum and related training materials, to evaluate quality and content in accordance with approved policies. | 1. Policies incorporate all of the requirements of this Paragraph.<br><br>2. Training for FTOs is consistent with approved policies.<br><br>3. 95% of personnel who complete the training for FTOs are certified (or scheduled for training, in the case of mid-year reviews) in accordance with approved policies | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 3. Document review to determine whether all personnel who complete the training for FTOs are certified in accordance with approved policies. Review a random sample* of personnel files to determine whether certifications validate training records. | | | |
| 126 | PRPD shall ensure that recruits in the field training program are trained in a variety of geographic areas within Puerto Rico; in a variety of shifts; and with several FTOs. | This Paragraph will be assessed with Paragraph 123. | | | |
| 127 | PRPD shall develop a program to assess FTO performance using appropriate evaluation tools.  PRPD shall review and evaluate the performance of FTOs, with re-certification dependent on strong prior performance and feedback from other staff.  Any recommendation from a FTO to terminate a trainee during their field training program shall be reviewed and evaluated by the chain of command. | 1. Content analysis of the FTO performance assessment program, including evaluation tools, to determine whether it incorporates the requirements of the paragraph.

2. Content analysis of training for supervisors evaluating the performance of FTOs to determine whether it complies with approved policies. | 1. The FTO performance assessment program incorporates all of the requirements of the paragraph.

2. Training for supervisors evaluating the performance of FTOs is consistent with approved policies.

3. 95% of performance assessments for selected FTOs are within policy. | Annually | |

10

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 3. Document review of performance assessments for a random sample* of FTOs to determine whether they comply with approved policies.<br><br>4. Document review of personnel files for a random sample* of recertified FTOs to determine whether they comply with approved policies.<br><br>5. Document review of recommendations by FTOs to terminate a trainee from the field training program to determine whether the recommendations were reviewed and evaluated by the chain of command. | 4. 95% of personnel files for selected FTOs who were recertified to serve as FTOs are within policy.<br><br>5. 95% of recommendations by FTOs to terminate a trainee from the field training program are reviewed and evaluated by the chain of command. | | |
| 128 | PRPD shall create a mechanism for recruits to provide confidential feedback regarding the quality of their field training and their FTO, including the extent to which their field training was consistent with what they learned, and suggestions for changes to training based upon their experience in the FTO program. | 1. Content analysis of policies on field training feedback to determine whether they incorporate the requirements of the paragraph.<br><br>2. Content analysis of training for relevant | 1. Policies incorporate all of the requirements of the paragraph.<br><br>2. Training for relevant personnel includes training on the feedback mechanism. | Annually | |

11

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | personnel to determine whether it includes training on the mechanism to obtain feedback from recruits in accordance with approved policies.<br><br>3. Document review of personnel files of relevant personnel to determine whether they received training on the feedback mechanism.<br><br>4. Interviews with relevant personnel and document review of feedback and suggestions from a random sample* of recruits to determine whether feedback and suggestions are considered when reviewing and revising the field training program. | 3. All relevant personnel are trained on the feedback mechanism.<br><br>4. Feedback and suggestions of recruits is considered when reviewing and revising the field training program. | | |
| 129 | PRPD shall establish a mandatory annual in-service training program that consists of at least 40 hours and that comports with generally accepted policing practice with respect to quality and content, and that reflects the requirements of this | 1. Content analysis of policies on in-service training to determine whether they incorporate the requirements of Paragraphs 129-131. | 1. Policies incorporate all of the requirements of Paragraphs 129-131. | Annually | |

12

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | Agreement. | 2. Content analysis of the in-service training program, including curriculum and related training materials, to evaluate quality and content in accordance with approved policies.<br><br>3. Document review to determine whether personnel who complete the in-service training program are trained and certified in accordance with approved policies. Review a random sample* of personnel files to determine whether certifications validate training records.<br><br>4. Interviews of relevant personnel and document review to determine whether the in-service training program includes training tracks that are tailored to the assignments or ranks required by policies and the Agreement. | 2. The in-service training program, including curriculum and related training materials, is consistent with approved policies.<br><br>3. 95% of personnel who complete the in-service training program are trained and certified (or scheduled for training, in the case of mid-year reviews) in accordance with approved policies.<br><br>4. The in-service training program includes training tracks in accordance with approved policies and the Agreement.<br><br>5. Reviews and revisions of the in-service training program are based on multiple factors in accordance with approved policies and the Agreement. | | |

13

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 5. Interviews with relevant personnel and document review to determine whether PRPB reviews and revises the in-service training program based on multiple factors in accordance with approved policies and the Agreement. | | | |
| 130 | PRPD shall create in-service training tracks for the following groups, including, but not limited to, command staff; lieutenants and sergeants; detectives; narcotics and vice investigators; specialized units; and professional responsibility investigators. | This Paragraph will be assessed with Paragraph 129. | | Annually | |
| 131 | PRPD shall identify critical in-service training topic areas based on an analysis of factors that include but are not limited to officer safety issues, community concerns, use-of-force statistics, internal affairs statistics, court decisions, research reflecting the latest law enforcement trends, individual precinct needs, and input from members at all levels of the Department, the Superintendent's Citizens' Interaction Committee ("CIC") and members of the community. | This Paragraph will be assessed with Paragraph 129. | | Annually | |

14

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 132 | PRPD shall develop a comprehensive training program to supplement the 40-hour formal in-service training that is delivered at the beginning of shifts or tours of duty for all officers. Training may include special topics selected by UCCJ and precinct or unit Commanders that address constitutional policing, officer safety, readiness, community concerns, or departmental procedural matters. | 1. Content analysis of policies on monthly meetings to determine whether they incorporate the requirements of the paragraph.<br><br>2. Content analysis of monthly meeting documents to evaluate quality and content in accordance with approved policies and the Agreement.<br><br>3. Document review of documents for a random sample* of monthly meetings to determine whether they comply with approved policies. | 1. Policies incorporate all of the requirements of the paragraph.<br><br>2. Monthly meetings are consistent with approved policies and the Agreement.<br><br>3. 95% of selected monthly meetings comply with approved policies. | Annually | |
| 133 | PRPD shall electronically maintain complete and accurate records of current curricula, lesson plans, and other training materials in a central, commonly-accessible, and organized file system. | 1. Content analysis of policies on the storage and preservation of training records and materials to determine whether they incorporate the requirements of the paragraph. | 1. Policies incorporate all of the requirements of the paragraph.<br><br>2. Training on the storage and preservation of training records and materials is consistent with approved policies. | Annually | IST |

15

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 2. Content analysis of training on the storage and preservation of training records and materials to determine whether it is consistent with approved policies.<br><br>3. Document review of a random sample* of courses provided during the evaluation period to determine whether training records and materials are stored and preserved in accordance with approved policies. | 3. Training records and materials are stored and preserved in accordance with approved policies in 95% of selected courses. | | |
| 134 | PRPD shall track, maintain, and report detailed, real-time training records and statistics.  PRPD shall develop an electronic database to create and maintain records for each recruit and each sworn and unsworn member of the PRPD, including a standard electronic training record and electronic copies of certificates and other materials.  The training records shall include the following information: the course description and duration, curriculum, location of training, and name of instructor.  PRPD will provide the Superintendent with annual reports, or | 1. Content analysis to determine whether the electronic database accounts for all of the elements in the paragraph and the outcome measures required by Paragraph 243.<br><br>2.  Document review of training records for a random sample* of officers.to determine whether the electronic | 1. The electronic database accounts for all of the elements in the paragraph and outcome measures as required by Paragraph 243.<br><br>2.  All training records and statistics are tracked in the electronic database. | Annually | IST |

Office of the Court Monitor
Monitoring Matrix and Methodology on Training

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | more often as needed, on training attendance and testing results. | database is current and accurate.<br><br>3. Content analysis of training reports submitted to the Commissioner on training attendance and testing results. | 3. Training reports provide current and accurate information to the Commissioner. | | |

*Denotes a randomized sample obtained through 20% of the population/universe to be studied.  Randomization ensures minimization of a sampling error while ensuring equal representation of all variables.  Percentages for training compliance will be based on the number of officers who are eligible for training.

** The University College of Criminal Justice (UCCJ) is no longer operational.  Currently, PRPB owns and operates the Police Academy through the Auxiliary Superintendency for Education and Training, which is charged with meeting the training needs of PRPB.  Accordingly, PRPB assumes all of the implementation and compliance responsibilities assigned to UCCJ.

Note:  when referencing a "content analysis" of training, the monitor may conduct random and unannounced site visits to the Police Academy and/or training sites, which will allow for the review of the training content, delivery of materials, and learning process as a whole.  Content analyses of policies and training will be based on applicable law and generally-accepted policing practices.

17