# INVOICE 0052 FOR PROFESSIONAL SERVICES; JUNE 2019

RECEIVED & FILED CLERK'S OFFICE JUL 08 2019 US DISTRICT COURT SAN JUAN, PR

RELEASED BY SCOTT CRAGG
FEDERAL MONITOR
CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **John Romero**
**Interim Federal Monitor**
**Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of June 2019 is detailed as follows:

| Task Performed | US Hours | PR hours | Dates of Work | Billable Amount |
|---|---|---|---|---|
| Work Performed on-site in Puerto Rico | | 5 | 6/9/19 | $750.00 |
| | | 8 | 6/10/19 | $1,200.00 |
| | | 9 | 6/11/19 | $1,350.00 |
| | | 9 | 6/12/19 | $1,350.00 |
| Net hours in PR | | 31 | | $4,650.00 |
| Communications (prepare, review, answer) - telcons and emails to/from CT, PRPB, USDOJ, Judge, Special Master | 6.75 | | | $1,012.50 |
| Research methodologies applicable to PRPB; UoF Investigation (LAPD), applicable Albuquerque materials, Media articles on PRPB Reorganization (provided by DoJ) | 5.50 | | | $825.00 |
| Monitoring Methodology; Revisions, Review of materials for Hearing, coordination with Core Team, Review of Blanco-Peck breakdown, Review of Saucedo Final Consensus version, Review of Saucedo Conventions Used in UoF Methodology | 8.75 | | | $1,312.50 |
| Review of NPPR Paragraph 13 Implementation Plan | 1.25 | | | $187.50 |
| Trip Report - June 2019 | 2.75 | | | $412.50 |
| Methodology teleconferences | 4.25 | | | $637.50 |
| Site visit monitoring planning | 1.25 | | | $187.50 |
| Net Hours US | 30.50 | | | $4,575.00 |
| | | | | |
| TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr | | | 31.00 | $4,650.00 |

| | | |
|---|---|---|
| TOTAL OF BILLABLE HOURS IN US @ $150/hr | 30.50 | $4,575.00 |
| Subtotal - Labor | | $9,225.00 |
| Uncompensated Labor | 0.83 | $125.00 |
| Net Allowable Labor | | $9,100.00 |
| Airfare | | $524.40 |
| Hotel | | $407.10 |
| Meals | | $162.58 |
| Cab fares/transportation | | $42.54 |
| Subtotal Expenses | | $1,136.62 |
| Uncompensated Expenses | | $136.62 |
| Net Allowable Expenses | | $1,000.00 |
| Total Cost | | $10,361.62 |
| Allowable Fee | | $10,100.00 |

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Team

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contract.

John Romero – Acting Federal Monitor

COURTYARD®
Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0406
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00 Clerk: 8
CRS Number 71648593

Marriott Rewards # 797225828

Name:

Arrive: 06-09-19 Time: 12:15 Depart: 06-12-19 Folio Number: 608274

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-09-19 | Package | 115.00 | |
| 06-09-19 | Government Tax | 10.35 | |
| 06-09-19 | Hotel Fee | 10.35 | |
| 06-10-19 | COMEDOR- Guest Charge (Breakfast) | 20.00 | |
| 06-10-19 | Package | 115.00 | |
| 06-10-19 | Government Tax | 10.35 | |
| 06-10-19 | Hotel Fee | 10.35 | |
| 06-11-19 | COMEDOR- Guest Charge (Breakfast) | 13.04 | |
| 06-11-19 | Package | 115.00 | |
| 06-11-19 | Government Tax | 10.35 | |
| 06-11-19 | Hotel Fee | 10.35 | |
| 06-12-19 | Comedor - Guest Charge | 4.35 | |
| 06-12-19 | Visa Card | | 444.49 |
| | *Card # XXXXXXXXXXXX6833* | | |
| | Balance | | 0.00 USD |

Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, enjoy exclusive member offers. Enroll today at the front desk.

**SCOTT POMAIALOHA CRAGG**

Frequent Flier: B6 3363415311

Ticket number: 2792126321659

**DCA - SJU:**

Fare: Blue

Bags: Your Mosaic membership includes two (2) checked bags per person. You also get one (1) carry-on and one (1) personal item.*

Seat: 12E

Notes: Even More Speed

**SJU - DCA:**

Fare: Blue

Bags: Your Mosaic membership includes two (2) checked bags per person. You also get one (1) carry-on and one (1) personal item.*

Seat: 12B

Notes: Even More Speed

Get up to 7" more legroom, a fast lane to the TSA checkpoint*, and early boarding—all the better to nab that overhead bin.

**Add Even More Space**

*Select cities

# Payment Details

| XXXXXXXXXXX3831 | NONREF - FEE FOR CHG/CXL | $467.00 |
|---|---|---|
| | Taxes & fees | $57.40 |
| | **Total:** | **$524.40 USD** |

Purchase Date: May 18, 2019

Request full receipt


# The wheel deal.

Save with Avis and Budget when you add a car to your booking, plus drive away with TrueBlue points on every rental.

**Add a car**


Flight Tracker | Bag Info | Airport Info

## Stay Connected

**Download the JetBlue mobile app**

Flights

Hotels

Flights + Hotel by JetBlue Vacations

Cars

# TAXI RECEIPT

DATE: 6/11/19

FROM: McV. LAW

TO: Hotel Marriott

FARE: $ 20.00 LUGGAGE: $

TOTAL $

SPECIAL SERVICE CALL

Tel.

JR

SIGNATURE

# TAXI RECEIPT

SPECIAL SERVICE CALL

Tel.

FROM: McV

TO: Hotel

FARE: $ 5 LUGGAGE: $

TOTAL $

DATE: 6/10

SIGNATURE

# TAXI RECEIPT

SPECIAL SERVICE CALL

Tel.

FROM: Hotel

TO: McV

FARE: $ $5 LUGGAGE: $

TOTAL $

DATE: 6/10

SIGNATURE

**Subject:** [Business] Your Wednesday afternoon trip with Uber
**Date:** Wednesday, June 12, 2019 at 3:12:22 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: $9.50
Wed, Jun 12, 2019

# Thanks for riding, scott

We hope you enjoyed your ride this afternoon.

## Total $9.50

You earned 19 points on this trip

Good news - you've been refunded a portion of your original upfront price on this trip because of a change to the anticipated route. Please see the receipt breakdown for details.

| | |
|---|---|
| Trip Fare | $8.41 |
| Subtotal | $8.41 |
| Booking Fee | $1.09 |

Amount Charged

**Subject:** [Business] Your Sunday morning trip with Uber
**Date:** Sunday, June 9, 2019 at 7:00:07 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: $13.04
Sun, Jun 09, 2019

# Thanks for riding, scott

We hope you enjoyed your ride this morning.

| Total | $13.04 |
|---|---|

You earned 26 points on this trip

| | |
|---|---|
| Trip Fare | $7.04 |
| Subtotal | $7.04 |
| Tolls, Surcharges, and Fees | $6.00 |

Amount Charged

| | |
|---|---|
| •••• 8273 Switch | $13.04 |

Receipt ID # d63f84df-07a2-4255-a1c8-11d8c93356db

LOS PINOS
655 PONCE DE LEON
SAN JUAN, PUERTO RICO 00901
ph (787) 722-6862

Gracias por su visita

TABLE: 41 - 1 Guest
Su Mecera (o) fue YAJAIRA
6/10/2019 7:28:51 PM
Sequence #: 0000144
ID #: 0140042

| ITEM | QTY | PRICE |
|---|---|---|
| REFRESCO LATA | (2@$1.75) | $3.50 |
| Casillero / Chardonnay | (4@$6.00) | $24.00 |
| ALITAS PLATO | (3@$10.95) | $32.85 |
| ARROZ Y HABICHUELAS | 1 | $4.25 |
| HABICHUELAS SIDE | 1 | $1.00 |
| Subtotal | | $65.60 |
| MUNICIPAL TX 1 % | | $0.66 |
| STATE TX 10.5 % | | $6.89 |
| Grand Total | | $73.15 |

Credit Purchase
Name :ROMERO/JOHN J
CC Type :VISA
CC Num :XXXX XXXX XXXX 1287
Reference :432025
Approval :06053D
Server :YAJAIRA
Ticket Name :41

Payment Amount: $73.15

Tip: ____________

Total: ____________

x ____________
I agree to pay the amount shown above.

Le esperamos pronto

Suggested tip on $65.60

| 20% | 18% | 15% |
|---|---|---|
| $13.12 | $11.81 | $9.84 |

Su Opinion es Importante

Pueblo®

MIRAMAR
Gerente Sonia Aguila
Tel. 787 725 4479

GROCERY
BIMBO 2X2 /VANI $1.79 T12F
PRODUCE
2.44 lb @ $4.99/lb
UVAS BLANCAS SIN SEM CALIFO $12.18 T2FW

| | |
|---|---|
| Items Subtotal | $13.97 |
| Subtotal | $13.97 |
| GOV [$1.79] | $0.19 |
| MUN [$13.97] | $0.14 |
| TOTAL | $14.30 |
| Debit card | $14.30 |
| # ************6833 | |
| Balance | $0.00 |
| Item count | 2 |

TYPE : Purchase
TENDER : Visa
CARD : S
************6833
MID : 4549101220116
TID : 11600004

AMOUNT : $14.30

RESULT : APPROVAL
DATE/TIME : 0609 130159
SEQUENCE #: 000640
AUTHOR. # : 04793D
RRN.# : 000000018642

ATH
A TODA HORA

SOGO MIRAMAR
659 AVE PONCE DE LEON
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jun 11.19 | 20:23:46 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000170 | 7147U905 | 7147444502516 |

SALE

ACCT.
************9796

AUTH. CODE: 00400S INVOICE: 005040
TRACE :006294

| | | |
|---|---|---|
| AMOUNT: | $ | 71.76 |
| State TAX: | $ | 7.53 |
| Mun. TAX: | $ | 0.72 |
| Subtotal : | $ | 80.01 |
| TIP : | | 16.00 |
| TOTAL : | | $96.01 |

CONTROL: 3PCMG-156YL
ET

SIGNATURE: X____________________

MASTERCARD
AID: A0000000041010 AC: 6328A0958D7D1D47
UN: 062F84EF TVR: 0000008000 TSI: 6800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER.

CUSTOMER COPY
Gracias por su patrocinio

---

SOGO MIRAMAR
AVE. PONCE DE LEON # 659
SAN JUAN, PR 00907
(787) 724-0222

rver: Ibrahim R. Station: 1

der #: 12264 Dine In
ble: D4 Guests: 2

| | |
|---|---|
| Coca Cola | 2.00 |
| Diet Coke | 2.00 |
| RM CHARDONNAY CP | 13.50 |
| TRADIT. PEPPER STEAK | 16.75 |
| > poco pimrnto | |
| GENERAL TAOS CHICKEN | 15.75 |
| STEAMED FISH FILET | 19.75 |
| > a la pina | |
| Coca Cola | 2.00 |
| SUB TOTAL: | 71.75 |
| IVU TAX 10.5%: | 7.54 |
| CITY TAX 1%: | 0.72 |
| | ======== |
| TOTAL: | $80.01 |

>> Ticket #: 29 <<
6/11/2019 7:21:26 PM
***************************************
PROPINA SUGERIDA NO INCLUIDA

EL 15% DE SU ORDEN = $10.76
EL 18% DE SU ORDEN = $12.92
EL 20% DE SU ORDEN = $14.35

***************************************



---

Pueblo®

MIRAMAR
Gerente Sonia Aguila
Tel. 787 725 4479

DELI

| | |
|---|---|
| REFRESCO GRANDE | $1.69 T12 |
| Items Subtotal | $1.69 |
| Subtotal | $1.69 |
| GOV [$1.69] | $0.18 |
| MUN [$1.69] | $0.02 |
| TOTAL | $1.89 |
| Cash | $20.00 |
| Change | $18.11 |
| Item count | 1 |

Kelyan Flo
#116-007 6/9/2019 12:37:30 Kelyan Flo
Inv#:00128292 Trs#:128612

SOGO MIRAMAR
AVE. PONCE DE LEON # 659
SAN JUAN, PR 00907
(787) 724-0222

Mesero: tony Estación: 1

# de Orden: 12205 Mesas
Mesa: D4 Personas: 2

| | |
|---|---|
| 1 Coca Cola | 2.00 |
| 1 Diet Coke | 2.00 |
| 1 RM CHARDONNAY CP | 6.75 |
| 1 RM CHARDONNAY CP | 6.75 |
| 1 SOGO FRIED RICE | 14.50 |
| 1 TRADIT. PEPPER STEAK | 16.75 |
| > poco pimenton | |
| 1 CH. TERIYAKI | 15.75 |
| 1 ORANGE CHICKEN | 15.75 |
| 1 SOUTH SEA SUPREME | 23.50 |
| 1 RM CHARDONNAY CP | 6.75 |
| 1 RM CHARDONNAY CP | 6.75 |
| 1 Coca Cola | 2.00 |
| SUB TOTAL: | 119.25 |
| IVU TAX 10.5%: | 12.53 |
| CITY TAX 1%: | 1.20 |
| | ======== |
| TOTAL: | $132.98 |

>> # de cuenta: 29 <<
6/9/2019 6:28:18 PM

****************************************
PROPINA SUGERIDA NO INCLUIDA

EL 15% DE SU ORDEN = $17.89
EL 18% DE SU ORDEN = $21.47
EL 20% DE SU ORDEN = $23.85

****************************************




SOGO MIRAMAR
659 AVE PONCE DE LEON
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jun 09.19 | 19:40:59 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000169 | 7147U905 | 7147444502516 |

SALE

ACCT.
************9796

AUTH. CODE: 01791S INVOICE: 004986
TRACE :006230

| | | |
|---|---|---|
| AMOUNT: | $ | 119.27 |
| State TAX: | $ | 12.52 |
| Mun. TAX: | $ | 1.19 |
| Subtotal : | $ | 132.98 |
| TIP : | | 28 00 |
| TOTAL : | | $ 160.98 |

CONTROL: 3NZU6-DWB5B
ET

SIGNATURE: X________________

MASTERCARD
AID: A0000000041010 AC: 29ABB02EAAA4BE4B
UN: 4EFB41D8 TVR: 0000008000 TSI: 6800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S