# Invoice June 23, 2019: $4,000.00

The invoice presented by Dr. Richard Blanco Peck (Independent Researcher and Consultant to the Acting Federal Monitor for the Sustainable Reform of the Puerto Rico Police Bureau: Mr. John Romero) for professional services. (Commercial number registered: 06265960010, social security: ).

Services for participation in all the required meetings and paragraph's assessment related to the compliance phases of the Police Reform requested by the Office of the Federal Monitor of the Puerto Rico's Police Department Reform. The price honorariums per hour is $100.00.

Thus, **$4,000.00.00** for:

a.) The assessment of paragraphs of the Agreement, identifying the questions that determine the compliance with those paragraphs (Use of Force & Training). Construction of open questions and group work with core team members via e-mails & conference calls. (**18 hours**).
b.) Assistance in the construction of the Use of Force and Training matrices (**20 hours**).
c.) Conference calls with Core Team (**2 hours**).

**A total of 40 hours at $100.00 per hour = $4,000.00**

I look forward to maintaining communication with you,

Sincerely yours,

*Richard Blanco Peck*

Richard Blanco Peck, Ph.D.
Independent Researcher and Consultant
Commercial number registered: 06265960010, social security                )
guayacan97@yahoo.com / 787-640-1377.
**Address:** Arkansas St. 1744, Urb. San Gerardo, San Juan, P.R.00926