Name: Rafael E. Ruiz                                        INVOICE #2019-06
Address: 12 Crestshire Dr.
Lawrence, MA 01843                                          DATE: June 30, 2019

Billed to: Federal Monitor                                  For service: June 1 through June 30, 2019
           PRPD Agreement

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Hours worked in Puerto Rico: | | | |
| Sunday, June 9th - Meeting with the Fed Monitor Team | 5 hrs. | $150/hr. | $750.00 |
| Monday, June 10th - Meetings with Parties on methodology | 9 hrs. | $150/hr. | $1350.00 |
| Tuesday, June 11th - Meetings with PRPD Academy, and at McV Office | 9 hrs. | $150/hr. | $1350.00 |
| Wednesday, June 12th - Meetings with Parties at McV | 9.5 hrs. | $150/hr. | $1425.00 |
| Thursday, June 13th - Meeting at DSP, at McV and Status Conference at Federal Courthouse San Juan | 9 hrs. | $150/hr. | $1350.00 |
| | | | |
| Hours worked from home: | | | |
| Tel/Video Conference with Parties, re Methodology; Tel. Conferences with Federal Monitor Team | 8 hrs. | $150/hr. | $1200.00 |
| | | | |
| Emails and phone calls to/from Team members, Special Master, USDOJ, Judge, PRPB | 4 hrs. | $150/hr. | $600.00 |
| | | | |
| Worked on Methodology/Matrix for Policies and Procedures and assisted on Training Matrix | 8 hrs. | $150/hr. | $1200.00 |
| TOTAL HOURS WORKED    Sub-Total | 61.5 hrs. | $150/hr. | $9225.00 |
| Billable hours | 60.66 | $150/hr. | $9100.00 |

Compensated expenses:
Hotel (Courtyard Marriott)     $555.84
Airfare (JetBlue)              $557.63
    TOTAL EXPENSES             $1113.47
    Billable                   $1000.00                                    $1000.00
    (Pro-Bono $113.47)

                                                TOTAL BILLED              $10,100.00



_____     Date: June 30, 2019
Signature