


John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

June 1 through June 30, 2019

INVOICE # 061
ACTING FEDERAL MONITOR
JUNE 2019 INVOICE

The following is a detailed statement of the hours worked.

**Sunday, June 9, 2019 through Friday June 14, 2019 site visit to Puerto Rico**

Sunday, June 9, 2019 Monitor Meeting with Team to discuss June Agenda/ Monitoring Methodology for Areas of the Agreement. 4 hrs.
Monday, June 10, 2019 Meeting with USDOJ, McV and Special Master (via teleconference) re: Methodology discussion. 9 hrs.
Tuesday, June 11, 2019 meetings with PRPB IT, FIU, Radio Control Center and Parties 9 hrs.
Wednesday, June 12, 2019 meeting with Reform personnel, McV, USDOJ. 9 hrs.
Thursday, June 13, 2019: Meeting with Secretary of DSP and PRPB Commissioner. Meeting with parties to discuss Status Conference. Attended Status Conference with Honorable Judge Gelpi. Meeting with Honorable Judge Gelpi. 9 hrs.
Friday, June 14, 2019 Meeting with PRPB IT Unit. Meeting with USDOJ, Special Master and McV. 6 hrs.
Prepared Methodology Matrix for Use of Force Area of the Agreement. 10 hrs.
Prepared Operations Plan and Checklist Instruments for Use of Force Monitoring Methodology. 12 hrs.
Generated, reviewed and responded to emails (month of June) from the Parties/Monitor Team/ Special Master. 8 hrs.
Conference calls with the Parties/Special Master during the month of June. 10 hrs.
Conference calls with the Monitor Team to discuss Monitoring Methodology for Training/Policy & Procedures. 7 hrs.
Monitor administrative duties reviewing Team invoices, preparing agenda, preparing proposed short-term budget etc. 10 hrs.

**TOTAL HOURS:** 103 HOURS 00 MINUTES.

**BILLABLE HOURS 83 HOURS. 20 MINUTES AT RATE OF $150 PER HOUR = $12,500**

Pro Bono 19 hrs. 40 Minutes

**Expenses:**

Airfare $800.93
Hotel $696.98
Taxi $170.00

**Total Expenses $1,667.91**

**Reimbursable $1,000**

(Pro Bono Expense) **$667.91**

**Total wages and Expense Reimbursement Due = $13,500**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

[signature] June 28, 2019

Signature Date

# Itinerary confirmation

Download to calendar PRINT ITINERARY

## You're all set to jet!

## Confirmation code: SDKFFS

$800.93

MANAGE BOOKING >

## Travelers

### Mr. John Joseph Romero

| Flight | | | | | |
|---|---|---|---|---|---|
| | Ticket number | 2792126282568 | | | |
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | |
| | | LAX → FLL | FLL → SJU | SJU → FLL | FLL → LAX |
| | Seat | 28D | 23D | 20D | 22D |
| | Checked bags included | 2 bags | 2 bags | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| **Los Angeles, CA (LAX)**<br>Sat Jun 8 2019, **10:06 PM**<br>A321/Mint | Fort Lauderdale, FL (FLL)<br>Sun Jun 9 2019, **6:11 AM** | **Flight 100**<br>JetBlue | **Fare: Blue**<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Sun Jun 9 2019, **8:05 AM**<br>A320 | **San Juan, PR (SJU)**<br>Sun Jun 9 2019, **10:45 AM** | **Flight 1053**<br>JetBlue | **Fare: Blue**<br>Nonstop |
| **San Juan, PR (SJU)**<br>Fri Jun 14 2019, **6:07 PM**<br>A320 | Fort Lauderdale, FL (FLL)<br>Fri Jun 14 2019, **8:49 PM** | **Flight 566**<br>JetBlue | **Fare: Blue**<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Fri Jun 14 2019, **10:11 PM**<br>A321/Mint | **Los Angeles, CA (LAX)**<br>Sat Jun 15 2019, **12:34 AM** | **Flight 2201**<br>JetBlue | **Fare: Blue**<br>Nonstop |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $734.53 | $66.40 | $800.93 | x 1 | **$800.93 USD** |

**+ LAX - SJU: Blue details**

COURTYARD®
Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0801
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00 Clerk: 7
CRS Number 71654739

Marriott Rewards # 756834271

Name:

Arrive: 06-09-19 Time: 14:20 Depart: 06-14-19 Folio Number: 608275

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-09-19 | Package | 115.00 | |
| 06-09-19 | Government Tax | 10.35 | |
| 06-09-19 | Hotel Fee | 10.35 | |
| 06-10-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 06-10-19 | Package | 115.00 | |
| 06-10-19 | Government Tax | 10.35 | |
| 06-10-19 | Hotel Fee | 10.35 | |
| 06-11-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 06-11-19 | Package | 115.00 | |
| 06-11-19 | Government Tax | 10.35 | |
| 06-11-19 | Hotel Fee | 10.35 | |
| 06-12-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 06-12-19 | Package | 115.00 | |
| 06-12-19 | Government Tax | 10.35 | |
| 06-12-19 | Hotel Fee | 10.35 | |
| 06-13-19 | Package | 115.00 | |
| 06-13-19 | Government Tax | 10.35 | |
| 06-13-19 | Hotel Fee | 10.35 | |
| 06-14-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 06-14-19 | Visa Card | | 696.98 |
| | *Card # XXXXXXXXXXXX1287* | | |