

RECEIVED & FILED
CLERK'S OFFICE
JUL 08 2019
US DISTRICT COURT
SAN JUAN, PR

Alan C. Youngs  
5552 W. Lakeridge Rd  
Lakewood, CO 80127

INVOICE# 6  
DATE: June 28, 2019

For Service June 1 – June 30, 2019

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **Hours worked in Puerto Rico:** | | | | |
| Sunday, June 9, 2019 | Meeting with the Fed Monitor Team | 5 | $150/hr. | $750.00 |
| Monday, June 10, 2019 | Meeting with Parties on methodology | 9 | $150/hr. | $1,350.00 |
| Tuesday, June 11, 2019 | Meeting with PRPD Academy and at McV Office | 9 | $150/hr. | $1,350.00 |
| Wednesday, June 12, 2019 | Meetings with Parties at McV | 9.5 | $150/hr. | $1,425.00 |
| Thursday, June 13, 2019 | Meeting at DSP at McV and Status Conference at Federal Courthouse San Juan with Judge Gelpi | 9.5 | $150/hr. | $1,425.00 |
| Friday, June 14, 2019 | Meeting with PRPB IT Unit | 4 | $150/hr. | $600.00 |
| **Hours worked at home:** | | | | |
| | Generated, reviewed and responded to emails (month of June) from Monitor Team, Parties, Special Master and DOJ | 8 | $150/hr. | $1,200.00 |
| | Conference calls with the Monitor Team to discuss Monitoring Methodology for Training/Policy & Procedures | 5 | $150/hr. | $750.00 |
| | Worked on Training Matrix and assisted on Matrix for Policy and Procedures | 8 | $150/hr. | $1,200.00 |
| | Review LAPD Force Unit materials, materials concerning training used by other training academies such as Colombia National Police, Dominican Republic, and Albuquerque reports and materials. | 5 | $150/hr. | $750.00 |
| | Translate training materials used earlier recruit class provided by Michelle Fraley. Review Henderson Academy materials, conference call with parties | 5 | $150/hr. | $750.00 |
| | **Total Hours Worked:** | 77 | $150/hr. | $11,550.00 |

|  |  |  |  |
|---|---|---|---|
| **Billable hours at Rate of $150.00 per hour** | 60.66 | $150/hr. | $9,100.00 |
| **Pro Bono hours** | 16.34 |  | 2,451.00 |
| **EXPENSES** |  |  |  |
| Airfare (Southwest) | $1,203.90 |  |  |
| Courtyard Marriott | $697.58 |  |  |
| Taxi | $172.00 |  |  |
| **TOTAL EXPENSES** | **$2,073.48** |  |  |
| Reimbursable Expenses |  |  | $1,000.00 |
| **Total Wages and Reimbursable Expenses Due** |  |  | 10,100.00 |

I hereby certify the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contract.

_Alan C. Youngs_
Signature
Alan C. Youngs

June 28, 2019
Date

Southwest Airlines - Purchase Confirmation

A-List   Hi, Alan   11,680 points   My Account | Log out   Español

# Southwest

FLIGHT | HOTEL | CAR | VACATIONS   SPECIAL OFFERS   RAPID REWARDS®

# Your flight is booked!

We're sending a confirmation email to alyoun@aol.com right now.

**Trip summary**

✈ Flight

SENIOR CONFIRMATION #
**WEJ94G**

JUN 9
**DEN ✈ SJU**

FLIGHT TOTAL
**$599.70**

## 6/9 - San Juan

JUN 9
**Denver, CO to San Juan, PR**

Senior confirmation # **WEJ94G**

| SENIOR PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards®/Acct # 207895671   A-List | + 5,710 PTS | — | Anytime |

**Departing** 6/9/19 Sunday

Anytime   $571.00
(Senior x1)

| DEPARTS | 6:25 AM | **DEN**<br>Denver, CO - DEN | FLIGHT<br>4802 |
|---|---|---|---|
| ARRIVES | 12:00 PM | MCO<br>Orlando, FL  MCO | TRAVEL TIME<br>3hr 35min |

stop 1: Orlando, FL - MCO      no plane change

| DEPARTS | 12:55 PM | MCO<br>Orlando, FL - MCO | FLIGHT<br>4802 | SUBTOTAL<br>**$571.00** |

| ARRIVES | **3:45** PM | **SJU** San Juan, PR - SJU | TRAVEL TIME 2hr 50min | |
|---|---|---|---|---|
| | | | Taxes & fees | $28.70 |
| | | | **Flight total** | **$599.70** |

**Icon legend**

- WiFi available
- Live TV available
- EarlyBird Check-In®

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your point balance may not immediately update in your account.

## Payment summary

**PAYMENT INFORMATION**                                           **AMOUNT PAID**

MasterCard 8524
XXXXXXXXXXXX8524
Expiration: 10/21

CARD HOLDER
**Alan Youngs**

BILLING ADDRESS
5552 W Lakeridge Rd
Lakewood, CO US 80227

$599.70

## Total charged

| | |
|---|---|
| SUBTOTAL | $571.00 |
| TAXES & FEES | $28.70 |
| **TOTAL DOLLARS** | **$599.70** |

Show price breakdown



A-List   Hi, Alan   11,680 points   My Account | Log out   Español

FLIGHT | HOTEL | CAR | VACATIONS   SPECIAL OFFERS   RAPID REWARDS®

# Your flight is booked!

We're sending a confirmation email to alyoun@aol.com right now.

**Trip summary**

✈ Flight

SENIOR CONFIRMATION #
**WFO8WI**

JUN 14
**SJU ✈ DEN**

FLIGHT TOTAL
**$604.20**

## 6/14 - Denver

JUN 14
**San Juan, PR *to* Denver, CO**

Senior confirmation # **WFO8WI**

| SENIOR PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards®/Acct # 207895671   A-List | + 5,710 PTS | — | Anytime |

**Departing**   6/14/19 Friday                                          Anytime              $571.00
                                                                        (Senior x1)

| | | | | |
|---|---|---|---|---|
| DEPARTS | 1:25 PM | **SJU**<br>San Juan, PR - SJU | FLIGHT<br>2593 📶 + 💵 | |
| ARRIVES | 4:25 PM | **MCO**<br>Orlando, FL - MCO | TRAVEL TIME<br>**3hr 0min** | |
| | stop 1: Orlando, FL - MCO | | ✈ Plane change | |
| DEPARTS | 6:30 PM | **MCO**<br>Orlando, FL - MCO | FLIGHT<br>1101 📶 + 💵 | SUBTOTAL<br>**$571.00** |

| | | | | |
|---|---|---|---|---|
| ✈ ARRIVES | **8:25** PM | **DEN** Denver, CO - DEN | TRAVEL TIME **3hr 55min** | |

| | |
|---|---|
| Taxes & fees | $33.20 |
| **Flight total** | **$604.20** |

**Icon legend**

📶 WiFi available    📺 Live TV available    🌅 EarlyBird Check-In®

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your point balance may not immediately update in your account.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **MasterCard 8524** XXXXXXXXXXXX8524 Expiration: 10/21 | CARD HOLDER **Alan Youngs** | BILLING ADDRESS **5552 W Lakeridge Rd** **Lakewood, CO US 80227** | **$604.20** |

## Total charged

| | |
|---|---|
| SUBTOTAL | $571.00 |
| TAXES & FEES | $33.20 |
| **TOTAL DOLLARS** | **$604.20** |

Show price breakdown

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 1006

Marriott Rewards #   119330892

CRS Number  71627857

Name:

Arrive:  06-09-19          Time:  17:15          Depart:  06-14-19          Folio Number: 608272

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-09-19 | Package | 115.00 | |
| 06-09-19 | Government Tax | 10.35 | |
| 06-09-19 | Hotel Fee | 10.35 | |
| 06-10-19 | Comedor - Guest Charge | 3.00 | |
| 06-10-19 | Package | 115.00 | |
| 06-10-19 | Government Tax | 10.35 | |
| 06-10-19 | Hotel Fee | 10.35 | |
| 06-11-19 | Comedor - Guest Charge | 13.04 | |
| 06-11-19 | Package | 115.00 | |
| 06-11-19 | Government Tax | 10.35 | |
| 06-11-19 | Hotel Fee | 10.35 | |
| 06-12-19 | Comedor - Guest Charge | 13.04 | |
| 06-12-19 | Package | 115.00 | |
| 06-12-19 | Government Tax | 10.35 | |
| 06-12-19 | Hotel Fee | 10.35 | |
| 06-13-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-13-19 | Package | 115.00 | |
| 06-13-19 | Government Tax | 10.35 | |
| 06-13-19 | Hotel Fee | 10.35 | |
| 06-14-19 | Visa Card | | 710.58 |
| | Card # XXXXXXXXXXXX8369 | | |

*-1300*
*697 58*