# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CIVIL NO. 3:12-cv-02039-GAG.** |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Defendants.** | |

## MOTION SUBMITTING INVOICE

To the Honorable Court:

NOW COMES, The undersigned as Constitutional and Legal Advisor, who respectfully informs, requests and prays as follows:

Attached to the present document is the invoice for professional services rendered by the undersigned during the months of May and June, 2019;

WHEREFORE, the undersigned very respectfully requests the Honorable Court to approve the above-mentioned expenses and issue a check in the amount of **$1,837.50**, the total amount of the invoice for that period.

In San Juan, Puerto Rico, this July 9, 2019.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**

**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com