

**CASTELLANOS GROUP P.S.C.**

# INVOICE

INVOICE NUMBER:  133
INVOICE DATE:  JUNE 30, 2019

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-14-19 | Police Reform-Puerto Rico | Review of Order; comm. with the Court in Compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| MAY-14-19 | Police Reform-Puerto Rico | Comm. With the Court; re: Town Hall Meetings and all related matters in Compliance with standard TCA requirements; comm. with Javier González | 1.00 | $125.00 | $125.00 |
| MAY-15-19 | Police Reform-Puerto Rico | Comm. With the Court in Compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| MAY-16-19 | Police Reform-Puerto Rico | Several Comm. With the Court in Compliance with standard TCA requirements; re: discussion of transition process | 1.00 | $125.00 | $125.00 |
| MAY-22-19 | Police Reform-Puerto Rico | Communications with Judge Gelpi, parties and Federal Monitor"s Office members regarding document transfer | 1.00 | $125.00 | $125.00 |
| MAY-30-19 | Police Reform PR (A.S.C.) | Meeting at Monitors Office (TCA) to pick up documents and transfer them to the Clerk's Office in Hato Rey Courthouse | 4.00 | $100.00 | $400.00 |
| JUN-12-19 | Police Reform-Puerto Rico | Comm. with the Court in Compliance with standard TCA requirements; comm. with Hernandez Denton Esq. | 0.50 | $125.00 | $62.50 |
| JUN-13-19 | Police Reform-Puerto Rico | Preparation for Hearing and Status Hearing before Judge Gelpi | 4.00 | $125.00 | $500.00 |
| JUN-14-19 | Police Reform-Puerto Rico | Comm. with the Court in Compliance with standard TCA requirements; comm. with Javier Gonzalez | 1.00 | $125.00 | $125.00 |
| JUN-26-19 | Police Reform-Puerto Rico | Review of Motion, comm. with the Court in Compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| | | Total hours for this invoice | 15.50 | | |
| | | Total amount of this invoice | | | $1,837.50 |