UNITED STATES OF AMERICA
DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>COMMONWEALTH OF PUERTO RICO, et al,<br><br>    Defendants | CIVIL NO. 12-2039 (GAG) |

**URGENT MOTION**

TO THE HONORABLE COURT:

COMES NOW the ACLU through the undersigned attorneys, and respectfully avers and prays as follows:

The ACLU is concerned about recent announcements regarding the use of an alleged specialized unit of the Department of Corrections to assist the Puerto Rico Police Bureau in the massive rally expected in Old San Juan during this afternoon and or any other rally.

This is contrary to the Reform Agreement and to the General Orders approved after extensive consideration, studies and efforts during the past 6 years. This unit (UOT) deals with situations inside prisons in the Commonwealth of Puerto Rico. It's members lack the knowledge and training that a police officer should have in order to address mass rallies and crowd control technics. This may adversely affect the achievements of the Police Reform and put in danger the physical and emotional integrity of the protestors.

There are some expressions made by members of the UOT unit, through social media,

1

threatening the population with the use of dangerous chemicals forbidden in the General Orders concerning the use of chemical agents or pepper spray, that can cause unnecessary suffering, and also constitute a serious health risk.

The lack of training in the General Orders of the Puerto Rico Police Bureau Reform concerning Use of Force, Tactical Operations, SWAT, Use of Chemical Agents, and Crowd Control endangers not only the security and safety of the people participating in the mass rally but also the security of the police officers themselves.

ACLU requests that this Court issue an urgent order that only PRPB officers duly trained in the above mentioned General Orders, can participate in the security plan for the mass rally of this afternoon.

THEREFORE, the ACLU of Puerto Rico respectfully requests from this Honorable Court that it take notice of our recommendation and prohibit the use of the Department of Corrections by the PRPB and order that the only officers authorized to participate in the security plan for the mass rally of this afternoon are Puerto Rico Police Bureau officers effectively trained under the Reform.

RESPECTFULLY SUBMMITED.

At San Juan, Puerto Rico this July 17, 2019.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notice the filing of this document to all parties in this action.

*/S/ FERMÍN L. ARRAIZA NAVAS*
FERMÍN L. ARRAIZA NAVAS
USDC-PR 215705
farraiza@aclu.org

WILLIAM RAMIREZ-HERNANDEZ, Esq

3

Executive Director
American Civil Liberties Union
of Puerto Rico
E-Mail wramirez@aclu.org

Union Plaza Building
416 Ave. Ponce de León, Suite 1105
San Juan, PR 00918
Phone: 787-753-8493
Fax: 787-753-4268