UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

VS.

COMMONWEALTH OF PUERTO RICO ET AL.
Defendant

CASE #: 3:12-CV-2039 (GAG)

## ORDER

The Court hereby informs the parties that Special Master Alejandro del Carmen and Assistant Special Master Thomas Petrowski will be traveling to Puerto Rico over the weekend. They will act as observers along with the monitor team members. In addition, they will work on matters assigned to them by the Court consonant with the special master functions. PRPB and USDOJ shall accordingly coordinate with the special masters, as has been done with the monitors.

The Court further notes that monitor core team members Al Youngs and Scott Cragg will be arriving today and tomorrow respectively.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of July of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge