UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

VS.

COMMONWEALTH OF PUERTO RICO ET AL.
Defendant

CASE #: 3:12-CV-2039 (GAG)

# ORDER

To facilitate the filing of any citizen complaint for review by the Police Monitor any person may submit the same to the following email addresses:

- DenunciaCiudadana@prd.uscourts.gov
- CitizenComplaint@prd.uscourts.gov

The sender must provide a bona fide email address or other contact information in which he or she can be contacted. Unless the complainant consents, his or her identity will not be provided to PRPB. If any further action, such as a referral to USDOJ or any law enforcement agency is warranted, the Monitor shall first inform the complainant.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of July of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge