**INVOICE # 2394**
**Embroidery**

**APPAREL BY TWISTED J, LLC**
254-434-2660
getalittletwisted.com
accounting@getalittletwisted.com

SCREEN PRINT
EMBROIDERY
PATCHES
DESIGN

| PO | | Terms | 50% Down | Created | 7/16/2019 | Payment Due | 9/4/2019 |
|---|---|---|---|---|---|---|---|
| Ref | | Ship Via | | Ship Date | | Deadline | 7/19/2019 |
| BILL TO | Alex del Carmen | | | SHIP TO | | Sales Rep | kim vickers |

Contact: Alex del Carmen   Phone: 817-681-7840 Ext     Ref:

PAID — THANK YOU

| Description | Product Color | Size Qty. | S | M | L | XL | 2 XL | 3 XL | Total | Cost Ea. | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Port Authority Essential Jacket | True Navy | | | | | 1 | | | 1 | 55.73 | 55.73 |
| Port Authority Essential Jacket | True Navy | | | | 3 | 6 | | | 9 | 54.03 | 486.27 |

**Number of Print Colors**
Front / Back / Right/S / Left/S

**Number of Stitches**
22000 / 16000
Front / Back / Right/S / Left/S

**Total Units:** 10

| | |
|---|---|
| Screens | |
| Press Setup | |
| Shipping | 100.00 |
| No Label | |
| Art | |
| Rush | 100.00 |
| Define | |
| Total | 742.00 |
| Tax | 44.72 |
| Total With Tax | 786.72 |
| Payments | 786.72 |
| Balance | 0.00 |

All prepress work including but not limited to screens, art work, screens and embroidery files are the sole property of Apparel by Twisted J, LLC.
**Customer Supplied Goods:** In no way will Apparel by Twisted J, LLC be held responsible for goods supplied from the customer. We will do everything in our power to do your job correctly. However the nature of this business lends itself to mistakes. Signing this invoice indicates you agree to these risks. Please sign and email back to the Apparel by Twisted J, LLC sales representative.