UNITED STATES OF AMERICA
DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>COMMONWEALTH OF PUERTO RICO, et al,<br><br>    Defendants | CIVIL NO. 12-2039 (GAG) |

MOTION TO WITHDRAW AS *AMICUS*

TO THE HONORABLE COURT:

COME NOW *Amicus*, ACLU of Puerto Rico, through the undersigned attorney, and respectfully avers and prays as follows:

1. The ACLU of Puerto Rico respectfully informs this court that it is withdrawing from the above captioned case, in which it appears as *Amicus* to the court on matters related to the Agreement for a Sustainable Reform of the Puerto Rico Police Bureau, signed between the United States Justice Department's Civil Rights Division and the Commonwealth of Puerto Rico.

2. The ACLU very much appreciates the court having extended it an invitation to enter the case as *Amicus* and welcomes from the court any future requests for input on matters related to this case and the eventual reformation of the PRPB.

3. The ACLU is not privy to information of substantive importance to the reform process, beyond what has been available to the general population, as motions and orders are filed restricted and have not been available to *Amicus*.

4. The ACLU will remain available to consider any requests for input by the court, with regard to related matters, to assist the court and the parties should it be necessary to do so.

**WHEREFORE**, *Amicus*, ACLU of Puerto Rico, respectfully requests that this Honorable Court take notice and withdraw the ACLU from the above captioned case.

**WE HEREBY CERTIFY:** That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on July 27, 2019.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notice the filing of this document to all parties in this action.

*/S/ FERMÍN L. ARRAIZA NAVAS*
FERMÍN L. ARRAIZA NAVAS
USDC-PR 215705
farraiza@aclu.org

WILLIAM RAMIREZ-HERNANDEZ, Esq
Executive Director
American Civil Liberties Union
of Puerto Rico
E-Mail wramirez@aclu.org

Union Plaza Building
416 Ave. Ponce de León, Suite 1105
San Juan, PR 00918
Phone: 787-753-8493
Fax: 787-753-4268