IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

**CASE NO. 12-2039 (GAG)**

## MINUTES OF PROCEEDINGS AND ORDER

The Court held on this date a telephone conference with counsel for the parties, Monitor, and Special Master. The following items were discussed.

1. The parties will continue to work on the remaining methodology for remaining areas to be approved and a final schedule shall issue.

2. The Monitor will be launching a new website to inform the public of all relevant matters to the agreement.

3. Javier Benito Gonzalez has been appointed Administrative Director of the Monitor's Office.

4. The Monitor, as per the Agreement, continues to receive and obtain information regarding the recent protests.

**Civil No. 12-2039 (GAG)**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 29th day of July 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge