IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et al.,<br><br>    **Defendants.** | **CASE NO. 12-2039 (GAG)** |

### ORDER DIRECTING THE POLICE MONITOR TO CONDUCT A SPECIAL ASSESSMENT OF PRPB'S RESPONSE TO RECENT PROTESTS AND MASS MANIFESTATIONS

As a general matter, the Federal Police Monitor is authorized to assess the Commonwealth's compliance with the crowd control provisions of the Reform Agreement, and other relevant provisions related to use of force and civilian complaints. However, in light of the sustained and targeted demonstrations that have taken place over the last two weeks and the special circumstances involved, the Court hereby directs the Monitor to conduct a special assessment of PRPB's response to crowd events related to the Governor, pursuant to Paragraph 227 of the Reform Agreement. This special assessment is intended to determine whether PRPB has properly implemented required reforms designed to ensure that civil rights are upheld, including during times of mass demonstrations and protests. The special assessment is not intended to replace the internal investigations and reviews required of PRPB by the Reform Agreement related to crowd control, arrests, use of force, and civilian complaints.

**Civil No. 12-2039 (GAG)**

Cognizant of the extraordinary circumstances presented by the crowd events of the last two weeks, the Court deployed the Monitor, John Romero, and his team of policing experts to various locations in the field to ensure that the conditions and premises of the Reform Agreement are in place. The Court also deployed the Special Master and Assistant Special Master to the field to assist with fact-gathering activities. Thus, the Monitor and his team are poised to include first-hand observation and contemporaneous assessment as part of their compliance review.

The Monitor, during the days of protests, made observations and provided daily reports to the Court. These daily reports are preliminary in nature and will be eventually shared with the public as part of a final, comprehensive report on the Monitor's findings and recommendations.

At the time of the protests, the monitor did not make or order tactical decisions on any of the police operations. Instead, he observed, gathered evidence, and complied with the Court's request to monitor all police activities before, during, and after the protests.

The Monitor is currently gathering information on the complaints related to the use of force by PRPB towards protestors during the 12 days of protests and manifestations. PRPB officers also have an affirmative duty under the Reform Agreement to report use of force and to review and investigate such force in a timely, objective, and thorough manner. The Monitor shall include PRPB's internal systems of accountability on use of force as part of his compliance assessment.

The Monitor will also confirm that the PRPB is addressing all the complaints filed by the public regarding claims of excessive use of force. The Monitor will handle all complaints received in accordance with established protocols. See Order Regarding Protocols for the Handling of Civilian Complaints and Community Engagements, ECF No. 331 (Mar. 7, 2016). This Order does not alter or modify PRPB's responsibilities under the Reform Agreement to accept and investigate

**Civil No. 12-2039 (GAG)**

civilian complaints, and individuals are encouraged to submit their complaints directly to PRPB. See PRPB website at https://policia.pr.gov.

The role of the Monitor is to ensure that the PRPB is acting under the conditions of the Reform Agreement by ensuring that each citizen is afforded the opportunity to file a complaint and for such complaint to be investigated fairly, objectively and without any retaliatory consequences.

If the federal monitor finds evidence to suggest excessive force was used by PRPB towards the protestors or other individuals, he has the obligation to refer the matter to the PRPB, FBI and/or any other relevant investigatory agency.

**SO ORDERED.**

**In San Juan, Puerto Rico this 30th day of July 2019.**

*s/ Gustavo A. Gelpí*
**GUSTAVO A. GELPÍ**
**United States District Judge**