Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**     938764039388

# INVOICE

**Customer**

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan     State: PR     ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 7/26/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 3 | Calls, emails, writings, meetings | $150.00 | $450.00 |
| 4.5 | Review of Documents (i.e., Methodologies) | $150.00 | $675.00 |
| 52 | Puerto Rico (July 21, 22, 23, 24, 2019) | $150.00 | $7,800.00 |
| 1 | Flight Reimbursement (billed at lower rate than airfare paid) | $500.00 | $500.00 |
| 3 | Hotel Reimbursement (3 Nights at reduced rate of $167/night) | $167.00 | $501.00 |
| 3 | Daily Meal Per Diem (Pro Bono) | $0.00 | $0.00 |
| 1 | Transportation (Taxi) & DFW Airport Parking (Pro Bono) | $0.00 | $0.00 |

|  |  |
|---|---|
| SubTotal | $9,926.00 |
| Shipping & Handling | |
| Taxes    State | |
| **TOTAL** | **$9,926.00** |

Signature: _(signed)_

Office Use Only

Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.** 938764039389

# INVOICE

**Customer**

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan   State: PR   ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 7/26/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 17.5 | Calls, emails, writings, meetings | $150.00 | $2,625.00 |
| 15 | Review of Documents (i.e., Methodologies) | $150.00 | $2,250.00 |
| | | SubTotal | $4,875.00 |
| | | Shipping & Handling | |
| | Taxes | State | |
| | | **TOTAL** | **$4,875.00** |

Signature:

Office Use Only