TDPetrowski LLC.
4010 Deep Valley Drive
Dallas, Texas 75244
(214) 796-7855
EIN: 83-0871011

**Invoice No.**  **PR-2019-July**

# *INVOICE*

## Customer

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan        State: PR        ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 7/26/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 2 | Calls, emails, document review. | $150.00 | $300.00 |
| 52 | Puerto Rico (July 21, 22, 23, 24, 2019) | $150.00 | $7,800.00 |
| | Flight Reimbursement (billed at lower rate than airfare paid) | $500.00 | $500.00 |
| | Hotel Reimbursement (3 Nights at reduced rate of $167/night) | $167.00 | $500.00 |
| | Daily Meal Per Diem (Pro Bono) | $0.00 | $0.00 |
| | Transportation (Taxi) & DFW Airport Parking (Pro Bono) | $0.00 | $0.00 |

| | |
|---|---|
| SubTotal | $9,100.00 |
| Shipping & Handling | |
| Taxes          State | |
| **TOTAL** | $9,100.00 |

Signature: *[signature]*

7/27/2019

Office Use Only