**INVOICE 0053(SUPPLEMENTAL) FOR PROFESSIONAL SERVICES; JULY 23 – JULY 30, 2019
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:  John Romero
     Interim Federal Monitor
     Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of July 2019 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work performed on-site in Puerto Rico | | 4.5 | 22-Jul | $675.00 |
| | | 4 | 23-Jul | $600.00 |
| Net hours in PR | | 8.5 | | $1,275.00 |
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ, Judge, Special Master. Subjects include, protests, site coordination, guidance, planning, site logistics, etc. | 2.25 | | | $337.50 |
| Trip Report | 1.25 | | | $187.50 |
| Tele-conferences | 0.50 | | | $75.00 |
| | | | | |
| Net Hours US | 4.00 | | | $600.00 |
| | | | | |
| TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr | | 8.50 | | $1,275.00 |
| TOTAL OF BILLABLE HOURS IN US @ $150/hr | | 4.00 | | $600.00 |
| | | Allowable Fee | | $1,875.00 |

INVOICE PRESENTED BY:

*[signature]*

Scott Cragg, Monitoring Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
John Romero – Interim Federal Monitor

1