Al Youngs
5552 W Lakeridge Rd
Lakewood CO 80227

July 19th through July 27th
Supplemental Invoice #1
Member of Federal Monitor Team.                    **TOTAL DUE $12,067.93**

For PROFESSIONAL SERVICES RENDERED Friday July 19 through Saturday July 27t, 2019 Puerto Rico

Assisted in preparation of preliminary reports, July 19th through July 27th, 2019 relating to demonstrations/protested Fortaleza/Command Center. 3 hours

Monitor document related to English complaints against PRPB received VIA court established email and reviewed English preliminary notification of incidents of use of force. 3 hours

Worked with acting Federal Monitor in notification concerning emails during the above identified period. 3 hours

Friday July 19th through July 27th, 2019, as an observer present at demonstration at Fortaleza and other locations throughout San Juan. 63 hours

**BILLABLE HOURS - 72 hours**
72 x $150 = $10,800

Travel Expense
Hotel                                              $1267.93
Total Travel                                       $1267.93

**Allowable Travel Expenses**                      $1267.93
**Total Billable Hours**                           $10,800.00
**Total Wages and Expense Reimbursement**          $12,067.93

## TOTAL WAGES AND EXPENSE REIMBURSEMENT DUE = $12,067.93

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_[signature]_                                      7/31/19

**Signature**                                      **Date**

COURTYARD
Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Marriott Rewards #   119330892

Name:

Arrive:   07-19-19          Time:  16:39          Depart:  07-28-19

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00  Clerk: 4
CRS Number  71253027

Folio Number: 614917

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-19-19 | Package | 115.00 | |
| 07-19-19 | Government Tax | 10.35 | |
| 07-19-19 | Hotel Fee | 10.35 | |
| 07-20-19 | The Market - Food | 1.79 | |
| 07-20-19 | SALES TAX- 10.5% State | 0.19 | |
| 07-20-19 | SALES TAX- 1% Municipality | 0.02 | |
| 07-20-19 | Package | 115.00 | |
| 07-20-19 | Government Tax | 10.35 | |
| 07-20-19 | Hotel Fee | 10.35 | |
| 07-21-19 | The Market - Food | 1.79 | |
| 07-21-19 | SALES TAX- 10.5% State | 0.19 | |
| 07-21-19 | SALES TAX- 1% Municipality | 0.02 | |
| 07-21-19 | Package | 115.00 | |
| 07-21-19 | Government Tax | 10.35 | |
| 07-21-19 | Hotel Fee | 10.35 | |
| 07-22-19 | Package | 115.00 | |
| 07-22-19 | Government Tax | 10.35 | |
| 07-22-19 | Hotel Fee | 10.35 | |
| 07-23-19 | Laundry - Dry Cleaning | 15.11 | |
| 07-23-19 | Package | 115.00 | |
| 07-23-19 | Government Tax | 10.35 | |
| 07-23-19 | Hotel Fee | 10.35 | |
| 07-23-19 | COMEDOR- Guest Charge (Breakfast) | 7.00 | |
| 07-24-19 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-24-19 | The Market - Food | 1.79 | |
| 07-24-19 | SALES TAX- 10.5% State | 0.19 | |

# COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Alan Youngs  
5552 W Lakeridge Rd  
Lakewood CO 80227  
United States

Room: 0907  
Room Type: EKNG  
No. of Guests: 1  
Rate: $ 115.00   Clerk: 4

Marriott Rewards #   119330892

CRS Number  71253027

Name:

Arrive:  07-19-19          Time:  16:39          Depart:  07-28-19          Folio Number: 614917

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-24-19 | SALES TAX- 1% Municipality | 0.02 | |
| 07-24-19 | Package | 115.00 | |
| 07-24-19 | Government Tax | 10.35 | |
| 07-24-19 | Hotel Fee | 10.35 | |
| 07-25-19 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-25-19 | Package | 115.00 | |
| 07-25-19 | Government Tax | 10.35 | |
| 07-25-19 | Hotel Fee | 10.35 | |
| 07-26-19 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-26-19 | The Market - Food | 1.79 | |
| 07-26-19 | SALES TAX- 10.5% State | 0.19 | |
| 07-26-19 | SALES TAX- 1% Municipality | 0.02 | |
| 07-26-19 | Package | 115.00 | |
| 07-26-19 | Government Tax | 10.35 | |
| 07-26-19 | Hotel Fee | 10.35 | |
| 07-27-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-27-19 | Package | 115.00 | |
| 07-27-19 | Government Tax | 10.35 | |
| 07-27-19 | Hotel Fee | 10.35 | |
| 07-28-19 | Visa Card | | 1,283.99 |
| | Card # XXXXXXXXXXXX8369 | | |
| 07-30-19 | Visa Card | | -15.96 |
| | Card # XXXXXXXXXXXX8369 | | |

1267.93