John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

July 18 through July 31, 2019

SUPPLEMENTAL INVOICE # 002       **TOTAL DUE $15,752.13**
ACTING FEDERAL MONITOR

FOR PROFESSIONAL SERVICES RENDERED Thursday JULY 18, 2019 Through July 31, 2019.
Thursday, July 18, 2019 through Tuesday, July 30 2019 (Puerto Rico)
Prepared preliminary reports (July 18 through 29) relating to demonstrations/protest at Fortaleza. 12hrs.
Conferences/meetings with Honorable Judge Gelpi, USDOJ, MCV, Secretary of DSP, PRPB Commissioner and his ranking staff. 21 hrs.
Prepared document related to complaints against PRPB received via Court established email, reviewed "Preliminary Notification of Incidents of Use of Force" PPR-113.1 4 hrs.
Prepared/read and answered emails during the above identified period 4 hrs.
Thursday, July 18 through July 29, 2019 in the capacity of observer, present at demonstration at the Fortaleza and other locations throughout San Juan 83 hrs.

**TOTAL HOURS:    124 HOURS   00 MINUTES**

**BILLABLE HOURS  84 HOURS    00 MINUTES AT RATE OF $150 Per Hour = $ 12,600**

**PRO BONO HOURS   40**

**Expenses:**

Airfare      $1,116.63
Hotel        $2,035.50

**Total Expenses: $3,152.13**

## Total Wages and Expense Reimbursement Due =$15,752.13

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

_____                          Jul 31, 2019
Signature                                         Date

# Itinerary confirmation

Report Website Problem ↓

Download to calendar        PRINT ITINERARY

## You're all set to jet!

## Confirmation code: MITTLO

MANAGE BOOKING  >

## Travelers

**Mr. John Joseph Romero**

| Flight | Ticket number | 2792130294333 | |
|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | |
| | | **LAX ➡ FLL** | **FLL ➡ SJU** |
| | Seat | 7C | 11D |
| | Checked bags included | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| **Los Angeles, CA (LAX)** | Fort Lauderdale, FL (FLL) | **Flight 100** | Fare: **Blue** |
| Sun Jul 14 2019, **10:10 PM** | Mon Jul 15 2019, **6:24 AM** | JetBlue | Nonstop |
| A321/Mint | | | |

| | | | |
|---|---|---|---|
| Fort Lauderdale, FL (FLL) | **San Juan, PR (SJU)** | **Flight 1653** | Fare: **Blue** |
| Mon Jul 15 2019, **7:53 AM** | Mon Jul 15 2019, **10:32 AM** | JetBlue | Nonstop |
| A320 | | | |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $687.21 | $33.20 | $720.41 | x 1 | **$720.41 USD** |

**+ LAX - SJU: Blue details**

Total fare:        **$720.41 USD**

## Extras

**+ Seats**

**+ Even More Speed**

Let's Chat

# Itinerary confirmation

Report Website Problem ↓

Download to calendar    PRINT ITINERARY

## You're all set to jet!

## Confirmation code: MWUIBU

MANAGE BOOKING ❯

## Travelers

**Mr. John Joseph Romero**

| Flight | Ticket number | 2792130888875 | |
|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | |
| | | **SJU ⮕ FLL**   **FLL ⮕ LAX** | |
| | Seat | 20D          28D | |
| | Checked bags included | 2 bags        2 bags | |

## Your flights

| | | | |
|---|---|---|---|
| **San Juan, PR (SJU)** | Fort Lauderdale, FL (FLL) | **Flight 566** | Fare: Blue |
| Tue Jul 30 2019, **6:07 PM** | Tue Jul 30 2019, **8:49 PM** | JetBlue | Nonstop |
| A320 | | | |

| | | | |
|---|---|---|---|
| Fort Lauderdale, FL (FLL) | **Los Angeles, CA (LAX)** | **Flight 2201** | Fare: Blue |
| Tue Jul 30 2019, **10:11 PM** | Wed Jul 31 2019, **12:34 AM** | JetBlue | Nonstop |
| A321/Mint | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $363.02 | $33.20 | $396.22 | x 1 | **$396.22 USD** |

**+ SJU - LAX: Blue details**

Total fare:          **$396.22 USD**

## Extras

**+ Seats**

**+ Even More Speed**

Let's Chat

PRINT ITINERARY

COURTYARD®
Marriott.

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 8

Marriott Rewards #    756834271

CRS Number  93164359

Name:

Arrive:  07-15-19          Time:  14:18          Depart: 07-30-19          Folio Number:  614640

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-15-19 | Package | 115.00 | |
| 07-15-19 | Government Tax | 10.35 | |
| 07-15-19 | Hotel Fee | 10.35 | |
| 07-16-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-16-19 | Package | 115.00 | |
| 07-16-19 | Government Tax | 10.35 | |
| 07-16-19 | Hotel Fee | 10.35 | |
| 07-17-19 | The Market - Beverage | 1.79 | |
| 07-17-19 | SALES TAX- 10.5% State | 0.19 | |
| 07-17-19 | SALES TAX- 1% Municipality | 0.02 | |
| 07-17-19 | The Market - Beverage | 1.79 | |
| 07-17-19 | SALES TAX- 10.5% State | 0.19 | |
| 07-17-19 | SALES TAX- 1% Municipality | 0.02 | |
| 07-17-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-17-19 | Laundry - Dry Cleaning | 18.68 | |
| 07-17-19 | Package | 115.00 | |
| 07-17-19 | Government Tax | 10.35 | |
| 07-17-19 | Hotel Fee | 10.35 | |
| 07-18-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-18-19 | Package | 115.00 | |
| 07-18-19 | Government Tax | 10.35 | |
| 07-18-19 | Hotel Fee | 10.35 | |
| 07-19-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-19-19 | Package | 115.00 | |
| 07-19-19 | Government Tax | 10.35 | |
| 07-19-19 | Hotel Fee | 10.35 | |

COURTYARD®
Marriott.

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $  115.00  Clerk: 8

Marriott Rewards #    756834271

CRS Number  93164359

Name:

Arrive:  07-15-19            Time:  14:18              Depart: 07-30-19              Folio Number:  614640

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 07-20-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-20-19 | Laundry - Dry Cleaning | 22.74 | |
| 07-20-19 | Package | 115.00 | |
| 07-20-19 | Government Tax | 10.35 | |
| 07-20-19 | Hotel Fee | 10.35 | |
| 07-21-19 | Package | 115.00 | |
| 07-21-19 | Government Tax | 10.35 | |
| 07-21-19 | Hotel Fee | 10.35 | |
| 07-22-19 | Package | 115.00 | |
| 07-22-19 | Government Tax | 10.35 | |
| 07-22-19 | Hotel Fee | 10.35 | |
| 07-23-19 | Laundry - Dry Cleaning | 11.71 | |
| 07-23-19 | Package | 115.00 | |
| 07-23-19 | Government Tax | 10.35 | |
| 07-23-19 | Hotel Fee | 10.35 | |
| 07-24-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-24-19 | Package | 115.00 | |
| 07-24-19 | Government Tax | 10.35 | |
| 07-24-19 | Hotel Fee | 10.35 | |
| 07-25-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-25-19 | Package | 115.00 | |
| 07-25-19 | Government Tax | 10.35 | |
| 07-25-19 | Hotel Fee | 10.35 | |
| 07-26-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-26-19 | Package | 115.00 | |
| 07-26-19 | Government Tax | 10.35 | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 8
CRS Number  93164359

Marriott Rewards #  756834271

Name:

Arrive:  07-15-19          Time:  14:18          Depart: 07-30-19          Folio Number: 614640

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-26-19 | Hotel Fee | 10.35 | |
| 07-27-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-27-19 | Package | 115.00 | |
| 07-27-19 | Government Tax | 10.35 | |
| 07-27-19 | Hotel Fee | 10.35 | |
| 07-28-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-28-19 | Package | 115.00 | |
| 07-28-19 | Government Tax | 10.35 | |
| 07-28-19 | Hotel Fee | 10.35 | |
| 07-29-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 07-29-19 | Package | 115.00 | |
| 07-29-19 | Government Tax | 10.35 | |
| 07-29-19 | Hotel Fee | 10.35 | |
| 07-30-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |

Balance                                    2,148.07 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.