Name:      Rafael E. Ruiz
Address:   12 Crestshire Dr.,
           Lawrence, MA
           01843

July 1 through July 31, 2019

INVOICE #
FEDERAL MONITOR
SUPPLEMENTAL JULY 2019 INVOICE

The following is a detailed statement of the hours worked. Narrative of hours worked in Puerto Rico:

July 26th: Access/read, distribute complaint emails to Monitor     5.5 hrs.  at $150/hr.     $825.00

### July 20th – 23rd 2019 site visit to Puerto Rico, re Protests Monitoring:

| Date/Activity | Hours | Rate | Amount |
|---|---|---|---|
| July 20th, 2 pm to 10 pm protest monitoring | 8 hrs. | at $150/hr. | $1,200.00 |
| July 21st, Prep report prior night 2hrs. + monitoring 5pm to 12midn. | 9 hrs. | at $150/hr. | $1,350.00 |
| July 22nd, meetings w/PRPB, monitor protests 6:30 am to 12 midnight | 17.50 hrs. | $150/hr. | $2,625.00 |
| July 23rd, Meeting and Prep reports for July 21st and July 22nd activities | 5 hrs. | at $150/hr. | $750.00 |
| July 31, 2019, read "Complaint Line" emails/prep report | 1 hr. | at $150/hr. | $150.00 |

**Sub-TOTAL**                                                      **$6,075.00**

**Expenses:**
Hotel 6 days at $157.88/day   $947.28
Taxi/meals July 20-23         $106.46

**Total Expenses**                                                 $1053.74

**Total wages and expenses Due**                                   $7,128.74
                                                                   ========

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contract.**

Sign: _Rafael E Ruiz_                Date: July 31, 2019

| Date | Description | Amount |
|---|---|---|
| JUL 24 | UBER TRIP - HELP.UBER.COM, CA | $7.78 |
| JUL 23 | COURTYARD MARRIOTT MIR 425983 - SAN JUAN, PR | -$3.00 |
| JUL 23 | COURTYARD MARRIOTT MIR 425983 - SAN JUAN, PR | $1,263.48 |
| JUL 23 | NETFLIX.COM - 866-579-7172, CA | $12.99 |
| JUL 23 | UBER TRIP - HELP.UBER.COM, CA | $5.00 |
| JUL 22 | AT&T MOBILE RECURRING W - 800-288-2020, TX | $189.50 |
| JUL 22 | iPhone CitizenOne Loan - BRIDGEPORT, CT | $30.99 |
| JUL 21 | MARSHALLS #633 000000633 - SAN JUAN, PR | $22.29 |
| JUL 21 | MARSHALLS #633 000000633 - SAN JUAN, PR | $101.41 |
| JUL 18 | WAYFAIR*WAYFAIR - WAYFAIR.COM, MA | $702.21 |