# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

**PHONE: 7874731515   Theandgroup.net**

# INVOICE

INVOICE NUMBER:  8
INVOICE DATE:  JULY 31, 2019

Police Federal Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JUL-25-19 | Administrative Director | Meeting with Monitor Romero | 1.00 | $85.00 | $85.00 |
| JUL-26-19 | Administrative Director | Review of Agreement for the Sustainable Reform of the PRPD. | 2.00 | $85.00 | $170.00 |
| JUL-29-19 | Administrative Director | Meeting with Monitor Romero and Judge Gelpi, Conference Call with DOJ, PRPD lawyers and Special Master. Department of Justice Protests with Monitor Romero, Communications with PRPD Coronel on Protests Status. | 6.00 | $85.00 | $510.00 |
| JUL-30-19 | Administrative Director | Visit possible Office Space alternatives in Ponce de León Avenue, Communications with Monitor Romero, | 3.00 | $85.00 | $255.00 |
| JUL-31-19 | Administrative Director | Visit possible Office Spaces in Caribbean Office Plaza at Ponce de León Avenue, Conference Call with DOJ, Plaza las América Protest and Report. | 4.00 | $85.00 | $340.00 |
| JUL-31-19 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
|  |  | Total amount of this invoice |  |  | $1,360.00 |

MESSAGE

Javier B Gonzalez, July 31, 2019