**INVOICE 0053 FOR PROFESSIONAL SERVICES; JUNE 28 – JULY 23, 2019**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:  John Romero
Interim Federal Monitor
Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of June and July 2019 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work Performed on-site in Puerto Rico | | 8 | 20-Jul | $1,200.00 |
| | | 9 | 21-Jul | $1,350.00 |
| | | 12.5 | 22-Jul | $1,875.00 |
| Net hours in PR | | 29.5 | | $4,425.00 |
| Communications - telcons and emails to/from CT, PRPB, USDOJ, Judge, Special Master. Contents include subjects on homeless advocates, monitoring methodologies, guidance, planning, site logistics, etc. | 10.50 | | | $1,575.00 |
| Review of Training & Policies, Methodology revisions from CT, DoJ and PRPB | 1.25 | | | $187.50 |
| Review monitoring reporting techniques | 0.50 | | | $75.00 |
| Monitoring Methodology review and coordination; Review of final motion, Training, Recruitment, Policy, Supervision & Management, Search and Seizure, Professionalization, Blanco-Peck version; Revisions, coordination with Core Team, Review of Saucedo versions and PRPB revisions, and Consensus version | 14.00 | | | $2,100.00 |
| Methodology teleconferences - UoF and Training, Policies, Supervision | 3.75 | | | $562.50 |
| Review of Decree relevant, DoJ and McVeigh provided materials | 1.25 | | | $187.50 |
| | | | | |
| Net Hours US | 31.25 | | | $4,687.50 |

1

| | | |
|---|---|---|
| TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr | 29.50 | $4,425.00 |
| TOTAL OF BILLABLE HOURS IN US @ $150/hr | 31.25 | $4,687.50 |
| Subtotal - Labor | | $9,112.50 |
| Uncompensated Labor | | -$12.50 |
| Net Allowable Labor | | $9,100.00 |
| Airfare | | $601.40 |
| Hotel | | $407.10 |
| Meals | | $155.46 |
| Cab fares/transportation | | $25.00 |
| Sub-total Expenses | | $1,188.96 |
| Uncompensated Expenses | | $188.96 |
| Net Allowable Expenses | | $1,000.00 |
| Total Cost | | $10,301.46 |
| Allowable Fee | | $10,100.00 |

INVOICE PRESENTED BY:

*[signature]*

Scott Cragg, Monitoring Core Team

I hereby CERTIFY that, according to my best knowledge and belief, the information provide in this invoice is TRUE, CORRECT AND COMPLETE_____
John Romero – Interim Federal Monitor

2

# Itinerary confirmation

Download to calendar

You're all set to jet!

**Confirmation code: CAZWZY**     MANAGE BOOKING >

## Travelers

**Mr. Scott Pomaialoha Cragg**

| Flight | | | |
|---|---|---|---|
| | Ticket number | 2792130403211 | |
| | Frequent Flyer | JetBlue - TrueBlue - 3363415311 * | |
| | | DCA ➡ SJU | SJU ➡ DCA |
| | Seat | 14A | 21A |
| | Checked bags included | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| Washington-National, DC (DCA)<br>Sat Jul 20 2019, **8:00 AM**<br>A320 | San Juan, PR (SJU)<br>Sat Jul 20 2019, **11:51 AM** | Flight 1347<br>JetBlue | Fare: Blue<br>Nonstop |
| San Juan, PR (SJU)<br>Tue Jul 23 2019, **6:13 PM**<br>A320 | Washington-National, DC (DCA)<br>Tue Jul 23 2019, **9:59 PM** | Flight 1348<br>JetBlue | Fare: Blue<br>Nonstop |

## Fare breakdown

| Passenger Type | Base Fare<br>per person | Taxes & fees<br>per person | Total Fare<br>per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $544.00 | $57.40 | $601.40 | x 1 | $601.40 USD |

+ DCA - SJU: Blue details

+ SJU - DCA: Blue details

**Total fare:**   **$601.40 USD**

## Extras



Let's Chat

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0314
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 4

Marriott Rewards # 797225828

CRS Number 97580870

Name:

Arrive: 07-20-19    Time: 12:12    Depart: 07-23-19    Folio Number: 614782

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-20-19 | Package | 115.00 | |
| 07-20-19 | Government Tax | 10.35 | |
| 07-20-19 | Hotel Fee | 10.35 | |
| 07-21-19 | COMEDOR- Guest Charge (Breakfast) | 7.97 | |
| 07-21-19 | Package | 115.00 | |
| 07-21-19 | Government Tax | 10.35 | |
| 07-21-19 | Hotel Fee | 10.35 | |
| 07-22-19 | Package | 115.00 | |
| 07-22-19 | Government Tax | 10.35 | |
| 07-22-19 | Hotel Fee | 10.35 | |
| 07-23-19 | COMEDOR- Guest Charge (Breakfast) | 7.62 | |
| 07-23-19 | Visa Card | | 422.69 |
| | Card # XXXXXXXXXXXX6833 | | |

**Balance**                                 **0.00 USD**

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.