Al Youngs
5552 W Lakeridge Rd
Lakewood, CO 80227

July 1- July 31, 2019
Invoice #2
Member of Federal Monitor Team

Monitoring Methodology, review and coordination, review of training, recruitment, policy & procedure, supervision and management, search and seizure, professionalization. Revisions coordination with acting Monitor and Federal Monitor Team Members. Review of DOJ versions and McV versions.
25 hours

Contact Kronos US, reference use by other Police Departments in the States and applicability to training records.
2 hours

Emails reference monitoring methodologies with other members of Federal Monitor Team. Planning and determination of responsibilities and logistics. Teleconferences between the Federal Monitor Team, USDOJ, Special Master, McV and PRPB.
12 hours

Contact five police agencies including IACP, Albuquerque, LAPD, and Baltimore and New Orleans, reference recruitment committee and training and supervision instruments utilized by agencies under consent decrees.
5 hours

Work on finalizing training instrument
2 hours

Meeting with Honorable Judge Gelpi, Jorge Castillo of USDOJ, Arturo Garcia of MCV, Secretary of DSP Elmer Roman, PRPB Commissioner, Escalera and ranking members of PRPB and members of all Agencies which met at Command Center such as FBI and Homeland Security.
18 hours

TOTAL BILLABLE HOURS 64 hours
64 x $150              $9600

| Travel Expense | |
|---|---|
| Airfare | $841.70 |
| Trans/Office Sup | $158.30 |
| Total Travel | $1000.00 |

| | |
|---|---|
| Total Wages | $9600.00 |
| Travel Reimbursement | $1000.00 |
| 3.333 x Pro Bono | -$500.00 |
| Total Expense | $10,100 |

**TOTAL WAGES AND EXPENSE REIMBURSEMENT          $10,100**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Youngs_                                                          _7/31/19_
Signature                                                                        Date

| | | | |
|---|---|---|---|
| U.S. Transportation Tax | $ | 18.60 | **Payment Amount: $14.74** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Passenger Facility Chg | $ | 4.50 | Travel Funds K69P2T |
| | | | Date: July 15, 2019 |
| **Total** | $ | **517.70** | **Payment Amount: $502.96** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262498465017

# Prepare for takeoff

  **24 hours** before your departure:
Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

  **30 minutes** before your departure:
Arrive at the gate prepared to board.

  **10 minutes** before your departure:
This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

Don't miss out on automatic check-in
EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

 Save up to 30%
and earn up to 2,400 Rapid Rewards® points with Budget® on your trip.



Book car >


**Earn up to 10,000 Rapid Rewards® points per night**
Choose a hotel in San Juan.


Have questions about your upcoming trip?

| FLIGHT # 5075 | DEPARTS<br>SJU 08:40 AM<br>San Juan | ARRIVES<br>MCO 11:40 AM<br>Orlando |
|---|---|---|

Stop:   Change planes

| FLIGHT # 4684 | DEPARTS<br>MCO 02:20 PM<br>Orlando | ARRIVES<br>DEN 04:15 PM<br>Denver |
|---|---|---|

## Payment information

Total cost

Payment

**Air - TRRACV**

| | | |
|---|---|---|
| Base Fare | $ | 291.10 |
| U.S. Transportation Tax | $ | 18.60 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **324.30** |

Visa ending in 6933
Date: July 25, 2019
**Payment Amount: $324.30**

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262102241751

## Prepare for takeoff


**24 hours** before your departure:
Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.


**30 minutes** before your departure:
Arrive at the gate prepared to board.


**10 minutes** before your departure:
This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

Don't miss out on automatic check-in
EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >