John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

July 1 through July 31, 2019

INVOICE # 062                                        **TOTAL DUE $13,500**
ACTING FEDERAL MONITOR
JULY 2019 INVOICE

The following is a detailed statement of the hours worked.
**Monday, July 1, 2019 through Tuesday, July 2, 2019 site visit to Puerto Rico**
 Meeting with Javier Gonzales, conference call with USDOJ, McV and PRPB re: Policy and
Procedures Methodology. Tuesday Conference call with Monitor Team re: Supervision
Methodology, Visit to PRPB Academy with Honorable Judge Gelpi. Total 16 hrs.
**Monday, July 15, 2019 through Wednesday, July 17, 2019 (Puerto Rico)**
Monday meeting with Secretary Roman DSP/Commissioner Escalera PRPB to discuss ongoing
demonstration in the area of the Fortaleza. 2hrs
Tuesday meeting with Secretary Roman DSP/Commissioner Escalera PRPB at Governor's
Office 2.5 hrs.
Prepared preliminary reports (Monday –Wednesday) relating to demonstration/protest at
Fortaleza 4 hrs.
Monday through Wednesday in the capacity of observer, present at demonstration at the
Fortaleza. 28 hrs.

Prepared Methodology Matrix for Supervision and Management Area of the Agreement. 4 hrs.
Generated, reviewed and responded to emails (month of July) from the Parties/Monitor Team/
Special Master. 10 hrs.
Additional Conference calls with the Parties/Special Master during the month of July. 9 hrs.
Conference calls with the Monitor Team to discuss Monitoring Methodology for Training/Policy
& Procedures, Supervision and Management 3 hrs.
Reviewed Draft of Recruitment, Professionalism Methodology Matrices 2 hrs.
Prepared comments on the above 2 hrs.
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments
preparing agenda, etc. 8 hrs.


**TOTAL HOURS:     90 HOURS   30 MINUTES.**


 **BILLABLE HOURS   83 HOURS.   20 MINUTES AT RATE OF $150 PER
HOUR = $12,500**

Pro Bono    7 hrs.  10 Minutes

**Expenses:**

Airfare        $ 904.81
Hotel          $158.32
Taxi/Uber      $ 87.51

**Total Expenses $ 1150.64**

**Reimbursable   $1,000**

(Pro Bono Expenses) $150.64

## Total wages and Expense Reimbursement Due = $13,500

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                              July 31, 2019
Signature                                              Date

# Itinerary confirmation

Report Website Problem ↓

Download to calendar    PRINT ITINERARY

## You're all set to jet!

## Confirmation code: UUINMP

MANAGE BOOKING  >

## Travelers

**Mr. John Joseph Romero**

| Flight | Ticket number | 2792128222753 | | | |
|---|---|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | |
| | | **LAX ⇒ FLL** | **FLL ⇒ SJU** | **SJU ⇒ JFK** | **JFK ⇒ LAX** |
| | Seat | 23D | 18D | 32D | 8D |
| | Checked bags included | 2 bags | 2 bags | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| **Los Angeles, CA (LAX)** | Fort Lauderdale, FL (FLL) | **Flight 100** | **Fare: Blue** |
| Sun Jun 30 2019, **10:10 PM** | Mon Jul 1 2019, **6:24 AM** | JetBlue | Nonstop |
| A321/Mint | | | |
| | | | |
| Fort Lauderdale, FL (FLL) | **San Juan, PR (SJU)** | **Flight 1653** | **Fare: Blue** |
| Mon Jul 1 2019, **7:45 AM** | Mon Jul 1 2019, **10:24 AM** | JetBlue | Nonstop |
| A320 | | | |
| | | | |
| **San Juan, PR (SJU)** | New York-Kennedy, NY (JFK) | **Flight 4** | **Fare: Blue** |
| Tue Jul 2 2019, **9:00 PM** | Wed Jul 3 2019, **12:54 AM** | JetBlue | Nonstop |
| A321 | | | |
| | | | |
| New York-Kennedy, NY (JFK) | Los Angeles, CA (LAX) | **Flight 23** | **Fare: Blue** |
| Wed Jul 3 2019, **5:32 AM** | Wed Jul 3 2019, **8:26 AM** | JetBlue | Nonstop |
| A321/Mint | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $838.41 | $66.40 | $904.81 | x 1 | **$904.81 USD** |

+ **LAX - SJU: Blue details**

+ **SJU - LAX: Blue details**

Let's Chat

**COURTYARD** ®
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $  115.00  Clerk: 7
CRS Number  94581105

Marriott Rewards #   756834271

Name:

Arrive:   07-01-19          Time:  11:15          Depart: 07-02-19          Folio Number:  611065

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 07-01-19 | COMEDOR- Guest Charge (Breakfast) | 18.00 | |
| 07-01-19 | Package | 115.00 | |
| 07-01-19 | Government Tax | 10.35 | |
| 07-01-19 | Hotel Fee | 10.35 | |
| 07-02-19 | Visa Card | | 158.32 |
| | Card # XXXXXXXXXXXX1287 | | |
| | **Balance** | | **-4.62 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# FIXED RATES · TARIFAS FIJAS

| FROM AIRPORT TO YOUR DESTINATION | DESDE EL AEROPUERTO HACIA SU DESTINO | ⓐTAXI: |

**License plate / Tablilla:** _____

**Passengers / Personas:** _____

| | | | Base price Precio base |
|---|---|---|---|
| ZONE ZONA | 2 | Isla Verde | $12 |
| ZONE ZONA | | Ocean Park Condado Miramar Santurce | $17 |
| ZONE ZONA | 4 | Old San Juan & Piers | $21 |
| ZONE ZONA | 5 | Convention Center Hyatt House Isla Grande Airport Sheraton Convention Center | $17 |

## AREAS OF INTEREST / ÁREAS DE INTERÉS

| $16 Coliseo José Miguel Agrelot | $20 Plaza Las Américas |
|---|---|
| $16 Plaza Carolina | $15 The Mall of San Juan |

### ＋ APPLICABLE RATES / CARGOS APLICABLES

$1 Luggage charge will apply to each additional item.
**Aplica cargo por maleta a cada pieza adicional.**

$0 Accesories for disabled person are free of charge.
**Accesorios de personas impedidas son libre de costo.**

$2 Extra charge for 6th-7th passenger.
**Cargo adicional por 6to-7mo pasajero**

$1 Late night charge (10PM-6AM).
**Cargo nocturno (10PM-6AM).**

$3 Airport fee
**Cargo del Aeropuerto**

Rates approved by:
**Tarifas aprobadas por:**

CSP

\* PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / **COSTO POR VIAJE, NO POR PASAJERO**

METERED RATE WILL  APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / **TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS**

TOLLS AND TIPS ARE NOT INCLUDED / **PEAJES Y PROPINAS NO ESTÁN INCLUIDOS**

This is NOT a receipt, keep for your reference / **Esto no es un recibo, manténgalo para su referencia.**

# TAXI RECEIPT

DATE: _____

FROM: 939-969-1673

TO: Edgar

SPECIAL SERVICE CALL

Tel. _____

FARE: $ _____   LUGGAGE: $ _____

TOTAL $ _____

SIGNATURE