Name:       Rafael E. Ruiz
Address:    12 Crestshire Dr.,
            Lawrence, MA
            01843

July 1 through July 31, 2019

INVOICE #
 FEDERAL MONITOR
JUNE 2019 INVOICE

The following is a detailed statement of the hours worked. Narrative of hours worked at home as well as in Puerto Rico:

| | | |
|---|---|---|
| Teleconference, re Methodology/Matrix, July 1st and 2nd | 6.5 hrs. at $150/hr. | $975.00 |
| Emails, phone calls among Parties/Monitors | 2 hrs. at 150/hr. | $300.00 |
| July 26th: Access/read, distribute complaint emails to Monitor | 5.5 hrs. at $150/hr. | $825.00 |

### July 15th – 23rd 2019 site visit to Puerto Rico, re Protests Monitoring:

July 15th, 1:15 pm to July 16 1:15 am
July 16th, protest monitoring ending July 17th (1 am)
July 17th, ending July 18th, (2:30 am)

| | | |
|---|---|---|
| Three-day sub- TOTAL | 28 hrs. at 150/hr. | $4,200.00 |
| July 18th 1 pm-2pm teleconference with Parties; 4 pm to 11 pm protest monitoring | 8 hrs. at $150/hr. | $1,200.00 |
| July 19t, meet Judge, TelConf. call, Protest monitoring | 12 hrs. at $150/hr. | $1.800.00 |

**TOTAL HOURS WORKED 62 hrs. x $150/hr.= $9,300**
               **BILLABLE HOURS 60.666 x $150**                              $9,100.00

**Pro Bono: Hours 1.333**

 **Expenses:**
Airfare                            $ 613.40
Hotel 2 days at $157.88/day   $ 315.76
Taxi/meals July 15-18          $ 77.00

**Total Expenses $ 1006.16**

                    Reimbursable Expenses                              $1,000

**Total wages and Expenses Due**                                       $10,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contract.

Sign: _Rafael E Ruiz_           Date: July 31, 2019

| Date | Description | Amount |
|---|---|---|
| JUL 24 | UBER TRIP - HELP.UBER.COM, CA | $7.78 |
| JUL 23 | COURTYARD MARRIOTT MIR 425983 - SAN JUAN, PR | -$3.00 |
| JUL 23 | COURTYARD MARRIOTT MIR 425983 - SAN JUAN, PR | $1,263.48 |
| JUL 23 | NETFLIX.COM - 866-579-7172, CA | $12.99 |
| JUL 23 | UBER TRIP - HELP.UBER.COM, CA | $5.00 |
| JUL 22 | AT&T MOBILE RECURRING W - 800-288-2020, TX | $189.50 |
| JUL 22 | iPhone CitizenOne Loan - BRIDGEPORT, CT | $30.99 |
| JUL 21 | MARSHALLS #633 000000633 - SAN JUAN, PR | $22.29 |
| JUL 21 | MARSHALLS #633 000000633 - SAN JUAN, PR | $101.41 |
| JUL 18 | WAYFAIR*WAYFAIR - WAYFAIR.COM, MA | $702.21 |