# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Commonwealth of Puerto Rico, et al.,<br><br>Defendants. | CIVIL NO. 12-2039(GAG) |

## ORDER

The parties informed the Court yesterday afternoon that the former monitor has publicly disclosed information that is confidential and/or work-product under the Reform Agreement, or that otherwise violates the Code of Judicial Conduct. While not privy to the exact nature of such disclosures and, thus, not in a position to make a determination at this time as to the matter, the undersigned understands that the same must immediately be addressed.

Accordingly, the Clerk of Court shall open, with this Order, a miscellaneous proceeding which shall be referred to another U.S. District Judge.

The Judge shall promptly meet with the parties and former monitor to ensure compliance with the Agreement, Privilege and Confidentiality Rules, and Code of Conduct. The Judge shall also address with the parties and former monitor all the above concerns, as well as any other matter deemed appropriate. Finally, the judge may issue any other orders upon assignment.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of August, 2019.

s/ Gustavo A. Gelpí
Gustavo A. Gelpí
U.S. District Judge