

# INVOICE

INVOICE NUMBER:  137
INVOICE DATE:  AUGUST 01, 2019


 FROM:  Castellanos Group P.S.C.
        Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
        00911 San Juan


    TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

         00918 San Juan


| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-15-19 | Police Reform-Puerto Rico | Monitoring of protests in the Old San Juan; communication with Monitor Romero regarding protests and related matters | 5.00 | $125.00 | $625.00 |
| JUL-16-19 | Police Reform-Puerto Rico | Monitoring, Observation and analysis of Protests in the Old San Juan with Monitor John Romero | 9.00 | $125.00 | $1,125.00 |
| JUL-17-19 | Police Reform-Puerto Rico | Preparation for Monitoring duties; review of protocol of crowd control and special weapons protocols; letter to the parties, re: Preliminary Reports from Monitor; review of Order, re: TCA functions; Observation of protest in Old San Juan with Monitor John Romero till the next day | 14.00 | $125.00 | $1,750.00 |
| JUL-18-19 | Police Reform-Puerto Rico | Monitoring and observation of protests; comm. with the Court; review of Notice of Potential Use of Additional Resources; comms. with Monitor Romero | 8.00 | $125.00 | $1,000.00 |
| JUL-19-19 | Police Reform-Puerto Rico | Review of Order; comm. with the Court in compliance with standard TCA requirements | 0.50 | $125.00 | $62.50 |
| JUL-21-19 | Police Reform-Puerto Rico | Comm. with Monitor Romero and comm. with the Court in compliance with standard TCA requirements | 1.00 | $125.00 | $125.00 |
| JUL-22-19 | Police Reform-Puerto Rico | Comm. with the Court in Compliance with standard TCA requirements; several comm. with Monitor Romero | 2.00 | $125.00 | $250.00 |
| JUL-24-19 | Police Reform-Puerto Rico | Comm. With Monitor Romero; review of Preliminary Demontrations Reports | 2.00 | $125.00 | $250.00 |
| JUL-25-19 | Police Reform-Puerto Rico | Review of Informative Motion (ACLU); review of Monitor's Office Preliminary Demonstrations Reports for the 23 and 24 July demonstrations | 2.00 | $125.00 | $250.00 |

INVOICE NUMBER: 137

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JUL-26-19 | Police Reform-Puerto Rico | Review of Informative Motion filed by ACLU; communications with Hernandez Denton Esq.; comm. with the Court in compliance with standard TCA requirements | 2.50 | $125.00 | $312.50 |
| JUL-27-19 | Police Reform-Puerto Rico | Review of Motion to withdraw filed by ACLU; comm. with the Court in compliance with standard TCA requirements; review of Monitors Office Preliminary Reports | 3.00 | $125.00 | $375.00 |
| JUL-29-19 | Police Reform-Puerto Rico | Review of Monitor's Office Preliminary Report for the July 27 demonstrations; comm. with Hdez. Denton Esq. | 1.50 | $125.00 | $187.50 |
| | | Total hours for this invoice | 50.50 | | |
| | | Total amount of this invoice | | | $6,312.50 |