UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# RESTRICTED ORDER[1]

The Court hereby orders the Court's Special Master in this Police Reform Case, Dr. Alejandro del Carmen, not to participate nor testify as an expert, witness or any other capacity, in any litigation where the ACLU is a party or counsel. This includes, Jones et al v City of Faribault, Civil No. 18-1643(JRT/HB) before the United States District Court for the District of Minnesota, where he was retained as an expert.

This order is issued in light of the recent "amicus" motion filed by the ACLU before this court seeking to disqualify Dr. del Carmen. The same was, in turn, denied with a strong admonishment, and subsequently stricken from the record. See Docket Nos. 1295, 1296 and 1304.

Dr. del Carmen is privy to existing sensitive information related to the police reform case before the court. As such, his testimony in any matter where the ACLU is a party or counsel can be potentially and irreversibly detrimental to the integrity of the existing police reform case, more so, given the nature of the ACLU's filing in this case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of August of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge

---

[1] Copy of this order shall be provided to Dr. del Carmen. He is hereby authorized to show the same to his clients only at this time.  Leave of court by him or his clients must be sought for review by any other third party.