UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# ORDER[1]

Today, US District Judge Francisco A. Besosa met in a closed door proceeding with counsel for the parties, as well as former monitor Col. Arnaldo Claudio and his counsel, to discuss the matters addressed in the Court's order at Docket 1314. The minutes of said proceeding, Misc.19-286(FAB), appear at Docket 13 thereof, and the transcript will likewise be made part of the restricted record therein.

The undersigned acknowledges that the parties and Col. Claudio were able to address all matters with Judge Besosa. Further, there is a consensus understanding of the confidentiality of all information obtained during the course of a monitor's duties, and that the same continues even after conclusion of said duties, as it constitutes work product, continued settlement discussions, and protected material under the Code of Judicial Conduct.  Moreover, such information cannot be disclosed directly or indirectly to third parties without Court authorization. This includes all information pertaining to investigations, staff and communications with members of the court, monitor team, parties or third persons.

Finally, the undersigned is most appreciative of the time Judge Besosa took to confer with the parties and Col. Claudio.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of August of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge

---

[1] Copy of this order shall be sent to attorney Giovanni Canino, counsel for Col. Claudio.