UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

## Restricted Order on Motion[1]

The Court, by way of exception, accepts the Joint Motion for Reconsideration filed at docket entry 1321 by the City of Faribault and the ACLU. Upon due consideration, the Court hereby **denies** the same. The Court restates its order at docket entry 1319. Notwithstanding any hardship to the parties, as well as to Dr. del Carmen, the Court maintains in effect its prohibition as to the Special Master.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of August of 2019.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge

---

[1] Copy of this order shall be provided to the City of Faribault and the ACLU.