TDPetrowski LLC.
4010 Deep Valley Drive
Dallas, Texas 75244
(214) 796-7855
EIN: 83-0871011

Invoice No.   PR-2019-August

# INVOICE

**Customer**

Case No.   Civil Case No. 12-2039
Address    300 Recinto Sur Street
City       San Juan       State: PR       ZIP 00901
Phone

Date       8/24/19
Order No.
Rep
FOB

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 7.7 | Calls, teleconferences, emails, review orders and Methodologies meetings | $150.00 | $1150.00 |
| 6.5 | Research/review materials related to promotions | $150.00 | $975.00 |

SubTotal  $2,125.00
Shipping & Handling
Taxes    State
TOTAL    $2,125.00

Signature: *Thomas J. Petrowski*

Office Use Only