Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.** 938764039400

# INVOICE

**Customer**

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan    State: PR    ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 8/24/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 15 | Calls, emails, writings, meetings | $150.00 | $2,250.00 |
| 17.5 | Review of Documents (i.e., Methodologies) | $150.00 | $2,625.00 |

|  |  |
|---|---|
| SubTotal | $4,875.00 |
| Shipping & Handling | |
| Taxes   State | |
| **TOTAL** | **$4,875.00** |

Signature:

Office Use Only