Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

**Invoice No.**   938764039399

# INVOICE

**Customer**
Case No.   Civil Case No. 12-2039
Address    300 Recinto Sur Street
City       San Juan        State: PR        ZIP 00901
Phone

Date       8/24/19
Order No.
Rep
FOB

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 18.5 | Calls, emails, writings, meetings | $150.00 | $2,775.00 |
| 4.5 | Review of Documents (i.e., Methodologies) | $150.00 | $675.00 |
| 37 | Methodology (Recruitment and Professionalization) | $150.00 | $5,550.00 |

SubTotal   $9,000.00
Shipping & Handling
Taxes   State
TOTAL   $9,000.00

Signature:

Office Use Only