Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 12 | PRPD shall develop processes and mechanisms that promote professional, ethical, and respectful policing services to effectively address Puerto Rico's public safety challenges; consistently and uniformly apply constitutional police practices; build public confidence; and strengthen its institutional structures. PRPD shall promote continuous performance improvement among all PRPD personnel that regularly identifies problems or challenges, assesses causal or contributing factors, and takes reasonable measures to achieve performance expectations in areas related to this Agreement. | Compliance will be determined on two separate but inter-dependent bases: (1) the implementation of paragraphs 13-21, and (2) the results of outcome assessments, pursuant to Paragraph 243 of the Agreement.

In addition, the following requirements will also be reviewed for compliance, pursuant to paragraph 242 of the Agreement:

1. Content analysis of policies on code of ethics and conduct to determine whether they incorporate the requirements of the paragraph.

2. Content analysis of training on the code of ethics and conduct to evaluate quality and content in accordance with approved policies. | 1. Policies incorporate the requirements of the paragraph.

2. Training on the code of ethics and conduct is consistent with approved policies.

3. 95% of sampled officers are trained and certified in the code of ethics and conduct (or scheduled for training, in the case of mid-year reviews).

4. 95% of sampled administrative investigation outcomes are within policy.

5. 95% of sampled integrity audit outcomes are within policy. | Annually | |

1

Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 3. Document review at least every six months to determine whether PRPB personnel are trained and certified on the code of ethics and conduct. Review a random sample* of personnel files to determine whether certifications validate training records.<br><br>4. Document review of a random sample* of administrative investigations involving alleged violations of the code of ethics and conduct** to determine whether outcomes are within policy.<br><br>5. Document review of a random sample* of integrity audits, pursuant to Paragraph 157, to determine whether outcomes are within policy. | | | |
| 13 | PRPD shall assess the appropriate number of sworn and civilian personnel to perform the different department functions necessary to fulfill its mission. To do so, | 1. Document review of the PRPD's Staffing Allocation and Resource Study to determine if PRPB | 1. PRPD conducted a Staffing Allocation and Resource Study to | Annually | Staffing/IST |

2

Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | PRPD shall conduct a staffing allocation and resource study. The study shall form the basis for a staffing and resource allocation plan that is consistent with community-oriented policing principles and supports the systematic use of partnerships and problem-solving techniques. To foster community-oriented policing, the plan shall consider deployment practices that offer officers opportunities to serve the communities in which they reside. | conducted the study in accordance with the Agreement.<br><br>2. Content analysis of Staffing and Resource Allocation Plan to determine if the plan:<br><br>(a) was based on the findings of the staffing allocation study,<br>(b) fosters community-oriented policing, and<br>(c) considers deployment practices that offer officers of the PRPB opportunities to serve in communities where they reside.<br><br>3. Document review of staffing documents for a random sample* of PRPB units to determine if the units are staffed in accordance with the Staffing and Resource Allocation Plan and include officers from nearby communities. | assess appropriate number of personnel.<br><br>2. The Staffing and Resource Allocation Plan is consistent with the requirements of the paragraph and the Staffing Allocation and Resource Study.<br><br>3. 95% of sampled units are staffed consistent with the Agreement and the Staffing and Resource Allocation Plan.<br><br>4. 85% of the initiatives in the Staffing and Resource Allocation Plan are implemented. | | |

3

Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 4. Document review of correspondence, memoranda, and reports on staffing to determine if PRPB is implementing each of the initiatives in the Staffing and Resource Allocation Plan (e.g., internal movements, civilianization, new recruits). | | | |
| 14 | PRPDs promotion practices shall be merit-based and comply with equal opportunity employment principles. | This paragraph will be assessed with Paragraph 16. | | Annually | |
| 15 | PRPD shall publish detailed job descriptions for each rank among sworn personnel, specifying the duties, responsibilities, and minimum qualifications for each position. PRPD shall develop the job descriptions in consultation with the TCA based on generally accepted policing practices. | 1. Content analysis of job descriptions for each rank among sworn personnel to determine if they incorporate the requirements of the paragraph.<br><br>2. Document review of job descriptions for each rank among sworn personnel to determine they are published by PRPB. | 1. Job descriptions for each rank among sworn personnel are:<br>(a) based on generally accepted policing practices and<br>(b) are detailed, specify duties, responsibilities, and minimum qualifications.<br><br>2. Job descriptions for each rank among sworn personnel are published. | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 16 | PRPD shall ensure that its supervisor selection process is lawful, fair, and consistent with generally accepted policing practices and anti-discrimination laws. PRPD shall develop objective selection criteria to ensure promotions are based on knowledge, skills, and abilities that are required to perform supervisory and management duties successfully in core substantive areas. PRPD shall provide clear guidance on promotional criteria, and prioritize effective, ethical, and community-oriented policing as criteria for promotion. These criteria should account for experience, civil rights and discipline record, training, and skills. | This paragraph will be assessed with paragraphs 14 and paragraphs 17-20.

1. Content analysis of policies related to the promotion process to ensure that they incorporate the requirements of Paragraphs 14, 16-20.

2. Content analysis of any trainings designed for promotion selection committee to determine if they incorporate approved promotions policies.

3. Document review to determine whether promotions committee personnel are trained on policies. Review a random sample* of personnel files to determine whether certifications validate training records.

4. Content analysis of selection devices, including written exams and | 1. Promotion policies incorporate the requirements of Paragraphs 14, 16-20.

2. All promotion trainings are consistent with approved policies.

3. 95% of sampled promotions committee personnel are trained and certified in all promotions policies (or scheduled for training, in the case of mid-year reviews).

4. Selection devices comply with promotion policies.

5. 95% of selected promotion files comply with policy.

6. 95% of interviewed candidates perceive the promotion process as merit-based, fair, non- | Annually | |

5

Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | structured interviews, to determine whether they comply with promotion policies.<br><br>5. Review a random sample* of promotion files to determine if the selection process complies with policies, including whether the process:<br>(a) is merit based and complies with equal opportunity principles;<br>(b) is lawful, fair and consistent with generally accepted policing practices and anti-discrimination laws;<br>(c) is based on objective criteria;<br>(d) removes officers from consideration for promotion for disciplinary action related to serious misconduct for the duration required by policy;<br>(e) holds promotions in abeyance for officers with pending investigations or disciplinary action in a | discriminatory, and objective. | | |

6

Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | matter alleging serious misconduct until the investigation or disciplinary action is resolved; and (f) does not consider the number of civilian complaints filed against officers under a supervisor's command for a supervisor who is a candidate for promotion (however, complaints against the supervisor for any act or omission may be considered).<br><br>6. Interview a random sample* of promotion candidates to determine if supervisory promotions are merit-based, fair, non-discriminatory, and objective. | | | |
| 17 | PRPD shall utilize competitive written examinations as a component of the selection process to award promotions through the rank of Captain.  Written promotion examinations shall conform to generally accepted professional standards for test validity and security and be designed to evaluate qualifications that are | This paragraph will be assessed with Paragraph 16 | | Annually | |

7

Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | job related and consistent with business necessity.  PRPD shall develop these examinations in consultation with the TCA based on generally accepted policing practices and in compliance with anti-discrimination laws. | | | | |
| 18 | All appointments to ranks above Captain shall be based on objective criteria that account for the knowledge, skills, and abilities to perform core management, supervisory, and leadership duties. | This paragraph will be assessed with Paragraph 16. | | Annually | |
| 19 | PRPD shall establish procedures that govern the removal of officers from consideration for promotion for disciplinary action related to serious misconduct. | This paragraph will be assessed with Paragraph 16. | | Annually | |
| 20 | PRPD shall establish specific criteria for the promotion of officers in direct supervisory roles.  Officers in supervisory roles shall not be rendered ineligible for promotion based solely on the number of civilian complaints filed against officers under their supervision.  The nature and type of civilian complaints, particularly those complaints that are investigated and substantiated by evidence, shall also be weighed when considering an officer for promotion.   Promotions of officers with pending investigations or disciplinary | This paragraph will be assessed with Paragraph 16. | | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Professionalization

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | action in a matter alleging serious misconduct shall be held in abeyance until the investigation or disciplinary action is resolved. | | | | |
| 21 | PRPD shall provide a developmental career path for officers aspiring to the command ranks that emphasizes leadership, ethics, community-oriented policing, educational achievement, and constitutional policing. | Deferred.  See Jt. Mot., ECF No. 1095 at 9 (proposing Special Master assist developing plan in accordance with Paragraph 21); Order, ECF No. 1102 at 2 (approving same). | | | |

*Denotes a randomized sample obtained through [20%] of the population/universe to be studied.  Randomization minimizes sampling errors while ensuring equal representation of all variables.  Percentages for training compliance will be based on the number of officers who are eligible for training.

**The Monitor will develop an instrument that identifies the types of alleged violations of the Personnel Regulation that will be reviewed as alleged violations of the Code of Ethics and Conduct.  The Monitor will update and modify the instrument, as necessary, as new complaint classifications are implemented by PRPB to incorporate the Code of Ethics and Conduct into PRPB's complaint tracking database.

Note:  when referencing a "content analysis" of training, the monitor may conduct random and unannounced site visits to the Police Academy and/or training sites, which will allow for the review of the training content, delivery of materials, and learning process as a whole.  Content analyses of policies and training will be based on applicable law and generally-accepted policing practices.