Office of the Court Monitor
Monitoring Matrix and Methodology on Recruitment

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 101 | PRPD shall develop a comprehensive recruitment and hiring program that successfully attracts and hires qualified individuals.  PRPD shall develop a recruitment policy and program that establishes clear guidance and objectives for recruiting police officers and clearly and transparently allocates responsibilities for recruitment efforts. | Compliance will be determined on two separate, but inter-dependent bases: (1) the implementation of Paragraphs 102-108, and (2) the results of outcome assessments, pursuant to Paragraph 243. | | Annually | |
| 102 | PRPD shall develop a recruitment plan that includes clear goals, objectives, and action steps for attracting qualified applicants from a broad cross-section of the community.  PRPD's recruitment plan shall establish and clearly identify the goals of PRPD's recruitment efforts and the duties of officers and staff implementing the plan. | 1. Content analysis of policies on recruitment and PRPB's recruitment plans to determine whether they incorporate the requirements of Paragraph 101-103.

2. Content analysis of training on recruitment for all PRPB personnel involved in the recruitment process to evaluate quality and content in accordance with approved policies.

3. Document review to determine whether all PRPB personnel involved in the recruitment process are trained and certified in the | 1. Policies and recruitment plans incorporate all of the requirements of Paragraphs 101-103. See Recruitment Worksheet #1.

2. Training on recruitment is consistent with approved policies.

3. 95% of sampled personnel are trained and certified in recruitment policies and plans (or scheduled for training, in the case of mid-year reviews). | Annually | |

1

Office of the Court Monitor
Monitoring Matrix and Methodology on Recruitment

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | recruitment process. Review a random sample* of personnel files to determine whether certifications validate training records.<br><br>4. Document review of documents related to recruitment, including Recruitment Officer documents and the recruitment plan, to determine whether:<br>(a) PRPB created the Recruitment Officer position and filled it;<br>(b) PRPB created a recruitment plan;<br>(c) the recruitment planning process solicited and considered stakeholder suggestions in good faith;<br>(d) the final plan identifies barriers to recruiting underrepresented groups and includes initiatives to overcome those barriers;<br>(e) PRPB executed recruitment plan initiatives; and | 4a-d, f. PRPB's recruitment plan was developed, implemented, and evaluated in accordance with approved policies on recruitment.<br><br>4e. 85% of activities required by the recruitment plan and directed at recruiting underrepresented groups were implemented, including any missed activities that are reasonably justified. | | |

2

Office of the Court Monitor
Monitoring Matrix and Methodology on Recruitment

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | (f) the recruitment office evaluates effectiveness of the recruitment plan. | | | |
| 103 | The recruitment plan shall include specific strategies for attracting a diverse pool of applicants including members of groups that have been historically underrepresented in PRPD.  A "Recruitment Officer" will be responsible for the development of the plan, together with a working group that includes officers from diverse backgrounds.  The working group will also consult with community stakeholders to receive recommended strategies to attract a diverse pool of applicants.  The plan will include both outreach to the general population and targeted outreach to populations currently underrepresented on the PRPD force including, but not limited to, women and the Dominican population, through media outlets, universities, community colleges, advocacy groups, and other community groups that serve or are likely to reach such populations.  The "Recruitment Officer" and his or her staff, as determined by the Superintendent, will be responsible for the implementation of the plan. | This Paragraph will be assessed with Paragraph 102. | | Annually | |
| 104 | PRPD shall develop an objective system to select recruits to enter into UCCJ.  The system will establish minimum standards for | 1. Content analysis of policies on recruit selection process to determine | 1. Policies incorporate all the requirements of Paragraphs 104-07.  See | Annually | |

3

Office of the Court Monitor
Monitoring Matrix and Methodology on Recruitment

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | recruiting and an objective process for selection that employs reliable and valid selection devices that comport with generally accepted policing practice and anti-discrimination laws. | whether they incorporate the requirements of Paragraph 104-07.<br><br>2. Content analysis of training on the recruit selection process to evaluate quality and content in accordance with approved policies.<br><br>3. Document review to determine whether PRPB personnel involved in the selection process are trained and certified on the recruit selection process. Review a random sample* of relevant PRPB personnel files to determine whether certifications validate training records.<br><br>4. Document review of a random sample* of personnel files to determine whether:<br>(a) recruits meet minimum recruitment standards required by paragraphs 104 and 105, and | Recruitment Worksheet #2.<br><br>2. Training on the recruit selection process is consistent with approved policies.<br><br>3. 95% of sampled personnel are trained and certified in all recruit selection process policies (or scheduled for training, in the case of mid-year reviews).<br><br>4a. 100% of recruits meet qualifications required by policy.<br><br>4b. the recruit selection process was implemented in accordance with approved policies. | | |

4

Office of the Court Monitor
Monitoring Matrix and Methodology on Recruitment

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | (b) the selection process meets requirements of paragraphs 104, 106, and 107. | | | |
| 105 | PRPD shall establish and publish qualifications for sworn personnel that are consistent with generally accepted policing practice.  PRPD shall continue to require a two-year post-secondary degree, or its equivalent, as part of the requirements for sworn personnel. | This Paragraph will be assessed with Paragraph 104. | | Annually | |
| 106 | PRPD shall require all candidates for sworn personnel positions to undergo a psychological, medical, and polygraph examination to assess their fitness for employment with PRPD. | This Paragraph will be assessed with Paragraph 104. | | Annually | |
| 107 | PRPD shall assess and revise its policies and practices to ensure thorough, objective, and timely background investigations of candidates for sworn personnel positions based on generally accepted policing practice.  PRPD's suitability determination shall include an assessment of a candidate's credit history, criminal history, employment history, use and abuse of controlled substances, and ability to work with diverse communities and act without impermissible bias.  Favorable suitability determinations shall expire six months after the determination. | This Paragraph will be assessed with Paragraph 104. | | Annually | |

5

Office of the Court Monitor
Monitoring Matrix and Methodology on Recruitment

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 108 | PRPD and the UCCJ shall revise and implement policies and practices related to hiring to ensure that PRPD recruits and cadets do not qualify for civil service employment protections until their aptitude and abilities are properly assessed. | This Paragraph will be assessed, in part, with Paragraph 119.<br><br>1. Content analysis of policies to determine whether they incorporate the requirements of the paragraph. | 1. Policies incorporate all of the requirements of the paragraph. | Annually | |

*Denotes a randomized sample obtained through 20% of the population/universe to be studied.  Randomization ensures minimization of a sampling error while ensuring equal representation of all variables.

** The University College of Criminal Justice (UCCJ) is no longer operational.  Currently, PRPB owns and operates the Police Academy through the Auxiliary Superintendency for Education and Training, which is charged with meeting the training needs of PRPB.  Accordingly, PRPB assumes all of the implementation and compliance responsibilities assigned to UCCJ.

Note:  Content analysis will be based on applicable law and generally-accepted policing practices.

6