Office of the Court Monitor
Monitoring Matrix and Methodology on Supervision and Management

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 135 | PRPD shall ensure that an adequate number of qualified first-line supervisors are deployed in the field to allow supervisors to provide close and effective supervision to each officer under the supervisor's direct command, to provide officers with the direction and guidance necessary to improve and develop as police officers, and to identify, correct, and prevent misconduct. PRPD shall develop policies for supervision that set out clear requirements for supervisors and are consistent with generally accepted policing practices. | Compliance will be determined on two separate, but inter-dependent bases: (1) the implementation of Paragraphs 136-158, and (2) the results of outcome assessments, pursuant to Paragraph 243. | | Bi-Annually | |
| 136 | All operational field officers shall be assigned to a single, consistent, and clearly identified supervisor. Supervisors shall be assigned to and shall substantially work the same days and hours as the officers they are assigned to supervise, absent exceptional | 1. Content analysis of policies related to supervision to determine they incorporate the requirement of Paragraphs 136-140.<br><br>2. Content analysis of training on supervision to evaluate quality and content in | 1. Policies incorporate all the requirements of Paragraphs 136-140.  See Supervision Worksheet #1.<br><br>2. Supervision trainings are consistent with approved policies. | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | circumstances. Scheduled leave (such as vacation time), unscheduled leave (such as sick leave due to illness or injury) and other routine absences (such as court appearances and training obligations) shall not be deemed noncompliance with this provision. | accordance with approved policies.<br><br>3. Document review at least every six months to determine whether PRPB supervisors are trained and certified. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.<br><br>4. Document review of two months of staffing documents, including logbooks, for a random sample* of operational field units to determine the consistency of supervisory assignments and supervisor ratios in accordance with approved policies. [Note: Kronos data and records will also be reviewed when available and reliable.]<br><br>5. Site visits to a random selection* of PRPB units at least every six months to inspect/verify compliance with supervisory assignments and | 3. 95% of sampled supervisors are trained and certified in all policies related to supervision (or scheduled for training, in the case of mid-year reviews).<br><br>4. Officer and supervisor schedules, assignments, and ratios are consistent with supervision policies.<br><br>5. Supervisors are assigned and deployed in accordance with approved supervision policies.<br><br>6. 95% of interviewed personnel perceive that supervision is close and effective. See Supervision Worksheet #2.<br><br>7. 95% of sampled referrals indicate proactive observation and intervention to ensure adherence to policies, law, and the Agreement. | | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | deployment in accordance with approved supervision policies.<br><br>6. Interviews of random sample of commanders, supervisors, and officers to determine whether there is close and effective supervision.<br><br>7. Document review of a random sample* of referrals to SARP to evaluate supervisor responses and interventions. | | | |
| 137 | First-line field supervisors shall be assigned to supervise no more than ten officers for the first five years of this Agreement. After considering the results of the staffing study required by Paragraph 13 and whether the first-line supervisors are meeting all of the supervisory requirements of this Agreement at the current officer to supervisor ratios, the TCA and the Parties shall determine whether to lower the number of officers supervised by each first-line field supervisor. On-duty field supervisors shall be available | This Paragraph will be assessed with Paragraph 136. | | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
|  | throughout their shift to respond to the field to provide supervision to officers under their direct command and, as needed, to provide supervisory assistance to other units. |  |  |  |  |
| 138 | PRPD shall develop a program to ensure consistent field supervision when assigned supervisors are absent or otherwise unavailable for their tour of duty. | This Paragraph will be assessed with Paragraph 136. |  | Bi-Annually |  |
| 139 | Precinct and unit commanders shall closely and effectively supervise the officers under their command. | This Paragraph will be assessed with Paragraph 136. |  | Bi-Annually |  |
| 140 | All PRPD commanders and supervisors shall ensure that all supervisors and officers under their command comply with PRPD policy, Commonwealth of Puerto Rico and federal law, and the requirements of this Agreement. | This Paragraph will be assessed with Paragraphs 136. |  | Bi-annually |  |
| 141 | Each supervisor shall receive mandatory management, supervisory, leadership, and command accountability training, tailored to each level of supervision and command, of no fewer than 40 hours in | 1. Content analysis of policies related to supervisor training to determine they incorporate the requirement of Paragraphs 141-143. | 1. Policies incorporate all the requirements of Paragraphs 141-143.<br><br>2. Supervisor trainings are consistent with Paragraphs 141-143. | Annually |  |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | duration, prior to assuming supervisory responsibilities. Each supervisor shall receive no fewer than 40 hours of in-service training annually thereafter. | 2. Content analysis of supervisor trainings to evaluate quality and content in accordance with Paragraphs 141-143.<br><br>3. Document review at least every six months to determine whether supervisors are trained and certified on supervision requirements. Review a random sample* of supervisor personnel files to determine whether certifications validate training records. | 3. 95% of sampled supervisors are trained and certified in supervision requirements (or scheduled for training, in the case of mid-year reviews). With respect to Paragraph 142, 100% of PRPB personnel serving as supervisors on or before July 17, 2013, were trained and certified in supervision requirements by October 8, 2018. | | |
| 142 | All current PRPD supervisors shall receive the supervisor training developed pursuant to this Agreement within 18 months after it is developed and first implemented. | This Paragraph will be assessed with Paragraphs 141. | | One-time assessment. See Compliance Target/ Threshold #3. | |
| 143 | The supervisory training program shall include, but not be limited to, instruction in the following topics:<br>a) techniques for effectively guiding and directing officers and promoting effective and ethical police practices;<br>b) de-escalating conflict; | This Paragraph will be assessed with Paragraphs 141. | | Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
|  | c) evaluation of written reports; <br> d) investigating officer uses of force; <br> e) responding to and investigating allegations of officer misconduct; <br> f) risk assessment and risk management; <br> g) evaluating officer performance; <br> h) appropriate disciplinary sanctions and non-punitive corrective action; and <br> i) using EIS to facilitate close and effective supervision. |  |  |  |  |
| 144 | Officers appointed to the rank of Lieutenant Colonel, Colonel, commanding officer to a PRPD superintendency or units, and any other supervisors must receive Equal Employment Opportunity ("EEO") training on PRPD's policies and federal and Commonwealth anti-discrimination laws. This training shall include protocols for supervisors to follow in the event they are made aware of complaints involving | 1. Content analysis of policies related to EEO and anti-discrimination to determine they incorporate the requirement of this Paragraph. <br><br> 2. Content analysis of EEO and anti-discrimination trainings to evaluate quality and content in accordance with approved policies. <br><br> 3. Document review at least every six months to determine | 1. Policies incorporate all the requirements of this Paragraph. See Supervision Worksheet #3. <br><br> 2. Supervision trainings are consistent with approved policies. <br><br> 3. 95% of sampled personnel are trained and certified in EEO and anti-discrimination laws (or scheduled for training, in the case of mid-year reviews). | Annually |  |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | discrimination and/or harassment. The training shall also include instruction on PRPD policies prohibiting retaliation against any individual opposing the alleged discrimination or harassment and/or participating in a proceeding or investigation of discrimination or harassment. Supervisors receiving the EEO training shall be evaluated in part based on their knowledge and implementation of the policies, guidance, and laws covered in that training. | whether supervisors are trained and certified on EEO and anti-discrimination laws.  Review a random sample* of supervisor personnel files to determine whether certifications validate training records.

4. Document review of performance evaluations and any SARP investigations of a random sample* of supervisors to determine whether they are being evaluated, in part, based on implementing EEO and anti-discrimination training. | 4. Supervisor evaluations and SARP investigations indicate that supervisors are implementing policies and training on EEO and anti-discrimination laws in 95% of selected personnel files. | | |
| 145 | PRPD shall develop and implement a specific system to accurately evaluate the qualifications and performance of all PRPD officers in areas that include, but are not limited to, constitutional policing, integrity, community policing, and critical police functions on both an ongoing and annual basis. PRPD shall develop objective criteria to assess whether officers meet minimum qualifications and performance standards, | 1. Content analysis of policies related to performance evaluations to determine whether they incorporate the requirement of Paragraphs 145-146.

2. Content analysis of training on performance evaluations to evaluate quality and content in accordance with approved policies.

3. Document review at least every six months to determine | 1. Policies incorporate all the requirements of Paragraphs 145-146.  See Supervision Worksheet #4.

2. Training on performance e evaluations is consistent with approved policies.

3. 95% of sampled personnel files indicate that supervisors are trained and certified on policies regarding performance evaluations (or scheduled for | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | including officers in inactive status, where appropriate. The evaluation system shall provide for appropriate remedial or disciplinary action | whether supervisors are trained and certified on performance evaluations. Review a random sample* of personnel files of supervisors to determine whether certifications validate training records.<br><br>4. Document review of personnel files for a random sample* of officers assigned to specialized units to determine whether they meet the unit's minimum qualifications. This Evaluation Method will apply to all units that have special qualifications and eligibility criteria.<br><br>5. Document review of performance evaluations and SARP investigations of a random sample* of officers to determine whether performance evaluations adhere to approved policies. | training, in the case of mid-year reviews).<br><br>4. 95% of sampled officers meet minimum qualifications and eligibility criteria.<br><br>5. 95% of sampled performance evaluations adhere to approved policies. | | |
| 146 | As part of this system, PRPD shall establish a formalized system documenting annual performance evaluations of | This Paragraph will be assessed with Paragraph 145. | | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | each officer by the officer's direct supervisor. PRPD shall hold supervisors accountable for completing timely, accurate, and complete performance evaluations of their subordinates. | | | | |
| 147 | PRPD shall develop, implement, and maintain an early identification system ("EIS") to support the effective supervision and management of PRPD officers and employees, including the identification of and response to problematic behaviors as early as possible. PRPD shall regularly use EIS data to promote ethical and professional police practices; to manage risk and liability; and to evaluate the performance of PRPD employees across all ranks, units, shifts, commands, and organization components. | 1. Content analysis of policies related to EIS to determine they incorporate the requirement of Paragraphs 147-153.<br><br>2. Content analysis of training on EIS to evaluate quality and content in accordance with approved policies.<br><br>3. Document review at least every six months to determine whether supervisors and personnel administering EIS are trained and certified on EIS. Review a random sample* of personnel files of PRPB supervisors and personnel administering EIS to determine whether certifications validate training records.<br><br>4. Document review of EIS data and records for a random | 1. Policies incorporate all the requirements of Paragraphs 147-153.  See Supervisor Worksheet #5.<br><br>2. Training on EIS is consistent with approved policies.<br><br>3. 95% of sampled supervisors and personnel administering EIS are trained and certified in EIS policies (or scheduled for training, in the case of mid-year reviews).<br><br>4. EIS data and records demonstrate compliance with EIS policy for 95% of selected officers who trigger EIS and officers who do not trigger EIS. See Supervisor Worksheet #5. | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | sample* of officers who trigger EIS and officers who do not trigger EIS to determine compliance with EIS policy, including whether:<br>(a) officers who meet triggering criteria are identified;<br>(b) supervisors are alerted when an officer they supervise is identified by EIS;<br>(c) supervisors review EIS data for officers they supervise on a periodic basis;<br>(d) supervisors perform required interventions; and<br>(e) the results of interventions are recorded in EIS.<br><br>5. Interview a random sample* of officers, supervisors, SARP personnel, and IT staff to determine whether EIS is an effective supervisory tool to address potential problematic behavior in a non-punitive manner.<br><br>6. Site visits to a random sample* of units to determine whether EIS is functioning as designed, equipment is in good | 5. 95% of interviewed officers, supervisors, SARP personnel, and IT staff perceive EIS as an effective supervisory tool that addresses potential problematic behavior in a non-punitive manner.<br><br>6. EIS is functioning as designed, equipment is in good working order, and information is secure in 95% of selected units. | | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | working order, and information is secure. | | | |
| 148 | The EIS shall include a computerized relational database which shall be used to collect, maintain, integrate, and retrieve detailed data department-wide and for each officer regarding:<br>a) all uses of force;<br>b) injuries to and deaths of persons in custody;<br>c) all complaints and their dispositions;<br>d) data compiled under the stop data collection mechanism;<br>e) all criminal proceedings initiated, as well as all civil or administrative claims filed, that bear upon an officer's performance or fitness including, but not limited to, domestic violence and protective orders;<br>f) all judicial proceedings involving domestic violence, protective orders, and any other judicial proceedings which may be related to an officer's performance; | This Paragraph will be assessed with paragraph 147. | | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | g) all instances in which PRPD is informed by a prosecuting authority that a declination to prosecute any crime was based, in whole or in part, upon concerns about the credibility of a PRPD employee or that a motion to suppress evidence was granted on the grounds of a constitutional violation by a PRPD employee; <br> h) all disciplinary action taken against employees; <br> i) all non-punitive corrective action required of employees; <br> j) all awards and commendations received by employees; <br> k) training history for each employee; and <br> l) identifying information for each PRPD officer and employee and; <br> m) demographic data for each civilian involved in a use of force or search and seizure incident sufficient to assess bias. | | | | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 149 | PRPD shall establish a unit to develop, implement, and maintain the EIS with sufficient resources to facilitate data input and provide training and assistance to EIS users. | This Paragraph will be assessed with paragraph 147. | | Bi-annually | |
| 150 | PRPD shall maintain necessary equipment, in sufficient amount and in good working order, to permit appropriate personnel, including supervisors and commanders, ready and secure access to the EIS system to allow for timely input and review of EIS data. | This Paragraph will be assessed with paragraph 147. | | Bi-Annually | |
| 151 | PRPD shall develop a protocol for using the EIS and information obtained from it. The protocol for using the EIS shall address data storage, data retrieval, reporting, data analysis, pattern identification, supervisory use, supervisory/departmental intervention, documentation and audits, access to the system, and confidentiality of personally identifiable information. The protocol shall also require unit supervisors to periodically review EIS data for | This Paragraph will be assessed with paragraph 147. | | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | officers under their command, including upon transfer between PRPD units or regions. | | | | |
| 152 | PRPD shall maintain all personally identifiable information about officers and employees included in the EIS for at least five years following their separation from the agency. Information necessary for aggregate statistical analysis shall be maintained indefinitely in the EIS. On an ongoing basis, PRPD will enter information into the EIS in a timely, accurate, and complete manner, and shall maintain the data in a secure and confidential manner. | This Paragraph will be assessed with paragraph 147. | | Bi-Annually | |
| 153 | Following the initial implementation of the EIS, and as experience and the availability of new technology may warrant, PRPD may propose to add, subtract, or modify data tables and fields, modify the list of documents scanned or electronically attached, and add, subtract, or modify standardized reports | This Paragraph will be assessed with paragraph 147. | | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | and queries. PRPD will submit all such proposals for review and approval as set forth in Paragraph 229. | | | | |
| 154 | As part of PRPD's continuous improvement efforts and to ensure compliance with this Agreement, PRPD shall establish an auditing system that identifies operational deficiencies, analyzes causal and contributing factors, and implements effective remedial action. To effectuate the system, PRPD shall develop and implement auditing protocols that are based on generally accepted policing practices. The protocols shall provide the audited unit an opportunity to respond to preliminary findings and recommendations, as appropriate, to foster a culture of accountability and continuous improvement among all PRPD units and personnel. | 1. Content analysis of policies related to auditing system to determine they incorporate the requirement of Paragraphs 154-156.

2. Content analysis of training on the internal audits and inspections to evaluate quality and content in accordance with approved policies.

3. Document review at least every six months to determine whether PRPB personnel performing internal audits and inspections are trained and certified on the auditing and inspections system. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.

4. Document review of a random sample* of internal audits and inspections to | 1. Policies incorporate all the requirements of Paragraphs 154-156.  See Supervision Worksheet #6.

2. Training on internal audits and inspections are consistent with approved policies.

3. 95% of sampled personnel are trained and certified on the auditing and inspections system (or scheduled for training, in the case of mid-year reviews).

4. 95% of selected internal audits and inspections comply with policy.  See Supervision Worksheet #6.

5. Internal audits and inspections are scheduled regularly for all PRPB units, locations, and personnel.

6. PRPB prepares an annual report that (a) includes the | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | determine whether internal audits comply with policy.<br><br>5. Document review of internal audit and inspection records and schedules to determine whether they include all units, locations, personnel.<br><br>6. Document review of internal audit and inspection records and reports to determine whether:<br>(a) the conclusions and recommendations of audits conducted during the time period are covered by the annual report,<br>(b) PRPB Commissioner reviews audit reports and takes appropriate action, and<br>(c) unit commanders review audit reports regarding employees under their command and take appropriate action. | conclusions and recommendations of internal audits and inspections conducted for the covered period and (b) is reviewed by the Commissioner and unit commanders to guide corrective action, as appropriate. | | |
| 155 | PRPD shall develop a protocol for conducting operational audits related to the material terms of this Agreement. The protocol shall establish a | This paragraph will be assessed with Paragraphs 154. | | Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | regular and fixed schedule to ensure that such audits occur with sufficient frequency and cover all PRPD units and Command Areas. Audits shall assess, where appropriate, operational consistency among similar units throughout PRPD to ensure that all geographic areas are provided with appropriate levels of service delivery. PRPD shall summarize in an annual report the conclusions and recommendations of audits conducted during the time period covered by the report. | | | | |
| 156 | PRPD auditors shall issue a report to the Superintendent on the result of each audit. The Superintendent will review each audit for appropriate policy, disciplinary, and/or non-punitive corrective action. The commander of each precinct or specialized unit shall review all audit reports regarding employees under their command and, if | This paragraph will be assessed with Paragraphs 154. | | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | appropriate, shall take non-punitive corrective action or disciplinary action. | | | | |
| 157 | PRPD shall develop and implement a plan for organizing and executing regular, targeted, and random integrity audits. The integrity audits will be used to identify and investigate officers engaging in misconduct including, but not limited to, unlawful stops, searches, seizures (including false arrests), excessive uses of force, potential criminal behavior, racial or ethnic profiling, and bias against lesbian, gay, bisexual, and transgendered persons, or any other form of misconduct. These operations shall also seek to identify officers who discourage the filing of a complaint, fail to report misconduct or complaints, or otherwise undermine PRPD's integrity and accountability systems. SPR shall have the oversight responsibility within PRPD for these operations. | 1. Content analysis of policies related to integrity audits to determine whether they incorporate the requirement of this Paragraph.

2. Content analysis of training on integrity audits to evaluate quality and content in accordance with approved policies.

3. Document review at least every six months to determine whether relevant PRPB personnel are trained and certified on integrity audits. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.

4. Document review of documents for a random sample* of integrity audits to determine whether the audits | 1. Policies incorporate all the requirements of this Paragraph.

2. Training on integrity audits is consistent with approved policies.

3. 95% of sampled personnel are trained and certified on integrity audits (or scheduled for training, in the case of mid-year reviews).

4. 95% of selected integrity audits are designed effectively and comply with approved policies.

5. EIS and other relevant information is considered when selecting targets for integrity audits in 95% of selected integrity audits. | Bi-Annually | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | SPR shall use relevant EIS data and other relevant information in selecting targets for integrity audits. | are designed effectively and adhere to policies.<br><br>5. Document review of documents for a random sample* of integrity audits to determine whether EIS and other relevant information is used to select targets for integrity audits. | | | |
| 158 | PRPD shall establish an executive-level liaison committee consisting of high-level command officers of the PRPD who communicate, on at least a quarterly basis, with representatives of federal and local criminal justice components in all regions in Puerto Rico, including judicial courts, prosecutors, the University College, and municipal police departments. The committee shall seek mutual feedback and information on improving Puerto Rico's criminal justice system, including performance issues or concerns related to PRPD, its officers, employees, | 1. Content analysis of agreements and protocols related to criminal justice committees to determine whether they incorporate the requirement of this Paragraph.<br><br>2. Document review of documents, including written communications and SARP files, to determine whether:<br>a. PRPB solicits feedback and shares information on improving Puerto Rico's criminal justice system; and<br>b. PRPB refers allegations of misconduct or potential criminal activity that it receives to SARP for investigation. | 1. Agreements and protocols incorporate all the requirements of this Paragraph.<br><br>2. PRPB solicits feedback and shares information with criminal justice components, and refers allegations of misconduct or potential criminal activity it obtains from such components to SARP for investigation. | Quarterly | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | or units. All PRPD high-level commanders who participate in the executive-level liaison committee shall ensure that all allegations of misconduct or potential criminal activity are referred to SPR and/or PRDOJ for investigation, as appropriate. | | | | |

*Denotes a randomized sample obtained through [20%] of the population/universe to be studied.  Randomization minimizes sampling errors while ensuring equal representation of all variables.  Percentages for training compliance will be based on the number of officers who are eligible for training.

Note:  when referencing a "content analysis" of training, the monitor may conduct random and unannounced site visits to the Police Academy and/or training sites, which will allow for the review of the training content, delivery of materials, and learning process as a whole.  Content analyses of policies and training will be based on applicable law and generally-accepted policing practices.