## *Federico Hernández Denton*

Ave. Arterial Hostos #239
Edificio Capital Center
Torre Sur PH-1 Ofic. 1201
Hato Rey, Puerto Rico 00918
Tel. (787)751-8000

August 13, 2019

Office of the Monitor

INVOICE FOR PROFESIONAL SERVICES

| OFFICE OF THE MONITORS | | |
|---|---|---|
| DATE | DESCRIPTION | HOURS |
| 7/24/2019 | Reading of Monitors Report about protest in Fortaleza. | 1 |
| 7/27/2019 | Reading and analysis of Monitors Reports of protest and submission of recomendarions. | 0.5 |
| 7/27/2019 | Reading and analisis of aticles published by NY Times and conferences with a Castellanos about the Preliminary Reports of Monitor Office. | 1 |
| | TOTAL HOURS: | 2.5 |
| | RATE HOURS: | $ 125.00 |
| | SUBTOTAL: | $ 312.50 |
| | LESS RETAINER: | $ - |
| | TOTAL AMOUNT DUE: | $ 312.50 |

**THANK YOU FOR YOUR BUSINESS!**