Al Youngs
5552 W Lakeridge Rd
Lakewood, CO 80227

August 1- August 31, 2019
Invoice #3
Member of Federal Monitor Team

The following is a detailed statement of the hours worked.

**Sunday, August 11, 2019 through Friday, August 16, 2019 site visit to Puerto Rico**
Saturday August 10 and Sunday August 11 – Prepared for Monitor Team meeting and meetings with the parties.
Monday August 12 – Discussion with Monitor Team members reference: Supervision, Recruitment, Search & Seizure and Professionalism Methodologies.
Tuesday August 13 through Thursday 15 2019 - Meetings with USDOJ, McV, Special Master, and Monitor Team at PRPB, reference: above Methodologies.
Friday, August 16, 2019 253 Meeting with USDOJ, PRPB, McV, and members of the Monitor Team.  Meeting in chambers with Honorable Judge Gelpi reference past weekly events
Total Hours for the above 46 Hrs.


Reviewed and responded to emails for the month of August from members of the Monitor Team and Special Master.
10 hours
Prepared Training worksheet document
5 hours
Conference calls with the Monitor Team to discuss Training worksheet
2 hours
Reviewed Final Draft of approved Matrices
2 hours
Reviewed information from IACP Recruitment Committee, Training and Supervision instruments and worksheets utilized by other agencies under consent decree including Albuquerque and New Orleans
3 hours

# TOTAL HOURS:        68 HOURS

# BILLABLE HOURS    64  HOURS AT RATE OF $150 PER HOUR = $9600

PRO BONO 4 HOURS

**Travel Expenses**
Airfare                    $604.20
Hotel                      $702.83
**Total Expenses**         **$1307.03**

**Travel Reimbursement**   $1000.00

(Pro Bono Expenses)        $307.03

**TOTAL WAGES AND EXPENSE REIMBURSEMENT          $10,100**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____              8/28/19
Signature                              Date

**From:** Southwest Airlines <southwestairlines@ifly.southwest.com>
**To:** alyoun <alyoun@aol.com>
**Subject:** Alan Youngs's 08/16 Denver trip (L9ECYE): Your reservation is confirmed.
**Date:** Mon, Aug 5, 2019 9:40 pm

Here's your itinerary and other important travel information.

View our mobile site | View in browser

**Southwest**  Manage Flight | Flight Status | My Account

## Hi Alan,

You successfully redeemed 27,222 Rapid Rewards® points for this trip. We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### AUGUST 16
# SJU      DEN
San Juan to Denver

Confirmation # **L9ECYE**              Confirmation date: 08/05/2019

| PASSENGER | Alan Youngs |
| --- | --- |
| RAPID REWARDS # | 207895671 |
| TICKET # | 5262105883447 |
| EXPIRATION[1] | August 5, 2020 |
| EST. POINTS EARNED | 0 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:** Friday, 08/16/2019    Est. Travel Time: **9h 10m**    Wanna Get Away®

| | DEPARTS | ARRIVES |
| --- | --- | --- |
| **FLIGHT # 2217** | **SJU 04:00**PM<br>San Juan | **MCO 07:00**PM<br>Orlando |
| - | Stop: Change planes | |
| **FLIGHT # 1796** | **DEPARTS**<br>**MCO 07:45**PM | **ARRIVES**<br>**DEN 11:10**PM |

Tampa                                San Juan

## Payment information

Total cost                                   Payment

**Air - W9KZ8Z**                             Visa ending in 6933
Base Fare              $   571.00            Date: August 4, 2019
U.S. Transportation Tax $   18.60            **Payment Amount: $604.20**
U.S. 9/11 Security Fee $     5.60
U.S. Passenger Facility Chg $ 9.00

**Total**              $   604.20

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262105516117

## Prepare for takeoff



**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.



**30 minutes** before your departure:

Arrive at the gate prepared to board.



**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

### Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



Save up to 30%                              **Budget**
and earn up to 2,400 Rapid Rewards® points

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  S   115.00   Clerk: 8

Marriott Rewards #   119330892

CRS Number  87461533

Name:

Arrive:  08-11-19         Time:  20:12         Depart:  08-16-19         Folio Number:  615988

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-14-19 | Hotel Fee | 10.35 | |
| 08-15-19 | Comedor - Guest Charge | 3.00 | |
| 08-15-19 | Laundry - Dry Cleaning | 6.58 | |
| 08-15-19 | Package | 115.00 | |
| 08-15-19 | Government Tax | 10.35 | |
| 08-15-19 | Hotel Fee | 10.35 | |
| 08-16-19 | Visa Card | | 702.83 |
| | Card # XXXXXXXXXXXX8369 | | |

Balance                                                            0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**Marriott**
guest.service@courtyard.com
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 8

Marriott Rewards #   119330892

CRS Number  87461533

Name:

Arrive:  08-11-19          Time:  20:12          Depart:  08-16-19          Folio Number:  615988

| Date     | Description           | Charges | Credits |
|----------|-----------------------|---------|---------|
| 08-14-19 | Hotel Fee             | 10.35   |         |
| 08-15-19 | Comedor - Guest Charge| 3.00    |         |
| 08-15-19 | Laundry - Dry Cleaning| 6.58    |         |
| 08-15-19 | Package               | 115.00  |         |
| 08-15-19 | Government Tax        | 10.35   |         |
| 08-15-19 | Hotel Fee             | 10.35   |         |
| 08-16-19 | Visa Card             |         | 702.83  |
|          | Card # XXXXXXXXXXXX8369 |         |         |

                                              Balance        0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.