John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

August 1 through August 31, 2019

INVOICE # 063                                   **TOTAL DUE $13,500**
ACTING FEDERAL MONITOR
AUGUST 2019 INVOICE

The following is a detailed statement of the hours worked.
**Sunday, August 11, 2019 through Friday, August 16, 2019 site visit to Puerto Rico**
Sunday, August 11 prepared for Monitor Team meeting and meetings with the parties.
Monday, August 12 meeting with the Monitor Team to discuss comments re: Supervision, Recruitment, Professionalism and Search &Seizure Methodologies
Tuesday, August 13 though Thursday, August 15, 2019 meeting with Monitor Team, USDOJ, McV, Special Master at PRPB re: above Methodologies.
Friday, August 16, 2019 253 Meeting with USDOJ, McV, and PRPB. Meeting with Honorable Judge Gelpi.
Total Hours for the above 48.5 Hrs.

Reviewed Methodology Matrix for Supervision and Management Area of the Agreement. 4 hrs.
Generated, reviewed and responded to emails (month of August) from the Parties/Monitor Team/ Special Master. 12 hrs.
Additional Conference calls with the Parties/Special Master during the month of August. 6 hrs.
Conference calls with the Monitor Team to discuss Methodologies 8 hrs.
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director 12 hrs.
Reviewed Final Draft of approved matrices 3 hrs.


TOTAL HOURS:    93 HOURS  30MINUTES.


BILLABLE HOURS   83 HOURS.   20 MINUTES AT RATE OF $150 PER HOUR = $12,500

Pro Bono    10 Hours    10 Minutes


**Expenses:**
Airfare         $ 676.93
Hotel           $ 701.60

**Total Expenses $ 1,378.53**

**Reimbursable  $1,000**

(Pro Bono Expenses) $378.53

**Total wages and Expense Reimbursement Due = $13,500**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____          _____8/27/19_____
Signature                                                                       Date

# COURTYARD® Marriott.

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate: $  115.00  Clerk: 7

Marriott Rewards #   756834271

CRS Number 87454429

Name:

Arrive:  08-11-19          Time:  12:13          Depart:  08-16-19          Folio Number:  615985

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-11-19 | Package | 115.00 | |
| 08-11-19 | Government Tax | 10.35 | |
| 08-11-19 | Hotel Fee | 10.35 | |
| 08-12-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 08-12-19 | Package | 115.00 | |
| 08-12-19 | Government Tax | 10.35 | |
| 08-12-19 | Hotel Fee | 10.35 | |
| 08-13-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 08-13-19 | Package | 115.00 | |
| 08-13-19 | Government Tax | 10.35 | |
| 08-13-19 | Hotel Fee | 10.35 | |
| 08-14-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 08-14-19 | Package | 115.00 | |
| 08-14-19 | Government Tax | 10.35 | |
| 08-14-19 | Hotel Fee | 10.35 | |
| 08-15-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 08-15-19 | Package | 115.00 | |
| 08-15-19 | Government Tax | 10.35 | |
| 08-15-19 | Hotel Fee | 10.35 | |
| 08-16-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 08-16-19 | Visa Card | | 701.60 |
| | Card # XXXXXXXXXXXX1287 | | |

# Itinerary confirmation

Report Website Problem ↓

Download to calendar

You're all set to jet!

**Confirmation code: YCTKNE**

*[handwritten: Aug 2019  $676.93]*

MANAGE BOOKING >

## Travelers

**Mr. John Joseph Romero**

| Flight | | | | | |
|---|---|---|---|---|---|
| | Ticket number | 2792131683069 | | | |
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | |
| | | **LAX → FLL** | **FLL → SJU** | **SJU → FLL** | **FLL → LAX** |
| | Seat | 15C | 16D | 23D | 20D |
| | Checked bags included | 2 bags | 2 bags | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| Los Angeles, CA (LAX)<br>Sat Aug 10 2019, **10:10 PM**<br>A321/Mint | Fort Lauderdale, FL (FLL)<br>Sun Aug 11 2019, **6:24 AM** | Flight 100<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Sun Aug 11 2019, **7:53 AM**<br>A320 | San Juan, PR (SJU)<br>Sun Aug 11 2019, **10:32 AM** | Flight 1653<br>JetBlue | Fare: Blue<br>Nonstop |
| San Juan, PR (SJU)<br>Fri Aug 16 2019, **6:07 PM**<br>A320 | Fort Lauderdale, FL (FLL)<br>Fri Aug 16 2019, **8:49 PM** | Flight 566<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Fri Aug 16 2019, **10:07 PM**<br>A321/Mint | Los Angeles, CA (LAX)<br>Sat Aug 17 2019, **12:30 AM** | Flight 2201<br>JetBlue | Fare: Blue<br>Nonstop |

## Fare breakdown

| Passenger Type | Base Fare<br>per person | Taxes & fees<br>per person | Total Fare<br>per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $610.53 | $66.40 | $676.93 | x 1 | $676.93 USD |

+ LAX - SJU: Blue details

+ SJU - LAX: Blue details