# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

PHONE: 7874731515   Theandgroup.net

## INVOICE

INVOICE NUMBER: 10
INVOICE DATE: AUGUST 28, 2019

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-01-19 | Administrative Director | Visit Posible office spaces in Ponce de León Ave. Capitol Protests and Report. | 4.50 | $85.00 | $382.50 |
| AUG-02-19 | Administrative Director | Protests on Fortaleza during Governor last day in office, executive Report to the Monitor | 8.50 | $85.00 | $722.50 |
| AUG-12-19 | Administrative Director | Meeting with Monitor and team. | 1.50 | $85.00 | $127.50 |
| AUG-15-19 | Administrative Director | Visit Posible Office Space in Miramar | 1.50 | $85.00 | $127.50 |
| AUG-16-19 | Administrative Director | Monthly Meeting at McConnell Valdés, Meeting with Monitor and Judge Gelpí | 4.00 | $85.00 | $340.00 |
| AUG-22-19 | Administrative Director | Meeting With CPA Viota, Set Up of Office of the Police Federal Monitor Puerto Rico LLC (PFMPR LLC) | 4.50 | $85.00 | $382.50 |
| AUG-23-19 | Administrative Director | Work with office budget, review of the agreements for the sustainable reform of the Puerto Rico Police Department. | 3.50 | $85.00 | $297.50 |
| AUG-26-19 | Administrative Director | Work with staff contracts, office follow up | 3.00 | $85.00 | $255.00 |
| AUG-27-19 | Administrative Director | Communications with Monitor, prepare motions for August invoices to the court. | 4.50 | $85.00 | $382.50 |
| AUG-28-19 | Administrative Director | I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as member of the Federal Monitor Team. I further certify that I have not received any income compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $3,017.50 |

MESSAGE

Javier B Gonzalez, August 28, 2019