| | | |
|---|---|---|
| Name: Rafael E. Ruiz | | INVOICE #2019-08 |
| Address: 12 Crestshire Dr. | | |
| Lawrence, MA 01843 | | DATE: August 31, 2019 |

For service: August 1-31, 2019

The following is a detailed statement of the hours worked at home as well as in PR:

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Teleconference with Monitor Team, re Instruments/Methodologies 8/1 | 1 hr. | $150/hr. | $150.00 |
| Review/Prep instruments for above | 3 hrs. | $150/hr. | $450.00 |
| Review/comment on Methodologies S&S, Professionalism, Recruitment, Training, Supervision, 8/4 | 5.5 hrs. | $150/hr. | $825.00 |
| Read/summarize emails to Complaint Line, 8/11 | 1.5 hrs. | $150/hr. | $225.00 |
| Prep list of specific emails for Monitor/Judge and respond to senders, 8/19 | 3 hrs. | $150/hr. | $450.00 |
| Read/review emails, report to Monitor, 8/27 | 2 hrs. | $150/hr. | $300.00 |
| Emails/phone calls with Monitor and Team | 3 hrs. | $150/hr. | $450.00 |
| Trip to PR (meetings), 8/12 | 8 hrs. | $150/hr. | $1,200.00 |
| Trip to PR (meetings), 8/13 | 10 hrs. | $150/hr. | $1,500.00 |
| Trip to PR (meetings), 8/14 | 9.5 hrs. | $150/hr. | $1,425.00 |
| Trip to PR (meetings), 8/15 | 8 hrs. | $150/hr. | $1,200.00 |
| SUB-TOTAL | | | $8,175.00 |

| | | |
|---|---|---|
| Expenses: | Round trip JetBlue: | $563.40 |
| | Courtyard Marriott: | $554.80 |
| | Total | $1,118.20 |

| | | |
|---|---|---|
| | Billable expenses: | $1,000.00 |
| | TOTAL | $9,175.00 |

_____   Date:
Signature

| | |
|---|---|
| market basket 00000059<br>Aug 6th, 2019 | $125.80<br>252 TrueBlue® points |
| ROCKY'S ACE HARDWARE<br>Aug 5th, 2019 | $29.29<br>29 TrueBlue® points |
| JETBLUE 27921318332224<br>Aug 4th, 2019 | $563.40<br>1,690 TrueBlue® points |
| JIMS ORIGINAL SUBS & P<br>Aug 2nd, 2019 | $25.66<br>51 TrueBlue® points |
| THE HOME DEPOT #2685<br>Jul 31st, 2019 | $105.74<br>106 TrueBlue® points |



| | | | | |
|---|---|---|---|---|
| 08/09/19 | LA FABRICA CENTRAL NIGHTC 021770020833<br>0000072820 02139 | CAMBRIDGE | MA | $54.99 |
| 08/14/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $5.00 |
| 08/14/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $13.38 |
| 08/15/19 | COURTYARD MARRIOTT MIR 425983<br>Arrival Date    Departure Date<br>08/11/19         08/15/19<br>00000000<br>LODGING<br>CARDEPOSIT | SAN JUAN | PR | $554.80 ♦ |
| 08/16/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $18.65 |
| 08/16/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $5.00 |

Continued on next page

AMERICAN EXPRESS

**Platform Card®**

RAFAEL E RUIZ
Closing Date 08/16/19

p. 5/10

Account Ending 4-23007