**INVOICE 0054 FOR PROFESSIONAL SERVICES; AUGUST 1 – 31, 2019**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **Interim Federal Monitor**
    **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of August 2019 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work performed on-site in Puerto Rico | | 8 | 12-Aug | $1,200.00 |
| | | 10 | 13-Aug | $1,500.00 |
| | | 8 | 14-Aug | $1,200.00 |
| Net hours in PR | | 26 | | $3,900.00 |
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ, Judge, Special Master. Subjects include, protests, site coordination, monitoring methodologies, guidance, planning, site logistics, network assessment, DOJ comments to document requests, etc. | 7.75 | | | $1,162.50 |
| Site planning and prep | 0.75 | | | $112.50 |
| Prep for search and seizure, professionalization, training, supervision, etc., methodology review, crosswalk monitors inputs | 3.25 | | | $487.50 |
| Review Methodology materials in prep for 8/13-14, LAPD Force Investigation Div., FTO training forms, Henderson Training materials, IACP Hiring strategies, review complaint emails, recruitment resources | 9.50 | | | $1,425.00 |
| Review of methodologies edited on site during week of 12 Aug; Recruitment and Professionalization | 1.50 | | | $225.00 |
| Trip Report | 1.50 | | | $225.00 |
| Teleconferences | 1.00 | | | $150.00 |
| Review PRPB IT Plan | 2.25 | | | $337.50 |
| Prep Draft IT Methodology | 8.25 | | | $1,237.50 |
| | | | | |
| Net Hours US | 35.75 | | | $5,362.50 |

| | | | |
|---|---|---|---|
| | TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr. | 26.00 | $3,900.00 |
| | TOTAL OF BILLABLE HOURS IN US @ $150/hr. | 35.75 | $5,362.50 |
| | Subtotal - Labor | | $9,262.50 |
| | Uncompensated Labor | | -$162.50 |
| | Net Allowable Labor | | $9,100.00 |
| | Airfare | | $485.26 |
| | Hotel | | $407.10 |
| | Meals | | $85.48 |
| | Cab fares/transportation | | $89.43 |
| | Sub-total Expenses | | $1,067.27 |
| | Uncompensated Expenses | | $67.27 |
| | Net Allowable Expenses | | $1,000.00 |
| | Total Cost | | $10,329.77 |
| | Allowable Fee | | $10,100.00 |

INVOICE PRESENTED BY:



Scott Cragg, Monitoring Core Team

**Subject:** JetBlue booking confirmation for SCOTT POMAIALOHA CRAGG - RBZOPL
**Date:** Saturday, July 27, 2019 at 12:09:13 PM Eastern Daylight Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip on Thu, Aug 08

Please note: This is not your boarding pass.

**Your confirmation code is**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.

You can also manage your trips by downloading our free mobile app.

## Flights



|  |  |
|---|---|
| USD485.26 NONREFUNDABLE | $223.26 |
| Taxes & fees | $45.34 |
| **Total:** | **$268.60 USD** |

Purchase Date: Jun 29, 2019

Request full receipt

# The wheel deal.

Save with Avis and Budget when you add a car to your booking, plus drive away with TrueBlue points on every rental.

Add a car

Flight Tracker | Bag Info | Airport info

## Stay Connected

Download the JetBlue mobile app

Flights                     Hotels

Flights + Hotel             Cars
by JetBlue Vacations

Help

Business Travel

Privacy

About JetBlue

| | | | | |
|---|---|---|---|---|
| **DCA** | **BOS** | | Date | Thu, Aug 08 |
| Washington, DC | Boston, MA | | Departs | 3:53pm |
| Terminal: B | | | Arrives | 5:29pm |
| | | | Flight | 1154 |

| | | | | |
|---|---|---|---|---|
| **BOS** | **SJU** | | Date | Sun, Aug 11 |
| Boston, MA | San Juan, PR | | Departs | 9:50pm |
| Terminal: C | | | Arrives | 1:49am |
| | | | Flight | 61 |

| | | | | |
|---|---|---|---|---|
| **SJU** | **DCA** | | Date | Wed, Aug 14 |
| San Juan, PR | Washington, DC | | Departs | 6:13pm |
| Terminal: A | | | Arrives | 9:59pm |
| | | | Flight | 1348 |

If your booking was made at least 7 days in advance, you may cancel it within 24 hours without a cancellation fee. Please click here for details on our change and cancel policies.

## Traveler Details

**SCOTT**
**POMAIALOHA**
**CRAGG**

Frequent Flier: B6 3363415311
Ticket number: 2792131262821

**DCA - BOS:**

**Subject:** Thanks for tipping! We've updated your Thursday afternoon trip receipt
**Date:** Thursday, August 8, 2019 at 3:04:08 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: $14.33
Thu, Aug 08, 2019

# Thanks for tipping, scott

Here's your updated Thursday afternoon ride receipt.

Total                                                                     $14.33

You earned 26 points on this trip

| | |
|---|---|
| Trip Fare | $7.23 |
| Subtotal | $7.23 |
| Promotions | -$0.70 |
| Tolls, Surcharges, and Fees | $6.80 |
| Tip | $1.00 |

Amount Charged

**Subject:** Thanks for tipping! We've updated your Wednesday evening trip receipt
**Date:** Wednesday, August 14, 2019 at 10:35:37 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: $14.08
Wed, Aug 14, 2019

# Thanks for tipping, scott

Here's your updated Wednesday evening ride receipt.

## Total                                $14.08

You earned 26 points on this trip

| | |
|---|---|
| Trip Fare | $6.28 |
| Subtotal | $6.28 |
| Tolls, Surcharges, and Fees | $6.80 |
| Tip | $1.00 |

Amount Charged

```
              SOGO MIRAMAR
         AVE. PONCE DE LEON # 659
            SAN JUAN, PR 00907
              (787) 724-0222

Server: tony                    Station: 1
-------------------------------------------
Order #: 14531                   Dine In
Table: D4                        Guests: 2
-------------------------------------------
1 ORANGE CHICKEN                   15.75
  ADD SPICY
1 ROAST PORK FRIED RICE            11.00
1 TRADIT. PEPPER STEAK             16.75
  > poco peper
1 CH. TERIYAKI                     15.75
1 Coca Cola                         2.00
1 Diet Coke                         2.00
1 RM CHARDONNAY CP                  6.75
1 RM CHARDONNAY CP                  6.75
1 Coca Cola                         2.00
1 RM CHARDONNAY CP                  6.75
1 RM CHARDONNAY CP                  6.75

SUB TOTAL:                         92.25
IVU TAX 10.5%:                      9.69
CITY TAX 1%:                        0.93
                                 ========
TOTAL:                           $102.87

         >> Ticket #: 20 <<
          8/13/2019 7:02:38 PM
*******************************************
PROPINA SUGERIDA NO INCLUIDA

EL 15% DE SU ORDEN = $13.84
EL 18% DE SU ORDEN = $16.61
EL 20% DE SU ORDEN = $18.45

*******************************************
```





```
          SOGO MIRAMAR
       659 AVE PONCE DE LEON
            SAN JUAN
DATE         TIME              HOST
Aug 13.19    19:54:43          ATH
BATCH        TERMINAL ID    MERCHANT ID
000029       7147U905       7147444502516

              SALE

              ACCT.
         ************9796

AUTH. CODE: 033172    INVOICE: 000993
                      TRACE  : 001240

AMOUNT:       $        92.26
State TAX:    $         9.69
Mun.  TAX:    $         0.92

Subtotal:     $       102.87
                       25.00
TIP    : --------------------
                      127.87
TOTAL  : --------------------

CONTROL: 3XGXG-54E1K
ET

SIGNATURE: X_____

MASTERCARD
AID: A0000000041010  AC: 6D8892F79079472D
UN: 8A788F4C  TVR: 0000008000 TSI: 6800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
       AGREEMENT WITH THE ISSUER

            CUSTOMER COPY
         Gracias por su patrocinio
```

```
               LOS PINOS
            655 PONCE DE LEON
         SAN JUAN, PUERTO RICO  00901
              ph (787) 722-6862


             Gracias por su visita
    ----------------------------------------
              TABLE: 44 - 1 Guest
          Su Mecera (o) fue YARILIZ NEGRON
              8/12/2019 7:52:14 PM
               Sequence #: 0000142
                 ID #: 0162180
    ITEM                         QTY   PRICE
    ----------------------------------------
    ALITAS PLATO           (4@$10.95)  $43.80
    REFRESCO LATA          (3@$1.75)    $5.25
    Santa Chardonnay COPA  (4@$6.00)   $24.00
                  Subtotal             $73.05
              MUNICIPAL TX 1 %          $0.73
              STATE TX 10.5 %           $7.67
    ----------------------------------------
                  Grand Total          $81.45
    Credit Purchase
    Name             :RUIZ/RAFAEL
    CC Type          :MasterCard
    CC Num           :xxxx xxxx xxxx 9796
    Reference        :559146
    Approval         :05773Z
    Server           :YARILIZ NEGRON
    Ticket Name      :44

              Payment Amount:     $81.45

              Tip:

              Total:
```

it shown above.

pronto

jn $73.05
        15%
        $10.96

Importante

# COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Scott Cragg  
13932 S Springs Dr  
Clifton VA 20124  
United States

Room: 0806  
Room Type: EKNG  
No. of Guests: 1  
Rate: $ 115.00  Clerk: 8

Marriott Rewards #   797225828

CRS Number  89211373

Name:

Arrive:  08-11-19         Time:  23:59         Depart:  08-14-19         Folio Number:  616126

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-11-19 | Package | 115.00 | |
| 08-11-19 | Government Tax | 10.35 | |
| 08-11-19 | Hotel Fee | 10.35 | |
| 08-12-19 | COMEDOR- Guest Charge (Breakfast) | 3.62 | |
| 08-12-19 | Package | 115.00 | |
| 08-12-19 | Government Tax | 10.35 | |
| 08-12-19 | Hotel Fee | 10.35 | |
| 08-13-19 | Comedor - Guest Charge | 3.00 | |
| 08-13-19 | Package | 115.00 | |
| 08-13-19 | Government Tax | 10.35 | |
| 08-13-19 | Hotel Fee | 10.35 | |
| 08-14-19 | Visa Card | | 413.72 |
| | Card #  XXXXXXXXXXXX6833 | | |

Balance                                          0.00 USI

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Pueblo®

MIRAMAR
Gerente Sonia Aguila
Tel. 787 725 4479

```
                    GROCERY
CHIP AHOY WHT CHNK            $3.69 T12F
BIMBO MANT.CR.SA              $2.69 T12F

Items Subtotal                  $6.38
Subtotal                        $6.38
GOV [$6.38]                     $0.67
MUN [$6.38]                     $0.06

TOTAL                           $7.11
                               $20.00
                               $12.89
```

**Taxi**

METROPOLITAN AREA
AREA METROPOLITANA

U_____

Date: _____

FROM: S.J.U.

TO: MARRIOT

FARE   $ 23

LUGGAGE $ 2

TOTAL  $ 25

SIGNATURE

"THANK YOU FOR YOUR VISIT TO PUERTO RICO"

8/B
PKG $15

```
                    t              2

               Luis Munoz Marin Int. Airport
                       Carls Jr TA
                       Teminal A
st: Jose                          08/14/2019
                                    3:53 PM
                                      10063

CB Chicken Tender 3                   9.59
 all Fries
ke 20z
icken Tender 3
Honey Mustard Sauce

total                                 9.59

 . Tax                                1.01
CIPAL Tax                             0.10
 l Tax                                1.11

  Go Total                           10.70

                                   $ 20.70

 ange                          $   10.00

              Come Back Soon!
          How was it? Tell us
       customerservice@mgicaribe.com

              --- Check Closed ---
```