John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

September 3 through September 7, 2019

SUPPLEMENTAL INVOICE # 003    **TOTAL REIMBURSEMENT DUE $2,314.44**
ACTING FEDERAL MONITOR

FOR TRAVEL TO NEW ORLEANS FOR SITE VISIT WITH NOPD.
**EXPENSES:**

| | | |
|---|---|---|
| Airfare | $ 639.51 | |
| Hotel | $ 1190.54 | |
| Uber | $ 164.89 | |
| Meals | $ 319.50 | (used GSA.gov per diem for New Orleans) |

**Total Expenses: $2,314.44**

## Total Expense Reimbursement Due = $2314.44

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____          9/15/19
Signature                                          Date

**COLLECTION**
BY HILTON

1111 Gravier Street
New Orleans, LA  70112
United States of America
TELEPHONE 504-518-5800    • FAX 504-577-2715
Reservations
www.hilton.com or 1 800 HILTONS

Romero, John

2301 PACIFIC AVE

COSTA MESA CA  92627
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 707/K1 |
| Arrival Date: | 9/3/2019 5:36:00 PM |
| Departure Date: | 9/7/2019 5:10:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | MSIM |
| Room Rate: | 251.10 |
| AL: | |
| HH #  | 567985962 BLUE |
| VAT # | |
| Folio No/Che | 117277 A |

Confirmation Number: 3144761422

THE TROUBADOUR HOTEL 9/7/2019 5:10:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 9/3/2019 | GUEST ROOM | MSIM | 340654 | $251.10 | | |
| 9/3/2019 | RM - ROOM TAX | MSIM | 340654 | $36.28 | | |
| 9/3/2019 | RM - HOTEL OCCUPANCY FEE | MSIM | 340654 | $1.00 | | |
| 9/3/2019 | RM - TOURISM ASSESSMENT | MSIM | 340654 | $4.39 | | |
| 9/4/2019 | GUEST ROOM | MSIM | 340939 | $251.10 | | |
| 9/4/2019 | RM - ROOM TAX | MSIM | 340939 | $36.28 | | |
| 9/4/2019 | RM - HOTEL OCCUPANCY FEE | MSIM | 340939 | $1.00 | | |
| 9/4/2019 | RM - TOURISM ASSESSMENT | MSIM | 340939 | $4.39 | | |
| 9/5/2019 | GUEST ROOM | MSIM | 341218 | $259.47 | | |
| 9/5/2019 | RM - ROOM TAX | MSIM | 341218 | $37.49 | | |
| 9/5/2019 | RM - HOTEL OCCUPANCY FEE | MSIM | 341218 | $1.00 | | |
| 9/5/2019 | RM - TOURISM ASSESSMENT | MSIM | 341218 | $4.54 | | |
| 9/6/2019 | GUEST ROOM | MSIM | 341613 | $259.47 | | |
| 9/6/2019 | RM - ROOM TAX | MSIM | 341613 | $37.49 | | |
| 9/6/2019 | RM - HOTEL OCCUPANCY FEE | MSIM | 341613 | $1.00 | | |
| 9/6/2019 | RM - TOURISM ASSESSMENT | MSIM | 341613 | $4.54 | | |
| 9/7/2019 | VS *1287 | MSIM | 341688 | | ($1,190.54) | |
| | | | **BALANCE** | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

**CREDIT CARD DETAIL**

| | | | |
|---|---|---|---|
| APPR CODE | 07981D | MERCHANT ID | 8034766264 |
| CARD NUMBER | VS *1287 | EXP DATE | 03/20 |
| TRANSACTION ID | 341688 | TRANS TYPE | Sale |



Hello JOHN JOSEPH

(/homepage.do)

# Your trip is booked

Once ticketed, we'll email your confirmation and you can print your receipt (usually within 3 hours).

Record Locator: **TXJLZG**

Trip name: **SNA/MSY** Edit

## Your trip to New Orleans, LA           $572.31

**DEPART**
SNA to MSY
Tue, Sep 3, 2019
8:42 AM → 4:35 PM

**RETURN**
MSY to SNA
Sat, Sep 7, 2019
9:35 AM → 2:01 PM

View trip details, request upgrades, change seats and more.

Manage your trip



### Need more miles?
Purchase the miles you need to reach your next award and be on your way!

Buy miles
(https://buymiles.americanairlines.com/en/buygift?c=AAC_AwrdPthFin_EN_US_BUY_C_FinishPageModule_adabove)



### Travel with benefits
Get your first checked bag free on domestic itineraries with this credit card offer.

Card offer details
(https://creditcards.aa.com/citi-platinum-card-american-airlines-bpfinish)

## Search hotels

 John Romero <jrrjjr.romero@gmail.com>

## Here is your new travel insurance policy (ref:AMR00078790813)
1 message

**Allianz Global Assistance** <donotreplypolicy@allianzassistance.com>   Thu, Aug 22, 2019 at 6:44 PM
Reply-To: donotreplypolicy@allianzassistance.com
To: JRRJJR.ROMERO@gmail.com

Download your official policy documents.



How can we help?

# Thanks for choosing Allianz Global Assistance
Here's your important policy information.

Hi JOHN,

Thanks for protecting your upcoming travel plans with us. More than 35 million U.S. customers trust Allianz Global Assistance each year — so travel confidently knowing you're in good company.

**You can access your policy document here**, which includes your Letter of Confirmation, Certificate of Insurance/Policy, and Emergency Assistance Card. You'll want to keep it handy so download and save to your device, or print and stow it in your travel bag.

Please **check out our FAQs** or **contact us** if you have any questions. We're also here to help if your travel plans change and you need to update your policy or add coverage.

Thanks again for protecting your trip with us, and don't forget to **download your free TravelSmart app** to manage your policy on the go, find local emergency services wherever you are, and much more.

### About your new policy

Policy:
Deluxe Domestic Trip Protector I

Policy No.:
AMR00078790813

Total amount paid:
$37.20

Purchase date:
August 22, 2019

Effective date:
August 23, 2019

Travel dates:
September 3, 2019–September 7, 2019



John Romero <jrrjjr.romero@gmail.com>

## Your receipt

**American Airlines** <no-reply@notify.email.aa.com>  
To: jrrjjr.romero@gmail.com <jrrjjr.romero@gmail.com>

Mon, Sep 2, 5:37 PM

 

Issued: September 2, 2019



Record Locator: **TXJLZG**

Thanks for your payment. Check your bags and print bag tags at the airport. Free checked bags are not included on this receipt.

## Payment details



Visa  
XXXXXXXXXXXX1287

**JOHN ROMERO**

**SNA-MSY**

Bags (Document # 0011500747558)                         $30.00

| | |
|---|---:|
| Tax | $0.00 |
| Total | $30.00 |

**Total cost**     $30.00

   

Book a hotel »    Book a car »    Buy trip insurance »    Schedule a ride »

Contact us | Privacy policy

Get the American Airlines app

 

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

oneworld is a registered trademark of oneworld Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.

**Filter trips**

07 September 2019, 3:24am
$35.49

New Orleans
Apple Pay

Your UberX trip with James

1111 Gravier St, New Orleans, LA 70112, USA
03:24 AM

900 Airline Dr, Kenner, LA 70062, US
03:46 AM
Rate

Details

06 September 2019, 2:28pm
$7.47

New Orleans
Apple Pay

06 September 2019, 9:43am
$7.51

New Orleans
Apple Pay

06 September 2019, 9:35am
$5.75 Cancelled

New Orleans
Apple Pay

06 September 2019, 8:47am
$7.51

New Orleans
Apple Pay

05 September 2019, 6:52am
$7.71

New Orleans
Apple Pay

04 September 2019, 3:20pm
$7.11

New Orleans
Apple Pay

04 September 2019, 9:58am
$7.51

        New Orleans
        Apple Pay

04 September 2019, 9:09am
$7.51

        New Orleans
        Apple Pay

03 September 2019, 2:54pm
$36.03

        New Orleans
        Apple Pay