# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br> **Plaintiff,**<br><br>   **v.**<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br> **Defendants.** | **CASE NO. 12-2039 (GAG)** |

## MINUTE OF PROCEEDINGS AND ORDER

An in chambers status conference was held today. Counsel for the parties as well as the Monitor and his team were present. The following matters were addressed:

1. The parties, monitor and special master have completed work on the final four areas of consensus methodology. The parties have until October 30, 2019 to submit the same to the Court, but expect to do so sooner.

2. The Court and Monitor informed of their visit to the NOLA PD and stressed the importance of effective IT.

3. The IT action plan is due on September 30, 2019. The Court, given the parties' work on the remaining methodology has extended the deadline. The parties will provide an update by October 30, 2019.

4. The parties were granted an extension to address matters pertaining to the ¶ 241 survey and future surveys.

5. A further status conference will be held to approve the remaining methodologies and address other matters as a date to be announced.

**SO ORDERED.**

In San Juan, Puerto Rico this 26th day of September 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge