**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

  **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

  **Defendants.**

**CASE NO. 12-2039 (GAG)**

## ORDER

The Court is in receipt of Dr. Alejandro Del Carmen's October 1, 2019 letter asking that he be relieved from his appointment and duties as Special Master (See Attachment).

The parties and Monitor informed last Thursday at the status conference that a final consensus methodology as to all eleven areas of the Reform had finally been achieved, pioneered by Dr. Del Carmen. As such, the Court grants his present petition.

The Court appreciates Dr. Del Carmen's intense work and effort. It furthers notes that he is aware of his ongoing obligations pertaining to confidential and work-product information acquired throughout the scope of his work for the TCA and as Special Master, as per the various orders on the matters.

Dr. Del Carmen shall make himself available at the next status conference, telephonically, via VTC or otherwise, if warranted, since the final methodology will be discussed and approved then.

The parties shall within the next thirty (30) days confer as to possible candidates to substitute Dr. Del Carmen as Special Master.

**SO ORDERED.**

In San Juan, Puerto Rico this 1st day of October 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge