October 1, 2019

The Honorable Gustavo Gelpi
United States District Court, Puerto Rico
Jose V. Toledo U.S. Courthouse
San Juan, Puerto Rico 00901

Dear Judge Gelpi,

    It has been one of the greatest honors of my career to have served the people of Puerto Rico as a TCA member and recently, as a Special Master. After having been vetted by the parties (USDOJ and the Commonwealth of Puerto Rico), I assumed the role of TCA member and made contributions in different areas of the reform agreement including, but not exclusive to, use of force, training curriculums, policies and SARP.

    In January, the Court, with the approval of the parties (USDOJ and Commonwealth), appointed me to serve in the unique role of Special Master with the overall mission of "extending the capacity period" of the Puerto Rico Police Department. That is, my primary role was to provide assistance in ensuring that the Police Department would have the capability (in terms of data and systems), in order to ensure compliance with the reform agreement. This role was not intended to evaluate the Department or serve as a continuation of my previous position as a TCA member.

    Soon after my appointment, the parties submitted a motion to the Court asking that I focus on specific areas related to the agreement. Despite early efforts to comply with these tasks, the Court, with the agreement of the parties, asked that I lead efforts in coordinating and achieving a consensus methodology agreed upon by the parties and the monitor. This meant that I was to put all other tasks aside and simply bring the parties together, along with the monitor and his team, in order to reach consensus in all 11 areas of the police reform.

    Historical and unprecedented events that affected the Island and the police reform case took place, which led for a greater effort on my part to remain focused on the methodology. The scope and amount of work that I have performed in my role as Special Master since January, have been approved by the parties (USDOJ and Commonwealth) at all times, in the same exact manner invoices of TCA staff have been approved since this case commenced.

    I am pleased to inform you that, as of a few days ago, a consensus methodology has been achieved in all 11 areas, and that in a few weeks this will be made part of the Court Record at the upcoming status conference.

Given my completion of the tasks assigned to me as Special Master, related to achieving consensus of the methodology in all 11 areas of the police reform, I am asking the Court to relieve me of my duties as Special Master effective immediately. I acknowledge that all judicial canons and directives applicable to my work in this case continue to remain in effect.

I leave my tenure as Special Master with a sense of accomplishment and gratitude for the years of service to the people of Puerto Rico. I intend to focus entirely, for the foreseeable future, on my other academic, professional and Fulbright commitments which require my full attention. I wish all involved in the police reform case success, as they embark in the journey of completing the monitoring of all 11 areas of the police reform case.

Sincerely,

Alejandro del Carmen, Ph.D.