# United States Court of Appeals
## For the First Circuit

No. 19-1923

IN RE: AMERICAN CIVIL LIBERTIES UNION FOUNDATION;
AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA,

Petitioners.

**ORDER OF COURT**

Entered: October 2, 2019

The Petition for a Writ of Mandamus or Prohibition and the Supplemental Letter to the Petition are provisionally <u>sealed</u> pending further order of this court. On or before **October 15, 2019**, respondents, meaning the United States, the Commonwealth of Puerto Rico, and the Puerto Rico Police Department, shall answer the petition. On or before **October 15, 2019**, Chief Judge Gustavo Gelpí shall address the Petition and the motion to unseal the Petition. Any reply from petitioners should be filed on or before **October 18, 2019**.

The parties are referred to Fed. R. App. P. 21(d) for information on form and length limits. The court requests that the parties file five (5) paper copies of each filing directed above. The filings may be provisionally sealed if appropriate. No extensions should be expected.

By the Court:

Maria R. Hamilton, Clerk

cc:
Luis E. Saucedo
Mariana E. Bauza Almonte
Arturo J. Garcia-Sola
Lizzie M. Portela
Maria A. Dominguez-Victoriano
Javier Micheo-Marcial
Gregorio Igartua-de la Rosa
Jorge Diaz-Castro
Linda A. Backiel
Hector A. Pereles-Velez
Jose A. Andreu Fuentes
Jose Manuel Martinez-Chevres
Jennesa Calvo-Friedman

Alejandro Ortiz
Teresa Nelson
Ian Bratlie

Honorable Gustavo A. Gelpi
Maria Antongiorgi Jordan, Clerk (D.P.R.)