Donald S. Gosselin dba MBG North Corp.
83 Bow Ridge Road
Lynn, MA  01904 US
+1 (617) 320-3198
gosselin.intl@gmail.com

# INVOICE

**BILL TO**
US DOJ Monitor Project
c/o Mr. John Romero

**INVOICE #** 1122
**DATE** 09/30/2019
**DUE DATE** 10/30/2019
**TERMS** Net 30

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 09/12/2019 | **DOJ Billable Hours - US** <br> Work performed outside Puerto Rico 9/1/2019 to 9/30/2019 (22 hours) | 3,300.00 |
| 09/27/2019 | **DOJ Billable Hours – PR** <br> Work performed in Puerto Rico 9/22/2019 to 9/27/2019 (32 hours) | 4,800.00 |
| 09/27/2019 | **Travel** <br> Travel allotment for BOS-SJU-BOS 9/22/2019 to 9/27/2019 | 1,000.00 |

Payment should be made to
Donald S. Gosselin
TIN 264169464
Citizens Bank of Massachusetts
Routing # 211070175
Account # 131511-606-2

**BALANCE DUE**  **$9,100.00**

Donald S Gosselin, Esq
83 Bow Ridge Rd.
Lynn, MA 01904

September 1 through September 30, 2019

INVOICE # 1122                          **TOTAL DUE $9,100**
SEPTEMBER 2019 TCA INVOICE

The following is a detailed statement of the hours worked.

**Monday 2 SEP 2019 to 20 SEP 2019 (worked performed in CONUS)**
- Review the Master Compliance Agreement between Department of Justice and PRPB
- Prepare Logistics for PR Trip on 22 SEP
- Review Professionalization Document provided by team members
- Review last two Six Month Reports submitted by the Monitor
- Review Draft Methodology Matrixes
- Multiple teleconferences, emails and texts with Team Members
  14 hours total @ $150 = $2,100

**Sunday, September 22, 2019 through Friday, September 27, 2019 in Puerto Rico**
- Monday, Sept. 23 meeting with the Monitor Team to discuss comments related to IT, Civilian Complaints, Community Engagement and Equal Protection Methodologies
- Tuesday, Sept.24 through Thursday, Sept.26, 2019 meeting with Monitor Team, USDOJ, McV, Special Master at PRPB re: above Methodologies.
- Wednesday, Sept 25 meetings with PRPB.
- Thursday September 26, meetings with PRPB and with Honorable Judge Gelpi
- Friday September 27, flight back to CONUS
  32 hours total @ $150 = $4,800

**Friday, September 27, 2019 to COB Monday September 30, 2019 in CONUS**
- Review worksheet exemplars offered by DOJ and multiple team members
- Draft proposed changes to Worksheets
- Draft reporting template
- Multiple email and telephone correspondence with Monitor and Team Members
  8 hours total @ $150 = $1,200

**BILLABLE HOURS   54 HOURS x $150 = $8,100.00 USD**

**Expenses:**

| | |
|---|---|
| Airfare | $ 561.24 |
| Hotel | $ 716.00 |
| Ground Transport | $ 87.00 |
| M&IE (SJU) | $ 484.00 |

**Total Expenses**     $ 1,749.24

**Reimbursable**     $ 1,000.00

(Pro Bono Expenses)     $ 749.24

## Total wages and Expense Reimbursement Due = $9,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as TCA. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____     30 Sep 2019

Signature     Date