# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

PHONE: 7874731515    Theandgroup.net

# INVOICE

INVOICE NUMBER: 12
INVOICE DATE: SEPTEMBER 30, 2019

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-04-19 | Administrative Director | Finish Invoices for the court, | 1.50 | $85.00 | $127.50 |
| SEP-05-19 | Administrative Director | Invoices to the Court, Office Follow Up | 2.25 | $85.00 | $191.25 |
| SEP-13-19 | Administrative Director | Inspection of FPM Office Space in Miramar | 2.00 | $85.00 | $170.00 |
| SEP-17-19 | Administrative Director | Prepared Monitor Romero Motion of expenses, present motion to the Court | 1.50 | $85.00 | $127.50 |
| SEP-20-19 | Administrative Director | Review of Methodology and Community Police documents | 6.75 | $85.00 | $573.75 |
| SEP-23-19 | Administrative Director | Meeting with Team | 8.00 | $85.00 | $680.00 |
| SEP-25-19 | Administrative Director | Methodology meeting at PRPD | 8.00 | $85.00 | $680.00 |
| SEP-26-19 | Administrative Director | Methodology meeting at PRPD, Meeting with staff and Status conference with Judge Gelpi. | 10.00 | $85.00 | $850.00 |
| SEP-27-19 | Administrative Director | 253 Meeting at McV. | 2.00 | $85.00 | $170.00 |
| SEP-30-19 | Administrative Director | Communications with Monitor and review and respond of emails during the month of September. Prepare invoice motions for the court. | 5.50 | $85.00 | $467.50 |
| SEP-30-19 | Administrative Director | I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as member of the Federal Monitor Team. I further certify that I have not received any income compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $4,037.50 |

MESSAGE

Javier B Gonzalez, September 30, 2019