Al Youngs
5552 W Lakeridge Rd
Lakewood, CO 80227

September 1 - September 30, 2019
Invoice #4
Member of Federal Monitor Team

The following is a detailed statement of the hours worked.

<u>Sunday, September 22, 2019 through Friday, September 27, 2019 site visit to Puerto Rico</u>

Saturday, September 21, and Sunday, September, 22 2019 — Prepared for Monitor Team meeting and meetings with the parties.
Monday, September 23, 2019 — Discussion with the Monitor Team members reference: Methodology, Worksheet/Checklist Document Request and other pertinent issues.
Tuesday, September 24, through Thursday, September 26, 2019 - Meetings with USDOJ, McV, Special Master, and Monitor Team at PRPB, reference: Information Technology, Civilian Complaints, Community Engagement, and Equal Protection Methodologies.
Presentation by Juan Carlos Rivera and Angel Diaz, PRPB to the Reform Office, McV legal team, USDOJ, Special Master (via conference call), acting Federal Monitor, and Monitor Team outlining management assessment of the Bureau Technologies ability to comply with the IT Methodology and to produce data for analysis for the upcoming monitoring period and to discuss and finalize Civilian Complaints, Community Engagement and Equal Protection Methodologies.
Meeting in chambers with Honorable Judge Gustavo Gelpi reference past weekly events.
Friday, September 27, 2019 253 Meeting with USDOJ, PRPB, McV, and members of the Monitor Team

**Total Hours for the above 48 Hrs.**

Reviewed and responded to emails for the month of September from members of the Monitor Team and Special Master. 8 hours
Reviewed and gave input to the FTO Policy and FTO Manual 5 hours
Conference calls with the Monitor Team to discuss FTO Policy and FTO Manual. 2 hours
Reviewed Final Draft of approved Matrices involving Civilian Complaints, Community Engagement, and Equal Protection Methodologies. 3 hours
Reviewed and shared information from Colombia National Police and Dominican Republic National Police with the parties. 3 hours
Reviewed and shared information reference: PERF recruitment document, Training and Supervision instruments and worksheets utilized by other agencies under consent decree including Baltimore, Albuquerque, New Orleans, and Los Angeles Police Departments. 3 hours

TOTAL HOURS:       72 HOURS

BILLABLE HOURS 64 HOURS AT RATE OF $150 PER HOUR = $9600

PRO BONO 8 HOURS

Travel Expenses
- Airfare          $569.80
- Hotel            $691.50

**Total Expenses**     **$1261.30**

Travel Reimbursement     $1000.00

(Pro Bono Expenses)      $261.30

TOTAL WAGES AND EXPENSE REIMBURSEMENT          $10,100

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

_9/29/2019_
Date

# COURTYARD®
## Marriott.

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Alan Youngs  
5552 W Lakeridge Rd  
Lakewood CO 80227  
United States

Room: 0907  
Room Type: EKNG  
No. of Guests: 1  
Rate:  $  115.00  Clerk: 1006

Marriott Rewards #   119330892

CRS Number  87465578

Name:

Arrive:   09-22-19          Time:  23:00          Depart:  09-27-19          Folio Number:  615989

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-22-19 | Package | 115.00 | |
| 09-22-19 | Government Tax | 10.35 | |
| 09-22-19 | Hotel Fee | 10.35 | |
| 09-23-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 09-23-19 | Package | 115.00 | |
| 09-23-19 | Government Tax | 10.35 | |
| 09-23-19 | Hotel Fee | 10.35 | |
| 09-24-19 | Comedor - Guest Charge | 3.00 | |
| 09-24-19 | Package | 115.00 | |
| 09-24-19 | Government Tax | 10.35 | |
| 09-24-19 | Hotel Fee | 10.35 | |
| 09-25-19 | Comedor - Guest Charge | 3.00 | |
| 09-25-19 | Package | 115.00 | |
| 09-25-19 | Government Tax | 10.35 | |
| 09-25-19 | Hotel Fee | 10.35 | |
| 09-26-19 | Comedor - Guest Charge | 4.00 | |
| 09-26-19 | Package | 115.00 | |
| 09-26-19 | Government Tax | 10.35 | |
| 09-26-19 | Hotel Fee | 10.35 | |
| 09-27-19 | Visa Card | | 691.50 |
| | Card #  XXXXXXXXXXXX6933 | | |

# Past Flight

Sep 22

## Denver, CO *to* San Juan, PR

Confirmation # **W77O6E**

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **ALAN YOUNGS**<br>RR 207895671 | + 3,983 PTS | $564.20 |

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **DEN** *to* **SJU** | 9/22/2019 | Wanna Get Away | $531.00 |
| | | Gov't taxes and fees | $33.20 |
| | | **Total** | **$564.20** |
| | | Total points earned | + 3,983 PTS |