John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

September 1 through September 30, 2019

INVOICE# 064                                    **TOTAL DUE $13,500**
ACTING FEDERAL MONITOR
SEPTEMBER 2019 INVOICE

The following is a detailed statement of the hours worked.
**Sunday, September 22, 2019 through Friday, September 27, 2019 site visit to Puerto Rico**
Sunday, Sept.22 prepared for Monitor Team meeting and meetings with the parties.
Monday, Sept. 23 meeting with the Monitor Team to discuss comments related to IT, Civilian Complaints, Community Engagement and Equal Protection Methodologies
Tuesday, Sept.24 through Thursday, Sept.26, meeting with Monitor Team, USDOJ, McV, Special Master at PRPB re: above Methodologies.
Wednesday, Sept.26 meeting with Secretary Roman, McV and PRPB.
Thursday Status Hearing and meeting with Honorable Judge Gelpi
Friday, Sept.27, 253 Meeting with USDOJ, McV, and PRPB. Total
Hours for the above: 45 Hrs.

Reviewed and provided written comments re: Information & Technology Methodology Matrix. 4 hrs.
Generated, reviewed and responded to emails (month of September) from the Parties/Monitor Team/ Special Master, Court and Secretary of DSP. 10 hrs.
Additional Conference calls with the Parties/Special Master during the month of September. 5 hrs.
Conference calls with the Monitor Team to discuss Methodologies 4 hrs.
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director 12 hrs.
Reviewed Final Draft of approved of IT Methodology 2 hrs.
Reviewed Draft Methodologies re: Civilian Complaints, Equal Protection, and Community Engagement 4 hrs.
Prepared "Executive Summary" Report re: Site Visit to New Orleans September 3-6. 5 hrs.
Reviewed video of protest /demonstrations prepared by PRPB CRADIC Unit. 3 hrs.

**TOTAL HOURS:**     94 HOURS    00 MINUTES.

**BILLABLE HOURS   83 HOURS.   20 MINUTES AT RATE OF $150 PER HOUR = $12,500**

Pro Bono      10 Hours     40 Minutes

**Expenses:**

| | |
|---|---|
| Airfare | $ 436.42 |
| Hotel | $ 716.00 |
| Uber | $ 26.72 |

Total Expenses $1179.14

Reimbursable   $1,000

(Pro Bono Expenses) $ 179.14

## Total wages and Expense Reimbursement Due = $13,500

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as Acting Federal-Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature

9/28/19
_____
Date

# Itinerary confirmation

Download to calendar

## You're all set to jet!

### Confirmation code: JHMQKT

MANAGE BOOKING

## Travelers

### Mr. John Joseph Romero

| Flight | | | | |
|---|---|---|---|---|
| Ticket number | 2792132964126 | | | |
| Frequent Flyer | JetBlue- TrueBlue - 3486580574 • .. | | | |
| | LAX e FLL | FLL e SJU | SJU e JFK | JFK e LAX |
| Seat | 25D | 23D | 23D | 24D |
| Checked bags included | 2 bags | 2 bags | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| **Los Angeles, CA (LAX)** Sat Sep 21 2019, **10:10 PM** A321/Mint | **Fort Lauderdale, Fl (FLL)** Sun Sep 22 2019, **6:13 AM** | Flight **100** JetBlue | Fare: Blue Nonstop |
| **Fort Lauderdale, Fl (FLL)** Sun Sep 22 2019, **7:50 AM** A320 | **San Juan, PR (SJU)** Sun Sep 22 2019, **10:27 AM** | Flight **1653** JetBlue | Fare: Blue Nonstop |
| **San Juan, PR (SJU)** Fri Sep 27 2019, **2:00 PM** A320 | **New York-Kennedy, NY (JFK)** Fri Sep 27 2019, **6:00 PM** | Flight **1804** JetBlue | Fare: Blue Nonstop |
| **New York-Kennedy, NY (JFK)** Fri Sep 27 2019, **7:30 PM** A321/Mint | **Los Angeles, CA (LAX)** Fri Sep 27 2019, **10:49 PM** | Flight **1623** JetBlue | Fare: Blue Nonstop |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $370.02 | $66.40 | $436.42 | x 1 | $436.42 USD |

+ **LAX** - SJU: Blue details

# COURTYARD®
.,.\\am ott

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr John Romero  
2301 Pacific Ave  
Costa Mesa CA 92627  
United States

Marriott Rewards# 756834271

Name:

Room: 0201  
Room Type: KSTE  
No. of Guests: 1  
Rate: $ 115.00 Clerk: 7  
CRS Number 87456700

Arrive: 09-22-19          Time: 13:26          Depart: 09-27-19          Folio Number: 615986

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-22-19 | Package | 115.00 | |
| 09-22-19 | Government Tax | 10.35 | |
| 09-22-19 | Hotel Fee | 10.35 | |
| 09-23-19 | COMEDOR- Guest Charge (Breakfast) | 18.62 | |
| 09-23-19 | Package | 115.00 | |
| 09-23-19 | Government Tax | 10.35 | |
| 09-23-19 | Hotel Fee | 10.35 | |
| 09-24-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 09-24-19 | Package | 115.00 | |
| 09-24-19 | Government Tax | 10.35 | |
| 09°24-19 | Hotel Fee | 10.35 | |
| 09-25-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 09-25-19 | Package | 115.00 | |
| Q9o25-19 | Government Tax | 10.35 | |
| 09-25-19 | Hotel Fee | 10.35 | |
| 09-26-19 | COMEDOR- Guest Charge (Breakr ast) | 4.62 | |
| 09-26-19 | Package | 115.00 | |
| 09-26-19 | Government Tax | 10.35 | |
| 09-26-19 | Hotel Fee | 10.35 | |
| 09-27-19 | COMEDOR- Guest Charge (Breakfast) | 4.62 | |
| 09-27-19 | Visa Card | | 715.60 |
| | Card# XXXXXXXXXXXX1287 | | |

**COURTYARD**
.,\\am ott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate: $ 115 .00 Clerk: 7

Marriott Rewards # 756834271

CRS Number 87456700

Name:

Arrive: 09-22-19        Time: 13:26        Depart: 09-27-19        Folio Number: 615986

| o ate | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

 Gmail                                                    John Romero <jrrjjr.romero@gmail.com>

---

**Your Tuesday morning trip with Uber**
1 message

Uber Receipts <uber.us@uber.com>                              Tue, Sep 24, 2019 at 5:44 AM
To: jrriir.romero@gmail.com

## Uber

Total: $11.65
Tue, Sep 24, 2019

# Thanks for riding, John

We hope you enjoyed your ride this morning.



# Total                                                        $11.65

| | |
|---|---|
| Trip Fare | $9.83 |
| Subtotal | $9.83 |
| Booking Fee 8 | $1.28 |
| WaitTime 8 | $0.54 |

Amount Charged

Apple Pay   Switch                                             $11.65

A temporary hold of $11.11 was placed on your payment method •••• 8085 at the start of the trip. This

 Gmail                                                                                        John Romero <jrrjjr.romero@gmall.com>

**Thanks for giving an extra! We've updated your Wednesday morning trip receipt**
1 message

**Uber Receipts** <uber.us@uber.com>                                                   Wed, Sep 25, 2019 at 5:47 AM
To: jrrjjr.romero@gmail.com

## Uber

Total: $15.07
Wed, Sep 25, 2019

### Thanks for giving an extra, John

Thanks for tipping! We've updated your Wednesday morning trip receipt



## Total                                                                                                       $15.07

| | |
|---|---|
| Trip Fare | $10.68 |
| Subtotal | $10.68 |
| Booking Fee t) | $1.39 |
| Extra (gratuity granted by user) | $3.00 |

Amount Charged