**INVOICE 0055 FOR PROFESSIONAL SERVICES; SEP 1 – 28, 2019**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **Interim Federal Monitor**
**Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of Sep 2019 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work performed on-site in Puerto Rico | | 3 | 22-Sep | $450.00 |
| | | 8 | 23-Sep | $1,200.00 |
| | | 8 | 24-Sep | $1,200.00 |
| | | 8 | 25-Sep | $1,200.00 |
| Net hours in PR | | 27 | | $4,050.00 |
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ, Judge, Special Master. Subjects include, protests, site coordination, monitoring methodologies, guidance, planning, site logistics, network assessment, DOJ comments to document requests, etc. | 6.75 | | | $1,012.50 |
| Site visit planning and prep | 1.75 | | | $262.50 |
| Review Methodology materials and worksheets from Party's and Monitors; Search and Seizure, Recruitment, Professionalism, Supervision and Management, IT, Community Engagement, Civilian complaints, Community Engagement, Equal Protection Drafts to final, New Orleans trip report. | 19.75 | | | $2,962.50 |
| Trip Report | 3.00 | | | $450.00 |
| Review and research of materials relevant to Puerto Rico Reform; IT Action Plan, Training Evaluation Model (Bradley/Connors) | 4.50 | | | $675.00 |
| | | | | |
| Net Hours US | 35.75 | | | $5,362.50 |
| | | | | |
| TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr. | | 27.00 | | $4,050.00 |

| | | |
|---|---|---|
| TOTAL OF BILLABLE HOURS IN US @ $150/hr. | 35.75 | $5,362.50 |
| Subtotal - Labor | | $9,412.50 |
| Uncompensated Labor | | -$312.50 |
| Net Allowable Labor | | $9,100.00 |
| Airfare | | $277.20 |
| Hotel | | $407.10 |
| Meals | | $179.64 |
| Cab fares/transportation | | $73.95 |
| Sub-total Expenses | | $937.89 |
| Uncompensated Expenses | | |
| Net Allowable Expenses | | $937.89 |
| Total Cost | | $10,350.39 |
| **Allowable Fee** | | **$10,037.89** |

INVOICE PRESENTED BY:

*[signature]*

Scott Cragg, Monitoring Core Team

**Subject:** Reservation Receipt
**Date:** Saturday, September 21, 2019 at 8:45:39 PM Eastern Daylight Time
**From:** AirportParkingReservations.com
**To:** slcragg@verizon.net

Email not displaying correctly? View it on your         instead.

Reservation Made By - scott cragg
Reservation ID: 6959789

2799 Jefferson Davis Highway
Arlington, VA 22202
703-413-6897

scott cragg
Valet Covered
09/22/2019 06:30 AM
09/25/2019 10:15 PM
4 days of parking

YOU MUST PRINT THIS RECEIPT AND BRING IT WITH YOU TO THE PARKING LOT.

| | |
|---|---|
| Parking Price (4 Days of parking) | $40.00 |
| Lot Taxes & Fees* | $4.00 |
| Service Fee | $5.99 |
| **Total** | **$49.99** |
| **You Paid** | **$49.99** |

*Your credit card ending in (6833) was charged $49.99 USD for this transaction.*

| | |
|---|---|
| **Remaining Due at Parking Lot** | **$0.00** |

*Lot Taxes & Fees Include the Following

| | |
|---|---|
| Airport Access Fee | $4.00 |

**SJU - DCA:**

Fare: Blue

Bags: Your Mosaic membership includes two (2) checked bags per person. You also get one (1) carry-on and one (1) personal item.*

Seat: 15C

Notes:

Get up to 7" more legroom, a fast lane to the TSA checkpoint*, and early boarding—all the better to nab that overhead bin.

**Add Even More Space**

*Select cities

## Payment Details

Visa
XXXXXXXXXXXX6833

| | | |
|---|---|---|
| NONREF - FEE FOR CHG/CXL | | $220.00 |
| Taxes & fees | | $57.40 |
| **Total:** | | **$277.40 USD** |

Purchase Date: Aug 18, 2019

Request full receipt

```
              SOGO MIRAMAR
         AVE. PONCE DE LEON # 659
              SAN JUAN, PR 00907
                (787) 724-0222

                                    Station: 1
    Server: tony
    ------------------------------  -----------
                                    Dine In
    Order #: 15890                  Guests: 2
    Table: D3
    ------------------------------------------
    1 Coca Cola                         2.00
    1 STEAMED DUMPLING                  6.00
    1 MISO SOUP.                        3.00
    1 TRADIT. PEPPER STEAK             16.75
      > poco peper
    1 BOWL STEAM RICE                   1.75
    1 Diet Coke                         2.00
    1 GENERAL TAOS CHICKEN             15.75
    1 SOUTH SEA SUPREME                23.50
    1 SZECHUAN BEEF                    17.25
    1 MEDALLA                           4.00
    1 RM CHARDONNAY CP                  6.75
    1 Coca Cola                         2.00
    1 RM CHARDONNAY CP                  6.75
    1 CH. TERIYAKI                     15.75

    SUB TOTAL:                        123.25
    IVU TAX 10.5%:                     12.95
    CITY TAX 1%:                        1.24
                                    ========
                                     $137.44
    TOTAL:
```

```
                                    >> Ticket #: 11 <<
Th                        . Leo   /2019 5:50:36 PM
  San Juan, Puerto Rico, 00913    *** ********************
  Served by: 0833 9/22/2019 2:18:42 pm     DA
       Term ID-Trans# 1/A-120883
                                     JRI
                                     ORI
Qty Size Item              Price     OR      DUNKIN DONUTS #343818
--- ---- ----              -----             Washington Reagan Airport
 1    30oz Fountain Drink   2.49     ***         708-531-1694
                                             9/22/2019              7:09
Sub Total                   2.49             ============================
PR TAX Group (10.5%)        0.26                  22502 DCA
PR Municipal TAX (1%)       0.02             Check: 914323
Total (Eat In)              2.77             Server: Endale
Cash                        5.00             Terminal: 91
Change                      2.23             Center Pier
                                             ============================
Host Order ID: SPM20190922021842                   225 DCA
                                             1 Md Coffee Decaf       2.59
¿Tienes hambre de más? Déjanos saber tu        DD Cream
opinión en www.global.subway.com               DD Cream
y obtén una galleta GRATIS                     DD Sugar
con tu próxima compra.                         DD Sugar
                                               DD Sugar
CONTROL: LUNRG-7D27R                         1 Donut                 1.30
ST
Processed by Softek                              Subtotal            3.89
                                                      Tax            0.39
                                                    Total            4.28
```

```
                    RARE 125
              EDIF. CENTRO DE SEGURO 701
              San Juan, Puerto Rico 00926
                    (787) 946-4996

    Mesero: Kristina          Estación: 16
    ------------------------------------------
    # de Orden: 43447              Mesas
    Mesa: MESA 8               Personas: 7
    ------------------------------------------
    1 PETIT SOUP                     0.00
    1 PETIT CHURRASCO               14.00
    1 PETIT SALAD CAESER             0.00
    1 ONION CHICKEN BREAST          15.50
      TRUFFLE FRIES
    1 ARUGULA                       10.00
    1 PETIT SALAD ARUGULA            0.00
    1 PETIT SALMON                  14.00
    1 PUMPKING SOUP                  6.00
    1 CAESAR SALAD                   9.00
    2 COCA COLA LATA                 4.00
    1 DIET COKE LATA                 2.00
    1 CAFE TAZA                      3.50
    1 CAFE ESPRESSO                  3.00
    1 CAFE AMERICANO                 3.00
    2 LIMONADA VASO                  8.00
    1 PELEGRINO BOTELLA              3.50
    1 PETIT SOUP                     0.00
    1 PETIT CHURRASCO               14.00
    1 PETIT SOUP                     0.00
    1 PETIT SALMON                  14.00

    SUB TOTAL:                     123.50
    CITY TAX:                        1.24
    IVU:                            12.97
                                 ---------
    TOTAL DE LA ORDEN:             137.71
    18 % PROPINAS:                  22.23
                                 =========
                                  $159.94

                           8 <<
                          10 PM

                      ************
```

# COURTYARD Marriott

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com  

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068  

Mr Scott Cragg  
13932 S Springs Dr  
Clifton VA 20124  
United States  

Room: 0806  
Room Type: EKNG  
No. of Guests: 1  
Rate:  $   115.00  Clerk: 8  

Marriott Rewards #   797225828  

CRS Number  89214691  

Name:

Arrive:  09-22-19          Time:  12:51          Depart:  09-25-19          Folio Number:  616127

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-22-19 | Package | 115.00 | |
| 09-22-19 | Government Tax | 10.35 | |
| 09-22-19 | Hotel Fee | 10.35 | |
| 09-23-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 09-23-19 | Package | 115.00 | |
| 09-23-19 | Government Tax | 10.35 | |
| 09-23-19 | Hotel Fee | 10.35 | |
| 09-24-19 | Comedor - Guest Charge | 3.00 | |
| 09-24-19 | Package | 115.00 | |
| 09-24-19 | Government Tax | 10.35 | |
| 09-24-19 | Hotel Fee | 10.35 | |
| 09-25-19 | Comedor - Guest Charge | 3.00 | |
| 09-25-19 | Visa Card | | 416.10 |
|   | Card # XXXXXXXXXXXX6833 | | |

Balance                                                                 0.00 USD

Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, enjoy exclusive member offers. Enroll today at the front desk.

```
MELANZANA BISTRO PIZZERI
AVE PONCEDE LEON 650
SAN JUAN, PR. 00907
787-722-1010

        SALE

                    REF#: 00000015
Batch #: 034
09/23/19                  20:35:43
APPR CODE: 06319Z
Trace: 15
MASTERCARD                    Chip
************9796              **/**

BASE AMOUNT     $28.00
STATE TAX        $2.94
MUNICIPAL TAX    $0.28
SUBTOTAL        $31.22

TIP     $  7.00
TOTAL   $ 38.22

CONTROL: 139WS-25PED
EG

       APPROVED

MASTERCARD
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: E8 00

         THANK YOU
```

```
MELANZANA BISTRO PIZZERI
AVE PONCEDE LEON 650
SAN JUAN, PR. 00907
787-722-1010

        SALE

                    REF#: 00000014
Batch #: 034
09/23/19                  20:34:34
APPR CODE: 03048Z
Trace: 14
MASTERCARD                    Chip
************9796              **/**

BASE AMOUNT    $103.50
STATE TAX       $10.87
MUNICIPAL TAX    $1.04
SUBTOTAL       $115.41

TIP     $ 23.00
TOTAL   $139.41

CONTROL: 2PCY6-19Y62
EG

       APPROVED

MASTERCARD
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: E8 00

         THANK YOU
```



Taxi Turistico

METROPOLITAN AREA
AREA METROPOLITANA
U_____

DATE  9/22

FROM  SJU
TO    Marriott

PARE     $ 21
LUGGAGE  $  3
TOTAL    $ 24
                              SIGNATURE

"THANK YOU FOR YOUR VISIT TO PUERTO RICO"



```
CARI S JR
LMM AIRPORT ROAD 575 JOSE A TONY SANTANA
              CAROLINA
DATE         TIME            HOST
Sep 25,19    16:50:57        AIH
BATCH        TERMINAL ID     MERCHANT ID
000049       30413146        4549106662729

              SALE

              ACCT.
           ************6833

AUTH. CODE: 017260    INVOICE: 001953
                      TRACE  :001909

AMOUNT:      $       10.39
State TAX:   $        1.09
Mun. TAX:    $        0.10
TOTAL :      $       11.58


CONTROL: 4Y3Q4-V73UP
ET

SIGNATURE: X_____

VISA CREDIT
AID: A0000000031010   AC: 01F4BC7F44309289
UN: C322C3A3 TVR: 0000008000 TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
      AGREEMENT WITH THE ISSUER

          CUSTOMER COPY
        Gracias por su patrocinio
```



```
              MIRAMAR
         Gerente Sonia Aguila
           Tel. 787 725 4479


              GROCERY
           1 @ 3/ $4.00
BIMBO 1X3 COCO              $1.34 112F
           1 @ 3/ $4.00
BIMBO 2X2 MANTECADO         $1.34 112F
           1 @ 3/ $4.00
BIMBO 2X2 MANTECADO         $1.33 112F

Items Subtotal              $4.01
Subtotal                    $4.01
GOV [$4.01]                 $0.42
MUN [$4.01]                 $0.04

TOTAL                       $4.47
Cash                       $50.00
Change                     $45.53

Item count                      3

Daphne Qui
     1/22/2019  14:17:50 Daphne Qui
```

```
              LOS PINOS
          655 PONCE DE LEON
       SAN JUAN, PUERTO RICO  00901
            ph (787) 722-6862


         Gracias por su visita

          TABLE: 44 - 1 Guest
        Su Mecera (o) fue RAFAELA
          9/22/2019 6:02:17 PM
           Sequence #: 0000160
             ID #: 0176883
ITEM                     QTY     PRICE

ALITAS PLATO        (2@$10.95)  $21.90
TOSTONES                    1    $3.00
REFRESCO LATA        (3@$1.75)   $5.25
        Subtotal                $30.15
        MUNICIPAL TX 1 %         $0.30
        STATE TX 10.5 %          $3.17

            Grand Total         $33.62
Credit Purchase
Name           :ROMERO/JOHN J
CC Type        :VISA
CC Num         :XXXX XXXX XXXX 1287
Reference      :635088
Approval       :09944D
Server         :RAFAELA
Ticket Name    :44

        Payment Amount:        $33.62
                                 6.38
        Tip:                _____
                                40.00
        Total:              _____

X _____
CUSTOMER COPY
I agree to pay the amount shown above.

          Le esperamos pronto
==========================================
         Suggested tip on $30.15
    20%          18%           15%
   $6.03        $5.43         $4.52

        Su Opinion es Importante
```