| | |
|---|---|
| Name: Rafael E. Ruiz | INVOICE # 2019-09 |
| Address:  12 Crestshire Dr. | |
| Lawrence, MA 01843 | DATE: Sept 30, 2019 |
| Billed to: Federal Monitor, PRPB Reform | For service: Sept 1st - 30th 2019 |

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Site visit to PR, Sept 23rd: Monitor team discussion | 8hrs. | $150/hr. | $1,200.00 |
| Site visit to PR, Sept 24th: Methodology discussion with Parties | 8hrs. | $150/hr. | $1,200.00 |
| Site visit to PR, Sept 25th: Methodology discussion with Parties and meeting with DSP Secretary | 12hrs. | $150/hr. | $1,800.00 |
| Site visit to PR, Sept 26th: Methodology discussion with Parties; meetings at McV. and with Judge Gelpi | 11hrs. | $150/hr. | $1,650.00 |
| Site visit to PR, Sept. 27th: Discussion of Worksheets and Para. 253, Agenda, etc. | 2hrs. | $150/hr. | $300.00 |
| WORK PERFORMED FROM HOME: Sept. 3: work on IT methodology, prep draft for parties, monitor complaint line emails, phone calls, emails among Parties and Monitor Team | 5hrs. | $150/hr. | $750.00 |
| Sept. 4th: Read Methodology and Develop Search and Seizure and Arrest and Summons Worksheets 1 and 2 | 4hrs. | $150/hr. | $600.00 |
| Sept. 6th: Work on Search Seizure/Arrest and Summons Worksheets 3 and 4, prep email for the Monitor | 4hrs. | $150/hr. | $600.00 |
| Sept. 15th: Work on Methodologies for Civilian Complaints, Community Engagement, Equal Protection, and PRPB Worksheets | 5hrs. | $150/hr. | $750.00 |
| Sept. 18th: Work on grouping all comments and changes to Methodologies on one Master Document for ease of discussion among Parties, per Monitor | 3hrs. | $150/hr. | $450.00 |
| **HOURS WORKED: 62; HOURS BILLED: 60.67 @$150/HR** | SUBTOTAL | | $9100.00 |
| **TRAVEL AND HOTEL EXPENSES: HOTEL $700.34 AIRFARE $466.46= $1166.80;** | SUBTOTAL | | $1000.00 |
| | TOTAL BILLED | | $10,100.00 |

_____

**Signature**

Date: September 30, 2019



JetBlue Card ... 9796

Transaction details

### JETBLUE 27921334494535 $466.46

8005382583, UT 11101

Transaction date
Aug 26, 2019

Transaction posted
Aug 28, 2019

Purchased by
Rafael Ruiz

Rewards earned
1399

Merchant category
JETBLUE AIRWAYS



**Home**
Card Ending - 23007

**Sep 27**

| MARRIOTT COURTYARD | $700.34 PENDING |

| UBER | $4.37 PENDING |

| MARRIOTT HOTELS RESORTS | $889.70 PENDING |

| MARRIOTT HOTELS RESORTS | $889.70 PENDING |

| COURTYARD MARRIOTT MSAN JUAN PR | $700.34 |

**Sep 23**

| NETFLIX.COM 866-579-7172 CA | $12.99 |

**Sep 22**

| iPhone CitizenOne LoBRIDGEPORT CT | $30.99 |

    

Home   Statements   Membership   Offers   Account