Del Carmen Consulting, LLC.
3122 Westwood Drive
Arlington, Texas 76012
(817) 681-7840
EIN: 45-051-4621

Invoice No.   938764039401

# INVOICE

**Customer**
Case No.   Civil Case No. 12-2039
Address    300 Recinto Sur Street
City       San Juan        State: PR        ZIP 00901
Phone

Date       9/26/19
Order No.
Rep
FOB

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 14 | Calls, emails, writings, meetings | $150.00 | $2,100.00 |
| 8.5 | Review of Documents (i.e., Methodologies) | $150.00 | $1,275.00 |
| | | SubTotal | $3,375.00 |
| | | Shipping & Handling | |
| | | Taxes    State | |
| | | **TOTAL** | $3,375.00 |

Signature:

Office Use Only