TDPetrowski LLC.
4010 Deep Valley Drive
Dallas, Texas 75244
(214) 796-7855
EIN: 83-0871011

Invoice No. PR-2019-September

# INVOICE

**Customer**

| | |
|---|---|
| Case No. | Civil Case No. 12-2039 |
| Address | 300 Recinto Sur Street |
| City | San Juan   State: PR   ZIP 00901 |
| Phone | |

| | |
|---|---|
| Date | 9/27/19 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 5.7 | Calls, teleconferences, emails, review orders and Methodologies and status meetings | $150.00 | $855.00 |
| 16.5 | Contact other agencies and compile promotion policies. Research/review materials related to promotions, begin draft of promotions whitepaper. | $150.00 | $2475.00 |

| | |
|---|---|
| SubTotal | $3,330.00 |
| Shipping & Handling | |
| Taxes   State | |
| **TOTAL** | **$3,330.00** |

Signature: *Thomas J. Petrowski*

Office Use Only