### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br>    Defendant. | **CIVIL NO.** 12-cv-02039 (GAG) |

### MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE COURT:

COMES NOW the defendant, through the undersigned counsel, and files this motion requesting withdrawal as counsel for the defendants in the above entitled case, as he is no longer a part of McConnell Valdés LLC.

**WHEREFORE**, for the reason hereinbefore set forth, the undersigned counsel respectfully requests that the Honorable Court authorize the withdrawal of the undersigned in the instant case.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this October 10, 2019.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

By:
*s/ Javier Micheo Marcial*
Javier Micheo Marcial
USDC-PR No. 305310
Javier.micheo@dmralaw.com

**DMRA Law LLC**
Centro Internacional de Mercadeo
Torre 1, Suite 402
Guaynabo, PR 00968
787-667-6749