# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>v.<br><br>**COMMONWEALT OF PUERTO RICO,**<br>    Defendant. | **CRIMINAL NO.** 12-cv-02039 (GAG) |

## MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE COURT:

COMES NOW the defendant, through the undersigned counsel, and files this motion requesting withdrawal in the above entitled case, due to the resignation from McConnell Valdés LLC on September 20, 2019.

**WHEREFORE**, for the reason hereinbefore set forth, the undersigned counsel respectfully requests that the Honorable Court authorize the withdrawal undersigned in the instant case.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this October 10, 2019.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

By:
*s/ Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
maria.dominguez@dmralaw.com

**DMRA Law LLC**
Centro Internacional de Mercadeo
Torre 1, Suite 402
Guaynabo, PR 00968
787-331-9970 / 305-934-5209

2