AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12-2039 (GAG) |
| COMMONWEALTH OF PUERTO RICO, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Commonwealth of Puerto Rico and the Puerto Rico Police Department.

Date: 10/14/2019

s/ Alejandro J. Cepeda-Diaz
*Attorney's signature*

Alejandro J. Cepeda-Díaz, USDC-PR No. 222110
*Printed name and bar number*

P.O. Box 364225
San Juan PR 00936-4225
*Address*

ajc@mcvpr.com
*E-mail address*

(787) 250-5637
*Telephone number*

(787) 759-8282
*FAX number*