**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Date: October 14, 2019.                      *s/ Alejandro J. Cepeda-Díaz*
                                                            Alejandro J. Cepeda-Díaz