**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

**INFORMATIVE MOTION REGARDING THE POLICE ACADEMY**

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and Puerto Rico Police Department ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. On April 29, 2019, the PRPB reinaugurated its Police Academy in Gurabo, Puerto Rico, with the commencement of Class 228 of the Academy, which is scheduled to graduate in February 2020.

2. Class 228 is currently immersed in their pre-service training, which consists of 1300 hours of academic training, the most comprehensive program ever offered at the Academy.

3. To this date, the cadets of Class 228 have completed 772 hours of academic training during two (2) academic terms and have completed the following courses:

| **First Academic Term** | **Second Academic Term** |
|---|---|
| Forty-five (45) hours of introduction to criminology; | Forty-five (45) hours of special criminal laws; |
| Forty (40) hours of introduction to civil and human rights; | Forty (40) hours of the policeman's role in conflict management; |
| Forty (40) hours of community policing; | Eight (8) hours of traffic incident management; |
| Forty (40) hours of principles of ethical policing; | Forty (40) hours of criminal procedure; |

1

| | |
|---|---|
| Forty-five (45) hours of fundamental psychology and human relations in the policing context; | Thirty (30) hours of introduction to juvenile justice; |
| Forty-five (45) hours of multi-themed lessons on equal protection and no discrimination; | Forty (40) hours of interview and interrogation techniques; |
| Forty (40) hours of criminal law; | Forty-five (45) hours of intermediate use of force techniques; |
| Forty-five (45) hours on basic use of force techniques; and | Four (4) hours of blood pathogens and sixteen (16) hours of first aid; and |
| Forty-five (45) hours of physical training (diagnostic phase). | Forty-five (45) hours of basic physical training. |
| Total hours:  409 | Total hours: 313 |

4. Class 228's third academic term, consisting of increasingly complex courses, commenced on September 23, 2019, and will conclude in February 2010.

5. In addition to the courses listed above, the Academy also offers a 40 hour make-up program, by which cadets who have excused absences can make-up the hours missed.

6. Cadets also participate in extracurricular activities, such as Community Policing and Leadership Training.  During the emergency situation caused by tropical storm Dorian, for example, the cadets were sent to their residential police areas to assist the PRPB in storm preparation tasks (mostly clerical), so as to free up police agents for emergency related services.

7. As expressed to the Court previously, upon completing their academic training, the cadets of Class 228 will engage in 800 hours of operational field training under the supervision of experienced officers who will mentor the cadets and evaluate their post-training performance.

8. The PRPB continues to aggressively recruit cadets for Class 229 and is pleased to inform that this new class is scheduled to commence the pre-service training at the Academy in late November.

9. At present, 80 candidates have complied with all of the recruitment evaluation requirements and will be sworn in on November 1, 2019.

10. There are approximately 200 other candidates in different phases of evaluation and the expectation is that Class 229 will have a minimum of 100 cadets. The PRPB has funding for 130 cadets, as well as approval of the Office of Management and Budget for a class of that size.

11. All candidates sworn in on November 1 will participate in a 40 hour immersion program prior to the commencement of the Academy.

12. Regarding the status of the process for a Public-Private Partnership ("P3") to operate the Academy, the P3 Authority continues to work on preparing the Request for Proposal.

**WHEREFORE**, Defendants respectfully requests the Court to take NOTICE of the above, with any additional relief it deems just and proper.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 15th day of October, 2019.

By:
*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/Lizzie M. Portela*
Lizzie M. Portela
USDC-PR No. 208401
lpf@mcvpr.com

*s/Alejandro J. Cepeda-Díaz*
Alejandro J. Cepeda-Díaz
USDC-PR No. 222110
ajc@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5632
Fax: (787) 759-8282