**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

**CASE NO. 12-2039 (GAG)**

## MINUTES OF PROCEEDINGS

The undersigned held an in-camera status conference on October 22, 2019. The Secretary of Public Safety and Police Commissioner were present, as well as counsel for the parties and the Monitor. The following matters were discussed:

1. The parties informed that full compliance monitoring began on said day in the use of force area.

2. The parties will submit the remaining consensus methodologies by October 30, 2019. Thereupon, methodologies will exist for all eleven areas of the Agreement

3. The Court will schedule a further public hearing the week of December 9, 2019. The specific date and time will be set once all confirm their availability. The agenda will also be issued forthwith.

4. The parties will submit a joint IT strategy plan before the public hearing. The Court stressed the importance of this plan, as IT is essential to proper compliance monitoring.

5. The current Police Academy class is expected to graduate in February 2020. PRBP shall inform the Court when a specific date is set. Also, a second class is expected to commence soon.

**Civil No. 12-2039 (GAG)**

6. PRPB will open a second K-9 facility in Ponce in February 2020. PRPB shall also inform the Court of the specific date.

7. PRPB will file its next Paragraph 261 report within the next two weeks.

In San Juan, Puerto Rico this 23rd day of October, 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge