# United States Court of Appeals
## For the First Circuit

No. 19-1923

IN RE: AMERICAN CIVIL LIBERTIES UNION FOUNDATION;
AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA,

Petitioners.

**ORDER OF COURT**

Entered: October 25, 2019

In light of Chief Judge Gelpí's response to the petitioners' motion to unseal their filings in this court, and in light of the respondents' position as to the same, the motion to unseal is <u>allowed</u>. The Clerk shall unseal all of the filings in this matter.

By the Court:

Maria R. Hamilton, Clerk

cc:
Luis E. Saucedo
Mariana E. Bauza Almonte
Tovah Calderon
Katherine Elmlinger Lamm
Arturo J. Garcia-Sola
Lizzie M. Portela
Maria A. Dominguez-Victoriano
Alejandro Jose Cepeda-Diaz
Javier Miceo-Marcial
Gregorio Igartua-de la Rosa
Jorge Diaz-Castro
Linda A. Backiel
Hector A. Pereles-Velez
Jose A. Andreu Fuentes
Jose Manuel Martinez-Chevres
Jennesa Calvo-Friedman
Alejandro Ortiz

Teresa Nelson
Ian Bratlie

Honorable Gustavo A. Gelpi
Maria Antongiorgi Jordan, Clerk (D.P.R.)