Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 80 | PRPD shall ensure that police services are delivered equitably, respectfully, and free of unlawful bias, in a manner that promotes broad community engagement and supports effective crime prevention. In conducting its activities, PRPD shall ensure that members of the public receive equal protection of the law, without bias based on race, color, ethnicity, national origin, religion, gender, disability, sexual orientation, gender identity, gender expression, or political ideology or affiliation, and in accordance with the rights, privileges, or immunities secured or protected by the Constitution and laws of the United States and the Commonwealth of Puerto Rico. | Compliance will be determined on two separate but inter-dependent bases: (1) the implementation of Paragraphs 81 - 100, and (2) the results of outcome assessments, pursuant to Paragraph 243 of the Agreement. | | | |
| 81 | PRPD shall develop policies and procedures that comply with applicable law and comport with generally accepted policing practices on bias-free policing; providing training as described in this Agreement; ensure consistent supervision; and hold officers accountable for complying with applicable law and policy. | The requirement of this Paragraph regarding PRPB's development of policies and procedures that comply with applicable law and comport with generally accepted policing practices on bias-free policing, will be assessed together with Paragraphs 87, 88 and 109 of the Agreement.

The requirement of this Paragraph that requires training as described in this Agreement will be assessed together with Paragraphs | | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 90, 117 (Training), 118 (Pre-Service Training), 123 (Field Service Training), and 129 (In-Service Training).<br><br>The requirement of this Paragraph that relates consistent supervision will be assessed together with Paragraphs 135 (Supervision and Management), and 140 (Duties of Supervisors).<br><br>The requirement of this Paragraph that relates to holding officers accountable for complying with applicable law and policy will be assessed together with Paragraph 159 (Civilian Complaints, Internal Investigations, and Discipline).<br><br>1. Content analysis of PRPB's policies and procedures to determine if they comply with the requirements of the Paragraph (comply with applicable law and comport with generally accepted policing practices on bias-free policing). | 1. Policies and procedures comply with applicable law and comport with generally accepted policing practices on bias-free policing. *See* Equal Protection Worksheet #1. | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 2. Content analysis of trainings to determine whether they comply with applicable law and comport with generally accepted policing practices on bias-free policing.<br><br>3. Document review of random sample* of pertinent supervisory and field records to determine if officers are subject to consistent supervision. | 2. Trainings comply with applicable law and comport with generally accepted policing practices on bias-free policing.<br><br>3. 95% of reviewed supervisory and field records indicate that officers are supervised consistently. | | |
| 82. | PRPD shall revise its complaint classification policies to effectively capture and track civilian complaints alleging discriminatory policing, even if the complaint does not specifically label the misconduct as such. | This Paragraph will be assessed with Paragraph 160 (Civilian Complaints) and Paragraph 174 of the Agreement (Complaint Intake, Classification, Assignment, and Tracking).<br><br>1. Content analysis of PRPB complaint classification policies to determine compliance with the requirements of the Paragraph.<br><br>2. Semi-structured interview and document review of relevant PRPB personnel to determine how PRPB classifies and tracks allegations of discriminatory policing. | 1. PRPB classification policies comply with the requirements of the Paragraph.<br><br>2. PRPB classifies and tracks allegations of discriminatory policing in accordance with policy and this Paragraph.  See Equal Protection Worksheet 2. | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 83 | PRPD shall revise all documentation produced in relation to officer and civilian interactions, including documentation related to arrests, traffic stops, investigatory stops and detentions, searches, property seizures, and civilian complaints, so that it permits officers to accurately record the demographic information of all involved persons, including alleged subjects and victims. | This Paragraph will be assessed together with Paragraph 148 (m).<br><br>NOTE: PRPB does not authorize investigatory stops or *Terry* Stops based solely on reasonable suspicion.<br><br>1. Content analysis of all documents, including electronic forms, related to an officer-civilian interaction to determine whether they permit officers to accurately record the demographic information of all involved persons. | 1. All documentation produced in relation to officer and civilian interactions permits officers to accurately record the demographic information of all involved persons | Annually | |
| 84 | PRPD shall incorporate concrete requirements regarding bias-free policing and equal protection into its hiring, promotion, and performance assessment processes, including giving significant weight to an individual's documented history of bias-free policing. PRPD will comply with the non-discrimination requirements of Title VII of the Civil Rights Act of 1964, as amended. | The requirement of this Paragraph that require PRPB to incorporate bias-free policing and equal protection into its hiring practices will be assessed together with Paragraph 104 (Hiring Reforms).<br><br>The requirement of this Paragraph that requires PRPB to incorporate bias-free policing and equal protection in its promotion assessment process will be | | Bi-annually for Data Sources #3, #4, and #11. Annually for the other Data Sources. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | assessed together with Paragraph 14 (Promotions). The requirement of this Paragraph that requires PRPB to incorporate bias-free policing and equal protection in its performance assessment process will be assessed together with Paragraph 145 (Performance Evaluation). 1. Content analysis of policies and procedures regarding PRPB's hiring process, including General Order 500, Section 501 on recruitment, to determine if they comply with the requirements of the Paragraph. 2. Content analysis of the hiring process training of the members of the PRPB's Recruitment and Promotions Committee to evaluate quality and content in accordance with approved policies. 3. Document review at least every six months to determine whether relevant PRPB's personnel at the Recruitment and Promotions | 1. PRPB policies and procedures regarding hiring process comply with the requirements of the Paragraph. 2. Hiring process trainings are consistent with bias-free policing and equal protection provisions of approved policies. 3. 95% of sampled personnel are trained and certified in all policies related to the civilian | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | Committee are trained and certified on PRPB's hiring process. Review a random sample* of PRPB personnel files to determine whether certifications validate training records. | complaint program (or scheduled for training, in the case of mid-year reviews). | | |
| | | 4. Review of random sample* of Recruitment Office files on recruited candidates to determine if the recruitment process complied with the requirements of the Paragraph. | 4. 95% of reviewed candidates were selected consistent with approved policies  regarding bias-free policing and equal protection. | | |
| | | 5. Content analysis of policies and procedures in promotion assessment process to determine compliance with the requirements of the Paragraph. | 5. PRPB policies and procedures regarding promotion assessment process comply with the requirements of the Paragraph. | | |
| | | 6. Content analysis of training on the promotion assessment process to evaluate quality and content in accordance with approved policies. | 6. Promotion assessment trainings are consistent with bias-free policing and equal protection provisions of approved policies. | | |
| | | 7. Document review at least every six months to determine whether relevant PRPB personnel are trained and certified in the | 7. 95% of sampled personnel are trained and certified in all policies | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | promotion assessment process. Review a random sample* of PRPB personnel files to determine whether certifications validate training records. | related to the civilian complaint program (or scheduled for training, in the case of mid-year reviews). | | |
| | | 8. Content analysis of random sample* of promotion records to determine if the selection process complied with the requirements of the Paragraph. | 8. 95% of the reviewed promotions were awarded consistent with approved policies regarding bias-free policing and equal protection. | | |
| | | 9. Content analysis of policies and procedures regarding performance assessment to determine if they comply with the requirements of the Paragraph. | 9. PRPB policies and procedures regarding performance assessment comply with the requirements of the Paragraph. | | |
| | | 10. Content analysis of training on performance assessments to evaluate quality and content in accordance with approved policies. | 10. Performance assessment trainings are consistent with bias-free policing and equal protection provisions of approved policies. | | |
| | | 11. Document review at least every six months to determine whether relevant PRPB personnel are trained and certified in performance assessments. Review a random sample* of PRPB personnel files to | 11. 95% of sampled personnel are trained and certified in all policies related to performance evaluations (or scheduled | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | determine whether certifications validate training records.<br><br>12. Content analysis of random sample* of performance evaluations to determine if they followed requirements of the Paragraph. | for training, in the case of mid-year reviews).<br><br>12. 95% of performance evaluations reviewed are consistent with approved policies  regarding bias-free policing and equal protection. | | |
| 85 | PRPD shall use the National Incident Based Reporting System ("NIBRS") to collect and report crime data. | 1. Content analysis of pertinent policies, procedures, and forms/modules, including General Order 600, Section 621, to determine whether they comply with the requirements of the Paragraph.<br><br>2. Content analysis of NIBRS training to determine whether quality and content are in accordance with approved policies and procedures.<br><br>3. Document review, every six months, to determine whether members of PRPB are trained and certified in NIBRS. Review a random sample* of PRPB | 1. Policies, procedures, and forms/modules incorporate the requirements of the Paragraph.<br><br><br>2. NIBRS training are consistent with approved policies and procedures.<br><br><br>3. 95% of sampled PRPB members are trained and certified in NIBRS. | Annually as to Data Sources #1, #2 and #4. Bi-annually for the remaining Data Sources. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | personnel files to determine whether certifications validate training records.<br><br>4.  Document review of crime data collected through CAD/GTE to determine if PRPB is using the NIBRS as required by the Paragraph. | 4. PRPB is using the NIBRS to collect and report crime data. | | |
| 86 | PRPD shall collect accurate and reliable data on hate crimes on an ongoing basis and shall submit the data to the Federal Bureau of Investigation ("FBI") for analysis and publication in the FBI's Hate Crimes Statistics report in accordance with FBI submission. | The requirement of this Paragraph that requires PRPB to track hate crimes on an ongoing basis will be assessed together with Paragraph 85.<br><br>1. Content analysis of policies and procedures related to identifying, collecting, and reporting hate crimes to determine if they comply with the requirements of the Paragraph.<br><br>2. Content analysis of training related to identifying, collecting, and reporting hate crimes to evaluate quality and content in accordance with approved policies.<br><br>3. Document review at least every six months to determine whether | 1. Policies on criminal investigations incorporate all of the requirements of this Paragraph.<br><br><br>2. Criminal investigation trainings are consistent with approved policies.<br><br><br>3. 95% of sampled personnel are trained and | Bi-annually for Data Source #3. Annually for the remaining Data Sources. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | relevant PRPB personnel are trained and certified on identifying, collecting, and reporting hate crimes.  Review a random sample* of PRPB personnel files to determine whether certifications validate training records. | certified in all policies related to identifying, collecting, and reporting hate crimes (or scheduled for training, in the case of mid-year reviews). | | |
| | | 4. Document review of investigation files of hate crime (as indicated in incident reports or supplemental reports) to determine whether the FBI is notified of instances of hate crimes. | 4. PRPB notifies the FBI of all identified instances of hate crimes. | | |
| | | 5. Content analysis of random sample* of investigation files of hate crime to determine if data collection and reporting is accurate and complies with the requirements of the Paragraph. | 5. 95% of investigations of hate crimes accurately identify and report hate crimes. | | |
| 87 | PRPD shall apply and administer all programs, initiatives, and activities without discriminating on the basis of race, color, ethnicity, national origin, religion, gender, disability, sexual orientation, gender identity, gender | The section of this Paragraph that requires PRPB to develop policies and practices to conform to the requirements of this Paragraph will be assessed together with | | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | expression, or political ideology or affiliation.  PRPD shall develop policies and practices to prohibit selective enforcement or non-enforcement of the law based on these characteristics.  These policies and practices shall comply with applicable law and comport with generally accepted policing practice. | Paragraphs 81, 88, and 109 (Policies and Procedures).<br><br>1. Content analysis of PRPB policies and practices to determine that they prohibit selective enforcement or non-enforcement of the law, and comply with applicable law and comport with generally accepted policing practices.<br><br>2. Content analysis of random sample* of PRPB programs, initiatives and activities to determine if they are applied and administered without discrimination on the basis of race, color, ethnicity, national origin, religion, gender disability, sexual orientation, gender identity, gender expression, or political ideology or affiliation. | 1. 95% of PRPB programs, initiatives, and activities conform to the requirements of the Paragraph.<br><br>2. 95% of selected PRPB programs, initiatives, and activities are consistent with approved policies regarding bias-free policing and equal protection. | | |
| 88 | PRPD shall develop policies to provide all individuals within the Commonwealth with police services in a non-discriminatory fashion in order to build and preserve trust among community members and more effectively prevent and solve crime.  As part of these efforts, PRPD shall seek the assistance of | This Paragraph will be assessed together with Paragraphs 81, 87, and 109 (Policies and Procedures).<br><br>1. Content analysis of PRPB policies to determine whether | 1. PRPB policies complied with the requirements of the Paragraph. | Annually as to Data Sources #1, #2 and #4. Bi-annually for the remaining Data | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | community advocates in widely disseminating to the public its written policies on immigration-related laws. | they conform to the requirements of the Paragraph.<br><br>2. Content analysis of training on discrimination free policing to evaluate whether the quality and content are in accordance with approved policies.<br><br>3. Document review, every six months, to determine whether members of PRPB are trained and certified in discrimination free policing. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.<br><br>4. Document review and semi-structured interviews of relevant PRPB personnel and pertinent community advocates to determine if PRPB seeks assistance of community advocates to widely disseminate pertinent policies on immigration-related laws to the public. | 2. Trainings on discrimination free policing are consistent with approved policies.<br><br>3. 95% of sampled PRPB members are trained and certified in discrimination free policing.<br><br>4. Pertinent policies on pertinent immigration-related law were widely disseminated to the public. See related Community Engagement Worksheet. | | |
| 89 | PRPD shall develop a specific policy to guide officers' interactions with transgender or transsexual individuals that | 1. Content analysis of PRPB policies to guide officer interactions with transgender or | 1. PRPB policies guide officer interactions with transgender or transsexual | Annually for Data Sources #1 | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | addresses gender identification, gender expression, transportation, processing, housing, and medical treatments. | transsexual individuals to ensure compliance with the requirements of the Paragraph.<br><br>2. Content analysis of trainings on PRPB officer interactions with transgender or transsexual individuals to determine whether it incorporates requirements of approved policies.<br><br>3. Document review, every six months, to determine whether members of PRPB are trained and certified in policies on interactions with transgender or transsexual individuals. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.<br><br>4. Content analysis of random sample* of PRPB reports that reflect interaction with transgender or transsexual individuals to ensure compliance with PRPB policies. | individuals as required by the Paragraph.<br><br>2. PRPB trainings on interactions with transgender or transsexual individuals are consistent with approved policies.<br><br>3. 95% of sampled PRPB members are trained and certified in policies regarding interactions with transgender or transsexual individuals.<br><br>4. 95% of reviewed PRPB reports suggest compliance with PRPB policies regarding interactions with transgender or transsexual individuals. | and #2. Bi-annually for all remaining Data Sources. | |
| 90 | PRPD shall provide all PRPD officers with training on biased-free policing at least every two years for the first four | This Paragraph will be assessed together with Paragraph 81 and 117 (Training). | | Bi-annually for Data Source #5. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | years of this Agreement, and annually thereafter.  PRPD shall also provide training on biased-free policing as necessary, based on developments in applicable law and PRPD policy.  PRPD's training program shall include the following topics:<br><br>   a)  PRPD policies and requirements in this Agreement regarding biased-free policing;<br>   b)  community perspectives of discriminatory policing;<br>   c)  constitutional and other legal requirements related to equal protection and unlawful discrimination;<br>   d)  the protection of civil rights as a central part of the police mission;<br>   e)  arbitrary classifications and stereotyping based on age, race, color, ethnicity, national origin, religion, gender, disability, sexual orientation, gender identity, gender expression and political ideology or affiliation;<br>   f)  interacting with diverse populations, including persons who are homeless and economically disadvantaged; | 1. Content analysis of trainings on discrimination free policing to evaluate whether the quality and content of the trainings comply with the requirements of the Paragraph.<br><br>2. Site visit and document review of randomly selected* training records to determine if trainings on biased-free policing were offered at least every two years for the first four years and annually thereafter, delivered in accordance with standard police practices by qualified and certified instructors.<br><br>3.  Content analysis of training curriculums to determine if they complied with the requirements of the Paragraph and included the identified topics.<br><br>4.  Content analysis of randomly reviewed* testing material and results data to determine if comprehensive testing was used that shows complete | 1. PRPB trainings on discrimination free policing are consistent with the requirements of the Paragraph.<br><br>2. 95% of reviewed training records complied with the training frequency requirements of the Paragraph.<br><br>3.  95% of reviewed training curriculums complied with the content requirements of the Paragraph.<br><br>4.  Tests accurately assess an understanding of rules and regulations related biased-free policing. | Annually for the remaining Data Sources. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | g) identification of key decision points where prohibited discrimination can take effect at both the incident and operational planning levels; <br> h) methods, strategies, and techniques to reduce misunderstanding, conflict, and complaints due to perceived bias or discrimination, including community-oriented policing strategies; and <br> i) comprehensive testing that shows complete understanding of rules and regulations. | understanding of rules and regulations. <br><br> 5. Document review, every six months, of PRPB personnel files to determine whether members of PRPB are trained and certified in bias-free policing as required by this Paragraph. | 5. 95% of sampled PRPB members are trained and certified in bias-free policing. | | |
| 91 | PRPD shall assess its operational programs, initiatives, and activities at least every two years to ensure that they are applied or administered in a manner that guarantees equal protection.  As part of its assessment, PRPD shall specifically include an assessment of use of force, motor vehicle and pedestrian stops, arrests, and deployment of STUs.  PRPD shall also assess its operations and tactics as part of regulatory inspections, assistance to regulatory agencies, and covert vice activities.  PRPD shall base its assessment of programs, initiatives, and activities on accurate, complete, and reliable data, including data contained in | The section of this Paragraph that requires that operational programs, initiatives, and activities be reviewed every two years and be made publicly available, shall be assessed together with Paragraph 113 (Policies and Procedures). <br><br> The section of this Paragraph that requires reliance on PRPB assessment of programs, initiatives, and activities on accurate, complete, and reliable data will be assessed together with Paragraph 219 (Information | | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | the EIS, stop and detention data, use of force analysis, and operational planning and after actions reports.  PRPD shall make this assessment publicly available. | Systems and Technology) and 148 (Early Intervention System) as to Use of Force.<br><br>1. Document review of random sample* of pertinent PRPB programs, initiatives, and activities to ensure that the frequency of the assessment of operational programs is at least every two years.<br><br>2. Content analysis of assessments conducted by PRPB to determine if these included an assessment of use of force, motor vehicle and pedestrian stops, arrests, and deployment of STUs, operations and tactics as part of regulatory inspections, assistance to regulatory agencies, and covert vice activities (PPR-605.1, PPR-615.1, and PPR-920A and B).<br><br>3.  Content analysis of random sample* of PRPB assessments of program initiatives and activities to determine that they are based on accurate, complete, and reliable data, as required by the Paragraph. | 1. 95% of reviewed programs, initiatives, and activities were assessed by PRPB at least every two years.<br><br>2. 95% of reviewed assessments conducted by PRPB included an assessment of use of force, motor vehicle and pedestrian stops, arrests, and deployment of STUs, operations and tactics as part of regulatory inspections, assistance to regulatory agencies, and covert vice activities.<br><br>3. 95% of reviewed assessments of program initiatives and activities were based on accurate, complete, and reliable data, as required by the Paragraph. | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 4. Document review of random sample* of assessments to determine if PRPB made the assessments publicly available. | 4. 95% of reviewed assessments were made publicly available by PRPB. | | |
| 92 | Within five business days, PRPD shall prepare and provide to PRDOJ and the Puerto Rico Department of the Family the preliminary investigation report prepared in response to each allegation of abuse and mistreatment originating in secure correctional facilities.  Such allegations include physical and mental abuse, juvenile on juvenile assaults, staff on juvenile abuse, and excessive use of force by staff. | 1. Content analysis of investigation files related to allegations of abuse and mistreatment originating in secure correctional facilities to determine whether PRPB submits preliminary investigation reports within five business days of identifying the allegation to the PRDOJ and the PR Department of the Family. | 1. All allegations of abuse and mistreatment originating in secure correctional facilities are timely reported to the PRDOJ and the PR Department of the Family. | Bi-Annually | |
| 93 | PRPD shall respond to and investigate reports of sexual assault and domestic violence professionally, effectively, and in a manner free of gender-based bias.  PRPD shall appropriately classify and investigate reports of sexual assault and domestic violence, collaborate closely with community stakeholders, and apply a victim-centered approach at every stage of its response.   PRPD shall develop policies and procedures on responding to sexual assault and domestic violence, including incidents involving PRPD officers that comply with applicable law | This Paragraph will be assessed together with Paragraphs 94, 98 and 99.

1. Content analysis of policies and procedures on responding to sexual assault and domestic violence, to determine if they comply with applicable law and generally accepted policing practices.

2. Content analysis of training on responding to sexual assault and domestic violence to determine | 1. Reviewed policies and procedures on responding to sexual assault and domestic violence comply with applicable law and generally accepted policing practices.

2. Trainings on responding to sexual assault and domestic violence are | Annually as to Data Sources #1, #2 and #4. Bi-annually for the remaining Data | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | and comport with generally accepted policing practices. | whether its quality and content are in accordance with approved policies.<br><br>3. Document review, every six months, to determine whether members of PRPB are trained and certified in responding to sexual assault and domestic violence. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.<br><br>4. Content analysis of random sample* of sexual assault and domestic violence investigations—always being considerate of the constitutional rights afforded to the victim—to determine if the investigations were:<br><br>(a) investigated professionally, effectively, and in a manner free of gender-based bias;<br>(b) appropriately classified;<br>(c) include close collaboration closely with community stakeholders where appropriate; and | consistent with approved policies.<br><br>3. 95% of sampled PRPB members are trained and certified in responding to sexual assault and domestic violence consistent with approved policies.<br><br>4. 95% of reviewed sexual assault and domestic violence investigations complied with requirements of the Paragraph. | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | (d) apply a victim-centered approach at every stage of its response. | | | |
| 94 | PRPD's sexual assault policies and procedures shall provide clear and detailed guidelines for each stage of PRPD's response to a reported sexual assault, including (a) dispatch response; (b) initial officer response; (c) initial and follow-up victim interviews; and (d) on-scene and follow-up investigation.  These protocols shall be based on recognized models and guidelines on forensic examinations, such as, for example, the National Protocol for Sexual Assault Medical Forensic Examinations issued by the DOJ's Office of Violence Against Women. | This Paragraph will be assessed together with Paragraphs 93, 98 and 99.

1. Content analysis of PRPB sexual assault policies and protocols and procedures to determine if they comply with the requirements of the Paragraph.

2. Content analysis of random sample* of sexual assault investigations - always being considerate of the constitutional rights afforded to the victim - to determine whether PRPB followed its guidelines for each stage of its response to reported sexual assault. | 1. PRPB's sexual assault policies and procedures comply with the requirements of the Paragraph.

2. 95% of reviewed sexual assault investigations complied with requirements of the Paragraph. | Annually | |
| 95 | PRPD shall re-assess and revise, where needed, its classification protocols for crimes involving sexual assaults.  PRPD shall track all reports of felony sexual assault based on the UCR definitions. | This Paragraph will be assessed together with Paragraph 82.

1. Content analysis of classification protocols for crimes involving sexual assaults to determine whether they | 1. PRPB is appropriately classifying crimes involving sexual assault as required by the Paragraph. | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | incorporate the requirements of the Paragraph.<br><br>2. Document review and semi-structured interviews with relevant PRPB personnel to determine whether:<br><br>(a) classification protocols for crimes involving sexual assaults are being assessed and revised as needed, and<br>(b) PRPB tracks felony sexual assaults based on the UCR definitions. | 2. PRPB's classification and tracking of felony sexual assault crimes comply with the Paragraph. | | |
| 96 | PRPD shall ensure that its Sex Crimes Investigation Unit is accessible through a hotline that is staffed 24-hours a day with trained responders. | 1. Content analysis of policy on Sex Crimes Investigation Unit to determine whether it incorporates the requirements of the Paragraph.<br><br>2. Content analysis of training on response to sex crimes related calls to determine whether it is in accordance with approved policy.<br><br>3. Document review, every six months, to determine whether 24-hour hotline PRPB personnel are trained and certified in responding to sex crimes related | 1. Policy on Sex Crimes Investigation Unit incorporates the requirements of the Paragraph.<br><br>2. Training on response to sex crimes related calls is in accordance with approved policy.<br><br>3. 100% of sampled 24-hour hotline PRPB personnel are trained and certified in responding to sex crimes related calls. | Annually as to Data Sources #1 and #2. Bi-annually for the remaining Data Sources. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | calls. Review a of PRPB personnel files to determine whether certifications validate training records.<br><br>4. Document review of hotline complaints to ensure hotline is staffed and operating 24-hours a day with trained responders.<br><br>5. Visit to the manned hotline to ensure that the Sex Crimes Investigation Unit is accessible to the public as required by the Paragraph. | 4. PRPB maintains a staffed 24-hour a day hotline with trained responders for sex crimes.<br><br>5. The manned hotline provides the public access to the Sex Crimes Investigation Unit. | | |
| 97 | PRPD shall track dispositions of sexual assault investigations, including arrests, whether the prosecutor charged the suspect, and whether a conviction resulted.  PRPD shall also track sexual assaults by gender and incidents in which more than one participant is arrested. PRPD shall report this data as part of its annual report. | 1. Document review and semi-structured interviews with relevant PRPB personnel to determine whether PRPB is tracking dispositions of sexual assault investigations.<br><br>2. Content analysis of PRPB annual report to ensure that sexual assault disposition data is contained in the annual report. | 1. PRPB is tracking dispositions of sexual assault investigations based on the requirements of the Paragraph.<br><br>2.  PRPB is reporting the sexual assault disposition data in its annual report. | Annually | |
| 98 | PRPD's domestic violence policies and procedures shall clearly delineate the duties of all PRPD officers and staff and provide clear and detailed guidelines for | This Paragraph will be assessed with Paragraphs 93, 94 and 99. | | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | each stage of PRPD's response to a report of domestic violence. | 1. Content analysis of domestic violence policies and procedures to determine if they clearly comply with the requirements of the Paragraph.<br><br>2. Content analysis of random sample* of domestic violence investigations - always being considerate of the constitutional rights afforded to the victim - to determine whether relevant PRPB personnel complied with their delineated duties and the response to a report of domestic violence followed PRPB guidelines. | 1. PRPB's policies and procedures regarding domestic violence meet the requirements of the Paragraph.<br><br>2. 95% of reviewed domestic violence investigations complied with requirements of the Paragraph. | | |
| 99 | PRPD shall implement measures to respond to reports of domestic violence and sexual assault involving PRPD officers, including disarming officers and assessing their fitness for duty. | This Paragraph will be assessed with Paragraphs 93, 94, and 98.<br><br>1. Content analysis of policies and procedures regarding PRPB response to reports of domestic violence and sexual assault involving PRPB officers to ensure compliance with the requirements of the Paragraph.<br><br>2. Content analysis of random sample* of investigations of domestic violence and sexual assault involving a PRPB officers | 1. PRPB policies and procedures implement measures to respond to reports of domestic violence and sexual assault involving PRPB officers, including disarming officers and assessing their fitness for duty.<br><br>2. 95% of reviewed investigations of domestic | Annually for Data Source #1. Bi-annually for all other Data Sources. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Equal Protection and Non-Discrimination

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
|  |  | - always being considerate of the constitutional rights afforded to the victim - to determine whether response measures were followed.<br><br>Note:  The conduct envisioned by this Paragraph may also fall within the purview of Paragraph 184. | violence and sexual assault involving a PRPB officers complied with requirements of the Paragraph. |  |  |
| 100 | PRPD shall track dispositions of domestic violence investigations, including arrests, whether the prosecutor charged the suspect, and whether a conviction resulted.  PRPD shall also track domestic violence arrests by gender and incidents in which more than one participant is arrested.  PRPD shall report this data as part of its annual report. | 1. Document review and semi-structured interviews with relevant PRPB personnel to determine whether PRPB is tracking dispositions of sexual assault investigations.<br><br>2. Content analysis of PRPB annual report to ensure that sexual assault disposition data is contained in the annual report. | 1. PRPB is tracking dispositions of sexual assault investigations based on the requirements of the Paragraph.<br><br>2.  PRPB is reporting the sexual assault disposition data in its annual report. | Annually |  |

*Denotes a randomized sample obtained through [20%] of the population/universe to be studied.  Randomization minimizes sampling errors while ensuring equal representation of all variables.  Percentages for training compliance will be based on the number of officers who are eligible for training.

Note:  when referencing a "content analysis" of training, the monitor may conduct random and unannounced site visits to the Police Academy and/or training sites, which will allow for the review of the training content, delivery of materials, and learning process as a whole.  Content analyses of policies and training will be based on applicable law and generally-accepted policing practices.