Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 205 | PRPD shall create robust community relationships and engage constructively with the community to ensure collaborative problem-solving, ethical and bias-free policing, and more effective crime prevention. PRPD shall integrate community and problem oriented policing principles into its management, policies and procedures, recruitment, training, personnel evaluations, tactics, deployment of resources, and systems of accountability. PRPD shall engage the public in the reform process through the dissemination of public information on a regular basis. | Compliance will be determined on two separate but inter-dependent bases:<br>(1) the implementation of paragraphs 206 - 217, and<br>(2) the results of outcome assessments, pursuant to Paragraph 243 of the Agreement.<br><br>In addition, the following requirements will also be reviewed for compliance, pursuant to Paragraph 242 of the Agreement:<br><br>1. Content analysis of management practices to determine whether they incorporate the requirements of the paragraph. Will be assessed together with paragraph 140 (Supervision and Management).<br><br>2. Content analysis of policies and procedures to determine if they incorporate the requirements of the paragraph. Will be assessed together with paragraph 109 (Policies and Procedures). | | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 3. Content analysis of recruitment practices to determine whether they incorporate the requirements of the paragraph. Will be assessed together with paragraphs 102 and 103 (Recruitment Plan). 4. Content analysis of training and tactical practices to determine whether they incorporate the requirements of the paragraph. Will be assessed together with paragraph 120 (Pre-Service Education and Training), paragraph 123 (Field Training Program), and 129 (In-Service Training). 5. Content analysis of personnel evaluation practices to determine whether they incorporate the requirements of the paragraph. Will be assessed together with paragraph 145 (Performance Evaluation). 6. Content analysis of deployment of resources practices to determine whether they incorporate the requirements of the paragraph. Will be assessed | | | |

2

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | together with paragraph 13 (Staffing and Community Policing).<br><br>7. Content analysis of officer accountability practices to determine whether they incorporate the requirements of the paragraph. Will be assessed together with paragraph 159 (Civilian Complaints, Internal Investigations, and Discipline). | | | |
| 206 | PRPD shall reassess its staffing allocation and personnel deployment to ensure that they support community policing and problem-solving goals. PRPD shall employ a Scanning, Analysis, Response, and Assessment ("SARA") model to structure its problem-solving approach. | This paragraph will be assessed together with Paragraph 13 of the Agreement.<br><br>1. Content analysis of policies related to community policing and problem solving to determine if they incorporate the requirements of the paragraph.<br><br>2. Content analysis of training on community policing and problem solving to evaluate whether quality and content are in accordance with approved policy.<br><br>3. Document review, every sixth months, to determine whether all | 1. Policies incorporate all the requirements of Paragraph 206.<br><br>2. Community policing and problem solving trainings are consistent with approved policies.<br><br>3. 95% of sampled PRPB members are trained and certified in community policing and problem solving, including the SARA Model.<br><br>4. Staff allocation and personnel deployment | Annually as to Data Sources #1 and #2. Bi-annually as to all other Data Sources. | |

3

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | members of PRPB are trained and certified in community policing and problem solving, including the SARA Model, to support community policing and problem solving goals. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.

4. Content analysis of staff allocation and personnel deployment plan to determinate if they support community policing and problem solving.

5. Document review and semi-structured interviews of relevant PRPB personnel at a random sample* of districts, precincts, and units—including the Commissioner, Deputy Commissioners, and Area Commanders—to determine whether PRPB units used SARA Model to identify and address recurring problems. | plan are aligned with community policing and problem solving.

5. 95% of sampled PRPB precincts, districts, and units implement the SARA Model. Worksheets #1 and #2 on Community Engagement. | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 207 | PRPD shall continue to conduct outreach to a broad cross-section of the community stakeholders to establish extensive problem-solving partnerships and develop cooperative strategies that build mutual respect and trusting relationships. | 1. Content analysis of policies related to community policing and community outreach to determine if they incorporate the requirements of the paragraph.<br><br>2. Content analysis of training on community partnerships and problem solving strategies to determine if training complies with approved policies.<br><br>3. Document review, every sixth months, to determine whether all members of PRPB are trained and certified in community partnerships and problem solving strategies. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.<br><br>4. Document review and semi-structured interview of relevant PRPB personnel of a random sample* of PRPB districts, precincts, and units—including the Commissioner, Deputy Commissioners, and Area Commanders—to determine | 1. Policies incorporate all the requirements of Paragraph 207.<br><br>2. Community partnerships and problem-solving strategies trainings are consistent with approved policies.<br><br>3. 95% of sampled PRPB members are trained and certified in community partnerships and problem-solving strategies.<br><br>4. 95% of sampled districts, precincts, and units conduct outreach to a broad cross-section of community stakeholders. See Worksheets #1 and 2 on Community Engagement. | Annually as to Data Sources #1 and #2. Bi-annually as to all other Data Sources. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | whether they conduct outreach to a broad cross-section of community stakeholders. | | | |
| 208 | PRPD shall develop and implement mechanisms to measure its community partnerships and problem-solving strategies and assess their effectiveness. PRPD shall prepare a publicly available report on at least an annual basis that details its community partnerships, meetings, and problem-solving activities, including specific problems addressed and steps taken by PRPD and the community toward their resolution. The report shall identify obstacles faced and recommendations for future improvement. | 1. Content analysis of PRPB's Formal Community Partnership module and related data to determine whether it measures community partnerships and problem-solving strategies and assesses their effectiveness.<br><br>2. Analysis of PRPB website to determine whether PRPB has made annual reports publicly available.<br><br>3. Content analysis of PPRB annual report to determine whether it details its community partnerships, meetings, and problem-solving activities, including specific problems addressed and steps taken by PRPB and the community towards resolution, as well as to determine whether it identifies obstacles faced and recommendations for future improvement. | 1. Formal Community Partnership module incorporates all the requirements of Paragraph 208.<br><br>2. 100% of PRPB annual reports are made publicly available.<br><br>3. Annual report incorporates all the requirements of Paragraph 208. | Annually | |
| 209 | PRPD shall continue to maintain Community Interaction Councils ("CICs") | 1. Content analysis of policies related to CICs to determine if | 1. PPRB policies require it maintain the CIC and | Annually | |

6

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | jointly with community representatives to facilitate regular communication and cooperation between PRPD and community leaders at the local level. CICs shall meet, at a minimum, every three months. | they incorporate the requirements of the paragraph.<br><br>2. Document review and content analysis of CIC-generated documents to determine whether CICs meet at least every three months that include PRPB and community representatives. | they meet at least every three months.<br><br>2. PRPB maintains CIC's as required by this Paragraph. | | |
| 210 | In conjunction with community representatives, PRPD shall develop a mechanism to select the members of the CICs, which shall include a representative cross section of community members and PRPD officers. | 1. Content analysis of policies and protocols to selecting CIC representatives to determine if they incorporate the requirements of the paragraph.<br><br>2. Content analysis of documents related to the selection process for CIC members, to ensure it complies with Paragraph 210. | 1. PPRB has developed a mechanism to select the members of the CICs in accordance with this Paragraph.<br><br>2. Selection process for CIC members complies with Paragraph 210 and relevant policies. | Annually | |
| 211 | PRPD shall allocate sufficient resources and authority to ensure that CICs possess the means, staffing, access, training, and mandate necessary to fulfill their mission and the requirements of this Agreement. The operating budget shall be revisited on an annual basis in consultation with the CICs. | 1. Content analysis of policies related to CICs to determine if they incorporate the requirements of the paragraph.<br><br>2. Content analysis of the CIC orientation course to instructors to evaluate quality and content in accordance with approved policies. | 1. Policies related to CICs incorporate the requirements of the paragraph.<br><br>2. CIC orientation course is consistent with approved policies. | Annually as to Data Sources #1 and #2. Bi-annually as to all other Data Sources. | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 3. Document review to determine whether PRPB has offered an orientation to all CIC members.<br><br>4. Document review and semi-structured interviews of relevant PRPB personnel and CIC members to determine whether CICs possess the means, staffing, and access necessary to fulfill their mission and the requirements of this Agreement. | 3. PRPB makes CIC orientation available to all members of the CICs.<br><br>4. 85% of CICs possess the means, staffing, and access necessary to fulfill their mission and the requirements of this Agreement. See Worksheets #1, 2 and 4 on Community Engagement. | | |
| 212 | PRPD shall work closely with CICs to develop a comprehensive community policing approach that collaboratively identifies and implements strategies to address crime and safety issues. In order to foster this collaboration, PRPD shall share appropriate information and documents with CICs, provided adequate safeguards are taken not to disclose confidential or otherwise law enforcement sensitive information.  PRPD shall seek CIC assistance, counsel, recommendations, or participation in areas including:<br>　　a) reviewing and assessing the propriety and effectiveness of law enforcement priorities and related | 1. Document review of community policing plans and policies to determine if community policing approach was developed by PRPB working closely with CIC, in accordance with the requirements of the paragraph.<br><br>2. Document review of of information and documents shared by PRPB with CICs to determine if PRPB provided adequate safeguards to protect confidential or law enforcement sensitive information. | 1. PRPB developed a community policing approach working closely with CIC as per the requirements of the paragraph.<br><br>2. PRPB protects confidential and law enforcement sensitive information in documents and information it shares with the CICs.. | Annually as to Data Source #1. Bi-annually as to all other Data Sources. | |

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | community policing strategies, materials, and training;<br>b) reviewing and assessing the propriety and effectiveness of PRPD policies on matters such as discriminatory policing, search and seizure, use of force, the civilian complaint process, and victim services;<br>c) reviewing and assessing concerns or recommendations about specific PRPD policing tactics and initiatives;<br>d) providing information to the community and conveying feedback from the community to PRPD;<br>e) advising the Superintendent on recruiting a qualified, diverse workforce, and<br>f) advising the Superintendent on ways to provide data and information, including information about PRPD's compliance with this Agreement, to the public in a transparent and public-friendly format, to the greatest extent allowable by law. | 3. Document review and semi-structured interviews of relevant PRPB personnel and CIC members to determine whether PRPB sought assistance, counsel, recommendations, or participation from CIC with respect to Paragraph 212 (a) – (f). | 3. Every six months, PRPB sought assistance, counsel, recommendations or participation from the CICs, collectively, at least once in all areas specified by the Paragraph. See Worksheets #1, 2, and 4 on Community Engagement. | | |
| 213 | CICs shall memorialize their recommendations in an annual public report that shall be available in PRPD | 1. Document review of public reports prepared by CICs to determine if it is published | 1. PRPB published 100% of CICs annual public report with | Annually | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | facilities and on the official web pages of the Commonwealth of Puerto Rico and the PRPD. The report shall include appropriate safeguards not to disclose confidential or otherwise law enforcement sensitive information and to protect sensitive personal or private information. | annually, available on web pages of the Commonwealth of PR and the PRPB, and include recommendations.<br><br>2. Content analysis of report prepared by CICs to ensure that it protects confidential or otherwise law enforcement sensitive information and sensitive personal or private information. | recommendations included are available on web pages of the Commonwealth of Puerto Rico and the PRPB.<br><br>2. All CICs annual reports do not disclose confidential or otherwise law enforcement sensitive information and it protects sensitive personal or private information. | | |
| 214 | PRPD shall develop a Community Outreach and Public Information program in each of the former thirteen police regions or in other operational subdivisions with comparable geographic coverage. | This paragraph will be assessed with Paragraph 215. | | | |
| 215 | The Community Outreach and Public Information program shall require at least bi-annual open meetings for the first two years of this Agreement. During the meetings, PRPD officers from the police region and/or the Reform Unit shall inform the public about the requirements of this Agreement, PRPD's progress meeting these requirements, and address areas of community concern. At least one week before such meetings, PRPD shall widely | This paragraph will be assessed with Paragraphs 214 and 216.<br><br>1. Document review of Community Outreach and Public Information program to determine if it has been implemented in each of the former thirteen police regions or geographic equivalent. | 1. Community Outreach and Public Information program was developed in each of the former thirteen police regions or geographic equivalent.<br><br>2. At least bi-annual open meetings were held during the first two years of the Agreement. Then | Bi-annually | |

10

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | publicize the meetings using print media, the Internet, and public service announcements on television or radio. | 2. Document review of random sample* of minutes of meetings or other pertinent documents to determine that open meetings were held bi-annually during the first two years of the Agreement. Then annually until the end of the Agreement.

3. Document review of random sample* of advertisements published by PRPB in print media, internet or public service announcements of meetings or other pertinent documents to determine that the meetings were widely publicized at least one week before.

4. Content analysis of random sample* of minutes of meetings or other documents memorializing content of the meetings to determine whether the public in attendance was advised about the requirements of this Agreement, PRPB's progress meeting these requirements, and addressed areas of community concern. | annually until the end of the Agreement.

3. 95% of the meetings were widely publicized at least one week before such meeting.

4. During 95% of the meetings reviewed the public was informed of the requirements of this Agreement, PRPB's progress meeting these requirements, and addressed areas of community concern.

5. 95% of the Outcome Reports of open meetings reviewed comply with the parameters established by this Paragraph. See Worksheet #3 on Community Affairs.

6. 95% of the meetings reviewed included public education on an individual's right to | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 5. Content analysis of random sample* of Outcome Report of open meetings or other documents memorializing content of the meetings to ensure that the Community Outreach and Public Information meetings included summaries of all audits and reports completed pursuant to this Agreement and any policy changes made and other significant action taken as a result of this Agreement, without disclosing sensitive information.<br><br>6. Content analysis of random sample* of minutes or meetings or other documents memorializing content of the meetings to ensure public was advised of an individual's right to decline consent to voluntary searches, consistent with Paragraph 77 of this Agreement.<br><br>7. Site visit to Community Outreach and Public Information program meeting to determine whether it met the requirements of Paragraphs 214-216. | decline consent to voluntary searches, consistent with Paragraph 77 of this Agreement.<br><br>7. Community Outreach and Public Information program meetings comply with Paragraphs 214-216 and parameters established in Worksheets # 3. | | |

12

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 216 | The Community Outreach and Public Information meetings shall, with appropriate safeguards to protect sensitive information, include summaries of all audits and reports completed pursuant to this Agreement and any policy changes made and other significant action taken as a result of this Agreement. The meetings shall also include public education on an individual's right to decline consent to voluntary searches, consistent with Paragraph 77 of this Agreement. | This paragraph will be assessed together with Paragraph 215. | | | |
| 217 | PRPD shall maintain and publicly disseminate accurate and updated crime statistics, including those related to hate crimes, on a monthly basis. | The portion of this paragraph that requires that PRPB maintain updated crime statistics will be assessed together with Paragraph 219 of the Agreement (Information Systems and Technology), and Paragraph 148 (Early Identification System).<br><br>1. Review of PRPB website to ensure that crime statistics are being publicly disseminated on a monthly basis.<br><br>2. Review of mechanism adopted by PRPB to report hate crimes, which will be published in the website as they occur (if they occur). | 1. PRPB disseminates crime statistics on a monthly basis.<br><br>2. 95% of reviewed crime statistics were publicly disseminated on a monthly basis.<br><br>3. 100% of hate crimes were publicly disseminated once they occurred.<br><br>4. PRPB communicated hate crimes statistics to the public in a clear and easily accessible way. | | |

13

Office of the Court Monitor
Monitoring Matrix and Methodology on Community Engagement and Public Information

The worksheets attached hereto will be revised on an annual basis to evaluate their relevance and effectiveness in light of then-current policies and results of previous monitoring.

To maximize monitoring time, the monitor's office will be able to request documents prior, during, or after its visits.

*Denotes a randomized sample obtained through [20%] of the population/universe to be studied. Randomization minimizes sampling errors while ensuring equal representation of all variables. Percentages for training compliance will be based on the number of officers who are eligible for training.

Note: when referencing a "content analysis" of training, the monitor may conduct random and unannounced site visits to the Police Academy and/or training sites, which will allow for the review of the training content, delivery of materials, and learning process as a whole. Content analyses of policies and training will be based on applicable law and generally-accepted policing practices.