Office of the Court Monitor
Monitoring Matrix and Methodology on Information Systems and Technology

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| 218 | PRPD shall establish information systems and utilize technology to support the implementation of this Agreement in an efficient and effective manner. | Compliance will be determined on two separate, but inter-dependent bases: (1) the implementation of Paragraphs 219 – 224 in tandem with applicable Paragraphs in sections III through XII and (2) the results of outcome assessments, pursuant to Paragraph 243. | | | |
| 219 | PRPD shall collect and maintain all data and records necessary to: (a) document implementation of and compliance with this Agreement, including assisting the TCA's outcome assessments and the data collection and reporting required by this Agreement; (b) perform ongoing performance improvement activities in each of the areas addressed by this Agreement; (c) facilitate and ensure transparency and wide public access to information related to PRPD decision making and activities, as permitted by law; and (d) promote officer and civilian safety. | 1. Content analysis of policies related to data collection to determine whether they incorporate the requirements of Paragraphs 219- 221 in tandem with applicable sections III through XII and (2), the results of outcome assessments, pursuant to Paragraph 243.

1. Document review of PRPB's data dictionary to determine whether it includes all data sets that are | IT systems are operational.  Data extracts are conducted relevant to target data identified in sections III through XII of the Agreement.

1. Data dictionary includes all data sets necessary to access compliance with the Agreement.

2. The data systems permit PRPB to engage in ongoing performance | Consistent with the periodicity of assessments in areas III through XII and XIV. | |

1

Office of the Court Monitor
Monitoring Matrix and Methodology on Information Systems and Technology

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | reasonably necessary to assess compliance.<br><br>2. Review of PRPB data systems (e.g., data inputs, outputs, and processes that compose each data system) related to the substantive sections of the Agreement to determine whether they permit PRPB to engage in meaningful performance improvement.<br><br>3. Document review of data that should be published as part of other substantive requirements of the Agreement to determine whether they are accessible to the public (e.g., annual reports on use of force, audit reports, etc.)<br><br>4. Document review related to PRPB's information systems to determine whether data related to officer and civilian safety is collected and maintained. | improvement activities in each of the areas addressed by this Agreement.<br><br>3. PRPB makes publicly available all data that the Agreement requires be published, in accordance with PRPB policy and applicable laws.<br><br>4. PRPB collects and maintains data that is relevant, useful, and applicable to officer and civilian safety.<br><br>5. PRPB maintains data and records in compliance with the Agreement and applicable laws. | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Information Systems and Technology

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 5. Document review and structured interviews to determine whether data and records are maintained to support the implementation of this Agreement. | | | |
| 220 | PRPD shall develop protocols for collecting, analyzing, and reporting the information required by this Agreement. These protocols shall be developed and implemented in coordination with the TCA and shall be approved by the DOJ prior to implementation. | This Paragraph will be assessed with Paragraph 219. | | | |
| 221 | PRPD shall develop and maintain an automated record management system and electronic files as part of the Action Plans developed for each subsection above. | Content analysis of record management system and electronic files to determine whether they account for all of the elements of the Paragraph and outcome measures required by Paragraph 243.

PRPB shall demonstrate the availability of a library accessible to the public and an internal catalog of all operational systems, data, criteria and elements applicable to the reform. | A record management system accounts for all the elements of the Paragraph and outcome measures as required by Paragraph 243. See IT Worksheet covering each substantive area of the Agreement. | Annually | |

3

Office of the Court Monitor
Monitoring Matrix and Methodology on Information Systems and Technology

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | The "Policy Catalogue" will serve as a baseline catalog for recording the updates and revisions of polices. | | | |
| 222 | PRPD shall provide each supervisor with handheld recording devices and require that supervisors use these devices to record complainant and witness statements taken as part of use of force or misconduct complaint investigations. | 1. Content analysis of policies related to handheld recording devices.

2. Content analysis of training on handheld recording devices to evaluate quality and content in accordance with approved policies.

3. Document review at least every six months to determine whether PRPB supervisors are trained and certified. Review a random sample* of PRPB personnel files to determine whether certifications validate training records.

4. Document review of a random sample* of use of force reviews to determine whether complaint/witness statements are recorded. | 1. Policies incorporate all the requirements of this Paragraph.

2. Handheld recording device trainings are consistent with approved policies.

3. 95% of sampled personnel are trained and certified in relevant policies related to handheld recording devices (or scheduled for training, in the case of mid-year reviews).

4. Complaint and witness statements are recorded in 95% of use of force reviews.

5. Complaint and witness statements are recorded in 95% of | Annually. | |

4

Office of the Court Monitor
Monitoring Matrix and Methodology on Information Systems and Technology

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | 5. Document review of a random sample* of misconduct complaint investigations to determine whether complaint/witness statements are recorded.<br><br>6. Site visits to a random sample* of PRPB units to determine whether handheld recording equipment is accessible and in good working order. | misconduct complaint investigations.<br><br>6. All sampled units had access to functional handheld recording equipment. | | |
| 223 | All officers shall have access to National Crime Information Center ("NCIC") data for valid law enforcement purposes only. PRPD shall develop a protocol for the handling and use of NCIC data. | 1. Content analysis of policies related to NCIC data management protocols.<br><br>2. Content analysis of training on handling and use of NCIC data to evaluate quality and content in accordance with approved policies.<br><br>3. Document review at least every six months to determine whether PRPB officers are trained and certified.  Review a random sample* of PRPB personnel | 1. Policies incorporate all the requirements of this Paragraph.<br><br>2. NCIC data trainings are consistent with approved policies.<br><br>3. 95% of sampled personnel are trained and certified in relevant policies related to handling and use of NCIC data (or scheduled for training, in the case of mid-year reviews). | Annually | |

5

Office of the Court Monitor
Monitoring Matrix and Methodology on Information Systems and Technology

| Para. | Agreement Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency | Staffing or IST |
|---|---|---|---|---|---|
| | | files to determine whether certifications validate training records.<br><br>4. Document review of a random sample* of arrest and investigative files to determine whether NCIC data is incorporated into patrol and investigative operations to promote officer safety and solve crime.<br><br>5. Site visits of a random sample* of PRPB units to determine whether equipment providing access to NCIC data is accessible and in good working order.<br><br>6. Structured interview and document review of safeguards against unauthorized access to NCIC data to determine whether they are appropriate to protect sensitive data. | 4. NCIC data is considered in 95% of patrol interventions and investigations.<br><br>5. All sampled units had access to NCIC data.<br><br>6. PRPB safeguards appropriately protect sensitive data. | | |

Office of the Court Monitor
Monitoring Matrix and Methodology on Information Systems and Technology

*Denotes a randomized sample obtained through [20%] of the population/universe to be studied.  Randomization minimizes sampling errors while ensuring equal representation of all variables.  Percentages for training compliance will be based on the number of officers who are eligible for training.

Note:  when referencing a "content analysis" of training, the monitor may conduct random and unannounced site visits to the Police Academy and/or training sites, which will allow for the review of the training content, delivery of materials, and learning process as a whole.  Content analyses of policies and training will be based on applicable law and generally accepted policing practices.