## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**COMMONWEALTH OF PUERTO RICO, ET AL.,**

Defendants.

**Civil No. 12-2039 (GAG)**

## OPINION AND ORDER

USDOJ and PRPB's Joint Motion Submitting Final Consensus Monitoring Methodologies (Docket No. 1363) is hereby APPROVED. Accordingly, as of present, the parties, Monitor and Court have clear guidance as to the monitoring process in all eleven areas of the Reform Agreement.

The final four Consensus Monitoring Methodologies cover the areas of Equal Protection and Non-Discrimination, Civilian Complaints, Internal Investigations, and Discipline; Community Engagement and Public Information; and Information Systems and Technology. The Court, through its approval of the methodologies related to all 11 areas of the reform anticipates the formal monitoring process to commence immediately. Indeed, it commenced last week in the use of force area.

The importance of a consensus methodology lies on the fact that both parties and monitor, with the direction of the former special master, have agreed on the manner in which the PRPB will be evaluated over the next several years. Most importantly, they have agreed as to the manner in which "success" will be attained in each of the 11 areas of the reform. This is a historical achievement and one that ensures that the process is both valid and reliable.

The Court commends the work of attorney Luis Saucedo and Jorge Castillo from USDOJ, PRPB counsel Arturo Garcia, Maria Dominguez and Lizzie Portela, Acting Monitor, John Romero and his team, as well as former Special Master, Dr Alejandro Del Carmen, whom the Court tasked — and the parties and monitor welcomed — with the daunting task of bringing all to a meeting of the minds. The consensus methodology brainstorming process involved considerable time and effort from all: for example, months of work; long hours (including late nights and weekends); reaching a meeting of minds; and, unexpected events during the past month of July.

The consensus methodology is unique in the Police Reform monitoring process. This is a historic precedent indeed. It is the first consensus methodology in the Nation and will serve as a model for other federal, state, local and even international jurisdictions.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of October, 2019.

*s/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States District Judge