John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 1 through October 31, 2019

INVOICE # 065                    **TOTAL DUE $13,500**
ACTING FEDERAL MONITOR
OCTOBER 2019 INVOICE

The following is a detailed statement of the hours worked.
**Sunday, October 20, 2019 through Friday, October 25, 2019 site visit to Puerto Rico**
Sunday, Oct 20 prepared for Monitor Team meeting and meetings with the parties.
Monday, Oct 21 meeting with the Monitor Team to work on First Monitor Compliance Report, use of force worksheets and internal monitor team issues.
Tuesday, Oct 22 meeting with Monitor Team, USDOJ, McV, FIU at PRPB.
Meeting with Honorable Judge Gelpi, Secretary Roman, USDOJ, McV and Commissioner Escelera at Federal Courthouse.
Wednesday, Oct 23 PRPB Headquarters re: meeting.
Meeting with USDOJ, McV and Monitor Team at McV re: Kronos
Thursday, Oct 24 meetings with USDOJ, McV and Monitor Team.

**42 Hours 00 Minutes**

Generated, reviewed and responded to emails (month of October) from the Parties, Monitor Team, Court and Secretary of DSP  12 hrs.
Additional Conference calls with the Parties during the month of October 5 hrs.
Conference calls with the Monitor Team to discuss Methodologies 3 hrs.
Conference calls with Monitor Team to discuss "First Monitor Report" 2 hrs.
Reviewed PRPB's "EIS Data Dictionary" 3 hrs.
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director 14 hrs.
Reviewed Final Draft Methodologies re: Civilian Complaints, Equal Protection, and Community Engagement 3 hrs.
Commenced preparing Monitor's Report, sections "Introduction/Background" and "Executive Summary" 6hrs.
Reviewed video of protest /demonstrations prepared by PRPB CRADIC Unit 5 hrs.

**53 Hours 00 Minutes**

**BILLABLE HOURS   83 HOURS  20 MINUTES AT RATE OF $150 PER HOUR = $12,500**

Pro Bono   11 hours   40 Minutes

## Expenses:

| | |
|---|---|
| Airfare | $ 625.03 |
| Hotel | $ 695.14 |
| Uber, Taxi | $ 110.21 |

**Total Expenses $ 1430.38**

**Reimbursable $1,000**

(Pro Bono Expenses) $ 430.38

## Total wages and Expense Reimbursement Due = $13,500

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                                           10/26/2019
Signature                                                                           Date

# Itinerary confirmation

Download to calendar

You're all set to jet!

## Confirmation code: COJZFP

MANAGE BOOKING >

## Travelers

**Mr. John Joseph Romero**

| Flight | | | | | | |
|---|---|---|---|---|---|---|
| | Ticket number | 2792135792352 | | | | |
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | | |
| | | **LAX → FLL** | **FLL → SJU** | **SJU → FLL** | **FLL → LAX** | |
| | Seat | 10A | 17D | 19D | 23D | |
| | Checked bags included | 2 bags | 2 bags | 2 bags | 2 bags | |

## Your flights

| | | | |
|---|---|---|---|
| Los Angeles, CA (LAX)<br>Sat Oct 19 2019, **10:10 PM**<br>A321/Mint | Fort Lauderdale, FL (FLL)<br>Sun Oct 20 2019, **6:12 AM** | **Flight 100**<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Sun Oct 20 2019, **9:20 AM**<br>A320 | San Juan, PR (SJU)<br>Sun Oct 20 2019, **11:55 AM** | **Flight 1653**<br>JetBlue | Fare: Blue<br>Nonstop |
| San Juan, PR (SJU)<br>Fri Oct 25 2019, **12:40 PM**<br>A320 | Fort Lauderdale, FL (FLL)<br>Fri Oct 25 2019, **3:22 PM** | **Flight 1654**<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Fri Oct 25 2019, **7:24 PM**<br>A321/Mint | Los Angeles, CA (LAX)<br>Fri Oct 25 2019, **9:55 PM** | **Flight 101**<br>JetBlue | Fare: Blue<br>Nonstop |

## Fare breakdown

| Passenger Type | Base Fare<br>per person | Taxes & fees<br>per person | Total Fare<br>per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $558.63 | $66.40 | $625.03 | x 1 | $625.03 USD |

+ LAX - SJU: Blue details

+ SJU - LAX: Blue details

# COURTYARD Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 7

Marriott Rewards #   756834271

CRS Number  85117484

Name:

Arrive:  10-20-19      Time: 12:44      Depart: 10-25-19      Folio Number: 623124

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 10-20-19 | Package | 115.00 | |
| 10-20-19 | Government Tax | 10.35 | |
| 10-20-19 | Hotel Fee | 10.35 | |
| 10-21-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 10-21-19 | Package | 115.00 | |
| 10-21-19 | Government Tax | 10.35 | |
| 10-21-19 | Hotel Fee | 10.35 | |
| 10-22-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 10-22-19 | Package | 115.00 | |
| 10-22-19 | Government Tax | 10.35 | |
| 10-22-19 | Hotel Fee | 10.35 | |
| 10-23-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 10-23-19 | Package | 115.00 | |
| 10-23-19 | Government Tax | 10.35 | |
| 10-23-19 | Hotel Fee | 10.35 | |
| 10-24-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 10-24-19 | Package | 115.00 | |
| 10-24-19 | Government Tax | 10.35 | |
| 10-24-19 | Hotel Fee | 10.35 | |
| 10-24-19 | Visa Card | | 695.14 |

*Card # XXXXXXXXXXXX1287*

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 16 through October 18, 2019

SUPPLEMENTAL INVOICE # 004       **TOTAL REIMBURSEMENT DUE $1,155.20**
ACTING FEDERAL MONITOR

FOR TRAVEL TO FORT WORTH RE: CONSENT DECREE CONFERENCE
**EXPENSES:**

| | |
|---|---|
| Airfare | $ 584.26 |
| Hotel | $ 513.77 |
| Uber | $ 57.17 |

Total Expenses: $1,155.20

## Total Expense Reimbursement Due = $1,155.20

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                                    10/19/19
Signature                                                                            Date

Sheraton Fort Worth Downtown
1701 Commerce Street
Fort Worth, TX  76102
United States
Tel: 8173357000 Fax: 8173353333



SHERATON
EST 1937

JOHN ROMERO

| | |
|---|---|
| Page Number | : 1 |
| Guest Number | : 839323 |
| Folio ID | : A |
| | 16-OCT-19  19:22 |
| | 18-OCT-19  12:53 |
| | 1 |
| | 1219 |
| | 4271 |

Sheraton Fort  DFWDS  OCT-18-2019  14:00  YANELI

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 16-OCT-19 | RT1219 | Room Revenue | 4.58 | |
| 16-OCT-19 | RT1219 | Room Chrg - Standard Retail | 229.00 | |
| 16-OCT-19 | RT1219 | State Tax | 14.01 | |
| 16-OCT-19 | RT1219 | City Tax | 21.02 | |
| 17-OCT-19 | RT1219 | Room Revenue | 4.18 | |
| 17-OCT-19 | RT1219 | Room Chrg - Standard Retail | 209.00 | |
| 17-OCT-19 | RT1219 | State Tax | 12.79 | |
| 17-OCT-19 | RT1219 | City Tax | 19.19 | |
| 18-OCT-19 | VI | Visa-1287 | | -513.77 |

***For Authorization Purpose Only***
xxxxxx1287

| Date | Time | Code | Authorized |
|---|---|---|---|
| 16-OCT-19 | 19:22 | 04127D | 618.30 |

|   |   |   |
|---|---|---|
| ** Total | 513.77 | -513.77 |
| *** Balance | 0.00 | |

When you stay with us, we Go Beyond so you can too with thoughtful service, exceptional experiences and everything you seek when traveling. Book your next stay at Sheraton.com
Tell us about your stay. www.sheraton.com/reviews

Bring the Sheraton sleep experience home with you.  Visit SheratonStore.com.

   John Romero <jrrjjr.romero@gmail.com>

## Your trip confirmation-LLHNHB 16OCT
1 message

**American Airlines** <no-reply@notify.email.aa.com>    Mon, Sep 9, 2019 at 9:18 AM
To: "JRRJJR.ROMERO@GMAIL.COM" <JRRJJR.ROMERO@gmail.com>

   

Hello John Romero!    Issued: Sep 9, 2019

Record locator: **LLHNHB**

Manage Your Trip

### Wednesday, October 16, 2019

| SNA | DFW | |
|---|---|---|
| **12:47** PM | **5:45** PM | Seats: 10D |
| Orange County | Dallas/Fort Worth | Class: Economy (S) |
| | | Meals: Food For Purchase |

American Airlines 1524

Free entertainment with the American app »

### Friday, October 18, 2019

| | | |
|---|---|---|
| **DFW** | **SNA** | Seats: 10D |
| **4:59** PM | **6:14** PM | Class: Economy (G) |
| Dallas/Fort Worth | Orange County | Meals: Food For Purchase |

American Airlines 2779

**John Romero**

 

Earn up to a $200 statement credit + 40,000 bonus miles after qualifying purchases

earn more »

AAdvantage # 9N49MV4 GLD

Ticket # 0012376939698

## Your trip receipt

 Visa XXXXXXXXXXXX1287

John Romero

| | |
|---|---|
| FARE-USD | $ 483.72 |
| TAXES AND CARRIER-IMPOSED FEES | $ 64.88 |
| **TICKET TOTAL** | **$ 548.60** |

   

Hotel offers    Car rental offers    Buy trip insurance    SuperShuttle



Up to 35% off base rates + 5,000 bonus miles
AVIS  Budget



Earn miles on hotel bookings.



American Airlines
Need more miles?
Buy or gift miles today

Get inspired with our Manaus guide

 **Gmail**  John Romero <jrrjjr.romero@gmail.com>

## Here is your new travel insurance policy (ref:AMR00079757383)
1 message

**Allianz Global Assistance** <donotreplypolicy@allianzassistance.com>  Mon, Sep 9, 2019 at 8:58 AM
Reply-To: donotreplypolicy@allianzassistance.com
To: JRRJJR.ROMERO@gmail.com

Download your official policy documents



How can we help?

## Thanks for choosing Allianz Global Assistance
Here's your important policy information.

Hi JOHN,

Thanks for protecting your upcoming travel plans with us. More than 35 million U.S. customers trust Allianz Global Assistance each year — so travel confidently knowing you're in good company.

**You can access your policy document here**, which includes your Letter of Confirmation, Certificate of Insurance/Policy, and Emergency Assistance Card. You'll want to keep it handy so download and save to your device, or print and stow it in your travel bag.

Please **check out our FAQs** or **contact us** if you have any questions. We're also here to help if your travel plans change and you need to update your policy or add coverage.

Thanks again for protecting your trip with us, and don't forget to **download your free TravelSmart app** to manage your policy on the go, find local emergency services wherever you are, and much more.

**About your new policy**

Policy:
Deluxe Domestic Trip Protector I

Policy No.:
AMR00079757383

Total amount paid:
$35.66

Purchase date:
September 9, 2019

Effective date:
September 10, 2019

Travel dates:
October 16, 2019–October 18, 2019

 Gmail

John Romero &lt;jrrjjr.romero@gmail.com&gt;

**Thanks for tipping! We've updated your Thursday evening trip receipt**

**Uber Receipts** &lt;uber.us@uber.com&gt;  Thu, Oct 17, 2019 at 7:48 PM
To: jrrjjr.romero@gmail.com

## Uber

Total: $22.71
Thu, Oct 17, 2019

### Thanks for tipping, John

Thanks for tipping! We've updated your Thursday evening trip receipt



### Total                                    $22.71

| | |
|---|---|
| Trip Fare | $14.86 |
| Subtotal | $14.86 |
| Tolls, Surcharges, and Fees | $2.85 |
| Tip | $5.00 |

**Amount Charged**

| | |
|---|---|
| Pay  Apple Pay  Switch | $17.71 |
| Pay  Apple Pay  Switch | $5.00 |

 John Romero <jrrjjr.romero@gmail.com>

**Thanks for tipping! We've updated your Thursday evening trip receipt**
2 messages

**Uber Receipts** <uber.us@uber.com>  Thu, Oct 17, 2019 at 5:00 PM
To: jrrjjr.romero@gmail.com

## Uber

Total: $34.46
Thu, Oct 17, 2019

# Thanks for tipping, John

Thanks for tipping! We've updated your Thursday evening trip receipt



## Total                                    $34.46

| | |
|---|---|
| Trip Fare | $25.01 |
| Subtotal | $25.01 |
| Tolls, Surcharges, and Fees | $3.71 |
| Tip | $5.74 |

### Amount Charged

| | |
|---|---|
| Apple Pay  Switch | $28.72 |
| Apple Pay  Switch | $5.74 |