| | | | | |
|---|---|---|---|---|
| **Name:** | Rafael E. Ruiz | | **INVOICE # 2019-10** | |
| **Address:** | 12 Crestshire Dr. | | | |
| | Lawrence, MA 01843 | | DATE: October 31, 2019 | |
| **Billed to:** | OFFICE OF THE FEDERAL MONITOR | | For service: October 1st -31st, 2019 | |
| | PRPB Settlement Agreement | | | |

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Tuesday, Oct. 22: FIU meeting at PRPB HQ | 8 hrs. | $150/hr. | $1,200.00 |
| Wednesday, Oct 23: CIT meeting, Equal Protection, Civilian Complaint Methodologies at HQ & McV. | 8 hrs. | $150/hr. | $1,200.00 |
| Thursday, Oct 24: Data Dictionary, IT, Comm. Engagement, Methodologies, UoF Worksheets and 253 meeting at McV. | 9.5 hrs. | $150/hr. | $1,425.00 |
| **WORK FROM HOME:** | | | |
| Oct. 1st: Team Telconf discussion on worksheets | 1 hr. | $150/hr. | $150.00 |
| Oct. 2nd: Work on worksheet for Use of Force | 1 hr. | $150/hr. | $150.00 |
| Oct. 7th: Team Telconf Data request for 6-mo Report | 1 hr. | $150/hr. | $150.00 |
| Oct. 11th: Review of final draft methodologies for Civilian Comp., Comm. Engagement, IT, Equal Prot. | 1.5 hrs. | $150/hr. | $225.00 |
| Oct. 10th: Telconf with Parties on final methodologies for Civilian Comp., Comm. Engagement, Equal Prot., IT | 3 hrs. | $150/hr. | $450.00 |
| Oct. 27th: Work FIU data file for firearm discharges | 4 hrs. | $150/hr. | $600.00 |
| Oct. 28th: Read/analyze FIU docs for firearm discharges | 10 hrs. | $150/hr. | $1,500.00 |
| Oct. 29th: Read/analyze FIU docs for firearm discharges | 8 hrs. | $150/hr. | $1,200.00 |
| Oct. 30th: Read/analyze FIU docs for firearm discharges and Team Telconf on same | 9 hrs. | $150/hr. | $1,350.00 |
| Total hours worked: 64 hrs.; hours billed 60.67 @$150/hr. | | SUBTOTAL | $9,100.00 |
| Travel and hotel expenses: Hotel $507.10; Air fare $492.40 Dinner (several restaurants) $150 for total of $1149.50. | | SUBTOTAL BILLED | $1,000.00 |

**TOTAL BILLED**     **$10,100.00**

_Rafael E. Ruiz_ _____     **Date: October 31, 2019**

**Signature**



JetBlue® Mastercard® Statement

RAFAEL E RUIZ                          I Account  Ending 9796      I Statement Period 09/27/19-10/26/19      Page 1 of 6

## Account Activity

| | | |
|---|---|---|
| Previous Balance as of 09/27/19 | | $4,967.47 |
| Payments | - | $0.00 |
| Purchases | + | $2,189.78 |
| Fees Charged | + | $28.00 |
| Interest Charged | + | $72.09 |
| Statement Balance as of 10/26/19 | = | $7,257.34 |
| Past Due | = | $49.67 |

▶ APR Details begin on page 3 in the Interest Charge Calculation section.

▶ Transaction details begin on page 2.

## Credit Line

| | |
|---|---|
| Total Revolving Credit Line<br>Includes $8,120.00 cash advance line | $20,300.00 |
| Available Revolving Credit Line<br>as of 10/26/19<br>Available for cash advances $8,120.00 | $13,042.66 |

## TrueBlue Points Summary

| | |
|---|---|
| Total TrueBlue Points Sent to JetBlue | 4,647 |

▶ For details see page 4

## Payment Information

| | |
|---|---|
| Statement Balance: | $7,257.34 |
| Minimum Payment Due: | $221.33 |
| Payment Due Date: | 11/23/19 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning**: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $14,595.00 |
| $247.00 | 3 years | $8,892.00<br>(Savings = $5,703.00) |

▶ If you would like information about credit counseling services, please call 800-570-1392.

Repayment information based on activity and APR's on your account as of the closing date.

**PAST DUE:** Your account is Past Due. Payment of the past due amount of $49.67 is due immediately. This past due amount has been added to your minimum payment due.

**SEE INSIDE:** You may have additional important messages inside.

NOTICE: SEE REVERSE SIDE OR END OF STATEMENT FOR IMPORTANT INFORMATION

## Payment Coupon

| Ways to pay: | 🖐 jetbluemastercard.com | 📱 Barclays Mobile App | 📞 866-928-3104 | 11 59 PM ET PAYMENT DUE BY PHONE & ONLINE |
|---|---|---|---|---|

**Statement Balance as of 10/26/19:** (account ending 9796)     **$7,257.34**
**Minimum Payment Due: (includes $49.67 past due amount)**     $221.33
**Payment Due Date:**     11/23/19

Amount Enclosed:   $  _____ , _____ , _____ . _____
Make check payable to Barclays. Allow 7-10 days for USPS delivery.

------ manifest line ---------
RAFAEL E RUIZ
12 CRESTSHIRE DR
LAWRENCE MA 01843-3322

Barclays
P.O. Box 13337
Philadelphia, PA 19101-3337

☐ Check for address, email and phone changes. Complete form on the back.

5595910005049796000221330072573 49

## JetBlue® Mastercard® Statement

RAFAEL E RUIZ                    I Account  Ending 9796      I **Statement Period 09/27/19-10/26/19**      Page 2 of 6

| Transactions | | | | |
|---|---|---|---|---|
| **Transaction Date** | **Posting  Date** | **Description** | **TrueBlue Points** | **Amount** |
| **Payments** | | | | |
| | | No Payment Received | | $0.00 |
| Total payments for this period | | | **N/A** | **$0.00** |
| **Purchase Activity for RAFAEL E RUIZ card ending 9796** | | | | |
| Sep 26 | Sep 29 | JETBLUE  27921356561221 8005382583   UT  RUIZ/RAFAEL ENRIQUE MR 09/27/2019 BOS FLL  Agency: #27921356561221 | 745 | $248.30 |
| Sep 26 | Sep 29 | AMADEUS BISTRO BAR      SAN JUAN    PR | 241 | $120.59 |
| Sep 27 | Oct 01 | FIRST PHARMACY 2      SAN JUAN    PR | 39 | $39.00 |
| Sep 30 | Oct 01 | FIVE CORNERS MINI MART   DORCHESTER  MA | 72 | $72.26 |
| Sep 30 | Oct 01 | MARIANO NAVARRETE REST  DORCHESTER  MA | 76 | $38.00 |
| Oct 05 | Oct 07 | SUPERIOR CLEANERS      LAWRENCE    MA | 146 | $145.75 |
| Oct 04 | Oct 08 | 7-ELEVEN 33454      LAWRENCE   MA | 43 | $42.61 |
| Oct 05 | Oct 08 | HOME RUN CAFE      DORCHESTER  MA | 386 | $192.96 |
| Oct 08 | Oct 09 | S. BROADWAY # 3108      LAWRENCE    MA | 70 | $69.95 |
| Oct 08 | Oct 09 | 225 FRANKLIN STREET PA  BOSTON      MA | 33 | $33.00 |
| Oct 10 | Oct 13 | JETBLUE  27921365714196 8005382583   UT  RUIZ/RAFAEL ENRIQUE MR 10/21/2019 BOS SJU BOS  Agency: #27921365714196 | 1,477 | <mark>$492.40</mark> |
| Oct 10 | Oct 13 | JAPU RESTAURANT      LAWRENCE    MA | 123 | $61.36 |
| Oct 11 | Oct 13 | TERRA LUNA CAFE      LAWRENCE    MA | 53 | $26.25 |
| Oct 12 | Oct 14 | JAPU RESTAURANT      LAWRENCE    MA | 161 | $80.34 |
| Oct 12 | Oct 14 | CVS/PHARMACY #01206      BOSTON      MA | 30 | $29.61 |
| Oct 13 | Oct 14 | FARIMONT COPLEY PLAZA   BOSTON      MA | 61 | $30.68 |
| Oct 13 | Oct 14 | FARIMONT COPLEY PLAZA   BOSTON      MA | 100 | $49.98 |
| Oct 13 | Oct 15 | BROTHER S SUPER LIQUOR  BOSTON      MA | 42 | $41.97 |
| Oct 14 | Oct 15 | ICELSO VEGETARIAN REST  LAWRENCE    MA | 118 | $59.22 |
| Oct 17 | Oct 20 | SHERATON FT WORTH FB    FORT WORTH  TX | 29 | $14.74 |
| Oct 19 | Oct 21 | COPACABANA STORE      NEW YORK    NY | 160 | $80.00 |
| Oct 23 | Oct 24 | MELANZANA BISTRO PIZZE  SAN JUAN    PR | 330 | $164.98 |
| Oct 23 | Oct 24 | MELANZANA BISTRO PIZZE  SAN JUAN    PR | 112 | $55.83 |
| Total purchase activity for this period | | | **4,647** | **$2,189.78** |

▸  *To see activity  after this statement  period, visit jetbluemastercard.com*

## JetBlue® Mastercard® Statement

RAFAEL E RUIZ                            I Account  Ending 9796      I **Statement Period 09/27/19-10/26/19**      Page 3 of 6

### Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| Oct 23 | Oct 23 | LATE PAYMENT FEE | $28.00 |
| **Total fees for this period** | | | **$28.00** |
| **Interest Charged** | | | |
| Oct 26 | Oct 26 | Interest Charge On Purchases | $72.09 |
| **Total interest for this period** | | | **$72.09** |

| **2019 Year-to-Date Totals** | |
|---|---|
| **Total fees charged in 2019** | **$28.00** |
| **Total interest charged in 2019** | **$395.27** |

*This Year-to-date summary reflects the Fees and Interest charged on billing statements with closing dates in 2019, and does not reflect any subsequent fee and/or interest adjustments.*

### Interest Charge Calculation

Days in Billing Cycle : 30

| Type of Balance | Promotional Rate End Date | Balance Subject to Interest Rate | Annual Percentage Rate (APR) | Interest Charge |
|---|---|---|---|---|
| **Purchases** | | | | |
| Standard Purchases | – | $6,390.98 | 13.74%(v) | $72.09 |
| **Balance Transfers** | | | | |
| Standard Balance Transfers/Checks | – | $0.00 | 13.74%(v) | $0.00 |
| **Cash Advances** | | | | |
| Standard Cash Advance | – | $0.00 | 26.99%(v) | $0.00 |
| **Total** | | | | **$72.09** |

(i) **Your Annual Percentage Rate (APR)** is the annual interest rate on your account. (v) = Variable Rate that varies with the market based on the Prime Rate. See the "Important Information" section of this statement for more information about how we calculate interest.

**AVOIDING INTEREST ON PURCHASES (GRACE PERIOD):**

If you have a 0% promotional APR on all of your Purchase balances, you can avoid paying interest on those balances during the applicable promotional period. However, pay at least your Minimum Payment Due to avoid a late fee.

If you have both Purchase balances with an APR greater than 0% and you also have other promotional balances on your Account, you can avoid paying interest on your Purchases by paying $ 7,257.34 (this amount includes any Minimum Payment Due required to avoid a late fee). Please refer to the "Accrual of Interest and How to Avoid Paying Interest on Purchases" paragraph on the back of this Statement for further detail.

## JetBlue® Mastercard® Statement

RAFAEL E RUIZ                    I Account  Ending 9796      I **Statement Period 09/27/19-10/26/19**      Page 4 of 6

| TrueBlue Points Details | |
| --- | --- |
| | **TrueBlue Number: 3326688490** |
| TrueBlue Points earned on JetBlue purchases | 2,222 |
| TrueBlue Points earned on all other purchases | 2,425 |
| TrueBlue Points sent to JetBlue | 4,647 |

**Changes to your JetBlue World MasterCard® Benefits effective November 1, 2019:**
Your Auto Rental Collision Damage Waiver and Identity Theft benefits are being enhanced. In addition, you are eligible to receive Cellular Telephone Protection. Your Extended Warranty, Price Protection, Purchase Assurance, Satisfaction Guarantee and Concierge benefits are being removed, however claims can be submitted for eligible purchases made through October 31, 2019. Restrictions, limitations and exclusions apply. Please go to the Rewards and Benefits section of the website on or after October 1, 2019 for specific information about benefits that are being removed and added. You can also refer to your Guide to Benefits effective 11/1/19 at jetbluemastercard.com, which will be available October 1, 2019 and will include a full explanation of your updated coverages and details regarding specific time limits, eligibility and documentation requirements.

## Important Information

**BARCLAYS**

**Information About Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Annual Fee.** If your account has an annual fee, it will be billed each year. We will give you advance notice on your billing statement prior to the assessment of the annual fee. You may choose to call us at 866-928-3104 within 45 days of receiving such notice to discuss alternative products that may be available or to close your account so that the fee will not be billed. If your account is closed, any outstanding reward points or miles on your account may be forfeited at that time. Payment of the annual fee does not affect our ability to close your account and/or to limit your transactions.

**Lost or Stolen Card:** Your credit card is issued by Barclays Bank Delaware. If your card is lost or stolen, please contact us immediately at 866-928-3104 at any time.

**Payment Information:** Each billing cycle, you must pay at least the Minimum Payment Due shown on your monthly statement by its Payment Due Date. Both the Minimum Payment Due and Payment Due Date are noted on your statement and on your home page when you login to jetbluemastercard.com. At any time you may pay more than the Minimum Payment Due up to the full amount you owe us, however you cannot "pay ahead". This means that if you pay more than the required Minimum Payment Due in any billing cycle or if you make more than one payment in a billing cycle, you will still need to pay the next month's required Minimum Payment Due by your next Payment Due Date. Remember to make all checks payable to Barclays. **Please allow 7 to 10 days for the U.S. Postal Service to deliver your payment to us. Upon our receipt, your available credit may not be increased by the payment amount for up to 7 days to ensure the funds from the bank on which your payment is drawn are collected and not returned.** When you provide a check as payment on this Account, you authorize us to either use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For inquiries, please call 866-928-3104.

**Mailed Payments:** A conforming payment received by us by 5 p.m. ET will be credited to your account the day of receipt. A "conforming payment" is a payment that: 1) is mailed using the enclosed envelope and payment coupon included with this statement or mailed with a payment coupon printed from jetbluemastercard.com to Barclays, P.O. Box 13337 Philadelphia, PA 19101-3337; and 2) is in the form of a single, non-folded check or money order made payable in U.S. dollars from a U.S. based institution. Any payment that does not meet these requirements, or any payment with multiple checks or money orders, additional correspondence, staples, paperclips, etc. will be considered a "non-conforming payment" which may delay the crediting of the payment for up to 5 days.

**Other Payment Options:**
Web: Visit jetbluemastercard.com to set up your payments.

Mobile: To download the Barclays Mobile App, text MOBILE to 53818.
Phone: Call us at 866-928-3104 and we will process your payment.

All payments made via web, mobile app or pay by phone by 11:59 p.m. ET will be credited to your account that same day.

Overnight Payments: Send overnight courier service or U.S.P.S. Priority Mail payments to Card Services, 400 White Clay Center Drive, Newark, DE 19711. A payment received at this address by 5 p.m. ET that otherwise meets the requirements of a conforming payment will be credited to your account that same day.

**How We Will Calculate Interest.** We use a method called "daily balance" (including new purchases). We calculate interest separately for each "Balance Subject to Interest Rate." These include for example, Purchases at the current rate, Balance Transfers at the current rate, Cash Advances at the current rate, and different promotional balances. Your monthly billing statement shows each "Balance Subject to Interest Rate."

To calculate interest, we first calculate a daily balance for each Balance Subject to Interest Rate. We start with the balance, for that Balance Subject to Interest Rate, as of the end of the previous day. We add any interest calculated on the previous day's balance. (This means interest is compounded daily). We add any new Purchases, Balance Transfers or Cash Advances to the appropriate balance, subtract any new payments or credits from the appropriate balance, and make other adjustments. A credit balance is treated as a balance of zero. We then multiply each daily balance by the applicable daily periodic rate. We do this for each day in the billing period. That gives us the daily interest. We add up all the daily interest for all of the daily balances to get the total interest for the billing period.

**Accrual of Interest and How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. On Purchases, interest begins to accrue as of the transaction date. However, you can avoid paying interest on Purchases in any given billing cycle if you pay your Statement Balance in full by the Payment Due Date. You may also avoid paying interest on Purchases if either Paragraph A or Paragraph B of this section applies to your account.

A. If you have Purchase balances with a 0% promotional APR, you can avoid paying interest on those Purchase balances during the promotional period, and the following Paragraph B will not apply to your account. (However, to avoid a late fee, pay at least your Minimum Payment Due.)
B. If you have Purchase balances with an APR that is greater than 0%, and you also have other types of promotional balances on your account, you still may be able to avoid paying interest on those balances without paying your Statement Balance in full. If this applies to your Account, you will see a Paragraph titled "Avoiding Interest on Purchases (Grace Period)" appearing directly below the Interest Charge Calculation section on the front of this Statement. This will show the amount you can pay by the Payment Due Date and still avoid interest charges on your Purchase balances. This amount may differ from your Statement Balance. It may differ because you currently have certain promotional APR

Continued on page 6

**Make Changes to your contact information below**

Name

Address

| City | State | Zip |
|---|---|---|

Home Phone        Work Phone

Email Address



balances, and the nonpayment of these balances will not affect your grace period on Purchases, provided you pay all other balances on your account. (However, to avoid a late fee, pay at least your Minimum Payment Due.)

For Balance Transfers, interest will accrue from the transaction date which generally will be the day the payee accepts the Check. For Cash Advances, interest will accrue from the transaction date which generally will be the day you take the Cash Advance. Please note that purchases of Cash Equivalents, which include money orders, travelers checks, foreign currency, lottery tickets, gambling chips and wire transfers, are treated as Cash Advances and do not have a grace period. See your Cardmember Agreement for more information.

**Minimum Interest Charge:** This fee, if imposed, appears in the Summary of Fees as a "Minimum Interest Charge" or "Minimum Charge."

**No Pre-Set Spending Limit:** "No Pre-Set Spending Limit" does not mean unlimited spending. It means we may permit you from time to time at our discretion to make certain charges that will cause your outstanding balance to exceed your revolving credit line. Any such charge will be considered on an individual basis and such evaluation will be based on your account spending and payment history as well as your experience with other creditors. If you exceed your revolving credit line, then you must pay, with your Minimum Payment Due, the amount by which your balance exceeds your revolving credit line, including amounts due to Purchases, Cash Advances, Interest charges, Fees, or other charges.

**Credit Bureau Disputes:** If you believe that an entry we have made on your credit bureau report is inaccurate or incomplete, please contact the reporting agency directly or contact us at Card Services, P.O. Box 8803 Wilmington, DE 19899-8801. Please include your name; your account number; the credit reporting agency where you received the bureau report; a description of the error; and why you believe it is an error. We will promptly investigate, notify you of our findings, and send an update to the credit bureaus if warranted within 30 days.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Please refer to your Cardmember Agreement for additional information about the terms of your Account.

©2019 Barclays Bank Delaware, member FDIC



**AMERICAN EXPRESS**

**PLATINUM CARD**
ACCOUNT ENDING: 23007

Dear RAFAEL E RUIZ,
**There was a large purchase on your Card**

As you requested, we're letting you know that
this purchase was more than $500.00.

You can change the dollar amount of these large
purchase notifications online.

**MARRIOTT COURTYARD**          **$507.10\***
                               Tue, Oct 22, 2019

\*The amount above may not reflect the final amount as some
merchants issue a pre-authorization charge.

Rafael E. Ruiz
12 Crestshire Dr.
Lawrence, MA 01843

# INVOICE # 2019-11

DATE: 10/31/19

**T0: Office of the Federal Monitor**
**PRPB Settlement Agreement**

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Fort Worth, TX Consent Decree Conference | | | |
| Airfare via Jetblue $182.30 and Delta Airlines $403.30. | Subtotal | | $585.60 |
| Two-night hotel stay at Marriott Courtyard Downtown Fort Worth, TX | Subtotal | | $555.74 |

### TOTAL BILLED                    $1141.34

_____Date:October 31, 2019

**Rafael E. Ruiz**





37 PM Wed Oct 30 42%

Mailboxes **Flagged** Edit

**Arizona DP Holdings, LLC** 10/16/19
Order #1931 confirmed

**Mia Alvarado** 9/25/19
Re: Judge Houston and Our Board
How about 5:00 on Tuesday or Wednesday? Sent from my T-Mobile 4G L...

**Courtyard By Marriott Reser...** 9/13/19
Reservation Confirmation #723281...
ReplyCode: MC|CNF|en_US...

**Delta Air Lines** 9/11/19
What To Look Forward To In First Cl...
Preview your First Class cabin experience. Hello, Rafael...

**Courtyard By Marriott Reser...** 9/11/19
Reservation Confirmation #982429...
ReplyCode: MC|CNF|en_US...

**Zoila Marisol Gomez** 9/10/19
FW: Revised WF Presentation.......
Hi Baby, here are docs for a presentation they have to day. Would you like to attend...

**TicketFeeLitigation** 9/9/19

Updated 3 minutes ago

**Reservation Confirmation #98242942 for Courtyard Fort...**

| | | |
|---|---|---|
| Check-In: | Wednesday, October 16, 2019 | 04:00 PM |
| Check-Out: | Friday, October 18, 2019 | 11:00 AM |

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, American Express |
| Total for Stay (all rooms) | 555.74 USD |

Room 1

| | |
|---|---|
| Room Type › | Guest room, 1 King |

0 PM   Wed Oct 30                                               🔒 barclaycardus.com                                          📶 44%

RAFAEL E RUIZ                                    | Account Ending 9796      | Statement Period 08/27/19-09/26/19      Page 3 of 7

| Transaction Date | Posting Date | Description | TrueBlue Points | Amount |
|---|---|---|---|---|
| Sep 09 | Sep 10 | CUMBERLAND FARMS 6742   LAWRENCE   MA | 63 | $62.58 |
| Sep 09 | Sep 11 | JETBLUE   27921344151853 8005382583   UT RUIZ/RAFAEL ENRIQUE MR 10/16/2019 BOS DFW Agency: #27921344151853 | 547 | $182.30 |
| Sep 10 | Sep 12 | THE HOME DEPOT 2685     METHUEN     MA | 346 | $346.29 |
| Sep 14 | Sep 16 | JAPU RESTAURANT       LAWRENCE    MA | 289 | $144.31 |
| Sep 14 | Sep 16 | DONOVANS LIQUORS      LAWRENCE    MA | 18 | $17.98 |
| Sep 13 | Sep 16 | JETBLUE   27906198376254 8005382583   UT GOMEZ/ZOILA MA 09/13/2019 XAA XAA Agency: #27906198376254 | 300 | $100.00 |
| Sep 16 | Sep 17 | YANG MING INC        SALEM      NH | 43 | $21.66 |
| Sep 19 | Sep 20 | TJMAXX #0442         NORTH ANDOVERMA | 60 | $59.97 |
| Sep 20 | Sep 23 | 55 FRANKLIN          CAMBRIDGE   MA | 12 | $12.00 |
| Sep 21 | Sep 23 | KOO RESTAURANT       DANBURY    CT | 166 | $82.95 |
| Sep 20 | Sep 23 | LA FABRICA CENTRAL    CAMBRIDGE   MA | 60 | $30.06 |
| Sep 20 | Sep 23 | LA FABRICA CENTRAL    CAMBRIDGE   MA | 126 | $62.81 |
| Sep 21 | Sep 23 | WHEELS#50CITGO        DANBURY    CT | 67 | $66.60 |
| Sep 22 | Sep 23 | LOGAN GREEN EXPRESS    BOSTON     MA | 13 | $12.82 |
| Sep 22 | Sep 23 | FORT LAUDERDALE AIRPOR   FORT LAUDERDAFL | 66 | $33.03 |
| Sep 23 | Sep 24 | WALGREENS #0217       CONDADO | 4 | $3.89 |
| Sep 23 | Sep 24 | MELANZANA BISTRO PIZZE  SAN JUAN    PR | 277 | $138.41 |
| Sep 23 | Sep 24 | MELANZANA BISTRO PIZZE  SAN JUAN    PR | 76 | $38.22 |
| Sep 23 | Sep 24 | CVS/PHARMACY #10313     CONDADO | 25 | $25.17 |