Donald S. Gosselin, Esq.
83 Bow Ridge Rd.
Lynn, MA. 01904

October 1 through 27, 2019

INVOICE # 1123　　　　　　　　　　　**TOTAL DUE $10,100**
October 2019 INVOICE

The following is a detailed statement of the hours worked.
**Tuesday 1 OCT 2019 to 20 OCT 2019 (worked performed in CONUS)**
- Prepare Logistics for PR Trip on 20 October 2019
- Review Draft Worksheet Document provided by team members
- Review UOF Level 4 Case using Worksheet Tool.
- Review, Edit and Comment on Monitor's 1st Report for 2019.
- Multiple teleconferences, emails and texts with Team Members
20 hours total @ $150 = $3,000

**Sunday, 20 October 2019 through Friday, 25 October 2019 (Work performed in P.R.)**
- Travel from BOS to SJU arrival on 20 OCT meeting with the Monitor Team to discuss comments related to IT, Civilian Complaints, Community Engagement Methodologies. Final approval of UOF Shooting Worksheets. Discussions of Methodology for Report.
- Monday 21 October, Monitor Team Meeting in SJ
- Tuesday 22 October 2019 meeting with Monitor Team, USDOJ, McV, at PRPB
- Wednesday 23 October meetings with PRPB & McV respectively.
- Thursday October 24, meetings with PRPB and McV at McV.
- Friday October 25, flight back to CONUS
30 hours total @ $150 = $4,500

**Friday, 25 October 2019 to Sunday, 27 October 2019 in (Work performed in CONUS)**
- Study and review PRPB UOF Level 4 Case Files
- Complete Worksheets related to file with data points
- Multiple email/text/teleconference correspondence with Monitor and Team Members
10.66 hours total @ $150 = $1,600

**BILLABLE HOURS   60.66 HOURS x $150 = $9,100.00 USD**

**Expenses:**

| | |
|---|---|
| Airfare | $ 484.40 |
| Hotel | $ 716.00 |
| Ground Transport | $ 87.00 |
| M&IE (SJU) | $ 484.00 |
| **Total Expenses** | **$ 1,771.40** |
| **Reimbursable** | **$ 1,000.00** |
| (Pro Bono Expenses) | $ 771.40 |

## Total wages and Expense Reimbursement Due = $10,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

_[signature]_                                                                                              27 October 2019

Signature                                                                                                     Date

Remittance Information

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2