# THE & GROUP LLC.

## Las Ramblas
## 71 Calle Montjuic
## Guaynabo , PR 00969
### PHONE: 7874731515   Theandgroup.net

# INVOICE

INVOICE NUMBER: 14
INVOICE DATE: OCTOBER 30, 2019

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-01-19 | Administrative Director | Review of document sent by monitor, staff conference call | 3.00 | $85.00 | $255.00 |
| OCT-02-19 | Administrative Director | Review of report draft and information send by the Monitor | 2.50 | $85.00 | $212.50 |
| OCT-03-19 | Administrative Director | Review of use of force worksheets, File Invoice in the court | 4.00 | $85.00 | $340.00 |
| OCT-07-19 | Administrative Director | Staff conference call, review of policy and procedures documents. | 3.50 | $85.00 | $297.50 |
| OCT-08-19 | Administrative Director | Review of methodologies sent by DOJ. | 3.50 | $85.00 | $297.50 |
| OCT-09-19 | Administrative Director | Review of EIS Data Dictionary , Work with FPM office rental application | 3.75 | $85.00 | $318.75 |
| OCT-10-19 | Administrative Director | Continue review of EIS Data Dictionary | 2.50 | $85.00 | $212.50 |
| OCT-17-19 | Administrative Director | Consent Decree Conference | 0.00 | $85.00 | $0.00 |
| OCT-18-19 | Administrative Director | Consent Decrees Conference | 0.00 | $85.00 | $0.00 |
| OCT-21-19 | Administrative Director | Staff meeting | 5.00 | $85.00 | $425.00 |
| OCT-22-19 | Administrative Director | Basic Behavioral Health Training at Police Academy | 6.50 | $85.00 | $552.50 |
| OCT-23-19 | Administrative Director | Meetings at McV (Equal Protection and Civilian complaints Methodologies, KRONOS) Review of office lease contract. | 5.50 | $85.00 | $467.50 |
| OCT-24-19 | Administrative Director | Community engagement methodology and UOF Worksheets meeting. 253 Meeting | 5.50 | $85.00 | $467.50 |
| OCT-26-19 | Administrative Director | First report information review, fire arms discharge | 3.00 | $85.00 | $255.00 |
| OCT-29-19 | Administrative Director | Work with First Monitor Report, Fire arma discharge reviews | 5.25 | $85.00 | $446.25 |
| OCT-30-19 | Administrative Director | Communications with the Monitor, Review and respond of emails during the month of October 2019. | 5.00 | $85.00 | $425.00 |

INVOICE NUMBER: 14

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-30-19 | Administrative Director | I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as member of the Federal Monitor Team. I further certify that I have not received any income compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $4,972.50 |

MESSAGE

Javier B Gonzalez, October 30, 2019

# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo, PR 00969**

PHONE: 7874731515   Theandgroup.net

## INVOICE

INVOICE NUMBER: 15
INVOICE DATE: OCTOBER 30, 2019

**Federal Police Monitor**

San Juan, PR

Expenses Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
|      |         | Consent Decree Conference, Dallas Fort Worth, October 16-18 (Travel and Hotel) |       |      | $979.98 |
|      |         | Total amount of this invoice |       |      | $979.98 |

MESSAGE

Javier B Gonzalez, October 30, 2019

Page 1 of 1

**Ticket #**
0017424127018 (JAVIER B GONZALEZ)

## ✈ Departure Wed, Oct 16

American Airlines 1591

| **San Juan (SJU)** | → | **Dallas (DFW)** |
| --- | --- | --- |
| 7:14am | | 11:26am |
| Terminal: C | | |

**Cabin:** Economy / Coach (B)
5h 12m duration

Note: Seat choice is not guaranteed, please check with airline to confirm seat selection.

**Total duration**

5h 12m

## ✈ Return Fri, Oct 18

American Airlines 2481

| **Dallas (DFW)** | → | **San Juan (SJU)** |
| --- | --- | --- |
| 4:45pm | | 10:27pm |
| | | Terminal: C |

**Cabin:** Economy / Coach (B)
4h 42m duration

Note: Seat choice is not guaranteed, please check with airline to confirm seat selection.

**Total duration**

4h 42m

### Traveler(s)

**JAVIER B GONZALEZ**
No frequent flyer details provided

Update traveler details and make special requests. Please confirm all requests with your airline.

### Price summary

| Traveler 1: Adult | $410.40 |
| --- | --- |
| Flight | $353.00 |
| Taxes & Fees | $57.40 |
| 32,832 PTS redeemed | -$410.40 |
| **Total due today** | **$0.00 and 32,832 PTS** |



**Hampton Inn & Suites Fort Worth Downtown**
1001 Commerce Street • Fort Worth, TX 76102
Phone (817) 332-5300 • Fax (817) 332-5301

| | |
|---|---|
| name / address: Gonzalez, Javier B<br>XX<br>XX AK  12345<br>UNITED STATES OF AMERICA | room number: 842/NQRRB<br>arrival date: 10/16/2019 12:39:00 PM<br>departure date: 10/18/2019<br>adult/child: 1/0<br>room rate: 242.78<br>Rate Plan: 3XR<br>HH #:<br>AL:<br>Car: |

Confirmation Number: 85340664

10/18/2019

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. A fee of up to 250 USD will be assessed for smoking in a non-smoking room. Please ask the Front Desk for locations of designated outdoor smoking areas.

| date | reference | description | amount |
|---|---|---|---|
| 10/16/2019 | 386768 | GUEST ROOM | $242.78 |
| 10/16/2019 | 386768 | RM-CITY TAX | $22.29 |
| 10/16/2019 | 386768 | RM-STATE TAX | $14.86 |
| 10/16/2019 | 386768 | FORT WORTH TPID FEE | $4.86 |
| 10/17/2019 | 387207 | GUEST ROOM | $242.78 |
| 10/17/2019 | 387207 | RM-CITY TAX | $22.29 |
| 10/17/2019 | 387207 | RM-STATE TAX | $14.86 |
| 10/17/2019 | 387207 | FORT WORTH TPID FEE | $4.86 |
| 10/18/2019 | 387355 | VS *2391<br>REF=0000128965-00195927 CHIP 05<br>Application Label: VISA DEBITO<br>TC: C7E222912F559B40<br>TVR: 8080048000 | ($569.58) |
| | | **BALANCE** | $0.00 |

for reservations call 1.800.hampton   or visit us online at hampton.com

thanks.

| account no. VS *2391 | date of charge: 10/18/2019 | folio/check no.: 128965 A | initial |
|---|---|---|---|
| card member name: Gonzalez, Javier B | authorization: 073301 | | |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | | |
| | taxes | | |
| | tips & misc. | | |
| signature of card member<br>X | total amount | -569.58 | |