Al Youngs
5552 W Lakeridge Rd
Lakewood, CO 80227

October1 - October 31, 2019
Invoice #5
Member of Federal Monitor Team

The following is a detailed statement of the hours worked.

Sunday, October 20, 2019 through Friday, October 25, 2019 site visit to Puerto Rico

Saturday, October 19 and Sunday, October 20 2019 - Prepared for Monitor Team meeting and meetings with the parties.
Monday, October 21, 2019 — Discussion with the Monitor Team members reference: First Monitoring report, Methodology, Worksheet/Checklist Document Request and other pertinent issues.
Tuesday, October 22, through Thursday, October 25, 2019 - Meetings with USDOJ, McV, and Monitor Team at PRPB, reference: Information Technology, Civilian Complaints, Community Engagement, and Equal Protection Methodologies., CIT training, and CIT Pilot Program.
Presentation by Juan Carlos Rivera and Angel Diaz, PRPB to the Reform Office, McV legal team, USDOJ, acting Federal Monitor, and Monitor Team outlining management assessment of the Bureau Technologies ability to comply with the IT Methodology and to produce data for analysis for the upcoming monitoring period and to discuss and finalize Civilian Complaints, Community Engagement and Equal Protection Methodologies.

**Total Hours for the above 47 Hrs.**

Reviewed and responded to emails for the month of October from members of the Monitor Team. 8 hours
Reviewed comments from the DOJ and McV reference the FTO Policy and FTO Manual 5 hours
Conference calls with the Monitor Team, DOJ and McV to review Methodologies. 2 hours
Reviewed Draft of approved Matrices involving Civilian Complaints, Community Engagement, and Equal Protection Methodologies. 3 hours
Reviewed and shared information from 15 Police Videos with the parties. Reviewed officer involved shooting format. 3 hours
Reviewed and shared information reference: PERF recruitment and police suicide document. 2 hours

**TOTAL HOURS: 23**

BILLABLE HOURS 60 HOURS and 40 MINUTES AT RATE OF $150 PER HOUR = $9100

PRO BONO 9 HOURS AND 20 MINUTES

Travel Expenses

- Airfare $696.36
- Hotel $725.00

**Total Expenses** **$1,421.36**

Travel Reimbursement $1000.00

(Pro Bono Expenses) $421.36

TOTAL WAGES AND EXPENSE REIMBURSEMENT $10,100

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Alan C Youngs

Signature

10/27/2019

Date

COURTYARD
Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00 Clerk: 8
CRS Number 85111054

Marriott Rewards # 119330892

Name:

Arrive: 10-20-19 Time: 21:20 Depart: 10-25-19 Folio Number: 623123

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-20-19 | Package | 115.00 | |
| 10-20-19 | Government Tax | 10.35 | |
| 10-20-19 | Hotel Fee | 10.35 | |
| 10-21-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 10-21-19 | Comedor - Guest Charge | 9.42 | |
| 10-21-19 | Laundry - Dry Cleaning | 22.08 | |
| 10-21-19 | Package | 115.00 | |
| 10-21-19 | Government Tax | 10.35 | |
| 10-21-19 | Hotel Fee | 10.35 | |
| 10-22-19 | Comedor - Guest Charge | 3.00 | |
| 10-22-19 | Package | 115.00 | |
| 10-22-19 | Government Tax | 10.35 | |
| 10-22-19 | Hotel Fee | 10.35 | |
| 10-23-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 10-23-19 | Package | 115.00 | |
| 10-23-19 | Government Tax | 10.35 | |
| 10-23-19 | Hotel Fee | 10.35 | |
| 10-24-19 | Comedor - Guest Charge | 3.00 | |
| 10-24-19 | Package | 115.00 | |
| 10-24-19 | Government Tax | 10.35 | |
| 10-24-19 | Hotel Fee | 10.35 | |
| 10-25-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 10-25-19 | Master Card / Euro Card | | 725.00 |
| | *Card # XXXXXXXXXXXX8524* | | |

COURTYARD
Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00 Clerk: 8

Marriott Rewards # 119330892

CRS Number 85111054

Name:

Arrive: 10-20-19 Time: 21:20 Depart: 10-25-19 Folio Number: 623123

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

A-List Hi, Alan 406 points My Account | Log out Español

Southwest

FLIGHT | HOTEL | CAR | VACATIONS SPECIAL OFFERS RAPID REWARDS®

# Your flight is booked!

We're sending a confirmation email to alyoun@aol.com right now.

## Trip summary

### Flight

SENIOR CONFIRMATION #
**PRLMBE**

OCT 18
**DAL → FLL**

FLIGHT TOTAL
**$203.98**

## 10/18 - Ft. Lauderdale

100% free inflight entertainment* — all on your device. Learn more

[1]Download the Southwest app from the Google Play Store or Apple App Store before your flight to view content. [2]Only allows access to IMessage and WhatsApp (must be downloaded before the flight). [3]May not be available for the full duration of the International flight. *Available only on WIFI-enabled aircraft. Limited-time offer. Where available.

OCT 18
## Dallas (Love Field), TX *to* Ft. Lauderdale, FL

**Senior confirmation # PRLMBE**

| SENIOR PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards®/Acct # 207895671 A-List | + 1,059 PTS | — | Wanna Get Away |

## Departing 10/18/19 Friday

**Wanna Get Away** *(Senior x 1)* **$176.45**

DEPARTS **3:50** PM **DAL** Dallas (Love Field), TX - DAL FLIGHT **679**

*Nonstop*

ARRIVES **7:35** PM

**FLL**
Ft. Lauderdale, FL - FLL

TRAVEL TIME
2hr 45min

SUBTOTAL
**$176.45**

Taxes & fees $27.53

**Flight total** **$203.98**

**Icon legend**

WiFi available | Live TV available | EarlyBird Check-In®

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your point balance may not immediately update in your account.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| VISA **Visa 6933**<br>XXXXXXXXXXXX6933<br>Expiration: 11/19 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd**<br>**Lakewood, CO US 80227** | **$203.98** |

## Total charged

| | |
|---|---|
| SUBTOTAL | $176.45 |
| TAXES & FEES | $27.53 |
| TOTAL DOLLARS | $203.98 |

Show price breakdown



A-List Hi, Alan 406 points My Account | Log out Español

Southwest

FLIGHT | HOTEL | CAR | VACATIONS SPECIAL OFFERS RAPID REWARDS®

# Your flight is booked!

We're sending a confirmation email to alyoun@aol.com right now.

## Trip summary

Flight

SENIOR CONFIRMATION #
**PRJA7R**

OCT 20
**FLL → SJU**

FLIGHT TOTAL
**$134.70**

## 10/20 - San Juan

**100% free inflight entertainment* — all on your device.** Learn more

[1]Download the Southwest app from the Google Play Store or Apple App Store before your flight to view content. [2]Only allows access to IMessage and WhatsApp (must be downloaded before the flight). [3]May not be available for the full duration of the International flight. *Available only on WIFI-enabled aircraft. Limited-time offer. Where available.

OCT 20
## Ft. Lauderdale, FL *to* San Juan, PR

**Senior confirmation # PRJA7R**

| SENIOR PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards®/Acct # 207895671 A-List | + 636 PTS | — | Wanna Get Away |

**Departing** 10/20/19 Sunday

**Wanna Get Away** *(Senior x1)* **$106.00**

DEPARTS **6:00** PM **FLL** Ft. Lauderdale, FL - FLL

FLIGHT **5117**

*Nonstop*

ARRIVES **8:40** PM

**SJU**
San Juan, PR - SJU

TRAVEL TIME
2hr 40min

SUBTOTAL
**$106.00**

Taxes & fees $28.70

**Flight total** **$134.70**

**Icon legend**

WiFi available · Live TV available · EarlyBird Check-In®

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your point balance may not immediately update in your account.

## Payment summary

| PAYMENT INFORMATION | CARD HOLDER | BILLING ADDRESS | AMOUNT PAID |
|---|---|---|---|
| VISA **Visa 6933** XXXXXXXXXXXX6933 Expiration: 11/19 | **Alan Youngs** | **5552 W Lakeridge Rd Lakewood, CO US 80227** | **$134.70** |

## Total charged

| | |
|---|---|
| SUBTOTAL | $106.00 |
| TAXES & FEES | $28.70 |
| TOTAL DOLLARS | $134.70 |

Show price breakdown

A-List Hi, Alan 406 points My Account | Log out Español
FLIGHT | HOTEL | CAR | VACATIONS SPECIAL OFFERS RAPID REWARDS®

Southwest

# Your flight is booked!

We're sending a confirmation email to alyoun@aol.com right now.

## Trip summary

Flight

SENIOR CONFIRMATION #
**SO2G9N**

OCT 25
**SJU → MDW**

FLIGHT TOTAL
**$177.70**

## 10/25 - Chicago (Midway)

**100% free inflight entertainment* — all on your device.** Learn more

[1]Download the Southwest app from the Google Play Store or Apple App Store before your flight to view content. [2]Only allows access to iMessage and WhatsApp (must be downloaded before the flight). [3]May not be available for the full duration of the International flight. *Available only on WIFI-enabled aircraft. Limited-time offer. Where available.

OCT 25
## San Juan, PR *to* Chicago (Midway), IL

**Senior confirmation # SO2G9N**

| SENIOR PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards®/Acct # 207895671 A-List | + 894 PTS | — | Wanna Get Away |

**Departing** 10/25/19 Friday

**Wanna Get Away** (*Senior x1*) **$149.00**

DEPARTS

**3:15** PM **SJU** San Juan, PR - SJU

FLIGHT **1076**

*Nonstop*


ARRIVES **7:10** PM **MDW** Chicago (Midway), IL - MDW

TRAVEL TIME 4hr 55min

SUBTOTAL $149.00

Taxes & fees $28.70

**Flight total** $177.70

**Icon legend**

WiFi available | Live TV available | EarlyBird Check-In®

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your point balance may not immediately update in your account.

## Payment summary

| PAYMENT INFORMATION | AMOUNT PAID |
|---|---|
| **Alan Youngs**<br>Travel Fund (PS4774)<br>Expiration: 09/30/20 | $177.70 |

## Total charged

| | |
|---|---|
| SUBTOTAL | $149.00 |
| TAXES & FEES | $28.70 |
| TOTAL DOLLARS | $177.70 |

Show price breakdown

A-List Hi, Alan 2,922 points My Account | Log out Español

Southwest

FLIGHT | HOTEL | CAR | VACATIONS SPECIAL OFFERS

RAPID REWARDS®

# Your flight is booked!

We're sending a confirmation email to alyoun@aol.com right now.

## Trip summary

Flight

SENIOR CONFIRMATION #
**SWOQRD**

OCT 29
**MDW → DEN**

FLIGHT TOTAL
**$179.98**

## 10/29 - Denver

**100% free inflight entertainment* — all on your device.** Learn more

[1]Download the Southwest app from the Google Play Store or Apple App Store before your flight to view content. [2]Only allows access to IMessage and WhatsApp (must be downloaded before the fight). [3]May not be available for the full duration of the International flight. *Available only on WIFI-enabled aircraft. Limited-time offer. Where available.

OCT 29
## Chicago (Midway), IL *to* Denver, CO

**Senior confirmation # SWOQRD**

| SENIOR PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards®/Acct # 207895671 A-List | + 925 PTS | — | Wanna Get Away |

## Departing 10/29/19 Tuesday

**Wanna Get Away** *(Senior x 1)* **$154.12**

DEPARTS **2:55** PM **MDW** Chicago (Midway), IL - MDW

FLIGHT **1813**

*Nonstop*

ARRIVES **4:40** PM

**DEN**
Denver, CO - DEN

TRAVEL TIME
**2hr 45min**

SUBTOTAL
**$154.12**

Taxes & fees $25.86

**Flight total** **$179.98**

**Icon legend**

WiFi available | Live TV available | EarlyBird Check-In®

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your point balance may not immediately update in your account.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **MasterCard 8524**<br>XXXXXXXXXXXX8524<br>Expiration: 10/21 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd**<br>**Lakewood, CO US 80227** | **$179.98** |

## Total charged

| | |
|---|---|
| SUBTOTAL | $154.12 |
| TAXES & FEES | $25.86 |
| TOTAL DOLLARS | $179.98 |

Show price breakdown

