

**CASTELLANOS GROUP**
P.S.C.

# INVOICE

INVOICE NUMBER:  146
INVOICE DATE:  OCTOBER 29, 2019

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| OCT-14-19 | Police Reform-Puerto Rico | Review of Professional services contracts | 2.00 | $125.00 | $250.00 |
| OCT-18-19 | Police Reform-Puerto Rico | Draft of Operating Agreement; Office of the FMPR LLC | 3.00 | $125.00 | $375.00 |
| OCT-19-19 | Police Reform-Puerto Rico | Comm. with the Court in compliance with standard TCA requirement; comm. with Monitor Romero | 1.50 | $125.00 | $187.50 |
| OCT-20-19 | Police Reform-Puerto Rico | Several comm. with the Court in Compliance with standard TCA requirements; communication with Monitor Romero | 1.50 | $125.00 | $187.50 |
| OCT-22-19 | Police Reform-Puerto Rico | In Chambers Hearing with Judge Gelp | 3.00 | $125.00 | $375.00 |
| OCT-23-19 | Police Reform-Puerto Rico | Review of Lease Agreement; comm. with Mr. Javier González | 2.00 | $125.00 | $250.00 |
| | | Total hours for this invoice | 13.00 | | |
| | | Total amount of this invoice | | | $1,625.00 |