**INVOICE 0056 FOR PROFESSIONAL SERVICES; OCT 1 – 30, 2019**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **Interim Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of October 2019 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work performed on-site in Puerto Rico |  | 2.5 | 20-Oct | $375.00 |
|  |  | 8 | 21-Oct | $1,200.00 |
|  |  | 3.5 | 22-Oct | $525.00 |
|  |  | 4.5 | 23-Oct | $675.00 |
|  |  | 10 | 24-Oct | $1,500.00 |
|  |  | 2 | 25-Sep | $300.00 |
| Net hours in PR |  | 30.5 |  | $4,575.00 |
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ. Subjects include, IT Steering Committee, site coordination, monitoring methodologies, guidance, planning, logistics, network assessment, DOJ comments to document requests, etc. | 7.25 |  |  | $1,087.50 |
| Teleconference - Methodologies, Work sheets, PRPB reports (shootings) | 3.00 |  |  | $450.00 |
| Site visit planning and prep | 1.25 |  |  | $187.50 |

| | | | | |
|---|---|---|---|---|
| Review Methodology materials and worksheets from Party's and Monitors; Search and Seizure, Recruitment, Professionalism, Supervision and Management, IT, Community Engagement, Civilian complaints, Community Engagement, Equal Protection Drafts to final, UOF. Collaboration with DoJ on data analyst position, joint stipulation paragraph 222 | 10.25 | | | $1,537.50 |
| 6 month report - Draft, Reconcile, crosswalk, Prep | 7.75 | | | $1,162.50 |
| Data Dictionary review | 1.75 | | | $262.50 |
| | | | | |
| Net Hours US | 31.25 | | | $4,687.50 |
| | | | | |
| **TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr.** | | | 30.50 | $4,575.00 |
| **TOTAL OF BILLABLE HOURS IN US @ $150/hr.** | | | 31.25 | $4,687.50 |
| **Subtotal - Labor** | | | | $9,262.50 |
| **Uncompensated Labor** | | | | |
| **Net Allowable Labor** | | | | $9,100.00 |
| **Airfare** | | | | $299.55 |
| **Hotel** | | | | $339.25 |
| **Meals** | | | | $179.67 |
| **Cab fares and on-site transportation/POV mileage/parking** | | | | $186.62 |
| **Sub-total Expenses** | | | | $1,005.09 |
| **Uncompensated Expenses** | | | | |
| **Net Allowable Expenses** | | | | $1,000.00 |
| **Total Cost** | | | | $10,267.59 |
| **Allowable Fee** | | | | $10,100.00 |

INVOICE PRESENTED BY:

*[signature]*

Scott Cragg, Monitoring Core Team

**Subject:** JetBlue booking confirmation for SCOTT POMAIALOHA CRAGG - JQDIVL
**Date:** Wednesday, September 25, 2019 at 10:43:38 AM Eastern Daylight Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip on Thu, Oct 17

Please note: This is not your boarding pass.

**Your confirmation code is**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.

You can also manage your trips by downloading our free mobile app.

## Flights

| | | |
|---|---|---|
| Visa XXXXXXXXXXX6833 | NONREF - FEE FOR CHG/CXL | $521.63 |
| | Taxes & fees | $77.47 |
| | **Total:** | **$599.10 USD** |

Purchase Date: Sep 25, 2019

Request full receipt

## The wheel deal.

Save with Avis and Budget when you add a car to your booking, plus drive away with TrueBlue points on every rental.

Add a car

Flight Tracker | Bag Info | Airport Info

## Stay Connected

Download the JetBlue mobile app

Flights                    Hotels

Flights + Hotel            Cars
by JetBlue Vacations

Help

Business Travel

Privacy

About JetBlue

# COURTYARD® Marriott.

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0507
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 7

Marriott Rewards #   797225828

CRS Number  85141251

Name:

Arrive:  10-20-19                Time:  16:32                Depart:  10-25-19                Folio Number: 623127

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-20-19 | Package | 115.00 | |
| 10-20-19 | Government Tax | 10.35 | |
| 10-20-19 | Hotel Fee | 10.35 | |
| 10-21-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 10-21-19 | Package | 115.00 | |
| 10-21-19 | Government Tax | 10.35 | |
| 10-21-19 | Hotel Fee | 10.35 | |
| 10-22-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 10-22-19 | Package | 115.00 | |
| 10-22-19 | Government Tax | 10.35 | |
| 10-22-19 | Hotel Fee | 10.35 | |
| 10-23-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 10-23-19 | Package | 115.00 | |
| 10-23-19 | Government Tax | 10.35 | |
| 10-23-19 | Hotel Fee | 10.35 | |
| 10-24-19 | Comedor - Guest Charge | 3.00 | |
| 10-24-19 | Package | 115.00 | |
| 10-24-19 | Government Tax | 10.35 | |
| 10-24-19 | Hotel Fee | 10.35 | |
| 10-25-19 | Visa Card | | 690.50 |
| | Card # XXXXXXXXXXXX6833 | | |

**Subject:** Thanks for giving an extra! We've updated your Tuesday morning trip receipt
**Date:** Tuesday, October 22, 2019 at 8:22:42 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: **$15.56**
Tue, Oct 22, 2019

## Thanks for giving an extra, scott

Thanks for tipping! We've updated your Tuesday morning trip receipt



## $15.56

You earned 29 points on this trip

**Subject:** Thanks for giving an extra! We've updated your Tuesday afternoon trip receipt
**Date:** Tuesday, October 22, 2019 at 1:01:52 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: **$9.02**
Tue, Oct 22, 2019

# Thanks for giving an extra, scott

Thanks for tipping! We've updated your Tuesday afternoon trip receipt

## Total                                $9.02

You earned 16 points on this trip

| | |
|---|---|
| Trip Fare | $7.10 |
| **Subtotal** | **$7.10** |
| Booking Fee | $0.92 |
| Extra (gratuity granted by user) | $1.00 |

**Amount Charged**

**Subject:** Thanks for giving an extra! We've updated your Wednesday morning trip receipt
**Date:** Wednesday, October 23, 2019 at 8:40:17 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: **$11.01**
Wed, Oct 23, 2019

## Thanks for giving an extra, scott

Thanks for tipping! We've updated your Wednesday morning trip receipt

| | |
|---|---|
| **Total** | **$11.01** |

You earned 20 points on this trip

| | |
|---|---|
| Trip Fare | $8.86 |
| **Subtotal** | **$8.86** |
| Booking Fee | $1.15 |
| Extra (gratuity granted by user) | $1.00 |

**Amount Charged**

**Subject:** Thanks for giving an extra! We've updated your Wednesday afternoon trip receipt
**Date:** Wednesday, October 23, 2019 at 2:15:25 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: **$10.48**
Wed, Oct 23, 2019

# Thanks for giving an extra, scott

Thanks for tipping! We've updated your Wednesday afternoon trip receipt

| | |
|---|---|
| Total | **$10.48** |

You earned 18 points on this trip

| | |
|---|---|
| Trip Fare | $8.39 |
| **Subtotal** | **$8.39** |
| Booking Fee | $1.09 |
| Extra (gratuity granted by user) | $1.00 |

Amount Charged

**Subject:** Thanks for giving an extra! We've updated your Friday morning trip receipt
**Date:** Friday, October 25, 2019 at 7:34:05 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total: **$8.40**
Fri, Oct 25, 2019

# Thanks for giving an extra, scott

Thanks for tipping! We've updated your Friday morning trip receipt

Total $8.40

You earned 14 points on this trip

| | |
|---|---|
| Trip Fare | $6.55 |
| Subtotal | $6.55 |
| Booking Fee | $0.85 |
| Extra (gratuity granted by user) | $1.00 |

Amount Charged

## Receipt 1: SOGO MIRAMAR



```
SOGO MIRAMAR
659 AVE PONCE DE LEON
SAN JUAN

DATE          TIME            HOST
Oct 22,19    20:32:47         ATH
BATCH        TERMINAL ID     MERCHANT ID
000019       71470905        7147444502516

              SALE

VISA         ************6833 (C)

AUTH. CODE: 074430    INVOICE: 000613
                      TRACE  :000751

AMOUNT 1: $              34.00
AMOUNT 2: $             100.00
STATE TAX:  $             3.57
REDUCED STATE TAX:$       6.00
MUNICIPAL TAX:  $         1.34
SUBTOTAL:$              144.91
TIP :                    27.91
TOTAL :                 172.—

CONTROL: 18ZVY-NPAYX
ET

SIGNATURE: X_____

VISA CREDIT
AID: A0000000031010  AC: 4FE58C8959EBCFC3
UN: 1CFB82D0  TVR: 0080008000 TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

         CUSTOMER COPY
     Gracias por su patrocinio
```

## Receipt 2: LOS PINOS

```
            LOS PINOS
         655 PONCE DE LEON
      SAN JUAN, PUERTO RICO  00901
           ph (787) 722-6862

           Guest Check
       Gracias por su visita
-------------------------------------
         TABLE: 54 - 1 Guest
       Su Mecera (o) fue YAJAIRA
         10/21/2019 8:00:49 PM
           Sequence #: 0000135
             ID #: 0186054

ITEM                          QTY  PRICE
-------------------------------------
Casillero / Chardonnay         1   $6.00
MEDALLA BOTELLA                1   $3.25
ALITAS PLATO             (3@$10.95) $32.85
CHULETA AHUMADA                1  $11.95
REFRESCO LATA             (3@$1.75) $5.25
-------------------------------------
              Subtotal            $59.30
         MUNICIPAL TX 1 %          $0.59
          STATE TX 10.5 %          $0.97
           REDUCE TAX 6%           $3.00
-------------------------------------
           Grand Total            $63.86
           Amount Due:            $63.86
-------------------------------------
        Le esperamos pronto
       CONTROL: 0B498-Q8JYR
       YC
       Powered by YCS PR


            Guest Check
====================================
       Suggested tip on $59.30
    20%         18%          15%
   $11.86      $10.67        $8.90

       Su Opinion es Importante
       |||||||||||||||||||||||
               186054
```

## Receipt 3: Subway / OATH

```
GRACIAS POR VISITARNOS
SU OPINION ES IMPORTANTE
OFICINA (787)783-8658
     ME ENCANTA

            THANK YOU
JARDINES DE CAPARRA   TEL#   7877988777
29  KS#02    S#2    Oct.23'19(Wed)10:33

Order #229            EAT IN
1 COMBO SUPREME              5.99
1 W/DIETA                    0.00
1 AGRANDADO.70               0.70

SUB TOTAL                    6.69
EAT IN TAX                   0.47
                             ----
                             7.16

CASH TENDERED               10.16
CHANGE                       3.00

   Subway#21319-0 Phone 7877234747
  The Pentagon Apts 1919  Ave Ponce de Leo
      San Juan, Puerto Rico, 00915
   Served by: 6271 10/23/2019 7:00:42 pm
       Term 10-Trans# 1/A-127663

Qty Size Item                      Price
--- ---- ----                      -----
 1   12" Turkey & Ham Sub           6.50
 1       -Fresh Value Meal (Puerto  2.50
          -20oz Fountain Drink
          -Chips

Sub Total                           9.00
PR TAX Group Taxable Amount         0.00
PR TAX Group                        0.00
PR Municipal TAX (1%)               0.09
Reduced Tax to 6% (6%)              0.54
Total (Eat In)                      9.63
ATH CREDIT SALES                    9.63
Change                              0.00

Host Order ID: SPM20191023070041

¿Tienes hambre de más? Dejanos saber tu
opinión en www.global.subway.com
y obtén una galleta GRATIS
con tu próxima compra.

CONTROL: 2CG47-A6MJH
ST
Processed by Softek
```



```
           SOGO MIRAMAR
       659 AVE PONCE DE LEON
              SAN JUAN
DATE         TIME
Oct 24.19    20:36:00         HOST
BATCH        TERMINAL ID      ATH
000021       7147U905     MERCHANT ID
                         7147444502516

              SALE

VISA       xxxxxxxxxxxx1287 (C)

AUTH. CODE: 000700   INVOICE: 000671
                     TRACE  :000020

AMOUNT 1:  $        33.00
AMOUNT 2:  $       124.50
STATE TAX: $         3.47
REDUCED STATE TAX:$  7.47
MUNICIPAL TAX: $     1.58

SUBTOTAL: $        170.02

TIP  : _____

TOTAL : _____


CONTROL:  4LUNZ-PZG59
ET

SIGNATURE: X_____

Visa Credit
AID: A000000003101O  AC: 4908F53AFCACF2E2
UN: 320649F9  TVR: 8080008000  TSI: 7800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
     AGREEMENT WITH THE ISSUER

           CUSTOMER COPY
       Gracias por su patrocinio
```

```
              SOGO MIRAMAR
       AVE. PONCE DE LEON # 659
           SAN JUAN, PR 00907
             (787) 724-0222

Mesero: tony              Estación: 1
---------------------------------------
# de Orden: 16984              Mesas
Mesa: D4                  Personas: 2
---------------------------------------
1 TRADIT. PEPPER STEAK        16.75
  > mas salsa
1 CH. TERIYAKI                15.75
1 ROAST PORK FRIED RICE       11.00
1 Coca Cola                    2.00
1 Diet Coke                    2.00
1 RM CHARDONNAY CP             6.75
1 RM CHARDONNAY CP             6.75
1 CH. W/ BROCCOLI             15.75
  > poco salsa
1 BOWL STEAM RICE              1.75
1 Coca Cola                    2.00
1 RM CHARDONNAY CP             6.75
1 RM CHARDONNAY CP             6.75
1 H.H. Sapporo                 6.00
1 SCALLION PANCAKE             6.00
1 SU. TUNA                     6.25
1 SU. YELLOWTAIL               6.25
1 MONGOLIAN BEEF              17.25
1 KUNG PAO CHICKEN            15.75
1 FRIED DUMPLING               6.00

Subtotal del bar:             33.00
Subtotal de la comida:       124.50
CITY TAX 1%:                   1.58
IVU FOOD 6%:                   7.47
IVU TAX 10.5%:                 3.47
                            ========
TOTAL:                      $170.02

          >> # de cuenta: 26 <<
           10/24/2019 7:14:26 PM

****************************************
PROPINA SUGERIDA NO INCLUIDA

EL 15% DE SU ORDEN = $23.63
EL 18% DE SU ORDEN = $28.35
EL 20% DE SU ORDEN = $31.50

****************************************
```