# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

## MOTION SUBMITTING TRANSLATION OF
## THE TENTH BI-ANNUAL STATUS REPORT

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department ("PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. On November 6, 2019, the PRPB filed its tenth Bi-Annual Status Report ("Status Report") pursuant to Paragraph 261 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department. *See* Docket No. 1365. The Status Report, as well as the Appendixes attached thereto, are in Spanish.

2. The PRPB requested the Court thirty (30) to file English translations of the Status Report and Appendixes. The request was granted. *See* Docket No. 1366.

3. The PRPB hereby files certified translations of the Status Report with Appendixes.

**WHEREFORE**, PRPB respectfully requests the Court to take NOTICE of the above submission, with any additional relief the Court deems just.

1

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 3rd day of December, 2019.

By:
 *s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

 *s/Lizzie M. Portela*
*Lizzie M. Portela*
*USDC-PR No. 208401*
*lpf@mcvpr.com*

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282