# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO AND ITS POLICE DEPARTMENT, <br><br><br> Defendants <br><br> GREGORIO IGARTUA <br> AS AMICUS CURIAE | Civil Action No. : 12-2039 (JAG) |

**MOTION REQUESTING THE COURT TO REMOVE THE UNDERSIGNED ATTORNEY'S NAME FROM THE MAILING AND NOTICE LIST OF THIS CASE**

To the Honorable Court:

Now appears subscribing attorney, pro se, and respectfully hereby request to this Honorable Court:

1. That appearing attorney was authorized to appear as Amicus Curiae in the above captioned case.

2. The undersigned attorney has fellfield his obligations as Amicus and doesn't have any other matter under consideration by this Honorable Court.

   WHEREFORE, it is hereby requested from the Court to allow withdrawal of appearing attorney and remove the undersigned attorney's name from the notice and mailing list of this case.

In San Juan, Puerto Rico this December 4, 2019

s/ Gregorio Igartua
**GREGORIO IGARTUA**
**ATTORNEY AS AMICUS CURIAE**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2019, I electronically filed the foregoing document with the U.S District Court of Puerto Rico by using the CM/ECF system. I certify that all the parties of their counsel of record will be served by the CM/ECF system.

s/ Gregorio Igartua
**GREGORIO IGARTUA**
**ATTORNEY AS AMICUS CURIAE**