IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

INTAKE DROP BOX
RECEIVED & FILED

2019 DEC -9 PM 12: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>    Defendants. | CASE NO. 12-2039 (GAG) |

### Request for Approval and Payment of Expenses

**NOW COMES,** the Undersigned as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPM"), who respectfully informs, requests and prays as follows:

1. Attached to the present document is the invoice for professional services rendered by Scott Cragg;

2. The Office of the Federal Police Monitor, respectfully requests, that the expenses detailed in the attached invoice be approved and a check be issued in the amount of **$10,073.30** the total amount of the expenses for the month of **November 2019**;

3. Scott Cragg, has not received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments or agencies;

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid;

1

5. All expenses have been allocated within the Office of the Federal Police Monitor previously approved budget and are necessary to the Monitor mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**WHEREFORE,** the undersigned, on behalf of the Office of the Federal Police Monitor, respectfully requests the Honorable Court to approve the above-mentioned expenses and issue a check in the amount of **$10,073.30**, the total amount of the expenses for the month **of November 2019**;

I, Javier González as Administrative Director of the Office of the Federal Police Monitor, certify that the above information is true, correct and accurate.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this December 9, 2019.

Mr. Javier González
Administrative Director
Office of the Federal Police Monitor.