**INVOICE 0057 FOR PROFESSIONAL SERVICES; NOV 1 – 30, 2019**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:  **Interim Federal Monitor**
     **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of November 2019 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work performed on-site in Puerto Rico | | 2 | 17-Nov | $300.00 |
| | | 8 | 18-Nov | $1,200.00 |
| | | 8 | 19-Nov | $1,200.00 |
| | | 7 | 20-Nov | $1,050.00 |
| Net hours in PR | | 25 | | $3,750.00 |
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ. Subjects include; monitoring, training schedules, court orders | 6.75 | | | $1,012.50 |
| Teleconference - Methodologies; Shootings/Weapons discharge | 1.50 | | | $225.00 |
| Site visit planning and prep | 1.25 | | | $187.50 |
| Monitoring - Review Methodology materials and worksheets from Party's and Monitors; IT Draft and Final, Firearm discharges, post shooting model, training Academy, document requests, SARP Assessment, Policy Index | 11.50 | | | $1,725.00 |
| 6 month report - Drafting, review versions, Reconcile, crosswalk, Prep; IT, Use of Force, Shootings, Data | 15.25 | | | $2,287.50 |
| Data Dictionary re-review | 0.75 | | | $112.50 |
| | | | | |
| Net Hours US | 37.00 | | | $5,550.00 |
| | | | | |
| TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr. | | | 25.00 | $3,750.00 |
| TOTAL OF BILLABLE HOURS IN US @ $150/hr. | | | 37.00 | $5,550.00 |

|  |  |  |
|---|---|---|
| Subtotal - Labor |  | $9,300.00 |
| Uncompensated Labor Hours | 1.33 |  |
| Net Allowable Labor |  | $9,100.00 |
| Airfare |  | $332.40 |
| Hotel |  | $407.10 |
| Meals |  | $143.64 |
| Cab fares/POV mileage/pkg |  | $90.16 |
| Sub-total Expenses |  | $973.30 |
| Net Allowable Expenses |  | $973.30 |
| Total Cost |  | $10,273.30 |
| Allowable Fee |  | $10,073.30 |

INVOICE PRESENTED BY:

_____
Scott Cragg, Monitoring Core Team

Thank you Scott! Your airport parking has been booked and confirmed!

## Reservation Overview

### Reservation Details

Reservation ID: 7101528
Reservation Made By: Scott Cragg
Reservation Status: Open
We have sent you a copy of this transaction to the email provided on checkout

### Parking Lot Details



**Courtyard Crystal City/Reagan National Airport**
2899 Richmond Highway, Arlington, VA, US, 22202
Get Directions
703-549-3434

### Your Parking Details

Person Parking: scott cragg
Check-in: 11/17/2019 06:30 AM
Check-out: 11/20/2019 10:30 PM
Parking Duration: 4 Days of parking
Parking Type: Self Indoor

You can present an electronic copy of this receipt at the parking lot

### For Parking Lot Use Only

#### Payment Summary

Amount Paid with Card ending in (6833)
$0.00 Remaining Balance Due
$9.00 Guaranteed Daily Rate

#### Cashier Instructions

Cashier: This is a pre-paid reservation. If the customer's length of stay matches the itinerary above, there is no charge to the customer.

## Payment Breakdown

| | |
|---|---|
| Parking Price (4 Days of parking) | $36.00 |
| Lot Taxes & Fees* | $3.60 |
| Service Fee | $5.99 |
| **Total** | **$45.59** |
| **You Paid** | **$45.59** |

Your credit card ending in 6833 was charged $45.59 USD for this transaction.

| | |
|---|---|
| **Remaining Due at Parking Lot** | **$0.00** |

*Lot Taxes & Fees Include the Following
Airport Access Fee                $3.60

```
                    Teminal A
Host: Ertel                    11/20/2019
14                              4:37 PM
                                  30045

SM CB Charbroil Chicken           11.09
  Small Fries
  Coke 20z
  Charbroil Chicken Club

Subtotal                          11.09
REDUC Tax                          0.67
MUN Tax                            0.11
Total Tax                          0.78

To Go Total                       11.87
```

# COURTYARD Marriott

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Scott Cragg  
13932 S Springs Dr  
Clifton VA 20124  
United States

Room: 0407  
Room Type: EKNG  
No. of Guests: 1  
Rate: $ 115.00  Clerk: 24

Marriott Rewards #   797225828

CRS Number  88659453

Name:

Arrive:   11-17-19           Time:  13:11           Depart:  11-20-19           Folio Number: 623352

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-17-19 | Package | 115.00 | |
| 11-17-19 | Government Tax | 10.35 | |
| 11-17-19 | Hotel Fee | 10.35 | |
| 11-18-19 | Package | 115.00 | |
| 11-18-19 | Government Tax | 10.35 | |
| 11-18-19 | Hotel Fee | 10.35 | |
| 11-19-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 11-19-19 | Package | 115.00 | |
| 11-19-19 | Government Tax | 10.35 | |
| 11-19-19 | Hotel Fee | 10.35 | |
| 11-20-19 | COMEDOR- Guest Charge (Breakfast) | 6.21 | |
| 11-20-19 | Visa Card | | 416.31 |
| | Card # XXXXXXXXXXXX6833 | | |
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

```
                    SOGO MIRAMAR
              AVE. PONCE DE LEON # 659
                  SAN JUAN, PR 00907
                    (787) 724-0222

Server: tony                    Station: 3
------------------------------------------
Order #: 17906                  Dine In
Table: D4                       Guests: 2
------------------------------------------
1 Diet Coke                        2.00
1 Coca Cola                        2.00
1 HEINEKEN                         4.00
1 RM CHARDONNAY CP                 6.75
1 RM CHARDONNAY CP                 6.75
1 TRADIT. PEPPER STEAK            16.75
  > mass  salsa
1 ORANGE CHICKEN                  15.75
  > spicyx2
1 CH. TERIYAKI                    15.75
1 Beef short ribs                 22.00
1 KUNG PAO SHRIMP                 19.75
  > spicy x2
1 BOWL STEAM RICE                  1.75
1 RM CHARDONNAY CP                 6.75
1 RM CHARDONNAY CP                 6.75
1 Coca Cola                        2.00
1 BOWL STEAM RICE                  1.75

Bar Subtotal:                     31.00
Food Subtotal:                    99.50
CITY TAX 1%:                       1.31
IVU FOOD 6%:                       6.21
IVU TAX 10.5%:                     2.84
                                ========
TOTAL:                          $140.86

          >> Ticket #: 23 <<
          11/19/2019 5:45:10 PM
*****************************************
PROPINA SUGERIDA NO INCLUIDA

EL 15% DE SU ORDEN = $19.58
EL 18% DE SU ORDEN = $23.49
EL 20% DE SU ORDEN = $26.10

*****************************************
```

Credit card receipt:

```
              SOGO MIRAMAR
           659 AVE PONCE DE LEON
                SAN JUAN
DATE            TIME             HOST
Nov 19.19      18:53:02          ATH
BATCH       TERMINAL ID      MERCHANT ID
000014       7147U905       7147444502516

                SALE

VISA          xxxxxxxxxxxx1287 (C)

AUTH. CODE: 008810    INVOICE: 000514
                      TRACE  : 000794

AMOUNT 1: $              31.01
AMOUNT 2: $              99.33
STATE TAX:     $          3.26
REDUCED STATE TAX: $      5.96
MUNICIPAL TAX: $          1.30

SUBTOTAL: $             140.86
TIP     : _____20.14
TOTAL   : _____161.00

CONTROL: 23BUL-Z86UY
ET

SIGNATURE: X_____

Visa Credit
AID: A0000000031010  AC: 810C4778D8F1131F
UN: E517F860  TVR: 8080008000  TSI: 7800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
       AGREEMENT WITH THE ISSUER

              CUSTOMER COPY
          Gracias por su patrocinio
```

```
        PIRILO VIEJO SAN JUAN
        CALLE FORTALEZA # 207-2
             VIEJO SAN JUAN
      SAN JUAN, PUERTO RICO 00901
             PH 787-721-3322

          Thank You for Visiting
----------------------------------------
         TABLE: CP-7 - 1 Guest
        Your Server was Lopez, Yaritza
           11/18/2019 8:09:52 PM
             Sequence #: 0000066
              ID #: 0435988
ITEM                          QTY   PRICE
----------------------------------------
PROVOLETA                      1    $9.50
HUMMUS              (2@$7.00)      $14.00
PULPO PA LA GALLEGA            1   $10.00
STUFFED MUSHROOMS              1    $8.00
MARGHERITA 16"                 1   $22.00
PEPPERONI 16"                  1   $18.00
PAMPA 16"                      1   $22.00
          MUNICIPAL TX 1%           $1.03
          REDUCED TAX 6%            $6.21
              Subtotal             $103.50
----------------------------------------
              Grand Total          $110.74
Credit Purchase
Name               :RUIZ/RAFAEL
CC Type            :MasterCard
CC Num             :xxxx xxxx xxxx 9796
Reference          :553617
Approval           :08578P
Server             :Lopez, Yaritza
Ticket Name        :CP-7

        Payment Amount:    $110.74
                              22 00
        Tip:            _____
                             132 74
        Total:          _____

X _____
CUSTOMER COPY
I agree to pay the amount shown above.
----------------------------------------
            Please Come Back!
========================================
        Suggested tip on $103.50
      15%        18%        20%
    $15.53     $18.63     $20.70
```

```
        PIRILO VIEJO SAN JUAN
        CALLE FORTALEZA # 207-2
             VIEJO SAN JUAN
      SAN JUAN, PUERTO RICO 00901
             PH 787-721-3322

          Thank You for Visiting
----------------------------------------
       CP-7:2 - TABLE: CP-7 - 1 Guest
        Your Server was Lopez, Yaritza
           11/18/2019 8:10:08 PM
             Sequence #: 0000114
              ID #: 0436033
ITEM                          QTY   PRICE
----------------------------------------
ROBERT MONDAVI TWIN OAK (2@$6.50)  $13.00
CONDES DE ALBAREI ALBARI (2@$7.00) $14.00
Ocean Lab Baraka 14 oz. (2@$6.50)  $13.00
PLACIDO PINOT GRIGIO GLA (2@$6.50) $13.00
          MUNICIPAL TX 1%           $0.53
          STATE TX 10.5%            $5.56
              Subtotal              $53.00
----------------------------------------
              Grand Total           $59.09
Credit Purchase
Name               :RUIZ/RAFAEL
CC Type            :MasterCard
CC Num             :xxxx xxxx xxxx 9796
Reference          :553624
Approval           :00260P
Server             :Lopez, Yaritza
Ticket Name        :CP-7:2

        Payment Amount:     $59.09
                              11 00
        Tip:            _____
                              70 09
        Total:          _____

X _____
CUSTOMER COPY
I agree to pay the amount shown above.
----------------------------------------
            Please Come Back!
========================================
        Suggested tip on $53.00
      15%        18%        20%
     $7.95      $9.54     $10.60
```

**From:** Uber Receipts <uber.us@uber.com>
**To:** spcragg <spcragg@verizon.net>
**Subject:** Thanks for giving an extra! We've updated your Wednesday afternoon trip receipt
**Date:** Wed, Nov 20, 2019 3:30 pm

Total: $15.57
Wed, Nov 20, 2019

# Thanks for giving an extra, scott

Thanks for tipping! We've updated your Wednesday afternoon trip receipt

## Total $15.57

You earned 29 points on this trip

| | |
|---|---|
| Trip Fare | $9.69 |
| Subtotal | $9.69 |
| Booking Fee | $1.26 |
| Wait Time | $0.07 |
| Tolls, Surcharges, and Fees | $3.55 |

```
Dunkin Donuts #358147
Washington Reagan Airport
      708-531-1694
11/17/2019              7:09
================================
         225(  ∩CA
Check: 125637(
Server: Melʋ
Terminal:
Dunkin F
```



===



```
              MIRAMAR
      Gerente Sonia Aguila
         Tel. 787 725 4479


              GROCERY
           1 @ 2/ $5.00
DORITOS NACHOS           $2.50 T12F
GOYA WAFERS DE GUAYABA   $1.19 T12F
           1 @ 2/ $4.00
BIMBO CHOC SANDW         $2.00 T12F
           1 @ 2/ $4.00
BIMBO MANT.CR.SA         $2.00 T12F

Items Subtotal             $7.69
Subtotal                   $7.69
GOV [$7.69]                $0.81
MUN [$7.69]                $0.08

TOTAL                      $8.58
Debit card                 $8.58
# ************6833
Balance                    $0.00
```

```
        La Hacienda
          Miramar
      San Juan, PR 00907
         787-725-2252

      Sales Receipt

Transaction #:    1886864
Date: 11/19/2019  Time: 11:55:03 AM
                  Register #:  4


Description              Amount
=====================    ========

Postres Deli 399          $3.99
Lomo Cerdo Deli           $2.90
ARROZ                     $1.43
Papas Rostizadas Deli     $2.32
Lomo Cerdo Deli           $5.39
Aquafina 16oz             $1.25
                         ========
           Sub Total      $17.28
           CityTax         $0.17
     Reduced State Tax     $0.96
           Total          $18.41

      VISA Tendered       $18.41
         Change Due        $0.00
```



```
      Sales Receipt

Transaction #:    1886867
Date: 11/19/2019  Time: 11:59:00 AM
                  Register #:  4


Description              Amount
=====================    ========

Polar Orange              $1.99
                         ========
           Sub Total       $1.99
           CityTax         $0.02
     Reduced State Tax     $0.12
           Total           $2.13

      Cash Tendered       $10.00
        Change Cash        $7.87
```