Rafael E. Ruiz                                               INVOICE # 2019-11
12 Crestshire Dr.
Lawrence, MA 01843                                           DATE: 11/30/19

TO:     Federal Monitor                        For service: November 1st - November 30th, 2019
        PRPB Agreement

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| November 18-22-- Site visit to PRPD, various meetings with PRPD and Parties | 32 | $150/hr. | $4,800.00 |
| Work from home on FIU investigations of PRPB Firearm discharges Oct 2018- JUNE 2019 **53 HOURS WORKED; 24.33 HOURS PRO BONO** | | | |
| HOURS BILLED | 28.67 | $150/HR. | $4,300.00 |
| SUB-TOTAL | | | $9,100.00 |

EXPENSES: HOTEL AND FLIGHT:
MARRIOTT COURTYARD $688.50
JETBLUE AIRLINE         $362.40
TOTAL EXPENSES      $1,050.90        SUB-TOTAL BILLED                    $1,000.00


TOTAL BILLED                                    $10,100.00


_Rafael E Ruiz_____ Date: November 30, 2019
Rafael E. Ruiz