Donald S. Gosselin, Esq.
83 Bow Ridge Rd.
Lynn, MA. 01904

November 1 through 28, 2019

INVOICE # 1124                                  **TOTAL DUE $10,100.00 USD**
November 2019 INVOICE

The following is a detailed statement of the hours worked.

**Saturday 26 OCT 2019 to 17 NOV 2019 (worked performed in CONUS)**
- Prepare Logistics for PR Trip on 17 November 2019
- Review all data collected from PRPB online UOF case file
- Use Worksheet Tool to sort data sets
- Analyze quantitative data and qualitative data based upon UOF files
- Organize and write documents for PRPB follow up, then write first draft 2019 Monitor's Report.
- Multiple teleconferences, emails and texts with Team Members
**30 hours total @ $150 = $4,500**

**Monday, 18 NOV 2019 to Friday, 22 November 2019 (Work performed in P.R.)**
- Travel from BOS to SJU arrival on 17 NOV in advance of SJU meetings.
- Monday 18 November, Monitor Team Meeting in SJU to discuss deficiencies in data provided by PRPB Discussions of Methodology for Report. Action plan for reporting. Meeting with USDOJ attorneys.
- Tuesday 19 November, meetings with Monitor Team to review new reporting material
- Wednesday 20 November, meetings with PRPB & McV respectively. Review additional FIU documentation.
- Thursday 21 November, PRPB site inspection to review additional FIU documentation. 253 Meeting.
- Friday 22 November, travel to CONUS
**30 hours total @ $150 = $4,500**

**Friday, 22 November 2019 to Friday, 29 November 2019 in (Work performed in CONUS)**
- Organize new data provided from FIU to create new Excel quantitative data sets, perform statistical analysis.
- Distribute new case material, assemble Monitor Team qualitative data sets and perform qualitative analysis.
- Perform multiple rewrites of the 2019 Federal Monitor's Report for circulation, additions, corrections and edits. Write and submit final draft to Chief Monitor
- Multiple email/text/teleconference correspondence with Monitor and Team Members
**38 hours total @ $150 = $5,700.00**

**TOTAL FEE:**           98 Hours x $150 = $14,700.00 USD
**FEE WAIVED (PR):**     30 Hours x $150 = ($4,500.00 USD)

| | |
|---|---|
| **FEE WAIVED (US):** | 7.33 Hours @ $150 = ($1,100.00 USD) |
| **NET PR FEE PAYABLE:** | $ 0 |
| **NET US FEE PAYABLE** | $ 9100.00 |

**Expenses:**

| | |
|---|---|
| Airfare | $ 480.10 |
| Hotel | $ 716.00 |
| Ground Transport | $  87.00 |
| M&IE (SJU) | $ 484.00 |
| Total Expenses | $ 1,767.10 |
| **Reimbursable** | **$ 1,000.00** |
| Unreimbursed Expenses | $   767.10 |

## Total Fees and Expense Reimbursement Due = $10,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

29 November 2019

_____                                    _____
Signature                                                                              Date

**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2

**Donald S. Gosselin dba MBG North Corp.**
83 Bow Ridge Road
Lynn, MA  01904 US
+1 (617) 320-3198
gosselin.intl@gmail.com

# INVOICE

**BILL TO**
US DOJ Monitor Project

**INVOICE #** 1124
**DATE** 11/28/2019
**DUE DATE** 12/13/2019
**TERMS** Net 15

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 11/17/2019 | **DOJ Billable Hours - US** <br> Work performed outside Puerto Rico | 4,500.00 |
| 11/22/2019 | **DOJ Billable Hours - PR** <br> Work performed in Puerto Rico | 4,500.00 |
| 11/28/2019 | **DOJ Billable Hours - US** <br> Work performed outside Puerto Rico | 5,700.00 |
| 11/28/2019 | **Travel** <br> Travel Reimbursal (Fixed) | 1,000.00 |

|  |  |
|---|---|
| SUBTOTAL | 15,700.00 |
| DISCOUNT | -5,600.00 |
| TOTAL | 10,100.00 |
| BALANCE DUE | **$10,100.00** |