

CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER: 150
INVOICE DATE: DECEMBER 02, 2019

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO: Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| NOV-01-19 | Police Reform- Puerto Rico | Review of Draft of Contrat; comm. with Monitor Romero | 1.00 | $125.00 | $125.00 |
| NOV-02-19 | Police Reform- Puerto Rico | Review of comm. from Monitor Romero,re: upcoming First Report and related matters; comms with the Court in Compliance with standard TCA requirements | 2.00 | $125.00 | $250.00 |
| NOV-07-19 | Police Reform- Puerto Rico | Review of comm. from Monitor Romero, review of assessment Firearm Discharge Investigation; review of use of force Qualitative Analysis | 2.00 | $125.00 | $250.00 |
| NOV-11-19 | Police Reform- Puerto Rico | Coordination of several pending matters | 0.50 | $125.00 | $62.50 |
| NOV-12-19 | Police Reform- Puerto Rico | Plane ticket to New Orleans (APPROVED BY THE COURT) | | | $413.34 |
| NOV-13-19 | Police Reform- Puerto Rico | Several comm. with Monitor Romero | 1.00 | $125.00 | $125.00 |
| NOV-14-19 | Police Reform- Puerto Rico | Evaluation of lease agreement and contracts; changes; several comms. | 3.00 | $125.00 | $375.00 |
| NOV-15-19 | Police Reform - Puerto Rico | Initial review of Monitor's First Report | 2.00 | $175.00 | $350.00 |
| NOV-15-19 | Police Reform- Puerto Rico | Review of Contract; changes and observations | 1.00 | $125.00 | $125.00 |
| NOV-18-19 | Police Reform - Puerto Rico | Meeting with JCC Romero | 1.00 | $175.00 | $175.00 |
| NOV-24-19 | Police Reform - Puerto Rico | Review of Monitor's First Report | 3.00 | $175.00 | $525.00 |
| NOV-25-19 | Police Reform - Puerto Rico | Review of Monitor's First Report | 2.00 | $175.00 | $350.00 |

INVOICE NUMBER: 150

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-25-19 | Police Reform - Puerto Rico | Review, analysis and observations of Monitor's First Report; several communications and discussions with Monitor Romero | 8.00 | $175.00 | $1,400.00 |
| NOV-25-19 | Police Reform- Puerto Rico | Stay at Hyatt Centric New Orleans APPROVED BY THE COURT | | | $436.59 |
| NOV-26-19 | Police Reform - Puerto Rico | Review, analysis and observations to Monitor's First Report; comm. with Monitor Romero; comm. with Javier González | 10.00 | $175.00 | $1,750.00 |
| NOV-27-19 | Police Reform - Puerto Rico | Review, analysis and observations to Monitor's First Report; comm. with Monitor Romero; comm. with Mr. Javier González | 8.00 | $175.00 | $1,400.00 |
| NOV-29-19 | Police Reform - Puerto Rico | Further Review and observations to Monitor's First Report; comm. with Monitor Romero; comm. with Mr. Javier Gonzalez; comm. with the Court in Compliance with standard TCA requirements | 4.00 | $175.00 | $700.00 |
| NOV-30-19 | Police Reform - Puerto Rico | Comm. With Hernandez Denton Esq.; re: discussions; comm. with Javier González and comm. with the Court in Compliance with standard TCA requirements | 2.00 | $175.00 | $350.00 |
| | | Total hours for this invoice | 50.50 | | |
| | | Total amount of this invoice | | | $9,162.43 |