Al Youngs
5552 W Lakeridge Rd
Lakewood, CO 80227

November 1 - November 30, 2019
Invoice #6
Member of Federal Monitor Team

The following is a detailed statement of the hours worked.

<u>Sunday, November 17, 2019 through Friday, November 22, 2019 site visit to Puerto Rico</u>

Saturday, November 16 and Sunday, November 17, 2019   Prepared for Monitor Team meeting and meetings with the parties.

Monday, November 18, 2019 — Discussion with the Monitor Team members reference: First Monitoring report, Methodology, Document Requests and Monitors preliminary assessment of firearm discharge files.

Tuesday, November19 through Thursday, November 21, 2019 - Meetings with USDOJ, McV, and Monitor Team at PRPB, reference: CIT Pilot Program, additional review of Police shootings, photographs, videos and 253 meeting.

**Total Hours for the above 32 Hours.**

Reviewed and responded to emails for the month of November from members of the Monitor Team, CFRB Reviews, 8 hours

Reviewed 12 Assessment Files regarding Firearm discharge 40 hours

Review of IACP Model Policies and Generally Accepted Police Practices involving the investigations of Police Shootings. Included PERF document on Suicide by Police  3 hours

Reviewed and shared information reference: New California Use of Force Statute, FBI article, New Jersey and Orlando policy concerning police shootings 2 hours

# TOTALHOURS: 85

BILLABLE HOURS: 60 HOURS and 40 MINUTES AT RATE OF $150 PER HOUR = $9,10000

PRO BONO  24 HOURS AND 20 MINUTES

Travel Expenses

- Airfare            $561.50
- Hotel              $712.42

**Total Expenses**      **1,273.92**

Travel Reimbursement      $1000.00

(Pro Bono Expenses)       $273.92

TOTAL WAGES AND EXPENSE REIMBURSEMENT       $10,100

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature  *Alan C. Young*

_11/30/201919_____
Date

# Past Flight

**Nov 17**

## Denver, CO *to* San Juan, PR
**Confirmation # OUPHCP**

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **ALAN YOUNGS**<br>RR 207895671 | + 1,568 PTS | $237.70 |

Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **DEN** *to* **SJU** | 11/17/2019 | Wanna Get Away | $209.00 |
| | | Gov't taxes and fees | $28.70 |
| | | **Total** | **$237.70** |
| | | Total points earned | + 1,568 PTS |

# Past Flight

**Nov 22**

## San Juan, PR *to* Denver, CO
**Confirmation # OVDD2N**

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **ALAN YOUNGS**<br>RR 207895671 | + 2,184 PTS | $324.30 |

Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **SJU** *to* **DEN** | 11/22/2019 | Senior | $291.10 |
| | | Gov't taxes and fees | $33.20 |
| | | **Total** | **$324.30** |
| | | Total points earned | + 2,184 PTS |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 1007

Marriott Rewards #   119330892

CRS Number  88630662

Name:

Arrive:  11-17-19        Time:  20:37        Depart:  11-22-19        Folio Number:  623348

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-17-19 | The Market - Food | 1.12 | |
| 11-17-19 | SALES TAX- 10.5% State | 0.12 | |
| 11-17-19 | SALES TAX- 1% Municipality | 0.01 | |
| 11-17-19 | The Market - Food | 1.79 | |
| 11-17-19 | SALES TAX- 10.5% State | 0.19 | |
| 11-17-19 | SALES TAX- 1% Municipality | 0.02 | |
| 11-17-19 | The Market - Beverage | 2.02 | |
| 11-17-19 | SALES TAX- 10.5% State | 0.21 | |
| 11-17-19 | SALES TAX- 1% Municipality | 0.02 | |
| 11-17-19 | Package | 115.00 | |
| 11-17-19 | Government Tax | 10.35 | |
| 11-17-19 | Hotel Fee | 10.35 | |
| 11-18-19 | The Market - Food | 1.79 | |
| 11-18-19 | SALES TAX- 10.5% State | 0.19 | |
| 11-18-19 | SALES TAX- 1% Municipality | 0.02 | |
| 11-18-19 | Package | 115.00 | |
| 11-18-19 | Government Tax | 10.35 | |
| 11-18-19 | Hotel Fee | 10.35 | |
| 11-19-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 11-19-19 | The Market - Food | 1.79 | |
| 11-19-19 | SALES TAX- 10.5% State | 0.19 | |
| 11-19-19 | SALES TAX- 1% Municipality | 0.02 | |
| 11-19-19 | Package | 115.00 | |
| 11-19-19 | Government Tax | 10.35 | |
| 11-19-19 | Hotel Fee | 10.35 | |
| 11-20-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 1007

Marriott Rewards #   119330892

CRS Number  88630662

Name:

Arrive:   11-17-19            Time:  20:37            Depart:  11-22-19            Folio Number:  623348

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-20-19 | Package | 115.00 | |
| 11-20-19 | Government Tax | 10.35 | |
| 11-20-19 | Hotel Fee | 10.35 | |
| 11-21-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 11-21-19 | COMEDOR- Guest Charge (Dinner) | 11.92 | |
| 11-21-19 | Package | 115.00 | |
| 11-21-19 | Government Tax | 10.35 | |
| 11-21-19 | Hotel Fee | 10.35 | |
| 11-22-19 | COMEDOR- Guest Charge (Breakfast) | 3.50 | |
| 11-22-19 | Visa Card | | 712.42 |
| | Card #  XXXXXXXXXXXX6933 | | |

                                                     Balance                              0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.