# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969
PHONE: 7874731515   Theandgroup.net

## INVOICE

INVOICE NUMBER: 18
INVOICE DATE: NOVEMBER 29, 2019

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| NOV-01-19 | Administrative Director | Work on Accidental Discharges for FPM First report | 4.00 | $85.00 | $340.00 |
| NOV-04-19 | Administrative Director | CIT Training at PRPD Police Academy, Staff Conference Call | 8.00 | $85.00 | $680.00 |
| NOV-05-19 | Administrative Director | CIT Training at PRPD Police Academy | 6.00 | $85.00 | $510.00 |
| NOV-06-19 | Administrative Director | CIT Training at PRPD Police Academy | 6.00 | $85.00 | $510.00 |
| NOV-07-19 | Administrative Director | CIT Training, visit First Hospital Panamericano in Cidra and Veterans Hospital, Work with Invoices Motions. | 7.00 | $85.00 | $595.00 |
| NOV-08-19 | Administrative Director | CIT Training at PRPB Academy, File Invoices to the Court. | 5.00 | $85.00 | $425.00 |
| NOV-11-19 | Administrative Director | Staff Conference Call | 1.50 | $85.00 | $127.50 |
| NOV-13-19 | Administrative Director | Accidental Discharge Review | 3.00 | $85.00 | $255.00 |
| NOV-15-19 | Administrative Director | Review of documents, New Orleans coordination conference call | 3.00 | $85.00 | $255.00 |
| NOV-19-19 | Administrative Director | Meeting with Monitor, Review and signing of Bank Account documents. | 4.00 | $85.00 | $340.00 |
| NOV-20-19 | Administrative Director | Meeting at McV with Survey Company Gaither, | 1.50 | $85.00 | $127.50 |
| NOV-21-19 | Administrative Director | Meeting at PRPB, 253 Meeting, Staff Meeting | 6.00 | $85.00 | $510.00 |
| NOV-22-19 | Administrative Director | Survey Meeting at McV, | 2.00 | $85.00 | $170.00 |
| NOV-25-19 | Administrative Director | Work with 6 month report. | 3.00 | $85.00 | $255.00 |

INVOICE NUMBER: 18

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| NOV-30-19 | Administrative Director | I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as member of the Federal Monitor Team. I further certify that I have not received any income compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies | 0.00 | $85.00 | $0.00 |
| NOV-30-19 | Administrative Director | Hotel for New Orleans Police Department Visit | | | $576.50 |
| NOV-30-19 | Administrative Director | Flight Ticket Purchase for New Orleans Police Department Visit | | | $419.47 |
| | | Total amount of this invoice | | | $6,095.97 |

MESSAGE

Javier B Gonzalez, November 30, 2019

1:15 

 Receipt for Flight to New Orleans 



# Receipt for Itinerary #7495278389581

Dec 4, 2019 - Dec 6, 2019

## Booked Items

**Flight:** San Juan (SJU) to New Orleans (MSY)

Depart: 12/4/2019, 1 one way ticket

**Flight:** New Orleans (MSY) to San Juan (SJU)

Depart: 12/6/2019, 1 one way ticket

Flight Protection Plan

Coverage Dates: 12/4/19 - 12/6/19

## Traveler Information

**Javier B Gonzalez** - Adult

Ticket # 001747654306O

## Cost Summary

**Booked Date:** Nov 18, 2019

| | |
|---|---|
| **Traveler 1: Adult** | $391.22 |
| SJU to MSY | |
| Flight | $119.00 |
| Taxes & Fees | $33.20 |
| MSY to SJU | |
| Flight | $205.82 |
| Taxes & Fees | $33.20 |
| Expedia Booking Fee | $3.25 |
| Travel Protection | $25.00 |
| Total: | **$419.47** |
| Paid: | **$419.47** |

All prices quoted in US dollars.



# Receipt for Itinerary #71001836924747

Dec 4, 2019 - Dec 6, 2019

## Booked Items

**Hotel:** Hyatt Centric French Quarter

800 Iberville Street, New Orleans, LA70112

Check-in: 12/4/2019 | Check-out: 12/6/2019, 1 room| 2 nights

## Traveler Information

**Javier González**

Room 1: Room, 2 Queen Beds

## Cost Summary

**Booked Date:** Nov 30, 2019

| | |
|---|---|
| **Room Price** | $576.50 |
| 2 nights | $247.20 /night |
| Taxes & Fees | $82.10 |

Total: **$576.50**
Collected by Expedia

Paid: **$576.50**
All prices quoted in USD.