John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

November 1 through November 30, 2019

INVOICE # 066                          **TOTAL DUE $13,500**
ACTING FEDERAL MONITOR
NOVEMBER 2019 INVOICE

The following is a detailed statement of the hours worked.
**Sunday, November 17, 2019 through Friday, November 22, 2019 site visit to Puerto Rico**
Sunday, Nov 17th prepared for Monitor Team meeting and meetings with the parties.
Monday, Nov 18th meeting with the Monitor Team to work on First Monitor Compliance Report. Meeting with USDOJ. Meeting with Honorable Judge Gelphi.
Tuesday, Nov 19th continued work on First Monitor report with team. Monitor's Office administrative duties.
Wednesday, Nov 20th meeting with McV, USDOJ and PRPB personnel re: discussion on Monitor' assessment of PRPB firearms discharges
Thursday, Nov 21st PRPB Headquarters re: meeting with USDOJ, McV and Monitor to review FIU files. 253 meeting.
Friday, Nov 22nd meetings with USDOJ, McV and Monitor Team re: Discussion on Surveys/Focus groups

**Hours 38   Minutes 00**

Generated, reviewed and responded to emails (month of November) from the Parties, Monitor Team and Court 16 hrs.
Conference calls with the Monitor Team to discuss First Monitor Report 6 hrs.
Reviewed PRPB's FIU Firearm Discharge Investigations re: Monitor Report. 20 hrs.
Monitor's administrative duties: reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director 12 hrs.
Commenced preparing Monitor's Report. 12 hrs.

**Hours 66   Minutes 00**

**Total Hours   104 Hours**

**BILLABLE HOURS   83 HOURS  20 MINUTES AT RATE OF $150 PER HOUR = $12,500**

Pro Bono   20 hours      40 Minutes

**Expenses:**

Airfare       $ 561.42
Hotel         $ 699.30
Uber, Taxi    $  70.12

**Total Expenses $ 1330.84**

**Reimbursable  $1,000**

(Pro Bono Expenses) $ (330.84)

## Total wages and Expense Reimbursement Due = $13,500

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                               11/30/19
Signature                                               Date

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 1006

Marriott Rewards #   756834271

CRS Number  88648593

Name:

Arrive:  11-17-19          Time:  12:54          Depart:  11-22-19          Folio Number:  623350

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-17-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-17-19 | Package | 115.00 | |
| 11-17-19 | Government Tax | 10.35 | |
| 11-17-19 | Hotel Fee | 10.35 | |
| 11-18-19 | Package | 115.00 | |
| 11-18-19 | Government Tax | 10.35 | |
| 11-18-19 | Hotel Fee | 10.35 | |
| 11-19-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-19-19 | Package | 115.00 | |
| 11-19-19 | Government Tax | 10.35 | |
| 11-19-19 | Hotel Fee | 10.35 | |
| 11-20-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-20-19 | Package | 115.00 | |
| 11-20-19 | Government Tax | 10.35 | |
| 11-20-19 | Hotel Fee | 10.35 | |
| 11-21-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-21-19 | Package | 115.00 | |
| 11-21-19 | Government Tax | 10.35 | |
| 11-21-19 | Hotel Fee | 10.35 | |
| 11-22-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-22-19 | Visa Card | | 717.14 |
| | Card # XXXXXXXXXXXX1287 | | |
| 11-22-19 | Visa Card | | -17.84 |
| | Card # XXXXXXXXXXXX1287 | | |

| LAX | FLL | | |
|---|---|---|---|
| Los Angeles, CA | Fort Lauderdale, FL | Departs | 9:44pm |
| Terminal: 5 | | Arrives | 5:38am |
| | | Flight | 100 |

jetBlue

| FLL | SJU | | |
|---|---|---|---|
| Fort Lauderdale, FL | San Juan, PR | Date | Sun, Nov 17 |
| Terminal: 3 | | Departs | 7:05am |
| | | Arrives | 10:35am |
| | | Flight | 1653 |

jetBlue

| SJU | JFK | | |
|---|---|---|---|
| San Juan, PR | New York, NY | Date | Fri, Nov 22 |
| Terminal: A | | Departs | 3:03pm |
| | | Arrives | 6:00pm |
| | | Flight | 1304 |

jetBlue

| JFK | LAX | | |
|---|---|---|---|
| New York, NY | Los Angeles, CA | Date | Fri, Nov 22 |
| Terminal: 5 | | Departs | 7:40pm |
| | | Arrives | 11:07pm |
| | | Flight | 1623 |

jetBlue

If your booking was made at least 7 days in advance, you may cancel it within 24 hours (by 10/24/2019 09:33 PM EDT) without a cancellation fee. Please click here for details on our change and cancel policies.

## Traveler Details

**JOHN JOSEPH**     Frequent Flier: B6 3486580574

Add Even More Space ▶

*Select cities

## Payment Details

| | | |
|---|---|---|
| XXXXXXXXXXX1372; Credit Card: Visa XXXXXXXXXXX1287 | NONREF - FEE FOR CHG/CXL | $495.02 |
| | Taxes & fees | $66.40 |
| | **Total:** | **$561.42 USD** |

Purchase Date: Oct 24, 2019

Request full receipt

**AVIS**
**Budget**

## The wheel deal.

Save with Avis and Budget when you add a car to your booking, plus drive away with TrueBlue points on every rental.

Add a car ▶

Flight Tracker   |   Bag Info   |   Airport Info

## Stay Connected

 **Download the JetBlue mobile app**

   

 Flights        Hotels