UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

## Minutes of proceedings held on 12/9/2019 and Order approving complete methodology in all 11 Reform Agreement Areas.

A status conference was held on 12/9/2019 before the undersigned. Present for US DOJ were counsel Luis Saucedo and Jorge Castillo. For the Commonwealth, the Attorney General, Denise Longo Quinones, Secretary of Public Safety, Elmer Roman and Commissioner of Police, Henry Escalera were present, as were counsel Arturo J. Garcia, Lizzie Portela and Marcos Rodriguez Ema. For the TCA Office, Monitor John Romero and senior counsel Alfredo Castellanos, as well as members of the Monitor Team.

The conference began at 3:54 PM and concluded at 6:01 PM.  The agenda and letter from former Special Master, Alejandro del Carmen, are appended to these minutes.

The following matters were addressed at the conference:

1. The Court read for the record Special Master Alejandro Del Carmen's letter addressing the culmination of all eleven methodologies. The parties and monitor commended his effort and work which was crucial to brining all to complete consensus.  The final methodologies were approved by the Court and compliance monitoring has begun and can be effectively measured.  The Court also joined in appreciating Dr. Del Carmen's work.

2. The Secretaries of Justice and Public Safety addressed the Court and stressed their commitment.  Upon questions of the Court Secretary Roman informed that the Police Academy class will graduate in February 2020.  At present, a second class is underway and a third one will commence in early 2020.

3. Acting Monitor John Romero informed that the Monitor Office has been set at a new locale.  This will provide staff, public and others a place to work and meet.  The Monitor will be interviewing candidates for the position of general counsel.  For the monitoring phase the overall staff will be reduced from that during the capacity building phase.

4. The parties addressed outcome measures and assessment as per Paragraph 243 of the Agreement.  They will continue to discuss and expect to agree as to measures by mid 2020.

5. The parties will submit a joint IT plan in early 2020.  DSP will be engaging data management experts to develop data source points.  USDOJ stressed again the importance of IT to the Reform as it permeates all of its areas.

6. The Monitor will submit to the parties for review his 2019 end of the year monitoring report on or before February 15, 2020.  The court, on its initiative, extended the original deadline so as to allow PRPB to furnish some additional data that was required by the monitor.  Now that the methodologies have been approved, the Monitor will also be able to fully dedicate himself to the task.  This first monitoring report will address two areas: policies developed in the eleven areas of the Agreement, and, officer involved shootings from October 2018 until June 2019.  This extended deadline will not affect those for the 2020 reports.

7. As per Paragraph 241 of the Agreement the Monitor in 2020 will continue to develop and engage in community surveys.

8. The PRPB and Monitor discussed the value and lessons learned in their recent visit to the New Orleans Police Department.

9. The parties will discuss with the Monitor the 2020 election year ban as well as promotion issues. Senior Counsel Alfredo Castellanos, who is most familiar with the election ban matter having worked with the same in 2016, was designated to assist PRPB.  The Court will hold a status conference in January 2020 when the parties so request to address both matters.

10. The parties  informed the Court that capacity building in limited IT areas continues to be addressed.  The court has by exception extended the period solely as to this.

11. The parties informed that PRPB's receipt of federal asset forfeiture funds is no longer an issue, having been resolved.

12.  The Court asked the parties to recommend to the Court a new Special Master to commence work in early 2020.

The minutes of these proceedings will be promptly transcribed and made part of the record.

S/ GUSTAVO A. GELPI  
Gustavo A. Gelpi  
U.S. District Judge