November 6, 2019

The Honorable Gustavo Gelpi
United states District Court, Puerto Rico
Jose V. Toledo U.S. Courthouse
San Juan, Puerto Rico 00901

Dear Judge Gelpi,

      Earlier this year, the court asked that in my role as a special master, I coordinate efforts to bring all of the parties together along with the federal monitor in order to achieve consensus in all 11 methodological areas of the police reform case. I am pleased to inform you that despite unprecedented historical events that affected Puerto Rico, consensus was achieved in all 11 areas of the methodology. This is an achievement that could not have taken place without the hard work of all involved. Specifically, I wish to acknowledge the efforts made by the monitor and his team, the USDOJ and the Commonwealth attorneys and staff.

      The consensus achieved in the 11 areas of the agreement was as a direct result of long hours of hard work by all involved. It is historical in nature, since the fact that all parties agreed on the manner in which the police bureau will be evaluated, suggests that the monitoring of all 11 areas will have clearly defined parameters. In short, it will minimize validity and reliability issues regarding data management and analysis. Specifically, the consensus will allow the monitor to objectively evaluate the progress being made by the Puerto Rico Police Bureau. Furthermore, the fact that all have agreed to the methodology regarding the manner in which the police bureau will be evaluated, is going to, in all likeliness, minimize future disagreements on the monitor's findings and reports.

      I appreciate the opportunity to have been part of this historical achievement in my role as a special master and I remain optimistic that the Puerto Rico Police Bureau will, in the future, set national standards for its transparency, professionalism and excellence.

Sincerely,

Alejandro del Carmen, Ph.D.
Criminologist