# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   v.

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

**CASE NO. 12-2039 (GAG)**

## ORDER

The Court notes that on this same date it appointed counsel to the Monitor, Alfredo Castellanos, as the Joint Compliance Coordinator (Monitor) in Civil No. 99-1435(GAG) (Order at Docket No. 2674). As such, counsel Castellanos will continue to serve in this case, however as Senior Counsel to the Monitor (see Minutes at Docket No. 1388), in specific matters designated by the Court, which are either complex or require certain expertise acquired in this case.

Retired Justice Federico Hernandez Denton is also formally designated as Senior Counsel to the Monitor.

As indicated in the minutes at Docket No. 1388, the Court expects the Monitor and parties to recommend to the Court during the month of January one or more vetted candidates to serve as general Counsel to the Monitor. It is ultimately the intention of the Court that the person ultimately selected will perform most of the legal work necessary for the Monitor, while Senior Counsel will be available on as needed basis.

In San Juan, Puerto Rico this 19th day of December, 2019.

                                   *s/ Gustavo A. Gelpí*
                                   GUSTAVO A. GELPI
                                United States District Judge