# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**                                            CASE NO. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO, et al.,**

   **Defendants.**

## MINUTES OF PROCEEDINGS

A telephone conference was held before the undersigned on this date, start time 3:00 p.m. and end time at 3:30 p.m. In attendance, attorneys Luis Saucedo, Arturo Garcia and Lizzie Portela.

The parties informed the Court that they would work together on finalizing the promotions policy. They received a draft from the Assistant Special Master. The parties expect to present a final joint draft to the Monitor, for final approval by the Court. The final policy is ideally expected to be submitted by late January/early February 2020. The Court approved the request for extension.

The Court further reminded the parties to vet candidates for general counsel to the Monitor and Special Master to ideally commence no later than March 1, 2020.

A status conference will be held when the Monitor and parties are in Puerto Rico in January 2020.

In San Juan, Puerto Rico this 20th day of December, 2019.

                                             *s/ Gustavo A. Gelpí*
                                             GUSTAVO A. GELPI
                                           United States District Judge