OFFICE OF THE FPMPR LLC.
B 5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

January 9, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for December 2019:

| NAME | AMOUNT | MONTH |
|------|--------|-------|
| John Romero | $17,249.19 | December 2019 |
| Castellanos Group P.S.C. | $ 4,003.75 | December 2019 |
| P.D.C.M. Associates S.E. | $ 2,857.42 | December 2019 |
| The & Group LLC (Javier González) | $ 5,100.00 | December 2019 |
| YourMembership.com | $    200.00 | December 2019 |
| Viota & Associates CPA LLC | $  1,440.00 | December 2019 |
| Donald S. Gosselin | $10,100.00 | December 2019 |
| Al Youngs | $10,100.00 | December 2019 |
| Rafael E. Ruiz | $10,100.00 | December 2019 |
| Scott Cragg | $10,100.00 | December 2019 |
| Office of the FPMPR LLC. | $  1,000.00 | December 2019 |
| TOTAL: | $72,250.36 | December 2019 |

**INVOICE 0058 FOR PROFESSIONAL SERVICES; DEC 1 – 27, 2019**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **Interim Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of December 2019 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work performed on-site in Puerto Rico | | 10.5 | 11-Dec | $1,575.00 |
| | | 8 | 12-Dec | $1,200.00 |
| Net hours in PR | | 18.5 | | $2,775.00 |
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ. Subjects include; monitoring, joint motions, final methodologies, IT Strategy, mtg agendas | 7.25 | | | $1,087.50 |
| Monitors Teleconferences | 1.25 | | | $187.50 |
| On-Site monitoring planning and prep, interview approach and strategy, questions, logistics | 5.50 | | | $825.00 |
| Monitoring - Review Methodology, Policy Boxes Search & Seizure | 1.75 | | | $262.50 |
| DoJ provided Materials - COPS tech Guide for IT, DOJ Opinion on PRPB IT Strategy | 5.25 | | | $787.50 |
| Review translated PRPB 6-month Report | 2.25 | | | $337.50 |
| Prep data request against claims in 6-month report in the Action Plan tables, reconcile against methodologies and Decree | 9.25 | | | $1,387.50 |
| Action Item from DOJ - Scott to review due dates in IT Action Plan to gauge status of completion, reconcile against Decree, 6 Month report and final methodology in order to generate Document /Data Requests | 8.25 | | | $1,237.50 |
| Review of PRPB provided documents 12/20 | 1.50 | | | $225.00 |

| | | | | |
|---|---|---|---|---|
| Net Hours US | 42.25 | | | $6,337.50 |
| | | | | |
| **TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr.** | | 18.50 | | **$2,775.00** |
| **TOTAL OF BILLABLE HOURS IN US @ $150/hr.** | | 42.25 | | **$6,337.50** |
| **Subtotal - Labor** | | | | **$9,112.50** |
| **Uncompensated Labor** | | | | |
| **Net Allowable Labor** | | | | **$9,100.00** |
| **Airfare** | | | | **$582.91** |
| **Hotel** | | | | **$274.40** |
| **Meals** | | | | **$60.62** |
| **Cab fares/POV mileage/pkg** | | | | **$124.99** |
| **Sub-total Expenses** | | | | **$1,042.92** |
| **Uncompensated Expenses** | | | | |
| **Net Allowable Expenses** | | | | **$1,000.00** |
| **Total  Cost** | | | | **$10,155.42** |
| **Allowable Fee** | | | | **$10,100.00** |

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Core Team

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0807
Room Type: EKNG
No. of Guests: 1
Rate: $  115.00  Clerk: 8

Marriott Rewards #    797225828

CRS Number  71281613

Name:

Arrive:  12-10-19          Time:  23:59          Depart:  12-12-19          Folio Number:  627137

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 12-10-19 | Package | 115.00 | |
| 12-10-19 | Government Tax | 10.35 | |
| 12-10-19 | Hotel Fee | 10.35 | |
| 12-11-19 | Package | 115.00 | |
| 12-11-19 | Government Tax | 10.35 | |
| 12-11-19 | Hotel Fee | 10.35 | |
| 12-12-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 12-12-19 | Visa Card | | 287.24 |
| | Card # XXXXXXXXXXXX6833 | | |
| 12-12-19 | Visa Card | | -12.84 |
| | Card # XXXXXXXXXXXX6833 | | |
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status,
plus enjoy exclusive member offers.  Enroll today at the front desk.

## Reservation Overview

### Reservation Details

**Reservation ID:** 7156803
**Reservation Made By:** Scott Cragg
**Reservation Status:** Open
We have sent you a copy of this transaction to the email provided on checkout

### Parking Lot Details

**Embassy Suites Crystal City Hotel**
1300 Jefferson Davis Highway / 1402 S Eads St, Arlington, VA, US, 22202
703-979-9799

### Your Parking Details

Person Parking: scott cragg
Check-in: 12/10/2019 04:15 PM
Check-out: 12/13/2019 11:00 PM
Parking Duration: 4 Days of parking
Parking Type: Self Covered

You can present an electronic copy of this receipt at the parking lot

## Payment Breakdown

| | |
|---|---|
| Parking Price (4 Days of parking) | $40.00 |
| Lot Taxes & Fees* | $5.00 |
| Service Fee | $5.99 |
| | |
| **Total** | **$45.99** |
| **You Paid** | **$45.99** |
| **Remaining Due at Parking Lot** | **$0.00** |

*Lot Taxes & Fees Include the Following
Airport Access Fee ... $5.00

---

For Parking

**Payment Su**

Amount Paid w
$0.00 Remainin
$10.00 Guarant

**Cashier Inst**

Cashier: This is
matches the iti

## FIXED RATES | TARIFAS FIJAS

**FROM AIRPORT TO YOUR DESTINATION** | **DESDE EL AEROPUERTO HACIA SU DESTINO**



License plate / Tablilla:
Passengers / Personas:

| | | | Base price Precio base |
|---|---|---|---|
| ZONE ZONA | | Isla Verde | $12 |
| ZONE ZONA | | Ocean Park Condado Miramar Santurce | $17 |
| ZONE ZONA | 4 | Old San Juan & Piers | $21 |
| ZONE ZONA | 5 | Convention Center Hyatt House Isla Grande Airport Sheraton Convention Center | $17 |

### AREAS OF INTEREST / ÁREAS DE INTERÉS

| | | | |
|---|---|---|---|
| $16 | Coliseo José Miguel Agrelot | $20 | Plaza Las Américas |
| $16 | Plaza Carolina | $15 | The Mall of San Juan |

**+ APPLICABLE RATES / CARGOS APLICABLES**

 $1   Luggage charge will apply to each additional item.
Aplica cargo por maleta a cada pieza adicional.

$0   Accesories for disabled person are free of charge.
Accesorios de personas impedidas son libre de costo.

 $2   Extra charge for 6th-7th passenger.
Cargo adicional por 6to-7mo pasajero.

$1   Late night charge (10PM-6AM).
Cargo nocturno (10PM-6AM).

 $3   Airport fee
Cargo del Aeropuerto

\*   PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS

TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO ESTÁN INCLUIDOS

Rates approved by:
Tarifas aprobadas por:

**This is NOT a receipt, keep it for your reference / Esto no es un recibo, manténgalo para su referencia.**

Thank you for shopping at
COOPERATIVA DE SERVICIOS
Custo 00-0000000
CASH SALES
JAMON,QUESO Y HUEVO
    1.000    3.300    3.30

      ***** VENTA CASH *****
        Net Trans:      3.30
        Discount:       0.00
        SubTotal:       3.30
        State Tax:      0.20
        City Tax:       0.03
     Tot Sales Tax:     0.23
       Trans Total:     3.53

      Amt Tendered:    20.55
      Change Due:      17.02

Station House Garage
701 2nd Street, NE
Washington, DC  20002
Phone: 202-544-4649
Laz Parking Management
Rcpt# 15782
12/10/19 15:47    L# 2 A#  1   Txn#122945
12/10/19 07:37 In  12/10/19 15:47 Out
Tkt# 141126
new rate        $   15.00
Total Fee       $   15.00
Alt Paymt   1   $   15.00
XXXXXXXXXXXXt833
Approval No. :02488D
Reference No. :121430

Subway#47041-0 Phone 202-216-9310
         50 MASS. AVE NE
       WASHINGTON , DC, 20002
    Served by: BOO 12/10/2019 11:42:56 am
        Term ID-Trans# 1/A-591443

Qty Size Item                      Price
--- ---- ----                      -----
 1   12" Subway Club Sub            8.49
 1      -Fresh Value Meal (20/21-   2.99
        - -20oz Fountain Drink
        - -Chips
 1      Bag Fee                     0.05

Sub Total                          11.53
DC TAX (10%)                        1.15
Total (Eat In)                     12.68
Cash                               13.00
Change                              0.32
If its not right,I will make right
Email amer@msn.com

---

            Luis Munoz Marin Int. Airport
                   Carls Jr TA
                   Teminal A
Host: Gina                      12/12/2019
2                                  5:35 PM
                                     30047

SM CB Chicken Tender 3                9.59
  Small Fries
  Coke 20z
  Chicken Tender 3
    Honey Mustard Sauce

Subtotal                              9.59

REDUC Tax                             0.58

MUN Tax                               0.10

Total Tax                             0.68

To Go Total                       10.27

Thank you for shopping at
COOPERATIVA DE SERVICIOS
Custo 00-0000000
CASH SALES
JAMON,QUESO Y HUEVO
    1.000    3.300    3.30
PAPAS FRITAS
    1.000    1.750    1.75
JUGOS COOL RIVER C PATTA
    1.000    1.350    1.35

      ***** VENTA CASH *****
        Net Trans:      6.40
        Discount:       0.00
        SubTotal:       6.40
        State Tax:      0.38
        City Tax:       0.06
     Tot Sales Tax:     0.44
       Trans Total:     6.84

      Amt Tendered:    20.00
      Change Due:      13.16

Thank            VENTA
Y001201    12/12/2019
Y106       12:44:00PM

Rafael E. Ruiz
12 Crestshire Dr.
Lawrence, MA 01843

# INVOICE # 2019-11

DATE: 12/31/19

TO:   John Romero
      Acting Federal Monitor, PR/USDOJ

For service: December 1st-31st, 2019

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Site visit to PR December 9th through Dec. 12th | 38 hrs. | $150/hr. | $5,700.00 |
| Work from home on CMR-01, Policies and Procedures, Prep of data requests to PR, translate all the TEAM's Requests to Spanish, various teleconferences with the TEAM, Emails to/from Parties, Monitor | | | |
| Total of 30.5 hours worked; total pro-bono hours = 7.83 | | | |
| **SUB-TOTAL HOURS BILLED** | 22.67 | $150/hr. | $3,400.00 |

### SUB-TOTAL BILLED                                    $9,100.00

## Travel expenses:
|  | | | |
|---|---|---|---|
| JetBlue: | $362.40 | | |
| Marriott Hotel: | $739.30 | | |
| TOTAL Expenses | $1,101.70; | Sub-total billed | $1,000.00 |

## TOTAL BILLED        $10,100.00

*Rafael E Ruiz*                                    Date: December 31, 2019
Rafael E. Ruiz

Al Youngs
5552 W Lakeridge Rd
Lakewood, CO 80227

December 1 – December 31, 2019
Invoice #7
Member of Federal Monitor Team

The following is a detailed statement of the hours worked.

<u>Sunday, December 8, 2019 through Friday, December 13, 2019 site visit to Puerto Rico</u>

Saturday, December 7 and Sunday, December 8, 2019 Prepared for Monitor Team meeting and meetings with the parties.
Monday, December 9, 2019 — Discussion with the Monitor Team members and U.S. DOJ reference: First Monitoring Report, Methodology, Document Requests, Assessment of Firearm Discharge Report, and status hearing. Status hearing was held at the Old San Juan Federal Court with the Parties and Honorable Judge Gelpi.

Tuesday, December 10 through Thursday, December 12, 2019 - Meetings with USDOJ, McV, and Monitor Team at PRPB reference: Methodologies.  Additional meetings were held reference: Community Surveys, vendors and status.  Week was concluded with a 253 meeting on Thursday with the Parties.

**Total Hours for the above 37 Hours.**

Reviewed and responded to emails and conference calls for the month of December from members of the Monitor Team reference Methodology questions and format. 6 hours

Developed questions for Supervision and Management in English and Spanish. Reviewed other Monitor requests for their respective Methodologies. 8 hours

Review of IACP Model Policies and Generally Accepted Police Practices involving Supervision and Management. 3 hours

Reviewed new publication by PERF reference developing Sergeant and Supervisor positions in Police Organizations. 3 hours

Reviewed and distributed to other Monitors PERF report on Preventing Suicides and Suicide by Cop; New case studies. 3 hours

Reviewed revised duties and responsibilities of Denver Police Dept including Chief of Police and Command Staff. 2 hours

Reviewed final Monitor requests for PRPB after discussions reference the areas to be monitored. 3 hours

Reviewed and distributed to Monitors report on shooting at Washington Naval Yard. 2 hours

Reviewed bi-annual status report submitted by PRPB 3 hours

## TOTALHOURS:  70

## BILLABLE HOURS: 60 HOURS and 40 MINUTES AT RATE OF$150 PER HOUR = $9,100

PRO BONO 9 HOURS AND 20 MINUTES

Travel Expenses

- Airfare      $627.00
- Hotel        $758.79

**Total Expenses**    **$1,385.79**

Travel Reimbursement    $1,000.00

(Pro Bono Expenses)    $385.79

## TOTAL WAGES AND EXPENSE REIMBURSEMENT          $10,100

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature

_____
12//28/2019
Date

# COURTYARD
## Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00  Clerk: 8

Marriott Rewards #   119330892

CRS Number 71226845

Name:

Arrive:   12-08-19          Time:  20:52          Depart:  12-13-19          Folio Number:  627130

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 12-08-19 | COMEDOR- Guest Charge (Dinner) | 20.05 | |
| 12-08-19 | Package | 115.00 | |
| 12-08-19 | Government Tax | 10.35 | |
| 12-08-19 | Hotel Fee | 10.35 | |
| 12-09-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 12-09-19 | COMEDOR- Guest Charge (Dinner) | 47.24 | |
| 12-09-19 | Package | 115.00 | |
| 12-09-19 | Government Tax | 10.35 | |
| 12-09-19 | Hotel Fee | 10.35 | |
| 12-10-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 12-10-19 | Package | 115.00 | |
| 12-10-19 | Government Tax | 10.35 | |
| 12-10-19 | Hotel Fee | 10.35 | |
| 12-11-19 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 12-11-19 | Package | 115.00 | |
| 12-11-19 | Government Tax | 10.35 | |
| 12-11-19 | Hotel Fee | 10.35 | |
| 12-12-19 | Package | 115.00 | |
| 12-12-19 | Government Tax | 10.35 | |
| 12-12-19 | Hotel Fee | 10.35 | |
| 12-13-19 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 12-13-19 | Master Card / Euro Card | | 758.79 |
| | *Card # XXXXXXXXXXXX8524* | | |

# COURTYARD
## Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 8

Marriott Rewards #   119330892

CRS Number 71226845

Name:

Arrive:   12-08-19          Time:  20:52          Depart:  12-13-19          Folio Number:  627130

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status,
plus enjoy exclusive member offers.  Enroll today at the front desk.

# Past Flight

Dec 8
## Denver, CO *to* San Juan, PR
### Confirmation # OUL5HW

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **ALAN YOUNGS**<br>RR 207895671 | + 2,184<sup>PTS</sup> | $319.80 |

Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **DEN** *to* **SJU** | 12/08/2019 | *Senior* | $291.10 |
| | | *Gov't taxes and fees* | $28.70 |

**Total** **$319.80**
Total points earned + 2,184<sup>PTS</sup>

# Past Flight

Dec 13

## San Juan, PR *to* Denver, CO
### Confirmation # NHKFPP

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **ALAN YOUNGS**<br>RR 207895671 | **+ 2,055**PTS | $307.20 |

Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **SJU** *to* **DEN** | 12/13/2019 | *Wanna Get Away* | $274.00 |
| | | *Gov't taxes and fees* | $33.20 |

**Total** **$307.20**
Total points earned    + 2,055PTS

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

December 4 through December 7, 2019

SUPPLEMENTAL INVOICE # 005          **TOTAL REIMBURSEMENT DUE $ 3749.19**
ACTING FEDERAL MONITOR
 NEW ORLEANS SITE VISIT WITH NOPD

**Thursday, December 5**     8hrs
**Friday, December 6**        4hrs

**Total Hours: 12hrs x $150 = $1,800**

**EXPENSES:**

Airfare        $ 666.91
Hotel         $ 1178.28
Uber          $  104.00
**Total Expenses: $ 1949.19**

## Total Reimbursement Due = $3749.19

**I hereby certify that the amount billed in this invoice is true and correct and
responds to the number of hours worked in my capacity as Acting Federal
Monitor. I further certify that I have not received any income, compensation, or
payment for services rendered under a regular employment or contractual
relationship with the Commonwealth, or any of its departments, municipalities
or agencies.**

_____                    _____
Signature                                          Date

# American

Hello JOHN JOSEPH ⌄

(/homepage.do)

# Your trip is booked

Once ticketed, we'll email your confirmation and you can print your receipt (usually within 3 hours).

Record Locator: **XFAYRO**

Trip name: **SNA/MSY** Edit

## Your trip from SNA to MSY to SJU
$ 624.74

**DEPART**
## SNA to MSY
Wed, Dec 4, 2019
**10:46 AM → 7:02 PM**

**DEPART**
## MSY to SJU
Sat, Dec 7, 2019
**12:33 PM → 11:35 PM**

View trip details, request upgrades, change seats and more.

**Manage your trip**



## Need more miles?
Purchase the miles you need to reach your next award and be on your way!

Buy miles⊠
(https://buymiles.americanairlines.com/en/buygift?
c=AAC_AwrdPthFin_EN.US_BUY.C_FinishPageModule_adabove)



## Travel with benefits
Get your first checked bag free on domestic itineraries with this credit card offer.

Card offer details⊠
(https://creditcards.aa.com/citi-platinum-
card-american-airlines-bp/?
utm_medium=referral&utm_source=aa&utm

## Search hotels

 Gmail

John Romero <jrrjjr.romero@gmail.com>

---

**Here is your new travel insurance policy (ref:AMR00084412863)**

---

**Allianz Global Assistance** <donotreplypolicy@allianzassistance.com>
Reply-To: <donotreplypolicy@allianzassistance.com>
To: <JRRJJR.ROMERO@gmail.com>

Wed, Nov 13, 8:58 AM



How can we help?

## Thanks for choosing Allianz Global Assistance

Here's your important policy information.

Hi JOHN,

Thanks for protecting your upcoming travel plans with us. More than 35 million U.S. customers trust Allianz Global Assistance each year — so travel confidently knowing you're in good company.

**You can access your policy document here,** which includes your Letter of Confirmation, Certificate of Insurance/Policy, and Emergency Assistance Card. You'll want to keep it handy so download and save to your device, or print and stow it in your travel bag.

Please **check out our FAQs** or **contact us** if you have any questions. We're also here to help if your travel plans change and you need to update your policy or add coverage.

Thanks again for protecting your trip with us, and don't forget to **download your free TravelSmart**

**app** to manage your policy on the go, find local emergency services wherever you are, and

### About your new policy

**Policy:**
Deluxe Domestic Trip Protector II

**Policy No.:**
AMR00084412863

**Total amount paid:**
$42.17

**Purchase date:**
November 13, 2019

**Effective date:**
November 14, 2019

**Travel dates:**
December 4, 2019–December 7, 2019

**Manage My Policy**

MARRIOTT

**NEW ORLEANS MARRIOTT**

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 2522 | ROMERO/JOHN | 319.00 | 12/07/19 | 13:41 | 12408 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| VKR | 2301 PACIFIC AVE | | 12/04/19 | 20:35 | |
| TYPE | COSTA MESA CA 92627 | | ARRIVE | TIME | |
| 85 | | PASSPORT: | | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX1287 PAYMENT | | | MBV#: XXXXX4271 |

| DATE | REFERENCES | | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|---|
| 12/04 | ROOM | 2522, 1 | | 319.00 | | |
| 12/04 | SALES TX | 2522, 1 | | 30.15 | | |
| 12/04 | OCC FEE | 2522, 1 | | 3.00 | | |
| 12/04 | TRSM FEE | 2522, 1 | | 5.58 | | |
| 12/04 | CITY TAX | 2522, 1 | | 15.95 | | |
| 12/05 | GREATRM | 49322522 | | 34.00 | | |
| 12/05 | ROOM | 2522, 1 | | 339.00 | | |
| 12/05 | SALES TX | 2522, 1 | | 32.04 | | |
| 12/05 | OCC FEE | 2522, 1 | | 3.00 | | |
| 12/05 | TRSM FEE | 2522, 1 | | 5.93 | | |
| 12/05 | CITY TAX | 2522, 1 | | 16.95 | | |
| 12/06 | ROOM | 2522, 1 | | 319.00 | | |
| 12/06 | SALES TX | 2522, 1 | | 30.15 | | |
| 12/06 | OCC FEE | 2522, 1 | | 3.00 | | |
| 12/06 | TRSM FEE | 2522, 1 | | 5.58 | | |
| 12/06 | CITY TAX | 2522, 1 | | 15.95 | | |
| 12/07 | CCARD-VS | | | | 1178.28 | |
| | SETTLED TO: | VISA | XXXXXXXXXXXX1287 | | | |
| 12/07 | CASH | | | .00 | | |
| | | | | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Reward benefits.**

MARRIOTT

NEW ORLEANS MARRIOTT
555 CANAL STREET
NEW ORLEANS LA 70130

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

 Gmail

John Romero <jrrjjr.romero@gmail.com>

**Thanks for tipping! We've updated your Wednesday evening trip receipt**
1 message

**Uber Receipts** <uber.us@uber.com>
To: jrrjjr.romero@gmail.com

Wed, Dec 4, 2019 at 9:18 PM

---

## Uber

Total: $42.18
Wed, Dec 04, 2019

# Thanks for tipping, John

Thanks for tipping! We've updated your Wednesday evening trip receipt



# Total                          $42.18

| | |
|---|---|
| Trip Fare | $27.55 |
| Subtotal | $27.55 |
| Tolls, Surcharges, and Fees ⑦ | $7.60 |
| Tip | $7.03 |
| Amount Charged | |
|  Apple Pay  Switch | $35.15 |

 **Apple Pay**  Switch                                    $7.03

Trip ID: 28c285bd-b332-4c76-9704-1aa6e3ac00b5

## You rode with Lynette

 

Has passed a multi-step safety screen

4.88★ Rating

How was your ride?



Lynette is known for:
Excellent Service

CPNC and/or License plate #: H443247

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

15.72 mi | 25 min

■     08:06pm
      1 Terminal Drive, Kenner, LA

▮     08:32pm
      New Orleans, LA

 Gmail

**John Romero <jrrjjr.romero@gmail.com>**

## Thanks for tipping! We've updated your Thursday morning trip receipt
1 message

**Uber Receipts** <uber.us@uber.com>
To: jrrjjr.romero@gmail.com

Thu, Dec 5, 2019 at 7:46 AM

## Uber

Total: $20.20
Thu, Dec 05, 2019

# Thanks for tipping, John

Thanks for tipping! We've updated
your Thursday morning trip receipt



# Total

# $20.20

| | |
|---|---|
| Trip Fare | $11.12 |
| Subtotal | $11.12 |
| Wait Time ⓘ | $0.67 |
| Tolls, Surcharges, and Fees ⓘ | $3.41 |
| Tip | $5.00 |

Amount Charged

 Apple Pay  Switch

$15.20

 Apple Pay  Switch                                    $5.00

A temporary hold of $14.53 was placed on your payment method •••• 4537 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

Trip ID: 09abfc3d-8f4b-41d2-a28e-f98e911685d8

# You rode with Donna



Has passed a multi-step safety screen

4.89★ Rating

Donna is known for:
Excellent Service

How was your ride?



CPNC and/or License plate #: ILUHGOD

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

5.27 mi | 17 min

■   08:15am
    New Orleans, LA

↓   08:32am
    4716 Paris Ave, New
    Orleans, LA

 Gmail

John Romero <jrrjjr.romero@gmail.com>

## Thanks for tipping! We've updated your Saturday morning trip receipt
1 message

Uber Receipts <uber.us@uber.com>
To: jrrjjr.romero@gmail.com

Sat, Dec 7, 2019 at 7:22 AM

**Uber**

Total: $41.62
Sat, Dec 07, 2019

# Thanks for tipping, John

Thanks for tipping! We've updated
your Saturday morning trip receipt



| Total | $41.62 |
|---|---|
| Trip Fare | $31.05 |
| Subtotal | $31.05 |
| Tolls, Surcharges, and Fees ⓘ | $3.64 |
| Tip | $6.93 |

Amount Charged

| | | |
|---|---|---|
| Pay | Apple Pay  Switch | $34.69 |
| Pay | Apple Pay  Switch | $6.93 |

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

December 1 through December 31, 2019

INVOICE # 067                 **TOTAL DUE $13,500**
ACTING FEDERAL MONITOR
DECEMBER 2019 INVOICE

The following is a detailed statement of the hours worked.
**Sunday, December 8, 2019 through Thursday, December 12, 2019 site visit to Puerto Rico**
Sunday, Dec 8 prepared for Monitor Team meeting and meetings with the parties.
Monday, Dec 9 meeting with the Monitor Team to work on document request relative to CMR-2 and to address internal monitor team issues.  Meeting with parties re: Status Conference preparation. Status Conference with Honorable Judge Gelpi at Federal Court OSJ
Tuesday, Dec 10 meeting with Monitor Team, USDOJ, McV, PRPB re: data request at PRPB H.Q.
Wednesday, Dec 11 PRPB Headquarters re: meeting with parties on data request.
Thursday, Dec 12 meetings with USDOJ, McV and Monitor Team re: data request and 253 meeting.

**38 Hours 00 Minutes**


Prepared comments for Status Hearing 3 hrs.
Generated, reviewed and responded to emails/texts (month of December) from the Parties, Monitor Team, Court. 16 hrs.
Additional Conference calls with the Parties during the month of December 4 hrs.
Conference calls with the Monitor Team to discuss data request for CMR-2.  6 hrs.
Conference calls with Monitor Team to discuss "First Monitor Report" 4 hrs.
Prepared data request relative to use of force for CMR-2 report 2 hrs.
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director 20 hrs.


**55 Hours   00 Minutes**

**BILLABLE HOURS    83 HOURS  20 MINUTES AT RATE OF $150 PER HOUR = $12,500**

Pro Bono    9 Hours     40 Minutes


**Expenses:**

Airfare        $ 251.21
Hotel          $ 911.81
Uber, Taxi     $ 103.50

**Total Expenses $ 1266.52**

**Reimbursable   $1,000**

(Pro Bono Expenses) $ 266.52

## Total wages and Expense Reimbursement Due = $13,500

I hereby certify that the amount billed in this invoice is true and correct and responds to the
number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not
received any income, compensation, or payment for services rendered under a regular employment
or contractual relationship with the Commonwealth, or any of its departments, municipalities or
agencies.

_____                              _Dec 28, 2019_

Signature                                            Date

Report Website Problem ↓

# Itinerary confirmation

Download to calendar

## You're all set to jet!

## Confirmation code: CYIDMM

MANAGE BOOKING  >

## Travelers

**Mr. John Joseph Romero**

| Flight | Ticket number | 2792139383707 | |
|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | |
| | | **SJU ⊘ JFK** | **JFK ⊘ LAX** |
| | Seat | 30D | 8D |
| | Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| San Juan, PR (SJU) | New York-Kennedy, NY (JFK) | **Flight 1304** | **Fare: Blue** |
|---|---|---|---|
| Fri Dec 13 2019, **3:21 PM** | Fri Dec 13 2019, **6:18 PM** | JetBlue | Nonstop |
| A321 | | | |

| New York-Kennedy, NY (JFK) | Los Angeles, CA (LAX) | **Flight 1623** | **Fare: Blue** |
|---|---|---|---|
| Fri Dec 13 2019, **7:40 PM** | Fri Dec 13 2019, **11:07 PM** | JetBlue | Nonstop |
| A321/Mint | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $218.01 | $33.20 | $251.21 | x 1 | $251.21 USD |

+ **SJU - LAX: Blue fare rules**

| | | |
|---|---|---|
| | **Total fare:** | **$251.21 USD** |

## Extras

+ **Seats**

+ **Bags**

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $  115.00  Clerk: 1006

Marriott Rewards #   756834271

CRS Number 71233711

Name:

Arrive:  12-07-19          Time:  23:19          Depart:  12-13-19          Folio Number:  627131

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 12-07-19 | Package | 115.00 | |
| 12-07-19 | Government Tax | 10.35 | |
| 12-07-19 | Hotel Fee | 10.35 | |
| 12-08-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 12-08-19 | Package | 115.00 | |
| 12-08-19 | Government Tax | 10.35 | |
| 12-08-19 | Hotel Fee | 10.35 | |
| 12-09-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 12-09-19 | Laundry - Dry Cleaning | 25.81 | |
| 12-09-19 | COMEDOR- Guest Charge (Dinner) | 44.00 | |
| 12-09-19 | Package | 115.00 | |
| 12-09-19 | Government Tax | 10.35 | |
| 12-09-19 | Hotel Fee | 10.35 | |
| 12-10-19 | COMEDOR- Guest Charge (Breakfast) | 3.48 | |
| 12-10-19 | COMEDOR- Guest Charge (Breakfast) | 2.68 | |
| 12-10-19 | Package | 115.00 | |
| 12-10-19 | Government Tax | 10.35 | |
| 12-10-19 | Hotel Fee | 10.35 | |
| 12-11-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 12-11-19 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 12-11-19 | Package | 115.00 | |
| 12-11-19 | Government Tax | 10.35 | |
| 12-11-19 | Hotel Fee | 10.35 | |
| 12-12-19 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 12-12-19 | Package | 115.00 | |
| 12-12-19 | Government Tax | 10.35 | |

**COURTYARD**
*Marriott*

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Marriott Rewards #    756834271

Name:

Arrive:  12-07-19          Time:  23:19          Depart:  12-13-19

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate:  S   115.00  Clerk: 1006
CRS Number  71233711

Folio Number:  627131

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 12-12-19 | Hotel Fee | 10.35 | |
| 12-12-19 | Visa Card | | 911.81 |
| | Card #  XXXXXXXXXXXX1287 | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

Donald S. Gosselin, Esq.
83 Bow Ridge Rd.
Lynn, MA. 01904

December 1 - 24, 2019

INVOICE # 1125                          **TOTAL DUE $10,100.00 USD**
December 2019 INVOICE

The following is a detailed statement of the hours worked.

**Sunday 1 DEC 2019 to 8 DEC 2019 (worked performed in CONUS)**
- Review all data collected from PRPB to date, determine gaps
- Team teleconference and multiple correspondences
- Review multiple versions of agenda for December Trip during week prior to trip
- Prepare Logistics for Trip on 8 December 2019
- Multiple teleconferences, emails and texts with Team Members
  **16 hours total @ $150 = $2,400**

**Sunday, 8 DEC 2019 to Thursday, 12 December 2019 (Work performed in P.R.)**
- Travel from BOS to SJU arrival on 8 DEC in advance of SJU meetings.
- Internal Team Meetings, Pre-Status Hearing Meeting w/PRPB Legal Counsel
- Status Hearing w/Court
- Multiple meetings over successive days with PRPB/DOJ at Hato Rey
- Friday 13 November, travel to CONUS
  **30 hours total @ $150 = $4,500**

**Friday, 13 December 2019 to Tuesday, 24 December 2019 in (Work performed in CONUS)**
- Draft multiple versions of Requests for Production of Documents related to CMR-2
- Review Material for CMR-1 produced post-facto by PRPB
- Review CMR-1 Draft Policies & Procedures
  **20 hours total @ $150 = $3,000.00**

| | |
|---|---|
| **TOTAL FEE:** | **66.00 Hours x $150 = $9,900.00 USD** |
| **FEE WAIVED (PR):** | **05.33 Hours x $150 =  ($800.00 USD)** |
| | |
| **Net PR FEE PAYABLE:** | **$ 3,700.00** |
| **Net US FEE PAYABLE** | **$ 5,400.00** |
| | |
| **Total Net FEE PAYABLE** | **$ 9,100.00** |

**Expenses:**

| | |
|---|---|
| Airfare | $ 560.00 |
| Hotel | $ 716.00 |
| Ground Transport | $  87.00 |
| M&IE (SJU) | $ 484.00 |
| | |
| Total Expenses | $1,847.00 |
| | |
| **Reimbursable** | **$1,000.00** |
| | |
| Unreimbursed Expenses | $  847.00 |

## Total Fees and Expense Reimbursement Due = $10,100.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies**

26 December 2019

_____                                    _____
Signature                                                                          Date

**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2



YourMembership.com, Inc
Main Tel. 860-437-5700

# INVOICE

| BILL TO | | INVOICE # | R45073617 |
|---|---|---|---|
| Federal Police Monitor - Puerto Rico | | DATE | 10/18/19 |
| 5552 West Lakeridge Road | | AMOUNT DUE | USD 200.00 |
| Lakewood, Colorado 80227 | | IO / PO # | -- |
| United States | | PURCHASED BY | |
| Attn: Al Youngs | | Al Youngs | |
| | | alyoun@aol.com | |

| PRODUCT | DESCRIPTION | AMOUNT |
|---|---|---|
| Job Posting, Non Entry-Level<br>Job Posting - Web | **Discover Policing**<br>Job ID: 51283571<br>Job Name: Consultant to the Acting Court Monitor<br>Job Title: Consultant to the Acting Court Monitor | USD 200.00 |

| | |
|---|---|
| SUBTOTAL | USD 200.00 |
| SALES TAX | USD 0.00 |
| INVOICE TOTAL | USD 200.00 |

***PLEASE NOTE OUR NEW REMITTANCE ADDRESS***

**Please Make Check Payable To:**
YourMembership.com, Inc
Dept 3461
PO Box 123461
Dallas, TX 75312-3461
USA

**ELECTRONIC:**
Bank:           Silicon Valley Bank
Routing #:      121140399
Swift Code:     SVBKUS6S (International only)
Acct #:         3301167484
Acct Name:      YourMembership.com, Inc
Please reference the invoice number with your payment. Checks should be made payable to YourMembership.com, Inc. Thank you for your business.

Payment is due by 11/18/19. If payment is not received by the posted due date, your account will become subject to an interest charge of 1.5% per month (18% annually) on the balance. Payments on delinquent accounts will be applied to the oldest outstanding balance. Please call 727.497.6573 if you have any questions concerning this invoice.

# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

PUERTO RICO POLICE REFORM

INVOICE NUMBER: 20190230
DATE: DECEMBER 30, 2019

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
| AUG-22-19 | CONSULTING FEES | FEES FOR THE ORGANIZATION OF THE LLC WITH THE PR DEPARTMENT OF STATE | | | $250.00 |
| OCT-29-19 | CONSULTING FEES | DEPOSIT TO CREATE BANK ACCOUNT | 1.00 | $20.00 | $20.00 |
| DEC-03-19 | CONSULTING FEES | DEPOSIT TO BANK ACCOUNT | 1.00 | $20.00 | $20.00 |
| DEC-30-19 | CONSULTING FEES | Bank account funding to cover bank charges. | | | $250.00 |
| | | Total hours for this invoice | 0.00 | | |
| | | Total amount of this invoice | | | $540.00 |

**MESSAGE**

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)

# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

PUERTO RICO POLICE REFORM

INVOICE NUMBER: 20190229
DATE: DECEMBER 27, 2019

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| AUG-22-19 | CONSULTING FEES | LLC Organization - obtain EIN, Hacienda setup including SURI, Form 4809 | 4.50 | $100.00 | $450.00 |
| OCT-15-19 | CONSULTING FEES | Review of the Operating Agreement. | 1.00 | $100.00 | $100.00 |
| OCT-21-19 | CONSULTING FEES | Meeting with the Monitor and Javier Gonzalez | 1.50 | $100.00 | $150.00 |
| OCT-23-19 | CONSULTING FEES | Setup of bank account in First Bank | 2.00 | $100.00 | $200.00 |
| | | Total hours for this invoice | 9.00 | | |
| | | Total amount of this invoice | | | $900.00 |

**MESSAGE**

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)



# INVOICE

CASTELLANOS GROUP
P.S.C.

INVOICE NUMBER:  153
INVOICE DATE:  DECEMBER 24, 2019

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan
Invoice

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-04-19 | Police Reform- Puerto Rico | Communications with TCA Romero; comm. with Mr. Javier González; discusssion of several matters; coordination of upcoming meetings | 1.00 | $125.00 | $125.00 |
| DEC-04-19 | Police Reform- Puerto Rico | Transportation from Airport to Hotel | | | $45.00 |
| DEC-05-19 | Police Reform- Puerto Rico | Meetings with TCA Romero in New Orleans and Mr. Javier González, preparation for upcoming hearing; meeting with officials from the New Orleans Police Department ; communication with the Court in compliance with standard TCA requirements | 9.00 | $125.00 | $1,125.00 |
| DEC-05-19 | Police Reform- Puerto Rico | Per Diem, New Orleans | | | $75.00 |
| DEC-05-19 | Police Reform- Puerto Rico | Transportation in New Orleans | | | $40.00 |
| DEC-06-19 | Police Reform- Puerto Rico | Per Diem, New Orleans | | | $75.00 |
| DEC-09-19 | Police Reform- Puerto Rico | Review of communication from TCA Romero, re: Methodologies; preparation for status hearing and celebration of status hearing before Judge Gelp | 6.00 | $125.00 | $750.00 |
| DEC-11-19 | Police Reform - Puerto Rico | Review of lease agreement, changes; discussion with Javier González | 0.50 | $175.00 | $87.50 |
| DEC-13-19 | Police Reform - Puerto Rico | Review of Consensus Methodologies and draft of Executive Summary on Methodologies | 2.00 | $175.00 | $350.00 |
| DEC-16-19 | Police Reform- Puerto Rico | Communication with the Court in compliance with standard TCA requirements; communication with TCA Romero; Communication with Hernandez Denton Esq; and communication with Saucedo, Esq. | 1.00 | $125.00 | $125.00 |

INVOICE NUMBER: 153

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-19-19 | Police Reform - Puerto Rico | Draft of Executive Summary on Methodologies | 2.00 | $175.00 | $350.00 |
| DEC-19-19 | Police Reform- Puerto Rico | Review of comm. from TCA Romero, comm. with the Court in compliance with standard TCA requirements | 0.50 | $125.00 | $62.50 |
| DEC-20-19 | Police Reform- Puerto Rico | Draft of Executive Summary on Methodologies | 2.00 | $175.00 | $350.00 |
| DEC-20-19 | Police Reform- Puerto Rico | Comm. with the Court in compliance with standard TCA requirements; comm. with Hernandez Denton Esq.; comm. with Arturo Garcia Esq. | 0.50 | $125.00 | $62.50 |
| DEC-23-19 | Police Reform - Puerto Rico | Draft of Executive Summary on Methodologies | 2.00 | $175.00 | $350.00 |
| DEC-23-19 | Police Reform- Puerto Rico | Review of comm. from TCA Romero; comm. with Hernandez Denton Esq., re; article | 0.25 | $125.00 | $31.25 |
| | | Total hours for this invoice | 26.75 | | |
| | | Total amount of this invoice | | | $4,003.75 |

OFFICE OF THE FPMPR LLC
B5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

# INVOICE

Date:   December 30, 2019

TO:     PR POLICE REFORM
        SAN JUAN, PUERTO RICO

Bank reserve fund for in-month minor expenses                    $1,000.00

# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

**PHONE: 7874731515   Theandgroup.net**

# INVOICE

**INVOICE NUMBER:** 20
**INVOICE DATE:** DECEMBER 27, 2019

Federal Police Monitor

San Juan, PR

### Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-03-19 | Administrative Director | Staff conference call, work with office lease agreement draft. | 3.00 | $85.00 | $255.00 |
| DEC-05-19 | Administrative Director | New Orleans Police Department Visit | 8.00 | $85.00 | $680.00 |
| DEC-06-19 | Administrative Director | New Orleans Police Department Visit | 4.00 | $85.00 | $340.00 |
| DEC-09-19 | Administrative Director | Staff Meeting, Status Conference at Old SJ Court House | 10.00 | $85.00 | $850.00 |
| DEC-10-19 | Administrative Director | Meeting at PRPB | 4.00 | $85.00 | $340.00 |
| DEC-11-19 | Administrative Director | Meeting with Monitor Romero, Meeting at PRPB, Lunch with Dominican Republic General Cónsul, Meeting with Staff and USDOJ | 8.00 | $85.00 | $680.00 |
| DEC-12-19 | Administrative Director | Meeting at PRPB, 253 Meeting at PRPB | 5.00 | $85.00 | $425.00 |
| DEC-18-19 | Administrative Director | Work on draft of the 2019 report. | 3.50 | $85.00 | $297.50 |
| DEC-19-19 | Administrative Director | Work with 2019/2020 budget. Office follow up. New corporation documents | 4.50 | $85.00 | $382.50 |
| DEC-20-19 | Administrative Director | Staff conference call, work on draft of the 2019 report | 3.00 | $85.00 | $255.00 |
| DEC-23-19 | Administrative Director | Review of emails sent by PRPB. Work with office documents (Worksheets, methodologies) | 2.00 | $85.00 | $170.00 |
| DEC-27-19 | Administrative Director | Communications with Monitor, review and respond of emails during the month of December | 5.00 | $85.00 | $425.00 |
| DEC-27-19 | Administrative Director | I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as member of the Federal Monitor Team. I further certify that I have not received any income compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $5,100.00 |

**INVOICE NUMBER: 20**

MESSAGE

Javier B Gonzalez, December 27, 2019

**P.D.C.M. Associates S.E.**
PO BOX 190858
SAN JUAN, PR 00919-0858

**Statement**

| | |
|---|---|
| **Account** | ctc t0000790 Office of FPMPR LLC |
| **Prop Name** | CARIBBEAN TOWERS CONDOMINIUM |
| **Assigned Spaces** | |

John Romer
Office of FPMPR LLC
2301 Pacific Ave.
Costa Mesa, CA 92627

| | |
|---|---|
| **Date** | 12/30/2019 |
| **Payment** | $ |

Rent Charges (01/20)

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 2,060.00 |
| 01/20/2020 | Rent Charges (01/2020) | 797.42 | 0.00 | 2,857.42 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 2,857.42 | 0.00 | 0.00 | 0.00 | 2,857.42 |