AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. Civil No. 12-2039 (GAG) |
| Commonwealth of Puerto Rico | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, the Commonwealth of Puerto Rico, Puerto Rico Police Bureau   .

Date:   01/22/2020

s/Beatriz L. Annexy
*Attorney's signature*

Beatriz L. Annexy  217505
*Printed name and bar number*
270 Muñoz Rivera Ave.
Hato Rey, P.R. 00918

*Address*

ba@mcvpr.com
*E-mail address*

(787) 250-5632
*Telephone number*

(787) 759-8282
*FAX number*