IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

   Plaintiff,

      v.

**COMMONWEALTH OF PUERTO RICO**, et al.,

   Defendants.

CIVIL NO. 12-2039 (GAG)

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed an Appearance of Counsel Form with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of records through their email addresses pursuant to Local Civil Rule 5.1(b)(2).

RESPECTFULLY SUBMITTED this 22nd day of January, 2020.

                                **McCONNELL VALDÉS LLC**
                                Attorneys for Defendant
                                270 Muñoz Rivera Avenue,
                                Hato Rey, Puerto Rico 00918
                                Direct Line: (787) 250-5632
                                Fax. (787) 759-8282

                                *s/ Beatriz L. Annexy*
                                USDC-PR No. 217505
                                ba@mcvpr.com