TDPetrowski LLC.
4010 Deep Valley Drive
Dallas, Texas 75244
(214) 796-7855
EIN: 83-0871011

Invoice No. PR-2019-December

# INVOICE

**Customer**
Case No.  Civil Case No. 12-2039
Address   300 Recinto Sur Street
City      San Juan          State: PR        ZIP 00901
Phone

Date      12/27/19
Order No.
Rep
FOB

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 18.5 | Contact other agencies and compile promotion policies. Research/review materials related to senior law enforcement promotions, compose initial draft of promotions policy for the ranks of Inspector, Commander, Lieutenant Colonel and Colonel. | $150.00 | $2775.00 |

SubTotal  $2,775.00
Shipping & Handling
Taxes      State
TOTAL      $2,775.00

Signature: *Thomas J. Petrowski*

Office Use Only