### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **COMMONWEALTH OF PUERTO RICO**, et al., Defendants. | CIVIL NO. 12-2039 (GAG) |

### MOTION TO RESTRICT

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department ("PRPB"), by and through the undersigned counsel and, pursuant to Standing Order No. 9 of February 1, 2013, move the Court for an Order allowing the PRPB to file the *Restricted Motion for Extension of Time to Comply with Order at Docket 1395,* under the restricted viewing level denominated "Case Participants."

WHEREFORE, the PRPB respectfully requests that the Honorable Court grant its Motion to Restrict.

CERTIFICATE OF SERVICE: It is hereby certified that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record which are CM/ECF system participants at their corresponding e-mail addresses and which, pursuant to Local Civil Rule 5.1(b)(2), constitutes the equivalent service.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of February, 2020.

**McCONNELL VALDÉS LLC**
**P.O. Box 364225**
**San Juan, Puerto Rico 00936-4225**
**Tel: (787) 250-5632**
**Fax: (787) 759-8282**

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com

*Counsel for Defendants*