OFFICE OF THE FPMPR LLC.
B 5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

February 7, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for January, 2020:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $14,032.00 | January 2020 |
| Castellanos Group P.S.C. | $ 6,153.50 | January 2020 |
| P.D.C.M. Associates S.E. | $ 2,060.00 | January 2020 |
| The & Group LLC (Javier González) | $ 5,950.00 | January 2020 |
| Dr.David Levy | $10,100.00 | January 2020 |
| Viota & Associates CPA LLC | $.   800.00 | January 2020 |
| Donald S. Gosselin | $10,100.00 | January 2020 |
| Al Youngs | $ 9,100.00 | January 2020 |
| Rafael E. Ruiz | $ 9,075.00 | January 2020 |
| Scott Cragg | $ 5,962.50 | January 2020 |
| Office of the FPMPR LLC. | | |
| Federico Hernández Denton | $ 3,787.50 | January 2020 |
| TOTAL: | $77,120.50 | January 2020 |

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

January 1 through January 31, 2020

INVOICE # 068                           **TOTAL DUE $14,032**
ACTING FEDERAL MONITOR
JANUARY 2020 INVOICE

The following is a detailed statement of the hours worked.
**Monday January 20, 2020 through Friday, January 24, 2020 site visit to Puerto Rico**
.
Monday, Jan 20 meeting with the Monitor Team members to review/work on CMR-2 documents
received. Attended demonstration/protest at the Fortaleza.
Tuesday, January 21 meeting with Honorable Judge Gelpi at Federal Court OSJ. Meeting with
USDOJ Luis Saucedo.
Wednesday, January 22 meeting with the Parties at McV office. Meeting at Federal Courthouse
in Old San Juan with the Honorable Judge Gelpi, Secretary Janer DSP, USDOJ and McV.
Thursday, Jan 23 attended demonstrations/protest at the Capitolio and at the Fortaleza

**36 Hours    00 Minutes**


Generated, reviewed and responded to emails/texts (month of January) from the Parties, Monitor
Team, Court.  18 hrs.
Conference calls with the Monitor Team to discuss data request for CMR-2.  4 hrs.
Reviewed received data relating to use of force for CMR-2 report 10 hrs.
Reviewed additional data received relating to CMR-2 6 hrs.
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments
and conferring with Monitor's Office Administrative Director 20 hrs.
Prepared Monitor Preliminary Report on demonstrations/protests of January 23rd. 3 hrs.
Prepared proposed Agenda for Monitor Team February site visit 3 hrs.


**64 Hours    00 Minutes**

**BILLABLE HOURS    83 HOURS  20 MINUTES AT RATE OF $150 PER
HOUR = $12,500**

Pro Bono    16 Hours       40 Minutes

**Expenses:**

| | |
|---|---|
| Airfare | $703.80 (includes $159.88 to change ticket in order to stay additional day to attend demonstrations/protest on Thursday, January 23rd) |
| Hotel | $704.40 |
| Uber, Taxi | $ 123.80 |
| Meals | $ 527.18 |

## Total Expenses $2,059.18

## Reimbursable  $1,532 (includes court authorized additional reimbursement for additional stay re: demonstrations/protest)

(Pro Bono Expenses) $527.18

## Total wages and Expense Reimbursement Due = $14,032

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____          1/30/20
Signature                                              Date

Report Website Problem ↓

# Itinerary confirmation

Download to calendar     PRINT ITINERARY

## You're all set to jet!

## Confirmation code: ASHGBY

MANAGE BOOKING ›

## Travelers

### Mr. John Joseph Romero

| Flight | | | | | |
|---|---|---|---|---|---|
| | Ticket number | 2792141003245 | | | |
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | |
| | | **LAX ⊘ FLL** | **FLL ⊘ SJU** | **SJU ⊘ FLL** | **FLL ⊘ LAX** |
| | Seat | 16D | 7D | 16C | * |
| | Checked Baggage Allowance | 2 bags | 2 bags | 2 bags | 2 bags |

\* Seat is not yet assigned. To select a seat, visit Manage Your Booking or select a seat when you check in for your flight.

## Your flights

| | | | |
|---|---|---|---|
| Los Angeles, CA (LAX)<br>Sun Jan 19 2020, **10:16 PM**<br>A321/Mint | Fort Lauderdale, FL (FLL)<br>Mon Jan 20 2020, **6:04 AM** | **Flight 100**<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Mon Jan 20 2020, **7:15 AM**<br>A320 | San Juan, PR (SJU)<br>Mon Jan 20 2020, **10:47 AM** | **Flight 1653**<br>JetBlue | Fare: Blue<br>Nonstop |
| San Juan, PR (SJU)<br>Thu Jan 23 2020, **1:31 PM**<br>E190 | Fort Lauderdale, FL (FLL)<br>Thu Jan 23 2020, **3:21 PM** | **Flight 1654**<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Thu Jan 23 2020, **7:21 PM**<br>A321/Mint | Los Angeles, CA (LAX)<br>Thu Jan 23 2020, **10:16 PM** | **Flight 101**<br>JetBlue | Fare: Blue<br>Nonstop |

## Fare breakdown

| Passenger Type | Base Fare<br>per person | Taxes & fees<br>per person | Total Fare<br>per person | Number of<br>travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $478.52 | $66.40 | $544.92 | x 1 | $544.92 USD |

*Had to change to Friday to monitor Demonstration Thursday night. + 159.88*

+ LAX - SJU: Blue fare rules

+ SJU - LAX: Blue fare rules

*$704.80*

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate: $  145.00  Clerk: 7

Marriott Rewards #   756834271

CRS Number  72359034

Name:

Arrive:  01-20-20          Time:  09:56          Depart: 01-24-20          Folio Number: 630755

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 01-20-20 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 01-20-20 | Package | 145.00 | |
| 01-20-20 | Government Tax | 13.05 | |
| 01-20-20 | Hotel Fee | 13.05 | |
| 01-21-20 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 01-21-20 | Package | 145.00 | |
| 01-21-20 | Government Tax | 13.05 | |
| 01-21-20 | Hotel Fee | 13.05 | |
| 01-22-20 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 01-22-20 | Package | 145.00 | |
| 01-22-20 | Government Tax | 13.05 | |
| 01-22-20 | Hotel Fee | 13.05 | |
| 01-23-20 | Comedor - Guest Charge | 5.00 | |
| 01-23-20 | Package | 145.00 | |
| 01-23-20 | Government Tax | 13.05 | |
| 01-23-20 | Hotel Fee | 13.05 | |
| 01-23-20 | Visa Card | | 704.40 |
| | *Card # XXXXXXXXXXXX1287* | | |

 Gmail

**John Romero <jrrjjr.romero@gmail.com>**

---

**Thanks for giving an extra! We've updated your Wednesday afternoon trip receipt**
1 message

---

**Uber Receipts** <uber.us@uber.com>
To: jrrjjr.romero@gmail.com

Thu, Jan 23, 2020 at 9:36 PM

# Uber

Total: $13.73
Wed, Jan 22, 2020

## Thanks for giving an extra, John

Thanks for tipping! We've updated your Wednesday afternoon trip receipt



# Total                           $13.73

| | |
|---|---|
| Trip Fare | $9.33 |
| Subtotal | $9.33 |
| Booking Fee ❓ | $1.21 |
| Wait Time ❓ | $0.19 |
| Extra (gratuity granted by user) | $3.00 |

 Gmail

**John Romero <jrrjjr.romero@gmail.com>**

---

**Thanks for giving an extra! We've updated your Wednesday afternoon trip receipt**
1 message

---

**Uber Receipts** <uber.us@uber.com>
To: jrrjjr.romero@gmail.com

Wed, Jan 22, 2020 at 11:55 AM

---

## Uber

Total: $24.74
Wed, Jan 22, 2020

# Thanks for giving an extra, John

Thanks for tipping! We've updated your Wednesday afternoon trip receipt



# Total

# $24.74

| | |
|---|---|
| Trip Fare | $18.25 |
| Subtotal | $18.25 |
| Booking Fee ❓ | $2.37 |
| Extra (gratuity granted by user) | $4.12 |

Amount Charged

 Gmail

John Romero <jrrjjr.romero@gmail.com>

**Thanks for giving an extra! We've updated your Monday afternoon trip receipt**
1 message

**Uber Receipts** <uber.us@uber.com>
To: jrrjjr.romero@gmail.com

Mon, Jan 20, 2020 at 2:06 PM

# Uber

Total: $15.84
Mon, Jan 20, 2020

# Thanks for giving an extra, John

Thanks for tipping! We've updated your Monday afternoon trip receipt



# Total

# $15.84

| | |
|---|---|
| Trip Fare | $11.36 |
| Subtotal | $11.36 |
| Booking Fee ⑦ | $1.48 |
| Extra (gratuity granted by user) | $3.00 |

Amount Charged

 Apple Pay  Switch

$12.84

 Gmail

John Romero <jrrjjr.romero@gmail.com>

**Thanks for giving an extra! We've updated your Tuesday morning trip receipt**
1 message

**Uber Receipts** <uber.us@uber.com>
To: jrrjjr.romero@gmail.com

Tue, Jan 21, 2020 at 7:35 AM

## Uber

Total: $13.49
Tue, Jan 21, 2020

# Thanks for giving an extra, John

Thanks for tipping! We've updated your Tuesday morning trip receipt



# Total                                $13.49

| | |
|---|---|
| Base Fare | $1.00 |
| Time | $6.52 |
| Distance | $1.76 |
| | |
| Subtotal | $9.28 |
| Booking Fee ❓ | $1.21 |
| Extra (gratuity granted by user) | $3.00 |

**San Juan**

# Metro Taxi

787-945-5555

**METROPOLITAN AREA**
24 HOURS • 7 DAYS
787-725-2870

www.metrotaxipr.com

DATE: 1/24/2 0

FROM: Marriott Courtyard
TO: Airport
FARE:
LUGGAGE:
TOTAL 21.

SIGNATURE

*"Thanks You For Your Visit To Puerto Rico"*



CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER:  156
INVOICE DATE:  JANUARY 28, 2020

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-06-20 | Police Reform-Puerto Rico | Conference call with Monitor Romero; re: earthquakes and related matters | 1.00 | $125.00 | $125.00 |
| JAN-07-20 | Police Reform-Puerto Rico | Conference call with Monitor Romero | 0.50 | $125.00 | $62.50 |
| JAN-08-20 | Police Reform-Puerto Rico | Review of comm. from Monitor Romero; re: Dr. Levy; comm. with Monitor Romero | 0.50 | $125.00 | $62.50 |
| JAN-11-20 | Police Reform-Puerto Rico | Conference call with Javier Gonzalez; conference call with Monitor Romero | 1.00 | $125.00 | $125.00 |
| JAN-13-20 | Police Reform-Puerto Rico | Conference calls with Monitor Romero; conference calls with Javier Gonzalez | 2.00 | $125.00 | $250.00 |
| JAN-13-20 | Police Reform-Puerto Rico | Copies, Monitor's Report | | | $16.00 |
| JAN-14-20 | Police Reform - Puerto Rico | Review and changes to Monitor's First Report | 4.00 | $175.00 | $700.00 |
| JAN-15-20 | Police Reform - Puerto Rico | Review and changes to Monitor's First Report | 5.00 | $175.00 | $875.00 |
| JAN-16-20 | Police Reform - Puerto Rico | Review of Monitor's First Report; discussions with Javier Gonzalez | 3.00 | $175.00 | $525.00 |
| JAN-17-20 | Police Reform - Puerto Rico | Draft and changes to Monitor's First Report | 3.50 | $175.00 | $612.50 |
| JAN-18-20 | Police Reform - Puerto Rico | Review and changes to Monitors' First Report | 5.00 | $175.00 | $875.00 |
| JAN-19-20 | Police Reform - Puerto Rico | Review and changes to Monitor's First Report | 1.00 | $175.00 | $175.00 |
| JAN-19-20 | Police Reform-Puerto Rico | Communications with Monitor Romero; review of comm. from Monitor Romero; | 1.00 | $125.00 | $125.00 |
| JAN-20-20 | Police Reform-Puerto Rico | Several comm. with Monitor Romero | 1.00 | $125.00 | $125.00 |

INVOICE NUMBER: 156

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-21-20 | Police Reform-Puerto Rico | Meeting with Monitor Romero and Javier Gonzalez; comm. with the Court | 2.00 | $125.00 | $250.00 |
| JAN-22-20 | Police Reform-Puerto Rico | Comm. with Monitor Romero; comm. with Hernandez Denton Esq. | 1.00 | $125.00 | $125.00 |
| JAN-25-20 | Police Reform-Puerto Rico | Several comms. and conference calls with Monitor Romero, re; Old San Juan protests and related matters discussion; review of Monitor's Office prelimary Report on Demonstrations; comms. with the Court in compliance with standard TCA requirements | 4.00 | $125.00 | $500.00 |
| JAN-26-20 | Police Reform-Puerto Rico | Review of recommendations and observations, re; manifestations from Monitor Romero, exchange of comms.; review of comm. from Hernandez Denton Esq.; comm. with the Court in compliance with standard TCA requirements | 1.50 | $125.00 | $187.50 |
| JAN-27-20 | Police Reform-Puerto Rico | Review of comm. from Monitor Romero, comm. with Monitor Romero; comm. with Hernandez Denton Esq.; comm. with the Court in compliance with standard TCA requirements | 1.50 | $125.00 | $187.50 |
| JAN-28-20 | Police Reform-Puerto Rico | Comm. with Monitor Romero; comm. with Hernandez Denton Esq; review of Motion, review of Court Order | 2.00 | $125.00 | $250.00 |
|  |  | Total hours for this invoice | 40.50 |  |  |
|  |  | Total amount of this invoice |  |  | $6,153.50 |

**P.D.C.M. Associates S.E.**
PO BOX 190858
SAN JUAN, PR 00919-0858

**Statement**

| | |
|---|---|
| **Account** | ctc t0000790 Office of FPMPR LLC |
| **Prop Name** | CARIBBEAN TOWERS CONDOMINIUM |
| **Assigned Spaces** | CTC-207 |

John Romer
Office of FPMPR LLC
2301 Pacific Ave.
Costa Mesa, CA 92627

| | |
|---|---|
| **Date** | 02/01/2020 |
| **Payment** | $ _____ |

Rent Charges (02/20)

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 2,857.42 |
| 02/01/2020 | Rent Charges (02/2020) | 2,060.00 | 0.00 | 4,917.42 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 2,857.42 | 2,060.00 | 0.00 | 0.00 | 4,917.42 |

# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

**PHONE: 7874731515   Theandgroup.net**

# INVOICE

INVOICE NUMBER: 23
INVOICE DATE: JANUARY 31, 2020

Federal Police Monitor

San Juan, PR

### Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-02-20 | Administrative Director | Work on 2020 FPM Calendar, review of documents | 1.50 | $85.00 | $127.50 |
| JAN-03-20 | Administrative Director | Work on CMR 1 Draft, communications with DSP. | 2.50 | $85.00 | $212.50 |
| JAN-08-20 | Administrative Director | Coordination for January visit with staff, FPM website coordination, | 2.50 | $85.00 | $212.50 |
| JAN-09-20 | Administrative Director | Work with Staff invoices and file them, prepare motion to the court. | 3.50 | $85.00 | $297.50 |
| JAN-10-20 | Administrative Director | Office follow up, communications with CPA Viota. | 2.50 | $85.00 | $212.50 |
| JAN-13-20 | Administrative Director | Review of staff emails on documents request, January visit. | 4.00 | $85.00 | $340.00 |
| JAN-14-20 | Administrative Director | Review of various communications and Staff comments on CMR 1 Draft. | 2.50 | $85.00 | $212.50 |
| JAN-15-20 | Administrative Director | Communications with FPM staff, Review of various communications. Work on CMR 1 Draft. | 3.00 | $85.00 | $255.00 |
| JAN-16-20 | Administrative Director | Meeting at Courthouse. | 3.00 | $85.00 | $255.00 |
| JAN-17-20 | Administrative Director | Staff Visit Coordination. Review of Documents. | 2.00 | $85.00 | $170.00 |
| JAN-20-20 | Administrative Director | Office follow up. | 2.00 | $85.00 | $170.00 |
| JAN-21-20 | Administrative Director | Meeting with Mr. Castellanos and Monitor Romero. Meeting with Monitor, Mr. Gosselin, Mr. Levy and Mr. Saucedo | 3.50 | $85.00 | $297.50 |
| JAN-22-20 | Administrative Director | Meeting with Monitor Romero, | 2.50 | $85.00 | $212.50 |
| JAN-23-20 | Administrative Director | Protests against Governor at Capitolio and Fortaleza with Monitor Romero | 10.00 | $85.00 | $850.00 |
| JAN-24-20 | Administrative Director | Vehicle and office follow up. Review of Budget | 3.50 | $85.00 | $297.50 |
| JAN-27-20 | Administrative Director | Coordination of meetings, (Website, Budget), Review of Reports. | 2.00 | $85.00 | $170.00 |

INVOICE NUMBER: 23

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-28-20 | Administrative Director | Website follow up meeting, Work on CMR 1 Draft. | 3.50 | $85.00 | $297.50 |
| JAN-29-20 | Administrative Director | Work with CMR 1 Draft | 4.50 | $85.00 | $382.50 |
| JAN-30-20 | Administrative Director | Office follow up. (Inspection). Coordination of Team member visit for Friday 31 Protest. Meeting with CPA to discuss Budget. | 3.50 | $85.00 | $297.50 |
| JAN-31-20 | Administrative Director | Communications with Acting Monitor Romero, Review and respond of emails during the month of January 2020. | 8.00 | $85.00 | $680.00 |
| JAN-31-20 | Administrative Director | I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as member of the Federal Monitor Team. I further certify that I have not received any income compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $5,950.00 |

MESSAGE

Javier B Gonzalez, January 31, 2020

Dr. David Levy
714 Wilkes Street
Alexandria, VA. 22314

January 8 - 30, 2020

INVOICE # 001                                    **TOTAL DUE $10,100.00 USD**
January 2020 INVOICE

The following is a detailed statement of the hours worked.

**8 JAN to 19 JAN 2020 (worked performed in CONUS)**
- Review Consent Agreement in full in order to get up to speed
- Review all monitoring methodologies negotiated by parties to the Agreement
- Review PRPB Biannual Status Report dated October 8, 2019
- Review and edit CRM-1 report
  **24 hours total @ $150 = $3,600**

**20 JAN 2020 to 22 JAN 2020 (Work performed in P.R.)**
- Travel from DCA to SJU, arrival on 20 JAN
- Team meetings with John Romero and Donald Gosselin
- Introductory meeting with Luis Saucedo of DOJ
- Introductory meeting with Judges Gelpi and Dentin
- Meetings with web development teams for official Monitor website
- Team meeting to discuss CRM-1 and plan revisions
- Travel from SJU to DCA, departure on 22 JAN
  **20 hours total @ $150 = $3,000**

**23 JAN 2020 to 30 JAN 2020 in (Work performed in CONUS)**
- Develop evaluation scheme incorporating all methodology matrices
- Review and edit revised CRM-1 report, due Feb 15
  **18 hours total @ $150 = $2,700.00**

**TOTAL FEE:**              **62.00 Hours x $150 = $9,300USD**
**FEE WAIVED (PR):**        **01.33 Hours x $150 =  ($200.00 USD)**

**Net PR FEE PAYABLE:**     **$ 3,000.00**
**Net US FEE PAYABLE**      **$ 6,100.00**

**Total Net FEE PAYABLE**   **$ 9,100.00**

**Expenses:**

| | |
|---|---|
| Airfare | $ 358.00 |
| Hotel | $ 342.00 |
| Ground Transport | $  37.93 |
| M&IE (SJU) | $ 313.00 |
| | |
| Total Expenses | $ 1050.93 |
| | |
| **Reimbursable** | **$1,000.00** |
| | |
| Unreimbursed Expenses | $  50.93 |

## Total Fees and Expense Reimbursement Due = $10,100.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

January 30, 2019

Signature                                             Date

**Remittance Information**

**Capital One Bank**

**360 Checking Account**

Routing # 031176110

Account # 36063126043

# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

PUERTO RICO POLICE REFORM

INVOICE NUMBER: 20190237
DATE: JANUARY 30, 2020

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-13-20 | CONSULTING FEES | Accounting System setup. | 2.00 | $100.00 | $200.00 |
| JAN-14-20 | CONSULTING FEES | DEPOSIT AT FIRSTBANK. | 1.00 | $100.00 | $100.00 |
| JAN-20-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS IN WEB CASH, PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF DECEMBER 2019, PAID IN JANUARY 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| | | Total hours for this invoice | 8.00 | | |
| | | Total amount of this invoice | | | $800.00 |

| MESSAGE |
|---------|

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)

Donald S. Gosselin, Esq.
83 Bow Ridge Rd.
Lynn, MA. 01904

December 25 2019 to January 30, 2020

INVOICE # 1126                          **TOTAL DUE $10,100.00 USD**
January 2020 INVOICE

The following is a detailed statement of the hours worked.

**24 DEC 2019 to  17 JAN 2020 (worked performed in CONUS)**
- Team teleconference and multiple correspondences
- Redraft CMR-1
- Review multiple versions of agenda for January 2020 Trip
- Prepare Logistics for January 2020 trip
- Multiple teleconferences, emails and texts with Team Members
  **30 hours total @ $150 = $4,500.00**

**18 JAN 2020 to 22 JAN 2020 (Work performed in P.R.)**
- Travel from BOS to SJU arrival on 19 JAN in advance of SJU meetings.
- Internal Team Meetings,
- Meetings with DOJ
- Multiple interviews with Website Designers/Hosters
- Status Hearing w/Court
- 22 JAN, travel to CONUS
  **20 hours total @ $150 = $3,000.00**

**23 JAN 2020 to 30 JAN 2020 in (Work performed in CONUS)**
- Review multiple versions of Requests for Production of Documents related to CMR-2
- Review Material for CMR-1 amended.
  **16 hours total @ $150 = $2,400.00**

**TOTAL FEE:**            **66.00 Hours x $150 = $9,900.00 USD**
**FEE WAIVED (PR):**      **05.33 Hours x $150 =  ($800.00 USD)**

**Net PR FEE PAYABLE:**   **$ 2.200.00**
**Net US FEE PAYABLE**    **$ 6,900.00**

**Total Net FEE PAYABLE**  **$ 9,100.00**

**Expenses:**

| | |
|---|---|
| Airfare | $ 560.00 |
| Hotel | $ 640.00 |
| Ground Transport | $  87.00 |
| M&IE (SJU) | $ 344.00 |
| | |
| Total Expenses | $1,631.00 |
| | |
| **Reimbursable** | **$1,000.00** |
| | |
| Unreimbursed Expenses | $  631.00 |

## Total Fees and Expense Reimbursement Due = $10,100.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

30 January 2020

Signature                                                    Date

**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2

**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

January 1–January 31, 2020
Invoice No. 8
Member of Federal Monitor Team

Reviewed Supervision and Administration, including the following files:

**First Line Training 135–146**
List of Supervisors MNPRR VASU 3081                                             2 Hours

**Documentation supervision training programs 143**
Prosecutors Rank Sergeant to Captain                                            1 Hour

**Paragraphs 147–151**
147 (a) 400-410 Registry of Administrative Complaints
147 (a) EIS Documentation
147 (a) GO Chapter 400 Sec. 407 Early Intervention System                       3 Hours

**Paragraph 148 (a) EIS Database Documentation**
EIS Data Dictionary v2.1-2019-08-14                                             3 Hours

**Paragraph 150 (A) Computerized Equipment Inventory**
Computer Inventory by Area and Headquarters                                     2 Hours

**Paragraph 152 Personal Information**
Certificate of Div. Documents 2020                                             .5 Hours

Reviewed Community Interactions, including the following files:

**Paragraph 206–216**
206 (a) REA 803 Training Community Police, as December. 2019
206 (d) and 207 (C) List of Community Groups worked through Partnerships
206 (d) and 207 (c) List of Community Groups worked through Partnerships
207 (a) (b) Lists of Responsible Persons, according to the Policy, and Training
211 (a) CIC Evaluations at the Workshop March & April 2019
211 (a) Dates and evidence of the appointment to workshops
211 (a) List of Participants to the Workshop for the Citizen Interaction Committee
211 (a) PPV Presentation of the CIC's Multi-Thematic Workshop, 2019
211 (B) List of the MNPPR (links) assigned to the CIC's
212 (a) Submission of Policies to review the CIC's

212 (b) CIC Certificate, BWC
212 (c) List of Spokespersons, Dec 2019
214, 215 and 216 (a) Open Meetings Policy, since March 2012-2018
214, 215 and 216 (b) (c) Dates of the Community Outreach Program meetings | 10 Hours

**Use of Force**
Permanent Preventive Surveillance Plan in Fortaleza | .5 Hours
UF-100P (Practical Phase Use of Force GO 600-605) | 7 Hours

Reviewed and responded to emails and conference calls for the month of January
from members of the Monitor Team reference Methodology, Policies and Procedures,
Earthquake Emergency Relief. | 5 Hours

Developed questions for Supervision and Management in English and Spanish.
Reviewed other Monitor requests for their respective Methodologies. | 3 Hours

Reviewed final Monitor requests for PRPB after discussions reference the
areas to be monitored. | 3 Hours

Reviewed 26 policies and manuals as issued by PRPB. | 2 Hours

Reviewed additions and changes to First Report of the Federal Monitor, 2019
submitted by members of the Monitor Team. | 2 Hours

Reviewed additions to First Report of the Federal Monitor, 2019, by new M
Monitor Team member, David Levy. | 2 Hours

Discussions with other law enforcement experts concerning earthquakes and
unusual natural disasters. Basic course workbook on unusual circumstances
obtained for the PRPB Academy from California Post. | 5 Hours

Emergency Management information and manuals obtained from Las Vegas
Metropolitan Police Department and National Tactical Officers Association. | 2 Hours

Reviewed joint compliance coordinator office document. | 2 Hours

Reviewed document utilized by the Monitor's office to select random
sample of 26 documents. | 2 Hours

Negotiations, meetings and telephone calls reference all-expenses pre-paid
(including airfare, lodging in Pueblo, vehicle rental and class tuition, meals and
incidentals) attendance for at least five PRPB officers at the nationally-recognized
Security and Emergency Response Training Center (SERTC) in Pueblo, Colorado.
Expenses covered by DHS/FEMA grant funding. | 5 Hours

Sent copy of West Freeway Church of Christ Shooting in White Settlement,
Texas video to Monitor Team.                                                  1 Hour

Reviewed information and input by other Monitor members reference website
development.                                                                   2 Hours

### TOTAL HOURS:  65

Billable Hours:    60 Hours and 40 Minutes at a Rate of $150.00 Per Hour = $9,100.00

Pro Bono Hours:  4 Hours and 20 Minutes

**Total:**        **$9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                    **$9,100.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the
number of hours worked in my capacity as a Member of the Federal Monitor Team. I further
certify that I have not received any income, compensation, or payment for services rendered
under a regular employment or contractual relationship with the Commonwealth, or any of its
departments, municipalities or agencies.

_____                    _____1/28/2020_____
Signature                                                          Date

Rafael E. Ruiz                                    INVOICE # 2020-01
12 Crestshire Dr.
Lawrence, MA 01843                        DATE: 01-31-2020


T0: Federal Monitor, PRPB/USDOJ        For Service: Jan 1st-30th, 2020


| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 1/8/20-Work from home on: Formatting Policy and Procedures section of CMR-01 and creating boxes; download data from PRPB for CMR-02 | 8 hrs. | $150/hr. | $1,200.00 |
| 1/9/20-Translate Team's work on CMR-01; Edit/correct Policy and Procedures boxes | 6 hrs. | $150/hr. | $900.00 |
| 1/10/20- Team TelConf, re CMR-01 issues | 1 hr. | $150/hr. | $150.00 |
| 1/13/20- Work on data request info, CMR-02 | 5 hrs. | $150/hr. | $750.00 |
| 1/21/20- Work on Kilometro Cero issues; emails, phone calls; Compare Use of Force data sent to Data Request, CMR-02 | 8.5 hrs. | $150/hr. | $1,275.00 |
| 1/22/20- Compare Use of Force data Sent to data requested PP. 25-41 | 5hrs. | $150/hr. | $$750.00 |
| 1/23-24/20- Work on data submitted by PRPB on Search and Seizures | 12 hrs. | $150/hr. | $1,800.00 |
| 1/27/20- emails/phone calls to/from Monitor, re: May 1st, 2019 Protest | 2 hrs. | $150/hr. | $300.00 |
| 1/28-29/20- Work on data submitted by PRPB on Community Engagement | 12 hrs. | $150/hr. | $1,800.00 |
| 1/30/20- phone calls, emails | 1 hr. | $150/hr. | $150.00 |


TOTAL BILLED        60.5 hrs.  $150/hr.  $9,075.00


_Rafael E. Ruiz_____ Date: 1/31/2020
Rafael E. Ruiz

**INVOICE 0059 FOR PROFESSIONAL SERVICES; JAN 1 – 31, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:  **Interim Federal Monitor**
     **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of December 2020 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ. Subjects include; Data Requests, 6-month report prep, Policy submissions | 8.25 | | | $1,237.50 |
| Policy Compliance - review of past evidence applicable to compliance with policy | 5.25 | | | $787.50 |
| Review of DOJ provided Survey Data, Decree reporting samples (Seattle) | 3.25 | | | $487.50 |
| Review drafts, edit, and prepare Monitors 6 Month report | 8.75 | | | $1,312.50 |
| Community Engagement - communications portal - website requirements | 2.25 | | | $337.50 |
| On-Site monitoring planning and prep, interview approach and strategy, questions, logistics | 0.75 | | | $112.50 |
| Telcon DOJ | 1.00 | | | $150.00 |
| Review translated PRPB 6-month Report - continue mapping of IT tasks coincident with the first 10 areas of the decree | 2.75 | | | $412.50 |
| Prep data request against claims in 6-month report in the Action Plan tables, reconcile against methodologies and Decree | 4.75 | | | $712.50 |
| Review of PRPB provided data | 2.75 | | | $412.50 |
| | | | | |
| Net Hours US | 39.75 | | | $5,962.50 |
| | | | | |
| TOTAL OF BILLABLE HOURS IN US @ $150/hr. | | | 39.75 | $5,962.50 |

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Core Team



# Federico Hernández D...

# INVOICE

f.hernandezdenton@gmail.com

| | |
|---|---|
| Invoice#: | 1 |
| Invoice Date: | 02/01/2020 |

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564
Hato Rey,PR,00918
7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 01/28/2020<br>Review and analysis of Agreement and its paragraphs related to the surveys and preparation and sending of emails to Monitor and Attorney Castellanos | 1h 00m | $150.00/h | $150.00 |
| 01/27/2020<br>Receipt and reading of emails from Monitor and Alfredo Castellanos concerning filling of public survey by Blanco Pi and reading of email from Luis Saucedo on the matter. Preparation of email with recommendations to the Monitor | 0h 30m | $150.00/h | $75.00 |
| 01/26/2020<br>Reading and analysis of preliminary report of the manifestation held on Thursday, conference call with Acting Monitor and preparation of memorandum about the report | 0h 30m | $150.00/h | $75.00 |
| 01/26/2020<br>Reading and analysis of draft of proposed memorandum from the Monitor to Secretary Janer regarding last week's manifestations and preparation of my written and privileged recommendations to the Federal Monitor regarding memorandum | 1h 00m | $150.00/h | $150.00 |
| 01/25/2020<br>Reading and analysis of news reports and preparation of memorandum to Monitor with recommendations | 1h 00m | $150.00/h | $150.00 |
| 01/24/2020<br>Review of newspaper reports of manifestation of last night, sending of most important news stories to Monitor and preparation of recommendations concerning the report to be prepared | 1h 30m | $150.00/h | $225.00 |

| Date | Time | Rate | Amount |
|---|---|---|---|
| 01/23/2020<br>Conference calls with Alfredo Castellanos and John Romero | 1h 00m | $150.00/h | $150.00 |
| 01/23/2020<br>FEDERAL MONITOR-MONITORING OF MEDIA COVERAGE OF MANIFESTATION HELD | 7h 00m | $150.00/h | $1,050.00 |
| 01/22/2020<br>In Chambers Meeting with Judge Gelpí | 2h 00m | $150.00/h | $300.00 |
| 01/22/2020<br>Review of Monitor's Report of Manifestation of Jan. 20th at La Fortaleza and preparation of email to Federal monitor | 0h 30m | $150.00/h | $75.00 |
| 01/21/2020<br>Conference call with Attorney Castellanos regarding revision of six month report | 0h 15m | $150.00/h | $37.50 |
| 01/21/2020<br>Search for document sent to Attorney Arturo García about access to data and documents of PRPB by Federal Monitor and preparation of email to Federal Monitor and preparation for in chambers meeting with Judge Gelpí | 1h 00m | $150.00/h | $150.00 |
| 01/21/2020<br>Meeting with John Romero and staff in preparation for In Chambers Conference of Judge Gelpí | 2h 00m | $150.00/h | $300.00 |
| 01/15/2020 | 1h 00m | $150.00/h | $150.00 |
| 01/15/2020 | 5h 00m | $150.00/h | $750.00 |

**Terms & Note:**
Thanks for your business.

| | |
|---|---|
| Sub Total: | **$3,787.50** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$3,787.50** |
| Paid: | **$0.00** |
| **Balance Due:** | $3,787.50 |