# Exhibit A

CERTIFIED TRANSLATION

**OFFICE OF THE TECHNICAL COMPLIANCE ADVISOR**
268 Ave. Muñoz Rivera
World Plaza Suite 1001
San Juan, Puerto Rico 00918
787.765.6609 / tca.prm@gmail.com

Date: October 3, 2016

Time: 10 AM to 12:30 PM

Place: TCA Office

Participants:

| | | |
|---|---|---|
| TCA Arnaldo Claudio | Luis Saucedo | Dr. Richard Blanco-Peck |
| Sonia Guillermety | Sara Benítez | José Rodríguez |
| Pedro Julio Serrano | Papo Christian | Carmen Villanueva |
| Modesta Irizarry | Cecilia La Luz | Carmen M. Acosta |
| Lieut. José A. Hernández | Sgt. Pedro Cruz | Eric Guzmán |
| Linda Navedo | | |

AGENDA

**Focus groups/ Paragraph 241**
**Agreement forthe Sustainable Reform of the Puerto Rico Police Department**
First Meeting

- Introduction/Historical Background
- Presentation of Proposal for Focus Group activities
- Subjects to be addressed
    - Determine the eight (8) homogeneous focus groups to be worked with
    - Fundamental areas (of the Reform Agreement) to be discussed by all Focus Groups.
    - When will the activity take place?
    - Meeting participants as "facilitators"
    - Remuneration

| DISCUSSION | RESULTS/DECISIONS |
|---|---|
| Introduction/Historical Background | - TCA Arnaldo Claudio explained the objective of this activity.<br>- Proceeded to introduce the various community representatives:<br>  ✓ Sara Bonita as: Women (Domestic Violence and Abuse)<br>  ✓ José Rodríguez: Dominican Committee<br>  ✓ Pedro Julio Serrano: Puerto Rico para Tod@s, LGBTT Community |

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

1

CERTIFIED TRANSLATION

**OFFICE OF THE TECHNICAL COMPLIANCE ADVISOR**
268 Ave. Muñoz Rivera
World Plaza Suite 1001
San Juan, Puerto Rico 00918
787.765.6609 / tca.prm@gmail.com

| DISCUSSION | RESULTS/DECISIONS |
|---|---|
|  | ✓ Papa Christian: Public Housing Projects in All of Puerto Rico and to the Entire Country<br>✓ Carmen Villanueva: Hill Brothers Community Leader, Black Women, Divorced Women, mother and head of household<br>✓ Modesta Irizarry: Loíza community leader<br>✓ Cecilia La Luz: Centro Comunitario LGBTT de Puerto Rico [Puerto Rico LGBTT Community Center]<br>✓ Carmen M. Acosta: Office of the Reform, PPR<br>✓ Lieut. José A. Hernandez: Office of the Reform, PPR<br>✓ Sgt. Pedro Cruz: Office of the Reform, PPR<br><br>– The TCA was emphatic in establishing the importance and seriousness of this process.<br><br>The representative of the Federal Department Of Justice, Luis Saucedo, gave a brief background on the investigation, the Agreement and its goals, among other aspects. |
| Presentation of the Proposal for Focus Group activities | – Dr. Richard Blanco-Peck, TCA consultant (responsible for conducting activities involving focus groups and drafting a final report), gave a general explanation of what the processes involving focus groups will consist of.<br><br>– He established that these will give continuity to the first community surveys done with the community, the Puerto Rico Police Department, and those who are arrested.<br><br>– He explained that each focus group will consist of eight (8) community representatives and its composition will be homogenous. |
| Determine the "focus groups" that will be working | – At this meeting it was determined that the focus groups will address the following community groups:<br>1. LGBTT Community<br>2. Women<br>3. Dominican Community<br>4. Community of Loíza<br>5. University Community<br>6. Luis Llorens TorresPublic Housing Community<br>7. Homeless Persons Community (people without shelter)<br>8. Black Community<br><br>– The TCA will dialogue with Dr. Blanco – Peck to add the community of persons with disabilities. |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

2

CERTIFIED TRANSLATION

**OFFICE OF THE TECHNICAL COMPLIANCE ADVISOR**
268 Ave. Muñoz Rivera
World Plaza Suite 1001
San Juan, Puerto Rico 00918
787.765.6609 / tca.prm@gmail.com

| DISCUSSION | RESULTS/DECISIONS |
|---|---|
| Fundamental Areas (of the Reform Agreement) to be discussed by all Focus Groups | – At this meeting it was determined that the fundamental areas of the Reform Agreement to be discussed by all focus groups are:<br>1. Use of Force<br>2. Searches and Raids<br>3. Equal Protection and Non-discrimination<br>4. Interaction with the Community and Public Information<br>5. Supervision and Administration<br>6. Administrative Complaints, Internal Investigations and Discipline<br><br>– The following aspects will be addressed as part of the conclusions discussed with interviewees:<br>1. Safety<br>2. Trust<br>3. Trainings<br>4. Professionalization<br>5. Information Access |
| When will the activity be held? | – This aspect will be discussed and decided in the next meeting. |
| Meeting participants as "facilitators" | – Dr. Blanco – Peck explained that each workgroup participant will serve as "facilitator" for the community they represent.<br><br>– Their roles will be discussed at the next meeting, where they will be given the "Facilitator Guide". |
| Remuneration | – This aspect will be discussed at the next meeting. |

NEXT STEPS:

| TASKS | DEADLINE | PERSON IN CHARGE |
|---|---|---|
| 1. Sending/Delivery of fundamental documents: | October 3, 2016 | TCA Arnaldo Claudio |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

3

CERTIFIED TRANSLATION

**OFFICE OF THE TECHNICAL COMPLIANCE ADVISOR**
268 Ave. Muñoz Rivera
World Plaza Suite 1001
San Juan, Puerto Rico 00918
787.765.6609 / tca.prm@gmail.com

| TASKS | DEADLINE | PERSON IN CHARGE |
|---|---|---|
| a. Report on Surveys required under Paragraph 241 and its PowerPoint presentation. <br> b. Draft document identified as <u>Focus Group Questionnaire: Demographic Questions for each Interviewee and Areas of Reform</u> | | |
| 2. Work Group Contact Info Sheet | October 3, 2016 | TCA Arnaldo Claudio |
| 3. Request alternate dates for the next meeting | October 3, 2016 | TCA Arnaldo Claudio |
| 4. Request determination of which focus group(s) they wish to participate in | October 3, 2016 | TCA Arnaldo Claudio |
| 5. At the next meeting the following aspects will be addressed: <br> a. Presentation by Dr. Blanco – Peck on how the process will be carried out. (Input from work group will be gathered). <br> b. Presentation by Dr. Blanco – Peck on the Facilitator Guide <br> c. Present List of Focus Groups and their Facilitators. <br> d. Identify start date. <br> e. New topics. | Date not yet determined. | |

NEXT MEETING:

| Date: | The date for the next meeting has not yet been determined. TCA will proceed to coordinate an upcoming date convenient for all participants. |
|---|---|
| Time: | Information currently unavailable. |
| Place: | Information currently unavailable. |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

4