# Exhibit B

CERTIFIED TRANSLATION

## Summary of Exhaustive Survey Activities (May 2018)

### Richard Blanco – Peck, PhD

- Approval and validation of the Resident Questionnaire of the Puerto Rico Police Department Reform, T.C.A., Corporation. The parties involved in the Agreement re-endorsed the resident questionnaire used previously in the 2015–16 study. It was validated by calculating the consistency index or Cronbach Alpha and was approved.

- First Meeting with interviewers on April 22, 2018. Professional work group was established and organization of the resident survey commenced. The objective is to prepare interviewers to manage the questionnaire and to establish the guidelines fordesign of the research. The objective of the survey is to randomly interview 1308 residents of the 78 municipalities of Puerto Rico to obtain results with a 2.5% margin of error. That week from the 22nd to the 26th questionnaires were distributed to complete the pilot plan with a 20 person team.

- Second meeting on **May 20, 2018**. Began receiving questionnaires from Bayamón, Carolina, Caguas, Mayagüez, Vieques, Culebra, San Juan, Trujillo Alto, Arecibo, Rio Grande, Guaynabo, Barceloneta, Manatí, Morovis, Toa Alta, Canóvanas, Río Grande, Toa Baja, Lares, Vega Alta, Florida, Fajardo, Ponce, San Lorenzo, Luquillo, San German and Maricao.

- Commenced logistical analysis of how interviewers are working. Possible errors corrected in order to establish how the next questionnaires will be distributed to other municipalities and to finish those indicated above. On May 27 questionnaires will be distributed for the entire Island of Puerto Rico.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.