# Exhibit C

CERTIFIED TRANSLATION



| | |
|---|---|
| GOVERNMENT OF PUERTO RICO | Hector M. Pesquera |
| DEPARTMENT OF PUBLIC SAFETY | Secretary |
| Puerto Rico PoliceDepartment | Henry Escalera Rivera |
| | Commissioner |

**OS - 4 - OR - 1 - 094**

February 14, 2019

Arnoldo Claudio
Federal Monitor
268 Muñoz Rivera
World Plaza Building, Suite 101
San Juan, PR

Dear Mr. Claudio:

Paragraph 241 of the Agreement for Sustainable Reform establishes that for purposes of evaluating overall compliance by the Puerto Rico Police Department (PRPD) and the effectiveness of the Agreement, the Office of the Federal Monitor will conduct a reliable and exhaustive survey of the members of the Puerto Rican community regarding its perceptions and experiences with thePuerto Rico Police (PRP), of individuals arrested and held in the cells of the various police stations or precincts and of the members of the PRP itself. Such "Compliance Measurement" study was completed by Dr. Richard Blanco–Peck, PhD, and his work team. After the second survey was completed, the Office of the Federal Monitor presented to the PRPD an executive summary of the comparison of results from the surveys completed in 2015 and 2018.

Before presenting our comments on the report, we believe it is very important to note that the Puerto Rico Police Department is committed to working at all times to demonstrate compliance with the Agreement consistent with the three primary objectives of the same, which are to protect public safety, promote police practices that are constitutional and free of prejudice and above all to strengthen citizens' trust in the Police. In order to achieve compliance with these objectives, for the past four years the PRPD has been deeply engaged in the creation of capacity,

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

building"), developing policies and procedures and implementing training for the professionalization of Police Department.

After finishing this period during which the foundation was developed for effective compliance with the Agreement, and as of October 8, 2018, starting the phase to demonstrate the PRPD's compliance; a phase in which the direct impact will be measured which is reflected in the services provided to citizens, the results of the efforts will probably not be seen through the surveys. In order to achieve such objectives it will be necessary to work with a diversity of strategies aimed at educating, creating awareness and informing the country about multiple activities which affirmatively demonstrate our genuine commitment to complying with the established requirements.

The Monitor's report compares results from the surveys administered in 2015 and 2018, presenting significant progress in the increase in the level of community awareness of the Police Department Reform in 2018, compared to the year 2015. Such an increase is evidence of work to publicize the Reform and reaffirms our commitment to being proactive in the establishment of policies that strengthen the bonds of trust with communities and promote their collaboration and inclusion in conflict resolution. It is also established that there was significant statistical progress in the Puerto Rico Police officers' treatment of members of the "LGBTT" communities. This is the result of the work we have completed by establishing policies that promote respect of dignity and of civil and human rights of all communities.

However, in general terms, the surveys conducted in the year 2018 reflect a stagnation and/or setback, compared to the surveys from the year 2015. Analyzing the areas whose results were adverse in terms of compliance, and given that they may delay effective implementation, we will report on the initiatives and strategies under development or that we propose to initiate in order to achieve compliance with Agreement:

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Survey of Residents:**

The Study shows a correlation between awareness of the reform and the perception of the Police Department's work. It also identifies demographic groups that negatively rate the Police Department's work, among these youth, the unemployed, and ethnic minorities for which the study recommends citizen reconciliation action between this group and the Police Department.

1. Regarding this particular aspect we accept the study's recommendation. Nonetheless, the PRPD has developed different assertive, timely and dynamic mechanisms to inform citizens about issues directly and indirectly related to the Agreement for the Sustainable Reform of the Puerto Rico Police Department, giving participation to various community sectors in the periods of training, evaluation and implementation of the activities conducive to development of the Reform, which will allow us to strengthen the trust among the demographic groups that negatively rate the Police Department's performance. The PRPD will ensure that together with the communities of interest, collaborative work is developed that will result in improvements in quality of life, ethical police services and more effective crime prevention. Therefore, it will continue to keep the communities informed of the initiatives developed, of the reform process and crime statistics, through different platforms for public outreach. The importance of reporting on proceedings and initiatives through the mass media and social networks has been highlighted through discussions, community events, surveys (paragraph 241) and particular community meetings.

2. We cannote the following initiatives, for example:

   **Existing initiatives:**

   - *Pégate al Medio Día* TV Program, WAPA TV.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

- *La Perrera* radio Program on Salsoul radio station.
- *El Expresso*, a regional newspaper circulating in 19 municipalities in the North and the Metro area.
- *Tu amigo Policía*, a radio program on WIPR 940 AM.
- *Radio Antillas* 1130 AM, broadcasting to cities and towns in south and southwest Puerto Rico.

**Proposed initiatives:**

- We plan to create a YouTube channel containing short videos with information on the processes related to the Reform, as well as educational material to encourage crime prevention. These short videos will be developed by resources within the Reform Office itself. Segments from previous participation in the *Pégate al Medio Día* program will also be included in the channel.
- Develop alliances by approaching radio stations such as: *WKAQ Radio Reloj, Radio Vicoria, Uno Radio Group, Triunfo 96 FM*, participation in the *De Mañana* morning show, as well as television channels such as: *Telemundo*. Increase participation in television programs on *WAPA TV* and initiate a regular section two Mondays per month on *Telenoticias de Telemundo "PorTuSeguridad"* [*"For Your Safety"*] in the midday edition.

**Police Survey:**

The study shows Police Department Members' strong resistance to participation in surveys and dissatisfaction with the PRPD's upper ranks and management.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

1. The PRPD will develop training and education activities through the SAEA allowing for the professionalization and career development of PRPD Members, such as compliance of the officer school, in the process of development.
2. Identify and acknowledge the work of the PRPD Members that currently have programs on different local radio stations to encourage more continuous and controlled dissemination of information about the Reform.

**Detainee Survey:**

Overall, detainees negatively rate the work of the Police Department. The sample is not statistically significant, but it may serve for qualitative analyses.

1. We should note that the instrument or questionnaire used by the task force to measure advances in compliance with the requirements of the Agreement for the Sustainable Reform of the PRPD, does not allow for the most precise measurement possible regarding issues involving individuals arrested and detained in the cells at the various police stations or precincts of the PRPD. The relevance of the questions to the content of the Agreement for Sustainable Reform, objectives, organization of the questionnaire and issues involving methodology and the procedure used to administer the same may have adversely affected the survey results.

2. It is extremely important that the questions be drafted in a way that allows for measurement of compliance with the requirements established under the Agreement for the Sustainable Reform of the PRPD; however, we find that some of the questions evaluate aspects unrelated to the Agreement, which lends itself to confusion regarding its terms and scope, since everyday citizens are unfamiliar with those processes.

3. Aspects involving procedures for citizen detention and arrest are addressed in the revisions of the Equal Protection and Non-discrimination policies and policies involving said process (General Order Chapter

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

600, Section 615, "The PRPD's Authority to conduct Arrests and issue Summons", and others.)

4. For administration of the next surveys, we recommend working to revise the premises presented to participants.

In conclusion, we appreciate the opportunity to present the recommendations to the Report.

Cordially,

*[signature]*
Henry Escalera Rivera
Commissioner

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.