**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**COMMONWEALTH OF PUERTO RICO**,
et al.,

   Defendants.

CIVIL NO. 12-2039 (GAG)

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

The undersigned attorney hereby appears in this case as counsel of record for defendants, the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY: That today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, on information and belief, shall automatically notify the parties' attorneys of record at their e-mail addresses and which pursuant to Local Civil Rule 5.1(b)(2) constitutes the equivalent of service.

In San Juan, Puerto Rico, this 14th day of February, 2020.

McCONNELL VALDÉS LLC
*Attorneys for Defendants*
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5647
Fax: 787.759.8282

By: *s/ Sonia M. López del Valle*
Sonia M. López del Valle
USDC-PR No. 231413
sld@mcvpr.com