# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, ET AL., <br><br> Defendants. | No. 12-cv-2039 (GAG) |

## MOTION TO RESTRICT UNITED STATES' NOTICE IN COMPLIANCE WITH ORDER AT DOCKET 1413

COMES NOW, Plaintiff, the United States of America, by and through the undersigned counsel, and respectfully moves to restrict its Notice in Compliance with Order at Docket 1413 for viewing by counsel for the Parties only, pursuant to Standing Order No. 9, *Amendment to the Restricted Filing and Viewing Levels Module*, Misc. No. 03-149 (Jan. 30, 2013).  For cause, the United States alleges and states:

1. On February 13, 2020, this Court issued a Restricted Order on matters pertaining to Defendants' February 12, 2020, Motion in Compliance, ECF 1411.  Order, ECF 1413 (Feb. 13, 2020).

2. The United States' Notice pertains to subject matter within the Restricted Order and should be restricted in similar fashion until further ordered by the Court.

WHEREFORE, the United States respectfully requests leave to file its Notice in restricted mode for viewing only by the Court and counsel for the Parties until further ordered by the Court.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, and the Acting Monitor on the service list to be served by electronic means.

Respectfully submitted, this 28th day of February, 2020,

        STEVEN H. ROSENBAUM
        Chief, Special Litigation Section
        Civil Rights Division

        *s/ Luis E. Saucedo*
        **TIMOTHY D. MYGATT**
        Deputy Chief
        **LUIS E. SAUCEDO** (G01613)
        Counselor to the Chief
        **JORGE CASTILLO** (G02912)
        Trial Attorney
        U.S. Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 598-0482
        Fax: (202) 514-4883
        luis.e.saucedo@usdoj.gov
        jorge.castillo@usdoj.gov

        Attorneys for Plaintiff