IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 12-2039 (GAG) |
| COMMONWEALTH OF PUERTO RICO, et al., | |
| Defendants. | |

## MOTION SUBMITTING COMPLIANCE MEASUREMENT REPORT

**TO THE HONORABLE COURT:**

**NOW COMES,** the undersigned as Constitutional and Legal Advisor for the Federal Monitor's Office (TCA), who respectfully informs the Court as follows:

In compliance with the directives of the Court at Docket No. 1422, the Federal Monitor's Office (TCA) hereby submits the Compliance Measurement Report prepared by Dr. Richard Blanco-Peck, which consists of the presentation and comparison of the comprehensive surveys results of 2015 and 2018 pursuant to Paragraph 241 of the Agreement on the Sustainable Reform of the Puerto Rico Police Bureau. The aforementioned Report is attached to the present motion as Exhibit #1 and it was translated from its original Spanish language version to English. The Spanish language version will be made available to the general public as well by the Federal Monitor's Office (TCA).

WHEREFORE, the undersigned respectfully requests that the Court takes notice of the above for all relevant purposes.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 28th day of February 2020.

          **CASTELLANOS GROUP, P.S.C.**
          Cond. Madrid, Suite 304
          Calle Loiza 1760
          San Juan, PR 00911
          Tel. 787-641-8447
          Fax. (787)793-4495

          **S/ ALFREDO A. CASTELLANOS**
          **ALFREDO A. CASTELLANOS**
          Constitutional and Legal Advisor
          Federal District Court, for the District of Puerto Rico
          alfredo@cglawpr.com

## NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

          **S/ ALFREDO A. CASTELLANOS**
          **ALFREDO A. CASTELLANOS**
          Constitutional and Legal Advisor
          Federal District Court, for the District of Puerto Rico
          alfredo@cglawpr.com