# Compliance Measurement Report

## Presentation and Comparison of the Comprehensive Surveys Results of 2015 and 2018 pursuant to Paragraph 241 of the Agreement on the Sustainable Reform of the Puerto Rico Police Bureau



**Second Quantitative Report**
**Office of the Federal Monitor for the Sustainable Reform of the Puerto Rico Police Bureau, Hato Rey**

**Performed by Richard Blanco-Peck, PhD.**
**2018**

# *Table of Contents*

*Page*

*Preface*…………………………………………………………………...…………*4*


*First Part:*

*Survey of Residents* …………………………………………………………*7*

*General Conclusions Part I*……………………………………………...*93*

*Correlations Conclusions*………………………………………………*95*


*Second Part:*

*P. R.P.B. Members Survey*………………………………….............*100*

*General Conclusions Part II*……………………………………………*183*

*Correlations Conclusions*……………………………………………*186*

*Perception of some interviewers on officers sampling*……………………………......*190*

 *In the 2018*

*.*

*Third Part:*

*Survey of Detainees*……………………………………………………*192*

*Specific Conclusions*………………………………………………….........*223*

*General Recommendations Part III*……………………………………*232*

*Bibliography*……………………………………………………………*235*

*Appendixes*……………………………………………………………*238*

*Appendix A: Questionnaire Residents……………………………………………239*

*Appendix B: Questionnaire Members of the P. R.P.B.………………………………253*

*Appendix C: Questionnaire of the Detainees………………………………………263*

# Preface

The Federal Monitor Office procured consulting and professional analysis services related to the elaboration of three comprehensive surveys of the following groups: 1. Residents, 2. Members of the Puerto Rico Police Bureau and 3. Detainees in the Puerto Rico police stations and courts. These services were determined through a contract with the TCA, PR Corporation to carry out the second planning of three statistically valid surveys, based on a coherent methodology, and carried out by an independent entity according to the Agreement on the Sustainable Reform of the Puerto Rico Police Bureau. These studies are the seconds of a series that began in 2015-16 and were replicated in 2018-19 to compare findings, identify changes and measure progress in the Sustainable Reform of the Puerto Rico Police (PRPB) Bureau.

This study includes the statistical results of a.) A survey (random and stratified) of the residents of the 78 municipalities; b.) A survey in the street and in the police stations to the members of the Puerto Rico Police Bureau (PRPB) of the 13 Areas c.) and interviews with the detainees in the State Police stations and/or the courts. To carry out the study, three questionnaires were validated by the consistency index or Alpha of Cronbach and were constructed by the parties involved in the Agreement, who participated directly in their writing. The results of these surveys were compared with the studies of 2015-16 using descriptive and inference statistics.

These studies were achieved thanks to the heroic working group that faced a Puerto Rico devastated by the lack of electricity and water in many of the municipalities visited and/or contacted. A representative sample of the population (1,309) was obtained with subjects from the 78 municipalities selected proportionately. The sample of the officers of the PRPB was also a

4

success interviewing 394 policemen of the 13 Areas. Finally, the number of detainees interviewed raised from 25 (2015) to 47 in 2018 using a non-probabilistic sampling design.

Methodology:

As part of the compliance with paragraph 241 of the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau, established on July 17, 2013, several research designs were carried out in the 2015-16 which measured: a. The experiences and Perceptions of the communities of Puerto Rico with the PRPD through a multi modal survey of a scientific design of telephone sampling, using cell phones and person to person, randomly and stratified from the 78 municipalities of Puerto Rico according to the proportion of each municipality established in the last census (June 2017). It selected the proportions of the Puerto Rican population of adults over 18 years according to the last census and the questionnaire was validated; B. The self-perception of the PRPB members from the 13 areas according to the Agreement through a survey on the street and police stations and  where a validated questionnaire was used; and C.) The experiences and perceptions of the people arrested by the PRPB, where we conducted interviews in the police stations and/or courts using a validated questionnaire. The parties to this Agreement participated directly in the elaboration of the three instruments (questionnaires) of data collection.

This time the second series of exhaustive surveys were carried out comparing the results of the 2015 with those obtained in 2018. In this way, patterns were established, the occurrence of changes to the Sustainable Reform of the Puerto Rico Police Broker was analyzed, and they were measured using scientifically significant statistics and presented in graphs and/or tables. In this way it was possible to measure the compliance with the Reform in a scientific way.

This social scientist enjoys the professional resources to develop these research designs and could incorporate and train graduate students and/or professionals as interviewers. For This

study participated about 22 professionals, some of them with doctoral degree and master, to which we will be eternally grateful. The study is based on impartiality and ethical principles of research.

Richard Blanco-Peck, PhD.

# Second Survey on Residents of Puerto Rico (2018)

**I. First Part: Residents Compliance Measurement:**

**Results of the Second Survey of Residents: Products of the Exhaustive Survey Related to Citizen Perception of the Puerto Rico Police Bureau 1,309 Residents interviewed between the weeks of May 20, 2018 and June 30, 2018.**

This First Part presents the findings of the scientific survey made to adult residents of Puerto Rico (18 years or older) between the weeks of May 20, 2018 and June 30, 2018 using a stratified random sampling of 1,309 subjects selected proportionally from the population of the 78 municipalities of Puerto Rico (according to the last census of July 1, 2017). As in the first survey, three random and stratified modules were used, 1- telephone numbers systematically selected from the telephone directories by geographical area, 2- selected cell numbers systematically of the 78 municipalities and 3 random visits from person to person in all the municipalities of Puerto Rico. In this way, we complied with the residential survey indicated in paragraph 241 of the Agreement between the Department of Justice of the United States and the Police Bureau of the Commonwealth of Puerto Rico. In addition, relevant data were obtained by the comparison between the results of the First Survey of 2015-16 with those of this Second Survey (2018-19). Also, the differences between both results were measured and levels of progress established.

A randomized and stratified telephone-cellular-personal sampling research design with a margin of error of 2.5% (of the 78 municipalities of Puerto Rico) and an answer rate of approximately 65 percent was developed and implemented. A list of random phones and cell phones was settled to interview the adult population (18 years or more) of Puerto Rico using the area codes of each municipality and a database of more than 17,000 cell phones where a random number system was used to select the numbers to be operated. In addition, the municipalities were visited with a work team of 22 people where residential areas of difficult access were selected and visite. This system of interviews is known as multimodal and gives positive results in scientific surveys, in the face of population change and the advancement of 21st century technologies (Dillman, D., Smyth, J. & Christian, L.M., 2014)

The first findings presented below are related to the demographic variables of this scientific research and are compared with those of the 2015 study,

**Table 1:** Ethnic Group: Comparison between the 2015 y 2018 studies

| | Frequencies by year | | | |
|---|---|---|---|---|
| Ethnic Group | 2015 | % | 2018 | % |
| Predominantly White | 642 | 49.0 | 547 | 44.1 |
| Predominantly Black | 294 | 22.5 | 270 | 20.6 |
| Predominantly Indian | 52 | 4.0 | 85 | 6.5 |
| Asian | 1 | .1 | 9 | .7 |
| Mixed | 271 | 20.7 | 322 | 24.6 |
| Other | 46 | 3.5 | 43 | 3.3 |
| No Answer | 3 | .2 | 3 | .2 |
| Total | n = 1309 | 100.0% | 1,309 | 100.0% |

There are slight statistical differences between the samples from 2015 and 2018 (D of Somer =. 08, significant al. 003 level).

The first table of this Report presented the variable Ethnic Group to which each subject interviewed identified him/herself.

Table 1 revealed that in 2015, 49 percent (642 people) of the 1,309 residents surveyed in the 78 municipalities of Puerto Rico indicated that they belonged to the predominantly white group. 22.5 percent (294 people) indicated being predominantly black / mulatto, 20.7 percent (271 people) selected the mixed category, 4.0 percent (52 people) predominantly Indian, 3.5 percent, other (46 people) ), .2 percent (3 people) did not answer the question and only .1 percent (1 person) was identified as Asian.

On the other hand, the ethnic profile of the stratified random sample of 2018 indicated that 44.1% (547) indicated being predominantly white, 24.6% (322) mixed, 20.6% (270) predominantly black / mulatto, 6.5% (85) predominantly Indian, 3.3% (43) other, .7% (9) Asians and .2% (3) did not want to answer. See Table 1 and Graph 1 to perceive these descriptions.

**Graph I: Ethnic Groups: Comparison between the 2015 y 2018 studies**



Graph 1 Comparison of Ethnic Group 2015 and 2018 presented the percentage frequency distribution of this variable of the study of both years. There is a slight difference between the categories of this variable per year.

**Table 2:** Gender: Comparison between the 2015 y 2018 studies

| Gender | Frequencies by year | | | |
| --- | --- | --- | --- | --- |
| | 2015 | % | 2018 | % |
| Masculine | 575 | 43.9 | 653 | 49.9 |
| Feminine | 734 | 56.1 | 622 | 47.5 |
| No Answer | - | - | 34 | 2.6 |
| Total | n = 1309 | 100.0% | 1,309 | 100.0% |

In the 2018 survey there were more male subjects interested in participating compared to 2015.

Table 2 entitled Gender shows the distributions of that variable.

The table reveals that most of the people who participated in this exhaustive survey of 2015 were females with 56.1 (734) percent versus 43.9 (575) percent of the male gender. According to the observations of our interviewers, in 2015 many men refused to participate and answer a questionnaire related to the Puerto Rico Police Bureau. However, in the 2018 survey the males had higher interest with 49.9% versus 47.5% of females, 2.6% did not want to answer.

Forward, Graph II is presented where the percentage frequency distribution of the gender groups per survey year are perceived.

**Graph II: Gender: Comparison between the 2015 y 2018 studies**



Gender: Comparison between the 2015 y 2018 studies

meta-chart.com

Figure II shows the percentage frequency distribution of the demographic variable Gender. It shows that most of the subjects interviewed in 2015 were identified with the female gender. However, in the 2018 sample, male subjects were more likely to respond, and women were more cautious.

**Table 3:** Age: Comparison between the 2015 y 2018 studies

Frequencies by year

| Age | 2015 | % | 2018 | % |
|---|---|---|---|---|
| 18 a 28 years | 324 | 24.8 | 314 | 24.0 |
| 29 a 39 | 212 | 16.2 | 295 | 22.5 |
| 40 a 50 | 258 | 19.7 | 274 | 20.9 |
| 51 a 61 | 241 | 18.4 | 211 | 16.1 |
| 62 a 72 | 179 | 13.7 | 145 | 11.1 |
| 73 + | 94 | 7.2 | 69 | 5.3 |
| No Answer | 1 | .1 | 1 | .1 |
| Total | n = 1309 | 100.0% | 1,309 | 100.0% |

In 2018 young people had a little more interest in participating in the survey compared to 2015.

Table 3 shows the frequency distribution of the demographic variable Age.

Table 3 shows the 2015 sample distribution of subjects interviewed through the 78 municipalities where: the 24.8 percent (324 interviewed) were from 18 to 28 years of age, 16.2 percent (212 subjects) from 29 to 39 years of age, 19.7 percent (258 subjects) between the ages of 40 to 50 years, 18.4 percent (241 people) between 51 and 61 years, 13.7 percent (179 subjects) between the ages of 62 to 72 years of age , and 7.2 percent (94 interviewed) between the ages of 73 or more. Only one person (1) did not indicated its age for a .1 percent of the category "I do not answer".

13

In 2018 the sample was divided as follows: 24% from 18 to 28 years, 22.5% from 29 to 39 years, , 20.9% from 40 to 50 years, 16.1%, from 51 to 61, 11.1%, from 62 to 72, 5.3% from 73 or more, and .1% did not answer.

The samples represent quite accurately the 18 years or more resident's population of the 78 municipalities of Puerto Rico who voluntarily participated in these exhaustive studies.

Graph III is presented below, exposing the percentage frequency distribution of the age groups and comparing the 2015 and 2018 findings.

**Graph III: Age: Comparison between the 2015 y 2018 studies**



Figure III shows the comparison between the percentage frequency distributions of the demographic variable Age by year of study. It shows the broad diversification of the subjects

14

interviewed. There is a very good percentage distribution of the age groups. These data indicate that the samples taken from the resident population had a good representation from the different age groups interviewed.

**Table 4:** Residential Zone: Comparison between the 2015 y 2018 studies

|  | Frequencies by year | | | |
|---|---|---|---|---|
| Residential Zone | 2015 | % | 2018 | % |
| Rural Barrio | 466 | 35.6 | 366 | 28.0 |
| Urban Barrio | 289 | 22.1 | 354 | 27.0 |
| Urban Town | 247 | 18.9 | 245 | 18.7 |
| City | 299 | 22.8 | 342 | 26.1 |
| No Answer | 8 | .6 | 2 | .2 |
| Total | n = 1309 | 100.0% | 1,309 | 100.0% |

The next displayed variable is Residential Zone.

This variable has the categories of Rural Neighborhood, Urban Neighborhood, Urban Town and City as shown in Table 4. If we add the 2015 categories related to urban areas, we have 64.4 percent of the respondents indicating that they reside in one of the urban categories described in table 4. Only 8 people did not want to answer the question for a .6 percent of the 1,309. This shows that the interviewers reached various residential areas of the Puerto Rican population in 2015.

15

In 2018, 72.8% of the sample turned out to be of the urban categories expressed in Table 4. Only 2 people did not wish to identify their residential area. Our interviewers penetrated all the residential areas and the subjects who wished to participate are represented in Table 4. After two hurricanes, apparently many people have left the rural areas.

Forward, Figure IV shows the distribution of percentage frequency of the groups by residential area of 2015 and 2018 of the residents interviewed from the 78 municipalities.

**Graph IV: Residential Zone: Comparison between the 2015 y 2018 studies**



Graph IV shows the percentage frequency distribution of the demographic variable Residential Zone of the exhaustive surveys conducted in 2015 and 2018. In this graph we can see the residential area of the interviewees of both studies. There is a very good percentage distribution

of the residential area groups. These data indicate that the samples obtained a good participation of the different residential zone groups interviewed for these studies.

**Table 5:** Working Group: Comparison between the 2015 y 2018 studies

| Working Group | Frequencies by year | | | |
|---|---|---|---|---|
| | 2015 | % | 2018 | % |
| Professional | 113 | 8.6 | 126 | 9.6 |
| Middle Management | 88 | 6.7 | 73 | 5.6 |
| White Collar Employee | 287 | 21.9 | 301 | 23.0 |
| Blue Collar Employee | 90 | 6.9 | 115 | 11.5 |
| Housewife/Student | 324 | 24.8 | 259 | 19.8 |
| Part Time Employee | 122 | 9.3 | 126 | 9.6 |
| Unemployed | 85 | 6.5 | 81 | 6.2 |
| Retiree/Pensioner | 197 | 15.0 | 190 | 14.5 |
| No Answer | 3 | .2 | 2 | .2 |
| Total | n = 1309 | 100.0% | 1,309 | 100.0% |

From 2015 to 2018 it is perceived that the percentage of blue-collar employees increased, and the percentage of housewives/students decreased.

Table 5 shows the frequency distribution of the demographic's variable Working Group by year of study,

This table illustrates that the 2015 sample of respondents is distributed as follows: 8.6 percent (113 respondents) are from the Professional Group, 6.7 percent (88 subjects) from the Medium Management Group, 21.9 percent (287 subjects) from the White Collar Employee Group, 6.9 percent (90 people) from the Blue Collar Employee Group, 24.8 percent (324 subjects) were identified as Housewife / Student, 9.3 percent (122 respondents) from the Employee Group on Time Partial, 6.50 percent (85 unemployed) and 15.0 percent (197 pensioners) of Pensioners / Retired. Only three people (3) did not indicate their Working Group for a .2 percent of the category I do not answer. The sample accurately represents the Puerto Rico resident population.

On the other hand, we present the percentage frequency distribution of the 2018 survey that indicates the following: 9.6 percent (126 interviewed) are from the Professional Group, 5.6 percent (73 subjects) from the Medium Management Group, 23.0 percent (301 subjects) of the White Collar Employee Group, 11.5 percent (115 people) of the Blue Collar Employee Group, 19.8 percent (259 subjects) were identified as Housewife / Student, 9.6 percent (126 interviewed) of the Group of Part-time Employee, 6.2 percent (85 unemployed) and 14.5 percent (190 pensioners) of Pensioners / Retired. Only two people (2) did not indicate their Working Group for a .2 percent of the category did not answer. The sample properly represents the Puerto Rico population. From 2015 to 2018 it is perceived that the percentage of blue-collar employees increased, and the per centage of housewives/students of the residents interviewed decreased.

Forward, Figure V is presented where the percentage frequency distribution of the work or employment groups per year of study are observed.

**Graph V: Working Group: Comparison between the 2015 y 2018 studies**

Working Group: Comparison between the 2015 y 2018 studies

Working Group



Graph V displays the percentage frequency distribution of the demographic variable Working Group without including the category of no answer of only 2 people and rounded to a decimal space. In this graph the working groups of the people surveyed are examined. These figures highlight that the samples obtained a good percentage distribution of the different work groups interviewed for these studies, establishing that they were heterogeneous samples of the Puerto Rico population. These 1,309 subjects analyzed accurately represent the different socioeconomic groups of the 78 municipalities of Puerto Rico.

**Table 6:** Educational Level: Comparison between the 2015 y 2018 studies

|  | Frequencies by year | | | |
| Educational Level | 2015 | % | 2018 | % |
| --- | --- | --- | --- | --- |
| Doctorate or J.D. | 45 | 3.4 | 69 | 5.3 |
| Master | 103 | 7.9 | 130 | 9.1 |
| Bachelor | 439 | 33.5 | 388 | 29.6 |
| Associate/Technical | 235 | 18.0 | 270 | 20.6 |
| High School | 397 | 30.3 | 399 | 30.5 |
| Elementary School | 82 | 6.3 | 50 | 3.8 |
| No Education | 3 | .2 | 1 | .1 |
| No Answer | 5 | .4 | 2 | .2 |
| Total | n = 1309 | 100.0% | 1,309 | 100.0% |

There are differences between the categories of married, divorced and single. The demographic distribution has changed after the natural disasters and economic adjustments of the years 2016, 2017 and 2018.

The Educational Level table shows the following percentage distribution of 2015 by degree studied and completed: 3.4 percent (45 interviewed) are from the group with a doctorate or JD, 7.9 percent (103 subjects) from the master degree group, 33.5 percent (439) subjects) of the group with a baccalaureate, 18.0 percent (235 people) of the group with an associate degree. / technical training, 30.3 percent (397 subjects) indicated having a high school diploma, 6.3 percent (82 respondents) specified having an elementary school degree, and .2 percent (3) did not studied

formally. Only five people (5) did not indicate their level of education for a .4 percent of the category "I do not answer".

In addition, this comparative table presents the percentage distribution of 2018 by title studied and completed: 5.3 percent (69 interviewed) are from the group with a doctorate or JD, 9.1 percent (130 subjects) from the master's group, 29.6 percent (388 subjects) with a baccalaureate degree, 20.6 percent (270 people) of the group with an associate degree. / technical preparation, 30.5 percent (399 subjects) indicated having a high school degree, 3.8 percent (50 respondents) indicated having an elementary school degree, and .1 percent (1) did not study formally. Only two people (2) did not indicate their level of education for a .2 percent of the category "I do not answer".

The samples represent the Puerto Rico population of Puerto Rico and are based on those who wanted to participate in the study. Forward is Figure VI Education Level: Comparison between studies of 2015 and 2018 where the percentage frequency distribution of the level of education groups are perceived. The sample of 2018 has some subjects with a slightly higher level of education, but they are comparable.

**Graph VI: Educational Level: Comparison between the 2015 y 2018 studies**



Figure VI presents the percentage frequency distribution of the demographic variable Education Level per year rounded to a decimal space. In this graph the groups are considered by level of education of the people surveyed. These figures can also be seen in Table 6. About 37 percent of those interviewed have a high school or less. In 2018, approximately 64 percent of the subjects who participated had some preparation after high school.

Next, Table 7 presents the findings of the demographic variable "Marital Status".

**Table** 7: Marital Status: Comparison between the 2015 y 2018 studies

| Marital Status | Frequencies by year | | | |
| --- | --- | --- | --- | --- |
| | 2015 | % | 2018 | % |
| Married | 485 | 37.1 | 574 | 43.9 |
| Divorced | 183 | 14.0 | 152 | 11.6 |
| Single | 435 | 33.2 | 354 | 27.0 |
| Widow(er) | 80 | 6.1 | 75 | 5.7 |
| Cohabit | 123 | 9.4 | 153 | 11.7 |
| No Answer | 3 | .2 | 1 | .1 |
| Total | n = 1309 | 100.0% | 1,309 | 100.0% |

There are sample differences between the categories of married, divorced and single. The demographic distribution has changed after the natural disasters and economic adjustments of the years 2016, 2017 and 2018.

Table 7 shows the frequency and percentage distribution of the demographic variable Matrimonial Status Comparing the studies of 2015 and 2018. This comparative table indicates that the sample of respondents from the 2015 study is distributed as follows: 37.1 percent (485 interviewed) are married, 14.0 percent (183 subjects) of divorced, 33.2 percent (435 subjects) of singles , 6.1 percent (80 people) of widowers, and 9.4 percent (123 subjects) coexist, Only three people (3) did not indicate their Marital Status for a .2 percent of the category I do not answer. The categories represent like the population of Puerto Rico.

23

On the other hand, the comparative table reveals that the sample of respondents from the 2018 study is distributed as follows: 43.9 percent (574 interviewed) are married, 11.6 percent (152 subjects) of divorced, 27 percent (354) subjects) of singles, 5.7 percent (75 people) of widowers, and 11.7 percent (153 subjects) coexist, Only one person (1) did not indicate their Marriage Status for a .1 percent of the category I do not answer. The categories represent like the population of Puerto Rico.

There are differences between the categories of married, divorced and single. The demographic distribution of Puerto Rico has changed after the natural disasters and economic adjustments of the years 2016, 2017 and 2018.

Forward, Graph VII is presented where the percentage frequency distribution of the Marital Status groups per year of study are perceived.

**Graph VII: Marital Status: Comparison between the 2015 y 2018 studies**



The graph VII displays the percentage frequency distribution of the demographic variable Matrimonial Status by year of study. In this comparative chart the groups by matrimonial status of the people who participated in this study are studied. These figures can also be seen in Table 7.

The last demographic table of the Residential Survey shows the variable National Identity: Comparison between studies of 2015 and 2018.

**Table 8:** Nacional Identity: Comparison between the 2015 y 2018 studies

|  | Frequencies by year | | | |
| Nacional Identity | 2015 | % | 2018 | % |
|---|---|---|---|---|
| Puerto Rican | 1214 | 92.7 | 1212 | 92.6 |
| Dominican | 54 | 4.1 | 39 | 3.0 |
| Continental American | 20 | 1.5 | 26 | 2.0 |
| Asian | 1 | .1 | 6 | .5 |
| Cuban | 4 | .3 | 9 | .7 |
| Other | 14 | 1.1 | 15 | 1.1 |
| No Answer | 2 | .2 | 2 | .2 |
| Total | n = 1309 | 100.0% | 1,309 | 100.0% |

Table 8, Nationality: Comparison between studies for 2015 and 2018 shows that 92.7 percent (1,214 people) of the 1,309 residents surveyed in 2015 indicated that they belonged to the Puerto Rican group. This figure compares with 2018, where 92.6 percent said they were Puerto Rican.

Forward, Figure VIII describes the percentage frequency distribution of the National Identity groups per year of study.

**Graph VIII: Nacional Identity: Comparison between the 2015 y 2018 studies**



Figure VIII demonstrates the percentage frequency distribution of the demographic variable Nationality of the 2015 and 2018 studies. This graph shows the subjects who participated in these studies by national identity. These figures can also be seen in Table 8. About 93 percent of the interviewees identified themselves as Puerto Rican in both studies. The remaining 7 percent was distributed among the other national identity categories.

# Comparative Study

In both studies, we have used grades (A = 4, B = 3, C = 2, D = 1 y F = 0), therefore the results can be straightforwardly understood giving a 4 if it's an A, a 3 if it's an B, a 2 if it's an C, a 1 if it's an D and a 0 if it's an F. In this form we can measure attitudes through a 0 to 4 scale.

By creating this scale, we can compute the mean and standard deviation of each variable and finally proceed to the estimate of an ANOVA (Simple Analysis of Variance). Analysis of variance (ANOVA) is a collection of statistical models and their associated estimation procedures (such as the "variation" among and between groups) used to analyze the differences among group means in a sample. In its simplest form, ANOVA provides a statistical test of whether the population means of several groups are equal, and therefore generalizes the $t$-test to more than two groups. ANOVA is useful for comparing (testing) three or more group means for statistical significance. It is conceptually similar to multiple two-sample t-tests, but is more conservative, resulting in fewer type I errors, and is therefore suited to a wide range of practical problems (McCall, Robert).

ANOVA is used in the analysis of comparative experiments; therefore, we could compare the 2015 and 2018 results in a scientific manner. In this way, we could measure progress, stagnation or regression and we can see whether there is compliance or not.

# Empirical Evidence: Results on the Reform of the P.R.P.B.

Table 9 of the Resident Survey presents the Comparison between studies of 2015 and 2018 of the variable Level of Knowledge of Residents on the P.R.P.B. Reform. This table begins to show the attitudes and knowledge of the residents of Puerto Rico about the Reform and the P.R.P.B. members.

In Table 9 we perceive that in 2015, 57.7 percent (755 residents) indicated that they had no knowledge or haven't read about the P.R.P.B. Reform, 21.4 percent (280 residents) proved to have Little Knowledge. Meanwhile, 15.3 percent (200 people) selected the category of Some Knowledge, 3.5 percent (46 people) said they had enough knowledge, 1.3 percent Much Knowledge (17 people), .8 percent (11 people) ) responded "I do not answer".

See Table 9 and Graph 9 to observe this descriptive analysis.

**Table 9:** Level of the Residents Knowledge on the Reform: Comparison between the 2015 y 2018 studies

Frequencies by year

| Residents Knowledge | 2015 | % | 2018 | % |
|---|---|---|---|---|
| No Knowledge | 755 | 57.7 | 519 | 39.6 |
| Little Knowledge | 280 | 21.4 | 410 | 31.3 |
| Some Knowledge | 200 | 15.3 | 267 | 20.4 |
| Plenty of Knowledge | 46 | 3.5 | 82 | 6.6 |
| Much Knowledge | 17 | 1.3 | 26 | 2.0 |
| No Answer | 11 | .8 | 5 | .4 |
| Total | n = 1,309 | 100.0% | 1,309 | 100.0% |

There is a statistically significant difference between the 2015 and 2018 results. The 2018 sample is one with more knowledge about the PRPB Reform. Kendall Tau c =. 18 and D of Somer =. 14 al. 0001 level of significance

Ahead is Figure IX that shows the percentage frequency distribution of the Resident Knowledge Level on the P.R.P.B.  Reform.

Table 9 also shows that in 2018, 39.6 percent (519 residents) reported not having knowledge, nor having read about the P.R.P.B. Reform, 31.3 percent (410 residents) proved to have Little Knowledge. Meanwhile, 20.4 percent (267 people) chose the category of Some Knowledge, 6.6 percent (82 people) said they had Enough Knowledge, 2.0 percent A lot of Knowledge (26 people), and .4 percent (5) people) did not answer. See Table 9 and Graph 9 to

comprehend this descriptive analysis. Ahead is Figure IX showing the percentage frequency distribution of the Resident Knowledge Level on the P.R.P.B. Reform.

There is a statistically significant difference between the 2015 and the 2018 results. The 2018 sample has more knowledge about the Reform as stipulated by a Kendall Tau c = .18 and a Somer's D= .14, both significant at the .00001 level and computed to measure progress. In 2018, the residents of Puerto Rico have a little more knowledge about the P.R.P.B. Reform than in 2015.

It is necessary to take into consideration that the 2015 sample has an little lower level of education than that of 2018, however the results on the level of knowledge are strong and exceed any small sample difference. **There is a higher level of knowledge regarding the P.R.P.B. Reform between 2015 and 2018 and it is statistically significant. Evidence of progress in the dissemination of the Reform.**

**Graph IX: Level of the Residents Knowledge on the Reform: Comparison between the 2015 y 2018 studies**



Level of Resident Knowledge on the Reform 2015 vs 2018

Graph IX exhibits the percentage frequency distribution of the Resident Knowledge Level rounded to a decimal space. These descriptive statistics can also be seen in Table 9. There is a higher level of knowledge about the P.R.P.B. Reform in 2018 when compared to 2015 and it is statistically significant. Evidence of progress in the dissemination of the Reform. There was progress from 2015 to 2018, evidently there was an improvement.

Next, table 10 is presented where the questions from 10 to 12 of the resident's questionnaire are assembled and the dependent variable "Level of Satisfaction with the Puerto Rico Police Bureau in the last relations with the members" was created. It compares the results of 2015 versus

32

those of 2018. Green denotes progress, red regression and black stagnation using the ANOVA

calculation for the statistical comparison between 2015 and 2018.

**Table 10:** Comparative table between 2015 and 2018. Summary of Satisfaction Level Responses with the Puerto Rico Police Bureau in Latest Relations with the Body (Ordinary Variable) Questions: 10, 11 and 12. Calculation of ANOVA (Variance Analysis). Black 2015 and Red 2018.

<u>Grades Frequencies</u>

Grade: The trends in responses range from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

10- In the latest relations and interventions with the officers of the Puerto Rico Police Bureau, I was confident that the state police were following the right procedures.

| A.  **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =   1,309 | 128 | 190 | 472 | 372 | 147 | |
| | (9.8%) | (14.5%) | (36.1%) | (28.4%) | (11.2%) | **2.17 C** |
| | ≤ Totally suspicious | | | Totally confident ≥ | | |

10- In the latest relationships and interventions with the officers of the Puerto Rico Police Bureau, I was confident that the state police were following the right procedures.

| B.  **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =   1,309 | 122 | 226 | 481 | 396 | 74 | |
| | (9.3%) | (17.3%) | (36.7%) | (30.3%) | (5.7%) | **2.06 C** |
| | ≤ Totally suspicious | | | Totally confident ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | 6.5 | .01 |
| s | 1.115 | 1.091 | | |
| μ | 2.17 | 2.06 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

11- The state Police has treated me in the following way:

| A.  **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =   1,309 | 85 | 98 | 504 | 448 | 174 | |

|  | (6.5%) | (7.5%) | (38.5%) | (34.2%) | (13.3%) | **2.40 C+** |
|---|---|---|---|---|---|---|
|  |  | ≤ Very bad and disrespectful |  | Very good and respectful ≥ |  |  |

11- The state Police has treated me in the following way:

| B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 57 | 115 | 539 | 508 | 83 |  |
|  | (9.3%) | (17.3%) | (36.7%) | (30.3%) | (5.7%) | **2.36 C** |
|  | ≤ Very bad and disrespectful |  |  | Very good and respectful ≥ |  |  |

**Calculation of ANOVA for statistical comparison between year 2015 and 2018.**

|  | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | 1.1 | NS |
| s | 1.023 | .927 |  |  |
| μ | 2.40 | 2.36 |  |  |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 = partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black stagnation** in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

12- In your last intervention, how were you satisfied with the treatment received by the State Police officer.

| A. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 120 | 178 | 429 | 420 | 162 |  |
|  | (9.2%) | (13.6%) | (32.8%) | (32.1%) | (12.4%) | **2.25 C** |
|  | ≤ Totally Dissatisfied |  |  | Totally satisfied ≥ |  |  |

12- In your last intervention, how were you satisfied with the treatment received by the State Police officer.

| B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 54 | 115 | 539 | 508 | 83 |  |
|  | (9.2%) | (13.6%) | (32.8%) | (32.1%) | (12.4%) | **2.19 C** |
|  | ≤ Totally Dissatisfied |  |  | Totally satisfied ≥ |  |  |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|  | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | 1.99 | NS |
| s | 1.121 | 1.054 |  |  |
| μ | 2.25 | 2.19 |  |  |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 = partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black stagnation** in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

34

This variable (Level of Satisfaction with the Puerto Rico Police Bureau in the last relations with the body) measures the individual perception of the residents with respect to the treatment received by the P.R.P.B. members in their last involvement with them. Grades have been used to quickly understand the 2015 and 2018 results and observe differences and / or progress.

To perceive the Level of Satisfaction of the Residents with the Puerto Rico Police Bureau in the last relationships with the members, the answers to questions 10, 11 and 12 of the Questionnaire for Residents were joined. This creates the dependent variable Level of Resident Satisfaction with the Puerto Rico Police Bureau in the last relations with the body. An ordinal scale of High, Moderate and Low of Level of Satisfaction of the Residents with the Puerto Rico Police Bureau.

Above, Table 10 indicates that the PRPB has not made changes in these three years with respect to the Residents' Satisfaction Level with the Puerto Rico Police Bureau in the last interactions with the police. The averages of the 2015 and 2018 grades are almost the same except for the question (10) "In the last interactions and interventions with the PRPB, I was confident that the state police were following the correct procedures", where there was a statistically significant reversal. The average grade of 2015 was better than that received in 2018, for a setback in that question.

Therefore, the PRPB maintained a "C" regarding the Residents' Satisfaction Level with the Puerto Rico Police Bureau in the last interactions with the members. Green denotes progress, red delay and black stagnation in the calculation of the ANOVA for statistical comparison between 2015 and 2018.

35

Right away, the ANOVA calculation for the statistical comparison between 2015 and 2018 of the Level of Satisfaction with the Puerto Rico Police Bureau in the last relations with the members (ordinal variable), joined grade averages is presented. of the answers to questions 10, 11 and 12 of the Questionnaire for Residents of Puerto Rico

**Calculation of ANOVA for statistical comparison between 2015 and 2018. The level of Satisfaction with the Puerto Rico Police Bureau in the latest relations with the body (ordinal variable) Questions: 10, 11 and 12. Calculation of ANOVA (Variance analysis).**

|       | 2015  | 2018  | ANOVA | α |
| ----- | ----- | ----- | ----- | ----- |
| N     | 1,309 | 1,309 | **Not Significant at .05 Level** | |
| s     | 1.086 | 1.024 |       | |
| μ     | 2.27  | 2.20  |       | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black stagnation** in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

The ANOVA, not significant at the .05 level reveals that there were no significant differences with the variable Level of Satisfaction with the Puerto Rico Police Bureau with in the last relations with the members from 2015 to 2018. In summary, the residents interviewed in 2018 granted a C of 2.20 and does not differ much from the C of 2.27 granted by the interviewees in 2015. This indicates a stagnation in this variable, because there was no progress. These conclusions were statistically proven.

Forward, graph X is presented, which clearly distributes the 2015 and 2018 resident's results. It is a global grade from the sum of the answers to questions 10, 11 and 12, which was a C in both studies.

**Graph X: Level of satisfaction of the residents with the Puerto Rico Police Bureau, in the last relations with the body: comparison between studies of 2015 and 2018.**



Level of satisfaction of residents with the Puerto Rico Police Bureau, in the last relations with the body: comparison between studies of 2015 and 2018

Graph X: Level of Satisfaction of Residents with the Puerto Rico Police Bureau, in the last relations with the members: Comparison between studies of 2015 and 2018

Figure X shows the Residents' Satisfaction Level with the Puerto Rico Police Bureau in the last relations with the members of both studies (2015 and 2018), and its  appreciated that almost 53 percent of the residents interviewed have a moderate level of satisfaction with the Puerto Rico Police Bureau in 2015 compared to 57.8 percent in 2018. In 2015 33 percent (1 in 3 respondents) had a high level of satisfaction around their recent meetings with members of the PRPB versus 27.8 percent in 2018. Only 14.13 percent said they had a low level of satisfaction with the P.R.P.B. in 2015 versus a 13.4 in 2018.

It is concluded that the level of satisfaction of the residents with their last meetings with members of the PRPB was moderate / high. It is a C  with an average of 2.27 in both exhaustive studies. The PRPB Reform is stagnating with respect to the Residents' Satisfaction Level with Puerto Rico Police Bureau, in the last interactions with their members.

The comparison between the 2015 and the 2018 studies supports this conclusion. There was no progress between 2015 and 2018 with respect to the Level of Satisfaction of Residents with the Puerto Rico Police Bureau.

Next, Table 11 is presented with the Summary of Responses of the next dependent variable (Level of Citizen Satisfaction with the Puerto Rico Police Bureau).  It's a variable that combines Questions 13, 14, 15, 16 , 17, 18 and 19. The results evaluation in the calculation of the ANOVA for the statistical comparison between the year 2015 and 2018 are interpreted using green denoting progress, the red delay (regression) and the black stagnation.

**Table 11:** Summary of Responses of the Level of Citizen Satisfaction with the Puerto Rico Police Bureau. Questions: 13, 14, 15, 16, 17, 18 and 19. Comparison between 2015 and 2018 Studies and Calculation of ANOVA for statistical appraisal. **Black 2015 and <span style="color:red">Red 2018</span>.**

<u>Grades Frequencies</u>

Grade: The trends in responses range from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

13- The officers of the Puerto Rico Police Bureau comply with their police duties by obeying the laws.

| **A. 2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 153 | 231 | 544 | 290 | 91 | |
| | (11.7%) | (17.6%) | (41.6%) | (22.2%) | (7.0%) | **1.95 C** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

<span style="color:red">13- The officers of the Puerto Rico Police Bureau comply with their police duties by obeying the laws.</span>

| **B. 2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 140 | 279 | 550 | 278 | 57 | |
| | (10.7%) | (21.3%) | (42.0%) | (21.2%) | (4.4%) | **1.89 C-** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **2.123** | NS |
| s | 1.069 | 1.038 | | |
| μ | 1.95 | 1.89 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **<span style="color:green">Green</span>** denotes progress, The **<span style="color:red">Red</span>** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

14- The level of corruption in the Puerto Rico Police Bureau is low.

| **A. 2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 320 | 384 | 404 | 144 | 57 | |
| | (24.4%) | (29.3%) | (30.9%) | (11.0%) | (4.4%) | **1.41 D** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

<span style="color:red">14- The level of corruption in the Puerto Rico Police Bureau is low.</span>

| **B. 2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 326 | 449 | 374 | 143 | 9 | |

39

| | | | | | | |
|---|---|---|---|---|---|---|
| (24.9%) | (34.3%) | (28.6%) | (10.9%) | (0.7%) | **1.28** | **D** |

≤ Totally Disagree                              Totally agree ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **9.891** | **.002** |
| s | 1.102 | 1.011 | | |
| μ | 1.41 | 1.28 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

15- You are afraid to interact with members of the Puerto Rico Police Bureau.

| **A.** | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 64 | 115 | 262 | 248 | 620 | |
| | | (4.9%) | (8.8%) | (20.0%) | (18.9%) | (47.4%) | **2.95 B** |

≤ A lot of fear                              No fear ≥

15- You are afraid to interact with members of the Puerto Rico Police Bureau.

| **B.** | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 61 | 129 | 340 | 325 | 447 | |
| | | (4.7%) | (9.9%) | (26.0%) | (24.8%) | (34.1%) | **2.76 B** |

≤ A lot of fear                              No fear

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **16.461** | **.0001** |
| s | 1.210 | 1.86 | | |
| μ | 2.95 | 2.76 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

16- There is a greater presence of the Puerto Rico Police Bureau in the necessary places of our community.

| **A.** | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 281 | 525 | 346 | 126 | 31 | |
| | | (21.5%) | (40.1%) | (26.4%) | (9.6%) | (2.4%) | **1.37 D** |

≤ No presence                    A lot of presence ≥

16- There is a greater presence of the Puerto Rico Police Bureau in the necessary places of our community

| B. 2018 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 308 | 493 | 404 | 86 | 13 | |
| | (23.5%) | (37.7%) | (30.9%) | (6.6%) | (1.0%) | **1.25 D** |

≤ No presence                                    A lot of presence ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **9.882** | **.002** |
| s | .990 | .963 | | |
| μ | 1.37 | 1.25 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

17- The officers of the Puerto Rico Police Bureau, participate in activities with youth and the community.

| A. 2015 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 266 | 357 | 484 | 154 | 48 | |
| | (20.3%) | (27.3%) | (37.0%) | (11.8%) | (3.7%) | **1.51 D** |

≤ Never participate                    A lot of participation ≥

17- The officers of the Puerto Rico Police Bureau, participate in activities with youth and the community.

| B. 2018 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 285 | 437 | 444 | 99 | 23 | |
| | (21.8%) | (33.4%) | (33.9%) | (7.6%) | (1.8%) | **1.41 D** |

≤ Never participate                                    A lot of participation ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **5.529** | **.02** |
| s | 1.055 | 1.20 | | |
| μ | 1.51 | 1.41 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

18- When compared to three years ago, my community has more confidence in the Puerto Rico Police Bureau.

| A. 2015 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 269 | 407 | 430 | 135 | 68 | |
| | (20.6%) | (31.1%) | (32.8%) | (10.3%) | (5.2%) | **1.49 D** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

18- When compared to three years ago, my community has more confidence in the Puerto Rico Police Bureau.

| B. 2018 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 236 | 460 | 431 | 149 | 26 | |
| | (18.0%) | (35.1%) | (32.9%) | (11.4%) | (2.0%) | **1.46 D** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **.525** | **NS** |
| s | 1.055 | 1.20 | | |
| μ | 1.49 | 1.46 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 = partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **<span style="color:green">Green</span>** denotes progress, The **<span style="color:red">Red</span>** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

19- You believe there is a great need for the Puerto Rico Police Bureau to professionalize.

| A. 2015 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 732 | 317 | 135 | 41 | 84 | |
| | (55%) | (24.2%) | (10.3%) | (3.1%) | (6.4%) | **0.80 F** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

19- You believe there is a great need for the Puerto Rico Police Bureau to professionalize.

| B. 2018 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 627 | 391 | 149 | 30 | 106 | |
| | (47.9%) | (24.2%) | (11.4%) | (2.3%) | (8.1%) | **0.95 F** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

42

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 1,309 | 1,309 | **10.334** | **.0001** |
| s | 1.055 | 1.20 | | |
| μ | 1.51 | 1.41 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

To measure the Level of Citizen Satisfaction with the Puerto Rico Police Bureau, the answers to questions 13, 14, 15, 16, 17, 18 and 19 of the Questionnaire for Residents were joined. This creates the dependent variable Level of Citizen Satisfaction with the Puerto Rico Police Bureau. A dependent variable that is measured in 2015 and 2018. The findings were compared with the intention to measure progress with the PRPB Reform

An ordinal scale of High, Moderate and Low Level of Citizen Satisfaction with the Puerto Rico Police Bureau was developed. This variable measures the collective perception that residents have regarding the work and actions of PRPB as an Institution.

Table 11 explains that the PRPB has not made changes in these three years with respect to the Level of Citizen Satisfaction with the Puerto Rico Police Bureau. The averages of the 2015 and 2018 grades are almost the same except for the question (10) "In the last relations and interventions with the PRPB, I was confident that the state police were following the correct procedures", where there was a statistically significant reversal. The grade average of 2015 was better than that received in 2018 creating a setback for that variable. Therefore, with respect to the

Level of Citizen Satisfaction with the  Police Bureau of Puerto Rico, the PRPB drops its grade to a " 1.59 D+ ".

## Conclusions Table 11:

1. There is a statistically significant setback in the following statements: a.) The level of corruption in the Puerto Rico Police Bureau is low. b.) You are afraid to interact with the Puerto Rico Police Bureau c.) There is a greater presence of the state police in the necessary places of our community. d.) Officers of the Puerto Rico Police Bureau participate in youth  and community activities. e.) You believe that there is a great need for the Puerto Rico Police Bureau to become more professional. The 2018 results are worse than those of 2015 reflecting a decline in the reform in some lines and a stagnation in others.

2. It remained practically the same in the following statements: a.) The Puerto Rico Police Bureau complies with its police functions obeying the laws. b.) When compared to three years ago, my community has more confidence in the P.R.P.B. This points to a stalemate in these issues of the PRPB Reform.

3. No progress was recorded in Table 11 Summary of Responses from the Level of Citizen Satisfaction with the Puerto Rico Police Bureau Comparison between 2015 and 2018 studies.

4. The PRPB drops its grade from C- (1.64) in 2015 to D + (1.59) in 2018. In these 3 years the PRPB is not complying with the Sustainable Reform with respect to the important variable Level of Citizen Satisfaction with the Puerto Rico Police Bureau. There was no compliance with that variable.

**Graph XI: Level of Citizen Satisfaction with the Puerto Rico Police Bureau: Comparison between 2015 and 2018 studies.**



Level of Citizen Satisfaction with the Puerto Rico Police Bureau: Comparison between studies of 2015 and 2018

The Graph XI (Level of Citizen Satisfaction with the Puerto Rico Police Bureau Comparison between 2015 and 2018 studies) clearly corroborates the results of the residents. In 2015 the PRPB obtained a global average of 1.64 C-, in 2018 it receives a 1.59 D-. This represents a statistically significant stagnation.

Figure XI shows the Level of Citizen Satisfaction with the Puerto Rico Police Bureau Comparison between 2015 and 2018 studies. In 2015, almost 63 percent of the residents interviewed had a moderate / low level of satisfaction with the Police Bureau from Puerto Rico. The 33.38 percent (1 in 3 respondents) has a low level of satisfaction around the questions about the ethical conduct, work and practice of the members of the PRPB in general terms. Only 3.9

percent said they had a high level of satisfaction with the body. It is concluded that the level of satisfaction around the members of the PRPB It was moderate / low. It's a C- grade a little low with an average of 1.64. The residents had a somewhat negative image of the PRPB and are not pleased with the PRPB's work.

In contrast, the 2018 results indicate that 92.5 percent of respondents have a moderate low level of satisfaction with the PRPB. Around 19.6 percent have a low level and only 1.5 percent have a high level of satisfaction recorded in general terms through the questions concerning ethical conduct, work and performance of the PRPB members.

In 2015 the PRPB obtained a C- with a global average of 1.64 C-, in 2018 it receives a 1.59 D-. This represents a setback, but it is not statistically significant at the .05 level.

The next Table 12 exposes the variable Level of Residents Perception on the Judicial Procedures and Reliability of the Puerto Rico Police Bureau (Comparison between the 2015 and 2018 studies (ordinal variable) Questions: 20, 21, 22, 23, 24, 25, 28, 29 and 30).

Table 12: Summary of Responses of the variable Level of Residents Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau: Comparison between 2015 and 2018 Studies. Questions: 20, 21, 22, 23, 24, 25, 28, 29 and 30. **Black** 2015 and **Red** 2018.

Grades Frequencies

Grade: The trends in responses range from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

20- The members of the Puerto Rico Police Bureau are more honest than those of other countries or states.

| A. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 143 | 243 | 607 | 219 | 97 | |
| | (10.9%) | (18.6%) | (46.4%) | (16.7%) | (7.4%) | **1.91 C** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

20- The members of the Puerto Rico Police Bureau are more honest than those of other countries or states.

| B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 199 | 354 | 463 | 199 | 32 | |
| | (15.2%) | (27.0%) | (35.4%) | (15.2%) | (2.4%) | **1.82 C** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **3.613** | **.05** |
| s | 1.039 | 1.362 | | |
| μ | 1.91 | 1.82 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

21- The Puerto Rico Police Bureau officers are law-abiding professionals.

| 1. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 134 | 229 | 614 | 250 | 82 | |
| | (10.2%) | (17.5%) | (46.9%) | (19.1%) | (6.3%) | **1.94 C** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

21- The Puerto Rico Police Bureau officers are law-abiding professionals.

| A. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 162 | 257 | 613 | 226 | 45 | |
| | (10.2%) | (17.5%) | (46.9%) | (19.1%) | (6.3%) | **1.82 C** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **9.030** | **.003** |
| s | 1.011 | 1.021 | | |
| μ | 1.94 | 1.82 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

22- The members of the Puerto Rico Police Bureau are not racist and do not discriminate against minority groups in our society.

| A. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 109 | 228 | 515 | 227 | 230 | |
| | (8.3%) | (17.4%) | (39.3%) | (17.3%) | (17.6%) | **2.18 C** |
| | ≤ They're racist and they discriminate a lot | | | Never discriminate and are not racist ≥ | | |

22- The members of the Puerto Rico Police Bureau are not racist and do not discriminate against minority groups in our society.

| B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 129 | 247 | 520 | 318 | 77 | |
| | (9.9%) | (18.9%) | (39.7%) | (24.3%) | (5.9%) | **2.03 C** |
| | ≤ They're racist and they discriminate a lot | | | Never discriminate and are not racist ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **12.303** | **.0001** |
| s | 1.162 | 1.021 | | |
| μ | 2.18 | 2.03 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

23- The P.R.P.B. officers treat victims of crime well.

| 1. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 75 | 152 | 684 | 310 | 88 | |
| | | (5.7%) | (11.6%) | (52.3%) | (23.7%) | (6.7%) | **2.14 C** |

≤ Treats very badly                    the treatment is very good ≥

23- The P.R.P.B. officers treat victims of crime well.

| 1. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 72 | 172 | 686 | 294 | 52 | |
| | | (5.8%) | (13.1%) | (52.4%) | (22.5%) | (4.0%) | **2.14 C** |

≤ Treats very badly                    the treatment is very good ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **0.000** | **NS** |
| s | .912 | 1.040 | | |
| μ | 2.14 | 2.14 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

24- P.R.P.B. officers agree that in order to be effective they must gain public confidence.

| A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 116 | 154 | 412 | 393 | 234 | |
| | | (8.9%) | (11.8%) | (31.5%) | (30.0%) | (17.9%) | **2.36 C** |

≤ Totally Disagree                    Totally agree ≥

24- P.R.P.B. officers agree that in order to be effective they must gain public confidence.

| B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 99 | 179 | 445 | 430 | 135 | |
| | | (7.6%) | (13.7%) | (34.0%) | (32.8%) | (10.3%) | **2.31C** |

≤ Totally Disagree                    Totally agree ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **1.373** | **NS** |
| s | .912 | 1.040 | | |
| μ | 2.14 | 2.14 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

25- The members of the Puerto Rico Police Bureau treat tourists the same way they treat PR residents.

| A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 259 | 339 | 416 | 193 | 102 | |
| | | (19.8%) | (25.9%) | (31.8%) | (14.7%) | (7.8%) | **1.65 C-** |

≤ Totally Disagree                    Totally agree ≥

25- The members of the Puerto Rico Police Bureau treat tourists the same way they treat PR residents.

| B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 100 | 184 | 577 | 311 | 137 | |
| | | (7.6%) | (14.1%) | (44.1%) | (23.8%) | (10.5%) | **1.69 C-** |

≤ Totally Disagree                    Totally agree ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 1,309 | 1,309 | 0.732 | NS |
| s | 1.178 | 1.206 | | |
| μ | 1.65 | 1.69 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

28- Generally speaking, PRPB officers detain and record people for legitimate reasons.

| A. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 100 | 184 | 577 | 311 | 137 | |
| | (7.6%) | (14.1%) | (44.1%) | (23.8%) | (10.5%) | **2.15 C** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

28- Generally speaking, PRPB officers detain and record people for legitimate reasons.

| B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 135 | 243 | 565 | 301 | 61 | |
| | (10.3%) | (18.6%) | (43.2%) | (23.0%) | (4.7%) | **1.94 C-** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 1,309 | 1,309 | **26.970** | **.0001** |
| s | 1.178 | 1.206 | | |
| μ | 1.65 | 1.69 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

51

29- The vast majority of PRPB members when they interact with citizens use correct language.

| 2015 | F | D | C | B | A | Average |
|------|---|---|---|---|---|---------|
| N = 1,309 | 79 | 223 | 489 | 422 | 96 | |
| | (6.0%) | (17.0%) | (37.4%) | (32.2%) | (7.3%) | **2.18 C** |

≤ None uses correct language          Everyone uses the right language ≥

29- The vast majority of PRPB members when they interact with citizens use correct language.

| 2018 | F | D | C | B | A | Average |
|------|---|---|---|---|---|---------|
| N = 1,309 | 55 | 240 | 538 | 436 | 36 | |
| | (6.0%) | (17.0%) | (37.4%) | (32.2%) | (7.3%) | **2.13 C** |

≤ None uses correct language          Everyone uses the right language ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 1,309 | 1,309 | **1.796** | **NS** |
| s | .998 | .909 | | |
| μ | 2.18 | 2.13 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

30- PRPB officers detain and record people in an ill-manner (abusive).

| A. 2015 | F | D | C | B | A | Average |
|---------|---|---|---|---|---|---------|
| N = 1,309 | 76 | 179 | 694 | 300 | 60 | |
| | (5.8%) | (13.7%) | (53.0%) | (22.9%) | (4.6%) | **2.07 C** |

≤ They stop and register very abusively     They stop and record in a very fair way ≥

30- PRPB officers detain and record people in an ill-manner (abusive).

| B. 2018 | F | D | C | B | A | Average |
|---------|---|---|---|---|---|---------|
| N = 1,309 | 77 | 176 | 664 | 340 | 42 | |
| | (5.9%) | (13.4) | (50.7) | (26.0) | (3.2) | **2.10 C** |

≤ They stop and register very abusively     They stop and record in a very fair way ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **.715** | **NS** |
| s | .882 | .933 | | |
| μ | 2.07 | 2.10 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

## Conclusions Table 12:

1. There is a statistically significant setback in the following statements: a.) The P.R.P.B. members are more honest than those of other countries or states. b.) The officers of the Puerto Rico Police Bureau are professionals who comply with the laws. c.) The Puerto Rico Police Bureau are not racist and do not discriminate against minority groups in our society. d.) PRPB officers detain and search people for legitimate reasons.

2. The results of 2018 are worse than those of 2015, reflecting a decline in the Reform in these statements.

3. The comparison between the 2015 and 2018 studies determined that the attitudes toward the following statements remained practically in a stalemate on the PRPB Reform: a.) The P.R.P.B. treat victims of crime well. b.) The Puerto Rico Police Bureau agree that in order to be effective they must win the public's trust. c.) Officers of the Puerto Rico Police Bureau treat tourists in the same way they treat PR residents. d.) The vast majority of PRPB members when interacting with citizens use correct language. PRPB officers arrest and register people in bad (abusive) ways.

53

4. No progress was recorded in Table 12 Summary of Responses from the Level of Residents Perception of Judicial Procedures and Reliability to the Police Bureau of Puerto Rico Comparison between 2015 and 2018 studies.

The PRPB drops its grade from 2.06 C in 2015 to 2.00 C in 2018. In these 3 years the PRPB is not complying and is in a statistically stagnant with the Sustainable Reform with respect to the Level of Residents Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau.

**Graph XII: Level of resident's perception of judicial procedures and reliability of the Puerto Rico Police Bureau: Comparison between studies of 2015 and 2018**



Level of Citizen Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau:: Comparison between studies of 2015 and 2018

Figure XII shows the Level of Citizen Perception of Judicial Procedures and Reliability for the Police of Puerto Rico Bureau (Comparison between the 2015 and 2018 studies), and it is revealed that in 2015 almost 66 percent of the residents interviewed have a moderate level of satisfaction with the of Puerto Rico Police Bureau. Around 25.74 percent (1 in 4 respondents) has a low level of satisfaction recollected by the questions about the collective perception that residents have regarding the Judicial Procedures and Reliability of the PRPB as an Institution. Only 5.7 percent said they had a high level of satisfaction with the body.

In 2018, 60 percent of the residents interviewed had a moderate level of satisfaction with the Puerto Rico Police Bureau. The 26.2 percent (1 in 4 respondents) had a low level of satisfaction across the questions about the collective perception that residents have regarding the Judicial Procedures and Reliability of the P.R.P.B. as an Institution. Only 2.4 percent said they had a high level of satisfaction with the Institution's members.

It is concluded that the resident's perception of the Judicial Procedures and Reliability of the PRPB as an Institution was moderate / low. It is a low C grade with an average of 2.06. The residents had a somewhat negative image of the P.R.P.B. and are not pleased with its Judicial Procedures and its Reliability work. The same happens in the 2018 survey with numbers very similar to those of 2015, but worse. There was no progress from 2015 to 2018, there really is a stagnation.

The next Table 13 presents the Residents Respect Level toward the PRPB and the Laws (Comparison between studies of 2015 and 2018 (ordinal variable) Questions: 26 and 27). An ordinal scale of High, Moderate and Low of Respect Level was elaborated of measure the comparison of the Residents Respect Level toward the PRPB and the Laws between the 2015 and 2018 studies.

This variable measures the collective perception that residents have of respect for the PRPB as an institution and the laws of Puerto Rico. Figure XIII provides the results of the residents well.

Table 13: Summary of Responses of the variable Residents Respect Level toward the PRPB and the Laws: Comparison between the 2015 and 2018 studies. Questions 26 and 27 of Residents questionnaire. **Black** 2015 and **Red** 2018.

Grades Frequencies

Grade: The trends in responses range from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

26- You respect the police in Puerto Rico.

| | A. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 46 | 121 | 285 | 396 | 461 | |
| | | (3.5%) | (9.2%) | (21.8%) | (30.3%) | (35.2%) | **2.84 B-** |
| | | | ≤ Nothing | | | Much ≥ | |

26- You respect the police in Puerto Rico.

| | B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 47 | 72 | 360 | 522 | 307 | |
| | | (3.6%) | (5.5%) | (27.5%) | (39.9%) | (23.5%) | **2.74 B-** |
| | | | ≤ Nothing | | | Much ≥ | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | $\alpha$ |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **26.105** | **.0001** |
| s | 1.110 | .997 | | |
| $\mu$ | 2.84 | 2.74 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

56

27. You as a P.R. resident have a moral obligation to comply with the law.

| | A.  **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N =  1,309 | | 37 | 11 | 80 | 252 | 929 | |
| | | (2.8%) | (.8%) | (6.1%) | (19.3%) | (71.0%) | **3.55 A-** |
| | ≤ Totally Disagree | | | | Totally agree ≥ | | |

27- You as a P.R. resident have a moral obligation to comply with the law.

| | A.  **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N =  1,309 | | 44 | 23 | 129 | 368 | 743 | |
| | | (3.4%) | (1.8%) | (9.9%) | (28.1%) | (56.80%) | 3.34 A- |
| | ≤ Totally Disagree | | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **5.880** | **.015** |
| s | 1.110 | .997 | | |
| μ | 2.84 | 2.74 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

## Conclusions Table 13:

1. There is a statistically significant setback in the following statements: a.) You respect the Puerto Rico Police Bureau. b.) You as a resident of P.R. have a moral obligation to comply with the Law.

2. Dangerously, the results of 2018 are worse than those of 2015 reflecting a setback on the Reform in those statements. In the last three (3) years, residents are beginning to lose confidence in the PRPB.

57

3. No progress was recorded in Table 13 Summary of Responses from Residents Respect Level toward the PRPB and the Laws Comparison between 2015 and 2018 studies.

In 2015, the residents interviewed gave a B grade with a global average of 3.20 B and in 2018 they dropped it to 3.04 B. There was no progress from 2015 to 2018, there really is a stagnation.

**Graph XIII: Residents Respect Level toward the PRPB and the Laws: Comparison between studies of 2015 and 2018**



Figure XIII exposes the findings about the variable Residents Respect Level toward the PRPB and the Laws (Comparison between studies from 2015 and 2018). It is perceived that the

residents respect towards the PRPB has decreased in the last 3 years, the high-level category fell from 74.5 percent of the residents interviewed in 2015 to 69.5 percent in 2018. In 2015, 23.53 percent had a moderate level of respect and it rose in 2018 to 26.5 percent. Only 1.99 percent said they had a low level of respect toward the PRPB and the laws in 2015 and that category dangerously increased to 5 percent in 2018. It is concluded that the level of respect toward the PRPB members was high / moderate in both studies. It had a grade of B a bit high with an average of 3.20 in 2015 but decreased to 3.04 B in 2018. The general public indicated to have respect for the PRPB as an institution and respects the laws in 2015 but it has somewhat decreased in the last 3 years. There was a lack of progress from 2015 to 2018.

The next Table 14 discloses how the PRPB treats members of minority communities. (Comparison between 2015 and 2018 studies. (Ordinal variable) Questions: 31, 32, 33, 34, 35, 36, 37, 38, 39, 40 and 41.) This dependent variable has 11 questions.

Table 14: Summary of replies from variable How the PRPB treats members of minority communities? Comparison between studies of 2015 and 2018. Questions: 31, 32, 33, 34, 35, 36, 37, 38, 39, 40 and 41. See Appendix A: Residents Questionnaire. **Black** 2015 and **Red** 2018.

<u>Grades Frequencies</u>

Grade: The trends in responses range from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

**31- How do PRPB officers treat black people (dark complexion)?**

| | A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = 1,309 | | | 97 | 178 | 640 | 315 | 79 | |
| | | | (7.4%) | (13.6%) | (48.9%) | (24.1%) | (6.0%) | **2.08 C** |
| | | | ≤ Too bad | | | Very well ≥ | | |

**31- How do PRPB officers treat black people (dark complexion)?**

| | B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = 1,309 | | | 84 | 173 | 623 | 364 | 52 | |
| | | | (6.4%) | (13.2%) | (47.6%) | (27.8%) | (4.0%) | **2.14 C** |
| | | | ≤ Too bad | | | Very well ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **2.511** | **N.S.** |
| s | .954 | .983 | | |
| μ | 2.08 | 2.14 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **<span style="color:green">Green</span>** denotes progress, The **<span style="color:red">Red</span>** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

**32- How do members of the PRPB treat members of the Dominican community?**

| | A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = 1,309 | | | 136 | 252 | 678 | 197 | 46 | |
| | | | (10.4%) | (19.3%) | (51.8%) | (15.0%) | (3.5%) | **1.82 C-** |
| | | | ≤ Too bad | | | Very well ≥ | | |

32- How do members of the PRPB treat members of the Dominican community?

| B. | 2018 | F | D | C | B | A | Average |
|----|------|---|---|---|---|---|---------|
| N = | 1,309 | 133 | 253 | 598 | 280 | 27 | |
| | | (10.2%) | (19.3%) | (45.7%) | (21.4%) | (2.1%) | 1.91 C- |
| | | ≤ Too bad | | | Very well ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 1,309 | 1,309 | 5.367 | .02 |
| s | .931 | 1.053 | | |
| μ | 1.82 | 1.91 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 = partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

33- How do PRPB members treat members of the lesbian, gay, bisexual, and transgender (LGBT) community?

| A. | 2015 | F | D | C | B | A | Average |
|----|------|---|---|---|---|---|---------|
| N = | 1,309 | 122 | 210 | 700 | 228 | 49 | |
| | | (9.3%) | (16.0%) | (53.5%) | (17.4%) | (3.7%) | 1.90 C- |
| | | ≤ Too bad | | | Very well ≥ | | |

33- How do PRPB members treat members of the lesbian, gay, bisexual, and transgender (LGBT) community?

| B. | 2018 | F | D | C | B | A | Average |
|----|------|---|---|---|---|---|---------|
| N = | 1,309 | 130 | 225 | 595 | 292 | 51 | |
| | | (9.9%) | (17.2%) | (45.5%) | (22.3%) | (3.9%) | 1.98 C |
| | | ≤ Too bad | | | Very well ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 1,309 | 1,309 | 4.203 | .04 |
| s | .921 | 1.07 | | |
| μ | 1.90 | 1.98 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 = partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

34- You understand that some members of the Dominican community in Puerto Rico are afraid to report a crime for fear of deportation.

| A. | 2015 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 87 | 66 | 322 | 393 | 441 | |
| | | (6.6%) | (5.0%) | (24.6%) | (30.0%) | (33.7%) | **2.79 B-** |
| | | ≤ Much fear | | | A lot of confidence ≥ | | |

34- You understand that some members of the Dominican community in Puerto Rico are afraid to report a crime for fear of deportation.

| B. | 2018 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 58 | 97 | 355 | 455 | 337 | |
| | | (4.4%) | (7.4%) | (27.1%) | (34.8%) | (25.7%) | **2.72 B-** |
| | | ≤ Much fear | | | A lot of confidence ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **2.732** | **N.S.** |
| s | 1.093 | 1.07 | | |
| μ | 2.79 | 2.72 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

35- The PRPB is often involved in performing racial and/or ethnic profiling (pursuing by race, ethnic/racial origin).

| A. | 2015 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 233 | 267 | 577 | 130 | 102 | |
| | | (17.8%) | (20.4%) | (44.1%) | (9.9%) | (7.8%) | **1.70 C-** |
| | | ≤ Many occasions | | | Never ≥ | | |

35- The PRPB is often involved in performing racial and/or ethnic profiling (pursuing by race, ethnic/racial origin).

| B. | 2018 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = | 1,309 | 141 | 167 | 546 | 351 | 80 | |
| | | (10.8%) | (12.8%) | (41.7%) | (26.8%) | (6.1%) | **2.12 C** |
| | | ≤ Many occasions | | | Never ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **89.341** | **.0001** |
| s | 1.111 | 1.162 | | |
| μ | 1.70 | 2.12 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 = partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

36- The communities where people of black/mulatto origin predominate, they expect to be persecuted by the PRPD.

| | **A.  2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N =  1,309 | | 125 | 152 | 538 | 266 | 228 | |
| | | (9.5%) | (11.6%) | (41.1%) | (20.3%) | (17.4%) | **2.24 C** |
| | | ≤ Many occasions | | | Never ≥ | | |

36- The communities where people of black/mulatto origin predominate, they expect to be persecuted by the PRPD.

| | **B.  2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N =  1,309 | | 112 | 196 | 504 | 374 | 110 | |
| | | (9.5%) | (11.6%) | (41.1%) | (20.3%) | (17.4%) | **2.12 C** |
| | | ≤ Many occasions | | | Never ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **2.484** | **N.S.** |
| s | 1.157 | 1.115 | | |
| μ | 2.24 | 2.12 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 = partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

37- The communities where people of Dominican origin predominate do not believe that the PRPB is reliable (they do not believe in the PRPB).

| | A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = | 1,309 | | 149 | 299 | 533 | 216 | 112 | |
| | | | (11.4%) | (22.8%) | (40.7%) | (16.5%) | (8.6%) | **1.88 C-** |
| | | | | ≤ Totally Disagree | | | Totally agree ≥ | |

37- The communities where people of Dominican origin predominate do not believe that the PRPB is reliable (they do not believe in the PRPB).

| | B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = | 1,309 | | 171 | 401 | 568 | 129 | 27 | |
| | | | (13.1%) | (30.6%) | (43.4%) | (9.9%) | (2.1%) | **1.61 C-** |
| | | | | ≤ Totally Disagree | | | Totally agree ≥ | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **43.468** | **.0001** |
| s | 1.085 | 1.009 | | |
| μ | 1.88 | 1.61 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

38- There are many injustices and prejudices of the PRPB against the communities of African origin (black/mulatto).

| | A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = | 1,309 | | 169 | 325 | 383 | 158 | 274 | |
| | | | (12.9%) | (24.8%) | (29.3%) | (12.1%) | (20.9%) | **2.03 C** |
| | | | | ≤ Many injustices and prejudices | | | No injustices and prejudices ≥ | |

38- There are many injustices and prejudices of the PRPB against the communities of African origin (black/mulatto).

| | B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = | 1,309 | | 105 | 338 | 445 | 307 | 96 | |
| | | | (8.0%) | (25.8%) | (34.0%) | (23.5%) | (7.3%) | **2.02 C** |
| | | | | ≤ Many injustices and prejudices | | | No injustices and prejudices ≥ | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **0.180** | **N.S.** |
| s | 1.313 | 1.152 | | |
| μ | 2.03 | 2.02 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

39- Members of the lesbian, Gay, bisexual, and transgender (LGBT) community have no confidence in the PRPB.

| 1. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 145 | 300 | 684 | 111 | 69 | |
| | (11.1%) | (22.9%) | (52.3%) | (8.5%) | (5.3%) | **1.74 C** |
| | ≤ Totally Disagree | | Totally agree  ≥ | | | |

39- Members of the lesbian, Gay, bisexual, and transgender (LGBT) community have no confidence in the PRPB

| A. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 1,309 | 147 | 373 | 533 | 198 | 41 | |
| | (11.2%) | (28.5%) | (40.7%) | (15.1%) | (3.1%) | **1.76 C** |
| | ≤ Totally Disagree | | | Totally agree  ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **0.239** | **N.S.** |
| s | .949 | 1.009 | | |
| μ | 1.74 | 1.76 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

40- During encounters between the PRPB and the homeless population of Puerto Rico, the state police treat homeless people poorly.

| 1. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 1,309 | | 167 | 274 | 530 | 156 | 182 | |
| | | (12.8%) | (20.9%) | (40.5%) | (20.9%) | (13.9%) | **2.11 C** |
| | | | ≤ Totally Disagree | | Totally agree | ≥ | |

40- During encounters between the PRPB and the homeless population of Puerto Rico, the state police treat homeless people poorly.

| A. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 1,309 | | 210 | 398 | 446 | 200 | 49 | |
| | | (16.0%) | (30.4%) | (34.1%) | (15.3%) | (3.7%) | **1.62 C-** |
| | | | ≤ Totally Disagree | | Totally agree | ≥ | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 1,309 | 1,309 | **122.656** | **.0001** |
| s | 1.176 | 1.086 | | |
| μ | 2.11 | 1.62 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

41- The PRPB has enough English-speaking officers to interact with English-speaking suspects. They have:

| A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 1,309 | | 135 | 722 | 408 | 43 | 1 | |
| | | (10.3%) | (55.2%) | (31.2%) | (3.3%) | (.1%) | **1.28 D** |
| | | | ≤ None | | Many ≥ | | |

41- The PRPB has enough English-speaking officers to interact with English-speaking suspects. They have:

| B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 1,309 | | 183 | 626 | 409 | 74 | 9 | |
| | | (14.0%) | (47.8%) | (31.2%) | (5.7%) | (.7%) | **1.34 D** |
| | | | ≤ None | | Many ≥ | | |

66

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 1,309 | 1,309 | **3.748** | **.05** |
| s | 1.176 | 1.086 | | |
| μ | .691 | .883 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

For this 11 questions variable, an ordinal scale was constructed. This ordinal scale used the High, Moderate and Low categories of How the PRPB  treats members of minority communities, (Comparison between 2015 and 2018 studies). The dependent variable measured the collective perception that residents have of the way in which the PRPB members have treated members of minority communities of the Island in the past 3 years.

**Conclusions Table 14:**

How does the PRPB treat members of minority communities? Comparison between 2015 and 2018 studies:

1. There is a statistically significant setback with the following statements:

a.) Communities where people of black / mulatto origin predominate, expect to be persecuted by the PRPB.

b.) The Communities where people of Dominican origin predominate do not believe that the PRPB is reliable (they do not believe in the PRPB).

c.) During encounters between the PRPB and the homeless population of Puerto Rico, the state police treats the homeless poorly.

2. Stagnation was registered in the following questions:

a.) How do PRPB officers treat black people (dark complexion)?

b.) You understand that Some Members of the Dominican Community in Puerto Rico fear reporting a crime for fear of being deported.

c.) Communities where people of black / mulatto origin predominate, expect to be persecuted by the PRPB

d.) Members of the Lesbian, Gay, Bisexual, and Transgender (LGBT) community have no confidence in the PRPB

3. There was statistically significant progress in the following lines:

a.) How do members of the PRPB treat members of the Dominican community?

b.) How do members of the PRPB treat members of the Lesbian, Gay, Bisexual, and Transgender (LGBT) community?

c.) The PRPB is often involved in racial and / or ethnic profiling (persecuting for race, ethnic / racial origin).

d.) The PRPB has enough officers who speak English to interact with English-speaking suspects.

4. Some progress was recorded in Table 14 Summary of Responses to how the PRPB  treats members of minority communities when contrasting the 2015 and 2018 studies. However, there were also significant setbacks in the treatment of the Dominican community and the homeless.

5. In 2015 the PRPB obtained a grade of C with a global average of 1.96 on the 11 questions on How the PRPB treats members of minority communities, and in 2018 it obtains a C of 1.94. These results indicate a stagnation in the Sustainable Reform between 2015 and 2018. It has been 3 years and the PRPB has practically stayed the same with these issues.

**Graph XIIV: How the PRPB Treats members of minority communities: Comparison between studies of 2015 and 2018**



Figure XIV presents residents' results regarding their perception on the treatment that minority communities receive from PRPB members. In 2015 it obtained a grade of C with a global average of 1.96 on the 11 questions and in 2018 the PRPB achieved a C of 1.94. In global terms, there was no statistically significant change, indicating a stagnation between 2015 and 2018.

In the next pages of this report, several correlation models and summary tables for 2015 and 2018 are displayed. They described and explained the significant correlations between the demographic variables of both studies and their variables of levels of satisfaction and perception of residents of Puerto Rico with members of the Police. These correlations of 2015 and 2018 give us a demographic profile of how the PRPB is perceived by various portions of the Island's population and any changes in these 3 years.

**Correlation model I 2018: Among the demographic variables and the variable *You've read about the reform of the PRPB and you know about it.***



This correlation model shows the five demographic variables that were significant in 2018 affecting the variable You have read about the PRPB. Reform and know about it.

Table 15: Summary of correlations between demographic variables and the variable *You have read about the reform of the PRPB and know about it.* Comparison between studies of 2015 and 2018.

| | Year | Variable | Correlation | Statistics | Significance level |
|---|---|---|---|---|---|
| 1- | A. **2015** | Age | -.064 | Somer D | .004 |

The younger the subjects, the less knowledge and reading about the reform of the PRPB. Older ones read and know more.

| | | | | | |
|---|---|---|---|---|---|
| | B. **2018** | Age | -.060 | Somer D | .006 |

The younger (18-28) and the more advanced in age (73 +) the lesser the knowledge and reading about the PRPB reform. The middle aged (29-72) read and know more. There were very little and insignificant differences between the correlations of 2015 and 2018.

| | | | | | |
|---|---|---|---|---|---|
| 2- | A, **2015** | Residential area | .091 | Cramer's V | .002 |

Rural residents had less knowledge and had read less about the reform than those in urban areas.

| | | | | | |
|---|---|---|---|---|---|
| | B, **2018** | Residential area | .087 | Cramer's V. | 006 |

Rural residents had less knowledge and had read less on the reform than those in urban areas. There were very little and insignificant differences between the correlations of 2015 and 2018.

| | | | | | |
|---|---|---|---|---|---|
| 3- | A, **2015** | Professional Working Group | -.106 | Somer D | .0001 |

The higher the scale of professions the more knowledge and reading about the reform. People with manual work and blue-collar positions had very little knowledge.

| | | | | | |
|---|---|---|---|---|---|
| | B. **2018** | Professional Working Group | -.136 | Somer D | .0001 |

The higher the scale of professions the more knowledge and reading about reform. People with manual work and blue collar had very little knowledge. There were moderate differences between the result of the 2015 and the 2018, noting that the professionals were learning more about the reform than the other working groups.

| | | | | | |
|---|---|---|---|---|---|
| 4- | A. **2015** | Educational level | -.184 | Somer D | .0001 |

The higher on the educational level scale the more knowledge and reading about reform. People with a low level of education had very little knowledge.

| | | | | | |
|---|---|---|---|---|---|
| | B, **2018** | Educational level | -.241 | Somer D | .0001 |

The higher on the educational level scale the more knowledge and reading about the reform. People with a low level of education had very little knowledge. The correlation of 2018 is higher than that of 2015 indicating that people with higher levels of education were reading and/or hearing on the reform, the others with lower levels are almost equal to 2015.

| 5- | A. **2015** | Marital status | Not significant at the 05 Level | | |
|---|---|---|---|---|---|

In 2015 the variable marital status did not prove to be significant in association with the variable You have read about the reform of the PRPB and know about the same

| | B. **2018** | Marital status | .083 | Cramer's V | .008 |
|---|---|---|---|---|---|

In 2018, the variable Marital Status proved to be significant in association with the variable *You have read about the reform of the PRPB and know about it.* Married people and those who live together have a greater knowledge about the reform than widowers and singles.

---

**Sample of N = 1.309 residents of Puerto Rico.**
$\infty \leq .05$

---

Table XV and Model I show the five demographic variables that were correlated to the variable on the reading and level of knowledge of the residents of Puerto Rico on the PRPB Reform. These variables were: Age, Residential Zone, Professional Work Group, Marriage Status and Educational Level. The correlations made were estimated with inferential statistics known as non-parametric, all significant at. o5 level or less ($\infty \leq .05$). These are used when the categories of variables are of nominal and / or ordinal scale that are very frequent in studies measuring social attitudes and demographic investigations.

The table gives us a demographic profile of residents who do not know and have not read about the PRPB Reform. Those who answered this scientific survey were one thousand three hundred and nine residents (N = 1,309) in both exhaustive studies (2015 and 2018). Younger residents, residents of rural areas, low-income professions, widowers and single people, and the less educated do not know much more about the Reformation and have not read about it. There was not much progress from 2015 to 2018, there really is a stagnation.

73

Recommendation: Once again, intense community work in public relations is recommended, allocating publicity efforts to these population sectors, where public facilities are used, such as: agencies, schools, hospitals, community centers, universities and other institutions; to disclose with direct contact the information on the Reform of the Puerto Rico Police Bureau. We must reach all sectors of Puerto Rico by expanding the dissemination of radio, television, social networks, visits to institutions and direct contact with the general public. It must be at Island level and to all sectors of the population. It can be done by programming an intensive dissemination for each of the thirteen Police Districts, but one at a time to concentrate efforts.

Forward, we observe the Correlation Model II that projects the relationship between the demographic variables and the variable Level of Satisfaction with the Puerto Rico Police Bureau, in the last relations with the body in 2018.

**Correlation Model II 2018: Between demographic variables and the variable Level of satisfaction with The Puerto Rico Police Bureau in the last relations with the institution's members.**



Table 16: Summary of the correlations between demographic variables and the variable Level of satisfaction with the Puerto Rico Police Bureau in the last relations with the body. Comparison between studies of the **2015** and **2018**.

| | Year | Variable | Correlation | Statistics | Significance level |
|---|---|---|---|---|---|
| 1. | A. 2015 | Gender | .071 | Cramer's V | .04 |

Females had a higher Level of satisfaction with the Puerto Rico Police Bureau in the last relations with their members than males

| | B. 2018 | Gender | .109 | Cramer's V | .0001 |

Females had a higher Level of satisfaction with the Puerto Rico Police Bureau in the last relations with their members than males

| 2. | A. 2015 | Age | -.203 | Somer's D | .0001 |

In 2015, the younger, the lower the Level of satisfaction with the Puerto Rico Police Bureau in the last relations with their members.

| | B. 2018 | Age | -.177 | Somer's D | .0001 |

The younger, the lower the Level of satisfaction with the Puerto Rico Police Bureau in the last relations with their members.

 A little improvement in 2018.

| 3. | A. 2015 | Residential area | .095 | Cramer's V | .003 |

Rural areas had a higher level of satisfaction with PRPB in the latest relationships with their members. That level is declining in the urban area.

| | B. 2018 | Residential area | .086 | Cramer's V | .013 |

Rural areas had a higher level of satisfaction with the PRPB in the latest relationships with their members. That level is declining in urban areas.

| 4. | A. 2015 | Professional Working Group | -.184 | Somer's D | .0001 |

The blue collar, part-time and unemployed had less satisfaction with the PRPD in the last relations with their members.

| | B. 2018 | Professional Working Group | ,169 | Cramer's V | .0001 |

Those of rural areas had a higher level of satisfaction with the PRPB in the last relations with their members. That level is declining in urban areas.

| 5. | A. 2015 | Educational level | -.063 | Somer's D | .01 |

In 2015, there were differences between the subjects with respect to the educational level and the level of satisfaction with the PRPB in the last relations with the body. Those of low education had a lower level of satisfaction.

| | B. 2018 | Educational level | -.069 | Somer's D | .005 |

There were differences between the educational level and the level and the level of satisfaction with the PRPB in the last relations with the body. Those of low and high educational level had a lower level of satisfaction.

| 6- | A. 2015 | Marital status | .151 | Cramer's V | .0001 |

The singles and those who coexist, had less level of satisfaction with the PRPB in the last relations with the officers.

| | B. 2018 | Marital status | .180 | Cramer's V | .0001 |

Singles and those who live together had less satisfaction with the PRPB. In the last relations with the officers.

| 7- | A. 2015 | Level of knowledge on the Reform | -.111 | Somer's D | .0001 |

Those who had read or were informed on the reform showed a higher level of satisfaction with the PRPD in the latest relationships with the officers.

76

| | B. 2018 | Level of knowledge on the reform | -.069 | Somer's D | .007 |

Those who had read or were informed on the reform showed a higher level of satisfaction with the PRPD in the latest relationships with the officers.

| 8. | A. 2015 | Ethnic group | V de Cramer | | Not significant at the .05 level |

In 2015 the variable ethnic group did not show to be correlated with level of satisfaction with the PRPB in the latest relationships with the officers.

| | B. 2018 | Ethnic group | ,171 | Cramer's V | 0001 |

In 2015, the variable ethnic group did not show to be correlated with the level of satisfaction with the PRPB in the last relations with the body. However, in 2018 a correlation originated. The predominantly white had a much greater level of satisfaction with the PRPB than mulattoes, mixed, black, etc. Others than white were not satisfied with the PRPB.

---

**Sample of N = 1.309 residents of Puerto Rico.**

$\infty \leq .05$

---

Table XVI and Correlation Model II present the eight demographic variables that were found to be influencing the Level of Satisfaction variable with the PRPB in the last relations with the body in 2015 and 2018. The variables were: Gender, Age, Residential Zone , Ethnic Group, Professional Work Group, Educational Level, Marriage Status and Level of Knowledge about the Reform. The correlations made were evaluated with inferential statistics known as non-parametric, all significant at the .o5 level or less ($\infty \leq .05$). The table gives us a demographic profile of the residents and their relationship with the Level of Satisfaction with the P.R.P.B. in the last relationships with the body. Those who answered both scientific surveys were one thousand three hundred and nine residents (N = 1,309). The: 1. male residents, 2. the youngest, 3. the urban residents, 4. the blue-collar, part-time and unemployed, 5. the most educated and the very poorly educated, 6. the single and those who live together, 7. Those who do not know about the Reformation, and 8. Ethnic groups except whites have less satisfaction with PRPB in the last relationships with the body.

An intense work of public relations is recommended, allocating the efforts of rapprochement to those population sectors, especially the youth of urban zone and those of low income, where public facilities are used as: agencies, schools, hospitals, communal centers, universities and other institutions ; to disclose with direct contact the information on the Reform of the Puerto Rico Police Bureau. We must reach all sectors of Puerto Rico, especially the young and poor, expanding the dissemination of radio, television, social networks, visits to institutions and direct contact with the general public. It must be at Island level and to all sectors of the population. It can be done by programming an intensive dissemination for each of the thirteen Police Districts, but one at a time to concentrate efforts. There was no progress from 2015 to 2018, there really is a stagnation.

Further, we observe Correlation Model III of 2018 that highlights the correlation between the demographic variables and the variable Level of Citizen Satisfaction with the Puerto Rico Police Bureau in 2018.

**Correlation Model III 2018: Demographic variables associated with the variable Level of citizen satisfaction with the Puerto Rico Police Bureau.**



Table 17: Summary of correlations between demographic variables and the variable Level of citizen satisfaction with the Puerto Rico Police Bureau. Comparison between studies of **2015** and **2018**.

| | | Year | Variable | Correlation | Statistics | Significance level |
|---|---|---|---|---|---|---|
| 1. | A. | **2015** | Age | -.140 | Somer's D | .0001 |

The younger, the lower the level of citizen satisfaction with the PRPB, especially in the groups from 18 to 39.

| | B. | **2018** | **Age** | **-.005** | Somer's D | N.S. |

There was no statistically significant correlation in the 2018 study with the age variable.

| 2. | A. | **2015** | Marital Status | .112 | Cramer's V | .0001 |

The singles and those who coexist, have a level of citizen satisfaction with the PRPB, lower than the other groups.

| | B. . | **2018** | Marital status | .070 | Somer's D | .004 |

Singles and those who live together have a lower level of citizen satisfaction with the PRPB than the other groups, but to a lesser degree in the 2018 survey.

| 3. | A. | **2015** | Level of knowledge | -.095 | Somer's D | .0001 |
| | | | about the reform | | | |

The less the subjects know about the reform, the lower the level of citizen satisfaction with the Puerto Rico Police Bureau.

| | B. | **2018** | Level of knowledge | -.088 | Somer's D | .0001 |
| | | | about the reform | | | |

The less the subjects know about the reform, the lower the level of citizen satisfaction with the Puerto Rico Police Bureau.

| 4. | A. | **2015** | Level of education | | Somer's D | N.S. |

Education did not have a significant correlation in the 2015 study.

| | B. | **2018** | Level of education | .094 | Somer's D | .0001 |

Education had a significant correlation in the 2018. the more educated the more satisfied with the level of citizen satisfaction with the Puerto Rico Police Bureau.

Sample of N = 1.309 Residents of Puerto Rico. $\infty \leq .05$

Table XVII and Correlation Model III show us the four demographic variables that have been affecting the variable Level of Citizen Satisfaction with the Puerto Rico Police Bureau in 2015 and 2018. These variables were: Age, Marriage Status, and Education, and the Level of Knowledge about the Reform. The correlations made were calculated with inferential statistics known as non-parametric, all significant at the .o5 level or less ($\infty \leq .05$). The table gives us a demographic profile of those who have a low level of citizen satisfaction with the Puerto Rico Police Bureau. The youngest residents, single and those who live together and those who do not

know about the Reformation had a low level of citizen satisfaction with the Puerto Rico Police Bureau in 2015. In 2018, the demographic profile of those with a low level of Citizen Satisfaction with the Puerto Rico Police Bureau was: single people, those who live together, those with less education, and those who do not know about the Reformation.

It is again recommended an intense community work of public relations, allocating advertising efforts to those population sectors, where public facilities are used, such as: agencies, schools, hospitals, community centers, universities and other institutions; to disclose with direct contact the information on the Puerto Rico Police Bureau Reform.

We must reach all sectors of Puerto Rico by expanding the dissemination of radio, television, social networks, visits to institutions and direct contact with the general public. It must be at Island level and to all sectors of the population. It can be done by programming an intensive dissemination for each of the thirteen Police Districts, but one at a time to concentrate efforts.

**Correlation Model IV 2018: Between demographic variables and Citizen Perception of Judicial Procedures and Reliability for the Puerto Rico Police Bureau.**



Table 18: Summary of correlations between demographic variables and variable Citizen perception of judicial procedures and reliability for the Puerto Rico Police Bureau. Comparison between studies of **2015** and **2018**.

| | Year | Variable | Correlation | Statistics | Significance level |
|---|---|---|---|---|---|
| 1- | A, **2015** | Age | -.248 | Somer's D | .0001 |

The younger, the lower the level of perception of judicial procedures and reliability for with the PRPB. In other words, the younger the more distrustful about the procedures of the PRPB.

| | B, **2018** | Age | -.154 | Somer's D | .0001 |

The younger, the lower the level of perception of judicial procedures and reliability for with the PRPB. In other words, the younger the more distrustful about the procedures of the PRPB.

| 2- | A. **2015** | Working Group | -.063 | Somer's D | .005 |

The blue collar, part-time and unemployed have a lower perception of the PRPB procedures. than the other employment groups.

| | B. **2018** | Working Group | .132 | Cramer's V | .0001 |

In 2018, the blue collar, part-time, housewives and unemployed people have a lower perception of the PRPB procedures; than the other Work Groups.

| 3- | A. **2015** | Educational level | -.060 | Somer's D | .015 |

The higher the educational level, the lower the public perception with the PRPB procedures.

| . | B. **2018** | Educational level | .023 | Somer's D | N.S. |

In the 2018 there was no correlation between the educational level and the Citizen perception of judicial procedures and reliability for the Puerto Rico Police Bureau. Almost all levels of education coincided with a moderate/low level of perception.

| 4- | A. **2015** | Marital status | .164 | Cramer's V | .0001 |

Singles and those who live together have lower insights of Citizen perception of judicial procedures and reliability for the Puerto Rico Police Bureau.

| | B. **2018** | Marital status | .180 | Cramer's V | .0001 |

Singles, those who live together, and divorced have lower perceptions of procedures.

| 5- | A. **2015** | Level of knowledge | -.066 | Somer's D | .009 |

The less knowledge about the Reform, the lower the Level of perception of judicial procedures and reliability for the PRPB.

| | B. **2018** | Level of knowledge | -.60. | Somer's D | .01 |

The less knowledge about the Reform, the lower the Level of perception of judicial procedures and reliability for the PRPB.

| 6- | A. **2015** | Ethnic group | N.S. | Cramer's V | |

In 2015 there was no correlation with the variable ethnic group.

| | B. **2018** | Ethnic group | .119 | Cramer's V | .001 |

In 2018 there was correlation with the variable ethnic group.

| 7- | A. **2015** | Gender | .082 | Cramer's V | .001 |

In the 2015 there was no correlation with the variable Gender.

| | B. **2018** | Gender | .082 | Cramer's V | .001 |

In 2018, there was a correlation with the gender variable and the Level of perception of judicial procedures and reliability for the PRPB. Males have a more negative perception than females.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8. | A, | **2015** | Residential area . | N.S. | Cramer's V | |
| | | | In the 2015 there was no correlation with the variable Residential area. | | | |
| . | B, | **2015** | Residential area . | .111 | Cramer's V | .0001 |
| | | | Residents of urban areas have a lower approval for the PRPB procedures. | | | |
| 9- | A. | **2015** | National identity | N.S. | Cramer's V | |
| | | | In the 2015 there was no correlation with the variable National identity. | | | |
| | B. | **2018** | National identity | .131 | Cramer's V | .0001 |

In the 2018 study, the Dominican and Asian communities interviewed had a lower perception of the police procedures compared with the other groups of National Identity.

---

**Sample of N = 1.309 residents of Puerto Rico. $\infty \leq .05$**

---

Table XVIII and The Correlation Model IV show us the nine demographic variables that turned out to be affecting the variable Citizen Perception of Judicial Procedures and Reliability for the Puerto Rico Police Bureau in 2015 and 2018 (See Table XVIII).

These variables were: Age, Professional Work Group, Educational Level, Marriage Status, Gender, National Identity, Residential Zone, Ethnic Group and the Level of Knowledge about the Reform. The correlations made were calculated with inferential statistics known as non-parametric, all significant at the .o5 level or less ($\infty \leq .05$).

The table gives us a demographic profile of how they have a Citizen Perception on the Judicial Procedures and Reliability to the Puerto Rico Police Bureau different groups of the population. There is a great polarization between the groups and their perception with the Reformation.

Younger residents, males, blue-collar and part-time employees, housewives and the unemployed, singles and those who live together, Dominicans and Asians, those from urban areas have a low or negative perception of citizenship. Judicial Procedures and Reliability with the Puerto Rico Police Bureau. In other words, these citizens distrust the PRPB and understand that the judicial and police processes are not being executed correctly.

It is again recommended an intense work in the correction of police and judicial work, where the citizen perceives real changes. The citizen must perceive a substantial change in the PRPB. The PRPB should not stay stuck in these lines of the Reform.

Forward, we can see Correlation Model V of 2018: Between the demographic variables and the variable Level of Respect of Citizens to the PRPB and the laws.

**Correlation Model V of 2018: Between the demographic variables and the variable Level of Respect of the Citizens toward PRPB and the laws.**



Level of knowledge on Reform

Age

Residential area

Status Marriage

Ethnic group

Gender

Working Group

Educational level

National identity

Level of respect of the citizens toward PRPB and the laws.

Table 19: Summary of correlations between demographic variables and the variable Level of Respect of the Citizens toward the PRPB and the laws. Comparison between studies of **2015** and **2018**.

| | Year | Variable | Correlation | Statistics | Significance level |
|---|---|---|---|---|---|

1- A. **2015** Level of knowledge   -.124    Somer's D    .0001

The less knowledge about the reform, the lower the Level of Respect of the Citizens toward PRPB and the Laws.

B. **2018** Nivel de Knowledge  -.105    Somer's D    .001

The less knowledge about the reform, the lower the Level of Respect of Citizens toward the PRPB and the Laws.

2- A. **2015** Age   -.165    Somer's D    .0001

The younger, the lower the Level of Respect of Citizens toward the PRPB and the Laws.

B. **2018** Age   -.107    Somer's D    .0001

The younger the lower the Level of Respect of Citizens toward the PRPB and the Laws.

3- A. **2015** Residential area   .086    Cramer's V    .01

Urban city area had a lower Level of Respect of Citizens toward the PRPB and the Laws.

B. **2018** Residential area   .N.S.    Cramer's V

The residential area  variable did not come out statistically significant correlated to the Level of Respect of Citizens toward the PRPB and the Laws.

4- A. **2015** Marital status   .132    Cramer's V    .0001

The singles and those who coexist, have lower Level of Respect of Citizens toward the PRPB and the Laws.

B. **2018** Marital status   .123    Cramer's V    .0001

Singles, the divorced and those who coexist, have lower Level of Respect of Citizens toward the PRPB and the Laws.

5- A. **2015** Ethnic group   N.S.    Cramer's V

Ethnic groups in the 2015 did not correlate with the variable Level of Respect of Citizens toward the PRPB and the Laws.

B. **2018** Ethnic group   .149    Cramer's V    .0001

Ethnic groups except the predominantly white have less respect for the laws and the PRPB.

6- A. **2015** Gender   N.S.    Cramer's V

The gender variable was not significant in the 2015.

B. **2018** Gender   .088    Cramer's V    .0001

The males had less Respect toward the PRPB and the Laws.

7- A. **2015** Working Group   N.S.    Cramer's V

The variable Working group wasn't significant in 2015.

87



B.   **2018**   Working Group            .146             Cramer's V         .0001

The blue collar, part-time, housewives and unemployed had less Respect toward the PRPB and the Law
than the other working groups in the 2018.

8-   A.   **2015**   Educational level                     Cramer's V         N.S.

The educational variable level was not significant in the 2015.

B.   **2018**   Educational level     .081             Cramer's V         N.S.

In 2018, the subjects with high school and master's degree have less respect for the laws and the PRPB.

9-   A.   **2015**   National identity                    Cramer's V         N.S.

In the 2015 study there was no correlation with the variable National identity.

B.   **2018**   National identity     .131             Cramer's V         .0001

In 2018, the subjects interviewed from the Dominican community, the continental Americans and the Asian community
living in Puerto Rico had a  lower Level of Respect of Citizens toward the PRPB and the Laws than Puerto Rican's.

**Sample of N = 1.309 residents of Puerto Rico.**
$$\infty \leq .05$$

Table XIX and Correlation Model V show us the nine demographic variables that were correlated to the variable Level of Respect of Citizens to the PRPB and the laws in 2015 and 2018. These variables were: Level of Knowledge about Reform , Age, Residential Zone and Matrimonial Status, Gender, Working Group, Ethnic Group, Educational Level and National Identity. The correlations made were calculated with inferential statistics known as non-parametric, all significant at the .o5 level or less ($\infty \leq .05$). These 2018 correlations reflect a polarization between the demographic segments of Puerto Rico. In the 2015 study there was less polarization and more consensus.

The table presents the population sectors of those who have a Level of Respect for Citizens to the PRPB and the laws. Residents with more knowledge about the Reformation respect the PRPB and the laws more. As well as the older, the more educated, the residents of rural areas, the females, the Puerto Ricans, and the professionals. Finally, the persons interviewed who are married

88

respect the PRPB and the laws in general. Intensive work is recommended, reaching sectors where the laws and PRPB members are not respected, such as: residents with little or no knowledge of the Reformation, young people from Puerto Rico, residents of urban areas, and singles and couples that live together. There is a great need for citizen reconciliation among the youth of our country and the public order authorities in general.

This has NOT HAPPENED in the past 3 years.

Next, we present table XX and The Correlation Model VI of 2018 that illustrate the six demographic variables that were related to the variable Level of Perception of the citizens of how the PRPB treats members of minority communities. These variables were: Level of Knowledge about Reform, Age, National Identity, Ethnic Group, Residential Zone and Marriage Status. The correlations performed were computed with non-parametric inferential statistics, and all significant at the .o5 level or less ($\infty \leq .05$).

**Correlation Model VI: Between demographic variables and the variable Level of Perception of Citizens as How the PRPB treats Members of Minority Communities.**



Table 20: Summary of correlations between demographic variables and the variable Level of Perception of Citizens as How the PRPB treats Members of Minority Communities. Comparison between studies of **2015** and **2018**.

| | | Year | Variable | Correlation | Statistics | Significance level |
|---|---|---|---|---|---|---|
| 1- | A. | **2015** | Age | -.065 | Somer's D | .0001 |

The younger, the lower The Level of Perception of Citizens as How the PRPB treats Members of Minority Communities.

| | B. | **2018** | Age | -.104 | Somer's D | .0001 |

The younger, the lower The Level of Perception of Citizens as How the PRPB treats Members of Minority Communities.

| 2- | A. | **2015** | Residential area | .081 | Cramer's V | .03 |

Urban areas have a lower level of perception of how The PRPB It treats members of minority communities.

| | B. | **2018** | Residential area | .117. | Cramer's V | .001 |

The variable residential area emerged statistically significant correlated to how the PRPB treats members of minority communities. The subjects of the urban areas increased their negative perception towards the PRPB.

| 3- | A. | **2015** | Marital status | .151 | Cramer's V | .0001 |

The singles and those who coexist, have a lower level of perception of as how the PRPB treats members of minority communities.

| | B. | **2018** | Marital status | .153 | Cramer's V | .0001 |

Singles, the divorced and those who coexist, have lower Level of Perception of Citizens as How the PRPB treats Members of Minority Communities. There are no differences between 2015 and 2018.

| 4. | A. | **2015** | Level of knowledge | -.039 | Somer's D | .04 |

The less knowledge about the Reform, the lower the Level of Perception of Citizens as How the PRPB treats Members of Minority Communities.

| | B. | **2018** | Level of knowledge | -.041 | Somer's D | .03 |

The less knowledge about reform, the lower the Level of Perception of Citizens as How the PRPB treats Members of Minority Communities.

| 5, | A. | **2015** | Ethnic group | N.S. | V de Cramer | |

The variable Ethnic group was not significant in 2015.

| | B. | **2018** | Ethnic group | .114 | V de Cramer | |

The variable ethnic group was significant in the 2018, ethnic groups except the predominantly white have A lower Level of Perception of Citizens as How the PRPB treats Members of Minority Communities.

| 6. - | A. | **2015** | National identity | N.S. | V de Cramer | |

In the 2015, there was no correlation with the variable National identity.

B.   **2018** National identity                .104                V de Cramer        .0001

In 2018, the subjects interviewed from the Dominican community, the continental Americans and the Asian community living in Puerto Rico had A lower Level of Perception of Citizens as How the PRPB treats Members of Minority Communities.

---

**Sample of N = 1.309 residents of Puerto Rico.**

$\infty \leq .05$

---

This table XX reveals the population segments of those who have a level of perception of citizens of how the PRPB treats members of minority communities. In 2018, residents with more knowledge about the Reform indicate that the PRPB treats members of minority communities better than residents with little or no knowledge of it. The more knowledge about the reform, the better the image of PRPB. Like the elderly, and the residents of rural areas, these sectors indicate that the PRPB satisfactorily treats members of minority communities. Finally, the persons interviewed who are married, the Puerto Ricans and the predominantly white indicate that they are satisfied with the treatment that the PRPB gives to the minority communities.

The youth of Puerto Rico, the residents of urban areas, the residents who have no knowledge of the Puerto Rico Police Bureau Reform, and singles, couples who live and divorce have a more negative perception of the treatment they receive. members of minority communities from part of the PRPB. The predominantly blacks, the mulattos, the mixed, the Asians and the Dominicans understand that the PRPB is not working adequately with the minority groups. The PRPB must develop an intensive program that helps to smooth out differences between the PRPB and the young citizens of Puerto Rico. The results of 2018 are worse than those of 2015 and a polarization has developed where the most affected segments are evaluating the PRPB more negatively than the less vulnerable segments.

# General Conclusions

1- There is a great need for citizen reconciliation among the youth of our country and the public order authorities in general. This has NOT HAPPENED in the past 3 years. A polarization has developed in the society where the marginalized segments living in Puerto Rico evaluated the PRPB worse in 2018 and the other sectors in a moderate way.

2- Younger residents, males, rural residents, low-income working groups, ethnic groups (all but white), and the less educated are virtually unaware of the Reform and have not read about the same In 2015, almost 79 percent of the population needed to be educated about the Police Reform because they either did not know or knew very little about it. The results of 2018 show a 70.9 percent of the residents interviewed indicated or were totally unaware or knew very little of the Sustainable Reform of the Puerto Rico Police Bureau. A slight improvement of 8.1 percent. There is a statistically significant difference between the results of 2015 and those of 2018. The 2018 sample is one with more knowledge about the PRPB Reform and is shown by a Kendall Tau c = .18 and a D of Somer = .14 al. 0001 at the level of significance. There is a small increase in the level of knowledge of the residents of Puerto Rico about the PRPB Reform and it is supported scientifically.

3- The Level of Satisfaction of the Residents with the PRPB in the last relationships with the body received a global grade of 2.27 C in both studies (2015 and 2018). Therefore, there was no progress, but a stagnation. The PRPB drops its grade from C-1.64 in 2015 to D + (1.59) in 2018. In these 3 years the PRPB is not complying with the Sustainable Reform with respect to the important variable Level of Citizen Satisfaction with the Puerto Rico Police Bureau. The XI graph

well disposes the results of the residents. In 2015 the PRPB obtained a global average of 1.64 C-, in 2018 it receives a 1.59 D. This represents a setback, but it is still not statistically significant.

4- For the variable Level of Citizen Perception of Judicial Procedures and Reliability for the Puerto Rico Police Bureau (Comparison between studies of 2015 and 2018) Figure XII determines well the results of residents in both studies. It is a low C note with a global average of 2.06 C in 2015 and 2.00 C in 2018. There was no progress from 2015 to 2018, there is really a stagnation and a small setback, but it is still not statistically significant. The PRPB drops its grade from 2.06 C in 2015 to 2.00 C in 2018. In these 3 years the PRPB is not complying and is statistically stagnant with the Sustainable Reform with respect to the Level of Citizen Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau when comparing the studies of 2015 and 2018.

5- It is perceived that the respect of citizens towards the PRPB is decreasing in the last 3 years, from 74.5 percent of the interviewed residents to 69.5 percent. In 2015, 23.53 percent had a moderate level of respect and this rose in 2018 to 26.5 percent. Only 1.99 percent said they had a low level of respect with PRPB and the laws in 2015 and increased to 5 percent in 2018. In 2015, the residents interviewed gave a B grade a little high with a global average of 3.20 B and in 2018 they decreased it to 3.04 B. There was no progress from 2015 to 2018, there really is a stagnation, but it is still not statistically significant.

6- The results of the residents regarding their perception of the treatment that the minority communities receive from the PRPB members. In 2015 he obtained a grade of C with a global average of 1.96 of the 11 questions and in 2018 he obtains a C of 1.94. In global terms, there was no statistically significant change, indicating a stagnation between 2015 and 2018.

# Conclusions of the Correlations and Measurement of Progress

1- Younger residents, residents of rural areas, those from low-income professions and the less educated do not know enough about the Police Reform and / or have not read about it. However, there is a higher level of knowledge about the PRPB Reform between 2015 and 2018 and it is statistically significant. There was progress from 2015 to 2018 in the dissemination of the Reform, there is a slight improvement.

2 - It is concluded that the level of satisfaction about their recent meetings with members of the PRPB was moderate / high. It is a C grade with an average of 2.27 in both exhaustive studies. The Reform of the PRPB is stagnant with respect to the Level of Satisfaction of the Residents with the PRPB, in the last relations with the body. The comparison between studies of 2015 and 2018 supports this. There was no progress between 2015 and 2018 regarding the Residents' Satisfaction Level with the PRPB. in the last relationships with the body. There really is a stagnation with this variable.

3- Regarding the Level of Satisfaction of Residents with the PRPB, in 2015 the PRPB obtained a C- with a global average of 1.64 C-, and in 2018 it receives a D- of 1.59. This represents a small setback, but it is still not statistically significant. The Reformation is paralyzed in this line.

4- Level of Citizen Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau Comparison between 2015 and 2018 studies: There is a statistically significant delay in the following assertions: a.) The P.R. Police Bureau. They are more honest than those of other countries or states. b.) Officers P.R. P.B. they are professionals who comply with the laws. c.) The Puerto Rico Police Bureau they are not racist and do not discriminate against minority groups in our society. d.) The PRPB officers detain and search people for legitimate reasons. The results of

2018 are worse than those of 2015, reflecting a decline in the Reform in these lines. It remained practically the same in the following statements. This indicates a stalemate in these matters of the PRPB Reform: a.) The P.R.P.B. treat victims of crime well. b.) The P.R.P.B. they agree that in order to be effective they must win the public's trust. c.) The PRPB officers. They treat tourists in the same way they treat PR residents. d.) The vast majority of PRPB members when interacting with citizens use correct language. PRPB officers arrest and register people in bad (abusive) ways. No progress was recorded in Table 12 Summary of Responses to the Level of Citizen Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau Comparison between studies of 2015 and 2018. The PRPB drops its grade of 2.06 C in the 2015 to 2.00 C in 2018. In these 3 years the PRPB is not complying and is statistically stagnant with the Sustainable Reform with respect to the Level of Citizen Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau when compared the 2015 and 2018 studies. The PRPB must develop an intensive program that helps to smooth out differences between the PRPB and the young citizens of Puerto Rico.

5- Level of Respect of citizens to the PRPB and the laws Comparison between studies of 2015 and 2018: There is a statistically significant delay in the following statements: a.) You respect the Puerto Rico Police. b.) You as a resident of P.R. has a moral obligation to comply with the Law. Dangerously, the results of 2018 are worse than those of 2015 reflecting a setback in the reform in those lines. In the last three (3) years, citizens are beginning to lose confidence in the PRPB. No progress was recorded in Table 13 Summary of Responses from Respect Level of citizens to the PRPB and the laws Comparison between 2015 and 2018 studies. In 2015 the residents interviewed gave a grade of B a little high with a global average from 3.20 B and in 2018 they dropped it to 3.04 B. There was no progress from 2015 to 2018, there really is a stagnation.

6- How does the PRPB treat members of minority communities Comparison between 2015 and 2018 studies? : This dependent variable measures the collective perception that residents have of the way PRPB members treat members of minority communities on the Island. In 2015, they obtained a C grade with a global average of 1.96 of the 11 questions and in 2018 he gets a C of 1.94. In global terms, there was no statistically significant change, indicating a stagnation between 2015 and 2018.

## Profile of Residents dissatisfied with the Reform

1. Younger residents, residents of rural areas, those from low-income professions, widowers and single people, and the less educated do not know much more about the Reformation and have not read about it. There was not much progress from 2015 to 2018. There is a stagnation.

2. The: 1. male residents, 2. the youngest, 3. the urban residents, 4. the blue-collar, part-time and unemployed, 5. the most educated and the very poorly educated, 6. singles and those who live together, 7. Those who do not know about the Reform, and 8. Ethnic groups except whites have less satisfaction with the Puerto Rico Police Bureau in the last relations with the body.

3. Younger residents, singles and those who live together and those who do not know about the Reformation had a low level of citizen satisfaction with the Puerto Rico Police Bureau in 2015. In 2018 the demographic variables that correlated with The Level of Citizen Satisfaction were: singles and coexist, those with less education, and those who do not know about the Reformation.

4. Younger residents, males, blue-collar and part-time employees, housewives and the unemployed, singles and those who live together, Dominicans and Asians, those from urban areas

have a low or negative Citizen Perception on Judicial Procedures and Reliability to the Bureau of the Police of Puerto Rico. In other words, these citizens distrust the PRPB and understand that the judicial and police processes are not being executed correctly.

5. Residents with more knowledge about the Reformation respect the PRPB and the laws more. As well as the older, the more educated, the residents of rural areas, the females, the Puerto Ricans, and the professionals. Finally, the persons interviewed who are married respect the PRPB and the laws in general.

6. In 2018, residents with more knowledge about the Reform indicate that PRPB treats members of minority communities better than residents with little or no knowledge of it. The more knowledge about the reform, the better the image of PRPB. Like the elderly, and the residents of rural areas, these sectors indicate that the PRPB satisfactorily treats members of minority communities. Finally, the persons interviewed who are married, the Puerto Ricans and the predominantly white indicate that they are satisfied with the treatment that the PRPB gives to the minority communities.

7. Young people of Puerto Rico, residents of urban areas, residents have no knowledge on the Reform of the Puerto Rico Police Bureau, and unmarried, divorced couples who live together and have a more negative perception regarding their treatment members of minority communities from part of the PRPB. The predominantly blacks, the mulattos, the mixed, the Asians and the Dominicans understand that the PRPB is not working adequately with the minority groups. The PRPB must develop an intensive program that helps to smooth out differences between the PRPB and the young citizens and the poor of Puerto Rico.

8. The 2018 results are worse than those of 2015 and a polarization has developed where the most affected segments are evaluating PRPB more negatively than the less vulnerable segments.

9. The new structure of the Public Security Secretariat apparently delayed and paralyzed the Sustainable Reform. Either by exaggerated bureaucracy and / or change of management, or both factors.

# Second survey to Members of the of the Puerto Rico Police Bureau (P.P.R.B.)  (2018)

**1.      Compliance Measurement Part Two:**

Results of the Comprehensive Survey associated to the Self Perception of the 394 PRPB members interviewed between the weeks of August 1, 2018 and September 30, 2018 and an exhaustive comparison with the 2015 results.

From August 1, 2018 to September 30, 2018, a second survey was administered where 394 PRPB members were consulted to verify how they perceive the work and conduct of their superiors, peers and themselves. To this end, the Parties to the Agreement constructed a questionnaire of 30 multiple-choice questions in 2015 and calculated a Cronbach of .84 that is adequate for this study (the regular is .70 or more). The principal investigator prepared and implemented a random sampling research design of the 13 Areas of the Puerto Rico Police Bureau with a margin of error of 5% and an answer rate of approximately 65 percent (McCall, R.B., 2008). That response rate is much lower than that of the 2015 study that reached 90 percent. On this occasion (2018) there was resistance, comments and even mockery to our interviewers (as) even with the letter from the PRPB Commissioner. This was gradually changed by the end of August.

In the first three weeks of August, the agents did not want to participate in the survey that is a requirement of the Sustainable Reform and the Agreement with the Department of Justice of the United States of America. It was necessary to resort to the highest spheres of the PRPB to communicate directly with the 13 commanders at the Island level and proceed with the survey.

A list of police stations around the Island was developed and we concentrated on interviewing members of the PRPB that were outside and inside them, preferably on the street of their District. (Dillan, D., Smyth, J. & Christian, L.M., 2014). A majority of PRPB members were interested in participating (65%), 35% did not participate. There was more participation in: San Juan Metro (Old San Juan, Condado, Santurce, Hato Rey and Río Piedras, Cupey), Mayagüez, Ponce, Caguas, Bayamón, Cataño, Toa Baja, Carolina, Cabo Rojo, Manatí, Toa Alta, Cayey, Juana Diaz, Coamo, San Isabel, Guaynabo, Moca, Aguada, Trujillo Alto, Aguadilla, Luquillo and Fajardo.

It is expected that, like the 2015 study, this 2018 study will greatly assist the Management of the Puerto Rico Police Bureau and the Secretary of Public Safety in determining which sectors are dissatisfied, to listen to them and to improve the Organizational Culture of the Institution. It is a great opportunity for reconciliation with internal groups that resist policies, regulations, reforms, and other changes. The Office of the Reform has the great task of creating quality groups or circles that can transform and re-socialize the various internal groups of the organization. This study compares the findings of 2015 with those of 2018 and measures progress in the different areas of the Reform.

The first findings presented below are related to the demographic variables of this scientific survey of 2018 and are compared with those of 2015.

The first table of this Second Part presents the variable Years of Service of each subject interviewed.

Table 2.1: Years of service: Comparison between studies of 2015 and 2018

Frequencies per year

| Years of Service | 2015 | % | 2018 | % |
|---|---|---|---|---|
| 0 to 4 years | 44 | 11.4 | 41 | 10.4 |
| 5 to 9 years | 72 | 18.7 | 79 | 20.1 |
| 10 to 14 years | 74 | 19.2 | 53 | 13.5 |
| 15 to19 years | 84 | 21.8 | 88 | 22.3 |
| 20 to 24 years | 77 | 19.9 | 81 | 20.6 |
| 25 years or more | 35 | 9.1 | 52 | 13.2 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

There are no statistical differences between the samples from 2015 and 2018, significant to. 05 level.

Table 2.1 presents the demographic variable Years of Service that has its categories of 0 to 4 years of service up to 25 years or more of years of service in the PRPB. In 2015 we added the categories related to years of service from 0 to 4 years and from 5 to 9 years, and we had 30.1 percent of the respondents indicating that they had less than 10 years of service. The 2018 results indicate that the categories related to years of service from 0 to 4 years and from 5 to 9 years, together had 30.5 percent of the respondents demonstrating a number like that of 2015.

The rest, 69.9 percent of those who answered in 2015 had 10 to 25 years or more of professional service with the PRPB. In 2018 the rest, 69.5 percent of those who answered had 10 to 25 years or more of professional service with the PRPB.

This indicates a population with many years of service under a decades-old organizational culture that can be changed with a good strategic plan and for a long period of years.

These data demonstrate that our interviewers reached equally to different groups of PRPB members.

Forward, Figure 2.I shows the distribution of percentage frequency of the groups by Years of Service: Comparison between studies of 2015 and 2018.

**Graph 2.1: Years of service: Comparison between studies of 2015 and 2018**



Figure 2.I shows the percentage frequency distribution of the demographic variable Years of Service: Comparison between 2015 and 2018 studies. This graph shows the groups for Years of Service of the PRPB members that participated in these studies. These figures can also be seen in Table 2.1 The six groups of years of service of this demographic variable do not show major changes between 2015 and 2018, except the group of 25 years or more that has increased.

Table 2.2: Rank: Comparison between studies of 2015 and 2018

Frequencies per year

| Rank | 2015 | % | 2018 | % |
|------|------|------|------|------|
| Agent | 310 | 80.3 | 297 | 75.4 |
| Detective | 10 | 2.6 | 27 | 6.9 |
| Sergeant | 44 | 11.4 | 40 | 10.2 |
| Second Lieutenant | 8 | 2.1 | 9 | 2.3 |
| First Lieutenant | 1 | .3 | 12 | 3.0 |
| Captain | 5 | 1.3 | 7 | 1.8 |
| Inspector | 4 | 1.0 | 0 | 0.0 |
| Commander | 1 | .3 | 1 | .3 |
| Lieutenant Colonel | 3 | .8 | 0 | 0.0 |
| I don't answer | 0 | 0.0 | 1 | .3 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

Table 2.2 shows the demographic variable Rank: Comparison between 2015 and 2018 studies that contains its categories of Agent to Lieutenant Colonel in the PRPB. Many of the subjects interviewed identified themselves as Police Agents, which were 310 (80.3 percent) in 2015 and 297 (75.4 percent) in 2018. Ten (10) indicated to be Detectives (2.6 percent) in 2015 and 27 (6.9 percent) in 2018. Another 44 said to be Sergeants (11.4 percent) in 2015 and 40 (10.2 percent) in 2018.

In 2015, of the officers, 8 said they were Second Lieutenants (2.1 percent), 1 First Lieutenant (.3 percent), 5 Captains (1.3 percent), 4 indicated they were Inspectors (1.0 percent), a Commander ( .3 percent) and 3 Lieutenant Colonels (.8 percent). If we add the categories related to Rank from Sergeant to Lieutenant Colonel, we have 19.7 percent of the respondents indicating that they have a Rank greater than Agent's.

In 2018, the officers were the following: 9 indicated to be Second Lieutenants (2.3 percent), 12 First Lieutenants (3 percent), 7 Captains (1.8 percent), no Inspector, 1 Commander (.3 percent), and no Lieutenant Colonel.

This Table indicates the demographic distribution of the interviewees around the Range: Comparison between studies of 2015 and 2018 that they sustain within the Puerto Rico Police Bureau. These data show that our interviewers reached different groups of PRPB members.

Forward, Figure 2.II shows the distribution of percentage frequency of the groups by Years of Service: Comparison between studies of 2015 and 2018.

**Graph 2.2: Rank: Comparison between studies of 2015 and 2018**



Figure 2.II presents the percentage frequency distribution of the demographic variable. Rank: Comparison between 2015 and 2018 studies. This graph shows the groups or categories by Rank of the PRPB members that participated in the 2015 and 2018 studies. These figures can also be seen in Table 2.2, together with the description of the data.

Table 2.3: Gender: Comparison between studies of 2015 and 2018

<u>Frequencies per year</u>

| <u>Gender</u> | 2015 | % | 2018 | % |
|---|---|---|---|---|
| Male | 303 | 78.5 | 260 | 66.0 |
| Female | 83 | 21.5 | 132 | 33.5 |
| I don't answer | 0 | 0.0 | 2 | .5 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

The table indicates that most of the people who participated in the exhaustive survey of 2015 were those of the male gender with 78.5 percent (303 people) versus 21.5 percent (83 people) of the female gender. In 2018 that goes down to 66.0 percent of males (260), females increase to 33.5 (132) and .5 percent did not want to be identified in one of the genders,

According to the observations of our interviewers, some men refused to participate and answer a questionnaire related to the PRPB. In 2018 there was a lot of resistance and mockery from the agents at the beginning of the interviews. We had to resort to PRPB senior management to convince agents to participate even though our interviewers had a letter from the PRPB Commissioner.

Forward, Figure 2.III is presented where the percentage frequency distribution of the gender groups is perceived.

**Graph 2.3: Gender: Comparison between studies of 2015 and 2018**



Figure 2.III illustrates the percentage frequency distribution of the demographic variable. Gender: Comparison between 2015 and 2018 studies. In this graph, the groups or categories by gender of the PRPB members that participated in these studies are observed. Female participation increased considerably in 2018 and 2 agents did not want to identify with the gender categories exposed. These figures can also be seen in Table 2.3, together with the description of the data.

The next table and demographic chart are of the variable Nationality (National Identity), a comparison between studies of 2015 and 2018

Table 2.4: Nationality: Comparison between studies of 2015 and 2018

| Frequencies per year | | | | |
|---|---|---|---|---|
| Nationality | 2015 | % | 2018 | % |
| Puerto Rican | 373 | 96.7 | 348 | 88.3 |
| Dominican | 1 | .3 | 12 | 3.0 |
| Continental American | 10 | 2.6 | 27 | 6.9 |
| Asian | 1 | .3 | 1 | .3 |
| Cuban | 1 | .3 | 4 | 1.0 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

Table 2.4 indicates that in 2015, 96.7 percent (373 people interviewed) of the 386 members of the Puerto Rico Police Bureau indicated that they belonged to the Puerto Rican group. The .3 percent (1 person) indicated being from the Dominican group, the 2.6 percent (10 people) Continental American, the .3 percent (1 person) identified as Cuban and only the .3 percent (1 person) He identified himself as Asian.

In 2018, 88.3 percent were identified as Puerto Rican, a decrease of 8.4 percent when compared to 2015. 3 percent identified themselves as Dominican, 6.9 percent as continental American, one person as Asian (.3 percent). ), and 1.0% as Cuban. Demographic changes are being reflected in these surveys of PRPB members.

See Table 2.4 and Figure 2.IV to perceive these descriptions. Forward, Figure 2.IV shows the distribution of percentage frequency of the groups of the variable Nationality.

**Graph 2.4:Nationality: Comparison between studies of 2015 and 2018**



Figure 2.IV shows the frequency distribution of the demographic variable Nationality: Comparison between studies of 2015 and 2018. This graph shows the members of the PRPB, by groups or categories of Nationality, of those who participated in this survey. These quantities can also be interpreted in Table 2.4, related to the description of the data. The next table and demographic graph are of the Age variable.

110

Table 2.5: Age of the PRPB members: Comparison between studies of 2015 and 2018

| | Frequencies per year | | | |
|---|---|---|---|---|
| Age | 2015 | % | 2018 | % |
| 18 to 28 years | 47 | 12.2 | 45 | 11.4 |
| 29 to 39 | 113 | 29.3 | 126 | 32.0 |
| 40 to 50 | 170 | 44.0 | 157 | 39.8 |
| 51 to 61 | 50 | 13.0 | 61 | 15.5 |
| 62 or more | 5 | 1.3 | 1 | .3 |
| did not answer | 1 | .3 | 4 | 1.0 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

Table 2.5 breaks down the sample of subjects interviewed with the age variable in both surveys (2015 and 2018). In 2015 they were distributed as follows: 12.2 percent (47 respondents) are 18 to 28 years old, 29.3 percent (113 subjects) from 29 to 39 years old, 44.0 percent (170 subjects) between the ages of 40 and 50 years, 13.0 percent (50 people) between 51 and 61 years, and 1.3 percent (5 subjects) between the ages of 62 to 72 years. Only one person (1) did not indicate their age for a .3 percent of the category I do not answer.

In 2018 the frequencies were: 11.4 percent (45 interviewed) are from 18 to 28 years old, 32.0 percent (126 subjects) from 29 to 39 years old, 39.8 percent (157 subjects) between the ages of 40 to 50 years, 15.5 percent (61 people) between 51 and 61 years, and .3 percent (1 subject)

between the ages of 62 to 72 years. Only four people (4) did not indicate their age for 1.0 percent of the category I do not answer.

These two samples accurately represent the population aged 18 to 62 years old to the members of the PRPB who were interviewed for this study, at a 5% margin of error.

Forward, Figure 2.V shows the percentage frequency distribution of the age groups.

**Graph 2.5: Age: Comparison between studies of 2015 and 2018**



Figure 2.V presents the comparison between the frequency distributions of the variable Age of the studies of 2015 and 2018. In the same the graphs of the members of the Puerto Rico Police Bureau are shown.

This chart shows the age groups or categories of PRPB members who participated in this survey. These quantities can also be understood in Table 2.5, together with the description of the data.

Table 2.6: Ethnic group: Comparison between studies of 2015 and 2018

| Ethnic group | Frequencies per year | | | |
| | 2015 | % | 2018 | % |
| --- | --- | --- | --- | --- |
| Predominantly white | 208 | 53.9 | 177 | 44.9 |
| Predominant black/mulatto | 87 | 22.5 | 68 | 17.3 |
| Predominantly Indian (Taino) | 6 | 1.6 | 8 | 2.0 |
| Asian | 1 | .3 | 1 | .3 |
| Mixed | 81 | 21.0 | 129 | 32.7 |
| Other | 3 | .8 | 10 | 2.5 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

Table 2.6 indicates a comparison of the ethnic group variable between the results of 2015 and 2018. In 2015, 53.9 percent (208 people) of the 386 respondents of the PRPB belong to the predominantly white group. 22.5 percent (87 people) indicated being predominantly black / mulatto, 21.0 percent (81 people) selected the mixed category, 1.6 percent (6 people) predominantly Indian, the .8 percent other (3) people), and only .1 percent (1 person) was identified as Asian.

In contrast, ethnic groups have varied somewhat in the past 3 years and in 2018 44.9 percent of those who wished to participate in the survey identified themselves as predominantly white; 17.3 percent indicated that they were predominantly black / mulatto; 32.7 percent selected the category of mixed (being the fastest growing in 2018); 2.0 percent predominantly Indian, 2.5 percent; and only .3 percent (1 person) was identified as Asian.

See Figure 2.VI to perceive these descriptions of the demographic group Ethnic Group.

**Graph 2.6: Ethnic group: Comparison between studies of 2015 and 2018**



Figure 2.VI shows the comparison between the results of 2015 and those of 2018 of the frequency distributions of the demographic group Ethnic Group of the members of  the Puerto Rico Police Bureau. This graph shows the groups or categories by Ethnic Group of the PRPB members that contributed to these surveys. These quantities can also be understood in Table 2.6.

Forward, table 2.7 of the variable level of education is displayed.

Table 2.7: Educational Level: Comparison between studies of 2015 and 2018

| | Frequencies per year | | | |
|---|---|---|---|---|
| Educational Level | 2015 | % | 2018 | % |
| Doctorate or J. D. | 2 | .5 | 1 | .3 |
| Master | 18 | 4.7 | 39 | 9.9 |
| Bachelor | 109 | 28.2 | 144 | 36.5 |
| Associate/Technical | 208 | 53.9 | 167 | 42.4 |
| High School | 49 | 12.7 | 42 | 10.7 |
| Elementary School | 0 | 0.0 | 1 | .3 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

Table 2.7 indicates the comparison between the years 2015 and 2018 of the variable level of education. It presents the following distribution of 2015 by title studied and completed by the PRPB members who participated in that survey: the .5 percent (2 interviewed) are from the Group with Doctorate or JD, 4.7 percent (18 subjects) of the Group with a Master's Degree, 28.2 percent (109 subjects) of the Group with a Baccalaureate, 53.9 percent (208 people) of the Group with an

Associate Degree / Est. Technician, 12.7 percent (49 subjects) indicated having a high school diploma.

The results for 2018 are as follows:: .3 percent (1 interviewed) are from the Group with Doctorate or JD, 9.9 percent (39 subjects) from the Master's Group, 36.5 percent (144 subjects) from the Group with Baccalaureate, 42.4 percent (167 people) of the Group with an Associate Degree / Est. Technician, 10.7 percent (42 subjects) indicated having a high school diploma and only one person indicated having Elementary School for a .3 percent.

In 2018 the numbers of this variable changed due to several factors. The denial of many agents to participate in the survey required much more effort and time. The agents with the highest level of education participated more actively than the others, creating a bias that is not equivalent to the 2015 sample. This, together with the exodus of more than 900 agents to the retreat and to the United States, affected the new sample of 2018. In addition, The natural ravages of hurricanes Irma and María created demographic changes in all areas of Puerto Rico, including the PRPB. In 2015, the response rate was 90% and in 2018, 65%.

Forward, Graph 2.VII is presented where the distribution of percentage frequency of the groups by level of education is perceived.

**Graph 2.7: Educational Level of the PRPB: Comparison between studies of 2015 and 2018**



Educational Level of the PRPB members: Comparison between studies of 2015 and 2018

Figure 2.VII shows the comparison between studies of the percentage frequency distribution of the demographic variable Education Level of the PRPB Members. In this graph, groups are perceived by level of education of the people surveyed in 2015 and 2018. These figures can also be seen in Table 2.7.

Table 2.8 is now presented, indicating the Commissioner's Perception (Approval of the Commissioner's Work): Comparison between 2015 and 2018 studies.

Table 2.8: Commissioner's Perception (Approval of the Commissioner's Work): Comparison between studies of 2015 and 2018

| Commissioner's Perception | Frequencies per year | | | |
|---|---|---|---|---|
| | 2015 | % | 2018 | % |
| F = Totally Disagree | 41 | 10.6 | 85 | 21.6 |
| D = Disagree | 38 | 9.8 | 112 | 28.4 |
| C = Partially Agree | 127 | 32.9 | 106 | 26.9 |
| B = Agree | 146 | 37.8 | 61 | 15.5 |
| A = Totally agree | 34 | 8.8 | 30 | 7.6 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

Table 2.8 is now presented, indicating the Commissioner's Perception (Approval of the Commissioner's Work): Comparison between 2015 and 2018 studies.

In Table 2.8 we perceive in 2015 that 46.6 percent (180 members of the PRPB) indicated to agree or totally agree as the Commissioner (Superintendent) was directing the PRPB. In 2018 these numbers change dramatically to 23.1 percent (91 subjects interviewed). There is a great erosion in the figure led by the PRPB, the positive perception was reduced by half.

In 2015, 32.9 percent (127 respondents) showed partial agreement with the leadership of the "Superintendent", in 2018 this category also decreases to 26.9 percent (106 subjects) of support to the Commissioner. Meanwhile, in 2015, 20.4 percent (79 people) selected the categories of disagreement (9.8 percent or 38 people) and totally disagreed (10.6 percent or 41 people), in 2018 these categories unfortunately increased to 28.4 percent (112) disagree and 21.6 percent (85)

totally disagree with the functions of the Commissioner. See Table 2.8 and Figure 2.VIII to observe this descriptive analysis. In 2015, the agents interviewed granted the Superintendent of the PRPB a 2.24 C +. In 2018, the Commissioner received an average of 1.59 D + from the agents surveyed for their work. This is a statistically significant backwardness.

**Graph 2.8: Commissioner's Perception (Approval of the Commissioner's Work): Comparison between studies of 2015 and 2018**



Figure 2.VIII presents the percentage frequency distribution of the Perception variable of the Commissioner of 2015 and 2018. In this graph, the groups are observed by level of approval. These data can be seen in Table 2.8. In 2015 about 46.6 percent of the interviewees (almost half of the PRPB members interviewed) had a positive view of the work of the then "Superintendent"

of the Puerto Rico Police Bureau and 20.4 percent are against it . 32.9 percent find the work of the "Superintendent" to be regular.

The percentages changed dramatically in 2018, where the figure of the Commissioner was battered in the evaluation made by their own agents. In 2018 about 23.1 percent of the interviewees (less than a quarter of the PRPB members interviewed) have a positive view of the work of the current Commissioner of the Puerto Rico Police Bureau and 50.1 percent are against your work The 28.5 percent found to regulate the work of the Commissioner.

These studies are intended to help the PRPB Management to determine which sectors are dissatisfied, to listen to them and to improve the Organizational Culture of the Institution. It is a great opportunity for reconciliation with internal groups that resist policies, regulations, reforms, and other changes. However, we found a significant delay with respect to the work of the now Commissioner (2018) compared to the same evaluation of the Superintendent in 2015. The considerable support that was perceived in 2015 faded and is replaced by a consensus contrary to the figure of the Commissioner. This is an extremely important and regrettable find.

Forward it is observed the table 2.9: Level of Knowledge of the Members of the PRPB on the Reform of the PRPB Comparison between studies of the 2015 and 2018.

Table 2.9: Level of PRPB Knowledge on the Reform: Comparison between 2015 and 2018

| PRPB Knowledge | Frequencies per year | | | |
| | 2015 | % | 2018 | % |
|---|---|---|---|---|
| High | 235 | 60.9 | 223 | 56.6 |
| Moderate | 78 | 20.2 | 116 | 29.4 |
| Low | 73 | 18.9 | 55 | 14.0 |
| Total | n = 386 | 100.0% | n = 394 | 100.0% |

In this table 2.9 we perceived the Level of Knowledge of the Members of the PRPB on the Reform, and in 2015 the 60.9 percent (235 members of the PRPB interviewed) indicated to have a high knowledge and to have read about the Reform of the PRPB. This contrasts with 56.6 (223 subjects). A decrease of 4.3 percent in the high level of this important variable.

In the 2015 study, 20.2 percent (78 policemen) participating PRPB members demonstrated a moderate level of knowledge versus 29.4 percent 116 subjects) in the 2018 study. That's an increase of 9.2 percent in the 2018 of the moderate level.

Meanwhile, in 2015 there was an 18.9 percent (73 people) with the category of low level of knowledge and contrasts with 14.0 percent (55 interviewed) in 2018. There was a decrease of 4.9 percent in the low level of knowledge in the results of 2018. The Level of Knowledge of the Members of the PRPB on the Reform of the PRPB it has remained almost static with a decrease in the high and low levels, and an increase in the moderate level. These results do not project progress.

Again, we stress that the Office of the Reform has an important job in educating PRPB members about the Reform. These data reflect that at the height of the month of September 2018 there is still a percentage of the members of the PRPB who are unaware of the Reform and the members of the PRPB are the immediate ones to know, therefore, the Reform.

See Table 2.9 and Figure 2.IX to perceive this descriptive analysis.

Forward, Graph 2.IX shows the percentage frequency distribution of the groups of the Level of Knowledge of the Members of the PRPB on the Reform for each year.

**Graph 2.9: Level of PRPB Knowledge on the Reform: Comparison between 2015 and 2018**



Figure 2.IX explains the percentage frequency distribution of the Level of Knowledge of PRPB Members on the Reform of each year of study. In this graph the groups by level of knowledge are observed. These data can be seen in Table 2.9. In 2015, around 60.9 percent of respondents (more than half of the PRP members interviewed) had a high level of knowledge about the reform of the Puerto Rico Police Bureau, that percentage decreases to 56.4 in 2018 .

The moderate level of knowledge received a 20.2 percent in 2015, however in 2018 it increases to 29.4 percent of those interviewed. That equates to an increase of 9.2 percent at the moderate level of 2018.

18.9 percent of PRPB members indicated in 2015 that they had a low level of knowledge about the Reform. In 2018 this descended to 14.0 percent, a drop of 4.9 percent of the low level of knowledge. In summary, the moderate level of knowledge about the Reform was the level that increased, and the others decreased between 4 to 5 percent.

 The PRPB Reform Office must remedy that situation as soon as possible. At this stage and after 3 years from one study to another (2015 to 2018) no progress is made in the level of knowledge of the members of the PRPB on the Reform.

## P.R.P.B. Comparative Reform Results

Table 2.10 of the NPPR Membership Survey presents the Summary of Responses to the Level of Satisfaction with Police Work and its Environment (questions 7, 8, 9, 10 and 26) of 2015 compared to the results of 2018. This table begins to show the attitudes and knowledge of the Members of the Bureau of the Police of Puerto Rico about the PRPB Reform in a comparative way where progress is measured. This variable measures the level of satisfaction that PRPB Members have with the Police Work and its Environment. Notes (A, B, D, C, D and F) have been used to quickly understand the results and a 4 is given if it is A, a 3 if it is B, a 2 if it is a C, a 1 if it is a D and a 0 if it is an F. In this way, a scale from 0 to 4 was used to measure attitudes. Having this scale, you obtain an average and a standard deviation to proceed to calculate an ANOVA (Analysis of simple variance) and be able to compare the results of 2015 with those of 2018. This is measured progress, stagnation or regression and we can see if there is compliance or non-compliance.

Table 2.10: Summary of satisfaction level responses with police work and its environment (questions 7, 8, 9, 10 and 26) See Annex B: Questionnaire of the PRPB members. Black **2015** and Red **2018**.

<u>Grade Frequencies</u>

Note: The response trends go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

7- Generally, civilian employees (PRPB) of my "district, division or specialized unit" Treat Me:

| **A.  2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  386 | 1 | 1 | 49 | 220 | 115 | |
| | (.3%) | (.3%) | (12.7%) | (57.0%) | (29.8%) | **3.16 B** |
| | ≤ Too bad | | | Very well  ≥ | | |
| **B.  2018** | F | D | C | B | A | Average |
| N =  392 | 7 | 33 | 82 | 129 | 141 | |
| | (1.8%) | (8,4%) | (20.8%) | (32.7%) | (35.8%) | **2.93 B** |
| | ≤ Too bad | | | Very well  ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 392 | **18.234** | **.0001** |
| s | .659 | .832 | | |
| μ | 3.16 | 2.93 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 = partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

8- In The PRPB, usually the fellow agents, officers and supervisors treat me:

| **A.  2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  386 | 1 | 2 | 80 | 214 | 80 | |
| | (.3%) | (.5%) | (23.1%) | (55.4%) | (20.7%) | **2.96 B** |
| | ≤ Too bad | | | Very well  ≥ | | |

| B. | 2018 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 392 | | 6 | 22 | 92 | 157 | 116 | |
| | | (1.5%) | (5.6%) | (23.4%) | (39.8%) | (29.4%) | **2.90 B** |
| | | ≤ Too bad | | | Very well  ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 392 | **Not significant at the .05 Level** | |
| s | .694 | .940 | | |
| μ | 2.96 | 2.90 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

9- I receive necessary equipment from the Police Bureau that helps me do my job effectively.

| A. | 2015 | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 386 | | 50 | 91 | 134 | 95 | 16 | |
| | | (13.0%) | (23.6%) | (34.7%) | (24.6%) | (4.1%) | **1.83 C-** |
| | | ≤ Totally Disagree | | | Totally agree ≥ | | |
| B. | 2018 | F | D | C | B | A | Average |
| N = 394 | | 59 | 121 | 120 | 84 | 10 | |
| | | (15.0%) | (30.7%) | (30.5%) | (21.3%) | (2.5%) | **1.66 C-** |
| | | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **5.003** | **0.03** |
| s | 1.068 | 1.052 | | |
| μ | 1.83 | 1.66 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

10- You believe that The Puerto Rico Police Bureau have information systems that function acceptably.

| | **A.** | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = 386 | | | 70 | 138 | 94 | 70 | 14 | |
| | | | (18.1%) | (35.8%) | 24.4%) | (18.1%) | (3.6%) | **1.53 D+** |
| | | | ≤ Totally Disagree | | | Totally agree ≥ | | |
| | **B.** | **2018** | **F** | **D** | **C** | **B** | **A** | **Average** |
| N = 394 | | | 63 | 144 | 113 | 60 | 13 | |
| | | | (16.0%) | (36.5%) | (28.7%) | (15.2%) | (3.3%) | **1.53 D+** |
| | | | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **Not significant at the .05 Level** | |
| s | 1.093 | 1.037 | | |
| μ | 1.53 | 1.53 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

26- The PRPB is today a better organization than it was two years ago.

| | **A.** | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = 386 | | | 23 | 65 | 101 | 170 | 27 | |
| | | | (6.0%) | (16.8%) | (26.2%) | (44.0%) | (7.0%) | **2.29 C+** |
| | | | ≤ Totally Disagree | | | Totally agree ≥ | | |
| | **B.** | **2018** | **F** | **D** | **C** | **B** | **A** | **Average** |
| N = 394 | | | 51 | 104 | 140 | 73 | 26 | |
| | | | (12.9%) | (26.4%) | (35.5%) | (18.5%) | (6.6%) | **1.79 C-** |
| | | | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|       | 2015  | 2018  | ANOVA  | α     |
|-------|-------|-------|--------|-------|
| N     | 386   | 394   | **43.552** | **.0001** |
| s     | 1.022 | 1.092 |        |       |
| μ     | 2.29  | 1.79  |        |       |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

In order to perceive the Level of Satisfaction with the Police Work and its Environment, the answers to Questions 7, 8, 9, 10, and 29 of the Questionnaire for the PRPB Members were added. This creates the dependent variable Level of Satisfaction with Police Work and its Environment. An ordinal scale of High, Moderate and Low of Level of Satisfaction with the Police Work and its Environment is created.

Figure 2.X distributes very well the results of the PRPB members in the 2015 study (in black) and 2018 (in red). In 2015 the variable Level of Satisfaction with the Police Work and its Environment received a global note of the sum of the answers to the questions (7, 8, 9, 10 and 26) of 2.35 C + of average. In 2018 the result of the average of the same questions fell to 2.16 C.

Calculation of ANOVA for statistical comparison between the year 2015 and 2018. Variable: Level of satisfaction with police work and its environment. An average was computed from the grade averages and standard deviations of the answers to questions 7, 8, 9, 10, and 2 (Officers Questionnaire) for the development of the variable.

|  | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **7.742** | **0.006** |
| s | .907 | .997 |  |  |
| μ | 2.35 | 2.16 |  |  |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The Green denotes progress, The Red delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

The ANOVA of 7,742 significant at .006 level indicates that there was **a setback** in the variable Level of Satisfaction with the Police Work and its Environment from 2015 to 2018. In other words, **the policemen interviewed in 2018 are less satisfied in their work than those who were asked in 2015. This indicates not only a lack of progress, but a reversal in the attitude of the policeman** (non-compliance) **with his/her work and the environment within the institution. These conclusions were statistically proven.**

**Graph 2. X:  Level of satisfaction with police work and its environment: Comparison between 2015 and 2018.**



Graph 2.X shows the Level of Satisfaction with Police Work and its Environment: Comparison between 2015 and 2018. In 2015 it was recorded that almost 97 percent of the police officers interviewed had a moderate / high level of satisfaction with his Police Work and his Environment in the PRPB. The 29.27 percent (almost 1 in 3 respondents in 2015) had a high level of satisfaction around the questions about the working conditions, work and environment in which members of the PRPB in general terms.

Only, 3.11 percent (in 2015) said they had a low level of satisfaction with the work environment. It is concluded that in 2015 the level of satisfaction regarding police work and environment in the PRPB was moderate / high. On that occasion, a C + grade was obtained with an average of 2.35. The members of the PRPB had in 2015 a moderate / high level of satisfaction with their work.

With respect to the 2018 survey, Figure 2.X shows the Level of Satisfaction with the Police Work and its Environment that year. It shows that 90.3 percent of the police officers interviewed had a moderate / high level of satisfaction with their Police Work and their Environment in the PRPB. This is almost 7 percent less than in 2015. 22.3 percent (almost 1 in 4 respondents in 2018) had a high level of satisfaction around the questions about working conditions, work and environment in which unfold the members of the PRPB

The 8.6 percent (in 2018) indicated a low level of satisfaction with the work environment. It is concluded that in 2018 the level of satisfaction regarding police work and environment in the PRPB was moderate / high but decreased by 7 percent when compared with 2015. In 2018 a C grade was obtained with an Average of 2.16. **The members of the PRPB had a moderate / high level of satisfaction with their work in 2018 but suffered a reduction of 7 percent in that satisfied consensus.**

**Conclusions Table 10**

(<span style="color:red">red = delay</span>, black = stagnation, <span style="color:green">green = progress</span>.)

1.   **In general there was a setback in the Level of Satisfaction with Police Work and its Environment.**

2.   There was a setback in the assertion: Generally, the civil employees (PRPB) of my "District, division or specialized unit" treat me (very well to very badly)

3.   There is a stagnation in the affirmation: In the PRPB Generally the fellow agents, officers and supervisors treat me: (very well to very badly)

4.   There is a setback in the declaration: I receive necessary equipment from the Police Bureau that helps me to do my job effectively.

5.   There is a stalemate in the sentence: You believe that the Puerto Rico Police Bureau has information systems that work acceptably.

6.    A relapse is calculated in the question: The PRPB is today a better organization than it was two years ago (non-compliance).


The next Table 2.11 shows us the Level of satisfaction of the PRPB members with the Managers and Supervisors of the Puerto Rico Police Bureau (ordinal variable) Questions: (11, 12, 13, 14 and 15). It is a comparison between the results of the 2015 study and those of 2018.

Table 2.11: Summary of responses about the Satisfaction Level of PRPB Members concerning the Managers and Supervisors of the Puerto Rico State Police (ordinal variable). Questions: (11, 12, 13, 14 and 15). See Annex B: PRPB Members' Questionnaire Black **2015** and Red **2018**.

<u>Grade Frequencies</u>

Note: The response trends go from the most negative (F) to the most positive (A).

| Questions | | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| | 11. | Most supervisors treat agents without gender distinction. | | | | | |
| | A. **2015** | F | D | C | B | A | Average |
| N = 386 | | 14 | 44 | 96 | 195 | 37 | |
| | | (3.6%) | (11.4%) | (24.9%) | (50.5%) | (9.6%) | **2.51 B-** |
| | | ≤ Too bad | | | Very well ≥ | | |
| | B. **2018** | F | D | C | B | A | Average |
| N = 394 | | 35 | 68 | 109 | 135 | 47 | |
| | | (8.9%) | (17.3%) | (27.7%) | (34.3%) | (11.9%) | **2.23 C** |
| | | ≤ Too bad | | | Very well ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **13.955** | **.0001** |
| s | .943 | 1.139 | | |
| μ | 2.51 | 2.23 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

| | 12. | Most of the superiors treat the agents equal without distinction of ethnicity (ethnic group). | | | | | |
|---|---|---|---|---|---|---|---|
| | A. **2015** | F | D | C | B | A | Average |
| N = 386 | | 10 | 26 | 83 | 214 | 53 | |
| | | (2.6%) | (6.7%) | (21.5%) | (55.4%) | (13.7%) | **2.71 B** |
| | | ≤ Too bad | | | Very well ≥ | | |

| | B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 391 | | 30 | 57 | 92 | 149 | 63 | |
| | | (7.6%) | (14.5%) | (23.4%) | (37.8%) | (16.0%) | **2.40 C** |
| | | ≤ Too bad | | | | Very well ≥ | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 391 | **17.828** | **.0001** |
| s | .879 | 1.148 | | |
| μ | 2.71 | 2.40 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

13.  Most of the superiors treat the agents without distinction of their sexual orientations.

| | A. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 386 | | 32 | 29 | 76 | 206 | 43 | |
| | | (8.3%) | (7.5%) | (19.7%) | (53.4%) | (11.1%) | **2.52 B-** |
| | | ≤ Totally Disagree | | | Totally agree ≥ | | |

| | B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 393 | | 35 | 53 | 98 | 146 | 61 | |
| | | (8.9%) | (13.5%) | (24.9%) | (37.1%) | (115.5%) | **2.37 C** |
| | | ≤ Totally Disagree | | | | Totally agree≥ | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 393 | **Not significant at the .05 Level** | |
| s | 1.060 | 1.162 | | |
| μ | 2.52 | 2.37 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

14.   You believe that the Puerto Rico Police Bureau has immediate qualified supervisors who guide you.

| | A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = | 386 | | 16 | 54 | 148 | 139 | 29 | |
| | | | (4.1%) | (14.0%) | (38.3%) | (36.0%) | (7.5%) | **2.29 C** |
| | | | ≤ Totally Disagree | | | Totally agree ≥ | | |

| | B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = | 394 | | 30 | 93 | 127 | 110 | 34 | |
| | | | (7.6%) | (23.6%) | (32.2%) | (27.9%) | (8.6%) | **2.06 C** |
| | | | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **10.050** | **.002** |
| s | .941 | 1.079 | | |
| μ | 2.29 | 2.06 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

15.   Your work area Director is:

| | A. | **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = | 386 | | 16 | 25 | 103 | 177 | 65 | |
| | | | (4.1%) | (6.5%) | (26.7%) | (45.9%) | (16.8%) | **2.65 B-** |
| | | | ≤ He's a lousy leader. | | | is an excellent leader ≥ | | |

| | B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|---|
| N = | 394 | | 30 | 93 | 127 | 110 | 34 | |
| | | | (7.6%) | (23.6%) | (32.2%) | (27.9%) | (8.6%) | **2.58 B-** |
| | | | ≤ He's a lousy leader | | | is an excellent leader ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|     | 2015 | 2018 | ANOVA | $\alpha$ |
| --- | --- | --- | --- | --- |
| N   | 386  | 392  | **Not significant at the .05 Level** | |
| s   | .972 | 1.128 | | |
| $\mu$ | 2.65 | 2.58 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

To establish the level of satisfaction of the members of the PRPB with the Managers and Supervisors of the Puerto Rico, the answers to questions 11, 12, 13, 14 and 15 of the Questionnaire for the PRPB Members were joined in both the 2015 as in 2018. This creates the dependent variable Level of satisfaction of the PRPB members with the Managers and Supervisors. An ordinal scale of High, Moderate and Low of the Level of Satisfaction that the police officers have with the Managers and Supervisors of the Puerto Rico was developed.

The Graph 2. XI distributes the results of the PRPB members in a comparative way to perceive progress between 2015 and 2018. The overall grade of the sum of the replies to questions 11, 12, 13, 14 and 15 was an **average of 2.54 B-in 2015 and 2.33 C in the 2018.**

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018. Satisfaction Level of PRPB Members concerning the Managers and Supervisors of the Puerto Rico State Police (ordinal variable). Questions: (11, 12, 13, 14 and 15). An average was computed from the grade averages and standard deviations of the answers to questions 11, 12, 13, 14 and 15 (Officers Questionnaire) for the development of the variable.**

|     | 2015 | 2018 | ANOVA | α |
|-----|------|------|-------|---|
| N   | 386  | 389  | 21.019 | .0001 |
| s   | .569 | .699 |       |   |
| μ   | 2.54 | 2.03 |       |   |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The Green denotes progress, The Red delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

The ANOVA of 21,019 significant at .0001 level indicates that there **was a great overturn with the variable Level of satisfaction of the members of the with the Managers and Supervisors of the Puerto Rico Police Bureau from 2015 to 2018**. In summary, **the Police officers interviewed in 2018 are less satisfied with their managers and supervisors than those interviewed in 2015.** This indicates not only a lack of progress, but a reversal in the attitude of the police towards the managers and supervisors of the institution in which they work (non-compliance). These conclusions were statistically proven.

**Graph 2. XI:   Satisfaction Level of PRPB Members concerning the Managers and Supervisors of the Puerto Rico State Police: Comparison between 2015 and 2018.**



In **2015** the Level of satisfaction of the members of the PRPB with the Managers and Supervisors of the Puerto Rico Police Bureau is presented in graph 2. XI and it is appreciated that almost 94.6 percent of the police interviewed had a **moderate/high level of satisfaction** with the **Managers and Supervisors of the Puerto Rico Police**. Some 41.97 per cent had a high level of satisfaction regarding questions about the quality of Managers and Supervisors working with members of the PRPB. 52.59 percent understood that the work of Managers and Supervisors was moderate or *regular*.

Only, 5.44 percent said they had a low level of satisfaction about the Managers and Supervisors job. It Is concluded that the level of satisfaction about the police work and the

environment in the PRPB was moderate/high in the 2015 study. In 2015 that variable obtained a grade of B-with an average of 2.54.

The 2018 result of the Level of satisfaction of the members of the PRPB with the Managers and Supervisors of the of the Puerto Rico Police is also shown in graph 2. XI indicating that almost 82.7 percent of the police interviewed had a **moderate/high Level of satisfaction** with the Managers and Supervisors of the State Police of Puerto Rico. **This is a reduction of 13.9 percent from 2015 to 2018, hence a setback in the feel of the interviewed agents.**

**In 2015 only, 5.44 percent noted a low level of satisfaction with job Managers and Supervisors, which goes up to 16 percent in 2018.** It Is concluded that the Level of satisfaction of the members of the NPPR with the Managers and Supervisors of Puerto Rico Police Bureau **was moderate/high in the 2015 study and suffered a setback in the 2018**. **In 2015 that variable obtained a note of B-with an Average of 2.54, contrary to 2018 which obtained a 2.33 C** (non-compliance)**.**


**Conclusions Table 11:**

1. There is a statistically significant setback in the following statements:

   a.) The level of corruption in the PRPB It is low.

   b.) You are afraid to interact with the PRPB.

   c.) There is a greater presence of the state police in the necessary places of our community.

   d.) Officers of the Puerto Rico Police Bureau participate in activities with the youth and the community.

e.) You believe that there is a great need for the PRPB to become more professional.

**The 2018 results are worse than those of 2015 reflecting a decline in the reform in some lines and a stagnation in others.**

2. It remained practically the same in the following statements:

a.) The Puerto Rico Police Bureau complies with its police functions obeying the laws.

b.) When compared to three years ago, my community has more confidence in the State Police of P.R. This points to a stalemate in these issues of the PRPB Reform.

3. No progress was recorded in Table 11 Summary of Responses from the Level of Citizen Satisfaction with the Puerto Rico Police Bureau Comparison between 2015 and 2018 studies.

## Assessment of Variable Level of Citizen Satisfaction with the Puerto Rico Police Bureau

The PRPB drops its grade from C- in 2015 to D + (1.59) in 2018. In these 3 years **the PRPB is not complying with the Sustainable Reform with respect to the important variable Level of Citizen Satisfaction with the Puerto Rico Police Bureau.** To measure the Level of Citizen Satisfaction with the Puerto Rico Police Bureau the answers to questions 13, 14, 15, 16, 17, 18 and 19 of the Questionnaire for Residents of both studies (2015 and 2018) were joined. This creates the dependent variable Level of Citizen Satisfaction with the Puerto Rico Police Bureau a variable that measures the collective perception of residents towards the PRPB. An ordinal scale of High, Moderate and Low of Level of Citizen Satisfaction was developed with the Puerto Rico

Police Bureau. This variable measures the collective perception that residents have regarding the work and actions of PRPB as an Institution. The PRPB drops its grade from C- in 2015 to D + (1.59) in 2018.

Next is Table 2.12 presenting the Summary of responses of  variable "Satisfaction Level with Management and Resource Systems" (questions 16, 17 and 19) (ordinal variable).

## Level of Satisfaction with Management and Resource Systems

The data collected in both studies (2015 and 2018) on the **Level of Satisfaction with Management and Resource Systems** (questions 16, 17 and 19) are then displayed in Table 2.12.

To create the **Level of Satisfaction with Management and Resource Systems**, we joined the answers of the questions 16, 17 and 19 of the Questionnaire for the Members of the PRPB, equally in the 2015 and 2018 surveys.

This sets the dependent variable **Level of Satisfaction with Management and Resource Systems**. It develops an ordinal scale of High, Moderate and Low Level of Satisfaction with Management Systems and Resources.

Graph 2. XII and Table 2.12 present the results of the PRPB members comparatively between 2015 and 2018 to perceive progress. The overall note of the sum of the replies to questions 16, 17 and 19 with an average of 2.26 C in the 2015 and of 1.92 C in the 2018.

Table 2.12: Summary of responses of variable "Satisfaction Level with Management and Resource Systems" (questions 16, 17 and 19) (ordinal variable).

<u>Grade Frequencies</u>

Note: The response trends go from the most negative (F) to the most positive (A).

| Questions | | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| 16. The Puerto Rico Police Bureau has developed a good recruitment program. | | | | | | | |
| | A. **2015** | F | D | C | B | A | Average |
| N = 386 | | 27 | 79 | 129 | 134 | 17 | |
| | | (7.0%) | (20.5%) | (33.4%) | (34.7%) | (4.4%) | **2.09 C** |
| | | | ≤ Totally Disagree | | Totally agree ≥ | | |
| | **B. 2018** | F | D | C | B | A | Average |
| N = 390 | | 71 | 121 | 124 | 64 | 10 | |
| | | (18.0%) | (30.7%) | (31.5%) | (16.2%) | (2.5%) | **1.54 D+** |
| | | | ≤ Totally Disagree | | Totally agree ≥ | | |

142

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 386 | 390 | **55.868** | **.0001** |
| s | 1.001 | 1.048 | | |
| μ | 2.09 | 1.54 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

17. The evaluation system of work and performance is objective.

|   | **A. 2015** | F | D | C | B | A | Average |
|---|------|---|---|---|---|---|---------|
| N = 386 | | 34 | 76 | 124 | 129 | 23 | |
| | | (8.8%) | (19.7%) | (32.1%) | (33.4%) | (6.0%) | **2.08 C** |
| | | ≤ No objective | | | is very objective ≥ | | |

|   | **B. 2018** | F | D | C | B | A | Average |
|---|------|---|---|---|---|---|---------|
| N = 390 | | 55 | 97 | 131 | 87 | 20 | |
| | | (14.0%) | (24.6%) | (33.2%) | (22.1%) | (5.1%) | **1.79 C** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 386 | 390 | **14.071** | **.0001** |
| s | 1.057 | 1.096 | | |
| μ | 2.08 | 1.79 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

19- You believe that training for PRPB members is offered by qualified instructors.

|   | **A. 2015** | F | D | C | B | A | Average |
|---|------|---|---|---|---|---|---------|
| N = 386 | | 13 | 24 | 98 | 211 | 40 | |
| | | (3.4%) | (6.2%) | (25.4%) | (54.7%) | (10.4%) | **2.62 B-** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | | |

143

| B. | **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 393 | | 55 | 97 | 131 | 87 | 20 | |
| | | (14.0%) | (24.6%) | (33.2%) | (22.1%) | (5.1%) | **2.42 C+** |
| | | | ≤ Totally Disagree | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 390 | **7.727** | **.006** |
| s | .878 | 1.114 | | |
| μ | 2.62 | 2.42 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

The Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018 of the Level of Satisfaction with the Management Systems and Resources of the Police Department of Puerto Rico is exhibited. To this end, the grade averages (From 0 = F, to, 4 = A) of the replies of questions 16, 17 and 19 of the Questionnaire for the Members of the PRPB were joined.

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018. Satisfaction Level with Management and Resource Systems (ordinal variable). Questions: (16, 17 and 19). An average was computed from the grade averages and standard deviations of the answers to questions 16, 17 and 19 (Officers Questionnaire) for the development of the variable.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 392 | **21.019** | **.0001** |
| s | .999 | 1.086 | | |
| μ | 2.26 | 1.92 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

144

The 21.019 ANOVA, significant at the .0001 level explains that there was a great restraint with the variable Level of Satisfaction with the Management Systems and Resources of the Puerto Rico Police Bureau (PRPB) from 2015 to 2018. In short, **the policemen interviewed in 2018 are less satisfied with the management and resource systems than those who were interviewed in 2015.** This indicates not only **a lack of progress, but a reverse in the attitude of the policeman to the management systems and resources** of the institution in which they work. **The PRPB is not complying with the Sustainable Reform with respect to the important variable Level of Satisfaction with the Management Systems and Resources of the Puerto Rico Police Bureau (PRPB) from 2015 to 2018.** These findings were statistically proven.

**Graph 2. XII: Satisfaction Level with Management and Resources Systems: Comparison between the 2015 and 2018 studies.**



The **Level of Satisfaction with the Management Systems and Resources** is presented in graph 2. XII and it is appreciated that **in 2015 almost 92 percent** of the police interviewed had a **moderate/high level of satisfaction** with the Management Systems and Resources of the Negotiated Of the Puerto Rico Police. **In The 2018 study those numbers fall dramatically to 80 percent.**

In 2015, 23.58 percent indicated a high level of satisfaction around questions about the quality of Management Systems and Resources with which PRPB members work. However**, in the 2018 that percentage decreases to 15.5 per cent.**

In 2015, 68.39 percent graded the Management and Resource Systems work as moderate or *regular*. That decreased by 2018 to 64.5 percent of the Police members who participated in this survey.

In 2015 alone, 8.03 percent of the police commented on having a low level of satisfaction with the Management Systems and work Resources. This rose considerably to 18.3 percent in 2018. **It Is concluded that the Level of satisfaction around Management Systems and Resources in the PRPB was moderate/high in the 2015 and is eroding to moderate in 2018.**

### Conclusions Table 12

(Red = Setback; In Black = stagnation; In Green = Progress.)

1.  There was a regression with the variable **Level of Satisfaction with the Management Systems and Resources.** It was moderate/high in the 2015 and it is eroding to moderate in 2018.

2.      A serious relapse is recorded in the statement: The Puerto Rico Police Bureau has developed a good recruitment program.

3.      A decline with respect to this assertion was verified: The system of Evaluation of the work and performance is objective.

4.      There was a delay in the question: You believe that training for PRPB members is offered by trained instructors.

The data collected on the variable Level of Compliance with civil rights and laws (questions: 18, 20, 21, 22 and 27) are displayed below in Table 2.13.

Table 2.13: Summary of answers of the variable Level of Compliance with Civil Rights and Laws (Questions: 18, 20, 21, 22, 27,) (variable ordinal). Black 2015 and Red 2018.

<u>Grade Frequencies</u>

Note: The response trends go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

18.  You perceive that the members of the Puerto Rico Police Bureau comply with the laws when intervening with residents.

| A.  **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  386 | 1 | 6 | 88 | 250 | 41 | |
| | (.3%) | (1.6%) | (22.8%) | (64.8%) | (10.6%) | **2.84 B** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | |

| B.  **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  393 | 23 | 23 | 90 | 169 | 88 | |
| | (5.8%) | (5.8%) | (22.8%) | (42.9%) | (22.3%) | **2.70 B-** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 393 | **4.993** | **.03** |
| s | .628 | 1.068 | | |
| μ | 2.84 | 2.70 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

20.  You clearly know  what kind of behavior will result in disciplinary acts.

| A.  **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  386 | 3 | 14 | 43 | 189 | 137 | |
| | (.8%) | (3.6%) | (11.1%) | (49.0%) | (35.5%) | **3.15 B** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | |

| B.  **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  389 | 20 | 21 | 72 | 133 | 143 | |
| | (5.1%) | (5.3%) | (18.3%) | (33.8%) | (36.3%) | **2.92 B** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 386 | 389 | **10.841** | **.001** |
| s | .813 | 1.108 | | |
| μ | 3.15 | 2.92 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

21- You perceive that the members of the PRPB comply with the civil rights guaranteed by the Constitutions of United States and Puerto Rico.

| **A.** | **2015** | F | D | C | B | A | Average |
|--------|----------|---|---|---|---|---|---------|
| N = | 386 | 4 | 14 | 82 | 209 | 77 | |
| | | (1.0%) | (3.6%) | (21.2%) | (54.1%) | (19.9%) | **2.88 B** |
| | | ≤ Totally Disagree | | | Totally agree ≥ | | |
| **B.** | **2018** | F | D | C | B | A | Average |
| N = | 393 | 21 | 23 | 102 | 143 | 104 | **2.73 B** |
| | | (5.3%) | (5.8%) | (25.9%) | (36.3%) | (25.4%) | |
| | | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 386 | 393 | **4.292** | **.04** |
| s | .799 | 1.181 | | |
| μ | 2.88 | 2.73 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

22- You believe that the PRPB performs objective and prejudice-free police services (racial, groups of different socioeconomic levels, or sexual orientation).

| **A.** | **2015** | F | D | C | B | A | Average |
|--------|----------|---|---|---|---|---|---------|
| N = | 386 | 10 | 32 | 92 | 218 | 34 | |
| | | (2.6%) | (8.3%) | (23.8%) | (56.5%) | (8.8%) | **2.61 B-** |
| | | ≤ Totally Disagree | | | Totally agree ≥ | | |

| B. **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =   393 | 18 | 41 | 103 | 153 | 78 | |
| | (4.6%) | (10.4%) | (26.1%) | (38.8%) | (19.8%) | **2.59 B-** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 393 | **Not significant at the .05 level** | |
| s | .859 | 1.061 | | |
| μ | 2.61 | 2.59 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

27- The PRPB members carry out professional interventions guaranteeing the protection of civil rights.

| A. **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =   386 | 6 | 14 | 83 | 227 | 56 | |
| | (1.6%) | (3.6%) | (21.5%) | (58.8%) | (14.5%) | **2 81 B** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |
| B. **2018** | F | D | C | B | A | Average |
| N =   393 | 15 | 29 | 89 | 167 | 93 | |
| | (3.8%) | (7.4%) | (22.6%) | (36.3%) | (25.4%) | **2.75 B-** |
| | ≤ Totally Disagree | | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **Not significant at the .05 level** | |
| s | .782 | 1.020 | | |
| μ | 2.81 | 2.75 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

Next we appreciate a table with the Calculation of an ANOVA for the statistical comparison between the year 2015 and 2018. The variable analyzed was the Level of Compliance with Civil Rights and Laws (Questions: (16, 17 and 19).

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018. Level of Compliance with Civil Rights and Laws (Questions: (16, 17 and 19). An average was computed from the grade averages and standard deviations of the answers to questions 16, 17 and 19 (Officers Questionnaire) for the development of the variable.**

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 386 | 392 | **Not significant at the .05 level** | |
| S | .776 | 1.088 | | |
| μ | 2.86 | 2.74 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The <span style="color:green">Green</span> denotes progress, The <span style="color:red">Red</span> delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

The ANOVA was not significant at the .05 level, therefore, expressing that there was no difference between the 2015 and 2018 results. **No progress from 2015 to 2018 with the variable Citizens perception of the PRPB's Level of Compliance with Civil Rights and Laws.**

**Graph 2. XIII**: **Puerto Rico Police Bureau Level of Compliance with Civil Rights and Laws: Comparison between the 2015 and 2018 results.**



Puerto Rico Police Bureau Level of Compliance with Civil Rights and Laws: Comparison between the 2015 and 2018 results.

Figure XII determines well the results of residents in both studies. **It is a low C note with a global average of 2.06 C in 2015 and 2.00 C in 2018. There was no progress from 2015 to 2018, there really is a stagnation.**

Figure XII shows the Level of Citizen Perception of Judicial Procedures and Reliability for the Puerto Rico Police Bureau Comparison between studies for 2015 and 2018, and it is understood that almost 66 percent of the residents interviewed have a moderate level of satisfaction with the Puerto Rico Police Bureau in 2015. 25.74 percent (1 in 4 respondents) has a low level of satisfaction around the questions about the collective perception that residents have regarding the

Judicial Procedures and Reliability of the PRPB as an Institution. Only 5.7 percent said they had a high level of satisfaction with the body.

In 2018, 60 percent of the residents interviewed had a moderate level of satisfaction with the Puerto Rico Police Bureau. The 26.2 percent (1 in 4 respondents) has a low level of satisfaction around the questions about the collective perception that residents have regarding the Judicial Procedures and Reliability of the PRPB as an Institution. Only 2.4 percent said they had a high level of satisfaction with the body.

It is concluded that the level of satisfaction around the members of the PRPB It was moderate / low. It is a low C note with an average of 2.06. **The citizenship has a somewhat negative image of the PRPB, and she is not pleased with the work with the Judicial Procedures and its Reliability. The same happens in the 2018 survey with numbers very similar to those of 2015, but worse. There was no progress from 2015 to 2018, there really is a stagnation.**

**Conclusions Table 13:**

1. There is a statistically significant setback in the following statements:

a.) The PRPB. They are more honest than those of other countries or states.

b.) The officers of the Puerto Rico Police Bureau are professionals who comply with the laws.

c.) The PRPB they are not racist and do not discriminate against minority groups in our society.

d.) PRPB officers detain and search people for legitimate reasons.

2. The results of 2018 are worse than those of 2015, reflecting a decline in the Reform in these lines.

3. It remained practically the same in the following statements. This indicates a stalemate in these matters of the PRPB Reform:

a.) The PRPB treat victims of crime well.

b.) The PRPB they agree that in order to be effective they must win the public's trust.

c.) Officers of the Puerto Rico Police Bureau treat tourists in the same way they treat PR residents.

d.) The vast majority of members when interacting with citizens use correct language. PRPB officers arrest and register people in bad (abusive) ways.

4. No progress was recorded in Table 12 Summary of Responses from the Level of Citizen Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau Comparison between 2015 and 2018 studies.

**The PRPB drops its grade from 2.06 C in 2015 to 2.00 C in 2018. In these 3 years the PRPB is not complying and is statistically stagnant with the Sustainable Reform with respect to the Level of Citizen Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau when comparing the studies of 2015 and 2018.**

Next is table 2.14 with the Summary of responses of the variable Level of Satisfaction with the Administrative Investigations (Questions: 23 and 24).

Table 2.14: Summary of responses of the variable Level of Satisfaction with the Administrative Investigations (Questions: 23 and 24). See Annex B: Questionnaire for the PRPB officers.  Black 2015 and Red 2018.

<u>Grade Frequencies</u>

Note: The response trends go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

23- You understand that the PRPB investigates the complaints for improper conduct of some PRPB members.

| A.  **2015** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N =  386 | 32 | 38 | 83 | 197 | 36 | |
| | (8.3%) | (9.8%) | (21.5%) | (51.0%) | (9.3%) | **2.43 C+** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | |
| B.  **2018** | F | D | C | B | A | Average |
| N =  394 | 38 | 93 | 101 | 122 | 40 | |
| | (9.6%) | (23.6%) | (25.6%) | (31.0%) | (10.2%) | **2.08 C** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **19.371** | .0001 |
| S | 1.063 | 1.155 | | |
| μ | 2.43 | 2.08 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

| 24.  You believe that the administrative investigations are addressed in time. | | | | | | |
|---|---|---|---|---|---|---|
| A.  **2015** | F | D | C | B | A | Average |
| N = 386 | 89 | 115 | 86 | 81 | 15 | |
| | (23.1%) | (29.8%) | (22.3%) | (21.0%) | (3.9%) | **1.53 D+** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | |

| B.  **2018** | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|
| N = 390 | 92 | 113 | 95 | 73 | 17 | |
| | (23.4%) | (28.7%) | (24.1%) | (18.5%) | (4.3%) | **1.51 D+** |
| | | ≤ Totally Disagree | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 390 | **Not significant at the .05 level** | |
| S | 1.169 | 1.167 | | |
| μ | 1.53 | 1.51 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

Shortly, the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018 of the variable **Level of satisfaction with the administrative investigations of the Puerto Rico Police Bureau**, the answers are the merge of the grade averages of questions 23 and 24 of the Questionnaire for the Members of the PRPB.

Calculation of ANOVA for statistical comparison between the year 2015 and 2018. Level of Satisfaction with the Administrative Investigations (Questions: (23 and 24). An average was computed from the grade averages and standard deviations of the answers to questions 23 and 24 (Officers Questionnaire) for the development of the variable.

|   | 2015 | 2018 | ANOVA | α |
|---|------|------|-------|---|
| N | 386 | 392 | **5.132** | **.02** |
| S | 1.116 | 1.161 | | |
| μ | 1.98 | 1.795 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

The **ANOVA (5.132) significant al. 02 Level** shows that there were meaningful differences with the variable **Level of satisfaction with the administrative investigations of the Puerto Rico Police Bureau** from 2015 to 2018. In Short, the policemen interviewed in 2018 received a C- 1.795 and it somewhat differs from the C of 1.98 of 2015 awarded by the interviewees (police officers) in 2015. **This indicates a setback with this variable.** These findings were statistically proven.

To form The **Level of satisfaction with the administrative investigations of the Puerto Rico Police Bureau**, the answers of questions 23 and 24 of the Questionnaire for the Members of the PRPB were joined, for the 2015 and 2018 studies. This created the dependent variable Level satisfaction with the administrative investigations of the Puerto Rico Police Bureau. A High, Moderate and Low ordinal scale was established to measure the variable.

The Graph 2. XIV distributes the results of the PRPB members. It is a global scale of the sum of the replies to questions 23 and 24 with an **Average of 1.98 C in the 2015 and 1,795 C-in**

**the 2018.** The members surveyed understand that the administrative investigations are not carried out in satisfactory time and the comparison of the years denotes **differences** (ANOVA (5.132) significant to. 02 level).

**Graph 2. XIV: Level of Satisfaction with the Administrative Investigations: Comparison between the 2015 and 2018 results.**



Level of Satisfaction with the Administrative Investigations: Comparison between the 2015 and 2018 results.

The **Level of satisfaction with the administrative investigations of the Puerto Rico Police Bureau** is shown in the Figure 2. XIV and we can observe that in 2015 almost 60.10 percent of the police interviewed had a moderate level of satisfaction with the administrative investigations of the Puerto Rico Police Bureau. In 2018 a setback was registered, and the consensus is one of a moderate/low level.

It Is concluded that the level of satisfaction around administrative investigations has receded from a moderate level in the 2015 to one moderate/low in 2018.


**Conclusions Table 14**

(In Red = setback; In black = stagnation; In Green = Progress.)


1.      **There was a setback in the Level of satisfaction with the administrative investigations of the Puerto Rico Police Bureau from 2015 to 2018. With a drop in the level in the 2018 study and statistically significant.**


Next, Table 2.15 presents the data collected on the variable **Level of Satisfaction with the Community Relations** (Questions 25 and 28).

Table 2.15: Summary of replies of the variable Level of Satisfaction with the Community Relations (Questions 25 and 28) (ordinal variable). See annex B: Officers Questionnaire. Black **2015** and Red **2018**.

<u>Grade Frequencies</u>

Note: The response trends go from the most negative (F) to the most positive (A).

| Questions | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|

25- You perceive that the agents of the Office of Community Relations are dedicated to improving the quality of community life.

| A. **2015** | | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 386 | | 29 | 32 | 107 | 174 | 44 | |
| | | (7.5%) | (8.3%) | (27.7%) | (45.1%) | (11.4%) | **2.45 C+** |

≤ Totally Disagree          Totally agree ≥

| B. **2018** | | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 394 | | 47 | 76 | 122 | 109 | 40 | |
| | | (11.9%) | (19.3%) | (31.0%) | (27.7%) | (10.2%) | **2.05 C** |

≤ Totally Disagree          Totally agree ≥

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018. Level of satisfaction with the community relations. Question 25.**

| | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **25.449** | **.0001** |
| S | 1.046 | 1.164 | | |
| μ | 2.45 | 2.05 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

28- You believe that The PRPB creates firm relationships with communities.

| A. **2015** | | F | D | C | B | A | Average |
|---|---|---|---|---|---|---|---|
| N = 386 | | 21 | 60 | 122 | 155 | 28 | |

160

|  |  | (5.4%) | (15.5%) | (31.6%) | (40.2%) | (7.3%) | **2.28 C** |
|--|--|--------|---------|---------|---------|--------|------------|
|  |  |  | ≤ Totally Disagree |  | Totally agree ≥ |  |  |

| **B. 2018** | | F | D | C | B | A | Average |
|-------------|--|---|---|---|---|---|---------|
| N = 386 | | 40 | 73 | 141 | 107 | 33 | |
| | | (10.2%) | (18.5%) | (35.8%) | (27.2%) | (8.4%) | **2.05 C** |
| | | | ≤ Totally Disagree | | Totally agree ≥ | | |

**Calculation of ANOVA for statistical comparison between the year 2015 and 2018. Level of satisfaction with the community relations.  Question 28.**

|  | 2015 | 2018 | ANOVA | α |
|--|------|------|-------|---|
| N | 386 | 394 | **9.423** | **.002** |
| S | .994 | 1.095 | | |
| μ | 2.28 | 2.05 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

Soon, the table with the Computation of an ANOVA for the statistical comparison between the year 2015 and 2018 of the variable **Level of satisfaction with the community relations. This was done** utilizing the means and standard deviations of the answers to questions 25 and 28 of the PRPB members questionnaire.

161

Calculation of ANOVA for statistical comparison between the year 2015 and 2018. Level of satisfaction with the community relations (questions 25 and 28). Community Relations Office of the  Puerto Rico Police Bureau.

|  | 2015 | 2018 | ANOVA | α |
|---|---|---|---|---|
| N | 386 | 394 | **16.680** | **.0001** |
| S | 1.020 | 1.130 | | |
| μ | 2.365 | 2.05 | | |

Note: N = sample size; s = standard deviation; M = arithmetic average of the categories (4 = totally agree, 3 = agree, 2 partially agree, 1 in disagreement, 0 = totally disagree). NS = Non-significant at .05 level. The **Green** denotes progress, The **Red** delay and the **Black** stagnation in the Calculation of the ANOVA for the statistical comparison between the year 2015 and 2018.

Note: The response trends go from the most negative (F) to the most positive (a) those who did not answer are excluded from the analysis.

The **ANOVA (16.680) significant to .0001 level** Indicates that there were significant differences from 2015 to 2018 with the variable **Level of Satisfaction with Community Relations (questions 25 and 28 of the Puerto Rico Police  Bureau Questionnaire)**. The policemen interviewed in 2018 gave themselves a C of 2.05 and differs quite from the C of 2.37 attributed by the officers interviewed in the 2015 study. This points to a **negative gap** with this variable. These findings were statistically proven at the .0001 level of significance.

As you could see, the Level of satisfaction of the members of the Puerto Rico Police Bureau with their Community Relations was measured by joining the answers of questions 25 and 28 of the Questionnaire for the Members of the PRPB. This created the dependent variable Level of satisfaction of the PRPB with their Community Relations. An ordinal scale of High, Moderate and Low Level of satisfaction was established. The Graph 2. XV properly distributes the results of the 2015 and 2018 PRPB surveys. In 2015 the overall grade of the summation of the replies to questions 25 and 28 was **2.37 C+** and of **2.05 C** in 2018. Illustrating a setback with this important variable.

**Graph 2. XV: The Puerto Rico Police Bureau Officers Level of Satisfaction with the Community Relations (2015 and 2018).**



The Puerto Rico Police Bureau Officers Level of Satisfaction with the Community Relations (2015 and 2018).

The Level of satisfaction of PRPB members with their community relations is shown in graph 2. XV and we can determine that almost 45.85 percent of the police interviewed in 2015 had a moderate level of satisfaction with their community relations, 42.49 percent had a high level of satisfaction (2015) with the community relations, and 11.6 percent were dissatisfied with the relationship between the Puerto Rico Police Bureau and the communities in Puerto Rico.

**In 2018 the results are different and demonstrate a marked setback in this important variable for the Puerto Rico Police Bureau Reform. The high satisfaction level of the PRPB members with their community relations decreased to 23.9 per cent, their moderate level rose to 55.6 per cent (from 2015 to 2018), and the low level of satisfaction increased to 20.6 per cent. This clearly presents a setback in the Level of satisfaction of PRPB members**

163

**interviewed with their community relations. It is important to notice that those answering the questions are active police officers.**

**Conclusions Table 15**

(In: Red =setback; In black = stagnation; In Green = Progress.)

**1.      There was a setback of the variable "Level of satisfaction with their Community Relations (questions 25 and 28) of the Puerto Rico Police Bureau" from 2015 to 2018. With a drop in the level of satisfaction in the 2018 scientific survey, and statistically significant at the .0001 level. The officers indicate that during 2015 they had a better relationship with the Puerto Rico communities than in 2018 were they had a setback.**

In the next pages of this report we present several correlation models and summary tables that describe and explain the significant correlates of both the 2015 and 2018, between the demographic variables of this study and its attitudinal variables of levels of satisfaction and perception of the officers of the Puerto Rico Police Bureau. The officers answered based on their own views. These correlations give us a demographic profile of how the members of the PRPB perceive their own Institution.

**Correlation Model VII 2018: Between demographic variables and the variable Level of Satisfaction with Police Work and their Environment.**



This correlation model shows the four demographic variables that were significant in the 2018 study affecting the variable Level of Satisfaction with Police Work and its Environment. Some variables were significant in 2015 and others in the 2018 study. The next table elaborates those findings.

Table 2. XVI: Summary of correlations between demographic variables and the variable level of satisfaction with police work and its environment. Comparison between the **2015** (In Black) and the 2018 (In Red).

| | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|
| **1.** | **A, 2015** | **Years of Service** | .207 | Cramer's V | .0001 |

The more years of service the higher the level of satisfaction with the police work and its environment. Those of greater years of service were more satisfied with the environment within the PRPB and vice versa.

| | | | | | |
|---|---|---|---|---|---|
| | **B. 2018** | **Years of Service** | .240 | Cramer's V | .0001 |

The more years of service the higher the level of satisfaction with the police work and its environment. Those of greater years of service were more satisfied with the environment within the PRPB and vice versa.

| | | | | | |
|---|---|---|---|---|---|
| **2.** | **A. 2015** | **Rank** | -.216 | Somer;s D | .0001 |

Officers and sergeants have a higher level of satisfaction with police work and their environment than detectives and agents.

| | | | | | |
|---|---|---|---|---|---|
| | **B. 2018** | **Rank** | Not Significant | | |

| | | | | | |
|---|---|---|---|---|---|
| **3.** | **A. 2015** | **Age** | -.219 | Somer;s D | .05 |

The higher age the higher the level of satisfaction with the police work and its environment. Young and middle-aged don't have a high level of satisfaction with the police work and their environment

| | | | | | |
|---|---|---|---|---|---|
| | **B. 2018** | **Age** | -.168 | Somer;s D | .0001 |

The higher age the higher the level of satisfaction with the police work and its environment. Young and middle-aged don't have a high level of satisfaction with the police work and their environment. Young people prove to be more upset.

| | | | | | |
|---|---|---|---|---|---|
| **4.** | **A. 2015** | **Educational level** | .107 | Somer;s D. | .05 |

The higher on the scale of higher education the higher the level of satisfaction with police work and their environment, officers less-educated are more dissatisfied with the environment.

| | | | | | |
|---|---|---|---|---|---|
| | **B. 2018** | **Educational level** | Not Significant | | |

| | | | | | |
|---|---|---|---|---|---|
| **5.** | **A. 2015** | **Gender** | Not Significant | | |

| | | | | | |
|---|---|---|---|---|---|
| | **B. 2018** | **Gender** | .116 | Cramer's V | .03 |

In 2018, males proved to be more satisfied with police work and their environment than women.

| | | | | | |
|---|---|---|---|---|---|
| 6. - | A. **2015** | National identity | Not Significant | | |

**B. 2018**   National identity        .125          Somer;s D            .002

Foreigners proved to be much more annoying than Puerto Ricans with their working environment.

---

**Sample of N = 394 members of the Puerto Rico Police Bureau.**
$\infty \leq .05$

---

Table 2. XVI demonstrates the six demographic variables that were related to the variable Level of Satisfaction with Police Work and its Environment in 2015 and 2018. These variables were: Years of service, Age, Rank, Level of Education, Gender and National Identity. The correlations performed were computed with non-parametric inferential statistics, and all significant at .O5 level or less ($\infty \leq .05$). Some variables were correlated in 2015 and the results include others of 2018.

Table 2. XVI corroborates which population portions of the PRPB match the three levels of Satisfaction with Police Work and their Environment (high, moderate or low).

1. The PRPB members with more Years of Service denote a high Level of Satisfaction with Police Work and their Environment. Though, fewer years of service have a moderate vision of the Level of Satisfaction with Police Work and their Environment. This was proven in the both studies (2015 and 2018). In 2018 The differences between those of older years of service with those of less years increased.

2. In the 2015 study, the higher the Rank, the greater the Level of Satisfaction with the Police Work and its Environment and vice versa. Those with less rank were more dissatisfied. In 2015 the officers with high rank and the sergeants had a higher Level of Satisfaction with the Police Work and their Environment than the detectives and agents, this did not happen in 2018 were the differences are more pronounced.

3.      In 2015, the older officers were more satisfied with the Police Work and their Environment and vice versa. Young people were more dissatisfied. This retorts in 2018, were the higher the age the higher the Level of Satisfaction with the Police Work and its Environment. In 2018 young and middle-aged police did not have a high Level of Satisfaction with Police Work and their Environment. Young people prove to be more upset.

In 2015, people interviewed who have the highest levels of education are more satisfied with Police Work and their Environment and vice versa. This did not happen in the 2018 study where the educational level was not correlated with the level of satisfaction with the police work and its environment.

4.      In 2018 there were two variables that proved to be correlated with the variable Level of Satisfaction with the Police Work and its Environment. These variables were not statistically significant in the 2015 and are: Gender and National Identity. The males proved to be more satisfied with the police work and their environment than the women and the foreigners confirmed to be much more irritating than the Puerto Ricans with their working environment.

5.      In 2015, those of less years of service, those of lesser rank, the young and the less educated of the PRPB are more dissatisfied with the Level of Satisfaction with the Police Work and its Environment in the PRPB. However, in 2018 women, those of less years of service, those of another nationality, and the youth of the PRPB are more disappointed with the Police Work and their Environment.

**Correlation Model VI 2018: Between the variables Level of Satisfaction with Management Systems and Resources and Level of Satisfaction with Managers and Supervisors**



This correlation model shows the relationship between the variables Level of Satisfaction with Management Systems and Resources and the Level of Satisfaction with Managers and Supervisors. See Table 2. 17th.

Table 2. XVII: Summary of the correlation between the variable level of satisfaction with the management systems and resources and the variable level of satisfaction with the managers and supervisors. Black **2015**, Red **2018**.

| | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|
| 1- | **A. 2015** | Level of Satisfaction with the management systems and resources | ,326 | Somer;s D | .0001 |

The higher in the satisfaction level scale with management systems and resources, the higher at the level of satisfaction with managers and supervisors and vice versa. The unmotivated with a level, were also with the other level of satisfaction. There is a marked polarization in the PRPB. Those with a high level of satisfaction with the systems have at the same time a high level of satisfaction with the managers and supervisors and vice versa.

| | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|
| 2- B. **2018** | | Level of Satisfaction with the management systems and resources | ,353 | Somer;s D | .0001 |

The higher in the satisfaction level scale with management systems and resources, the higher at the level of satisfaction with managers and supervisors and vice versa. The unmotivated with a level, were also with the other level of satisfaction. There is a marked polarization in the PRPB. Those with a high level of satisfaction with the systems have at the same time a high level of satisfaction with the managers and supervisors and vice versa.
In the 2018 survey they were more polarized than in the 2015.

**Sample of N = 394 Members of the Puerto Rico Police Bureau.**

$\infty \leq .05$

Table 2. XVII and the Correlation Model VIII  describe the correlation between the variables Level of Satisfaction with the Management Systems and Resources and the Level of Satisfaction with the Managers and Supervisors. The table presents the findings of the 2015 compared to the 2018. In both it is determined that the higher the PRPB members respond to the Satisfaction Level scale with Management and Resource Systems, the higher the Level of satisfaction with Managers and Supervisors and vice versa. Those unmotivated with one level of satisfaction are also with the other level of satisfaction. In 2018 that polarization has increased,

the correlation performed was calculated with a nonparametric inference statistic and significant al the .05 level or less ($\infty \leq .0001$). These are the main conclusions:

1.   PRPB members with a high Level of Satisfaction with Management Systems and Resources revealed a high Level of Satisfaction with Managers and Supervisors.

2.   Those of moderate level of Satisfaction with Management Systems and Resources obtained a moderate Level of Satisfaction with Managers and Supervisors.

3.   Finally, those with a low Level of Satisfaction with Management Systems and Resources also indicated a low Level of Satisfaction with Managers and Supervisors.

4.   The results of the 2018 are more polarized than those of the 2015 demonstrating conflict between groups (some understand that everything is fine and others that things are wrong).

Forward is the Correlation Model IX of the 2018 results and the comparative table 2. XVIII where the demographic variables that managed to be correlated with the variable Level of Compliance with the laws and civil rights in both studies (2015 and 2018) are presented.

**Correlation Model IX 2018: Between Demographic Variables and Level of Compliance with Civil Laws and Rights**



This correlation model shows the relationship between demographic variables (years of service, Age, national identity, ethnic group and level of educational and the (PRPB) Level of compliance with civil rights and laws.

172

Table 2. XVIII: Summary of correlations between demographic variables and the variable **Level of Compliance with Civil Laws and Rights**. Comparison between the **2015** (black) and the **2018** (red).

| | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|
| **1-** **A.** | **2015** | Years of Service | -.100 | Somer;s D | .016 |
| **B.** | **2018** | Years of Service | -.214 | Somer;s D | .0001 |

The more years of service the higher the level of compliance with the laws and civil rights. Those of less years of service were less satisfied with the PRPB Level of Compliance with Civil Laws and Rights.

| **2-** **A.** | **2015** | Age | Not significant | | |
|---|---|---|---|---|---|
| **B.** | **2018** | Age | -043 | Somer;s D | .003 |

In 2018,the results indicate that the younger the PRPB's officers, the lower they perceived a PRPB compliance with the laws and civil rights . Young officers in 2018 perceived the PRPB not complying with the reform.

| 3- **A.** | **2015** | National identity | Not significant | | |
|---|---|---|---|---|---|
| **B. 2018** | | National identity | .175 | Cramer's V | .008 |

Non-Puerto Rican PRPB police officers perceive a higher lack of compliance of the PRPB with laws and civil rights when compared to Puerto Ricans officers

| 4- **A.** | **2015** | Ethnic group | Not significant | | |
|---|---|---|---|---|---|
| **B.** | **2018** | Ethnic group | .187 | Cramer's V | .008 |

In 2018, those who are not predominantly white understand that the PRPB is not complying adequately with the laws and civil rights.

| 5- **A.** | **2015** | Educational Level | Not significant | | |
|---|---|---|---|---|---|
| **B. 2018** | | Educational Level | .175 | Cramer's V | 009 |

In the 2018 study, the lower the educational level the lower they perceive the level of compliance with laws and civil rights. Also, those with higher educational level were less satisfied with the Level of Compliance of the PRPB with Civil Laws and Rights.



**Sample of N = 394 members of the Puerto Rico Police Bureau.**

$\infty \leq .05$

173

In both 2015 and 2018 studies, the demographic variable years of service is correlated with the variable Level of compliance with civil rights and laws. The more years of service in the PRPB the higher the perception of the Level of compliance with civil rights and laws. Those of more years of service are more satisfied with the Level of Compliance of the PRPB with the laws and civil rights than the other groups of shorter time in the PRPB. PRPB police officers with less time in the institution are less pleased with the compliance by the laws and civil rights on the part of their peers, this discontent dramatically increases in 2018.

In the 2015 study, the only statistically significant variable was **Years of Service**, however, in 2018 other demographic variables arise correlated with the level of compliance with the laws and civil rights. These were: **Age, national identity, ethnic group and level of education**. **These results indicate that in 2018 emerged a divided and polarized PRPB that did not exist in 2015.**

The table 2. XIX and the Correlation Model X describe the relationship between the demographic variables and the "Level of satisfaction with the administrative investigations".

**Correlation Model X, 2018: Between demographic variables and the Level of Satisfaction with the Administrative Investigations**



This correlation model based on the 2018 results shows the relationship between demographic variables (**Years of Service and Age** with the Officers Level of Satisfaction with the Administrative Investigations of the PRPB.

Table 2. XIX: Summary of correlations between demographic variables and variable Level of satisfaction with the administrative investigations.  Comparison between the **2015** (black) and the **2018** (red).

| | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|
| 1- | **A.  2015** | Years of Service | Not significant | | |
| | **B.  2018** | Years of Service | -.148 | Somer's D | .0001 |
| 2- | **A.  2015** | Ethnic group | .158 | Cramer's V | .04 |

In the 2015 survey, the PRPB members identified as predominantly white point to a higher level of satisfaction with the institution's administrative investigations. Those who identified with other ethnicities had a lower level of satisfaction with respect to the administrative investigations of the PRPB.

| | | | | | |
|---|---|---|---|---|---|
| | **B.  2018** | Ethnic group | Not significant | | |
| 3- | **A.  2015** | Age | Not significant | | |
| | **B.  2018** | Age | -.115 | Somer's D | .01 |

In 2018 survey the young officers interviewed were not satisfied with the administrative investigations.

**Sample of N = 394 members of the Puerto Rico police.**

$\infty \leq .05$

In 2015 there was only a statistically valid correlation between the demographic variable Ethnic Group and the variable Level satisfaction with those of the administrative investigations. PRPB members who identified themselves in the 2015 as predominantly white interviewees point to a higher level of satisfaction with the Institution's administrative investigations. Those who identified with other ethnic groups (mixed, Asian, predominantly Indian and predominantly black) had a lower level of satisfaction with respect to the administrative investigations of the PRPB. This correlation was not statistically proven in 2018.

In 2018 the relevant correlations were with the demographic variables Years of Service and Age. Indicating that those agents with fewer years of service and younger are less satisfied with the Level of Satisfaction with Administrative Investigations.

Next, we present table 2. XIX and the Correlation Model XI 2018, which describe the relationship between demographic variables correlated with the Level of Perception of the Commissioner's work (Superintendent's).

**Correlation Model XI, 2018: Between demographic variables and the Perception Level of the Commissioner's Work (Superintendent)**



This correlation model shows the relationship between demographic variables (**Years of Service** and the **Educational level**) With the **Level of Perception of the Commissioner's work in 2018 versus the Superintendent's work 2015.**

Table 2. XX: Summary of correlations between demographic variables and the Perception Level of the Commissioner's Work (Superintendent). Comparison between the **2015** (black) and the **2018** (red).

| | | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|---|
| 1- | **A. 2015** | | Age | ,185 | Somer's D | .0001 |

Younger officers were more satisfied with the work of the Superintendent than the older ones in 2015.

| | | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|---|
| | **B. 2018** | | Age | Not significant | | |

All age groups are not satisfied with the work of the Commissioner in 2018, therefore there are no differences and no correlation. There is a consensus.

| | | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|---|
| 2- | **A. 2015** | | Educational Level | Not significant | | |
| | **B. 2018** | | Educational Level | -.120 | Somer's D | .007 |
| 3- | **A. 2015** | | Years of Service | Not significant | | |
| | **B. 2018** | | Years of Service | -.082 | Somer's D | .045 |

The more years of service, the more satisfied with the work of the Commissioner and the less years of service  the lower the level of satisfaction with the work of the Commissioner.

**N = 394 sample of the Puerto Rico Police Bureau.**

$\infty \leq .05$

There was a statistically significant correlation between the demographic variable Age and the variable Level of Perception of the Superintendent in 2015.

In 2015 the youngest members of the PRPB indicated that they had a higher level of perception of the Superintendent's job in the Puerto Rico Police Bureau compared to older groups.

178

The younger groups of those interviewed in 2015 indicated that the Superintendent's work was greatly encouraging. Proving to be pleased with his work. Older groups did not support the Superintendent's work in the same way.

In 2018, this situation changed dramatically. The data reflects that as more years of service more satisfied with the work of the new Commissioner and the less years of service the lower the level of satisfaction with the work of the Commissioner. The work of the Commissioner was negatively assessed by the younger groups of officers. This reveals an unfavorable change in the progress of Reform, causing a **setback** and **stagnation**.

Forward the statistical information on the variable Officers level of knowledge and reading of the Reform is presented.

**Correlation Model XII, 2018: Between demographic variables and the variable Knowledge and Reading Level about the Reform.**



This correlation model shows the three demographic variables that were significant affecting the variable the Officers Level of knowledge and reading of the Reform.

Table 2. XXI: Summary of the correlations between the three demographic variables and the variable Knowledge and Reading Level about the Reform.

|  |  | Year | Variable | Correlation | Statistic | Significance level |
|---|---|---|---|---|---|---|
| 1- | A. | 2015 | **Years of Service** | - .231 | Somer's D | .0001 |
|  | **B.** | **2018** | **Years of Service** | **- .146** | **Somer's D** | **.0001** |

The 2015 and 2018 surveys demonstrated that those with more years of service the higher the Knowledge and Reading Level about the Reform. Those officers with more years of service indicate to have more knowledge and have read about the with . Those with less time in the PRPB indicate less knowledge and have read much less than the senior ones.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 2- | **A. 2015** | | **Ethnic group** | .170 | Cramer's V | .013 |
|  | **B. 2018** | | **Ethnic group** | **Not significant** | | |

In the 2015 study the predominantly white PRPB members indicated to have more knowledge and reading about the Reform than members of other ethnic groups. In 2018 the correlation was not significant.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 3- | **A. 2015** | **Educational level** | ,197 | Somer's D | .0001 |
|  | **B. 2018** | **Educational level** | **Not significant** | | |

In the 2015 study, the higher the level of knowledge and reading about the  reform, the higher the educational level. The members of the PRPB with less education are more ignorant about the Reform. The 2018 study does not establish a correlation because there is more consensus among the groups of officers on the knowledge about the Reform.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 4- | **A. 2015** | **Rank** | **Not significant** | | |
|  | **B. 2018** | **Rank** | **-.156** | **Somer's D** | **.0001** |

In the 2018 survey the lower rank officers and the detectives indicated they had less knowledge about the reform than the higher rank officers.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 5- | **A. 2015** | **Age** | **Not significant** | | |
|  | **B. 2018** | **Age** | **-.089** | **Somer's D** | **.04** |

In 2018, younger police officers reported less knowledge about the Reform than more senior officers.

**N = 394 sample of the Puerto Rico Police Bureau.**

$\infty \leq .05$

Table 2. XXI indicates the Summary of the correlations between demographic variables and the variable Level of knowledge and reading of the Reform of 2015 and 2018. The Following are the main conclusions of this table:

1.    In the 2015 and 2018 studies, the officers demonstrated that while more years of service the higher the Level of knowledge and reading of the Reform. Those of more years of service indicate to have more knowledge and have read about the Reform. The less time in the PRPB suggest less knowledge and have read much less than the older ones.

2.    In 2015 predominantly white PRPB members indicate more knowledge and reading about Reform than members of other ethnic groups. In 2018 it was not significant.

3.    In the 2018 survey, the lower rank police and detectives indicated they had less knowledge about the Reform than the higher rank officers.

4.    In 2018, the younger policemen reported less knowledge of Reform than older subjects.

5.    There was more polarization in the 2018 than in 2015 study. PRPB members have lost consensus on the Reform. This situation was fully verified the 2018 results had more demographic variables correlated due to polarization among police officers than in 2015.

## General Conclusions

1. In 2015 18.9 percent (73 people) identified with the low-level knowledge category of the variable Level of Knowledge of the PRPB Members on the Reform and contrasted with the 14.0 percent (55 interviewed) in 2018. There Was A 4.9 percent decrease in the low level of knowledge in the results of the 2018. The Level of Knowledge of PRPB Members on the Reform has remained almost static with a decrease in high and low levels, and an increase in the moderate level. **These results do not project progress. Again, we insist that the Reform Office has an important role in educating PRPB members on the Reform areas. The data reflect that at the height of the month of September 2018 there is still a percentage of the PRPB members who do not know about the Reform and ironically they should dominate such information. At this stage and after 3 years from one study to another (2015 to 2018) there is no progress in the level of knowledge of the members of the NPPR on the Reform.**

2. The PRPB members showed to have a moderate/high level of satisfaction with their work with a grade of C + and an Average of 2.35.  **In general, there was a setback in the Level of Satisfaction with the Police Work and its Environment.** It Is concluded that in 2018 the level of satisfaction about police work and their environment was moderate/high in the PRPB but decreased by 7 percent when compared to 2015. In 2018 A grade of C was obtained with an Average of 2.16. The PRPB members in 2018 had a moderate/high level of satisfaction with their work, but they suffered a 7% decrease in their level of satisfaction.

3. **There was a setback in the Level of satisfaction of the PRPB members with the variable Level of satisfaction with the Managers and Supervisors of the of the Puerto Rico Police Bureau.** It Is concluded that the Level of satisfaction of the PRPB members with the Managers and Supervisors of the of the Puerto Rico Police Bureau was moderate/high in the 2015 study and suffered a setback in 2018. In the 2015 that variable obtained a grade of B-with an average of 2.54, contrary to the 2018 which obtained a 2.33 C.

4. **There was a setback with the variable Level of satisfaction concerning the Management Systems and Resources of the PRPB from a moderate/high in the 2015 and to a moderate in 2018.** The PRPB survey results do not evidence progress in 2018, they denote erosion and losing ground in this Reform variable.. The overall grade of the sum of the replies to questions 16, 17 and 19 had an a**verage of 2.26 C in 2015 and 1.92 C 2018.** In short, the policemen interviewed in 2018 are less satisfied with the management and resource systems than those who were interviewed in 2015. This indicates not only a lack of progress, but a reverse in the attitude of the policeman to the management systems and resources of the institution in which they work. These findings were statistically proven.

5. **There was a stalemate in the Level of compliance with the laws and civil rights of the Puerto Rico Police Bureau from 2015 to 2018. With a small drop in the level of the 2018, but without being statistically significant.** It Is concluded that the level of satisfaction regarding the PRPB compliance with the laws and civil rights is maintained at a high/moderate level. However, that level has **decreased somewhat**, though not

statistically significant.  From a B grade with an average of 2.86 in 2015, to a 2.74 B- in 2018. This decrease was given by the own police officers interviewed in 2018.

6. **From 2015 to 2018 there was a slowdown/reversal in the Level of satisfaction with the Administrative Investigations of the Puerto Rico Police Bureau. With a drop in the level of the 2018 study, and statistically significant.** The comparative results present an **average of 1.98 C in 2015 and of 1.795 C- in 2018.** The members surveyed understand that the administrative investigations are not carried out in a satisfactory time and the comparison of the years denotes **a setback** (ANOVA (5.132) significant at the .02 level).

7. **There was another setback from 2015 to 2018 regarding the variable Level of satisfaction with the Community Relations (questions 25 and 28) of the Puerto Rico Police Bureau. With a drop in the level of the 2018, and statistically significant.** The satisfaction level of the PRPB members with the community relations is shown in the graph 2. XV and it is observed that almost 45.85% of the policemen interviewed in 2015 had a moderate level of satisfaction with the Community Relations , 42.49 percent had a high level of satisfaction (2015) recollected by the Community Relations questions, and 11.6 percent were dissatisfied with the relationship between the Puerto Rico Police Bureau and Puerto Rico's communities. In 2018 The results are very different and review a marked setback in this important variable for the Reform of the Puerto Rico Police Bureau. The satisfaction Level of the PRPB members with the community relations decreased to 23.9 per cent in the high level, rose to 55.6 per cent in the moderate level, and increased to 20.6 per cent in the low level. This clearly presents a setback in the Level of satisfaction of the PRPB Members with the community relations. The **ANOVA of 16.680 and significant at the .0001 level** indicates that there were significant differences with the variable **Level of**

**Satisfaction with Community Relations (questions 25 and 28) of the Puerto Rico Police Bureau** from 2015 to 2018. The policemen interviewed in 2018 were granted a C of 2.05 and differs quite from the C of 2,365 attributed by the agents interviewed in the 2015 study. This indicates a regression in this variable. These findings were statistically proven.

## Correlations Conclusions

1.  Those PRPB members with more Years of Service reveal a higher Level of Satisfaction with Police Work and their Environment. However, those with fewer years of service have a moderate perception of the Level of Satisfaction with Police Work and their Environment. This happened in both studies (2015 & 2018). In 2018 the differences between those of older years of service with those of less years increased.

2.  The results of the 2015 survey showed that the higher the Rank, the better the Level of Satisfaction with the Police Work and its Environment and vice versa. Those with less rank were more dissatisfied. In 2015 the officers and the sergeants had a higher Level of Satisfaction with the Police Work and their Environment than the detectives and lower rank policemen, this did not happen in the 2018. In 2018, there was a generalized dissatisfaction which was starting to create a more negative institutional consensus about the Level of Satisfaction with the Police Work and its Environment.

3.  In the 2015 survey, the police seniors were more satisfied with the Police Work and their Environment and vice versa. Younger police cohorts were more dissatisfied. This situation increases in 2018, the higher the age the higher the Level of Satisfaction with the Police

Work and its Environment. In 2018, the young and middle-aged people did not have a high Level of Satisfaction with Police Work and their Environment. Young people prove to be more upset.

4.   In 2015, those police interviewed with the highest levels of education were more satisfied with Police Work and their Environment and vice versa. This did not happen in the 2018 study where the educational level was not correlated with the level of satisfaction with the police work and its environment. The results of 2018 indicate that all educational groups were dissatisfied with the work environment.

5.   In 2018, there were two variables that proved to be correlated with the variable Level of Satisfaction with the Police Work and its Environment in the PRPB. These variables were not statistically significant in the 2015 and were: Gender and National Identity. The males proved to be more satisfied with the police work and their environment than the women and the non-nationals (not from Puerto Rico) proved to be much more frustrated with their working environment than the Puerto Ricans.

6.   Those PRPB members with a high Level of Satisfaction with the Management Systems and Resources revealed to also have a high Level of Satisfaction with Managers and Supervisors. Those of moderate level of Satisfaction with Management Systems and Resources obtained a moderate Level of Satisfaction with Managers and Supervisors. Finally, the officers with a low Level of Satisfaction with Management Systems and Resources also indicated to have a lower Level of Satisfaction with Managers and Supervisors. The results of the 2018 are more polarized than those of the 2015 demonstrating conflict between groups (some understand that everything is fine and others that things are unsatisfactory).

187

7.     In both the 2015 and 2018 studies, the demographic variable "years of service" is correlated with the variable Level of Compliance with civil rights and laws. Those policemen with more years of service in the PRPB have a higher perception of the Level of Compliance with civil rights and laws. Those of more years of service are more satisfied with the Level of Compliance of the PRPB with the laws and civil rights than the other groups of lesser time in the PRPB, that question that compliance. PRPB members with less time in the institution are less pleased with the Institution's compliance with laws and civil rights, this dramatically increases in 2018. In 2015 the only statistically significant variable was **Years of Service**, however, in 2018 other demographic variables arise correlated with the level of compliance with the laws and civil rights. These were: **Age, national identity, ethnic group and level of education**. **These results indicate that in 2018 emerged a divided and polarized PRPB that did not exist in 2015. In one hand, those older and with more years of service that are satisfied and in the other, those younger and with less years of service are unsatisfied with the PRPB's work environment and the Institution's compliance with civil rights and laws.**

8.     In 2015, there was only a correlation between the demographic variable Ethnic Group and the variable Level of satisfaction with the Administrative Investigations of the PRPB. The PRPB members who identified themselves in the 2015 survey as predominantly White point to a higher level of satisfaction with the Institution's Administrative Investigations. Those who identified with other ethnic groups (mixed, Asian, predominantly Indian and predominantly Black) have a lower level of satisfaction regarding the administrative investigations of the PRPB. This correlation was not significant in 2018. In 2018 the relevant correlations were with the demographic variables Years of Service and Age.

Indicating that those officers with fewer years of service and younger are less satisfied with the Administrative Investigations within the PRPB and ethnicity was not statistically relevant .

9.     The 2015 survey concluded that the youngest members of the PRPB had a higher level of perception of the Puerto Rico Police Superintendent compared to older groups. The younger groups of those interviewed in 2015 expressed that the Superintendent's work was reassuring. Proving to be pleased with his work. Older groups did not support the Superintendent's work in the same way. In 2018, this situation changed dramatically. Those with more years of service were more satisfied with the work of the New Commissioner, however in a lesser manner than in 2015, and those with lesser years of service below expressed to have a low level of satisfaction with the Commissioner's work. The Commissioner's job evaluation was negatively assessed specially by the younger groups. This reveals an unfavorable change in the progress of the Reform causing a setback and stagnation. **In 2015 the police officers interviewed granted the PRPB's Superintendent a 2.24 C +. In 2018 the PRPB's new Commissioner received on behalf of the police surveyed an average of 1.59 D + for his work. This is a statistically significant setback for the PRPB and the Police Reform.**

10.    In the 2015 and 2018 surveys the police officers revealed that those with more years of service expressed having a higher Level of knowledge and reading about the Reform. However, the those with less time in the PRPB indicated less knowledge and to have read much less than the senior ones. Predominantly white PRPB members (2015) stated to have more knowledge and reading about the Reform than members of other ethnic groups. However, in 2018 ethnicity was not a significant demographic variable.

In the 2018 survey  the lower rank police and detectives indicated they had less knowledge about the Reform than the higher ranked officers. In 2018, the younger subjects reported less knowledge of Reform than the seniors. There was more polarization in the 2018 survey than in 2015. **PRPB members have lost consensus on the Reform with the result that more demographic variables were correlated in 2018 due to divergence among themselves. These situations could be created by lack of leadership or conflicting policies within the Institution.**


## Perception of some interviewers on PRPB members sampling (2018):


1. "It Is important to highlight the initial refusal to participate in the survey process. We were denied access; we faced unpleasant attitudes and a lot of intransigence. It wasn't until our survey director took the claim to the Federal Monitor, when we were given access. Although a little resistance persisted."

2. "Many of the uniformed members of the PRPB who answered the questionnaire, denoted a great dissatisfaction with their working conditions. The lack of equipment, the few trainings, a low-objective evaluation system and the little communication with the hierarchy of the public entity, are among the constant claims of the members of the uniformed. Only a small group of respondents answered the questionnaire in a positive way. Although, it should be noted that they talked about the issues that worried them, that they were not provided, like the lack of equipment. In one of the police stations visited,

they did not have an effective communication system. They had to use their personal cell phones to communicate with each other and work as a team."

3.  "Finally, the phase of the detainees was the hardest of all. At first, we were denied access to them. It was not until the Federal Monitor took up action in the matter, when we had access to them." "Although none of the detainees I  accessed, wanted to participate. Their general argument was that they didn't want to get in trouble. They were afraid that if they answered, they would face reprisals from the officer's present at the police station at that time."

# Third survey: Detainees in Puerto Rico' s Police Stations (P.P.R.B.) & Courts (2018): a Comparison Description

## Compliance measurement Part Three:

**Comparison of the Non-probabilistic (or Non-random sampling) Sample Results of those Detainees at the Puerto Rico Police Bureau Stations and/or Courts around Puerto Rico. Twenty-five detainees were interviewed in the 2015 study and Forty-seven (47) in this 2018 study.**

During the weeks of September 1 to September 28, 2018 a third sample was handled where 47 detainees were interviewed to comprehend how they perceive the treatment they were given, the conditions in the police stations and the procedures they experienced during the arrest process. To do so, a questionnaire of easy-to-answer closed questions was built. A non-randomized sampling research design was prepared and implemented using the method of discretionary sampling (or Trial sampling) at the 13 Areas of the Puerto Rico Police Bureau where our interviewers could find detained persons detained willing to be consulted.

Non-probabilistic sampling (or non-random sampling) is the sampling technique where the elements are chosen using the experience of the investigator. Probability subject selection is not

used. Everyone can be selected without using the random sampling . Non-probabilistic sampling is used when it is impossible or very difficult to obtain the sample by probabilistic sampling methods. The samples selected by non-random sampling methods try to be representative under the criteria of the investigator, but in no case guarantee the representativeness.

The discretionary sampling method (or trial sampling) is a non-probabilistic sampling method. The subjects are selected based on the accessibility of the population and the knowledge and judgement of the investigator. The Investigators select the individuals through their professional criterion and how feasible are the interviews with the subjects. It can be based on the experience of previous studies or on their knowledge of the population and the behavior of them compared to the characteristics that are studied. This type of design is used to analyze difficult-to-access populations and exploratory studies (Hernández Sampieri, R., Fernández Collado, C. and Baptista Lucio, P., 2016).

The highest participation was in: San Juan Metro (Rio Piedras and Hato Rey), Bayamón, Carolina, and Toa Baja. We attempted to interview those arrested in the police stations of Caguas, Dorado, Ponce, Guaynabo, Yauco, Salinas, Trujillo Alto, Cayey, Cape Rojo and other municipalities with some favorable results. The sample of 47 interviewed, although limited, is of a sector of the population of difficult access. Therefore, the results, although not statistically significant, give us valuable information on the procedures, conditions and treatment of these citizens during the process of arrest and stay in the cell. These social research techniques are widely used in the Qualitative Approach Methodology and in descriptive studies.

These second results will greatly help the PRPB Management  to determine which issues can be improved related to procedures, treatment and environment in the police stations for those

detained. Also, it serves us to compare with the 2015 study results. In this way, a useful database is established to make more precise and comparative studies in measuring progress.

The first findings presented below are related to the demographic variables of this 2018 non-probabilistic sampling compared to the 2015 results in a descriptive manner.

The expressions of those detainees interviewed are presented in this Third Part in the form of univariate and compared tables (2015 and 2018). The first table of this Third Part presents the variable Ethnic Group of each subject interviewed.

**Table 3.1:** Ethnic groups of detainees interviewed: Comparison between studies of **2015** and **2018**

| Ethnic group | Frequencies per year | | | |
| | **2015** | % | **2018** | % |
| --- | --- | --- | --- | --- |
| Predominantly white | 22 | 88.0 | 14 | 29.8 |
| Predominant black/mulatto | 2 | 8.0 | 13 | 27.7 |
| Predominantly Indian | 0 | 0.0 | 4 | 8.5 |
| Asian | 0 | 0.0 | 0 | 0.0 |
| Mixed | 1 | 4.0 | 14 | 29.8 |
| Other | 0 | 0.0 | 2 | 4.3 |
| Did not answer | 0 | 0.0 | 0 | 0.0 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

The table 3.1 presents the comparison between studies of 2015 and 2018 of the variable Ethnic Group of the Detainees interviewed. It indicates that 88 percent (22 people arrested) of the 25 detainees interviewed in 2015 said they belong to the predominantly white group. Only 8.0 per

cent (2 persons) identified as predominantly black/mulatto, and 4.0 percent (1 person) chose the mixed category. In 2015 The vast majority of people interviewed identified themselves as predominantly white.

The 2018 sample had a better distributed and representative ethnic group than the 2015 sample. In 2018, we managed to obtain a sample of 47 people detained through a great effort of our working team that visited police stations of the 13 PRPB geographical areas of the Island. The 2018 frequency distributions showed that 29.8 percent (14 subjects interviewed) said they belong to the predominantly white group, 29.8 percent (14 subjects) indicated they were from the mixed category, 27.7 percent (13 people) chose the predominantly black/mulatto. Only 8.5 percent (4 subjects) identified themselves as predominantly Indian. Finally, 4.3 percent (2 respondents) said they belong to the other classification.

The next table is that of the gender variable.

**Table 3.2:** Gender: Comparison of the detainees interviewed, years **2015** and **2018**

| Gender | Frequencies per year | | | |
| | **2015** | % | **2018** | % |
| --- | --- | --- | --- | --- |
| Male | 18 | 72.0 | 35 | 74.5 |
| Female | 7 | 28.0 | 9 | 19.1 |
| Did not answer | 0 | 0.0 | 3 | 6.4 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

Table 3.2 shows the Comparison of the Gender variable of the Detainees of 2015 and 2018, exposing that most of the people who participated in the 2015 interviews were 18 men (72.0 percent) versus 7 females (28 percent).

In 2018, men returned to be the majority of those studied with 74.5 percent (35 interviewed). Females reached 19.1 percent (9 consulted). And 3 people did not want to be classified as male or female for 6.4 percent.

According to our interviewers' observations, both in 2015 and 2018, the detainees were not reluctant to participate and answer a questionnaire related to the Reform of the Puerto Rico Police Bureau.

Table 3.3 presents the frequency distribution of the demographic variable Age of the Detainees, Comparison between the 2015 and 2018 samples.

[**Table 3.3:** Age: Comparison of detainees, years **2015** and **2018**

| | Frequencies per year | | | |
|---|---|---|---|---|
| Age | **2015** | % | **2018** | % |
| 18 to 28 years | 13 | 52.0 | 26 | 48.9 |
| 29 to 39 | 10 | 40.0 | 16 | 34.0 |
| 40 to 50 | 1 | 4.0 | 4 | 8.5 |
| 51 to 61 | 1 | 4.0 | 3 | 6.4 |
| 62 to 72 | 0 | 0.0 | 1 | 2.1 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

Table 3.3 shows the age results of the subjects interviewed in 2015. Then, it was distributed as follows: 52.0 percent (13 respondents) are from 18 to 28 years, 40 percent (10 subjects) from 29 to 39 years, 4.0 percent (1 subject) between the ages of 40 to 50 years, and 4.0 percent (1 person) between 51 and 61 years. The sample specified quite accurately that young groups consist of 92 percent of the sample.

In the 2018 survey the age frequency distribution was as follows: 48.9 percent (26 respondents) were identified with the 18-to 28-year-old group, 34 percent (16) reported being from the 29 to 39-year-old group, 8.5 percent (4) identified with those from 40 to 50 years , 6.4 percent (3) of the sample indicated to be between 51 and 61 years, and 2.1 percent (1) specified to be between 62 to 72 years or more. The sample denotes quite accurately that young groups are 82.9 percent of the 47 detainees interviewed.

The next variable to explain is Residential Area.

**Table 3.4:** Residential area: Comparison of detainees, years **2015** and **2018**

| Residential Area | Frequencies per year | | | |
|---|---|---|---|---|
| | **2015** | % | **2018** | % |
| Rural Barrio | 6 | 24.0 | 13 | 27.7 |
| Urban Barrio | 4 | 16.0 | 12 | 25.5 |
| Urban Town | 7 | 28.0 | 11 | 23.4 |
| City | 8 | 32.0 | 11 | 23.4 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

The variable residential area or zone has been divided into the categories of Rural Barrio, Urban Barrio, Urban Town and City as shown in Table 3.4. If we combine the urban categories of the 2015 survey we have that 76.0 percent of the respondents indicated that they reside in one of the urban categories described in Table 3.4.  Along with 24 percent of rural areas. In The 2018 survey, 72.3 per cent of the detainees interviewed lived in urban areas and 27.7 in rural. This illustrates that our team of interviewers reached, in both samples, various residential areas of the Puerto Rican population.

Table 3.5 shows the frequency distribution of the demographic variable Working Group.

**Table 3.5:** Working Group: Comparison of the detainees, years **2015** and **2018**

| Working Group | Frequencies per year | | | |
|---|---|---|---|---|
| | **2015** | % | **2018** | % |
| Professional | 1 | 4.0 | 0 | 0.0 |
| Middle Management | 0 | 0.0 | 0 | 0.0 |
| White Collar Employee | 7 | 28.0 | 3 | 6.4 |
| Blue Collar Employee | 9 | 34.0 | 3 | 6.4 |
| Housewife | 1 | 4.0 | 13 | 27.7 |
| Part-time  Employee | 1 | 4.0 | 5 | 10.6 |
| Student | 0 | 0.0 | 21 | 44.7 |
| Unemployed | 6 | 24.0 | 2 | 4.3 |
| Pensioner/Retired | 0 | 0.0 | 0 | 0.0 |
| Did not answer | 0 | 0.0 | 0 | 0.0 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

This table 3.5 "Comparison of the Working Group of Detainees 2015 and 2018" indicates that the sample of respondents from 2015 was distributed as follows: 4.0 percent (1 interviewed) belongs to the Professional Group, 0.0 percent (0 subjects) of the Group of Media Management, 28.0 percent (7 subjects) of the White Collar Employee Group, 34.0 percent (9 people) of the Blue Collar Employee Group, 4.0 percent (1 subject) was identified as Housewife, 4.0 percent ( 1 interviewed) of the Group of Part-time Employees, 24.0 percent (6 people) are unemployed, 0.0 percent (pensioners) of Pensioners / Retired and 0.0 percent (0 people) did not answer. The 2015 sample does not necessarily represent the 2015 arrested population of Puerto Rico.

The 2018 results reflect a more distributed and different sample from 2015. The distribution of 2018 was described as follows: 44.7 percent of the interviewees were students (21), 27.7 percent of the subjects (13) indicated that they were housewives, 10.6 percent of the sample (5) were identified as part-time employees, 6.4 percent (3) indicated that they were white-collar employees, 6.4 percent (3) claimed to be blue-collar employees, 4.3 percent (2) were described as unemployed. In the 2018 sample, professionals, middle management employees and pensioners detained in the police stations and / or courts were not interested in being interviewed.

Table 3.6 presents the frequency distribution of the demographic variable "Level of Education, Comparison of the Working Group of Detainees 2015 and 2018".

199

**Table 3.6:** Educational level:  Comparison of the detainees, years **2015** and **2018**

| Educational level | 2015 | % | 2018 | % |
|---|---|---|---|---|
| | Frequencies per year | | | |
| Doctorate | 0 | 0.0 | 1 | 2.1 |
| Master | 1 | 4.0 | 4 | 8.5 |
| Bachelor | 2 | 8.0 | 6 | 12.8 |
| Asoc Degree/Technical | 6 | 24.0 | 8 | 17.0 |
| High School | 16 | 64.0 | 24 | 51.1 |
| Elementary School | 0 | 0.0 | 4 | 8.5 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

Table 3.6 Comparison of Level of Education of the Detainees 2015 and 2018 shows the following percentage distribution by degree studied and completed: 4.0 percent (1 subject) of the Master Group, 8.0 percent (2 subjects) of the Group with Baccalaureate , 24.0 percent (6 people) of the Group with an Associate Degree / Est. Technician, 64.0 percent (16 subjects) indicated having a High School diploma. Most of the arrested interviewed indicated having a high school degree.

The 2018 sample shows a greater distribution of people by level of education, but like that of 2015. The following is the 2018 frequency distribution:  2.1 percent (1) indicated having a doctorate. 8.5 percent (4) reported having a master's degree. 12.8 percent (6) stressed having a baccalaureate. 17.0 percent (clarified having an associate degree or technical studies.) 51.1 percent (24) reported having high school. Finally, 8.5 percent (4) stated having elementary school.

Most people detained in both samples (60 percent or more) have high school and / or elementary school.

The next table 3.7 demonstrates the frequency distribution of the demographic variable "Comparison of the Nationality of the Detainees interviewed in 2015 and 2018".

**Table 3.7:** Nationality: Comparison of the detainees, years **2015** and **2018**

| | Frequencies per year | | | |
| Nationality | **2015** | % | **2018** | % |
|---|---|---|---|---|
| Puerto Rican | 24 | 96.0 | 42 | 89.4 |
| Continental American | 1 | 4.0 | 0 | 0.0 |
| Dominican | 0 | 0.0 | 3 | 6.4 |
| Other | 0 | 0.0 | 2 | 4.3 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

Table 3.7 indicates that in 2015, 96.0 percent (24 people) of the 25 people interviewed indicated that they belonged to the Puerto Rican group. The 4.0 percent (1 person) said to be from the Continental American group. Interviews with people from other national groups were not obtained.

In the 2018 sample, 89.4 percent (42) indicated being Puerto Rican. 6.4 percent reported being Dominican. 4.3 percent said they were of another nationality.

**Table 3.8:** Marital status of Detainees **2018**

| Marital status | Frequencies | |
| --- | --- | --- |
| | **2018** | % |
| Married | 4 | 8.5 |
| Divorced | 4 | 8.5 |
| Single | 28 | 59.6 |
| Cohabit | 11 | 23.4 |
| Total | n = 47 | 100.0% |

Table 3.8 presents the frequency distribution of the demographic variable matrimonial status of the persons interviewed in 2018 in the police stations and detention centers in Puerto Rico. The distribution reflects that 59.6 percent (28) of the detainees interviewed indicated that they were single. 23.4 percent said they cohabit. The 8.5 percent (4) said to be divorced. Finally, 8.5 percent clarified being married.

Most detainees interviewed indicated that they were single.

The next tables reflect the answers to the questions of the detainee's questionnaire of both samples studied (2015 and 2018).

Answers to the 2015 and 2018 questions about the arrest process and stay in the police stations were compared:

**Important notice:** "The 2015 study reflects several questions about the treatment of detainees in the police stations. However, after several meetings with the senior management of the PRPB, the Federal Justice Department, the Puerto Rico Justice Department and all the

Agreement parties, those questions were eliminated because they are not protocols used in Puerto Rico. In 2018 the parties replace these questions by others related to the Reform. "

The table 3.9 shows us the frequency distribution of the question: At the time of ARREST you were explained why you are being arrested?  Comparison of Detainees 2015 and 2018.

**Table 3.9:** At the time of your arrest, did you were explained why you were being arrested? Comparison of detainees **2015** and **2018**

| Answer | Frequencies per year | | | |
|--------|------|---|------|---|
|        | **2015** | % | **2018** | % |
| Yes | 23 | 96.0 | 37 | 78.7 |
| No | 2 | 4.0 | 7 | 21.3 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

Table 3.9 shows that in 2015 the great majority (23 of 25 interviewed) of the people arrested, who participated in these interviews, indicated that they were informed of the causes of their arrest for 96.0 percent. In 2018 the percentage dropped to 78.7 percent.

The next table is 3.10 and shows the frequency distribution of the question: Do you understand why you are being arrested?

**Table 3.10:** Do you understand why you're being arrested? Comparison of detainees **2015** and **2018**

| Answer | Frequencies per year | | | |
|---|---|---|---|---|
| | **2015** | % | **2018** | % |
| Yes | 22 | 88.0 | 37 | 78.7 |
| No | 1 | 4.0 | 7 | 21.3 |
| Did not answer | 2 | 8.0 | 0 | 0.0 |
| Total | n = 25 | 100.0% | 47 | 100.0% |

Table 3.10 shows that 22 of the 25 interviewees in 2015 indicated that they understood the reason for their arrest for 88.0 percent. Only one person indicates he did not know why they he was arrested and two did not want to answer the question for 8.0 percent. The vast majority said they know the reason for their arrest.

The 2018 sample shows that almost 79 percent of detainees understand why they have been arrested.

The next table is 3.11 and shows the frequency distribution of the question: During his stay in the barracks, police officers asked him about his health.

**Table 3.11:** During your stay and registration at the station, police officers asked you about your health. Comparison of detainees 2015 and 2018

| | Frequencies per year | | | |
| Answer | **2015** | % | **2018** | % |
|---|---|---|---|---|
| Yes | 16 | 66.0 | 30 | 63.8 |
| No | 9 | 34.0 | 7 | 36.2 |
| | | | | |
| Total | n = 25 | 100.0% | 47 | 100.0% |

Table 3.11 shows that in 2015 16 of the 25 interviewees (66 percent) indicated that during their stay and registration in the barracks the police officers asked about their health. Nine people indicated that they were not asked for 34.0 percent.

In 2018 about 64 percent of the detainees said that the officers asked them about their health and 36 percent said no.

The next table is 3.12 and reveals the frequency distribution of the question: If he was injured, was immediate medical assistance provided?

**Table 3.12**: If you were injured, were you provided with immediate medical assistance?

| | Frequencies per year | | | |
|---|---|---|---|---|
| Answer | **2015** | % | **2018** | % |
| Yes | 0 | 0.0 | 0 | 0.0 |
| No | 25 | 100.0 | 47 | 100.0 |
| Total | n = 25 | 100.0% | 47 | 100.00 |

Table 3.12 indicates that during their stay and registration in the police stations the interviewees of both samples (2015 and 2018) were not treated for any injuries during their arrest.

The next table is 3.13 and shows the frequency distribution of the question: Have you been arrested previously?

**Table 3.13**: ¿Have you been arrested before?

| | Frequencies per year | | | |
|---|---|---|---|---|
| Answer | **2015** | % | **2018** | % |
| Yes | 6 | 24.0 | 12 | 25.5 |
| No | 19 | 76.0 | 35 | 74.5 |
| Total | n = 25 | 100.0% | 47 | 100.0 |

Table 3.13 presents the frequency distribution of the question: Have you been arrested previously? The majority in both surveys point out that they have not been arrested previously for 76 percent in 2015band 74.5 percent in 2018.

The following table is 3.14 and displays the frequency distribution of the question: Were you given the opportunity to make a call (family member, lawyer, etc.)?

**Table 3.14**: Were you given the opportunity to make a call (family, lawyer, etc.)?

|  | Frequencies per year | | | |
| Answer | **2015** | % | **2018** | % |
| --- | --- | --- | --- | --- |
| Yes | 20 | 80.0 | 37 | 78.7 |
| No | 5 | 20.0 | 10 | 21.3 |
| Total | n = 25 | 100.0% | 47 | 100.0 |

Table 3.14 presents the frequency distribution of the question: Were you given the opportunity to make a call (family member, lawyer, etc.)? Most of both samples were given the opportunity to make a call, 80 percent in 2015 and 78.7 percent of the people interviewed in 2018. There is a consensus in the two non-probabilistic samples with respect to that question.

The next table 3.15 reveals the frequency distribution of the question: In general terms, how do you understand that you were treated during your arrest and detention?

**Table 3.15**: ¿In general terms, how do you understand you were treated by police during your arrest and custody?

| Level of Satisfaction | Frequencies per year | | | |
| | **2015** | % | **2018** | % |
|---|---|---|---|---|
| Totally Dissatisfied | 20 | 80.0 | 8 | 17.0 |
| Dissatisfied | 4 | 20.0 | 18 | 38.3 |
| Somewhat dissatisfied | 0 | 0.0 | 18 | 38.3 |
| Satisfied | 0 | 0.0 | 3 | 6.4 |
| Totally satisfied | 0 | 0.0 | 0 | 0.0 |
| Do not answer | 1 | 4.0 | 0 | 0.0 |
| Total | n = 25 | 100.0% | 47 | 100.0 |

Table 3.15 presents the frequency distribution of the question: In general terms, how do you understand that you were treated during your arrest and custody? In 2015, the majority indicated that they were treated (a) Totally Dissatisfied during their arrest and detention with 80 percent (20 of the people interviewed). The 16.0 percent mentioned that they were Dissatisfied with the treatment treated (4 respondents) and one person did not answer the question for 4.0 percent.

The 2018 results are a bit more encouraging as 17 percent said they were Totally Dissatisfied with the treatment received, 38.3 percent said they had been Dissatisfied with the treatment, 38.3 percent said they were somewhat dissatisfied, and 6.4 percent said they were Satisfied with the treatment during their arrest, and no one indicated to be Totally satisfied. There was a slight improvement in the treatment of detainees in the police stations and detention centers.

The next table is 3.16 and shows the frequency distribution of the question: ¿Have the officers attended you with professionalism?

**Table 3.16**: ¿Have the officers attended you with professionalism? Level of Professionalism

| Level of Professionalism | Frequencies per year | | | |
| --- | --- | --- | --- | --- |
| | **2015** | % | **2018** | % |
| Totally incompetent | 0 | 0.0 | 10 | 21.3 |
| Incompetent | 4 | 16.0 | 13 | 27.7 |
| Somewhat incompetent | 0 | 0.0 | 22 | 46.8 |
| Competent | 20 | 80.0 | 1 | 2.1 |
| Do not know | 1 | 4.0 | 1 | 2.1 |
| Total | n = 25 | 100.0% | 47 | 100.0 |

Table 3.16 illustrates the frequency distribution of the question: ¿Have the officers attended you with professionalism? (Level of Professionalism). In 2015, most of the interviewees (20 subjects or 80 percent of the people interviewed) indicated that the police officers treated them with professionalism during their arrest and detention (Competent = 80%). The other 16.0 percent mentioned that they were treated in an Incompetent manner (4 respondents) and one person did not answer the question for 4.0 percent.

**The sample of 2018 presents a picture of deterioration in the perception of detainees regarding the professionalism of police officers. The 49 percent of the detainees interviewed**

indicated that the officers were incompetent in carrying out their work. The 46.8 percent said the officers were somewhat incompetent, and only 2.1 percent said the police officers were competent.

Between 2015 and 2018 there has been a setback in the level of professionalism of the PRPB members perceived by the detainees interviewed.

The next tables are 3.17 A and 3.17 B and demonstrates the frequency distribution of the question: Do police officers have good relations with my community ?, but with different categories. The categories in 2015 were very simple (yes or no). The 2018 values are more specific and establish an ordinal level or degree of how these PRPB relationships are with the community.

**Table 3.17 A (2015)**: ¿Do police officers have a good relationship with my community?

| Answer | Frequencies per year | |
|--------|------|------|
|        | **2015** | % |
| Yes | 14 | 56.0 |
| No | 5 | 20.0 |
| No answer | 6 | 24.0 |
| Total | n = 25 | 100.0% |

**Table 3.17 B  (2018)**: Do police officers have good relations with my community?

| Level of Professionalism | Frequencies per year | |
| --- | --- | --- |
| | **2018** | % |
| Terrible | 12 | 25.5 |
| Bad | 18 | 38.3 |
| Regular | 14 | 29.4 |
| Good | 3 | 6.4 |
| Do not know | 0 | 0.0 |
| Total | n = 47 | 100.0 |

Tables 3.17 A and 3.17 B expose the frequency distributions of the question: Do police officers have good relations with my community? These tables specify that in 2015 the 56 percent or most of the interviewees (14) disclosed that police officers have good relations with their community. **The 20.0 percent mentioned that police officers do not have good relations with their community (5 interviewed) and 6 people did not answer the question for 24.0 percent to be one of the least answered questions of this non-probabilistic sampling /exploratory.**

In 2018, 63.8 of the detainees interviewed said that the relations between the police and their community were between terrible and bad. The 29.4 percent revealed that they are regular. Finally, 6.4 percent indicated that relations were good.

The detainees who participated in the 2018 survey present a disturbing picture of the relations between the members of the Puerto Rico Police Bureau and the communities of those persons.

Table 3.18 presents the frequency distribution of the responses to the assertion: I am satisfied with the way the PRPB officers conduct themselves in general terms. It was carried out in 2018 with the new questionnaire revised and prepared by the parties of the agreement.

**Table 3.18 (2018)**: In general terms, I'm satisfied with the way the PRPB officers conduct themselves.

| Level of Satisfaction | 2018 | % |
|---|---|---|
| Completely Dissatisfied | 10 | 21.3 |
| Dissatisfied | 18 | 38.3 |
| Somewhat dissatisfied | 9 | 19.1 |
| Satisfied | 7 | 14.9 |
| Very Satisfied | 3 | 6.4 |
| Total | 47 | 100.0 |

Table 3.18 of the 2018 study presents the findings of the statement "I am satisfied with the manner in which PRPB officers conduct themselves in general terms." It explains that about 59.6 percent of the detainees stated that they were completely dissatisfied or dissatisfied with the way PRPB officers conduct themselves. The 21.3 percent of the interviewees specified that they were satisfied or very satisfied. 19.1 percent said they were somewhat dissatisfied. According to the detainees of this 2018 study, there is a consensus with a marked level of dissatisfaction with PRPB members with the way they conduct themselves.

The following findings are presented in Table 3.19 and refer to how the detainees perceived the treatment that the officers gave them during their arrest or registration.

**Table 3.19 (2018)**: During my arrest or registration, the officers treated me with respect.

| Level of Satisfaction | 2018 | % |
|---|---|---|
| Completely Disagree | 8 | 17.0 |
| Disagree | 17 | 36.2 |
| Partially Disagree | 12 | 25.5 |
| I agree | 7 | 14.9 |
| Completely From Agree | 3 | 6.4 |
| Total | 47 | 100.0 |

Table 3.19 (2018) presents the responses to the statement: "During my arrest or registration, the officers treated me with respect." It is perceived that 53.2 percent of the 47 respondents indicated that they totally disagree or disagree with the content of the sentence. The 25.5 percent said they disagree partially. And, 21.3 percent indicated that they totally agree or agree with the statement.

The opinion of these 47 detainees seems to be extremely divided regarding the statement: "the officers treated me with respect." However, the majority do not agree with having been treated with respect during their arrest or registration.

Next table 3.20 presents the frequency distributions about the statement: "The PRPB officers are kind when they dealt with me".

**Table 3.20 (2018):** The officers of the PRPB are kind (gentle/polite) when they dealt with me.

| Level of Kindness | 2018 | % |
|---|---|---|
| Very Unkind | 11 | 23.4 |
| Unkind | 11 | 23.4 |
| Acceptable | 20 | 42.6 |
| Kind (Polite) | 5 | 10.6 |
| Total | 47 | 100.0 |

The findings presented in Table 3.20 indicate that 46.8 percent of the subjects indicated that PRPB officers were very unkind or unkind when dealing with them. The 42.6 percent said they were treated acceptable. 10.6 percent find them gentiles. The general perception is of an unkind PRPB.

Next table is 3.21 and expresses the frequency distributions of the answers to the statement: "PRPB officers are kind when dealing with the general public".

**Table 3.21 (2018):** The PRPB officers are kind (polite) when dealing with the general public.

| Level of Kindness | 2018 | % |
|---|---|---|
| Very Unkind | 7 | 14.9 |
| Unkind | 15 | 31.9 |
| Acceptable | 22 | 46.8 |
| Kind (Polite) | 3 | 6.4 |
| Total | 47 | 100.0 |

The findings presented in Table 3.21 explains that 46.8 percent of the subjects disclosed that PRPB officers are very unkind or unkind when dealing with the general public. And, 46.8 percent said the general public is treated acceptably. Only 6.4 percent find them kind. The general perception is of an unkind PRPB at both the individual and community level.

**Table 3.22 (2018)**: The PRPB officers listened to my version.

| Answers | 2018 | % |
|---|---|---|
| Totally Disagree | 5 | 10.6 |
| Disagree | 17 | 36.2 |
| Partially agree | 18 | 38.3 |
| I agree | 5 | 10.6 |
| Totally agree | 2 | 4.3 |
| Total | n = 47 | 100.0 |

In Table 3.22, it is clearly stated that 46.8 percent of detainees interviewed for this study indicated that the officers in charge of their arrest did not heard their version. Around 38.3 percent said they listened to them partially. Finally, 14.9 percent of the subjects said the officers in charge heard their version when they were arrested,

**Table 3.23 (2018):** Have you read about the PRPB Reform and know about it?

| Level of knowledge | 2018 | % |
|---|---|---|
| Total ignorance | 27 | 57.4 |
| Little knowledge | 11 | 23.4 |
| Some knowledge | 7 | 14.9 |
| Know enough | 1 | 2.1 |
| No answer/Don't know | 1 | 2.1 |
| Total | n = 47 | 100.0 |

The Level of Knowledge of the 2018 detainees on the PRPB Reform is displayed in Table 3.23. It shows that 80.8 percent of those interviewed indicated having little or no knowledge about the Reform. The 14.9 percent said they had some knowledge. 2.1 percent said they had enough knowledge and 2.1 percent did not answer the question.

**Table 3.24 (2018):** I usually trust the police.

| | 2018 | % |
|---|---|---|
| Nothing | 14 | 29.8 |
| Very little | 16 | 34.0 |
| Average | 16 | 34.0 |
| A lot | 1 | 2.1 |
| Total | n = 47 | 100.0 |

In table 3.24 we can observe that 63.8 percent of the respondents indicated that they do not trust or trust very little the PRPB officers. Around 34 percent disclosed to have an "average" trust and 2.1 percent say they trust them a lot.

**Table 3.25 (2018):** I believe that The Puerto Rico Police Bureau is highly competent.

|                  | 2018   | %     |
|------------------|--------|-------|
| Totally Disagree | 12     | 25.5  |
| Disagree         | 21     | 44.7  |
| Partially agree  | 11     | 23.4  |
| I agree          | 3      | 6.4   |
| Total            | n = 47 | 100.0 |

Table 3.25 shows the results of the assertion "I believe that the Puerto Rico Police Bureau is highly competent". In it, 70.2 percent of respondents indicated that they totally disagree or disagree with the premise. Around 23.4 percent said they were in partial agreement and 6.4 percent claimed to agree. **The data point to a very adverse perception of the professionalism of PRPB officers according to these detainees interviewed for this 2018 study.**

**Table 3.26 (2018):** How do you describe the PRPB's changes in professionalism in recent years?

| | 2018 | % |
|---|---|---|
| Very negative | 9 | 19.1 |
| Somewhat negative | 18 | 38.3 |
| Unvarying | 17 | 36.2 |
| Somewhat Positive | 1 | 2.1 |
| No answer | 2 | 4.3 |
| Total | n = 47 | 100.0 |

In table 3.26, 57.4 per cent of the detainees consulted stated that the professionalism of the PRPB in recent years has been very negative or somewhat negative, 36.2 percent consider professionalism unvarying in recent years. Only 2.1 percent perceive changes in PRPB's professionalism as a positive thing. And, 4.3 per cent of detainees did not want to answer this question.

**This table 3.26 clearly shows a negative/moderate consensus regarding how professional changes in the PRPB are seen in recent years by those detained in police stations..**

**Table 3.27 (2018):** ¿Compared to three years ago, how you describe the Relations of the PRPB with your community?

| Relations with your community | Frequencies per year | |
|---|---|---|
| | **2018** | % |
| Without respect | 12 | 25.5 |
| Little Respect | 18 | 38.3 |
| Regular | 14 | 29.4 |
| Good | 3 | 6.4 |
| Total | n = 47 | 100.0 |

Compared with three years ago, most detainees (63.8 percent) described PRPB relationships with their community as disrespectful. See table 3.27.  Around 29.4 percent perceive them as regular and 6.4 percent distinguish them as good.

**There is a consensus among the detainees studied that relations between PRPB and their communities are not the best.**

**Table 3.28 (2018):** How do most PRPB officers, that you know, treat the Dominican community?

| Treatment toward the Dominican community | Frequencies per year | |
|---|---|---|
| | **2018** | % |
| Without respect | 15 | 31.9 |
| Little Respect | 14 | 29.8 |
| Some treat with respect | 17 | 36.2 |
| I don't answer | 1 | 2.1 |
| Total | n = 47 | 100.0 |

With respect to the treatment of the Dominican community, 61.7 percent of the detainees said that the treatment of PRPB with the Dominican community was without respect or with little respect, about 36.2 percent said that the treatment of some officers was with respect. Only 2.1 percent did not want to answer that question.

**There is a consensus among the interviewees that the PRPB does not respect the Dominican community.**

**Table 3.29 (2018)**: How do most PRPB officers, that you know, have treated the Dominican community in the last 3 years?

<u>Frequencies per year</u>

| Treatment toward the Dominican community | 2018 | % |
|---|---|---|
| Without respect | 13 | 27.7 |
| Little Respect | 15 | 31.9 |
| Some treat with respect | 18 | 38.3 |
| I don't answer | 1 | 2.1 |
| Total | n = 47 | 100.0 |

With respect to the treatment of the Dominican community in the last 3 years, 59.6 percent of the detainees said that the PRPB treats the Dominican community without respect or with little respect. Another 38.3 percent said that the treatment of some officers was with respect. Only 2.1 percent did not want to answer that question.

**There is a consensus among the interviewees that the PRPB in the last 3 years does not respect the Dominican community.**

**Table 3.30 (2018):** PRPB treats people of different ethnic/racial groups and persons of different genders in the same way.

Frequencies per year

| Equal treatment | 2018 | % |
|---|---|---|
| Never | 11 | 23.4 |
| Almost never | 14 | 29.8 |
| Sometimes | 21 | 44.7 |
| Always | 1 | 2.1 |
| Total | n = 47 | 100.0 |

Regarding the treatment that the PRPB gives to people of different ethnic / racial groups and people of different genders, 53.2 percent of the detainees said that the treatment of the PRPB has not been the same (never and almost never). The 44.7 percent indicated that the treatment of some officers was sometimes in the same way. Only 2.1 percent indicated that officers always treat people from different ethnic / racial groups and people of different genders equally.

**There is a consensus among the detainees that there is no equal treatment to people of different ethnic / racial groups and people of different genders.**

221

**Table 3.31 (2018)**: In general terms, how do you evaluate the work that the PRPB is doing today?

Frequencies per year

| PRPB job assessment | 2018 | % |
|---|---|---|
| Terrible | 11 | 23.4 |
| Poor | 18 | 38.3 |
| Regular | 16 | 34.0 |
| Good | 2 | 4.3 |
| Total | n = 47 | 100.0 |

Table 3.31 shows that 61.7 percent of the subjects interviewed understand that in general terms they assessed the PRPB job in nowadays as "terrible and deficient". About 34.0 percent as regular and 4.3 percent as good.

**The detainees interviewed understand that the work carried out by PRPB today leaves much to be desired and considers it deficient.**

**Table 3.32 (2018)**: Compared to three years ago, do you think that the PRPB has changed the quality of the work they do?

<u>Frequencies per year</u>

|  | **2018** | % |
|---|---|---|
| Has not changed | 13 | 27.7 |
| Very little change | 17 | 36.2 |
| Regular | 13 | 27.7 |
| Quite a change | 2 | 4.3 |
| No answer | 2 | 4.3 |
| Total | n = 47 | 100.0 |

Table 3.32, entitled: Comparing with three years ago, do you think that PRPB has changed the quality of the work they do?, shows us the feelings of the 47 detainees asked. About 63.9 percent indicated that the PRPB has not changed or has changed very little in the last 3 years. Which establishes a negative consensus. The remaining 27.7 percent said that the quality of PRPB's work has been regular, 4.3 percent rated it as good and the remaining 4.3 percent did not want to answer.

The findings of this Third Part of the Report on the results of the exhaustive surveys related to the perception of the Puerto Rico Police Bureau in accordance with paragraph 241 of the PRPB's Sustainable Reform Agreement are presented shortly.

## Specific Conclusions: Third Part of the Report

1.   The samples of those detained are exploratory and do not necessarily represent the population of those arrested in Puerto Rico. It serves as a foundation to carry out other studies on this population. They are known scientifically as non-parametric samples.

2.   The 2018 sample was more distributed by ethnic group and more representative. We managed to obtain a sample of 47 people detained in a large effort of our working group at Island level. The 2018 non-parametric sample was more distributed by ethnic group and more representative. We managed to obtain a sample of 47 detainees in different police stations in a great effort of our working group.

3.   Table 3.2 shows the Comparison of the 2015 and 2018 detainees Gender variable, stating that most of the people who participated in the 2015 interviews were 18 men with 72.0 percent versus 28 (7) percent of the Female gender. In 2018, men returned to be the majority of those studied with 74.5 percent (35 interviewed). According to the observations of our interviewers, both in 2015 and in 2018, the inmates did not refuse to participate and answer a questionnaire related to the Puerto Rico Police Bureau Reform.

4.   Table 3.3 shows that the sample of subjects interviewed in 2015 was distributed as follows: 52.0 percent (13 respondents) are from 18 to 28 years old, 40 percent (10 subjects) from 29 to 39 years old, 4.0 percent (1 subject) between the ages of 40 to 50 years, and 4.0 percent (1 person) between 51 and 61 years. The sample indicates quite accurately that young groups consist of 92 percent. In 2018 the frequency distribution was: 48.9 percent (26 respondents) were identified with the group of 18 to 28 years, 34 percent (16) indicated being from the group of 29 to 39 years of

age, 8.5 percent One hundred (4) was identified with those between 40 and 50 years old, 6.4 percent (3) of the sample indicated to be between 51 and 61 years old, and 2.1 percent (1) specified to be between 62 and 72 years old or older. The sample displays quite accurately that young groups are 82.9 percent of the 47 detainees interviewed.

5.   In Table 3.3: Comparison Age of Detainees 2015 and 2018, the sample of 2015 specifies quite accurately that young groups consist of 92 percent. The 2018 sample shows that young groups are 82.9 percent of the 47 detainees interviewed.

6.   The variable residential area has the categories of Rural Neighborhood, Urban Neighborhood, Urban Town and City as shown in Table 3.4. If we add the categories related to urban areas in 2015, we have 76.0 percent of the respondents indicating that they reside in one of the urban categories described in table 3.4 and 24 percent in rural areas. In the 2018 survey, 72.3 percent of detainees interviewed were from urban areas and 27.7 from rural areas. This shows that the interviewers reached different residential areas of the Puerto Rican population in both samples.

7.   In Table 3.5: Comparison of the Working Group of Detainees 2015 and 2018, it is shown that in 2015 the detainees with the greatest participation in the survey were white-collar, blue-collar and unemployed. In 2018, more students, housewives and part-time workers were interviewed.

8.   Table 3.6: Comparison of the Level of Education of the Detainees 2015 and 2018, shows that the categories with the highest percentage were those of high school and those of associate or technical degree.

9.   Table 3.7 indicates that in 2015, 96.0 percent (24 people) of the 25 arrested interviewed indicated that they belonged to the Puerto Rican group. The 4.0 percent (1 person) said to be from the Continental American group. Interviews with people from other national groups were not

obtained. In the 2018 sample, 89.4 percent (42) indicated being Puerto Rican. 6.4 percent reported being Dominican. 4.3 percent said they were of another nationality.

10. Table 3.8 shows the frequency distribution of the demographic variable marital status of the persons interviewed in 2018 in the barracks and detention centers in Puerto Rico. The distribution reflects that 59.6 percent (28) of the detainees interviewed indicated that they were single. 23.4 percent said they live together. The 8.5 percent (4) said to be divorced. Finally, 8.5 percent clarified being married. Most detainees interviewed indicated that they were single.

11. Table 3.9 illustrates that in 2015 the great majority (23 of 25 interviewed) of the people arrested, who participated in these interviews, indicated that they were informed of the causes of their arrest for 96.0 percent. In 2018 78.7 percent indicated the same.

12. Table 3.10 exposes that 22 of the 25 interviewees in 2015 indicated that they understood the reason for their arrest for 88.0 percent. Only one person indicates they do not know why they were arrested and two did not want to answer the question for 8.0 percent. The vast majority say they know the reason for their arrest. The 2018 sample shows that almost 79 percent of detainees understand why they have been arrested.

13. Table 3.11 reveals that in 2015 16 of the 25 interviewees (66 percent) indicated that during their stay and registration in the barracks the police officers asked about their health. Nine people indicated that they were not asked for 34.0 percent. In 2018 about 64 percent of the detainees said that the officers asked them about their health and 36 percent said no.

14. Table 3.12 indicates that during their stay and registration in the barracks the interviewees of both samples (2015 and 2018) were not treated for any injury during their arrest.

15. Table 3.13 presents the frequency distribution of the question: Have you been arrested previously? The majority in both surveys point out that they have not been arrested (or) previously for 76 percent and 74.5 percent respectively.

16. Table 3.14 exhibits the frequency distribution of the question: Were you given the opportunity to make a call (family member, lawyer, etc.)? Most of both samples need to be given the opportunity to make a call for 80 percent in 2015 and 78.7 percent of the people interviewed. There is a consensus in the two non-probabilistic samples with respect to that question.

17. Table 3.15 displays the frequency distribution of the question: In general terms, how do you understand that you were treated during your arrest and detention? In 2015, the majority indicated that they were treated (a) totally unsatisfactorily during their arrest and detention for 80 percent (20 of the people interviewed). 16.0 percent mentioned that they were treated (unsatisfactorily) (4 respondents) and one person did not answer the question for 4.0 percent. The 2018 results are a bit more encouraging as 17 percent said they were treated totally unsatisfactorily, 38.3 percent said they had been treated unsatisfactorily, 38.3 percent said they were somewhat satisfied and 6.4 percent said they were satisfied in the I treated him during his arrest, and no one indicated that he was treated fully satisfactorily. There was a slight improvement in the treatment of detainees in the barracks and detention centers.

18. Table 3.16 shows us the frequency distribution of the question: Did the agents treat me with professionalism? (Level of Professionalism). Many of the interviewees (20) indicated in 2015 that the agents treated them with professionalism during their arrest and detention for 80 percent of the people interviewed. 16.0 percent mentioned that they were treated (unsatisfactorily) (4 respondents) and one person did not answer the question for 4.0 percent. The sample of 2018 presents a picture of deterioration in the perception of detainees regarding the professionalism of

police officers. 49 percent of the detainees interviewed indicated that the agents were incompetent in carrying out their work. 46.8 percent said the agents were somewhat incompetent, and only 2.1 percent said the agents were competent. In 2015 and 2018 there was a stagnation in the level of professionalism of the PPR members perceived by the detainees interviewed.

19. Tables 3.17 A and 3.17 B presents the frequency distribution of the question: Do the police officers have good relations with my community? These tables indicate that in 2015 56 percent or most of the interviewees (14) indicate that police officers have good relations with their community. 20.0 percent mentioned that police officers do not have good relations with their community (5 interviewed) and 6 people did not answer the question for 24.0 percent to be one of the least answered questions of this non-probabilistic sampling /exploratory. In 2018, 63.8 of the detainees interviewed said that the relations between the police and their community were between terrible and bad. 29.4 percent revealed that they are regular. Finally, 6.4 percent indicated that relations were good. The detainees who participated in the 2018 survey present a disturbing picture of the relations between the members of the Puerto Rico Police Bureau and the communities of those persons.

20. Table 3.18 of the 2018 study arranges the findings of the frequency distribution of the statement "I am satisfied with the way PRPB officers conduct themselves in general terms." It clarifies that about 59.6 percent of the detainees indicated to be or totally dissatisfied or dissatisfied with the way PRPB officers conduct themselves. The 21.3 of the interviewees indicated that they were satisfied or satisfied. 19.1 percent said they were somewhat dissatisfied. According to the detainees of this 2018 study, there is a consensus with a marked level of dissatisfaction with PRPB members with the way they conduct themselves.

21. Table 3.19 (2018) assembles the answers to the statement: "During my arrest or registration, the officers treated me with respect." It is perceived that 53.2 percent of the 47 respondents indicated that they strongly disagree or disagree with the content of the sentence. 25.5 percent said they disagree partially. And, 21.3 percent indicated that they totally agree or agree with the statement. The opinion of these 47 detainees seems to be extremely divided regarding the statement: "the officers treated me with respect." However, the majority do not agree with having been treated with respect during their arrest or search.

22. The findings presented in Table 3.20 indicate that 46.8 percent of the subjects indicated that PPR officers are very unfriendly or unfriendly when dealing with them. 42.6 percent said they are treated regularly. 10.6 percent find them gentiles. The general perception is of an unfriendly PRPB.

23. The findings presented in Table 3.21 explain that 46.8 percent of the subjects indicated that PPR officers are very unfriendly or unfriendly when dealing with them. 46.8 percent said they are treated regularly. 6.4 percent find them gentiles. The general perception is of an unfriendly PRPB at both the individual and community level.

24. In Table 3.22, it is clearly stated that 46.8 percent of detainees interviewed for this study indicated that the officers in charge of their arrest did not hear their version. 38.3 percent said they listened to them partially. Finally, 14.9 percent of the subjects said they heard their version when they were arrested,

25. The level of knowledge of detainees on the Reform of the PRPB is shown in Table 3.23. It shows that 80.8 percent of those interviewed indicated having little or no knowledge about the Reformation. 14.9 percent said they had some knowledge. 2.1 percent said they had enough knowledge and 2.1 percent did not answer the question.

26. 63.8 percent of the interviewees indicated that they do not trust or trust the PRPB officers very little, as is shown in Table 3.24. 34 percent showed trust on a regular basis and 2.1 percent say they trust them a lot.

27. Table 3.25 shows the results of the assertion. I believe that the Puerto Rico Police Bureau is highly competent. In it, 70.2 percent of respondents indicated that they strongly disagree or disagree with the premise. 23.4 percent said they were in partial agreement and 6.4 percent claimed to agree. These data point to a very poor perception of the professionalism of PRPB officers according to these detainees interviewed for this 2018 study.

28. Table 3.25 reveals the results of the assertion. I believe that the Puerto Rico Police Bureau is highly competent. In it, 70.2 percent of respondents indicated that they strongly disagree or disagree with the premise. 23.4 percent said they were in partial agreement and 6.4 percent claimed to agree. These data point to a very poor perception of the professionalism of PRPB officers according to these detainees interviewed for this 2018 study.

29. Around 57.4 percent of the detainees consulted said that the PRPB's professionalism in recent years has been very negative or something negative. 38.3 percent consider regular professionalism in recent years. Only 2.1 percent perceive changes in PRPB professionalism as positive. 4.3 percent of the detainees did not want to answer this question. Table 3.26 clearly shows a negative / moderate consensus regarding how professional changes in the PRPB are envisioned in recent years.

30. Comparing with three years ago, most of the detainees (63.8 percent) describe the PRPB's relations with their community as disrespectful. See table 3.27. 29.4 percent perceive them as regular. 6.4 percent distinguish them as good. There is a consensus among the detainees studied that relations between PRPB and their communities are not the best.

31. Regarding the treatment of the Dominican community, 61.7 percent of the detainees said that the treatment of PRPB with the Dominican community was without respect or with little respect. 36.2 percent said that the treatment of some officers was with respect. Only 2.1 percent did not want to answer that question. There is a consensus among the interviewees that PRPB does not respect the Dominican community.

32. With respect to the treatment of the Dominican community in the last 3 years, 59.6 percent of the detainees said that the treatment of PRPB with the Dominican community has been without respect or with little respect. 38.3 percent said that the treatment of some officers was with respect. Only 2.1 percent did not want to answer that question. There is a consensus among the interviewees that the PRPB in the last 3 years does not respect the Dominican community.

33. Concerning the treatment that the PRPB gives to people of different ethnic / racial groups and people of different genders, 53.2 percent of the detainees said that the treatment of the PRPB has not been the same (never and almost never) . The 44.7 percent indicated that the treatment of some officers was equal times. Only 2.1 percent indicated that officers always treat people from different ethnic / racial groups and people of different genders equally. There is a consensus among the detainees that there is no equal treatment to people of different ethnic / racial groups and people of different genders.

34. Table 3.31 shows us that 61.7 percent of the subjects interviewed understand that in general terms they evaluate the work that PRPB is doing nowadays as terrible and deficient. 34.0 percent as regular and 4.3 percent as good. The detainees interviewed understand that the work carried out by PRPB today leaves much to be desired and considers it deficient.

35. Table 3.32, entitled: Comparing with three years ago, do you think that PRPB has changed the quality of the work they do? it shows us the feelings of the 47 detainees asked. 63.9 percent

indicated that the PRPB has not changed or has changed very little in the last 3 years. Which establishes a negative consensus. The remaining 27.7 percent said that the quality of PRPB's work has been regular. 4.3 percent rated it as good and the remaining 4.3 percent did not want to answer.

**36. The new Puerto Rico Police Bureau has not contributed to the advancement of the Sustainable Reform agreed with the Federal Court, District of Puerto Rico. On the contrary, it seems that it has stopped in several lines and delayed in others.**

## General Recommendations Part III:

1.      For the second time, the Office of the Reform of the Puerto Rico Police Bureau is again recommended to instruct ALL commanders and their respective police stations to provide those arrested with: a) health services, b.) water and food, c.) clean bed and sheet, d.) for a telephone call, d.) a portrait to the arrested person, e.) separate transportation to transgenders, f.) safe transportation, g.) medical care , and h.) remove the handcuffs when entering the cell.

2.      Better treatment, respect and professionalism is recommended in the process of arrest and detention of the arrested.

3.      The Puerto Rico Police Bureau is again recommended to have a better relationship with the communities from which the detainees mostly come, especially the recurrent. Relations between the Puerto Rico Police Bureau and the communities of the detainees have worsened in the last 3 years of the Sustainable Reform. This matter should be incumbent upon the senior management of the Bureau and the Secretary of Public Safety. The perception of detainees interviewed in 2018 is worse than that of 2015, presenting a picture of regression and noncompliance with the Reform. The thirteen commanders the Commissioner and the Office of the Reform must enforce the Reformation with the detainees in the police stations and their communities.

4.      It is recommended that the protocols of the Puerto Rico Police Bureau and those of the Office of the Reform be strictly adhered to in order to fully comply with the procedures during the arrests and detentions of those arrested.

5.      The civil rights of the arrested persons must be protected without distinction and faithfully following the Bill of Rights and the Statutes of the Constitution of the United States of America and the Constitution of the Commonwealth of Puerto Rico. Puerto Rico is a country of law and order with two constitutions. The duty of the Bureau is to enforce laws and civil rights.

6.      It is recommended that the Office of the Reform of the Police Bureau develop statistics on the number of people arrested per month and per week. In this way, parametric sampling can be carried out in the immediate future.

7.      The population of those arrested and the treatment they receive during the arrest process is extremely important to comply with the Agreement. Therefore, the Office of the Federal Monitor will be organizing other studies where one of the contemplated groups are those arrested. The feeling of these sectors is a priority for the Office of the Federal Monitor and the Federal Court in Puerto Rico.

**8.      The findings regarding the treatment and respect for detainees in the 2018 police stations and courts contemplate a stagnation in the fulfillment of the postulates of the Reform. There is no progress in the Reform in the last 3 years according to the findings analyzed.**

# Bibliography

➢ Dillman, D., Smyth, J. & Christian, L.M., 2014, Internet, Phone, Mail, and Mixed-Mode Surveys: The Tailored Design Method, Wiley, Fourth Edition.

➢ Hernández Sampieri, R., Fernández Collado, C. y Baptista Lucio, P.   (2013). Metodología de la Investigación.  3ra Edición. México, DF: McGraw-Hill. Interamericana Editores.

➢ Blanco Peck, R.  (2007).   La Estadística: Herramienta de Análisis y de Acción Anti-Corrupción, Tecnología Hecha Palabra: Respuestas para la Era de la Información, Bolivia.  http://www.tecnologiahechapalabra.com/

➢ Blanco-Peck, R. 2006.  Los Enfoques Metodológicos y Administración Pública Moderna, Cinta Moebio 27: 34-42. Chile.  www.moebio.uchile.cl/27/blanco.html 34

➢ McCall, R.B. (2008).   Fundamental Statistics for the Behavioral Sciences. 9th Edition. Belmont, California, U.S.A. Wadsworth/Thomas Publications.

➢ Kerlinger, F.N., y Lee, H.B.  (2002). Investigación del Comportamiento: Métodos de Investigación en Ciencias Sociales. México: McGraw -Hill, Interamericana Editores.

➢ Sánchez Viera (2001).  Fundamentos Estadísticos para las Ciencias Sociales. 3era Edición.

➢ Burgos, W.Y Villanueve, M. (1998).   Guía Práctica para la Redacción de Propuestas y Documentos de Tesis.  2da Edición.  Publicaciones Puertorriqueñas.

➢ Rossi, P., Lipsey, M. and Freeman, H.E. (2003).  Evaluation: A Systematic approach. 7th Edition. California, U. S. A. Sage Publications.

➢ Babbie, E. (2007) the Practice of Social Research. Wadsworth Publishing 10th edition.

➢ Babbie, E. (1990).  Survey Research Methods.  Wadswoth Publishing Company; 2nd edition.

➢ Nachmias, D. and Nachmias, C. (Oct.1999).  Research Methods in the Social Sciences.   W. H Freeman & Company; 6th edition.

➢ Meier, K. and Brudney, J. (2002) Applied Statistics for Public Administration. 5th.Wadsworth Publishing.

➢ Bridget Somekh (Editor), Cathy Lewin (Editor) (2004).  Research Methods in the Social Sciences. SAGE Publications.

➢ David R. Krathwohl. (2004). Methods of Educational and Social Science Research: An Integrated Approach, Waveland PR Inc.; 2ndedition.

➢ Bruce L. Berg. (2006). Qualitative Research Methods for the Social Sciences. Allyn & Bacon; 6edition.

➢ Robert A., Canadian Stebbins. (2001). Exploratory Research in the Social Sciences (Qualitative Research Methods). SAGE Publications.

➢ Michael S., Ph.D. Lewis-Beck (Editor), Alan E Bryman (Editor), Futing (Tim) Liao (Editor) (2004).   The SAGE Encyclopedia of Social Science Research Methods. SAGE Publications.

➢ David E. McNabb. (2012) Research Methods in Public Administration and Nonprofit Management: Quantitative and Qualitative Approaches. M.E. Sharpe.

➢ Elizabeth Ann O'Sullivan, Gary R. Rassel, Maureen Berner. (2007). Research Methods for Public Administration. Longman; 4 edition.

➢ L. Ruiz Maya. (2004). Métodos Estadísticos de Investigación En Las Ciencias Sociales.  Alfa Centauro.

➢ Gloria Ladson-Billings (Editor), William F. Tate (Editor). (2006) Education Research in the Public Interest: Social Justice, Action, and Policy (Multicultural Education Series). Teachers College Press.

➢ Blanco-Peck, R. Las aplicaciones cibernéticas y la teoría de la probabilidad en la administración pública: hacia un nuevo paradigma educativo, Revista Gestiopolis. Colombia; mayo 2010. http://www.gestiopolis.com/economia/aplicaciones-ciberneticas-administracion-publica-educativa.htm

➢ Johnson, Gail, Research Methods for Public Administration. M.E. Sharpe; 2nd edition (December 31, 2009).

➢ Mc Nabb, David E. Research Methods in Public Administration and Nonprofit Management: Quantitative and Qualitative Approaches. M.E. Sharpe; 2nd edition (February 23, 2008).

➢ Sandra van Thiel, Research Methods in Public Administration and Public Management: An Introduction (Routledge master's in public management) Paperback – (February 28, 2014).

# Appendices

Appendix A: Resident Questionnaire ............................................................. 259

Appendix B: Questionnaire Members of the P.P.R ............................................. 275

Appendix C: Arrested Questionnaire ............................................. ........ 288

**Questionnaire for Residents**

**Reform of the Puerto Rico Police Bureau**

**T.C.A., Corporation**

Demographic Questions:

1- To which ethnic group do you belong?

○ a.) Predominantly white

○ b.) Predominantly black / mulatto

○ c.) Predominantly Indian

○ d.) Asian

○ e.) Mixed

○ f.) Other

2- Gender

　　　　○ a.) Male ○ b.) Female

3- Age

○ a.) 18 - 28 years

○ b.) 29 - 39 years

○ c.) 40 - 50 years

○ d.) 51 - 61 years

○ e.) 62 - 72 years

○ f.) 73 +

4- Residence area

○ a.) Rural Neighborhood

○ b.) Urban Neighborhood

○ c.) Urban Town

○ d.) Urban City

5- What is the work group to which you belong?

○ a.) Professional (doctor, lawyer, engineer, professor, entrepreneur, senior management)

○ b.) Medium Management (supervisor position)

○ c.) White collar employee (teacher, nurse, secretary, police, store clerk, Realtor, mailman, sheriff, clerical work, plumber, electrician)

○ d.) Blue collar employee (maintenance, gardening, carpenter, mason, locksmith, moving, construction)

○ e.) Housewife / Student

○ f.) Employed Part Time

○ g.) Unemployed

○ h.) Pensionado / Retired

6- What level of education did you reach?

○ a.) Doctorate or Juris doctor

○ b.) Mastery

○ c.) Baccalaureate

○ d.) Associate Degree or Technical Studies

○ e.) High School

○ f.) Elementary School

○ g.) None Education

7- Please indicate your marriage status:

○ a.) Married

○ b.) Divorced

○ c.) Single

○ d.) Widowed

○ e.) Convive

8- How do you identify yourself?

○ a.) Puerto Rican

○ b.) Dominican (a)

○ c.) Continental American

○ d.) Asian

○ e.) Cuban

○ f.) Other

9- Have you read about the Reform of the PRPB and know about it?

○ a.) No, and I have total ignorance

○ b.) I know very little

○ c.) I know something

○ d.) I know a lot

○ e.) I am fully aware of the Reform

○ f.) I do not know, did not answer

............................................................

Questions about Citizen Satisfaction with the PRPB, in the latest relationships and interventions with the body. Answer according to your last experience with officers of the Puerto Rico Police Bureau

10- In the last relations and interventions with the PRPB I was confident that the police were following the correct procedures.


○ a.) Totally Distrustful

○ b.) Distrustful

○ c.) Partly Confident

○ d.) Confident

○ e.) Totally Confident

○ f.) I do not know, did not answer


11 - The PRPB has treated me in the following way:


○ a.) The treatment was very bad and disrespectful.

○ b.) The treatment was bad and disrespectful

○ c.) Regular

○ d.) The treatment was good and respectful

○ e.) The treatment was very good and very respectful

○ f.) I do not know, did not answer


12- In his last intervention, as he was satisfied with the treatment received by the officer of the PRPB


○ a.) Totally Dissatisfied

○ b.) Dissatisfied

○ c.) Partially Satisfied

○ d.) Satisfied

○ e.) Totally Satisfied

○ f.) I do not know, did not answer

..............................................................

Questions about Citizen Satisfaction with the Puerto Rico Police Bureau

.

13-the Puerto Rico Police Bureau complies with its police functions obeying the laws

.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer


14- The level of corruption in the Puerto Rico Police Bureau It is low.


○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer


15- You are afraid to interact with the Puerto Rico Police Bureau

○ a.) Very much

○ b.) Pretty

○ c.) Regular

○ d.) Little

○ e.) Very little or nothing

○ f.) I do not know, did not answer


16- There is a greater presence of the state police in the necessary places of our community.


○ a.) No Presence

○ b.) Very little presence

○ c.) Regular, some presence

○ d.) Fair Presence

○ e.) Very Many Presence

○ f.) I do not know, did not answer


The Puerto Rico Police Bureau participate in activities with the youth and the community.


○ a.) Never

○ b.) Almost never

○ c.) Something, regular

○ d.) They participate considerably

○ e.) A lot of participation with citizens

○ f.) I do not know, did not answer


18- When compared with three years ago, my community has more confidence in the PRPB

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer


19- You believe that there is a great need for the PRPB to become more professional.


○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

..............................................................

Questions related to Citizen Perception of Judicial Procedures and Reliability to the Puerto Rico Police Bureau


20- The PRPB They are more honest than those of other countries or states.


○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

21- The PRPB they are professionals who comply with the laws.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

22 - The PRPB they are not racist and do not discriminate against minority groups in our society.

○ a.) They are racist and discriminate a lot

○ b.) They discriminate enough

○ c.) Regular, discriminate sometimes

○ d.) They discriminate very little

○ e.) Never Discriminate and Not Racist

○ f.) I do not know, did not answer

23- The PRPB treat victims of crime well.

○ a.) Treat victims of crime very badly

○ b.) Treat victims of crime badly

○ c.) Regular

○ d.) The treatment is good and respectful

○ e.) The treatment is very good and very respectful

○ f.) I do not know, did not answer

 24-The State Police officers of P.R. agree that to be effective they must gain the confidence of the public.

○ A.) Completely Disagree
○ B.) Disagree
○ c.) Regular
 ○ D.) Agree
○ E.) The officers are Totally in agreement.
○ F.) I don't know, he Didn't answer

25-P.R. Police officers treat tourists the same way they treat residents of PR.

○ A.) Totally Disagree
○ B.) Disagree
○ C.) Partially Agree
○ D.) I agree
○ E.) Totally Agree
○ F.) I don't know, he Didn't answer

26-You Respect the Police in Puerto Rico.

○ A.) Nothing
○ B.) Very Little
○ c.) Regular
○ D.) A lot
○ E.) Much
○ F.) I don't know, he Didn't answer

27- You as a resident of P.R. has a moral obligation to comply with the Law.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

28- Generally speaking, PRPB officers detain and register people for legitimate reasons.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

29- The vast majority of PRPB members, when they interact with citizens, use correct language.

○ a.) None use correct language

○ b.) Very few use correct language

○ c.) Regular, some use correct language

○ d.) Many use correct language

○ e.) Everyone uses correct language

○ f.) I do not know, did not answer

30- PRPB officers arrest and register people in a bad way (abusive).

○ a.) They stop and search very abusively

○ b.) Abusively

○ c.) Regular

○ d.) Fairly

○ e.) Very Fairly

○ f.) I do not know, did not answer

Questions about the perception of citizens of how PRPB treats members of minority communities.

31- As PRPB officers treat black people (dark complexion) in a way:

○ a.) Very bad

○ b.) Pretty bad

○ c.) Regular

○ d.) Good

○ e.) Very Good

○ f.) I do not know, did not answer

32- How PRPB members treat members of the Dominican community:

○ a.) Very bad

○ b.) Pretty bad

○ c.) Regular

○ d.) Good

○ e.) Very Good

○ f.) I do not know, did not answer

33- How PRPB members treat members of the Lesbian, Gay, Bisexual, and Transgender (LGBT) community:

○ a.) Very bad

○ b.) Pretty bad

○ c.) Regular

○ d.) Good

○ e.) Very Good

○ f.) I do not know, did not answer

34- You understand that Some Members of the Dominican Community in Puerto Rico fear reporting a crime for fear of being deported.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

35- PRPB is often involved in racial and / or ethnic profiles (persecution based on race, ethnic / racial origin).

○ a.) On many occasions

○ b.) On many occasions

○ c.) On some occasions

○ d.) Almost never

○ e.) Never persecuted for ethnic / racial origin

○ f.) I do not know, did not answer

36- The communities where people of black / mulatto origin predominate, expect to be persecuted by the PRPB

○ a.) On many occasions it is persecuted for its ethnic / racial origins

○ b.) On many occasions it is persecuted for its ethnic / racial origins

○ c.) Sometimes it is pursued because of its ethnic / racial origins

○ d.) Almost never

○ e.) Never pursued because of its ethnic / racial origins

○ f.) I do not know, did not answer

37- Communities where people of Dominican origin predominate do not believe that PRPB is reliable (they do not believe in PRPB).

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

38- There are many injustices and prejudices of the PRPB against the Communities of African origin (black / mulatto).

○ a.) Many injustices and prejudices

○ b.) Many injustices and prejudices

○ c.) Few injustices and prejudices

○ d.) Very few injustices and prejudices

○ e.) No injustices and prejudices

○ f.) I do not know, did not answer

39- The members of the Lesbian, Gay, Bisexual, and Transgender (LGBT) community have no confidence in the PPR.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

40- During meetings between the PRPB and the homeless population of Puerto Rico, the state police poorly treat the homeless.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

41- The PRPB has enough officers who speak English to interact with English-speaking suspects. Count on:

○ a.) None

○ b.) Very few

○ c.) Some

○ d.) Many

○ e.) Very many

○ f.) I do not know, did not answer

**Questionnaire for the Puerto Rico Police Bureau Members, T.C.A., Corporation**

Demographic Questions:

1- Please indicate the years of service in the Puerto Rico Police Bureau

○ a.) 0 to 4 years

○ b.) From 5 to 9 years old

○ c.) From 10 to 14 years old

○ d.) From 15 to 19 years old

○ e.) From 20 to 24 years old

○ f.) Of 25 +

2- Indicate your rank in the PRPB:

○ a.) Police Agent

○ b.) Detective

○ c.) Sergeant

○ d.) Second Lieutenant

○ e.) First Lieutenant

○ f.) Captain

○ g.) Inspector

○ h.) Commander

○ i.) Lieutenant Colonel

○ j.) Colonel

3- Gender

○ a.) Male  ○ b.) Female

3- Age

○ a.) 18 - 28 years

○ b.) 29 - 39 years

○ c.) 40 - 50 years

○ d.) 51 - 61 years

○ e.) 62 +

4- How do you identify yourself? As

○ a.) Puerto Rican

○ b.) Dominican (a)

○ c.) Continental American

○ d.) Asian

○ e.) Cuban

○ f.) Other

5- To which ethnic group do you belong?

○ a.) Predominantly white

○ b.) Predominantly black

○ c.) Predominantly indigenous

○ d.) Asian

○ e.) Mixed

○ f.) Other

6- What level of education did you reach?

○ a.) Doctorate or Juris doctor

○ b.) Mastery

○ c.) Baccalaureate

○ d.) Associate Degree or Technical Studies

○ e.) High School

○ f.) Elementary School

○ g.) None Education

Questions Police Work and its Environment

7- Generally the civil employees (PRPB) of my "District, division or specialized unit" treat me:

○ a.) Very bad

○ b.) Wrong

○ c.) Regular

○ d.) Good

○ e.) Very good

○ f.) I do not know, did not answer

8- In the PRPB Generally the fellow agents, officers and supervisors treat me:

○ a.) Very bad

○ b.) Wrong

○ c.) Regular

○ d.) Good

○ e.) Very good

○ f.) I do not know, did not answer

9- I receive necessary equipment from the Puerto Rico Police Bureau that helps me to do my job effectively.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

10- You believe that the Puerto Rico Police Bureau has information systems that work acceptably.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

Questions Managers and Supervisors

19- Most supervisors treat agents without gender distinction.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

20- Most superiors treat agents equally without distinction of ethnicity (ethnic group).

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

21- Most superiors treat agents without distinction of their sexual orientations.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

22- You believe that the Puerto Rico Police Bureau has qualified immediate supervisors to guide us.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

23- Your Director of work area is:

a.) He is a lousy leader

○ b.) Is a poor leader

○ c.) It is a partially effective leader

○ d.) He is a good leader

○ e.) He is an excellent leader

○ f.) I do not know, did not answer

  ............................................................

Questions Management Systems and Resources


16- The Puerto Rico Police Bureau has developed a good recruitment program.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer


17- The evaluation system of work and performance is objective.


○ a.) Nothing objective

○ b.) Little objective

○ c.) Regular, somewhat objective

○ d.) It is objective

○ e.) It is very objective

○ f.) I do not know, did not answer


18- You perceive that the members of the Puerto Rico Police Bureau comply with the laws when intervening with residents.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer


19- You believe that training for PRPB members is offered by trained instructors.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer


20- You clearly know what kind of behavior will result in disciplinary actions.


○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

21- You perceive that the members of the PRPB comply with the civil rights guaranteed by the Constitution of the United States and Puerto Rico.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

22- You believe that PRPB performs objective police services free from prejudice (racial, groups of different socioeconomic levels, or sexual orientation).


○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer


23- You understand that the PRPB investigates complaints of inappropriate conduct by a member of the PRPB


○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree


24- You believe that administrative investigations are attended to on time.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

............................................................

Community Questions

25- You perceive that the Agents of the Office of Community Relations are dedicated to improving the quality of community life.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

26- The PRPB is today a better organization than it was two years ago.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

27- The PRPB members carry out professional interventions guaranteeing the protection of civil rights.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

28- You believe that PRPB creates strong relationships with communities.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

29- I understand that our superintendent / commissioner is guiding us in the right direction.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

30- I have read about the Reform of the PRPB

○ a.) Nothing

○ b.) Very Little

○ c.) Something

○ d.) Yes, I read a lot

○ e.) Yes, I read a lot

○ f.) I do not know, did not answer

**Detainees Questionnaire Reform of the Puerto Rico Police Bureau.**

**T.C.A., Corporation**

Demographic Questions

2- To which ethnic group do you belong?

○ a.) Predominantly white

○ b.) Predominantly Afro-Caribbean

○ c.) Predominantly indigenous

○ d.) Asian

○ e.) Mixed

○ f.) Other

2- Gender

○ a.) Male

○ b.) Female

4- Age

○ a.) 18 - 28 years

○ b.) 29 - 39 years

○ c.) 40 - 50 years

○ d.) 51 - 61 years

○ e.) 62 - 72 years ○ f.) 73 +

5- Residence area

○ a.) Rural Neighborhood

○ b.) Urban Neighborhood

○ c.) Urban Town

○ d.) Urban City

6- Which is the work group to which you belong?

.

○ a.) Professional (doctor, lawyer, engineer, professor, entrepreneur, senior management)

○ b.) Medium Management (supervisor position)

○ c.) White collar employee (teacher, nurse, secretary, police, store clerk, realtor, mailman, sheriff, clerical work, plumber, electrician)

○ d.) Blue collar employee (maintenance, gardening, carpenter, mason, locksmith, moving, construction)

○ e.) Housewife / Student

○ f.) Employed Part Time

○ g.) Unemployed

○ h.) Pensionado / Retired

6- What level of education did you reach?

○ a.) Doctorate or Juris doctor

○ b.) Mastery

○ c.) Baccalaureate

○ d.) Associate Degree or Technical Studies

○ e.) High School

○ f.) Elementary School

○ g.) None Education

7- Please indicate your marriage status:

○ a.) Married

○ b.) Divorced

○ c.) Single

○ d.) Widowed

○ e.) Convive

8- How do you identify yourself?

○ a.) Puerto Rican

○ b.) Dominican (a)

○ c.) Continental American

○ d.) Asian

○ e.) Cuban

○ f.) Other

............................................................

Questions about the attitudes of the detainees towards the Puerto Rico Police Bureau (especially) and police officers (generally).

9-Police officers act correctly in the arrest and search procedures

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

10- Do you understand why they are arresting you?

○ a.) Yes

○ b.) No

11- At the time of YOUR ARREST was explained why you are being arrested?

○ a.) Yes

○ b.) No

12- During his stay and registration in the Barracks, the police officers asked him about his health.

○ a.) Yes

○ b.) No

13- If you were injured, was immediate medical assistance provided?

○ a.) Yes

○ b.) No

14- Have you been arrested previously?

○ a.) Yes

○ b.) No

15- I am satisfied with the way in which police officers conduct themselves in general terms.

○ a.) Totally Dissatisfied

○ b.) Dissatisfied

○ c.) Somewhat satisfied

○ d.) Satisfied

○ e.) Very Satisfied

○ f.) I do not know, did not answer

16- During my arrest or registration, PRPB officers treated me with respect.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

17- PRPB officers are gentle when they deal with me.

○ a.) They are very unpleasant

○ b.) They are unpleasant

○ c.) Regular

○ d.) They are Gentiles

○ e.) They are very gentle

○ f.) I do not know, did not answer

18- PRPB officers are gentle when dealing with the general public

○ a.) They are very unpleasant

○ b.) They are unpleasant

○ c.) Regular

○ d.) They are gentle

○ e.) They are very gentle

○ f.) I do not know, did not answer


19- PRPB officers heard my version.


○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree ○ f.) I do not know, did not answer

20- I am satisfied with how I was treated by the PRPB


○ a.) Totally Dissatisfied

○ b.) Dissatisfied

○ c.) Partially Satisfied

○ d.) Satisfied

○ e.) Totally Satisfied

○ f.) I do not know, did not answer


21- Have you read about the Reform of the PRPB and know about it?


○ a.) In total ignorance

○ b.) I know little

○ c.) I know something

○ d.) I know a lot

○ e.) I am fully aware of the Reform.

○ f.) I do not know, did not answer

22- I generally trust the police.

○ a.) Nothing

○○ b.) Very little

○ c.) Regular

○ d.) A lot

○ e.) Very much

○ f.) I do not know, did not answer

23- In general terms I have confidence in the police.

○ a.) Nothing

○ b.) Very little

○ c.) Regular

○ d.) A lot

○ e.) Very much

○ f.) I do not know, did not answer

24- I believe that the Puerto Rico Police Bureau is highly competent.

○ a.) Strongly Disagree

○ b.) Disagree

○ c.) Partially Agree

○ d.) Agree

○ e.) Strongly Agree

○ f.) I do not know, did not answer

.............................................................

Questions about the Perceptions of Detainees about professionalism, community relations, and the respectful treatment of PRPB

25- How do you describe the professionalism of the PRPB

○ a.) Highly Incompetent

○ b.) Very Incompetent

○ c.) Somewhat Incompetent

○ d.) Very Professional

○ e) Highly Professional

○ f.) I do not know, did not answer

26-How do you describe the changes in PRPB professionalism in the last 3 years?

○ a.) Very Negative

○ b.) Something Negative

○ c.) Neither Negative nor Positive

○ d.) Somewhat Positive

○ e) Very Positive

○ f.) I do not know, did not answer

27- How do you describe the relationship between PRPB and your community?

○ a.) Terrible

○ b.) Bad

○ c.) Regular

○ d.) Good

○ e) Excellent

○ f.) I do not know, did not answer

28- Compared with three years ago, how do you describe PRPB relations with your community?

○ a.) Terrible

○ b. Deficient

○ c.) Regular

○ d.) Good

○ e) Excellent

○ f.) I do not know, did not answer

29- How do most of the PRPB officers you know treat the Dominican Community?

○ a.) Without respect

○ b.) Little respect

○ c.) Some treat us with respect and others do not. ○ d.) With respect

○ e) With great respect.

○ f.) I do not know, did not answer

30- How do most of the PRPB officers you know treat the Dominican Community in the last three years?

○ a.) Without respect

○ b.) Little respect

○ c.) Some treat us with respect and others do not. ○ d.) With respect

○ e) With great respect.

○ f.) I do not know, did not answer

............................................................

Questions about detainees' perception of how PRPB treats people of different ethnic groups and genders.

31-Does PRPB treat people of different ethnic / racial groups and people of different genders in the same way?

○ a.) Never

○ b. Hardly ever

○ c.) Sometimes

○ d.) Almost always

○ e) Always

32- In general terms, how do you evaluate the work PRPB is doing nowadays?

○ a.) Terrible

○ b. Deficient

○ c.) Regular

○ d.) Good

○ e) Excellent

○ f.) I do not know, did not answer

33- Compared with three years ago, do you think that PRPB has changed the quality of the work they do?

○ a.) Has not changed

○ b. Very little change

○ c.) Regular

○ d.) Quite a change

○ e) Very much change

○ f.) I do not know, did not answer

34- Were you given the opportunity to make a call (family member, lawyer, etc.)?

○ a.) Yes

○ b.) No