OFFICE OF THE FPMPR LLC.
B 5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

March 6, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for February, 2020:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $13,500.00 | February 2020 |
| Castellanos Group P.S.C. | $ 5,975.00 | February 2020 |
| P.D.C.M. Associates S.E. | $ 2,060.00 | February 2020 |
| The & Group LLC (Javier González) | $ 6,630.00 | February 2020 |
| Dr.David Levy | $10,100.00 | February 2020 |
| Viota & Associates CPA LLC | $.   800.00 | February 2020 |
| Donald S. Gosselin | $ 10,100.00 | February 2020 |
| Al Youngs | $ 10,100.00 | February 2020 |
| Rafael E. Ruiz | $ 10,100.00 | February 2020 |
| Scott Cragg | $  10,100.00 | February 2020 |
| Carpets Unlimited Dist. Corp. DBA | $ 2,352.56 | |
| Federico Hernández Denton | $ 1,462.50 | February 2020 |
| TOTAL: | $83,280.06 | February 2020 |

**P.D.C.M. Associates S.E.**
PO BOX 190858
SAN JUAN, PR 00919-0858

**Statement**

| | |
|---|---|
| **Account** | ctc t0000790 Office of FPMPR LLC |
| **Prop Name** | CARIBBEAN TOWERS CONDOMINIUM |
| **Assigned Spaces** | CTC-207 |

John Romer
Office of FPMPR LLC
2301 Pacific Ave.
Costa Mesa, CA 92627

| | |
|---|---|
| **Date** | 02/25/2020 |
| **Payment** | $ _____ |

Rent Charges (03/20)

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 3,917.42 |
| 03/01/2020 | Rent Charges (03/2020) | 2,060.00 | 0.00 | 5,977.42 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 3,120.00 | 2,857.42 | 0.00 | 0.00 | 5,977.42 |

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

February 1 through February 29, 2020

INVOICE # 069                                    **TOTAL DUE $ 13,500.00**
ACTING FEDERAL MONITOR
FEBRUARY 2020 INVOICE

The following is a detailed statement of the hours worked.
**Friday February 7, 2020 through Wednesday, February 12, 2020 site visit to Puerto Rico**
.
Saturday February 8th meeting with PRPB CICs at Police Headquarters. Meeting with Monitor
Team to discuss week's agenda
Sunday, February 9 meeting with Team for internal discussions relating to review of documents
requested/received re: Second Monitor Report. Review and finalize CMR-1 Report prior to
distribution to the Parties
Monday, February 10 meeting with the Parties to discuss Evaluation Plan and share a draft of
Evaluation Scheme. Discussion with Parties re: discussion on data received from PRPB relative
to CMR-2 and future request. Meeting with Honorable Judge Gelpi
Tuesday, February 11Meeting with Parties at PRPB Headquarters to discuss IT needs
assessment. Conducted site visit to San Juan Centro Mando.
Wednesday, February 12 Site Visits to Carolina Norte & Puerto Nuevo re: observe
implementation of IT Systems in the field. 253 meeting with the Parties.

   **40 Hours 00 Minutes**

Prepared CIC presentation 4hrs.
Generated, reviewed and responded to emails/texts (month of February) from the Parties,
Monitor Team, Court. 18 hrs.
Conference calls with the Monitor Team to discuss data request for CMR-2 and completion of
CMR-1 4 hrs.
Reviewed received data relating to use of force for CMR-2 report 9 hrs.
Reviewed additional data received relating to CMR-2 8 hrs.
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments
and conferring with Monitor's Office Administrative Director 16 hrs.
Prepared proposed Agenda for Monitor Team March site visit 4 hrs.


**63 Hours     00 Minutes**

**BILLABLE HOURS   83 HOURS  20 MINUTES AT RATE OF $150 PER
HOUR = $12,500**

Pro Bono     19 Hours      40 Minutes

**Expenses:**

| | |
|---|---|
| Airfare | $ 797.37 |
| Hotel | $ 1043.24 |
| Uber, Taxi | $ 107.07 |
| Meals | $ 1053.58 |

**Total Expenses $3,001.26**

**Reimbursable   $1,000**

(Pro Bono Expenses) $2001.26

**Total wages and Expense Reimbursement Due = $13,500**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                    _2/21/2020_
Signature                                                                    Date



**CASTELLANOS GROUP**
**P.S.C.**

# INVOICE

INVOICE NUMBER:  158
INVOICE DATE:  FEBRUARY 27, 2020

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304 Invoice
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-10-20 | Police Reform - Puerto Rico | Review and changes to Draft of Monitor's First Report | 5.00 | $175.00 | $875.00 |
| FEB-10-20 | Police Reform- Puerto Rico | Comm. with Javier González, comms. with Monitor Romero; meeting with Monitor Romero; meeting with the Court | 1.50 | $125.00 | $187.50 |
| FEB-11-20 | Police Reform - Puerto Rico | Review and changes to Draft, First Monitor's Report | 5.00 | $175.00 | $875.00 |
| FEB-11-20 | Police Reform- Puerto Rico | Review of comm. from Mr. Scott Cragg | 0.25 | $125.00 | $31.25 |
| FEB-12-20 | Police Reform- Puerto Rico | Review and changes to Monitor's First Report | 4.00 | $175.00 | $700.00 |
| FEB-13-20 | Police Reform - Puerto Rico | Further review and changes to Monitor's First Report | 7.00 | $175.00 | $1,225.00 |
| FEB-14-20 | Police Reform - Puerto Rico | Review and final changes to Monitor's First Report | 6.00 | $175.00 | $1,050.00 |
| FEB-15-20 | Police Reform - Puerto Rico | Comms with Monitor Romero; discussions with Javier Gonzalez,re; Draft changes; comms. with Hernández Denton Esq., re; Monitor's First Report | 5.00 | $175.00 | $875.00 |
| FEB-22-20 | Police Reform- Puerto Rico | Review of Comm from. Monitor Rimero, re: Evaluation Scheme | 0.25 | $125.00 | $31.25 |
| FEB-27-20 | Police Reform- Puerto Rico | Comms. With Monitor Romero; review of Court Order | 1.00 | $125.00 | $125.00 |
| | | Total hours for this invoice | 35.00 | | |
| | | Total amount of this invoice | | | $5,975.00 |

# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

PHONE: 7874731515   Theandgroup.net

# INVOICE

INVOICE NUMBER: 25
INVOICE DATE: FEBRUARY 27, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-07-20 | Administrative Director | Conference call with DOJ and PRPB. Work with Staff Invoices. | 4.00 | $85.00 | $340.00 |
| FEB-08-20 | Administrative Director | CIC Meeting at PRPB | 4.00 | $85.00 | $340.00 |
| FEB-09-20 | Administrative Director | Meeting with Monitor Team at Hotel. CMR 1 Report | 6.00 | $85.00 | $510.00 |
| FEB-10-20 | Administrative Director | Meetings at PRPB, Meeting with Judge Gelpí. | 10.00 | $85.00 | $850.00 |
| FEB-11-20 | Administrative Director | Meetings at PRPB, CMR 1 Report | 10.00 | $85.00 | $850.00 |
| FEB-12-20 | Administrative Director | Site visits to precincts in San Juan. CMR 1 Report | 6.00 | $85.00 | $510.00 |
| FEB-13-20 | Administrative Director | Arecibo CIT Visit | 5.00 | $85.00 | $425.00 |
| FEB-17-20 | Administrative Director | Review of Community Policing Documents, | 3.00 | $85.00 | $255.00 |
| FEB-18-20 | Administrative Director | Staff Conference Call, | 1.50 | $85.00 | $127.50 |
| FEB-19-20 | Administrative Director | Coordination of March Visit, | 2.50 | $85.00 | $212.50 |
| FEB-20-20 | Administrative Director | Office Follow Up, List of Equipments Needed for the FPM office | 3.00 | $85.00 | $255.00 |
| FEB-24-20 | Administrative Director | FPM Office follow up, Vehicle affidavit. | 4.00 | $85.00 | $340.00 |
| FEB-25-20 | Administrative Director | Vehicle affidavit to GSA, Staff Conference call. | 4.00 | $85.00 | $340.00 |
| FEB-26-20 | Administrative Director | Academy graduation coordination, Comunication with Academy officials. | 2.00 | $85.00 | $170.00 |
| FEB-27-20 | Administrative Director | Conference call, Office follow up. | 3.00 | $85.00 | $255.00 |
| FEB-27-20 | Administrative Director | Communications with Acting Monitor John Romero, review of emails and staff communications. | 10.00 | $85.00 | $850.00 |

INVOICE NUMBER: 25

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-27-20 | Administrative Director | I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as member of the Federal Monitor Team. I further certify that I have not received any income compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $6,630.00 |

MESSAGE

Javier B Gonzalez, February 27, 2020

Dr. David Levy
714 Wilkes Street
Alexandria, VA. 22314

February 1-21, 2020

INVOICE # 002                          **TOTAL DUE $10,100.00 USD**
February 2020 INVOICE

The following is a detailed statement of the hours worked.

### 1 FEB to 7 FEB 2020 (worked performed in CONUS)
- Develop evaluation scheme incorporating all methodology matrices
- Review and edit revised CRM-1 report, due Feb 15
  **23 hours total @ $150/hour = $3,450**

### 8 FEB 2020 to 11 FEB 2020 (Work performed in P.R.)
- Internal meetings with team
- Further revision of CMR-1 after team meetings
- Meet with parties at PRPB HQ to discuss evaluation scheme and document requests
- Meet with web developers
  **24 hours total @ $150/hour = $3,600**

### 12 FEB 2020 to 21 FEB 2020 in (Work performed in CONUS)
- Work on project management strategy for web site backend
- Final revision and edit for CRM-1 report, due Feb 15
- Further develop evaluation scheme incorporating all methodology matrices
  **15 hours total @ $150/hour = $2,250**

**TOTAL FEE:**            **62.00 Hours x $150/hour = $9,300USD**
**FEE WAIVED (PR):**      **1.33 Hours x $150/hour =  ($200.00 USD)**

**Net PR FEE PAYABLE:**   **$ 3,500.00**
**Net US FEE PAYABLE**    **$ 5,600.00**

**Total Net FEE PAYABLE   $ 9,100.00**

**Expenses:**

| | |
|---|---|
| Airfare | $ 438.00 |
| Hotel | $ 522.30 |
| Ground Transport | $  28.81 |
| M&IE (SJU) | $ 240.78 |
| | |
| Total Expenses | $ 1230.89 |
| | |
| **Reimbursable** | **$1,000.00** |
| | |
| Unreimbursed Expenses | $  230.89 |

# Total Fees and Expense Reimbursement Due = $10,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

February 23, 2020

_____                    _____

Signature                                                      Date

**Remittance Information**

**Capital One Bank**

**360 Checking Account**

Routing # 031176110

Account # 36063126043

# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

# Invoice

INVOICE NUMBER: 20200020
DATE: FEBRUARY 28, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-14-20 | CONSULTING FEES | CHECK PICKUP AT THE FEDERAL COURTHOUSE, DEPOSIT AT FIRSTBANK. | 3.00 | $100.00 | $300.00 |
| FEB-20-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS IN WEB CASH, PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF JANUARY 2020, PAID IN FEBRUARY 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| | | Total hours for this invoice | 8.00 | | |
| | | Total amount of this invoice | | | $800.00 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |

Donald S. Gosselin, Esq.
83 Bow Ridge Rd.
Lynn, MA. 01904

February 1, 2020 to February 27, 2020

INVOICE # 1128                          **TOTAL DUE $10,100.00 USD**
FEB 2020 INVOICE

The following is a detailed statement of the hours worked.
**Work performed in CONUS**
30 JAN 2020 to  27 FEB 2020
- Multiple teleconferences, emails and texts with Team Members
- Review multiple versions of agenda for January 2020 Trip
- Prepare logistics for January 2020 trip
- Review all data resulting from Request for Production of Documents
- Work with Data Expert to design random sampling module
- Teleconferences with DOJ & McV
- Follow on Requests for Production of Documents
**36 hours total @ $150 = $5,400.00**

**Work performed in P.R.**
7 FEB 2020 to 13 FEB 2020
- Travel from BOS to SJU arrival on 7 FEB in advance of SJU meetings.
- Community Representatives Assembly at PRPB HQ
- Internal Team Meetings
- Meetings with DOJ
- Multiple meetings with Website Designers/Hosters
- Status Hearing w/Court
- 13 FEB return to CONUS
**39 hours total @ $150 = $5,850.00**


TOTAL FEE:              75.00 Hours x $150 = $11,250.00 USD
FEE WAIVED (PR):        14.33 Hours x $150 =  $(2,150.00 USD)

Net PR FEE PAYABLE:     $ 3,700.00
Net US FEE PAYABLE      $ 5,400.00

**Total Net FEE PAYABLE   $ 9,100.00**

**Expenses:**

| | |
|---|---|
| Airfare | $ 303.00 |
| Hotel | $ 894.00 |
| Ground Transport | $ 142.00 |
| M&IE (SJU) | $ 559.00 |
| | |
| Total Expenses | $1,898.00 |
| | |
| **Reimbursable** | **$1,000.00** |
| | |
| Unreimbursed Expenses | $  898.00 |

## Total Fees and Expense Reimbursement Due = $10,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

27 February 2020

Signature                                             Date

**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2

Al Youngs
5552 W Lakeridge Rd
Lakewood, CO 80227

February 1 to February 29, 2020
Invoice #9
Member of Federal Monitor Team

The following is a detailed statement of the hours worked.

### Friday February 7, 2020 through Wednesday, February 12, 2020 site visit to Puerto Rico

Thursday February 6 and Friday February 7, 2020 Prepared for Monitor Team meeting
and meetings with the parties.
Saturday February 8 meeting with PRPB CICs at Police Headquarters. Meeting with Monitor Team to
discuss week's agenda.

Sunday February 9th thru Wednesday, February 12, 2020 - Meetings reference review of documents
which were requested from the PRPB and those that were received reference the 2nd Monitor report.
Reviewed and finalized CMR-1 report before distributing to the parties. Meetings with parties at PRPB
headquarters to discuss the IT needs assessment.  Site Visits to Carolina Norte & Puerto Nuevo to
observe implementation of IT Systems in the field. Conclusion of the week with the 253 meeting with
the Parties.

**Total Hours for the above 37 Hours.**

Reviewed and responded to emails and conference calls for the month of February
from members of the Monitor Team reference Methodology questions and format. 6
hours

Developed questions for Supervision and Management in English and Spanish for site visits.
Reviewed other Monitor requests for their respective Methodologies. 8 hours

Review of Washington County Model Policies and Generally Accepted Police Practices
involving Supervision and Management. 3 hours

Reviewed publication by PERF reference developing Sergeant and Supervisor positions
in Police Organizations. 2 hours

Reviewed revised duties and responsibilities of Windsor, Colorado Police Department
including Chief of Police and Command Staff. 2 hours

Reviewed final Monitor requests for PRPB after discussions reference the areas to be
monitored. 3 hours

Reviewed Sergeant training documents. 3 hours

Sent Community Policing PowerPoint and materials to Javier 3 hours

Reviewed and distributed to Monitors new report on handcuffing injured subjects and
CEW truths and myths. 1 hours

Reviewed bi-annual status report submitted by PRPB 2 hours

**First Line Training 135–146**
List of Supervisors MNPRR VASU 3081                                     2 Hours

**Documentation supervision training programs 143**
Sergeant to Captain Ranks                                               1 Hour

**Paragraphs 147–151**
147 (a) 400–410 Registry of Administrative Complaints
147 (a) EIS Documentation
147 (a) GO Chapter 400 Sec. 407 Early Intervention System             3 Hours

**Paragraph 148 (a) EIS Database Documentation**
EIS Data Dictionary v2.1-2019-08-14                                     3 Hours

**Paragraph 150 (A) Computerized Equipment Inventory**
Computer Inventory by Area and Headquarters                             2 Hours

**TOTAL HOURS:  78**

BILLABLE HOURS: 60 HOURS and 40 MINUTES AT RATE OF $150
PER HOUR = $9,100

PRO BONO 17 HOURS AND 20 MINUTES

Travel Expenses

- Airfare              $640.90
- Hotel                $1,057.44

**Total Expenses** Travel      **$1,698.34**

Reimbursement                  $1,000.00

(Pro Bono Expenses)            $698.34

TOTAL WAGES AND EXPENSE REIMBURSEMENT      $10,100

I hereby certify that the amount billed in this invoice is true and correct and
responds to the number of hours worked in my capacity as a Member of the Federal
Monitor Team. I further certify that I have not received any income, compensation,
or payment for services rendered under a regular employment or contractual
relationship with the Commonwealth, or any of its departments, municipalities or
agencies.

_____
Signature

02/27/2020
Date

**Rafael E. Ruiz**
12 Crestshire Dr.
Lawrence, MA 01843

# INVOICE # 2020-2

DATE: 02/29/20

TO: Federal Monitor- PRPB          For Service: Feb 1st – Feb 29th, 2020

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Site visit to PRPB: | | | |
| Saturday- CIC meeting, Monitor Team meeting | 8.5 hrs | $150/hr. | $1,275.00 |
| Sunday Monitor Team meeting | 2.5 hrs. | $150/hr. | $375.00 |
| Monday | 10 hrs. | $150/hr. | $1,500.00 |
| Tuesday | 9 hrs. | $150/hr. | $1,350.00 |
| Wednesday | 12.5 hrs. | $150/hr. | $1,875.00 |
| | | | |
| Feb 1 through Feb 29th: Work on CMR-02, review Of requested data, Policies and Procedures, prep data For analysis, Tel Conf's with Team, Parties, emails, Phone calls | 18.17 hrs. | $150/hr. | $2,725.00 |
| | | | |
| HOTEL, AIRLINE, AND MEALS EXPENSES | | | $1,000.00 |

## TOTAL BILLED                    $10,100.00

_Rafael E Ruiz_ _____  Date: FEB 29TH, 2020

Rafael E. Ruiz

**INVOICE 0060 FOR PROFESSIONAL SERVICES; FEB 1 – 26, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC,** 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   **Interim Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of Feb 2020 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work performed on-site in Puerto Rico | | 8 | 8-Feb | $1,200.00 |
| | | 9 | 9-Feb | $1,350.00 |
| | | 10 | 10-Feb | $1,500.00 |
| | | 9 | 11-Feb | $1,350.00 |
| | | 8 | 12-Feb | $1,200.00 |
| Net hours in PR | | 44.00 | | $6,600.00 |
| Communications & Coordination; telcons and emails to/from CT, PRPB, USDOJ. Subjects include; Policy submissions | 3.25 | | | $487.50 |
| Community Engagement Web Site requirements review | 0.25 | | | $37.50 |
| 6-month report - review, edit | 3.50 | | | $525.00 |
| Monitoring; On-Site planning and prep, interview approach and strategy, questions, logistics, analytics development, tracking matrices | 5.25 | | | $787.50 |
| Forensics - TCA Thumb drive Record Search | 2.25 | | | $337.50 |
| Monitor Team Teleconference | 1.75 | | | $262.50 |
| Review of data provided by PRPB | 0.75 | | | $112.50 |
| | | | | |
| Net Hours in US | 17.00 | | | $2,550.00 |
| | | | | |
| TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr. | | | 44.00 | $6,600.00 |
| TOTAL OF BILLABLE HOURS IN US @ $150/hr. | | | 17.00 | $2,550.00 |
| Subtotal - Labor | | | | $9,150.00 |
| Uncompensated Labor | | | | -$50.00 |
| Net Allowable Labor | | | | $9,100.00 |
| Airfare | | | | $318.55 |
| Hotel | | | | $855.50 |

1

| | | |
|---|---|---|
| Meals | | $206.48 |
| Cab fares/POV mileage/pkg | | $109.81 |
| Sub-total Expenses | | $1,490.34 |
| Uncompensated Expenses | | -$490.34 |
| Net Allowable Expenses | | $1,000.00 |
| Total Cost | | $10,640.34 |
| Allowable Fee | | $10,100.00 |

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Core Team

# CARPETS UNLIMITED DIST. CORP. DBA

CUADRADO ALFOMBRAS
PO BOX 361237
SAN JUAN, PR 00936-1237
PUERTO RICO

Voice:   787 250-8000
Fax:     787 250-9000

# INVOICE

Invoice Number:  25809
Invoice Date:    Feb 25, 2020
Page:            1

*Duplicate*

| Bill To: | Ship to: |
|----------|----------|
| FPMPR, LLC | FPMPR, LLC<br>EDIF MIRAMAR PLAZA<br>SUITE PISO 2 |

| Customer ID | Customer PO | Payment Terms | |
|-------------|-------------|---------------|--|
| FPMPR, LLC | | Prepaid | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| RAMON A. BONILLA | Company Delivery | | 2/25/20 |

| Quantity | Item | Description | Unit Price | Amount |
|----------|------|-------------|------------|--------|
| 79.92 | YARDAS | SITUATION NOCTURNE | 23.95 | 1,914.08 |
| 79.92 | INS | INSTALACION DE ALFOMBRAS | 2.00 | 159.84 |
| 2.00 | VARETAS | REGULAR METAL | 18.00 | 36.00 |

| | | |
|--|--|--|
| Subtotal | | 2,109.92 |
| Sales Tax | | 242.64 |
| Freight | | |
| Total Invoice Amount | | 2,352.56 |
| Payment/Credit Applied | | |
| **TOTAL** | | **2,352.56** |

Check/Credit Memo No:



# Federico Hernández D...

# INVOICE

f.hernandezdenton@gmail.com

| Invoice#: | 7 |
|---|---|
| Invoice Date: | 02/27/2020 |

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| **02/22/2020**<br>Preparation of email sent to John Romero concerning Use of Force information included in newsletter of Kilometro 0 and reading of new "Evaluation Scheme" sent by David Levy | 0h 30m | $150.00/h | $75.00 |
| **02/17/2020**<br>Preparation of email to the Judge and with Alfredo Castellanos | 0h 15m | $150.00/h | $37.50 |
| **02/17/2020**<br>Reading of newsletter of Kilómetro Cero and report and preparation of email to John Romero concerning the information included in the newsletter about the fatalities reported as a result of the use of force by PRPB | 0h 30m | $150.00/h | $75.00 |
| **02/16/2020**<br>Reading of draft CMR- Draft Report of Monitor sent to PRPB, DOJ, McV | 1h 30m | $150.00/h | $225.00 |
| **02/15/2020**<br>Conference calls with Alfredo Castellanos and John Romero regarding changes to draft of Monitor's Office Report | 2h 00m | $150.00/h | $300.00 |
| **02/15/2020**<br>Review and editing of Monitors Six Month Report | 3h 00m | $150.00/h | $450.00 |
| **02/12/2020**<br>Reading and analysis of Draft of First Monitor's Report | 2h 00m | $150.00/h | $300.00 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$1,462.50** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$1,462.50** |
| Paid: | **$0.00** |
| Balance Due: | **$1,462.50** |