# United States Court of Appeals
## For the First Circuit

No. 19-1923

IN RE: AMERICAN CIVIL LIBERTIES UNION FOUNDATION;
AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA,

Petitioners.

Before

Torruella, Lynch and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: March 12, 2020

The petition for a writ of mandamus or prohibition is <u>denied</u>. On October 25, 2019, this court unsealed the provisionally sealed filings in this matter; and on October 28, the district court similarly unsealed its August 12 and August 15 Restricted Orders. Exhibit 20 of the petition is the American Civil Liberties Union of Puerto Rico's "Informative Motion" of July 25, 2019 (later stricken from the district court's docket), which apparently prompted the district court to issue its Restricted Orders. In our view, a fair reading of these materials is the sufficient remedy for any reputational harm the petitioners may have suffered as a result of the Orders. Granting further relief would not necessarily redress their concerns with respect to the Minnesota litigation, and we decline to do so.

The Commonwealth respondents' motion for leave to file a sur-reply is <u>denied</u> as moot. Our disposition is without prejudice to a renewed petition in the event of a new case or controversy involving the Restricted Orders.

By the Court:

Maria R. Hamilton, Clerk

cc:
Honorable Gustavo A. Gelpi
Maria Antongiorgi Jordan, Clerk (D.P.R.)
Mariana E. Bauza Almonte
Tovah Calderon

Katherine Elmlinger Lamm
Arturo J. Garcia-Sola
Lizzie M. Portela
Maria A. Dominguez-Victoriano
Alejandro Jose Cepeda-Diaz
Gregorio Igartua-de la Rosa
Jorge Diaz-Castro
Linda A. Backiel
Hector A. Pereles-Velez
Jose Manuel Martinez-Chevres
Jennesa Calvo-Friedman
Alejandro Ortiz