**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>　　**Defendants.** | **CASE NO. 12-2039 (GAG)** |

**<u>ORDER</u>**

Effective this date, the Acting Monitor, John Romero, is effectively appointed Monitor (TCA).

**SO ORDERED.**

In San Juan, Puerto Rico this 19th day of March, 2020.

　　　　　　　　　　　　　　　　　　　　*s/ Gustavo A. Gelpí*
　　　　　　　　　　　　　　　　　　　　GUSTAVO A. GELPI
　　　　　　　　　　　　　　　　　　　　United States District Judge