# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | **CASE NO. 12-2039 (GAG)** |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Defendants.** | |

## MOTION SUBMITTING THE FIRST REPORT OF THE FEDERAL MONITOR FOR MARCH 2020

**TO THE HONORABLE COURT:**

    **NOW COMES,** the Undersigned as Constitutional and Legal Advisor on behalf of the Federal Monitor's Office ("TCA"), who respectfully informs the Court as follows:

    The Federal Monitor's Office (TCA) hereby submits its Compliance Status Report for the month of March 2020, which covers the period of October 2018 through June 2019. The aforementioned Report is attached to the present motion as Exhibit #1.

    **WHEREFORE,** the Undersigned, on behalf of the Federal Monitor's Office respectfully requests that the Court takes notice of the above for all relevant purposes.

    **RESPECTFULLY SUBMITTED**.

                              In San Juan, Puerto Rico,  this March 29, 2020

**Civil No. 12-2039 (GAG)**

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loiza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com

### NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal District Court, for the District of Puerto Rico
alfredo@cglawpr.com