IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>   Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO**, et al.,<br><br>   Defendants. | CIVIL NO. 12-2039 (GAG) |

**INFORMATIVE MOTION RE: COMPLIANCE WITH EMERGENCY ORDER, DKT. 1434**

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department ("PRPB"), by and through the undersigned counsel, and state as follows:

1. On March 19, 2020, the Court issued *Emergency Order Re: Communications with Monitor* (the "Order") (Dkt. 1434) ordering, among other things, that all PRPB personnel be instructed of the Order.

2. In compliance with the Order, on March 24, 2020, Commissioner Henry Escalera issued communication OS-1-1-62 notifying all PRPB Area Commanders, Assistant Commissioners, Directors of Bureaus and Offices of the Order, requiring from all strict compliance with the Order and warning that the failure to comply with the Order can result in sanctions. A copy of the Order (with a Spanish translation) was also provided. Communication OS-1-1-62, attachments, and list of personnel notified are joined herein as Exhibit A.

WHEREFORE, Defendants respectfully request that this Honorable Court take NOTICE of the above and deem Defendants in compliance with the Order.

CERTIFICATE OF SERVICE: It is hereby certified that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record which are CM/ECF system participants at their corresponding e-mail addresses and which, pursuant to Local Civil Rule 5.1(b)(2), constitutes the equivalent service.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of April, 2020.

**McCONNELL VALDÉS LLC**
**P.O. Box 364225**
**San Juan, Puerto Rico 00936-4225**
**Tel: (787) 250-5632**
**Fax: (787) 759-8282**

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com

*s/ Sonia M. López del Valle*
Sonia M. López del Valle
USDC-PR No. 231413
sld@mcvpr.com

*Counsel for Defendants*