**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

OS-1-1-62

24 de marzo de 2020

**COMISIONADOS AUXILIARES**
**COMANDANTES DE ÁREA**
**DIRECTORES DE NEGOCIADO Y OFICINAS**

**ORDEN DEL JUEZ FEDERAL GUSTAVO A. GELPI**
**(DOCKET 1434/19 DE MARZO DE 2020)**

El día 19 de marzo de 2020, el Juez Federal Gustavo A. Gelpí emitió una Orden promulgada a la luz de la emergencia nacional del Covid-19, ordenando al Departamento de Seguridad Pública y el Negociado de la Policía de Puerto Rico a no interrumpir la comunicación con el Monitor Federal Sr. John Romero. Por lo antes esbozado, se establecen las siguientes directrices:

Se instruye a todos los Comisionados Auxiliares, Comandantes de Área, Directores de Negociado y Oficinas a que responda sin dilación innecesaria y dentro de las fechas establecidas toda solicitud de documentos que haga la Oficina de Reforma relacionada con la obligación del Negociado de demostrar cumplimiento con el Acuerdo para la Reforma Sostenible en la Policía de Puerto Rico. De igual manera, deberán atender con prontitud toda solicitud especial que demuestre la forma y manera en que el Negociado de la Policía de Puerto Rico continúa garantizando los derechos civiles a la vez que maneja la emergencia del Covid-19.




P.O. BOX 70166 • SAN JUAN PR 00918-4140    787.793.1234
WWW.DSP.PR.GOV

Es responsabilidad de todos demostrar la implementación efectiva del Acuerdo que hasta el día de hoy se está llevando a cabo sobre todas las políticas que se han aprobado y circulado para mejorar los procesos de intervención e interacción con la comunidad.

La Directora de la Oficina de Reforma, Cnel. Clementina Vega Rosario 1-13603, elaborará un certifico para la firma de cada uno, la que firmarán de puño y letra, sin delegar la firma.

Obsérvese que al final de la Orden emitida por el Juez Gelpí hace una advertencia sobre la imposición de sanciones por incumplimiento a dicha Orden, De igual manera, el Negociado de la Policía de Puerto Rico referirá al proceso de investigaciones administrativas a cualquier empleado del Negociado de la Policía de Puerto Rico que incumpla con la directriz aquí impartida.

Su cumplimiento.

_____
**Henry Escalera Rivera**
Comisionado

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

## EMERGENCY ORDER RE: COMMUNICATIONS WITH MONITOR

In light of the COVID-19 national emergency, the following existing directive is hereby formally established in this case, consistent with those adopted by the undersigned in the two other consent decree cases before it. See United States v. Commonwealth of Puerto Rico et al., Civil No. 99-1435 (GAG-MEL) (Docket No. 2744); United States v. Commonwealth of Puerto Rico et al., Civil No. 94-2080 (GAG) (Docket No. 1473).

Accordingly, the Monitor and his staff shall continue to have direct access to communicate with all government officials deemed necessary in order to be continuously appraised of matters affecting the Agreement. This includes, but is not limited to the DSP Secretary and PRPB Commissioner or their designated staff member, and anyone down the chain of command. The communication may be as brief and informal as via text message, WhatsApp, email or similar means. It may also be via telephone, Skype or comparable videoconference services. And, when necessary, it may be in person or in the field. Such communications requesting information may take place without counsel for the parties being present or notified in advance. Of course, should any issue of concern arise, the Monitor will immediately notify counsel, as well as the undersigned.

Civil No. 12-2039 (GAG)

At this time, more than ever, it is incumbent for DSP and PRPB to have open communication channels with the Monitor, and vice-versa, 24/7. The role of the Monitor is that of oversight, reporting, consultation and advice, even during this great moment of crisis. As the former DSP Secretary and now Secretary of State, Hon. Elmer Roman, can ably attest the Monitor's continued presence and constant communication during the "Summer of 2019" events were of significant benefit to PRPB. To date, during this pandemic stage, such brief communications with the Monitor have quickly resolved important matters and allowed PRPB to move forth.

The undersigned District Judge and his Monitors are extremely sensitive and supportive of the Commonwealth with regards to the constitutionally mandated obligations it has accepted in the several consent decrees, including that for Police Reform. Having proudly served the Commonwealth government and represented its Police for four years (District Judge Gelpí), as well as being a member of the New York City Police for thirty years and Lawrence City Police as its Chief for another decade (Monitor Romero), the Commonwealth should have absolutely no doubt as to the professional commitment of both. Throughout this crisis, it is our utmost commitment to continue our unfaltering obligations in a way which allows the Commonwealth DSP and PRPB to continue constitutionally compliant policing.

The DSP Secretary and PRPB Commissioner shall accordingly instruct all Department and Bureau personnel of this order and so certify this to the Court. They shall also advise all personnel that failure to comply with this order can result in the corresponding sanctions of both Court and Commonwealth agencies.

**SO ORDERED.**

In San Juan, Puerto Rico this 19th of March, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge

EN EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
POR EL DISTRITO DE PUERTO RICO

NO CIVIL.12-2039

ORDEN DE EMERGENCIA RE: COMUNICACIONES CON MONITOR[1]

A la luz de la emergencia nacional COVID-19, presentamos formalmente la siguiente directriz en este caso, consistente con otras adoptadas por el que suscribe en los otros dos casos de decreto por consentimiento ante el Tribunal. Ver Estados Unidos v. Gobierno de Puerto Rico et al. Civil Núm. 99 -1435 (GAG MEL) (Docket No. 2744); Estados Unidos v Gobierno de Puerto Rico et al., Civil Núm. 94 - 2080 (GAG) (Docket No. 1473).

En consecuencia, el Monitor y su personal continuarán teniendo acceso directo para comunicarse con todos los funcionarios del gobierno que se consideren necesarios para estar continuamente enterados de asuntos que afectan el Acuerdo. Esto incluye, pero no se limita al Secretario del DSP y al Comisionado del NPPR o algún personal designado y cualquiera que esté dentro de la cadena de mando. La comunicación puede ser tan breve e informal como a través de mensaje de texto, WhatsApp, correo electrónico o medio similar. También puede ser a través del teléfono, Skype o algún tipo de sistema comparable con lo que es la video conferencia. Y, cuando sea necesario, podrá ser en persona o en las unidades de trabajo. Dichas comunicaciones solicitando información podrán realizarse sin que los abogados de las Partes estén presentes o sean notificados por adelantado. Por supuesto, de surgir alguna situación el Monitor notificará de inmediato a los abogados y también al abajo firmante.

---

[1] Traducción de Google, si tiene dudas refiérase a la versión en inglés.

ORDEN DE EMERGENCIA RE: COMUNICACIONES CON MONITOR

En este momento, más que nunca, corresponde al DSP y al NPPR mantener los canales de comunicación abiertos con el Monitor y viceversa 24/ 7. El rol del Monitor es el de supervisar, informar, consultar y aconsejar, incluso durante este gran momento de crisis. Como el antiguo Secretario del DSP y ahora Secretario de Estado, Hon. Elmer Román, puede atestiguar, la continúa y constante presencia del Monitor durante los eventos del "Verano de 2019" fueron de gran beneficio para el NPPR. Hasta la fecha, durante esta etapa de pandemia, las breves comunicaciones con el Monitor han resuelto rápidamente asuntos importantes y esto ha permitido al NPPR a avanzar.

El Juez de Distrito que suscribe y sus Monitores son extremadamente sensibles y apoyan al Gobierno de Puerto Rico con respecto a las obligaciones constitucionales que ha aceptado en los diversos decretos por consentimiento, incluyendo el de la Reforma de la Policía. Después de haber servido con orgullo al Gobierno de Puerto Rico y representado a su Policía durante estos cuatro años (Juez de Distrito Gelpí), además de ser miembro de la Policía de la ciudad de Nueva York durante treinta años y de la Policía de la Ciudad de Lawrence como su jefe durante otra década (Monitor Romero) el Gobierno de Puerto Rico no debe tener duda alguna sobre el compromiso profesional de ambos. A lo largo de esta crisis, es nuestro mayor compromiso continuar con nuestras obligaciones inquebrantables de una manera que permita al DSP y al NPPR continuar con los trabajos de la Policía conforme a la Constitución.

En consecuencia, el Secretario del DSP y el Comisionado del NPPR instruirán a todo el personal del Departamento y del Negociado sobre esta Orden y así deberán certificar al Tribunal. También deberán informar a todo el personal que el incumplimiento de esta Orden puede dar lugar a las sanciones correspondientes tanto de los tribunales como de las agencias del Gobierno de Puerto Rico.

Así se Ordena.

En San Juan, Puerto Rico a 19 de marzo de 2020.
s / Gustavo A. Gelpí
GUSTAVO A. GELPI
Juez de Distrito de los Estados Unidos



PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

**Comisionados Auxiliares, Comandantes Áreas, Directores de Negociado y Oficina**

*Comisionados Auxiliares*

Cor. Reinaldo Bermúdez Ortiz, Comisionado Asociado, Oficina del Comisionado

Cor. Francisco Rodríguez Ortiz, Comisionado Operacional, Oficina del Comisionado

Cor. Luis O. Colón Ortiz 1-12090 Comisionado Auxiliar en Operaciones de Campo

Cor. José L. Ramírez Ramos 1-14358 Comisionado Auxiliar en Responsabilidad Profesional

Tnte. Cor. Jorge Hernández Peña 2-7173 Comisionado Auxiliar Policía de Fortaleza

Tnte. Cor. Rolando Trinidad Hernández 2-21368 Comisionado Auxiliar en Investigación Criminal

Cor. Orlando Rivera Lebrón 1-13362 Comisionado Auxiliar en Educación y Adiestramiento

Sra. Alba Maldonado Colón Ayudante Especial, Superintendencia Auxiliar en Servicios Gerenciales

*Comandantes Áreas*

Tnte. Cnel. José García Díaz 2-13505, Comandante Área de San Juan

Tnte. Cnel. José Rosario Polanco 2-11720, Comandante Área de Arecibo

Tnte. Cnel. Carlos Cruz Burgos 2-21557, Comandante Área de Ponce

Tnte. Cnel. Juan Cáceres Méndez 2-12896, Comandante Área de Humacao

Tnte. Cnel. Roberto Rivera Miranda 2-13305, Comandante Área de Mayagüez

Tnte. Cnel. Manual De Jesús Treskow 2-16545, Comandante Área de Caguas

Tnte. Cnel. Israel Vázquez Rivera 2-5289, Comandante Área de Bayamón

Cnel. Antonio López Figueroa 1-14591, Comandante Área de Carolina

Tnte. Cnel. Jorge Luyando Pérez 2-13955, Comandante Área de Guayama

Tnte. Cnel. José M. Rodríguez Rivera 2-16751, Comandante Área de Aguadilla




Comandantes Auxiliares, Comandantes Áreas, Directores de Negociado y Oficina

Tnte. Cnel. Diana Crispín Reyes 2-16682, Comandante Área de Utuado

Cnel. Juan A. Rodríguez Dávila 1-7440, Comandante de Fajardo

Cmdte. Guillermo Rivera Rosario 3-16569, Comandante de Aibonito

*Negociados*

Tnte. Cnel. Felicita Coreano Rivera 2-17878, Directora Negociado de FURA

Insp. Gaby Pérez Cintrón 4-17028, Director Negociado Patrullas Carreteras

Cmdte. Iris J. Colón Santiago 3-14066, Directora Negociado de Relaciones con la Comunidad

Dr. Juan C. Rivera Vázquez, Directora Negociado de Tecnología y Comunicaciones

María T. Durán Quiñones, Directora Interna Negociado de Servicios Administrativos

*Oficinas*

Cor. Clementina Vega Rosario 1-13603, Directora Oficina de Reforma

Cmdte. Julio Marcano García 3-15964, Directora Oficina de Seguridad y Protección

Capt. Noel Méndez Rivera 5-21614, Director CRADIC

Axel Valencia Figueroa, Director Oficina de Prensa

Lcda. Katherine Cuevas Rosa, Directora Oficina de Asuntos Legales