IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

## MOTION FOR LEAVE TO FILE SPANISH LANGUAGE DOCUMENTS

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, by and through the undersigned counsel, and respectfully state and pray as follows:

1. On this date, Defendants filed an *Informative Motion Re: Compliance with Emergency Order Dkt. 1434* (the "Motion"), with an Exhibit A that contains several documents in Spanish. Accordingly, Defendants request leave to file the Exhibit A with Spanish language documents and thirty (30) days to file translated versions of said documents.

**WHEREFORE**, Defendants respectfully request that the Court take notice of the above, and grant (a) leave to file Exhibit A to the Motion with documents in Spanish and (b) an extension of time of thirty (30) days to submit the English translations.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 1st day of April, 2020.

By:

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/Lizzie M. Portela*
Lizzie M. Portela
USDC-PR No. 208401
lpf@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282