**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CASE NO. 12-2039 (GAG)

## ORDER REGARDING USE OF NATIONAL GUARD

The Court takes judicial notice that the Commonwealth as of Sunday will be employing National Guard members to oversee compliance with Governor Vazquez's COVID 19 Executive Orders.

The Court held on July 18. 2019, that in order to comply with the Reform Agreement any non-PRPB personnel assigned to work along or in lieu of PRPB personnel must at all times adhere to all conditions established in the Agreement. See Docket No. 1288. See also Paragraphs 286 and 289 of the Agreement; US Department of Justice Response (Docket No. 1289) at paragraph 6.

Accordingly, and due to the ongoing national emergency situation, the Court reaffirms its July 18, 2019 order and makes the same extensive to the National Guard, as well as any non-PRPB personnel that the Commonwealth may need to employ in order to protect the life, safety and property of its citizens.

The Commonwealth will, just as during the July 2019 state of emergency, maintain the Monitor appraised at all times of all matters involving use of non-PRPB personnel. The Monitor is also available, as he was then; to assist PRPB in any manner or capacity the Agreement so allows him.

**SO ORDERED.**

In San Juan, Puerto Rico this 3rd day of April, 2020.

                              *s/ Gustavo A. Gelpí*
                              GUSTAVO A. GELPI
                              United States District Judge