UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# ORDER

The Court hereby vacates its order at Docket No. 1339 relieving Special Master Dr. Alejandro Del Carmen. Accordingly, he resumes his role effective April 1, 2020.

The functions of the Special Master continue to be the same as before. He is an officer of the Court distinct from the Monitor. The scope of his work is set by the Court, and ultimately, he responds thereto. *See Order at Docket No. 1102 (describing role); see also Stipulation at Docket No. 1148.*

Dr. Del Carmen has previously been vetted by the parties. More so, upon notice of his present availability to resume work, the parties have begun to work with him.

The terms of his compensation and Special Master budget remain as originally agreed by the parties. Dr. Del Carmen shall inform the parties of his continued compliance with Paragraph 21 of the Stipulation at Docket 1148.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of April of 2020.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge