OFFICE OF THE FPMPR LLC.
B 5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

April 6, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for March, 2020:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $13,500.00 | March 2020 |
| Castellanos Group P.S.C. | $10,150.00 | March 2020 |
| P.D.C.M. Associates S.E. | $ 2,060.00 | March 2020 |
| The & Group LLC (Javier González) | $ 7,607.50 | March 2020 |
| Dr.David Levy | $ 9,100.00 | March 2020 |
| Viota & Associates CPA LLC | $.   700.00 | March 2020 |
| Donald S. Gosselin | $ 10,100.00 | March 2020 |
| Al Youngs | $ 10,100.00 | March 2020 |
| Rafael E. Ruiz | $ 10,075.00 | March 2020 |
| Scott Cragg | $ 10,100.00 | March 2020 |
|  |  |  |
| Federico Hernández Denton | $ 3,599.17 | March 2020 |
| TOTAL: | **$87,091.67** | March 2020 |