**INVOICE 0061 FOR PROFESSIONAL SERVICES; FEB 27 – MARCH 23, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the months of Feb/Mar 2020 is detailed as follows:

| Task Performed | US Hours | On-Site hours Puerto Rico | Dates of Service | Billable Amount |
|---|---|---|---|---|
| Work performed on-site in Puerto Rico | | 2.5 | 1-Mar | $375.00 |
| | | 10 | 2-Mar | $1,500.00 |
| | | 10 | 3-Mar | $1,500.00 |
| | | 8 | 4-Mar | $1,200.00 |
| Net hours in PR | | 30.50 | | $4,575.00 |
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ. Subjects include; Policy submissions, planning, issues | 7.25 | | | $1,087.50 |
| Monitoring - planning and prep, interview approach and strategy, questions, logistics, analytics development, tracking matrices, question development. Post visit follow up. | 4.75 | | | $712.50 |
| PRPB provided Document Review; EIS, 6 Month report response | 2.75 | | | $412.50 |
| Monitoring Teleconference(s): DOJ, McV, Monitors | 3.25 | | | $487.50 |
| 6 Month Report - Re-write and re-write with monitors, Review DoJ recommendations/comments, Use of Force, IT, After Action Reviews | 9.75 | | | $1,462.50 |
| Trip report (IT) follow up; synopsis dialog and actions for follow through | 2.00 | | | $300.00 |
| Review DoJ Materials | 0.75 | | | $112.50 |
| Net Hours US | 30.50 | | | $4,575.00 |
| | | | | |
| TOTAL BILLABLE HOURS IN PUERTO RICO @ $150/hr. | | 30.50 | | $4,575.00 |
| TOTAL OF BILLABLE HOURS IN US @ $150/hr. | | 30.50 | | $4,575.00 |
| Subtotal - Labor | | | | $9,150.00 |
| Uncompensated Labor | | | | -$50.00 |
| Net Allowable Labor | | | | $9,100.00 |

1

|  |  |  |
|---|---|---|
| Airfare |  | $435.00 |
| Hotel |  | $518.30 |
| Meals |  | $98.74 |
| Cab fares/POV mileage/pkg |  | $107.74 |
| Sub-total Expenses |  | $1,159.78 |
| Uncompensated Expenses |  | -$159.78 |
| Net Allowable Expenses |  | $1,000.00 |
| Total Cost |  | $10,309.78 |
| Allowable Fee |  | $10,100.00 |

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Core Team

# My Booking

You're all set to jet!

ITINERARY OPTIONS

## Confirmation code: DYYYYN

## Travelers

Mr. Scott Pomaialoha Cragg

| Flight | Ticket number | 2792145208470 | |
|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3363415311 * | |
| | | DCA → SJU | SJU → DCA |
| | Seat | 8E | 7E |
| | Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| Washington-National, DC (DCA) | San Juan, PR (SJU) | Flight 1347 | Fare: Blue |
| Sun Mar 1 2020, **8:00 AM** | Sun Mar 1 2020, **12:43 PM** | JetBlue | Nonstop |
| A320 | | | |
| San Juan, PR (SJU) | Washington-National, DC (DCA) | Flight 1348 | Fare: Blue |
| Wed Mar 4 2020, **7:02 PM** | Wed Mar 4 2020, **9:59 PM** | JetBlue | Nonstop |
| A320 | | | |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $377.00 | $58.00 | $435.00 | x 1 | $435.00 USD |

+ DCA - SJU: Blue fare rules

+ SJU - DCA: Blue fare rules

**Total fare:**   **$435.00 USD**

## Extras

+ Seats

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0406
Room Type: EKNG
No. of Guests: 1
Rate: $  145.00  Clerk: 8

Marriott Rewards #   797225828

CRS Number  74725982

Name:

Arrive:  03-01-20          Time:  12:08          Depart:  03-04-20          Folio Number: 638480

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-01-20 | Package | 145.00 | |
| 03-01-20 | Government Tax | 13.05 | |
| 03-01-20 | Hotel Fee | 13.05 | |
| 03-02-20 | Package | 145.00 | |
| 03-02-20 | Government Tax | 13.05 | |
| 03-02-20 | Hotel Fee | 13.05 | |
| 03-03-20 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 03-03-20 | Package | 145.00 | |
| 03-03-20 | Government Tax | 13.05 | |
| 03-03-20 | Hotel Fee | 13.05 | |
| 03-04-20 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 03-04-20 | Visa Card | | 519.30 |
| | Card #  XXXXXXXXXXXX6833 | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

Thank you Scott! Your airport parking has been booked and confirmed!

## Reservation Overview

### Reservation Details

**Reservation ID:** 7364455
**Reservation Made By:** Scott Cragg
**Reservation Status:** Open

We have sent you a copy of this transaction to the email provided on checkout

### Parking Lot Details



**Courtyard Crystal City/Reagan National Airport**
2899 Richmond Highway, Arlington, VA, US, 22202
Get Directions
703-549-3434

### Your Parking Details

Person Parking: scott cragg
Check-in: 03/01/2020 06:30 AM
Check-out: 03/04/2020 11:00 PM
Parking Duration: 4 Days of parking
Parking Type: Self Indoor

## Payment Breakdown

| | |
|---|---:|
| Parking Price (4 Days of parking) | $36.00 |
| Lot Taxes & Fees* | $3.60 |
| Service Fee | $5.99 |
| Discount | -$5.00 |
| **Total** | **$40.59** |
| **You Paid** | **$40.59** |

Your credit card ending in 6833 was charged $40.59 USD for this transaction.

**Remaining Due at Parking Lot**   $0.00

*Lot Taxes & Fees Include the Following
Airport Access Fee            $3.60

---

You can present an electronic copy of this receipt at the parking lot

## For Parking Lot Use Only

### Payment Summary

Amount Paid with Card ending in (6833)
$0.00 Remaining Balance Due
$9.00 Guaranteed Daily Rate

### Cashier Instructions

Cashier: This is a pre-paid reservation. If the customer's length of stay matches the itinerary above, there is no charge to the customer.



**ATH - A TODA HORA**

```
SOGO MIRAMAR
659 AVE PONCE DE LEON
SAN JUAN
DATE          TIME          HOST
Mar 03,20     20:15:11      ATH
BATCH         TERMINAL ID   MERCHANT ID
000104        7147U905      7147444502516

              SALE

AMEX          ***********3007 (C)

AUTH. CODE: 801188    INVOICE: 003691
                      TRACE   :005813

AMOUNT 1: $                    27.00
AMOUNT 2: $                    61.00
STATE TAX:      $               2.84
REDUCED STATE TAX:$             3.66
MUNICIPAL TAX:  $               0.88

SUBTOTAL: $                    95.38
                              20w
TIP :                  A  125.38
TOTAL :

CONTROL:  45CFP-69CGN
ET

SIGNATURE: X_____

AMERICAN EXPRESS
AID: A000000025010901 AC: C1F30FBABE4FE579
UN: E974D892 TVR: 0000003000 TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
         AGREEMENT WITH THE ISSUER

           CUSTOMER COPY
        Gracias por su patrocinio
```

```
          SOGO MIRAMAR
     AVE. PONCE DE LEON # 659
        SAN JUAN, PR 00907
          (787) 724-0222

Server: tony              Station: 1

Order #: 22160            Dine In
Table: D4                 Guests: 2

1 SEAFOOD SOUP                  9.00
1 CH. TERIYAKI                 15.75
1 TRADIT. PEPPER STEAK         16.75
  > mas salsa
1 CHICKEN NOODLES              13.50
1 Diet Coke                     2.00
1 Coca Cola                     2.00
1 Coca Cola                     2.00

Bar Subtotal:                   0.00
Food Subtotal:                 61.00
CITY TAX 1%:                    0.61
IVU FOOD 6%:                    3.66
IVU TAX 10.5%:                  0.00
                            ========
TOTAL:                        $65.27

        >> Ticket #: 29 <<
         3/3/2020 7:28:20 PM
****************************************
PROPINA SUGERIDA NO INCLUIDA

EL 15% DE SU ORDEN = $9.15
EL 18% DE SU ORDEN = $10.98
EL 20% DE SU ORDEN = $12.20
```

```
          SOGO MIRAMAR
     AVE. PONCE DE LEON # 659
        SAN JUAN, PR 00907
          (787) 724-0222

 : tony                   Station: 1

 #: 22107                 Dine In
  D4                      Guests: 2

  Cola                          2.00
  SPRITE                        2.00
 IT. PEPPER STEAK              16.75
 s salsa
  STEAM RICE                    1.75
  FUJIYAMA                     16.50
 le d3
  Cola                          2.00

 btotal:                        0.00
 ubtotal:                      41.00
 AX 1%:                         0.41
 OD 6%:                         2.46
 X 10.5%:                       0.00
                            ========
                              $43.87
```

```
          SOGO MIRAMAR
     AVE. PONCE DE LEON # 659
        SAN JUAN, PR 00907
          (787) 724-0222

Server: tony              Station: 1

Order #: 22163            Dine In
Table: D4

1 RM CHARDONNAY CP              6.75
1 RM CHARDONNAY CP              6.75
1 RM CHARDONNAY CP              6.75
1 RM CHARDONNAY CP              6.75

Bar Subtotal:                  27.00
Food Subtotal:                  0.00
CITY TAX 1%:                    0.27
IVU FOOD 6%:                    0.00
IVU TAX 10.5%:                  2.84
                            ========
TOTAL:                        $30.11

        >> Ticket #: 32 <<
         3/3/2020 7:58:27 PM
****************************************
PROPINA SUGERIDA NO INCLUIDA

EL 15% DE SU ORDEN = $4.05
EL 18% DE SU ORDEN = $4.86
EL 20% DE SU ORDEN = $5.40
****************************************
```

```
Thank you for shopping at
COOPERATIVA DE SERVICIOS
Custo 00-0000000
CASH SALES
MEN  DE ALMUERZO , 2 COMP
  1.000     4.490      6.49

              ATH
       Net Trans:     6.49
       Discount:      0.00
       SubTotal:      6.49
       State Tax:     0.39
       City Tax:      0.06
   Tot Sales Tax:     0.45
      Trans Total:    6.94

    Amt Tendered:     6.94
     Change Due:      0.00
```

```
Thank you for shopping at
COOPERATIVA DE SERVICIOS
Custo 00-0000000
CASH SALES
PAPAS FRITAS
  1.000     1.750      1.75
JAMON Y QUESO
  1.000     2.200      2.20

      ***** VENTA CASH *****
       Net Trans:     3.95
       Discount:      0.00
       SubTotal:      3.95
       State Tax:     0.24
       City Tax:      0.04
   Tot Sales Tax:     0.28
      Trans Total:    4.23

    Amt Tendered:     4.23
     Change Due:      0.00
```

```
              LOS PINOS
          655 PONCE DE LEON
       SAN JUAN, PUERTO RICO  00901
            ph (787) 722-6862

           Gracias por su visita

           TABLE: 43 - 1 Guest
           Su Mecera (o) fue Yahaira
           3/2/2020  8:50:12 PM
           Sequence #: 0000172
              ID #: 0233907

 ITEM                          QTY    PRICE
 CHURRASCO 16 OZ                 1   $21.95
 ALITAS PLATO                    1   $10.95
 ARROZ Y HABICHUELAS     (2@$4.25)    $8.50
 AGUACATE SIDE                   1    $2.00
 REFRESCO LATA           (2@$1.75)    $3.50
                   Subtotal          $46.90
                   REDUCE TAX 6%      $2.82
                   MUNICIPAL TX 1 %   $0.47

                   Grand Total       $50.19

 Credit Purchase
 Name       :RUIZ/RAFAEL
 CC Type    :MasterCard
 CC Num     :xxxx xxxx xxxx 4795
 Reference  :948196
 Approval   :39400Z
 Server     :Yahaira
 Ticket Name:43

       Payment Amount:           $50.19
       Tip:                      $10.00
       Total:                    $ C.L.19

 CUSTOMER COPY
 I agree to pay the amount shown above.

           Le esperamos pronto

           Suggested tip on $46.90
       20%         18%          15%
      $9.38       $8.44        $7.04
```

```
              LOS PINOS
          655 PONCE DE LEON
       SAN JUAN, PUERTO RICO  00901
            ph (787) 722-6862

           Gracias por su visita

           43:2 - TABLE: 43 - 1 Guest
           Su Mecera (o) fue Yahaira
           3/2/2020  8:50:35 PM
           Sequence #: 0000188
              ID #: 0233921

 ITEM                          QTY    PRICE
 Cavit / Pinot Grigio COP (4@$6.00)  $24.00
                   Subtotal          $24.00
                   MUNICIPAL TX 1 %   $0.24
                   STATE TX 10.5 %    $2.52

                   Grand Total       $26.76

 Credit Purchase
 Name       :RUIZ/RAFAEL
 CC Type    :MasterCard
 CC Num     :xxxx xxxx xxxx 4795
 Reference  :948203
 Approval   :23241Z
 Server     :Yahaira
 Ticket Name:43:2

       Payment Amount:           $26.76
       Tip:                      $5.00
       Total:                    $31.76

 CUSTOMER COPY
 I agree to pay the amount shown above.

           Le esperamos pronto

           Suggested tip on $24.00
       20%         18%          15%
      $4.80       $4.32        $3.60

           Su Opinion es Importante
```