# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

PHONE: 7874731515    Theandgroup.net

# INVOICE

INVOICE NUMBER: 27
INVOICE DATE: MARCH 30, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-01-20 | Administrative Director | Meeting with Monitor Romero and USDOJ, Communication with Monitor Romero | 1.50 | $85.00 | $127.50 |
| MAR-02-20 | Administrative Director | Visit to Byamón and SWAT to review documents. | 8.00 | $85.00 | $680.00 |
| MAR-04-20 | Administrative Director | Communications with Monitor Romero, Review of emails sent by PRPB and USDOJ (253 Meeting Agenda), Review of staff communications.Communications with Counselor Castellanos. | 2.00 | $85.00 | $170.00 |
| MAR-05-20 | Administrative Director | Police Academy Graduation, 253 Meeting, Meeting with Monitor Romero | 10.00 | $85.00 | $850.00 |
| MAR-06-20 | Administrative Director | Review of Documents and emails sent by Staff, Work with Invoices. Communications with Monitor. | 3.50 | $85.00 | $297.50 |
| MAR-09-20 | Administrative Director | Coordination of staff visit, review of various staff communications, USDOJ CMR 1 Comments, Communications with Monitor, review of emails. Communication with Counselor Castellanos. | 4.00 | $85.00 | $340.00 |
| MAR-10-20 | Administrative Director | Review of PRPB CMR 1 Comments, Communications with Monitor Romero, Review of emails, Meeting with Counselor Castellanos. | 4.00 | $85.00 | $340.00 |
| MAR-11-20 | Administrative Director | Office Follow Up, Communications with Monitor Romero, Review of emails, meeting with Counselor Castellanos. | 3.00 | $85.00 | $255.00 |
| MAR-12-20 | Administrative Director | Pick up Check, Budget Discussion with Monitor. Interview possible Administrative Assistant. Review of Emails, Communication with Counselor Castellanos. | 4.50 | $85.00 | $382.50 |
| MAR-13-20 | Administrative Director | Office Insurance, work with FPM communications (COVID-19). Conference call with Monitor Romero, Review of Emails, Communications with Counselor Castellanos. | 4.50 | $85.00 | $382.50 |
| MAR-14-20 | Administrative Director | Various communications with Monitor Romero and staff regarding COVID-19, Communications with Counselor Castellanos, review of emails. | 3.50 | $85.00 | $297.50 |

INVOICE NUMBER: 27

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-16-20 | Administrative Director | Review of CMR-1 Comments, Staff Conference Call. Communications with Counselor Castellanos, Communications with Monitor, review of emails. | 4.50 | $85.00 | $382.50 |
| MAR-17-20 | Administrative Director | 2019-2020 Budget Assessment. Communications with Counselor Castellanos,, Communications with Monitor, review of emails. | 4.50 | $85.00 | $382.50 |
| MAR-18-20 | Administrative Director | Conference call with Mr. Castellanos and Monitor Romero, Draft of FPM Communication., Communications with Monitor, review of emails. | 3.50 | $85.00 | $297.50 |
| MAR-19-20 | Administrative Director | Conference call with USDOJ and PRPB, FPM request of information (COVID-19). Communications with Counselor Castellanos, Communications with Monitor, review of emails. | 4.00 | $85.00 | $340.00 |
| MAR-20-20 | Administrative Director | Review CMR -1 Draft sent to Legal Advisors for review and discussion. Communications with Counselor Castellanos. Communications with Monitor, review of emails. | 3.50 | $85.00 | $297.50 |
| MAR-23-20 | Administrative Director | Staff Conference Call, Communications with Mr. Castellanos., Communications with Monitor, review of emails. | 4.50 | $85.00 | $382.50 |
| MAR-24-20 | Administrative Director | Various Communications with Monitor Romero, review of emails. | 2.00 | $85.00 | $170.00 |
| MAR-25-20 | Administrative Director | Send Website information, Communication with Counselor Castellanos,, Communications with Monitor, review of emails. | 4.00 | $85.00 | $340.00 |
| MAR-26-20 | Administrative Director | Conference call with USDOJ and PRPB, Communications with Counselor Castellanos, Communications with Monitor, review of emails. | 5.00 | $85.00 | $425.00 |
| MAR-27-20 | Administrative Director | Communications with Counselor Castellanos, Communications with Monitor, review of emails. | 2.50 | $85.00 | $212.50 |
| MAR-30-20 | Administrative Director | Staff Conference Call, Review of emails, Communications with Monitor Romero | 3.00 | $85.00 | $255.00 |
| MAR-30-20 | Administrative Director | I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as member of the Federal Monitor Team. I further certify that I have not received any income compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $7,607.50 |

INVOICE NUMBER: 27

MESSAGE

Javier B Gonzalez, March 30, 2020