

# INVOICE

INVOICE NUMBER:  159
INVOICE DATE:  MARCH 29, 2020

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| MAR-02-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review of comm. from Hernandez Denton Esq.; comm. with Hernández Denton Esq. | 0.50 | $175.00 | $87.50 |
| MAR-04-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review of comm. from Saucedo Esq.; re: USDOJ comments, suggestions and recommendations to Monitor's First Report; comm.s with Hernández Denton Esq.; comm. with Javier Gonzalez | 3.00 | $175.00 | $525.00 |
| MAR-05-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comms. with Hernández Denton Esq.; discussion of several pending matters | 0.50 | $175.00 | $87.50 |
| MAR-09-20 | Police Reform - Puerto Rico- Approved by the Court rate | Discussion with Hernandez Denton Esq., re; several pending matters discussions; follow up; comms. with Javier Gonzalez | 2.50 | $175.00 | $437.50 |
| MAR-10-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference call with Monitor Romero; communications and discussions with Hernández Denton Esq;, re; discussion of several matters; meeting with Javier Gonzalez | 3.50 | $175.00 | $612.50 |
| MAR-11-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference call with Monitor Romero; meeting with Javier González | 2.00 | $175.00 | $350.00 |
| MAR-12-20 | Police Reform - Puerto Rico- Approved by the Court rate | Several comms. with Monitor Romero, comm. with Hernandez Denton Esq;; comm. with Javier Gonzalez | 2.00 | $175.00 | $350.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-13-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference calls with Monitor Romero; comm. with the Court in compliance with standard TCA requirements; conference calls with Javier Gonzalez; attention of coronavirus related matters; review of comm. from David Levy, re; PRPB comments and recommendations on Monitor's First Report | 3.50 | $175.00 | $612.50 |
| MAR-14-20 | Police Reform - Puerto Rico- Approved by the Court rate | Several conference calls and discussions with Monitor Romero; conference calls with Javier Gonzalez; conference call with Hernández Denton Esq;, comm. with the Court in compliance with standard TCA requirements; attention of pending matters related to Coronavirus; Privilege Memo to the Court; review of comm. from Scott Cragg | 4.50 | $175.00 | $787.50 |
| MAR-15-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comms. with Monitor Romero; conference calls and discussions with Javier González, comm. with Hernández Denton Esq; comm. with the Court in compliance with standard TCA Requirements | 4.00 | $175.00 | $700.00 |
| MAR-16-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference calls and discussions with Monitor Romero; conference call with Javier González; comm. with the Court in compliance with standard TCA requirements; coordination of Coronavirus related matters; meeting with the Court; analysis and discussion of suggestions from USDOJ and PRPB to Monitor's First Report | 4.00 | $175.00 | $700.00 |
| MAR-17-20 | Police Reform - Puerto Rico- Approved by the Court rate | Several conference calls with Javier González; comms. with Monitor Romero | 1.50 | $175.00 | $262.50 |
| MAR-18-20 | Police Reform - Puerto Rico- Approved by the Court rate | Several conference calls with Monitor Romero; conference call with Hdez Denton Esq., conference call with Javier González; Privilege Memo to the Court; attention of all related matters regarding Coronavirus; review of comm. from David Levy, re; Suggestions and Recommendations to Monitor's First Report | 5.00 | $175.00 | $875.00 |
| MAR-19-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference calls with Monitor Romero; conference calls with Javier Gonzalez; comm. with the Court; comm. with Hdez Denton Esq. | 3.00 | $175.00 | $525.00 |
| MAR-20-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review of Suggestions and comments of the parties to the Monitors First Report; discussions; comm. with Javier Gonzalez | 3.00 | $175.00 | $525.00 |
| MAR-22-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review, analysis and changes to Monitor's First Report | 3.00 | $175.00 | $525.00 |
| MAR-23-20 | Police Reform - Puerto Rico- Approved by the Court rate | Preparation for conference call; conference call with Monitor Romero; comm.s with Javier Gonzalez | 3.00 | $175.00 | $525.00 |

INVOICE NUMBER: 159

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-25-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comms. with Javier Gonzalez; conference call with Monitor Romero | 1.00 | $175.00 | $175.00 |
| MAR-26-20 | Police Reform - Puerto Rico- Approved by the Court rate | Preparation for conference call; conference call with Monitor Romero; comms. with Javier Gonzalez | 4.00 | $175.00 | $700.00 |
| MAR-27-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review and final changes to Monitor's First Report; discussions with Javier González; comm. with Hernandez Denton Esq. | 2.00 | $175.00 | $350.00 |
| MAR-28-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comms. with David Levy; review of incorporation of changes to Monitor's First Report; conference call with Hernandez Denton Esq. | 2.00 | $175.00 | $350.00 |
| MAR-29-20 | Police Reform - Puerto Rico- Approved by the Court rate | Filing of Monitor's First Report | 0.50 | $175.00 | $87.50 |
| | | Total hours for this invoice | 58.00 | | |
| | | Total amount of this invoice | | | $10,150.00 |