# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200037
DATE: MARCH 30, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-28-20 | CONSULTING FEES | Meeting with Javier Gonzalez to discuss preliminary budget draft for 2019-20 prepared by the former monitor office, the new budget and the rental agreement. | 1.00 | $100.00 | $100.00 |
| MAR-13-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS IN WEB CASH, PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF FEBRUARY 2020, PAID IN MARCH 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| MAR-13-20 | CONSULTING FEES | CHECK PICKUP, DEPOSIT AT FIRSTBANK. | 1.00 | $100.00 | $100.00 |
| | | Total hours for this invoice | 7.00 | | |
| | | Total amount of this invoice | | | $700.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)