

# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

Invoice#:  11
Invoice Date:  03/30/2020

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 03/29/2020<br>Reading and review of Final Verion of Monitor's Report of June 2019 | 2h 30m | $175.00/h | $437.50 |
| 03/27/2020<br>Review of final draft of Monitor's First Report | 1h 30m | $175.00/h | $262.50 |
| 03/26/2020<br>Conference call of the parties and the Monitor's Team | 1h 00m | $175.00/h | $175.00 |
| 03/23/2020<br>Conference call with Federal Monitor and team about the draft report and information requested during the emergency of COVID-19 | 1h 15m | $175.00/h | $218.75 |
| 03/23/2020<br>Review of Draft in preparation for conference call with Federal Monitor | 1h 30m | $175.00/h | $262.50 |
| 03/19/2020<br>Conference call with Alfredo Castellanos to review conference call with parties | 0h 15m | $175.00/h | $43.75 |
| 03/19/2020<br>Conference call of Federal Monitor and team with Arturo García and Luis Saucedo | 1h 00m | $175.00/h | $175.00 |
| 03/19/2020<br>Review of information sent by Luis Saucedo to Monitor and PRPB and of emails from Arturo García, Lus Saucedo and Monitor | 4h 34m | $175.00/h | $799.17 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 03/18/2020 | Comference calls with Alfredo Castellanos and John Romero regarding PRPB's role in the COVID-19 Executive Order of the Governor and reading of information probided by Luis Saucedo | 1h 00m | $175.00/h | $175.00 |
| 03/16/2020 | Reading and analysis of DOJ and PRDOJ's comments to draft report and recommendations from David Levy and core team | 2h 00m | $175.00/h | $350.00 |
| 03/16/2020 | Reading and analysis of Executive Order of the Governos and conference call with John Romero about the applicationbof consent decree during the "lockdown" decreed by Executive Order | 1h 30m | $175.00/h | $262.50 |
| 03/09/2020 | Review of file of Mari Mari Narvaez letter to Montior, reply from Saucedo and preparation of final draft of reply from the Monitor | 1h 00m | $175.00/h | $175.00 |
| 03/05/2020 | Reading of email sent by Ms. Narvaez and Revision of draft of reply from the Monitor and conference call with Attorney Castellanos | 0h 30m | $175.00/h | $87.50 |
| 03/02/2020 | Reading and dorwarding of email from Mari Mari Narvaez about the PRPB use of force report and reading of the enclosed documents. Conference call with John Ronero about proper response to the communication from Mamari Mari Narvaez. Exchange of communications with Alfredo Castellano. | 1h 00m | $175.00/h | $175.00 |

**Terms & Note:**
Thanks for your business.

| | |
|---|---|
| Sub Total: | **$3,599.17** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$3,599.17** |
| Paid: | **$0.00** |
| **Balance Due:** | **$3,599.17** |