Dr. David Levy
714 Wilkes Street
Alexandria, VA. 22314

March 1-15, 2020

INVOICE # 003                               **TOTAL DUE $9,100.00 USD**
March 2020 INVOICE

The following is a detailed statement of the hours worked.

**1 MAR to 28 FEB 2020 (worked performed in CONUS)**
- Develop a comprehensive sampling strategy for the evaluation scheme
- Produce a concept memo to the Parties presenting the sampling strategy
- Conference calls and coordination with Monitoring Team
- Final revisions to CMR-1 based on comments from the Parties
- Implement the sampling strategy for key data sources for CMR-2
  **61 hours total @ $150/hour = $9150**

**TOTAL FEE:**              61.00 Hours x $150/hour = $9,150USD
**FEE WAIVED (PR):**        .33 Hours x $150/hour =   ($50.00 USD)

## Total Fees and Expense Reimbursement Due = $9,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

_____                                March 15, 2020
                                                         _____
Signature                                                Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043