Donald S. Gosselin, Esq.
83 Bow Ridge Rd.
Lynn, MA. 01904

March 1, 2020 to March 27, 2020

INVOICE # 1130                               **TOTAL DUE $10,100.00 USD**
MAR 2020 INVOICE

The following is a detailed statement of the hours worked.

**Work performed in CONUS**
28 FEB 2020 to 27 MAR 2020
- Multiple teleconferences, emails and texts with Team Members
- Teleconference with all parties
- Review multiple versions of agenda for March 2020 Trip
- Prepare logistics for March 2020 trip
- Review all data resulting from Request for Production of Documents
- Prepare template for field research
- Follow on Requests for Production of Documents
- Prepare written draft report on March 2020 findings
- Communication/coordination with Korber Inc.

**40 hours total @ $150 = $6,000.00**

**Work performed in P.R.**
10 MAR 2020 to 13 MAR 2020
- Travel from BOS to SJU arrival on 10 MAR.
- Review 39 SARP Internal Affairs Cases using template
- Debrief with Commander George

**32 hours total @ $150 = $4,800.00**


TOTAL FEE:              72.00 Hours x $150 = $10,800.00 USD
FEE WAIVED (PR):        11.33 Hours x $150 =  $(1,700.00 USD)

Net PR FEE PAYABLE:     $ 3,100.00
Net US FEE PAYABLE      $ 6,000.00

**Total Net FEE PAYABLE     $ 9,100.00**

**Expenses:**

| | |
|---|---|
| Airfare | $ 483.00 |
| Hotel | $ 522.00 |
| Ground Transport | $  94.00 |
| M&IE (SJU) | $ 287.00 |
| | |
| Total Expenses | $1,386.00 |
| | |
| **Reimbursable** | **$1,000.00** |
| | |
| Unreimbursed Expenses | $  386.00 |

## Total Fees and Expense Reimbursement Due = $10,100.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                                      27 March 2020
Signature                                                                            _____
                                                                                            Date

**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2