Al Youngs
5552 W Lakeridge Rd
Lakewood, CO 80227

March 1 to March 31, 2020
Invoice #10
Member of Federal Monitor Team

The following is a detailed statement of the hours worked.

**Monday March 32 2020 through Thursday March5 2020 site visit to Puerto Rico**

Saturday February 29, 2020 through March 1, 2020 Prepared for Monitor Team
meeting and meetings with the parties.

Monday March 2, 2020 through Thursday March 5, 2020 Site visit Bayamon Police Area CIC and
Metro Drug Unit (Search and Arrest Warrants). Site visit Bayamon Oeste/Santurce Districts and San
Juan CIC. Sit visit Carolina Area CIC/Rio Piedras/Police Academy. PRPD Police Academy
Graduation.

**Total Hours for the above 37 Hours.**

Reviewed and responded to emails and conference calls for the month of March
from members of the Monitor Team reference Methodology questions and format.
7 hours

Developed questions for Supervision and Management in English and Spanish for site visits.
Reviewed other Monitor requests for their respective Methodologies such as Search and
Seizure. 8 hours

Reviewed publication by PERF reference developing Sergeant and Supervisor positions
in Police Organizations. Recommend reading list for Sergeant's position. 2 hours

Reviewed final Monitor requests for PRPB after discussions reference the areas to be
monitored. 3 hours

Reviewed Sergeant's training documents and curriculum.. 3 hours

Sent Community Policing materials to Javier 2 hours

Reviewed bi-annual status report submitted by PRPB and V2A document 3 hours

Researched, attended meetings, and provided information to team members, DOJ and PRPB
concerning COVID-19 and law enforcement response.   9 hours

**First Line Training 135–146**
List of Supervisors MNPRR VASU 3081                                    2 Hours

**Documentation supervision training programs 143**
Sergeant to Captain Ranks                                             1 Hour

**Paragraphs 147–151**

147 (a) 400-410 Registry of Administrative Complaints
147 (a) EIS Documentation
147 (a) GO Chapter 400 Sec. 407 Early Intervention System          3 Hours

**Paragraph 148 (a) EIS Database Documentation**
EIS Data Dictionary v2.1-2019-08-14                               3 Hours

**Paragraph 150 (A) Computerized Equipment Inventory**
Computer Inventory by Area and Headquarters                       2 Hours


### TOTAL HOURS:  85


BILLABLE HOURS: 60 HOURS and 40 MINUTES AT RATE OF $150
PER HOUR = $9,100

PRO BONO 24 HOURS AND 20 MINUTES

Travel Expenses

- Airfare          $540.00
- Hotel            $703.50

**Total Expenses** Travel          **$1,243.50**

Reimbursement              $1,000.00

 (Pro Bono Expenses)        $243.50

TOTAL WAGES AND EXPENSE REIMBURSEMENT        $10,100

I hereby certify that the amount billed in this invoice is true and correct and
responds to the number of hours worked in my capacity as a Member of the Federal
Monitor Team. I further certify that I have not received any income, compensation,
or payment for services rendered under a regular employment or contractual
relationship with the Commonwealth, or any of its departments, municipalities or
agencies.


_____                    ___03/31/2020_____
            Signature                                          Date

# Past Flight

**Mar 1 - 5**

## Denver, CO *to* San Juan, PR
### Confirmation # TUG7Q2

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **ALAN YOUNGS**<br>RR 207895671 | **+ 3,548**PTS | $540.00 |

## Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **DEN** *to* **SJU** | 3/01/2020 | *Wanna Get Away* | $159.00 |
| **SJU** *to* **DEN** | 3/05/2020 | *Wanna Get Away* | $314.00 |
| | | *Gov't taxes and fees* | $67.00 |

**Total** **$540.00**

Total points earned + 3,548PTS

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $  145.00  Clerk: 8

Marriott Rewards #   119330892

CRS Number  74422860

Name:

Arrive:  03-01-20          Time:  21:01          Depart:  03-05-20          Folio Number:  638463

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 03-01-20 | Package | 145.00 | |
| 03-01-20 | Government Tax | 13.05 | |
| 03-01-20 | Hotel Fee | 13.05 | |
| 03-02-20 | Laundry - Dry Cleaning | 12.10 | |
| 03-02-20 | Package | 145.00 | |
| 03-02-20 | Government Tax | 13.05 | |
| 03-02-20 | Hotel Fee | 13.05 | |
| 03-03-20 | Comedor - Guest Charge | 3.00 | |
| 03-03-20 | Package | 145.00 | |
| 03-03-20 | Government Tax | 13.05 | |
| 03-03-20 | Hotel Fee | 13.05 | |
| 03-04-20 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-04-20 | Package | 145.00 | |
| 03-04-20 | Government Tax | 13.05 | |
| 03-04-20 | Hotel Fee | 13.05 | |
| 03-05-20 | Visa Card | | 703.50 |

*Card #  XXXXXXXXXXXX8369*

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $  145.00  Clerk: 8

Marriott Rewards #    119330892

CRS Number  74422860

Name:

Arrive:  03-01-20          Time:  21:01          Depart:  03-05-20          Folio Number:  638463

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| | | **Balance** | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.