Rafael E. Ruiz                                                        INVOICE # 2020-03
12 Crestshire Dr.
Lawrence, MA 01843                                         DATE: 03/31/2020

T0: Federal Monitor- PR/USDOJ Agreement          For Service: March 1-31, 2020

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation of Agenda for PR Visit 3/2-5/20 | 1 hour | $150/hr. | $150.00 |
| March 2- Site visit- Bayamon Police Area CIC and Metro Drug Unit (Search Warrants) | 10.25 hrs. | $150/hr. | $1,537.50 |
| March 3- Site visit- Bayamon Oeste/Santurce Dists. and San Juan CIC | 10 hrs. | $150/hr. | $1500.00 |
| March 4- Site visit- Carolina Area CIC/Rio Piedras/Loiza and Carolina Norte Dists. (arrests) | 10 hrs. | $150/hr. | $1,500.00 |
| March 5- PRPB Police Academy Graduation | 4 hrs. | $150/hr. | $600.00 |
| Communication (Tel. Conferences/emails/texts) | 7.75hrs. | $150/hr. | $1,162.50 |
| Re-organize, coordinate search warrant/arrest data sent by PRPB/analyze record search warrants/arrest data obtained during site visits | 17.50hrs. | $150/hr. | $2,625.00 |

Travel/Housing/meals expense: $1,257
Reimbursable travel/meal expenses                                                  $1,000.00

TOTAL BILLED                                                       $10,075.00

_____Date: March 31, 2020
Rafael E. Ruiz