John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

March 1 through March 31, 2020

INVOICE # 070  **TOTAL DUE $ 13,500.00**
ACTING FEDERAL MONITOR
March 2020 INVOICE

The following is a detailed statement of the hours worked.
**Sunday, March 1 2020 through Thursday, March 5, 2020 site visit to Puerto Rico**
.
Sunday, March 1 meeting with the Monitor Team members to review/work on CMR-2 documents received. 2 hrs.
Monday, March 2 Site Visit Bayamon Area Command & SWAT. 8 hrs.
Tuesday, March 3 Site Visit FIU. PRPB H.Q. 8 hrs.
Wednesday, March 4 Meetings at PRPB H.Q. 8 hrs.
Thursday, March 5 attended Police Cadet Graduation & 253 Meeting at Police Academy 8 hrs.

   Hours 34    00 Minutes

Generated, reviewed and responded to emails/texts (month of March) from the Parties, Monitor Team, Court.  22 hrs.
Conference calls with the Monitor Team members to discuss finalized CMR-1 Report.  4 hrs.
Reviewed data (Area Command FRB) relating to use of force for CMR-2 report 12 hrs.
Reviewed additional data received relating to CMR-2 4 hrs.
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director 20 hrs.
Review Daily Briefing Report 4 hrs.



   Hours 66   00 Minutes

 BILLABLE HOURS    83 HOURS  20 MINUTES AT RATE OF $150 PER HOUR = $12,500

Pro Bono 16  Hours      40 Minutes

**Expenses:**

| | |
|---|---|
| Airfare | $ 930.97 |
| Hotel | $ 900.23 |
| Uber, Taxi | $ 119.38 |
| Meals | $ 886.31 |

**Total Expenses $2,836.89**

**Reimbursable   $1,000**

(Pro Bono Expenses) ($1836.89)

**Total wages and Expense Reimbursement Due = $13,500.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as Acting Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____          3/29/20
Signature                                         Date

# Itinerary confirmation

*March 2020*
*$930.97*

Report Website Problem ↓

Download to calendar    PRINT ITINERARY

### You're all set to jet!

### Confirmation code: MTZPZI

MANAGE BOOKING >

## Travelers

**Mr. John Joseph Romero**

| Flight | | | | | |
|---|---|---|---|---|---|
| | Ticket number | 2792144989146 | | | |
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | |
| | | **LGB ⇒ BOS** | **BOS ⇒ SJU** | **SJU ⇒ FLL** | **FLL ⇒ LAX** |
| | Seat | 5D | 10D | 16C | 26D |
| | Checked Baggage Allowance | 2 bags | 2 bags | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| Long Beach, CA (LGB)<br>Sat Feb 29 2020, **9:00 PM**<br>A320 | Boston, MA (BOS)<br>Sun Mar 1 2020, **5:19 AM** | **Flight 504**<br>JetBlue | Fare: Blue<br>Nonstop |
| Boston, MA (BOS)<br>Sun Mar 1 2020, **9:04 AM**<br>A320 | San Juan, PR (SJU)<br>Sun Mar 1 2020, **2:10 PM** | **Flight 861**<br>JetBlue | Fare: Blue<br>Nonstop |
| San Juan, PR (SJU)<br>Thu Mar 5 2020, **2:19 PM**<br>E190 | Fort Lauderdale, FL (FLL)<br>Thu Mar 5 2020, **4:08 PM** | **Flight 1654**<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Thu Mar 5 2020, **7:19 PM**<br>A321/Mint | Los Angeles, CA (LAX)<br>Thu Mar 5 2020, **10:18 PM** | **Flight 101**<br>JetBlue | Fare: Blue<br>Nonstop |

## Fare breakdown

| Passenger Type | Base Fare<br>per person | Taxes & fees<br>per person | Total Fare<br>per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $778.56 | $58.00 | $836.56 | x 1 | $836.56 USD |

*Change to Friday    + 94.41*
*930.97*

**+ LGB - SJU: Blue fare rules**

**+ SJU - LAX: Blue fare rules**

Report Website Problem ↓

# Itinerary confirmation

Download to calendar    PRINT ITINERARY

You're all set to jet!

## Confirmation code: LYKEHV

MANAGE BOOKING >

## Travelers

**Mr. John Joseph Romero**

| Flight | Ticket number | 2792145125197 | |
|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | |
| | | **SJU → FLL** | **FLL → LAX** |
| | Seat | 9C | 27D |
| | Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| San Juan, PR (SJU) | Fort Lauderdale, FL (FLL) | Flight 1254 | Fare: Blue |
| Fri Mar 6 2020, **5:01 AM** | Fri Mar 6 2020, **6:48 AM** | JetBlue | Nonstop |
| E190 | | | |
| Fort Lauderdale, FL (FLL) | Los Angeles, CA (LAX) | Flight 701 | Fare: Blue |
| Fri Mar 6 2020, **10:45 AM** | Fri Mar 6 2020, **1:44 PM** | JetBlue | Nonstop |
| A321/Mint | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $315.07 | $33.50 | $348.57 | x 1 | $348.57 USD |

+ **SJU - LAX: Blue fare rules**

Total fare:    **$348.57 USD**

## Extras

+ **Seats**

+ **Bags**

Let's Chat

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

*900.23 March 2020*

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $  145.00   Clerk: 7

Marriott Rewards #   756834271

CRS Number   74566566

Name:

Arrive:  03-01-20      Time: 13:54      Depart: 03-06-20      Folio Number: 638471

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-01-20 | Package | 145.00 | |
| 03-01-20 | Government Tax | 13.05 | |
| 03-01-20 | Hotel Fee | 13.05 | |
| 03-02-20 | Laundry - Dry Cleaning | 18.68 | |
| 03-02-20 | Package | 145.00 | |
| 03-02-20 | Government Tax | 13.05 | |
| 03-02-20 | Hotel Fee | 13.05 | |
| 03-03-20 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 03-03-20 | Package | 145.00 | |
| 03-03-20 | Government Tax | 13.05 | |
| 03-03-20 | Hotel Fee | 13.05 | |
| 03-04-20 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 03-04-20 | Laundry - Dry Cleaning | 17.73 | |
| 03-04-20 | Package | 145.00 | |
| 03-04-20 | Government Tax | 13.05 | |
| 03-04-20 | Hotel Fee | 13.05 | |
| 03-05-20 | Package | 145.00 | |
| 03-05-20 | Government Tax | 13.05 | |
| 03-05-20 | Hotel Fee | 13.05 | |
| 03-05-20 | Visa Card | | 918.07 |
| | *Card # XXXXXXXXXXXX1287* | | |
| 03-05-20 | Visa Card | | -17.84 |
| | *Card # XXXXXXXXXXXX1287* | | |



 Gmail

John Romero <jrrjjr.romero@gmail.com>

*March 2020*

## Thanks for giving an extra! We've updated your Wednesday morning trip receipt
1 message

**Uber Receipts** <uber.us@uber.com>  Wed, Mar 4, 2020 at 12:13 PM
To: jrrjjr.romero@gmail.com

*$119.38*

# Uber

Total: $20.53
Wed, Mar 04, 2020

## Thanks for giving an extra, John

Thanks for tipping! We've updated your Wednesday morning trip receipt



| | |
|---|---|
| **Total** | **$20.53** |
| Trip Fare | $16.21 |
| Subtotal | $16.21 |
| Booking Fee | $1.32 |
| Extra (gratuity granted by user) | $3.00 |
| Amount Charged | |

 Gmail                                                                                           John Romero <jrrjjr.romero@gmail.com>

**Thanks for giving an extra! We've updated your Tuesday morning trip receipt**
1 message

**Uber Receipts** <uber.us@uber.com>                                                                Tue, Mar 3, 2020 at 4:28 AM
To: jrrjjr.romero@gmail.com

Uber                                                                                         Total: $17.85
                                                                                             Tue, Mar 03, 2020

## Thanks for giving an extra, John

Thanks for tipping! We've updated your Tuesday morning trip receipt



## Total                                                                                     $17.85

| | |
|---|---|
| Trip Fare | $13.67 |
| Subtotal | $13.67 |
| Booking Fee | $1.18 |
| Extra (gratuity granted by user) | $3.00 |

Amount Charged

 Apple Pay   Switch                                                       $14.85

# FIXED RATES | TARIFAS FIJAS

FROM AIRPORT TO YOUR DESTINATION | DESDE EL AEROPUERTO HACIA SU DESTINO

△TAXI

License plate / Tablilla: 0144

Passengers / Personas:

| Zone / Zona | | Area | Base price / Precio base |
|---|---|---|---|
| ZONE/ZONA | 2 | Isla Verde | $12 |
| ZONE/ZONA | 3 | Ocean Park, Condado, Miramar, Santurce | $17 |
| ZONE/ZONA | 4 | Old San Juan & Piers | $21 |
| ZONE/ZONA | 5 | Convention Center, Hyatt House, Isla Grande Airport, Sheraton Convention Center | $17 |

+ APPLICABLE RATES / CARGOS APLICABLES

- $1 — Luggage charge will apply to each additional item. / Aplica cargo por maleta a cada pieza adicional.
- $0 — Accesories for disabled person are free of charge. / Accesorios de personas impedidas son libre de costo.
- $2 — Extra charge for 6th-7th passenger. / Cargo adicional por 6to-7mo pasajero.
- $1 — Late night charge (10PM-6AM). / Cargo nocturno (10PM-6AM).
- $3 — Airport fee / Cargo del Aeropuerto

\* PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS

TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO ESTÁN INCLUIDOS

Rates approved by: / Tarifas aprobadas por: CSP

## AREAS OF INTEREST / ÁREAS DE INTERÉS

- $16 Coliseo José Miguel Agrelot
- $20 Plaza Las Américas
- $16 Plaza Carolina
- $15 The Mall of San Juan

This is NOT a receipt, keep for your reference / Esto no es un recibo, manténgalo para su referencia.

---

**CAPETILLO SERVICIO TAXI 24 HORAS**
787-758-7000

Reservaciones: (787) 758-7004

Fecha: _____

Desde: _____
Hasta: _____
Precio: $ _____      Turno Nocturno $ _____
Llamada: $ _____
Maletas: $ _____
TOTAL: $ 28         Firma Chofer

---

**Taxi Turistico**

METROPOLITAN AREA

U _____

DATE: _____

FROM: _____
TO: _____
FARE: _____
LUGGAGE: _____
TOTAL: _____         SIGNATURE

"Thanks You For Your Visit To Puerto Rico"