**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | CIVIL NO. 12-2039 (GAG) |
| v. | |
| **COMMONWEALTH OF PUERTO RICO**, et al., | |
| Defendants. | |

## MOTION SUBMITTING COVID-19 PROTOCOL

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, by and through the undersigned counsel, and respectfully state and pray as follows:

1. On April 2, 2020, the Court issued Order Dkt. 1441 requiring the parties and the Monitor to work jointly on a COVID-19 protocol for the PRPB and that a finalized document be submitted to the Court by Wednesday April 8, at noon. On same date, in Order Dkt. 1442, the Court ordered the Monitor to coordinate with the PRPB and the USDJO a timetable for preparing the protocol, to set the deadline for completion of the document, and to inform the Court.

2. On April 3, 2020, the Monitor informed the PRPB that a draft protocol had to submitted to the Monitor by Sunday, April 5, at noon.  The PRPB complied with the deadline imposed by the Monitor, and on April 5 at noon, submitted to the Monitor and to the USDOJ the PRPB's draft protocol.

3.  On April 6, in the afternoon, the Monitor provided comments and recommendations to the protocol. The USDOJ provided comments and recommendations to the protocol on April 7, 2020.

4. The PRPB worked non-stop in preparing the protocol and have a draft ready for review by the Monitor and the USDOJ on Sunday, April 5, as well as to address (and incorporate if feasible for the PRPB) the recommendations submitted by the Monitor and the USDOJ, on April 6th and 7th, respectively.

5. In compliance with the Court's Orders, the PRPB submits *Protocolo sobre guías de seguridad para los miembros del Negociado de la Policía de Puerto Rico en el manejo de la emergencia del COVID-1 (the*

"Protocol"),  which is the result of the PRPB's work-product and the recommendations of the USDOJ and the Monitor, incorporated to the degree possible as per the operations of the PRPB and of the Puerto Rico Government in handling the COVID-19 pandemia.

6.    The present COVD-19 emergency situation is new to the world and the protocols for how to address the situation are subject to change based on new information available on a daily basis. Therefore, the Protocol is deemed a live document which the PRPB may modify overtime as additional information relevant to the Protocol becomes available.

**WHEREFORE**, Defendants respectfully request that the Court take notice of the above, and deem the PRPB in compliance with its Orders, Dkts. 1441 and 1442.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 8th day of April, 2020.

By:

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/Lizzie M. Portela*
Lizzie M. Portela
USDC-PR No. 208401
lpf@mcvpr.com

s/Beatriz Annexy Guevara
USDC-PR No. 217505

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282

2



**PROTOCOLO SOBRE LAS GUIAS DE SEGURIDAD PARA LOS MIEMBROS DEL NEGOCIADO DE LA POLICIA DE PUERTO RICO EN EL MANEJO DE LA EMERGENCIA DEL COVID-19**

ABRIL 2020

# Índice

I.      Introducción ...............................................................................................1

II.     Estado de Situación en Puerto Rico ...................................................2

III.    Descripción del COVID-19....................................................................3

IV.     Medidas Generales de Seguridad para los MNPPR .........................4

V.      Equipo de Protección Personal (EPP) ...............................................6

VI.     Asistencia Adicional al MNPPR ..........................................................7

VII.    Casos Positivos o Sospechosos de COVID-19…………………………10

VIII.   Operaciones Diarias de las Unidades del NPPR…………………………11

IX.     Vehículos Oficiales .............................................................................16

X.      Método de Tomas de Decisiones Críticas ......................................17

XI.     Investigación de Querellas ................................................................20

XII.    Patrullaje Preventivo ..........................................................................21

XIII.   Registros y Allanamientos .................................................................22

XIV.    Arrestos y Transportación de los Arrestados ..................................22

XV.     Intervenciones Vehiculares................................................................25

XVI.    Continuidad de Servicios Conforme al Acuerdo de Reforma...........26

XVII.   Material Informativo de Referencia ...................................................27

XVIII.  Aplicabilidad .......................................................................................27

XIX.    Vigencia..............................................................................................27

XX.     Apéndice …………………………………………………………………29

PROTOCOLO SOBRE LAS GUIAS DE SEGURIDAD PARA LOS MIEMBROS DEL NPPR EN EL MANEJO DE LA EMERGENCIA DEL COVID-19

## I.   **Introducción**

Los Miembros del Negociado de la Policía de Puerto Rico (MNPPR) son empleados esenciales para la seguridad de los ciudadanos y la continuidad de las operaciones del Gobierno durante la pandemia del Coronavirus ("COVID-19"). Por la naturaleza del trabajo que realizan están expuestos a riesgo de contagio del COVID-19. Es política del Negociado de la Policía de Puerto Rico (NPPR) garantizar que los MNPPR puedan llevar a cabo sus funciones de forma segura y siguiendo las prácticas policiacas generalmente aceptadas dentro de las circunstancias de emergencia ocasionadas por el COVID-19, mientras protegen los derechos constitucionales del público al cual sirven, conforme a la reglamentación y política establecida y al Acuerdo de la Reforma Sostenible.

Por tal razón se adopta este Protocolo con las guías para minimizar la probabilidad de contagio al momento de cumplir con la responsabilidad de proteger vidas y propiedades.  El Protocolo se ha desarrollado siguiendo las prácticas policiacas, generalmente aceptadas y siguiendo los pronunciamientos desarrollados para el COVID-19 por el Centro para el Control y la Prevención de Enfermedades ("CDC" por sus siglas en inglés),  las directrices de la Organización Mundial de la Salud, el Gobierno de Puerto Rico, el Departamento de Salud de Puerto Rico, el Departamento de Seguridad Pública de Puerto Rico ("DSP") y el NPPR.  Este Protocolo sustituye todas las políticas y procedimientos del NPPR que estén en conflicto con el mismo.

La propagación del COVID-19 y el impacto que pueda tener en la salud pública generará cambios a la manera en que se responde a esta pandemia.  En vista de ello, este Protocolo se revisará a la luz de nueva información y guías de respuesta que puedan surgir a medida que las circunstancias lo ameriten.

## II.   Estado de Situación en Puerto Rico

El 12 de marzo de 2020, la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced, emitió la Orden Ejecutiva 2020-020, declarando un estado de emergencia ante el inminente impacto del COVID-19 en Puerto Rico.  A esa Orden Ejecutiva le siguió, el 15 de marzo de 2020, la Orden Ejecutiva 2020-023 con medidas y restricciones en respuesta a la pandemia ocasionada por el COVID-19 en Puerto Rico. Dichas medidas fueron ampliadas, aclaradas y extendidas mediante la Orden Ejecutiva 2020-029. Véase Apéndice.

Por su parte el DSP, el NPPR y el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico han emitido las siguientes comunicaciones y directrices en relación al COVID-19:

a.  CARTA CIRCULAR DSP-2020-CC-003 Creación y Establecimiento Teletrabajo y Flexibilidad Laboral Departamento de Seguridad Pública.

b.  SAEA-1-36-055 Suspensión de Adiestramientos y Programa Previo al Servicio.

c.  DSP-2020-CC-004 Horas Trabajadas a Tiempo y Medio.

d.  OS-1-1-57 Procedimiento de la Oficina Servicios Médicos conforme OE.

e.  Instrucciones a todo el personal adscrito al Negociado de la Policía de Puerto Rico relacionado al cumplimiento de la OE 2020-023.

f.  SASG-NRH-DSTS-2-040 Servicios Psicológicos Durante la Emergencia COVID-19.

g.  OS-1-1-72 Suspensión de Adiestramiento y Programa Previo al Servicio.

h.  Directriz sobre Normativa vigente para los Miembros de la Policía de Puerto Rico para Combatir los Efectos del Coronavirus (COVID-19), 30 de marzo de 2020.

i.  OS-1-1-73 Registro de Asistencias en Otros Dispositivos Electrónicos.

j.  Guía Para el Manejo de Pacientes Sospechosos y/o Confirmados con

el Coronavirus (COVID-19) del Negociado del Cuerpo de Emergencias Médicas de Puerto Rico.

## III.    Descripción del Coronavirus o COVID-19

El 11 de marzo de 2020 la Organización Mundial de la Salud declaró la enfermedad respiratoria causada por un nuevo coronavirus SARS-CoV-2, conocido como el Coronavirus o COVID-19, como una emergencia sanitaria y social mundial de nivel pandémico que requería acción inmediata a nivel global. Los síntomas típicos del virus incluyen fiebre, dolor de cabeza, dificultad respiratoria, dolor muscular y tos seca. Sin embargo, hay personas que no tienen los síntomas, pero son portadores del virus.

Se cree que el virus se propaga principalmente de persona a persona por la vía de microgota, si las gotas alcanzan la membrana o las llevamos a las mismas con nuestras manos. Esto se produce cuando una persona infectada tose o estornuda y las microgotas caen en la boca o nariz o son inhaladas por las personas cercanas.  También se puede transmitir si hay contacto directo con fluidos corporales de una persona infectada con COVID-19.

Para prevenir la propagación del virus se recomienda lo siguiente:
1.   En lo posible, evitar el contacto cercano con personas enfermas.
2.   Evitar tocarse los ojos, nariz y boca con las manos sucias.
3.   Limpiar y desinfectar los objetos y las superficies que se tocan frecuentemente.
4.   Lavarse las manos frecuentemente con agua y jabón por al menos 20 segundos, o en su defecto, utilizar alcohol en gel (hand sanitizer)  con al menos 60% alcohol, a menos de que se sospeche de la presencia de drogas ilícitas.
5.   Utilizar una mascarilla en caso de que tenga que interactuar con el público.

6. En lo posible, mantener distanciamiento social de otras personas, o sea, mantenerse no menos de 6 pies de distancia.

7. Si ha sido autorizado a trabajar de manera remota, permanecer en la casa.

8. Observar todas las directrices y protocolos del NPPR, incluyendo este Protocolo, y obedecer las Órdenes Ejecutivas de la Gobernadora relacionadas a la emergencia del COVID-19.

## IV.   Medidas Generales de Seguridad para los MNPPR

1. Todo MNPPR que entienda tenga los síntomas del virus no podrá asistir a su trabajo.

2. Todo MNPPR que sospeche tener el COVID-19 o esté presentando síntomas deberá notificar a su supervisor y permanecer en cuarentena por al menos 14 días.

3. Todo MNPPR que ha realizado un viaje fuera de la jurisdicción de Puerto Rico tendrá que notificar a su supervisor y permanecer en cuarentena por 14 días consecutivos desde su llegada a Puerto Rico.

4. Todo MNPPR deberá guardar un mínimo de 6 pies de distancia, según sea posible, entre toda persona incluyendo dentro de las unidades de trabajo.

5. Lavará sus manos frecuentemente con agua y jabón por al menos 20 segundos.  De no haber agua y jabón disponible al momento, se recomienda el uso de alcohol en gel (hand sanitizer) con al menos 60% alcohol,  siempre que no se sospeche la presencia de drogas ilícitas.

6. Desinfectará diariamente y en la  eventualidad de cualquier exposición con el virus su equipo: correa Sam Browne, arma de reglamento, dispositivo de control eléctrico, batón, restricciones de mano y la linterna recargable.

7. Desinfectará con regularidad el área de trabajo, incluyendo áreas comunes tales como ponchadores, cuadro telefónico, retén, sillas, perilla de las puertas del baño y otras de uso regular, fuente de agua, etc.

8. Desinfectará los radios portátiles antes y después de entregarlos.

9. El personal que realice patrullaje preventivo deberá descontaminarse antes de entrar a las instalaciones policiacas.

10. En lo posible, si las condiciones del tiempo lo permiten, se atenderá al público fuera de las unidades de trabajo. De no ser posible, se asignará un área específica en la dependencia para recibir al público general. En las áreas donde el municipio u otra agencia del Gobierno tenga los recursos para entregar al cuartel de la Policía una carpa se permitirá la instalación de tal equipo, procurando fijar la correspondiente rotulación. El Cuartel General que comprende las oficinas administrativas del NPPR, permanecerá cerrado al público; los servicios de emisión de certificados de conducta para verificar si la persona es ofensor sexual conforme la Ley 266 se ofrecerán por el sistema online.  Los precintos del NPPR permanecerán abiertos al público, y allí se podrá comparecer para reportar querellas, o en casos de, emergencias.

11. En las unidades de trabajo donde hay  dormitorios para ofrecer hospedaje a los MNPPR, el Director de Dormitorio conforme la OG 303, Hospedajes Miembros del MNPPR, tomará todas las medidas de salubridad recomendadas como: la higiene y desinfección del área constantemente, el cambio y lavado de ropa de cama diariamente con agua caliente y jabón. No se permitirá el alojamiento a  MNPPR con síntomas del COVID-19.

12. El Director de Dormitorio podrá establecer medidas adicionales en los Hospedajes para prevenir la propagación del virus en los hospedajes tales como tomar la temperatura al MNPPR antes de entrar al dormitorio.  En caso de que algún MNPPR presente síntomas de fiebre, se seguirán los procesos establecidos en este Protocolo para persona que arroje positivo al virus o tenga síntomas del mismo.

13. Cambiará su uniforme diariamente por uno limpio.  Se cambiará de uniforme a ropa regular antes de entrar a su residencia para no contaminar su residencia; colocará el uniforme en una bolsa sin sacudirlo y lo  lavará con agua caliente y jabón.

14. Evitará el saludo físico, los abrazos o cercanía física para saludar o despedirse en el trabajo. Se recomienda que también se adopte estas medidas en la residencia.

15. Radio Control estará cursando mensajes de orientación sobre el COVID-19 para las mejores prácticas policiacas.

16. Para minimizar riesgo a su persona y a otros MNPPR, aquellos MNPPR que estén francos de servicio continuarán cumpliendo con las guías del CDC de distanciamiento social y el lavado de manos, así como las disposiciones aplicables de este Protocolo; como también deberán cumplir con las políticas y directrices del NPPR, las disposiciones aplicables del Acuerdo de Reforma, y las Ordenes Ejecutivas emitidas por la Gobernadora de Puerto Rico.

## V.    Equipo de Protección Personal (EPP)

1. El Equipo de Protección Personal (EPP) se repartirá por un supervisor en las unidades de trabajo según las necesidades de servicio y según la disponibilidad.  El equipo incluirá: guantes sin látex, mascarillas,  alcohol en gel (hand sanitizer) con al menos 60% alcohol,  aerosol desinfectante, lentes protectores, limpiador multiuso y una funda de desperdicios.

2. Todos los MNPPR que por alguna razón no tengan mascarillas, pero tengan la máscara de gases lacrimógenos asignada por la agencia pueden utilizarla en sustitución a la mascarilla.   La Compañía AVON PROTECTION ha informado mediante literatura distribuida que el modelo recientemente adquirido por el NPPR ofrece un alto nivel de protección y que cumple con todas las especificaciones.

3. Todos los MNPPR que participen en las intervenciones que se mencionan a continuación deberán utilizar el EPP en todo momento, esto es,  durante la intervención con un ciudadano, al procesar evidencia, diligenciar una orden de registro y allanamiento, o para realizar un arresto.  En cada intervención se seguirán los procedimientos adoptados en la orden general y ley que le aplique, así como los requisitos del Acuerdo de Reforma aplicables.

4.  Una vez culminada la intervención, el MNPPR desechará los guantes y mascarilla en la funda de desperdicios y desinfectará los lentes protectores y la mascarilla de gases lacrimógenos, de haberse utilizado.  Posteriormente, lavará sus manos con agua y jabón por al menos 20 segundos.  De no haber agua y jabón disponible al momento, se recomienda el uso de alcohol en gel (hand sanitizer) con al menos 60% alcohol, siempre que no se sospeche la presencia de drogas ilícitas.

5.  Los EPP contaminados que fueron desechados en la funda de desperdicios serán removidos de las áreas de trabajo y se dispondrán conforme las directrices de la Junta de Calidad Ambiental y/o el Departamento de Salud.

6.   El Departamento de Salud ha provisto el siguiente número 787-999-6202 para llamadas relacionadas a preguntas sobre el COVID-19.


**VI.   Asistencia adicional al MNPPR**

1.  La División de Psicología y Trabajo Social del NPPR estará disponible al personal de rango y civil vía tele-psicología en el horario regular de servicio. La tele-psicología es el ofrecimiento de servicios de una relación profesional con un psicólogo, mediante el uso interactivo en tiempo real (audio-video) de la tecnología digital o telecomunicaciones con pacientes.  Los números donde puede contactar a los (as) psicólogos (as) a través de sus respectivas áreas son:

PROTOCOLO SOBRE LAS GUIAS DE SEGURIDAD PARA LOS MIEMBROS DEL NPPR EN EL MANEJO DE LA EMERGENCIA DEL COVID-19

| PSICOLOGOS/A | AREA | TELEFONO |
|---|---|---|
| 1. Gerardo Cubano Calderón | Cuartel General | (787)793-1234 Ext. 2342 |
| 2. José Rivas Abraham | Cuartel General | (787)793-1234 Ext. 2348 |
| 3. Luis Saliceti Rivera | Bayamón y Aibonito | (787)269-2424 Ext. 1210 |
| 4. Francisco J. Carrillo Pérez | Carolina y Fajardo | (787)257-7500 Ext. 4080 |
| 5. Karla Casalduc Cintrón | Cuartel General | (787)793-1234 Ext. 2339 |
| 6. Rafael Gomila Romero | Caguas | (787)744-7252 Ext. 3546 |
| 7. Wilfredo Torres Domenech | Humacao | (787)852-1224 Ext. 1210 |
| 8. Ginette Rosa de Jesús | Guayama y Ponce | (787)284-4040 Ext. 1213 |
| 9. Jomaira Ross Casiano | Mayagüez y Ponce | (787)832-9696 Ext. 4291 |
| 10. Hiram Aponte Cedeño | Aguadilla y Mayagüez | (787)891-3800 Ext. 1210 |
| 11. Nitza González Rodríguez | Arecibo y Utuado | (787)895-2020 Ext. 1014 |
| 12. Maribel Bayona Sastre | PAE (Sección Principal) | (787)793-1234 Ext. 2350 |
| 13. Emma Cintrón González | PAE (Sección Este) | (787)852-1224 Ext. 1212 |
| 14. Jennifer Cuevas Pedraza | PAE (Sección Sur) | (787)284-4040 Ext. 1214 |
| 15. Maribet López Feliciano | PAE (Sección Noroeste) | (787)878-4000 Ext. 1351 |

2. Para los referidos nuevos y documentación necesaria que facilite el proceso de evaluación psicológica tramitarán vía correo electrónico a jccenteno@policia.pr.gov.

3. Durante este periodo de emergencia, la Oficina de Servicios Médicos del NPPR, estará disponible para atender a los empleados que presenten posible contagio con el COVID-19 para lo cual se estarán emitiendo directrices en los próximos días. Estas directrices incluirán, en el caso de que un NMPPR presente una sintomatología respiratoria:

a. No podrá presentarse a laborar

    b. Se reportará la situación inmediatamente al supervisor de turno. El supervisor a su vez enviará un correo electrónico notificando el estatus del paciente con la siguiente información:

        i. Nombre

        ii. Placa

        iii. Lugar el cual está adscrito

        iv. Número de contacto (para dar seguimiento en la medida que sea posible o que amerite)

    c. Contactar al médico primario (de no tener médico primario entonces el médico del NPPR, le orientará con relación a la sintomatología).

        i. Luego de la evaluación se dará recomendación de si es necesario aplicar el aislamiento por 14 días, o un tiempo determinado según la condición que refleje el paciente.

        ii. Laboratorios que se deben de realizar:

            a) CBC

            b) Influenza A/B rapid test

            c) Mycoplasma

            d) Placa de pecho

        iii. De salir todo negativo, entonces se re-evalúan los síntomas para determinar si es necesario realizar la prueba del COVID- 19.

        iv. Todos estos casos se canalizan de la siguiente manera:

            a) Lunes a Viernes 8:00 am – 4:00 pm se estarán recibiendo las llamadas y habrá un personal que le estará orientando los pasos a seguir conforme este Protocolo. Los números de teléfonos de contacto son: (787) 793-1234 exts: 2167, 2168, 2170, 2171, 2173 y 2174 sábados y domingos vía correo electrónico: mcalderon3@policia.pr.gov

            b) Solo los oficiales de contacto se estarán comunicando con la Dra. María del Carmen Calderón López al (787) 309-3115 en caso de cualquier duda o emergencia.

        v. Reingreso del MNPPR:

a) Examen de COVID-19 luego de exposición más la prueba negativa y sin tener alguno de los síntomas equivale a que el MNPPR tendrá que estar 14 días de cuarentena y luego podrá reingresar al trabajo y/o evaluación de la Oficina de Servicios Médicos del NPPR.

b) Examen de COVID-19 luego de exposición más la prueba negativa y teniendo alguno de los síntomas, equivale a que el MNPPR tendrá que estar 14 días de cuarentena y luego podrá reingresar con una nota médica y/o evaluación de la. Oficina de Servicios Médicos del NPPR.

c) Examen de COVID-19 negativo y sin tener alguno de los síntomas equivale a que el MNPPR tendrá que estar 14 días de cuarentena y podrá reingresar con una nota médica y/o evaluación de la Oficina de Servicios Médicos del NPPR.

4. La Guardia Nacional de Puerto Rico en coordinación con representantes autorizados del NPPR podrán establecer Centros de Emergencia COVID-19 para los MNPPR en áreas establecidas de acuerdo a las necesidades y disponibilidad de recursos, en la eventualidad que necesiten asistencia médica o requieran aclarar dudas médicas en relación al COVID-19.

## VII.    Casos Positivos o Sospechosos de COVID-19

1. En casos donde una persona presente síntomas del virus, el MNPPR recomendará que permanezca en su residencia en cuarentena, que se comuniquen su médico y siga las recomendaciones de éste.

2. En casos donde se confirme que hay un ciudadano que haya arrojado positivo al virus y requiera asistencia médica inmediata, el MNPPR se comunicará con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico a través de la cadena de mando establecida.

3. En casos donde se confirme que hay un ciudadano que haya arrojado positivo al virus y que envuelva un riesgo a su  seguridad o la seguridad o vida de una tercera persona, el MNPPR intervendrá de conformidad con las medidas de seguridad de este Protocolo y realizará el arresto, de ser necesario.

### VIII.   Operaciones Diarias de las Unidades del NPPR

1. Durante el período de emergencia, se maximizarán las labores utilizando el correo electrónico oficial, las llamadas telefónicas y/o teleconferencias.

2. Mientras dure la emergencia los MNPPR podrán registrar ~~su~~ la asistencia diaria a través del celular personal en sustitución al uso de los relojes ponchadores. Véase, comunicación OS-1-1-73 del 30 de marzo de 2020/Registro de Asistencia en otros Dispositivos Electrónicos.

3. Aquellos MNPPR previamente autorizados, podrán trabajar de forma remota.

4. Cada unidad de trabajo del NPPR, de ser posible, tendrá una estación para los MNPPR descontaminarse y lavarse las manos con agua y jabón.

5. En la alternativa, cada unidad de trabajo del NPPR tendrá alcohol en gel (hand sanitizer) disponible para los MNPPR, con al menos 60% alcohol, a menos de que se sospeche de la presencia de drogas ilícitas.

6. De ser posible, las áreas administrativas mantendrán escritorios a la distancia mínima requerida de 6 pies.

7. Sólo el personal asignado a una unidad de trabajo estará autorizado a permanecer en el área de trabajo; personal autorizado sólo podrá estar en la unidad de trabajo si es autorizado por  un supervisor.

8. Cada unidad de trabajo designará a un Coordinador de COVID-19 con rango máximo de Teniente para ser el enlace con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico.

9. De haber celdas en las unidades de trabajo, y de ser posible, solo se mantendrá una persona en las mismas.

10. De haber más de una persona detenida, el MNPPR deberá comunicarse con la unidad de trabajo más cercana para transportar al/los detenidos(s) a celdas donde puedan permanecer solos

11. Se le proveerá una mascarilla al detenido que tenga que ser ingresado en alguna celda en las unidades de trabajo.

12. Las celdas serán desinfectadas regularmente.

13. Directrices al personal en el área del retén:

   **a.  Agente**

   i.   Seguirá las instrucciones de su supervisor en todo momento.

   ii.   Permanecerá en las afueras de la unidad de trabajo hasta tanto el supervisor lo llame para que pase a tomar servicio que será de dos en dos y guardando la distancia establecida.

   iii.   Deberá lavarse las manos con agua y jabón al entrar y salir del cuartel y cada vez que tome y rinda servicios.  En su defecto, utilizar alcohol en gel (hand sanitizer) con al menos 60% alcohol, a menos de que se sospeche de la presencia de drogas ilícitas.

   iv.   En lo posible, mantendrá la distancia mínima de 6 pies.

   v.   De presentar síntomas del virus deberá informarlo a su supervisor y no asistirá a trabajar. De encontrarse laborando deberá retirarse. El/la supervisor(a) deberá ejecutar las medidas correspondientes bajo este Protocolo.

   vi.   En la medida que sea posible, atenderán a los querellantes en el exterior de la unidad de trabajo y utilizando el EPP en todo momento.

   vii.   De tener que atender la querella dentro de la unidad de trabajo lo hará mediante la ventanilla o vestíbulo, manteniendo siempre el distanciamiento social de 6 pies de distancia.

   viii.   Se fijará una notificación en las puertas de entrada y salida de cada unidad de trabajo del NPPR que establecerá que se podrá atender

al público siguiendo las medidas de seguridad establecidas en este Protocolo: distanciamiento social de 6 pies entre cada persona.

ix. De ser necesario entrar en la unidad de trabajo, el ciudadano tendrá que esperar su turno en fila con distanciamiento de 6 pies entre cada persona. Dicha distancia deberá ser marcada con cinta adhesiva en el piso en cada unidad de trabajo.  No se permitirá más de una persona en el área de espera.

x. El retén estará encargado de desinfectar el área del mostrador, vestíbulo o ventanilla donde atiende al público, entre cada intercambio con querellantes.

xi. Preguntará al querellante de entrada al cuartel si entiende que él, ella o cualquier familiar con quien viva podría estar contaminado con el virus o si ha estado en contacto con alguien que podría estarlo o si ha viajado fuera de Puerto Rico en los últimos 14 días.

xii. En casos donde una persona presente síntomas del virus, el MNPPR recomendará que permanezca en su residencia en cuarentena, que se comuniquen su médico y siga las recomendaciones de éste.

xiii. En casos donde se confirme que hay un ciudadano que haya arrojado positivo al virus y requiera asistencia médica inmediata, el MNPPR se comunicará con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico a través de la cadena de mando establecida.

xiv. Solicitará al querellante que utilice el bolígrafo designado en el área del vestíbulo de tener que firmar éste algún documento. El bolígrafo deberá ser desinfectado entre cada uso.

b. **Supervisor**

i. Velará que en el área del retén esté exclusivamente el MNPPR asignado a este servicio y bajo ninguna circunstancia se permitirá

que se aglomere el personal en esta área, ni en algún otro lugar del área de trabajo.

ii. Velará que todo el personal mantenga la higiene requerida de lavarse las manos con agua y jabón al entrar y salir del cuartel, y cada vez que tome y rinda servicio. En su defecto, utilizar alcohol en gel (hand sanitizer)  con al menos 60% alcohol, a menos de que se sospeche de la presencia de drogas ilícitas.

iii. En las unidades de trabajo donde no haya la función de retén, se asignará un empleado para desinfectar regularmente las áreas propensas al foco de infección.

iv. En lo posible, velará que se cumpla la distancia establecida mínima de 6 pies.

v. Velará que los agentes entren de dos en dos al área del retén a tomar servicio en el sistema "Kronos" (ponchador).

vi. Deberá sacar el turno en un lugar abierto (aire libre) en donde los MNPPR puedan guardar la distancia requerida mínima de 6 pies y allí hará entrega de todo el equipo necesario ya desinfectado, para comenzar su jornada de trabajo (llaves de patrulla, recorridos, radios, entre otros).

vii. Estará pendiente a la salud de sus agentes y si alguno se observa enfermo o presenta síntomas relacionados al COVID-19, removerá al agente de su área de trabajo, lo enviará a su casa para que visite a su médico primario y notificará a la Oficina de Servicios Médicos del NPPR,  según establecido en el inciso VI (3).

viii. Notificará a la brevedad posible al director de la  unidad de trabajo todo caso positivo o con síntomas de COVID-19, quien a su vez notificará al personal designado o encargado de canalizar la información relacionada al COVID-19 y éste a su vez informará a la cadena de mando.

   ix.  Solicitará el certificado médico a todo empleado que haya presentado síntomas al momento de re-incorporarse al servicio, donde se certifique su incorporación sin restricciones.

   x.  Verificará que se estén siguiendo las medidas de precaución y salubridad adecuadas, que cada MNPPR tenga el EPP y que las patrullas estén siendo desinfectadas. En la medida que se requiera EPP adicional, se encargará de seguir el proceso establecido a esos propósitos.

**c.  Directores de Distrito, Precinto y Directores de Divisiones y Oficinas**

   i.  Luego de recibir información del Sargento, en los casos de contagios o sospecha de éste, informará al Comandante de Área o a su Oficial en cadena de mando la cantidad de personas infectadas en su área de trabajo.

   ii.  Notificará a los MNPPR de la posible exposición a contagio del virus en su unidad de trabajo y tomará la determinación del cierre de la misma de haber habido algún MNPPR laborando en la unidad de trabajo que esté contaminado por el virus.

   iii.  Si se determina el cierre de la unidad de trabajo, hará de inmediato los arreglos necesarios para asignar durante las 24 horas y todo el tiempo que dure el cierre a un agente en función de vigilancia fija fuera del foco de infección, con arma larga, y radio de comunicación portátil para proteger la propiedad pública.

   iv.  Relevará de funciones por período de cuarentena de 14 días, al personal del NPPR que hubiera estado trabajando en la unidad de trabajo junto con el personal que presentó los síntomas del virus o que arrojó positivo al virus.

   v.  Notificará el cierre de la unidad de trabajo por los conductos reglamentarios a la Directora del Negociado de Servicios Administrativos de la Superintendencia Auxiliar en Servicios

Gerenciales.   Con la información que le provean, evaluará como se procederá a realizar la desinfección y limpieza profunda, si a través de recursos internos del Negociado de la Policía o a través de la contratación de la compañía de limpieza, antes de volver a abrir la unidad de trabajo.

Notificará al Negociado del Cuerpo de Emergencias Médicas de Puerto Rico en caso donde haya que transportar o atender a un ciudadano que haya arrojado positivo  al virus y requiere asistencia médica inmediata.

IX.   **Vehículos Oficiales**

1. Todo MNPPR deberá desinfectar el vehículo oficial antes, durante y después de su uso. Además, el MNPPR verificará que en dicha unidad haya un dispensador de alcohol en gel (hand sanitizer). En su defecto, utilizará alcohol en gel (hand sanitizer)  con al menos 60% alcohol, a menos de que se sospeche de la presencia de drogas ilícitas.

2. Hasta donde sea posible y las exigencias de servicio lo permitan, el NPPR asignará en parejas fijas al personal.   Ambos MNPPR prestarán servicio en el mismo turno, utilizarán la misma unidad, mismos días libres y cada uno velará porque su compañero tome todas las medidas de higiene preventivas en todo momento para minimizar el riesgo de contagio del virus.

3. Al transportar a un detenido en un vehículo oficial, los MNPPR utilizarán el EPP y le proveerá una mascarilla al detenido de estar disponible. Luego del transporte,  se descontaminará el vehículo utilizado y los medios de restricción.

4. En casos donde una persona presente síntomas del virus, el MNPPR recomendará que permanezca en su residencia en cuarentena, que se comuniquen su médico y siga las recomendaciones de éste.

5. En los casos en que el MNPPR tenga conocimiento que un detenido haya arrojado positivo al virus, y necesite asistencia médica inmediata,   el

MNPPR se comunicará con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico para transportar el mismo.

6. De haber un arresto por riesgo a la vida o seguridad de una persona infectada con el virus, el MNPPR transportará al detenido a la institución hospitalaria más cercana y custodiará al mismo. Los supervisores se encargarán de hacer cumplir dicha directriz.

7. En la medida que sea posible, los MNPPR utilizarán un sólo vehículo para transportar detenidos.

## X.   Método de Toma de Decisiones Críticas

Dentro de la situación que enfrenta el Gobierno de Puerto Rico ante la pandemia del COVID-19, el NPPR recomienda al MNPPR utilizar el Método de Toma de Decisiones Críticas[1] en su toma de decisiones.  A pesar de que el NPPR tiene políticas establecidas para llevar a cabo sus funciones operacionales, se hace un llamado a que el MNPPR utilice el pensamiento crítico y el sentido común en su toma de decisiones.  El NPPR estará ofreciendo entrenamientos virtuales o en las unidades de trabajo sobre este concepto para que pueda ser utilizado por los MNPRR durante la emergencia del COVID-19.

Se le hace un llamado a cada MNPPR a que siga los siguientes pasos en  la toma de decisiones:

1. **Paso 1- Recopile Información**
2. **Paso 2- Evalúe la Situación, Amenaza y Riesgos**
3. **Paso 3- Considere los Poderes del Estado (policiacos) y las Políticas del NPPR**
4. **Paso 4- Identifique Opciones y Determine el Mejor Curso de Acción**
5. **Paso 5- Actúe, Revise y Reevalúe**

**Paso 1- Recopile Información**

---

[1] *The Burlington, NC Police Department, COVID-19 Critical Decision-Making* Model que utilizó como modelo el del *Police Executive Research Forum (PERF)*.

Radio Control y Centro de Mando deberán preguntar sobre la salud del ciudadano antes de despachar una patrulla.  A su vez, solicitarán al ciudadano recibir al MNPPR fuera de la casa, si posible.  Se debe identificar en lo posible las áreas donde han tenido casos confirmados de COVID-19 para mantener al MNPPR apercibido de sus alrededores cuando vaya a responder a una querella.

El MNPPR deberá hacer preguntas adicionales antes de llegar a la escena si  no está seguro a qué situación se van a enfrentar.  Una vez en la escena, el MNPPR deberá continuar recopilando información de otro personal en la escena para identificar posibles riesgos.

**Paso 2- Evalúe la Situación, Amenazas y Riesgos**

Evaluará la situación en que se encuentra.

Pregúntese:

1.  ¿Necesito yo responder a esta llamada o la misma debe ser referida a otra entidad?
2.  Si en la afirmativa, ¿puedo hacerlo desde la distancia de 6 pies?
3.  Si el ciudadano no está afuera de su residencia, ¿tengo que entrar a la misma o puedo llamar al ciudadano para que salga a la parte exterior de su casa?
4.  Si una vez llega y observa a una persona con los síntomas del virus COVID-19, pregúntese, ¿tengo el equipo de protección personal puesto?
5.  ¿Se contactó al supervisor?

**Paso 3 – Considere los Poderes del Estado (policiacos) y las Políticas del NPPR**

Considere las condiciones a las que se enfrente.  Esto requiere que usted utilice su pensamiento crítico más allá de lo que requieren las órdenes generales y procedimientos operacionales del NPPR. Los MNPPR no deben ponerse en riesgo ni poner a otros en riesgo

Cuando realice intervenciones vehiculares, considere el impacto que dar el boleto puede tener en una persona que perdió su trabajo y que no recibirá un cheque en meses. Siempre recuerde "¿QUÉ ES IMPORTANTE AHORA?"

## Paso 4 – Identifique Opciones y Determine el Mejor Curso de Acción

Los MNPPR deben identificar y limitar sus opciones, dado que las circunstancias no son comparables a una situación normal fuera de la emergencia. Por ejemplo:

1. No entre a ciegas a una situación.
2. Siempre que sea seguro, realice operaciones policiacas con sospechosos o querellantes a 6 pies de distancia.
3. No entre a una residencia o local sin antes obtener la información del estado de salud de sus ocupantes. Intente actuar desde las afueras de la residencia o el local.
4. Si debe entrar, utilice su EPP.
5. Cuando tenga que interactuar con una persona que haya arrojado positivo al COVID-19, pásele una mascarilla para que cubra su boca y nariz antes de intervenir con él/ella.

## Paso 5- Actúe, Revise y Reevalúe

Una vez el MNPPR determine actuar, es extremadamente importante evaluar la acción. Esto es un desafío dentro de las agencias de ley y orden ante la pandemia del COVID-1. Las lecciones aprendidas deben ser compartidas dentro del NPPR.



## XI.   Investigación de Querellas

1. Las llamadas para atender querellas o para atender alguna situación de urgencia serán canalizadas según el proceso ordinario a través de Radio Control y Centro de Mando.

2. Radio Control y Centro de Mando le harán las preguntas a cada persona que llame para determinar si entiende que él, ella o cualquier familiar con quien viva podría estar contaminado con el virus, si ha estado en contacto con alguien que podría estarlo o si ha estado fuera de la jurisdicción de Puerto Rico en los últimos 14 días.

3. En casos donde una persona presente síntomas del virus, el MNPPR recomendará que permanezca en su residencia en cuarentena, que se comuniquen su médico y siga las recomendaciones de éste.

4. En casos donde se confirme que hay un ciudadano que haya arrojado positivo al virus y requiera asistencia médica inmediata, el MNPPR se comunicará con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico a través de la cadena de mando establecida.

5. Radio Control y Centro de Mando notificarán al MNPPR el resultado de la comunicación sostenida.

6. En la eventualidad que se trate de una situación en la que se pone la vida o seguridad de una persona en riesgo, el MNPPR responderá para realizar el arresto conforme este Protocolo, de ser necesario.

7. El MNPPR que atienda una querella deberá seguir las medidas de seguridad generales y el uso de EPP establecidos en este Protocolo.

8. Una vez el MNPPR llegue al área destinada de servicio solicitará al ciudadano, que salga de su residencia para ser atendido utilizando el distanciamiento social de 6 pies establecido por el CDC, de ser esto posible.

9. En casos de intervenciones con ciudadanos, se recomienda al MNPPR utilizar el Método de Toma de Decisiones Críticas.

## XII.    Patrullaje Preventivo

1.  Todo MNPPR deberá seguir las medidas de seguridad y utilizar el EPP en todo momento que realice un registro o allanamiento, según se establece en este Protocolo.

2.  En casos donde una persona presente síntomas del virus, el MNPPR recomendará que permanezca en su residencia en cuarentena, que se comuniquen su médico y siga las recomendaciones de éste.

3.  En casos donde se confirme que hay un ciudadano que haya arrojado positivo al virus y requiera asistencia médica inmediata, el MNPPR se comunicará con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico a través de la cadena de mando establecida.

4.  En la eventualidad que se trate de una situación en la que se pone la vida o seguridad de una persona en riesgo, el MNPPR responderá para realizar el arresto conforme este Protocolo, de ser necesario.

5.  En caso que durante una intervención de registro a una persona o propiedad o allanamiento donde la cara, cuerpo o ropa del MNPPR sean expuestos a cualquier fluido corporal incluyendo sangre, semen, esputos, heces fecales, vómitos u orina, el MNPPR deberá  lavarse el cuerpo con agua y jabón lo más pronto posible; se cambiará de ropa tan pronto sea posible y la lavará por separado con agua caliente y jabón.  Si el MNPPR sospecha que algún fluido corporal salpicó en sus ojos, nariz, boca o una herida abierta, notificará a su supervisor y consultará con la Oficina de Servicios Médicos del NPPR  para medidas de seguridad adicionales, y completará el formulario de la Corporación del Fondo del Seguro del Estado para tratamiento médico.

6.  En casos de intervenciones con ciudadanos, se recomienda al MNPPR utilizar el Método de Toma de Decisiones Críticas.

7.  En lo posible, el MNPPR mantendrá  siempre la distancia establecida de 6 pies con los ciudadanos.

8.  El personal que realice patrullaje preventivo deberá descontaminarse antes de entrar a las instalaciones policiacas.

9.   Los supervisores se encargarán de hacer cumplir estas instrucciones.

## XIII.   Registros y Allanamientos

1.   Todo MNPPR que realice registros y allanamientos deberá utilizar como guía la Orden General Capítulo 600, Sección 612, titulada: "Registros y Allanamientos".

2.   Todo MNPPR deberá seguir las medidas de seguridad y utilizar el EPP en todo momento que realice un registro o allanamiento, según se establece en este Protocolo.

3.   En casos donde una persona presente síntomas del virus, el MNPPR recomendará que permanezca en su residencia en cuarentena, que se comuniquen su médico y siga las recomendaciones de éste.

4.   En casos donde se confirme que hay un ciudadano que haya arrojado positivo al virus y requiera asistencia médica inmediata, el MNPPR se comunicará con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico a través de la cadena de mando establecida.

5.   En la eventualidad que se trate de una situación en la que se pone la vida o seguridad de una persona en riesgo, el MNPPR responderá para realizar el arresto conforme este Protocolo, de ser necesario.

6.   En casos de intervenciones con ciudadanos, se recomienda al MNPPR utilizar el Método de Toma de Decisiones Críticas.

## XIV.   Arrestos y Transportación de los Arrestados

1.   Todo MNPPR que realice arrestos y citaciones deberá utilizar como guía la Orden General Capítulo 600, Sección 615 titulada: "Arrestos y Citaciones" (OG 615).

2.   Todo MNPPR que realice arrestos deberá seguir las medidas de seguridad y utilizar el EPP en todo momento según se establece en este Protocolo.

3.   Todo vehículo oficial del NPPR debe ser desinfectado antes y después de su uso.

4. En casos menos graves se citará a la persona al tribunal sin necesidad de arresto.

5. En lo posible, el MNPPR deberá permanecer a una distancia no menor de 6 pies mientras le imparte comandos verbales al ciudadano.  Los comandos impartidos irán dirigidos a que la persona se voltee para realizar el arresto de una manera más segura, según el adiestramiento de técnicas y mecánicas de arresto.

6. De tener disponibles restricciones plásticas, deberán utilizarse para efectuar el arresto.

7. Luego de llevar a cabo un registro preliminar, según la OG 615, le colocará mascarilla y guantes al detenido(a) de ser posible.

8. Si la persona detenida es asintomática,  debe ser transportada según lo establecido en la OG 615.

9. En casos donde una persona presente síntomas del virus, el MNPPR recomendará que permanezca en su residencia en cuarentena, que se comuniquen su médico y siga las recomendaciones de éste.

10. En casos donde se confirme que hay un ciudadano que haya arrojado positivo al virus y requiera asistencia médica inmediata, el MNPPR se comunicará con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico a través de la cadena de mando establecida.

11. En casos de intervenciones con ciudadanos, se recomienda al MNPPR utilizar el Método de Toma de Decisiones Críticas.

12. El MNPPR que proceda a desmontar la persona de la patrulla, deberá tener puesto el EPP en todo momento.

13. En caso que la persona vaya a ser ingresada a una institución penal, el detenido permanecerá en la patrulla hasta que un oficial correccional lo entreviste, según el Protocolo establecido por el Departamento de Corrección.

14. Al culminar el proceso se desinfectará nuevamente la patrulla, utilizando un aerosol desinfectante (Virucide) o cualquier producto que sirva para estos efectos.

15. De igual manera, las restricciones mecánicas u otro equipo serán desinfectados.

16. Es importante recalcar, que la mejor medida de prevención es el constante lavado de manos con agua y jabón.

17. De ser posible, y si las circunstancias al momento del arresto lo permiten, seleccionar en cada unidad de trabajo una patrulla para trasportar detenidos para minimizar probabilidad de contagio y facilitar la descontaminación de vehículos.

18. Procedimiento para la radicación de cargos criminales:

    a. La consulta con el fiscal será mediante llamada telefónica o protocolo establecido por el Fiscal de Distrito.

    b. La celebración de vista de Regla 6 será mediante circuito cerrado por Skype en las Comandancias de Áreas, la sección de vigilancia mantendrá el control de entrada y salida.

19. Procedimiento de Fichaje:

    a. Si la persona arrestada ha sido fichada anteriormente, se citará para una fecha posterior.

    b. El agente interventor coordinará con el personal de vigilancia de la Comandancia o Cuartel General para el proceso de fotos y huellas.

    c. Solamente se permite un agente con el arrestado para el proceso de foto y huella.

    d. Se colocará una mascarilla a la persona arrestada.

    e. El agente de servicios técnicos tendrá que utilizar el equipo de protección personal (EPP)

    f. Una vez finalice la toma de huellas, fotografías y/o ADN el agente de servicios técnicos limpiará el equipo utilizado para fichar a la persona.

20. No se permitirán más de una persona por celdas de ser esto posible.

21. En la eventualidad que un MNPPR tenga que custodiar por un tiempo prolongado a un arrestado que tenga algún síntoma del virus o haya arrojado positivo al virus, se asegurará de mantener su EPP puesto.

22. En caso que durante una intervención con un arrestado la cara, cuerpo o ropa del MNPPR sean expuestos a cualquier fluido corporal incluyendo sangre, semen, esputos, heces fecales, vómitos u orina, el MNPPR tendrá que lavarse el cuerpo con agua y jabón lo más pronto posible; se cambiará de ropa tan pronto sea posible y la lavará por separado con agua caliente y jabón.  Si el MNPPR sospecha que algún fluido corporal salpicó en sus ojos, nariz, boca o una herida abierta notificará a su supervisor y consultará con la Oficina de Servicios Médicos del NPPR,  para medidas de seguridad adicionales, y completará el formulario de la Corporación del Fondo del Seguro del Estado para tratamiento médico.

## XV.    Intervenciones  Vehiculares

1. Todo MNPPR que realice una intervención vehicular deberá utilizar como guía la Orden General Capitulo 600, Sección 619, titulada: "Intervenciones Vehiculares".

2. En casos donde una persona presente síntomas del virus, el MNPPR recomendará que permanezca en su residencia en cuarentena, que se comuniquen su médico y siga las recomendaciones de éste.

3. En casos donde se confirme que hay un ciudadano que haya arrojado positivo al virus y requiera asistencia médica inmediata, el MNPPR se comunicará con el Negociado del Cuerpo de Emergencias Médicas de Puerto Rico a través de la cadena de mando establecida.

4. En la eventualidad que se trate de una situación en la que se pone la vida o seguridad de una persona en riesgo, el MNPPR responderá para realizar el arresto conforme este Protocolo, de ser necesario.

5. En casos de intervenciones con ciudadanos, se recomienda al MNPPR utilizar el Método de Toma de Decisiones Críticas.

6. En caso que durante una intervención con un arrestado la cara, cuerpo o ropa del MNPPR sean expuestos a cualquier fluido corporal incluyendo sangre, semen, esputos, heces fecales, vómitos u orina, el MNPPR tendrá que lavarse el cuerpo con agua y jabón lo más pronto posible; se cambiará de ropa tan

pronto sea posible y la lavará por separado con agua caliente y jabón.  Si el MNPPR sospecha que algún fluido corporal salpicó en sus ojos, nariz, boca o una herida abierta notificará a su supervisor y consultará con Oficina de Servicios Médicos del NPPR para medidas de seguridad adicionales, y completará el formulario de la Corporación del Fondo del Seguro del Estado para tratamiento médico.

XVI.   **Continuidad de Servicios conforme el Acuerdo de Reforma**

1. Los MNPPR continuarán realizando las siguientes intervenciones conforme el Método de Toma de Decisiones Críticas y utilizando las Ordenes Generales del NPPR como guía:

   a. Orden Capítulo 600 Sección 605 titulada: "Informe e Investigación de Incidentes de Uso de Fuerza de Miembros de la Policía de Puerto Rico".

   b. Orden Capítulo 600 Sección 607 titulada: "Incidentes de Delitos Sexuales Cometidos por Empleados del MNPPR".  De surgir una situación o una querella de hostigamiento sexual, conducta sexual impropia, discrimen y/o ambiente hostil se solicitará por correo electrónico o mediante llamada telefónica al supervisor inmediato las Medidas Provisionales para salvaguardar a todos los implicados.

   c. Orden General Capítulo 600 Sección 622, titulada: "Investigación de Incidentes de Delitos Sexuales".

   d. Orden General Capítulo 600 Sección 627, titulada: "Incidentes de Violencia Doméstica".

   e. Orden General Capítulo 600, Sección 633, titulada: "Intervención de Menores en la Comisión de Faltas".

   f. Orden General Capítulo 600 Sección 644, titulada: "Investigación de Incidentes de Violencia Doméstica Involucrando Empleados".

   g. Orden General Capitulo 600, Sección 624, titulada: "Interacción con Personas Transgénero y Transexuales".

En todas estas intervenciones se deberán seguir las guías de medidas de seguridad, procesos y procedimientos dispuestos en este Protocolo que sean aplicables, según las circunstancias, así como las disposiciones del Acuerdo de Reforma en todo lo allí pertinente.

XVII.   **Material Informativo de  Referencia**

1. CDC

   https://www.cdc.gov/coronavirus/2019-ncov/index.html

2. Organización Mundial de la Salud

   https://www.who.int/es

3. Gobierno de Puerto Rico

   https://www.fortaleza.pr.gov/tags/gobierno-de-puerto-rico

4. Departamento de Salud de Puerto Rico

   http://www.salud.gov.pr/Pages/coronavirus.aspx

5. Informa Policía

XVIII.   **Aplicabilidad**

Los procedimientos y guías establecidos en este Protocolo sustituyen todas las políticas y procedimientos del NPPR que puedan o aparenten estar en conflicto con el mismo.  Todo MNPPR tendrá la obligación de cumplir con las disposiciones de este Protocolo y de informar a su supervisor inmediato del sistema de rango, sobre cualquier violación a estas normas.  Cualquier acto u omisión que viole las disposiciones de este Protocolo será referido e investigado por la SARP a tenor con las normas aplicables.

XIX.   **Vigencia**

Si cualquier disposición de este Protocolo fuese declarado nulo o inconstitucional por un tribunal competente, tal declaración no afectará o invalidará las restantes disposiciones o partes de la misma, las cuales continuarán vigentes. Este

Protocolo permanecerá en vigor hasta tanto la Gobernadora decrete un cese de la emergencia de COVID-19.

Este Protocolo entrará en vigor el _____ de _____ de 2020.

_____
**Henry Escalera Rivera**
Comisionado

PROTOCOLO SOBRE LAS GUIAS DE SEGURIDAD PARA LOS MIEMBROS DEL NPPR EN EL MANEJO DE LA
EMERGENCIA DEL COVID-19

**XX.    Apéndice**

Ordenes Ejecutivas emitidas por el Gobierno de Puerto Rico sobre COVID-19

**GOBIERNO DE PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

**Boletín Administrativo Núm. OE-2020-020**

**ORDEN EJECUTIVA DE LA GOBERNADORA DE PUERTO RICO, HON. WANDA VÁZQUEZ GARCED, PARA DECLARAR UN ESTADO DE EMERGENCIA ANTE EL INMINENTE IMPACTO DEL CORONAVIRUS (COVID-19) EN NUESTRA ISLA**

**POR CUANTO:** El Gobierno de Puerto Rico tiene la responsabilidad constitucional de salvaguardar el orden público y proteger la vida y seguridad de los ciudadanos.

**POR CUANTO:** El Artículo 6.10 de la Ley 20-2017, según enmendada, mejor conocida como *Ley del Departamento de Seguridad Pública de Puerto Rico*, faculta a la Gobernadora a decretar un estado de emergencia en nuestra Isla. A esos efectos, el Artículo 6.03 de la Ley 20-2017 define emergencia como "[…] cualquier situación o circunstancia para la cual sean necesarios los esfuerzos estatales o municipales encaminados a minimizar el riesgo de que ocurra un desastre, salvar vidas, proteger las propiedades, la salud y la seguridad del pueblo".

**POR CUANTO:** Como es por todos conocido, desde hace algunos meses la propagación del coronavirus o "COVID-19" se ha extendido por Asia y gran parte de los países europeos. Las personas contagiadas con el COVID-19 pueden presentar desde síntomas leves hasta serias condiciones respiratorias que pongan en riesgo su vida. Recientemente la Organización Mundial de la Salud declaró como "pandemia" la propagación del coronavirus, esto debido al riesgo global de propagación y el nivel de impacto que representa el virus para la población mundial, así como paras las instituciones de salud pública de todos los gobiernos y sociedades.

**POR CUANTO:** No obstante, no se debe perder tiempo en determinar si el COVID-19 se convertirá o no, en una epidemia de grandes proporciones en nuestra Isla, sino que lo determinante es cómo utilizar todas las medidas disponibles para combatir esta situación de emergencia. Cada Rama de Gobierno, municipios, agencias federales y ciudadano y ciudadana de Puerto Rico tenemos la obligación de hacerle un frente al COVID-19.

**POR CUANTO:** Esta realidad requiere que todos los componentes de la sociedad aúnen esfuerzos en aras, más que todo, de prevenir el contagio y propagación del coronavirus o COVID-19. Asimismo, ante el inminente impacto del COVID-19 en nuestra Isla, el Gobierno de Puerto Rico se ve en la imperiosa necesidad de implementar todas aquellas medidas necesarias para prevenir y controlar la diseminación de este virus y proteger el bienestar de nuestra ciudadanía.

**POR CUANTO:** A tales fines, es necesario crear un plan de acción coordinado entre todas las agencias para atender la emergencia con la prontitud y eficiencia que se merece.

**POR TANTO:** YO, WANDA VÁZQUEZ GARCED, Gobernadora de Puerto Rico, en virtud de los poderes inherentes a mi cargo y la autoridad que me ha sido conferida por la Constitución y las leyes de Puerto Rico, por la presente DECRETO y ORDENO lo siguiente:

**Sección 1ra:** Se declara un estado de emergencia en todo Puerto Rico respecto al brote del coronavirus o COVID-19 que actualmente aqueja la población mundial.  Lo anterior, con el fin de llevar a cabo todos los esfuerzos e implementar todas aquellas medidas necesarias para salvaguardar la salud, bienestar y seguridad pública de nuestra ciudadanía, a los fines de minimizar o evitar el riesgo de que ocurra cualquier situación que represente o constituya una amenaza a la salud o seguridad pública a consecuencia del brote del COVID-19.

**Sección 2da:** Se autoriza al Secretario de Hacienda y a la Directora Ejecutiva de la Oficina de Gerencia y Presupuesto a establecer, de cualesquiera fondos disponibles, incluyendo el Fondo de Emergencia, un presupuesto especial para cubrir aquellos gastos necesarios para evitar la propagación del virus en la isla y compartir información con los entes municipales.

**Sección 3ra:** DEFINICIÓN DEL TÉRMINO AGENCIA.  Para fines de esta Orden Ejecutiva, el término "Agencia" se refiere a toda agencia, instrumentalidad, oficina, negociado, comisión, junta, administración, autoridad o dependencia de la Rama Ejecutiva del Gobierno de Puerto Rico, incluyendo corporaciones públicas, independientemente de su nombre.

**Sección 4ta:** DEROGACIÓN. Esta Orden Ejecutiva deja sin efecto cualquier otra orden ejecutiva que, en todo o en parte, sea incompatible con lo aquí dispuesto, hasta donde existiera tal incompatibilidad.

**Sección 5ta:**   VIGENCIA. Esta Orden Ejecutiva entrará en vigor inmediatamente.

**Sección 6ta:**   NO CREACIÓN DE DERECHOS EXIGIBLES. Esta Orden Ejecutiva no tiene como propósito crear derechos sustantivos o procesales a favor de terceros, exigibles ante foros judiciales, administrativos o de cualquier otra índole, contra el Gobierno de Puerto Rico o sus agencias, sus oficiales, empleados o cualquiera otra persona.

**Sección 7ma:**   SEPARABILIDAD. Las disposiciones de esta Orden Ejecutiva son independientes y separadas unas de otra y si un tribunal con jurisdicción y competencia declarase inconstitucional, nula o inválida cualquier parte, sección, disposición y oración de esta Orden Ejecutiva, la determinación a tales efectos no afectará la validez de las disposiciones restantes, las cuales permanecerán en pleno vigor.

**Sección 8va:**   PUBLICACIÓN. Esta Orden Ejecutiva debe ser presentada inmediatamente en el Departamento de Estado y se ordena su más amplia publicación.

**EN TESTIMONIO DE LO CUAL,** expido la presente Orden Ejecutiva bajo mi firma y hago estampar en ella el sello del Gobierno de Puerto Rico, en San Juan, Puerto Rico, hoy _12_ de marzo de 2020.

**WANDA VÁZQUEZ GARCED**
GOBERNADORA

Promulgada de conformidad con la ley, hoy _12_ de marzo de 2020.

**ELMER L. ROMÁN GONZÁLEZ**
SECRETARIO DE ESTADO

**GOBIERNO DE PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

Boletín Administrativo Núm. 2020-029

**ORDEN EJECUTIVA DE LA GOBERNADORA DE PUERTO RICO, HON. WANDA VÁZQUEZ GARCED A LOS FINES DE EXTENDER LAS MEDIDAS TOMADAS PARA CONTROLAR EL RIESGO DE CONTAGIO DEL CORONAVIRUS COVID-19 EN PUERTO RICO.**



**POR CUANTO:** Los gobernantes se distinguen por buscar el bienestar de todos sus ciudadanos. Por tal razón, como Gobernadora de Puerto Rico, el 12 de marzo de 2020 promulgué el Boletín Administrativo Núm. 2020-020 decretando un estado de emergencia en toda nuestra isla ante la vil amenaza de una pandemia mundial como lo es el coronavirus en adelante (COVID-19).

**POR CUANTO:** Siendo mi prioridad llevar a cabo todos los esfuerzos necesarios que me permitieran salvaguardar la salud, la vida y la seguridad de todos los puertorriqueños, el 15 de marzo de 2020, habiéndose confirmado seis (6) casos del COVID-19, firmé el Boletín Administrativo Núm. 2020-23, en adelante OE 2020-023, a los fines de viabilizar los cierres necesarios, tanto gubernamentales como privados, para evitar la propagación del COVID-19. Dicha orden se extiende hasta el 30 de marzo de 2020.

**POR CUANTO:** Expertos médicos alrededor del mundo aseguran que el distanciamiento social es una de las medidas recomendadas para frenar la propagación del COVID-19.

**POR CUANTO:** Ante la situación de emergencia que está atravesando Puerto Rico, promulgué el Boletín Administrativo 2020-026, el cual crea el Comité Ejecutivo de Asesoría Médica, quienes como parte de sus funciones hicieron recomendaciones a los efectos de extender las medidas tomadas por la Gobernadora para contener el contagio del COVID 19, por un periodo adicional.

**POR CUANTO:** El 11 de marzo de 2020 la Organización Mundial de la Salud declaró la enfermedad respiratoria causada por un nuevo coronavirus SARS-CoV-2, conocido como el coronavirus o COVID-19, como una emergencia sanitaria y social mundial de nivel pandémico que requería la acción efectiva e inmediata de todos los gobiernos y jurisdicciones alrededor del mundo.

**POR CUANTO:** El 12 de marzo de 2020 se promulgo el Boletín Administrativo Núm. OE-2020-020 mediante el cual declaró un estado de emergencia con el fin de implementar todas las medidas necesarias para salvaguardar la salud, bienestar y seguridad de todos en Puerto Rico ante la inminente amenaza del COVID-19.

**POR CUANTO:** El 13 de marzo de 2020 el Presidente de Estados Unidos de América, honorable Donald J. Trump, emitió una declaración de emergencia nacional a raíz del desarrollo y exponencial contagio comunitario de la enfermedad COVID-19 que experimentaba todo el territorio estadounidense.

**POR CUANTO:** Desde *Gibbons v. Ogden*, 22 U.S. 1 (1824), el Tribunal Supremo de Estados Unidos de América ha validado la facultad legal de las jurisdicciones estatales de tomar las medidas necesarias para proteger la salud pública.

POR CUANTO:   En caso de que alguna epidemia amenace la salud del pueblo de Puerto Rico, la Ley Núm. 81 de 14 de marzo de 1912, según enmendada, conocida como "Ley del Departamento de Salud", faculta al Departamento de Salud a tomar todas las medidas que juzgue necesarias para combatirla, incluyendo procedimientos para el aislamiento y cuarentena de personas que han sido expuestas o que han contraído enfermedades transmisibles que representan una amenaza a la salud pública, conforme a las disposiciones del Reglamento Núm. 7380, conocido como "Reglamento de Aislamiento y Cuarentena".

POR CUANTO:   El Artículo 6.10 de la Ley Núm. 20-2017, según enmendada, mejor conocida como "Ley del Departamento de Seguridad Pública de Puerto Rico", faculta a la Gobernadora a decretar un estado de emergencia en la Isla y "darle vigencia a aquellos reglamentos, órdenes, planes o medidas estatales para situaciones de emergencia o desastre o variar los mismos a su juicio", así como "dictar enmendar y revocar aquellos reglamentos y emitir, enmendar y rescindir aquellas órdenes que estime convenientes para regir durante el estado de emergencia o desastre".

POR CUANTO:   Actualmente, se han registrado más de setecientas cuarenta mil (740,000) personas infectadas con el COVID-19 y más de treinta y cinco mil (35,000) muertes asociadas a esta enfermedad a nivel mundial.

POR CUANTO:   En Estados Unidos de América se han confirmado alrededor de ciento cuarenta mil (140,000) casos de personas infectadas con el COVID-19 y más de dos mil cuatrocientas (2,400) muertes provocadas por esta enfermedad.

POR CUANTO:   Los cincuenta (50) estados de los Estados Unidos de América y Washington, D.C., han promulgado declaraciones de emergencia a nivel estatal como consecuencia de la amenaza del COVID-19.



POR CUANTO:   La seriedad de la situación que representa esta emergencia epidemiológica y la fácil transmisibilidad del virus COVID-19 de persona a persona ha llevado a aproximadamente veintiséis (26) estados alrededor de los Estados Unidos a promulgar órdenes de "stay-at-home", prohibiendo la salida de todas las personas en sus respectivos territorios, salvo para asuntos esenciales, y determinando el cierre de toda entidad pública o privada no esencial para la emergencia (ej. Alaska, California, Colorado, Connecticut, Delaware, Hawaii, Idaho, Illinois, Indiana, Kansas, Louisiana, Michigan, Minnesota, Montana, New Hampshire, New Jersey, Nuevo México, Nueva York, Carolina del Norte, Oregón, Rhode Island, Vermont, Washington, West Virginia y Wisconsin).

POR CUANTO:   Es la más alta prioridad del Gobierno de Puerto Rico llevar a cabo todos los esfuerzos necesarios para salvaguardar la salud, la vida y la seguridad de todos los puertorriqueños, incluyendo implementar medidas difíciles, pero necesarias para prevenir y controlar la diseminación del virus, según las recomendaciones de los expertos.

POR CUANTO:   El 15 de marzo de 2020, la Gobernadora de Puerto Rico emitió el Boletín Administrativo Núm. OE-2020-023 a los fines de viabilizar los cierres necesarios, tanto gubernamentales como privados, y decretar un toque de queda en ánimo de desacelerar y detener la propagación del COVID-19.

POR CUANTO:   El Boletín Administrativo Núm. OE-2020-026 dispuso para la creación de un Comité Ejecutivo de Asesoría Médica o "Task Force Médico" del COVID-19 a cargo de desarrollar e implementar, en

2

conjunto con el Departamento de Salud, los estudios, las investigaciones y los planes estratégicos sobre cómo manejar la emergencia de COVID-19, así como de asesorar a la Gobernadora de Puerto Rico y al Secretario de Salud sobre la toma de decisiones de salud pública y otros asuntos relacionados a esta emergencia.

**POR CUANTO:** La vigencia del Boletín Administrativo Núm. OE-2020-023 se extiende hasta el lunes, 30 de marzo de 2020, fecha para la cual el Comité Ejecutivo de Asesoría Médica del COVID-19 entiende que no es recomendable levantar las medidas de distanciamiento social establecidas en la referida Orden Ejecutiva.

**POR CUANTO:** Expertos médicos alrededor del mundo, incluyendo los expertos miembros del Comité Ejecutivo de Asesoría Médica, aseguran que el distanciamiento social es la medida más recomendada y efectiva para frenar la propagación del COVID-19.

**POR CUANTO:** Al día de hoy se han confirmado más de cien casos (100) casos de personas infectadas en Puerto Rico y seis (6) muertes como resultado de esta enfermedad.

**POR CUANTO:** Las proyecciones presentadas por el Comité Ejecutivo de Asesoría Médica del COVID-19 del potencial contagio exponencial que representaría suspender en este momento las medidas de aislamiento social implementadas, hacen imperativo la extensión de las medidas de toque de queda y cierre de operaciones públicas y privadas.

**POR CUANTO:** Esta Administración Gubernamental reconoce que estas medidas deben ir acompañadas de mecanismos que permitan la operación de industrias, servicios y renglones de la economía que son necesarios para proveer una respuesta adecuada y efectiva en esta emergencia.

**POR CUANTO:** El 28 de marzo de 2020 la "Cybersecurity & Infrastructure Security Agency" del Departamento de Seguridad Nacional de los Estados Unidos de América, publicó el documento titulado "Guidance on the Essential Critical Infrastructure Workforce: Ensuring Community and National Resilience in COVID-19 Response", mediante el cual estableció unos parámetros para ayudar a los gobiernos estatales y locales a determinar qué actividades, negocios, trabajos e industrias pueden considerarse como necesarias en el contexto de la emergencia suscitada por el COVID-19 (en adelante, "La Guía").

**POR CUANTO:** La Guía se promulgó para asistir a los funcionarios públicos en su rol de proteger a las comunidades, mientras se garantiza la continuidad de las funciones críticas para la salud y la seguridad pública, así como la seguridad económica.

**POR CUANTO:** La Guía establece que las determinaciones sobre lo que constituye un negocio o actividad necesaria no es directivo, sino que más bien se deben tener en cuenta consideraciones de salud pública atinentes a las preocupaciones específicas relacionadas con COVID-19 en cada jurisdicción en particular.

**POR CUANTO:** Puerto Rico continúan experimentando circunstancias de alta amenaza a consecuencia del pandémico COVID-19 que ponen en riesgo la salud de nuestra ciudadanía.

**POR TANTO:** Yo, **WANDA VÁZQUEZ GARCED**, Gobernadora de Puerto Rico, en virtud de los poderes inherentes a mi cargo y la autoridad que me ha sido conferida por la Constitución y las leyes de Puerto Rico, por la presente, DECRETO y ORDENO lo siguiente:

**Sección 1ra:** <u>TOQUE DE QUEDA.</u> Se establece un toque de queda ("lockdown") en Puerto Rico. Se instruye a todo ciudadano en la isla de Puerto



3

Rico a que deberá permanecer en su lugar de residencia o alojamiento durante las 24 horas del día los 7 días de la semana durante el periodo de toque de queda ("lockdown") comenzando el 31 de marzo de 2020 hasta el 12 de abril de 2020 a las 12 de la medianoche inclusive. Cualquier ciudadano, que no esté cubierto por alguna de las excepciones específicas que más adelante se detallan en esta Orden, podrá salir de su vivienda entre 5:00 a.m. a 7:00 p.m., **exclusivamente** en las siguientes circunstancias:

(a) acudir a alguna cita médica, asistir a hospitales, laboratorios o centros de servicio médico hospitalarios;

(b) para proveer la asistencia, cuidado, alimentos, transporte de ciudadanos y ciudadanas de la tercera edad, menores, dependientes, personas con discapacidad o personas especialmente vulnerables que requieran algún tipo de atención médica o profesional, lo anterior siempre y cuando se tomen las precauciones de prevención de contagio;

(c) adquisición de alimentos, productos farmacéuticos y de primera necesidad;

(d) acudir alguna institución financiera para gestiones de emergencia;

(e) recibir alguno de los servicios exentos, especificados en las subsiguientes secciones de esta Orden;

(f) brindar alguno de los servicios especificados Exentos en subsiguientes secciones de esta Orden.

Durante la vigencia de esta Orden, el dueño y/o la persona a cargo de una residencia que permita que personas ajenas a su núcleo familiar se congreguen para llevar a cabo reuniones, tertulias, fiestas o cualquier actividad no permitida en esta orden en dicha residencia y su entorno, será considerada una violación a la orden ejecutiva y estará sujeto a las penalidades establecidas por ley.

**Sección 2da:**   UScO DE VEHÍCULOS DE MOTOR. Se ordena que a partir del miércoles **1ro de abril,** con respecto al uso de vehículos de motor y SOLO en caso de (a) adquisición de alimentos, productos farmacéuticos y de primera necesidad (b) acudir a instituciones financieras o (c) recibir alguno de los servicios especificados exentos en subsiguientes secciones de esta Orden, SOLO podrán salir de su lugar de residencia los ciudadanos de una manera ordenada y cuyos vehículos tengan tablillas asignadas por el Departamento de Transportación y Obras Públicas (DTOP) que terminen en número par **(0,2,4,6,8)** los **lunes, miércoles y viernes,** y los que tengan vehículos con tablillas con números impares **(1,3,5,7,9)** podrán salir los **martes, jueves y sábados.** Las tablillas que terminen en una letra se considerarán como números pares para los efectos de esta Orden.

Fuera de las circunstancias anteriores, un ciudadano SOLO podrá salir de su residencia, independientemente de la tablilla de su vehículo: 1) por alguna situación de emergencia (Sección 2da incisos a y b), 2) a trabajar en uno de los lugares permitidos en esta Orden, siempre que así pueda evidenciarlo (Sección   5ta) o 3) realizar uno de los servicios permitidos en esta Orden, siempre que así pueda evidenciarlo. (Sección 6ta).

**Sección 3ra:**   INOBSERVANCIA DE LA LEY. Conforme al estado de emergencia declarado mediante el Boletín Administrativo Núm. OE-2020-020 del 12 de marzo de 2020, se reconoce que actualmente existen

4

circunstancias de alta amenaza que ponen en riesgo la salud de nuestra ciudadanía. Que ha quedado demostrado y recomendado por el "Task Force" Médico que el toque de queda y el aislamiento social de los ciudadanos es la medida correcta para combatir el contagio. Ante la aun inobservancia y falta de prudencia de algunos ciudadanos en no entender la seriedad de la emergencia decretada, hace meritorio el tomar medidas de seguridad mas rigurosas que propicien el respeto y cumplimiento cabal de las órdenes de aislamiento y cuarentena impartidas.

**Sección 4ta:**  ORDEN DE CUARENTENA. Al amparo de las facultades concedidas por la Constitución de Puerto Rico, y por la Ley 20-2017, reiteramos que se ordena a toda persona con sospecha razonable de que haya sido expuesta al COVID-19, presente ésta o no signos o síntomas de contagio, y con el propósito de prevenir o limitar la transmisión y propagación del virus, a que permanezca en cuarentena durante un período de 14 días.  Lo anterior implica que la persona deberá permanecer estrictamente en su residencia y restringir sus movimientos fuera de ésta, para evitar el riesgo de contagio dentro de la comunidad.  Se ordena además el aislamiento social por 14 días, para toda persona a la cual se le haya sido confirmado la presencia del COVID-19 en su organismo, o con sospecha razonable de haber sido infectada con el COVID-19, el confinamiento o restricción de movimiento, conforme a las instrucciones médicas, con el propósito de asegurar la condición de salud de dicha persona, así como para evitar que ponga en riesgo la salud pública y prevenir la transmisión a personas no infectadas.

**Sección 4ta:**  CIERRE GUBERNAMENTAL Y EXCEPCIONES. A tenor con las facultades concedidas por la Constitución de Puerto Rico y por ley, como regla general, se ORDENA el cierre de las operaciones gubernamentales y privadas, excepto de aquellas relacionadas a servicios esenciales, así como continuar con el cierre de todos los comercios en Puerto Rico a partir del 31 de marzo hasta el 12 de abril de 2020 inclusive.



**Sección 5ta:**  EXCEPCIONES AL CIERRE COMERCIO. Están exentos de esta Orden aquellos comercios dedicados a:

1. Venta de alimentos al detal EXCLUSIVAMENTE mediante el modelo de servi-carro, o entrega ("carry-out" o "delivery") y sin permitir comensales en el interior de los establecimientos, incluyendo alimentos preparados, o al por mayor, supermercados o aquellos que estén relacionado a las cadenas de distribución de alimentos incluyendo alimento para animales

2. Medicamentos, artículos o equipo médicos y su cadena de distribución

3. Farmacias,

4. Gasolineras y su cadena de distribución

5. Instituciones bancarias o financieras. En cuanto a las casas de empeño catalogadas como instituciones financieras SOLO podrán brindar servicio para recibo de bienes a manera de empeño y pago de deudas, estableciendo que se atenderá un cliente a la vez y con las medidas de seguridad para evitar el contagio del COVID-19. En las casas de empeño no estará permitida la venta de bienes y/o mercancía.

6. Centros de cuido de ancianos.

5

7. Organizaciones o grupos que provean servicios para atender necesidades básicas para poblaciones económicamente desfavorecidas, tales como, refugios para personas sin hogar, bancos de alimentos, entre otros.

Se dispone que en ánimo de promover la protección de los ciudadanos y evitar el contagio durante el toque de queda ("lockdown") se dispone que:

a) los domingos permanecerán cerrados los colmados, supermercados o negocios que tengan supermercados;

b) las farmacias solo podrán operar el área de recetario, vender medicamentos y artículos de higiene personal; y

c) las gasolineras solo podrán despachar combustible.

El incumplimiento con las Ordenes de congelación de precios emitidas por el Departamento de Asuntos al Consumidor (DACO) estarán sujetos a las sanciones y multas mencionadas en esta Orden y en la ley habilitadora de DACO.

**Sección 6ta:** <u>EXCEPCIONES AL CIERRE SERVICIOS</u>: **Siempre y cuando** ofrezcan sus servicios en una situacion de emergencia y brinden un número telefónico o correo electrónico para ser contactados sin necesidad de abrir un local o establecimiento al público, atendiendo los aspectos de salubridad, seguridad, e higiene, y estableciendo los controles necesarios para lograr distanciamiento social y evitar la propagación del COVID19 en su comparecencia.

1. Podrán operar plomeros, electricistas, exterminadores y otros servicios que son necesarios para el mantenimiento de la salud, la seguridad y operación esencial a nivel individual, residencial, comercial, industrial o público, Esto incluye mantenimiento de elevadores o piscinas. Las urbanizaciones con control de acceso y sus administradores deberán dar fiel cumplimiento a las directrices de esta Orden Ejecutiva so pena de estar sujetas a responsabilidad.

2. Podrán operar compañías de asistencia en la carretera y de cerrajería, solamente para atender casos de emergencias, y a que esos efectos provean un contacto telefónico o de mensaje electrónico. Cualquier establecimiento que reciba público, relacionado a estos negocios deberá permanecer cerrados.

3. Podrán operar compañías de entrega y envío de paquetes, atendiendo los aspectos de salubridad, seguridad, e higiene, y estableciendo los controles necesarios para lograr distanciamiento social y evitar la propagación del COVID19.

4. En cuanto a los servicios funerarios, podrán hacerse recogido o traslado de cadáveres, embalsamamientos, cremaciones y enterramientos, pero no así velatorios en los que se reúna público.

5. Aquellas compañías que ofrezcan servicios de reparación y piezas de vehículos, incluyendo técnicos automotrices, gomeros y distribuidores de piezas, podrán operar para atender emergencias los **miércoles y jueves,** SOLO entre 9:00 a.m. y 12 p.m.(mediodía) mediante citas y deberán establecer algún método de contacto telefónico o por correo electrónico para coordinar las mismas. Deberán asegurarse y tomar control de la persona que citen para no tener más de



6

1 cliente a la vez y guardando las medidas de seguridad apropiadas para evitar el contagio y sin estar abierto el establecimiento para recibir al público en general.

6. Aquellos comercios que ofrezcan servicios de ferreterías podrán operar los **viernes y sábados,** entre 9:00 a.m. y 12 p.m. (mediodía), solamente mediante citas, estableciendo algún método de contacto telefónico o por correo electrónico, para coordinar la venta y entrega de la mercancía de manera ordenada, pero sin estar abiertas para recibir al público en general. Deberán las personas a cargo del establecimiento asegurarse y tomar control de la persona que citen para no tener más de 1 cliente a la vez.

7. En cuanto a la infraestructura crítica de telecomunicaciones se permitirán los trabajos de instalación, reparación, mantenimiento y rehabilitación de la planta.

**Sección 7ma:** <u>TURNOS PREFERENTES.</u> Todo comercio de los autorizados a operar en esta Orden se le recomienda en la medida que sea posible, ofrecer turnos preferentes a aquellas personas que trabajen en hospitales, laboratorios tecnológicos y agentes del orden público.

**Sección 8va:** <u>OFICINAS DENTALES.</u> En cuanto a las oficinas dentales, las mismas deberán permanecer cerradas, según las recomendaciones de ADA y la Junta Dental de Puerto Rico. Podrán tomar medidas para procedimientos de emergencias para las que deberán incluir un teléfono al cual puedan llamar los pacientes y coordinar.

**Sección 9na:** <u>FACULTATIVOS MÉDICOS.</u> Todo procedimiento médico electivo deberá estar suspendido. Todos los facultativos médicos deberán hacer una evaluación y tomar las medidas para determinar el cierre de sus oficinas o atender pacientes particularmente en casos de emergencia, deberán hacerlo por citas y tomando medidas de seguridad rigurosas. NO está permitida la aglomeración de personas. Deberán prestar especial atención y tomar las medidas en el caso de las mujeres embarazadas. Toda oficina de tratamiento especializado por ejemplo centros de diálisis, tratamiento de cáncer y otros están exento por lo que deberán continuar ofreciendo los servicios para beneficio de sus pacientes.



**Sección 10ma:** <u>ESTABLECIMIENTO DE GUÍAS POR LAS AGENCIAS.</u> Las disposiciones aquí establecidas podrán ser definidas y reforzadas detalladamente mediante guías emitidas por toda agencia llamada a la regulación o reglamentación de los servicios aquí discutidos, una vez aprobadas por la Gobernadora, quien podrá delegar esta función en el Secretario de la Gobernación. De igual forma todo jefe de agencia que identifique servicios esenciales o de emergencia, y que no estén cubiertos en las exenciones deberá someter una solicitud a estos fines al Secretario de la Gobernación, quien tendrá discreción para aprobarlos. Toda agencia que promulgue guías en aras de explicar en detalle las disposiciones que esta Orden establece, una vez sean aprobadas, deberá inmediatamente dar su más amplia publicación.

**Sección 11ma:** <u>PERSONAS EXCLUIDAS.</u>Dispuesto el toque de queda ("lockdown") y sus excepciones, estarán excluidos de este toque de queda aquellas personas autorizadas en esta Orden por razones de trabajo y/o en caso de emergencia.

Las disposiciones de esta Orden no aplicarán a:

7

1. Personas debidamente identificadas como empleados de agencias de seguridad pública o privada, a nivel estatal y federal,

2. Profesionales de la salud, incluyendo los profesionales de la salud mental, personal que labora en hospitales, farmacias, farmacéuticas, instalaciones de biociencia o centros de salud,

3. Personal que se encuentre trabajando en la cadena de distribución al por mayor y manufactura de bienes y alimentos, incluyendo aquellos necesarios para la actividad agrícola como serían los agrocentros, desde el origen hasta los establecimientos de venta al consumidor, incluyendo puntos de venta al detal como quioscos de alimentos frescos (frutas, verduras y vegetales) establecidos previos al 15 de marzo de 2020, siempre y cuando tomen medidas para salvaguardar la salud (ej. mascarillas, guantes, desinfectantes, etc.) y se sirvan sin necesidad de aglomeramiento de personas, entiéndase un cliente a la vez.

4. El personal que se encuentre trabajando con utilidades o infraestructura crítica,

5. Personal de centros de llamadas ("call center"),

6. Personal de puertos y aeropuertos,

7. Miembros de la prensa, y medios de comunicación

8. Aquellos ciudadanos que estén atendiendo situaciones de emergencias o de salud.

9. De igual forma, no aplicarán a aquellos funcionarios que realicen labores indispensables en las Ramas Ejecutiva, Legislativa y Judicial. Estos empleados estarán autorizados a transitar en las vías públicas de camino a su trabajo y regreso a su hogar en el horario y días que sea necesario.



**Sección 12da:**     <u>PEAJES</u>: A partir del 31 de marzo del 2020 se reestablecerá el cobro de los peajes pagaderos en carreteras del Gobierno de Puerto Rico. Sin embargo, no se cobrarán multas por pasar un peaje sin tener balance en su cuenta de Autoexpreso, durante la vigencia de esta Orden al estar los centros de recarga cerrados. Se ordena al Secretario de Transportación y Obras Públicas y/o la directora ejecutiva de la Autoridad de Carreteras de Puerto Rico a emitir las directrices necesarias para reconocer una moratoria en el recargo de las tarjetas y así cumplir con lo aquí establecido.

**Sección 13ra:**     <u>DISPOSICIONES TRANSITORIAS RELACIONADAS AL TOQUE DE QUEDA.</u>

En atención a nuestro interés de facilitar que los trabajadores de Puerto Rico sean compensados de conformidad con sus contratos y las leyes aplicables, EXCLUSIVAMENTE durante el martes, 31 de marzo de 2020 entre 5:00 a.m. a 12:00 p.m. (mediodía), quedarán exentos del toque de queda hasta cinco (5) empleados por patrono, con el propósito de procesar los pagos de los periodos o ciclos de nómina que venzan durante el mes de marzo de 2020. Los patronos deberán identificar el personal necesario, el cual podrá acudir al lugar de trabajo únicamente para este propósito y los trámites relacionados al mismo. Además, los patronos deberán tomar las medidas cautelares para garantizar la salud y seguridad de dichos empleados en el lugar de trabajo. El patrono que utilice esta

8

disposición como subterfugio para realizar labores no relacionadas al procesamiento y pago de nómina podrá ser penalizado de conformidad con esta Orden.

Asimismo, para fomentar el trabajo remoto de manera que los trabajadores de Puerto Rico puedan continuar generando ingresos en el periodo de emergencia provocado por el COVID-19, EXCLUSIVAMENTE durante el martes, 31 de marzo de 2020 entre 5:00 a.m. a 12:00 p.m. (mediodía), podrán acudir al lugar de trabajo para recoger los materiales y equipos necesarios, así como para hacer entrega de los mismos a los empleados correspondientes. Los patronos deberán identificar el personal necesario, el cual podrá acudir al lugar de trabajo únicamente para este propósito y los trámites relacionados al mismo. Además, los patronos deberán tomar las medidas cautelares para garantizar la salud y seguridad de dichos empleados en el lugar de trabajo. El patrono que utilice esta disposición como subterfugio para realizar labores no relacionadas al recogido y entrega de materiales y equipos para trabajar de forma remota podrá ser penalizado de conformidad con esta Orden.

**Sección 14ta:** <u>CELEBRACIÓN DE EVENTOS RELIGIOSOS POR MEDIOS ELECTRÓNICOS</u> Los sacerdotes, pastores, reverendos, obispos, imanes, rabinos y/o cualquier líder principal de alguna entidad religiosa, que así puedan acreditarlo y que no manifiesten síntomas gripales o asociados a COVID-19, podrán salir de su lugar de residencia fuera de las limitaciones impuestas en esta Orden, únicamente en situaciones de emergencias o crisis para el ejercicio de sus responsabilidades ministeriales, y que dicha intervención no se pueda realizar por teléfono u otro medio de comunicación alterno. Estos serán responsables de tener todos los medios de protección (ej. mascarillas, guantes, desinfectantes, etc.) y tomarán todas las medidas necesarias para mantener el distanciamiento social y evitar la propagación del COVID19.

Toda iglesia, templo, mezquita y/o sinagoga que tenga medios de comunicación como radio, televisión o medios digitales, podrá, sin la participación de la feligresía, realizar los servicios, misas, cultos o eventos principales de su religión, para luego transmitir en vivo o en grabación diferida, en dichos lugares. La cantidad de personas necesarias (ej. técnicos de sonido, camarógrafos o personal complementario) nunca podrá exceder de 10 personas y tendrán que velar que los mismos no manifiesten síntomas gripales o asociados al COVID-19. Además, se deberá velar por el adecuado distanciamiento social (4 a 6 pies de distancia) y la entidad será responsable de tomar todas las medidas de limpieza y desinfección necesarias para evitar el contagio. Esta actividad será autorizada limitándose a lo estrictamente necesario.

**Sección 15ta:** <u>CIERRE DE COMERCIOS Y ENTIDADES PRIVADAS</u> Esta orden de cierre total aplicará las 24 horas a cines, discotecas, salas de conciertos, teatros, salones de juego, casinos, parques de atracciones, gimnasios, bares o cualquier lugar análogo o evento que propicie la reunión de un grupo de ciudadanos en el mismo lugar.

**Sección 16ta:** <u>SECTOR DE LA CONSTRUCCIÓN.</u> Sujeto a la implantación de estrictas medidas de seguridad para proteger la salud y seguridad de todos nuestros trabajadores contra el COVID-19 y fundamentados en las Guías del CDC, Departamento de Trabajo



Federal y OSHA, se autoriza al sector de la construcción como esencial bajo la emergencia del COVID-19; siempre y cuando sea para ofrecer servicios críticos, de mantenimiento o de reparación, relacionados a hospitales, agua potable, electricidad, y comunicaciones.

**Sección 17ma:**   <u>TRÁFICO MARÍTIMO DE EMBARCACIONES RECREACIONALES.</u>
Se ordena al Departamento de Recursos Naturales y Ambientales (DRNA) a:

a)  emitir órdenes, directrices, cartas circulares, entre otras, para el **cierre de toda marina** en Puerto Rico, para desalentar el tráfico marítimo de embarcaciones recreacionales en nuestras aguas territoriales y establecer excepciones a los antes mencionado amparadas en criterios de emergencia, pesca comercial, residentes en las embarcaciones y reglamentaciones federales.

b)  en coordinación con el Negociado de la Policía de Puerto Rico y cualquier Policía Municipal, establecer un plan de vigilancia costera para que cualquier embarcación marítima cumpla con la presente Orden Ejecutiva y/o con las órdenes, directrices, cartas circulares, entre otras, del DRNA.

Se autoriza al Cuerpo de Vigilantes del DRNA, el Negociado de la Policía de Puerto Rico y cualquier Policía Municipal de Puerto Rico a poder intervenir con toda persona que desembarque de cualquier tipo embarcación marítima, entre y/o intente entrar a nuestras costas, en violación con la Orden Ejecutiva que aquí se establece y/o en violación a las órdenes, directrices, cartas circulares, entre otras, del DRNA.

Los Alcaldes y Alcaldesas que lideren municipios costeros con oportunidad de recibir botes o cualquier medio de transportación marítima, estarán facultados para impedir la entrada de cualquier persona a Puerto Rico a través de éstos metodos. Podrán coordinar con sus Policias Municipales, Recursos Natuales y la Policía de Puerto Rico.

**Sección 18va:**   <u>INCUMPLIMIENTO.</u>Ante el incumplimiento a las disposiciones contenidas en esta Orden Ejecutiva de Emergencia por cualquier persona y/o empresa se implementarán las sanciones penales y aquellas multas establecidas por las disposiciones de cualquier ley aplicable y la Ley 20-2017, según enmendada, la cual establece pena de reclusión que no excederá de seis (6) meses o multa que no excederá de cinco mil (5,000) dólares o ambas penas a discreción del tribunal, a toda persona que incumpla con las órdenes de evacuación del Departamento de Seguridad Pública o sus Negociados. De la misma manera, el incumplimiento con las Ordenes de congelación de precios emitidas por el Departamento de Asuntos al Consumidor estarán sujetos a sanciones y multas emitidas por esa Agencia, en adición a las mencionadas en esta Sección. De igual forma, conforme a las disposiciones del Art. 33 de la Ley del Departamento de Salud, "[t]oda persona natural o jurídica que infrinja las disposiciones de esta ley o de los reglamentos dictados por el Departamento de Salud al amparo de los mismos incurrirá en delito menos grave y sentenciado que podrá ser sancionada con pena de reclusión que no excederá de seis (6) meses o multa no mayor de cinco mil (5,000) dólares o ambas penas a discreción del tribunal". Por último, el incumplimiento con las Ordenes de Congelación de Precios emitida por el DACO estará



sujeto a las sanciones y multas emitidas por esa agencia, así como a las mencionadas en esta Sección.

Se ordena a la Policía de Puerto Rico y al Departamento de Seguridad Pública de Puerto Rico a tomar las medidas necesarias para hacer cumplir las disposiciones de esta Orden Ejecutiva.

**Sección 19na:** DEFINICIÓN DE AGENCIA Para fines de esta Orden Ejecutiva, el término "Agencia" se refiere a toda agencia, instrumentalidad, oficina o dependencia de la Rama Ejecutiva del Gobierno de Puerto Rico, incluyendo corporaciones públicas, independientemente de su nombre.

**Sección 20ma:** DEROGACIÓN. Esta Orden Ejecutiva deja sin efecto cualquier otra orden ejecutiva que, en todo o en parte, sea incompatible con lo aquí dispuesto, hasta donde existiera tal incompatibilidad

**Sección 21ra:** VIGENCIA. Esta Orden Ejecutiva entrará en vigor el 31 de marzo de 2020 y se mantendrá vigente hasta el 12 de abril de 2020 y/o salvo nuevo aviso.

**Sección 22da:** NO CREACIÓN DE DERECHOS EXIGIBLES. Esta Orden Ejecutiva no tiene como propósito crear derechos sustantivos o procesales a favor de terceros, exigibles ante foros judiciales, administrativos o de cualquier otra índole contra el Gobierno de Puerto Rico, agencias, oficiales, empleados o cualquiera otra persona

**Sección 23ra:** PUBLICACIÓN. Esta Orden Ejecutiva debe ser presentada inmediatamente en el Departamento de Estado y se ordena su más amplia publicación.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar el Gran Sello del Gobierno de Puerto Rico, en La Fortaleza, San Juan, Puerto Rico, hoy, 30 de marzo de 2020.

WANDA VÁZQUEZ GARCED
GOBERNADORA

Promulgada de conformidad con la ley, hoy _30_ de marzo de 2020.

ELMER L. ROMÁN GONZÁLEZ
SECRETARIO DE ESTADO

11

**GOBIERNO DE PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

Boletín Administrativo Núm. 2020-029

**ORDEN EJECUTIVA DE LA GOBERNADORA DE PUERTO RICO, HON. WANDA VÁZQUEZ GARCED A LOS FINES DE EXTENDER LAS MEDIDAS TOMADAS PARA CONTROLAR EL RIESGO DE CONTAGIO DEL CORONAVIRUS COVID-19 EN PUERTO RICO.**

**POR CUANTO:** Los gobernantes se distinguen por buscar el bienestar de todos sus ciudadanos. Por tal razón, como Gobernadora de Puerto Rico, el 12 de marzo de 2020 promulgué el Boletín Administrativo Núm. 2020-020 decretando un estado de emergencia en toda nuestra isla ante la vil amenaza de una pandemia mundial como lo es el coronavirus en adelante (COVID-19).

**POR CUANTO:** Siendo mi prioridad llevar a cabo todos los esfuerzos necesarios que me permitieran salvaguardar la salud, la vida y la seguridad de todos los puertorriqueños, el 15 de marzo de 2020, habiéndose confirmado seis (6) casos del COVID-19, firmé el Boletín Administrativo Núm. 2020-23, en adelante OE 2020-023, a los fines de viabilizar los cierres necesarios, tanto gubernamentales como privados, para evitar la propagación del COVID-19. Dicha orden se extiende hasta el 30 de marzo de 2020.

**POR CUANTO:** Expertos médicos alrededor del mundo aseguran que el distanciamiento social es una de las medidas recomendadas para frenar la propagación del COVID-19.

**POR CUANTO:** Ante la situación de emergencia que está atravesando Puerto Rico, promulgué el Boletín Administrativo 2020-026, el cual crea el Comité Ejecutivo de Asesoría Médica, quienes como parte de sus funciones hicieron recomendaciones a los efectos de extender las medidas tomadas por la Gobernadora para contener el contagio del COVID 19, por un periodo adicional.

**POR CUANTO:** El 11 de marzo de 2020 la Organización Mundial de la Salud declaró la enfermedad respiratoria causada por un nuevo coronavirus SARS-CoV-2, conocido como el coronavirus o COVID-19, como una emergencia sanitaria y social mundial de nivel pandémico que requería la acción efectiva e inmediata de todos los gobiernos y jurisdicciones alrededor del mundo.

**POR CUANTO:** El 12 de marzo de 2020 se promulgo el Boletín Administrativo Núm. OE-2020-020 mediante el cual declaró un estado de emergencia con el fin de implementar todas las medidas necesarias para salvaguardar la salud, bienestar y seguridad de todos en Puerto Rico ante la inminente amenaza del COVID-19.

**POR CUANTO:** El 13 de marzo de 2020 el Presidente de Estados Unidos de América, honorable Donald J. Trump, emitió una declaración de emergencia nacional a raíz del desarrollo y exponencial contagio comunitario de la enfermedad COVID-19 que experimentaba todo el territorio estadounidense.

**POR CUANTO:** Desde *Gibbons v. Ogden*, 22 U.S. 1 (1824), el Tribunal Supremo de Estados Unidos de América ha validado la facultad legal de las jurisdicciones estatales de tomar las medidas necesarias para proteger la salud pública.

**POR CUANTO:**   En caso de que alguna epidemia amenace la salud del pueblo de Puerto Rico, la Ley Núm. 81 de 14 de marzo de 1912, según enmendada, conocida como "Ley del Departamento de Salud", faculta al Departamento de Salud a tomar todas las medidas que juzgue necesarias para combatirla, incluyendo procedimientos para el aislamiento y cuarentena de personas que han sido expuestas o que han contraído enfermedades transmisibles que representan una amenaza a la salud pública, conforme a las disposiciones del Reglamento Núm. 7380, conocido como "Reglamento de Aislamiento y Cuarentena".

**POR CUANTO:**   El Artículo 6.10 de la Ley Núm. 20-2017, según enmendada, mejor conocida como "Ley del Departamento de Seguridad Pública de Puerto Rico", faculta a la Gobernadora a decretar un estado de emergencia en la Isla y "darle vigencia a aquellos reglamentos, órdenes, planes o medidas estatales para situaciones de emergencia o desastre o variar los mismos a su juicio", así como "dictar enmendar y revocar aquellos reglamentos y emitir, enmendar y rescindir aquellas órdenes que estime convenientes para regir durante el estado de emergencia o desastre".

**POR CUANTO:**   Actualmente, se han registrado más de setecientas cuarenta mil (740,000) personas infectadas con el COVID-19 y más de treinta y cinco mil (35,000) muertes asociadas a esta enfermedad a nivel mundial.

**POR CUANTO:**   En Estados Unidos de América se han confirmado alrededor de ciento cuarenta mil (140,000) casos de personas infectadas con el COVID-19 y más de dos mil cuatrocientas (2,400) muertes provocadas por esta enfermedad.

**POR CUANTO:**   Los cincuenta (50) estados de los Estados Unidos de América y Washington, D.C., han promulgado declaraciones de emergencia a nivel estatal como consecuencia de la amenaza del COVID-19.

**POR CUANTO:**   La seriedad de la situación que representa esta emergencia epidemiológica y la fácil transmisibilidad del virus COVID-19 de persona a persona ha llevado a aproximadamente veintiséis (26) estados alrededor de los Estados Unidos a promulgar órdenes de "stay-at-home", prohibiendo la salida de todas las personas en sus respectivos territorios, salvo para asuntos esenciales, y determinando el cierre de toda entidad pública o privada no esencial para la emergencia (ej. Alaska, California, Colorado, Connecticut, Delaware, Hawaii, Idaho, Illinois, Indiana, Kansas, Louisiana, Michigan, Minnesota, Montana, New Hampshire, New Jersey, Nuevo México, Nueva York, Carolina del Norte, Oregón, Rhode Island, Vermont, Washington, West Virginia y Wisconsin).

**POR CUANTO:**   Es la más alta prioridad del Gobierno de Puerto Rico llevar a cabo todos los esfuerzos necesarios para salvaguardar la salud, la vida y la seguridad de todos los puertorriqueños, incluyendo implementar medidas difíciles, pero necesarias para prevenir y controlar la diseminación del virus, según las recomendaciones de los expertos.

**POR CUANTO:**   El 15 de marzo de 2020, la Gobernadora de Puerto Rico emitió el Boletín Administrativo Núm. OE-2020-023 a los fines de viabilizar los cierres necesarios, tanto gubernamentales como privados, y decretar un toque de queda en ánimo de desacelerar y detener la propagación del COVID-19.

**POR CUANTO:**   El Boletín Administrativo Núm. OE-2020-026 dispuso para la creación de un Comité Ejecutivo de Asesoría Médica o "Task Force Médico" del COVID-19 a cargo de desarrollar e implementar, en



2

conjunto con el Departamento de Salud, los estudios, las investigaciones y los planes estratégicos sobre cómo manejar la emergencia de COVID-19, así como de asesorar a la Gobernadora de Puerto Rico y al Secretario de Salud sobre la toma de decisiones de salud pública y otros asuntos relacionados a esta emergencia.

**POR CUANTO:** La vigencia del Boletín Administrativo Núm. OE-2020-023 se extiende hasta el lunes, 30 de marzo de 2020, fecha para la cual el Comité Ejecutivo de Asesoría Médica del COVID-19 entiende que no es recomendable levantar las medidas de distanciamiento social establecidas en la referida Orden Ejecutiva.

**POR CUANTO:** Expertos médicos alrededor del mundo, incluyendo los expertos miembros del Comité Ejecutivo de Asesoría Médica, aseguran que el distanciamiento social es la medida más recomendada y efectiva para frenar la propagación del COVID-19.

**POR CUANTO:** Al día de hoy se han confirmado más de cien casos (100) casos de personas infectadas en Puerto Rico y seis (6) muertes como resultado de esta enfermedad.

**POR CUANTO:** Las proyecciones presentadas por el Comité Ejecutivo de Asesoría Médica del COVID-19 del potencial contagio exponencial que representaría suspender en este momento las medidas de aislamiento social implementadas, hacen imperativo la extensión de las medidas de toque de queda y cierre de operaciones públicas y privadas.

**POR CUANTO:** Esta Administración Gubernamental reconoce que estas medidas deben ir acompañadas de mecanismos que permitan la operación de industrias, servicios y renglones de la economía que son necesarios para proveer una respuesta adecuada y efectiva en esta emergencia.



**POR CUANTO:** El 28 de marzo de 2020 la "Cybersecurity & Infrastructure Security Agency" del Departamento de Seguridad Nacional de los Estados Unidos de América, publicó el documento titulado "Guidance on the Essential Critical Infrastructure Workforce: Ensuring Community and National Resilience in COVID-19 Response", mediante el cual estableció unos parámetros para ayudar a los gobiernos estatales y locales a determinar qué actividades, negocios, trabajos e industrias pueden considerarse como necesarias en el contexto de la emergencia suscitada por el COVID-19 (en adelante, "La Guía").

**POR CUANTO:** La Guía se promulgó para asistir a los funcionarios públicos en su rol de proteger a las comunidades, mientras se garantiza la continuidad de las funciones críticas para la salud y la seguridad pública, así como la seguridad económica.

**POR CUANTO:** La Guía establece que las determinaciones sobre lo que constituye un negocio o actividad necesaria no es directivo, sino que más bien se deben tener en cuenta consideraciones de salud pública atinentes a las preocupaciones específicas relacionadas con COVID-19 en cada jurisdicción en particular.

**POR CUANTO:** Puerto Rico continúan experimentando circunstancias de alta amenaza a consecuencia del pandémico COVID-19 que ponen en riesgo la salud de nuestra ciudadanía.

**POR TANTO:** Yo, **WANDA VÁZQUEZ GARCED**, Gobernadora de Puerto Rico, en virtud de los poderes inherentes a mi cargo y la autoridad que me ha sido conferida por la Constitución y las leyes de Puerto Rico, por la presente, DECRETO y ORDENO lo siguiente:

**Sección 1ra:** TOQUE DE QUEDA. Se establece un toque de queda ("lockdown") en Puerto Rico. Se instruye a todo ciudadano en la isla de Puerto

3

Rico a que deberá permanecer en su lugar de residencia o alojamiento durante las 24 horas del día los 7 días de la semana durante el periodo de toque de queda ("lockdown") comenzando el 31 de marzo de 2020 hasta el 12 de abril de 2020 a las 12 de la medianoche inclusive.  Cualquier ciudadano, que no esté cubierto por alguna de las excepciones específicas que más adelante se detallan en esta Orden, podrá salir de su vivienda entre 5:00 a.m. a 7:00 p.m., **exclusivamente** en las siguientes circunstancias:

(a) acudir a alguna cita médica, asistir a hospitales, laboratorios o centros de servicio médico hospitalarios;

(b) para proveer la asistencia, cuidado, alimentos, transporte de ciudadanos y ciudadanas de la tercera edad, menores, dependientes, personas con discapacidad o personas especialmente vulnerables que requieran algún tipo de atención médica o profesional, lo anterior siempre y cuando se tomen las precauciones de prevención de contagio;

(c) adquisición de alimentos, productos farmacéuticos y de primera necesidad;

(d) acudir alguna institución financiera para gestiones de emergencia;

(e) recibir alguno de los servicios exentos, especificados en las subsiguientes secciones de esta Orden;

(f) brindar alguno de los servicios especificados Exentos en subsiguientes secciones de esta Orden.

Durante la vigencia de esta Orden, el dueño y/o la persona a cargo de una residencia que permita que personas ajenas a su núcleo familiar se congreguen para llevar a cabo reuniones, tertulias, fiestas o cualquier actividad no permitida en esta orden en dicha residencia y su entorno, será considerada una violación a la orden ejecutiva y estará sujeto a las penalidades establecidas por ley.



**Sección 2da:** UASO DE VEHÍCULOS DE MOTOR. Se ordena que a partir del miércoles **1ro de abril,** con respecto al uso de vehículos de motor y SOLO en caso de (a) adquisición de alimentos, productos farmacéuticos y de primera necesidad (b) acudir a instituciones financieras o (c) recibir alguno de los servicios especificados exentos en subsiguientes secciones de esta Orden, SOLO podrán salir de su lugar de residencia los ciudadanos de una manera ordenada y cuyos vehículos tengan tablillas asignadas por el Departamento de Transportación y Obras Públicas (DTOP) que terminen en número par **(0,2,4,6,8)** los **lunes, miércoles y viernes,** y los que tengan vehículos con tablillas con números impares **(1,3,5,7,9)** podrán salir los **martes, jueves y sábados.** Las tablillas que terminen en una letra se considerarán como números pares para los efectos de esta Orden.

Fuera de las circunstancias anteriores, un ciudadano SOLO podrá salir de su residencia, independientemente de la tablilla de su vehículo: 1) por alguna situación de emergencia (Sección 1era incisos a y b), 2) a trabajar en uno de los lugares permitidos en esta Orden, siempre que así pueda evidenciarlo (Sección   5ta) o 3) realizar uno de los servicios permitidos en esta Orden, siempre que así pueda evidenciarlo. (Sección 6ta).

**Sección 3ra:** INOBSERVANCIA DE LA LEY. Conforme al estado de emergencia declarado mediante el Boletín Administrativo Núm. OE-2020-020 del 12 de marzo de 2020, se reconoce que actualmente existen

4

circunstancias de alta amenaza que ponen en riesgo la salud de nuestra ciudadanía. Que ha quedado demostrado y recomendado por el "Task Force" Médico que el toque de queda y el aislamiento social de los ciudadanos es la medida correcta para combatir el contagio. Ante la aun inobservancia y falta de prudencia de algunos ciudadanos en no entender la seriedad de la emergencia decretada, hace meritorio el tomar medidas de seguridad más rigurosas que propicien el respeto y cumplimiento cabal de las órdenes de aislamiento y cuarentena impartidas.

**Sección 4ta:**    ORDEN DE CUARENTENA. Al amparo de las facultades concedidas por la Constitución de Puerto Rico, y por la Ley 20-2017, reiteramos que se ordena a toda persona con sospecha razonable de que haya sido expuesta al COVID-19, presente ésta o no signos o síntomas de contagio, y con el propósito de prevenir o limitar la transmisión y propagación del virus, a que permanezca en cuarentena durante un período de 14 días. Lo anterior implica que la persona deberá permanecer estrictamente en su residencia y restringir sus movimientos fuera de ésta, para evitar el riesgo de contagio dentro de la comunidad. Se ordena además el aislamiento social por 14 días, para toda persona a la cual se le haya sido confirmado la presencia del COVID-19 en su organismo, o con sospecha razonable de haber sido infectada con el COVID-19, el confinamiento o restricción de movimiento, conforme a las instrucciones médicas, con el propósito de asegurar la condición de salud de dicha persona, así como para evitar que ponga en riesgo la salud pública y prevenir la transmisión a personas no infectadas. A tenor con las facultades concedidas por la Constitución de Puerto Rico y por ley, como regla general, se ORDENA el cierre de las operaciones gubernamentales y privadas, excepto de aquellas relacionadas a servicios esenciales, así como continuar con el cierre de todos los comercios en Puerto Rico a partir del 31 de marzo hasta el 12 de abril de 2020 inclusive.

**Sección 5ta:**    EXCEPCIONES AL CIERRE COMERCIO. Están exentos de esta Orden aquellos comercios dedicados a:

1. Venta de alimentos al detal EXCLUSIVAMENTE mediante el modelo de servi-carro, o entrega ("carry-out" o "delivery") y sin permitir comensales en el interior de los establecimientos, incluyendo alimentos preparados, o al por mayor, supermercados o aquellos que estén relacionados a las cadenas de distribución de alimentos incluyendo alimento para animales

2. Medicamentos, artículos o equipo médicos y su cadena de distribución

3. Farmacias,

4. Gasolineras y su cadena de distribución

5. Instituciones bancarias o financieras. En cuanto a las casas de empeño catalogadas como instituciones financieras SOLO podrán brindar servicio para recibo de bienes a manera de empeño y pago de deudas, estableciendo que se atenderá un cliente a la vez y con las medidas de seguridad para evitar el contagio del COVID-19. En las casas de empeño no estará permitida la venta de bienes y/o mercancía.

6. Centros de cuido de ancianos.



5

7. Organizaciones o grupos que provean servicios para atender necesidades básicas para poblaciones económicamente desfavorecidas, tales como, refugios para personas sin hogar, bancos de alimentos, entre otros.

Se dispone que en ánimo de promover la protección de los ciudadanos y evitar el contagio durante el toque de queda ("lockdown") se dispone que los domingos:

a) permanecerán cerrados los colmados, supermercados o negocios que tengan supermercados;

b) las farmacias solo podrán operar el área de recetario, vender medicamentos y artículos de higiene personal; y

c) las gasolineras solo podrán despachar combustible.

El incumplimiento con las Ordenes de congelación de precios emitidas por el Departamento de Asuntos al Consumidor (DACO) estarán sujetos a las sanciones y multas mencionadas en esta Orden y en la ley habilitadora de DACO.

**Sección 6ta:**   EXCEPCIONES AL CIERRE SERVICIOS: **Siempre y cuando** ofrezcan sus servicios en una situación de emergencia y brinden un número telefónico o correo electrónico para ser contactados sin necesidad de abrir un local o establecimiento al público, atendiendo los aspectos de salubridad, seguridad, e higiene, y estableciendo los controles necesarios para lograr distanciamiento social y evitar la propagación del COVID19 en su comparecencia.

1. Podrán operar plomeros, electricistas, exterminadores y otros servicios que son necesarios para el mantenimiento de la salud, la seguridad y operación esencial a nivel individual, residencial, comercial, industrial o público, Esto incluye mantenimiento de elevadores o piscinas. Las urbanizaciones con control de acceso y sus administradores deberán dar fiel cumplimiento a las directrices de esta Orden Ejecutiva so pena de estar sujetas a responsabilidad.

2. Podrán operar compañías de asistencia en la carretera y de cerrajería, solamente para atender casos de emergencias, y a que esos efectos provean un contacto telefónico o de mensaje electrónico. Cualquier establecimiento que reciba público, relacionado a estos negocios deberá permanecer cerrados.

3. Podrán operar compañías de entrega y envío de paquetes, atendiendo los aspectos de salubridad, seguridad, e higiene, y estableciendo los controles necesarios para lograr distanciamiento social y evitar la propagación del COVID19.

4. En cuanto a los servicios funerarios, podrán hacerse recogido o traslado de cadáveres, embalsamamientos, cremaciones y enterramientos, pero no así velatorios en los que se reúna público.

5. Aquellas compañías que ofrezcan servicios de reparación y piezas de vehículos, incluyendo técnicos automotrices, gomeros y distribuidores de piezas, podrán operar para atender emergencias los **miércoles y jueves,** SOLO entre 9:00 a.m. y 12 p.m.(mediodía) mediante citas y deberán establecer algún método de contacto telefónico o por correo electrónico para coordinar las mismas. Deberán asegurarse y tomar control de la persona que citen para no tener más de



6

           1 cliente a la vez y guardando las medidas de seguridad apropiadas para evitar el contagio y sin estar abierto el establecimiento para recibir al público en general.

6. Aquellos comercios que ofrezcan servicios de ferreterías podrán operar los **viernes y sábados,** entre 9:00 a.m. y 12 p.m. (mediodía), solamente mediante citas, estableciendo algún método de contacto telefónico o por correo electrónico, para coordinar la venta y entrega de la mercancía de manera ordenada, pero sin estar abiertas para recibir al público en general. Deberán las personas a cargo del establecimiento asegurarse y tomar control de la persona que citen para no tener más de 1 cliente a la vez.

7. En cuanto a la infraestructura crítica de telecomunicaciones se permitirán los trabajos de instalación, reparación, mantenimiento y rehabilitación de la planta.

**Sección 7ma:**  TURNOS PREFERENTES. Todo comercio de los autorizados a operar en esta Orden se le recomienda en la medida que sea posible, ofrecer turnos preferentes a aquellas personas que trabajen en hospitales, laboratorios tecnológicos y agentes del orden público.

**Sección 8va:**  OFICINAS DENTALES. En cuanto a las oficinas dentales, las mismas deberán permanecer cerradas, según las recomendaciones de ADA y la Junta Dental de Puerto Rico. Podrán tomar medidas para procedimientos de emergencias para las que deberán incluir un teléfono al cual puedan llamar los pacientes y coordinar.

**Sección 9na:**  FACULTATIVOS MÉDICOS. Todo procedimiento médico electivo deberá estar suspendido. Todos los facultativos médicos deberán hacer una evaluación y tomar las medidas para determinar el cierre de sus oficinas o atender pacientes particularmente en casos de emergencia, deberán hacerlo por citas y tomando medidas de seguridad rigurosas. NO está permitida la aglomeración de personas. Deberán prestar especial atención y tomar las medidas en el caso de las mujeres embarazadas. Toda oficina de tratamiento especializado por ejemplo centros de diálisis, tratamiento de cáncer y otros están exento por lo que deberán continuar ofreciendo los servicios para beneficio de sus pacientes.



**Sección 10ma:** ESTABLECIMIENTO DE GUÍAS POR LAS AGENCIAS. Las disposiciones aquí establecidas podrán ser definidas y reforzadas detalladamente mediante guías emitidas por toda agencia llamada a la regulación o reglamentación de los servicios aquí discutidos, una vez aprobadas por la Gobernadora, quien podrá delegar esta función en el Secretario de la Gobernación. De igual forma todo jefe de agencia que identifique servicios esenciales o de emergencia, y que no estén cubiertos en las exenciones deberá someter una solicitud a estos fines al Secretario de la Gobernación, quien tendrá discreción para aprobarlos. Toda agencia que promulgue guías en aras de explicar en detalle las disposiciones que esta Orden establece, una vez sean aprobadas, deberá inmediatamente dar su más amplia publicación.

**Sección 11ma:** PERSONAS EXCLUIDAS.Dispuesto el toque de queda ("lockdown") y sus excepciones, estarán excluidos de este toque de queda aquellas personas autorizadas en esta Orden por razones de trabajo y/o en caso de emergencia.

       Las disposiciones de esta Orden no aplicarán a:

1. Personas debidamente identificadas como empleados de agencias de seguridad pública o privada, a nivel estatal y federal,

2. Profesionales de la salud, incluyendo los profesionales de la salud mental, personal que labora en hospitales, farmacias, farmacéuticas, instalaciones de biociencia o centros de salud,

3. Personal que se encuentre trabajando en la cadena de distribución al por mayor y manufactura de bienes y alimentos, incluyendo aquellos necesarios para la actividad agrícola como serían los agrocentros, desde el origen hasta los establecimientos de venta al consumidor, incluyendo puntos de venta al detal como quioscos de alimentos frescos (frutas, verduras y vegetales) establecidos previos al 15 de marzo de 2020, siempre y cuando tomen medidas para salvaguardar la salud (ej. mascarillas, guantes, desinfectantes, etc.) y se sirvan sin necesidad de aglomeramiento de personas, entiéndase un cliente a la vez.

4. El personal que se encuentre trabajando con utilidades o infraestructura crítica,

5. Personal de centros de llamadas ("call center"),

6. Personal de puertos y aeropuertos,

7. Miembros de la prensa, y medios de comunicación

8. Aquellos ciudadanos que estén atendiendo situaciones de emergencias o de salud.

9. De igual forma, no aplicarán a aquellos funcionarios que realicen labores indispensables en las Ramas Ejecutiva, Legislativa y Judicial. Estos empleados estarán autorizados a transitar en las vías públicas de camino a su trabajo y regreso a su hogar en el horario y días que sea necesario.



**Sección 12da:**    PEAJES: A partir del 31 de marzo del 2020 se reestablecerá el cobro de los peajes pagaderos en carreteras del Gobierno de Puerto Rico. Sin embargo, no se cobrarán multas por pasar un peaje sin tener balance en su cuenta de Autoexpreso, durante la vigencia de esta Orden al estar los centros de recarga cerrados. Se ordena al Secretario de Transportación y Obras Públicas y/o la directora ejecutiva de la Autoridad de Carreteras de Puerto Rico a emitir las directrices necesarias para reconocer una moratoria en el recargo de las tarjetas y así cumplir con lo aquí establecido.

**Sección 13ra:**    DISPOSICIONES TRANSITORIAS RELACIONADAS AL TOQUE DE QUEDA.

En atención a nuestro interés de facilitar que los trabajadores de Puerto Rico sean compensados de conformidad con sus contratos y las leyes aplicables, EXCLUSIVAMENTE durante el martes, 31 de marzo de 2020 entre 5:00 a.m. a 12:00 p.m. (mediodía), quedarán exentos del toque de queda hasta cinco (5) empleados por patrono, con el propósito de procesar los pagos de los periodos o ciclos de nómina que venzan durante el mes de marzo de 2020. Los patronos deberán identificar el personal necesario, el cual podrá acudir al lugar de trabajo únicamente para este propósito y los trámites relacionados al mismo. Además, los patronos deberán tomar las medidas cautelares para garantizar la salud y seguridad de dichos empleados en el lugar de trabajo. El patrono que utilice esta

8

disposición como subterfugio para realizar labores no relacionadas al procesamiento y pago de nómina podrá ser penalizado de conformidad con esta Orden.

Asimismo, para fomentar el trabajo remoto de manera que los trabajadores de Puerto Rico puedan continuar generando ingresos en el periodo de emergencia provocado por el COVID-19, EXCLUSIVAMENTE durante el martes, 31 de marzo de 2020 entre 5:00 a.m. a 12:00 p.m. (mediodía), podrán acudir al lugar de trabajo para recoger los materiales y equipos necesarios, así como para hacer entrega de los mismos a los empleados correspondientes. Los patronos deberán identificar el personal necesario, el cual podrá acudir al lugar de trabajo únicamente para este propósito y los trámites relacionados al mismo. Además, los patronos deberán tomar las medidas cautelares para garantizar la salud y seguridad de dichos empleados en el lugar de trabajo. El patrono que utilice esta disposición como subterfugio para realizar labores no relacionadas al recogido y entrega de materiales y equipos para trabajar de forma remota podrá ser penalizado de conformidad con esta Orden.

**Sección 14ta:**    CELEBRACIÓN DE EVENTOS RELIGIOSOS POR MEDIOS ELECTRÓNICOS Los sacerdotes, pastores, reverendos, obispos, imanes, rabinos y/o cualquier líder principal de alguna entidad religiosa, que así puedan acreditarlo y que no manifiesten síntomas gripales o asociados a COVID-19, podrán salir de su lugar de residencia fuera de las limitaciones impuestas en esta Orden, únicamente en situaciones de emergencias o crisis para el ejercicio de sus responsabilidades ministeriales, y que dicha intervención no se pueda realizar por teléfono u otro medio de comunicación alterno. Estos serán responsables de tener todos los medios de protección (ej. mascarillas, guantes, desinfectantes, etc.) y tomarán todas las medidas necesarias para mantener el distanciamiento social y evitar la propagación del COVID19.

Toda iglesia, templo, mezquita y/o sinagoga que tenga medios de comunicación como radio, televisión o medios digitales, podrá, sin la participación de la feligresía, realizar los servicios, misas, cultos o eventos principales de su religión, para luego transmitir en vivo o en grabación diferida, en dichos lugares. La cantidad de personas necesarias (ej. técnicos de sonido, camarógrafos o personal complementario) nunca podrá exceder de 10 personas y tendrán que velar que los mismos no manifiesten síntomas gripales o asociados al COVID-19. Además, se deberá velar por el adecuado distanciamiento social (4 a 6 pies de distancia) y la entidad será responsable de tomar todas las medidas de limpieza y desinfección necesarias para evitar el contagio. Esta actividad será autorizada limitándose a lo estrictamente necesario.

**Sección 15ta:**    CIERRE DE COMERCIOS Y ENTIDADES PRIVADAS Esta orden de cierre total aplicará las 24 horas a cines, discotecas, salas de conciertos, teatros, salones de juego, casinos, parques de atracciones, gimnasios, bares o cualquier lugar análogo o evento que propicie la reunión de un grupo de ciudadanos en el mismo lugar.

**Sección 16ta:**    SECTOR DE LA CONSTRUCCIÓN. Sujeto a la implantación de estrictas medidas de seguridad para proteger la salud y seguridad de todos nuestros trabajadores contra el COVID-19 y fundamentados en las Guías del CDC, Departamento de Trabajo

9

Federal y OSHA, se autoriza al sector de la construcción como esencial bajo la emergencia del COVID-19; siempre y cuando sea para ofrecer servicios críticos, de mantenimiento o de reparación, relacionados a hospitales, agua potable, electricidad, y comunicaciones.

**Sección 17ma:**  TRÁFICO MARÍTIMO DE EMBARCACIONES RECREACIONALES. Se ordena al Departamento de Recursos Naturales y Ambientales (DRNA) a:

a) emitir órdenes, directrices, cartas circulares, entre otras, para el **cierre de toda marina** en Puerto Rico, para desalentar el tráfico marítimo de embarcaciones recreacionales en nuestras aguas territoriales y establecer excepciones a los antes mencionado amparadas en criterios de emergencia, pesca comercial, residentes en las embarcaciones y reglamentaciones federales.

b) en coordinación con el Negociado de la Policía de Puerto Rico y cualquier Policía Municipal, establecer un plan de vigilancia costera para que cualquier embarcación marítima cumpla con la presente Orden Ejecutiva y/o con las órdenes, directrices, cartas circulares, entre otras, del DRNA.

Se autoriza al Cuerpo de Vigilantes del DRNA, el Negociado de la Policía de Puerto Rico y cualquier Policía Municipal de Puerto Rico a poder intervenir con toda persona que desembarque de cualquier tipo embarcación marítima, entre y/o intente entrar a nuestras costas, en violación con la Orden Ejecutiva que aquí se establece y/o en violación a las órdenes, directrices, cartas circulares, entre otras, del DRNA.

Los Alcaldes y Alcaldesas que lideren municipios costeros con oportunidad de recibir botes o cualquier medio de transportación marítima, estarán facultados para impedir la entrada de cualquier persona a Puerto Rico a través de éstos metodos. Podrán coordinar con sus Policias Municipales, Recursos Natuales y la Policía de Puerto Rico.

**Sección 18va:**  INCUMPLIMIENTO.Ante el incumplimiento a las disposiciones contenidas en esta Orden Ejecutiva de Emergencia por cualquier persona y/o empresa se implementarán las sanciones penales y aquellas multas establecidas por las disposiciones de cualquier ley aplicable y la Ley 20-2017, según enmendada, la cual establece pena de reclusión que no excederá de seis (6) meses o multa que no excederá de cinco mil (5,000) dólares o ambas penas a discreción del tribunal, a toda persona que incumpla con las órdenes de evacuación del Departamento de Seguridad Pública o sus Negociados. De la misma manera, el incumplimiento con las Ordenes de congelación de precios emitidas por el Departamento de Asuntos al Consumidor estarán sujetos a sanciones y multas emitidas por esa Agencia, en adición a las mencionadas en esta Sección. De igual forma, conforme a las disposiciones del Art. 33 de la Ley del Departamento de Salud, "[t]oda persona natural o jurídica que infrinja las disposiciones de esta ley o de los reglamentos dictados por el Departamento de Salud al amparo de los mismos incurrirá en delito menos grave y sentenciado que podrá ser sancionada con pena de reclusión que no excederá de seis (6) meses o multa no mayor de cinco mil (5,000) dólares o ambas penas a discreción del tribunal". Por último, el incumplimiento con las Ordenes de Congelación de Precios emitida por el DACO estará



sujeto a las sanciones y multas emitidas por esa agencia, así como a las mencionadas en esta Sección.

Se ordena a la Policía de Puerto Rico y al Departamento de Seguridad Pública de Puerto Rico a tomar las medidas necesarias para hacer cumplir las disposiciones de esta Orden Ejecutiva.

**Sección 19na:** DEFINICIÓN DE AGENCIA Para fines de esta Orden Ejecutiva, el término "Agencia" se refiere a toda agencia, instrumentalidad, oficina o dependencia de la Rama Ejecutiva del Gobierno de Puerto Rico, incluyendo corporaciones públicas, independientemente de su nombre.

**Sección 20ma:** DEROGACIÓN. Esta Orden Ejecutiva deja sin efecto cualquier otra orden ejecutiva que, en todo o en parte, sea incompatible con lo aquí dispuesto, hasta donde existiera tal incompatibilidad

**Sección 21ra:** VIGENCIA. Esta Orden Ejecutiva entrará en vigor el 31 de marzo de 2020 y se mantendrá vigente hasta el 12 de abril de 2020 y/o salvo nuevo aviso.

**Sección 22da:** NO CREACIÓN DE DERECHOS EXIGIBLES. Esta Orden Ejecutiva no tiene como propósito crear derechos sustantivos o procesales a favor de terceros, exigibles ante foros judiciales, administrativos o de cualquier otra índole contra el Gobierno de Puerto Rico, agencias, oficiales, empleados o cualquiera otra persona

**Sección 23ra:** PUBLICACIÓN. Esta Orden Ejecutiva debe ser presentada inmediatamente en el Departamento de Estado y se ordena su más amplia publicación.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar el Gran Sello del Gobierno de Puerto Rico, en La Fortaleza, San Juan, Puerto Rico, hoy, 30 de marzo de 2020.

WANDA VÁZQUEZ GARCED
GOBERNADORA

Promulgada de conformidad con la ley, hoy _30_ de marzo de 2020.

ELMER L. ROMÁN GONZÁLEZ
SECRETARIO DE ESTADO