IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>  Defendants. | **CIVIL NO. 12-2039 (GAG)** |

## MOTION FOR LEAVE TO FILE SPANISH LANGUAGE DOCUMENT

TO THE HONORABLE COURT:

   COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, by and through the undersigned counsel, and respectfully state and pray as follows:

   1. On this date, Defendants filed a *Motion Submitting COVID-19 Protocol* (the "Motion") and, subsequently, a correction to said motion, with PRPB's *Protocolo sobre guías de seguridad para los miembros del Negociado de la Policía de Puerto Rico en el manejo de la emergencia del COVID-19* (the "Protocol") in Spanish.  Accordingly, Defendants request leave to file the Protocol in the Spanish language and thirty (30) days to file a translated version.

   **WHEREFORE**, Defendants respectfully request that the Court take notice of the above, and grant (a) leave to file the Protocol in Spanish and (b) an extension of time of thirty (30) days to submit the English translation.

   **RESPECTFULLY SUBMITTED**.

   **WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 8th day of April, 2020.

By:

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/Lizzie M. Portela*
Lizzie M. Portela
USDC-PR No. 208401
lpf@mcvpr.com

*s/Beatriz Annexy Guevara*
Beatriz Annexy Guevara
USDC-PR No. 217505
ba@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282