IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Defendants. | CIVIL NO. 12-2039 (GAG) |

### ORDER

The Covid-19 pandemic constitutes an unprecedented challenge to how Courts operate to continue serving the ends of justice. Likewise, effective federal consent decree monitoring, which requires to a large extent public visits and meetings, also requires Courts to think outside the box. Fortunately, in 2020 the available technology allows federal courts and their monitors to capably operate.

In light of the above, the Court hereby authorizes and directs the Monitor to use all available technology to continue performing all monitoring functions during the COVID-19 pandemic. This includes, but is not limited to, visits to PRPB facilities, meetings, interviews, as well as community outreach and town hall meetings.

While such steps are to be taken immediately, by May 4th, the Monitor will submit a detailed calendar of any such events. For purposes of town hall meetings sufficient notice shall be given in advance.

PRPB will immediately discuss with the Monitor and USDOJ all available IT mechanisms in order to continue effective monitoring. While indeed updating and purchasing equipment may

Civil No. 12-2039 (GAG)

have an added cost, the same is minimal, and there are many options available even with the existing IT equipment. The Special Master will provide information and advise as to how police departments nationally have handled monitoring during the pandemic.

**SO ORDERED.**

In San Juan, Puerto Rico this 17th of April, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge