IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

      Plaintiff,

        v.                              CIVIL ACTION NO. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO,
et al.,

      Defendants,

_____

## ORDER

In light of the circumstances presented by the COVID-19 pandemic, the Court hereby grants an additional 60-days to the Monitor to prepare and submit to the parties the Compliance Status Report originally due on May 15, 2020. As in the past, the Monitor will furnish his final draft to the parties, who will, in turn, have fifteen days to submit their review and comments to the Monitor for his consideration. This enlargement of time, may further be extended by the Court if the circumstances so merit it.

      **SO ORDERED.**

  In San Juan, Puerto Rico, this 22nd day of April, 2020.

                                  *s/ Gustavo A. Gelpi*
                                  GUSTAVO A. GELPI
                                  Chief United States District Judge