IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CASE NO. 12-2039 (GAG)

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

    **COMES NOW** the Undersigned as Constitutional and Legal Advisor on behalf of the Federal monitor's Office ("TCA"), who respectfully informs the Court as follows:

    On this same date, the undersigned filed an Informative Motion to the Court regarding a telephone conference that was held with representatives from the PRPB (Docket No. 1460). In compliance with the Court's Standing Order No. 9, the undersigned respectfully requests that the Court endorse the filing of the above-mentioned document with restricted access.

    The undersigned's motion references sensitive information, therefore, we believe that this issue outweighs the presumption of public access until further directives from the Court.

    **WEREFORE**, the undersigned, on behalf of the Federal Monitor's Office, respectfully requests that the Court takes notice of the above for all relevant purposes and endorse the filing of the aforementioned documents with restricted access.

    Respectfully submitted.

    In San Juan, Puerto Rico this April 30, 2020.

1

Civil No. 12-2039 (GAG-MEL)

S/ ALFREDO A. CASTELLANOS
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal Monitor's Office (TCA)
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

S/ ALFREDO A. CASTELLANOS
**ALFREDO A. CASTELLANOS**
Constitutional and Legal Advisor
Federal Monitor's Office (TCA)
alfredo@cglawpr.com