# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

　　Plaintiff,

　　　　v.

**COMMONWEALTH OF PUERTO RICO, ET AL.,**

　　Defendants.

**CIVIL NO. 12-2039 (GAG)**

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

　　COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department ("Defendants") by and through the undersigned counsel, and pursuant to Standing Order No. 9, respectfully request that the Court allow Defendants to file the *Informative Motion Regarding Order, Dkt. 1463* ("Informative Motion"), under the restricted viewing level denominated "Case Participants". The reason being, that the underlying Court Order was issued restricted, remaining as such "throughout the day tomorrow". Defendants request that the restriction of the Informative Motion be lifted once the Order is made public.

　　**WHEREFORE**, Defendant respectfully requests that the Court take notice of the above and grant the Motion to Restrict, as well as the request that the Informative Motion become public once the restriction of Order, Dkt. 1463, is removed.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send notification of this filing to all counsel of record.

In San Juan, Puerto Rico, this 1st day of May, 2020.

**McCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5632
Fax: (787) 759-8282

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com