**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CASE NO. 12-2039 (GAG)

## FISCAL YEAR 2020-2021 BUDGET ORDER

The Commonwealth shall deposit on or before July 1, 2020 with the Clerk of Court the following budget for the TCA (Monitor) and Special Master:

1. $1,500,000 operating budget for the TCA Office for FY 2020-2021. This amount is exact to that of the FY 2019-2020 operating budget, and includes payment of professional services, office space rental, travel costs and associated expenses. This budget moreover is considerably lower than that of monitors across the nation and has remained constant since 2013.

2. $120,000 operating budget for the Special Master for FY 2020-2021. This amount is exact to that for FY 2019-2020 (see Docket No. 1095 at page 12) and includes payment of professional services, travel costs and associated expenses.

The Court foresees that the above amounts, as in prior years, are at this time sufficient.

**SO ORDERED.**

In San Juan, Puerto Rico this 1st day of May, 2020.

                                           *s/ Gustavo A. Gelpí*
                                           GUSTAVO A. GELPI
                                           United States District Judge