IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

### AMENDED FISCAL YEAR 2020-2021 BUDGET ORDER

On May 1, 2020, the Court issued the budget order for FY 2020-2021. See Docket No. 1467. The Court hereby clarifies and amends its previous budget order as follows. The operating budget for the TCA Office for FY 2020-2021 set in the amount of $1,5000,000 is a floor, not a ceiling. It is the minimum amount that the Commonwealth shall deposit **by July 1, 2020**.

The Court is cognizant that the Police Reform has now entered into the monitoring phase. As such, additional staff, resources and enhanced monitoring capacity must be considered. To what extent, the U.S. Department of Justice is in the best position to recommend the same to the Court, given its in depth knowledge of all police monitoring cases across the Nation. More so, we are now dealing with a jurisdiction under the U.S. Flag, which not only has been impacted by the Covid-19 pandemic, but also by extensive seismic activity (the latest intense quake this past weekend), coupled by yet another hurricane season expected again to be quite active.

**Civil No. 12-2039 (GAG)**

Accordingly, the parties along with the Monitor shall meet this week to discuss the TCA Office budget. If additional resources and thus, budget are recommended the Court shall promptly increase the ordered budget accordingly. The Special Master's FY 2020-2021 budget remains as set.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th of May, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge