UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, ET AL.,**<br><br>Defendants. | **CIVIL NO. 12-2039 (GAG)** |

**MOTION SUBMITTING TRANSLATION OF EXHIBIT**

**TO THE HONORABLE COURT:**

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, by and through the undersigned counsel, and hereby submit the translation to the transmittal letter in Exhibit A of the *Informative Motion Re: Compliance with Emergency Order, Dkt. 1434* (Dkt. 1437) which was filed in the Spanish language.

**WHEREFORE**, Defendants respectfully request that the Court take notice of the above.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send notification of this filing to all counsel of record.

In San Juan, Puerto Rico, this 4th day of May, 2020.

                    **McCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5632
Fax: (787) 759-8282

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com

CERTIFIED TRANSLATION:

Case3:12-cv-02039-GAG   Document 1437-1   Filed 04/01/20   Page **1** of **2**



**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF PUBLIC SAFETY**
**PUERTO RICO POLICE BUREAU**

Pedro J. Janer Román
Secretary

Henry Escalera Rivera
Commissioner

OS-1-1-62

March 24, 2020

**ASSISTANT COMMISSIONERS**
**AREA COMMANDERS**
**BUREAU AND OFFICE DIRECTORS**

**ORDER RENDERED BY US DISTRICT JUDGE GUSTAVO GELPÍ**
**(DOCKET 1434/MARCH 19, 2020)**

On March 19, 2020 US District Judge Gustavo Gelpí rendered an Order in light of the COVID-19 national emergency instructing the Department of Public Safety and the Puerto Rico Police Bureau not to interrupt communications with Federal Monitor John Romero. Therefore, the following directives have been adopted:

All Assistant Commissioners, Area Commanders, Bureau and Office Directors shall respond without unnecessary delay and within the established dates to every request for documents made by the Office of the Reform in relation to the Bureau's duty showing compliance with the Agreement for the Sustainable Reform of the Puerto Rico Police Department. Likewise, they shall promptly address any special request showing the manner and way in which the Puerto Rico Police Bureau continues to guarantee civil rights while handling the Covid-19 emergency.



P.O. BOX 70166 o SAN JUAN PR 00918-4140     787.793.1234

WWW.DSP.PR.GOV



I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

**Communication Number**
**Date**
**Page | 2**

It is our responsibility to show effective implementation of the Agreement that to this day, is being carried out on all policies that have been approved and distributed to improve the processes of intervention and interaction with the community.

Col. Clementina Vega Rosario 1-13603, Director of the Office of the Reform, will prepare a certificate to be signed by each of you; which you shall sign personally, not by a designated individual.

Note that at the end of the Order issued by Judge Gelpí there is a word of warning on the imposition of sanctions for noncompliance with the Order. Likewise, the Puerto Rico Police Bureau will refer to an administrative investigation any employee of the Puerto Rico Police Bureau who fails to comply with the directive adopted herein.

Its compliance.

[Signature]
Henry Escalera Rivera
Commissioner

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS