# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CASE NO. 12-2039 (GAG)

## MOTION SUBMITTING CALENDAR OF MONITORING EVENTS IN COMPLIANCE WITH THE DIRECTIVES OF THE COURT AT DOCKET NO. 1455

**TO THE HONORABLE COURT:**

    **COMES NOW** the Undersigned as Constitutional and Legal Advisor on behalf of the Federal monitor's Office ("TCA"), who respectfully informs the Court as follows:

    1.    On April 17, 2020, the Court authorized the TCA to use available technology to conduct monitoring activities during the COVID-19 pandemic, including visits to PRPB facilities, meetings, interviews, community outreach, and town hall meetings. Docket No. 1455.

    2.    The Court directed that by May 4, 2020, the Monitor should file a detailed calendar of monitoring events. *Id.*

    3.    In compliance with the directives of the Court, the TCA hereby submits a calendar of monitoring events. **Exhibit A.**

    **WEREFORE**, the TCA respectfully requests that this Honorable Court takes notice of the above for all relevant reasons.

    Respectfully submitted.

**Civil No. 12-2039 (GAG-MEL)**

In San Juan, Puerto Rico this May 4, 2020.

        **S/ ALFREDO A. CASTELLANOS**
        **ALFREDO A. CASTELLANOS**
        Joint Compliance Coordinator
        Federal Monitor's Office (JCC)
        Cond. Madrid, Suite 304
        Calle Loíza 1760
        San Juan, PR 00911
        Tel. 787-641-8447
        Fax. (787)793-4495

        alfredo@cglawpr.com

### NOTICE OF ELECTRONIC FILING

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

        **S/ ALFREDO A. CASTELLANOS**
        **ALFREDO A. CASTELLANOS**
        Joint Compliance Coordinator
        Federal Monitor's Office (JCC)
        alfredo@cglawpr.com