**Federal Police Monitor**

**United States v. Commonwealth of Puerto Rico, et al. Civ. No. 12-2039 (GAG)**

# Monitor's Office Detailed Calendar
# Re: Docket # 1455

On April 17, 2020, the Court issued an order directing the Federal Monitor to use all available technological solutions in order to continue performing all monitoring functions remotely during this COVID-19 pandemic (See Docket No. 1455). To that end, the Court has instructed the Monitor's Office to submit a detailed calendar by May 4th outlining the Office's planned use of innovation and technology to achieve its mission of compliance monitoring.

Pursuant to the above order, the Office of the Federal Police Monitor presents the following:

1. **Detailed Calendar**

| Task | Frequency | Team Member in Charge | Observation |
|---|---|---|---|
| Visits to PRPB Facilities and/or locations where there is significant police presence i.e. protest/ demonstrations | As needed | Javier González (**note:** once restrictions have been eased, additional Monitor Team members will also participate) | - Visits to Police Facilities<br>-Visits to Area Command Headquarters<br>-Monitor police activity |
| Virtual Meetings | Ongoing | Subject Matter Experts | -Each Subject Matter Expert will determine the member(s) of the PRPB who are needed to provide the data sought to determine a level of compliance within their given area(s).  A secure, video teleconference meeting will be convened by the given SME and the PRPB member(s).  In the event of connectivity issues, some participants in the meeting could opt to participate via audio only. |
| Interviews | Ongoing | Subject Matter Expert | Members of the PRPB who are needed to provide the data sought to determine a level of compliance within |

Case 3:12-cv-02039-FAB   Document 1475-1   Filed 05/04/20   Page 2 of 3

**Federal Police Monitor**
**United States v. Commonwealth of Puerto Rico, et al. Civ. No. 12-2039 (GAG)**

| | | | |
|---|---|---|---|
| | | | their respective area(s). A secure, video teleconference meeting will be convened by the given SME and the PRPB member(s). In the event of connectivity issues, some participants in the meeting could opt to participate via audio only. |
| Community Outreach | Twice Monthly Conference Calls | Javier González Rafael Ruiz Monitor John Romero | -Twice monthly, a secure live video teleconference call will be facilitated by Mr. González and conducted between the Chief Monitor, Monitor Ruiz and CIC Members. The technology to be used will allow for each participant to appear in the teleconference and interact with Monitors. In the event of connectivity issues, some participants in the meeting could opt to participate via audio only. -In a similar vein, teleconferences will also be conducted with Community Leaders through the same platform. |
| Town Halls Meetings | Every 4 Months -August -December -April | Special Master Javier González Senior and legal Counsel | -The technology to be employed by the Monitor is robust enough to handle "town hall" meetings in a designated facility using the CDC Guidelines of social distancing. The locations for such meetings should be selected with several important factors in mind: CDC social distancing |

Case 3:12-cv-02039-FAB   Document 1475-1   Filed 05/04/20   Page 3 of 3

**Federal Police Monitor**
**United States v. Commonwealth of Puerto Rico, et al. Civ. No. 12-2039 (GAG)**

|  |  |  | guidelines, access to high speed Internet and access to hardware that would allow the meeting participants to be seen and heard by all participants using the digital platform.<br>-Virtual Meeting with Various Community Leaders and CIC Members are a less challenging undertaking and may be conducted in the same manner as the SME interviews mentioned above. |
|---|---|---|---|

**2. IT Mechanisms**

The Monitor now recommends the use of a more intuitive, user-friendly and secure platform called GoToMeeting. The Microsoft Team platform is recommended as well.

GoToMeeting is supported on all PCs and Macs, as well as Android and iPhones.

**3. On-line Information**

Information for the general public will be available by the Monitor's Office on its website in both English and Spanish. This information will include directions on how to access the proposed conference calls and virtual town hall meetings.