**KORBER GROUP INC.**

# INVOICE 2004717

INVOICE NUMBER: **2004717**

INVOICE DATE: **04/03/2020**

SERVICE TYPE: One-time charge.

Korber Group Inc.
URB CAMINO DEL SUR
415 CALLE RUISENOR
PONCE PR 00716-2825

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

BILL TO:
OFFICE OF THE FPMPR LLC
B5 CALLE TABONUCO SUITE 205
GUAYNABO, PR 00968

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

## TOTAL
## $3,450.00

### DUE DATE
due upon receipt

| ITEM | RATE | QTY | TOTAL |
|------|------|-----|-------|
| **Initial Deposit Payment 1/2 (50% of the total)**<br>Project: INITIAL PODIO SOLUTION DEVELOPMENT<br>Services pursuant to STATEMENT OF WORK NUMBER 1<br>to Information Technology Master Services Agreement | $3,450.00 | 1 | $3,450.00 |
| | SUBTOTAL: | | $3,450.00 |
| | TOTAL DUE: | | $3,450.00 |

No taxes are included in this invoice. If applicable, they will be billed in addition to the listed amounts. Accepted payment methods: check, bank transfer, credit card (Visa, Mastercard, Discover, and American Express), PayPal, and cash.