

# INVOICE 2004718

Korber Group Inc.
URB CAMINO DEL SUR
415 CALLE RUISENOR
PONCE PR 00716-2825

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

INVOICE NUMBER: 2004718

INVOICE DATE: 04/03/2020

SERVICE TYPE: One-time charge.

BILL TO:
OFFICE OF THE FPMPR LLC
B5 CALLE TABONUCO SUITE 205
GUAYNABO, PR 00968

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

TOTAL
**$4,390.00**

DUE DATE
due upon receipt

| ITEM | RATE | QTY | TOTAL |
|---|---|---|---|
| Initial Deposit Payment 1/2 (50% of the total)<br>Project: WEBSITE DESIGN AND DEVELOPMENT SERVICES<br>Services pursuant to STATEMENT OF WORK NUMBER 3<br>to Information Technology Master Services Agreement | $4,150.00 | 1 | $4,150.00 |
| Expense reimbursement<br>join.me PRO Plan service for 1 user. Regular pricing: $240.00 per user per year.<br>Service ordered by Administrative Director Javier González. | $240.00 | 1 | $240.00 |
| | | SUBTOTAL: | $4,390.00 |
| | | TOTAL DUE: | $4,390.00 |

No taxes are included in this invoice. If applicable, they will be billed in addition to the listed amounts. Accepted payment methods: check, bank transfer, credit card (Visa, Mastercard, Discover, and American Express), PayPal, and cash.