Donald S. Gosselin, Esq.
83 Bow Ridge Rd.
Lynn, MA. 01904

March 28, 2020 to April 26, 2020

INVOICE # 1132                               **TOTAL DUE $9,100.00 USD**
APR 2020 INVOICE

The following is a detailed statement of the hours worked.

**All work performed in CONUS**
28 MAR 2020 to 26 APR 2020
- Multiple teleconferences, emails and texts with Team Members & all Parties to the Agreement
- Review all data resulting from Request for Production of Documents ("RPD")
- Prepare second request for production of documents
- Analyze all notes and comments made for 39 SARP files reviewed in-person in San Juan
- Prepare written draft report on SARP findings for CMR-2
- Review data matrix and data selection for CMR-2 categories other than SARP-Internal Affairs complaints
- Review contract, multiple emails, correspondence and coordination with Korber Inc.
- Review PRPB notional plan for PRNG deployment and make suggestions
- Review responses to second request for production of documents for CMR-2
- Teleconference with PRPB, legal counsel and Monitors concerning RPD2

**67.5 hours total @ $150 = $10,200.00**

TOTAL FEE:                67.50 Hours x $150 = $10,125.00 USD
FEE WAIVED (PR):           6.83 Hours x $150 =  $(1,025.00 USD)

Net US FEE PAYABLE         $ 9,100.00

**Total Net FEE PAYABLE    $ 9,100.00**

## Total Fees and Expense Reimbursement Due = $9,100.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment**

**or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies).**

_____          26 April 2020
                                          _____
Signature                                 Date


**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2