**INVOICE 0062 FOR PROFESSIONAL SERVICES; MARCH 24 – APRIL 30, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the months of March/April 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ. Subj's- monitoring expectations, techniques, performance, COVID | 8.25 | $1,237.50 |
| Community engagement website - requirements and design | 0.75 | $112.50 |
| Develop data requests including CMR-2, monitoring methodology | 4.50 | $675.00 |
| Assessment taxonomy, structure alignment with Decree and Reporting | 0.75 | $112.50 |
| PRPB provided Document Review; COVID-19 Draft Protocol, April delivered documents, Use of Force, National Guard Strategy, EIS proposal, IT documents and data | 19.75 | $2,962.50 |
| COVID-19 Reference Materials for PRPB, recommendations and monitor materials, references, feedback, National Guard recommendations, protective equipment, court orders | 6.75 | $1,012.50 |
| Monitoring Teleconferences including COVID: DOJ, McVeigh, Monitors | 3.50 | $525.00 |
| 6-month Report - Re-write to final | 4.25 | $637.50 |
| DoJ provided document Review; COVID Policy, Court Documents, may day protest information, national guard recommendations | 3.25 | $487.50 |
| Net Hours US | 51.75 | $7,762.50 |
| **TOTAL OF BILLABLE HOURS IN US @ $150/hr.** | | **$7,762.50** |

INVOICE PRESENTED BY:

*[signature]*

Scott Cragg, Monitoring Core Team

1