Rafael E. Ruiz　　　　　　　　　　　　　　　　INVOICE #
12 Crestshire Dr.
Lawrence, MA 01843　　　　　　　　　　　　　DATE:

Billed to:　Federal Monitor, PRPB/USDOJ Agreement　For service:
　　　　　　670 Ponce De Leon Ave. Suite 207
　　　　　　San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| April 2 and 6- Work on Monitor's recommendations for PRPB Covid-19 Protocol, review, teleconferences | 9.5 | $150/hr. | $1,425.00 |
| April 6 and 8- Work on recommendations for PRPB National Guard Deployment Strategy | 7 | $150/hr. | $1,050.00 |
| April 9- Prep new CMR-02 Data Request; work on CMR-02 data received | 7 | $150/hr. | $1,050.00 |
| April 13- phone calls, emails, Team teleconference calls; organize docs for draft report | 4 | $150/hr. | $600.00 |
| April 15- Data request for PRPB; Telconf with PRPB | 3.5 | $150/hr. | $525.00 |
| April 17- Additional data from PRPB; Telconf with PRPB | 2.5 | $150/hr. | $375.00 |
| April 18- CMR-02 data read/analysis | 6 | $150/hr. | $900.00 |
| April 19- CMR-02 data read/analysis | 6 | $150/hr. | $900.00 |
| April 20, 21, 22- Work on data for CMR-02 | 7 | $150/hr. | $1,050.00 |
| April 23-24- Work on PRPB Nat'l Guard Strategy | 4 | $150/hr. | $600.00 |
| April 28- Telconf with Parties, CMR-02 | 5.5 | $150/hr. | $825.00 |
| April 29- Work on CMR-02 | 3 | $150/hr. | $450.00 |

　　　　　　　　　　　　　　TOTAL　　　　　　　　　　$9,750.00

　　　　　　　　　　　TOTAL BILLED (billable)　　　　$9,100.00

_____　Date: April 30, 2020
Rafael E. Ruiz