# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER:  20200065
DATE:  APRIL 29, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
| MAR-30-20 | CONSULTING FEES | ANNUAL FEES PAID TO THE DEPARTMENT OF STATE. | 1.00 | $150.00 | $150.00 |
| MAR-31-20 | CONSULTING FEES | 2019 ANNUAL CORPORATION REPORT WITH DEPARTMENT OF STATE. | 1.00 | $100.00 | $100.00 |
| APR-14-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS IN WEB CASH, PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF MARCH 2020, PAID IN APRIL 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| APR-16-20 | CONSULTING FEES | CHECK DEPOSIT AT FIRSTBANK. | 2.00 | $100.00 | $200.00 |
| APR-22-20 | CONSULTING FEES | REVIEW OF PROFESSIONAL SERVICES RENDERED OUTSIDE PR TO ALLOCATE TAX WITHHELD IN EXCESS TO FUTURE MONTHS. | 3.00 | $100.00 | $300.00 |
| | | Total hours for this invoice | 11.00 | | |
| | | Total amount of this invoice | | | $1,250.00 |

| MESSAGE |
|---------|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |