# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    Plaintiff,

    v.

**COMMONWEALTH OF PUERTO RICO, ET AL.,**

    Defendants.

**CIVIL NO. 12-2039 (GAG)**

## MOTION REQUESTING TIME PURSUANT TO STIPULATION AND ORDER, DKT. 139, TO SUBMIT COMMENTS AND/OR OBJECTIONS TO THE MONITOR'S APRIL 2020 INVOICES

**TO THE HONORABLE COURT:**

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully state and request as follows:

1. On May 5th, 2020, the Monitor filed the invoices for costs and expenses of the Monitor, team members, and consultants incurred during the month of April 2020 (Dkt. 1477). Fourteen (14) invoices were submitted, for a global amount of $114,289.08.

2. The amount being invoiced is not insignificant, considering the current fiscal circumstances of the Commonwealth and the heightened scrutiny over government spending.

3. The PRPB has commenced the review of the invoices submitted and affirmatively states that it has objections to many if not all of the invoices for a variety of reasons (including, but not limited to, vagueness, redundancy, non-descriptiveness).

4. The *Stipulation and Order for the Establishment of the TCA Office and the Payment of TCS Expenses (*the *"*Stipulation and Order*")*, Dkt. 139 reads, in pertinent part, as follows:

> Invoices or requests for payment submitted by the TCA shall contain: a detailed statement of the services rendered during the reporting month; a certification of the total spent by each employee, agent or contractor on Agreement-related activities; and receipts or other evidence incurred…
>
> The parties shall review each invoice and request for payment submitted by the TCA's Office. **Each party shall have the right to object to any expense that it considers unreasonable, excessive, or beyond the scope of the duties of the TCA, as set forth in the Agreement, by notifying the TCA Office in writing of the objection and the reasons thereof within seven (7) days after the TCA files the invoice or request for payment with the Court.** If neither party raises an objection with the TCA Office **within seven (7) after the TCA Office files the invoice or request for payment with the Court**, the Court shall pay the invoice or request. If a party raises an objection, the TCA shall have seven (7) days to respond to the objection and either withdraw, modify or renew the expense…"   (Emphasis supplied). *See* Paragraphs 23 and 25 of the Stipulation and Order.

5. Despite the language in the Stipulation and Order, the period of seven (7) days upon filing of the invoices with the Court is not always afforded. Therefore, the PRPB respectfully requests that prior to the Court's approval of the invoices, the PRPB be allowed the seven (7) days upon the filing pursuant to the Stipulation and Order (that is, seven (7) days from May 5th), to complete its review of the April invoices and to file its comments and/or objections with the Court.

**WHEREFORE**, Defendants respectfully request that the Court take notice of the above and that it allow the PRPB to submit its comments/objections to the Monitor's invoices within the seven (7) days upon filing, that is, upon May 5th, afforded by the Stipulation and Order.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send notification of this filing to all counsel of record.

In San Juan, Puerto Rico, this 6th day of May, 2020.

**McCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5632
Fax: (787) 759-8282

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com