Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

April 1 - April 30, 2020
Invoice No. 11
Member of Federal Monitor Team

| | |
|---|---:|
| Reviewed and responded to emails and conference calls for the month of April from members of the Monitor Team and the Parties reference methodology and questions concerning requests by the Monitor Team. | 10 hours |
| Developed additional questions for supervision and management in English and Spanish for future site visits. | 3 hours |
| Reviewed publication by PERF reference Refining the Role of Less-Lethal Technologies Critical Thinking, Communications, and Tactics That Are Essential in Defusing Critical Incidents. Shared information with the Monitor Team, | 3 hours |
| Reviewed information and Strategic Work Plan implemented by the PRPB to address the Covid-19 Emergency. | 2 hours |
| Researched, reviewed, and provided information toward the protocol in the event of the utilization of the National Guard by the PRPB. Reviewed Federal and state quarantine and isolation authority and the Posse Comitatus Act and related matters concerning the use of the military to execute civilian law. | 5 hours |
| Researched, reviewed, and provided a document with various law enforcement policies toward the Covid-19 Emergency. These documents included inquiries from PERF, IACP, RAND, and ASIS and were shared with the Parties. | 7 hours |
| Reviewed V2A Staffing Study and researched the transfer of PRPB personnel based upon this Staffing Study. Reviewed response of PRPB concerning their ideas and comments towards this Staffing Study. Further reviewed EIS Database dictionary. | 7 hours |
| Contacted domestic violence (DV) subject matter experts and provided copies of the Investigative Handbook and the Victim Services Handbook referenced DV, and also provided information on several Covid-19 Emergency related DV webinars to USDOJ. | 3 hours |
| Reviewed webinar concerning the use of handcuffs and the new NIJ recommendations. | 2 hours |

| | |
|---|---|
| Reviewed three law enforcement webinars concerning Covid-19 Emergency. | 5 hours |
| Researched and reviewed the Michigan Military Police Study and Military Reciprocity Handbook. | 3 hours |
| Reviewed documentation that all PRPB supervisors are trained and certified. | 3 hours |
| Reviewed EIS Department General Order and Registration of Administrative Complaints General Order. | 5 hours |
| Reviewed documentation concerning Supervisory training for Sergeants, Lieutenants, and Captains.  Reviewed documentation concerning requirements for Supervisors that are consistent with generally-accepted policing practices. | 3 hours |
| Reviewed additional List of Supervisors sent by PRPB | 2 hours |

**TOTAL HOURS:  63**

Billable Hours:    60 Hours and 40 Minutes at a Rate of $150.00 Per Hour = $9,100.00

Pro Bono Hours:  2 Hours and 20 Minutes

**Total:         $9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**          $9,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

4//30/2020
Date