John J. Romero<br>
2301 Pacific Ave<br>
Costa Mesa, CA 92627

April 1 through April 30, 2020

INVOICE # 071  **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
APRIL 2020 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed and responded to emails/texts (month of April) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Monitor Team members re: pending reports and reviews.
Conference calls with the Parties and Special Master
Reviewed data (Area Command FRB) relating to use of force for CMR-2 Report
Reviewed additional data received relating to CMR-2 (Use of Force).
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Daily Briefing Reports from PRPB.
Reviewed PRPB's COVID-19 Protocol.
Reviewed PRPB's Strategic Plan for Deployment of National Guard.

## Flat Rate Total Wages Due = $17,916.66

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*[signature: John J. Romero]*

Date April 26, 2020

_____