Dr. David Levy
714 Wilkes Street
Alexandria, VA. 22314

March 25-April 24, 2020

INVOICE # 004                                   **TOTAL DUE $9,100.00 USD**
April 2020 INVOICE

The following is a detailed statement of the hours worked.

**25 March to 24 APR 2020 (worked performed in CONUS)**
- Final Revisions to CMR-1 (March hours did not suffice to cover all the work needed to finalize CMR-1; 15 hours from April were used in advance in March to cover this work)
- Edited COVID-19 protocol response (3 hours)
- Develop work packets in relation to evaluation methods and sampling strategy (31 hours)
    o Associated all paragraphs and data sources with appropriate worksheets
    o Developed work packet label system to consolidate all related methodology tables, worksheets, assessment tables, and data requests (pending PRPB supplying document form numbers).
    o Assigned all data sources a unique ID number to incorporate all related data sources into appropriate work packet
    o Deconflicted evaluation schedule – ensuring that all paragraphs and all indicators that are scheduled to be evaluated together are scheduled together. Awaiting approval from parties on schedule revisions to proceed with organizing all assessment materials into work packets according revised schedule.
- Conference calls and coordination with Monitoring Team (6 hours)
    o 4/08 call with Al Youngs re CMR-2 data sources (1 hour)
    o Calls with John Romero (1.5 hours)
    o Skype calls with team (2.5 hours)
    o 04/17 call with PRPB re: sampling strategy (1 hour)
- Implement the sampling strategy for key data sources for CMR-2 (7 hours)
    o Assisted John Romero, Al Youngs, and Rafael Ruiz in drawing samples for CMR-2 assessments
    **62 hours total @ $150/hour = $9300**


**TOTAL FEE:**            62.00 Hours x $150/hour = $9,300USD
**FEE WAIVED (PR):**      1.33 Hours x $150/hour =   ($200.00 USD)


**Total Fees and Expense Reimbursement Due = $9,100.00**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

| | |
|---|---|
| _____ | April 25, 2020 <br> _____ |
| Signature | Date |

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043