**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CASE NO. 12-2039 (GAG)

**MOTION SUBMITTING SPECIAL MASTER'S INVOICE FOR SERVICES RENDERED DURING APRIL 2020 IN REQUEST FOR DISBURSEMENT OF FUNDS**

**TO THE HONORABLE COURT:**

    **COMES NOW** the Undersigned as Senior Counsel on behalf of the Federal Police Monitor's Office ("FPM"), who respectfully informs the Court as follows:

    In compliance with the directives of the Court, and due to the safety measures that have been implemented in light of the COVID-19 pandemic, the undersigned hereby submits the Special Master, Dr. Alex del Carmen's, invoice for services rendered during the month of April 2020, on his behalf. The aforementioned invoice has been duly furnished to the parties for the corresponding review within the stipulated timeframe and it is attached to the present Motion as Exhibit #1.

    **WEREFORE**, the FPM respectfully requests that the Court takes notice of the above for all relevant reasons and approve present request for disbursement of funds for the amount specified in the attached invoice.

    Respectfully submitted.

**Civil No. 12-2039 (GAG-MEL)**

In San Juan, Puerto Rico this May 11, 2020.

    S/ ALFREDO A. CASTELLANOS
**ALFREDO A. CASTELLANOS**
Senior Counsel
Federal Police Monitor's Office (FPM)
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

    S/ ALFREDO A. CASTELLANOS
**ALFREDO A. CASTELLANOS**
Senior Counsel
Federal Monitor's Office (FPM)
alfredo@cglawpr.com