Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

April 1 through April 26, 2020

INVOICE # SM2020-1     **TOTAL DUE $ 9,000.00**
SPECIAL MASTER
APRIL 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 18.5 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $2,775 |
| 3.5 | Conference calls with the Monitoring Team members. | $525 |
| 5.5 | Conference calls with the Parties and Monitor. | $825 |
| 8.5 | Reviewed and provided feedback relating to PRPB COVID-19 Protocol while reviewing narrative by USDOJ and Monitor's Office. | $1,275 |
| 4.5 | Reviewed Daily Briefing Reports from PRPB. | $675 |
| 10 | Performed research on COVID-19 and National Guard Related Matters. | $1,500 |
| 9.5 | Reviewed PRPB's Strategic Plan for Deployment of National Guard and provided feedback. | $1,425 |
| | | $9,000 |

## Total Wages Due = $9,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____      _____
Dr. Alejandro del Carmen                      4/26/20