OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

May 11, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for April, 2020:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| P.D.C.M. Associates S.E. | $5,977.42 | APRIL 2020 |
| Viota & Associates CPA LLC | $1,250.00 | APRIL 2020 |
| Korber Group | $15,440.00 | APRIL 2020 |
| TOTAL: | **$22,667.42** | APRIL 2020 |