

EXHIBIT B

# INVOICE

INVOICE NUMBER: 160
INVOICE DATE: APRIL 28, 2020

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

Invoice

TO: Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-01-20 | Police Reform - Puerto Rico- Approved by the Court rate | Several comms. and conference calls with Monitor Romero; conference calls with Javier Gonzalez; comm. with the Court in compliance with standard TCA requirements; comms. with Hernandez Denton Esq.; attention of coronavirus issues and all related matters; review of comm. from Saucedo Esq; re; agenda for upcoming conference call; review of comm.from Monitor Romero; review of articles coronavirus; review of PRPB's response to document request | 7.00 | $175.00 | $1,225.00 |
| APR-02-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference calls with Javier Gonzalez; review of Order; comm. with the Court in compliance with standard TCA requirements; discussions with Hernandez Denton Esq.; attention of coronavirus matters; review of comm. from Al Young; comm. from Arturo Garcia Esq; review of several articles and information sent by Hernandez Denton Esq;review of comm. from Beatriz Annexy Esq.; third conference call with Monitor Romero; attention of coronavirus related matters | 7.00 | $175.00 | $1,225.00 |
| APR-03-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comms. with Monitor Romero; comms. with Javier Gonzalez; comm. with Hernandez Denton Esq.; review of info. regarding The National Guard and info. related to coronavirus matters | 1.50 | $175.00 | $262.50 |
| APR-04-20 | Police Reform - Puerto Rico- Approved by the Court rate | Several comms. with Hernandez Denton Esq.; review of info. sent by Hernandez Denton Esq. relevant to coronavirus and Police; comm. with Javier Gonzalez; review of Protocol and info. received; comm. with the Court in compliance with standard TCA requirements; comm. with Monitor Romero; review of comm. from Al Young | 2.50 | $175.00 | $437.50 |

INVOICE NUMBER: 160

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-05-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review of several comms.; review of comm. from Al Young; re; COVID Protocol; comm. with Hernandez Denton Esq.; discussion of several issues concerning coronavirus and Protocol; review of comm. from Monitor Romero | 2.00 | $175.00 | $350.00 |
| APR-06-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference call With Monitor Romero and team; discussion with Hernandez Denton Esq. and review comments on PRPB's Covid Protocol; review of several documents and information received, coronavirus and related matters | 2.00 | $175.00 | $350.00 |
| APR-07-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review of comm. from Saucedo Esq; comm. with Monitor Romero | 0.50 | $175.00 | $87.50 |
| APR-08-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comm. with Monitor Romero; review of documents; comms. with Hernandez Denton Esq.; review of comm. from Al Young; re; Sheriff Newsletter; review of comm. from Saucedo Esq.; re; Statistics; review of comm. from Arturo Garcia Esq; review of comm. from Monitor Romero, re; document request; review of filed PRPB'S Covid Protocol; review of several comms. received | 2.00 | $175.00 | $350.00 |
| APR-09-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review of comm. from Beatriz Annexy; review of comm. from Al Young re: Homeland Security Article; review of comm. from Monitor Romero; comm. with Javier Gonzalez; review of article sent by Hernandez Denton Esq. | 2.00 | $175.00 | $350.00 |
| APR-10-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review of comm. from Monitor Romero; re; data request; comm. with Monitor Romero | 0.50 | $175.00 | $87.50 |
| APR-13-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference calls with Monitor Romero and team; conference calls and coordination with Javier Gonzalez | 2.00 | $175.00 | $350.00 |
| APR-15-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comms. with Monitor Romero; comm. with Javier Gonzalez; comm. with Hernandez Denton Esq. | 1.50 | $175.00 | $262.50 |
| APR-16-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comm. with Javier Gonzalez; comm. with Monitor Romero | 0.50 | $175.00 | $87.50 |
| APR-17-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference calls with Monitor Romero and team; comm. with the Court in compliance with standard TCA requirements; comm. with Hernandez Denton Esq; attention of all matters related to National Guard activation and coronavirus matters | 4.00 | $175.00 | $700.00 |

INVOICE NUMBER: 160

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-19-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference call with Monitor Romero; conference call with Hernandez Denton Esq. | 0.50 | $175.00 | $87.50 |
| APR-20-20 | Police Reform - Puerto Rico- Approved by the Court rate | Communications with Hernandez Denton Esq.; comms. with Monitor Romero; comms. with The Court in compliance with standard TCA requirements | 4.00 | $175.00 | $700.00 |
| APR-21-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comm. With the Court in compliance with standard TCA requirements; comm. with Javier Gonzalez; comm. with Hernandez Denton Esq; re: discussions of several matters; review of comm. from Monitor Romero | 2.00 | $175.00 | $350.00 |
| APR-22-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference call with Monitor Romero; comm. with Javier Gonzalez; Privilege Memo to the Court | 2.00 | $175.00 | $350.00 |
| APR-23-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference call with Monitor Romero; conference call with Hernandez Denton Esq;; analysis of several matters and discussions regarding NG and related matters | 4.00 | $175.00 | $700.00 |
| APR-24-20 | Police Reform - Puerto Rico- Approved by the Court rate | Communications with the Court in compliance with standard TCA requirements; several conference calls with Hernandez Denton Esq;; communications with Monitor Romero; review of comm. from Saucedo Esq;, re; agenda conference call; discussion and analysis of information and other Covid 19 related matters | 8.00 | $175.00 | $1,400.00 |
| APR-25-20 | Police Reform - Puerto Rico- Approved by the Court rate | Comms. wth Hernandez Denton Esq; review of information and articles | 1.50 | $175.00 | $262.50 |
| APR-27-20 | Police Reform - Puerto Rico- Approved by the Court rate | Review of Court Order; communications with Monitor Romero; comms. with Hernandez Denton Esq.; review of comm. from Arturo Garcia Esq; review of comm. from Saucedo Esq. | 3.00 | $175.00 | $525.00 |
| APR-28-20 | Police Reform - Puerto Rico- Approved by the Court rate | Conference call with Monitor Romero, the parties and Special Master; several communications | 2.50 | $175.00 | $437.50 |
| | | Total hours for this invoice | 62.50 | | |
| | | Total amount of this invoice | | | $10,937.50 |