EXHIBIT C

Castellanos Group P.S.C.
Condominio Madrid
1760 Calle Loiza
Suite 304
San Juan, Puerto Rico, 00911

The invoice for the services rendered by Castellanos Group P.S.C. during the month of April, 2020 totals the amount of $12,725.

I hereby certify that the amount billed in this invoice is true and correct and respond to the number of hours work in my capacity as Joint Compliance Coordinator. I further certify that I have not received any income compensation or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

S/Alfredo Castellanos Bayouth Esq.
Joint Compliance Coordinator,
Office of the JCCPR Corp.
Case No: 99-1435 (GAG-MEL)