# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

EXHIBIT D

PHONE: 7874731515   Theandgroup.net

## INVOICE

INVOICE NUMBER: 29
INVOICE DATE: APRIL 28, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier Gonzalez Proffessional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-31-20 | Administrative Director | Review of emails, Share Information to the Monitor. Communications with the Monitor. | 2.50 | $85.00 | $212.50 |
| APR-01-20 | Administrative Director | Communications with Monitor, Review of documents sent by PRPB, Review of email sent by USDOJ and team members. Communications with team members. | 4.50 | $85.00 | $382.50 |
| APR-02-20 | Administrative Director | Conference Call with USDOJ and Commonwealth, Review of emails and information sent by team members. Communications with Counselor Castellanos. Communications with Monitor. | 4.50 | $85.00 | $382.50 |
| APR-03-20 | Administrative Director | Communications with The Monitor, Review of emails, Review of information sent related to COVID-19 Protocols. Communications with counselor Castellanos. | 4.75 | $85.00 | $403.75 |
| APR-05-20 | Administrative Director | Review of PRPB COVID-19 Protocol, Review of COVID-19 Information send by Team. Communications with the Monitor. | 4.50 | $85.00 | $382.50 |
| APR-06-20 | Administrative Director | Review of COVID-19 Information send by Team, Staff Conference Call, Prepare Invoices Chart and Motion for the Court. Communications with the Monitor. | 4.50 | $85.00 | $382.50 |
| APR-07-20 | Administrative Director | Review of Documents sent by USDOJ and Team Members Communications with the Monitor, Review of emails. | 3.75 | $85.00 | $318.75 |
| APR-08-20 | Administrative Director | Review of Documents sent by Team Members, Review of documents sent by USDOJ, Review of CMR 2 Documents Request, Communications with the Monitor, Review of Emails | 4.25 | $85.00 | $361.25 |
| APR-09-20 | Administrative Director | Review of COVID-19 Protocol Approved by the Court, Communications with the Monitor, Review of emails. Communications with counselor Castellanos. | 3.75 | $85.00 | $318.75 |
| APR-10-20 | Administrative Director | Review of emails. CMR-2 Request of Information, Share information with the Monitor. | 3.50 | $85.00 | $297.50 |

INVOICE NUMBER: 29

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-13-20 | Administrative Director | Various communications with the Monitor, Work with Staff IDs, Conference Call with Staff, Review of emails. Communications with counselor Castellanos. | 4.25 | $85.00 | $361.25 |
| APR-14-20 | Administrative Director | Communications with the Monitor, Review of Information sent by PRPB, Review of Emails, Sent information to the Monitor. | 3.75 | $85.00 | $318.75 |
| APR-15-20 | Administrative Director | Review of information sent by Staff and PRPB, Share information with the Monitor, Review of emails, Various Communications with the Monitor. Communications with counselor Castellanos and Judge Denton. | 4.00 | $85.00 | $340.00 |
| APR-16-20 | Administrative Director | Review of Tables sent by David, Review of Documents sent by DSPDI, Review of Staff Observations, Various communications with the Monitor, Review of Emails, Share information with the Monitor. Communications with staff. | 4.75 | $85.00 | $403.75 |
| APR-17-20 | Administrative Director | Various communications with the Monitor, Review of documents sent by PRPB, Conference Call with PRPB and USDOJ, Sent information to the Monitor, Review of court order and emails. | 4.00 | $85.00 | $340.00 |
| APR-20-20 | Administrative Director | Various communications with the Monitor, Work in the Virtual Monitoring Protocol, Review of emails. | 4.25 | $85.00 | $361.25 |
| APR-21-20 | Administrative Director | Work with 2020-2021 Budget draft, Review of emails, Various communications with the Monitor. Communications with counselor Castellanos. | 4.50 | $85.00 | $382.50 |
| APR-22-20 | Administrative Director | Various communications with the Monitor, Discussion of the Budget with the Monitor, Review of emails. Communications with counselor Castellanos. | 3.75 | $85.00 | $318.75 |
| APR-23-20 | Administrative Director | Work with Virtual Monitoring Plan, Review of emails, Communications with the Monitor, Work with Website developers, | 4.25 | $85.00 | $361.25 |
| APR-24-20 | Administrative Director | Communications with the Monitor, review of documents sent to the PRPB (Recommendations). Review of emails. Work with Virtual Monitoring Plan. | 4.50 | $85.00 | $382.50 |
| APR-27-20 | Administrative Director | Work with Virtual Monitoring Plan, Communications with staff members, Communications with the Monitor Review of Emails. | 4.50 | $85.00 | $382.50 |
| APR-28-20 | Administrative Director | Communications with the Monitor, work on Virtual Monitoring Plan, Conference Call with USDOJ and PRPB, Review of Emails. | 4.75 | $85.00 | $403.75 |

INVOICE NUMBER: 29

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-28-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $7,798.75 |

MESSAGE

Javier Gonzalez