# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

EXHIBIT E

PHONE: 7874731515   Theandgroup.net

# INVOICE

INVOICE NUMBER:  30
INVOICE DATE:  APRIL 28, 2020

JCCPR CORP.
1760 Calle Loíza
San Juan, PR 00911

Invoice for Javier B Gonzalez Professional Services as Executive Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-31-20 | Executive Director | Various communications with Monitor and Staff, Communications to DSPDI. (Participant Transition) Communication with Provider, Review of emails, Administrative work (Invoices). | 7.00 | $80.00 | $560.00 |
| APR-01-20 | Executive Director | Various Conference calls with Monitor, Conference call with Chief legal counsel, Conference call with UMass CDDER, Communication with DSPDI , Review of emails and communications. | 5.75 | $80.00 | $460.00 |
| APR-02-20 | Executive Director | Conference Call with Legal Team, Conference Call and Various Communications with the Monitor, Request of information to the DSPDI, Review of Emails. | 5.00 | $80.00 | $400.00 |
| APR-03-20 | Executive Director | Work on Continuos Request of Information Document. Conference Call With Monitor, Conference Call with Legal Team, Review of Emails, Review of information sent by DSPDI, Various communications with the Monitor. | 5.25 | $80.00 | $420.00 |
| APR-06-20 | Executive Director | Staff Conference Call, Communications with Monitor Castellanos, Communications with DSPDI, Conference Call with Chief Counselor, Dr Rodriguez and Monitor. Review of Emails. Prepare Invoices Motion to the Court. | 5.50 | $80.00 | $440.00 |
| APR-07-20 | Executive Director | Communications with Chief legal Counsel, Conference Call with Monitor and Counselor Carrión, Communications with Monitor, Review of documents sent by DSPDI and Staff. Review of emails. | 5.50 | $80.00 | $440.00 |
| APR-08-20 | Executive Director | Staff Conference Call, Conference Call with UMASS CDDER, Conference Call with Monitor and Counselor Carrión, Conference Call with Chief Counselor, Communications with the Monitor, Review of Communication S sent by Team Members, Review of information sent by DSPDI and Emails. Review of Request for information. | 6.25 | $80.00 | $500.00 |

INVOICE NUMBER: 30

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-09-20 | Executive Director | Various Conference Calls With Legal Team, Various Communications and Conference Calls with Monitor, Conference Call with DSPDI and Commonwealth Counselors. Review of Information sent by DSPDI, Review of documents sent by JCCPR Staff members. Review of emails. | 7.00 | $80.00 | $560.00 |
| APR-10-20 | Executive Director | Review of documents sent by DSPDI, Communications and Conference Calls with JCCPR legal team, Review of emails. (Court Order and Motion) communications with The Monitor, Conference call with Commonwealth Counselor, Review of documents sent by Staff. | 7.00 | $80.00 | $560.00 |
| APR-11-20 | Executive Director | Conference call with Staff, Conference Call with DSPDI Legal Representatives, USDOJ and Secretary of Health | 1.00 | $80.00 | $80.00 |
| APR-13-20 | Executive Director | Conference call with staff, Conference call with Monitor and Legal Team, Review of documents sent by DSPDI, Review of Motion and documents filed by Commonwealth, Various communications with staff and Monitor, Work with Staff IDs, Review emails. | 5.50 | $80.00 | $440.00 |
| APR-14-20 | Executive Director | Various communications with Monitor and Staff, Work with staff IDs, Various Conference Calls with Monitor and Legal Advisors. Conference Call With UMass, Review of Documents sent by DSPD and Staff. Review on Emails, Various Communications with the Monitor. | 6.00 | $80.00 | $480.00 |
| APR-15-20 | Executive Director | Review of Documents sent by JCC Advisors, Conference Call with Monitor and Legal Advisors, Conference Call with UMass, Communications with staff, Communications with the Monitor, Review of JCC Official Communication (Isolation Recommendations) Review of Emails. | 5.75 | $80.00 | $460.00 |
| APR-16-20 | Executive Director | Review of Documents sent by legal counsels, review of documents sent by DSPDI Legal Counsels, Various communications with the Monitor. Work with JCCPR Payment. Communications with Staff. | 5.50 | $80.00 | $440.00 |
| APR-17-20 | Executive Director | Various Conference Calls with legal counselors, Various Conference Calls with the Monitor, Review of documents sent by JCC, Review of documents sent by DSPDI, Conference call with DSPDI Counsel and Compliance Officer, Review of emails. Communications with staff. | 6.00 | $80.00 | $480.00 |
| APR-20-20 | Executive Director | Communication with Provider, Communication with Chief Legal Counselor, Communication with Dr. Rodriguez, Work with Virtual Monitoring Protocol, Various Communications with the Monitor, Review of emails. | 5.00 | $80.00 | $400.00 |

INVOICE NUMBER: 30

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-21-20 | Executive Director | Conference call with Monitor, Chief Legal Counsel and Dr. Rodriguez, Various communications with the Monitor, Communications with DSPDI, Review of emails sent by DSPDI, Review of emails sent by staff, | 5.00 | $80.00 | $400.00 |
| APR-22-20 | Executive Director | Conference call with staff, Work on Monthly meeting with DSPDI agenda, Various communications with the Monitor and Staff, Conference Call with DSPDI, Review of documents sent by DSPDI, Review of documents sent by staff. Review of emails. | 6.00 | $80.00 | $480.00 |
| APR-23-20 | Executive Director | Review of documents sent by DSPDI, Communication with DSPDI, Various communications and Conference Call with the Monitor, Communications with Chief Legal Counsel, Review of emails. | 0.00 | $80.00 | $0.00 |
| APR-24-20 | Executive Director | Conference call with staff, Review of documents sent by DSPDI, Review of documents sent by JCC staff, communications with the Monitor, communications with Chief Legal Counsel, review of emails. | 0.00 | $80.00 | $0.00 |
| APR-27-20 | Executive Director | Visit of DSPDI Proposed Isolation Home, Visit of Various Community Homes in Vega Alta and Bayamón, Review of emails sent by DSPDI, Review of emails. Communications with the Monitor. | 0.00 | $80.00 | $0.00 |
| APR-28-20 | Executive Director | Conference call with staff, Communications with the Monitor, review of emails. Review of documents sent by DSPDI. | 0.00 | $80.00 | $0.00 |
| | | Total amount of this invoice | | | $8,000.00 |