

# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

| | |
|---|---|
| Invoice#: | 18 |
| Invoice Date: | 04/28/2020 |

| From | To:  Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 04/28/2020<br>Communications with Alex del Carmen, Monitor Romero and Castellanos; review of agenda for calls on Tuesday sent by Saucedo and call on National Guard sent by Alex del Carmen | 1h 45m | $175.00/h | $306.25 |
| 04/27/2020<br>Reading of statistics sent by Reform Office and emails from DOJ and McV and conference call with Alfredo  Castellanos and emails from Alex del Carmen and Arturo García regarding order issued by Judge Gelpí concerning use of National Guard | 1h 00m | $175.00/h | $175.00 |
| 04/27/2020<br>Reading of Order of Judge Gelpí about use of National Guard for law enforcement activity under the Agreement and exchanges of email with Monitor and Attorney Castellanos and Special Master Alex del Carmen | 1h 30m | $175.00/h | $262.50 |
| 04/27/2020<br>Additional research of use of National Guard for law enforcement activities in past emergencies in PR and communications Castellanos | 1h 00m | $175.00/h | $175.00 |
| 04/26/2020<br>Research of use of National Guard to conduct law enforcement activities in emergencies declared as well as other uses of National Guard | 4h 00m | $175.00/h | $700.00 |
| 04/25/2020<br>Communications with Alfredo Castellanos and review of documents sent by Al Young | 1h 30m | $175.00/h | $262.50 |

Case 3:12-cv-02039-GAG   Document 1484-9   Filed 05/07/20   Page 2 of 4

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 04/24/2020 | Reading of emails from SM with recommendations about protocol and conference calls with John Romero and Alfredo Castellanos | 3h 30m | $175.00/h | $612.50 |
| 04/24/2020 | Reading and analysis of Strategic Plan for the Use of National Guard sent bu Arturo García and conference call with Alfredo Castellanos and research of Agreement of DOJ and PR Government as well as information about use of NG by other states in this pandemia. Conference call with John Romero | 3h 30m | $175.00/h | $612.50 |
| 04/23/2020 | Conference call with Monitor Romero; confcall with Castellanos; review amd analysis of documents concerning use of National Guard for law enforcement | 4h 00m | $175.00/h | $700.00 |
| 04/21/2020 | Reading of email sent by Monitor Romero to Arturo García and exchange of communications with Judge Gelpí and Attorney Castellanos | 2h 00m | $175.00/h | $350.00 |
| 04/20/2020 | Reading of Arturo Garcia's reply to Monitor's email about National Guard use and exchange  with Alfredo Castellano, Alex del Carmen and Monitor concerning his response to García's email | 3h 30m | $175.00/h | $612.50 |
| 04/19/2020 | Conference calls with Monitor Romero and conference call with Castellanos | 0h 45m | $175.00/h | $131.25 |
| 04/17/2020 | Conference call of Federal Monitor with DOJ and PRDOJ and Arturo García about the incorporation of the National Guard and applicability of the Reform in case the National Cuard is incorporated to assist PRPB and in what form will they be incorporated and reading of order of the Court issued today | 3h 30m | $175.00/h | $612.50 |
| 04/16/2020 | Communications with Monitor | 0h 15m | $175.00/h | $43.75 |
| 04/15/2020 | Communicatios with Monitor and Castellanos and Javier González | 1h 00m | $175.00/h | $175.00 |
| 04/13/2020 | Weekly Conference call | 1h 00m | $175.00/h | $175.00 |
| 04/13/2020 | Review of deaft prepared by John Romero about use of National Guard | 0h 30m | $175.00/h | $87.50 |

Case 3:12-cv-02039-GAG   Document 1484-9   Filed 05/07/20   Page 3 of 4

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 04/10/2020 | Review of communications from Monitor and Castellanos  anout data request for PRPB | 0h 30m | $175.00/h | $87.50 |
| 04/09/2020 | Reading of communications from Beatriz Annexy; review of information sent by Al Young and communications with Alfredo Castellanos | 2h 00m | $175.00/h | $350.00 |
| 04/08/2020 | Reading of COVID-19 Protocol Filed in Court by PRPB and communicatios with Monitor and Castellanos | 2h 00m | $175.00/h | $350.00 |
| 04/06/2020 | Reading of comments sent by Alex del Carmen to Arturo García and additional review of sections of protocol sent by PRPB to analyze the changes suggested in each section of protocol by Team to the document | 1h 00m | $175.00/h | $175.00 |
| 04/06/2020 | Reading of newspapers articles related to problems in precincts of PRPB with absences related to COVID-19 and preparation of emails to Monitor Romero and Alfredo Castellanos and conference calls with Castellanos about developing problems | 1h 00m | $175.00/h | $175.00 |
| 04/06/2020 | Weekly Teleconference call of Monitor's Team | 1h 00m | $175.00/h | $175.00 |
| 04/06/2020 | Reading and review of Draft of Protocol of PRPB sent by Arturo García and preparation of comments and recommendations for the Monitor's team. Preparation for the teleconference with the team | 2h 30m | $175.00/h | $437.50 |
| 04/05/2020 | Reading of statistics sent by Coronel Vega and initial reading and review of protocol submitted by Attorney Arturo García and Office of Reform entitled Guías de Seguridad para los Miembros del Negociado de la Policía de PR y Protocolo Operacional de Manejo de COVID-19 | 2h 00m | $175.00/h | $350.00 |
| 04/04/2020 | Review of all the statistics sent by Coronel Vega during the week and exchange of news articles about the PRPB with Judge Gelpí and Monitor Romero and Attorney Castellanos | 1h 00m | $175.00/h | $175.00 |
| 04/04/2020 | Reading of protocols of police departments sent by Al Young and the order of PRPB for handling of infectious diseases and research about protocols used by Judicial Branch for handling of cases of employees with infectious diseases and communications with Alfredo Castellanos | 3h 00m | $175.00/h | $525.00 |

Case 3:12-cv-02039-GAG   Document 1484-9   Filed 05/07/20   Page 4 of 4

| | | | |
|---|---|---|---|
| **04/03/2020**<br>Reading of documents and emails exchanged by Management Team with lawyers in the states | 1h 00m | $175.00/h | $175.00 |
| **04/02/2020**<br>Conference call with Monitor Romero and Alfredo Castellanos concerning the call with the parties and the order of the Court concerning schedule for the approval and submission of protocol of PRPD during pandemia | 1h 00m | $175.00/h | $175.00 |
| **04/02/2020**<br>Weekly Conference call of Monitor with parties | 1h 30m | $175.00/h | $262.50 |
| **04/02/2020**<br>Reading and review of report sent by PRPB in response to questions sent by Monitor and conference calls with Attorney Castellanos and text communications with Monitor and Judge Gelpí and research of articles anout COBID-19 inaw enforcement agencias and communicatios sent to Judge Gelpí, Castellanos and Monitor | 3h 30m | $175.00/h | $612.50 |
| **04/01/2020**<br>Communications and conference call with Monitor, review of agenda proposed by DOJ for conference call, research of coronavirus problems of law enforcement entities in states, and confrence calls with Castellanos | 4h 00m | $175.00/h | $700.00 |
| **03/30/2020**<br>Teleconference with Monitor Romero, Alfredo Castellanos and Core Team | 0h 30m | $175.00/h | $87.50 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$10,806.25** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$10,806.25** |
| Paid: | **$0.00** |
| **Balance Due:** | **$10,806.25** |