EXHIBIT F



# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

| | |
|---|---|
| Invoice#: | 19 |
| Invoice Date: | 04/28/2020 |

| From | To: JCC |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 04/28/2020<br>Communications with Monitor Castellanos and Javier González regarding DSPDI COVID-19 protocol; reading of information sent by Margarita Mercado | 2h 00m | $175.00/h | $350.00 |
| 04/27/2020<br>Reading of emails regarding request for information and conference calls with Monitor Castellanos; reading of information sent by Laura Palacios to Margarita Mercado | 1h 30m | $175.00/h | $262.50 |
| 04/23/2020<br>Review of emails exchanged with DSPDI and Attorney Mercado | 0h 30m | $175.00/h | $87.50 |
| 04/22/2020<br>Review of agenda and review of file in preparation of conference call and conference call of JCC Team with Arturo García and DSPDI team | 3h 00m | $175.00/h | $525.00 |
| 04/22/2020<br>Reading and analysis of recommendations of Emily Bauer and review of protocol submitted by DSPDI to isolate participants with COVID -19 symptoms and communications with Monitor Castellanos | 3h 00m | $175.00/h | $525.00 |
| 04/21/2020<br>Conference calls with JCC and Attorney Mercado regarding motion submitted by DSPDI | 2h 00m | $175.00/h | $350.00 |
| 04/21/2020<br>Reading of motion of reconsideration filed Arturo García and Lizie Portela on behalf of DSPDI and conference call with JCC Castellanos | 1h 00m | $175.00/h | $175.00 |

| Date / Description | Time | Rate | Amount |
|---|---|---|---|
| 04/21/2020<br>Exchange of emails and conference calls with JCC regarding COVID-19 case of one participant in one biological home. | 3h 00m | $175.00/h | $525.00 |
| 04/20/2020<br>Reading of Burns Order by Judge Gelpí and communications with Monitor Castellanos | 2h 00m | $175.00/h | $350.00 |
| 04/19/2020<br>Communications with Monitor Castellanos about the impact of coronavirus to participants in several states | 1h 00m | $175.00/h | $175.00 |
| 04/17/2020<br>Reading and exchange of information regarding implementation of protocol adopted yesterday by Court and exchange of information with Judge Gelpí of order issued about use of virtual technologies for monitoring and request of information about participant NGM # 992 | 4h 00m | $175.00/h | $700.00 |
| 04/16/2020<br>Reading of Protocol with comments prepared by DSPDI and submitted by Arturo Garcia, conference call with JCC Castellanos and reading of order of Court and exchange of emails between JCC and Arturo García | 1h 00m | $175.00/h | $175.00 |
| 04/16/2020<br>Reading of Arturo García reply to JCC and conference call with JCC Castellanos. Review of DOJ recommendations to JCC Suggestions and conference call with Monitor | 2h 00m | $175.00/h | $350.00 |
| 04/16/2020<br>Review of spanish translationnof JCC suggestions and recommendations and of DOJ recommendations and communications with Monitor Castellanos | 3h 00m | $175.00/h | $525.00 |
| 04/15/2020<br>Conference call with JCC Castellanos and Margarita Mercado about draft of JCC's suggestions and recommendations and review of changes proposed; reading of UMASS recommendations for proposed isolation plan for participants | 4h 00m | $175.00/h | $700.00 |
| 04/15/2020<br>Reading and review of JCC's suggestions and recommendations on the COVID-19 isolation and treatment plans proposed by DSPDI and call with JCC Castellanos | 1h 00m | $175.00/h | $175.00 |
| 04/15/2020<br>Reading of recommendations of UMASS and emails exchanged with Health Department and conference call with JCC Team | 2h 00m | $175.00/h | $350.00 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 04/14/2020 | Reading and analysis of draft of protocol submitted by Health Department and communications and conference calls with Monitor Castellanos and Attorney Margarita Mercado and reading of request for information from UMass; reading of analysis and recommendations of Richard Farrano | 4h 00m | $175.00/h | $700.00 |
| 04/13/2020 | Readingof ammended request for information to be sent to DSPDI and communications with Monitor Castellanos | 2h 00m | $175.00/h | $350.00 |
| 04/11/2020 | Conference calls wirh JCC and counsels for JCC after conference call with The Secretary of Health and communication with Judge informing him of call and review of motion drafted by Margarita Mercado to submit to Court | 0h 45m | $175.00/h | $131.25 |
| 04/11/2020 | Conference call of JCC with parties incluidng the Secretary of Health | 0h 15m | $175.00/h | $43.75 |
| 04/10/2020 | Reading of communications between JCC and DSPDI and emails from members of team and draft of motions | 3h 00m | $175.00/h | $525.00 |
| 04/09/2020 | Review of article published in NY Times, draft of motio to be filed in Court and of request for production of information of participant AMV #349 who is under quarantine and conference calls with JCC | 3h 00m | $175.00/h | $525.00 |
| 04/08/2020 | Review of changes proposed by Attorneys Margarita Mercado and Diana Alcaraz and incorporation of changes into protocol for DSPDI and other documents circulated regarding protocol; follow up of participant MSR 923 | 4h 00m | $175.00/h | $700.00 |
| 04/08/2020 | Reading of email sent by Attorney Palacios regarding patient ar the Instituto Psicopedagógico and sending recommendations and communications with Monitor Castellanos | 3h 00m | $175.00/h | $525.00 |
| 04/07/2020 | Readding of reply from DSPDI to request for information and communications with Monitor Castellanos | 2h 00m | $175.00/h | $350.00 |
| 04/06/2020 | Reading of emails from Monitor Castellanos to Pedro Robles of DSPDI requesting information and communications with Monitor Castellanos | 1h 00m | $175.00/h | $175.00 |

| Date | Time | Rate | Amount |
|---|---|---|---|
| 04/05/2020<br>Revision of urgent request to DSPDI for information and communications with Monitor Castellanos | 2h 00m | $175.00/h | $350.00 |
| 04/03/2020<br>Communications with Monitot Castellanos and Javier González regarding use of CTS Centers in protocol being prepared by DSPDI | 2h 00m | $175.00/h | $350.00 |
| 04/02/2020<br>Research of newspapers of impact of coronavirus in homes and communications with Monitor Castellanos and of request of information sent by Monitor to DSPDI | 2h 00m | $175.00/h | $350.00 |
| 03/31/2020<br>Reading of Law permitting use of Telemedicines and communications with Monitor Castellanos and Margarita Mercado about incorporating telemedicine in DSPDI Peotocol | 2h 00m | $175.00/h | $350.00 |

**Terms & Note:**
Thanks for your business.

| | |
|---|---|
| Sub Total: | **$11,725.00** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$11,725.00** |
| Paid: | **$0.00** |
| **Balance Due:** | **$11,725.00** |