VAGUE ENTRIES                                                                                                           EXHIBIT H

| DATE | BILLER | ENTRY NARRATIVE | HOURS | RATE | AMOUNT CHARGED |
|---|---|---|---|---|---|
| UNDATED | AL YOUNGS | Reviewed and responded to emails and conference calls for the month of April from members of the Monitor Team and the Parties reference methodology and questions concerning requests by the Monitor Team. | 10 | $150 | $1,500 |
| UNDATED | DONALD GOSSELIN | Multiple teleconferences, emails and texts with Team Members & all Parties to the Agreement | UNSPECIFIED | $150 | BILLED $10,125 FOR A TOTAL OF 67.5 HOURS (DID NOT SPECIFY AMOUNT CHARGED PER TASK) |
| UNDATED | JOHN ROMERO | Generated, reviewed and responded to emails/texts (month of April) from the Parties, Monitor Team, Court and Special Master.<br><br>Conference calls with the Monitor Team members re: pending reports and reviews.<br><br>Conference calls with the Parties and Special Master | UNSPECIFIED | UNSPECIFIED | BILLED FLAT RATE OF $17,916.66 |
| UNDATED | DR. DAVID LEVY | Calls with John Romero | 1.5 | $150 | $225 |
| UNDATED | DR. DAVID LEVY | Skype calls with team | 2.5 | $150 | $375 |
| 3/30/20 | FEDERICO HERNANDEZ DENTON | Teleconference with Monitor Romero, Alfredo Castellanos and Core Team | 0.5 | $175 | $87.50 |
| 3/31/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Review of emails, Share Information to the Monitor. Communications with the Monitor. | 2.5 | $85 | $212.50 |

VAGUE ENTRIES                                                                                                                                           EXHIBIT H

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/1/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Communications with Monitor, Review of documents sent by PRPB, Review of email sent by USDOJ and team members. Communications with team members. | 4.5 | $85 | $382.50 |
| 4/2/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Conference Call with USDOJ and Commonwealth, Review of emails and information sent by team members. Communications with Counselor Castellanos. Communications with Monitor. | 4.5 | $85 | $382.50 |
| 4/3/20 | FEDERICO HERNANDEZ DENTON | Reading of documents and emails exchanged by Management Team with lawyers in the states | 1 | $175 | $175.00 |
| 4/7/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Review of Documents sent by USDOJ and Team Members Communications with the Monitor, Review of emails. | 3.75 | $85 | $318.75 |
| 4/7/20 | CASTELLANOS GROUP P.S.C. | Review of comm. from Saucedo Esq; comm. with Monitor Romero | 0.5 | $175 | $87.50 |
| 4/8/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Review of Documents sent by Team Members, Review of documents sent by USDOJ, Review of CMR 2 Documents Request, Communications with the Monitor, Review of Emails | 4.25 | $85 | $361.25 |
| 4/10/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Review of emails. CMR-2 Request of Information, Share information with the Monitor. | 3.5 | $85 | $297.50 |
| 4/10/20 | FEDERICO HERNANDEZ DENTON | Review of communications from Monitor and Castellanos about data request for PRPB | 0.5 | $175 | $87.50 |
| 4/10/20 | CASTELLANOS GROUP P.S.C. | Review of comm. from Monitor Romero; re; data request; comm. with Monitor Romero | 0.5 | $175 | $87.50 |
| 4/13/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Various communications with the Monitor, Work with Staff IDs, Conference Call with Staff, Review of emails. Communications with counselor Castellanos. | 4.25 | $85 | $361.25 |

**VAGUE ENTRIES**  **EXHIBIT H**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/13/20 | CASTELLANOS GROUP P.S.C. | Conference calls with Monitor Romero and team; conference calls and coordination with Javier Gonzalez | 2 | $175 | $350.00 |
| 4/14/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Communications with the Monitor, Review of Information sent by PRPB, Review of Emails, Sent information to the Monitor. | 3.75 | $85 | $318.75 |
| 4/15/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Review of information sent by Staff and PRPB, Share information with the Monitor, Review of emails, Various Communications with the Monitor. Communications with counselor Castellanos and Judge Denton. | 4 | $85 | $340.00 |
| 4/15/20 | FEDERICO HERNANDEZ DENTON | Communications with Monitor and Castellanos and Javier González | 1 | $175 | $175.00 |
| 4/15/20 | CASTELLANOS GROUP P.S.C. | Comms. with Monitor Romero; comm. with Javier Gonzalez; comm. with Hernandez Denton Esq. | 1.5 | $175 | $262.50 |
| 4/16/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Review of Tables sent by David, Review of Documents sent by DSPDI, Review of Staff Observations, Various communications with the Monitor, Review of Emails, Share information with the Monitor. Communications with staff. | 4.75 | $85 | $403.75 |
| 4/16/20 | FEDERICO HERNANDEZ DENTON | Communications with Monitor | 0.25 | $175 | $43.75 |
| 4/16/20 | CASTELLANOS GROUP P.S.C. | Comm. with Javier Gonzalez; comm. with Monitor Romero | 0.5 | $175 | $87.50 |
| 4/19/20 | FEDERICO HERNANDEZ DENTON | Conference calls with Monitor Romero and conference call with Castellanos | 0.75 | $175 | $131.25 |
| 4/19/20 | CASTELLANOS GROUP P.S.C. | Conference call with Monitor Romero; conference call with Hernandez Denton Esq. | 0.5 | $175 | $87.50 |

VAGUE ENTRIES                                                                                                               EXHIBIT H

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/20/20 | CASTELLANOS GROUP P.S.C. | Communications with Hernandez Denton Esq.; comms. with Monitor Romero; comms. with The Court in compliance with standard TCA requirements | 4 | $175 | $700.00 |
| 4/21/20 | CASTELLANOS GROUP P.S.C. | Comm. with the Court in compliance with standard TCA requirements; comm. with Javier Gonzalez; comm. with Hernandez Denton Esq; re: discussions of several matters; review of comm. from Monitor Romero | 2 | $175 | $350.00 |
| 4/25/20 | FEDERICO HERNANDEZ DENTON | Communications with Alfredo Castellanos and review of documents sent by Al Young | 1.5 | $175 | $262.50 |
| 4/25/20 | CASTELLANOS GROUP P.S.C. | Comms. with Hernandez Denton Esq; review of information and articles | 1.5 | $175 | $262.50 |
| 4/27/20 | CASTELLANOS GROUP P.S.C. | Review of Court Order; communications with Monitor Romero; comms. with Hernandez Denton Esq.; review of comm. from Arturo Garcia Esq; review of comm. from Saucedo Esq. | 3 | $175 | $525.00 |
| 4/28/20 | CASTELLANOS GROUP P.S.C. | Conference call with Monitor Romero, the parties and Special Master; several communications | 2.5 | $175 | $437.50 |