REDUNDANT ENTRIES – COVID-19 PROTOCOL                                                                                           EXHIBIT I

| DATE | BILLER | ENTRY NARRATIVE | HOURS | RATE | AMOUNT CHARGED |
|---|---|---|---|---|---|
| UNDATED | AL YOUNGS | **Reviewed information and Strategic Work Plan implemented by the PRPB to address the Covid-19 Emergency.** | 2 | $150 | $300 |
| UNDATED | AL YOUNGS | **Researched, reviewed, and provided a document with various law enforcement policies toward the Covid-19 Emergency.** These documents included inquiries from PERF, IACP, RAND, and ASIS and were shared with the Parties. | 7 | $150 | $1,050 |
| UNDATED | AL YOUNGS | Contacted domestic violence (DV) subject matter experts and provided copies of the Investigative Handbook and the Victim Services Handbook referenced DV, **and also provided information on several Covid-19 Emergency related DV webinars to USDOJ.** | 3 | $150 | $450 |
| UNDATED | AL YOUNGS | **Reviewed three law enforcement webinars concerning Covid-19 Emergency.** | 5 | $150 | $750 |
| UNDATED | JOHN ROMERO | **Reviewed PRPB's COVID-19 Protocol.** Reviewed PRPB's Strategic Plan for Deployment of National Guard. | UNSPECIFIED | UNSPECIFIED | BILLED FLAT RATE OF $17,916.66 |
| UNDATED | SCOTT CRAGG (CRYSTAL REEF LLC) | Communications & Coordination - telcons and emails to/from CT, PRPB, USDOJ. Subj's- monitoring expectations, techniques, performance, **COVID** | 8.25 | $150 | $1,237.50 |
| UNDATED | SCOTT CRAGG (CRYSTAL REEF LLC) | PRPB provided Document Review; **COVID-19 Draft Protocol**, April delivered documents, Use of Force, National Guard Strategy, EIS proposal, IT documents and data | 19.75 | $150 | $2,962.50 |
| UNDATED | SCOTT CRAGG (CRYSTAL REEF LLC) | **COVID-19 Reference Materials for PRPB, recommendations and monitor materials, references, feedback,** National Guard recommendations, protective equipment, court orders | 6.75 | $150 | $1,012.50 |
| UNDATED | SCOTT CRAGG (CRYSTAL REEF LLC) | **Monitoring Teleconferences including COVID**: DOJ, McVeigh, Monitors | 3.5 | $150 | $525.00 |
| UNDATED | SCOTT CRAGG (CRYSTAL REEF | DoJ provided document review; **COVID Policy,** Court Documents, may day protest information, national guard recommendations | 3.25 | $150 | $487.50 |

REDUNDANT ENTRIES – COVID-19 PROTOCOL                                                                                                  EXHIBIT I

| | | | | | |
|---|---|---|---|---|---|
| | LLC) | | | | |
| UNDATED | DR. DAVID LEVY | **Edited COVID-19 protocol response** | 3 | $150 | $450.00 |
| 4/1/20 | FEDERICO HERNANDEZ DENTON | Communications and conference call with Monitor, review of agenda proposed by DOJ for conference call, **research of coronavirus problems of law enforcement entities in states,** and conference calls with Castellanos | 4 | $175 | $700.00 |
| 4/1/20 | CASTELLANOS GROUP P.S.C. | Several comms. and conference calls with Monitor Romero; conference calls with Javier Gonzalez; comm. with the Court in compliance with standard TCA requirements; comms. with Hernandez Denton Esq.; **attention of coronavirus issues and all related matters;** review of comm. from Saucedo Esq; re; agenda for upcoming conference call; review of comm. from Monitor Romero; **review of articles coronavirus**; review of PRPB's response to document request | 7 | $175 | $1,225.00 |
| 4/2/2020; 4/6/20 | RAFAEL RUIZ | Work on **Monitor's recommendations for PRPB Covid-19 Protocol**, review, teleconferences | 9.5 | $150 | $1,425.00 |
| 4/2/20 | FEDERICO HERNANDEZ DENTON | Reading and review of report sent by PRPB in response to questions sent by Monitor and conference calls with Attorney Castellanos and text communications with Monitor and Judge Gelpí and **research of articles about COVID-19 in law enforcement agencies** and communications sent to Judge Gelpí, Castellanos and Monitor | 3.5 | $175 | $612.50 |
| 4/2/20 | CASTELLANOS GROUP P.S.C. | Conference calls with Javier Gonzalez; review of Order; comm. with the Court in compliance with standard TCA requirements; discussions with Hernandez Denton Esq.; **attention of coronavirus matters;** review of comm. from Al Young; comm. from Arturo Garcia Esq; review of several articles and information sent by Hernandez Denton Esq; review of comm. from Beatriz Annexy Esq.; third conference call with Monitor Romero; **attention of coronavirus related matters** | 7 | $175 | $1,225.00 |

REDUNDANT ENTRIES – COVID-19 PROTOCOL                                                                                                    EXHIBIT I

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/3/20 | JAVIER GONZALEZ (THE & GROUP LLC) | Communications with the Monitor, review of emails, **review of information sent related to COVID-19 Protocols**. Communications with counselor Castellanos. | 4.75 | $85 | $403.75 |
| 4/3/20 | CASTELLANOS GROUP P.S.C. | Comms. with Monitor Romero; comms. with Javier Gonzalez; comm. with Hernandez Denton Esq.; review of info. regarding the National Guard and **info. related to coronavirus matters** | 1.5 | $175 | $262.50 |
| 4/4/20 | FEDERICO HERNANDEZ DENTON | **Reading of protocols of police departments sent by Al Young and the order of PRPB for handling of infectious diseases and research about protocols used by Judicial Branch for handling of cases of employees with infectious diseases** and communications with Alfredo Castellanos | 3 | $175 | $525.00 |
| 4/4/20 | CASTELLANOS GROUP P.S.C. | Several comms. with Hernandez Denton Esq.; **review of info. sent by Hernandez Denton Esq. relevant to coronavirus and Police**; comm. with Javier Gonzalez; **review of Protocol** and info. received; comm. with the Court in compliance with standard TCA requirements; comm. with Monitor Romero; review of comm. from Al Young | 2.5 | $175 | $437.50 |
| 4/5/20 | JAVIER GONZALEZ (THE & GROUP LLC) | **Review of PRPB COVID-19 Protocol, Review of COVID-19 Information sent by Team.** Communications with the Monitor. | 4.5 | $85 | $382.50 |
| 4/5/20 | FEDERICO HERNANDEZ DENTON | Reading of statistics sent by Coronel Vega and **initial reading and review of protocol submitted by Attorney Arturo García and Office of Reform entitled Guías de Seguridad para los Miembros del Negociado de la Policía de PR y Protocolo Operacional de Manejo de COVID-19** | 2 | $175 | $350.00 |
| 4/5/20 | CASTELLANOS GROUP P.S.C. | Review of several comms.; review of comm. from Al Young; re; **COVID Protocol**; comm. with Hernandez Denton Esq.; **discussion of several issues concerning coronavirus and Protocol**; review of comm. from Monitor Romero | 2 | $175 | $350.00 |
| 4/6/20 | JAVIER GONZALEZ | **Review of COVID-19 Information send by Team**, Staff Conference Call, Prepare Invoices Chart and Motion for the Court. | 4.5 | $85 | $382.50 |

REDUNDANT ENTRIES – COVID-19 PROTOCOL                                                                                                          EXHIBIT I

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
|  | (THE & GROUP LLC) | Communications with the Monitor. |  |  |  |
| 4/6/20 | FEDERICO HERNANDEZ DENTON | **Reading and review of Draft of Protocol of PRPB** sent by Arturo García and preparation of comments and recommendations for the Monitor's team. Preparation for the teleconference with the team | 2.5 | $175 | $437.50 |
| 4/6/20 | FEDERICO HERNANDEZ DENTON | **Reading of newspapers articles related to problems in precincts of PRPB with absences related to COVID-19** and preparation of emails to Monitor Romero and Alfredo Castellanos and conference calls with Castellanos about developing problems | 1 | $175 | $175.00 |
| 4/6/20 | CASTELLANOS GROUP P.S.C. | Conference call with Monitor Romero and team; discussion with Hernandez Denton Esq. and **review comments on PRPB's COVID Protocol; review of several documents and information received, coronavirus and related matters** | 2 | $175 | $350.00 |
| 4/8/20 | FEDERICO HERNANDEZ DENTON | **Reading of COVID-19 Protocol Filed in Cour**t by PRPB and communications with Monitor and Castellanos | 2 | $175 | $350.00 |
| 4/8/20 | CASTELLANOS GROUP P.S.C. | Comm. with Monitor Romero; review of documents; comms. with Hernandez Denton Esq.; review of comm. from Al Young; re; Sheriff Newsletter; review of comm. from Saucedo Esq.; re; Statistics; review of comm. from Arturo Garcia Esq; review of comm. from Monitor Romero, re; document request; **review of filed PRPB'S COVID Protocol;** review of several comms. received | 2 | $175 | $350.00 |
| 4/9/20 | JAVIER GONZALEZ (THE & GROUP LLC) | **Review of COVID-19 Protocol Approved by the Court,** Communications with the Monitor, Review of emails. Communications with counselor Castellanos. | 3.75 | $85 | $318.75 |
| 4/17/20 | CASTELLANOS GROUP P.S.C. | Conference calls with Monitor Romero and team; comm. with the Court in compliance with standard TCA requirements; comm. with Hernandez Denton Esq; **attention of all matters related to** National Guard activation and **coronavirus matters** | 4 | $175 | $700.00 |

REDUNDANT ENTRIES – COVID-19 PROTOCOL                                                                EXHIBIT I

| Date | Entity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/24/20 | CASTELLANOS GROUP P.S.C. | Communications with the Court in compliance with standard TCA requirements; several conference calls with Hernandez Denton Esq; communications with Monitor Romero; review of comm. from Saucedo Esq. re; agenda conference call; **discussion and analysis of information and other Covid 19 related matters** | 8 | $175 | $1,400.00 |
| UNDATED | DEL CARMEN CONSULTING LLC | **Reviewed and provided feedback relating to PRPB COVID-19 Protocol while reviewing narrative by USDOJ and Monitor's Office.** | 8.5 | $150 | $1,275.00 |
| UNDATED | DEL CARMEN CONSULTING LLC | **Performed research on COVID-19** and National Guard Related Matters. | 10 | $150 | $1,500.00 |

**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

April 1 - April 30, 2020
Invoice No. 11
Member of Federal Monitor Team

| | |
|---|---:|
| Reviewed and responded to emails and conference calls for the month of April from members of the Monitor Team and the Parties reference methodology and questions concerning requests by the Monitor Team. | 10 hours |
| Developed additional questions for supervision and management in English and Spanish for future site visits. | 3 hours |
| Reviewed publication by PERF reference Refining the Role of Less-Lethal Technologies Critical Thinking, Communications, and Tactics That Are Essential in Defusing Critical Incidents. Shared information with the Monitor Team, | 3 hours |
| Reviewed information and Strategic Work Plan implemented by the PRPB to address the Covid-19 Emergency. | 2 hours |
| Researched, reviewed, and provided information toward the protocol in the event of the utilization of the National Guard by the PRPB. Reviewed Federal and state quarantine and isolation authority and the Posse Comitatus Act and related matters concerning the use of the military to execute civilian law. | 5 hours |
| Researched, reviewed, and provided a document with various law enforcement policies toward the Covid-19 Emergency. These documents included inquiries from PERF, IACP, RAND, and ASIS and were shared with the Parties. | 7 hours |
| Reviewed V2A Staffing Study and researched the transfer of PRPB personnel based upon this Staffing Study. Reviewed response of PRPB concerning their ideas and comments towards this Staffing Study. Further reviewed EIS Database dictionary. | 7 hours |
| Contacted domestic violence (DV) subject matter experts and provided copies of the Investigative Handbook and the Victim Services Handbook referenced DV, and also provided information on several Covid-19 Emergency related DV webinars to USDOJ. | 3 hours |
| Reviewed webinar concerning the use of handcuffs and the new NIJ recommendations. | 2 hours |

| | |
|---|---|
| Reviewed three law enforcement webinars concerning Covid-19 Emergency. | 5 hours |
| Researched and reviewed the Michigan Military Police Study and Military Reciprocity Handbook. | 3 hours |
| Reviewed documentation that all PRPB supervisors are trained and certified. | 3 hours |
| Reviewed EIS Department General Order and Registration of Administrative Complaints General Order. | 5 hours |
| Reviewed documentation concerning Supervisory training for Sergeants, Lieutenants, and Captains. Reviewed documentation concerning requirements for Supervisors that are consistent with generally-accepted policing practices. | 3 hours |
| Reviewed additional List of Supervisors sent by PRPB | 2 hours |

**TOTAL HOURS: 63**

Billable Hours: 60 Hours and 40 Minutes at a Rate of $150.00 Per Hour = $9,100.00

Pro Bono Hours: 2 Hours and 20 Minutes

**Total:** **$9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**     **$9,100.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

4//30/2020
Date

Dr. David Levy
714 Wilkes Street
Alexandria, VA. 22314

March 25-April 24, 2020

INVOICE # 004                                    **TOTAL DUE $9,100.00 USD**
April 2020 INVOICE

The following is a detailed statement of the hours worked.

**25 March to 24 APR 2020 (worked performed in CONUS)**
- Final Revisions to CMR-1 (March hours did not suffice to cover all the work needed to finalize CMR-1; 15 hours from April were used in advance in March to cover this work)
- Edited COVID-19 protocol response (3 hours)
- Develop work packets in relation to evaluation methods and sampling strategy (31 hours)
    - Associated all paragraphs and data sources with appropriate worksheets
    - Developed work packet label system to consolidate all related methodology tables, worksheets, assessment tables, and data requests (pending PRPB supplying document form numbers).
    - Assigned all data sources a unique ID number to incorporate all related data sources into appropriate work packet
    - Deconflicted evaluation schedule – ensuring that all paragraphs and all indicators that are scheduled to be evaluated together are scheduled together. Awaiting approval from parties on schedule revisions to proceed with organizing all assessment materials into work packets according revised schedule.
- Conference calls and coordination with Monitoring Team (6 hours)
    - 4/08 call with Al Youngs re CMR-2 data sources (1 hour)
    - Calls with John Romero (1.5 hours)
    - Skype calls with team (2.5 hours)
    - 04/17 call with PRPB re: sampling strategy (1 hour)
- Implement the sampling strategy for key data sources for CMR-2 (7 hours)
    - Assisted John Romero, Al Youngs, and Rafael Ruiz in drawing samples for CMR-2 assessments

**62 hours total @ $150/hour = $9300**


**TOTAL FEE:**                  62.00 Hours x $150/hour = $9,300USD
**FEE WAIVED (PR):**        1.33 Hours x $150/hour =  ($200.00 USD)


# Total Fees and Expense Reimbursement Due = $9,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

_____          April 25, 2020
Signature                                _____
                                         Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043

Rafael E. Ruiz                                              INVOICE #
12 Crestshire Dr.
Lawrence, MA 01843                                          DATE:

Billed to:    Federal Monitor, PRPB/USDOJ Agreement    For service:
              670 Ponce De Leon Ave. Suite 207
              San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| April 2 and 6- Work on Monitor's recommendations for PRPB Covid-19 Protocol, review, teleconferences | 9.5 | $150/hr. | $1,425.00 |
| April 6 and 8- Work on recommendations for PRPB National Guard Deployment Strategy | 7 | $150/hr. | $1,050.00 |
| April 9- Prep new CMR-02 Data Request; work on CMR-02 data received | 7 | $150/hr. | $1,050.00 |
| April 13- phone calls, emails, Team teleconference calls; organize docs for draft report | 4 | $150/hr. | $600.00 |
| April 15- Data request for PRPB; Telconf with PRPB | 3.5 | $150/hr. | $525.00 |
| April 17- Additional data from PRPB; Telconf with PRPB | 2.5 | $150/hr. | $375.00 |
| April 18- CMR-02 data read/analysis | 6 | $150/hr. | $900.00 |
| April 19- CMR-02 data read/analysis | 6 | $150/hr. | $900.00 |
| April 20, 21, 22- Work on data for CMR-02 | 7 | $150/hr. | $1,050.00 |
| April 23-24- Work on PRPB Nat'l Guard Strategy | 4 | $150/hr. | $600.00 |
| April 28- Telconf with Parties, CMR-02 | 5.5 | $150/hr. | $825.00 |
| April 29- Work on CMR-02 | 3 | $150/hr. | $450.00 |

                            TOTAL                           $9,750.00


                            TOTAL BILLED (billable)         $9,100.00



_____                   Date: April 30, 2020
Rafael E. Ruiz

Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

April 1 through April 26, 2020

INVOICE # SM2020-1          **TOTAL DUE $ 9,000.00**
SPECIAL MASTER
APRIL 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 18.5 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $2,775 |
| 3.5 | Conference calls with the Monitoring Team members. | $525 |
| 5.5 | Conference calls with the Parties and Monitor. | $825 |
| 8.5 | Reviewed and provided feedback relating to PRPB COVID-19 Protocol while reviewing narrative by USDOJ and Monitor's Office. | $1,275 |
| 4.5 | Reviewed Daily Briefing Reports from PRPB. | $675 |
| 10 | Performed research on COVID-19 and National Guard Related Matters. | $1,500 |
| 9.5 | Reviewed PRPB's Strategic Plan for Deployment of National Guard and provided feedback. | $1,425 |
| | | $9,000 |

## Total Wages Due = $9,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

_____                    4/26/20
Dr. Alejandro del Carmen