EXHIBIT L

OFFICE OF THE FPMPR LLC.
B 5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

May 7, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for April, 2020:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $17,916.66 | APRIL 2020 |
| Castellanos Group P.S.C. | $10,937.50 | APRIL 2020 |
| The & Group LLC (Javier González) | $7,798.75 | APRIL 2020 |
| Dr. David Levy | $9,100.00 | APRIL 2020 |
| Donald S. Gosselin | $9,100.00 | APRIL 2020 |
| Al Youngs | $9,100.00 | APRIL 2020 |
| Rafael E. Ruiz | $9,100.00 | APRIL 2020 |
| Scott Cragg | $7,762.50 | APRIL 2020 |
| Federico Hernández Denton | $10,806.25 | APRIL 2020 |
| TOTAL: | **$91,621.66** | APRIL 2020 |