UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, ET AL.,**<br><br>Defendants. | **CIVIL NO.12-2039 (GAG)** |

**MOTION TO RESTRICT**

**TO THE HONORABLE COURT:**

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, by and through the undersigned counsel, and pursuant to Standing Order No. 9, respectfully request that the Court allows Defendant to file the *Motion Objecting Monitor Invoices* under the restricted viewing level denominated "Case Participants", due to the sensitive nature of the information therein.

**WHEREFORE**, Defendants respectfully requests that the Court take notice of the above and grant the Motion to Restrict.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send notification of this filing to all counsel of record.

In San Juan, Puerto Rico, this 12th day of May, 2020.

        **McCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5632
Fax: (787) 759-8282

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com