## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

Plaintiff,

**v.**

**COMMONWEALTH OF PUERTO RICO, ET AL.,**

Defendants.

**CIVIL NO. 12-2039 (GAG)**

## MOTION REGARDING MOTION OBJECTING MONITOR INVOICES
## AND
## FOR RECONSIDERATION

**TO THE HONORABLE COURT:**

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department ("Defendants" and/or "PRPB"), by and through the undersigned counsel, and respectfully state and pray as follows:

1.      At 2:42 pm today, the PRPB filed a Motion Objecting to Monitor Invoices, Dkt. 1500 (the "Motion").

2.      While in the process of preparing the Motion for filing, the Court entered an Order (at 2:08 pm) approving the invoices subject of the Motion.

3.      In view of the Court's Order, it is respectfully requested that the Motion be treated as a request for reconsideration pursuant to Fed. R. Civ. Pro. Rule 60(b)(6).

**WHEREFORE**, Defendants respectfully request that the Court take notice of the above and treat the Motion Objecting Monitor Invoices as motion for reconsideration of the Order issued today at 2:08 pm.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send notification of this filing to all counsel of record.

In San Juan, Puerto Rico, this 12th day of May, 2020.

**McCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5632
Fax: (787) 759-8282

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com