# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff, | **CIVIL NO. 12-2039 (GAG)** |
| **v.** | |
| **COMMONWEALTH OF PUERTO RICO, ET AL.,** | |
| Defendants. | |

## MOTION SUBMITTING TRANSLATION OF EXHIBIT

**TO THE HONORABLE COURT:**

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, by and through the undersigned counsel, and hereby submit the translation (not certified) of the COVID-19 Protocol filed in the Spanish language in the *Motion Submitting COVID-19 Protocol* (Dkt. 1449).

The USDOJ reviewed the translation and has no objection to the filing of the uncertified translation of the COVID-19 Protocol.

**WHEREFORE**, Defendants respectfully request that the Court take notice of the above.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send notification of this filing to all counsel of record.

In San Juan, Puerto Rico, this 13th day of May, 2020.

**McCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5632
Fax: (787) 759-8282

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Police Bureau



# PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE HANDLING OF THE COVID-19 EMERGENCY

APRIL 2020

# Index

|       |                                                                          |     |
|-------|--------------------------------------------------------------------------|-----|
| I.    | Introduction                                                             | 1   |
| II.   | Situation in Puerto Rico                                                 | 1   |
| III.  | Description of COVID-19                                                   | 2   |
| IV.   | General Safety Measures for the MPRPB                                     | 3   |
| V.    | Personal Protection Equipment (PPE)                                      | 5   |
| VI.   | Additional Assistance to the MPRPB                                       | 6   |
| VII.  | Positive or Suspicious Cases of COVID-19                                 | 9   |
| VIII. | Daily Operations of the Units of the PRPB                                | 10  |
| IX.   | Official Vehicles                                                        | 15  |
| X.    | Critical Decision-Making Method                                          | 16  |
| XI.   | Complaint Investigation                                                  | 19  |
| XII.  | Preventive Patrol                                                        | 20  |
| XIII. | Searches and Seizures                                                    | 21  |
| XIV.  | Arrests and Transportation of the Arrested                               | 21  |
| XV.   | Vehicle Interventions                                                    | 24  |
| XVI.  | Continuity of Services in Compliance with the Reform Agreement           | 24  |
| XVII. | Informative Reference Material                                           | 25  |
| XVIII.| Applicability                                                            | 26  |
| XIX.  | Effectiveness                                                            | 26  |
| XX.   | Appendix                                                                 | 27  |

PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE
HANDLING OF THE COVID-19 EMERGENCY

## I.    Introduction

The Members of the Puerto Rico Police Bureau (MPRPB) are employees that are essential for the safety of the citizens and the continuity of Government operations during the Coronavirus ("COVID-19") pandemic. Due to the nature of the work they perform, MPRPB are exposed to the risk of getting infected by COVID-19.  It is the policy of the Puerto Rico Police Bureau (PRPB) to guarantee that the MPRPB can carry out their duties safely and following the generally accepted policing practices within the circumstances of the emergency caused by COVID-19, while protecting the constitutional rights of the public they serve, in accordance with established regulations and policy, and the Agreement for the Sustainable Reform ("Reform Agreement").

For this reason, this Protocol is adopted with the guidelines to minimize the probability of infection while carrying out the responsibility to protect lives and property. The Protocol was developed following the generally accepted police practices, and following the pronouncements developed for COVID-19 by the Center for Disease Control and Prevention ("CDC"), the guidelines of the World Health Organization, the Government of Puerto Rico, the Puerto Rico Department of Health, the Puerto Rico Department of Public Safety ("DPS") and the PRPB. This Protocol supersedes all PRPB policies and procedures that are in conflict with it.

The spread of COVID-19 and the impact it may have on public health will lead to changes in the response to this pandemic. Therefore, this Protocol will be reviewed as new information and response guidelines emerge and as the circumstances so require.

## II.   Situation in Puerto Rico

On March 12, 2020, the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, issued Executive Order 2020-020, declaring a state of emergency due to the

1

imminent impact of COVID-19 in Puerto Rico.   That Executive Order was followed, on March 15, 2020, by Executive Order 2020-023 with measures and restrictions in response to the pandemic caused by COVID-19 in Puerto Rico. Said measures were expanded, clarified and extended through Executive Order 2020-029. See Appendix.

For their part, the DPS, the MPRPB and the Puerto Rico Medical Emergency Corps Bureau have issued the following communications and guidelines regarding COVID-19:

    a. Circular Letter DSP-2020-CC-003 Creation and Establishment of Remote Work and Labor Flexibility DPS

    b. SAEA-1-36-055 Suspension of Trainings and Pre-Service Program.

    c. DSP-2020-CC-004 Hours Worked at Time and a Half.

    d. OS-1-1-57 Office of Medical Services Procedure in Accordance with EO.

    e. Instructions to all personnel assigned to the Puerto Rico Police Bureau in connection with the compliance with EO 2020-023.

    f. SASG-NRH-DSTS-2-040 Psychological Services During the COVID-19 Emergency.

    g. OS-1-1-72 Suspension of Trainings and Pre-Service Program.

    h. Guidelines on Current Rules for Members of the Puerto Rico Police to Fight the Effects of Coronavirus (COVID-19), March 30, 2020.

    i. OS-1-1-73 Attendance Recording in Other Electronic Devices.

    j. Guidelines for the Handling of Suspected and/or Confirmed Patients with Coronavirus (COVID-19) of the Puerto Rico Medical Emergency Corps Bureau.

## III.   Description of COVID-19

On March 11, 2020, the World Health Organization declared the respiratory disease caused by a new coronavirus SARS-CoV-2, known as the Coronavirus or COVID-19, as a global health and social emergency at a pandemic-level that would require immediate global action. Common symptoms of the virus include fever, headache, shortness of breath, muscle pain, and dry cough. However, some people may be carriers of the virus without having the symptoms.

The virus is thought to spread mainly from person-to-person via respiratory droplets, if the droplets reach the membrane or are carried to it by hands. This is produced when an infected person coughs or sneezes and the droplets land in the mouth or nose, or if they are inhaled by people who are nearby. It can also be transmitted if there is direct contact with body fluids from a person infected with COVID-19.

To prevent the spread of the virus the following is recommended:

1. If possible, avoid close contact with sick people.
2. Avoid touching your eyes, nose and mouth with unwashed hands.
3. Clean and disinfect objects and surfaces that are frequently touched.
4. Wash your hands frequently with soap and water for at least 20 seconds, or use hand sanitizer with at least 60% alcohol, unless illicit drugs are suspected.
5. Use a face mask if you must interact with the public.
6. If possible, practice social distancing, that is, stay no less than 6 feet away from other people.
7. If you have authorization to work remotely, stay at home.
8. Follow all PRPB guidelines and protocols, including this Protocol, and obey the Governor's Executive Orders related to the COVID-19 emergency.

**IV.     General Safety Measures for the MPRPB**

PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE
HANDLING OF THE COVID-19 EMERGENCY

1. Any MPRPB who believes has the symptoms of the virus will not be able to attend work.

2. Any MPRPB who suspects having COVID-19 or is showing symptoms must notify his/her supervisor and remain in quarantine for at least 14 days.

3. Every MPRPB that has made a trip outside the jurisdiction of Puerto Rico will have to notify his/her supervisor and remain in quarantine for 14 consecutive days from arrival to Puerto Rico.

4. Each MPRPB shall keep a minimum distance of 6 feet, if possible, between each person. This will also apply inside the work units.

5. Every MPRPB must frequently wash his/her hands with soap and water for at least 20 seconds. If soap and water are not available at the moment, the use of hand sanitizer with at least 60% alcohol is recommended, unless illicit drugs are suspected.

6. Every MPRPB must disinfect his/her equipment on a daily basis and in the event of any exposure to the virus: Sam Browne belt, firearm, electrical control device, baton, hand restraints, and rechargeable flashlight.

7. Every MPRPB will regularly disinfect the work area, including common areas such as, telephones, checkpoint, chairs, bathroom doorknob and other doorknobs that are used regularly, water fountains, etc.

8. Every MPRPB will disinfect his/her portable radio before and after it is handed out.

9. The personnel that carry out preventive patrols must decontaminate before entering the facilities.

10. If possible, and if weather conditions permit, the public will be attended outside the work units. If this is not possible, a specific area will be assigned in the premises to receive the general public. In areas where the municipality or a government agency has the resources to deliver a tent to the police station, the installation of such equipment will be permitted, if the appropriate signage is attached. The General Headquarters, which includes the administrative offices of the PRPB, will remain closed to the public; services for issuing certificates of conduct to verify whether a person is a sex offender

under Act 266 will be offered through the online system. The PRPB precincts shall remain open to the public, and the public may appear there to report complaints, or in cases of emergencies.

11. In the work units with dormitories to provide accommodation to MPRPB, under OG303, PRPB Member Accommodations, the Dormitory Director shall take all recommended sanitation measures such as: hygiene and constant disinfection of the area, changing and washing bed linen with hot water and soap on a daily basis. MNPPR with symptoms of COVID-19 will not be allowed to stay in the dormitories.

12. The Dormitory Director may establish additional measures to prevent the spread of the virus in the accommodations, such as taking the temperature of the MPRPB before entering the dormitory.  If any MPRPB presents symptoms of fever, the processes set forth in this Protocol for a person who tests positive for the virus or has symptoms of the virus will be followed.

13. You will change your uniform for a clean one on a daily basis.  You will change into regular clothing before entering your residence so you do not contaminate your residence; you will place the uniform in a bag without shaking it and you will wash it with hot water and soap.

14. All MPRPB will avoid physical greetings, hugging or physical closeness to greet or say goodbye at the workplace. It is also recommended that this measure is followed at home.

15. Radio Control will be sending orientation messages about the best police practices during the COVID-19 emergency.

16. To minimize risk to themselves and other MPRPB, those MPRPB who are off duty will continue to comply with CDC guidelines for social distancing and handwashing, as well as the applicable provisions of this Protocol; the policies and guidelines of PRPB, the applicable provisions of the Reform Agreement, and the Executive Orders issued by the Governor of Puerto Rico.

**V.    Personal Protection Equipment (PPE)**

1. The Personal Protection Equipment (PPE) will be distributed by a supervisor in the work units depending on availability and service needs. The equipment will include latex-free gloves, face masks, hand sanitizer with at least 60% alcohol, disinfecting spray, protective glasses, multi-purpose cleaner and a waste bag.

2. All MPRPB who for some reason do not have face masks but have the tear gas mask assigned by the agency, will be able to use it in lieu of the face mask. The company AVON PROTECTION has informed through literature distributed that the model recently acquired by the PRPB offers a high level of protection and meets all specifications.

3. All MPRPB participating in the interventions listed below shall always use the PPE, i.e. during the intervention with a citizen, when processing evidence, during a search and seizure warrant, or while making an arrest.   Each intervention shall follow the procedures adopted in the general order and law applicable to it, as well as the requirements of the applicable Reform Agreement.

4. Upon completion of the intervention, the MPRPB will throw away the gloves and masks in the waste bag and disinfect the protective lenses and the tear gas mask, if used.  Then, the MPRPB will wash his hands with soap and water for at least 20 seconds.  If soap and water are not available at the time, the use of hand sanitizer with at least 60% alcohol is recommended, as long as no illicit drugs are suspected.

5. The waste bags with the contaminated PPE will be removed from work areas and will be properly disposed of in accordance with the guidelines of the Environmental Quality Board and/or the Department of Health.

6. The Department of Health provided the following number for questions about COVID-19: 787-999-6202.

**VI.    Additional Assistance to the MPRPB**

PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE HANDLING OF THE COVID-19 EMERGENCY

1. The Division of Psychology and Social Work of the PRPB will be available to ranked and civilian personnel through tele-psychology during regular business hours. Tele-psychology is the offering of professional services by a psychologist to its patients, through the interactive use in real time (audio-video) of digital technology or telecommunications. The numbers through which you can contact psychologists in their respective areas are:

| PSYCHOLOGIST | AREA | PHONE NUMBER |
|---|---|---|
| 1. Gerardo Cubano Calderón | General Headquarters | (787)793-1234 Ext. 2542 |
| 2. José Rivas Abraham | General Headquarters | (787)793-1234 Ext. 2348 |
| 3. Luis Saliceti Rivera | Bayamón and Aibonito | (787)269-2424 Ext. 1210 |
| 4. Francisco J. Carrillo Pérez | Carolina and Fajardo | (787)257-7500 Ext. 4080 |
| 5. Karla Casadulc Cintrón | General Headquarters | (787)793-1234 Ext. 2339 |
| 6. Rafael Gomila Romero | Caguas | (787)744-7252 Ext. 3546 |
| 7. Wilfredo Torres Domenech | Humacao | (787)852-1224 Ext. 1210 |
| 8. Ginette Rosa de Jesús | Guayama and Ponce | (787)284-4040 Ext. 1213 |
| 9. Jomaira Ross Casiano | Mayaguez and Ponce | (787)832-9696 Ext. 4291 |
| 10 Hiram Aponte Cedeño | Aguadilla and Mayaguez | (787)891-3800 Ext. 1210 |
| 11. Nitza González Rodíguez | Arecibo and Utuado | (787)895-2020 Ext. 1014 |
| 12. Maribel Bayona Sastre | PAE (Principal Section) | (787)793-1234 Ext. 2350 |
| 13. Emma Cintrón González | PAE (East Section) | (787)852-1224 Ext. 1212 |
| 14. Jennifer Cuevas Pedraza | PAE (South Section) | (787)284-4040 Ext.1214 |
| 15. Maribet López Feliciano | PAE (Northwest Section) | (787)878-4000 Ext. 1351 |

2. New referrals and necessary documentation that facilitates the psychological evaluation process will be processed via email through jccenteno@policia.pr.gov.

7

3. During this emergency period, the PRPB's Office of Medical Services will be available to attend to employees that present possible infection with the COVID-19 for which guidelines will be issued in the coming days. These guidelines will provide that if an MPRPB presents respiratory symptoms:

   a. The MPRPB may not report to work

   b. The situation will be reported immediately to the supervisor. The supervisor in turn will send an email notifying the patient's status with the following information:

      i. Name

      ii. Badge

      iii. Place where the patient works

      iv. Contact number (for follow up, if necessary)

   c. Contact the primary doctor (if the patient does not have a primary doctor, then the PRPB doctor will give guidance regarding the symptoms).

      i. After the evaluation, a recommendation will be given on whether it will be necessary to apply the 14-day quarantine, or any other period, depending on the condition reflected by the patient.

      ii. The following lab tests must be performed on the patient:

         a) CBC

         b) Influenza A/B rapid test

         c) Mycoplasma

         d) Chest X-Ray.

      iii. If all the lab test results are negative, symptoms are to be re-evaluated to determine if the COVID-19 test needs to be performed on the patient.

      iv. All these cases are channeled as follows:

         a) Monday through Friday from 8:00 am to 4:00 pm calls will be received and there will be staff who will guide you through the steps to follow according to this Protocol. The phone numbers are: (787) 793-1234 Ext: 2167, 2168,

Case 3:12-cv-02039-FAB   Document 1504   Filed 05/13/20   Page 13 of 31

PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE HANDLING OF THE COVID-19 EMERGENCY

2170, 2171, 2173 y 2174. Saturdays and Sundays every communication will be through the following e-mail: mcalderon3@policia.pr.gov

b) Only the contact officers will be communicating with Dr. María del Carmen Calderón López at (787) 309-3115 if any doubt or emergency arises.

 v.   Re-installment of a MPRPB:

  a) COVID-19 examination after exposure plus the negative test and no symptoms will result in that the MPRPB will have to be quarantined for 14 days and then will be able to return to work and/or evaluation of the PRPB Medical Services Office.

  b) COVID-19 examination after exposure plus the negative test and having any of the symptoms will result in that the MPRPB will have to be quarantined for 14 days and then he may be re-installed if he provides a medical note and/or evaluation from the PRPB Medical Services Office.

  c) Negative COVID examination without having any of the symptoms will result in that the MPRPB will have to be quarantined for 14 days and may be re-installed if he provides a medical note and/or evaluation from the PRPB Medical Services Office.

4. The Puerto Rico National Guard in collaboration with authorized representatives of the PRPB may establish COVID-19 Emergency Centers for MPRPB in pre-determined areas according to the needs and availability of resources, in the event that they need medical assistance or need to clarify medical questions regarding COVID-19.

**VII.   Positive or Suspicious Cases of COVID-19**

1. In cases where a person has symptoms of the virus, the MNPPR will recommend that he or she remain in quarantine in his/her residence, contact his/her physician, and follow the physician's recommendations.

2. In cases where it is confirmed that a citizen has tested positive for the virus and requires immediate medical assistance, the MPRPB will contact the Puerto Rico Medical Emergency Corps Bureau through the established chain of command.

3. In cases where it is confirmed that a citizen has tested positive for the virus and involves a risk to his/her safety or the safety or life of a third person, the MPRPB shall intervene in accordance with the safety measures in this Protocol and make the arrest, if necessary.

**VIII.    Daily Operations of the Units of the PRPB**

1. During the emergency period, as many tasks as possible should be made through the official email, telephone calls and / or teleconferences.

2. During the emergency, MPRPBs will be able to register their daily attendance through their personal cell phones in lieu of using time keeping clocks.

3. Those MPRPB who have been previously authorized will be able to work remotely.

4. Each PRPB work unit, if possible, will have a station for MPRPB to disinfect and wash their hands with water and soap.

5. In the alternative, each unit of work of the PRPB will have hand sanitizer available to the MPRPB, with at least 60% alcohol, unless the presence of illicit drugs is suspected.

6. If possible, administrative areas will maintain desks at the minimum required distance of 6 feet.

7. Only personnel assigned to a work unit will be authorized to remain in the work area; personnel may only be in the work unit if they are authorized by a supervisor.

PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE HANDLING OF THE COVID-19 EMERGENCY

8.  Each work unit will designate a COVID-19 Coordinator, with a maximum rank of Lieutenant, to be the liaison with the Medical Emergency Corps Bureau.

9.  If there are cells in the work units, and if possible, only one person will be kept in them.

10. If more than one person is detained, the MPRPB must contact the nearest work unit to transport the detainees to cells where they can be one person per cell.

11. A face mask will be provided to a detainee that has to be admitted to any cell in the work units.

12. The cells will be disinfected regularly.

13. Guidelines for personnel in the checkpoint area:

   a.  **Agent**
      i.   Will follow his/her supervisor's instructions at all times.
      ii.  Will remain outside the work unit until the supervisor asks him to begin service, that will be done two persons at a time and keeping the established distance.
      iii. Should wash his hands with soap and water when entering and leaving the police station and each time he begins or renders services. Otherwise, use hand sanitizer with at least 60% alcohol, unless illicit drugs are suspected.
      iv.  If possible, will maintain a minimum distance of 6 feet.
      v.   If has symptoms of the virus, he/she should inform his/her supervisor and will not attend work. If he/she is working, he/she must leave. The supervisor shall take the corresponding measures under this Protocol.
      vi.  To the extent possible, complainants will always be attended outside the work unit and using PPE.

vii.    If he/she must attend the complaint inside the work unit, he/she will do so through the window or lobby, maintaining the social distance of 6 feet at all times.

viii.    A notification will be posted at the entrance and exit doors of each work unit of the PRPB that will establish that the public can be served following the safety measures established in this Protocol: 6-foot social distance between each person.

ix.    If it is necessary to enter the work unit, the citizen will have to wait his turn in line with 6 feet between each person. Said distance should be marked with adhesive tape on the floor in each work unit. No more than one person will be allowed in the waiting area.

x.    The personnel assigned to the checkpoint will be in charge of disinfecting the counter, lobby or window are where he serves the public after he attends each complainant.

xi.    Will ask the complainant entering the police station if he/she understands that he, she or any family member with whom he lives could be infected with the virus or if he/she has been in contact with someone who could be or if he/she has traveled outside of Puerto Rico in the last 14 days.

xii.    In cases where a person has symptoms of the virus, the MPRPB will recommend that he/she remain quarantined in his/her residence, contact his/her doctor and follow his/her recommendations.

xiii.    In cases where it is confirmed that a citizen has tested positive for the virus and requires immediate medical assistance, the MPRPB will contact the Puerto Rico Medical Emergency Corps Bureau through the established chain of command.

xiv.    Will ask the complainant to use the designated pen in the lobby to sign any document. The pen should be disinfected between each use.

PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE HANDLING OF THE COVID-19 EMERGENCY

**b.   Supervisor**

  i.   Will ensure that only the MPRPB assigned to service is in the area of the checkpoint and under no circumstances will personnel be allowed to crowd in this area, or anywhere else in the work area.

  ii.   Will ensure that all personnel maintain the hygiene required by washing their hands with soap and water when entering and leaving the police station and each time they take and render service. Otherwise, hand sanitizer with at least 60% alcohol will be used, unless illicit drugs are suspected.

  iii.   In work units where there is no checkpoint post, an employee should be assigned to regularly disinfect areas prone to infection.

  iv.   If possible, will ensure that the minimum established distance of 6 feet is met.

  v.   Will ensure that no more than two agents at a time enter the checkpoint area to use the "Kronos" timekeeping system.

  vi.   Will provide all the necessary equipment, already disinfected, for the MPRPBs to start their workday (patrol car keys, tours, radios, among others) in an open place (outdoors) where the MPRPBs can keep the required minimum distance of 6 feet,

  vii.   Will be attentive to the health of his agents and if anyone looks ill or has symptoms related to COVID-19, will remove the agent from his/her work area, send him/her home to visit his primary doctor and notify the PRPB Medical Services Office as established in subsection VI (3).

  viii.   Will notify the director of the work unit as soon as possible of any positive case or of any person with symptoms of COVID-19. The director will then notify the designated personnel or those in charge of channeling the information related to COVID-19, who in turn will inform the chain of command.

13

    ix.  Will request the medical certificate from any employee who has presented symptoms when returning to service, where their reinstallation is certified without restrictions.

    x.  Will verify that the adequate precautionary and sanitary measures are being followed, that each MPRPB has PPE and that patrol cars are being disinfected. To the extent that additional PPE is required, will follow the process established for these purposes.

**c.  Directors of District, Precinct or Divisions and Offices**

    i.  After receiving information from the Sergeant regarding cases of suspicion or infection, he/she will inform the Area Commander, or his/her supervisor in the chain of command, the number of infected people in his area of work.

    ii.  Will notify every MPRPB of the possible exposure to the virus in the work unit and will make the determination of closing the unit if there has been any MPRPB working in the work unit that is contaminated with the virus.

    iii.  If it is determined that the work unit will be closed, the Director must immediately assign agents to protect the public property during the 24-hours of the day and until the work unit reopens, through fixed surveillance outside the source of infection with long firearms and portable communication radio.

    iv.  Will relieve of functions, for a quarantine period of 14 days, the PRPB personnel who had been working in the work unit together with the personnel who presented the symptoms of the virus or who tested positive for the virus.

    v.  Will notify the Director of the Administrative Services Bureau of the Auxiliary Superintendence in Management Services of the closure of the work unit, through the regulatory channels.  With the information provided, he/she will evaluate how the disinfection

and deep cleaning will be carried out, if through internal resources of the Police Bureau or through the hiring of a cleaning company, before reopening the work unit.

He/she will notify the Puerto Rico Medical Emergency Corps Bureau in case it is necessary to transport or treat a citizen who has tested positive for the virus and requires immediate medical assistance.

### IX.    Official Vehicles

1. All MPRPB must disinfect the official vehicle before, during and after use. In addition, the MPRPB will verify that there is a hand sanitizer dispenser in said unit. Otherwise, he will use hand sanitizer with at least 60% alcohol, unless the presence of illicit drugs is suspected.

2. If possible, the PRPB will assign personnel in pairs of two. Both MPRPB will provide service in the same shift, they will use the same unit, same days off and each one will ensure that his/her partner takes all preventive hygiene measures at all times to minimize the risk of infection of the virus.

3. When transporting a detainee in an official vehicle, the MPRPB will use PPE and a face mask will be provided to the detainee, if available. After transport, the vehicle and the means of restriction used will be disinfected.

4. In cases where a person has symptoms of the virus, the MPRPB will recommend that he/she remain quarantined in his/her residence, contact his/her physician, and follow the physician's recommendations.

5. In cases where the MPRPB is aware that a detainee has tested positive for the virus and needs medical assistance, the MPRPB will contact the Puerto Rico Medical Emergency Corps Bureau to transport the detainee.

6. If there is an arrest, due to a person's risk to life or safety, of a person infected with the virus, the MPRPB shall transport the detainee to the nearest hospital institution and take custody of him/her. Supervisors shall be responsible for enforcing this directive.

7.  To the extent possible, MPRPBs shall use a single vehicle to transport detainees.

## X.    Critical Decision-Making Method

Due to the situation faced by the Puerto Rico Government due to the COVID-19 pandemic, the PRPB recommends that the MPRPB use the Critical Decision-Making Method[1] in its decision-making. Even though the PRPB has established policies to carry out its operational functions, a call is made for the MPRPB to use critical thinking and common sense in their decision making. The PRPB will be offering virtual or in-unit training on this concept so that it can be used by MPRPB during the COVID-19 emergency.

Each MPRPB is called to follow the following steps in decision making:

1.  **Step 1- Collect Information**
2.  **Step 2- Assess the Situation, Threat and Risks**
3.  **Step 3- Consider the Powers of the State (police) and the Policies of the PRPB**
4.  **Step 4- Identify Options and Determine the Best Course of Action**
5.  **Step 5- Act, Review and Reevaluate**

### Step 1- Collect Information

Radio Control and Command Center should ask about the citizen's health before dispatching a patrol car. Also, they will request the citizen to receive the MPRPB outside the home, if possible. Areas where they have had confirmed cases of COVID-19 should be identified to keep the MPRPB aware of their surroundings when responding to a complaint.

The MPRPB should ask additional questions before arriving at the scene if he/she is not sure what situation he/she will face. Once at the scene, the

---

[1] The Burlington, NC Police Department, COVID-19 Critical Decision-Making Model that is based on the model of the Police Executive Research Forum (PERF).

MPRPB should continue to collect information from other personnel at the scene to identify potential risks.

## Step 2- Assess the Situation, Threat and Risks

You will assess the situation you are in.

You will ask yourself:

1. Do I need to answer this call, or should it be referred to another entity?
2. If yes, can I do it at a 6 feet distance?
3. If the citizen is not outside his residence, do I have to enter or can I call the citizen and ask him to come outside?
4. If after arriving you observe a person with the symptoms of the COVID-19 virus, you will ask yourself, do I have the PPE on?
5. Has the supervisor been contacted?

## Step 3- Consider the Powers of the State (police) and the Policies of the PRPB

Consider the conditions you are facing. This requires that you use your critical thinking beyond what is required by the PRPB's general orders and operational procedures. MPRPBs must not put themselves at risk or put others at risk.

When performing vehicle interventions, consider the impact that giving a ticket can have on someone who lost their job and will not receive a check in months. Always remember "WHAT IS IMPORTANT NOW?"

## Step 4- Identify Options and Determine the Best Course of Action

Every MPRPB must identify and limit his/her options, since the circumstances are not comparable to a normal situation outside the scope of an emergency. For example:

PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE HANDLING OF THE COVID-19 EMERGENCY

1. Don't go blindly into a situation.
2. If it is safe, conduct police operations with a distance of 6 feet from the suspects or complainants.
3. Do not enter a residence or premises without first obtaining information on the health status of its occupants. Try to act from outside the residence or premises.
4. If you need to enter, use the PPE.
5. If you have to interact with a person who has tested positive for COVID-19, provide the person with a face mask before you intervene with him/her, so that the person can cover his mouth and nose.

**Step 5- Act, Review and Reevaluate**

Once the MPRPB determines to act, it is extremely important to evaluate the action. This is a challenge within law and order agencies in the face of the COVID-1 pandemic. Lessons learned must be shared within the PRPB.



## XI.    Complaint Investigation

1. The calls to attend complaints or to attend to an emergency will be channeled according to the ordinary process through Radio Control and Command Center.

2. Radio Control and Command Center will ask each caller questions to determine if he/she understands that he, she or any family member with whom he/she lives could be infected with the virus, if he/she has been in contact with someone who might be or if he/she has been out of the jurisdiction of Puerto Rico in the last 14 days.

3. In cases where a person has symptoms of the virus, the MPRPB will recommend that he/she remain quarantined in his/her residence, contact his/her physician, and follow the physician's recommendations.

4. In cases where it is confirmed that a citizen has tested positive for the virus and requires immediate medical assistance, the MPRPB will contact the Puerto Rico Medical Emergency Corps Bureau through the established chain of command.

5. Radio Control and Command Centre shall notify the MPRPB of the result of the communication held.

6. In the event that a situation arises in which a person's life or safety is put at risk, the MPRPB shall respond to make the arrest in accordance with this Protocol, if necessary.

7. The MPRPB that attends a complaint must follow the general safety measures and the use of PPE established in this Protocol

8. Once the MPRPB reaches the intended service area, it will request the citizen to leave their residence to be served using the 6-foot social distance established by the CDC, if possible.

9. In cases of interventions with citizens, the MPRPB is recommended to use the Critical Decision-Making Method.

PROTOCOL ON THE SAFETY GUIDELINES FOR MEMBERS OF THE PUERTO RICO POLICE BUREAU IN THE
HANDLING OF THE COVID-19 EMERGENCY

XII.   **Preventive Patrol**

1.  All MPRPB must follow the safety measures and use the PPE at all times
    when making a search or seizure, as established in this Protocol.
2.  In cases where a person has symptoms of the virus, the MPRPB will
    recommend that he/she remain quarantined in his/her residence, contact
    his/her physician, and follow the physician's recommendations.
3.  In cases where it is confirmed that a citizen has tested positive for the virus
    and requires immediate medical assistance, the MPRPB will contact the
    Puerto Rico Medical Emergency Corps Bureau through the established chain
    of command.
4.  In the event that a situation arises in which a person's life or safety is at risk,
    the MPRPB shall respond to make the arrest in accordance with this
    Protocol, if necessary.
5.  In the event that during a search and seizure intervention on a person or
    property where the MPRPB's face, body, or clothing is exposed to any bodily
    fluid, including blood, semen, sputum, feces, vomit, or urine, the MPRPB
    should wash his body with soap and water as soon as possible; he will
    change clothes as soon as possible and wash them separately with hot
    water and soap. If the MPRPB suspects that somebody's fluid has splashed
    into his eyes, nose, mouth, or open wound, he/she will notify his/her
    supervisor and consult with the PRPB's Medical Services Office for
    additional safety measures, and complete the State Insurance Fund
    Corporation's form for medical treatment.
6.  In cases of interventions with citizens, the MPRPB is recommended to use
    the Critical Decision-Making Method.
7.  If possible, the MPRPB will always maintain the established distance of 6
    feet with citizens.
8.  Personnel who carry out preventive patrols must disinfect before entering
    police facilities.

9.  Supervisors will be responsible for enforcing these instructions.

## XIII.   Searches and Seizures

1.  Any MPRPB that carries out searches and seizures must use as a guide the General Order Chapter 600, Section 612, titled: "Searches and Searches".

2.  MPRPB must always follow the safety measures and use the PPE when making a search or seizure, as established in this Protocol.

3.  In cases where a person has symptoms of the virus, the MPRPB will recommend that he/she remain quarantined in his/her residence, contact his/her physician, and follow the physician's recommendations.

4.  In cases where it is confirmed that a citizen has tested positive for the virus and requires immediate medical assistance, the MPRPB will contact the Puerto Rico Medical Emergency Corps Bureau through the established chain of command.

5.  In the event that a situation arises in which a person's life or safety is at risk, the MPRPB shall respond to make the arrest in accordance with this Protocol, if necessary.

6.  In cases of interventions with citizens, the MPRPB is recommended to use the Critical Decision-Making Method.

## XIV.   Arrests and Transportation of the Arrested

1.  Every MPRPB that makes arrests and citations must use as a guide the General Order Chapter 600, Section 615 titled: "Arrests and Citations" (OG 615).

2.  Any MPRPB who makes arrests must always follow safety measures and use PPE as established in this Protocol.

3.  All official PRPB vehicles must be disinfected before and after use.

4.  In the case of misdemeanors, the person will be summoned to court without the need for arrest.

5.  If possible, the MPRPB shall remain at a distance of not less than 6 feet while giving verbal commands to the citizen. The commands given will be aimed at turning the person to make the arrest in a safer way, according to the arrest techniques and mechanics training.

6.  If plastic restraints are available, they should be used to make the arrest.

7.  After carrying out a preliminary search, according to OG 615, a mask and gloves will be put on the detainee, if possible.

8.  If the detained person is asymptomatic, he must be transported as established in OG 615.

9.  In cases where a person has symptoms of the virus, the MPRPB will recommend that he/she remain quarantined in his/her residence, contact his/her physician, and follow the physician's recommendations.

10. In cases where it is confirmed that a citizen has tested positive for the virus and requires immediate medical assistance, the MPRPB will contact the Puerto Rico Medical Emergency Corps Bureau through the established chain of command.

11. In cases of interventions with citizens, the MPRPB is recommended to use the Critical Decision-Making Method.

12. The MPRPB who helps a person to get out of the patrol car, must always wear the PPE.

13. If the person is to be admitted to a penal institution, the detainee will remain on the patrol car until a correctional officer interviews him, according to the Protocol established by the Department of Correction.

14. At the end of the process, the patrol car will be disinfected again, using a disinfecting spray (Virucide) or any product that serves such purpose.

15. Similarly, mechanical restraints or other equipment shall be disinfected.

16. It is important to emphasize that the best prevention measure is constant hand washing with soap and water.

17. If possible, and if the circumstances at the time of the arrest allow it, each work unit must select a patrol car to transport all detainees to minimize the probability of infection and facilitate the disinfection of vehicles.

18. Procedure for filing criminal charges:

   a. Consultation with the prosecutor shall be by telephone or according to the protocol established by the District Attorney.

   b. The Rule 6 hearing shall be conducted by closed circuit through Skype at the Command Area, with the surveillance section maintaining entry and exit controls.

19. Booking procedure:

   a. If the person arrested has been booked previously, he or she will be scheduled for a later date.

   b. The investigating officer shall coordinate with the surveillance personnel at the police station or command center for photo and fingerprint processing.

   c. Only one officer will be allowed to be with the arrested person for photo and fingerprint processing.

   d. A mask will be worn by the arrested person.

   e. The technical services agent will be required to use PPE

   f. Once fingerprint, photography and/or DNA processes are completed, the technical services agent will clean the equipment used to book the person.

20. No more than one person per cell will be allowed, if possible.

21. In the event that a MPRPB has to keep guard, for an extended period, of arrestee who has any symptoms of the virus or has tested positive for the virus, he/she will make sure to keep his/her PPE on.

22. In the event that during a search and seizure intervention on person or property where the MPRPB's face, body, or clothing is exposed to any bodily fluid including blood, semen, sputum, feces, vomit, or urine, the MPRPB should wash his/her body with soap and water as soon as possible; he/she will change clothes as soon as possible and wash them separately with hot water and soap. If the MPRPB suspects that somebody fluid has splashed into his/her eyes, nose, mouth, or open wound, he/she will notify his/her supervisor and consult with the PRPB's Medical Services Office for

additional safety measures, and complete the State Insurance Fund Corporation's form for medical treatment.

## XV.   Vehicle Interventions

1.   All members who carry out a vehicle intervention must use as guide the General Order Chapter 600, Section 619, entitled: "Vehicle Interventions".

2.   In cases where a person has symptoms of the virus, the MPRPB will recommend that he/she remain quarantined in his/her residence, contact his/her physician, and follow the physician's recommendations.

3.   In cases where it is confirmed that a citizen has tested positive for the virus and requires immediate medical assistance, the MPRPB will contact the Puerto Rico Medical Emergency Corps Bureau through the established chain of command.

4.   In the event that a situation arises in which a person's life or safety is at risk, the MPRPB shall respond to make the arrest in accordance with this Protocol, if necessary.

5.   In cases of interventions with citizens, the MPRPB is recommended to use the Critical Decision-Making Method.

6.   In the event that during a search and seizure intervention on person or property where the MPRPB's face, body, or clothing is exposed to any bodily fluid including blood, semen, sputum, feces, vomit, or urine, the MPRPB should wash his/her body with soap and water as soon as possible; he/she will change clothes as soon as possible and wash them separately with hot water and soap. If the MPRPB suspects that somebody fluid has splashed into his/her eyes, nose, mouth, or open wound, he/she will notify his/her supervisor and consult with the PRPB's Medical Services Office for additional safety measures, and complete the State Insurance Fund Corporation's form for medical treatment.

## XVI.   Continuity of Services in Compliance with the Reform Agreement

1. The MPRPB will continue to carry out the following interventions according to the Critical Decision-Making Method and using the General Orders of the PRPB as guide:

   a. Order Chapter 600 Section 605 titled: "Report and Investigation of Incidents of Use of Force by Members of the Police of Puerto Rico".

   b. Order Chapter 600 Section 607 titled: "Incidents of Sexual Offenses Committed by Employees of the MPRPB".  If a situation or complaint arises regarding sexual harassment, sexual misconduct, discrimination and / or a hostile environment, provisional measures will be requested by email or by phone call to the immediate supervisor to safeguard all those involved.

   c. General Order Chapter 600 Section 622, titled: "Investigation of Incidents of Sexual Offenses".

   d. General Order Chapter 600 Section 627, titled: "Incidents of Domestic Violence".

   e. General Order Chapter 600, Section 633, titled: "Intervention of Minors in the Commission of Misdemeanors".

   f. General Order Chapter 600 Section 644, titled: "Investigation of Incidents of Domestic Violence Involving Employees".

   g. General Order Chapter 600, Section 624, titled: "Interaction with Transgender and Transsexual People".

In all these interventions, the guidelines of safety measures, processes and procedures provided in this Protocol that are applicable must be followed, as well as the provisions of the Reform Agreement in all relevant areas.

## XVII.   Informative Reference Material

1. CDC
   https://www.cdc.gov/coronavirus/2019-ncov/index.html
2. World Health Organization
   https://www.who.int/es

3.   Puerto Rico Government

https://www.fortaleza.pr.gov/tags/gobierno-de-puerto-rico

4.   Puerto Rico Department of Health

http://www.salud.gov.pr/Pages/coronavirus.aspx

5.   "Informa Policía"

**XVIII.   Applicability**

The procedures and guidelines set forth in this Protocol supersede all policies and procedures of the PRPB that may or appear to be in conflict with this Protocol. Every MPRPB will have the obligation to comply with the provisions of this Protocol and to inform their immediate supervisor in the rank system, about any violation of these rules. Any act or omission that violates the provisions of this Protocol will be referred and investigated by SARP in accordance with the applicable rules.

**XIX.   Effectiveness**

If any provision of this Protocol is declared null or unconstitutional by a competent court, such declaration will not affect or invalidate the remaining provisions or parts thereof, which will continue in force. This Protocol will remain in effect until the Governor decrees the end of the COVID-19 emergency.

This Protocol will enter into force on _____, ___ 2020.

_____
**Henry Escalera Rivera**
Commissioner

## XX.    Appendix

Executive Orders issued by the Government of Puerto Rico on COVID-19