# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 12-cv-2039 (GAG) |

## **MOTION TO RESTRICT UNITED STATES' RESPONSE**

COMES NOW, Plaintiff, the United States of America, by and through the undersigned counsel, and respectfully moves to restrict its Response to the Commonwealth's Motions at ECF No. 1500 and 1502 for viewing by counsel for the Parties and the Court, in compliance with the Court's Order of May 6, 2020, ECF No. 1479, and Standing Order No. 9, *Amendment to the Restricted Filing and Viewing Levels Module*, Misc. No. 03-149 (Jan. 30, 2013). In its May 6 Order, the Court directed the Parties to file pleadings related to the matter in restricted mode.

WHEREFORE, the United States respectfully requests leave to file its Response in restricted mode for viewing only by the Court and counsel for the Parties until further ordered by the Court.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, and the Monitor on the service list to be served by electronic means.

Respectfully submitted, this 14th day of May, 2020,

                                              **STEVEN H. ROSENBAUM**
                                              Chief, Special Litigation Section
                                              Civil Rights Division

*s/ Luis E. Saucedo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
Counselor to the Chief
**JORGE CASTILLO** (G02912)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone:  (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov

Attorneys for Plaintiff