# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.**

**Defendants.**

**CASE NO. 12-2039 (GAG)**

## ORDER ASSIGNING MATTERS TO SPECIAL MASTER

The Special Master shall lead and coordinate with the parties and Monitor, efforts to provide guidance to the PRPB regarding the specific non-law enforcement support functions to be performed by the National Guard. This matter is imperative, given the ongoing Covid-19 pandemic, compounded by continued seismic activity and the advent of hurricane season. The goal of the Special Master is to ensure that the tenants of the Reform Agreement are observed and respected at all times by National Guard personnel, when supporting the PRPB. A report outlining these specific activities for members of the National Guard is to be submitted to the Court by the Special Master, no later than June 5, 2020.

Following the conclusion of the above matter, the Special Master will provide a report relevant to the use of force material being taught at the police academy or part of the current in-service training for all police officers. The Special Master shall research and provide an assessment of the use of force instruction which focuses on the substance of the subject matter as well as the delivery of this material to all police officers in the PRPB. The Court expects that the PRPB will

**Civil No. 12-2039 (GAG)**

provide all of the necessary information to the Special Master, who may work on this assessment, in conjunction with the parties and Monitor. This report is to be submitted to the Court on or before July 30, 2020.

**SO ORDERED.**

In San Juan, Puerto Rico this 18th day of May, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge