IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
*Plaintiff*

v.

COMMONWEALTH OF PUERTO RICO, et al.
*Defendants.*

Civil No. 12-2039 (GAG)

## Order re: Agenda May 28 Status Conference

The following is the agenda for the status conference to be held via Jabber on May 28, 2020. At the commencement of the status conference, the following participants shall make an opening statement in the following order:

1. Hon. Pedro Janer, Secretary of Public Safety;
2. John Romero, Monitor;
3. Dr. Alejandro Del Carmen, Special Master;
4. Counsel for USDOJ;
5. Counsel for PRPB.

Following that the Court will address the following matters:

1. Status of ongoing police training in light of Covid 19;
2. Community engagement;
3. IT update;
4. Remote monitoring during Covid;
5. Covid Protocol for PRPB.

SO ORDERED.

In San Juan, Puerto Rico, this 21st of May of 2020.

s/ Gustavo A. Gelpi
Gustavo A. Gelpi
US District Judge