IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.** Defendants. | CASE NO. 12-2039 (GAG) |

## ORDER REGARDING DATA SAMPLING

The Court hereby instructs Special Master Dr. Alejandro Del Carmen, to coordinate efforts with the goal to reach agreement among the parties and the monitor on the proposed data sampling in all areas of the police reform. This is an extension of the work performed by Dr. Del Carmen with regard to the methodologies for said eleven areas. As such the parties and Monitor are quite familiar with how the Court expects the work to again be carried out. Once the Special Master meets with the parties he will be in a position to best inform of a tentative timeline.

**SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of May, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge