UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 10:00 AM
Started: 10:05 AM
Ended: 11:48 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona        DATE: May 28th, 2020

COURT REPORTER: Evilys Carrion                  **CASE #: 12-CV-2039 (GAG)**

**ATTORNEYS:**

| | |
|---|---|
| USA | Jorge M. Castillo, Esq. |
| | Luis Saucedo, Esq. |
| VS. | |
| COMMONWEALTH OF PUERTO RICO ET AL | Arturo Garcia-Sola, Esq. |
| | Lizzie Portela-Fernandez, Esq. |

**CASE CALLED FOR STATUS CONFERENCE:**

Hearing was held in accordance with the Agenda filed at docket entry #1515. Parties were present via VTC. Transcripts to be prepared.

The Court strongly admonished the Commonwealth for the non-appearance of the Secretary of Public Safety despite two clear Court orders directing him to appear and address the Court. [1] Contacting the Special Master and Monitor yesterday in the evening, as well as court personnel this morning is not the correct way to proceed.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk

---

[1] See docket entries 1513 filed on 5/15/2020 and 1515 filed on 5/21/2020.