Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

April 27 through May 26, 2020

INVOICE # SM2020-2                **TOTAL DUE $ 9,000.00**
SPECIAL MASTER
MAY 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|:---:|:---|:---:|
| 20.5 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $3,075 |
| 6.5 | Conference calls with the Monitoring Team members. | $975 |
| 2 | Conference calls with the Parties and Monitor. | $300 |
| 14.5 | Reviewed and provided feedback related to Monitoring team statistical sampling strategy. | $2,175 |
| 5.5 | Reviewed Daily Briefing Reports from PRPB. | $825 |
| 7 | Performed research and reviewed documentation on use of force curriculum for in-service training and academy components. | $1,050 |
| 4 | Continued to review PRPB's Strategic Plan for Deployment of National Guard and NG position papers by USDOJ and Monitor. | $600 |
|  |  | $9,000 |

## Total Wages Due = $9,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

_____        5/26/20
    **Dr. Alejandro del Carmen**                  **5/26/20**