## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | **CIVIL NO.   12-2039 (GAG)** |

### NOTICE OF OBJECTIONS TO MONITOR INVOICES

**TO THE HONORABLE COURT:**

**COME NOW** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department (jointly, the "Commonwealth", "Defendants" or "PRPB"), by and through the undersigned counsel, and respectfully state as follows:

On June 1, 2020, Defendants received the May 2020 invoices (the "Invoices") from the Monitor as well as its staff members and consultants (the "Monitor's Team"). *See* Exhibit A. Pursuant to the *Stipulation and Order for the Establishment of the TCA Office and the Payment of TCS Expenses* (the "Stipulation and Order"), *see* Dkt. 139 at ¶¶ 23 and 25, the Commonwealth hereby respectfully submits its continuing objections to the Monitor's Team Invoices on the bases subject of the objections raised by the Commonwealth with respect to the April 2020 invoices. *See* Dkt. 1500. While the Court has authorized the Monitor's Team invoicing practices, *see* Dkt. 1511, it is the Commonwealth's position that disbursing public funds in this manner is constitutionally inappropriate, fiscally irresponsible, and contrary to the Stipulation and Order. Therefore, Defendants will continue to note their objections to the Monitor's Team monthly invoices so as to preserve the record and not be deemed as having waived the same.

**WHEREFORE**, Defendants respectfully request that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 3rd day of June, 2020.

By:

McCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5632
Fax: (787) 759-8282

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com

*s/ Sonia M. López del Valle*
Sonia M. López del Valle
USDC-PR No. 231413
sld@mcvpr.com

*Counsel for Defendants*