**EXHIBIT A**

OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

June 1, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for May 2020:

| NAME | AMOUNT | MONTH |
|------|--------|-------|
| John Romero | $17,916.66 | May 2020 |
| Castellanos Group P.S.C. | $9,257.50 | May 2020 |
| P.D.C.M. Associates S.E. | | |
| The & Group LLC (Javier González) | $6,778.75 | May 2020 |
| Dr. David Levy | $9,100.00 | May 2020 |
| Viota & Associates CPA LLC | $   800.00 | May 2020 |
| Donald S. Gosselin | $9,100.00 | May 2020 |
| Al Youngs | $9,100.00 | May 2020 |
| Rafael E. Ruiz | $8,775.00 | May 2020 |
| Scott Cragg | $8,587.50 | May 2020 |
| Claudia Cámara | $     30.00 | May 2020 |
| Federico Hernández Denton | $4,331.25 | May 2020 |
| TOTAL: | **$83,776.66** | May 2020 |

John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 1 through May 31, 2020

INVOICE # 072            **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
May 2020 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of May) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Monitor Team members re: pending reports and reviews.
Conference calls with the Parties and Special Master
Conference calls with Honorable Judge Gelpi.
Participated in conference calls with CIC community personnel.
Prepared comments re: Court Status Hearing
Participated in Court Status Hearing before Honorable Judge Gelpi.
Reviewed use of force report files re: for CMR-2 Report
Prepared notes on above data relating to use of force incidents
Prepared outline for July/2019 demonstrations/protest at the Fortlaleza
Reviewed additional data received relating to CMR-2 (Use of Force).
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Daily Briefing Reports from PRPB.
Discussions with Special Master re: NG non-enforcement assistance to PRPB.

## Flat Rate Total Wages Due = $17,916.66

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

Date May 28, 2020

_____



# INVOICE

INVOICE NUMBER:  162

INVOICE DATE:  MAY 29, 2020

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

Invoice

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-29-20 | Police Reform Puerto Rico | Review of Court Order; conference call with Hernandez Denton Esq.; conference calls with Javier Gonzalez;communications with the Court in Compliance with standard TCA requirements; conference call with Monitor Romero and the parties | 5.00 | $175.00 | $875.00 |
| APR-30-20 | Police Reform Puerto Rico | Comm. with Hernandez Denton Esq; Privilege communications with the Court; conference call with Monitor Romero and Hernandez Denton Esq; work in matters May 1 manifestations and related matters; discussions with Monitor Romero; comms. with Javier Gonzalez | 8.00 | $175.00 | $1,400.00 |
| MAY-01-20 | Police Reform Puerto Rico | Communications with Monitor Romero; comms. with Hernández Denton Esq; comm. with the Court in compliance with standard TCA requirements | 4.00 | $175.00 | $700.00 |
| MAY-04-20 | Police Reform Puerto Rico | Conference call with Monitor Romero, Hernandez Denton Esq; comms. with the Court, in compliance with standard TCA requirements; conference call with Javier González; review and updates to virtual Monitoring Plan; discussion of FPM'S 2020-2021itemized budget; preparation of Informative Motion in compliance with the directives of the Court (Docket No. 1475) | 4.00 | $175.00 | $700.00 |
| MAY-05-20 | Police Reform Puerto Rico | Comms. with Monitor Romero; several comms. with Javier González | 1.00 | $175.00 | $175.00 |
| MAY-06-20 | Police Reform Puerto Rico | Comms. with Javier Gonzalez; conf. calls with Monitor Romero; review of Commonwealth's Motion | 2.00 | $175.00 | $350.00 |

INVOICE NUMBER: 162

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-07-20 | Police Reform Puerto Rico | Comms. With Monitor Romero; comms with the Court in compliance with standard TCA requirements; Informative Motion in compliance with directives of the Court (Docket No. 1483) | 2.00 | $175.00 | $350.00 |
| MAY-11-20 | Police Reform Puerto Rico | Comms. with Monitor Romero; comms. with Javier Gonzalez; Motions to the Court | 2.25 | $175.00 | $393.75 |
| MAY-12-20 | Police Reform Puerto Rico | Communications with Monitor's team; discussions, review of Motion; comms. with Monitor Romero | 3.00 | $175.00 | $525.00 |
| MAY-13-20 | Police Reform Puerto Rico | Conference call with Javier González; comms. with the Court in compliance with standard TCA requirements | 1.00 | $175.00 | $175.00 |
| MAY-14-20 | Police Reform Puerto Rico | Conference call with Javier González; comms. with the Court in compliance with standard TCA requirements; review of Court Order; comms. with Monitor Romero; comm. with Hernandez Denton Esq. | 2.50 | $175.00 | $437.50 |
| MAY-15-20 | Police Reform Puerto Rico | Review of document from Monitor's Office; review of Order; comm. with the Court in compliance with standard TCA requirements; comm. with Hernández Denton Esq. | 1.15 | $175.00 | $201.25 |
| MAY-18-20 | Police Reform Puerto Rico | Review of documents sent by Monitor's Office; review of docs. from Dr. Levy; comments | 1.00 | $175.00 | $175.00 |
| MAY-20-20 | Police Reform Puerto Rico | Conference calls with Monitor Romero; conference calls; comms. with the Court in compliance with standard TCA requirements; Comm. with Hernandez Denton Esq.; preparation for upcoming telephone conference with the parties | 4.00 | $175.00 | $700.00 |
| MAY-21-20 | Police Reform Puerto Rico | Review of statistical data; comms. with Monitor Romero; several discussions and review of docs. from Monitor's Office; conference call with Monitor and the parties | 4.00 | $175.00 | $700.00 |
| MAY-22-20 | Police Reform Puerto Rico | Memo to the Monitor; review of info.; comms with Monitor Romero | 3.00 | $175.00 | $525.00 |
| MAY-26-20 | Police Reform Puerto Rico | Comms. with the Court in compliance with standard TCA requirements; comms. with Hernández Denton Esq. | 1.00 | $175.00 | $175.00 |
| MAY-28-20 | Police Reform Puerto Rico | Preparation for Virtual Hearing; participation in Virtual hearing; comms. with Monitor Romero and comms. with Javier González; comm. with Hernandez Denton Esq. | 4.00 | $175.00 | $700.00 |
| | | Total hours for this invoice | 52.90 | | |
| | | Total amount of this invoice | | | $9,257.50 |

# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

PHONE: 7874731515   Theandgroup.net

# INVOICE

INVOICE NUMBER:  31
INVOICE DATE:  MAY 29, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-29-20 | Administrative Director | Conference call with USDOJ, PRPB, and Commonwealth Counselors. Work with 2020-2021 FPMPR Budget, Communications with the Monitor, Communications with Counselor Castellanos related to FPM. Review of emails. Review of information sent by the Monitor. | 4.75 | $85.00 | $403.75 |
| APR-30-20 | Administrative Director | Communications and meeting with PRPB Related to May 1 demonstrations plan, Communications with Judge Denton and Communications with Counselor Castellanos related to FPM, Review of emails, Review of Virtual Monitoring Plan , work with 2020-2021 Budget. Communications with the Monitor, Share information with the Monitor, Review of Communication sent by USDOJ (ACLU) , | 5.50 | $85.00 | $467.50 |
| MAY-01-20 | Administrative Director | Communications with PRPB Commander related to May 1 Demonstrations, Communications with Judge Denton and Counselor Castellanos related to FPM, Represent the FPM office during Demonstrations, Conference Call with Monitor and CPA Viota, related to the 2020-2021 Budget, Review of Emails, Various communications with the Monitor. Review of Virtual Monitoring Plan Draft. | 6.75 | $85.00 | $573.75 |
| MAY-04-20 | Administrative Director | Work with the virtual monitoring plan, communications with the monitor, communications with counselor Castellanos related to FPM, review of emails related to the case. | 3.50 | $85.00 | $297.50 |
| MAY-05-20 | Administrative Director | Communications with website developers, Work with April 2020 Invoices and Motion to the Court, Communications with Counselor Castellanos related to FPM, Communications with the Monitor. | 3.50 | $85.00 | $297.50 |
| MAY-06-20 | Administrative Director | Conference call with staff, multiples communications with the monitor, review of motions filed by the Commonwealth, Communications with Counselor Castellanos related to the FPM Case, | 4.25 | $85.00 | $361.25 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-07-20 | Administrative Director | Review of documents sent by team (sampling strategy memo), Various communications with the Monitor, Review of Invoices Motion. | 2.75 | $85.00 | $233.75 |
| MAY-08-20 | Administrative Director | Conference call with Staff and USDOJ, Review of information sent related to Use of Force in other US cities. Communications with the Monitor. Continue the Review of document sent by team (sampling strategy memo), | 4.75 | $85.00 | $403.75 |
| MAY-11-20 | Administrative Director | Prepare FPM administrative invoices motion, Work with the FPM community engagement plan, Communications with Counselor Castellanos related to FPM case, Communications with the Monitor. | 3.75 | $85.00 | $318.75 |
| MAY-12-20 | Administrative Director | Continue working with the FPM community engagement plan, Communication with Rafael Ruiz related to the community engagement plan. Communications with the monitor. | 3.50 | $85.00 | $297.50 |
| MAY-13-20 | Administrative Director | Share information with the Monitor, Work with Community Engagement Virtual Monitoring Documents, Communications with the Monitor. Review of information sent by the website developers.Communications with Counselor Castellanos related to FPM case. | 3.75 | $85.00 | $318.75 |
| MAY-14-20 | Administrative Director | Review of Motion filed by USDOJ, Communications with the Monitor, Review of Court Opinion and Order, Communications with Counselor Castellanos and Judge Denton related to FPM case, Review of Documents sent by Rafael Ruiz related to Community Engagement. | 3.25 | $85.00 | $276.25 |
| MAY-15-20 | Administrative Director | Staff Conference Call, Continue the review of Community Engagement Documents sent by Rafael Ruiz, Review of Documents sent by PRPB | 5.00 | $85.00 | $425.00 |
| MAY-18-20 | Administrative Director | Work on the community engagement plan, Communications with the Monitor, Work with April 2020 Invoice correction Memo. | 3.50 | $85.00 | $297.50 |
| MAY-19-20 | Administrative Director | Work with the Community engagement plan and coordinate conference call, continue review of documents. Communications with the Monitor, | 2.75 | $85.00 | $233.75 |
| MAY-20-20 | Administrative Director | Conference call with CIC Spokesmen, Communications with the Monitor, Review of documents sent by FPM staff. | 3.00 | $85.00 | $255.00 |
| MAY-21-20 | Administrative Director | Conference Call with Judge Gelpí and Monitor, Communications with the Monitor. | 1.75 | $85.00 | $148.75 |
| MAY-22-20 | Administrative Director | Conference call with team, Coordination of community engagement conference call (CICs), Work with website information And it's developers, Communications with the Monitor. | 3.50 | $85.00 | $297.50 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-26-20 | Administrative Director | Conference call with website developers, Community engagement conference call with CICs spokesperson, Communications with the Monitor, Review of information sent by the Monitor. | 4.25 | $85.00 | $361.25 |
| MAY-27-20 | Administrative Director | Communications with the Monitor, Review of information related to community engagement, Work with FPM community engagement documents. Review of emails sent by team. | 3.25 | $85.00 | $276.25 |
| MAY-28-20 | Administrative Director | Telephone Conference with the Website developer, Communications with Counselor Castellanos related to FPM case, Communications with the Monitor. Review of information sent by team members. | 2.75 | $85.00 | $233.75 |
| MAY-28-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $6,778.75 |

MESSAGE

Javier B Gonzalez, May 29, 2020

Dr. David Levy
714 Wilkes Street
Alexandria, VA. 22314

April 25-May 26, 2020

INVOICE # 004            **TOTAL DUE $9,100.00 USD**
April 2020 INVOICE

The following is a detailed statement of the hours worked.

**25 APR to 26 MAY 2020 (worked performed in CONUS)**
- **Develop work packets in relation to evaluation methods and sampling strategy (6 hours)**
  - Developed work packet label system to consolidate all related methodology tables, worksheets, assessment tables, and data requests (2 hours)
- **Calls (10.5 hours)**
  - Conference calls and coordination with Monitoring Team (4.5 hours)
  - John Romero (1 hour)
  - Al Youngs (1 hour)
  - Apr 28 call with parties (0.5 hours)
  - May 1 call with Scott Craig per IT methodology (0.5 hours)
  - May 8 Call with Special Master Alejandro del Carmen (1.5 hours)
  - May 22 Call with parties regarding sampling strategy (1.5 hours)
- **Implement the sampling strategy for key data sources for CMR-2 (6 hours)**
  - Converted PDF of all sworn PRPB personnel to excel spreadsheet and structured the data to allow for a stratified sample to be drawn by rank, region, and unit.
- **CMR-2 editing (11 hours)**
  - Edited Use of Force section for CMR-2
- **Collaborating with web design team (0.5 hours)**
- **Editing Monitor's response to Docket 1455 on remote monitoring (0.5 hours)**
- **Revised sampling memo (27 hours)**
  - Developed new sampling methodology per concerns of PRPD
  - Developed a logarithmic formula to derive needed margin of error from population size (see page 9 in Sampling Strategy Memo)
- **61.5 hours total @ $150/hour = $9,225**


**TOTAL FEE:**          **61.50 Hours x $150/hour = $9,225 USD**
**FEE WAIVED (PR):**       **0.83 Hours x $150/hour =   ($125 USD)**


# Total Fees and Expense Reimbursement Due = $9,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

May 26, 2020

_____                          _____

Signature                                                    Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043

# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

# Invoice

PUERTO RICO POLICE REFORM

INVOICE NUMBER:  20200101
DATE:  MAY 28, 2020

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-30-20 | CONSULTING FEES | Telephone conversation with Javier Gonzalez and the monitor regarding the budget. Adjustments to the budget, emails. | 2.00 | $100.00 | $200.00 |
| MAY-20-20 | CONSULTING FEES | CHECK DEPOSIT AT FIRSTBANK. | 1.00 | $100.00 | $100.00 |
| MAY-26-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS IN WEB CASH, PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF APRIL 2020, PAID IN MAY 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| | | Total hours for this invoice | 8.00 | | |
| | | Total amount of this invoice | | | $800.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)

Donald S. Gosselin, Esq.
7901 4th St. N
Suite 5140
St. Petersburg, FL 33702


**Billing Period:  April 27, 2020 to May 28, 2020**


**INVOICE # 1134**                                    **TOTAL DUE $9,100.00 USD**

The following is a detailed statement of the hours worked.


**All work performed in CONUS**
27 APRIL 2020 to 28 MAY 2020
- Review and edit COVID Virtual Monitor Plan for Court submission.
- Live monitor reports on May Day PRPB activity via Puerto Rican news broadcasts.
- Review Sampling Strategy Memos proposed by Monitor Dr. Levy
- Multiple teleconferences, emails, texts and other relevant correspondence with Team Members & Parties to the Agreement, including, but not limited to the following subjects;
  - May Day PRPB response
  - COVID19 Virtual Monitor Plan
  - Second Request for Production of Documents
  - Progress on CMR-2
  - Status of current data/document request (information already requested)
  - Briefing on the budget for fiscal year 2020/21
  - Additional data/documents we will be requesting
  - Discussion on random sampling size
  - Defendant's Motion
  - Parties' responses to Defendant's Motion
  - Court Ruling on Defendant's Motion
- Review data matrix and data selection for CMR-2 categories.
- Prepare Second Request for Production of Documents ("RPD")
- Prepare list of Monitors and SME for Monitor's Website
- Review Court Response to Defendant's Motion.
- Continue to draft written report on SARP findings for CMR-2
- Correspondences and coordination with Korber, Inc. regarding Monitor's website
- Review of website content prior to publication
- Review proposed PRPB General Order 412
- Research currently accepted best practices for digital audio recording and preservation relative to police administrative investigations.


**65.00 hours total @ $150 = $9,750.00**

TOTAL FEE:                    67.50 Hours x $150 = $ 9,750.00 USD
FEE WAIVED (CONUS):      4.33 Hours x $150 = $( 650.00 USD)

Net US FEE PAYABLE        $ 9,100.00

**Total Net FEE PAYABLE      $ 9,100.00**


**Total Fees and Expense Reimbursement Due = $9,100.00**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

                                                    **28 May 2020**
_____                    _____

Signature                                          Date


**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2

**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

May 1–May 31, 2020
Invoice No. 12
Member of Federal Monitor Team

Reviewed and responded to emails and conference calls for the month of May
from members of the Monitor Team and the Parties reference methodology and
questions concerning requests by the Monitor Team.                              14 Hours

Verified list of Supervisors compared to Global List of PRPB sworn personnel.    3 Hours

Verified curriculum of ranks, including Sergeant to Captain, check topics which
were covered by the training and prepare recommendations for each rank.              3
Hours
Reviewed curriculum in Spanish and English of all six of these topics:
400-410 Registry of Administrative Complaints
EIS Documentation
GO Chapter 400 Sec. 407 Early Intervention System
Information Exchange Protocol-Criminal Justice System
EIS Project Information Chart
Performance Evaluations                                                         10 Hours

Provided Victim Services Handbook reference DV and also provided completed
ODARA actual DV case, requested by US DOJ.                                       2 Hours

Reviewed first and final Monitor request to PRPB for Supervision and Administration
after discussions reference the areas to be monitored.                          3 Hours

Discussions with other law enforcement experts concerning earthquakes and
unusual natural disasters. Basic course workbook on unusual circumstances
obtained for the PRPB Academy from California Post and Rand,
additional information obtained from major police departments reference
handling earthquakes.                                                           5 Hours

Reviewed publication by PERF reference *Police Chiefs and Prosecutors Work
Through Challenges to Find Common Ground*. Sent copy to Monitor Team.            2 Hours

Researched and reviewed inspection and audit manuals from several major
police departments.                                                             3 Hours

Researched, reviewed and obtained unannounced integrity audit manuals
from several major police departments.                                          3 Hours

Researched, reviewed and obtained EIS manuals from several major police
departments. Also obtained, information reference "Blue Courage" part of
IA Pro System.                                                                  3 Hours

Researched, reviewed and obtained copy of New Orleans, US Virgin Islands,
LAPD and Baltimore Police Department Supervision Policies and Practices.        3 Hours

Researched, reviewed and obtained *Tucson Police Departments Scenario-Based
Training for Rising Sergeants*.                                                 2 Hours

Researched, reviewed and obtained examples of good reading lists for Sergeants
promotional exams, including Seattle, Baltimore County and Denver Police
Departments.                                                                    3 Hours

Reviewed new document utilized by the Monitor's office to select random
samples by David Levy.                                                          2 Hours

Negotiations, meetings and telephone calls reference DHS all-expenses pre-paid
(including airfare, lodging in Pueblo, vehicle rental and class tuition, meals and
incidentals) attendance for at least eight PRPB officers at the nationally-recognized
Security and Emergency Response Training Center (SERTC) in Pueblo, Colorado.
Re-contact with SERTC Administration reference attendance by members
of PRPB in late 2020.                                                           3 Hours

Reviewed publication by PERF re: *Guidance on Policies and Practices for
Patrol Canines*. Sent copy to Monitor Team.                                     3 Hours

Reviewed information and input by other Monitor members reference website,
provided information reference new AELE website and reviewed
Albuquerque PD website.                                                         2 Hours

**TOTAL HOURS:   69**

Billable Hours:    60 Hours and 40 Minutes at a Rate of $150.00 Per Hour = $9,100.00

Pro Bono Hours:   8 Hours and 20 Minutes

**Total:        $9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                           **$9,100.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.


_____                    _____5/31/2020_____
            Signature                                                        Date

Rafael E. Ruiz

12 Crestshire Dr.

Lawrence, MA 01843

**INVOICE # 2020-05**

DATE: 5/31/2020

Billed to:    Federal Monitor, PRPB/USDOJ Agreement          For service: May 1-31, 2020

670 Ponce De Leon Ave. Suite 207

San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| May 4: Phone call w/McV, re arrest reports data | .5 hr. | $150/hr. | $75.00 |
| May 5: Work on data for CMR-02 report S&S | 5 hrs. | $150/hr. | $750.00 |
| May 6: Work on S&S/Arrests data analysis for CMR-02 report and Monitor Team Telconf. | 5 hrs. | $150/hr. | $750.00 |
| May 8: Work on data for CMR-02 report and Team/USDOJ Telconf. | 4 hrs. | $150/hr. | $600.00 |
| May 11: Prep third data request for PRPB/CMR-02 | 4 hrs. | $150/hr. | $600.00 |
| May 15: Work on data request/CMR-02, Team TelConf. | 5.5 hrs. | $150/hr. | $825.00 |
| May 20: Interview Aguadilla CIC Spokeperson/CMR-02 data analysis | 6 hrs. | $150/hr. | $900.00 |
| May 21: S&S/Arrests analysis | 4.5 hrs. | $150/hr. | $675.00 |
| May 22: Team Telconf/S&S/Arrest analysis | 4.5 hrs. | $150/hr. | $675.00 |
| May 26: Telconf with Aibonito CIC Spokeperson/CMR-02 S&S/arrests | 4 hrs. | $150/hr. | $600.00 |
| May 27: S&S/Arrests CMR-02 | 3 hrs. | $150/hr. | $450.00 |
| May 28: CMR-02 S&S/Arrests report analysis | 4.5 hrs. | $150/hr. | $675.00 |
| May 1-31: Team phone calls/emails from Parties, read/review daily Covid-19 reports from PRPB, read/review News Media re PRPB | 8 hrs. | &150/hr. | $1,200.00 |

TOTAL BILLED                                    $8,775.00

_____Date: May 31, 2020

Rafael E. Ruiz

**INVOICE 0063 FOR PROFESSIONAL SERVICES; MAY 1 – MAY 31, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:     **Federal Monitor**
        **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of May 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects | 8.25 | $1,237.50 |
| Monitoring Teleconference(s): prep review methods with Levy, monitors review, DoJ, materials and positions, data review | 5.25 | $787.50 |
| CMR-1; review of DoJ comments | 1.25 | $187.50 |
| CMR-2 Prep, Review, prep of next data request | 5.75 | $862.50 |
| Monitoring/Review of PRPB provided data - align with methodologies, re-issue data requests and follow up with PRPB, crosswalk data with Al Youngs on EIS, crime stats, use of force, cross-walk alignment and reconcile requests, Analysis of compliance | 31.75 | $4,762.50 |
| Review DoJ Materials, Court Doc's, data analysis plan | 3.75 | $562.50 |
| Provided by PRPB - Review C2S Proposal for EIS | 1.25 | $187.50 |
| | | |
| Net Hours US | 57.25 | $8,587.50 |
| | | |
| **Allowable Fee** | | **$8,587.50** |

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Core Team

1

**Office of the FPMPR LLC**                                    **Thursday, May 28, 2020**

Caribbean of Office Plaza

Oficina 207

670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León

**Supervisor:** Javier Gonzales, Esq.

### Work Timesheet (April 2020)

| Date | Task | Total Hours |
|------|------|-------------|
| April 22, 2020 | Reviewed the documents and took note of the different types of documents based on the content, type of file and date for an easier process of organization. | **0.5** |
| April 22, 2020 | Created a list of the type of files, and then dates of each document in the same type of file. The only files left to list by date are the **TOQUE DE QUEDA OE-2020-023**, which have 2 different dates on the document themselves and on the title of the document. | **0.5** |
| April 29, 2020 | Divided all the different documents under one bigger folder. | **0.5** |
| **Total Hours Worked** | | **1.5** |

**Total, 1.5 hours for $20.00 = $30.00.**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,

Claudia S. Cámara León



# Federico Hernández D...

# INVOICE

f.hernandezdenton@gmail.com

| Invoice#: | 21 |
|---|---|
| Invoice Date: | 05/29/2020 |

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 05/28/2020<br>Reading of Court Order about status conference held today and Communications with Monitor Romero, Alfredo Castellanos and Special Master Alex del Carmen; exchanged of emails with members of the Core Team about monitoring phase | 2h 00m | $175.00/h | $350.00 |
| 05/28/2020<br>Review of agenda and preparation for Status Conference of US District Court; Communications with Special Master and Attorney Castellanos; Status Conference of US District Court in Reform and in Department of Labor Case monitored by John Romero | 3h 00m | $175.00/h | $525.00 |
| 05/27/2020<br>Revision of Monitor's Report to the Court for the Status Conference to be held on Thursday. | 0h 30m | $175.00/h | $87.50 |
| 05/27/2020<br>Reading and analysis of Plan Estratpara Despliegue de Personal de la Guardia Nacional en Apoyo a Funciones No Operacionales al NPPR | 0h 30m | $175.00/h | $87.50 |
| 05/27/2020<br>Conference call with Monitor Romero, Alfredo Castellanos and Alex del Carmen in preparation for video conference hearing to be held by the Court on Thursday at 10:00am | 0h 30m | $175.00/h | $87.50 |
| 05/22/2020<br>Conference call with Monitor Romero and Core Team | 0h 30m | $175.00/h | $87.50 |

| Date | Time | Rate | Amount |
|------|------|------|--------|
| **05/20/2020** <br> Reading of motions of McV and notice Interlocutory appeals; communications with Attorney Castellanos and Monitor Romero | 1h 30m | $175.00/h | $262.50 |
| **05/16/2020** <br> Communications with Monitor Romero | 0h 15m | $175.00/h | $43.75 |
| **05/15/2020** <br> Monitor's Teleconference with Team and privileged communication with Judge Gelpí requested by Monitor Romero | 1h 30m | $175.00/h | $262.50 |
| **05/14/2020** <br> Reading of Opinion and Order of the Court in matter of April Invoice of the Monitor's Office and communications with Attorney Castellanos, Monitor Romero and Javier González | 0h 30m | $175.00/h | $87.50 |
| **05/04/2020** <br> Conference call with Judge Gelpí, Special Master del Carmen, Alfredo Catellanos and communications with the Monitor and Castellanos and Special Master; reading of informative motion of PRPB | 3h 00m | $175.00/h | $525.00 |
| **05/02/2020** <br> Reading of communications of Luis Saucedo and Monitor Romero concerning budget for next fiscal year and Conference call with Monitor Romero | 0h 30m | $175.00/h | $87.50 |
| **05/01/2020** <br> Communications with Monitor Romero, Javier González and Alfredo Castellanos-May 1st events | 2h 00m | $175.00/h | $350.00 |
| **04/30/2020** <br> Conference call with Coronel José Juan Garcia and Javier González about May 1st events; communicatios with Monitor Romero and Alfredo Castellanos and review of motion filed in US District Court and Order signed by Judge Gelpí | 3h 30m | $175.00/h | $612.50 |
| **04/30/2020** <br> Conference call with Judge Gelpí, Monitor Romero and Alfredo Castellanos-privileged and Confidential communications | 1h 00m | $175.00/h | $175.00 |
| **04/29/2020** <br> Reading of communications related to Section # 253 meetings and conference call with Castellanos; Communications with Monitor with respect to conference call of the parties about invoice | 1h 00m | $175.00/h | $175.00 |
| **04/29/2020** <br> Review of file and materials for conference call with Special Master; conference call of parties and Monitor Romero with Special Master; communications with Alfredo Castellanos; reading and analysis of email sent by Alex del Carmen after conference call | 3h 00m | $175.00/h | $525.00 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$4,331.25** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$4,331.25** |
| Paid: | **$0.00** |
| Balance Due: | **$4,331.25** |