IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>    **Defendants.** | **NO. 3:12-cv-2039 (GAG)** |

**Request for Approval and Payment of Expenses**

**NOW COMES,** the undersigned Senior Counsel on behalf of the Administrative Director of the Office of the Federal Police Monitor ("FPM"), Mr. Javier González, who respectfully informs, requests and prays as follows:

1. Attached to the present document are the invoices for professional services rendered by the members of the Office of the FPMPR LLC.;

2. The Office of the FPMPR LLC. respectfully requests, that the expenses detailed in the attached invoices be approved and a check be issued in the amount of **$83,776.66** the total amount of the expenses for the month of **May 2020**;

3. The Office of the FPMPR LLC. nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments or agencies;

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid;

5. All expenses have been allocated within the Office of the FPMPR LLC's previously approved budget and are necessary to the Federal Police Monitor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**WHEREFORE,** the undersigned, on behalf of the Office of the FPMPR LLC., respectfully requests the Honorable Court to approve the above-mentioned expenses and issue a check in the amount of **$83,776.66**, the total amount of the expenses for the month **of May 2020**.

I, Javier González as Administrative Director of the Office of the JCCPR Corp., certify that the above information is true, correct and accurate; and that the requested amount will be deposited in the Office of the FPMPR LLC. commercial account.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this June 4, 2020.

Mr. Javier González
Administrative Director
Office of the FPMPR LLC.

S/ ALFREDO A. CASTELLANOS
**ALFREDO A. CASTELLANOS**
Senior Counsel
Federal Police Monitor's Office (FPM)
Cond. Madrid, Suite 304
Calle Loíza 1760

San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Senior Counsel
Federal Police Monitor's Office (FPM)
alfredo@cglawpr.com