OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

June 1, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for May 2020:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $17,916.66 | May 2020 |
| Castellanos Group P.S.C. | $9,257.50 | May 2020 |
| P.D.C.M. Associates S.E. | | |
| The & Group LLC (Javier González) | $6,778.75 | May 2020 |
| Dr. David Levy | $9,100.00 | May 2020 |
| Viota & Associates CPA LLC | $ 800.00 | May 2020 |
| Donald S. Gosselin | $9,100.00 | May 2020 |
| Al Youngs | $9,100.00 | May 2020 |
| Rafael E. Ruiz | $8,775.00 | May 2020 |
| Scott Cragg | $8,587.50 | May 2020 |
| Claudia Cámara | $ 30.00 | May 2020 |
| Federico Hernández Denton | $4,331.25 | May 2020 |
| TOTAL: | **$83,776.66** | May 2020 |