**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

May 1–May 31, 2020
Invoice No. 12
Member of Federal Monitor Team

| | |
|---|---:|
| Reviewed and responded to emails and conference calls for the month of May from members of the Monitor Team and the Parties reference methodology and questions concerning requests by the Monitor Team. | 14 Hours |
| Verified list of Supervisors compared to Global List of PRPB sworn personnel. | 3 Hours |
| Verified curriculum of ranks, including Sergeant to Captain, check topics which were covered by the training and prepare recommendations for each rank. | 3 Hours |
| Reviewed curriculum in Spanish and English of all six of these topics:<br>400-410 Registry of Administrative Complaints<br>EIS Documentation<br>GO Chapter 400 Sec. 407 Early Intervention System<br>Information Exchange Protocol-Criminal Justice System<br>EIS Project Information Chart<br>Performance Evaluations | 10 Hours |
| Provided Victim Services Handbook reference DV and also provided completed ODARA actual DV case, requested by US DOJ. | 2 Hours |
| Reviewed first and final Monitor request to PRPB for Supervision and Administration after discussions reference the areas to be monitored. | 3 Hours |
| Discussions with other law enforcement experts concerning earthquakes and unusual natural disasters. Basic course workbook on unusual circumstances obtained for the PRPB Academy from California Post and Rand, additional information obtained from major police departments reference handling earthquakes. | 5 Hours |
| Reviewed publication by PERF reference *Police Chiefs and Prosecutors Work Through Challenges to Find Common Ground*. Sent copy to Monitor Team. | 2 Hours |
| Researched and reviewed inspection and audit manuals from several major police departments. | 3 Hours |

| | |
|---|---|
| Researched, reviewed and obtained unannounced integrity audit manuals from several major police departments. | 3 Hours |
| Researched, reviewed and obtained EIS manuals from several major police departments. Also obtained, information reference "Blue Courage" part of IA Pro System. | 3 Hours |
| Researched, reviewed and obtained copy of New Orleans, US Virgin Islands, LAPD and Baltimore Police Department Supervision Policies and Practices. | 3 Hours |
| Researched, reviewed and obtained *Tucson Police Departments Scenario-Based Training for Rising Sergeants*. | 2 Hours |
| Researched, reviewed and obtained examples of good reading lists for Sergeants promotional exams, including Seattle, Baltimore County and Denver Police Departments. | 3 Hours |
| Reviewed new document utilized by the Monitor's office to select random samples by David Levy. | 2 Hours |
| Negotiations, meetings and telephone calls reference DHS all-expenses pre-paid (including airfare, lodging in Pueblo, vehicle rental and class tuition, meals and incidentals) attendance for at least eight PRPB officers at the nationally-recognized Security and Emergency Response Training Center (SERTC) in Pueblo, Colorado. Re-contact with SERTC Administration reference attendance by members of PRPB in late 2020. | 3 Hours |
| Reviewed publication by PERF re: *Guidance on Policies and Practices for Patrol Canines*. Sent copy to Monitor Team. | 3 Hours |
| Reviewed information and input by other Monitor members reference website, provided information reference new AELE website and reviewed Albuquerque PD website. | 2 Hours |

**TOTAL HOURS:   69**

Billable Hours:    60 Hours and 40 Minutes at a Rate of $150.00 Per Hour = $9,100.00
Pro Bono Hours:   8 Hours and 20 Minutes

**Total:**         **$9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                              **$9,100.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

5/31/2020
Date