**Office of the FPMPR LLC**  Thursday, May 28, 2020
Caribbean of Office Plaza
Oficina 207
670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (April 2020)

| Date | Task | Total Hours |
|---|---|---|
| April 22, 2020 | Reviewed the documents and took note of the different types of documents based on the content, type of file and date for an easier process of organization. | 0.5 |
| April 22, 2020 | Created a list of the type of files, and then dates of each document in the same type of file. The only files left to list by date are the **TOQUE DE QUEDA OE-2020-023**, which have 2 different dates on the document themselves and on the title of the document. | 0.5 |
| April 29, 2020 | Divided all the different documents under one bigger folder. | 0.5 |
| **Total Hours Worked** |  | 1.5 |

**Total, 1.5 hours for $20.00 = $30.00.**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,

Claudia S. Cámara León