INVOICE 0063 FOR PROFESSIONAL SERVICES; MAY 1 – MAY 31, 2020
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **Federal Monitor**
Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of May 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects | 8.25 | $1,237.50 |
| Monitoring Teleconference(s): prep review methods with Levy, monitors review, DoJ, materials and positions, data review | 5.25 | $787.50 |
| CMR-1; review of DoJ comments | 1.25 | $187.50 |
| CMR-2 Prep, Review, prep of next data request | 5.75 | $862.50 |
| Monitoring/Review of PRPB provided data - align with methodologies, re-issue data requests and follow up with PRPB, crosswalk data with Al Youngs on EIS, crime stats, use of force, cross-walk alignment and reconcile requests, Analysis of compliance | 31.75 | $4,762.50 |
| Review DoJ Materials, Court Doc's, data analysis plan | 3.75 | $562.50 |
| Provided by PRPB - Review C2S Proposal for EIS | 1.25 | $187.50 |
| | | |
| Net Hours US | 57.25 | $8,587.50 |
| | | |
| **Allowable Fee** | | **$8,587.50** |

INVOICE, PRESENTED BY:

*[signature]*

Scott Cragg, Monitoring Core Team

1