Rafael E. Ruiz
12 Crestshire Dr.
Lawrence, MA 01843

# INVOICE # 2020-05

DATE: 5/31/2020

Billed to:     Federal Monitor, PRPB/USDOJ Agreement          For service: May 1-31, 2020
               670 Ponce De Leon Ave. Suite 207
               San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| May 4: Phone call w/McV, re arrest reports data | .5 hr. | $150/hr. | $75.00 |
| May 5: Work on data for CMR-02 report S&S | 5 hrs. | $150/hr. | $750.00 |
| May 6: Work on S&S/Arrests data analysis for CMR-02 report and Monitor Team Telconf. | 5 hrs. | $150/hr. | $750.00 |
| May 8: Work on data for CMR-02 report and Team/USDOJ Telconf. | 4 hrs. | $150/hr. | $600.00 |
| May 11: Prep third data request for PRPB/CMR-02 | 4 hrs. | $150/hr. | $600.00 |
| May 15: Work on data request/CMR-02, Team TelConf. | 5.5 hrs. | $150/hr. | $825.00 |
| May 20: Interview Aguadilla CIC Spokeperson/CMR-02 data analysis | 6 hrs. | $150/hr. | $900.00 |
| May 21: S&S/Arrests analysis | 4.5 hrs. | $150/hr. | $675.00 |
| May 22: Team Telconf/S&S/Arrest analysis | 4.5 hrs. | $150/hr. | $675.00 |
| May 26: Telconf with Aibonito CIC Spokeperson/CMR-02 S&S/arrests | 4 hrs. | $150/hr. | $600.00 |
| May 27: S&S/Arrests CMR-02 | 3 hrs. | $150/hr. | $450.00 |
| May 28: CMR-02 S&S/Arrests report analysis | 4.5 hrs. | $150/hr. | $675.00 |
| May 1-31: Team phone calls/emails from Parties, read/review daily Covid-19 reports from PRPB, read/review News Media re PRPB | 8 hrs. | &150/hr. | $1,200.00 |

TOTAL BILLED                              $8,775.00

_____Date: May 31, 2020
Rafael E. Ruiz