# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

PHONE: 7874731515    Theandgroup.net

## INVOICE

INVOICE NUMBER: 31
INVOICE DATE: MAY 29, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-29-20 | Administrative Director | Conference call with USDOJ, PRPB, and Commonwealth Counselors. Work with 2020-2021 FPMPR Budget, Communications with the Monitor, Communications with Counselor Castellanos related to FPM. Review of emails. Review of information sent by the Monitor. | 4.75 | $85.00 | $403.75 |
| APR-30-20 | Administrative Director | Communications and meeting with PRPB Related to May 1 demonstrations plan, Communications with Judge Denton and Communications with Counselor Castellanos related to FPM, Review of emails, Review of Virtual Monitoring Plan , work with 2020-2021 Budget. Communications with the Monitor, Share information with the Monitor, Review of Communication sent by USDOJ (ACLU) , | 5.50 | $85.00 | $467.50 |
| MAY-01-20 | Administrative Director | Communications with PRPB Commander related to May 1 Demonstrations, Communications with Judge Denton and Counselor Castellanos related to FPM, Represent the FPM office during Demonstrations, Conference Call with Monitor and CPA Viota, related to the 2020-2021 Budget, Review of Emails, Various communications with the Monitor. Review of Virtual Monitoring Plan Draft. | 6.75 | $85.00 | $573.75 |
| MAY-04-20 | Administrative Director | Work with the virtual monitoring plan, communications with the monitor, communications with counselor Castellanos related to FPM, review of emails related to the case. | 3.50 | $85.00 | $297.50 |
| MAY-05-20 | Administrative Director | Communications with website developers, Work with April 2020 Invoices and Motion to the Court, Communications with Counselor Castellanos related to FPM, Communications with the Monitor. | 3.50 | $85.00 | $297.50 |
| MAY-06-20 | Administrative Director | Conference call with staff, multiples communications with the monitor, review of motions filed by the Commonwealth, Communications with Counselor Castellanos related to the FPM Case, | 4.25 | $85.00 | $361.25 |

INVOICE NUMBER: 31

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-07-20 | Administrative Director | Review of documents sent by team (sampling strategy memo), Various communications with the Monitor, Review of Invoices Motion. | 2.75 | $85.00 | $233.75 |
| MAY-08-20 | Administrative Director | Conference call with Staff and USDOJ, Review of information sent related to Use of Force in other US cities. Communications with the Monitor. Continue the Review of document sent by team (sampling strategy memo), | 4.75 | $85.00 | $403.75 |
| MAY-11-20 | Administrative Director | Prepare FPM administrative invoices motion, Work with the FPM community engagement plan, Communications with Counselor Castellanos related to FPM case, Communications with the Monitor. | 3.75 | $85.00 | $318.75 |
| MAY-12-20 | Administrative Director | Continue working with the FPM community engagement plan, Communication with Rafael Ruiz related to the community engagement plan. Communications with the monitor. | 3.50 | $85.00 | $297.50 |
| MAY-13-20 | Administrative Director | Share information with the Monitor, Work with Community Engagement Virtual Monitoring Documents, Communications with the Monitor. Review of information sent by the website developers.Communications with Counselor Castellanos related to FPM case. | 3.75 | $85.00 | $318.75 |
| MAY-14-20 | Administrative Director | Review of Motion filed by USDOJ, Communications with the Monitor, Review of Court Opinion and Order, Communications with Counselor Castellanos and Judge Denton related to FPM case, Review of Documents sent by Rafael Ruiz related to Community Engagement. | 3.25 | $85.00 | $276.25 |
| MAY-15-20 | Administrative Director | Staff Conference Call, Continue the review of Community Engagement Documents sent by Rafael Ruiz, Review of Documents sent by PRPB | 5.00 | $85.00 | $425.00 |
| MAY-18-20 | Administrative Director | Work on the community engagement plan, Communications with the Monitor, Work with April 2020 Invoice correction Memo. | 3.50 | $85.00 | $297.50 |
| MAY-19-20 | Administrative Director | Work with the Community engagement plan and coordinate conference call, continue review of documents. Communications with the Monitor, | 2.75 | $85.00 | $233.75 |
| MAY-20-20 | Administrative Director | Conference call with CIC Spokesmen, Communications with the Monitor, Review of documents sent by FPM staff. | 3.00 | $85.00 | $255.00 |
| MAY-21-20 | Administrative Director | Conference Call with Judge Gelpí and Monitor, Communications with the Monitor. | 1.75 | $85.00 | $148.75 |
| MAY-22-20 | Administrative Director | Conference call with team, Coordination of community engagement conference call (CICs), Work with website information And it's developers, Communications with the Monitor. | 3.50 | $85.00 | $297.50 |

INVOICE NUMBER: 31

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-26-20 | Administrative Director | Conference call with website developers, Community engagement conference call with CICs spokesperson, Communications with the Monitor, Review of information sent by the Monitor. | 4.25 | $85.00 | $361.25 |
| MAY-27-20 | Administrative Director | Communications with the Monitor, Review of information related to community engagement, Work with FPM community engagement documents. Review of emails sent by team. | 3.25 | $85.00 | $276.25 |
| MAY-28-20 | Administrative Director | Telephone Conference with the Website developer, Communications with Counselor Castellanos related to FPM case, Communications with the Monitor. Review of information sent by team members. | 2.75 | $85.00 | $233.75 |
| MAY-28-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
|  |  | Total amount of this invoice |  |  | $6,778.75 |

MESSAGE

Javier B Gonzalez, May 29, 2020