

# INVOICE

INVOICE NUMBER:  162
INVOICE DATE:  MAY 29, 2020

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO: Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-29-20 | Police Reform Puerto Rico | Review of Court Order; conference call with Hernandez Denton Esq.; conference calls with Javier Gonzalez;communications with the Court in Compliance with standard TCA requirements; conference call with Monitor Romero and the parties | 5.00 | $175.00 | $875.00 |
| APR-30-20 | Police Reform Puerto Rico | Comm. with Hernandez Denton Esq; Privilege communications with the Court; conference call with Monitor Romero and Hernandez Denton Esq; work in matters May 1 manifestations and related matters; discussions with Monitor Romero; comms. with Javier Gonzalez | 8.00 | $175.00 | $1,400.00 |
| MAY-01-20 | Police Reform Puerto Rico | Communications with Monitor Romero; comms. with Hernández Denton Esq; comm. with the Court in compliance with standard TCA requirements | 4.00 | $175.00 | $700.00 |
| MAY-04-20 | Police Reform Puerto Rico | Conference call with Monitor Romero, Hernandez Denton Esq; comms. with the Court, in compliance with standard TCA requirements; conference call with Javier González; review and updates to virtual Monitoring Plan; discussion of FPM'S 2020-2021itemized budget; preparation of Informative Motion in compliance with the directives of the Court (Docket No. 1475) | 4.00 | $175.00 | $700.00 |
| MAY-05-20 | Police Reform Puerto Rico | Comms. with Monitor Romero; several comms. with Javier González | 1.00 | $175.00 | $175.00 |
| MAY-06-20 | Police Reform Puerto Rico | Comms. with Javier Gonzalez; conf. calls with Monitor Romero; review of Commonwealth's Motion | 2.00 | $175.00 | $350.00 |

INVOICE NUMBER: 162

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-07-20 | Police Reform Puerto Rico | Comms. With Monitor Romero; comms with the Court in compliance with standard TCA requirements; Informative Motion in compliance with directives of the Court (Docket No. 1483) | 2.00 | $175.00 | $350.00 |
| MAY-11-20 | Police Reform Puerto Rico | Comms. with Monitor Romero; comms. with Javier Gonzalez; Motions to the Court | 2.25 | $175.00 | $393.75 |
| MAY-12-20 | Police Reform Puerto Rico | Communications with Monitor's team; discussions, review of Motion; comms. with Monitor Romero | 3.00 | $175.00 | $525.00 |
| MAY-13-20 | Police Reform Puerto Rico | Conference call with Javier González; comms. with the Court in compliance with standard TCA requirements | 1.00 | $175.00 | $175.00 |
| MAY-14-20 | Police Reform Puerto Rico | Conference call with Javier González; comms. with the Court in compliance with standard TCA requirements; review of Court Order; comms. with Monitor Romero; comm. with Hernandez Denton Esq. | 2.50 | $175.00 | $437.50 |
| MAY-15-20 | Police Reform Puerto Rico | Review of document from Monitor's Office; review of Order; comm. with the Court in compliance with standard TCA requirements; comm. with Hernández Denton Esq. | 1.15 | $175.00 | $201.25 |
| MAY-18-20 | Police Reform Puerto Rico | Review of documents sent by Monitor's Office; review of docs. from Dr. Levy; comments | 1.00 | $175.00 | $175.00 |
| MAY-20-20 | Police Reform Puerto Rico | Conference calls with Monitor Romero; conference calls; comms. with the Court in compliance with standard TCA requirements; Comm. with Hernandez Denton Esq.; preparation for upcoming telephone conference with the parties | 4.00 | $175.00 | $700.00 |
| MAY-21-20 | Police Reform Puerto Rico | Review of statistical data; comms. with Monitor Romero; several discussions and review of docs. from Monitor's Office; conference call with Monitor and the parties | 4.00 | $175.00 | $700.00 |
| MAY-22-20 | Police Reform Puerto Rico | Memo to the Monitor; review of info.; comms with Monitor Romero | 3.00 | $175.00 | $525.00 |
| MAY-26-20 | Police Reform Puerto Rico | Comms. with the Court in compliance with standard TCA requirements; comms. with Hernández Denton Esq. | 1.00 | $175.00 | $175.00 |
| MAY-28-20 | Police Reform Puerto Rico | Preparation for Virtual Hearing; participation in Virtual hearing; comms. with Monitor Romero and comms. with Javier González; comm. with Hernandez Denton Esq. | 4.00 | $175.00 | $700.00 |
| | | Total hours for this invoice | 52.90 | | |
| | | Total amount of this invoice | | | $9,257.50 |