

# Federico Hernández D...

# INVOICE

f.hernandezdenton@gmail.com

| Invoice#: | 21 |
|---|---|
| Invoice Date: | 05/29/2020 |

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 05/28/2020<br>Reading of Court Order about status conference held today and Communications with Monitor Romero, Alfredo Castellanos and Special Master Alex del Carmen; exchanged of emails with members of the Core Team about monitoring phase | 2h 00m | $175.00/h | $350.00 |
| 05/28/2020<br>Review of agenda and preparation for Status Conference of US District Court; Communications with Special Master and Attorney Castellanos; Status Conference of US District Court in Reform and in Department of Labor Case monitored by John Romero | 3h 00m | $175.00/h | $525.00 |
| 05/27/2020<br>Revision of Monitor's Report to the Court for the Status Conference to be held on Thursday. | 0h 30m | $175.00/h | $87.50 |
| 05/27/2020<br>Reading and analysis of Plan Estratpara Despliegue de Personal de la Guardia Nacional en Apoyo a Funciones No Operacionales al NPPR | 0h 30m | $175.00/h | $87.50 |
| 05/27/2020<br>Conference call with Monitor Romero, Alfredo Castellanos and Alex del Carmen in preparation for video conference hearing to be held by the Court on Thursday at 10:00am | 0h 30m | $175.00/h | $87.50 |
| 05/22/2020<br>Conference call with Monitor Romero and Core Team | 0h 30m | $175.00/h | $87.50 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 05/20/2020 | Reading of motions of McV and notice Interlocutory appeals; communications with Attorney Castellanos and Monitor Romero | 1h 30m | $175.00/h | $262.50 |
| 05/16/2020 | Communications with Monitor Romero | 0h 15m | $175.00/h | $43.75 |
| 05/15/2020 | Monitor's Teleconference with Team and privileged communication with Judge Gelpí requested by Monitor Romero | 1h 30m | $175.00/h | $262.50 |
| 05/14/2020 | Reading of Opinion and Order of the Court in matter of April Invoice of the Monitor's Office and communications with Attorney Castellanos, Monitor Romero and Javier González | 0h 30m | $175.00/h | $87.50 |
| 05/04/2020 | Conference call with Judge Gelpí, Special Master del Carmen, Alfredo Catellanos and communications with the Monitor and Castellanos and Special Master; reading of informative motion of PRPB | 3h 00m | $175.00/h | $525.00 |
| 05/02/2020 | Reading of communications of Luis Saucedo and Monitor Romero concerning budget for next fiscal year and Conference call with Monitor Romero | 0h 30m | $175.00/h | $87.50 |
| 05/01/2020 | Communications with Monitor Romero, Javier González and Alfredo Castellanos-May 1st events | 2h 00m | $175.00/h | $350.00 |
| 04/30/2020 | Conference call with Coronel José Juan Garcia and Javier González about May 1st events; communicatios with Monitor Romero and Alfredo Castellanos and review of motion filed in US District Court and Order signed by Judge Gelpí | 3h 30m | $175.00/h | $612.50 |
| 04/30/2020 | Conference call with Judge Gelpí, Monitor Romero and Alfredo Castellanos-privileged and Confidential communications | 1h 00m | $175.00/h | $175.00 |
| 04/29/2020 | Reading of communications related to Section # 253 meetings and conference call with Castellanos; Communications with Monitor with respect to conference call of the parties about invoice | 1h 00m | $175.00/h | $175.00 |
| 04/29/2020 | Review of file and materials for conference call with Special Master; conference call of parties and Monitor Romero with Special Master; communications with Alfredo Castellanos; reading and analysis of email sent by Alex del Carmen after conference call | 3h 00m | $175.00/h | $525.00 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$4,331.25** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$4,331.25** |
| Paid: | **$0.00** |
| Balance Due: | **$4,331.25** |