Dr. David Levy
714 Wilkes Street
Alexandria, VA. 22314

April 25-May 26, 2020

INVOICE # 005                                          **TOTAL DUE $9,100.00 USD**
May 2020 INVOICE

The following is a detailed statement of the hours worked.

**25 APR to 26 MAY 2020 (worked performed in CONUS)**
- **Develop work packets in relation to evaluation methods and sampling strategy (6 hours)**
    - Developed work packet label system to consolidate all related methodology tables, worksheets, assessment tables, and data requests (6 hours)
- **Calls (10.5 hours)**
    - Conference calls and coordination with Monitoring Team (4.5 hours)
    - John Romero (1 hour)
    - Al Youngs (1 hour)
    - Apr 28 call with parties (0.5 hours)
    - May 1 call with Scott Craig per IT methodology (0.5 hours)
    - May 8 Call with Special Master Alejandro del Carmen (1.5 hours)
    - May 22 Call with parties regarding sampling strategy (1.5 hours)
- **Implement the sampling strategy for key data sources for CMR-2 (6 hours)**
    - Converted PDF of all sworn PRPB personnel to excel spreadsheet and structured the data to allow for a stratified sample to be drawn by rank, region, and unit.
- **CMR-2 editing (11 hours)**
    - Edited Use of Force section for CMR-2
- **Collaborating with web design team (0.5 hours)**
- **Editing Monitor's response to Docket 1455 on remote monitoring (0.5 hours)**
- **Revised sampling memo (27 hours)**
    - Developed new sampling methodology per concerns of PRPD
    - Developed a logarithmic formula to derive needed margin of error from population size (see page 9 in Sampling Strategy Memo)
- **61.5 hours total @ $150/hour = $9,225**


**TOTAL FEE:**            61.50 Hours x $150/hour = $9,225 USD
**FEE WAIVED (PR):**      0.83 Hours x $150/hour =   ($125 USD)


**Total Fees and Expense Reimbursement Due = $9,100.00**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                                     May 26, 2020
Signature                                                                              _____
                                                                                            Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043