Donald S. Gosselin, Esq.
7901 4th St. N
Suite 5140
St. Petersburg, FL 33702


**Billing Period:  April 27, 2020 to May 28, 2020**


**INVOICE # 1134**                                               **TOTAL DUE $9,100.00 USD**

The following is a detailed statement of the hours worked.

**All work performed in CONUS**
<u>27 APRIL 2020 to 28 MAY 2020</u>
- Review and edit COVID Virtual Monitor Plan for Court submission.
- Live monitor reports on May Day PRPB activity via Puerto Rican news broadcasts.
- Review Sampling Strategy Memos proposed by Monitor Dr. Levy
- Multiple teleconferences, emails, texts and other relevant correspondence with Team Members & Parties to the Agreement, including, but not limited to the following subjects;
    - May Day PRPB response
    - COVID19 Virtual Monitor Plan
    - Second Request for Production of Documents
    - Progress on CMR-2
    - Status of current data/document request (information already requested)
    - Briefing on the budget for fiscal year 2020/21
    - Additional data/documents we will be requesting
    - Discussion on random sampling size
    - Defendant's Motion
    - Parties' responses to Defendant's Motion
    - Court Ruling on Defendant's Motion
- Review data matrix and data selection for CMR-2 categories.
- Prepare Second Request for Production of Documents ("RPD")
- Prepare list of Monitors and SME for Monitor's Website
- Review Court Response to Defendant's Motion.
- Continue to draft written report on SARP findings for CMR-2
- Correspondences and coordination with Korber, Inc. regarding Monitor's website
- Review of website content prior to publication
- Review proposed PRPB General Order 412
- Research currently accepted best practices for digital audio recording and preservation relative to police administrative investigations.

**65.00 hours total @ $150 = $9,750.00**

| | |
|---|---|
| TOTAL FEE: | 67.50 Hours x $150 = $ 9,750.00 USD |
| FEE WAIVED (CONUS): | 4.33 Hours x $150 = $( 650.00 USD) |

Net US FEE PAYABLE        $ 9,100.00

**Total Net FEE PAYABLE       $ 9,100.00**

## Total Fees and Expense Reimbursement Due = $9,100.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____          28 May 2020
                                                                    _____
Signature                                                    Date

**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2