John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 1 through May 31, 2020

INVOICE # 072               **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
May 2020 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of May) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Monitor Team members re: pending reports and reviews.
Conference calls with the Parties and Special Master
Conference calls with Honorable Judge Gelpi.
Participated in conference calls with CIC community personnel.
Prepared comments re: Court Status Hearing
Participated in Court Status Hearing before Honorable Judge Gelpi.
Reviewed use of force report files re: for CMR-2 Report
Prepared notes on above data relating to use of force incidents
Prepared outline for July/2019 demonstrations/protest at the Fortlaleza
Reviewed additional data received relating to CMR-2 (Use of Force).
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Daily Briefing Reports from PRPB.
Discussions with Special Master re: NG non-enforcement assistance to PRPB.

## Flat Rate Total Wages Due = $17,916.66

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*[Signature: John J. Romero]*

Date May 28, 2020

_____