**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# ORDER

A virtual In Chambers Status Conference is set for **Friday, June 12th, 2020 at 10:00 AM.** Topics to be addressed are:

1. Special Master's National Guard Report;
2. Extension of Monitor's Report on July 2019 Protests;
3. PRPB IT Plan;
4. General Counsel.

Secretary of Public Safety Hon. Pedro Janer, PRPB Commissioner Henry Escalera and Reform Office Director Colonel Clementina Vega will attend along with two attorneys for PRPB. The Court will provide Jabber instructions. The Status Conference will not be open to the public.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of June of 2020.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge