1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO
2        :_____:

3          THE COMMONWEALTH OF PUERTO RICO,        :
                          Plaintiff,               :
4                  vs.                             :   Case No:
                                                   :   12-CV-2039 GAG
5          PUERTO RICO POLICE DEPARTMENT, et al., :
                          Defendants.              :
6        :_____:

7            TRANSCRIPT OF STATUS CONFERENCE - VIDEO TELECONFERENCE
             HELD BEFORE THE HONORABLE CHIEF JUDGE GUSTAVO A. GELPÍ
8          JOSÉ V. TOLEDO U.S. COURTHOUSE, OLD SAN JUAN, PUERTO RICO
                 THURSDAY, MAY 28, 2020, BEGINNING AT 10:07 A.M.
9        :_____:

10     **A P P E A R A N C E S:**

11     For the United States of America:

12             Attorney Timothy D. Mygatt, U.S. Department of Justice

13             Attorney Luis E. Saucedo, U.S. Department of Justice

14             Attorney Jorge M. Castillo, U.S. Department of Justice

15     **For the Commonwealth:**

16             Attorney Arturo J. García-Sola

17             Attorney Lizzie M. Portela-Fernández

18     **ALSO PRESENT:**

19             Sonia C. Cardona, Courtroom Deputy Clerk

20             JCC Monitor Alfredo A. Castellanos-Bayouth

21             Retired Justice Federico Hernández-Denton

22             John Romero, Federal Monitor

23             Dr. Alex De Carmen, Special Master

24             Henry Escalera, Puerto Rico Police Commissioner

25             Colonel Clementina Vega, Director Police Reform Office

Status Conference

1          THE COURT:  Good morning.  Let's call the

2     case.

3          THE COURTROOM DEPUTY:  Civil case

4     No. 12-2039.  United States of America versus

5     Commonwealth of Puerto Rico, et al.  Set for status

6     conference.  Will the parties please identify

7     themselves for the record.

8          MR. SAUCEDO:  Good morning, Your Honor.

9     This is Luis Saucedo for the United States.

10          MR. GARCÍA-SOLA:  Good morning, Your Honor.

11     This is Arturo García for the PRPD along with Lizzie

12     Portela.

13          MR. CASTILLO:  Good morning, Your Honor.

14     This is Jorge Castillo for the United States.

15          FEDERAL MONITOR ROMERO:  John Romero, the

16     Federal Monitor.

17          MR. CASTELLANOS-BAYOUTH:  Alfredo

18     Castellanos, senior counsel for the federal monitor.

19     Good morning.

20          RETIRED JUSTICE HERNÁNDEZ-DENTON:  Good

21     morning.  Federico Hernández-Denton, senior counsel

22     for the federal monitor.

23          SPECIAL MASTER DEL CARMEN:  Good morning.

24     Alex Del Carmen, special master.

25          THE COURT:  Well, good morning to all.

Status Conference

1    Before we commence, I'm going to ask everybody to

2    please make sure you put your Jabber on mute while I

3    speak.  Once I'm done I will call everybody and

4    obviously everybody will have an opportunity to speak

5    and address the Court so we will do that one by one.

6    So, that's the way we're going to proceed.  So,

7    having said that, let's call the case for the record.

8    I think we already called it.  Right?

9              THE COURTROOM DEPUTY:  Yes, we did.

10             THE COURT:  Okay.  Now, let me first address

11   a matter that has come to my attention 20 minutes

12   before the hearing.  I was informed by my courtroom

13   deputy and my judicial assistant that Secretary

14   Janer -- first of all, there was a request by way of

15   telephone from Secretary Janer's office that this

16   hearing be continued until 1:00 p.m.  Obviously this

17   is not by way of motion and this was, you know,

18   20 minutes ago.  Then there was a second follow-up

19   call or notification to the Monitor that Secretary

20   Janer right now is in a cabinet meeting and cannot

21   attend and he would try to attend later.

22             I would like to make a point on this and it

23   is as follows:  Two weeks ago I first issued the

24   first order in this case and in that order the order

25   itself states that Secretary Janer will be in

Status Conference

1    attendance at this status conference.  Second, last

2    week I issued a second order and in the second order

3    I set the order of the individuals who would be

4    addressing the Court, and Secretary Janer is the

5    first one to appear.

6         The reason for this is the following:  In

7    all my hearings I usually -- well, in this case, same

8    in the health case, the juvenile institution consent

9    decree case, and in many other hearings that I've

10   had, whenever there's a governor, a sitting governor

11   or cabinet member usually -- and the scope of the

12   hearing pertains to that cabinet member, he or she

13   will go first and then the cabinet member sits

14   through the meetings [inaudible] and talk about and

15   to get input from the Court and feedback and also the

16   Court will probably have questions.

17        For the past 18 years we've been over that,

18   that I have been a judge and, as I said, I've had

19   sitting governors, cabinet members appear in court.

20   And I do have to say that I am flabbergasted because

21   this is the first occasion where any government

22   official from the Commonwealth ever flaunts two court

23   orders directing him to appear.  And in the past if

24   there had been any issues they were notified to the

25   Court beforehand in writing way in advance.  As I

Status Conference

1    said, it's important for the top government official

2    to always be present because he or she is the one who

3    is going to set the tone for the hearing.  And, as I

4    said, also he or she has to be present throughout the

5    hearing because important matters regarding the

6    agency will be addressed.  The agency at work here in

7    particular is the reform.

8            Now, it is so troubling, and I will state

9    myself more, that the local executive branch on the

10   one hand who strictly enforces these executive orders

11   at this time in the Covid pandemic -- and I have to

12   say that even I in my official capacity follow those

13   orders 7/24 and I order all the court staff to follow

14   those orders; but, on the other hand, the executive

15   branch is ignoring federal court orders.  And this is

16   something that cannot be taken lightly by any federal

17   court or tolerated.  I also think it's offensive to

18   the United States Department of Justice and to the

19   other party in this case who was expecting his

20   presence.

21           Now, let me say something else.  The

22   perception of this is that the government does not

23   care about the police reform case and does not intend

24   to follow federal court mandates.  And I am holding

25   the Commonwealth responsible rather than Secretary

Status Conference

1   Janer personally.  I have known Mr. Janer since his

2   days in the DEA office here in Puerto Rico and I can

3   swear to his integrity and I know that his support to

4   the reform is unquestionable.  It would appear to the

5   Court that individuals within the Commonwealth

6   government other than Janer may not want him to

7   appear or did not diligently apprise him of the

8   setting in accordance with this hearing in a timely

9   matter.

10          More so, I am certain that if there's a

11   cabinet meeting at this time the governor herself is

12   likely unaware of this court hearing or of my orders;

13   and if she were aware, like every other governor

14   before her, she would have her secretary appear.  And

15   probably even from Fortaleza he would appear by way

16   of Jabber.  And I also note that the governor herself

17   is an experienced attorney.  She was very

18   distinguished for her professionalism throughout her

19   career, so I'm certain also that she is not to blame

20   for this occurring.

21          Now, it is also fortunate that U.S. DOJ

22   counsel, the monitor, special master are appearing

23   via Jabber; otherwise, you know, I would order that

24   the travel cost be referred to the Commonwealth.  So

25   I do want to make that statement for the record.

Status Conference

1          We're going to proceed first with the
2     special master then the monitor and I will then
3     continue to address any other matters in this case.
4     I cannot continue this hearing, I have another
5     hearing after this.  In the afternoon I have other
6     matters.  Because of the Covid pandemic and being the
7     chief judge of the court I have multiple matters
8     throughout the entire day.  It is not easy to
9     reschedule a hearing like this when everybody is
10     prepared and at least the Court is informed
11     20 minutes beforehand of this matter.  So we'll have
12     to proceed and Secretary Janer will have to review
13     the transcript of the hearing.
14          So, having said that, I'm going to mute
15     myself.  I'd like to hear first from Dr. Del Carmen.
16     If I have to make any questions, I'll unmute myself.
17     So let's proceed this way.
18          SPECIAL MASTER DEL CARMEN:  Good morning,
19     Your Honor.  Essentially what I wanted to convey to
20     the Court is some of the things that I've been
21     working on and will continue to work on for the
22     coming weeks and months.  And first and foremost, as
23     per the Court order that you issued a few days ago, I
24     am coordinating and meeting the efforts to bring the
25     parties together along with the monitor in order to

Status Conference

1    agree on the sampling methodology for all of the 11

2    areas of the police reform case.

3           As Your Honor may recall, you asked me last

4    year in my capacity as a special monitor -- as a

5    special master rather to come in and essentially lead

6    the efforts and coordinate the efforts to agree on a

7    methodology.  That has -- we succeed in that regard

8    but there were some areas, particularly the sampling

9    component, that needed to be expanded.  And so now

10   through the benefit of time, after the methodology

11   was approved by the Court last year, we are facing

12   now the question of what the sampling strategy should

13   be for each one of the 11 components in place.

14          So the plan, Your Honor, is to simply put

15   the monitor's team, along with U.S. DOJ, along with

16   the Commonwealth and PRPB to meet and essentially

17   have a conversation on all of these 11 areas.  So

18   with the direction of Dr. Levy and my oversight we

19   can provide the Court in the coming months a strategy

20   and a sampling methodology that everyone can agree

21   upon.  And so it is my hope that this is going to be

22   taking place in the coming months.

23          And needless to say, Your Honor, this is

24   paramount to the success of the actual monitoring.

25   So if the sampling strategy is agreed upon and if the

Status Conference

1    sampling strategy is scientific, if there's science

2    behind it, then all the findings that will be made by

3    the monitor and his team are going to be

4    scientifically made and to some degree indisputable.

5    But it is essential that PRPB and the Monitor's

6    office, as well as U.S. DOJ sit at the table and

7    agree upon that sampling strategy that will take

8    place in this particular case.  Go ahead, Your Honor.

9         THE COURT:  Let me ask you, regarding the

10   sampling, and this is a topic I'm going to discuss

11   with the parties, but I believe the information

12   technology is essential to the sampling because if we

13   don't have current sampling and it's not current then

14   nobody knows what information is there, and obviously

15   it has to get plugged in to put it in the information

16   system.  That's an important endeavor.  But, number

17   two, the idea is necessary because with updated IT

18   you can sample at any given point and in any given

19   place, any given zone, you can make pretty accurate

20   samples and be able to predict or to read those like

21   data.  Am I correct?

22        SPECIAL MASTER DEL CARMEN:  That's correct,

23   Your Honor.  And this has to do with the validity and

24   reliability of the data.  So in the world of research

25   we look at whether or not the data is valid and

Status Conference

1   reliable in order to ensure that whatever type of

2   prognosis, whatever type of general findings that the

3   Monitor's office would make are simply going to stand

4   the rigor of science.  So to your point, Your Honor,

5   it is essential that the data that's being collected

6   is accurate within a three percent margin of error

7   and that the reporting mechanisms are also solid in

8   order to be able to ensure a prognosis.

9           THE COURT:  Thank you.

10          SPECIAL MASTER DEL CARMEN:  Yes, Your Honor,

11  the second of the three points that I wanted to make

12  to you as well and to the Court is essentially that I

13  continue to work on the role of the -- on the non-law

14  enforcement role of the national guard as the Court

15  ordered.  And what we -- what I have done is sought

16  out the input of U.S. DOJ, the Monitor's office, as

17  well as PRPB and the Commonwealth in trying to get a

18  sense of what this non-law enforcement role of the

19  national guard would be in the event that the

20  governor finds it necessary to activate the national

21  guard.  And of course we all know that this can take

22  place not only as a result of the Covid-19 pandemic

23  but also because of natural disasters that are not

24  strangers to the Commonwealth.

25          So at the end of the day the hope and the

Status Conference

1    plan would be, Your Honor, that by June 5th, as the

2    Court has ordered, I will be submitting to Your Honor

3    a report that essentially shows the different sides

4    and the different angles to this component and my

5    recommendation for these specific non-law enforcement

6    roles that the national guard will simply seek.

7            THE COURT:  And let me ask you regarding

8    that.  This should not be a very complicated task.  I

9    have seen, for example, in New Mexico it was very

10   clearly outlined.  Again, not specific particular

11   duties but in general terms of the scope of the

12   particular duties, and that was done particularly in

13   some smaller Indian nations that were located in New

14   Mexico and the governor and the local mayors of

15   those -- or chiefs of those towns or municipalities

16   were able to really coordinate with the national

17   guard.  So I assume something akin to that or what is

18   probably, as you probably know better than -- well,

19   definitely you know better, maybe as it's happening

20   in your own state or other jurisdictions, that that

21   is pretty clear.  Correct?

22           SPECIAL MASTER DEL CARMEN:  Yes, Your Honor.

23   And that is very typical in other states of the

24   United States whereas the national guard provides a

25   non-law enforcement supportive role.  And so there

Status Conference

1   are various models out there.  Obviously what we are

2   all considering is the capability of PRPB, the

3   realities of the Commonwealth, and what fits the

4   Commonwealth; because we can't simply just transplant

5   another model that worked somewhere else into the

6   Commonwealth.  So with that sense there's definitely

7   guidance out there, which I've done some research on

8   and I've been briefing the Court on a regular basis,

9   regarding the models that exist.  Yes, Your Honor.

10          THE COURT:  Okay, and before you move on,

11   let me say that I want to make it very clear that the

12   Court is -- again, this is really an executive

13   decision whether to call the national guard or not,

14   it is not up to the Court.  The only thing the Court

15   has to make sure of is that if the national guard is

16   out there it is not performing traditional law

17   enforcement activities, and if it ever were to do so

18   that's a further analysis and those officers have to

19   not act as national guardsmen, they have to act

20   within the requirement.  But anything that does not

21   entail traditional law enforcement activities -- and

22   there are many things historically the national guard

23   has done here in Puerto Rico, an excellent job --

24   that's what we want to ensure is done in coordination

25   with the police and not to violate the reform.  Okay,

Status Conference

1    and the last item.

2         SPECIAL MASTER DEL CARMEN:  Yes, Your Honor.

3    The final point is that once we finish the sampling

4    methodology, and I have submitted to the Court the

5    report on the national guard and on law enforcement

6    role, as per your orders, Your Honor, I will be

7    focusing on the use of force content analysis as it

8    relates to the instruction that PRPB officers are

9    receiving regarding that topic.  So the idea would be

10   to simply review the content, of course to look at

11   the syllabi that's being utilized and the method in

12   which the police officers are being trained as it

13   relates to use of force.

14        We feel that this topic is incredibly

15   important for the Court to look into and also to

16   brief and keep everyone else on this call, the

17   parties, you know, and the monitor, informed of the

18   findings that I make.  So with the help of the

19   parties, with the assistance of the monitor, my hope

20   is to provide the Court with an assessment of not

21   only the content but informing which of those use of

22   force instructions is being delivered.  We lost you,

23   Your Honor.

24        THE COURT:  Sorry.  Let me rewind.  I had my

25   mute on.  But it's very important about the use of

Status Conference

1  force, the study and what you're going to be

2  performing is.  Because of the Covid pandemic we do

3  not know exactly when the officers can start training

4  regularly.  And officers, pursuant to the reform,

5  continue to receive -- well, it's like continuing

6  legal education but with the police law enforcement

7  education.  And that's very, very important that that

8  be conducted.

9          Now, there have to be ways in which to have

10  these trainings virtually.  There have to be

11  obviously some exercises.  The academy has to be

12  flexible.  Perhaps instead of training 60 officers at

13  a time maybe it's going to be 10, 15 socially

14  distanced or at offices where, you know, the specific

15  measures have been taken so they would not get the

16  Covid, but that has to be done.  I know other

17  jurisdictions are also looking at it and it's very,

18  very important.

19          One of the things is the training at the

20  academy.  And let me note that Commissioner Henry

21  Escalera and I believe Clementina -- Colonel Vega, is

22  there as well wearing a mask.  But they've been to

23  the academy when I've been there, Monitor Romero has

24  been there, as well as you, Dr. Del Carmen, and we

25  saw, it was probably February or March of last year,

Status Conference

1   the training, live training.  And it was very

2   important because it was a use of force training and

3   it was a riot training.  And it was showing

4   how not -- you know, in the old days you would see

5   that officers would pull out their batons and start

6   hitting everybody or restraining people or even

7   worse.  That training, I think, was extremely crucial

8   and many more trainings took place.  But during the

9   protests in 2019 during the summer what I saw, at

10  least on television which everybody saw, the officers

11  were in formation.  The way they were using the

12  levels of use of force was consistent with those

13  trainings.  And that is something that cannot be

14  forgotten otherwise we're going to run into a lot of

15  problems, the police and the Commonwealth with a lot

16  of problems, which it is not having.

17          Again, Monitor Romero will discuss that

18  matter in more detail but it is very important that

19  whatever errors may still be committed compared to

20  10, 15 years before are not being committed.  There

21  is room for improvement, but we cannot take a step

22  back and that's why this is so important.

23          So thank you, Dr. Del Carmen.  We will now

24  hear.  I'll mute myself and we will hear from Monitor

25  John Romero.

Status Conference

1        FEDERAL MONITOR ROMERO:  Good morning, Your

2    Honor and to everyone else present in this

3    videoconference.  I'd like to start by briefing you

4    bit activities of the Monitor's office.  As the

5    parties and Court are aware, the Monitor's office

6    submitted its first compliance report on March 29th

7    of this year.  The report provided the monitor's

8    compliance assessment of PRPB with three areas of the

9    agreement:  Policies procedures, use of force, and

10   information technology.

11        PRPB has made some measurable progress

12   towards complying with the mandates of the Agreement

13   particularly with respect to:  Identifying and

14   outlining how deadly use of force is to be

15   investigated, handling of mass demonstrations, and

16   creation of policy and procedures.  Nevertheless,

17   these reforms still lag behind the performance

18   benchmarks outlined in multiple performance areas of

19   the Agreement, especially regarding information

20   technology and the work of the FIU when investigating

21   firearm discharges by its members.

22        In the case of FIU, in order for them to

23   accomplish being in compliance with the Agreement,

24   they must have continuous and unobstructed access to

25   critical information collected internally by other

Status Conference

1    units within the bureau and externally by other

2    agencies within the DSP umbrella.  In the case of IT,

3    we are working with PRPB with the aspiration of

4    having the bureau progress from the capacity building

5    stage to compliance monitoring.

6              We commend PRPB for its commitment to the

7    reform effort and in working with the Monitor's

8    office.  We also have to acknowledge, as you

9    indicated, Judge, the Bureau's success in recruiting

10   qualified candidates and developing a comprehensive

11   training curriculum.  The Honorable Judge Gelpí and I

12   had the opportunity to witness firsthand that

13   training and to attend the graduation of the last

14   class in March of this year.  And by that way -- and

15   by the way, the first report, CMR-1, is available on

16   the Monitor's office website which is fpmpr.org.  You

17   can see the entire report there.

18             The Monitor's office has been kept duly

19   informed as to matters related to the Covid-19

20   pandemic by the Bureau.  As per the Court's

21   directives, we have continued our work remotely with

22   the assistance of PRPB and the U.S. DOJ.  The

23   Monitor's office has submitted data requests to PRPB

24   for the areas under review and PRPB has scanned that

25   data and provided it to the subject matter experts

Status Conference

1    for their review and analysis.  We are aware that the

2    above has created numerous challenges and those

3    challenges are properly being handled by Colonel

4    Clementina Vega and her Reform unit staff.

5         The monitor will also be working with

6    Special Master Dr. Alex Del Carmen to address these

7    matters.  As directed by the Court and of significant

8    importance to the police reform, our office in

9    conjunction with the monitor and Mr. Javier González

10   have commenced conference calls with CIC personnel

11   and community leaders since the 21st of this month.

12        Going forward, the Monitor's office will be

13   utilizing a user-friendly and secure platform called

14   Go-to Meeting to conduct remote video conferences

15   with PRPB personnel and its representatives, U.S. DOJ

16   personnel, special master, and community leaders.

17   The above measures will allow the Monitor's office to

18   continue with its community outreach efforts.

19        It will also provide an effective way for

20   the monitor to work closely with the special master

21   in terms of the random samplings that are being

22   conducted in accordance with the methodology that was

23   agreed upon by the parties and by the Court.

24   Although we have implemented the above-mentioned

25   mechanisms to remotely conduct our monitoring duties

Status Conference

1   for the present, we plan to return to our normal

2   monitoring activities when we adopt a proper protocol

3   and proper measures with the approval of the Court.

4           On another note, the Monitor's office is in

5   the process of finalizing its report on the PRPB's

6   response to the mass demonstrations that took place

7   at the Fortaleza in July of 2019.  We project our

8   report to be completed and submitted to the Court by

9   next month.

10          In closing, the Monitor's office would like

11  to extend its gratitude to the parties for their

12  collaboration in the reform process.  Working

13  together much has been accomplished, and going

14  forward much will be achieved, Your Honor.  Thank

15  you.

16          THE COURT:  Monitor Romero, I have just a

17  couple of questions.  You mentioned IT and that

18  you're working on the IT and this is something

19  obviously I'm going to ask the parties as part of the

20  agenda.  IT is very important but what is even more

21  important than IT is that the right and that all

22  information be inputted into the system so you,

23  counsel, the police, U.S. DOJ, myself can access it

24  readily.  And, again, for purposes of statistical

25  sampling and everything if all the information is not

Status Conference

1    there that is important.  And you were mentioning the

2    firearm discharges, there may be use of force

3    incidents, but what is your perception or what is

4    your take on that and the importance of that?

5         FEDERAL MONITOR ROMERO:  Well, in terms of

6    monitoring, Your Honor, our monitoring will only be

7    as good as the data received.  I mean, we had some

8    issues with the use of force data in terms of how

9    many incidents.  I believe we've corrected that area.

10   We've ben working with the PRPB and U.S. DOJ, but our

11   concern is that we're getting accurate information.

12   And with the IT platform being where it is now,

13   access to data in all 11 areas are subject to IT

14   obviously and we're not sure they're in place to

15   provide the data that we need.  That's the issue.  We

16   want to make sure that the data we're evaluating PRPB

17   with is accurate data; otherwise, it's a flawed

18   system.

19         But that's the current issue we're working

20   with U.S. DOJ and PRPB to establish whether or not

21   the information we're receiving in these 11 areas is

22   accurate information because what we can do is only

23   as good as the data we get.

24         THE COURT:  And where we are now is capacity

25   building is there but compliance monitoring cannot

Status Conference

1   start, or if it starts it's not going to be reliable

2   because of the data.  Correct?

3            FEDERAL MONITOR ROMERO:  That's correct.

4   And we're working with the special master as well to

5   make sure that the data we're getting is accurate

6   data so we can make intelligent, educated assessments

7   of PRPB's compliance with the Agreement.

8            THE COURT:  Okay, thank you.  The other

9   matter that you did not address but I would like you

10  to address briefly which I'm going to address to the

11  parties is, I'd like to hear from you a bit regarding

12  community engagement.  Obviously because of the Covid

13  the entire team has not been able to make it to

14  Puerto Rico because of all the restrictions in your

15  respective jurisdictions.  And obviously there's a

16  risk that you all come here and when you go back --

17  so right now we're working on a control scenario and

18  we only have two senior counsel and the executive

19  director of the office present here in Puerto Rico.

20            What are you doing specifically about

21  community engagement? because I did issue an order

22  and we're going to use all the technology and start

23  doing it by way of VTC.  And I do note what you had

24  last informed me that the executive director of your

25  office, Mr. Javier González, was arranging for at

Status Conference

1   least one or two community meetings within the

2   next -- or, you know, the first part of June.  So

3   what can you tell us about that?

4            FEDERAL MONITOR ROMERO:  Yes, Your Honor.

5   We started that on the 21st of this month.  U.S. DOJ

6   also participated as well, we appreciate your

7   participation.  Before the pandemic hit, the

8   Covid-19, we had set up a meeting with CIC personnel

9   done through PRPB and U.S. DOJ participated as well,

10  and we met with all the CIC personnel throughout the

11  island then the Covid-19 pandemic hit.  So now we had

12  to -- as per your court order, we had to remotely

13  start interactions with the community groups.  And

14  through Javier González, the director of the office

15  down there, he has set up, with U.S. DOJ

16  participating as well, meetings with different CIC

17  personnel and community leaders.

18            We've had already two meetings this past

19  week and we're going to continue that through the

20  process.  We hope to be getting back to Puerto Rico

21  as soon as possible.  Our best work can be done when

22  we're there, but obviously having a senior counsel

23  there, as well as Javier González it works out quite

24  a bit.  And with the plan of using technology

25  continue interacting with the community groups as

Status Conference

1    well.

2            THE COURT:  Okay.  And when you talk about

3    community groups, obviously you're having community

4    engagements with police in different regions but also

5    with the Dominican community, for example, LGBTQ

6    community, I know there's also the Asian American

7    community, and other types of communities which we've

8    seen over the many hearings throughout the years.

9    You're reaching out to all those communities slowly

10   but surely, correct?

11           FEDERAL MONITOR ROMERO:  We are.  And

12   thankfully Sarah from U.S. DOJ has been very helpful

13   in providing information.  And we've reached out not

14   only to the CIC but to all groups in Puerto Rico.

15   And we want to have dialog with them, establish that

16   dialog.  Now, with the website going up as well and

17   establishing the office we have now, Puerto Rico I

18   think is going to go a long way in building those

19   bridges.  And I have to thank U.S. DOJ who's very

20   helpful in that area with the community.

21           THE COURT:  Okay.  Well, thank you, Monitor

22   Romero.  So I'm going to mute you and now I'm going

23   to hear from U.S. DOJ.  Before I hear from

24   Mr. Saucedo, I do want to note that Attorney Timothy

25   Mygatt from U.S. DOJ, he's Attorney Saucedo's chief,

Status Conference

1  he's the deputy chief of the special litigation

2  section on civil rights.  And if I got that wrong,

3  Mr. Mygatt, please correct me.  And before I hear

4  from Mr. Saucedo, is there is anything you wish to

5  state for the record, I invite you.  And thank you

6  for be being here.

7       MR. MYGATT:  Good morning, Your Honor.

8  Thank you, you've got it correct.  And I wanted to

9  start by thanking you for inviting me to participate

10  in today's status conference.  We know that the

11  pandemic presents a challenge for everyone.  And we

12  appreciate all the efforts being made by the courts,

13  the monitor, the special master and the Commonwealth

14  to continue to move the case forward.  We at the

15  civil rights division have also had to adjust to the

16  pandemic and all the changes that it entails and we

17  will continue to do so as the situation arises.  I'm

18  going to turn it over to Mr. Saucedo and Mr. Castillo

19  on any specifics.  I just wanted to make a few

20  preliminary remarks, Your Honor.

21       First, I wanted to say that we are saddened

22  by the passing of two PRPB officers from Covid-19.

23  One of the officers died from Covid-19 -- and these

24  deaths are a real tragedy, and I want to acknowledge

25  that fact.  We recognize that the PRPB officers along

Status Conference

1    with law enforcement officers all around the country

2    are working tirelessly to keep our communities safe,

3    trying to protect the community while also protecting

4    themselves and others from exposure to the virus.

5    And they need our support and we are standing by

6    ready to support them here at the civil rights

7    division.

8         We also appreciate the updates we're getting

9    from the reform office and PRPB on PRPB's response to

10   the Covid-19 virus including especially its efforts

11   to provide officers with personal protective

12   equipment and guidance on other safety measures that

13   they can take.  And we also appreciate the

14   information on PRPB's enforcement of the governor's

15   state-at-home orders that are in effect.  This

16   information-sharing that we're getting from the

17   reform office is critical during this challenging

18   time, and that the closer that we all coordinate

19   together the more successful we can be.

20        We've been working closely with other

21   jurisdictions around the country in the same way that

22   we have been working with PRPB as they confront these

23   challenges and yet continue to move the process of

24   the reform forward.  And I'm pleased to say that in

25   every jurisdiction that I'm working in we've been

Status Conference

1   able to see the reforms move forward while also

2   taking good, sound measures to protect officers from

3   the pandemic.

4          I also just wanted to say it's crucial that

5   we really continue that focus on the reforms that

6   were underway before the pandemic.  The monitor

7   already spoke to this a little bit, but his first

8   report highlighted areas that need continued

9   attention during this case.  We're happy to engage

10  here this morning about the PRPB's efforts on -- I

11  continue to agree with these investigations on

12  officer-involved shootings, it's one of the

13  highlights of that report, as well as the other topic

14  we talked quite a bit about, Your Honor, is the

15  collection of analysis and data through much needed

16  technology and information systems for the PRPB that

17  will both enable the PRPB to perform its judiciously

18  but also allow the monitor to have adequate data

19  about PRPB's performance under the consent decree.

20         So just quickly, Your Honor, we appreciate

21  the Court holding the status conference to hear

22  directly from the parties and ensure that we're

23  continuing progress under the Agreement especially

24  during the time of the pandemic.  We think it's

25  critically important that we pull together at this

Status Conference

1    time and work collaboratively, and we believe this

2    status conference also sets the stage for that

3    collaboration.

4           Now, more than ever, Your Honor, we need to

5    communicate well as a group and not surprise each

6    other.  We need to keep the spirit of trust and

7    confidence in this process and we need to model our

8    officers on how to protect effective leadership

9    during a crisis, and I think that we are on the path

10   to doing that.  After all, Your Honor, I think we all

11   have the same goals in this case and that is

12   effective constitutional policing in Puerto Rico

13   which reduces crime, protects democracy, and protects

14   our civil liberties.

15          So we're looking forward to working with all

16   of you in this case.  I'll turn it over to

17   Mr. Saucedo or Mr. Castillo if they have additional

18   items they'd like to address.

19          THE COURT:  Okay, thank you, Mr. Mygatt.

20   Before I hear from Mr. Saucedo or Mr. Castillo, let

21   me note that I do join -- the Court also joins

22   Mr. Mygatt and the U.S. DOJ in offering condolences

23   to the families of the two fallen police officers who

24   because of the Covid passed away.  I personally have

25   written a letter to the widows and their families.

Status Conference

1   One of them actually worked at the federal

2   courthouse, he was on detail and at ICE.  And he was

3   at the court for a very long time working on sex

4   offender cases involving children so we are extremely

5   saddened.

6           I would also like to comment, Mr. Mygatt, I

7   think this is something I just want the parties to

8   write because you said something very important about

9   effective leadership in a crisis.  And I think that

10  this is something -- again, it's not the scope of

11  this hearing, this status conference, but I think the

12  parties and the monitor should discuss that, as well

13  as the special master, because that is something that

14  the academy which must do a lot of trainings now --

15  they were doing a lot of trainings originally, some

16  online, but now more than ever have to go online.

17  But that is something that probably each and every

18  officer from the latest cadets that just graduated,

19  they were not expecting this challenge, all the way

20  up to Commissioner Escalera.

21          It is very important because everybody at

22  this time is a leader, and that is something that

23  perhaps speakers or some, you know, remote courses

24  from the academy on this I think are especially very

25  important.  And, again, I do have to applaud the work

Status Conference

1    of the police during this crisis because they're -- I

2    don't go out.  I try not to go out.  I've been

3    basically here in my home except for a couple of

4    times I have to go to the office but when I do go out

5    the few times, they are there at every corner, they

6    are doing their jobs.  They're wearing their

7    equipment, they're wearing their masks and being very

8    diligent.  And that is what we expect, and their

9    presence has been felt.  And they have been arresting

10   individuals who have not been following these

11   executive orders, and that is to the benefit of all.

12   So, thank you, Mr. Mygatt.

13            Then Mr. Saucedo, it's your turn.  The

14   agenda, the topics that I wanted the parties to

15   discuss -- and, again, if there's any other topic

16   feel free to add that at the end or at any point.

17   And I think Mr. Mygatt has discussed some of these,

18   but it's the status of the ongoing police trainings

19   in light of Covid-19, community engagement, the IT

20   update, remote monitoring during Covid, and the Covid

21   protocol.  So all these things kind of go around the

22   Covid issue.

23            Again, Mr. Mygatt, Dr. Del Carmen, and

24   Monitor Romero also talked about some of these but

25   please feel free to add any other thoughts and

Status Conference

1    discuss anything else you may have to.  And I'm going

2    to mute myself.

3            MR. SAUCEDO:  Thank you, Your Honor.  This

4    is Luis Saucedo for the United States.  And Tim

5    Mygatt covered all of the opening remarks we had.  We

6    do -- we are prepared to address each of the issues

7    that the Court listed on the agenda.  And, Your

8    Honor, if you want to take them one by one we're

9    prepared to do that.

10           THE COURT:  Yes, please go one by one and

11   then the Commonwealth will have an opportunity to

12   address them.  I will give you then an opportunity if

13   you need to respond briefly to anything, but it's

14   easier than switching back and forth with this Jabber

15   system.  So go ahead and everything you have to say

16   go ahead and say it.  Take your time.

17           MR. SAUCEDO:  Thank you, Your Honor.  On the

18   first topic related to the status of police training

19   during Covid, we understand the need to restrict the

20   academy to avoid large gatherings.  The Police Bureau

21   for the last two years has been implementing virtual

22   training and that should continue to the extent

23   possible.  We all recognize the training is critical

24   to the reform process and, you know, the Police

25   Bureau should be looking at plans to reopen or modify

Status Conference

1   its training process so that can continue.

2            As Mr. Mygatt mentioned, one priority area

3   in training is officer-involved shootings and the

4   training that investigators from the Force

5   Investigation Unit receive.  This is a finding in the

6   monitor's report.  We believe that the training

7   should focus on administrative investigations, on

8   parallel proceedings, and on use of force.

9            Many police departments assign their most

10  seasoned and experienced investigators to homicide

11  units on the criminal side and it's important that

12  the Force Investigation Unit which is assigned to

13  SARP be equally experienced and highly trained.  And

14  so we do look forward to following up with the

15  Commonwealth, with the Police Bureau, and with the

16  Monitor's office to find ways to strengthen this

17  unit.  This is an area that does need focused

18  attention and we do want to work with the

19  Commonwealth on this.  One of the comments we raised

20  in our response to the monitor's report is the need

21  for a corrective plan to address all of the different

22  issues that were identified by the monitor in his

23  first report.

24            And finally, Your Honor, this is something

25  that Mr. Del Carmen mentioned earlier and that is

Status Conference

1    that it is important to review the content of

2    training.  We don't want the training itself to

3    undermine the policies that are being promoted in

4    writing, and so the training is critical; and

5    reviewing the content, to the extent that it has not

6    already been reviewed, is important in this process.

7         Your Honor, the next point related to

8    community engagement.  We agree with the Court on the

9    importance of community engagement during the

10   pandemic.  We have been able to see the community use

11   technology to stay connected.  In April we were

12   invited to attend a video conference held by about 40

13   organizations to address the ten murders or deaths of

14   transgendered individuals on the island over the past

15   year.  And they were able to use a virtual platform

16   to share ideas, express concern, and think of ways to

17   solve this problem.

18        We know that the Monitor's office has also

19   started to use telephone conferences to meet with

20   leaders from the interaction committees.  We believe

21   that this should extend to organizations and other

22   leaders in the community beyond the community

23   interaction committees.  We're prepared to assist the

24   monitor in any way we can in the town halls and in

25   the other initiatives that were outlined in the

Status Conference

1    monitor's May 4th technology plan.

2            Your Honor, on IT this is a very important

3    issue.  We are concerned, Your Honor, with the slow

4    pace of progress in this area.  In March of 2019, the

5    Commonwealth reported that its technology and

6    information systems were not in compliance with the

7    Agreement and that they did not allow for rapid,

8    efficient and appropriate data collection for the

9    various parts of the reform agreement.  The Court

10   also observed that without effective and simultaneous

11   data collection and a review by everybody involved

12   the Court, the parties, and the monitor, that it's

13   wholly impossible to rapidly and effectively

14   determine compliance or noncompliance with the

15   Agreement.  And we agree wholeheartedly with that.

16           So as part of our discussion of the sampling

17   methodology, the sampling strategy by the Monitor's

18   office, we believe it's important to address the

19   quality of the data that's being collected and the

20   integrity of the data.  We were very concerned to

21   hear that the Commonwealth originally reported less

22   than 200 uses of force during the evaluation period

23   and upon further review found that there were

24   actually more than 400 uses of force.  And so, Your

25   Honor, this is an issue raised as part of the

1    sampling strategy.

2         We know that we will be holding conference

3    calls led by the special master to discuss sampling,

4    but the data collection and analysis is an important

5    piece to that.  We think there are three questions we

6    should be asking ourselves in each of these areas:

7    Number one, is the information system in place that

8    is needed to gather data?  We know that there are

9    various systems being developed and implemented.  At

10   the same time we should look at each one and figure

11   out where they are along the development process.

12        Number two, and the Court mentioned this in

13   its opening remarks, and that's the quality

14   control -- ensuring that the data going into the

15   system is good quality and that can be used to make

16   decisions.  And then, number three, it's also

17   important to see how this data is used in the

18   day-to-day operations of the Police Bureau.  It

19   doesn't help anything and it doesn't help certainly

20   for sustainability purposes that monitoring be

21   collected simply for monitoring, and that it be

22   provided to the monitor for compliance but then not

23   used internally to guide the operations of the police

24   department or Police Bureau.  So that's an important

25   part that we also wanted to work with the special

Status Conference

1   master with all of the other parties.

2           Your Honor, you mentioned also remote

3   monitoring during the pandemic.  You know, we did

4   make comments in our response to the monitor's first

5   report lining the monitoring with the monitoring

6   methodology.  And we know that the methodology calls

7   for a number of different methods.  Site visits which

8   are obviously off the table right now, but we

9   encourage the monitor to continue doing interviews of

10  both PRPB personnel and the community to the extent

11  that he needs to be able to reach solid conclusions

12  about where we are in implementation.

13          And finally, Your Honor, on the Covid-19

14  protocol for PRPB, we are encouraged by the numbers

15  that are being shared by the Police Bureau.  We're

16  seeing decreasing numbers of officers in quarantine.

17  At one point they had reached about 1,000 officers in

18  quarantine.  The latest number we received from PRPB

19  indicate that less than 300 officers are now under

20  quarantine.  We do lament the tragic loss of the two

21  officers, and we expect that the Police Bureau will

22  continue to provide support and address safety issues

23  for the police.

24          In this regard, Your Honor, we stand ready

25  to assist the Commonwealth in the implementation of

Status Conference

1    it's Covid-19 protocol.  The civil rights division is

2    not responsible for any federal funding or how that's

3    disbursed but we have made that information available

4    to the Commonwealth.  There is special pots of moneys

5    that have been set aside for law enforcement during

6    the pandemic.  We've seen other jurisdictions apply

7    and get that money and we look forward to assisting

8    the Commonwealth in what we can in this regard.

9         THE COURT:  Thank you, Mr. Saucedo.  What I

10   would like to highlight about what you said is

11   obviously the site visits are not being conducted at

12   this time either by U.S. DOJ personnel or you or

13   anybody else from your team.  To come down here

14   it's -- you know, you'd probably have to go back and

15   quarantine yourself.  You may have to come here and

16   it's not practical at this moment.  So that is going

17   to have to wait.

18        The federal court is closed at least until

19   July 6th.  My fellow judges and I, along with the

20   clerk of court, reconvene later in June to determine

21   when we can partially or somewhat open under strict

22   measures, and that is something all the courts are

23   struggling with.  But we, first of all, to us the

24   most important thing as the court and within that

25   unit is the health and safety of all our personnel,

Status Conference

1   of all our employees, all the attorneys who practice

2   before the court, and obviously I consider the

3   monitor and his staff as part of my court staff, but

4   that's very important.

5          I do want to note that Mr. Romero is

6   extremely anxious and is saying he wants to come next

7   month wait and I've been saying, Wait, until I let

8   you come because it is not simple.  We don't want

9   anybody having to come here and getting ill.  The

10  Covid has different -- and fortunately in Puerto

11  Rico -- again, every death counts but compared to

12  other jurisdictions and compared to Mississippi

13  average and similar in size, the number of deaths

14  here has been extremely low.

15         Even if the statistics -- and, again, some

16  people criticize, other people say they're accurate,

17  but notwithstanding, based on the number of death

18  which are Covid-related, we are doing very well here

19  thanks to the governor's early curfew issues -- I

20  mean, not issues, executive orders, and everything

21  that went.  So we're keeping it that way for the time

22  being.  I think working virtually will really help

23  and it's a way to stay connected and make sure all

24  the stakeholders in the community as well as the

25  police officers are safe.

Status Conference

1          But Monitor Romero did want to come and he

2     was ready, willing, and able to come.  Unfortunately,

3     he went jogging over the weekend and he tripped and,

4     as you can see, he's got a bandage, he has nose

5     stitched, a broken finger.  So that will keep him --

6     he's still working around the clock but he'll have to

7     do it remotely a little bit more.  And I also know

8     that when he couldn't come here because of flight

9     stoppage, Attorney Castellanos himself got, I will

10    call it, a decontamination suit and equipment he got

11    on his own, probably from Amazon, and he was ready,

12    willing, and able, and he was about to go out to some

13    areas and meet with some police officers in different

14    areas.

15          I, myself, do not go.  Right now is not the

16    time.  We need to be safe as with Monitor Romero, and

17    I think that counsel and for all of us in this time

18    period it's more important that we stay in our homes

19    or in our offices rather than start going into the

20    community.  Eventually we will have the measures in

21    place to start doing so slowly but surely, so that's

22    very important.  So, having said that, let me then

23    hear from the Commonwealth.  Let me mute myself.

24          MR. GARCÍA-SOLA:  Good morning to all.  This

25    is Arturo García appearing for the Commonwealth of

Status Conference

1    Puerto Rico.  I'm here with Lizzie Portela.  The

2    commissioner is also here, as well as Colonel

3    Clementina Vega.

4              I first would like to express my greetings

5    to Monitor Romero.  When I tried to reach out to you

6    yesterday I couldn't and then I reached out to the

7    special master and he informed me that you had an

8    accident.  I see that you still have some issues

9    about the accident.  Sorry that you went through that

10   especially at this time and I hope that you recover

11   as quickly as possible.  So best wishes for you,

12   John.

13             Second, I would like to address the Court in

14   his statements about Secretary Janer and explain the

15   situation.  When the Court issued its orders

16   concerning the status conference, rest assured that

17   we communicated those orders not only to the

18   secretary but also to the commissioner.  As of

19   yesterday afternoon both of them were available to

20   participate.  I had kept checking with them to ensure

21   that there would be no problem.

22             Yesterday afternoon at 2:00 p.m. I received

23   a notice from the secretary -- actually at 1:50 in

24   the afternoon yesterday telling me through the text

25   that he had had a very difficult week, that he

Status Conference

1   unfortunately, that he unfortunately had a conflict

2   for today, that he would have to be attending

3   meetings at the La Fortaleza dealing with security

4   issues, and asking me to see if I could try to do

5   something about either getting a postponement or some

6   other alternative.

7          I unfortunately did not see this message

8   until approximately 7:00 p.m. because the firm is now

9   back to onsite operations.  We have onsite operations

10  on Tuesday with a very strict COVID-19 protocol that

11  includes separating all of the staff and the

12  attorneys in the office into two groups -- Group A

13  and Group B.  Group A returned to the office on

14  Tuesday the 26th.  Group B returned to the office

15  yesterday, Wednesday the 27th.  And so we will

16  alternate every day, Group A and Group B so that our

17  propensity is lowered to less than 50 percent because

18  some people have been allowed to be working remotely.

19         Because we returned to the office on Tuesday

20  morning I had back-to-back orientations as required

21  by the regulations of the Department of Labor at our

22  own Covid-19 meeting protocol.  Because of the social

23  distancing requirements of the protocol and

24  regulations and the executive orders those meetings

25  were conducted in the biggest conference room which

Status Conference

1    Your Honor has seen and has been not more than 20

2    people were allowed to come into the conference room

3    for those orientations, and that's why we had to

4    conduct as many orientations.

5            As the managing director of the office so as

6    to make sure that there was only one voice in

7    directing all those orientations, I was responsible

8    for each and every one of those orientations.  The

9    orientations began at 9:30 in the morning and

10   concluded around 5:30 yesterday which for some reason

11   were longer because there were many questions by the

12   employees around 6:00 p.m.  And, as the parties on

13   the call understand, there is still a curfew order

14   and we had to let people go.  And according to our --

15   we also instituted a system of turns, so people could

16   leave the offices at 5:00, 5:30, and 6:00 p.m., at

17   the latest 6:30 so that they could reach their homes

18   on time to comply with the curfew.  So I did not see

19   the e-mail, the text that I received from the

20   secretary because I was conducting this orientation.

21           Upon receipt of the -- upon realizing that I

22   had this request from the secretary who, by the way,

23   I have to say was very set in appearing, as well as

24   the commissioner because both of them had indicated

25   that they would make themselves available for the

Status Conference

1    meeting and they wanted to be present.  When I saw

2    the secretary's text I reached out to the monitor and

3    I left a message again saying that I was not aware

4    saying that he had had an accident.  I waited a

5    reasonable time and when I did not get a response, I

6    now understand why, from the monitor, I reached out

7    to the special master.  I explained the situation to

8    the special master.  This happened yesterday evening

9    at -- this was at 9:00, 9:00 p.m. yesterday.

10          When I realized that I probably would not be

11   hearing from the monitor -- again, I now know about

12   your accident -- I reached out to the special master.

13   I explained the situation to him at that time.  I was

14   already at home and simply we frankly tried to do the

15   most expedited process to reach out to the Court.  At

16   the same time I communicated to the commissioner that

17   he had to be available for the meeting and made

18   everything possible so that he would be able to

19   participate.  The special master and I exchanged not

20   only a long phone call on which Lizzie Portela

21   participated, but also a number of texts during the

22   night and this morning.

23          And so, Your Honor, very respectfully, we

24   tried to do the best thing possible to reach out to

25   the Court, to inform the Court that the secretary had

Status Conference

1    an issue and that he would not be able to attend.  My

2    first request to the special master was to try to

3    reconvene for a later date, obviously that didn't

4    happen.  And so my second request was then let's have

5    the commissioner participate and he was actually

6    prepared to give opening statements.  And that's

7    exactly what happened.  There was no intent to flaunt

8    the Court.  There was absolutely no interest in being

9    disrespectful to the Court.  In the many years that

10   I've been practicing with clients I have never seen a

11   situation with any of us being disrespectful to the

12   Court, and I can assure the Court, and when

13   appropriate the secretary will do the same thing,

14   that no disrespect and no flaunting was in process.

15   On the contrary, we tried as quickly as possible to

16   take alternate measures.

17          Nobody, no one gave any instructions to

18   anybody in the Commonwealth not to participate in the

19   conference, and I can continue to assure the Court

20   that the Commonwealth at every level, including from

21   the governor down, are especially committed with the

22   reform efforts and the reform process.  The best

23   evidence of that is that the parties continue to

24   collaborate through difficult times.

25          The PRPB has complied with every request.

Status Conference

1    The PRPB within the difficult circumstances has

2    produced all the documentation, which happens to be

3    massive, that the monitor and his team has requested

4    be produced with respect to the monitor and his

5    officers.  But in addition to that, the PRPB has been

6    providing updates, regular and periodic updates, with

7    the situation involving the Covid-19 emergency.

8    Everybody's seen those and a lot of people have said

9    they have not receive those and I'll address those in

10   a minute.  But the PRPB has respectfully complied

11   with every request that it has received.  And we have

12   actually gone so far as to produce more information

13   than is required under the monitoring process to

14   comply with the information requests in light of the

15   Covid-19 and also so the national guard matter which

16   I will address briefly later.

17          So on behalf of the Commonwealth, on behalf

18   of Secretary Janer and on behalf of Commissioner

19   Escalera I apologize for the fact that the secretary

20   is not here today.  We will submit whatever document

21   or motion is necessary to be submitted to explain

22   this situation to the Court in writing but, again, I

23   assure that no disrespect was intended.  I will

24   inform Secretary Janer about your statements, Your

25   Honor, so that if he wishes to put something

Status Conference

1   particularly in writing he can do so with our

2   assistance.

3           Let me now turn to the issues on the agenda.

4   I'd like to speak about where the PRPB is today on

5   the Covid-19 situation so that I can update and

6   further update which is timely as of yesterday.  As

7   of yesterday, only 119 police agents were

8   quarantined.  So the numbers at least have gone down

9   drastically, and they have gone down drastically

10  obviously because of the implementation Covid-19

11  protocol and the safety precautions that the PRPB has

12  been taking with respect to their agents.  Only 76

13  positive cases have been reported.  And, as all of

14  you, we also sincerely feel the death of the two

15  agents.  Any death is unfortunate in particular with

16  respect to first responders like these two police

17  officers.  So I join my voice and Lizzie's voice and

18  the entire team to our offer condolences to the

19  families of those officers which are linked to

20  Commissioner Escalera and to Colonel Vega.

21          With respect to the Covid-19 situation the

22  reform office continues to work both at the

23  headquarters and remotely virtually and so the work

24  of the reform office has never stopped, it has

25  continued.  As of today, PRPB has provided equipment

Status Conference

1   to all of the agents including hand sanitizers,

2   masks, disinfectant, and they are following the

3   strict Covid-19 protocol that was adopted with the

4   help of the parties in the case and the monitor.

5           As of today, I'm happy to report, that no

6   headquarter, no *cuartel,* no precinct is closed due to

7   the Covid-19 quarantine efforts that we have had in

8   the past.  So all the precincts are open.  Hello?

9   Hello?

10          THE COURTROOM DEPUTY:  I think he's gone.

11          THE COURT:  Let's wait.  He'll reconnect.

12  Let's just wait here.

13          (Proceedings paused.)

14          MR. GARCÍA-SOLA:  Good to see you again.  So

15  continuing with the opening statement, with respect

16  to the national guard, the national guardsmen

17  continue to provide the same services that they were

18  providing all along.  Mostly, they're working on the

19  administration of Covid-19 tests.  Now that the

20  funding has been withdrawn, we do not expect that the

21  national guard will be engaged in any further

22  activities other than those that they are already

23  working with which are the testing.

24          The governor recently announced that they

25  will also be providing six regional warehouses that

Status Conference

1    are there to store and provide the food distribution

2    system during the emergency.  The national guard has

3    also been working with municipalities in response to

4    the emergency on the different scenarios but has not

5    involved any kind of law enforcement activities.  And

6    to date we continue to understand that based on the

7    order issued by the Court no law enforcement

8    activities will be performed or have been performed

9    by the national guard.

10             The other thing I need to say in opening is

11    that we provided a plan, an operational plan, on the

12    potential use of national guard, if they would ever

13    be called back, but that plan does not constitute

14    because of the order any law enforcement activities

15    or duties to be provided or given to the national

16    guardsmen.  So we think that they will continue to

17    provide the same services that they have provided

18    throughout the emergency.

19             And I neglected to say that that plan was

20    provided to the special master upon his request

21    detailing the particular operational duties non-law

22    enforcement that the national guardsmen may be

23    involved with should they be deployed during an

24    emergency.  And that was provided within the deadline

25    to the special master and the parties, as well as the

Status Conference

1    monitor.

2              Let me now address the issues on the agenda

3    quickly.  With respect to the academy and the

4    training, because of the Covid-19 emergency obviously

5    the academy is now closed.  And the academy, just as

6    every other educational center, the academy is in

7    Phase 4 of the reopening process.  So they are not

8    open and will not open any time soon because the

9    academy, the way that they give the training, give

10   the courses, is in a classroom style and the social

11   distancing requirements do not allow for those

12   conditions to be met.

13             Nevertheless, I should say that the academy

14   is involved -- has started a process, an RSD process,

15   of obtaining the technology necessary to provide

16   instruction in light of the closure of the academy.

17   That process has started.  There was a presentation

18   to us recently on the effort.  The idea is ripe, more

19   robust than the usual training in the academy.  So

20   I'm happy to say that that is a process that has just

21   begun.

22             Yeah.  As long as -- with respect to the

23   opening of the office, as soon as Phase 4 of the

24   reopening process, I believe we are now in Phase 2,

25   as soon as Phase 4 --

Status Conference

1           THE COURTROOM DEPUTY:  Excuse me, Counsel.
2      I think the judge is gone.
3           THE COURT:  I am here.  I am listening.
4           THE COURTROOM DEPUTY:  Oh, okay.  We just
5      can't see you anymore but if you're here, you're
6      okay.
7           MR. GARCÍA-SOLA:  Okay.  Should I continue?
8      So the academy has also prepared, put together, a
9      very robust plan to reopen which also again a
10     presentation was given, was provided to us or given
11     to us just yesterday or the day before yesterday.  I
12     think yesterday.  Right?  Yeah, yesterday.
13          I am also happy to report that the efforts
14     to continue to recruit for the class 230 has
15     continued.  Yesterday there were 74 candidates sworn
16     in to the 230 class and efforts continue.  We are
17     also coordinating -- PRPB is also coordinating with
18     the national guard so that Covid-19 tests be given to
19     all of them so that, provided that the test comes
20     back negative, they can rejoin the class 230 as soon
21     as class 230 commences at the academy.
22          With respect to class 229, Covid-19 started
23     when -- during the second week of the second cycle of
24     the class, at least the second cycle of four cycles.
25     So that means that since that second week of the

Status Conference

1   second cycle the training at the academy has stopped,

2   has ceased.  But, as I said, the academy has put

3   together a plan to reinitiate the training, and the

4   retraining by the way, as quickly as possible

5   following strict Covid-19 reopening protocols as soon

6   as Phase 4 commences.  So we are conscious that this

7   is a very important effort and that's why the PRPB

8   has prepared this very strong and very robust

9   protocol.

10          With respect to community engagement, I

11  learned today of the efforts that the monitor and the

12  U.S. DOJ has talked about, which is very good.  I

13  understand from the monitor that there will be two

14  meetings next week.  That's good, it means that

15  efforts continue notwithstanding the closure orders.

16  The PRPB has also continued to conduct community

17  efforts during the pandemic.  I'm not going to tell

18  you all of those, but I have here a summary of all

19  the activities that have been going on.  They include

20  things such as on May 9th there was a visit to

21  *residenciales*, projects, on occasion of the Mother's

22  Day to provide gifts and continue to provide

23  orientations on Covid-19 pensions.  This was is in

24  Aguadilla.

25          There was also a monthly meeting that

Status Conference

1   happened on May 12, 2020.  In other regions the

2   police they have also had meetings, I'll just mention

3   some of those.  For instance, in Guayama there was a

4   meeting on May 18th, a virtual meeting on May 18th.

5   In Mayagüez, there was a virtual meeting on May 19th.

6   In the Bayamón region they had conducted surveys on

7   the Covid-19 protocol.  They have also visited

8   hospitals and homes.  In Carolina, they have also

9   conducted visits to hospitals in particular to

10  recognize the work of the first responders, putting

11  obviously the nurses and the physicians.  In Ponce,

12  on May 15th, there was a virtual meeting to inform

13  everybody about different matters, community matters.

14      There was also a meeting on the 26th to

15  distribute to the communities donations of food and

16  other articles.  On May 14th and on May 12th messages

17  to the communities in support of a collection at

18  other agencies were distributed.  So the community

19  efforts have been continuing in the best way possible

20  notwithstanding the Covid-19 emergency.

21      With respect to the IT update, Your Honor

22  and the parties, the biggest effort on the IT was our

23  efforts to recruit AH Datalytics, Ben Horwitz's firm.

24  Those efforts have continued dispute the pandemic.

25  We have been in the constant communications with him.

Status Conference

1  The contract has been approved.  We are now in a

2  phase of searching for all the certifications, and as

3  many of the agencies are closed we are still in that

4  process.  Our firm is helping Ben and AH Datalytics

5  to try to finalize that effort, but the contract has

6  been approved including an amendment to the contract

7  to provide for reimbursement of funds.

8          And we also submitted that contract to the

9  fiscal board for approval, and I'll talk about the

10  fiscal board in a few moments, but the PRPB needs to

11  have this contract finalized.  And the objective is

12  to get it finalized as quickly as possible because

13  Mr. Horwitz and his team will be conducting a PRPB

14  analysis or GAAP analysis that will then feed all of

15  the efforts on the IT front.

16          We recognize that there are challenges.  The

17  PRPB is answering those challenges and working to

18  improve the situation as quickly as possible.

19  However, I need to stress that all of the data that

20  has been requested, all of the challenges with the

21  data that has been brought to our attention have been

22  discussed and resolved including the one that Luis

23  mentioned with respect to the use of force.  Very

24  quick action was taken.

25          We came to be aware that there was a gap in

Status Conference

1    the reporting.  We met with the different sides of

2    the agencies, resolved the situation as quickly as

3    possible, and then provided updates to the use of

4    force data that had been provided so that there would

5    be no further gaps.  There were meetings that took

6    place at the very high levels of the agencies.  The

7    data issues were resolved and I think, I believe --

8    Mr. Monitor, John, you can tell me whether that's not

9    the case -- but I believe that they were quickly

10   resolved.  And the data, the new data, was supplied

11   as soon as it became available within, I would say,

12   weeks but I don't remember exactly the time.

13           So we continue to work on update to the IT.

14   The important IT contracts have already been approved

15   and, as I indicated to the parties in earlier

16   conversations, I don't believe that I had indicated

17   this to the Court, the PRPB has requested the fiscal

18   board to approve a substantial increase in the budget

19   to specifically address IT issues.  We are requesting

20   an increase of $11 million per year for at least five

21   years, so that means that the budget will go up to

22   $31 million.  And the information that we have

23   received we have meetings and I've had continued

24   communications with the fiscal board.

25           While I still do not have an approval from

Status Conference

1    the fiscal board, the fiscal board just yesterday

2    approved a revised fiscal plan and now they're going

3    to be going into the approval of the budget.  So I am

4    assuming that very soon they will actually be issuing

5    the approval I'm hoping to get because I received the

6    indication that there were no issues with the

7    request.  And I do hope that the fiscal board

8    authorizes the increase.  And, as I indicated, that

9    increase is exclusively for IT issues.

10           And, by the way, I should say that the

11   $11 million is going to be going into the reform's

12   budget, not the operational budget.  Obviously the

13   reform budget is part of the operational budget but

14   it is going to be included in the reform office's

15   budget so that it's directly managed by the reform

16   office in the IT updating efforts.

17           I just want to address briefly some of the

18   comments that were made respect to the IT.  As I

19   said, we have the same concerns.  Actually the

20   commissioner, the reform office, they all share the

21   concerns.  That's why they have taken measures to

22   ensure that IT comes up-to-date as quickly as

23   possible and that's this was all channeled or has all

24   been channeled to IT.

25           So, I think that we are working on the

Status Conference

1    problems with the data collection, the quality and

2    the integrity, and that's why we had the meeting last

3    week regarding where the data collection efforts and

4    quality of the data was discussed.  I thought that it

5    was a very good collaborative efforts with the

6    monitor and Dr. Levy, the special master, the U.S.

7    DOJ and the PRPB, and I think that positive efforts

8    will come out of the those discussions.

9           On the remote monitoring while we realize

10   that IT efforts or challenges impact the monitoring

11   efforts remotely, the fact is that, as some of us

12   have indicated throughout the meeting, the monitoring

13   has continued to the extent that the data has been

14   produced.  The requests for data have been answered

15   and the data is available.  Of course it is massive,

16   particularly to some areas, and that makes it more

17   difficult for the process of monitoring, but the data

18   that is available it is accessible and it can be

19   reviewed by the monitoring team as I understand

20   they're actually reviewing.

21          On the Covid protocol for PRPB, as you know,

22   it was adopted based on the collaborative efforts

23   between the parties.  The protocol was posted in

24   Policía Informa.  A two-sheet version of the protocol

25   which is much more extensive than the two-sided

Status Conference

1   protocol that was prepared is available and has also

2   been posted.  So the more important thing about the

3   Covid-19 protocol is that I think that the numbers

4   show that the robust protocol that was adopted is not

5   only being implemented but has given us positive

6   results.

7              (Transmission interrupted.)

8              SPECIAL MASTER DEL CARMEN:  We lost your

9   voice, Arturo.

10             MR. GARCÍA-SOLA:  Sorry.  I was just saying

11  that the numbers are the best evidence that the

12  COVID-19 protocol is not only being implemented but

13  it's also given positive results.  From 1,000

14  officers in quarantine to 189 yesterday only 76

15  cases, positive cases, were reported.  I don't want

16  to diminish because, as I said before, any death is

17  significant and important, but they have been

18  limited, and I believe to a very large extent that

19  the robust protocol is responsible for that.  And the

20  commitment by the PRPB to continue to take all the

21  measures necessary, the reporting process, all of

22  that has helped in bringing those numbers down.

23             Let's remember that the police have been out

24  there at the beginning of the crisis and there were

25  shortfalls of PPE and so it was not widely available,

Status Conference

1   but the police took rapid action through the efforts

2   personally by the commissioner in making sure that

3   the PPE was available to all and has been available

4   to all.  Honorable Judge Gelpí indicated that he saw

5   in his few outings -- by the way, Judge Gelpí, I have

6   also had very few outings out of my house.  I'd

7   rather stay home.  But I too have seen the police

8   officers out on the line taking care of folks and

9   doing their job and doing their job in the right way,

10  taking the precautions necessary.  Just this morning

11  as I was coming into the office I saw a police

12  officer, wearing his mask and also wearing gloves,

13  stopping a person who in his car had run red light --

14  ran the light, the red light.

15          So, with that, I am encouraged by the

16  numbers.  I believe that the police has done an

17  amazing effort in working through the emergency and

18  being out there trying to protect the citizenry.  I

19  also feel that what happened on May 1st is also a

20  testament to the efforts.  Obviously there wasn't as

21  much activity as was contemplated, but whatever

22  activity there was in protesting whatever people

23  wanted to protest were allowed to happen, were

24  allowed to happen within the confines of the security

25  efforts.  There were, to my knowledge, no use of

Status Conference

1   force incidents that I know about.  And, as I'm sure

2   you know, the protesters did not comport themselves

3   as they should have.  And I believe you probably know

4   about the incident at La Fortaleza with the big

5   heads.  Everybody was allowed to do their protesting

6   and also some even went inside the perimeter of Old

7   San Juan which the police had determined has to be

8   closed off.  And the protesting was allowed to

9   continue just not inside of Old San Juan for security

10  reasons not only for the police but also for the

11  residents of Old San Juan.  However, a group of the

12  protesters were able to go in.  They were not

13  expelled; they were allowed to have their protests as

14  close to La Fortaleza as the gates at La Fortaleza

15  and that's where they had the souvenirs.

16          So that's all I have to say.  I don't know

17  if the judge has any questions or anybody.  Thank you

18  for allowing us the opportunity to speak and to

19  continue the process of moving forward with the

20  reform.

21          THE COURT:  Okay, thank you to all.  Let me

22  ask Mr. Saucedo or Mr. Castillo I know you're also

23  there.  I think that Mr. Mygatt probably covered

24  probably all that you were going to say, but if

25  there's anything you want to respond briefly to

Status Conference

1   anything, please do so.

2          MR. SAUCEDO:  Yes, Your Honor.  This is Luis

3   Saucedo.  We do want to address the data and

4   collection and production issues that Mr. García

5   raised.  Last week we held a conference call with

6   Dr. Levy from the Monitor's office to go over the

7   sampling proposal that he put forward and we know a

8   lot of work went into that, but we were very

9   concerned that all of this work and effort would go

10  into trying to draw a scientific sample, a valid

11  representative sample from PRPB's data, and that we

12  were doing so knowing some very important red flags

13  about PRPB's data.

14          First of all, we know that all of the --

15  many, if not all, of the data systems are still being

16  developed and implemented.  So we've fallen behind on

17  the implementation of those data systems.  We know

18  that there are efforts underway to move them forward

19  but they have not been implemented fully and that

20  work is still underway.

21          Number two, we know that there's no

22  consistent quality control of the data going in the

23  system.  There's a dearth of data analysts at the

24  PRPB and we hope that that's part of the

25  implementation plans for the Commonwealth to have

Status Conference

1    those data analysts on board.  Number two -- or,

2    excuse me, number three, the Commonwealth are still

3    bringing onboard their data expert to help them

4    internalize this compliance data so that they can

5    rely on it for their own daily operations.

6            And then fourth, Your Honor, the use of

7    force data discrepancies were only discovered after

8    the monitoring meticulously went through all the data

9    productions from the Commonwealth.  And so they had

10   gone through all the various levels of review by the

11   police and were still reported to the monitor and

12   we're now seeing more than double uses of force.

13           So they're very -- we actually think, Your

14   Honor, that it would be irresponsible to go forward

15   with sampling of data and to pretend that it's going

16   to be representative when there's still these huge

17   gaps in the quality of the data.

18           In fact, Your Honor, during our conference

19   call last week the Commonwealth told us that because

20   of the discrepancies on use of force data that they

21   were going to go back and check other data production

22   like arrests and other information that's been

23   provided.  And because there are still these

24   questions about what data is being requested and

25   produced and what that data is we've agreed to have

Status Conference

1   the conference calls on each of the different 11

2   areas of the agreement with the special master to

3   find out whether these data systems are in place and

4   whether the data is ready to be relied upon for

5   monitoring.

6          THE COURT:  Okay, thank you.  And let me

7   share with everybody this is a concern, and I'm aware

8   of this.  The special master and the monitor have

9   mentioned this before.  And this is not a two-prong,

10  this has been ongoing throughout the reform, the

11  accuracy of the data.  So it's very important again

12  that everybody continue to work with the special

13  master.

14         Again, IT, once the new budget clicks in I

15  think that's going to be the first step because if

16  not we're going back to 1950 where everything was

17  kept by hand.  And, again, that's -- there's no way

18  to end this reform.  Every day that that does not

19  occur is one more day that we cannot move forward.

20  And, again, I am retiring in ten years, I've said it,

21  and this has to be over way before that.  Nobody is

22  going to inherit this from me.

23         Okay, so if Mr. García has anything to

24  respond or reply to Mr. Saucedo, please do so and

25  then I'll give some concluding thoughts.

Status Conference

1          MR. GARCÍA-SOLA:  Yes, just very briefly,

2     Your Honor.  We are concerned about the data gaps,

3     very concerned.  Actions are being taken.  Actions

4     were taken.  The discovery of the gaps through the

5     monitoring process, well that's what the monitoring

6     process is supposed to be.  Because of the monitoring

7     process we became aware of the gaps.  And the PRPB --

8     I recognize that the PRPB does not have the best IT

9     resources that it needs to have.  And, as I said

10    before, $11 million are going to be going into that

11    effort every year.  So I think that the PRPB is

12    taking the steps necessary to ensure that the gaps

13    and other problems related to IT get resolved.

14          But this is part of the implementation of

15    the monitoring process; we are starting with the

16    monitoring process and the compliance period.  It's

17    best that it happens now when we are just in CMR-2

18    data collection process and compliance with the

19    monitoring process then if it were to happen later on

20    in the process.  The important thing is that the PRPB

21    is committed to take the actions necessary to improve

22    the IT's efforts.  That is something that is very

23    close to the secretary and in particular to the

24    commissioner that this be handled as quickly as

25    possible.  They are following up on the efforts to

Status Conference

1    bring Ben Horwitz and his partner AH Datalytics as

2    quickly as possible to Puerto Rico.  And that is part

3    of the biggest effort because the idea is that Ben

4    not only participate in the gap analysis but that he

5    continue on a second phase of updating the IT

6    processes.  So that's my response to Counsel Saucedo.

7            THE COURT:  Thank you.  And, again,

8    everybody will continue to work on this, again, it is

9    a problem.  The monitor, as you acknowledged,

10   Mr. García, detected this and that's why it's very

11   important to have the monitor doing what he does.

12   Now, let me just mention something else about the

13   monitoring.  You had mentioned the project.  I do

14   want to mention that the budget for the monitor for

15   the next fiscal year, beginning July 1st, will be

16   exactly the same budget as in the 2019-2020 fiscal

17   year, so it has not increased.  And also that for the

18   special master will remain constant, and there's an

19   order to that effect.  And, again, I just gave the

20   parties some additional time if they thought an

21   additional budget was necessary but nobody requested

22   it.  So we will go on with that.

23            I do want to note also that Monitor Romero

24   has done an extremely good job of utilizing his

25   budget and we are in the process now of obviously for

Status Conference

1   the monitoring of strengthening the Monitor's office.

2   I am, obviously along with him in the active process

3   of recruiting personnel and resources to continue

4   monitoring and working on all the different matters

5   the monitor needs.  I recently informed and obviously

6   since you don't have time so you don't have to

7   address it, of the person he has selected as special

8   counsel so that you both, U.S. DOJ and the

9   Commonwealth, can determine to make sure there is no

10  conflict of interest; and, number two, that obviously

11  the Court and monitors interview and qualifications

12  are corresponding.  And that's the due diligence

13  pursuant to the agreement.  We will continue within

14  the next couple of months.  I would expect that

15  perhaps July, by August the latest, the monitor will

16  have additional staff and this will enable the team

17  to work best.

18         And something I think that U.S. DOJ has

19  noted which is important, we do have -- now with the

20  Covid we have to look for additional individuals here

21  in Puerto Rico who can continue also to support the

22  monitor.  Again, some will have to be from the

23  mainland but again we're also including locally, and

24  that's something that will be worked out.

25         The last matter I just want to mention is,

Status Conference

1    and again we're going to move on forward, but again I

2    note what Mr. García has stated about Secretary Janer

3    not being present.  I think, and I will be extremely

4    blunt about it, contacting the monitor or the special

5    master rather than filing a motion at whatever time

6    which the Court could have reviewed early this

7    morning is not effective.  More so, U.S. DOJ was not

8    contacted, to the best of my knowledge.  And

9    Mr. Janer obviously he will have to be here at the

10   next hearing, but he's a very important person here.

11   In the same way Mr. Mygatt appeared, that's the sort

12   of input that is essential from Mr. Janer.

13           So, again, the special master informed me

14   earlier when I woke up and was ready and preparing

15   for this and then I get the phone calls trying to

16   suspend or cancel everything.  Again, that's not the

17   way to proceed.  Next time I expect all this will

18   happen.  And I'm sure if the governor knew that

19   Mr. Janer had to be here, I'm sure he would be here.

20           I think this is -- and I'm not saying it's

21   you necessarily, Mr. García, because again you're

22   doing other things also but there has to be a chain

23   of command or there has to be accountability.  And

24   something as important as the police reform, the

25   governor should know, and I'm not saying it's you who

Status Conference

1    has to notify her, but somebody had to notify her

2    that Secretary Janer had to be here.

3              So, again, I will not -- as Judge Selya

4    would say, I will not wax longiloquent on this

5    matter.  This hearing is adjourned until the next

6    status conference.  Continue to work collaboratively

7    and move on, and I commend all on the work with the

8    protocol.  And, again, we have seen the importance of

9    that here.

10             We're going to take a short recess and then

11   we have the second case.  Mr. García you're in that

12   case.  That's the other case involving the other

13   consent decree of the police.  So the monitor,

14   special master, and counsel will remain in case I

15   need their help in anything for that case.  And I'll

16   unmute myself and come back once everybody's ready.

17             MR. GARCÍA-SOLA:  Thank you, Your Honor.

18             MR. SAUCEDO:  Thank you, Your Honor.

19             (Status conference concluded at 11:50 a.m.)

20                          ---

21

22

23

24

25

EVILYS E. CARRIÓN-ESQUILÍN, RPR
OFFICIAL COURT REPORTER FOR THE U.S. DISTRICT COURT OF PUERTO RICO
(787) 772-3377

Status Conference

1    UNITED STATES DISTRICT COURT    )

2                    OF                    )ss.

3            PUERTO RICO                )

4

5

6

7                        CERTIFICATE

8

9

10            I, EVILYS E. CARRIÓN-ESQUILÍN, hereby

11    certify that the proceedings are contained fully and

12    accurately, to the best of my ability, in the notes

13    recorded stenographically by me, at the status

14    conference in the above matter; and that the

15    foregoing is a true and accurate transcript of the

16    same.

17

18                        /s/ Evilys E. Carrión-Esquilín

19                        EVILYS E. CARRIÓN-ESQUILÍN, RPR
                          Official Court Reporter
20                        United States District Court
                          Federal Building, Room 200
21                        San Juan, Puerto Rico 00918
                          787-772-3377
22

23

24

25

EVILYS E. CARRIÓN-ESQUILÍN, RPR
OFFICIAL COURT REPORTER FOR THE U.S. DISTRICT COURT OF PUERTO RICO
(787)772-3377