IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

  Plaintiff,

  **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

  Defendants.

CASE NO. 12-2039 (GAG)

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

  **COMES NOW,** the Federal Monitor's Office ("TCA") through the undersigned Senior Counsel who respectfully informs the Court as follows:

  1.  On June $2_{nd}$, $5_{th}$ and $6_{th}$, 2020, several demonstrations took place in front of various Government buildings in the San Juan area, including the Commonwealth Legislature ("*El Capitolio*"), the Governor's Mansion ("*La Fortaleza*"), and the Department of Education, among others.

  2.  The undersigned respectfully informs that members of the Federal Monitor's Office maintained constant communication, in person and via telephone conference, during the course of the above week with PRPB officials and specifically, with Area Commander, Col. Juan García, who kept us informed of the above events and the Bureau's plans at all times.

**Civil No. 12-2039 (GAG)**

3.     The Federal Monitor's Office will be issuing its observations of the above events prospectively in its CMR-3 Report and/or as may be requested by the Court.

**WEREFORE**, the TCA respectfully requests that the Court takes notice of the above for all relevant reasons.

Respectfully submitted.

In San Juan, Puerto Rico this June 9, 2020.

        **S/ ALFREDO A. CASTELLANOS**
        **ALFREDO A. CASTELLANOS**
        Senior Counsel
        Federal Monitor's Office (TCA)
        Cond. Madrid, Suite 304
        Calle Loíza 1760
        San Juan, PR 00911
        Tel. 787-641-8447
        Fax. (787)793-4495

        alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

        **S/ ALFREDO A. CASTELLANOS**
        **ALFREDO A. CASTELLANOS**
        Senior Counsel
        Federal Monitor's Office (TCA)
        alfredo@cglawpr.com