# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled: 10:00 AM
Started: 10:00 AM
Ended: 11:00 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

DATE: June 12th, 2020

**CASE #: 12-CV-2039 (GAG)**

**ATTORNEYS:**

USA

Luis E. Saucedo, Esq.
Jorge Castillo, Esq.

VS.

COMMONWEALTH OF PUERTO RICO ET AL

Arturo Garcia, Esq.
Lizzie Portela, Esq.

**CASE CALLED FOR IN CAMERA STATUS CONFERENCE:**

Present were counsel for the parties. Also present were Monitor John Romero, Special Master Alex del Carmen, Alfredo Castellanos, Federico Hernandez-Denton, DSP Secretary Pedro Janer and PRPB Commissioner Henry Escalera. Status Conference was held as per the Agenda issued at docket entry 1527. Transcripts to be made available upon request.

*s/ Gustavo A. Gelpi*
Gustavo A. Gelpi
U.S. District Judge