IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Defendants. | Civil No. 12-2039 (GAG) |

## MOTION FOR CERTIFICATION OF FUNDS

TO THE CLERK OF THE COURT:

COME NOW defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (jointly, the "PRPB") through the undersigned counsel and respectfully state and request as follows:

1. On May 1, 2020, the Court issued a *Fiscal Year 2020-2021 Budget Order* (Docket No. 1467), whereby it ordered the PRPB to deposit with the Clerk of the Court, on or before July 1, 2020, the operating budgets established by the Court for the TCA Office and for the Special Master for Fiscal Year 2020-2021.

2. Given that FY 2019-2020 will end on June 30, 2020, the PRPB hereby requests that the Clerk certify the amount of funds currently deposited in the case of caption.

WHEREFORE, the PRPB respectfully requests that the Clerk of the Court issue a certificate of funds currently deposited in the case of caption.

WE HEREBY CERTIFY that, on this same date, we filed this Notice with the Clerk

1

of the Court using the CM/ECF system, which will send notification electronically to all counsel of record.

Respectfully submitted.

In San Juan, Puerto Rico, this 15th day of June 2020.

                                         **McCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel.: 787.250.5632
Fax: 787.759.8282
www.mcvpr.com

*s/ Arturo J. García-Solá*
Arturo J. García-Solá
USDC-PR No. 201903
ajg@mcvpr.com

*s/ Lizzie M. Portela-Fernández*
Lizzie M. Portela Fernández
USDC-PR No. 208401
lpf@mcvpr.com