**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**COMMONWEALTH OF PUERTO RICO, et al.,**

    Defendants.

**CASE NO. 12-2039 (GAG)**

### REQUEST FOR ENLARGEMENT OF TIME

**TO THE HONORABLE COURT:**

    **COMES NOW,** the undersigned as Senior Counsel on behalf of the Federal Police Monitor's Office ("TCA"), who respectfully requests as follows:

1. On April 22, 2020, the Court granted the Federal Monitor's Office until July 15, 2020, to prepare and submit to the parties its second Compliance Status Report ("CMR 2") that was originally due on May 15, 2020 (Docket No. 1456).

2. In light of the events that have transpired during the last five months as it pertains to the Commonwealth's compliance with furnishing all sought information regarding the use of force, and in order to ensure a more comprehensive report, the Federal Monitor's Office respectfully requests an additional enlargement of time until tentatively August 15, 2020, to prepare and submit the CMR 2 to the parties. If required for cause, any further enlargement of time will be timely sought by the Federal Monitor's Office.

**Civil No. 12-2039 (GAG-MEL)**

3. The overall interest in the preparation of a comprehensive report within the sought period of time is in the interest of both parties, the Court and stake holders, and will not prejudice in any way the monitoring objectives at hand.

**WEREFORE**, the undersigned, on behalf of the Federal Monitor's Office, respectfully requests that the Court takes notice of the above for all relevant purposes and grant the requested enlargement of time to prepare and submit the CMR 2 to the parties.

Respectfully submitted.

In San Juan, Puerto Rico this June 16, 2020.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Senior Counsel
Federal Police Monitor's Office (TCA)
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Senior Counsel
Federal Police Monitor's Office (TCA)
alfredo@cglawpr.com