# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

    **Defendants.**

**CASE NO. 12-2039 (GAG)**

## ORDER

The Court hereby APPOINTS Attorney Roberto Abesada Agüet as General Counsel to the Monitor. The Monitor as well as the parties, pursuant to the Agreement, favorably interviewed him and reviewed his professional credentials.

Attorney Abesada is an experienced federal and state practitioner admitted to the bar in 2000. He is a magna cum laude graduate of University of Puerto Rico, Mayagüez Campus and cum laude graduate of Interamerican University Law School, where he was editor of the school's law review. Besides having extensive federal civil litigation practice, Attorney Abesada also is experienced in regulatory compliance legal counseling. Since 2006 he has served as adjunct professor of law at the Interamerican University Law School.

**SO ORDERED.**

In San Juan, Puerto Rico this 16th day of June, 2020.

                                  *s/ Gustavo A. Gelpí*
                                  GUSTAVO A. GELPI
                        United States Chief District Judge