# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO,**
**et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

## ORDER RE: SPECIAL MASTER BUDGET

The Budget Order at Docket No. 1467 is hereby amended as follows and applicable to the Special Master only at this time.

Since the creation of the Special Master position, the Commonwealth has deposited a total of $180,000.00 in the Special Master Court Account. First a deposit of $60,000.00 on May 15, 2019 (Docket No. 1110) and then a second of $120,000.00 on April 2, 2020 (Docket No. 1171).

As of today, the Special Master and Assistant Special Master (collectively, "Special Master") have invoiced a total of $107,675.63. He has further informed that his June invoice will amount to $9,000. Thus, by the end of Commonwealth Fiscal Year 2019-2020, the Special Master will have invoiced a total of $118,675.63.

The remaining $61,324.37 that have not been used are the result of the Special Master's authorized leave for several months, as well as that of the Assistant Special Master.

**Civil No. 12-2039 (GAG)**

1

2

3

  Accordingly, the Court hereby **AMENDS** its Order at Docket No. 1467 to only require the Commonwealth to **deposit on or before July 1, 2020** the sum of $58,675.64 for the Special Master's 2020-2021 Budget.

4

  **SO ORDERED.**

5

  In San Juan, Puerto Rico this 17th of June, 2020.

6

            *s/ Gustavo A. Gelpí*
            GUSTAVO A. GELPI
          Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24