IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.

Defendants.

CASE NO. 12-2039 (GAG)

## ORDER

The Commonwealth has requested a certification of funds given that its FY 2019-2020 is about to conclude (Docket No. 1535).

The Clerk has informed that in FY 2019-2020 a total of $1,867,893.00 were deposited by the Commonwealth (Docket No. 1226).

As of today, $1,017,296.61 have been disbursed to the Monitor for staff and consultant invoices, as well as other approved expenses. The Court notes that the final accounting will take place once the Monitor submits the June 2020 invoices as well as any other 2020 consultant and investigator invoices that have recently been submitted or are received after June 30,2020.

The Court notes that of the remaining $850,596.39 FY 2019-2020 funds whatever amount remains following payment of the June 2020 Monitor invoice will be credited towards the FY 2020-2021 Monitor Budget. For purposes of the July 1, 2020 deposit by the Commonwealth the same shall be modified to accordingly to $750,000. Any remaining difference once the June 2020 invoices are paid will be credited.

**Civil No. 12-2039 (GAG)**

The Budget Order at Docket No. 1467 is, hence, modified accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico this 18th day of June, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge