Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

May 27 through June 25, 2020

INVOICE # SM2020-3　　　　　　　　　　　**TOTAL DUE $ 9,000.00**
SPECIAL MASTER
JUNE 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 23.5 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $3,525 |
| 7.5 | Conference calls with the Monitoring Team members and status conferences. | $1,125 |
| 1 | Conference calls with the Parties and Monitor. | $150 |
| 18.5 | Reviewed and provided feedback related to statistical sampling strategy. Participated in conference call on sampling strategy. | $2,775 |
| 4.5 | Drafted and submitted report to Court and parties on National Guard Strategic Plan. | $675 |
| 5 | Worked on Use of Force Training Curriculum Criteria document for the Court. | $750 |
| | | $9,000 |

## Total Wages Due = $9,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____　　　　　　　　6/25/20
　　Dr. Alejandro del Carmen　　　　　　　　　　　　6/25/20