OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

July 2, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for June 2020:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $17,916.66 | June 2020 |
| Castellanos Group P.S.C. | $8,575.00 | June 2020 |
| P.D.C.M. Associates S.E. | $4,120.00 | June 2020 |
| The & Group LLC (Javier González) | $6,311.25 | June 2020 |
| Dr. David Levy | $9,075.00 | June 2020 |
| Viota & Associates CPA LLC | $ 700.00 | June 2020 |
| Donald S. Gosselin | $9,100.00 | June 2020 |
| Al Youngs | $9,100.00 | June 2020 |
| Rafael E. Ruiz | $9,100.00 | June 2020 |
| Scott Cragg | $7,125.00 | June 2020 |
| Federico Hernández Denton | $3,922.92 | June 2020 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 647.50 | June 2020 |
| TOTAL: | $85,693.33 | June 2020 |
| | | |