John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

June 1 through June 30, 2020

INVOICE # 073                                       **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
JUNE 2020 INVOICE

**Duties and Responsibilities as Monitor**

Generated, reviewed, and responded to emails/texts (month of June) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Monitor Team members re: pending reports and reviews.
Conference calls with the Parties and Special Master
Conference calls with Honorable Judge Gelpi.
Reviewed court orders relating to the Consent Decree.
Conference calls with PRPB and USDOJ re: data/document requests
Reviewed FRB files on use of force evaluations re: for CMR-2 Report
Prepared notes on above data relating to use of force evaluations
Reviewed additional data received relating to CMR-2 (Use of Force).
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conference calls with the Special Master and the Parties re: Random Sampling Strategy

## Flat Rate Total Wages Due = $17,916.66

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*[Signature: John J. Romero]*                                       Date June 30, 2020
_____