

# INVOICE

INVOICE NUMBER:  163
INVOICE DATE:  JUNE 28, 2020

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

Invoice

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-01-20 | Police Reform Puerto Rico | Several communications with Monitor's team; conference calls with Javier González, discussions of several upcoming matters | 2.00 | $175.00 | $350.00 |
| JUN-02-20 | Police Reform Puerto Rico | Communications with Monitor Romero; comms. with the Court in compliance with standard TCA requirement; discussions of Monitoring Plan; analysis of possible scenarios and upcoming protests; review of comm. from Saucedo Esq. | 5.00 | $175.00 | $875.00 |
| JUN-03-20 | Police Reform Puerto Rico | Several conference calls with Monitor Romero; comms. with the Court in compliance with standard TCA requirements; comms. with Javier Gonzalez; coordination of meetings, re: upcoming events; review of comm. from Dr. del Carmen | 4.50 | $175.00 | $787.50 |
| JUN-04-20 | Police Reform Puerto Rico | Several comms. and discussions with Monitor Romero; comms. with the Court in compliance with standard TCA requirements; comms. with Javier González; Motion to the Court; discussion of upcoming events and calendar for meetings and upcoming protests related matters | 5.00 | $175.00 | $875.00 |
| JUN-05-20 | Police Reform Puerto Rico | Comms. with Hernández Denton Esq; meeting with and Javier González and Commander of Area San Juan; re; Monitoring Plan; protests and several matters | 4.00 | $175.00 | $700.00 |
| JUN-06-20 | Police Reform Puerto Rico | Several comms.; follow up on possible manifestations or developing events; comms. with Javier González | 1.50 | $175.00 | $262.50 |
| JUN-08-20 | Police Reform Puerto Rico | Several comms. with Monitor Romero; discussions re; National Guard deployment; comms. with Javier González; preparation of Informative Motion regarding June 5 and 6 demonstrations | 2.00 | $175.00 | $350.00 |

INVOICE NUMBER: 163

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-09-20 | Police Reform Puerto Rico | Review of National Guard Report; comms. with Hernández Denton Esq.; several comms. with Monitor Romero and Javier González; Motion to the Court | 3.50 | $175.00 | $612.50 |
| JUN-10-20 | Police Reform Puerto Rico | Conference calls with Monitor Romero; preparation of letter to Dr. David Levy, re; Methodology; coordination of upcoming conf. call and agenda | 2.50 | $175.00 | $437.50 |
| JUN-11-20 | Police Reform Puerto Rico | Conference call with Monitor's Team; conf. call with Monitor Romero, re; Monitor's Office Protocol and related matters; comms. with Javier González | 3.50 | $175.00 | $612.50 |
| JUN-12-20 | Police Reform Puerto Rico | Videoconference with Judge Gelpi; comms. with Monitor Romero; conference calll with Monitor's Team | 3.00 | $175.00 | $525.00 |
| JUN-14-20 | Police Reform Puerto Rico | Review of comms. from Monitor's team; response to comms.; comms. with Hernández Denton Esq.; comm. with Monitor Romero | 1.50 | $175.00 | $262.50 |
| JUN-15-20 | Police Reform Puerto Rico | Memo to the Monitor's Office; comms. with Monitor Romero; Motion to the Court; comms. with Javier Gonzalez | 4.00 | $175.00 | $700.00 |
| JUN-16-20 | Police Reform Puerto Rico | Memo to Monitor Romero; Conference call with Monitor Romero | 2.00 | $175.00 | $350.00 |
| JUN-18-20 | Police Reform Puerto Rico | Comms. with Hernández Denton Esq; comms. with the Court in compliance with standard TCA requirements | 1.00 | $175.00 | $175.00 |
| JUN-19-20 | Police Reform Puerto Rico | Several comms. with Monitor's team; comms. with Javier González; comms. with Monitor Romero | 1.50 | $175.00 | $262.50 |
| JUN-23-20 | Police Reform Puerto Rico | Comms. with Monitor Romero; comms. with Javier Gonzalez | 1.00 | $175.00 | $175.00 |
| JUN-24-20 | Police Reform Puerto Rico | Comms. With Javier Gonzalez; comms with the Court in compliance with standard TCA requirements | 1.00 | $175.00 | $175.00 |
| JUN-26-20 | Police Reform Puerto Rico | Commms. with Hernandez Denton Esq.; comms. with the Court in compliance with standard TCA requirements | 0.50 | $175.00 | $87.50 |
| | | Total hours for this invoice | 49.00 | | |
| | | Total amount of this invoice | | | $8,575.00 |