# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

PHONE: 7874731515    Theandgroup.net

## INVOICE

INVOICE NUMBER: 33
INVOICE DATE: JUNE 28, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-29-20 | Administrative Director | Communications with the Monitor, Work with Staff Invoices, Review of emails related to the case. | 3.50 | $85.00 | $297.50 |
| JUN-01-20 | Administrative Director | Communications with the Monitor and Counselor Castellanos, Work in administrative matters, (Invoices, payments) among others). | 3.25 | $85.00 | $276.25 |
| JUN-02-20 | Administrative Director | Various communications with SJ Area Commander related to protests at La Fortaleza, Monitoring the La Fortaleza protests Thru social media and TV by Instructions of Monitor Romero, Various communications with Judge Denton and Counselor Castellanos related to the FPM case. Review of emails and documents related to the case. | 5.75 | $85.00 | $488.75 |
| JUN-03-20 | Administrative Director | Work with FPM Community Engagement documents, Communications with PRPB Area Commander, Communications with the Monitor, Communications with Counselor Castellanos related to the case. | 3.50 | $85.00 | $297.50 |
| JUN-04-20 | Administrative Director | Prepare FPMPR Invoice Motion, Conference Call with website developers, Communications with the Monitor, Communication with Counselor Castellanos. Share information with the monitor. | 2.75 | $85.00 | $233.75 |
| JUN-05-20 | Administrative Director | Communications with SJ Área Commander related to Department of Education and Fortaleza protests. Meeting with Area Commander and Counselor Castellanos. Monitoring via TV Social Media of the Protests. Communications with the monitor. | 5.25 | $85.00 | $446.25 |
| JUN-06-20 | Administrative Director | Communications with the Monitor and Counselor Castellanos regarding possible protests. | 1.00 | $85.00 | $85.00 |
| JUN-08-20 | Administrative Director | Work with june 2-6 protests Informative motion information, Communications with Monitor Romero, Communications with Counselor Castellanos related to the case. | 2.50 | $85.00 | $212.50 |

INVOICE NUMBER: 33

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-09-20 | Administrative Director | Work with June 2 - 7 Protests Memo to the Monitor. Communication with the Monitor, Communication with Counselor Castellanos related to the case. | 2.50 | $85.00 | $212.50 |
| JUN-10-20 | Administrative Director | Review of information sent by the Monitor (Revised evaluation schema), Communications with the Monitor, Work with the FPM community engagement Documents. | 4.25 | $85.00 | $361.25 |
| JUN-11-20 | Administrative Director | Meeting with staff, Communications with counselor Castellanos related to the case, | 3.25 | $85.00 | $276.25 |
| JUN-12-20 | Administrative Director | Conference call with PRPB and USDOJ, Communications with the Monitor, Work with FPM Community Engagement plan. | 3.50 | $85.00 | $297.50 |
| JUN-15-20 | Administrative Director | Work with FPMPR Confidentiality Agreement Draft, Work with FPMPR Community Engagement Documents, Communications with Counselor Castellanos related to the case, Communications with the Monitor. | 3.75 | $85.00 | $318.75 |
| JUN-16-20 | Administrative Director | Conference call with USDOJ and PRPB regarding CMr-2 request of Information, Communications with the. Monitor. Review of information related to the case. | 3.25 | $85.00 | $276.25 |
| JUN-17-20 | Administrative Director | Conference call with PRPB and USDOJ regarding CMR-2 Request of Information, Conference call with Staff, Communication with Website Developers. | 5.25 | $85.00 | $446.25 |
| JUN-18-20 | Administrative Director | Work with website information, Communications with the Monitor, Monitoring and Communication with SJ Area Commander regarding Governor Message from the "Centro De Belllas Artes in Santurce" | 3.00 | $85.00 | $255.00 |
| JUN-19-20 | Administrative Director | Team conference call, Communications with the Monitor, Various communications with San Juan Area Commander regarding manifestations at La Fortaleza, Monitoring the Manifestation at la Fortaleza. Review of emails related to the case. | 5.00 | $85.00 | $425.00 |
| JUN-22-20 | Administrative Director | Prepare week 15-19 Protest Memo to the Monitor, Work with FPMPR website Information | 2.75 | $85.00 | $233.75 |
| JUN-23-20 | Administrative Director | Review of information related to Conference call with Special master and the Parties, Communication with the Monitor. Communication with Counselor Castellanos related to the case. Review of emails related to the case. | 2.00 | $85.00 | $170.00 |
| JUN-24-20 | Administrative Director | Conference call with the parties and special master, Communications with the Monitor. Communications with Counselor Castellanos. | 4.00 | $85.00 | $340.00 |
| JUN-25-20 | Administrative Director | Communications with the Monitor, Review of Emails related to the case. Review of administrative documents. | 2.50 | $85.00 | $212.50 |

INVOICE NUMBER: 33

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-26-20 | Administrative Director | Review of information sent by PRPB, Work with website information. | 1.75 | $85.00 | $148.75 |
| JUN-28-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $6,311.25 |

MESSAGE

Javier B Gonzalez, June 28, 2020