Dr. David Levy
Snowden Hallowell Way
Alexandria, VA. 22314

June 1-June 30, 2020

INVOICE # 006                                    **TOTAL DUE $9,075.00 USD**
June 2020 INVOICE

The following is a detailed statement of the hours worked.

**1 JUN to 30 JUN 2020 (worked performed in CONUS)**
- **Develop evaluation schema for conversation on sampling strategy (9.5 hours)**
  o  Revised evaluation schema for distribution to parties on 06/10 (2 hours)
  o  Developed full breakdown of sampling methods for all 500+ indicators for Special Master Dr. Alejandro del Carmen in relation to sampling discussion. (7.5 hours)
- **Calls (14.5 hours)**
  o  Conference calls and coordination with Monitoring Team (2 hours)
  o  John Romero (1.5 hours)
  o  Al Youngs (1 hour)
  o  06/12 call with Special Master and Parties (1 hour)
  o  06/24 call with parties regarding sampling method (3 hours)
  o  06/26 call with parties regarding sampling method (3 hours)
  o  06/30 call with parties regarding sampling method (3 hours)
- **Implement the sampling strategy for key data sources for CMR-2 (2.5 hours)**
  o  Prepared lists of PRPB personnel sample for team members (1 hour)
  o  Prepared sample of SARP files for Monitor Gosselin (1.5 hours)
- **Coordination with web design team (11 hours)**
  o  Podio orientation (2 hours)
  o  Developing work packets for back-end project management (9 hours)
- **CMR-2 editing (23 hours)**
  o  Edited Use of Force section for CMR-2 (13 hours)
  o  Developing structured CMR templates for all sections and subsections of the consent decree to expedite report writing (10 hours)
  **60.5 hours total @ $150/hour = $9,075**

**TOTAL FEE:**                    **60.50 Hours x $150/hour = $9,075 USD**

**Total Fees and Expense Reimbursement Due = $9,075.00**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify**

that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

_David Levy_____

Signature

June 30, 2020

_____

Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043