# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER: 20200120
DATE: JUNE 26, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-09-20 | CONSULTING FEES | CHECK DEPOSIT AT FIRSTBANK. | 1.00 | $100.00 | $100.00 |
| JUN-12-20 | CONSULTING FEES | CHECK #2 DEPOSIT AT FIRSTBANK. | 1.00 | $100.00 | $100.00 |
| JUN-18-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS IN WEB CASH, PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF MAY 2020, PAID IN APRIL 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| | | Total hours for this invoice | 7.00 | | |
| | | Total amount of this invoice | | | $700.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)