Donald S. Gosselin, Esq.
7901 4th St. N
Suite 5140
St. Petersburg, FL 33702

**Billing Period:  May 29, 2020 to June 26, 2020**

**INVOICE # 1135**                                    **TOTAL DUE $9,100.00 USD**

The following is a detailed statement of the hours worked.

**All work performed in CONUS**
29 MAY 2020 to 26 JUNE 2020.
- Review Sampling Strategy Spreadsheet proposed by Monitor Dr. Levy
- Review data points submitted by PRPB thus far on paragraphs related to the Professionalism, Equal Protection, Bias Free Policing, Internal Investigations and Discipline areas of the Agreement.
- Multiple videoconferences, teleconferences, emails, texts and other relevant correspondence with Team Members & Parties to the Agreement, including, but not limited to the following subjects;
  - Paragraph by Paragraph discussion of Professionalism, Equal Protection and Bias Free Policing
  - Continue work on Third Request for Production of Documents
  - State of CMR-2
  - Review current data/document request (information already requested)
  - Additional data/documents we will be requesting
  - Discussion on design of random sampling and size.
- Repeated Teleconferences with Special Master and all parties related to data requests both present and future
- Investigate proposed additional Monitors, review subject matter expertise, conduct interviews.
- Continue preparing Third Request for Production of Documents ("RPD")
- Prepare bio for Monitor's Website
- Continue to draft written report on SARP findings for CMR-2
- Correspondences and coordination with Korber, Inc. regarding digital workflow and proposed digital data solutions

**60.66 hours total @ $150 = $9,100.00**
TOTAL FEE:                    60.66 Hours x $150 = $ 9,100.00 USD
FEE WAIVED (CONUS):      Contractor no longer extends pro-bono services
                         to the parties.

<u>Net US FEE PAYABLE</u>          $ 9,100.00

**Total Fees and Expense Reimbursement Due = $9,100.00**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

**26 June 2020**

_____                    _____

Signature                                                                  Date


**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2