**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

June 1–June 30, 2020
Invoice No. 13
Member of Federal Monitor Team

| | |
|---|---:|
| Reviewed and responded to emails and conference calls for the month of June from members of the Monitor Team and the Parties reference methodology and questions concerning requests by the Monitor Team. | 14 Hours |
| Verified list of Supervisors compared to Global List of PRPB sworn personnel. Submitted list of 19 Supervisors to Dr. Levy for random samples to determine numbers of employees supervised and certifications from the Police Academy. | 4 Hours |
| Verified curriculum of ranks, including Sergeant to Captain, checked topics which were covered by the curriculum and training and prepared recommendations for each rank. Researched and reviewed examples of job descriptions, including Sergeant to Captain from four major police departments in the US and based recommendations on their experiences. | 4 Hours |

Continued review of curriculums in Spanish and English of these ten topics to prepare for phone calls with the Parties:

    400-410 Registry of Administrative Complaints and their part of EIS
    Current use of EIS documentation
    GO Chapter 400 Sec. 407 EIS, reviewed names of attendees of training
        and where they are assigned
    Information Exchange Protocol-Criminal Justice System, verified that
        information exchange is part of Community Policing training in the
        Police Academy
    EIS Project Information Chart, verified written timelines for completion of this
        project in cooperation with IT monitor
    Performance Evaluations, reviewed an example of two Performance Evaluations
        with recommendations for use in the new Supervisor Manual, which is being
        developed by PRPB and will be available in July
    Researched and reviewed the following topics in regards to Supervision and
    Administration:
        Summary: Training for First-line Supervisors; New Approaches to Testing
        Selection, Training and Evaluation; 11 Steps Agencies Can Take to Improve
        First-Line Supervision; *Command Performance: A Career Guide for Police*
        *Executives*, published by PERF.                                                      9 Hours

Reviewed and revised CMR-1 and CMR-2 Monitor requests to PRPB for Supervision and Administration after discussions reference the areas to be monitored. Prepared a rough draft copy of Supervision and Administration paragraphs (135–158).     3 Hours

Researched and reviewed inspection and audit manuals from AELE and several major police departments, including Chicago PD, the Virgin Islands, LAPD, and Baltimore PD, these Police Departments have been or are under consent decrees.     3 Hours

Researched, reviewed and obtained PowerPoint presentations and scenario-based training from several major police departments in regards to unannounced integrity audits.     3 Hours

Researched, reviewed and obtained EIS manuals, Blue Courage, IAPRO from several major police departments. Also obtained examples of Crime Center Software and information from Envisage Technologies, spoke with representatives from both these companies. It should be noted that Envisage Technologies is currently working with Chicago and Baltimore Police Departments reference their consent decrees in the area of Training.     3 Hours

Researched, reviewed and obtained copy of New Orleans, US Virgin Islands, LAPD and Baltimore Police Department Supervision Policies and Practices, Sergeant Expectations and SMART book.     3 Hours

Reviewed and revised new document utilized by the Monitor's office to select random samples by David Levy.     2 Hours

Negotiations, meetings and telephone calls reference DHS all-expenses pre-paid (including airfare, lodging in Pueblo, vehicle rental and class tuition, meals and incidentals) attendance for at least eight PRPB officers at the nationally-recognized Security and Emergency Response Training Center (SERTC) in Pueblo, Colorado. Re-contact with SERTC Administration reference attendance by members of PRPB in the first three months of 2021, depending upon COVID-19. Paperwork has been prepared and will be distributed to members of PRPB when dates are determined for attendance in 2021.     3 Hours

Reviewed information and input by other Monitor members reference website, provided information reference new AELE website and reviewed Albuquerque PD website. Reviewed *four* AELE presentations reference training and handouts, which included new handcuffing guidelines, distraction devices, use of force accountability and prone restraint. These documents will be helpful to the PRPB Police Academy.     3 Hours

Contacted IADLEST reference PRPB Police Academy certification. This certification is similar to CALEA, but much cheaper and Spanish speakers serve as assessors from other law enforcement agencies. Several countries in Central America have gone through this certification and indicate the requirements are reasonable and have made them a better police agency. A list of requirements was provided to the Monitoring Team

| | |
|---|---:|
| and it is the hope that at some point in the future, the PRPB Police Academy will be in a position to attempt certification. It should also be noted that ICITAP (DOJ) has been supportive of this certification. | 3 Hours |
| Reviewed and prepared for phone calls with the Parties involving the methodologies and sampling of Supervision, Training and Recruitment. Prepared a rough draft copy of all three of these paragraphs. | 6 Hours |
| In connection with the PRPB FTO program, researched and reviewed new information and handouts from the National Association of Field Training Officers. This information will be useful for the current PRPB FTO program. Also researched and reviewed the Henderson, NV FTO program which is being recognized as a model program nationally. | 2 Hours |
| Researched, reviewed and prepared input reference the Use and Management of Unmanned Aerial System operations (Drones) for the PRPB, General Order 600, Section 634. Reviewed report produced by PERF: Drones: *A Report on the Use of Drones by Public Safety Agencies—and a Wake-Up Call about the Threat of Malicious Drone Attacks* and policies of other police agencies, including Mesa County Sheriff's Department, which was the first agency in the US to be certified by the FAA. | 8 Hours |

**TOTAL HOURS:   73**

Billable Hours:    60 Hours and 40 Minutes at a Rate of $150.00 Per Hour = $9,100.00

Pro Bono Hours:   12 Hours and 20 Minutes

**Total:**        **$9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                              $9,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

6/30/2020
Date