Rafael E. Ruiz  
12 Crestshire Dr.  
Lawrence, MA 01843

INVOICE # 2020-06

DATE: June 30, 2020

Billed to: Federal Monitor, PRPB/USDOJ Agreement  
670 Ponce De Leon Ave. Suite 207  
San Juan, PR 00907

For service: June 1-30, 2020

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| June 2: Monitor and Team Telconf re: CMR-02 | 2 | $150/hr. | $300.00 |
| June 4: CMR-02 data/report Search & Seizure | 6 | $150/hr. | $900.00 |
| June 8: Go-to-Meeting Telconf and training | 4.5 | $150/hr. | $675.00 |
| June 11: Monitor Telconf w/team, CMR-02 | 5.5 | $150/hr. | $825.00 |
| June 12: Monitor Telconf w/Parties, prep/report | 3.5 | $150/hr. | $525.00 |
| June 15: CMR-02 report | 4.5 | $150/hr. | $675.00 |
| June 16: Telconf with Parties, prep/report | 3.5 | $150/hr. | $525.00 |
| June 17: Telconf w/Parties | 2.5 | $150/hr. | $375.00 |
| June 18: Work on data for CMR-02 S&S/Arrests | 5 | $150/hr. | $750.00 |
| June 19: Monitor Telconf w/team | 2 | $150/hr. | $300.00 |
| June 22: Work on CMR-02 report/data | 6 | $150/hr. | $900.00 |
| June 24: Monitor Tel-Video conf with Parties re Sampling | 3.5 | $150/hr. | $525.00 |
| June 25: Research/review, report PPR600-634 "Drones" | 3.5 | $150/hr. | $525.00 |
| June 26: Research/review, report PPR600-634 "Drones" | 4 | $150/hr. | $600.00 |
| June 28: Research/review, draft report PPR600-634 Drones Policy | 3.5 | $150/hr. | $525.00 |
| June 1-30: Phone calls with Monitor and Team | 3 | $150/hr. | $450.00 |
| Subtotal hours worked: | 62.5 | | |
| TOTAL HOURS BILLED | 60.66 | $150/HR. | $9,100.00 |

TOTAL BILLED  $9,100.00

_____  Date: JUNE 30, 2020  
Rafael E. Ruiz