**INVOICE 0064 FOR PROFESSIONAL SERVICES; JUNE 1 – JUNE 30, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO: **Federal Monitor**
Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of June 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects, web and tech support, logistics and meeting coordination | 5.75 | $862.50 |
| Monitor televised protests | 1.00 | $150.00 |
| Monitor Teleconference(s): prep and conduct, CMR-1, CMR-2, data collection method, data schema, PRPB coordination, trip planning | 6.50 | $975.00 |
| CMR-1; validate material posted on website | 0.75 | $112.50 |
| CMR-2; Review, prep of next data requests | 2.25 | $337.50 |
| Review of PRPB/McVeigh responses of data requests | 1.75 | $262.50 |
| Data Review, cross reference, prep for teleconferencing, align with PRPB, review draft reports and information on utilization of the National Guard, review Kronos status report | 5.25 | $787.50 |
| Prep and Attend PRPB/DOJ/Monitor telcon on Data Sampling and Requests | 3.75 | $562.50 |
| Review of Monitor research material - police obstruction of reform, Media reports on Abuse, sharing translated date with DoJ | 1.75 | $262.50 |
| Prep clarification of 4/9/20 Data requests for PRPB, include NIBRS in resend. Review translated EIS proposal, reconcile and crosswalk with past reports, Action Plans, Court Orders and Motions for accuracy, Review of PRPB 261. | 18.75 | $2,812.50 |
| Net Hours US | 47.50 | |
| Allowable Fee | | $7,125.00 |

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Core Team