

# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

| | |
|---|---|
| Invoice#: | 26 |
| Invoice Date: | 06/27/2020 |

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| **06/24/2020**<br>Videoconference meeting of Special Monitor with DOJ and PRPB with Monitor's team about methodology of data gathering for Monitoring; conference call wit Attorne Castellanos discussing and analyzing meeting | 3h 45m | $175.00/h | $656.25 |
| **06/24/2020**<br>Review of Agreement and Sampling Methodology sent by David Levy and Alex del Carmen in preparation for conference call | 1h 00m | $175.00/h | $175.00 |
| **06/19/2020**<br>Video Conference call with Monitor's team | 1h 10m | $175.00/h | $204.17 |
| **06/16/2020**<br>Reading of emails from DOJ, communications with Monitor Romero and Attorney Castellanos | 0h 30m | $175.00/h | $87.50 |
| **06/14/2020**<br>Reading and analysis of Congressional Bill on Policing; Research and analysis of articles on policing problems in different cities in journals and articles published in NY Tines and Washington Post as a result of Floyd George homicide and situation in Atlanta after death of Rayshard Brooks and sharing of articles with Monitor's team and communications with Monitor Romero. | 2h 00m | $175.00/h | $350.00 |
| **06/12/2020**<br>Conference of Special Master with Parties to Plan areas of methodology of sampling techniques on each area of the Agreement; communications with Alfredo Castellanos | 1h 30m | $175.00/h | $262.50 |

| | | | |
|---|---|---|---|
| **06/12/2020**<br>Court Status Conference | 1h 00m | $175.00/h | $175.00 |
| **06/12/2020**<br>Review of file and agenda for status conference and reading of document sent by Judge Gelpí to parties | 0h 30m | $175.00/h | $87.50 |
| **06/12/2020**<br>Reading of transcript of status conference of May 28th and communications with Attorney Castellanos in preparation for status conference of June 12 | 1h 00m | $175.00/h | $175.00 |
| **06/11/2020**<br>Weekly videoconference of Monitor's Office; communications with Monitor Romero and Attorney alfredo Castellanos | 2h 00m | $175.00/h | $350.00 |
| **06/10/2020**<br>Reading of revised evaluation schema sent by David Levy and John Romero and communications with Monitor Romero and Castellanos | 2h 00m | $175.00/h | $350.00 |
| **06/09/2020**<br>Analysis of PRPB's Policy on "Audio Recording on Complainants' Statements and Donald Gosselin's review and comments sent to Monitor | 1h 30m | $175.00/h | $262.50 |
| **06/09/2020**<br>Reading of Report submitted by Special Master, including the documents cited in Report and review of communications of the Monitor with proposals and of documents sent by PRPB | 2h 00m | $175.00/h | $350.00 |
| **06/04/2020**<br>Privileged Communications with Monitor and Alfredo Castellanos | 1h 00m | $175.00/h | $175.00 |
| **06/02/2020**<br>Communications with Javier González regarding protest in SJ and communications with Monitor Romero about the monitoring during the activity | 1h 00m | $175.00/h | $175.00 |
| **05/29/2020**<br>Receipt and reading of email sent by Luis Saucedo with enclosed attachment with Fiscal Plan for DSP approved by Fiscal Supervisory Board | 0h 30m | $175.00/h | $87.50 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$3,922.92** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$3,922.92** |
| Paid: | **$0.00** |
| **Balance Due:** | **$3,922.92** |