

**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

July 1, 2020
Invoice # 15800

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/18/2020 | RAA | Review email from L. Saucedo scheduling conference call. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone conference from L. Saucedo and his team and J. Romero. | 0.70 175.00/hr | 122.50 |
| 6/19/2020 | RAA | Review email from L. Saucedo for monthly meeting. | 0.10 175.00/hr | 17.50 |
| | RAA | Review response from J. Romero to L. Saucedo. | 0.10 175.00/hr | 17.50 |
| | RAA | Email to J. Romero regarding monthly conference call. | 0.10 175.00/hr | 17.50 |
| 6/23/2020 | RAA | Review motion for order to unseal documents. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order granting motion. | 0.10 175.00/hr | 17.50 |
| | RAA | Review docket entries related to unsealed documents. | 0.30 175.00/hr | 52.50 |
| | RAA | Review and analyze latest assessment report prepared by federal monitor. | 0.70 175.00/hr | 122.50 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/25/2020 RAA | Review Commonwealth's motion submitting bi-annual status report. | | 0.10<br>175.00/hr | 17.50 |
| RAA | Electronic communications with J. Romero. | | 0.10<br>175.00/hr | 17.50 |
| RAA | Review emails from L. Saucedo and A. García regarding conference call and email to J. Romero regarding the same. Review J. Romero's email confirming call. | | 0.20<br>175.00/hr | 35.00 |
| RAA | Telephone call from J. Romero. | | 0.20<br>175.00/hr | 35.00 |
| 6/27/2020 RAA | Telephone call from J. Romero. | | 0.10<br>175.00/hr | 17.50 |
| 6/29/2020 RAA | Review email from L. Saucedo re: vetting process completed with no objections. | | 0.10<br>175.00/hr | 17.50 |
| 6/30/2020 RAA | Review order noting and approving invoice of Del Carmen Consulting. | | 0.10<br>175.00/hr | 17.50 |
| RAA | Review motion to deposit funds filed by Commonwealth. | | 0.10<br>175.00/hr | 17.50 |
| RAA | Review order regarding motion to deposit funds. | | 0.10<br>175.00/hr | 17.50 |
| RAA | Telephone call from J. Romero. | | 0.10<br>175.00/hr | 17.50 |
| **For professional services rendered** | | | **3.70** | **$647.50** |
| Balance due | | | | $647.50 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 3.70 | 175.00 | $647.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.