IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **COMMONWEALTH OF PUERTO RICO**, et al., Defendants. | CIVIL NO. 12-2039 (GAG) |

## MOTION SUBMITTING TRANSLATION OF THE ELEVENTH BI-ANNUAL STATUS REPORT

TO THE HONORABLE COURT:

COME NOW Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department ("PRPB"), by and through the undersigned counsel, and respectfully inform the Court as follows:

1. On June 24, 2020, the PRPB filed its Eleventh Bi-Annual Status Report ("Status Report") pursuant to Paragraph 261 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department in the Spanish language. *See* Docket No. 1548.

2. The PRPB requested thirty (30) days to file the English translation. The request was granted by the Court. *See* Docket No. 1459.

3. The PRPB hereby files the certified translation of the Status Report.

**WHEREFORE**, PRPB respectfully requests the Court to take NOTICE of the above submission, with any additional relief the Court deems just.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 23rd day of July, 2020.

By:

*s/ Arturo J. Garcia Sola*
Arturo J. Garcia Sola
USDC-PR No. 201903
ajg@mcvpr.com

*s/Lizzie M. Portela*
Lizzie M. Portela
USDC-PR No. 208401
lpf@mcvpr.com

**McCONNELL VALDÉS LLC**
PO Box 364225
San Juan, PR 00936-4225
Telephone (787) 250-5641
Fax: (787) 759-8282