CERTIFIED TRANSLATION:



# ELEVENTH BI-ANNUAL STATUS REPORT

**Puerto Rico Police Bureau**
**October 2019 – March 2020**

## HENRY ESCALERA RIVERA

### Commissioner

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# TABLE OF CONTENTS

I.    Introduction ..................................................................................................... 3

II.   PRPB's response to the findings presented by the Monitor in the CMR-1 ......................... 4

III.  Office of the Reform ........................................................................................ 8

  A.   Survey and Compliance Division ....................................................................... 8

  B.   Policies and Procedures Division........................................................................ 9

  C.   Employee Assistance Program (PAE) .................................................................10

IV.   Compliance Areas of the Agreement.................................................................. 11

  A.   Professionalization...........................................................................................11

  B.   Use of Force ...................................................................................................12

  C.   Equal Protection and Non-Discrimination ...........................................................16

  D.   Recruitment, Selection, and Hiring ....................................................................21

  E.   Training ........................................................................................................23

  F.   Administrative Complaints, Internal Investigations and Discipline ..........................29

  G.   Community Engagement and Public Information ...................................................32

  H. Information Systems and Technology ..................................................................39

  1.   Project Management System..............................................................................39

  2.   Computer-Aided Dispatch (CAD)........................................................................39

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

3.  **Globally Totally Electronic (GTE)** ............................................................................40

4.  **Performance Evaluation System (PROMEDIA)** ..........................................................40

5.  **Police Training Management System (PTMS)** ...........................................................40

6.  *ShootER* .....................................................................................................................41

7.  **Online Courses (NUCO)** ...........................................................................................41

8.  **Radio Recording System** ...........................................................................................41

9.  **Formal Community Partnerships – Community Relations** .........................................42

10. **Early Intervention System (EIS)** ................................................................................42

11. **Virtual Library** ..........................................................................................................43

12. **Real Plus (Real+)** .....................................................................................................43

13. **Computerized Analysis and Statistics System SAEC+** ..............................................44

V.  *Conclusion* ................................................................................................... **45**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

**PUERTO RICO POLICE BUREAU**
**ELEVENTH BI-ANNUAL STATUS REPORT**

## I.  Introduction

Pursuant to the provisions of paragraph 261 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter, the "Agreement"), the PRPB hereby submits to this Honorable Court its Eleventh Bi-Annual Status Report (the "Report"). It includes the response to the First Compliance Monitor Report ("CMR-1"), the most significant achievements in the implementation of the requirements set forth in the Agreement, as well as the initiatives developed and adopted by the PRPB for the period between October 2019 and March 2020.

We note that the capacity building process under the Agreement has been completed and we have begun the compliance verification process by the Federal Monitor ("Monitor").  This process is being conducted by means of requests for documents and visits to police areas by the Monitor. The Monitor then performs a qualitative and quantitative analysis of the data in accordance with the Compliance Methodologies developed in coordination with the Monitor and the Department of Justice ("DOJ") and approved by the Court.  Following this process, the Monitor submitted its CMR-1 on March 29, 2020, for the period October 2018 to July 2019.

On December 9, 2019, a hearing was held at the U.S. District Court for the District of Puerto Rico on the status of the proceedings in the Reform case, aimed at giving continuity to the processes of implementation of the Reform in the PRPB. The topics discussed included Compliance Methodologies, recognizing that this is the result of an agreement between the parties and that these are subject to change if necessary. Technological projects such as the KRONOS system (Pilot Plan in the Puerto Nuevo Precinct) and the Body Cameras were also discussed. The benefits to PRPB personnel of a visit to the New Orleans Police Department,

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

which is currently undergoing police reform and is recognized as a model case of progress in police reform, were also discussed.

We reiterate that the PRPB aims to guarantee the civil rights of citizens and keep them informed of the Agency's work. To learn about past periods, please refer to the PRPB's previous six-month reports.

## II.    PRPB's response to the findings presented by the Monitor in the CMR-1

On March 29, 2020, the Monitor filed the CMR-1 on the following areas: (a) Policies and Procedures, (b) Use of Force, including critical discharges, and (c) Information and Technology. We hereunder summarize the Monitor's position and state the PRPB's position on certain findings:

### A.   Policies and Procedures

The Monitor concluded that the PRPB is in substantial compliance with the requirements of the Agreement by having created or amended 131 policies and procedures related to the 11 areas of the Agreement. The Monitor found partial compliance with paragraphs 110 and 111 of the Agreement regarding access to manuals for all policies in the PRPB's work units and at the central level. In response to this issue, the PRPB reports that it is currently working on the creation of a Virtual Library that will be available on the Agency's website. All PRPB policies and procedures will be available in the Virtual Library, accessible to all MPRPBs and the general public.

### B.   Use of Force

In the area of Use of Force, the Monitor concluded that the PRPB is in substantial compliance with several paragraphs for the following reasons: (i) it created the Force Investigation Unit ("FIU") or the Use-of-Force Incidents Investigation Division; (ii) trained its personnel; and (iii) sent

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

investigators to police areas to conduct investigations on the use of force.  The Monitor found that 92% of cases were reported by FIU investigators within the one (1) hour time limit provided in the corresponding General Order and that 98% of cases were reported before the shift change.

The Monitor found the PRPB in partial compliance with some areas of Use of Force. He identified certain deficiencies in the investigative process indicating that investigation reports lacked reference to evidentiary materials, such as: diagrams, sketches, ballistics or firearms reports, photographs, etc.  Following the opportunity that the PRPB had to comment on the Monitor and its team's preliminary findings, the Monitor emphasized in the CMR-1 that, in part, such lack of evidentiary elements is due to the manner in which use of force investigations are conducted when there are different agencies of the Government of Puerto Rico (and sometimes the U.S. Government) in which the FIU has no primary jurisdiction over the crime scene and the evidence collected by the different agencies.  This is a quite different approach from the way this type of investigation is conducted in other police forces including, but not limited to, the New Orleans Police.  The Monitor further mentioned that use of force reports require a more critical analysis by the supervisor, the FIU, and the FIU Review Board.

In response, the PRPB has adopted several recommendations to improve the quality of its investigation reports, such as: documenting efforts to locate witnesses, working with other agencies to achieve collaborative agreements, requesting extensions of time on its reports until all the evidence needed to reach a conclusion is received, receiving more thorough training on criminal investigations, and training supervisors more efficiently on their supervisory duties and the importance of critical analysis and the reduction or elimination of stereotypical language. These points are being worked on in an effort to improve the quality of investigation reports, which will require additional training for FIU members.

   C.   Information and Technology

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

On Information and Technology, the Monitor concluded that the PRPB is in partial compliance with the requirements of the Agreement due to the development of the Computer Aided Dispatch ("CAD") but that, as of the date of the CMR-1, the institutional training on the CAD had not been developed.  In turn, the Monitor noted that the CAD lacks an amended and comprehensive form for collecting the required data, including uses of force.

Conversely, the Monitor found the Agency non-compliant with two paragraphs in the area of technology: paragraph 222 which requires supervisors to be provided with tape recorders to record witness interviews in their complaints investigation functions, and paragraph 223 which requires data from the National Crime Information Center ("NCIC") to be made available to MPRPBs.  The Monitor explained that little progress has been made by the PRPB in the area of technology during the 4-year capacity building period, despite its request for an additional extension to October 2018.

In response to the CMR-1, the PRPB states that through the Technology and Communications Bureau ("Negociado de Teconología y Comunicaciones" or "NTC", its Spanish acronym), it is addressing the needs required to comply with the Agreement and has taken the following affirmative actions:

- The PRPB is in the process of hiring an expert (Ben Horwitz of AH Datalytics, the same firm that worked on the technology-related aspects of the New Orleans City Police Reform) to help the Agency identify technology needs that will lead to a sustainable reform.  The idea is that this expert will continue to work with the PRPB in a second phase to implement the measures arising from the needs analysis in order to provide the Agency with the technological resources - including human resources, equipment, and applications - needed for a sustainable reform.
- The PRPB requested an increase in the Reform budget for fiscal year 2020-2021, for some projects in the area of technology, including staffing needs.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

- NTC identified in its FY 2020-2021 Reform budget presentation the need for staff and technology experts to enable the recruitment of staff for the Agency that will support the technology projects required by the Reform process, including the Kronos project, etc.

- The Time and Attendance Information System ("Sistema de Información de Tiempo y Asistencia" or "SITA") project is being implemented by units.

- The NTC provides, as requested by the Auxiliary Superintendency for Education and Training ("Superintendencia Auxiliar en Educación y Entrenamiento" or "SAEA"), the technical support resources of both the developers and any other personnel to create syllabuses and educational materials on the training courses of all technological tools that have been developed to comply with the Agreement.

- In view of the increased use of applications in production and use, an assessment of the data communications network was conducted and it was concluded that bandwidth should be increased in all the Agency's units. Currently, the NTC has requested quotations from several companies in order to estimate a viable solution to meet the Agency's needs.

- The functionality for collecting data and information on uses of force was developed on Form PPR-126.2, included in the Globally Totally Electronic ("GTE"). During the March 2020 visit, the functionality was presented to the Monitor and Department of Justice personnel on a trial basis at the San Juan Command Center. Currently, testing has been completed and personnel members are being oriented on the functionality to be implemented in all police areas.

- Tests and validations of the functionality for access to the NCIC database were conducted using CAD, as required by the Federal Bureau of Investigations (FBI).

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

- The testing and validation of the functionality of the global positioning system (GPS) are in progress, and the equipment needs for the Command Centers are being analyzed.

- Priority has been given to modules that collect the data and information required by the Early Intervention System ("EIS"). Currently, the modules that require more complexity and importance are in production. These modules are:

    – Administrative Complaints (SARP)
    – Legal Affairs Office (OAL)
    – Domestic Violence
    – Sexual Crimes

## III.   Office of the Reform

### A.   Assessment and Compliance Division

The Assessment and Compliance Division, attached to the Office of Reform, started to give orientations in the different Police Areas and Auxiliary Superintendencies on all Monitoring Methodologies that the Monitor will use to assess compliance with the Agreement.  The objective of these orientations is to inform the employees of the PRPB, through a digital presentation by personnel of the Office of Reform and practical examples, the content of the Methodologies and what the Monitor will be verifying in order to determine if the PRPB is complying with the Agreement. It is also providing guidance on the need to work as a team to demonstrate full and effective compliance with the provisions of the paragraphs contained in the Agreement.

The following work units received orientations during the period covered by this Report: Arecibo, Humacao, Mayagüez, Bayamón, Carolina, the Auxiliary Superintendency for General Services ("Superintendecia Auxiliar en Servicios Generales" or "SASG"), Fajardo, San Juan, Aibonito, the Joint Forces of Rapid Action ("Fuerzas Unidas de Rápida Acción" or "FURA"), the Auxiliary Superintendency for Professional Responsibility

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

("Superintendencia Auxiliar en Responsabilidad Profesional" or "SARP"), Aguadilla, Guayama, SAEA and La Fortaleza Police Auxiliary Superintendency ("Superintendencia Auxiliar Policía de Fortaleza" or "SAPF"), Caguas, the K-9 Division, the Drug Bureau, Ponce, and Utuado

## B. Policies and Procedures Division

The purpose of the Policies and Procedures Section is to institute a public policy for the PRPB and revise existing policies and procedures to ensure that they reflect the priorities of the PRPB and the requirements of the Agreement.

In accordance with the above, we first report that the following policies were signed and published after the delivery of the PRPB Tenth Six-Month Status Report, which corresponded to the period of said Report:

a.  OG 503 Specialized Divisions Evaluation Board;

b.  OG 625 Crowd Management and Control;

c.  Internal Regulations for the Prevention of Discrimination, Sexual Harassment and Retaliation; and

d.  Internal Regulations for Students of the Auxiliary Superintendency for Education and Training.

We report below that, during the period covered by this Report, the following policies and procedures have been revised:

1.  Revised policies with non-substantial changes:

    a.  OG 636 Evidence Room;

    b.  OG 701 Field Training Program;

    c.  OG 134 Center for Collection, Analysis, and Dissemination of Criminal Intelligence ("Centro de Recopilación, Análisis y Diseminación de Inteligencia Criminal" or "CRADIC");

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

    2.    Documents and/or policies created during the period covered by this Report:

    a.    Police Concepts Glossary; and

    b.    Internal Regulations for the Citizen Interaction Committees.

## C.  Employee Assistance Program (PAE)

### 1.  Employee Assistance Program (PAE)

The public policy of the PRPB is to provide non-punitive support services to address and correct behavioral problems, as part of discipline and performance improvement systems. It should be noted that the PRPB currently has sixteen (16) psychologists: fifteen (15) employed as professional services and one (1) career psychologist who is also the Program Director.

Recognizing the need to address the physical and emotional burnout that sometimes negatively impacts the work of MPRPBs, a workshop was offered on "Recognizing Workplace Burnout Syndrome and the Risks to Wellness". The PRPB, through the Psychology and Social Work Division, has also offered its employees different workshops on topics ranging from work issues to family relations. For example, on September 26, 2019, a workshop on self-care and stress management was offered in the amphitheater of the Headquarters. Similarly, on December 6, 2019, a workshop on raising and managing a healthy family was held.

Previously, MPRPBs felt reluctant to receive support from the PAE, as this represented automatic disarmament.  Last year, the PRPB conducted an orientation campaign to raise awareness on the benefits of the Program and the help available.  As a result, MPRPBs have voluntarily come forward to receive some form of psychosocial help or support.  This shows a significant improvement in the perception that prevailed on the PAE and evidences the effectiveness that it has had as an additional help to MPRPBs.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

| REFERRED CASES EMPLOYEE ASSISTANCE PROGRAM | | | |
|---|---|---|---|
| **DATE YR / MO** | **REFERRED CASES** | **VOLUNTARY CASES** | **TOTAL** |
| 2019 – Oct. | 13 | 19 | 32 |
| 2019 – Nov. | 20 | 13 | 33 |
| 2019 – Dec. | 11 | 12 | 23 |
| 2020 – Jan. | 25 | 12 | 37 |
| 2020 – Feb. | 56 | 13 | 69 |
| 2020 – Mar. | 11 | 12 | 23 |
| **GRAND TOTAL** | **136** | **81** | **217** |

As part of the preventive efforts during the current year, the PAE intends to produce quarterly newsletters. These newsletters will be sent by email to all staff and there will be a workshop for each topic in the amphitheater at Headquarters.

## IV.   Compliance Areas of the Agreement

### A. Professionalization

The purpose of the Professionalization area is to develop processes and mechanisms that will contribute to promoting professional, ethical, and respectful police services to effectively meet public safety-related challenges.  We report the following:

### 1. Professionalization of High-Rank Officers

With the commitment to continue the process of professionalization of high-rank officers (area commanders, directors of negotiations, among others) on November 20, 21 and 22, 2019, a training of 40 contact hours in "Community Police" was offered to 31 officers.  The training was presented by St. Petersburg College staff on the following topics:

a.   From theory to practice;

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

    b. Crime prevention through environmental design; and

    c. Intelligence-led policing.

As part of the training, participants were divided into five (5) groups in order to develop strategic plans for working on social problems and/or quality of life within specific communities in Puerto Rico.

## 2. Sign Language

In order to continue providing MPRPBs with the tools to facilitate communication with hearing-impaired citizens, on November 12, 2019, a group of seventeen (17) MPRPBs from different work units completed the Intermediate Sign Language Course offered by the Office of the Advocate for Persons with Disabilities. On January 29, 2020, the Advanced Sign Language Course began to be offered, thus completing the three main levels of study.

## B. Use of Force

### 1. Reports on the Use of Force

In the CMR-1, the Monitor identified discrepancies in the number of use-of-force incidents reported to the FIU, as well as the number of these incidents reported in the Significant Trends Report published on the PRPB website, and in the number of use-of-force incidents reported to the Command and Radio Control Center.

Therefore, and in order to provide reliable statistics on use-of-force incidents, keeping in mind full transparency in the disclosure of information, the PRPB withdrew the Significant Trends Report from the PRPB website.   The process for collecting the uses of force is being reviewed, even the one that had been preliminarily reported to the Monitor.  The PRPB is in the process of developing a protocol that clearly and accurately details the handling of use-of-force data.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

## 2. **Crowd Control**

As part of the CMR-1, the Monitor evaluated the performance of the PRPB during the May 1, 2019 demonstration that took place at La Milla de Oro in Hato Rey and concluded that the PRPB responded with appropriate actions aimed at guaranteeing the right of the demonstrators to freedom of speech. It further found that the PRPB, in its deployment plan and following applicable policies and procedures, established a positive dialogue with the organizers and participants of the event. The Monitor and his team requested and received additional information during the drafting of the MRC-1, which allowed them to conclude that the PRPB's response to this event complied with the policies and procedures applicable to this type of event.

## 3. **Pilot Plan of Projections and Implementation Strategies for Behavioral or Mental Health Crisis Response in the Arecibo Police Area.**

The Arecibo Police Area implemented the Pilot Plan of Projections and Implementation Strategies for Behavioral or Mental Health Crisis Response. This Pilot Plan is aimed at training, coaching, and providing MPRPBs with the skills needed to deal with a crisis involving individuals or mental health issues. The PRPB is responsible for providing its members with basic training on responding to this type of incident and for training the Crisis Intervention Team ("CIT") with emphasis on the procedure to be followed for custody transfer or voluntary referral and appropriate places for confining minors undergoing mental health crisis. Also, dispatchers will be trained to identify and respond to service calls involving a behavioral or mental health crisis.

For this purpose, the CITE 8061 syllabus was developed and the training consisted of 40 contact hours. MPRPBs were trained on the psychological and legal aspects of mental health and visited Hospital Panamericano and the Psychiatric Hospital (ASSMCA), among others. On November 8, 2019, the graduation of the first CIT took place. Sixteen (16) MPRPBs graduated: twelve (12) MPRPBs from the SAIC,

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

including three (3) dispatchers, one (1) from the SAIC, and three (3) observers (2 from the Office of the Reform and 1 from the Community Relations Bureau). The purpose of having observers is to put the PRPB in a position to validate or object to any emerging issues, and to be able to monitor the implementation of the Pilot Plan. With the creation and subsequent graduation of this MPRPB team, requirements 56 and 57 of the Agreement are met.

In addition, a two (2) day training entitled "Applied Suicide Interventions Skills Training" ("ASIST") was coordinated with Ms. Emma Berríos López of the ASSMCA Training and Technical Assistance Unit to train staff on case management of persons with suicide attempts. This training was developed by Living Works Education Inc. a Canadian-based educational institution that has certified over 2 million people on suicide prevention skills under the slogan "Safe for Now". This is a structured training program where the instructors have no academic freedom, with a variety of strategies for adult learning.

Through an anonymous survey with structured questions, before and after the training, participants were tested on their knowledge and ability to work with people with suicidal thoughts. The enrollment of participants comprised ten (10) CIT members, and two (2) ASSMCA employees. The training was held on January 23 and 24, 2020, at the Juan Aubin Cruz Coliseum in the Municipality of Manatí.

Eventually, other trainings offered by ASSMCA will continue to be coordinated which will be very helpful in the performance of the staff during such interventions. Ongoing efforts to facilitate and enhance these services are being made to identify Arecibo Area MPRPBs who are proficient in other languages, including sign language. In addition, the PRPB has a list of the different Consuls, in case of interventions with foreign individuals.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

In addition, on February 13, 2020, representatives of the Monitor's staff and of the DOJ visited the CIT to see how the Pilot Plan was performing in the Barceloneta District, and the visit resulted in several recommendations to improve the Pilot Plan. The PRPB will be following-up on these recommendations in order to improve the effectiveness of the plan.

4. **Resources Acquired**

The Agreement aims, among other things, at ensuring that PRPB employees have the tools, guidance, and resources required to effectively combat crime and promote public safety. For this reason, during the period covered by this report, the PRPB has acquired the following equipment:

a. Eleven thousand four hundred twenty-two (11,422) electric control devices ("ECDs") with their respective holsters;

b. One hundred (100) cables to download the quarterly data from the EDC equipment through the data port. The PRPB certified through the supplier company seventy-eight (78) MPRPB as ECD Solutions and Investigations Technicians. The process of downloading the quarterly data allows the identification of equipment misuse such as activations or applications of the ECD that are not documented in the corresponding reports, such as the PPR-605.1 Use of Force Report, and the PPR-602.1 Electric Control Device Usage Log.

c. Thirty thousand five hundred forty-three (30,543) disposable cartridges for DCE. This amount allows each employee who has a DCE to have an additional cartridge as part of their uniform. This number will continue to increase with each expiration date (every 5 years) of this equipment. These expiration dates began in 2018.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

## C. Equal Protection and Non-Discrimination

### 1. Statistics on the orientation given through the Sex Crimes Hotline

The hotline is a telephone line available 24 hours a day, 7 days a week.



| STATISTICS OF THE SEX CRIMES HOTLINE (787) 343-2020 |
| :--- |
| October 1, 2019 – March 31, 2020 |
| Total Calls: 437 |

| | |
| :--- | :--- |
| -Anonymous Tips | -Orientations |
| -Sodomy | -Human Trafficking |
| -Sexual Assault | -Act 54 of 1989 (Art. 3.5) |
| -Other Crimes | -Indecent Exposure |
| -Pornography | -Lewd Acts |
| -PREA | -Sexual Harassment |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

These statistics show the numbers of calls received through the hotline during the period covered by this Report. It should be noted that, following an investigation, these cases may be reclassified.

**2. Complaints filed with the Sex Crimes and Child Abuse Division**

Paragraph 97 of the Agreement states that the PRPB shall monitor the results of investigations of sexual assault cases, including whether the investigation resulted in arrests; whether the prosecutor charged the suspect, and whether the suspect was convicted. The PRPB will also monitor sexual assaults by gender, as well as incidents in which more than one person is arrested. This data will be published on the PRPB website, as required by the above-mentioned paragraph.



| | | | |
|---|---|---|---|
| **Statistics on Sex Crimes** | | | |
| **Detail of Arrests and Convictions: Oct/1/19 – Mar/31/20** | | | |
| -Reported Incidents | -Investigation Resulted in Arrest | -Multiple Arrests | -Prosecutor Ordered to Press Charges |
| -Convictions | | | |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:



**\*Note:** Discrepancies between the number of incidents reported and the total number of victims is because some incidents involved more than one victim.

| Statistics on Sex Crimes |  |  |  |
| --- | --- | --- | --- |
| Detail of Victims by Gender: Oct/1/19 – Mar/31/20 |  |  |  |
| -Reported Incidents | -Total Victims | -Female | -Male |
| -Gender Unknown |  |  |  |

### 3. Statistics on Domestic Violence: Gender, Arrests, and Convictions

Paragraph 100 of the Agreement states that the PRPB will monitor the results of investigations of Domestic Violence cases, including whether the investigation resulted in arrests, whether the prosecutor charged the subject, and the subject was convicted. The PRPB will also monitor domestic violence arrests by gender, as well as incidents in which more than one person is arrested. The PRPB will publish this data in its Annual

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

> Report.  We stress that the incidents reported may correspond to the same victim, so
> they are greater than the number of victims reported.



| Statistics on Domestic Violence |
| :---: |
| Detail of Arrests and Convictions: Oct/1/19 – Mar/31/20 |

-Reported Incidents          -Investigation Resulted in Arrest   -Multiple Arrests
-Prosecutor Ordered to Press Charges      -Convictions

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:





| Statistics on Domestic Violence |
| :---: |
| **Statistics on Domestic Violence**<br>**Detail of Victims by Gender: Oct/1/19 – Mar/31/20** |

-Total Reported Incidents        -Female        -Male

## 4. Statistics on Arrests of Members of the Police Bureau Related to Paragraph 100 and others

The following data shows the number of complaints against officers received for cases of domestic violence, from October 1, 2019 to March 31, 2020. In addition, it shows the number of arrests resulting from these complaints, the cases where the prosecutor filed criminal cases against the arrested police officers, how many were convicted, and other persons arrested in the same events.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:



| Statistics on Arrests of MPRPBs for Domestic Violence Detail of Gender of Accused Officer: Oct/1/19 – Mar/31/20 | | | | |
|---|---|---|---|---|
| Complaints Received | Arrests | Prosecutor Ordered to to Press Charges | Convictions | Other Persons Arrested |
| | -Female | -Male | -Total | |

### D. Recruitment, Selection, and Hiring

On January 4, 2019, the PRPB established a Recruitment Plan, which establishes selection criteria such as psychological, medical, and polygraph testing, including employment history, criminal history, and substance use. Based on this plan, candidates were selected to enter the Academy (SAEA).

### 1. Class 229

Class 229 of the Academy for future police officers began on November 14, 2019. A sequential curriculum of 1,310 hours was developed aimed at training the police of the

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

21st Century and in compliance with the Agreement and the public policy created and adopted in accordance with generally accepted police practices in the United States. Once appointed as Agents, they will participate in the Field Training Operations ("FTO") Program which consists of an additional 800 hours in the operational area under the supervision of an MPRPB Mentor.

Class 229 is comprised of one reinstalled Cadet and 134 new Cadets, with the following profile:



| Class 229 Profile | | | | |
|---|---|---|---|---|
| Gender | Age | Education | Professional Experience | |
| Male    Female | | Associate Degree | | |
| | | Bachelor's Degree | With | No |
| | | Master's Degree | Experience | Experience |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

The following FTO training was offered to 177 MNNPRs of the Auxiliary Superintendency for Field Operations (SAOC):

- Group one from November 18-22, 2019 under the FTOS 9061 Field Training Program;
- Group two from December 2-6, 2019;
- Group three from December 9-13, 2019;
- Group four from December 16-20, 2019;
- Group five from January 27-31, 2020;
- Group six from February 3-7, 2020; and
- Group seven from March 3-9, 2020.

The following FTO training was offered to 74 MPRPBs of the Auxiliary Superintendency for Field Operations (SAOC):

- Group one from February 11-15, 2020;
- Group two from February 25-28, 2020; and
- Group three from March 9-13, 2020.

**E. Training**

Below are the trainings offered by the PRPB to its employees, during the period covered by this Report. It is worth noting that one hundred percent (100%) of qualified MPRPBs were trained in the use and handling of service firearms; however, these statistics only show the period reported (October 2019 to March 2020).

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

## Estadísticas de Adiestramiento de Uso y Manejo de Armas de Reglamento
### REA 618D
### Meses Octubre, Noviembre y Diciembre 2019

| Áreas/Superintendencias | M.P.P.R. Asignados | Total Adiestrado Octubre Noviembre y Diciembre 2019 | % |
|---|---|---|---|
| AGUADILLA | 497 | 408 | 82.09% |
| AIBONITO | 247 | 117 | 47.37% |
| ARECIBO | 539 | 296 | 54.92% |
| BAYAMON | 899 | 428 | 47.61% |
| CAGUAS | 357 | 169 | 47.34% |
| CAROLINA | 533 | 269 | 50.47% |
| FAJARDO | 269 | 130 | 48.33% |
| GUAYAMA | 290 | 179 | 61.72% |
| HUMACAO | 244 | 95 | 38.93% |
| MAYAGUEZ | 518 | 295 | 56.95% |
| PONCE | 736 | 399 | 54.21% |
| SAN JUAN | 838 | 494 | 58.95% |
| UTUADO | 235 | 86 | 36.60% |
| S.A.O.C. | 90 | 26 | 28.89% |
| NEG. DE TRANSITO | 772 | 462 | 59.84% |
| F.U.R.A | 495 | 192 | 38.79% |
| DOTM | 80 | 52 | 65.00% |
| NEG. REL. COMUNIDAD | 15 | 15 | 100.00% |
| S.A.I.C. (GLOBAL) | 3018 | 1600 | 52.98% |
| S.A.R.P. | 169 | 93 | 55.03% |
| S.A.E.A. | 195 | 88 | 45.13% |
| S.A.S.G. | 51 | 30 | 58.82% |
| OFIC. COMISIONADO, REFORMA, PRENSA, LEGALES y OSP | 357 | 277 | 77.59% |
| SAPF | 133 | 70 | 52.63% |
| Total | 11577 | 6270 | 54.16% |

| Statistics on Training on the Use and Handling of Service Weapons REA 618D October, November & December 2019 | | | |
|---|---|---|---|
| Area/Superintendencies | Assigned MPRPBs | Total Trained Oct. Nov. Dec. 2019 | % |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

### Estadísticas de Adiestramiento de Uso y Manejo de Armas de Reglamento REA 618D y REA 618T

### Meses Enero, Febrero y Marzo 2020

| Áreas/Superintendencias | M.P.P.R. Asignados | Total Adiestrado Enero, Febrero y Marzo 2020 | % |
|---|---|---|---|
| AGUADILLA | 489 | 169 | 24% |
| AIBONITO | 244 | 100 | 41% |
| ARECIBO | 541 | 188 | 30% |
| BAYAMON | 884 | 193 | 17% |
| CAGUAS | 348 | 169 | 45% |
| CAROLINA | 523 | 163 | 28% |
| FAJARDO | 261 | 65 | 12% |
| GUAYAMA | 293 | 111 | 34% |
| HUMACAO | 244 | 58 | 18% |
| MAYAGUEZ | 502 | 215 | 39% |
| PONCE | 734 | 123 | 15% |
| SAN JUAN | 847 | 260 | 23% |
| UTUADO | 235 | 98 | 42% |
| S.A.O.C. | 131 | 33 | 122% |
| NEG. DE TRANSITO | 753 | 139 | 19% |
| F.U.R.A | 491 | 58 | 8% |
| DOTM | 79 | 27 | 4% |
| NEG. REL. COMUNIDAD | 16 | 1 | 0% |
| S.A.I.C. (GLOBAL) | 3012 | 779 | 23% |
| S.A.R.P. | 167 | 30 | 9% |
| S.A.E.A. | 205 | 73 | 47% |
| S.A.S.G. | 51 | 2 | 0% |
| OFIC. COMISIONADO, REFORMA, PRENSA, LEGALES y OSP | 356 | 111 | 3% |
| SAPF | 128 | 61 | 47% |
| Total | 11534 | 3226 | 28% |

| Statistics on Training on the Use and Handling of Service Weapons REA 618D & REA 618T January, February & March 2020 | | | |
|---|---|---|---|
| Area/Superintendencies | Assigned MPRPBs | Total Trained Jan. Feb. Mar. 2020 | % |

**Note**: The following trainings are paused for revisions and/or updates:

1. ESAL 201 - Non-Punitive Corrective Measures by Supervisors.
2. IGPD 5011 - Equal Protection and Non-Discrimination.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

### Estadísticas de Adiestramientos Presenciales N.P.P.R.

Mes: **OCTUBRE 2019 A MARZO 2020**    Año: **2020**

| Áreas/ Superintendencias | Agentes Asignados | Supervisores Asignados | Total M.P.P.R. Asignados | Total Civiles | O.G. 403 Sist. Comp. | | | O.G. 406 Crime Mapping | | | | MACM 3041 Control Mult. | | | | Código de Ética 617R | | | | Interv. Veh. REA 619 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Civiles | Total | % | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % |
| AGUADILLA | 393 | 98 | 491 | 15 | 11 | 11 | 73% | 152 | 25 | 177 | 36% | 107 | 23 | 130 | 26% | 205 | 41 | 246 | 50% | 0 | 0 | 0 | 0% |
| AIBONITO | 192 | 52 | 244 | 7 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 67 | 8 | 75 | 31% | 111 | 28 | 139 | 57% | 21 | 17 | 38 | 16% |
| ARECIBO | 433 | 113 | 546 | 19 | 0 | 0 | 0% | 143 | 50 | 193 | 35% | 171 | 56 | 227 | 42% | 266 | 65 | 331 | 61% | 10 | 1 | 11 | 2% |
| BAYAMON | 762 | 114 | 876 | 17 | 4 | 4 | 24% | 153 | 32 | 185 | 21% | 248 | 16 | 264 | 30% | 77 | 30 | 107 | 12% | 50 | 1 | 51 | 6% |
| CAGUAS | 320 | 49 | 369 | 21 | 21 | 21 | 100% | 111 | 13 | 124 | 34% | 96 | 7 | 103 | 28% | 157 | 14 | 171 | 46% | 0 | 8 | 8 | 2% |
| CAROLINA | 492 | 73 | 565 | 22 | 7 | 7 | 32% | 77 | 19 | 96 | 17% | 158 | 12 | 170 | 30% | 176 | 22 | 198 | 35% | 50 | 0 | 50 | 9% |
| FAJARDO | 225 | 36 | 261 | 13 | 0 | 0 | 0% | 31 | 5 | 36 | 14% | 74 | 10 | 84 | 32% | 36 | 2 | 38 | 15% | 0 | 0 | 0 | 0% |
| GUAYAMA | 241 | 51 | 292 | 16 | 0 | 0 | 0% | 69 | 9 | 78 | 27% | 89 | 10 | 99 | 34% | 21 | 2 | 23 | 8% | 9 | 3 | 12 | 4% |
| HUMACAO | 198 | 46 | 244 | 15 | 0 | 0 | 0% | 46 | 9 | 55 | 23% | 58 | 10 | 68 | 28% | 12 | 15 | 27 | 11% | 0 | 0 | 0 | 0% |
| MAYAGUEZ | 391 | 108 | 499 | 12 | 12 | 12 | 100% | 202 | 52 | 254 | 51% | 130 | 42 | 172 | 34% | 87 | 56 | 143 | 29% | 17 | 3 | 20 | 4% |
| PONCE | 612 | 122 | 734 | 42 | 42 | 42 | 100% | 94 | 29 | 123 | 17% | 154 | -2 | 152 | 21% | 63 | 7 | 70 | 10% | 0 | 0 | 0 | 0% |
| SAN JUAN | 750 | 97 | 847 | 19 | 19 | 19 | 100% | 178 | 0 | 178 | 21% | 69 | 3 | 72 | 9% | 325 | 17 | 342 | 40% | 0 | 0 | 0 | 0% |
| UTUADO | 185 | 50 | 235 | 29 | 49 | 49 | 169% | 6 | 4 | 10 | 4% | 130 | 25 | 155 | 66% | 48 | 9 | 57 | 24% | 0 | 0 | 0 | 0% |
| S.A.O.C. | 110 | 19 | 129 | 4 | 3 | 3 | 75% | 23 | 3 | 26 | 20% | 15 | -2 | 13 | 10% | 37 | 10 | 47 | 36% | 0 | 0 | 0 | 0% |
| NEG. DE TRANSITO | 636 | 117 | 753 | 14 | 4 | 4 | 29% | 70 | 20 | 90 | 12% | 144 | 29 | 173 | 23% | 55 | 8 | 63 | 8% | 0 | 0 | 0 | 0% |
| F.U.R.A | 414 | 75 | 489 | 3 | 3 | 3 | 100% | 278 | 53 | 331 | 68% | 187 | 37 | 224 | 46% | 7 | 2 | 9 | 2% | 4 | 1 | 5 | 1% |
| DOTM | 67 | 12 | 79 | 0 | 0 | 0 | 0% | 15 | 2 | 17 | 22% | 0 | 0 | 0 | 0% | 23 | 6 | 29 | 37% | 0 | 0 | 0 | 0% |
| NEG. REL. COMUNIDAD | 11 | 5 | 16 | 3 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| S.A.I.C. (GLOBAL) | 2471 | 538 | 3009 | 64 | 17 | 17 | 27% | 620 | 138 | 758 | 25% | 519 | 126 | 645 | 21% | 139 | 33 | 172 | 6% | 1 | 0 | 1 | 0% |
| S.A.R.P. | 61 | 107 | 168 | 10 | 0 | 0 | 0% | 21 | 64 | 85 | 51% | 17 | 31 | 48 | 29% | 22 | 44 | 66 | 39% | 0 | 0 | 0 | 0% |
| S.A.E.A. | 155 | 51 | 206 | 14 | 12 | 12 | 86% | 37 | 13 | 50 | 24% | 56 | 12 | 68 | 33% | 61 | 9 | 70 | 34% | 27 | 3 | 30 | 15% |
| S.A.S.G. | 43 | 8 | 51 | 92 | 0 | 0 | 0% | 5 | 0 | 5 | 10% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| Ofic. Com., Reforma | 279 | 77 | 356 | 25 | 2 | 2 | 8% | 80 | 13 | 93 | 26% | 60 | 4 | 64 | 18% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| SAPF | 114 | 14 | 128 | 0 | 0 | 0 | 0% | 12 | 2 | 14 | 11% | 7 | 2 | 9 | 7% | 7 | 2 | 9 | 7% | 0 | 0 | 0 | 0% |
| **Total** | **9555** | **2032** | **11587** | **476** | **206** | **206** | **45%** | **2423** | **555** | **2978** | **26%** | **2556** | **459** | **3015** | **26%** | **1935** | **422** | **2357** | **20%** | **189** | **37** | **226** | **2%** |

**PRPB Statistics on In-Person Training**

Month: OCTOBER 2019-MARCH 2020    Year: 2020

| Areas/ Superintendencies | Assigned Agents | Assigned Supervisors | Total MPRPBs | Total Civilians | O.G. 403 Comp. Systems | | | O.G. 406 Crime Mapping | | | | MACM 3041 Crowd Control | | | | Code of Ethics 617R | | | | Veh. Inter. REA 619 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Civilians | Total | % | Agt. | Sup. | Total | % | Agt. | Sup. | Total | % | Agt. | Sup. | Total | % Persc. | Agt. | Sup. | Total | % Trans. |
| | | | | | | | | | | | SS | | | | | | | | | | | | |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

### Estadísticas de Adiestramientos Presenciales N.P.P.R.

Mes: **OCTUBRE 2019 A MARZO 2020**　　　　Año: **2020**

| Áreas/ Superintendencias | Agentes Asignados | Supervisores Asignados | Total M.P.P.R. Asignados | Total Civiles | O.G. 403 Sist. Comp. | | | O.G. 406 Crime Mapping | | | | MACM 3041 Control Mult. | | | | Código de Ética 617R | | | | Interv. Veh. REA 619 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Civiles | Total | % | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % |
| AGUADILLA | 393 | 98 | 491 | 15 | 11 | 11 | 73% | 152 | 25 | 177 | 36% | 107 | 23 | 130 | 26% | 205 | 41 | 246 | 50% | 0 | 0 | 0 | 0% |
| AIBONITO | 192 | 52 | 244 | 7 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 67 | 8 | 75 | 31% | 111 | 28 | 139 | 57% | 21 | 17 | 38 | 16% |
| ARECIBO | 433 | 113 | 546 | 19 | 0 | 0 | 0% | 143 | 50 | 193 | 35% | 171 | 56 | 227 | 42% | 266 | 65 | 331 | 61% | 10 | 1 | 11 | 2% |
| BAYAMON | 762 | 114 | 876 | 17 | 4 | 4 | 24% | 153 | 32 | 185 | 21% | 248 | 16 | 264 | 30% | 77 | 30 | 107 | 12% | 50 | 1 | 51 | 6% |
| CAGUAS | 320 | 49 | 369 | 21 | 21 | 21 | 100% | 111 | 13 | 124 | 34% | 96 | 7 | 103 | 28% | 157 | 14 | 171 | 46% | 0 | 8 | 8 | 2% |
| CAROLINA | 492 | 73 | 565 | 22 | 7 | 7 | 32% | 77 | 19 | 96 | 17% | 158 | 12 | 170 | 30% | 176 | 22 | 198 | 35% | 50 | 0 | 50 | 9% |
| FAJARDO | 225 | 36 | 261 | 13 | 0 | 0 | 0% | 31 | 5 | 36 | 14% | 74 | 10 | 84 | 32% | 36 | 2 | 38 | 15% | 0 | 0 | 0 | 0% |
| GUAYAMA | 241 | 51 | 292 | 16 | 0 | 0 | 0% | 69 | 9 | 78 | 27% | 89 | 10 | 99 | 34% | 21 | 2 | 23 | 8% | 9 | 3 | 12 | 4% |
| HUMACAO | 198 | 46 | 244 | 15 | 0 | 0 | 0% | 46 | 9 | 55 | 23% | 58 | 10 | 68 | 28% | 12 | 15 | 27 | 11% | 0 | 0 | 0 | 0% |
| MAYAGUEZ | 391 | 108 | 499 | 12 | 12 | 12 | 100% | 202 | 52 | 254 | 51% | 130 | 42 | 172 | 34% | 87 | 56 | 143 | 29% | 17 | 3 | 20 | 4% |
| PONCE | 612 | 122 | 734 | 42 | 42 | 42 | 100% | 94 | 29 | 123 | 17% | 154 | -2 | 152 | 21% | 63 | 7 | 70 | 10% | 0 | 0 | 0 | 0% |
| SAN JUAN | 750 | 97 | 847 | 19 | 19 | 19 | 100% | 178 | 0 | 178 | 21% | 69 | 3 | 72 | 9% | 325 | 17 | 342 | 40% | 0 | 0 | 0 | 0% |
| UTUADO | 185 | 50 | 235 | 29 | 49 | 49 | 169% | 6 | 4 | 10 | 4% | 130 | 25 | 155 | 66% | 48 | 9 | 57 | 24% | 0 | 0 | 0 | 0% |
| S.A.O.C. | 110 | 19 | 129 | 4 | 3 | 3 | 75% | 23 | 3 | 26 | 20% | 15 | -2 | 13 | 10% | 37 | 10 | 47 | 36% | 0 | 0 | 0 | 0% |
| NEG. DE TRANSITO | 636 | 117 | 753 | 14 | 4 | 4 | 29% | 70 | 20 | 90 | 12% | 144 | 29 | 173 | 23% | 55 | 8 | 63 | 8% | 0 | 0 | 0 | 0% |
| F.U.R.A | 414 | 75 | 489 | 3 | 3 | 3 | 100% | 278 | 53 | 331 | 68% | 187 | 37 | 224 | 46% | 7 | 2 | 9 | 2% | 4 | 1 | 5 | 1% |
| DOTM | 67 | 12 | 79 | 0 | 0 | 0 | 0% | 15 | 2 | 17 | 22% | 0 | 0 | 0 | 0% | 23 | 6 | 29 | 37% | 0 | 0 | 0 | 0% |
| NEG. REL. COMUNIDAD | 11 | 5 | 16 | 3 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| S.A.I.C. (GLOBAL) | 2471 | 538 | 3009 | 64 | 17 | 17 | 27% | 620 | 138 | 758 | 25% | 519 | 126 | 645 | 21% | 139 | 33 | 172 | 6% | 1 | 0 | 1 | 0% |
| S.A.R.P. | 61 | 107 | 168 | 10 | 0 | 0 | 0% | 21 | 64 | 85 | 51% | 17 | 31 | 48 | 29% | 22 | 44 | 66 | 39% | 0 | 0 | 0 | 0% |
| S.A.E.A. | 155 | 51 | 206 | 14 | 12 | 12 | 86% | 37 | 13 | 50 | 24% | 56 | 12 | 68 | 33% | 61 | 9 | 70 | 34% | 27 | 3 | 30 | 15% |
| S.A.S.G. | 43 | 8 | 51 | 92 | 0 | 0 | 0% | 5 | 0 | 5 | 10% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| Ofic. Com., Reforma | 279 | 77 | 356 | 25 | 2 | 2 | 8% | 80 | 13 | 93 | 26% | 60 | 4 | 64 | 18% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| SAPF | 114 | 14 | 128 | 0 | 0 | 0 | 0% | 12 | 2 | 14 | 11% | 7 | 2 | 9 | 7% | 7 | 2 | 9 | 7% | 0 | 0 | 0 | 0% |
| **Total** | **9555** | **2032** | **11587** | **476** | **206** | **206** | **45%** | **2423** | **555** | **2978** | **26%** | **2556** | **459** | **3015** | **26%** | **1935** | **422** | **2357** | **20%** | **189** | **37** | **226** | **2%** |

| PRPB Statistics on In-Person Training | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month: OCTOBER 2019-MARCH 2020 | | | | | | | | | | | | | | Year: 2020 | | | | | | | | | |
| Areas/ Superintendencies | Assigned Agents | Assigned Supervisors | Total MPRPBs | Total Civilians | O.G. 403 Comp. Systems | | | O.G. 406 Crime Mapping | | | | MACM 3041 Crowd Control | | | | Code of Ethics 617R | | | | Veh. Interv. REA 619 | | | |
| | | | | | Civilians | Total | % | Agt. | Sup. | Total | % SS | Agt. | Sup. | Total | % | Agt. | Sup. | Total | % Persc. | Agt. | Sup. | Total | % Trans. |
| | | | | | | | | | | | | | | | | | | | | | | | |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

## Estadísticas de Adiestramientos Presenciales N.P.P.R.

**Mes:** OCTUBRE 2019 A MARZO 2020     **Año:** 2020

| Áreas/ Superintendencias | Agentes Asignados | Supervisores Asignados | Total M.P.P.R. Asignados | Total Civiles | MACM 2041 Comdte. Inc. | | | | NOPI 5011 Multi-SAIC | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sup. | Total | % | Agtes. | Sup. | Total | % |
| AGUADILLA | 393 | 98 | 491 | 15 | | 1 | 1 | 1% | | | | |
| AIBONITO | 192 | 52 | 244 | 7 | | 0 | 0 | 0% | | | | |
| ARECIBO | 433 | 113 | 546 | 19 | | 3 | 3 | 3% | | | | |
| BAYAMON | 762 | 114 | 876 | 17 | | 1 | 1 | 1% | | | | |
| CAGUAS | 320 | 49 | 369 | 21 | | 0 | 0 | 0% | | | | |
| CAROLINA | 492 | 73 | 565 | 22 | | 0 | 0 | 0% | | | | |
| FAJARDO | 225 | 36 | 261 | 13 | | 0 | 0 | 0% | | | | |
| GUAYAMA | 241 | 51 | 292 | 16 | | 0 | 0 | 0% | | | | |
| HUMACAO | 198 | 46 | 244 | 15 | | 0 | 0 | 0% | | | | |
| MAYAGUEZ | 391 | 108 | 499 | 12 | | 2 | 2 | 2% | | | | |
| PONCE | 612 | 122 | 734 | 42 | | 0 | 0 | 0% | | | | |
| SAN JUAN | 750 | 97 | 847 | 19 | | 1 | 1 | 1% | | | | |
| UTUADO | 185 | 50 | 235 | 29 | | 0 | 0 | 0% | | | | |
| S.A.O.C. | 110 | 19 | 129 | 4 | | 2 | 2 | 11% | | | | |
| NEG. DE TRANSITO | 636 | 117 | 753 | 14 | | 0 | 0 | 0% | | | | |
| F.U.R.A | 414 | 75 | 489 | 3 | | 0 | 0 | 0% | | | | |
| DOTM | 67 | 12 | 79 | 0 | | 0 | 0 | 0% | | | | |
| NEG. REL. COMUNIDAD | 11 | 5 | 16 | 3 | | 0 | 0 | 0% | | | | |
| S.A.I.C. (GLOBAL) | 2471 | 538 | 3009 | 64 | | 5 | 5 | 1% | 500 | 183 | 683 | 23% |
| S.A.R.P. | 61 | 107 | 168 | 10 | | 2 | 2 | 2% | | | | |
| S.A.E.A. | 155 | 51 | 206 | 14 | | 1 | 1 | 2% | | | | |
| S.A.S.G. | 43 | 8 | 51 | 92 | | 0 | 0 | 0% | | | | |
| Ofic. Com., Reforma | 279 | 77 | 356 | 25 | | 5 | 5 | 6% | | | | |
| SAPF | 114 | 14 | 128 | 0 | | 1 | 1 | 7% | | | | |
| **Total** | **9555** | **2032** | **11587** | **476** | | **24** | **24** | **12%** | **500** | **183** | **683** | **6%** |

| PRPB Statistics on In-Person Training | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month: OCTOBER 2019-MARCH 2020 | | | | | | | | Year: 2020 | | | |
| Areas/ Superintendencies | Assigned Agents | Assigned Supervisors | Total MPRPBs | Total Civilians | MACM 2041 Inc. Commander | | | | NOPI 5011 Multi-SAIC | | | |
| | | | | | | Sup | Total | % | Agt. | Sup. | Total | % |

**Note**: As for the NOPI 5011 Multi SAIC training, these percentages represent the personnel assigned to the SAIC who took the training during this period.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

25

**Course Key**

| Code | Title | Beginning Date | Ending Date |
|---|---|---|---|
| REA 628 | Crisis Intervention | Apri-16-2018 | Oct-15-20 |
| REA 633 | Intervention with Minors on Commission of Faults (633) | March-12-2019 | March-12-2020 |
| REA 635 | | March-12-2019 | March-12-2020 |
| | Investigations of Abuse and Negligence of Juvenile Institutions (635) | | |
| TSPD | | January-12-2019 | January-12-2020 |
| | Workplace Burnout | | |
| REA 403 | | March-4-2020 | January-23-2021 |
| | Rules and Procedures to Access and Use Computerized Systems | | |
| REA 406 | | March-4-2020 | January-23-2021 |
| | Access and Use of the Crime GIS/Crime Mapping | | |
| NOPI-5011 | Multi-Thematic SAIC | April-5-2020 | April-5-2021 |
| MACM 2041 | Crowd Use and Control Incident Commander (officers) | May-18-2019 | May-18-2020 |
| MACM 3041 | Crowd Management and Control | May-10-2020 | May-10-2021 |
| ERA 617R | MPRPB Code of Ethics | October-23-2019 | October-28-2021 |
| REA 619 | Vehicle Intervention | Feb-3-2020 | Feb-3-2022 |

**F.  Administrative Complaints, Internal Investigations and Discipline**

The Auxiliary Superintendency for Professional Responsibility (SARP), has been charged with the responsibility of ensuring that all administrative complaints for misconduct are investigated diligently, thoroughly, fairly, and impartially. In turn, it must ensure that responsible officials are subject to a disciplinary regime that is fair and consistent.

**1.  Statistics of Administrative Complaints**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

SARP reported that the following administrative complaints were received and investigated during the period covered by this Report [1]:



SARP REPORT

Administrative Complaints:

Oct/1/19-Mar/31/20

Received
Investigated
Pending
Investigated from Previous Years



**Informe SARP**

**Querellas Administrativas: 1/oct/19 - 31/mar/20**

| | |
|---|---|
| ■ Recibidas | 722 |
| ■ Investigadas | 308 |
| ■ Pendientes | 414 |
| ■ Investigadas de Años Anteriores | 156 |

**2. Statistics of the Non-Discrimination Affairs Division**

---

[1] The complaint investigation process was interrupted from January 7 to 13, 2020 due to the earthquakes. This process was also interrupted from March 15, 2020 to April 22, 2020, due to the COVID-19 emergency.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

This Division reported that the following complaints were received during the period covered by this Report:





| Statistics of the Non-Discrimination Affairs Division Complaints: Oct/1/19 –Mar/31/20 | | | |
|---|---|---|---|
| -Domestic Violence | | | |
| -Sexual Harassment | | | |
| -Hostile Environment | | | |
| -Discrimination | | | |
| -Sexual Misconduct | | | |
| -Misconduct | | | |
| -Total | Received | Investigated | Pending |

### 3. Controlled Substance Detection Tests

Controlled substance testing of MPRPBs during the period covered by this Report produced the following results:

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:



| Controlled Substance Detection Tests |
| --- |
| Oct/1/19 –Mar/31/20 |
| |
| -Negative Results |
| -Positive Results (Confirmed by the Medical Reviewer) |

## G.  Community Engagement and Public Information

### 1.  Community Meetings

In compliance with the requirements set forth in Paragraphs 214-216 of the Agreement, Community Meetings have been held in different places in Puerto Rico. The purpose of these periodic meetings is to keep the public informed about the specific efforts of the Reform, and to create mechanisms that integrate communities in the fight against crime.

| Area | Municipality | Date | Place |
| --- | --- | --- | --- |
| METRO | Bayamón | Oct-28-2019 | National University College |
| | Carolina | Nov-13-2019 | UPR Theater |
| NORTH | Jayuya | Oct-24-2019 | Club de Leones |
| SOUTH | Peñuelas | Nov-7-2019 | Convention Center |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

| | | | |
|---|---|---|---|
| | Patillas | Nov-15-2019 | Égida del Bosque Rd. 3 interior, Calle Colonia |
| EAST | Aguas Buenas | Oct-19-2019 | Bo. Mulas |
| | Fajardo | Nov-22-2019 | Multipurpose Center |
| WEST | Mayagüez | Nov-20-2019 | Ramírez de Arellano Community Center |
| | Lares | Nov-21-2019 | Bo. Callejones Activity Center |

**2. Talks of Community Interaction Councils**

The Community Interaction Councils are comprised of people from different communities and social backgrounds, who have a serious commitment to the safety and well-being of Puerto Rico. These Councils are an open forum for the members of the communities and the PRPB to discuss the safety, civil rights and crime problems that affect each Police Area, and thus design joint strategies to solve them.

As a result of the above, these Councils hold what is known as Talks, which is the mechanism used by the Councils to stimulate the informal exchange of experiences and opinions related to the PRPB and safety issues. The main purpose is to receive concerns and suggestions to be considered in the processes of reform of the Bureau.

Some of the talks held during the period covered by this report include the following:

| Area | Municipality | Date | Place |
|---|---|---|---|
| METRO | San Juan | Oct-7--2019 | Marriott Hotel |
| | | Oct-23-2019 | Robinson School |
| NORTH | Jayuya | Oct-24-2019 | Club de Leones |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

| | | | |
|---|---|---|---|
| | Aguas Buenas | Oct-24-2019 | La Charca Recreational Center |
| | Toa Alta | Nov-14-2019 | Toa Alta Heights Community Center |
| | Camuy | Nov-20-2019 | Francisco Morell Toledo Culture Center |
| | Ponce | Nov-21-2019 | Villa Street |
| | Aibonito | Oct-10-2019 | Fraternidad Nu Delta Chi Activity Room |
| | Cayey | Oct-23-2019 | Universidad Ana G. Méndez Study Center |
| EAST | Humacao | Oct-3-2019 | Centro de Bellas Artes Lito Peña |
| | Naguabo | Oct-16-2019 | Juan J. Maunez Pimentel School |
| | Río Grande | Nov-20-2019 | Río Grande Estates Community Center |
| WEST | Aguadilla | Oct-30-2019 | Multipurpose Center |
| | Mayagüez | Nov-13-2019 | Club Exchange, Bo. Algarrobo |

**3. Community Partnerships**

Community partnerships take place when a group of people who have the same interests, goals and benefits come together for a certain time to lead efforts and work together to solve a problem, conflict, or achieve a common goal. Building partnerships is a key part of incorporating the principles of community policing as an aspect of the operational and administrative processes of the PRPB. For this reason, the following are partnerships between the PRPB and different organizations and individuals:

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

| COMMUNITY PARTNERSHIPS | | | |
|---|---|---|---|
| **PRPB Division** | **Goal** | **Partnership** | **Objective(s) & Term** |
| **Auxiliary Superintendency for Field Operations ("SAOC")** | Promote partnerships that improve the quality of life of citizens and/or reduce criminal activities. | Department of Labor and Human Resources | Join efforts and resources to help citizens interested in becoming cadets. *Effective: Nov/26/2019; Expires: Jun/30/2020.* |
| | | Sports and Recreation Department | Identify, detect, train, engage, and develop sports talents of children and youngsters alike, regardless of social class. *Effective: Oct/11/2019; Expires: Dec/31/2020.* |
| | | Department of Education | Prevent and control high-risk behaviors that may be detrimental to the well-being of Puerto Rican youth. Provide tools for the youth to face the challenges of adolescence: one of the most crucial stages of human development. *Effective: May/16/2019; Expires: Oct/31/2020.* |
| | | Hogar Solo por Hoy | Assure an efficient, accessible, and excellent service to homeless women who have relapsed into addiction following a detox process. Provide access to services and treatment needed by homeless people using controlled substances and/or alcohol. *Effective: April/1/2019; Expired: March/31/2020.* |
| | | Centro de Ayuda Social | Coordinate services and assistance to vulnerable individual or communities |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

|  |  | (Social Assistance Center) | participating in the Programa De Vuelta a la Vida. (Back to Life Program)

Process requests for personal documents required for admission to rehabilitation program(s), transportation and follow-up visits for acceptance and community integration. *Effective: May/7/2019; Expired: Marcy/31/2020.* |
|  |  | Iniciativa Comunitaria, Inc. | Join efforts and resources between parties that will provide effective, accessible, responsive, and excellent services to participants of Programa De Vuelta a la Vida.

Provide access to services needed with an initial interview to the potential participant in the homelessness location and treatment program who are addicted to controlled substances and/or alcohol and/or who are HIV patients. *Effective: Aug/23/2019; Expires: Aug/22/2020.* |
| **Ponce Area (Municipality of Guayanilla)** | Provide services to victims of crime(s) against person and property in the Ponce Area. | Proyecto Vida Segura (Safe Living Project) | Respond to the physical and emotional needs of victims, specifically of gender-based violence. |
|  |  | Felicidad Radio Station | Enable the Police Bureau to provide guidance to the radio audience on a range of social and security issues. |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

|  |  | UPR Ponce, Department of Forensic Science and Psychology | Offer contact hours for service to the Police Athletic League and Programa De Vuelta a la Vida. |
|---|---|---|---|
| **Guayama Area** | Establish collaborative agreements to help children and youngsters affected by violence. | Programa de Asistencia Integral a Víctimas del Crimen or PAIVC (Crime Victim Integral Assistance Program) | Provide free talks, workshops, individual or group psychological therapy, for children and youngsters. *Note:* The Collaborative Agreement with PAIVC is awaiting signature. |
|  |  | Coalición Vista de la Montaña or COVIM (Vista de la Montaña Coalition) | Provide free talks and workshops to children and youngsters on alcohol, tobacco, and controlled substances. *Note:* The Collaborative Agreement with COVIM is awaiting signature. |
| **Caguas Area (Cidra District)** | Create a sense of well-being and belonging among the communities within their jurisdiction. *Note:* All the objectives of the partnerships were met after meetings were held with each community, giving them the opportunity to express their concerns and discuss how essential | Tosca Community | Carry out preventive rounds, maintain green areas and signage of streets and avenues. |
|  |  | Almirante & Jaguas Community | Repave the streets in this area. |
|  |  | Las Flores Community | Programa Policía y Comunidad Unidos (United Police and Community Program): road signage and maintenance of sports facilities. The objective was achieved by integrating businesses in the area in accordance with |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

| | | | |
|---|---|---|---|
| | services could be integrated with the Community Police methodology. | | agreements with Sud Arriba and Sud Abajo Communities. |
| | | Villas de Bosque Community | Install speed bumps and signage in areas that were used as clandestine dumping grounds. |
| | | Sapera Community | Road maintenance; collect and repair road landslides.<br><br>The objective was met thanks to the efforts of the Municipal Environmental Planning and Permits Office in coordination with the Department of Public Works. |
| | | Puente Blanco Community | Conduct preventive rounds to reduce the incidence of crime. |
| | | Freire Community | Green area maintenance and lighting; and make preventive rounds. |
| **Aibonito Area** | Repairs to homes of Hurricane Maria's victims. | Heart 911 Organization & New York Governor's Office | Offer training workshops and employment opportunities for repair jobs.<br><br>124 homes have been repaired and work is ongoing on other homes. |
| **Auxiliary Superintendency for Education and Training ("SAEA")** | Facilitate the training of PRPB members for the benefit of the communities. | The Ricky Martin Foundation | Provide continued education on human trafficking and create an incident identification and investigation protocol. |
| | | Government Ethics Office | Create a virtual platform on the following topics: Professional Ethics; Ethical Leadership; Ethical Attitudes in the Workplace; and Managing Emotions for Effective Communication. |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

| | | The PR Chapter of the Society for Human Resource Management (SHRM-PR) | Boost the emotional intelligence of MPRPBs to promote a healthy work environment. Therefore, organize workshops offered by instructors and psychologists in the Police Areas and in the SAEA. |
|---|---|---|---|

### H. Information Systems and Technology

According to the Agreement, the Information Systems and Technology Compliance area aims to update its infrastructure of information, data, and technical communication systems to improve the efficiency and effectiveness of police processes and procedures in the administrative and operational area.

### 1. Project Management System

Development of the system was completed and it is currently in the testing phase for implementation. The validations and tests of the system's initial functionality have been completed and actual data entry is underway. The recorded data will be validated and put into production by mid-May 2020.

Currently, the validation of several new functionalities required to bring the product into production is underway.

### 2. Computer-Aided Dispatch (CAD)

The project is implemented in all police areas and the operational staff is 100% oriented. The CAD system integrates the NIBRS codes and is in the process of complying with the standards established by the FBI. Also in progress is the integration of the NCIC system to the Mobile CAD system, as an additional tool for agents intervening with civilians. It is projected that the NCIC system will be available in all police areas by December 2021.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

3. **Globally Totally Electronic (GTE)**

The GTE System is in production in all Police Areas, by the MPRPBs who have been oriented in its use and handling. The general purpose of the system is to allow MPRPBs to complete the information related to complaints initiated in the CAD System. It also allows supervisors to review the complaint information so that they can make any corrections deemed appropriate, and then sign the complaint electronically, as well as complete the complaint. In addition, it includes a mechanism for generating statistical reports using the complaint information stored in the database.

4. **Performance Evaluation System (PROMEDIA)**

The purpose of the PROMEDIA Project is to establish an effective evaluation system that allows a greater degree of uniformity and objectivity in establishing the criteria for measuring the performance of the MPRPBs in their functions. The PROMEDIA system has been completed. By July 2020, all supervisors will be required to conduct performance evaluations using this system.

5. **Police Training Management System (PTMS)**

The PRPB developed the PTMS as a tool to support the process for the creation, planning, application, registration, and enrollment of training and retraining offered to all employees, both of the rank system, classified system, as well as external personnel. The system makes the tool available to the Police Areas through all the training coordinators in each of the Areas. This person will be in charge of receiving the requests regarding the existing needs of their personnel and enrolling them according to the training calendar presented in the PTMS.

The PTMS is 100% developed and in production. Work is underway on the second phase of the system involving the integration of training information between PTMS and the courses offered online by the Academy. In addition, it integrates the module

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

for Training Records and Certifications (Certiweb), fully developed, and published on the PRPB website. The purpose of this application is to allow PTMS employees to view their training history and access their certifications, without having to go to the PRPB Academy (SAEA).

6. *ShootER*

The ShootER system intends to record the performance of the MPRPBs during shooting training, not only in terms of qualifications but also to create records of the physical characteristics of the shooter regarding the handling of weapons. To do so, it is necessary to create the application with tools that allow for the constant updating of evaluating documents to adapt them to the needs and to facilitate data recording.

The system began to be developed in March 2019 and is currently in the stage of identifying the requirements and needs by the Dean of Shooting, as well as determining the key points of the application and integration with the other modules.

7. **Online Courses (NUCO)**

Activities began concerning the new contract with National University College Online (NUCO) contract and the defining of requirements to develop the integration process between PTMS/NUCO, to have all training, qualification, and attendance information in one system under the administration of the PRPB.

8. **Radio Recording System**

The radio recording system is fully implemented and in use in police areas throughout the Island where radio equipment using the P-25 frequency is available. At present, the technical staff of the Communications Division is formally trained on the use and handling of the equipment.

During the period covered by this Report, 587 mobile radios were received out of a total of 837.  The remaining 250 were received in April 2020.  These mobile radios will

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

be preliminarily assigned to the police areas of Utuado, Arecibo, Ponce, Guayama, and Aguadilla. It should be noted that the programming and installation of the radios will depend on the availability of the administrative or civilian personnel who receive and assign the Agency's property numbers. It is expected that such personnel will be incorporated in June 2020, unless the quarantine period established by Governor Hon. Wanda Vázquez-Garced through an Executive Order is extended.

### 9. Formal Community Partnerships – Community Relations

The Formal Community Partnerships project seeks, collects, and organizes all the information regarding the programs that have been established in the communities. This will make it possible to identify which work units are already carrying out activities with their community environment and working together with the leaders. The system generates electronic files for each partnership, keeps a record of the meetings with the agreements obtained, and provides the tools needed to generate the annual reports required by the PRPB.

### 10. Early Intervention System (EIS)

The implementation of the EIS constitutes a fundamental piece for the compliance of the Reform. The EIS is a monitoring tool to identify patterns of behavior or problem behavior of rank and civilian staff of the PRPB so that supervisors can act, as soon as possible, to effectively correct such patterns. EIS data will be used to promote professional and ethical police practices, manage risks and responsibilities, and assess the performance of police employees at all ranks, divisions, shifts and components of the organization.

Currently, the main module is under development, and of the data collection modules there are several in production and others under development as shown in the table below:

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

**Main Module**

| Description | Status |
|---|---|
| Dashboard | Development |

**Data Collection Modules**

| Description | Status |
|---|---|
| 1.  Administrative Complaints (SARP) | Production |
| 2.  Legal Affairs Office (OAL) | Production |
| 3.  Domestic Violence | Production |
| 4.  Sexual Crimes | Production |
| 5.  Use of Force - Radio Control | Production |
| 6.  Use of Force Investigations (FIU) | Desarrollo |
| 7.  Non-Punitive Offenses | Desarrollo |
| 8.  Hate Crimes | Desarrollo |
| 9.  Inspections | Desarrollo |
| 10. Supervisors | Desarrollo |
| 11. Follow-up | Desarrollo |

## 11. Virtual Library

The Virtual Library is the module in which the PRPB will publish all the forms, as well as the policies and procedures in effect, non-confidential, indexed in such a way that the employees of the PRPB and citizens can have easy access to this information. The public will be able to write comments on the page, which will be reviewed by PRPB staff. Currently, documents (forms, manuals, policies, and procedures) are being integrated into the module.

## 12. Real Plus (Real+)

REAL+ is the current electronic weapons registration and licensing system of the PRPB which was created to replace the previous system used by the Agency. This new system went into production in July 2019 and is comprised of the Weapons Licensing module, Firearms Depot module, Armory module, Citizen module, Online Appointments module, Property module, Investigations module and the Private Security and Private Detective Licensing (DESL+) module, which is currently under development.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

Presently, the main module is in production and there are several of the alternate modules in production and others in development as shown in the table below:

**Main Module**

| Description | Status |
|---|---|
| REAL Plus | Production |

**Data Collection Modules**

| Description | Status |
|---|---|
| 1. Firearm Licenses | Production |
| 2. Firearm Depository | Production |
| 3. Armories | Production |
| 4. Citizen | Production |
| 5. Appointments Online | Pending* |
| 6. Property | Production |
| 7. Investigations | Production |
| 8. DELS+ | Development |

**\* Pending normalization of the current state due to the COVID-19 virus crisis.**

## 13. Computerized Analysis and Statistics System SAEC+

The Computerized Analysis and Statistics System (SAEC+) seeks to work on the collection of statistics for the entire PRPB and thereby improve the current user experience and functionality, so that information on criminal activity can be made available in a timely and accurate manner.

The system is under production and the database of the Computer Center will be migrated to the cloud to give full independence to the system and avoid it being affected by atmospheric or catastrophic events, and thus provide access to it from any computerized equipment via the Internet. This activity is in the analysis stage. In addition, the reports requested by the Crime Statistics Division are being evaluated to be integrated into the system and conduct tests with the existing data.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

**V.      Conclusion**

The information provided in this Report presents, in general terms, the capacity for collaborative work by all divisions comprising the PRPB. It also shows the discipline and determination that the PRPB has put into achieving a professionalized police force and reflects the commitment of the PRPB and MPRPBs to the Reform and the communities they serve. In those aspects in which it is necessary to reinforce the joint work between the different components of the PRPB, the Agency will do everything possible to achieve this.

Ensuring the safety of every person and every community in Puerto Rico is the priority for the PRPB. This work requires trust and collaboration between the PRPB and the community. The PRPB is committed to further strengthening community relations aimed at building a safer Puerto Rico for future generations. At the same time, the PRPB continues to work towards achieving greater professionalism of the Bureau, including its officers and agents; providing them with better resources; training them in generally accepted police practices; and incorporating technology into their processes to have accurate and accessible information and data, which is an effective tool for the processes of data collection, research and statistics, among others.

*s/ Henry Escalera Rivera*
**Henry Escalera Rivera**
**Commissioner**
**Puerto Rico Police Bureau**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS