Del Carmen Consulting, LLC<br>
3122 Westwood Drive<br>
Arlington, Texas 76012

June 26, 2020 through July 26, 2020

INVOICE # SM2020-4  **TOTAL DUE $ 13,425.00**
SPECIAL MASTER
JULY 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 28.5 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $4,275 |
| 13.5 | Conference calls with the Monitoring Team members. | $2,025 |
| 7 | Conference calls with the Parties and Monitor. | $1,050 |
| 23.5 | Reviewed and provided feedback related to statistical sampling strategy. Participated in conference calls on sampling strategy. | $3,525 |
| 9.5 | Reviewed report and provided feedback on promotional component and use of force review protocol. | $1,425 |
| 7.5 | Worked on document related to use of force lesson review. | $1,125 |
|  |  | $13,425 |

## Total Wages Due = $13,425.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____          _____
Dr. Alejandro del Carmen                              7/26/20