# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  **Plaintiff,**  v.  **COMMONWEALTH OF PUERTO RICO,** et al.,  **Defendants.** | **CASE NO. 3:12-cv-2039 (GAG)** |

## ORDER

The Court hereby APPOINTS Dr. Rita J. Watkins as subject matter expert to the Monitor. The Monitor, as well as the parties, pursuant to the Agreement, favorably interviewed her and reviewed her professional credentials.

Dr. Watkins is licensed professional counselor and currently serves as Executive Director of the Bill Blackwood Law Enforcement Management Institute of Texas. She has a Bachelor of Science in Criminal Justice, a Master of Arts in Counseling and a PhD in Educational Leadership and Counseling from Sam Houston State University, as well as a Master of Public Administration from Texas A&M University. She is also a graduate from the Leadership Command College and the 182nd FBI National Academy. Dr. Watkins research and teaching has concentrated in the areas of cultural diversity, leadership development, interpersonal communication, and implicit bias.

SO ORDERED.

In San Juan, Puerto Rico this 5th day of August 2020.

S/ Gustavo A. Gelpí
GUSTAVO A. GELPI
United States Chief District Judge