# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 3:12-cv-2039 (GAG) |
| **Plaintiff,** | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Defendants.** | |

## ORDER

Effective this date, Thomas Petrowski rejoins Special Master Dr. Alejandro Del Carmen as Assistant Special master. His functions and duties are the same as before.

SO ORDERED.

In San Juan, Puerto Rico this 5th day of August 2020.

S/ Gustavo A. Gelpí
GUSTAVO A. GELPI
United States Chief District Judge