John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

July 1 through July 31, 2020

INVOICE # 074                                **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
JULY 2020 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of July) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Monitor Team members re: pending reports and reviews connected to CMR-2.
Conference calls with the Parties and Special Master to review Dr. Levy's "Sampling Framework" document
Conference calls with Honorable Judge Gelpi and General Counsel.
Reviewed court orders relating to the Consent Decree.
Conference calls with PRPB and USDOJ re: data/document requests
Reviewed FIU investigations related to intentional firearms discharge re: for CMR-2 Report
Prepared notes on above data.
Reviewed additional data received relating to CMR-2 (Use of Force).
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Reviewed resumes of potential candidates for the Monitor's Office
Reviewed PRPB's Protocol for Promotion of Ranks from Inspector to Colonel

## Flat Rate Total Wages Due = $17,916.66

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*/s/ John J. Romero*

Date July 31, 2020

_____