Rafael E. Ruiz                                                INVOICE # 2020-07
12 Crestshire Dr.
Lawrence, MA 01843                                            DATE: July 31, 2020

Billed to:      Federal Monitor, PRPB/USDOJ Agreement   For service: July 1-31, 2020
                670 Ponce De Leon Ave. Suite 207
                San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| July 2- Work on CMR-02 Search and Seizure/Arrests | 6 hrs. | $150/hr. | $900.00 |
| July 3- Work on GO600-634 Drones, CMR-02 | 2 hrs. | $150/hr. | $300.00 |
| July 6- Work on GO 600-634 Drones | 4.5 hrs. | $150/hr. | $675.00 |
| July 7- Work on GO 600-634 Drones | 2 hrs. | $150/hr. | $300.00 |
| July 8- Tel/Video/ Conf with Parties re Sampling | 7 hrs. | $150/hr. | $1050.00 |
| July 13- Work on CMR-02 | 2 hrs. | $150/hr. | $300.00 |
| July 14- CMR-02 Data on Community Engagement | 2 hrs. | $150/hr. | $300.00 |
| July 20- PRPB 600-634 | 2 hrs. | $150/hr. | $300.00 |
| July 21- Te/Video/Conf w/Parties re Sampling | 2 hrs. | $150/hr. | $300.00 |
| July 21- Video Conf w/ Monitor Team | 1 hr. | $150/hr. | $150.00 |
| July 23- PRPB's Status Report | 2 hrs. | $150/hr. | $300.00 |
| July 26- Prep data request on Community Eng. | 4.5 hrs. | $150/hr. | $675.00 |
| July 28- Video Conf w/Monitor Team, CMR-092, review PRPB Promotion Protocol/Interview Docs | 4.5 hrs. | $150/hr. | $675.00 |
| July 29- Tel/Video/ Conf with Parties re Sampling | 2 hrs. | $150/hr. | $300.00 |
| July 30- Prep Monitor's report on Promotion Protocol | 4 hrs. | $150/hr. | $600.00 |
| July 1-31st- Team/Parties emails, phone calls | 3 hrs. | $150/hr. | $450.00 |

TOTAL BILLED                                                  $7,575.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E Ruiz*
_____           Date: July 31, 2020
Rafael E. Ruiz