Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

July 1-July 31, 2020

INVOICE # 007                                          **TOTAL DUE $9,000.00 USD**
July 2020 INVOICE

The following is a detailed statement of the hours worked.

**1 JUL to 31 JUL 2020 (worked performed in CONUS)**
- **Develop monitoring schema for conversation on sampling strategy (5 hours)**
    - Revised monitoring schema for PRPB to provide form numbers (1 hour)
    - Revised monitoring schema for sampling methods conversations led by Special Master del Carmen (4 hours)
- **Calls (14 hours)**
    - Conference calls and coordination with Monitoring Team (4 hours)
    - 07/08 call with parties regarding sampling method (6 hours)
    - 07/21 call with parties regarding sampling method (2 hours)
    - 07/29 call with parties regarding sampling method (2 hours)
- **Implement the sampling strategy for key data sources for CMR-2 (1 hour)**
    - Arrest and search warrant samples
- **Coordination with web design team (2 hours)**
    - 07/17 orientation to new public-facing website (1 hour)
    - Internal discussion with team members (1 hour)
- **CMR-2 editing (38 hours)**
    - Edited Use of Force section for CMR-2 (9 hours)
    - Edited Internal Investigations section for CMR-2 (13 hours)
    - Edited Recruitment and Hiring section for CMR-2 (4 hours)
    - Edited Training section for CMR-2 (4 hours)
    - Edited Supervision section for CMR-2 (4 hours)
    - Edited Arrests and Search Warrants section for CMR-2 (4 hours)

    **60 hours total @ $150/hour = $9,000**


**TOTAL FEE:**                    **60.50 Hours x $150/hour = $9,000 USD**

**Total Fees and Expense Reimbursement Due = $9,000.00**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                           August 2nd, 2020
Signature                                                                        _____
                                                                                       Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043