Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

July 1–July 31, 2020
Invoice No. 14
Member of Federal Monitor Team

Reviewed and responded to emails and conference calls for the month of July
from members of the Monitor Team and the Parties reference methodology and
questions concerning requests by the Monitor Team.                                  18 Hours

Verified list of Supervisors compared to Global List of PRPB sworn personnel.
Submitted list of 19 Supervisors to Dr. Levy for random samples to determine
numbers of employees supervised and certifications from the Police Academy.
Reviewed results of ten certification inspections by Monitoring Team.               3 Hours

In connection with the PRPB Supervision Program, verified curriculum of ranks,
including Sergeant to Captain, checked topics which were covered by the curriculum
and training at the Police Academy and prepared recommendations for each rank.
Researched and reviewed examples of job descriptions, including Sergeant to
Captain from five major police departments in the US and based recommendations
on their experiences. Reviewed qualifications from Inspector to Colonel,
as per the Monitor.                                                                 4 Hours

Continued review of curriculums in Spanish and English of these nine topics to prepare
for phone calls with the Parties:

   GO 300-301-Recruitment
   Regulation 9050-Recruitment
   GO 801-Recruitment
   400-410 Registry of Administrative Complaints and their part of EIS
   Current use of EIS documentation by Supervisors. Contacted two Commanders
      reference the use of EIS information.
   GO Chapter 400 Sec. 407 EIS, reviewed names of attendees of training
      and where they are assigned and what ranks they hold.
   Information Exchange Protocol-Criminal Justice System, verified that
      information exchange is part of Community Policing training in the
      Police Academy, reviewed Community Policing curriculum.
   EIS Project Information Chart, verified written timelines for completion of this
      project in cooperation with IT monitor, EIS is being developed and is not
      complete.
   Performance Evaluations, reviewed an example of two Performance Evaluations
      with recommendations for use in the new Supervisor Manual, which has been
      developed by PRPB and will be implemented in August 2020.                8 Hours

In connection with the three PRPB paragraphs, researched and reviewed the quarterly reports in regards to the following topics of Recruitment, Selection and Hiring; Training; and Supervision and Administration from Albuquerque, Baltimore and LAPD Consent Decrees:
    First-Line Supervision; *Command Performance: A Career Guide for*
        *Police Executives*, published by PERF.
    Establishing a reading list for promotional processes.     8 Hours

Reviewed CMR-1 and CMR-2 Monitor requests to PRPB for Recruitment, Selection and Hiring; Training; and Supervision and Administration after discussions reference the areas to be monitored. Prepared a rough draft copy of Supervision and Administration paragraphs (135–158).     4 Hours

Researched and reviewed inspection and audit manuals from AELE and several major police departments, including Denver, CO PD, Aurora, CO PD, LAPD, and Commerce City, CO PD, several of these Police Departments have been or are under Consent Decrees.     4 Hours

Researched, reviewed and obtained PowerPoint presentations and scenario-based training from several major police departments in regards to unannounced integrity audits and the Epic (Ethical Policing is Courageous) New Orleans and the Able (Active Bystandership for Law Enforcement), part of the Georgetown Innovative Policing Program, which will supplement the PRPB new 24-hour Ethics Program.     4 Hours

Researched, reviewed and obtained EIS manuals, Blue Courage, IAPRO, from several major police departments. Also obtained examples of Crime Center Software and information from Envisage Technologies, spoke with representatives from both these companies. It should be noted that Envisage Technologies is currently working with Chicago and Baltimore Police Departments reference their Consent Decrees in the area of Training in connection with the PRPB EIS program.     3 Hours

In connection with the PRPB paragraphs, researched, reviewed and obtained copy of New Orleans, US Virgin Islands, LAPD and Baltimore Police Department Supervision Policies and Practices, Sergeant Expectations and SMART book.     3 Hours

Reviewed new document utilized by the Monitor's office for write-ups involving their respective paragraphs and selecting random samples by David Levy.     2 Hours

Negotiations, meetings and telephone calls reference DHS all-expenses pre-paid (including airfare, lodging in Pueblo, vehicle rental and class tuition, meals and incidentals) attendance for at least eight PRPB officers at the nationally-recognized Security and Emergency Response Training Center (SERTC) in Pueblo, Colorado. Re-contact with SERTC Administration reference attendance by members of PRPB in the first three months of 2021, depending upon COVID-19. Paperwork has been prepared and will be distributed to members of PRPB when dates are determined for attendance in 2021. Met with manager in charge to determine alternate dates in 2021 for members of the PRPB to attend these training sessions.     2 Hours

Reviewed information and input by other Monitor members reference website, provided information reference new AELE website and reviewed Albuquerque PD website. Reviewed *five* AELE presentations reference training and handouts, which included new handcuffing guidelines, distraction devices, use of force accountability and prone restraint. These documents will be helpful to the PRPB Police Academy. These are important topics in connection with the PRPB Training Program.                                                                              2 Hours

Contacted IADLEST representative reference PRPB Police Academy certification. This certification is similar to CALEA, but much cheaper and Spanish speakers serve as assessors from other law enforcement agencies. Several countries in Central America have gone through this certification and indicate the requirements are reasonable and have made them a better police agency. A list of requirements was provided to the Monitoring Team and it is the hope that at some point in the future, the PRPB Police Academy will be in a position to attempt certification. It should also be noted that ICITAP (DOJ) has been supportive of this certification. In connection with the PRPB Training Program, members of the Monitoring Team have discussed this idea with the staff of the Police Academy and they are supportive.          2 Hours

Reviewed and prepared for phone calls with the Parties involving the methodologies and sampling of Supervision, Training and Recruitment. Prepared a rough draft copy of all three of these paragraphs.                          4 Hours

In connection with the PRPB FTO program, researched and reviewed new updated information and handouts from the National Association of Field Training Officers. This information will be useful for the current PRPB FTO program. Also researched and reviewed the Henderson, NV FTO program, National Tactical Officers Association which are being recognized as model programs nationally.                            2 Hours

Researched, reviewed and prepared additional input reference the Use and Management of Unmanned Aerial System operations (Drones) for the PRPB, General Order 600, Section 634. Reviewed report produced by PERF: Drones: *A Report on the Use of Drones by Public Safety Agencies—and a Wake-Up Call about the Threat of Malicious Drone Attacks* and policies of other police agencies, including Mesa County Sheriff's Department, which was the first agency in the US to be certified by the FAA. Members of the Monitoring Team obtained five additional examples of policies throughout the United States involving drones.                                            2 Hours

In connection with PRPB Training Program involving Use of Force, researched and reviewed information and input by Judge Denton in Use of Batons by the Spanish National Police to see if that policy would be beneficial to PRPB. Documentation was sent to Monitor and Judge Denton.                                2 Hours

**TOTAL HOURS:   77**

Billable Hours:    60 Hours and 40 Minutes at a Rate of $150.00 Per Hour = $9,100.00

Pro Bono Hours:   16 Hours and 20 Minutes

                          **Total:**        **$9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                                **$9,100.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                          _____7/31/2020_____
Signature                                                                                              Date