

# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

| Invoice#: | 35 |
|---|---|
| Invoice Date: | 08/13/2020 |

**From**

Calle Independencia  # 564
Hato Rey, PR, 00918
7875059295

**To:** Federal Monitor

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 07/20/2020 — Conference call with Attorney Roberto Abesada to review pending matters , coordinate work regarding next six month report and exchange of communications regarding draft of order on drones by PRPB | 0h 30m | $195.00/h | $97.50 |
| 07/17/2020 — Reading of comments on Draft on Use of Drones prepared by Luis Saucedo of DOJ; conference call with Monitor Romero about DOJ's comments; research on guidance on drones issued by DOJ | 2h 00m | $195.00/h | $390.00 |
| 07/08/2020 — Reasearch of use of drknes by law enforcement agencies and preparation of comments of the Federal Monitor of the draft of General Order on the use of drones prepared by PRPB; reading of document entitled Políticas Actualizadas de  PRPB and other documents sent by PRPB to Monitor; exchanged of communications with Monitor Romero | 6h 00m | $195.00/h | $1,170.00 |
| 07/06/2020 — Analysis of draft of PRPB General Order on Drones and of draft of comments sent by Rafael Ruiz of the Core Team; preparation of memorandum to the Monitor about the Draft of the Order | 3h 00m | $195.00/h | $585.00 |
| 07/05/2020 — Research of use of Drones by police departments and constitutional implications of their use for review of Draft General Order proposed by PRPB | 4h 00m | $195.00/h | $780.00 |
| 07/01/2020 — Reading of draft of General Order of PRPB concerning use of drones and draft of comments by the Monitor and conference call with Rafael Ruiz | 1h 30m | $195.00/h | $292.50 |

| | |
|---|---:|
| Terms & Note: | Sub Total: **$3,315.00** |
| Thanks for your business. | Overtime Pay: **$0.00** |
| | Discount: $0.00 |
| | Tax(0.00%): $0.00 |
| | Total Amount: **$3,315.00** |
| | Paid: **$0.00** |
| | **Balance Due:** **$3,315.00** |