# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

PHONE: 7874731515    Theandgroup.net

## INVOICE

INVOICE NUMBER: 35
INVOICE DATE: JULY 30, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| JUN-29-20 | Administrative Director | Communications with the Monitor, Work with website information | 2.00 | $85.00 | $170.00 |
| JUN-30-20 | Administrative Director | Conference call with website developers, Various communications with the Monitor | 2.75 | $85.00 | $233.75 |
| JUL-01-20 | Administrative Director | Communications with the Monitor, Work with June 2020 Staff Invoices, Communications with PRPB Reform Office and review of information sent (Videos). | 3.25 | $85.00 | $276.25 |
| JUL-02-20 | Administrative Director | Conference call with USDOJ and PRPB (253 Meeting), Communications with the Monitor, Communication with Community leader, Review of information sent by PRPB. | 5.00 | $85.00 | $425.00 |
| JUL-03-20 | Administrative Director | Communications with the Monitor, Review of information sent by PRPB (UOF Vídeos), | 3.50 | $85.00 | $297.50 |
| JUL-06-20 | Administrative Director | Communications with the Monitor, Continue Review of information sent by PRPB. | 3.00 | $85.00 | $255.00 |
| JUL-07-20 | Administrative Director | Communications with Judge Denton, Communication with Cor. Vega (Coordination of meeting with Recruitment Director), Communication with Team members (Pujols), Communications with the Monitor. | 4.75 | $85.00 | $403.75 |
| JUL-08-20 | Administrative Director | Communications with the Monitor, sent information to team members, review of information sent by the PRPB, Various communications with protest incident commander (Cor. Luciano), Protest follow up on TV and Social Media. | 4.75 | $85.00 | $403.75 |
| JUL-09-20 | Administrative Director | Meeting with Jose Pujol, Recruitment Director and Coronel Rodríguez , review of documents sent by team members, communications with the Monitor | 3.50 | $85.00 | $297.50 |
| JUL-10-20 | Administrative Director | Review of documents sent by PRPB and share with the Team. Communications with the Monitor. | 3.00 | $85.00 | $255.00 |
| JUL-12-20 | Administrative Director | Conference call with the Monitor regarding CMR-2 review of documents. | 2.00 | $85.00 | $170.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-13-20 | Administrative Director | Communications with PRPB, Communications and share information with the Monitor. Review and Share information sent by PRPB. | 3.25 | $85.00 | $276.25 |
| JUL-14-20 | Administrative Director | Communications with the Monitor, Review of Emails related to the case. | 1.50 | $85.00 | $127.50 |
| JUL-15-20 | Administrative Director | Communications with Commander Luciano regarding AEE Protests, Communications with team members, Download and send information to the team members, Communications with the Monitor. | 3.50 | $85.00 | $297.50 |
| JUL-16-20 | Administrative Director | Review of information sent by PRPB | 1.50 | $85.00 | $127.50 |
| JUL-17-20 | Administrative Director | Review of documents sent by PRPB, Communications with Staff and the Monitor. | 2.00 | $85.00 | $170.00 |
| JUL-18-20 | Administrative Director | Communications with Team member (Al Young) regarding CM-R 2 documents sent by PRPB, Communications with the Monitor. | 1.75 | $85.00 | $148.75 |
| JUL-20-20 | Administrative Director | Communications with the Monitor and Team members related to CMR-2 Request of information and documents sent by PRPB, Communications with PRPB Officials related to request of Information and Coordination of Academy visit. | 4.50 | $85.00 | $382.50 |
| JUL-21-20 | Administrative Director | Communication with Lieutenant Acevedo, Conference Call with Special Master, USDOJ and FPM Team, Conference Call with FPM Staff, Emails Communications with PRPB, Communications with the Monitor. Review of information sent by PRPB. | 6.50 | $85.00 | $552.50 |
| JUL-22-20 | Administrative Director | Communications with PRPB regarding Request of Information, Communications with the Monitor, Review of Information sent by PRPB | 2.75 | $85.00 | $233.75 |
| JUL-23-20 | Administrative Director | Communications with the Monitor and Team SME, Communications with PRPB regarding Protests at Vanderbilt, Review of emails related to the case. | 2.50 | $85.00 | $212.50 |
| JUL-24-20 | Administrative Director | Meeting at the PRPB Police Academy, Communications with the Monitor. | 3.50 | $85.00 | $297.50 |
| JUL-27-20 | Administrative Director | Various communications with the Monitor, Communications with PRPB Officials, Sent request to PRPB, Review of emails and requests sent by team members, Communications with the court. | 4.75 | $85.00 | $403.75 |
| JUL-28-20 | Administrative Director | Staff Conference Call, Communications with the Monitor, Review of Documents and Information sent by Team. | 2.75 | $85.00 | $233.75 |
| JUL-29-20 | Administrative Director | Conference call with Special Master, USDOJ and PRPB, Communications with the Monitor, Review of Information sent by Team members. | 3.25 | $85.00 | $276.25 |

INVOICE NUMBER: 35

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-30-20 | Administrative Director | Various communications with PRPB ( Coronel Díaz), Work with Request of information and coordinations Of interviews, Various communications with the Monitor, Communications with FPM Team members, Review of information sent by SME. | 5.25 | $85.00 | $446.25 |
| JUL-30-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
|  |  | Total amount of this invoice |  |  | $7,373.75 |

MESSAGE

Javier Gonzalez , July30, 2020