**INVOICE 0065 FOR PROFESSIONAL SERVICES; JULY 1 – JULY 31, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:     **Federal Monitor**
         **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of July 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; Data requests, EIS, CMR-2, history, monitoring details, PRPB data for DoJ, meetings, coordination, review website accuracy | 8.25 | $1,237.50 |
| Review Kronos status DOJ/DOL - search artifacts | 1.75 | $262.50 |
| Communications platform/website functions | 1.25 | $187.50 |
| Levy Sampling Formats - Review | 3.5 | $525.00 |
| Monitors teleconferences, conduct, prep, coordination | 4.5 | $675.00 |
| Review of PRPB provided data 7/7,9,11, certification 135-140,154-156, 7/23, 20453 Translated Policies and Forms 7-8-20, | 6.5 | $975.00 |
| Prep of IT Monitor data requests of 7/22 | 4.75 | $712.50 |
| Finalize review of EIS contract proposal | 2.25 | $337.50 |
| Data Review, cross reference, align with PRPB claims and monitoring strategy | 4.25 | $637.50 |
| Review of the translated version of PRPB Six Month report 10/2019-3/2020. Drafting of Data requests, coordination, reconcile against prior claims. Data request 7/27 | 7.5 | $1,125.00 |
| CMR-2; crosswalk, prepare, reconcile and draft recommendations, observations, verify against 6 month report and data provided | 9.75 | $1,462.50 |
| Net Hours US | 54.25 | $8,137.50 |
| Allowable Fee | | $8,137.50 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY:

*[signature]*

Scott Cragg, Monitoring Core Team

1