Donald S. Gosselin, Esq.
1931 Cordova Rd.
Suite 3039
Fort Lauderdale, FL 33316

**Billing Period:  June 27, 2020 to July 31, 2020**

**INVOICE # 1136**                                    **TOTAL DUE $9,100.00 USD**

The following is a detailed statement of the hours worked.

**All work performed in CONUS**
27 JUNE 2020 to 31 JULY 2020.
- Week of 1 July 2020, continue draft of CMR2, teleconference with Dr. Levy concerning data collection and analysis as well as two possible add-on SMEs to the Monitor Team Investigate proposed additional Monitors, review subject matter expertise, conduct interviews. Review Sampling Strategy Spreadsheet and relevant areas in advance of Telecon (7hrs)
- Week of 6 July 2020, continue draft of CMR2, teleconference with Dr. Levy concerning data collection and analysis (7hrs)
- Week of 13 July 2020 – prepare for and participate in multiple teleconferences and videoconferences with Chief Monitor, fellow Monitors, Special Master, PRPB and counsel, technology/web providers, Discussion on design of random sampling and size review of website and back end (23hrs)
- Week of 20 July - Multiple videoconferences, teleconferences, emails, texts and other relevant correspondence with Team Members & Parties to the Agreement, including, but not limited to the following subjects;
    - Paragraph by Paragraph discussion of Professionalism, Equal Protection and Bias Free Policing
    - Continue work on Third Request for Production of Documents
    - State of CMR-2
    - Review current data/document request (information already requested)
    - Additional data/documents we will be requesting
    - Teleconference with Special Master and all parties related to data requests both present and future
    - Continue preparing Third Request for Production of Documents ("RPD")
    - Prepare bio for Monitor's Website (12 hours)
- Week of 27 July –
    - Teleconference with Chief Monitor
    - Multiple videoconferences with Monitor Team and Special Master
    - Continue to draft written report on SARP findings for CMR-2
    - Correspondences and coordination with Korber, Inc. regarding digital workflow and proposed digital data solutions (11.66 hours)

**60.66 hours total @ $150 = $9,100.00**

| | |
|---|---|
| TOTAL FEE: | 60.66 Hours x $150 = $ 9,100.00 USD |
| <span style="color:red">FEE WAIVED (CONUS):</span> | <span style="color:red">Presently, this Contractor will not extend pro-bono services to the parties.</span> |

<u>Net US FEE PAYABLE</u>        $ 9,100.00

**Total Fees and Expense Reimbursement Due = $9,100.00**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                             31 July 2020
                                                      _____
Signature                                             Date


**Remittance Information**

**Citizens Bank of Boston**

Routing # 211070175

Account # 131511-606-2