# José L. Pujol

Special Projects Consultant
W-2 Calle 12, Alturas de Flamboyán
Bayamón, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

---

Federal Monitor for the Reform of the PRPB
San Juan, Puerto Rico

Re: Invoice # <u>2020-01</u>

Sir:

The following is a statement of the hours worked on planning, preparing, and/or conducting tasks/projects assigned by the Federal Monitor for the PRPB Reform.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 07/07/2020 | 0.5 Hrs. 12:45pm - 01:15pm | Review documents sent by Mr. Alan Youngs via e-mail.<br>Telephone call with him. |
| 07/08/2020 | 0.5 Hrs. 02:15pm - 02:45pm | Telephone call with Mr. Alan Youngs.<br>Preparing questions for interview Ms. Zoraida Sanchez. |
| 07/09/2020 | 7.5 Hrs. 09:00am - 10:30am<br>11:00am – 01:30pm<br>02:00pm – 05:30pm | Interview of Ms. Zoraida Sanchez<br>Review of documents provided by Ms. Sanchez and send them to Mr. Alan Youngs<br>Preparation of MOI report |
| 07/19/2020 | 1.0 Hrs. 03:45pm – 04:45pm | Review of documents received from Mr. Alan Youngs.<br>E-mail Col. Vega.<br>Communications with Monitor Team member. |
| 07/20/2020 | 5.5 Hrs. 09:30am – 01:00pm<br>01:45pm – 03:45pm | Review of Paragraphs117 to 138 of the Agreement.<br>Complete review of documents provided by Mr. Alan Youngs.<br>Oral communications with Monitor's Team Members<br>Preparation of questions related to the visit to the PRPB Academy |
| 07/21/2020 | 1.5 Hrs. 10:00am – 11:30am | Oral communications with Monitor's Team Members.<br>Review of documents and preparation of questions related to the visit to the PRPB Academy. |

| 07/22/2020 | 1.5 Hrs.  04:30pm – 05:30pm 07:30pm – 08:00pm | Oral communications with Monitor's Team Members. Preparation of questions related to the visit to the PRPB Academy |
| 07/23/2020 | 0.5 Hrs. 09:45am – 10:15am | Oral communications with Monitor's Team Members. Preparation of questions related to the visit to the PRPB Academy |
| 07/24/2020 | 9.0 Hrs.  09:00am – 01:00pm 02:00pm – 07:00pm | Interviews at PRPB Academy Report writing |
| 07/27/2020 | 1.5 Hrs. 09:30am – 11:00am | Oral communications with Monitor's Team Members.  Review paragraphs 206-207-208 of the Agreement.  Review referred questions. Preparation of questions related to the visit to PRPB HQs |
| | **29.0 Hrs. - Total hours billed** | **29.0 hrs. x $75.00 = $2,175.00** |

I hereby certify that the amount billed in this Invoice is true and correct and corresponds to the number of hours worked in my capacity of Consultant for the Federal Monitor.

*This invoice may contain information that is privileged, and, unless waiver provided, the Federal Monitor reserves all rights to publish or otherwise disseminate the content of the work produced. The Federal Monitor reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

José L. Pujol

07/31/2020

Date