# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200173
DATE: JULY 31, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-02-20 | CONSULTING FEES | Send email to SURI - Claim payment SP - January 2020, not applied to account. Can not submit PS Quarterly Return, since April payment was applied to Q1 Return. Wrote to Hacienda to amend the error and apply payment to the correct Quarter. Email Hacienda - Debt PS as of 03/31/2020, after amended return and payment posting in correct periods, File Q2 Quarterly Return. Print & File amended return Q1 2020 | 1.00 | $100.00 | $100.00 |
| JUL-17-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF JUNE 2020, PAID IN JULY 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| | | Total hours for this invoice | 6.00 | | |
| | | Total amount of this invoice | | | $600.00 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |