

**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

August 03, 2020
Invoice # 15951

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2020 | RAA | Review email from counsel of PRPD requesting to add new item in agenda. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo with new agenda for call tomorrow. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.90 175.00/hr | 157.50 |
| 7/2/2020 | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Preparation of summary of today's section 253 call. | 0.40 175.00/hr | 70.00 |
| | RAA | Post-conference section 253 call with J. Romero | 0.40 175.00/hr | 70.00 |
| | RAA | Plan and prepare for conference call today. | 0.60 175.00/hr | 105.00 |
| | RAA | Attend various calls from J. Romero. | 0.70 175.00/hr | 122.50 |
| | RAA | Attend section 253 conference call. | 1.10 175.00/hr | 192.50 |
| 7/3/2020 | RAA | Review electronic communications from J. Romero to PRPD legal team. | 0.10 175.00/hr | 17.50 |

787-273-8300

Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2020 | RAA | Review email response from B. Annexy to J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo regarding article of US police statistics and review the same. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | Review and respond to email from J. Romero regarding pending work and interviews. Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| 7/7/2020 | RAA | Plan and prepare for videoconference with special master and team with PRPD. Emails and calls with J. Romero | 1.80 175.00/hr | 315.00 |
| 7/8/2020 | RAA | Review email from L. Saucedo and letter from district court to Commissioner Escalera about unauthorized recordings | 0.10 175.00/hr | 17.50 |
| | RAA | Various telephone calls from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Various calls from J. Romero post morning session. | 0.40 175.00/hr | 70.00 |
| | RAA | Appear and attend morning videoconference session. | 2.70 175.00/hr | 472.50 |
| | RAA | Appear and attend afternoon videoconference session. | 2.80 175.00/hr | 490.00 |
| 7/9/2020 | RAA | Review CV of M. Serrano. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. González. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. Gonzalez. Review electronic communication from J. Gonzalez regarding motion for approval and payment of invoices. Review invoices. Preparation and submission of motion to approve and pay expenses of Federal Monitor's office. Email to J. Gonzalez with filed motion. | 0.80 175.00/hr | 140.00 |
| | RAA | Review email with report and recommendation of GO 600-634. Review report and recommendation. Telephone call with J. Romero. Preparation of revisions to report and recommendation. Telephone call with J. Romero. | 0.90 175.00/hr | 157.50 |
| | RAA | Conference call with J. Romero and M. Serrano. | 1.50 175.00/hr | 262.50 |

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page 3

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/10/2020 | YMT | Legal research of law review articles on drones and privacy rights. | 0.90 125.00/hr | 112.50 |
| | RAA | Review and study of law review articles on drones and privacy rights. Electronic communication to J. Romero. Telephone call from J. Romero. | 1.40 175.00/hr | 245.00 |
| 7/12/2020 | RAA | Review and respond to electronic communications from J. Romero. | 0.20 175.00/hr | 35.00 |
| 7/13/2020 | RAA | Consideration and analysis of weekend protests and alleged accusations of improper use of force by police. Exchange of communications with J.Romero. | 0.50 175.00/hr | 87.50 |
| 7/14/2020 | RAA | Review email from L. Saucedo. | 0.10 175.00/hr | 17.50 |
| | RAA | Review and respond to electronic communication from M. Narvaez regarding Summer 2019 protests and pending report. | 0.20 175.00/hr | 35.00 |
| | RAA | Electronic communications and calls from J. Romero regarding various matters. | 0.40 175.00/hr | 70.00 |
| | RAA | Telephone call from counsel of Brigada Legal Solidaria. Electronic communication to J. Romero regarding the same. | 0.40 175.00/hr | 70.00 |
| 7/15/2020 | RAA | Review email from L. Portela regarding PRPB expenditures. | 0.10 175.00/hr | 17.50 |
| | RAA | Review various emails from L. Saucedo. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call and electronic communications with J. Romero. | 0.40 175.00/hr | 70.00 |
| 7/17/2020 | RAA | Review email from L. Saucedo re: community expert. | 0.10 175.00/hr | 17.50 |
| | RAA | Review CV of community expert proposed by L. Saucedo. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo. Review order and changes made re: drones. | 0.30 175.00/hr | 52.50 |
| | RAA | Calls and emails with J. Romero. | 0.40 175.00/hr | 70.00 |
| 7/20/2020 | RAA | Review emails from J. Romero and A. Del Carmen about interviews tomorrow. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from J. Romero and B. Annexy regarding DIU case files. | 0.20 175.00/hr | 35.00 |
| | RAA | Emails and telephone communications with F. Hernandez Denton. | 0.60 175.00/hr | 105.00 |

Page    4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2020 | RAA | Plan and prepare for videoconference today. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Telephone call from J. Romero. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Appear and attend videoconference. | 1.90<br>175.00/hr | 332.50 |
| 7/23/2020 | RAA | Review emails from L. Saucedo and J. Romero, including CVs of potential community experts and questions to PRPB. | 0.30<br>175.00/hr | 52.50 |
| 7/24/2020 | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| 7/25/2020 | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| 7/26/2020 | RAA | Review and respond to email from J. Romero. | 0.10<br>175.00/hr | 17.50 |
| 7/27/2020 | RAA | Preparation of draft communications regarding experts in community engagement and vetting process. Telephone calls with J. Romero. | 0.70<br>175.00/hr | 122.50 |
| 7/29/2020 | RAA | Review email from J. Romero with PRPB Covid-19 report. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review COvid-19 report. | 0.20<br>175.00/hr | 35.00 |
| 7/30/2020 | RAA | Review email from J. Gonzalez to Colonel Díaz and enclosed questions. | 0.10<br>175.00/hr | 17.50 |
| 7/31/2020 | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone calls and emails with J. Romero. | 0.30<br>175.00/hr | 52.50 |

For professional services rendered    28.20    $4,890.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 27.30 | 175.00 | $4,777.50 |
| Yesenia Medina Torres | 0.90 | 125.00 | $112.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.

*[signature]*   August 3, 2020