**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CIVIL NO.  **12-2039 (GAG)** |
| Plaintiff, | |
| v. | |
| **P.R. POLICE DEPARTMENT &** **COMMONWEALTH OF P.R.,** | |
| Defendants. | |

**NOTICE OF APPEARANCE OF COUNSEL FOR CO-DEFENDANT AND REQUEST FOR**
**EXTENSION OF TIME TO REVIEW, EXAMINE, ANALYZE JUDICIAL FILE,**
**COMPLY WITH ANY PENDING ORDERS, TASKS AND/OR OTHERWISE PLEAD**

COMES NOW Co-Defendant, **Puerto Rico Police Department** (hereinafter **"Co-Defendant"**), through its undersigned attorneys, and, very respectfully state, allege, and request:

1.    Co-Defendant in this case has just retained the services of the Law Firm of Cancio, Nadal & Rivera, P.S.C., to represent its interests in the instant matter.

2.    The firm of Cancio, Nadal & Rivera, P.S.C., by and through the undersigned attorneys, requests entry of appearance in this matter on behalf of appearing Co-Defendant.

6.    Due to the nature of the allegations contained in the Complaint, the complexity of the instant litigation, the current state of proceedings, among other reasons, Co-Defendant hereby requests an extension of time of thirty (30) days, review, examine, analyze, familiarize with the judicial file and with

all relevant information/documents, and comply with any pending orders, tasks, and/or otherwise plead.

7. This request is done in a responsible manner, without any intent to unduly delay proceedings. The request for extension of time is based on the need to adequately investigate the file, in order to draft and present responsible pending pleadings on behalf of Co-Defendant.

**WHEREFORE,** Co-Defendant respectfully requests that this Court grant the instant notice of appearance, and enter the appearance of the undersigned attorneys as counsel for appearing Co-Defendant. In addition, Co-Defendant respectfully requests from this Honorable Court that it be granted an extension of time of thirty (30) days examine the judicial file and comply with any pending orders.

In San Juan, Puerto Rico, this 14th day of August, 2020.

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certify that on August 14, 2020, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

<u>s/Ángel A. Valencia Aponte</u>
ÁNGEL A. VALENCIA APONTE
USDC-PR NO. 123905
<u>s/Rául E. Bandas</u>
RÁUL E. BANDAS
USDC-PR NO. 207809

<u>s/Carlos M. Rivera Vicente</u>
CARLOS M. RIVERA VICENTE
USDC-PR NO. 126304
<u>s/Marta L. Rivera Ruiz</u>
MARTA L. RIVERA RUIZ
USCD-PR NO. 221201

**CANCIO, NADAL & RIVERA, P.S.C.**
P.O. Box 364966
San Juan, PR 00936-4966
Ave. Muñoz Rivera 403
Hato Rey, Puerto Rico 00918-1145
Tel. (787) 767-9625
Fax: (787) 622-2238
E-mail: <u>angelvalencia@cnr.law</u>
        <u>rbandas@cnr.law</u>
        crivera@cnr.law
        mrivera@cnr.law