# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Defendants. | No. 12-cv-2039 (GAG) |

**UNITED STATES' OPPOSITION TO THE COMMONWEALTH'S REQUEST FOR EXTENSION OF TIME TO REVIEW, EXAMINE, ANALYZE JUDICIAL FILE, COMPLY WITH ANY PENDING ORDERS, TASKS AND/OR OTHERWISE PLEAD**

COMES NOW, Plaintiff, the United States of America, in opposition to the Commonwealth's Request for Extension of Time to Review, Examine, Analyze Judicial File, Comply with Any Pending Orders, Tasks and/or Otherwise Plead ("Request for Extension"), seeking a 30-day extension to "examine the judicial file and comply with any pending orders." Request for Extension, ECF 1566.

The Commonwealth offers no particularized reason for the extension beyond the appearance of new counsel and did not consult with the United States prior to making its request. The Commonwealth's substitution of counsel and its surprise Request for Extension also come at a crucial time in the case – the Monitor is preparing to submit his second draft report to the Parties on August 17, 2020[1], and the Commonwealth is scheduled to submit its next status report on September 15, 2020.  The Commonwealth had ample time to discuss any potential request for extension in the ten days that elapsed since the Commonwealth's former counsel withdrew from

---

[1] The Court has already granted the Monitor two extensions for the submission of his second draft report, which was due originally on April 15, 2020.  *See* Order, ECF 1456 (Apr. 22, 2020); Order, ECF 1540 (June 16, 2020).

the case.  *See* Mot. to Withdraw, ECF 1560 (Aug. 4, 2020).  Accordingly, the United States objects to the blanket extension.  The United States requests respectfully that the Court order the Commonwealth to meet and confer with the United States and the Monitor on all upcoming deadlines by August 20, 2020, before the Court considers any future request for extension of time.  It is possible that the United States may be amenable to a reasonable extension of certain deadlines that will permit new counsel to become familiar with the case, while permitting the compliance monitoring and reporting to continue without undue delay.

WHEREFORE, the United States requests respectfully that the Court deny the Commonwealth's blanket Request for Extension and instead order the Commonwealth to meet and confer on all upcoming deadlines with counsel for the United States and the Monitor by August 20, 2020.

I HEREBY CERTIFY that on this date I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record and the Monitor on the service list to be served by electronic means.

Respectfully submitted, this 14th day of August, 2020,

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section
Civil Rights Division

*s/ Luis E. Saucedo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
Counselor to the Chief
**JORGE CASTILLO** (G02912)
Trial Attorney
U.S. Department of Justice
Special Litigation Section
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Tel: (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov

Attorneys for the United States