# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CIVIL NO. 12-cv-2039 (GAG) |
| **Plaintiff** | |
| **v.** | |
| **PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**COME NOW** Co-defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorney, and respectfully state and pray:

The co-defendants of caption move the Clerk of Court to enter the appearance of the undersigned attorney as counsel for co-defendants along with sister counsel Marta Rivera-Ruiz.

**WHEREFORE,** Co-defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department respectfully request this Court to take notice of the above and enter the appearance of the **undersigned attorney as counsel for co-defendants**.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of August, 2020.

CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a copy of this document was filed with the Clerk of Court through the CM/ECF system, which will provide notice of this filling to all counsels of record in the captioned case.

**S/ RAÚL E. BANDAS**
**USDC-PR NO. 207809**

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
403 Muñoz Rivera Ave.
San Juan, PR 00918-3345
Phone 787-767-9625
Fax  787-622-3461
Email: rbandas@cnr.law