**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO. 3:12-cv-2039 (GAG)** |
|     **Plaintiff,** | |
|     **v.** | |
| **COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,** | |
|     **Defendants.** | |

**MOTION TO CORRECT AND AMEND ECF NO. 1565 and 1571 AND FOR DISBURSEMENT OF FUNDS**

**TO THE HON. GUSTAVO A. GELPÍ, CHIEF U.S. DISTRICT JUDGE:**

    **NOW COMES,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPM"), who respectfully, through the General Counsel of the FPM, states and prays as follows:

1.  Attached to the present document is an amended and corrected chart with the invoices for professional services rendered by the members of the Office of the FPMPR LLC.  The appearing party has corrected Dr. David Levy's invoice from $9,100 to $9,000 as well as the monthly rent invoice from $6,180 to $2,060.

2.  The Office of the FPMPR LLC respectfully requests that the expenses detailed in the attached be approved and a check be issued in the amount of **$81,242.91**, instead of the $85,462.91 that was requested on August 13, 2020 at ECF No. 1565.  The **$81,242.91** is the correct total amount of the expenses for the month of **July 2020**.

3.  The Office of the FPMPR LLC. nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments or agencies.

4. No additional payment, for any reason will be paid. I certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the Office of the FPMPR LLC's previously approved budget and are necessary to the Federal Police Monitor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

   **WHEREFORE,** it is respectfully requested that the Honorable Court accept this amended motion to ECF No. 1565, as well as its Order at ECF No. 1571 and approve the above-mentioned expenses and issue a check in the amount of **$81,242.91**, the total amount of the expenses for the month **of July 2020**.

   Javier González as Administrative Director of the Office of the FPMPR Corp., hereby certifies that the above information is true, correct, and accurate; and that the requested amount will be deposited in the Office of the FPMPR LLC commercial account.

   **RESPECTFULLY SUBMITTED.**

   In San Juan, Puerto Rico, this 20th day of August 2020.

   **I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
rabesada@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP
