OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

August 13, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for July 2020:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $17,916.66 | July 2020 |
| Castellanos Group LLC | | |
| P.D.C.M. Associates S.E. | $2,060.00 | July 2020 |
| The & Group LLC (Javier González) | $7,373.75 | July 2020 |
| Dr. David Levy | $9,000.00 | July 2020 |
| Viota & Associates CPA LLC | $ 600.00 | July 2020 |
| Donald S. Gosselin | $9,100.00 | July 2020 |
| Al Youngs | $9,100.00 | July 2020 |
| Rafael E. Ruiz | $7,575.00 | July 2020 |
| Scott Cragg | $8,137.50 | July 2020 |
| Federico Hernández Denton | $3,315.00 | July 2020 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $4,890.00 | July 2020 |
| José L. Pujol | $ 2,175.00 | July 2020 |
| TOTAL: | $81,242.91 | July 2020 |
| | | |