UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO et al.<br><br>Defendants. | CIVIL NO. 12-2039 (GAG) |

NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Comes now, Defendant Commonwealth of Puerto Rico, through its undersigned attorney, and very respectfully alleges and prays as follows:

1. Defendant Commonwealth has requested that the undersigned counsel represent it in the instant matter, as part of the Law Firm Cancio, Nadal & Rivera, L.L.C.

2. The undersigned is *Of-Counsel* with the referenced Law Firm and will provide legal representation to the appearing party.

3. Accordingly, it is respectfully requested that the Honorable Court grants the appearance of the undersigned counsel.

WHEREFORE, it is respectfully requested that the Honorable Court take notice and allow the undersigned appearance in representation of the Commonwealth of Puerto Rico.

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Notice of Appearance, with the Clerk of the Court, using the CM/ECF System, which will send

notification of such filing to all appearing parties and counsels using the Court's electronic system.

In San Juan, Puerto Rico, this 21st day of August 2020.

s/Angel A. Valencia-Aponte

Angel A. Valencia-Aponte
USDC-PR 123905
Counsel for Defendant Commonwealth of Puerto Rico

Cancio, Nadal & Rivera, L.L.C.
Attorneys and Counsellors At Law
403 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918-3345
Telephone: 787-767-9625, Ext. 1202
Fax 787-622-2230
Mobile: (787) 245-0009
E-mailaddress:avalencia@aavalaw.com
angelvalencia@cnr.law
