Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

July 27, 2020 through August 23, 2020

INVOICE # SM2020-5                                **TOTAL DUE $ 9,000.00**
SPECIAL MASTER
AUGUST 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 25 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $3,750 |
| 5.5 | Conference calls with the Monitoring Team members. | $825 |
| 2.5 | Conference calls with the Parties and Monitor. | $375 |
| 11 | Reviewed and provided feedback related to statistical sampling strategy. Participated in conference calls on sampling strategy. | $1,650 |
| 5.5 | Reviewed Monitor's Report and provided feedback. | $825 |
| 10.5 | Reviewed and worked on document related to promotional assessment. | $1,575 |
|  |  | $9,000 |

## Total Wages Due = $9,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____            _____
   Dr. Alejandro del Carmen                              8/23/20