TDPetrowski, LLC
4010 Deep Valley Drive
Dallas, Texas 75244

August 5, 2020 through August 23, 2020

INVOICE # ASM2020-8                          **TOTAL DUE $ 4,350.00**
ASSISTANT SPECIAL MASTER
AUGUST 2020 INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 5 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $750 |
| 7 | Reviewed Monitor's Report and provided feedback | $1050 |
| 17 | Zoom meetings and/or Conference calls with the Parties. | $2550 |
|  |  | $4,200 |

Total Wages Due = $4,350.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Thomas D. Petrowski* (signature)                         8/24/2020
Thomas D. Petrowski