IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et al.,<br><br>**Defendants.** | **CASE NO. 12-2039 (GAG)** |

**ORDER: Appointment of Subject Matter Area Expert Merangelí Serrano**

After considering the parties' positions, the Court hereby **APPOINTS** Mrs. Merangelie Serrano as subject matter expert to the Monitor to evaluate the Commonwealth's compliance with Section XII of the Agreement on Community Engagement and Public Information. Mrs. Serrano is a retired U.S. Probation Officer with a Psychology and Education undergraduate degree from Mercy College and a graduate degree in Education from Long Island University.  Her career began as an adjunct professor at Mercy College and State University of New York in the areas of psychology and sociology. After teaching for five years, she began working for the U.S. Pretrial Services Officer from 1995 to 2006 and then from 2006 to June 30, 2020 as a U.S. Probation Officer. The Court can attest to the integrity, dedication, professionalism, and preparation of Mrs. Serrano during her work at the U.S. District Court, as well as, the time Mrs. Serrano spent in community outreach programs which makes her suitable for the position.

**SO ORDERED.**

In San Juan, Puerto Rico this 2nd of September, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge