OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

September 1, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for August 2020:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $17,916.66 | August 2020 |
| Castellanos Group LLC | | |
| P.D.C.M. Associates S.E. | $2,060.00 | August 2020 |
| The & Group LLC (Javier González) | $6,056.25 | August 2020 |
| Dr. David Levy | $9,150.00 | August 2020 |
| Viota & Associates CPA LLC | $ 650.00 | August 2020 |
| Donald S. Gosselin | $9,100.00 | August 2020 |
| Al Youngs | $9,100.00 | August 2020 |
| Rafael E. Ruiz | $8,887.50 | August 2020 |
| Scott Cragg | $9,100.00 | August 2020 |
| Federico Hernández Denton | $2,291.25 | August 2020 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $13,027.50 | August 2020 |
| José L. Pujol | $ 3,862.50 | August 2020 |
| Rita J. Watkins | $ 4,500.00 | August 2020 |
| Carpets Unlimited Dist. Corp. | $   257.23 | |
| **TOTAL:** | **$95,958.89** | August 2020 |
| | | |