# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200189
DATE: AUGUST 28, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-10-20 | CONSULTING FEES | Deposit at First Bank, check for June services | 1.00 | $100.00 | $100.00 |
| AUG-13-20 | CONSULTING FEES | ACH TRANSFERS FOR JUNE SERVICES | 0.50 | $100.00 | $50.00 |
| AUG-25-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF JULY 2020, TO BE PAID IN JULY 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| | | Total hours for this invoice | 6.50 | | |
| | | Total amount of this invoice | | | $650.00 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |