# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

PHONE: 7874731515   Theandgroup.net

## INVOICE

INVOICE NUMBER: 38
INVOICE DATE: AUGUST 28, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-31-20 | Administrative Director | Communications with PRPB, Coordination of Interviews with PRPB Officials for CMR-2. Communications with the Monitor | 2.50 | $85.00 | $212.50 |
| AUG-03-20 | Administrative Director | Meeting with SJ Area Commander and Precinct Directors related to Community Engagement Interviews. Meeting with PRPB Community Relations Staff. Review of Documents sent by Team Members. Communications with the Monitor, Work with July 2020 Invoices. | 5.25 | $85.00 | $446.25 |
| AUG-04-20 | Administrative Director | Meeting with Carolina area Commander, Review of information sent by PRPB and Team members. | 4.25 | $85.00 | $361.25 |
| AUG-05-20 | Administrative Director | Visit PRPB Academy to Review of documents. Communications with the Monitor and Team members. Review of information sent by team members. | 6.75 | $85.00 | $573.75 |
| AUG-06-20 | Administrative Director | Various communications with the Monitor, Review of documents sent by team members. | 3.25 | $85.00 | $276.25 |
| AUG-07-20 | Administrative Director | Communications with The Monitor, Review, and Share of documents sent by PRPB. | 2.50 | $85.00 | $212.50 |
| AUG-09-20 | Administrative Director | Review of Various Protests (Primary, Airport), Communications with SJ and Carolina Area Commanders, Communications with The Monitor | 3.75 | $85.00 | $318.75 |
| AUG-10-20 | Administrative Director | Communications with PRPB and Team Members related to CMR-2 Documents, Communications with the Monitor. Coordinate delivery of office equipment from PRPB. | 3.25 | $85.00 | $276.25 |
| AUG-11-20 | Administrative Director | Communications with the Monitor, Communications with Team Members related to Documents sent by PRPB. | 2.00 | $85.00 | $170.00 |
| AUG-12-20 | Administrative Director | July 2020, Invoices, Communications with the Monitor, Communications with PRPB, Review of information sen by PRPB. | 3.75 | $85.00 | $318.75 |
| AUG-13-20 | Administrative Director | Methodology Video conference, Review of documents sent by PRPB, and share them with the Team, Communications with the Monitor, and Counselor Regarding Invoices. | 5.25 | $85.00 | $446.25 |

INVOICE NUMBER: 38

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-14-20 | Administrative Director | Methodology Video Conference, Communications with the Monitor, Review of Documents related to the Case. | 3.50 | $85.00 | $297.50 |
| AUG-17-20 | Administrative Director | Conference Call with Special Master and the Parties, Communications with the Monitor, Video Conference with New Commonwealth Counsels. Review of documents. | 4.50 | $85.00 | $382.50 |
| AUG-18-20 | Administrative Director | Work with FPMPR Office Matters. | 1.50 | $85.00 | $127.50 |
| AUG-19-20 | Administrative Director | Review of Documentes sent by FPM Staff. Work on FPM Administrative matters. | 2.00 | $85.00 | $170.00 |
| AUG-20-20 | Administrative Director | 253 Meeting, review of documents, Communications with the Monitor | 3.25 | $85.00 | $276.25 |
| AUG-21-20 | Administrative Director | Communications with the Monitor, Staff Conference call. Work with Staff website Information. | 3.50 | $85.00 | $297.50 |
| AUG-25-20 | Administrative Director | Conference call with Special Master and the parties, Review of information related to the case, Communications with the Monitor. | 3.25 | $85.00 | $276.25 |
| AUG-26-20 | Administrative Director | Communication with the Monitor, Review of information related to the case. | 2.00 | $85.00 | $170.00 |
| AUG-27-20 | Administrative Director | Communications with the monitor, Review of emails related to the case, Conference call with the Parties. | 3.00 | $85.00 | $255.00 |
| AUG-28-20 | Administrative Director | Review of Information sent by Staff, Communications with The Monitor, Share information with the Team. | 2.25 | $85.00 | $191.25 |
| AUG-28-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $6,056.25 |

MESSAGE

Javier B Gonzalez, August 28, 2020