**INVOICE 0066 FOR PROFESSIONAL SERVICES; AUG 1 – AUG 29, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of Aug 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects. | 5.75 | $862.50 |
| Community Communications Platform/Website - functions; review info sharing and retention strategy. | 1 | $150.00 |
| CMR-2 IT observation; re-write, final edits, record IT follow-up required, review with DoJ, re-write of final. | 14.75 | $2,212.50 |
| Review of PRPB provided data; UoF, Sgt Training, documents 8/7, Master Policy List. | 6.25 | $937.50 |
| Review Outstanding Data provided from by PRPB and purify. Monitoring review of training data. | 3.5 | $525.00 |
| Levy Sampling Formats - Collaborate, Review, Edit & Revise. | 13 | $1,950.00 |
| Sampling & Monitoring Teleconferences, CMR's; Attend, prep, coordination, Attorney's, | 16.5 | $2,475.00 |
| Net Hours US | 60.75 | $9,112.50 |
| **Allowable Fee** | | **$9,100.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Core Team

1