Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

August 1-August 30, 2020

INVOICE # 008                                **TOTAL DUE $9,150.00 USD**
August 2020 INVOICE

The following is a detailed statement of the hours worked.

**1 AUG to 30 AUG 2020 (worked performed in CONUS)**
- **Develop monitoring schema for conversation on sampling strategy (8 hours)**
    - Revised monitoring schema for sampling methods conversations led by Special Master del Carmen (8 hours)
- **Calls (23 hours)**
    - Conference calls and coordination with Monitoring Team (8 hours)
    - Conference calls with the Parties regarding CMR-2 (4 hours)
    - Conference calls with parties regarding sampling method (10 hours)
    - 08/17 call with parties to meet new PRPB Counsel (1 hour)
- **Coordination with web design team (1 hours)**
    - Development of new team management system for website (1 hour)
- **CMR-2 editing (29 hours)**
    - Edited IT section for CMR-2 (2 hours)
    - Edited Supervision section for CMR-2 (1 hour)
    - Compiled and edited full draft of CMR-2 (14 hours)
    - Draft revisions following recall (12 hour)

**61 hours total @ $150/hour = $9,150**


**TOTAL FEE:**              **60.50 Hours x $150/hour = $9,150 USD**

## Total Fees and Expense Reimbursement Due = $9,150.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                                         August 30th, 2020
Signature                                                                                          _____
                                                                                                              Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043