**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

August 1–August 31, 2020
Invoice No. 15
Member of Federal Monitor Team

| | |
|---|---|
| Reviewed and responded to emails and conference calls for the month of August from members of the Monitor Team and the Parties reference methodology, CMR-2 and questions concerning requests by the Monitor Team. | 22 Hours |
| Verified list of Supervisors compared to Global List of PRPB sworn personnel. Submitted list of 19 Supervisors to Dr. Levy and Jose Pujol for random samples to determine numbers of employees supervised and certifications from the Police Academy. Reviewed results of 82 certification inspections by Monitoring Team regarding training and certification of PRPB agents. | 5 Hours |
| Reviewed qualifications from Inspector to Colonel, as per the Monitor, which were developed by McConnell Valdes. | 1.5 Hours |
| Researched and reviewed Federal Monitor proposed examination questions from the ranks of Inspector to Colonel. | 2.5 Hours |
| In connection with the PRPB Supervision and Training Programs, verified curriculum of ranks, checked topics which were covered by the curriculum and training at the Police Academy. Researched and reviewed examples of job descriptions, including Officer to Chief from Denver, Albuquerque and LAPD police departments. | 5 Hours |

Translated and reviewed curriculums in English of the following topics to prepare for phone calls with the Parties:

    GO 300-301-Recruitment
    Regulation 9050-Recruitment
    GO 801-Recruitment
    Reviewed Strategic Plan submitted by Recruitment section.
    Determined through Recruitment section that there are 120 recruiting officer
        agents who have been trained.                                                                  4 Hours

    Translated the following documents into English 400-410 Registry of Administrative
        Complaints and the EIS training curriculum.
    Contacted several Commanders from PRPB and discovered that they could not use
        information from the EIS due to the platform not being completed. This information was
        verified by Jose Pujol in his interviews.

    GO Chapter 400, Sec. 407 EIS, reviewed names of attendees of training and where they are assigned and what ranks they hold in PRPB.
    Translated Information Exchange Protocol-Criminal Justice System, verified that information exchange is part of Community Policing training in the Police Academy, reviewed Community Policing curriculum and forwarded information to Javier Gonzalez.
    EIS Project Information Chart, verified written timelines for completion of this project in cooperation with IT Monitor.     5 Hours

Performance Evaluations
Reviewed an example of two Performance Evaluations for 2018 and 2020, both for Agents and Supervisors.
Reviewed new PROMEDIA Performance System Manual, which has been developed by PRPB and will be implemented in August 2020.     4 Hours

In connection with the assigned PRPB paragraphs, researched and reviewed the PRPB Bi-Annual Status Report in regards to the following topics of Recruitment, Selection and Hiring; Training; and Supervision and Administration. Reviewed Police Training Management System (PTMS).     3 Hours

Reviewed DOJ and PRPB comments concerning CMR-1. Reviewed Monitor requests to PRPB for Recruitment, Selection and Hiring; Training; and Supervision and Administration after discussions.     3 Hours

Researched and reviewed Inspection and Audit manuals from LAPD and received a copy of the Manual. Translated and reviewed auditing policy and manual from PRPB.     4 Hours

Researched, reviewed and obtained information from Crime Solutions concerning Ethics section and platform. Obtained PowerPoint presentations and scenario-based training from LAPD in regards to unannounced integrity audits and obtained a copy of the New Orleans PowerPoint presentation Ethical Policing is Courageous (EPIC), which could supplement the PRPB new 24-hour Ethics Program.     3 Hours

Reviewed new document utilized by the Monitor's office for write-ups involving their respective paragraphs and selecting random samples by David Levy.     2 Hours

Negotiations, meetings and telephone calls reference DHS all-expenses pre-paid (including airfare, lodging in Pueblo, vehicle rental and class tuition, meals and incidentals) attendance for at least eight PRPB officers at the nationally-recognized Security and Emergency Response Training Center (SERTC) in Pueblo, Colorado. Re-contact with SERTC Administration reference attendance by members of PRPB in the first three months of 2021, depending upon COVID-19. Met with manager in charge to determine August dates in 2021 for members of the PRPB to attend these training sessions.     2 Hours

Reviewed and prepared for phone calls with the Parties involving the methodologies and sampling of Supervision, Training and Recruitment. Prepared a rough draft copy of all three of these paragraphs and information for CMR-2.     9 Hours

| | |
|---|---|
| Prepared final draft of Recruitment for Dr. Levy and Roberto Abesada. | 2 Hours |
| Prepared final draft of Training for Dr. Levy and Roberto Abesada. | 2 Hours |
| Prepared final draft of Supervision and Administration for Dr. Levy and Roberto Abesada. | 2 Hours |
| Reviewed comments from both individuals and added suggested comments to final documents. | 2 Hours |

**TOTAL HOURS: 83**

Billable Hours:   60 Hours and 40 Minutes at a Rate of $150.00 Per Hour = $9,100.00

Pro Bono Hours:  22 Hours and 20 Minutes

**Total:**   **$9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**   $9,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

8/31/2020
Date