

# Federico Hernández D...

# INVOICE

f.hernandezdenton@gmail.com

| | |
|---|---|
| Invoice#: | 39 |
| Invoice Date: | 08/31/2020 |

**From**

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

**To:** Federal Monitor

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 08/31/2020<br> I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0h 01m | $0.00/h | $0.00 |
| 08/31/2020<br>Exchange of communications with Monitor Romero and Attorney Abesada about Joint Task Force Operatives | 0h 15m | $195.00/h | $48.75 |
| 08/30/2020<br>Exchanged of communications with Federal Monitor and Roberto Abesada regarding articles in press about operatives of Joint Task Force of PRPB, Fire Department, Treasury Department and other agencies implementing Executive Order | 0h 30m | $195.00/h | $97.50 |
| 08/27/2020<br>Reading and analysis of draft of motion of PRPB prepared by Attorney Bandas; and of reply by L Suacedo and preparation of email to Bandas. Exchange of communicwith Monitor Romero and Attorney Roberto Abesada; Exchange of communications with Attorney Raúl Bandas of PRPB; Privileged communications with Monitor Romero and Court. Reading of order issued by the Court | 2h 30m | $195.00/h | $487.50 |

| Date | Time | Rate | Amount |
|---|---|---|---|
| 08/26/2020<br>Conference call with Luis Saucedo, Raúl Bandas, Monitor Romero, Alex del Carmen, Roberto Abesada- re: Order issued by the Court this morning about Regulation of Health Department | 0h 45m | $195.00/h | $146.25 |
| 08/26/2020<br>Conference call with DOJ of Federal Monitor and Team | 0h 30m | $195.00/h | $97.50 |
| 08/26/2020<br>Reading and analysis of order of Judge Gelpi and conference call with Monitor Romero and Roberto Abesada | 1h 00m | $195.00/h | $195.00 |
| 08/19/2020<br>Reading and analyis of CMR-2 and preparation of recommendations to Monitor Romero and team | 4h 00m | $195.00/h | $780.00 |
| 08/17/2020<br>Conference call with DOJ, PRPB and Cancio & Nadal and conference call with Monitor Romero | 1h 00m | $195.00/h | $195.00 |
| 08/11/2020<br>Conference call with Roberto Abesado about request of Al Young in audit of Police Academy | 0h 15m | $195.00/h | $48.75 |
| 08/04/2020<br>Privileged communications with Monitor, Special Master and Court | 1h 00m | $195.00/h | $195.00 |

**Terms & Note:**
Thanks for your business.

| | |
|---|---|
| Sub Total: | **$2,291.25** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$2,291.25** |
| Paid: | **$0.00** |
| **Balance Due:** | **$2,291.25** |