Donald S. Gosselin, Esq.
1931 Cordova Rd.
Suite 3039
Fort Lauderdale, FL 33316

**Billing Period:  August 1, 2020 to August 30, 2020**

**INVOICE # 1136**                                          **TOTAL DUE $9,100.00 USD**

The following is a statement of the work performed.

**All work performed in CONUS**
- Continue to consult methodology and analyze data while drafting CMR2 across 79 paragraphs of the Agreement, multiple teleconferences with Dr. Levy concerning data collection and analysis.
- Coordination with Korber Technology Team via teleconferences to guide refinements of work systems and website.
- Task on-ground team for data collection.
- Review and analyze products submitted by on-ground team.  Compile statistics based on work product.  Write relevant comments and conclusion into CMR2 where appropriate.
- Participate in multiple ongoing teleconferences led by the Special Master where all parties participate.
- Review methodology with an eye towards document production for CMR3
- Participate in Multiple Monitor Team internal teleconferences hosted by Chief Monitor.
- Review draft of CMR2 in light of comments received from DOJ and Special Master.

**60.66 hours total @ $150 = $9,100.00**
TOTAL FEE:                              60.66 Hours x $150 = $ 9,100.00 USD

Net US FEE PAYABLE            $ 9,100.00
**Total Fees and Expense Reimbursement Due = $9,100.00**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

**30 August 2020**