José L. Pujol
Special Projects Consultant
W-2 Calle 12, Alturas de Flamboyán
Bayamón, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

---

Federal Monitor for the Reform of the PRPB
San Juan, Puerto Rico

Re: Invoice # <u>2020-02</u>

Sir:

The following is a statement of the hours worked on planning, preparing, and/or conducting tasks/projects assigned by the Federal Monitor for the PRPB Reform.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 08/01/2020 | **5** Hrs. 10:45am - 12:15pm<br>02:45pm – 06:15pm | Interview of 1st Lt. Mary Belle Maldonado-Ortiz. Review and scanning documents provided by the Lieutenant.<br>Preparation and distribution of MOI report |
| 08/03/2020 | **10** Hrs. 8:00am - 12:30pm<br><br>02:30pm – 06:00pm<br>06:45pm – 08:45pm | Interviews of San Juan Area Commander and commanders of its Precincts.<br>Interviews with Commander of the Community Relations Bureau and the Community Police Coordinator.<br>Preparation and distribution of MOI report<br>Preparation and distribution of another MOI report |
| 08/04/2020 | **9** Hrs. 9:00am - 12:30pm<br><br>01:00pm – 03:00pm<br><br>03:30pm – 07:00pm | Interviews of Carolina Area Commander and commanders of its Precincts.<br>Interviews of Caguas Area Commander and commanders of its Precincts.<br>Preparation and distribution of the MOI report of Colonel Antonio Lopez-Figueroa (Supervision). Preparation of Excel table for a visit to the Academy. Preparation of request for documents. |
| 08/05/2020 | **8** Hrs. 08:30am - 12:00pm<br>01:00pm – 03:30pm<br>04:30pm – 06:30pm | Review of Training records at the PRPB Academy<br>Review of Training records at the PRPB Academy<br>Ending an Excel Spreadsheet and its distribution |
| 08/06/2020 | **7.5** Hrs. 08:45am – 01:15pm<br>01:45pm – 04:45pm | MOI interviews at Carolina<br>MOI interviews at Caguas.<br>Preparation of a Request of Information |

| | | |
|---|---|---|
| 08/07/2020 | 1.5 Hrs. 12:30am – 2:00pm | Assistance to Mr. Alan Youngs with questions about Training and Supervising |
| 08/24/2020 | 0.5 Hrs. 02:30pm – 03:00pm | Assistance to Mr. Alan Youngs with questions about Evaluation (Call Mrs. Zoraida Sanchez) |
| 08/26/2020 | 5.5 Hrs 11:15am –12:45pm<br>01:15pm – 01:45pm<br>02:30pm – 03:00pm<br>03:15pm – 06:15pm | Updating Training spreadsheet and its distribution. Answering to requests/questions from Monitor's team members. |
| 08/27/2020 | 4.5 Hrs 09:30am –11:30am<br>12:30pm – 01:00pm<br>02:00pm – 02:30pm<br>03:00pm - 04:30pm | Working on a task assigned by a Monitor's team member. Placing calls to PRPB personnel.<br><br>Video meeting with Federal Monitor, PRPB, and DOJ personnel. Forward information received from PRPB to Mr. Alan Youngs |
| | 51.5 Hrs. - Total hours billed | 51.5 hrs. x $75.00 = $3,862.50 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

*This invoice may contain privileged information, and, unless waiver provided, the Federal Monitor reserves all rights to publish or otherwise disseminate the content of the work produced. The Federal Monitor reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

_José L. Pujol_ (signature)

José L. Pujol

_08/30/2020_

Date