Rafael E. Ruiz                                                                    INVOICE # 2020-08
12 Crestshire Dr.
Lawrence, MA 01843                                                    DATE: August 31, 2020

Billed to:   Federal Monitor, PRPB/USDOJ Agreement   For service: August 1-31, 2020
             670 Ponce De Leon Ave. Suite 207
             San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| August 3- Prep S&S section draft of CMR-02 | 3 hrs. | $150/hr. | $450.00 |
| August 4- Prep S&S, Comm. Eng. Draft section CMR-02 | 4.5 hrs. | $150/hr. | $675.00 |
| August 13- Video Conf with Parties, re Sampling | 2 hrs. | $150/hr. | $300.00 |
| August 14- Video Conf with Parties, re Sampling | 2 hrs. | $150/hr. | $300.00 |
| August- 17- Video Conf with Parties, re Sampling | 2 hrs. | $150/hr. | $300.00 |
| August 17- Zoom call with new PRPB Legal Counsel | 1 hr. | $15o/hr. | $150.00 |
| August 20- Video Conf with Parties, re Sampling | 2 hrs. | $150/hr. | $300.00 |
| August 20- Video Conf w/Parties and new PRPB Counsel | 1.5 hrs. | $150/hr. | $225.00 |
| August 25- Video Conf with Parties, re Sampling | 2 hrs. | $150/hr. | $300.00 |
| August 25- Video Conf with Monitor's Team, re CMR-02 | 1.25 hrs. | $150/hr. | $187.50 |
| August 25- Work on re-do of CMR-02 S&S section | 4.5 hrs. | $150/hr. | $675.00 |
| August 26- Work on re-do of CMR-02 S&S section | 6 hrs. | $150/hr. | $900.00 |
| August 27- Work on re-do of CMR-02 S&S section | 8 hrs. | $150/hr. | $1200.00 |
| August 28- Work on re-do of CMR-02 S&S section | 6.5 hrs. | $150/hr. | $975.00 |
| August 30- Work on re-do of CMR-02 S&S section | 6 hrs. | $150/hr. | $900.00 |
| August 31- Work on re-do of CMR-02 S&S section | 7 hrs. | $150/hr. | $1050.00 |

TOTAL BILLED                                                              $8,887.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____ Date: August 31, 2020
Rafael E. Ruiz