# INVOICE

**CARPETS UNLIMITED DIST. CORP. DBA**
CUADRADO ALFOMBRAS
PO BOX 361237
SAN JUAN, PR  00936-1237
PUERTO RICO

Voice:   787 250-8000
Fax:     787 250-9000

Invoice Number: 25809
Invoice Date:   Feb 25, 2020
Page:           1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| FPMPR, LLC | FPMPR, LLC<br>EDIF MIRAMAR PLAZA<br>SUITE PISO 2 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| FPMPR, LLC |  | Prepaid |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| RAMON A. BONILLA | Company Delivery |  | 2/25/20 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 79.92 | YARDAS | SITUATION NOCTURNE | 23.95 | 1,914.08 |
| 79.92 | REM | REMOCION Y DISPOSICION DE ALFOMBRA EXISTENTE. | 2.00 | 159.84 |
| 2.00 | VARETAS | REGULAR METAL | 18.00 | 36.00 |
| 8.89 | YARDAS | SITUATION NOCTURNE | 23.95 | 212.92 |
| 8.89 | REM | REMOCION Y DISPOSICION DE ALFOMBRA EXISTENTE. | 2.00 | 17.78 |

|  |  |
|---|---|
| Subtotal | 2,340.62 |
| Sales Tax | 269.17 |
| Freight |  |
| Total Invoice Amount | 2,609.79 |
| Payment/Credit Applied | 2,352.56 |
| **TOTAL** | **257.23** |

Check/Credit Memo No:  DD063020