**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

September 1, 2020
Invoice # 16115

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2020 | RAA | Review email from J. Romero regarding appointment of Dr. R. Watkins. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review emails from A. Del Carmen, J. Romero, and F. Hernandez Denton regarding cancellation of Monday interview and reasons thereof. | 0.20 175.00/hr | 35.00 |
| 8/3/2020 | RAA | Review emails from F. Hernández Denton and R. Ruiz. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review email from J. Romero to team re: Dr. R. Watkins. | 0.10 175.00/hr | 17.50 |
|  | RAA | Email to counsel of PRPB re: invoices | 0.10 175.00/hr | 17.50 |
|  | RAA | Various telephone calls from J. Romero. | 0.50 175.00/hr | 87.50 |
| 8/4/2020 | RAA | Review order re: PRPB counsel. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review motion to withdraw by McV. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review email and timetable submitted by L. Saucedo. | 0.20 175.00/hr | 35.00 |
|  | RAA | Electronic communications with J. Romero, Special Master and F. Hernández Denton. | 0.20 175.00/hr | 35.00 |

787-273-8300

|            |     |                                                                                                                                                                                                                                                                    | Hrs/Rate         | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 8/4/2020   | RAA | Electronic communications with J. Romero, Special Master and D. Levy.                                                                                                                                                                                              | 0.20 175.00/hr   | 35.00   |
|            | RAA | Various telephone conferences with J. Romero.                                                                                                                                                                                                                      | 0.60 175.00/hr   | 105.00  |
| 8/5/2020   | RAA | Review order re: R. Watkins.                                                                                                                                                                                                                                       | 0.10 175.00/hr   | 17.50   |
|            | RAA | Review order re: assistant special master.                                                                                                                                                                                                                         | 0.10 175.00/hr   | 17.50   |
|            | RAA | Review order granting motion to withdraw.                                                                                                                                                                                                                          | 0.10 175.00/hr   | 17.50   |
|            | RAA | Preparation of proposed order.                                                                                                                                                                                                                                     | 0.40 175.00/hr   | 70.00   |
|            | RAA | Electronic communications and calls with J. Romero.                                                                                                                                                                                                                | 0.40 175.00/hr   | 70.00   |
| 8/7/2020   | RAA | Telephone call from A. Young regarding paragraph 157 of Agreement and PRPB's claims in academy. Electronic communication to F. Hernandez Denton regarding the same.                                                                                                | 0.50 175.00/hr   | 87.50   |
| 8/9/2020   | RAA | Communications exchanged with J. González and J. Romero regarding airport protests.                                                                                                                                                                                | 0.20 175.00/hr   | 35.00   |
| 8/10/2020  | SL  | Researched federal cases regarding issue of integrity audits.                                                                                                                                                                                                      | 3.70 75.00/hr    | 277.50  |
|            | RAA | Review emails exchanged between L. Saucedo and J. Romero.                                                                                                                                                                                                          | 0.20 175.00/hr   | 35.00   |
|            | RAA | Attend multiple telephone calls and emails with J. Romero.                                                                                                                                                                                                         | 1.40 175.00/hr   | 245.00  |
| 8/11/2020  | RAA | Multiple telephone and electronic communications with J. Romero, F. Hernández Denton, and A. Young regarding draft CMR-2 report.                                                                                                                                   | 1.30 175.00/hr   | 227.50  |
|            | RAA | Began preparation of revisions of CMR-2 report.                                                                                                                                                                                                                    | 5.20 175.00/hr   | 910.00  |
|            | YMT | Puerto Rico Law Legal Research and Memorandum of Law regarding to whether the implementation and execution of integrity audits by the Puerto Rico Police (in accordance with paragraph 157 of the Agreement for the Sustainable Reform of the Puerto Rico Police, constitutes a violation of constitutional rights (privacy) of the PRP force. | 7.40 125.00/hr   | 925.00  |
| 8/12/2020  | SL  | Looked specifically for first circuit cases regarding the August 10 research. Wrote memo.                                                                                                                                                                          | 1.80 75.00/hr    | 135.00  |
|            | RAA | Exchange of electronic communications with different team members of Monitor's team regarding CMR-2.                                                                                                                                                               | 0.40 175.00/hr   | 70.00   |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/12/2020 | RAA | Plan and prepare for interviews tomorrow. | 0.50 175.00/hr | 87.50 |
| | RAA | Continue preparation of revisions to CMR-2. | 3.90 175.00/hr | 682.50 |
| 8/13/2020 | RAA | Review emails from DOJ re: Serrano. | 0.10 175.00/hr | 17.50 |
| | RAA | Review timetable propounded by DOJ. | 0.10 175.00/hr | 17.50 |
| | RAA | Electronic communications with F. Hernández Denton. | 0.10 175.00/hr | 17.50 |
| | RAA | Email to J. González and J. Romero with filed motion. | 0.10 175.00/hr | 17.50 |
| | RAA | Electronic communications and calls with J. Gonzalez. | 0.20 175.00/hr | 35.00 |
| | RAA | Review email from J. González with invoices. Review invoices to ascertain compliance with Agreement. Call with J. González regarding the same. | 0.30 175.00/hr | 52.50 |
| | RAA | Preparation and electronic filing of motion for approval and disbursement of funds and enclosed invoices as exhibits. | 0.40 175.00/hr | 70.00 |
| | RAA | Review and analyze emails and enclosures from DOJ with comments and changes to notes on PRPB Firearm Discharge reviews. | 0.40 175.00/hr | 70.00 |
| | RAA | Revisions to Appendix D of the CMR-2 report. Emails and calls with J. Romero regarding the same. | 0.40 175.00/hr | 70.00 |
| | RAA | Attend videoconference session with A. Del Carmen and PRPB. | 1.90 175.00/hr | 332.50 |
| 8/14/2020 | RAA | Review notice of appearance of new counsel for Commonwealth. | 0.10 175.00/hr | 17.50 |
| | RAA | Revisions to legal memoranda prepared on constitutional question raised by PRPB on paragraph 157 of the Agreement. | 0.50 175.00/hr | 87.50 |
| | RAA | Attend videoconference session with A. Del Carmen and PRPB. | 2.00 175.00/hr | 350.00 |
| | YMT | Revise Puerto Rico Police Manuals and Regulations in order to determine if there is any statute that protects the privacy of the police members in situations like the integrity audits. | 1.10 125.00/hr | 137.50 |
| 8/15/2020 | RAA | Review court orders related to new appearance of counsel for PRPB. | 0.20 175.00/hr | 35.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2020 | RAA | Review and respond to emails from L. Saucedo. | 0.20 175.00/hr | 35.00 |
| | RAA | Electronic communications and calls with J. Romero. | 0.50 175.00/hr | 87.50 |
| 8/16/2020 | SL | Assist General Counsel in revisions of CMR-2 report. | 1.90 75.00/hr | 142.50 |
| | RAA | Various telephone calls from J. Romero. | 0.40 175.00/hr | 70.00 |
| | RAA | Revisions to new draft of CMR-2. | 1.90 175.00/hr | 332.50 |
| 8/17/2020 | RAA | Review order approving motion for disbursement of funds. Email to J. Gonzalez regarding the same. | 0.10 175.00/hr | 17.50 |
| | RAA | Review notice of appearance of R. Bandas. | 0.10 175.00/hr | 17.50 |
| | RAA | Revisions to letter to parties with CMR-2. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to emails of counsel of record regarding compliance with court order and videoconference. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from F. Hernández Denton. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call to potential consultant to work for Monitor's office. | 0.30 175.00/hr | 52.50 |
| | RAA | Meet and confer video conference with counsel for PRPB and rest of parties. | 0.50 175.00/hr | 87.50 |
| | RAA | Multiple calls and emails with J. Romero. | 0.70 175.00/hr | 122.50 |
| | RAA | Continue revisions of CMR-2. | 1.60 175.00/hr | 280.00 |
| | RAA | Appear and attend sample methodology videoconference. | 2.10 175.00/hr | 367.50 |
| 8/19/2020 | RAA | Review electronic communications exchanged from several members of the Monitor's team regarding PRPB's updated policies and forms. | 0.40 175.00/hr | 70.00 |
| | RAA | Revisions to legal memoranda prepared regarding paragraph 157 of the Agreement. | 0.80 175.00/hr | 140.00 |
| 8/20/2020 | RAA | Telephone call from J. González re: invoices and need to amend motion. | 0.10 175.00/hr | 17.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2020 | RAA | Exchange of emails with new counsel for PRPB. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Plan and prepare for afternoon conference with counsel. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Various electronic communications and calls from J. Romero and other team members. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review new amended invoice chart. Prepare amended motion. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Plan and prepare for methodology sampling videoconference. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Appear and attend to videoconference. | 1.50<br>175.00/hr | 262.50 |
| | RAA | Appear and attend videoconference. | 2.10<br>175.00/hr | 367.50 |
| 8/21/2020 | RAA | Review email from L. Saucedo regarding next videoconference. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from R. Bandas re: Serrano interview. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from R. Bandas re: CMR-1 and comments by PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Call from A. Young. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from J. Romero to R. Bandas re: CMR-1. Review comments by PRPB. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Preparation of email to R. Bandas re: Serrano. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Emails and calls with J. Romero. | 0.60<br>175.00/hr | 105.00 |
| 8/22/2020 | RAA | Review and respond to email from R. Bandas. | 0.10<br>175.00/hr | 17.50 |
| 8/24/2020 | RAA | Review and respond to emails from F. Hernández Denton. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone calls from J. Romero and emails with J. Romero, L. Saucedo, and R. Bandas. | 0.70<br>175.00/hr | 122.50 |
| 8/25/2020 | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/25/2020 | RAA | Review emails from F. Hernández Denton. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review electronic communications regarding Health regulation and PRPB intervention. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Emails and calls from F. Hernández Denton. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Emails and calls from J. Romero. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Telephone call with L. Saucedo. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Further emails and calls with J. Romero. | 0.60<br>175.00/hr | 105.00 |
| | RAA | Review and study legal memoranda and case law researched on integrity audits topic. | 1.70<br>175.00/hr | 297.50 |
| | RAA | Attend conference call methodology. | 1.80<br>175.00/hr | 315.00 |
| 8/26/2020 | RAA | Review order regarding new Health Department regulation. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review and respond to email from D. Levy. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails between L. Saucedo and PRPB. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails between R. Bandas and Health Department and legal counsel. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Exchange of emails with Health Department and counsel of PRPB. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review and analyze new regulation of Health Department. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Calls and electronic communications with J. Romero regarding videoconference. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Telephone call from J. Romero. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Electronic communications and calls with R. Bandas regarding recent order and to schedule a new videoconference to discuss order. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Attend videoconferences with counsel of PRPB, USDOJ and rest of team. | 0.80<br>175.00/hr | 140.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2020 | RAA | Multiple emails and calls with J. Romero and F. Hernández Denton regarding new regulation. | 0.80 175.00/hr | 140.00 |
| | RAA | Review and analyze organic law enacting Health Department, particularly Article 27 and Rule 11 of Criminal Procedure to determine scope and authority of Health officials to perform arrests. | 0.90 175.00/hr | 157.50 |
| | RAA | Attend videoconference with USDOJ to discuss CMR-2 and compliance with recent order. | 2.20 175.00/hr | 385.00 |
| 8/27/2020 | RAA | Review informative motion filed by PRPB. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order relating to informative motion. | 0.10 175.00/hr | 17.50 |
| | RAA | Email to L. Saucedo re: Serrano. | 0.10 175.00/hr | 17.50 |
| | RAA | Email to R. Bandas re: Serrano. | 0.10 175.00/hr | 17.50 |
| | RAA | Exchange of further electronic communications with F. Hernandez Denton and J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | Email to counsel of PRPB on emails exchanged and motion. Review response and email from L. Saucedo. | 0.20 175.00/hr | 35.00 |
| | RAA | Exchange of electronic communications with F. Hernández Denton and J. Romero on article issued today about Governor and arrests. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails exchanged between Legal Advisor of Health Department and counsel for PRPB. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from F. Hernández Denton. | 0.30 175.00/hr | 52.50 |
| | RAA | Revise draft informative motion. Review emails with comments from USDOJ and F. Hernández Denton. Provide comments to motion based on new press article issued today at Noon. | 0.40 175.00/hr | 70.00 |
| | RAA | Telephone calls from J. Romero. | 0.40 175.00/hr | 70.00 |
| | RAA | Appear and attend videoconference about CMR-2. | 0.80 175.00/hr | 140.00 |
| 8/28/2020 | RAA | Review email from L. Saucedo re: Serrano. | 0.10 175.00/hr | 17.50 |

|            |     |                                                                                                                                                                                                                   | Hrs/Rate           | Amount    |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|-----------|
| 8/28/2020  | RAA | Review further email from J. Romero re: Use of Force and CMR-2.                                                                                                                                                   | 0.10 175.00/hr     | 17.50     |
|            | RAA | Review and respond to email from J. Romero regarding CMR-2.                                                                                                                                                       | 0.10 175.00/hr     | 17.50     |
|            | RAA | Review emails from F. Hernández Denton and R. Bandas.                                                                                                                                                             | 0.20 175.00/hr     | 35.00     |
|            | RAA | Review and respond to electronic communications from F. Hernandez Denton and J. Romero regarding recent police arrests by FBI.                                                                                    | 0.20 175.00/hr     | 35.00     |
|            | RAA | Telephone call from J. Romero.                                                                                                                                                                                    | 0.20 175.00/hr     | 35.00     |
| 8/30/2020  | RAA | Revisions to Use of Force sections of CMR-2. Email to J. Romero and D. Levy.                                                                                                                                      | 1.70 175.00/hr     | 297.50    |
| 8/31/2020  | RAA | Review email from R. Bandas rejecting M. Serrano. Telephone call from J. Romero regarding the same.                                                                                                               | 0.30 175.00/hr     | 52.50     |
|            | RAA | Review and respond to electronic communications from J. Romero and F. Hernández Denton regarding weekend operatives. Review news articles. Electronic communication to R. Bandas regarding the same and with specific inquiries. | 0.70 175.00/hr     | 122.50    |
|            | RAA | Videoconference with J. Romero and A. Del Carmen. Post-conference call from J. Romero.                                                                                                                            | 1.20 175.00/hr     | 210.00    |
|            | RAA | Working on several matters (including calls and emails with counsel of record and J. Romero and F. Hernández Denton) related to appointment of M. Serrano, proposal of L. Hidalgo, paragraphs 275-277 of the Agreement, etc. | 1.70 175.00/hr     | 297.50    |

**For professional services rendered**                                                                                                                                                                                                                                          81.10       $13,027.50

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 65.20 | 175.00 | $11,410.00 |
| Stephanie Leon | 7.40 | 75.00 | $555.00 |
| Yesenia Medina Torres | 8.50 | 125.00 | $1,062.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.