Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR001-2020
DATE: August 30, 2020

**Dates of service: August 1 – August 30, 2020**  **TOTAL**   $4500.00

**The following is a detailed statement of the hours worked:**

-Research and reviewed to garner update of legal filings of PRPB settlement and agreement **6 hrs.**
-Conference calls with the Monitor Team to discuss Methodologies **6 hrs**.
-Reviewed and provided written comments re: training, equal protection and non-discrimination, supervision and management, **9 hrs**.
-Conference calls with the Parties/Special Master during the month **2 hrs**.
-Conference calls with monitoring team/ members **5 hrs**.
-Reviewed Final Draft of CMR-2 **2 hrs**.

**Billable Hours:** 30 HOURS 00 MINUTES, at rate of $150 per hour = $4500

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: Rita J Watkins]*

Rita J. Watkins                                            Date: August 30, 2020