IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>    **Defendants.** | **NO. 3:12-cv-2039 (GAG)** |

### INFORMATIVE MOTION

**TO THE HON. GUSTAVO A. GELPÍ, CHIEF U.S. DISTRICT JUDGE:**

**NOW COMES,** John Romero, in his capacity as Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor Office, informs as follows:

The Office of the Federal Police Monitor ("FPM") learned on Friday, September 11, 2020 that the Department of Public Safety issued, on July 23, 2020, Administrative Order DSP-2020-AO-003 ("Administrative Order") regarding the *Process on Promotions in the Ranks of Inspector through Colonel* of the Puerto Rico Police Bureau ("PRPB").

After several communications exchanged between the U.S. Department of Justice ("USDOJ"), counsel for PRPB and the FPM, it was agreed that the Administrative Order cannot be enforced because it did not conform to paragraph 229 of the Consent Agreement.[1]

On September 13, 2020 counsel for the PRPB assured the USDOJ and the FPM that no announcements are going to be published pursuant to the Administrative Order until the USDOJ and the FPM have had an opportunity to review and comment. PRPB further recognized the after

---

[1] The Administrative Order may also not be enforceable two months prior and two months after the Commonwealth's elections in November 2020 pursuant to the electoral ban codified at section 6.9 of Act No. 184-2004.

the process of reviewing and commenting is completed, the Administrative Order may require the Court's approval prior to its implementation.

The FPM respectfully informs the Court that it has begun the process of reviewing the Administrative Order.

**WHEREFORE,** it is respectfully requested that the Honorable Court take notice of the above and, in its discretion, issue any remedy that may be fair and equitable under the circumstances.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of September 2020.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
rabesada@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP