# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff**<br><br>**v.**<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>    **Defendants.** | CIVIL NO. 12-cv-2039 (GAG) |

### MOTION FOR LEAVE TO FILE DOCUMENT IN THE SPANISH LANGUAGE

**TO THE HONORABLE COURT:**

**COME NOW** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, by and through the undersigned counsel, and respectfully state and pray as follows:

1. On this date, Defendants filed a *Motion Submitting Twelfth Bi-annual Status Report or Duodécimo Informe Semestral de Estatus* in the Spanish language.

2. Defendants respectfully request leave from this Court to file the referenced Bi-annual Status Report in the Spanish language as well as thirty (30) days to submit a translation of the document in the English language.

**WHEREFORE**, Defendants respectfully request that the Court take notice of the above, and Grant leave to file (a) the Motion Submitting Twelfth Bi-annual Status Report

in the Spanish language and (b) an extension of time of thirty (30) days to submit a translation of the document in the English language.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of September, 2020.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a copy of this document was filed with the Clerk of Court through the CM/ECF system, which will provide notice of this filling to all counsels of record in the captioned case.

**S/ RAÚL E. BANDAS**
**USDC-PR NO. 207809**

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
403 Muñoz Rivera Ave.
San Juan, PR 00918-3345
Phone 787-767-9625
Fax  787-622-3461
Email: rbandas@cnr.law