# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff**<br><br>v.<br><br>**PUERTO RICO POLICE DEPARTMENT** and **COMMONWEALTH OF PUERTO RICO,**<br><br>    **Defendants.** | CIVIL NO. 12-cv-2039 (GAG) |

### MOTION SUBMITTING TWELFTH BI-ANNUAL STATUS REPORT

**TO THE HONORABLE COURT:**

**COME NOW** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, by and through the undersigned counsel, and respectfully state and pray as follows:

1. Consistent with the terms of the Consent Agreement signed by the parties in the case of caption, the Defendants hereby file the *Twelfth Bi-annual Status Report in the Spanish Language*.

2. Subject to the Court's approval, the Defendants will be filing the referenced Bi-annual Status Report in the English language within the next thirty (30) days.

**WHEREFORE**, the Defendants respectfully request the Court to take notice of the above and enter any Orders it deems just and appropriate.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of September, 2020.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a copy of this document was filed with the Clerk of Court through the CM/ECF system, which will provide notice of this filling to all counsels of record in the captioned case.

**S/ RAÚL E. BANDAS**
**USDC-PR NO. 207809**

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
403 Muñoz Rivera Ave.
San Juan, PR 00918-3345
Phone 787-767-9625
Fax  787-622-3461
Email: rbandas@cnr.law