

# DUODÉCIMO INFORME SEMESTRAL DE ESTATUS

**Negociado de la Policía de Puerto Rico**

**abril a septiembre de 2020**

**HENRY ESCALERA RIVERA**
**Comisionado**

## TABLA DE CONTENIDO

I.   Introducción ........................................................................................................... 1

II.  Oficina de Reforma ................................................................................................ 1

A.   Inspecciones .......................................................................................................... 1

B.   Políticas y Procedimientos .................................................................................... 2

III. Programa Ayuda al Empleado (PAE) ...................................................................... 7

IV.  Áreas de Cumplimiento Dentro del Acuerdo con Logros Significativos Durante el
     Periodo Cubierto por este Informe ....................................................................... 8

A.   Uso de Fuerza ........................................................................................................ 8

1.   Plan Piloto de Proyecciones y Estrategias de la Implementación Respuesta Crisis de
     Comportamiento o de Salud Mental en el Área Policiaca de Arecibo........................ 8

2.   Equipos Adquiridos ............................................................................................... 10

A.   Superintendencia Auxiliar en Operaciones de Campo ............................................ 11

B.   La Igual Protección de las Leyes y No Discriminación ............................................ 18

1.   Estadísticas de las Orientaciones Conducidas a través de la Línea de Orientación
     para Víctimas de Delitos Sexuales (787) 343-0000................................................. 18

2.   Querellas División de Delitos Sexuales y Maltrato a Menores ................................ 19

3.   Estadísticas de Violencia Doméstica: Género, Arrestos y Convicciones ................... 21

4.   Estadísticas sobre Arrestos a Miembros del Negociado de la Policía Relacionados al
     Párrafo 100 y otros ............................................................................................... 23

C.   Adiestramientos ................................................................................................... 23

1.   Adiestramientos Virtuales..................................................................................... 25

2.   Programa de Adiestramiento de Campo (FTO) – Clase 228..................................... 25

3.   Clase 229 .............................................................................................................. 27

i

4.   Clase 230 ................................................................................................................... 29

D.   Querellas Administrativas, Investigaciones Internas y Disciplina ............................ 30

1.   Estadísticas de Querellas Administrativas................................................................. 30

2.   Estadísticas del Negociado de Asuntos Antidiscriminatorios ................................... 31

3.   Pruebas de Detección de Sustancias Controladas..................................................... 32

E.   Interacción con la Comunidad e Información Pública ............................................. 32

1.   Comités de Interacción Ciudadana ........................................................................... 32

2.   Alianzas Comunitarias............................................................................................... 33

F.   Sistemas de Información y Tecnología .................................................................... 35

1.   Integración del National Crime Information Center (NCIC) al sistema Computer
     Aided Dispatch (CAD) ............................................................................................... 35

2.   Certificación para reportar incidentes al Federal Bureau of Investigations (FBI)
     mediante la codificación National Incident-Based Reporting System (NIBRS) ......... 35

3.   Police Training Management System (PTMS) ........................................................... 36

4.   Biblioteca Virtual ..................................................................................................... 36

5.   Real Plus (Real+) ...................................................................................................... 37

6.   Migración a la Nube (Cloud) de Microsoft AZURE ................................................... 37

7.   Sistema de Resguardo y Redundancia del Centro de Cómputos ............................. 37

8.   Virtualización de Computadoras de Escritorio (Virtual Desktop) ............................ 37

V.   Conclusión .............................................................................................................. 38

Henry Escalera Rivera Comisionado ................................................................................ 38

## DUODÉCIMO INFORME SEMESTRAL DE ESTATUS
## DEL NEGOCIADO DE LA POLICÍA DE PUERTO RICO

### I. Introducción

De conformidad con las disposiciones del párrafo 261 del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico (en adelante, "Acuerdo"), el Negociado de la Policía de Puerto Rico (en adelante, "NPPR" o "Negociado") somete al Honorable Tribunal su Duodécimo Informe Semestral de Estatus (en adelante, "Informe Semestral"), con los logros más significativos en la implementación de los requisitos del Acuerdo y las iniciativas desarrolladas y adoptadas por el NPPR durante el periodo comprendido entre los meses del 1ro de abril al 31 de agosto de 2020.

Es necesario señalar que debido a la pandemia causada por el COVID-19 se han afectado los servicios esenciales que presta el Gobierno de Puerto Rico, incluyendo el NPPR, a la ciudadanía y al sector privado. Como era de esperarse, el NPPR se ha visto seriamente afectado por la Pandemia del Covid-19 y ha tenido que enfocarse primordialmente en atender aquellas emergencias más apremiantes ante las realidades sociales causadas por el virus. Esta situación ha afectado al NPPR tanto en su nivel operacional como a nivel administrativo, especialmente en el proceso de Reforma del NPPR. Los resultados de esta pandemia han exigido que el NPPR haya tenido que ajustar sus operaciones para tomar los pasos necesarios para mantener el control y salvaguardar la seguridad de las personas ante esta emergencia. No obstante, reiteramos que el norte del NPPR es garantizar los derechos civiles de los ciudadanos, cumplir con el proceso de reforma, y mantener informada a la ciudadanía sobre la labor del Negociado.

### II. Oficina de Reforma

#### A. Inspecciones

La División de Inspecciones del Negociado será la encargada de examinar, constatar, revisar y/o verificar el cumplimiento de los procesos establecidos en todas las políticas y procedimientos desarrollados y aprobados en el Negociado. El NPPR,

1

en su esfuerzo para encaminar el proceso de autoevaluación para medir cumplimiento con el Acuerdo, se encuentra en este momento recopilando data e información de sus programas, iniciativas y actividades operacionales. Esto facilitará las inspecciones operacionales y administrativas en el NPPR, las cuales son la responsabilidad de la División de Inspecciones.

Los resultados de estas inspecciones serán analizados para medir el nivel de ejecución, conocimiento, actitudes, aptitudes y habilidades e identificar si existe una deficiencia sustancial, y de ser necesario, llevar a cabo las acciones correctivas en las políticas, adiestramientos y readiestramientos de forma que los procedimientos adoptados sean viables, ejecutables operacionalmente y sostenibles. Esta actividad se llevará a cabo mediante el uso del Manual para Inspecciones Operacionales y Administrativas en el Negociado de la Policía de Puerto Rico, así como mediante el uso de cualquier otra política aplicable.  Este enfoque contribuirá a medir la efectividad de los reglamentos, políticas y normas del NPPR, la formación de los empleados del Negociado, asegurar que los servicios policiacos se otorguen de manera equitativa, respetuosa, libre de prejuicios, lograr la continua profesionalización de los miembros del NPPR, restaurar la confianza de la comunidad y prevenir efectivamente el crimen mediante el uso de prácticas policiacas generalmente aceptadas y conforme al Acuerdo.

El NPPR se encuentra inmerso en un proceso de revisión y creación de nuevas políticas que complementarán el Manual para Inspecciones Operacionales y Administrativas en el Negociado de la Policía de Puerto Rico.  Dicho proceso debe concluir en los próximos dos a tres meses.  De igual manera, el Negociado desarrollará talleres para el adiestramiento del personal responsable del referido proceso revisión y creación de nuevas políticas.

**B. Políticas y Procedimientos**

La Sección de Políticas y Procedimientos del NPPR tiene la responsabilidad de desarrollar la política pública del Negociado, revisar las políticas y procedimientos

existentes para asegurar el fiel cumplimiento del Acuerdo, y atender efectivamente las prioridades del Negociado

A continuación, desglosamos los distintos manuales, órdenes generales, políticas y procedimientos implementadas por el NPPR durante el periodo cubierto por este informe:

a.  Manual del Investigador Negociado de Investigaciones de Vehículos Hurtados, fechado el 7 de abril de 2020. El mismo se publicó el 8 de abril de 2020. Este manual tiene el propósito de ofrecer unas guías a los miembros del NPPR adscritos al Negociado de Vehículos Hurtados, en las investigaciones relacionadas con el tráfico ilegal de vehículos de motor y sus piezas, y en los procedimientos al realizar inspecciones, al amparo de la legislación vigente.

b.  Orden General Capítulo 600, Sección 628, titulada: "Uso y Manejo de las Armas de Reglamento" fechado el 7 de abril de 2020. La orden se publicó el 8 de abril de 2020. Esta orden tiene el propósito de establecer las normas y procedimientos que regirán el uso y manejo seguro de las armas de fuego y municiones autorizadas por el NPPR.

c.  Manual de Uso PPR-138.3 Edición WEB, Informe Diario del Conductor, versión 1.0 fechado el 14 de abril de 2020. El manual se publicó el 15 de abril de 2020. El propósito de este manual es proveer a todos los empleados del NPPR, las guías necesarias para entender y facilitar la utilización de esta nueva plataforma digital, diseñada para mantener el registro diario de uso de los vehículos en el NPPR.

d.  Orden General Capítulo 100, Sección 145, titulada: "División de Vigilancia Marítima" fechadas el 17 de abril de 2020. Esta orden se publicó el 18 de abril de 2020. El propósito de esta orden es establecer la estructura organizacional y funcional de las Divisiones de Vigilancia Marítima, adscritas al Negociado de Fuerzas Unidas de Rápida Acción (FURA), entre otros aspectos.

e.  Manual de Descripciones de Funciones, Deberes y Responsabilidades de los Empleados del Sistema de Rango fechado el 20 de abril de 2020. El manual se

3

publicó el 21 de abril de 2020. Este manual tiene el propósito de establecer las funciones, deberes y responsabilidades de los empleados del sistema de rango en el NPPR.

f.  Protocolo sobre las guías de seguridad para los Miembros del Negociado de la Policía de Puerto Rico en el manejo de la emergencia del COVID-19 fechado el 21 de abril de 2020. El protocolo se publicó el 22 de abril de 2020. Este protocolo establece unas guías para minimizar la probabilidad de contagio al momento de cumplir con la responsabilidad de proteger vidas y propiedades.

g.  Formulario PPR-1072, titulado: "Cadena de Custodia de Evidencia Programa NIBIN" fechado y publicado el 23 de abril de 2020. Este formulario tiene el propósito de documentar la cadena de evidencia en los casos del programa NIBIN. Será utilizado por los miembros del NPPR asignados al programa NIBIN en el Negociado de Ciencias Forenses.

h.  Formulario PPR-138.20, titulado: "Certificación de Baja Vehículo Oficial" fechado y publicado el 23 de abril de 2020. Este formulario tiene el propósito de certificar oficialmente la baja de un vehículo oficial, de conformidad con los procedimientos establecidos en la reglamentación de la Administración de Servicios Generales y el NPPR.

i.  Guía de Usuario para la Aplicación CertiWeb (Historiales y Certificaciones de Adiestramiento) fechado el 23 de abril de 2020.  La guía se publicó el 27 de abril de 2020. El propósito de esta guía es permitir que los miembros del Negociado puedan accesar electrónicamente su historial de adiestramiento y certificaciones sin necesidad de tener que acudir a la Academia del NPPR para obtener dicha información.

j.  Formularios controlados División Inspección de Armerías (PPR-1079, 1080, 1081, 1082 y 1083) fechados y publicados el 1ro de mayo de 2020. El propósito de estos formularios es cumplir con el proceso de inspección de armerías y polígonos de tiro, conforme a la Ley 168-2019, conocida como "Ley de Armas de Puerto Rico", y el Reglamento 9172, conocido como

4

"Reglamento para Administrar la Ley de Armas de 2020".

k. Protocolo de Intercambio de Información para la Retroalimentación de Componentes del Sistema de Justicia Criminal de Puerto Rico fechado y publicado el 1ro de mayo de 2020. El propósito de este protocolo es establecer un procedimiento de intercambio de información con los componentes del Sistema de Justicia Criminal de Puerto Rico, incluyendo el sistema federal, con el fin de mejorar la calidad del servicio policial y de las investigaciones.

l. Enmienda al formulario PPR-122.18, titulado: "Registro Vehículos Ocupados" fechada el 14 de mayo de 2020. Esta enmienda se publicó el 15 de mayo de 2020. El propósito de la enmienda fue añadirle al formulario una columna para el número de control, y para el número de querella, así como para el miembro del NPPR que entrega. También, se sustituyó el concepto de "miembro del NPPR que Ocupó" por el concepto de "miembro del NPPR que Ocupa. Asimismo, se eliminó la columna de Observaciones.

m. Orden General Capítulo 600, Sección 643, titulada: "Expedición de Boletos por Faltas Administrativas Ley 22-2000" fechada y publicada el 20 de mayo de 2020. El propósito de esta orden es establecer en el NPPR, las normas y procedimientos para la adquisición, asignación y expedición de boletos por faltas administrativas al amparo de la Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Tránsito de Puerto Rico".

n. Orden General Capítulo 400, Sección 413, titulada: "Plataforma Digital Rastreo de Armas de Fuego" fechada y publicada el 27 de mayo de 2020. El propósito de esta orden es establecer en el NPPR la Plataforma Digital de Rastreo de Armas de Fuego, según dispone la Ley 168-2019, conocida como "Ley de Armas de Puerto Rico de 2020." Además, la orden establece las normas y procedimientos que cumplirán los miembros NPPR para utilizar dicha plataforma.

o. Protocolo Entrega de Documentos División de Investigadores Forenses del Negociado de Ciencias Forenses fechado y publicado el 11 de junio de 2020.

5

El propósito de este protocolo es establecer el procedimiento para que los miembros del NPPR, entreguen documentos a la División de Investigadores Forenses del Negociado de Ciencias Forenses.

p. Reglamento Interno para Regular los Cursos Virtuales en el Negociado de la Policía de Puerto Rico fechado y publicado el 11 de junio de 2020. El propósito de este reglamento es establecer las normas y procedimientos relacionadas al proceso educativo a distancia de los empleados del NPPR.

q. Orden General Capítulo 500, Sección 502, titulada: "Juntas Evaluadoras de Incidentes de Uso de Fuerza" fechada el 27 de mayo de 2020. Esta orden se publicó el 12 de junio de 2020. El propósito de esta orden es establecer en el NPPR, el funcionamiento de las Juntas Evaluadoras de Incidentes de Uso de Fuerza, a nivel de las áreas policiacas; y la Junta Evaluadora de Incidentes de Uso de Fuerza del Comisionado.

r. Orden General Capítulo 600, Sección 642, titulada: "Investigación de Choques Graves y/o Fatales" fechada el 18 de junio de 2020.  Esta orden se publicó el 19 de junio de 2020. El propósito de esta orden es establecer en el NPPR, las normas y procedimientos para la investigación de choques de carácter grave y/o fatales.

s. Orden General Capítulo 300, Sección 309, titulada: "Confiscaciones". Fechada el 18 de junio de 2020.  La orden se publicó el 22 de junio de 2020. El propósito de esta orden es establecer en el NPPR, los procedimientos a seguir por los miembros del NPPR para confiscar propiedad, de conformidad con la Ley 119-2011, según enmendada, conocida como "Ley Uniforme de Confiscaciones", y cualquier otro estatuto que autorice la confiscación de propiedad.

t. Manual de Procedimientos División de Armas y Tácticas Especiales (SWAT) fechado y publicado el 23 de junio de 2020. El propósito de este manual es establecer, de manera uniforme, cómo responderá la División de Armas y Tácticas Especiales (SWAT) del NPPR, en situaciones específicas, para

cumplir con sus principales objetivos que son la protección de la vida y la aprehensión de los delincuentes, en cualquier situación de alto riesgo.

u.  Protocolo de Producción de Documentos fechado el 30 de junio de 2020.  El protocolo se publicó el 1 de julio de 2020. El propósito de este protocolo es establecer los procedimientos relacionados con toda solicitud de requerimiento de documentos, por parte del Monitor, incluyendo las responsabilidades de las unidades de trabajo en el NPPR.

v.  Orden General Capítulo 100, Sección 109, titulada: "Negociado de Patrulla de Carreteras" fechada el 30 de junio de 2020. La orden se publicó el 2 de julio de 2020. El propósito de esta orden es establecer en el NPPR, la estructura organizacional y funcional del Negociado de Patrulla de Carreteras. Además, establecer los deberes y responsabilidades de los MNPPR adscritos a este Negociado.

w.  Orden General Capítulo 600, Sección 641, titulada: "Investigaciones de Casos Ley para el Bienestar y Protección de Animales" fechada y publicada el 6 de julio de 2020. El propósito de esta orden es establecer en el NPPR, las normas y procedimientos para la investigación de querellas de maltrato y/o abuso de animales de conformidad con la Ley 154-2008, según enmendada, conocida como "Ley para el Bienestar y la Protección de Animales".

## III.  Programa Ayuda al Empleado (PAE)

Es política pública del NPPR proveer servicios de apoyo no punitivos para abordar y corregir problemas de comportamiento entre los miembros del Negociado como parte de los sistemas de mejoramiento disciplinario y de desempeño. Es preciso señalar que hasta este momento el NPPR cuenta con dieciséis (16) psicólogos, catorce (14) contratados en puestos transitorios y dos (2) de carrera, uno de los cuales se encuentra el Director del Programa.

Durante el año 2020 ha sido un gran reto brindar servicios psicológicos a los miembros del NPPR a raíz de la Pandemia del Covid-19. El NPPR ha ajustado sus servicios para mantener la continuidad de la prestación de dichos servicios.

7

Por ejemplo, se ha fomentado el uso de la tele psicología, ya sea mediante llamada telefónica o video conferencia. Para el mes de mayo de 2020 se preparó un video informativo sobre cómo manejar adecuadamente los estresores y constantes cambios que provoca la pandemia del COVID -19. Este video fue transmitido por la plataforma de Informa Policía, la cual estuvo disponible a todo el personal del NPPR.

A continuación, se desglosa el número de miembros referidos y número de miembros que recibieron ayuda del PAE.

| CASOS REFERIDOS PROGRAMA DE AYUDA AL EMPLEADO | | | |
|---|---|---|---|
| FECHA AÑO / MES | CASOS REFERIDOS | CASOS VOLUNTARIOS | TOTAL |
| 2020 – Abr. | 22 | 9 | 31 |
| 2020 – May. | 17 | 6 | 23 |
| 2020 – Jun. | 6 | 9 | 15 |
| 2020 – Jul. | 4 | 5 | 9 |
| 2020 – Ago. | 12 | 9 | 21 |
| 2020 – Sept. | ND | ND | ND |
| GRAN TOTAL | 61 | 38 | 99 |

*Actualizado al 31 de agosto de 2020

Como parte de los esfuerzos preventivos durante el año en curso, el PAE se propone emitir un boletín informativo sobre los procesos de ajustes ante los cambios que ha generado la pandemia del COVID-19. Este boletín se enviará mediante correo electrónico a todo el personal del NPPR.

IV. **Áreas de Cumplimiento Dentro del Acuerdo con Logros Significativos Durante el Periodo Cubierto por este Informe**

A. **Uso de Fuerza**
   1. **Plan Piloto de Proyecciones y Estrategias de la Implementación Respuesta Crisis de Comportamiento o de Salud Mental en el Área Policiaca de Arecibo.**

El Área Policiaca de Arecibo implementó el Plan Piloto de Proyecciones y Estrategias de la Implementación Respuesta a Crisis de Comportamiento o de

8

Salud Mental. Este Plan Piloto está dirigido a capacitar, adiestrar y dotar con las destrezas necesarias a los miembros del NPPR para responder a situaciones de crisis que envuelven a individuos o problemas de salud mental. El NPPR tiene la responsabilidad de proveer a sus miembros un adiestramiento básico de respuesta a este tipo de incidente y de adiestrar al Equipo de Intervención en Crisis ("CIT", por sus siglas en inglés) enfatizando en el procedimiento para la transferencia de custodia o referido voluntario y lugares apropiados para la reclusión de los menores en crisis de salud mental. Además, el NPPR adiestrará a los despachadores para que puedan identificar y atender las llamadas de servicio que involucren situaciones de crisis de comportamiento o de salud mental. A tales efectos se desarrolló el prontuario CITE 8061 y el adiestramiento que constó de 40 horas contacto. Los miembros de NPPR fueron adiestrados sobre los aspectos psicológicos y legales de la salud mental, y visitaron el Hospital Panamericano y el Hospital Psiquiátrico (ASSMCA), entre otros.

Por otro lado, el 21 de abril de 2020, se llevó a cabo una reunión virtual con el personal perteneciente al CIT. En la misma participó, además, la Dra. Nitza González, la cual ofreció una charla de manejo de estrés.

El 18 de junio de 2020 se celebró una reunión en el Hospital Metropolitano de la Montaña, en Utuado, en la cual comparecieron el Teniente Edgar Lugo Nazario # 6-16099, el Agente Joel García Echevarría # 27680, la licenciada Olga Colón y la Sra. Wanda Rodríguez Medina, coordinadoras de Relaciones con la Comunidad de dicho Hospital. El propósito de la reunión era facilitar el proceso de ingreso de personas en crisis y la creación de alianzas para conducir adiestramientos dirigidos al manejo de personas en crisis y primeros auxilios.

Con el propósito de obtener información sobre el desarrollo del Plan Piloto del CIT, se celebró una llamada en conferencia virtual el 21 de junio de 2020. En la misma participaron el Coronel Luis O. Colón Ortiz # 1-12090, comisionado auxiliar en Operaciones de Campo, el Teniente Coronel José Rosario Polanco #

2-11720, comandante de Área de Arecibo, Comandante Jaime Mont Bruton, comandante auxiliar del Área de Arecibo, Comandante Iris J. Colón Santiago # 3-14066, directora del Negociado de Relaciones con la Comunidad, Teniente Edgar. D. Lugo Nazario # 6-16099, coordinador central del CIT, Sargento Pedro Cruz Febo # 8-29859 y el Lcdo. José Vázquez, de la Oficina de Reforma, Agente Joel García Echevarría # 27680, coordinador del CIT Área Arecibo y la Agente Thaira Negrón Morales # 21448 del CIT.

En dicha reunión se presentaron recomendaciones sobre el uso de vehículos adecuados para el transporte de personas en crisis, métodos para atraer personal que voluntariamente quiera pertenecer al CIT, y cómo crear una tabla digital que en tiempo real se pueda tener acceso a la información de casos trabajados. También se discutió si el CIT funcionaría mejor como Unidad o, por el contrario, si el personal debería estar asignado a los Distritos y/o Precintos, entre otros aspectos.

Es meritorio mencionar que, debido a los cambios surgidos por la pandemia del COVID-19, los adiestramientos del CIT de 40 horas que ofrece SAEA fueron suspendidos hasta nuevo aviso. Estos adiestramientos cuentan con varios ejercicios sumamente importantes, entre los cuales se encuentran ejercicios simulados ("role playing"), por lo que los mismos se deben ofrecerse de forma presencial.

2. **Equipos Adquiridos**

El Acuerdo tiene, entre otros, el objetivo de asegurar que los miembros del NPPR tengan las herramientas, la orientación y los recursos que necesitan para combatir efectivamente el crimen y promover la seguridad pública. Por tal razón, durante el periodo cubierto por este Informe el Negociado ha adquirido los siguientes equipos:

a. Setecientos cuarenta (740) Dispositivos de Control Eléctrico ("DCE"), Mod. X2

b. Setecientos setenta (770) baterías APPM de DCE Mod. X-26P/X2

10

    c.   Setecientos setenta (770) Vaquetas de DCE X2

    d.   Cuatro mil ciento setenta y cinco (4,175) Cartuchos del DCE Mod. X2

    e.   Cuatrocientos cincuenta (450) Vaquetas del DCE Mod. X-26P

    f.   Seis mil setecientos (6,700) Cartuchos del DCE Mod. X-26/X-26P

    g.   Cuatro (4) Tarjetas Conductivas de adiestramiento del DCE

    h.   Cincuenta (50) Cartuchos de Simulación del DCE Mod. X2

    i.   Mil cuatrocientos (1,400) Cartuchos de adiestramiento, para el DCE Mod.X2

Asimismo, durante el periodo cubierto por este informe, y de conformidad con el requerimiento 222 del Acuerdo. El NPPR, entregó, mediante recibo, unas grabadoras a cada uno de los Comandantes de Área y/o Directores de unidades de trabajo operacionales. A continuación, las unidades a las cuales se les entregó las grabadoras:

**A.   Superintendencia Auxiliar en Operaciones de Campo**

   **1.  Área San Juan**

     1.1 Comandancia de San Juan

     1.2 Precinto 166, San Juan

     1.3 Precinto 266, Santurce

     1.4 Precinto 366, Calle Loíza

     1.5 Zona Turística

     1.6 Precinto 466, Barrio Obrero,

     1.7 Precinto 182, Hato Rey Este

     1.8 Precinto 282, Puerto Nuevo

     1.9 Precinto 382, Hato Rey Oeste

     1.10  Destacamento Plaza Las Américas

     1.11  Precinto 162, Río Piedras

     1.12  Precinto 262, Cupey

     1.13  Precinto 362, Monte Hatillo

1.14   Precinto 462, Caimito

1.15   Unidad Motorizada San Juan

1.16   Cuartel Capitolio

1.17   Unidad de Puertos

2. **Área Arecibo**

2.1 Comandancia Arecibo

2.2 Precinto 107 Arecibo

2.3 Distrito Quebradillas

2.4 Distrito Camuy

2.5 Distrito Hatillo

2.6 Precinto 207, Sabana Hoyos

2.7 Distrito Florida

2.8 Distrito Barceloneta

2.9 Distrito Manatí

2.10 Distrito Morovis

2.11 Distrito Ciales

3. **Área Ponce**

3.1 Comandancia Ponce

3.2 Precinto 758, Ponce Oeste

3.3 Precinto 858, Ponce Este

3.4 Distrito Yauco

3.5 Distrito Guayanilla

3.6 Distrito Peñuelas

3.7 Distrito Guánica

3.8 Distrito Juana Díaz

3.9 Distrito Villalba

3.10 Distrito Santa Isabel

4. **Área Humacao**

DUODÉCIMO INFORME SEMESTRAL DE ESTATUS DEL TCA

4.1 Comandancia Humacao

4.2 Distrito Humacao

4.3 Distrito Las Piedras

4.4 Distrito Naguabo

4.5 Distrito Yabucoa

4.6 Distrito Maunabo

5. **Área Mayagüez**

5.1 Comandancia Mayagüez

5.2 Distrito Añasco

5.3 Distrito Cabo Rojo

5.4 Distrito Mayagüez

5.5 Distrito Hormigueros

5.6 Distrito Lajas

5.7 Distrito Las Marías

5.8 Distrito Maricao

5.9 Distrito Sabana Grande

5.10 Distrito San Germán

5.11 Unidad Motorizada

6. **Área Cagüas**

6.1 Comandancia Caguas

6.2 Distrito Caguas

6.3 Distrito Gurabo

6.4 Distrito Aguas Buenas

6.5 Distrito Cidra

6.6 Distrito Juncos

6.7 Distrito San Lorenzo

6.8 Unidad Motorizada

7. **Área Bayamón**

7.1 Comandancia Bayamón

7.2 Precinto 111, Bayamón Norte

7.3 Precinto 211, Bayamón Sur

7.4 Precinto 311, Bayamón Oeste

7.5 Precinto 411, Dajaos

7.6 Precinto 271, Levittown

7.7 Precinto171 Toa Baja

7.8 Distrito 017, Cataño

7.9 Precinto132, Guaynabo

7.10 Precinto 232, Juan Domingo

7.11 Distrito 070, Toa Alta

7.12 Distrito 026, Dorado

7.13 Distrito 074, Vega Alta

7.14 Distrito 075, Vega Baja

7.15 Distrito 024, Corozal

7.16 Precinto 154, Naranjito

7.17 Precinto 254, Cedro Arriba

7.18 Unidad Motorizada

**8. Área Carolina**

8.1 Comandancia Carolina

8.2 Precinto Carolina Sur

8.3 Precinto Carolina Norte

8.4 Distrito Trujillo Alto

8.5 Precinto Zona Turística

8.6 Precinto Aeropuerto

8.7 Distrito Canóvanas

8.8 Distrito de Loíza

8.9 Unidad Motociclista

8.10 Centro de Adiestramiento Reforma

8.11 Precinto Piñones

14

9. **Área Guayama**

    9.1 Comandancia Guayama

    9.2 Distrito Guayama

    9.3 Distrito Cayey

    9.4 Distrito Salinas

    9.5 Distrito Arroyo

    9.6 Distrito Patillas

10. **Área Aguadilla**

    10.1 Comandancia Aguadilla

    10.2 Precinto103, Aguadilla

    10.3 Distrito Aguada

    10.4 Distrito Rincón

    10.5 Distrito San Sebastián

    10.6 Distrito Moca

    10.7 Distrito Isabela

    10.8 División de Transportación

    10.9 Precinto 203, Base Ramey, San Antonio

11. **Área Utuado**

    11.1 Comandancia Utuado

    11.2 Precinto Utuado

    11.3 Distrito Adjuntas

    11.4 Distrito Jayuya

    11.5 Precinto Mameyes

    11.6 Precinto Castañer

    11.7 Precinto Los Ángeles

    11.8 Distrito Lares

12. **Área Fajardo**

12.1 Comandancia Fajardo

12.2 Distrito Luquillo

12.3 Distrito Fajardo

12.4 Distrito Río Grande

12.5 Distrito Ceiba

12.6 Distrito Vieques

12.7 Distrito de Culebra

12.8 Unidad Motorizada

13. **Área Aibonito**

13.1 Comandancia Aibonito

13.2 Distrito Aibonito

13.3 Distrito Barranquitas

13.4 Distrito Coamo

13.5 Distrito Comerío

13.6 Distrito Orocovis

14. **Fuerzas Unidas de Rápida Acción (FURA)**

14.1 FURA Central, Administración

14.2 SWAT

14.3 Sección de Inteligencia

14.4 Unidad Rescate

14.5 Base Aérea San Juan

14.6 Base Aérea Ponce

14.7 Marítima Fajardo

14.8 Marítima Ceiba

14.9 Marítima Arecibo

14.10 Marítima Piñones

14.11 Marítima Guayama

14.12 Marítima Yabucoa

14.13 Marítima Añasco

14.14 Marítima Aguadilla

14.15 Marítima Cabo Rojo

14.16 Marítima Ponce

14.17 Marítima Guánica

14.18 Marítima Vega Baja

**15. Superintendencia Auxiliar en Responsabilidad Profesional (SARP)**

15.1 SARP, Administración

15.2 Negociado de Investigaciones en Asuntos Antidiscriminatorios (NIAA)

15.3 Negociado de Asuntos Investigaciones Administrativas (NIA)

15.4 Negociado de Asuntos Internos (NAI)

**16. Patrullas de Carreteras**

16.1 Patrulla de Carreteras, San Juan

16.2 Patrulla de Carreteras, Bayamón

16.3 Patrulla de Carreteras, Carolina

16.4 Patrulla de Carreteras, Arecibo

16.5 Patrulla de Carreteras, Ponce

16.6 Patrulla de Carreteras, Humacao

16.7 Patrulla de Carreteras, Mayagüez

16.8 Patrulla de Carreteras, Utuado

16.9 Patrulla de Carreteras, Guayama

16.10 Patrulla de Carreteras, Fajardo

16.11 Patrulla de Carreteras, Aibonito

16.12 Patrulla de Carreteras, Aguadilla

16.13 Patrulla de Carreteras, Manatí

16.14 Autopistas Arecibo

16.15 Autopistas Buchanan

16.16 Autopistas Cagüas

16.17 Autopistas Carolina

16.18 Autopistas Ceiba

16.19 Autopistas Salinas

## 17. División de Operaciones Tácticas (DOT)

17.1 División Operaciones Tácticas, Metro

17.2 División Operaciones Tácticas, Arecibo

17.3 División Operaciones Tácticas, Ponce

17.4 División Operaciones Tácticas, Humacao

17.5 División Operaciones Tácticas, Mayagüez

17.8 División Operaciones Tácticas, Caguas

17.9 División Operaciones Tácticas, Guayama

17.10 División Operaciones Tácticas, Aguadilla

17.11 División Operaciones Tácticas, Fajardo

## B. La Igual Protección de las Leyes y No Discriminación

**1. Estadísticas de las Orientaciones Conducidas a través de la Línea de Orientación para Víctimas de Delitos Sexuales (787) 343-0000**
La línea de orientación (*hotline*) es una línea telefónica disponible las

veinticuatro (24) horas del día, los siete (7) días de la semana.



En la tabla anterior se desglosan el tipo de llamadas telefónicas recibidas a través de los operadores de la Línea de Orientación Víctimas de Delitos Sexuales. Dichas llamadas son referidas a las Unidades de Delitos Sexuales del área encargada de conducir las investigaciones de rigor. No obstante, es necesario señalar que algunos casos el tipo de llamada recibida puede ser reclasificada luego de conducida la investigación pertinente.

En los casos de violencia doméstica por violación al Art.3.5 de la Ley 54, las querellas recibidas son referidas a la División de Violencia Doméstica; por lo que dichas querellas se contabilizan como querellas de violencia doméstica.

2.  **Querellas División de Delitos Sexuales y Maltrato a Menores**

El párrafo 97 del Acuerdo establece que el NPPR monitoreará los resultados de las investigaciones de los casos de agresión sexual, incluyendo, si la investigación produjo arrestos, si el fiscal sometió cargos al sujeto, y si el sujeto resultó convicto. El NPPR también monitoreará las agresiones sexuales por género, así como los incidentes en los cuales más de una persona es arrestada.

DUODÉCIMO INFORME SEMESTRAL DE ESTATUS DEL NPPR

Estos datos serán publicados en la página Web del NPPR, según lo requiere el mencionado párrafo.



Leyenda:

| | Aguadilla | Aibonito | Arecibo | Bayamón | Caguas | Carolina | Fajardo | Guayama | Humacao | Mayagüez | Ponce | San Juan | Utuado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incidente | 31 | 12 | 16 | 40 | 14 | 31 | 5 | 21 | 9 | 25 | 32 | 47 | 14 |
| Investigaciones | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 2 | 1 | 0 | 13 | 0 |
| Múltiples | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| Fiscal Ordenó Radicar Cargos | 7 | 0 | 1 | 2 | 0 | 2 | 0 | 0 | 0 | 7 | 0 | 9 | 0 |
| Convicciones | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



| | Aguadilla | Aibonito | Arecibo | Bayamón | Caguas | Carolina | Fajardo | Guayama | Humacao | Mayagüez | Ponce | San Juan | Utuado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incidente | 31 | 12 | 16 | 40 | 14 | 31 | 5 | 21 | 9 | 25 | 32 | 47 | 14 |
| Femenino | 21 | 10 | 16 | 31 | 13 | 25 | 6 | 16 | 6 | 31 | 21 | 33 | 12 |
| Masculino | 13 | 4 | 2 | 9 | 1 | 6 | 0 | 5 | 3 | 4 | 14 | 23 | 2 |
| Genero Desconocido | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 34 | 14 | 18 | 40 | 14 | 31 | 6 | 21 | 9 | 35 | 35 | 56 | 14 |

**\*Nota:** Las discrepancias entre el número de incidentes reportados y el total de víctimas se debe a que algunos incidentes involucraron a más de una víctima.

3. **Estadísticas de Violencia Doméstica: Género, Arrestos y Convicciones**

El párrafo 100 del Acuerdo establece que el NPPR monitoreará los resultados de las investigaciones de los casos de Violencia Doméstica, incluyendo, si la investigación produjo arrestos, si el fiscal sometió cargos al sujeto y si el sujeto resultó convicto. El NPPR también monitoreará los arrestos por violencia doméstica por género, así como los incidentes en los cuales más de una persona es arrestada. El NPPR publicará estos datos como parte de su Informe Anual.

21

DUODÉCIMO INFORME SEMESTRAL DE ESTATUS DEL NPPR

Recalcamos que los incidentes reportados pueden corresponder a la misma víctima, por lo que éstos son mayores que los números de víctimas reportados.





* Estos incidentes son los que han recopilado y registrado en el Sistema de Intervención Temprana Módulo Violencia Doméstica, al 1 de septiembre de 2020,
hora 4:22 p.m., las Divisiones de Violencia Doméstica, los cuales son utilizados para la elaboración de planes de trabajo y labor diaria, entre otros.
Las estadísticas oficiales pueden ser solicitadas en la División de Estadísticas de la Criminalidad del Negociado de la Policía de Puerto Rico, Piso 6,
Cuartel General, Hato Rey.

** Sujeto a cambios. Las convicciones reportadas son las que han sido suplementadas, mediante informes, por el personal del NPPR.

4. **Estadísticas sobre Arrestos a Miembros del Negociado de la Policía Relacionados al Párrafo 100 y otros**

Los siguientes datos inciden sobre la cantidad de querellas recibidas por casos de violencia doméstica contra policías durante el periodo del 1 de abril de 2020 al 31 de agosto de 2020. Además, se presenta la cantidad de arrestos a raíz de estas querellas, los casos donde el fiscal radicó casos criminales contra los policías arrestados, cuántos resultaron convictos y otras personas arrestadas en los mismos hechos.

| NEGOCIADO DE INVESTIGACIONES EN ASUNTOS ANTIDISCRIMINATORIOS QUERELLAS RECIBIDAS, POR GÉNERO, ARRESTOS, SI FISCAL SOMETIÓ, POLICÍAS CONVICTOS POR POR INCIDENTES DE VIOLENCIA DOMÉSTICAS Y OTROS Global: Desde 1 de abril al 31 de agosto de 2020 | | | | | |
|---|---|---|---|---|---|
| | GENERO | QUERELLAS RECIBIDAS | POLICIAS ARRESTADOS | FISCAL SOMETIO | POLICIAS CONVICTOS | OTRAS PERSONAS ARRESTADAS |
| **VIOLENCIA A DOMÉSTICA** | MASCULINOS AGRESORES | 17 | 9 | 3 | 0 | 0 |
| | FEMENINAS AGRESORAS | 1 | 1 | 0 | 0 | 0 |
| | TOTAL | 18 | 10 | 3 | 0 | 0 |

C. **Adiestramientos**

Mediante el Boletín Administrativo Núm. OE-2020-023, se viabilizaron los cierres necesarios gubernamentales y privados con el fin de combatir los efectos del COVID-19 en la Isla. Por lo antes expuesto, y mediante el comunicado SAEA-1-36-055, de 16 de marzo de 2020, el comisionado del NPPR, Henry Escalera Rivera, suspendió todos los adiestramientos y readiestramientos presenciales en el NPPR. El adiestramiento Previo al Servicio, el cual había comenzado el pasado 14 de noviembre de 2019, y que también fue suspendido, se reanudó el 6 de julio de 2020. También, el readiestramiento de tiro con arma reglamentaria, fue reanudado el 13 de julio de 2020, conforme al comunicado SAEA-

1-17-012 de 30 de junio de 2020. La fase práctica del readiestramiento de armas de reglamento (tiro diurno) se realizará en los polígonos de Arecibo, Cabo Rojo, Guayama, Gurabo e Isla de Cabras. En cada uno de los polígonos se cumplirá estrictamente con las medidas cautelares y los protocolos de seguridad para evitar la propagación y contagio con el COVID-19. La capacidad de las canchas de tiro será reducida al 50%. Para conocer el porciento de empleados del NPPR adiestrados y readiestrados antes de la suspensión de los adiestramientos y readiestramientos, favor de remitirse al undécimo (11) informe semestral de estatus del NPPR, el cual cubre el periodo de octubre de 2019 a marzo de 2020.

A continuación, se desglosan los readiestramientos de tiro ofrecidos por el NPPR a sus empleados, durante el periodo comprendido en este informe. Es meritorio señalar que el cien por ciento (100%) de los miembros del NPPR hábiles, fueron adiestrados en el uso y manejo de las armas de fuego reglamentarias. La información recopilada cubre el periodo del 1ro de abril al 31 de agosto de 2020. A continuación, se desglosan las estadísticas de readiestramiento de Uso y Manejo de Armas de Reglamento (REA 618 D):

### Estadísticas de Adiestramiento de REA 618D

| Áreas / Superintendencias | M.P.P.R. Asignados mes actual | Total | Porciento |
|---|---|---|---|
| AGUADILLA | 489 | 263 | 54% |
| AIBONITO | 244 | 127 | 52% |
| ARECIBO | 541 | 283 | 52% |
| BAYAMON | 884 | 363 | 41% |
| CAGUAS | 348 | 216 | 62% |
| CAROLINA | 523 | 249 | 48% |
| FAJARDO | 261 | 81 | 31% |
| GUAYAMA | 293 | 168 | 57% |
| HUMACAO | 244 | 99 | 41% |
| MAYAGUEZ | 502 | 314 | 63% |
| PONCE | 734 | 277 | 38% |
| SAN JUAN | 847 | 403 | 48% |
| UTUADO | 235 | 147 | 63% |
| S.A.O.C. (Oficina Central) | 131 | 127 | 97% |
| NEG. DE TRANSITO | 753 | 478 | 63% |
| F.U.R.A. | 491 | 103 | 21% |
| DOTM | 79 | 69 | 87% |
| NEG. REL. COMUNIDAD (Oficina Central) | 16 | 3 | 19% |
| S.A.I.C. (GLOBAL) | 3012 | 1,566 | 52% |
| S.A.R.P. | 167 | 56 | 34% |
| S.A.E.A. | 205 | 88 | 43% |
| S.A.S.G. | 51 | 31 | 61% |
| Ofic. Comisionado, Reforma, Prensa, Legales y OGP | 356 | 266 | 75% |
| FORTALEZA | 128 | 118 | 92% |
| Total | Sub Total 11534 | 5,895 | 51% |

1. **Adiestramientos Virtuales**

El 29 de junio de 2020 comenzaron los cursos de readiestramiento virtual, según establecido en el Acuerdo. Estos readiestramientos se están conduciendo periódicamente. A continuación, los cursos disponibles:

- Adiestramiento Virtual sobre Armas De Reglamento (VUAR3082)
- Adiestramiento Virtual sobre Persecuciones Policiales (VPEP3081)
- Adiestramiento Virtual sobre el Cuarto de Evidencias (VECE3082)
- Adiestramiento Virtual sobre Interacción con Personas Transgénero (VITT3081)
- Para el Personal del Sistema Calificado es el siguiente:
  Adiestramiento Virtual sobre Interacción con Personas Transgénero (VITT3082)
- Adiestramiento Virtual sobre Reglas para el Uso de Fuerza para Agentes (VRUF 3082)
- Adiestramiento Virtual sobre Reglas para el Uso de Fuerza para Supervisores (VRUF 2082)
- Adiestramiento Virtual sobre Identificación e Investigación de Crímenes de Odio (VICO 3081)
- Adiestramiento Virtual sobre Reglamentos de Hostigamiento, Discrimen, Represalias y Conducta Sexual Impropia (VREG 3081)
- Para el Personal del Sistema Calificado es el siguiente:
  Adiestramiento Virtual sobre Reglamentos de Hostigamiento, Discrimen, Represalias y Conducta Sexual Impropia (VREG 3082)
- Adiestramiento Virtual sobre Intervención en Crisis (VIPC 3081)
- Adiestramiento Virtual Anual para Supervisores (VASU 2082)
- Adiestramiento Virtual Código de Ética de los Miembros del Negociado de la Policía de Puerto Rico (VCEP 3081)

2. **Programa de Adiestramiento de Campo (FTO) – Clase 228**

El NPPR tiene, como política pública, garantizar una formación inicial a los miembros del NPPR de nuevo ingreso (Agentes Aprendices), de manera que se asegure que éstos obtengan los debidos conocimientos, la experiencia operacional y aquellas destrezas que les permita desarrollar buen juicio y puedan convertirse en profesionales íntegros, eficaces y eficientes. Cónsono con lo

anterior y basado en el Acuerdo, se aprobó la Orden General Capítulo 700, Sección 701, titulada: "Programa de Adiestramiento de Campo", el Programa de Adiestramiento de Campo (FTO, por sus siglas en inglés), la cual asigna Mentores a Agentes Aprendices durante periodo probatorio de dichos agentes y facilitar la transición de aprendizaje teórico ofrecido por la SAEA a la fase operacional.

A continuación, se desglosa el estado de progreso del Programa FTO para la Clase 228, cuyos Agentes Aprendices fueron asignados a las Áreas Policiacas de San Juan, Bayamón y Carolina, en fecha del 9 de marzo de 2020.

**A. Área San Juan**

1. El área de San Juan cuenta con cuarenta y siete (47) Agentes Aprendices, de los cuales cuarenta y cinco (45) han completado las fases 1, 2 y 4, satisfactoriamente.
2. A los otros dos agentes, les falta la fase cuatro (4) debido a que están en cuarentena preventiva por el COVID-19.
3. Catorce (14) Agentes Aprendices se encuentran en la fase tres (3) con la Superintendencia Auxiliar en Investigaciones Criminales (SAIC), restando diecinueve (19) por completar la misma.
4. Veintidós (22) agentes han culminado la mentoría completa (las 4 fases).
5. Ningún Agente Aprendiz ha fracasado durante el transcurso del Programa.

**B. Área Carolina**

1. Al presente, el Área de Carolina cuenta con treinta y siete (37) Agentes Aprendices, los cuales han cumplido las fases 1, 2 y 4 de manera satisfactoria.
2. Once (11) Agentes Aprendices culminaron la fase tres (3) con la SAIC, mientras once (11) se encuentran en el proceso de cumplimiento de la misma. Posteriormente, se enviarán los quince (15) restantes para culminar esta fase.
3. Once (11) agentes han culminado el proceso completo de mentoría (las 4 fases).
4. Ningún Agente Aprendiz ha fracasado durante el transcurso del Programa.

**C. Área Bayamón**

1. El área de Bayamón cuenta con cuarenta y seis (46) Agentes Aprendices.

2. Doce (12) Agentes Aprendices están en la fase tres (3) con la SAIC.

3. Trece (13) Agentes Aprendices están en la fase cuatro (4).

4. De las fases tres (3) y cuatro (4), cuatro (4) Agentes Aprendices aún no han completado las mismas ya que algunos están en Licencia Militar y otros se encuentran en cuarentena preventiva a causa del COVID-19.

5. Diecisiete (17) agentes han culminado el proceso completo de mentoría (las 4 fases).

6. Ningún Agente Aprendiz ha fracasado durante el transcurso del Programa.


3. **Clase 229**

Debido a la emergencia causada por el COVID-19, el NPPR, a través de la SAEA, se vio en la obligación de suspender el adiestramiento "Previo al Servicio" a la Clase 229. No obstante, dicho adiestramiento se reinició el 6 de julio de 2020.

A continuación, presentamos el Plan de Acción preparado, tomando en consideración y cumpliendo con el distanciamiento social entre los participantes y las medidas de seguridad recomendadas por el Departamento de Salud de Puerto Rico, el Centro para el Control y Prevención de las Enfermedades ("Center for Disease Control and Prevention" o "CDC") y la Organización Mundial de la Salud ("OMS"):

▪ Los salones de clases han sido adaptados para recibir catorce (14) estudiantes manteniendo la distancia de seis (6) pies entre cada pupitre.

▪ La clase está conformada por cinco (5) grupos de aproximadamente 28 estudiantes, por lo que cada grupo se dividirá en dos (2) grupos, A y B de catorce (14) estudiantes.

▪ Se les brindó el mantenimiento adecuado a los sistemas de aire acondicionado en los salones, salón comedor y demás oficinas de la Academia.

▪ Se han rotulado los salones de clases con información sobre el COVID-19.

▪ Se han identificado las áreas de espera con la distancia requerida de 6' en las que los cadetes se mantendrán al momento de utilizar las facilidades sanitarias, ponchadores y salón comedor.

▪ Se asignará un personal para llevar el control de las facilidades sanitarias. Las mismas serán de una persona a la vez.

- Los salones serán desinfectados todas las mañanas antes que el personal cadete ingrese a los mismos.
- Será responsabilidad de los cadetes mantener su área de trabajo limpia y desinfectada durante el día.
- Las mesas del salón comedor han sido acomodadas a razón de tres (3) mesas de cinco (5) pies de forma lineal, para habilitar cuatro (4) sillas en un espacio de quince (15) pies hacia la misma dirección.
- Cada estudiante estará a seis (6) pies de distancia detrás de otro estudiante.
- El uso del salón comedor será de modo escalonado y controlado para que no coincida la totalidad de la matrícula en el mismo.
- Una vez el grupo que esté utilizando las facilidades termine, serán desinfectadas las mesas y sillas para ingresar el próximo grupo.
- Cincuenta y tres (53) cadetes residentes en las áreas policiacas de Bayamón, San Juan, Carolina, Caguas, Humacao y Guayama viajarán diariamente.
- Se permitirá que el personal cadete que resida fuera de las áreas policiacas arriba mencionadas y desee viajar diariamente, así lo haga.
- El personal cadete que pernocte será acomodado a razón de tres (3) cadetes por dormitorio. (Los dormitorios están habilitados para albergar ocho (8) ocupantes por unidad).
- Esta medida no solo limita el personal por habitación sino también el flujo de personas en los baños y duchas.
- Será responsabilidad de los cadetes que pernoctan mantener los dormitorios y sus baños limpios, según establecido en el Reglamento Estudiantil.
- Hasta que pase la emergencia y podamos converger de una manera segura, el programa de entrenamiento físico será eliminado del programa de adiestramiento.
- El mismo no será requisito de graduación temporeramente.
- El personal que voluntariamente decida continuar ejercitándose, deberá hacerlo conforme las reglas sobre el distanciamiento social.
- El uso del gimnasio no está autorizado hasta nuevo aviso.

- Se corroborará la entrega de los (EPP) en las áreas donde estaban asignados y se suplirán mascarillas, sanitizador de manos (hand sanitizer) al personal que no le hayan entregado.
- Se enfatizará en el lavado de manos.
- Se les abastecerán sus envases de sanitizador de manos a través del cadete encargado de suministros en cada grupo.
- El uso de mascarillas será compulsorio en el salón de clases y demás áreas de las facilidades.
- Se enfatizará en el distanciamiento entre estudiantes y será deber de éstos seguir las medidas establecidas.
- El periodo de descanso en las clases, será escalonado para así evitar la aglomeración de estudiantes en los pasillos.
- Será responsabilidad de cada empleado y estudiante, informar a su supervisor, líder o disciplinario, en caso de exhibir síntomas tales como fiebre, tos seca, dificultad respiratoria u otras asociadas con el COVID 19.
- Diariamente, se medirá la temperatura de empleados, visitantes y cadetes cuando ingresen a las facilidades y/o pernocten en las mismas.
- Al igual que las medidas implementadas para retomar el adiestramiento en las facilidades de SAEA, se reducirá a la mitad (cincuenta por ciento (50%)) la capacidad de las canchas de tiro, se tomará la temperatura de los participantes al ingresar a las facilidades de los polígonos, y
- Se enfatizará en el continuo lavado de manos.

**4. Clase 230**

La Clase 230 tuvo su semana de inmersión en la SAEA durante el 31 de agosto al 4 de septiembre de 2020. Durante este periodo, los cadetes fueron orientados sobre su nueva etapa como estudiantes, adiestramientos requeridos, retos, aspectos de seguridad, entre otros, durante el adiestramiento previo al servicio. A continuación, el perfil de la Clase 230:



Los datos provistos son de ciento veinte (120) cadetes; no se incluye uno (1) de género masculino que está de licencia militar.

**D. Querellas Administrativas, Investigaciones Internas y Disciplina**

La Superintendencia Auxiliar en Responsabilidad Profesional (en adelante "SARP"), tiene la responsabilidad de asegurar que todas las querellas administrativas por conducta impropia, sean investigadas de forma objetiva, diligente, exhaustiva y consistente. SARP conducirá aquellas investigaciones que sean necesarias y responsabilizará a aquellos miembros del NPPR contra quienes se sustenten querellas presentadas en su contra según información recopilada durante la fase investigativa.

**1. Estadísticas de Querellas Administrativas**

La SARP informó que se recibieron e investigaron las siguientes querellas administrativas, durante el periodo comprendido en este informe[1]:

---

[1] El proceso de investigación de querellas se detuvo entre el 7 y el 13 de enero de 2020 a causa de los movimientos telúricos. Asimismo, dicho proceso estuvo detenido entre el 15 de marzo y el 22 de abril de 2020, por causa de la emergencia del COVID-19.  Se condujeron 544 investigaciones por razón de querellas presentadas, las cuales se desglosan de la siguiente manera: el total de querellas investigadas durante el periodo cubierto por este informe fue de 205; las investigadas correspondientes a meses no cubiertos por este informe (239); y las investigadas en el periodo de años anteriores (100).

| S.A.R.P. | QUERELLAS DEL 1 DE ABRIL DE 2020 AL 31 DE AGOSTO DE 2020 | | | | |
|---|---|---|---|---|---|
| | RECIBIDAS | INVESTIGADAS | PENDIENTE INVESTIGACION | QUERELLAS INVESTIGADAS DE OTROS MESES DURANTE EL PERIODO | QUERELLAS INVESTIGADAS OTROS AÑOS DURANTE EL PERIODO |
| QUERELLAS ADMINISTRATIVAS | 514 | 205 | 309 | 239 | 100 |

2. **Estadísticas del Negociado de Asuntos Antidiscriminatorios**

Este Negociado informó que se recibieron las siguientes querellas durante el periodo comprendido en este informe:

| CLASIFICACION | QUERELLAS DEL 1 DE ABRIL AL 31 DE AGOSTO DE 2020 | | | | |
|---|---|---|---|---|---|
| | RECIBIDAS | INVESTIGADAS | PENDIENTE INVESTIGACIÓN | QUERELLAS INVESTIGADAS DE OTROS MESES DURANTE EL PERIODO | QUERELLAS INVESTIGADAS OTROS AÑOS DURANTE EL PERIODO |
| VIOLENCIA DOMESTICA | 18 | 4 | 14 | 9 | 2 |
| HOSTIGAMIENTO SEXUAL | 6 | 1 | 5 | 1 | 1 |
| AMBIENTE HOSTIL | 15 | 4 | 11 | 4 | 2 |
| DISCRIMEN | 14 | 4 | 10 | 3 | 1 |
| CONDUCTA SEXUAL IMPROPIA | 4 | 3 | 1 | 3 | 1 |
| CONDUCTA IMPROPIA | 6 | 1 | 5 | 1 | 0 |
| TOTAL | 63 | 17 | 46 | 21 | 7 |

3. **Pruebas de Detección de Sustancias Controladas**

Las pruebas de sustancias controladas realizadas a MNPPR durante el periodo comprendido en este informe, arrojaron los siguientes resultados:

| ÁREAS | ENERO | FEBRERO | MARZO | ABRIL | MAYO | JUNIO | JULIO | AGOSTO | SEPTIEMBRE | OCTUBRE | NOVIEMBRE | DICIEMBRE | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROGRAMA DE DETECCIÓN DE SUSTANCIAS CONTROLADAS** | | | | | | | | | | | | | | |
| **TABLA GLOBAL DE MUESTRAS DE DOPAJE** | | | | | | | | | | | | | | |
| **DESDE EL 1RO DE ABRIL HASTA EL 31 DE AGOSTO DE 2020** | | | | | | | | | | | | | | |
| Aguadilla | | | | | | | | | | | | | 0 | |
| Aibonito | | | | | | | | | | | | | 0 | |
| Arecibo | | | | | | | | | | | | | 0 | |
| Bayamón | | | | | | | | | | | | | 0 | |
| Caguas | | | | | | | | | | | | | 0 | |
| Carolina | | | | | | | | | | | | | 0 | |
| Fajardo | | | | | | | | | | | | | 0 | |
| Guayama | | | | | | | | | | | | | 0 | |
| Humacao | | | | | | | | | | | | | 0 | |
| Ponce | | | | | | | | | | | | | 0 | |
| Mayagüez | | | | | | | | | | | | | 0 | |
| Utuado | | | | | | | | | | | | | 0 | |
| San Juan | | | | | | | | | | | | | 0 | |
| Pre Empleo | | | | 21 | 3 | | 9 | | | | | | 33 | |
| Cadetes | | | | | | | | 28 | | | | | 28 | |
| **Subtotal** | 0 | 0 | 0 | 0 | 21 | 3 | 0 | 37 | 0 | 0 | 0 | 0 | 61 | |
| **POSITIVOS** | | | | | | | | | | | | | 0 | |
| **NEGATIVAS** | | | | | | | | | | | | | 0 | |
| **GRAN TOTAL** | | | | | | | | | | | | | 0 | |

Conforme a las órdenes ejecutivas emitidas por el Gobierno y los protocolos para minimizar y controlar la propagación del COVID-19, el proceso de realización de las pruebas de dopaje estuvo limitado durante el periodo cubierto por este informe. El Negociado de Ciencias Forenses brindó sus servicios con limitaciones y, en ocasiones, con su personal en cuarentena y/o laborando de forma remota.

**E. Interacción con la Comunidad e Información Pública**

**1. Comités de Interacción Ciudadana**

Los Comités de Interacción Ciudadana están compuestos por personas de diferentes comunidades y origen social quienes tienen un serio compromiso con la seguridad y el bienestar de Puerto Rico. Estos Comités son un foro abierto para que los integrantes de las comunidades

y el NPPR puedan discutir los problemas de seguridad, derechos civiles y crimen que afectan a cada Área Policial, y así diseñar estrategias en conjunto para solucionarlos.

Conforme a lo dispuesto en la Orden General Capítulo 800, Sección 801, titulada: "Comités de Interacción Ciudadana"—en la cual se establecen los deberes y responsabilidades de los Comités (CIC's) a nivel individual y nivel colectivo, dichos comités deberán presentar a su Comandante de Área un Informe Semestral en diciembre y junio de cada año en donde informarán los logros alcanzados en los meses anteriores. Durante el periodo cubierto por el Informe Semestral, varios comités han celebrado reuniones de manera virtual para discutir, entre otros asuntos, las gestiones y actividades llevadas a cabo para su buen funcionamiento y para mantener informado al público sobre los esfuerzos específicos de la Reforma del NPPR.  De esta manera, se crean mecanismos eficientes para integrar a las comunidades en la lucha contra el crimen.

Es importante puntualizar que durante este periodo Puerto Rico ha enfrentado situaciones catastróficas tales como como repetidos temblores de tierra a principios del año y la Pandemia del COVID-19.  A raíz de estos eventos naturales el Negociado se ha visto forzado a cancelar varias actividades de importancia, las cuales se espera puedan ser reprogramadas próximamente.

Por otro lado, como parte de los esfuerzos del NPPR conducentes a orientar a la comunidad en estos momentos de emergencia, el Negociado lanzó una campaña de orientación, a través de diferentes emisoras de radio, sobre el uso obligatorio de las mascarillas, el uso del desinfectante de manos y el distanciamiento físico, según lo establece la Orden Ejecutiva 2020-062 emitida por la Gobernadora de Puerto Rio, Hon. Wanda Vázquez Garced. Esta campaña surgió como iniciativa de la Oficina del Comisionado, en unión a la SAOC.

## 2. Alianzas Comunitarias

Las alianzas comunitarias ocurren cuando un grupo de personas quienes tienen los mismos intereses, fines y beneficios, aúnan esfuerzos dirigidos a la solución de problemas, conflictos y/o alcanzar objetivos afines para todos. La creación de alianzas es una parte fundamental en la incorporación de los principios de la policía comunitaria

como un aspecto de los procesos operacionales y administrativos del NPPR. Por tal razón, a continuación, se presentan diversas alianzas entre el NPPR y diferentes organizaciones civiles e individuos:

| ALIANZAS COMUNITARIAS | | | |
|---|---|---|---|
| **División NPPR** | **Meta** | **Alianza** | **Objetivo(s)** |
| **Superintendencia Auxiliar en Operaciones de Campo ("SAOC")**<br><br>**Área de Ponce Distrito de Yauco** | Promover las alianzas que mejoren la calidad de vida, con el objetivo de recogido y cuido de animales sin dueño en el municipio de Yauco. | Municipio de Yauco | Aunar esfuerzos y recursos para ayudar a los ciudadanos de las zonas rurales y urbanas del municipio, interesados en el recogido y cuido de los animales sin dueño. |
| **Área de Ponce Comandancia de Área** | Promover alianzas entre el NPPR y la comunidad universitaria de la UPR Ponce. | Universidad de Puerto Rico en Ponce | Estrechar lazos entre el NPPR y los estudiantes de Psicología Forense de la UPR Ponce, para brindar la oportunidad a estos estudiantes de que adquieran conocimientos y entiendan sobre los esfuerzos del NPPR para integrarse con las comunidades. |
| **Área de Ponce Comandancia de Área** | Orientación a las comunidades de los pueblos de Juana Díaz, Santa Isabel y Villalba sobre la correcta disposición de los medicamentos controlados expirados | RCAP Solutions Resources for Communities and People | Aunar esfuerzos para orientar a los ciudadanos de las diferentes comunidades impactadas, sobre el manejo adecuado y disposición de los medicamentos controlados recetados y que están expirados. Esto como medida para evitar que lleguen a las manos de los niños, jóvenes o personas vulnerables. |
| **Área de Ponce Comandancia de Área** | Ayuda a las personas perjudicadas por los terremotos en la zona sur de Puerto Rico (Ponce, Peñuelas, Guayanilla, Yauco y Guánica) | Equipo de Respuesta de Ayuda de Emergencia Curativa al Corazón 9/11 | Realizar patrullaje preventivo constante en los refugios y las comunidades afectadas. Dar escolta al transporte de materiales de construcción. Ayudar en la identificación de las comunidades y de las personas perjudicadas por estos sismos, prestando especial atención en los niños, las personas encamadas y las mayores de edad. |

| **NPPR Cuerpo de Capellanes** | Consejería a los MNPPR y empleados del sistema clasificado | Centro de Consejería "El Sendero de la Cruz" | Unir esfuerzos entre el NPPR, el Cuerpo de Capellanes y el Centro de Consejería "El Sendero de Luz", para ofrecer orientación especializada y ayuda profesional a todos los MNPPR y empleados del sistema clasificado, sobre la necesidad de vivir en un ambiente positivo y agradable, reafirmando la capacidad de superación como individuo y familia, en las distintas áreas de la actividad humana normal. |

### F. Sistemas de Información y Tecnología

Conforme al Acuerdo, el área de Cumplimiento de Sistemas de Información y Tecnología tiene como meta actualizar su infraestructura de sistemas de información, data y comunicación tecnológica para mejorar la eficiencia y efectividad de los procesos y procedimientos policiales en el área administrativa y operacional.

1. **Integración del National Crime Information Center (NCIC) al sistema Computer Aided Dispatch (CAD)**

   Para mejorar la seguridad de los MNPPR, es necesario acceder la base de datos Federal NCIC desde el sistema CAD Móvil que se utiliza para iniciar el proceso de crear las querellas relacionadas a incidentes. Este provee información valiosa de la persona con la cual se está interviniendo.

   Actualmente, existe un mecanismo funcional, pero no implementado, para acceder la base de datos NCIC desde el CAD Móvil, y hacer posible que los MNPPR se beneficien de la información que este sistema provee, al momento de hacer una intervención. Además, se está coordinando un plan piloto con en los Precintos de Carolina Norte y Puerto Nuevo, con el propósito de iniciar dicho plan con seis (6) Agentes en cada precinto, para realizar pruebas con el sistema. Estos pilotos están en espera de que pase la emergencia causada por el virus COVID-19.

2. **Certificación para reportar incidentes al Federal Bureau of Investigations (FBI) mediante la codificación National Incident-Based Reporting System (NIBRS)**

A la fecha de este informe, la División de Estadísticas del NPPR, en conjunto con el Negociado de Tecnología (NT), trabajan el requerimiento del FBI del formato y de los tipos de datos necesarios para obtener la certificación de que el NPPR cumple con el formato NIBRS, para poder reportar las estadísticas en cumplimiento con sus estándares. El NPPR debe estar certificado para el mes de enero de 2021, para cumplir según establece el FBI.

Actualmente, el NT está desarrollando la interfaz, para extraer los datos del formulario controlado PPR-621.1 titulado: "Informe de Incidentes", con el propósito de presentar los datos en el formato requerido por el FBI.

3. **Police Training Management System (PTMS)**

El NPPR desarrolló el Sistema PTMS como herramienta de apoyo al proceso de creación, planificación, solicitud, registro y matrícula a los adiestramientos y readiestramientos ofrecidos para todos los empleados, tanto del sistema de rango, sistema clasificado, así como a personal externo.

El sistema hace disponible la herramienta a las Áreas Policiacas a través de todos los coordinadores de adiestramientos que existen en cada una de las Áreas. Esta figura será la encargada de recibir las solicitudes en cuanto a las necesidades existentes en su personal, y matricularlos de acuerdo al calendario de adiestramiento presentado en el sistema PTMS.

El PTMS se encuentra desarrollado en producción y en uso. Se culminó el desarrollo del Calendario de Adiestramiento Web y se publicó en la página del NPPR. El personal puede acceder desde cualquier lugar con acceso a internet.

4. **Biblioteca Virtual**

La Biblioteca Virtual es el módulo a través del cual el NPPR publicará todos los formularios, así como las políticas y procedimientos vigentes, no confidenciales, indexados de tal forma que los empleados de la NPPR, así como la ciudadanía, puedan tener fácil acceso a esta información. El público podrá escribir comentarios en la página, los cuales serán revisados por personal del NPPR.

Culminó la integración de los documentos generales y comenzó la integración de documentos en la sección de políticas y procedimientos que son confidenciales.

5. **Real Plus (Real+)**

REAL+ es el sistema actual de registro electrónico de armas y licencias del NPPR que se creó para sustituir el sistema anterior que se utilizaba en la Agencia. Este nuevo sistema salió a producción en julio de 2019 y está integrado por los módulos de Licencias de Armas, módulo de Depósito de Armas, módulo de Armerías, módulo del Ciudadano, el módulo de Citas Online, módulo de Propiedad, módulo de Investigaciones y el módulo de Licencias de Seguridad Privada y Detectives Privados (DESL+), que se encuentra en etapa de desarrollo. Culminó el desarrollo del módulo de Citas Online y actualmente está en producción y uso.

6. **Migración a la Nube (Cloud) de Microsoft AZURE**

Migración de los servidores del NPPR a la nube de Microsoft Azure con el propósito de tener un plan de recuperación ante desastres con Azure Site Recovery. El proyecto consiste en migrar setenta y seis (76) servidores previamente identificados y mantener ininterrumpidamente la operación y los servicios en línea que brinda el NPPR en tiempo real.

7. **Sistema de Resguardo y Redundancia del Centro de Cómputos**

En agosto de 2020 se actualizó y amplió la capacidad de almacenamiento para las digitalizaciones, grabaciones de video y audio. Además, dicha actualización tecnológica provee una mejor velocidad transaccional y un manejo de medios (imágenes, audio y videos) más eficiente para las unidades de investigación criminal.

8. **Virtualización de Computadoras de Escritorio (Virtual Desktop)**

Con el propósito de darle continuidad a los trabajos operacionales y administrativos el NPPR, debido a la emergencia nacional COVID-19, implementó a finales del mes de marzo de 2020 el sistema de escritorios virtuales (Microsoft Virtual Desktop en Azure Cloud) Microsoft Virtual Desktop (MVD) que permite múltiples sesiones a través de una máquina virtual con sistema operativo Microsoft Windows 10.

Con esta solución, los usuarios que trabajan de forma remota pueden conectarse a aplicaciones internas de forma segura, utilizando la infraestructura existente de la nube (Azure Cloud) y la conectividad con la red interna del NPPR. Actualmente, esta solución

permite 50 usuarios conectados simultáneamente, de los cuales 31 usuarios han utilizado la infraestructura con el propósito de darle continuidad a sus labores diarias.

Además, pueden acceder desde cualquier dispositivo que tenga acceso al internet, como lo son computadoras portátiles (Laptops), teléfonos inteligentes o dispositivos electrónicos portátiles con pantalla táctil (Tablets).

En este entorno el usuario puede visualizar y sentirse como en su estación de trabajo física y es una manera segura, así como flexible de realizar sus labores diarias de forma remota. También en este entorno puede acceder a sus aplicaciones desde cualquier lugar en cualquier tipo de dispositivo.

## V.   Conclusión

La información suministrada en este informe presenta, en términos generales, la capacidad del trabajo colaborativo de todas las divisiones que componen el NPPR. Asimismo, manifiesta la disciplina y determinación que el NPPR ha empeñado en la consecución de una Policía profesionalizada y demuestra el compromiso del NPPR y de los MNPPR con la Reforma y con las comunidades que atienden. En aquellos aspectos en los cuales se necesite reforzar el trabajo en conjunto entre los diferentes componentes del NPPR, el Negociado pondrá todo su empeño en así lograrlo.

Garantizar la seguridad de cada persona y de cada comunidad en Puerto Rico es prioridad del NPPR. Esta labor requiere confianza y colaboración entre el NPPR y la comunidad. El NPPR está comprometido en continuar fortaleciendo las relaciones con la comunidad, con el fin de construir un Puerto Rico más seguro para las futuras generaciones. Al mismo tiempo, el NPPR continúa trabajando hacia lograr mayor profesionalización del Negociado, incluyendo sus oficiales y agentes; proveerles mejores recursos; adiestrarlos en las prácticas policiacas generalmente aceptadas; e incorporar la tecnología en sus procesos para tener información y data que sea certera, que esté accesible y que sea una herramienta efectiva para los procesos de recopilación de información, investigación y estadísticas, entre otros.

 *s/ Henry Escalera Rivera*
**Henry Escalera Rivera**
**Comisionado**