TDPetrowski, LLC
4010 Deep Valley Drive
Dallas, Texas 75244

August 24, 2020 through September 22, 2020

INVOICE # ASM2020-9                          **TOTAL DUE $ 8,175.00**
ASSISTANT SPECIAL MASTER
SEPTEMBER 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|:---:|:---|:---:|
| 5.5 | Reviewed Monitor's Report and provided feedback. | $825 |
| 7.5 | Reviewed and worked on documents related to promotional assessment, email and discuss with the Special Master and other parties | $1,125 |
| 4.5 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $675 |
| 6 | Reviewed Monitor's resubmitted Report and discuss with the Special Master | $900 |
| 31 | Zoom meetings and/or Conference calls with the Parties. | $4,650 |

## Total Wages Due = $8,175

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

_Thomas D. Petrowski_                          9/22/20
**Thomas D. Petrowski**