Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

August 24, 2020 through September 21, 2020

INVOICE # SM2020-6                    **TOTAL DUE $ 16,500.00**
SPECIAL MASTER
SEPTEMBER 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|:---:|:---|:---:|
| 31 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $4,650 |
| 15.5 | Conference calls with the Monitoring Team members and Court. | $2,325 |
| 2.5 | Conference calls with the Parties and Monitor. | $375 |
| 23 | Reviewed and provided feedback related to statistical sampling strategy. Participated in conference calls on sampling strategy. Reviewed sampling documents. | $3,450 |
| 19.5 | Reviewed Monitor's Report and provided feedback. | $2,925 |
| 18.5 | Reviewed and worked on document related to promotional assessment. | $2,775 |
| | | $16,500 |

# Total Wages Due = $16,500.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

_____          ___9/21/20___
**Dr. Alejandro del Carmen**                              **9/21/20**