**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA
*Plaintiff*

v.                                                              **Civil No. 12-2039 (GAG)**

COMMONWEALTH OF PUERTO RICO, et al.
*Defendants.*

## Order

The invoices of the Special Master and Assistant Special Master for September 2020 (Docket Nos. 1590 & 1591) are hereby APPROVED.

The Court further AMENDS its ORDER at Docket No. 1102 in light of the increase in the Special Master's volume of work and support as evidenced in the August and September invoices, which have been approved by the parties. Accordingly, the Court will authorize the Special Master to invoice for actual hours worked, once the parties have reviewed his and the Assistant Special Master's monthly invoices.

Should the Special Master's compensation for FY 2020-2021 exceed the budget currently in the Court's registry, the difference will be paid from the TCA budget. For FY 2020-2021 the parties will revise to the extent necessary the Special Master budget, accordingly.

SO ORDERED.

In San Juan, Puerto Rico, this 23rd of September of 2020.

*s/ Gustavo A. Gelpí*
Gustavo A. Gelpi
US District Judge