IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

### ORDER re: PRPB Promotions Policy

The Court is aware that PRPB has recently provided to USDOJ, Monitor and Special Master a draft promotions policy for certain high ranking positions within the police ranks, to wit, inspector to coronel. Given that USDOJ, Monitor and Special Master need adequate time to responsibly review, comment and discuss with PRPB the draft promotions policy, the Court hereby **ORDERS** that no promotions are thus made until such time as all of the aforementioned are able to make the corresponding recommendation to the Court as to whether the promotions policy complies with the Reform Agreement. The Court advises that next week it will be holding a status conference (to be set) and this matter will be part of the agenda.

Counsel for PRPB shall immediately provide copy of this order to the Secretary of the Department of Public Safety and Commissioner of Police.

**SO ORDERED.**

In San Juan, Puerto Rico this 5th of October, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge