UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | **CASE #: 3:12-CV-2039 (GAG)** |

## Agenda for the October 16th, 2020 Status Conference

The following are the items to be discussed:

1. Gap Analysis Study Proposal (Part of the IT Needs Assessment and Corrective Action Plan);

2. PRPB Self-Assessment under Paragraph 261;

3. Personnel Addition to the Monitoring Team;

4. National Guard;

5. Monitor's Report Timeline;

6. Promotional Policy.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of October of 2020.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge