# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　**Plaintiff**<br><br>**v.**<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>　　**Defendants.** | CIVIL NO. 12-cv-2039 (GAG) |

## MOTION SUBMITTING TWELFTH BI-ANNUAL STATUS REPORT

**TO THE HONORABLE COURT:**

**COME NOW** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, by and through the undersigned counsel, and respectfully state and pray as follows:

1. On September 14, 2020, the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB) requested leave from the Court to file in the Spanish language its Twelfth Bi-Annual Status Report ("Status Report") pursuant to Paragraph 261 of the Agreement for the Sustainable Reform of the PRPB. See Docket Nos. 1585 & 1586. The Commonwealth and the PRPB also requested thirty (30) days to submit a certified translation of the document in the English language.

2. On September 15, 2020, the Court granted defendants' request for leave. See Docket No. 1588.

3. Attached herewith is a certified translation in the English language of the Status Report.

**WHEREFORE,** the Commonwealth of Puerto Rico and the PRPB respectfully request the Court to take notice of the above and to enter any Orders it deems just and appropriate.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of October, 2020.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a copy of this document was filed with the Clerk of Court through the CM/ECF system, which will provide notice of this filling to all counsels of record in the captioned case.

**S/ RAÚL E. BANDAS**
**USDC-PR NO. 207809**

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
403 Muñoz Rivera Ave.
San Juan, PR 00918-3345
Phone 787-767-9625
Fax  787-622-3461
Email: rbandas@cnr.law