[CERTIFIED TRANSLATION (JSP)]



CERTIFIED TRANSLATION

# 12ᵀᴴ ANNUAL

# STATE REPORT

## Puerto Rico Police Bureau

## April-September 2020

**HENRY ESCALERA-RIVERA**
**Commissioner**

**TABLE OF CONTENTS**

I.    Introduction ............................................................................................. 1

II.   Reform Unit ............................................................................................ 1

A.   Inspections ............................................................................................. 1

B.   Policies and Procedures ......................................................................... 2

III.  Employee Assistance Program (EAP) ...................................................... 7

IV.  Most Significant Accomplishments in the Agreement's Areas of Compliance During the Report Period ................................................................................ 8

A.   Use of Force ............................................................................................ 8

1.    Projections and Strategies Pilot Plan for Responding to Behavioral or Mental Health Crisis in the Arecibo Police Area. ..................................... 8

2.    Acquired Equipment ............................................................................... 9

A.   Superintendency of Field Operations...................................................... 10

B.   Equal Protection of the Law and Nondiscrimination ............................... 17

1.    Statistics on the Sexual Assault Hotline (787) 343-0000 ......................... 17

2.    Sexual Assault and Child Abuse Division ................................................ 18

3.    Statistics on Domestic Violence: Gender, Arrests, and Convictions......................... 20

4.    Statistics on Police Bureau Members Arrests under Paragraph 100 and others ...... 21

C.   Training ................................................................................................... 21

1.    Virtual Training ....................................................................................... 23

2.    Field Training Program (FTO) – Class 228 .............................................. 23

3.    Class 229 ................................................................................................. 25

4.    Class 230 ................................................................................................. 27

D.   Administrative Complaints, Internal Investigations and Discipline ........................ 28

1.   Statistics on Administrative Complaints ................................................................. 28

2.   Statistics of the Anti-discrimination Bureau......................................................... 29

3.   Drug testing ............................................................................................................ 29

E.   Community Engagement and Public Information.................................................... 30

1.   Citizen Interaction Committees ............................................................................. 30

2.   Community Partnerships......................................................................................... 31

F.   Information Systems and Technology..................................................................... 33

1.   Integration of National Crime Information Center (NCIC) to the Computer Aided
     Dispatch (CAD) system ........................................................................................... 33

2.   Certification on the Federal Bureau of Investigations' (FBI) National Incident-Based
     Reporting System (NIBRS) ...................................................................................... 33

3.   Police Training Management System (PTMS) ......................................................... 34

4.   Virtual Library......................................................................................................... 34

5.   Real Plus (Real+) .................................................................................................... 34

6.   Migration to Microsoft AZURE Cloud ..................................................................... 35

7.   IT Center Backup and Redundancy System ............................................................ 35

8.   Virtual Desktop....................................................................................................... 35

V.   Conclusion .............................................................................................................. 35

Henry Escalera Rivera Commissioner ........................................................................... 36

# 12ᵀᴴ BIANNUAL STATUS REPORT
# OF THE PUERTO RICO POLICE BUREAU

### I. Introduction

In accordance with the provisions of paragraph 261 of Agreement for the Sustainable Reform of the Puerto Rico Police Department (hereinafter, the "Agreement"), the Puerto Rico Police Bureau (hereinafter, "PRPB" or "Bureau") hereby files with the Honorable Court the 12th Biannual Status Report (hereinafter, the "Biannual Report"), which includes some of the most significant accomplishments in implementing the requirements of the Agreement as well as the initiatives developed and adopted by PRPB during the April 1st - August 31st period.

It must be noted that the essential services provided to the people and the private sector by the Government of Puerto Rico, including PRPB, have been affected by the COVID-19 pandemic. As it was to be expected, PRPB has been seriously affected by the COVID-19 pandemic, which has compel it to focus mainly on responding to the most urgent emergencies given the social reality caused by the virus. This situation has affected PRPB at both the operational and the administrative levels, particularly PRPB's Reform process. This pandemic has compelled PRPB to adjust its operations in order to maintain control and ensure the people's safety during this emergency. However, we reiterate that PRPB's main objective is to guarantee the civil rights of citizens, comply with the reform process, and keep the people informed on the Bureau's works.

### II. Reform Unit

#### A. Inspections

The PRPB Inspection Division shall be in charge of examining, validating, reviewing, and/or ascertaining compliance with all of the policies and procedures developed and approved in the Bureau. In its effort to implement a self-assessment process to assess compliance with the Agreement, PRPB is collecting data and information on its operational programs, initiatives, and activities. This shall facilitate operational and administrative inspections at PRPB, which are the duty of the Inspection Division.

1

The results of these inspections will be analyzed to assess the execution level, knowledge, competency, skills, and abilities and to identify any substantial deficiency, and if necessary, take corrective action in policies, training, and retraining so that the procedures adopted are feasible, operationally achievable and sustainable. This activity will be carried out using the Puerto Rico Police Bureau Administrative and Operational Inspections Manual as well as any other applicable policy. This approach will contribute to assess the effectiveness of PRPB's regulations, policies, and rules, the training of the Bureau's employees, ensure that police services are delivered equitably, respectfully, free of unlawful bias, achieve ongoing professionalization of PRPB members, promote broad community engagement, support effective crime prevention through generally accepted policing practices and consistent with the Agreement.

PRPB is undergoing a policy revision and development process that will complement the Puerto Rico Police Bureau Administrative and Operational Inspections Manual. Said process should be completed within the next two or three months. Likewise, the Bureau will develop training workshops for personnel responsible for reviewing and developing new policies.

## B. Policies and Procedures

PRPB's Policies and Procedures Section is responsible for developing the Bureau's public policy, revising existing policies and procedures to ensure faithful compliance with the Agreement, and effectively addressing the Bureau's priorities.

The different manuals, general orders, policies and procedures implemented by PRPB during the report period are itemized below:

a. Stolen Vehicle Investigation Bureau Investigator's Manual, dated April 7, 2020. It was published on April 8, 2020. The purpose of this manual is to provide PRPB members assigned to the Stolen Vehicle Bureau with guidelines for conducting investigations related to the trafficking in motor vehicles and motor vehicle parts and inspection procedures pursuant to the laws in effect.

b. General Order Chapter 600, Section 628, entitled: "Use and Handling of

2

Service Weapons" dated April 7, 2020. The Order was published on April 8, 2020. The purpose of this order is to establish the rules and procedures that will govern the safe use and handling of firearms and ammunition authorized by PRPB.

c. PPR-138.3 Use Manual WEB Edition, Driver's Daily Report, version 1.0 dated April 14, 2020. The manual was published on April 15, 2020.  The purpose of this manual is to provide all PRPB employees with the necessary guidelines for understanding and facilitating the use of this new digital platform designed to keep a daily vehicle usage record at PRPB.

d. General Order Chapter 100, Section 145, entitled: "Marine Patrol Division" dated April 17, 2020. This order was published on April 18, 2020. The purpose of this order is to establish the organizational and operational structure of the Marine Patrol Divisions within the Joint Forces for Rapid Action Bureau (FURA, Spanish acronym), among other aspects.

e. Sworn Personnel Functions, Duties, and Responsibilities Description Manual dated April 20, 2020. The manual was published on April 21, 2020. The purpose of this manual is to establish the functions, duties, and responsibilities of the PRPB's sworn personnel.

f. COVID-19 Safety Protocols for the Puerto Rico Police Bureau Members dated April 21, 2020. The protocol was published on April 22, 2020. This protocol establishes guidelines for minimizing the risk of infection while fulfilling their duty to protect life and property.

g. Form PPR-1072, entitled: "NIBIN Program Evidence Chain of Custody" dated and published on April 23, 2020. The purpose of this form is to document the chain of custody for the evidence of cases under the NIBIN program. It will be used by PRPB members assigned to the NIBIN Program in the Forensic Sciences Bureau.

h.  Form PPR-138.20, entitled: "Official Vehicle Withdrawal Certification" dated and published on April 23, 2020. The purpose of this form is to officially certify the withdrawal of an official vehicle, in accordance with the procedures prescribed by the General Services Administration and PRPB through regulations.

i.  CertiWeb User Guide (Training History and Certifications) dated April 23, 2020.  The guide was published on April 27, 2020. The purpose of this guide is to provide Bureau Members with online access to their training history and certifications without the need to visit the PRPB Academy to obtain such information.

j.  Forms controlled by the Armory Inspection Division (PPR-1079, 1080, 1081, 1082, and 1083) dated and published on May 1ˢᵗ, 2020. The purpose of these forms is to comply with the Armory and Firing Range Inspection process, in accordance with Act No. 168-2019, known as the "Puerto Rico Weapons Act," and Regulation No. 9172, known as the "Regulations for the Administration of the Weapons Act of 2020."

k.  Information Sharing Protocol to seek Feedback from the Components of Puerto Rico's Criminal Justice System dated and published on May 1ˢᵗ, 2020. The purpose of this protocol is to establish a procedure to share information with the Components of Puerto Rico's Criminal Justice System, including the federal system, for the purpose of improving the quality of policing services and investigations.

l.  Amendment to Form PPR-122.18, entitled: "Impounded Vehicles Registry" dated May 14, 2020. This amendment was published on May 15, 2020. The purpose of this amendment was to add to the Form a column for the control number, report number, and reporting PRPB member. It also replaced the phrase "PRPB member who impounded" with the phrase "PRPB member who impounds." Likewise, the column for Comments was eliminated.

4

m.  General Order Chapter 600, Section 643, entitled: "Administrative Fines for Violations of Act No. 22-2000" dated and published on May 20, 2020. The purpose of this order is to establish in PRPB rules and procedures for the acquisition, assignment, and issue of administrative fines for violations in accordance with Act No. 22-2000, as amended, known as the "Puerto Rico Vehicles and Traffic Act."

n.  General Order Chapter 400, Section 413, entitled: "Firearms Tracing Digital Platform" dated and published on May 27, 2020. The purpose of this order is to establish a Firearms Tracing Digital Platform in the PRPB, as provided in Act No. 168-2019, known as the "Puerto Rico Weapons Act of 2020." In addition, the order establishes the rules and procedures to be followed by PRPB members to use such platform.

o.  Document Delivery Protocol, Forensic Investigators Division of the Forensic Sciences Bureau dated and published on June 11, 2020. The purpose of this protocol is to establish a Procedure whereby PRPB members will deliver documents to the Forensic Investigators Division of the Forensic Sciences Bureau.

p.  Regulations for Virtual Courses in the Puerto Rico Police Bureau dated and published on June 11, 2020. The purpose of this regulation is to establish the rules and procedures related to the PRPB employees distance learning process.

q.  General Order Chapter 500, Section 502, entitled: "Use of Force Incident Review Board" dated May 27, 2020. This order was published on June 12 2020. The purpose of this order is to establish in the PRPB, the operations of the Use of Force Incident Review Board at police area level; and the Use of Force Incident Review Board of the Commissioner.

r.  General Order Chapter 600, Section 642, entitled: "Investigation of Serious and/or Fatal Crashes" dated June 18, 2020.  This order was published on June 19, 2020. The purpose of this order is to establish in the PRPB, the rules and procedures for investigating serious and/or fatal crashes.

s.  General Order Chapter 300, Section 309, entitled: "Search and Seizures," dated June 18, 2020.  The order was published on June 22, 2020. The purpose of this order is to establish in PRPB, the procedure to be followed by PRPB members when seizing property in accordance with Act No. 119-2011, as amended, known as the "Uniform Forfeiture Act," and any other statute authorizing the seizure of property.

t.  Special Weapons and Tactics (SWAT) Division Procedures Manual dated and published on June 23, 2020. The purpose of this manual is to establish, in a uniform manner, how PRPB's Special Weapons and Tactics (SWAT) Division (SWAT), will respond in specific situations in order to comply with its main objectives of protecting life and arresting criminals in any high-risk situation.

u.  Document Production Protocol dated June 30, 2020.  The protocol was published on July 1ˢᵗ, 2020. The purpose of this protocol is to establish the procedures related to the Police Monitor's orders to produce documents, including the responsibilities of PRPB's work units.

v.  General Order Chapter 100, Section 109, entitled: "Highway Patrol Bureau" dated June 30, 2020. This order was published on July 2, 2020. The purpose of this order is to establish in PRPB, the organizational and operational structure of the Highway Patrol Bureau. It also establishes the duties and responsibilities of PRPB members assigned to this Bureau.

w.  General Order Chapter 600, Section 641, entitled: "Investigation of Cases under the Animal Welfare and Protection Act" dated and published on July 6, 2020. The purpose of this order is to establish in PRPB the rules and procedures for investigating animal abuse and/or cruelty complaints in accordance with Act No. 154-2008, as amended, known as the "Animal Welfare and Protection Act."

### III.     Employee Assistance Program (EAP)

It is the PRPB policy to provide non-punitive support services to address and correct Bureau members' behavioral problems as part of the disciplinary and performance improvement system. It is worth noting that at present, there are sixteen (16) psychologists at PRPB, fourteen (14) of them hold a temporary position and two (2) hold career position, one of whom is the Program's Director.

Providing psychological services to PRPB members has been quite a challenge during 2020 due to the COVID-19 pandemic. PRPB has adjusted its services to maintain the continuity thereof. For example, the use of telepsychology via telephone or video conferencing has been promoted. An informative video on how to adequately handle stress and the constant changes caused by COVID-19 pandemic was prepared in May 2020. This video was transmitted via the *Informa Policía* platform, which was available to all PRPB personnel.

The number of referrals and members who received assistance under the EAP are shown below:

| REFERRED CASES EMPLOYEE ASSISTANCE PROGRAM | | | |
|---|---|---|---|
| **DATE** YEAR / MONTH | **REFERRED CASES** | **VOLUNTARY CASES** | **TOTAL** |
| 2020 – April | 22 | 9 | 31 |
| 2020 – May | 17 | 6 | 23 |
| 2020 – June | 6 | 9 | 15 |
| 2020 – July | 4 | 5 | 9 |
| 2020 – Aug. | 12 | 9 | 21 |
| 2020 – Sept. | ND | ND | ND |
| **GRAND TOTAL** | **61** | **38** | **99** |

*Updated August 31, 2020

As part of this year's prevention efforts, EAP seeks to issue an informational bulletin on how to adjust to COVID-19 changes. This bulletin will be delivered by email to all PRPB personnel.

IV.   **Most Significant Accomplishments in the Agreement's Areas of Compliance During the Report Period**

   **A.  Use of Force**

   1.  **Projections and Strategies Pilot Plan for Responding to Behavioral or Mental Health Crisis in the Arecibo Police Area.**

   The Arecibo Police Area implemented the Projections and Strategies Pilot Plan for Responding to Behavioral or Mental Health Crisis. This Pilot Plan is aimed at educating, training, and providing PRPB members with the necessary skills to respond to individuals in behavioral or mental health crisis. PRPB is responsible for providing its members with basic training on responding to this type of incidents and for training a Crisis Intervention Team ("CIT") emphasizing on procedures for the transfer of custody or voluntary referral and appropriate facilities for juveniles in mental health crisis. In addition, PRPB shall provide crisis intervention training to all dispatchers to enable them to identify calls for service that involve behavioral or mental health crisis events. For such purposes, it developed CITE 8061 handbook and 40-contact hour training thereon. PRPB members received training on the psychological and legal aspects of mental health and visited Hospital Panamericano and the Psychiatric Hospital (ASSMCA), among others.

   Furthermore, on April 21, 2020, a virtual meeting was held with the CIT personnel.  At said meeting, Dr. Nitza González gave a talk on stress management.

   On June 18, 2020, Lieutenant Edgar Lugo Nazario # 6-16099, Officer Joel García Echevarría # 27680 attended a meeting held at Hospital Metropolitano de la Montaña, in Utuado with Mrs. Olga Colón, Esq. and Mrs. Wanda Rodríguez Medina, the hospital's Community Relations coordinators.  The purpose of the meeting was to facilitate the admission process of individuals in crisis and the creation of partnerships to offer training on responding to individuals in crisis and first aid.

For the purpose of obtaining information on the development of the CIT Pilot Program, a virtual conference call was held on June 21, 2020. Colonel Luis O. Colón Ortiz # 1-12090, assistant commissioner of Field Operations, Lieutenant Col. José Rosario Polanco # 2-11720, Arecibo Area commander, Commander Jaime Mont Bruton, assistant commander of the Arecibo Area, Commander Iris J. Colón Santiago # 3-14066, director of the Community Relations Bureau, Lieutenant Edgar. D. Lugo Nazario # 6-16099, CIT central coordinator, Sergeant Pedro Cruz Febo # 8-29859 and José Vázquez, Esq., from the Reform Unit, Officer Joel García Echevarría # 27680, Arecibo Area CIT coordinator, and Officer Thaira Negrón Morales # 21448 from the CIT participated at said conference call.

At said meeting, recommendations were given on the use of appropriate vehicles to transport individuals in crisis, methods for encouraging personnel to voluntary join the CIT, and how to create a digital log which provides real time access to the information on worked cases. Also, it was discussed whether the CIT would work better as a Unit or whether CIT personnel should be assigned to the Districts and/or Precincts, among other aspects.

It must be mentioned that, due to the changes caused by the COVID-19 pandemic, the 40-hour CIT trainings offered by SAEA were suspended until further notice. These trainings include several critical exercises, such as role playing; therefore, these trainings should be offered in person.

## 2. Acquired Equipment

The objectives of the Agreement include ensuring that PRPB members are provided with the tools, guidance, and resources needed to fight crime effectively and promote public safety. For such reason, during the Report period, the Bureau has acquired the following equipment:

9

   a. Seven hundred and forty (740) Electronic Control Weapons ("ECW"), Mod. X2

   b. Seven hundred and seventy (770) APPM batteries for ECW Mod. X-26P/X2

   c. Seven hundred and seventy (770) ECD Holsters X2

   d. Four thousand one hundred seventy-five (4,175) ECW Cartridges Mod. X2

   e. Four hundred fifty (450) ECD Holsters Mod. X-26P

   f. Six thousand seven hundred (6,700) ECW Cartridges Mod. X-26/X-26P

   g. Four (4) EDW Training Targets

   h. Fifty (50) ECW Simulation Cartridges Mod. X2

   i. One thousand four hundred (1,400) Training Cartridges for ECW Mod.X2

Furthermore, during the report period, and in accordance with requirement 222 of the Agreement, PRPB provided each Area Commissioner and/or Directors of Operational Unit with handheld recording devices. These handheld recording devices were provided to the following units:

**A. Superintendency of Field Operations**

  **1. San Juan Area**

    1.1 San Juan Headquarters

    1.2 Precinct 166, San Juan

    1.3 Precinct 266, Santurce

    1.4 Precinct 366, Calle Loíza

    1.5 Tourist Zone

    1.6 Precinct 466, Barrio Obrero,

    1.7 Precinct 182, Hato Rey Este

    1.8 Precinct 282, Puerto Nuevo

    1.9 Precinct 382, Hato Rey Oeste

    1.10 Plaza Las Américas Detachment

    1.11 Precinct 162, Río Piedras

    1.12 Precinct 262, Cupey

    1.13 Precinct 362, Monte Hatillo

    1.14   Precinct 462, Caimito

    1.15   San Juan Motorcycle Unit

    1.16   Capitol Police Station

    1.17   Ports Unit

2. **Arecibo Area**

    2.1 Arecibo Headquarters

    2.2 Precinct 107, Arecibo

    2.3 Quebradillas District

    2.4 Camuy District

    2.5 Hatillo District

    2.6 Precinct 207, Sabana Hoyos

    2.7 Florida District

    2.8 Barceloneta District

    2.9 Manatí District

    2.10 Morovis District

    2.11 Ciales District

3. **Ponce Area**

    3.1 Ponce Headquarters

    3.2 Precinct 758, Ponce Oeste

    3.3 Precinct 858, Ponce Este

    3.4 Yauco District

    3.5 Guayanilla District

    3.6 Peñuelas District

    3.7 Guánica District

    3.8 Juana Díaz District

    3.9 Villalba District

    3.10 Santa Isabel District

FPRB'S 12ᵗʰ BIANNUAL STATUS REPORT

4.  **Humacao Area**

    4.1 Humacao Headquarters

    4.2 District Humacao

    4.3 District Las Piedras

    4.4 Naguabo District

    4.5 Yabucoa District

    4.6 Maunabo District


5. **Mayagüez Area**

    5.1 Mayagüez Headquarters

    5.2 Añasco District

    5.3 Cabo Rojo District

    5.4 Mayagüez District

    5.5 Hormigueros District

    5.6 Lajas District

    5.7 Las Marías District

    5.8 Maricao District

    5.9 Sabana Grande District

    5.10 San Germán District

    5.11 Motorcycle Unit


6.  **Caguas Area**

    6.1 Caguas Headquarters

    6.2 Caguas District

    6.3 Gurabo District

    6.4 Aguas Buenas District

    6.5 Cidra District

    6.6 Juncos District

    6.7 San Lorenzo District

    6.8 Motorcycle Unit

7. **Bayamón Area**

7.1 Bayamón Headquarters

7.2 Precinct 111, Bayamón Norte

7.3 Precinct 211, Bayamón Sur

7.4 Precinct 311, Bayamón Oeste

7.5 Precinct 411, Dajaos

7.6 Precinct 271, Levittown

7.7 Precinct 171, Toa Baja

7.8 District 017, Cataño

7.9 Precinct 132, Guaynabo

7.10 Precinct 232, Juan Domingo

7.11 District 070, Toa Alta

7.12 District 026, Dorado

7.13 District 074, Vega Alta

7.14 District 075, Vega Baja

7.15 District 024, Corozal

7.16 Precinct 154, Naranjito

7.17 Precinct 254, Cedro Arriba

7.18 Motorcycle Unit

8. **Carolina Area**

8.1 Carolina Headquarters

8.2 Carolina Sur Precinct

8.3 Carolina Norte Precinct

8.4 Trujillo Alto District

8.5 Tourist Zone Precinct

8.6 Airport Precinct

8.7 Canóvanas District

8.8 Loíza District

8.9 Motorcycle Unit

8.10 Reform Training Center

8.11 Piñones Precinct

9. **Guayama Area**

9.1 Guayama Headquarters

9.2 Guayama District

9.3 Cayey District

9.4 Salinas District

9.5 Arroyo District

9.6 Patillas District

10. **Aguadilla Area**

10.1 Aguadilla Headquarters

10.2 Precinct 103, Aguadilla

10.3 Aguada District

10.4 Rincón District

10.5 San Sebastián District

10.6 Moca District

10.7 Isabela District

10.8 Transportation Division

10.9 Precinct 203, Ramey Base, San Antonio

11. **Utuado Area**

11.1 Utuado Headquarters

11.2 Utuado Precinct

11.3 Adjuntas District

11.4 Jayuya District

11.5 Mameyes Precinct

11.6 Castañer Precinct

11.7 Los Ángeles Precinct

11.8 Lares District

12. **Fajardo Area**

   12.1 Fajardo Headquarters

   12.2 Luquillo District

   12.3 Fajardo District

   12.4 Río Grande District

   12.5 Ceiba District

   12.6 Vieques District

   12.7 Culebra District

   12.8 Motorcycle Unit


13. **Aibonito Area**

   13.1 Aibonito Headquarters

   13.2 Aibonito District

   13.3 Barranquitas District

   13.4 Coamo District

   13.5 Comerío District

   13.6 Orocovis District


14. **Joint Forces for Rapid Action (FURA)**

   14.1 FURA Central, Administration

   14.2 SWAT

   14.3 Intelligence Section

   14.4 Rescue Unit

   14.5 San Juan Air Base

   14.6 Ponce Air Base

   14.7 Fajardo Marine Division

   14.8 Ceiba Marine Unit

   14.9 Arecibo Marine Unit

   14.10 Piñones Marine Unit

   14.11 Guayama Marine Unit

   14.12 Yabucoa Marine Unit

14.13  Añasco Marine Unit

14.14  Aguadilla Marine Unit

14.15  Cabo Rojo Marine Unit

14.16  Ponce Marine Unit

14.17  Guánica Marine Unit

14.18  Vega Baja Marine Unit


**15. Superintendency of Professional Responsibility (SARP)**

15.1 SARP, Administration

15.2 Anti-discrimination Investigations Bureau (NIAA)

15.3 Administrative Affairs Investigations Bureau (NIA)

15.4 Internal Affairs Bureau (NAI)


**16. Highway Patrol**

16.1 Highway Patrol, San Juan

16.2 Highway Patrol, Bayamón

16.3 Highway Patrol, Carolina

16.4 Highway Patrol, Arecibo

16.5 Highway Patrol, Ponce

16.6 Highway Patrol, Humacao

16.7 Highway Patrol, Mayagüez

16.8 Highway Patrol, Utuado

16.9 Highway Patrol, Guayama

16.10 Highway Patrol, Fajardo

16.11 Highway Patrol, Aibonito

16.12 Highway Patrol, Aguadilla

16.13 Highway Patrol, Manatí

16.14 Arecibo Expressway

16.15 Buchanan Expressway

16.16 Caguas Expressway

16.17 Carolina Expressway

PRPB'S 12ᵗ BIANNUAL STATUS REPORT

16.18 Ceiba Expressway

16.19 Salinas Expressway

## 17. Tactical Operations Division (DOT)

17.1 Tactical Operations Division, Metro

17.2 Tactical Operations Division, Arecibo

17.3 Tactical Operations Division, Ponce

17.4 Tactical Operations Division, Humacao

17.5 Tactical Operations Division, Mayagüez

17.8 Tactical Operations Division, Caguas

17.9 Tactical Operations Division, Guayama

17.10 Tactical Operations Division, Aguadilla

17.11 Tactical Operations Division, Fajardo

## B.  Equal Protection of the Law and Nondiscrimination

### 1.  Statistics on the Sexual Assault Hotline (787) 343-0000
This telephone hotline is available 24/7.



Statistics on the Sexual Assault Hotline
(787) 343-0000
April 1, 2020 - August 31, 2020
Total Calls: 462

- Sexual Assault   78
- Lewd Acts   113
- Sodomy   7
- Human Trafficking   1
- Prea   7
- Act No.  54 of 1989 (Sec. 3.5)   1
- Pornography   8
- Indecent Exposure   1
- Sexual Harassment   4
- Otros Offenses   5
- Guidance   236
- Reported Crimes   1

PRPB's 12ᵗ BIANNUAL STATUS REPORT

The type of telephone calls received through the Sexual Assault Hotline operators are itemized in the table above. Said calls are referred to the Sex Crimes Investigation Unit of the area in charge of conducting the appropriate investigations. However, it must be pointed out that some calls may be reclassified after conducting the pertinent investigation.

Complaints received in connection with domestic violence cases involving violations of Section 3.5 of Act No. 54 are referred to the Domestic Violence Division; therefore, said complaints are accounted for as domestic violence complaints.

2.  **Sexual Assault and Child Abuse Division**

    Paragraph 97 of the Agreement provides that PRPB shall track dispositions of sexual assault investigations, including arrests, whether the prosecutor charged the suspect, and whether a conviction resulted. PRPB shall also track sexual assaults by gender and incidents in which more than one participant is arrested.  This data shall be published in PRPB webpage, as provided in said paragraph.



Legend:

|  | Aguadilla | Aibonito | Arecibo | Bayamón | Caguas | Carolina | Fajardo | Guayama | Humacao | Mayagüez | Ponce | San Juan | Utuado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incident | 31 | 12 | 16 | 40 | 14 | 31 | 5 | 21 | 9 | 25 | 32 | 47 | 14 |
| Investigations | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 2 | 1 | 0 | 13 | 0 |
| Multiple Arrests | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| Prosecutor ordered Pressing Charges | 7 | 0 | 1 | 2 | 0 | 2 | 0 | 0 | 0 | 7 | 0 | 9 | 0 |
| Convictions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



Statistics on Sex Offenses
Detail of Victims by Gender: April 1, 2020 - August 31, 2020

|  | Aguadilla | Aibonito | Arecibo | Bayamón | Caguas | Carolina | Fajardo | Guayama | Humacao | Mayagüez | Ponce | San Juan | Utuado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incident | 31 | 12 | 16 | 40 | 14 | 31 | 5 | 21 | 9 | 25 | 32 | 47 | 14 |
| Female | 21 | 10 | 16 | 31 | 13 | 25 | 6 | 16 | 6 | 31 | 21 | 33 | 12 |
| Male | 13 | 4 | 2 | 9 | 1 | 6 | 0 | 5 | 3 | 4 | 14 | 23 | 2 |
| Unknown Gender | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 34 | 14 | 18 | 40 | 14 | 31 | 6 | 21 | 9 | 35 | 35 | 56 | 14 |

**\*Note:** Discrepancies between the number of reported incidents and the number of total victims are due to some incidents involving more than one victim.

### 3. Statistics on Domestic Violence: Gender, Arrests, and Convictions

Paragraph 100 of the Agreement provides that PRPB shall track dispositions of domestic violence investigations, including arrests, whether the prosecutor charged the suspect, and whether a conviction resulted. PRPB shall also track domestic violence arrests by gender and incidents in which more than one participant is arrested. PRPB shall report this data as part of its Annual Report. It is stressed that the reported incidents may be related to the same victim; therefore, the number of reported incidents are higher than the number of reported victims.





\* These incidents have been gathered and entered in the Domestic Violence Early Intervention System, as of September 1 2020, Time 4:22 p.m., Domestic Violence Divisions, which are used to develop daily wok plans and tasks, among others.
Oficial statistics may be requested at the Crime Statistics Division of the Puerto Rico Police Bureau, 6th Floor, Police Headquarters, Hato Rey.

\*\* Subject to changes. Reported convictions have been provided by PRPB personnel through reports.

4. **Statistics on Police Bureau Members Arrests under Paragraph 100 and others**

The following data is related to the number of domestic violence complaints filed against police officers during the April 1, 2020 to August 31, 2020 period. In addition, the number of arrests made as a result of such complaints, the cases where the prosecutor filed criminal charges against arrested police officers, the number of convictions resulting therefrom and other participants arrested.

| ANTI-DISCRIMINATION  MATTERS INVESTIGATION BUREAU<br>COMPLAINTS RECEIVED BY GENDER, ARRESTS, WHETHER THE PROSECUTOR FILED CHARGES,<br>POLICE OFFICERS CONVICTED OF DOMESTIC VIOLENCE AND OTHERS<br>Global: From   April 1 to August 31, 2020 | | | | | |
|---|---|---|---|---|---|
| | GENDER | COMPLAINTS RECEIVED | ARRESTED POLICE OFFICERS | PROSECURTOR CHARGED | CONVICTED POLICE OFFICERS | OTHER PARTICIPANTS ARRESTED |
| **DOMESTIC VIOLENCE** | MALE AGGRESSORS | 17 | 9 | 3 | 0 | 0 |
| | FEMALE AGGRESORS | 1 | 1 | 0 | 0 | 0 |
| | TOTAL | 18 | 10 | 3 | 0 | 0 |

C. **Training**

Administrative Bulletin No. OE-2020-023 ordered the closure of Government and private facilities as appropriate in order to counter the effects of COVID-19 on the Island. For such reason, through memorandum SAEA-1-36-055, of March 16, 2020, PRPB Commissioner, Henry Escalera Rivera, suspended all PRPB in-person training and retraining. Pre-service training, which began on November 14, 2019, was also suspended and resumed on July 6, 2020. Also, the service firearm shooting retraining was resumed on July 13, 2020, in accordance with memorandum SAEA-1-17-012 of June 30, 2020. The practice phase of the service firearm retraining (day firing training) shall be held at

the Arecibo, Cabo Rojo, Guayama, Gurabo, and Isla de Cabras firing ranges. Each firing range shall strictly comply with the precautionary measures and safety protocols to prevent the spread of COVID-19. The capacity of each firing range shall be reduced by 50%. To learn about the percentage of PRPB personnel trained and retrained before the training and retraining suspension, see the PRPB's 11th Biannual Status Report for the October 2019- March 2020 period.

The firing retraining provided by PRPB to its employees during the report period is listed below. It must be noted that one hundred percent (100%) of qualified PRPB members, were trained on the use and handling of service firearms.  The data collected includes the April 1st-August 31st, 2020 period. The Service Firearm Use and Handling Retraining Statistics are listed below (REA 618 D):

## REA 618D Retraining Statistics

| Area / Superintendency | PPPB Members assigned current month | Total | Percentage |
|---|---|---|---|
| AGUADILLA | 489 | 263 | 54% |
| AIBONITO | 244 | 127 | 52% |
| ARECIBO | 541 | 283 | 52% |
| BAYAMÓN | 884 | 363 | 41% |
| CAGUAS | 348 | 216 | 62% |
| CAROLINA | 523 | 249 | 48% |
| FAJARDO | 261 | 81 | 31% |
| GUAYAMA | 293 | 168 | 57% |
| HUMACAO | 244 | 99 | 41% |
| MAYAGÜEZ | 502 | 314 | 63% |
| PONCE | 734 | 277 | 38% |
| SAN JUAN | 847 | 403 | 48% |
| UTUADO | 235 | 147 | 63% |
| S.A.O.C (Headquarters) | 131 | 127 | 97% |
| Traffic Bureau | 753 | 478 | 63% |
| F.U.R.A. | 491 | 103 | 21% |
| DOTM | 79 | 69 | 87% |
| Community Relations Bureau (Headquarters) | 16 | 3 | 19% |
| S.A.I.C (Global) | 3012 | 1,566 | 52% |
| S.A.R.P. | 167 | 56 | 34% |
| S.A.E.A. | 205 | 88 | 43% |
| S.A.S.G | 51 | 31 | 61% |
| Commissioner, Reform, Press, Legal Offices | 356 | 266 | 75% |
| FORTALEZA | 128 | 118 | 92% |
| Total | Sub Total 11534 | 5,895 | 51% |

1. **Virtual Training**

Virtual Training courses started on June 29, 2020 as provided in the Agreement.

These retraining are conducted periodically. The available courses are listed below:

- Virtual Training on Service Firearms (VUAR3082)

- Virtual Training on Police Chase (VPEP3081)

- Virtual Training on Evidence Room (VECE3082)

- Virtual Training on Interaction with Transgender Individuals (VITT3081)

- Available training for Unsworn Personnel are:
  Virtual Training on Interaction with Transgender Individuals (VITT3082)

- Virtual Training on Rules on the Use of Force for Officers (VRUF 3082)

- Virtual Training on Rules on the Use of Force for Supervisors (VRUF 2082)

- Virtual Training on Hate Crimes Identification and Investigation (VICO 3081)

- Virtual Training on Regulations on Harassment, Discrimination, Retaliation, and Improper Sexual Conduct (VREG 3081)

- Available training for Unsworn Personnel are:
  Virtual Training on the Regulations on Harassment, Discrimination, Retaliation, and Improper Sexual Conduct (VREG 3082)

- Virtual Training on Crisis Intervention (VIPC 3081)

- Annual Virtual Training for Supervisors (VASU 2082)

- Virtual Training on the Code of Ethics of the Puerto Rico Police Bureau Members (VCEP 3081)

2. **Field Training Program (FTO) – Class 228**

PRPB's policy is to guarantee initial training of new PRPB members (Cadets), in order to ensure that they attain the necessary knowledge, operational experience, and skills that will allow them to develop good judgment and become honest, efficient, and effective professionals. Consistent with the foregoing, and pursuant to the Agreement, General Order Chapter 700, Section 701, entitled: "Field Training Program (FTO)," was approved to assign Mentors to Cadets during their probationary period and facilitate the transition from the theoretical learning offered by SAEA to the operational

phase.

The status of Class 228 FTO Program, the Cadets of which were assigned to the San Juan, Bayamón, and Carolina Police Areas, as of March 9, 2020 is shown below:

**A. San Juan Area**

1. In the San Juan Area, there are forty-seven (47) Cadets, of whom forty-five (45) have satisfactorily completed phases 1, 2, and 4.
2. The other two Cadets need to complete phase (4) because they were placed in preventive quarantine due to COVID-19.
3. Fourteen (14) Cadets are currently at phase (3) with the Superintendency of Criminal Investigations (SAIC) and nineteen (19) are about to complete such phase.
4. Twenty-two (22) Cadets have completed the mentorship phase. (All 4 phases).
5. None of the Cadets has failed the Program.

**B. Carolina Area**

1. Currently, in the Carolina Area there are thirty-seven (37) Cadets all of whom have satisfactorily completed phases 1, 2, and 4.
2. Eleven (11) Cadets completed phase three (3) with SAIC, while eleven (11) Cadets are in the process of completing it. Subsequently, the remaining fifteen (15) Cadets will be sent to complete this phase.
3. Eleven (11) Cadets have completed the mentorship phase (all 4 phases).
4. None of the Cadets has failed the Program.

**C. Bayamón Area**

1. In the Bayamón Area, there are forty-six (46) Cadets.
2. Twelve (12) Cadets are in phase three (3) with SAIC.
3. Thirteen (13) Cadets are in phase four (4).
4. Four (4) Cadets are yet to complete phases three (3) and four (4), because some are on Military Leave and others have been placed in preventive quarantine due to COVID-19.

5.  Seventeen (17) Cadets have completed the mentorship phase (all 4 phases).

6.  None of the Cadets has failed the Program.

3.  **Class 229**

Due to the emergency caused by COVID-19, PRPB, through SAEA, was compelled to suspend Class 229's Pre-Service Training. However, said training was resumed on July 6, 2020.

Below is the Action Plan which has been prepared taking into account, and ensuring that participants comply with, social distancing as well as the safety measures recommended by the Puerto Rico Department of Health, the Center for Disease Control and Prevention (CDC), and the World Health Organization (WHO):

- Classrooms have been adapted to receive fourteen (14) students maintaining a distance of six (6) feet between desks.

- The class is constituted by five (5) groups of approximately 28 students; therefore, each group will be divided into two groups (2) groups, A and B of fourteen (14) students.

- The air conditioning systems of the classrooms, dining facilities, and other Academy offices were maintained.

- COVID-19 signage were posted in the classrooms.

- 6 feet distance markers have been placed for Cadets to stand while they are waiting to use the restrooms, time clock systems, and dining facilities.

- Personnel will be assigned to keep control of the number of people using restrooms. Only one person at a time will be allowed in restrooms.

- Classrooms will be disinfected every morning before the Cadets enter them.

- Cadets will be responsible for maintaining their work areas clean and disinfected during the day.

- The dining facilities tables have been spaced as follows: three (3) five-foot tables have been arranged in lines to place four (4) chairs in a fifteen (15)-feet space facing the same direction.

25

- Each student will be at a distance of six (6)-feet behind another student.
- The dining facilities will be used in a staggered and controlled manner to avoid having all students therein at the same time.
- Once the group that is using the dining facilities finishes, tables and chairs will be disinfected before the next group enters the room.
- Fifty-three (53) Cadets who live in the Bayamón, San Juan, Carolina, Caguas, Humacao and Guayama police areas will commute daily.
- Cadets who live outside of the police areas stated above who wish to commute daily will be allowed do so.
- For cadets sleeping at the facilities, there will be three Cadets per room. (Sleeping quarters will be converted to house eight (8) Cadets per unit).
- This measure not only limits the number of Cadets per room but also the flow of persons in and out restrooms and showers.
- Cadets staying at the facilities will be responsible for maintaining their rooms and bathrooms clean, as provided in the Student Rules and Regulations.
- Until the emergency ends and we are able meet safely, the physical training program will be eliminated from the training program.
- This graduation requirement will be waived temporarily.
- Personnel who voluntarily decides to continue exercising, may do so observing the social distancing rules.
- The use of the gym is not allowed until further notice.
- The provision of personal protective equipment (PPE) will be verified in the areas where such equipment has been provided. Masks and hand sanitizer will be provided to the personnel that has not receive it yet.
- Hand washing will be emphasized.
- The cadet in charge of the supplies in each group will provide refill for their hand sanitizer containers.
- Wearing a mask will be mandatory in classrooms and other facilities.
- Social distancing will be emphasized. Students will be responsible for practicing social distancing and following the established measures.

- Class rest periods will be staggered to avoid student gathering in the hallways.
- Each employee and student will be responsible for notifying his or her supervisor, leader or disciplinarian, if he or she has symptoms such as fever, dry cough, shortness of breath or others associated with COVID 19.
- The temperature of employees, visitors, and Cadets will be taken daily every time they enter and/or sleep in the facilities.
- Similar to the measures implemented to resume training at SAEA facilities, the capacity of firing ranges will be reduced by fifty percent (50%), the temperatures of participants will be taken when they enter the range facilities; and
- Continuous hand washing will be emphasized.

4. **Class 230**

Class 230's SAEA immersion week was held on August 31 to September 4, 2020. During said period, Cadets received orientation on their new student phase, required training, challenges, safety aspects, and others, during the Pre-service training. Class 230's profile is shown below:



The data provided pertains to one hundred and twenty (120) Cadets; it does not include the data of one (1) male Cadet who is on military leave.

## D. Administrative Complaints, Internal Investigations and Discipline

The Superintendency of Professional Responsibility (hereinafter, "SARP"), is responsible for ensuring that all misconduct complaints are investigated without biases, diligently, exhaustively, and consistently. SARP will conduct such investigations as are necessary and will held responsible those PRPB members against whom complaints were filed according to the information gathered during the investigation phase.

### 1. Statistics on Administrative Complaints

SARP reported that the following complaints were received and investigated during the report period[1]:

| S.A.R.P. | APRIL 1, 2020 TO AUGUST 31, 2020 COMPLAINTS | | | | |
| --- | --- | --- | --- | --- | --- |
| | FILED | INVESTIGAED | PENDING INVESTIGATION | COMPLAINTS FROM OTHER MONTHS INVESTIGATED IN THE REPORT PERIOD | COMPLAINTS FROM OTHER YEARS INVESTIGATED IN THE REPORT PERIOD |
| ADMINISTRATIVE COMPLAINTS | 514 | 205 | 309 | 239 | 100 |

---

[1] The complaint investigation process was halted from January 7 to January 3, 2020 due to the earthquakes. Also, said process was halted from March 15 to April 22, 2020, due to the COVID-19 emergency.  Five hundred forty-four (544) investigations were conducted as a result of the complaints filed, such complaints are itemized as follows: a total of 205 complaints were investigated during the report period; 239 complaints pertaining to months not covered in this report; and 100 complaints investigated in preceeding periods.

2. **Statistics of the Anti-discrimination Bureau**

This Bureau reported that the following complaints were filed during the report period:

| CLASSIFICATION | APRIL 1, 2020 TO AUGUST 31, 2020 COMPLAINTS | | | | |
| --- | --- | --- | --- | --- | --- |
| | FILED | INVESTIGATGED | PENDING INVESTIGATION | COMPLAINTS FROM OTHER MONTHS INVESTIGAGED DURING THE REPORT PERIOD | COMPLAINTS FROM OTHER YEARS INVESTIGATED DURING THE REPORT PERIOD |
| DOMESTIC VIOLENCE | 18 | 4 | 14 | 9 | 2 |
| SEXUAL HARASSMENT | 6 | 1 | 5 | 1 | 1 |
| HOSTILE ENVIRONMENT | 15 | 4 | 11 | 4 | 2 |
| DISCRIMINATION | 14 | 4 | 10 | 3 | 1 |
| IMPROPER SEXUAL CONDUCT | 4 | 3 | 1 | 3 | 1 |
| MISCONDUCT | 6 | 1 | 5 | 1 | 0 |
| TOTAL | 63 | 17 | 46 | 21 | 7 |

3. **Drug testing**

PRPB members drug testing performed during the report period showed the following results:

| | | DRUG TESTING PROGRAM | | | | | | | | | | | |
| AREAS | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aguadilla | | | | | | | | | | | | | 0 |
| Aibonito | | | | | | | | | | | | | 0 |
| Arecibo | | | | | | | | | | | | | 0 |
| Bayamón | | | | | | | | | | | | | 0 |
| Caguas | | | | | | | | | | | | | 0 |
| Carolina | | | | | | | | | | | | | 0 |
| Fajardo | | | | | | | | | | | | | 0 |
| Guayama | | | | | | | | | | | | | 0 |
| Humacao | | | | | | | | | | | | | 0 |
| Mayagüez | | | | | | | | | | | | | 0 |
| Ponce | | | | | | | | | | | | | 0 |
| San Juan | | | | | | | | | | | | | 0 |
| Utuado | | | | | | | | | | | | | 0 |
| Pre Service | | | | | 21 | 3 | | 9 | | | | | 33 |
| Cadets | | | | | | | | 28 | | | | | 28 |
| Subtotal | 0 | 0 | 0 | 0 | 21 | 3 | 0 | 37 | 0 | 0 | 0 | 0 | 61 |
| POSITIVE | | | | | | | | | | | | | 0 |
| NEGATIVE | | | | | | | | | | | | | 0 |
| GRAND TOTAL | | | | | | | | | | | | | 0 |

*DRUG TESTING SAMPLES GLOBAL TABLE*
FROM APRIL 1, 2020 THRU AUGUST 31, 2020

In accordance with the executive orders issued by the Government and the protocols to minimize and control the spread of COVID-19, the drug testing process was limited during the report period.   The Forensic Sciences Bureau provided limited services and, on occasion, with its personnel quarantined and/or working remotely.

**E.  Community Engagement and Public Information**

**1.       Citizen Interaction Committees**

Citizen Interaction Committees are constituted by community stakeholders who are seriously committed with the safety and welfare of Puerto Rico. These Councils are an open forum for community stakeholders and PRPB members to discuss the security, civil rights, and crime issues that affect each Police Area and to design joint strategies to address such issues.

In accordance with General Order Chapter 800, Section 801, entitled: "Citizen Interaction Committees (CICs) individually and collectively, such committees will submit to their Area Commander a Biannual Report in December and June of each year stating the accomplishments of the preceding months. During the Report Period,

several committees have held virtual meetings to discuss, among other matters, the efforts made and the activities carried out to ensure their proper operations and to keep the public informed of specific efforts related to the PRPB Reform.   In this manner, efficient mechanisms are created to integrate communities in the fight against crime.

It is worth noting that during this period, Puerto Rico has faced catastrophic events such as an earthquake swarm early this year and the COVID-19 pandemic. As a result of these natural events the Bureau has been compelled to cancel several important activities, which are expected to be rescheduled soon.

Furthermore, as part of PRPB's efforts to raise people's awareness on the emergency, the Bureau launched an information campaign over different radio stations, on the mandatory use of masks, the use of hand sanitizer, and social distancing, as provided in Executive Order 2020-062 issued by the Governor of Puerto Rico, Hon. Wanda Vázquez Garced. This campaign was joint initiative between the Commissioner's Office and SAOC.

## 2. Community Partnerships

Community partnerships arise when a group of people who have the same interests and goals and seek the same benefits join in efforts to address issues and conflicts, and/or achieve common goals. The formation of partnerships is critical in the implementation of community police principles as an aspect of the operational and administrative processes of PRPB. Thus, the different partnerships between PRPB and different civil society organizations and individuals are shown below:

| COMMUNITY PARTNERSHIPS | | | |
|---|---|---|---|
| PRPB Division | Goal | Partnership | Objective (s) |
| **Superintendency of Field Operations ("SAOC")**<br><br>**Ponce Area Yauco District** | Promote partnerships that seek to improve the quality of life, for the collection and care of stray animals in the municipality of Yauco. | Municipaltiy of Yauco | Join in efforts and resources to assist the residents of the municipality's rural and urban areas, interested in the collection and care of stray animals. |

| | | | |
|---|---|---|---|
| **Ponce Area**<br>**Area Headquarter** | Promote partnerships between PRPB and the university community of the UPR, Ponce campus. | University of Puerto Rico, Ponce | Strengthen the bond between PRPB and Forensic Phycology students of the UPR, Ponce campus, to provide these students with the opportunity to acquire knowledge and understanding about PRPB community integration efforts. |
| **Ponce Area**<br>**Area Headquarter** | Orientation to the communities of the towns of Juana Díaz, Santa Isabel, and Villalba on the proper disposal of expired prescription  drugs | RCAP Solutions Resources for Communities and People | Join in efforts to orient the residents of the different communities affected, on the proper management and disposal of expired prescription drugs. The goal of this initiative is to prevent children, youths, and vulnerable individuals from reaching such drugs to. |
| **Ponce Area**<br>**Area Headquarter** | Assistance to individuals affected by the earthquakes in the southern part of Puerto Rico (Ponce, Peñuelas, Guayanilla, Yauco, and Guánica) | Cardiac Emergency Assistance Response Team 9/11 | Carry out preventive patrol in shelters and affected communities. Escort transported construction materials. Assist in the identification of communities and individuals affected by these earthquakes, paying attention particularly to children, bedridden and elderly individuals. |
| **PRPB**<br>**Chaplain Corps** | Counseling services to sworn and unsworn members of the PRPB | El Sendero de la Cruz Counseling Center | Join in efforts with PRPB, the Chaplain Corps, and El Sendero de Luz Counseling Center, to provide all sworn and unsworn members of the PRPB with specialized counseling and professional assistance, o the need to live in a positive and pleasant environment, reaffirming the capacity to improve as an individual and as family in the different areas of human activity. |

### F. Information Systems and Technology

In accordance with the Agreement, the goal of the Information Systems and Technology Area of Compliance is to update its information systems infrastructure, data, and technological communication in order to improve the efficiency and effectiveness of policing processes and procedures in the administrative and operational areas.

1. **Integration of National Crime Information Center (NCIC) to the Computer Aided Dispatch (CAD) system**

   To improve the safety of PRPB members, it is necessary to provide them with access to the NCIC data base from the Mobile CAD system which is used to initiate the process of creating complaints related to incidents. It provides valuable information on the person being investigated.

   Currently, there is an operational mechanism to access NCIC data base from Mobile CAD, however, it has not been implemented. Therefore PRPB members are unable to benefit from the information provided by the system when making an intervention. In addition, a pilot plan is being coordinated with the Carolina Norte and Puerto Nuevo Precincts, for the purpose of starting said plan with six (6) Officers in each Precinct, in order to conduct system testing. The implementation of these pilot programs shall be implemented once the COVID-19 emergency ends.

2. **Certification on the Federal Bureau of Investigations' (FBI) National Incident-Based Reporting System (NIBRS)**

   As of the date of this report, PRPB's Statistics Division is working in conjunction with the Technology Bureau (TB), to meet the FBI's format and data requirements, which is necessary for PRPB to obtain a certification that is complies with the NIBRS format, in order to report statistics in accordance with FBI's standards. PRPB must be certified by January 2021 in order to be compliant as provided by the FBI.

   Currently, TB is developing the interface to retrieve data from Form PPR-621.1 entitled: "Incident Report," for the purpose of presenting the data in the format required by the FBI.

3. **Police Training Management System (PTMS)**

PRPB developed a PTMS as a support tool for the creation, planning, application, registration, and enrolment process in the training and retraining offered to all personnel (sworn and unsworn) as well as the exempt personnel.

The system makes this tool available to Police Areas through all the training coordinators of each Area. These coordinators will be in charge of receiving applications as to the current training needs of their personnel, and enroll them according to the training schedule available in the PTMS.

PTMS has been developed and is operational. The Web training calendar was completed and published in the PRPB's web page. Personnel may access it from any place with internet access.

4. **Virtual Library**

The Virtual Library is a module through which PRPB will publish forms, as well as non-confidential policies and procedures in effect, indexed in such a way that PRPB employees and citizens may easily access this information. The public may submit comments on the page, which will be reviewed by PRPB personnel.

The integration of general documents and confidential documents in the policies and procedures Section was completed and started, respectively.

5. **Real Plus (Real+)**

REAL+ is PRPB's current electronic firearms and license registry, which was created to replace the previous system used by the Agency. This new system was released in July 2019 and is composed by the following modules: Firearms License, Weapons Deport, Armory, Citizens, Online Appointments, Property, Investigations, and the Private Security and Private Detective module (DESL+), which is the Development stage. The Online Appointment Module development process was completed and is currently operational.

**6. Migration to Microsoft AZURE Cloud**

The migration of PRPB servers to Microsoft Azure cloud for the purpose of having in place a disaster recovery plan with Azure Site Recovery. The project consists of migrating seventy-six previously identified servers and continuing operations and online services provided by PRPB in real time without interruptions.

**7. IT Center Backup and Redundancy System**

In August 2020, the storage capacity for digitalization and video and audio recordings was updated and expanded. In addition, said update provides better transaction speed and more efficient media management (images, audio, and videos) for the criminal investigation units.

**8. Virtual Desktop**

The virtual desktop system (Microsoft Virtual Desktop on Azure Cloud) was implemented in late March 2020 in order to provide continuity to PRPB operational and administrative works during the national emergency caused by COVID-19. Microsoft Virtual Desktop (MVD) allows for multiple sessions through a virtual machine with Microsoft Windows 10 operating system.

With this solution, users working remotely may safely connect to internal applications, using the existing cloud infrastructure (Azure Cloud) and PRPB internal network connectivity. Currently, this solution allows 50 users to connect simultaneously. Thirty-one (31) users have used this infrastructure to perform their daily tasks.

In addition, it may be accessed through any device with internet access such as laptops, smart phones, or tablets.

Virtual desktops look and feel like physical workstations and are a safe and flexible way to perform daily duties remotely. Also, it provides users with anywhere, any device access to their applications.

**V.    Conclusion**

The information provided in this report shows, in general terms, the capacity of all PRPB divisions for team work. It also shows PRPB's discipline and determination to professionalize the Police Department as well as PRPB and PRPB members' commitment to

the Reform and the communities served. With regard to the areas in need of improvement, the Bureau will spare no effort in improving teamwork among the different PRPB components.

PRPB's priority is to ensure the safety of every person and community in Puerto Rico. This requires the trust and collaboration of PRPB and the community. PRPB is committed to continue strengthening its relationship with the community in order to build a safer Puerto Rico for future generations. Thus, PRPB keeps working to achieve the professionalization of the Bureau, including its officers and agents; provide them with better resources and training on generally accepted policing practices; and to incorporate technology in its processes in order to have accurate information and data, readily accessible and an effective tool for the data collection, investigation, and statistic process, among others.

_s/ Henry Escalera Rivera_
**Henry Escalera Rivera**
**Commissioner**

---

**CERTIFIED TRANSLATION**

_pep_

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

---