**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

September 1–September 30, 2020
Invoice No. 16
Member of Federal Monitor Team

| | |
|---|---:|
| Reviewed and responded to emails and conference calls for the month of September from members of the Monitor Team, Special Master and the Parties reference methodology, CMR-2, CMR-3 and questions concerning requests by the Monitor Team. | 22 Hours |
| Re-reviewed results of 82 certification inspections by Monitoring Team regarding training and certification of PRPB agents. Also, re-reviewed list of 19 Supervisors, which had been utilized by Jose Pujol and Javier Gonzalez to conduct random samples to determine certifications from the Police Academy. | 2 Hours |
| Reviewed qualifications from Inspector to Colonel, as per the Monitor, which were developed by McConnell Valdes and developed standards and questions which could be used in the promotional process from Inspector to Colonel. | 2 Hours |
| Researched and developed Federal Monitor proposed examination questions from the ranks of Inspector to Colonel. | 3 Hours |

Reviewed curriculums of the following topics to prepare for phone calls with the Parties:
    GO 300-301-Recruitment
    Regulation 9050-Recruitment
    PPR-501.1 Application for Research Candidate For Employment
    PPR-501.2 Job Application
    PPR-501.3 Size and Application for Aspiring Cadet Entry Exam
    PPR-501.4 Aspiring Cadet Orientation
    PPR-501.5 Appointment Assessment and Certification
    GO 801-Recruitment
    Reviewed Strategic Plan submitted by Recruitment section.
    Determined through Recruitment section that there are 124 recruiting officer agents who have been trained.    5 Hours

EIS Project Information Chart, verified written timelines for completion of this project in cooperation with IT Monitor.    1 Hour

Performance Evaluations
    Reviewed and made recommendations concerning Performance Evaluations for 2020, both for Agents and Supervisors.
    Reviewed the new PROMEDIA Performance System Manual, which has been developed by PRPB and was implemented in August 2020.
    Reviewed Training materials for use of new Performance Evaluation system.    3 Hours

| | |
|---|---|
| In connection with the assigned PRPB paragraphs, researched and reviewed the Twelfth Semi-Annual Status Report in regards to the following topics of Recruitment, Selection and Hiring; Training; and Supervision and Administration. Reviewed Police Training Management System (PTMS). | 3 Hours |
| Reviewed OG 121 Inspections Division<br>Reviewed PPR 121.1 Management Inspection Sheet<br>Reviewed PPR 121.2 MNPPR Inspection Sheet | 2 Hours |
| Reviewed new document utilized by the Monitor's office for write-ups involving their respective paragraphs and selecting random samples by David Levy. | 2 Hours |
| Reviewed and prepared for phone calls with the Parties involving the methodologies and sampling of Supervision, Training and Recruitment. Prepared a rough draft copy of all three of these paragraphs and information for CMR-2 and CMR-3. | 4 Hours |
| Revised final draft of Recruitment for David Levy. | 4 Hours |
| Revised final draft of Training for David Levy. | 4 Hours |
| Revised final draft of Supervision and Administration for David Levy. | 4 Hours |

**TOTAL HOURS:  61**

Billable Hours:    61 Hours at a Rate of $150.00 Per Hour = $9,100.00

**Total:        $9,100.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                $9,100.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

9/30/2020
Date