**Office of the FPMPR LLC**
Caribbean of Office Plaza
Oficina 207
670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (September 2020)

| Date | Task | Total Hours |
|---|---|---|
| **September 15, 2020** | Introduction to the office. I was present in the office. | 0.5 |
| **September 15, 2020** | Reading Administrative Assistant Duties and Responsibilities, and First Report of the Federal Monitor. Helped make a general list of office supplies needed. | 3.5 |
| **September 16, 2020** | I was present at the office during all working hours. I created a list of office supplies (may vary depending the specific needs of the office), and also created a draft for the office phone voicemail. Both of these have been sent to the Administrative director. | 1.0 |
| **September 16, 2020** | Started reading the *Agreement for the Sustainable Reform of the Puerto Rico Police Department*. | 1.5 |
| **September 17, 2020** | I was present at the office during all working hours. Continued the reading *Agreement for the Sustainable Reform of the Puerto Rico Police Department*. | 2.0 |
| **September 18, 2020** | I was present at the office during all working hours. Finished reading the *Agreement for the Sustainable Reform of the Puerto Rico Police Department*. | 1.0 |
| **September 18, 2020** | I was present at the office during all working hours. I started re-reading the *First Report of the Federal Monitor*, while waiting for further instructions. | 4.0 |

| | | | |
|---|---|---|---|
| **September 22, 2020** | I was present at the office during all working hours. I worked on fixing my time worksheet. Read and learned about the TCA team, their special subject matter, and their role in the *Agreement for the Sustainable Reform of the Puerto Rico Police Department.* | | 4.0 |
| **September 23, 2020** | I was present at the office during all working hours. Continued studying the members of the Technical Compliance Advisor's team (TCA team), and their roles within the Monitor reports. | | 2.5 |
| **September 24, 2020** | I was present at the office during all working hours. | | 2.0 |
| **September 25, 2020** | I was present at the office during all working hours. Downloading and making a copy of all the "June 2020" documents for archiving. I also archived the *Transfer Transaction Certification*. | | 7.0 |
| **September 29, 2020** | I was present at the office during all working hours. I finished archiving the Use of Force and Search and Seizure Documents | | 4.0 |

**Total, 33 hours for $20.00 = $660.00**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature]*
_____