**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

October 1, 2020
Invoice # 16271

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2020 | SL | Did further research and found additional federal cases regarding 4th amendment right and constitutional protection Federal monitor case | 2.50 75.00/hr | 187.50 |
| | RAA | Review email from R. Bandas re: translations in VTCs. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from R. Bandas re: newspapers articles on PRPB. | 0.10 175.00/hr | 17.50 |
| | RAA | Email to R. Bandas regarding further news articles on PRPB operatives on Executive Order violations. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Exchange of electronic communications from J. Romero and F. Hernández Denton. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to electronic communication from USDOJ regarding M. Serrano. | 0.40 175.00/hr | 70.00 |
| | RAA | Exchange of emails and telephone calls with J. Romero and F. Hernández Denton. | 0.40 175.00/hr | 70.00 |
| | RAA | Attend team videoconference. | 0.90 175.00/hr | 157.50 |
| | RAA | Attend methodology review videoconference. | 1.90 175.00/hr | 332.50 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/2/2020 | RAA | Review order re: Serrano. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call and emails with J. Romero. | 0.30<br>175.00/hr | 52.50 |
| 9/3/2020 | SL | Read and summarized new cases. Prepare legal memorandum on integrity audits | 5.50<br>75.00/hr | 412.50 |
|  | RAA | Review email from N. Nussa Mulero from PRPB. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review emails from J. Romero on different matters. | 0.20<br>175.00/hr | 35.00 |
| 9/4/2020 | RAA | Review email from R. Bandas to J. Romero and A. Del Carmen. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review administrative order of DSP. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Email to J. González with motion. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Emails and calls from J. Romero and A. Del Carmen. | 0.50<br>175.00/hr | 87.50 |
|  | RAA | Preparation of email response to R. Bandas. Discuss draft and change the same with J. Romero and A. Del Carmen. | 0.60<br>175.00/hr | 105.00 |
|  | RAA | Preparation of motion for disbursement of funds. Review exhibits. | 0.60<br>175.00/hr | 105.00 |
| 9/7/2020 | RAA | Review email from J. Romero regarding duties and responsibilities of administrative assistant. | 0.10<br>175.00/hr | 17.50 |
| 9/8/2020 | RAA | Review electronic communications between F. Hernández Denton and J. Romero. | 0.20<br>175.00/hr | 35.00 |
| 9/10/2020 | RAA | Review email from R. Bandas. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review communications from PRPB attached to R. Bandas's email. | 0.30<br>175.00/hr | 52.50 |
| 9/11/2020 | RAA | Review emails from R. Bandas. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from N. Nussa. | 0.10<br>175.00/hr | 17.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2020 | RAA | Email to parties to follow up on vetting process of L. Hidalgo. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo re: Community engagement expert. | 0.20 175.00/hr | 35.00 |
| 9/12/2020 | RAA | Review email from L. Saucedo. | 0.10 175.00/hr | 17.50 |
| | RAA | Electronic communications and calls with J. Romero and F. Hernández Denton regarding Administrative Order on promotions. | 0.90 175.00/hr | 157.50 |
| 9/13/2020 | RAA | Review and respond to email from F. Hernández Denton. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from F. Hernández Denton. | 0.30 175.00/hr | 52.50 |
| 9/14/2020 | RAA | Review PRPB's motion for leave to file Spanish document. | 0.10 175.00/hr | 17.50 |
| | RAA | Review PRPB's motion submitting status report. | 0.10 175.00/hr | 17.50 |
| | RAA | Electronic filing of informative motion. Email the same to J. Romero and F. Hernández Denton. | 0.10 175.00/hr | 17.50 |
| | RAA | Preparation of informative motion, including review of consent agreement and communications. | 0.50 175.00/hr | 87.50 |
| | RAA | Multiple calls and emails with J. Romero and F. Hernández Denton. | 0.90 175.00/hr | 157.50 |
| 9/15/2020 | RAA | Review court order on informative motion. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from F. Hernández Denton. | 0.10 175.00/hr | 17.50 |
| | RAA | Review exchange of emails related to CMR-2 draft and timing. | 0.10 175.00/hr | 17.50 |
| | RAA | Electronic communications with J. Romero and L. Hidalgo. | 0.10 175.00/hr | 17.50 |
| | RAA | Review and respond to email from R. Bandas. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone conference with J. Romero and L. Hidalgo. | 0.60 175.00/hr | 105.00 |
| | RAA | Various telephone calls from J. Romero. | 0.80 175.00/hr | 140.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/15/2020 | RAA | Began review and analysis of draft PRPB policies. | 1.60<br>175.00/hr | 280.00 |
| 9/16/2020 | RAA | Review electronic communications from J. Romero and team members. | 0.30<br>175.00/hr | 52.50 |
| 9/17/2020 | RAA | Review email from L Saucedo re: L. Hidalgo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from R. Bandas re: L. Hidalgo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Email response to inquiries of R. Bandas re: L. Hidalgo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from R. Bandas and attachments re: new pay table. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Prepare draft response to emails from L. Saucedo and L. Hidalgo. Conference call with J. Romero regarding the same. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone calls from J. Romero. | 0.60<br>175.00/hr | 105.00 |
|  | RAA | Revisions to legal memorandum regarding integrity audits and finalize the same. Email memorandum to J. Romero, A. Young and F. Hernandez Denton. | 1.20<br>175.00/hr | 210.00 |
| 9/18/2020 | RAA | Review email from PRPB regarding memo on changes and movement of personnel. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from L. Saucedo regarding said memo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from L. Saucedo approving appointment of L. Hidalgo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from A. Young. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from F. Hernández Denton. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Exchange of emails with J. Romero. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review new proposed legislation of Dept. Public Security and Safety. Email the same to J. Romero. Review email response. | 0.50<br>175.00/hr | 87.50 |
|  | YMT | Revise, download and sent to Attorney Roberto Abesada Agüet, House of Representative proposed bill 2287, 2281. | 0.10<br>125.00/hr | 12.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/20/2020 | RAA | Review and analyze policies on Electrical Control Devices, Rules of Use of Force and Pepper Gas. Review comments from J. Romero. Feedback to J. Romero. | 2.80 175.00/hr | 490.00 |
| 9/21/2020 | RAA | Review email from J. Romero to PRPB regarding policies. | 0.10 175.00/hr | 17.50 |
| | RAA | Emails and calls with J. Romero, F. Hernández Denton, and L. Hidalgo | 0.80 175.00/hr | 140.00 |
| 9/22/2020 | RAA | Email to L. Saucedo and R. Bandas re: D. Rodríguez, Deputy Monitor. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from J. Romero. | 0.20 175.00/hr | 35.00 |
| 9/23/2020 | RAA | Review order regarding special master and invoices. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails exchanged by J. Romero and PRPB's counsel. | 0.10 175.00/hr | 17.50 |
| 9/25/2020 | RAA | Review emails related to PRPB's General Order 600-615. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails related to PRPB's change of personnel procedures. | 0.20 175.00/hr | 35.00 |
| | RAA | Review new legislative bill regarding emergencies and law enforcement personnel. Email the same to J. Romero and L. Hidalgo. | 0.30 175.00/hr | 52.50 |
| 9/26/2020 | RAA | Calls and electronic communications with J. Romero, L. Hidalgo, and F. Hernández Denton regarding bill. | 0.50 175.00/hr | 87.50 |
| 9/27/2020 | RAA | Emails exchanged with R. Bandas, J. Romero, F. Hernández Denton, L. Saucedo, and L. Hidalgo. | 0.40 175.00/hr | 70.00 |
| 9/28/2020 | RAA | Exchange of emails with L. Hidalgo. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from J. Romero and F. Hernández Denton. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and analyze memorandum of DSP by H. Pesquera to Legislature. Email memorandum to parties. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone conference with the parties regarding new bill. | 0.70 175.00/hr | 122.50 |
| 9/29/2020 | RAA | Review emails from F. Hernández Denton, J. Romero, and D. Rodríguez. | 0.30 175.00/hr | 52.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/2020 | RAA | Review comments and changes made by PRPB and USDOJ to administrative order regarding promotions. | 0.40 175.00/hr | 70.00 |
|  | RAA | Telephone call and emails from J. Romero.  Email to R. Bandas.  Review respond from R. Bandas.  Review further emails from L. Saucedo and A. Del Carmen. | 0.80 175.00/hr | 140.00 |
| 9/30/2020 | RAA | Review email from R. Bandas to Com. Escalera. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review twelfth-biannual status report. | 0.50 175.00/hr | 87.50 |
|  |  | **For professional services rendered** | **36.60** | **$5,600.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 28.50 | 175.00 | $4,987.50 |
| Stephanie Leon | 8.00 | 75.00 | $600.00 |
| Yesenia Medina Torres | 0.10 | 125.00 | $12.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE.  WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.