**INVOICE 0067(A) FOR PROFESSIONAL SERVICES; AUG 30 - SEPT 28, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO: **Federal Monitor**
**Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of Sep 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects | 5.5 | $825.00 |
| CMR-2 IT observation and submission; re-write, final edits, IT follow-up required, review with DoJ, re-write of final with monitors. | 13.25 | $1,987.50 |
| Monitoring Teleconferences; Sampling, CMR's 2 & 3; Attend, prep, coordination, DOJ & PRPB, review, deconfliction of PRPB reporting of data versus data requested, assess the bearing of the IT corrective plan in Draft status, Review with Special Master of IT Assessment needed | 15.25 | $2,287.50 |
| Prep of CMR-3 data request | 3.25 | $450.00 |
| Review of PRPB provided data (through April 2020), purify alignment and reconcile misaligned provided data. Review and reconcile the Corrective Action Plan. Review Training data sources with Youngs. | 4.5 | $675.00 |
| Develop / Establish / Draft - Levy Sampling Formats - Collaborate, Review, Edit & Revise - Optimize process for requesting data against methodologies, thresholds and IT capabilities | 16.25 | $2,437.50 |
| Draft and develop Task for IT Assessment via independent SME | 1 | $150.00 |
| Coordination of Performance Eval and Inspection System Requirements | 1.25 | $187.50 |
| Review EIS Project Plan | 0.75 | $112.50 |
| Net Hours US | 61 | $9,150.00 |
| Allowable Fee | | $9,100.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY:

Scott Cragg, Monitoring Core Team