Donald S. Gosselin, Esq.
1931 Cordova Rd.
Suite 3039
Fort Lauderdale, FL 33316


**Billing Period:  September 1, 2020 to September 28, 2020**


**INVOICE # 1137**                                                              **TOTAL DUE $9,100.00 USD**

The following is a statement of the work performed.

**All work performed in CONUS**
- Check data and conclusions reached in CMR2 across 79 paragraphs of the Agreement.
- Multiple teleconferences and commo with Korber Technology Team to guide refinements of Podio work system, integration of automatic dropbox document filing, storage and archival. Discussions of concept of dashboard roles for each member of the Monitor Team.
- Preparation for Special Master teleconferences on subject matter areas across the Agreement.
- Multiple teleconferences with Special Master and Assistant Special Master to refine each methodological data point for the entire agreement (ongoing)
- Review methodology with an eye towards document production for CMR3
- Drafting of first request for production of documents of the PRPB for CMR3 (ongoing)
- Participate in Multiple Monitor Team internal teleconferences hosted by Chief Monitor.


**61 hours total @ $150 = $9,100.00**
TOTAL FEE:                             61 Hours x $150 = $ 9,100.00 USD

Net US FEE PAYABLE           $ 9,100.00
**Total Fees and Expense Reimbursement Due = $9,100.00**


**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

                                                                                              **29 September 2020**
_____                                                    _____