

# Federico Hernández D...

# INVOICE

f.hernandezdenton@gmail.com

| Invoice#: | 43 |
|---|---|
| Invoice Date: | 09/29/2020 |

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 09/28/2020<br>Conference call of John Romero, Roberto Abesada, Alex del Carmen and FHD with Luis Saucedo and Raúl Bandas-PS 93 | 0h 40m | $195.00/h | $130.00 |
| 09/26/2020<br>Exhange of communications with Monitor Romero, Attorney Abesada and Luis Hidalgo concerning legislative bill being considered in Extraordinary Session of Legislative Assembly. Research and analysis of bill | 1h 30m | $195.00/h | $292.50 |
| 09/14/2020<br>Reading and review of draft of Informative Motion of Federal Monitor and preparation of email sent to Monitor and Attorney Roberto Abesada | 0h 20m | $195.00/h | $65.00 |
| 09/13/2020<br>Further analysis of Executive Order issued by Secretary Janer Privileged Exchange of communications with Monitor Romero and Attorney Roberto Abesada about the Executive Order; conference call with Attorney Raúl Bandas and receipt of email from Attorney Bandas clarifying the Order | 2h 30m | $195.00/h | $487.50 |
| 09/12/2020<br>Conference call with Monitor Romero and Attorney Roberto Abesada about Executive Order of Secretary Janer | 0h 30m | $195.00/h | $97.50 |
| 09/12/2020<br>Reading of emails exchanged by Monitor Romero and DOJ and Attorney Arturo García regarding promotions protocol being considered by PRPB and exchange of communications with Monitor Romero concerning Order Issued by Secretary Janer | 1h 20m | $195.00/h | $260.00 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 09/12/2020 | Conference call with Monitor Romero about Email sent by Raúl Bandas-privileged communications; Analysis of Paragraph 229 of Agreement and exchange of communications with Monitor | 0h 30m | $195.00/h | $97.50 |
| 09/11/2020 | Reading of email from Raúl Bandas and Order issued by Secretary Janer and exchange of communications with Monitor Romero | 1h 00m | $195.00/h | $195.00 |
| 09/10/2020 | Preparation of memorandum to Attorney Raúl Bandas requesting information from PRPB about the COVID-19 cases reported in Vocero. | 0h 50m | $195.00/h | $162.50 |
| 09/10/2020 | Reading of article about COVID-19 contagions in PRPB; exchange of communications with Federal Monitor about article | 0h 30m | $195.00/h | $97.50 |
| 09/09/2020 | Reading of newspaper articles about arrest at airport and preparation of email to Attorney Raúl Bandas; conference call with Attorney Raúl Bandas | 1h 00m | $195.00/h | $195.00 |
| 09/08/2020 | Reading of articles about arrest at airport of suspects of violating Executive Order; conference calls with John Romero and Javier González about intervention of Health Department Agents in arrests or detentions at airport | 1h 00m | $195.00/h | $195.00 |
| 09/01/2020 | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0h 01m | $0.00/h | $0.00 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$2,275.00** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$2,275.00** |
| Paid: | **$0.00** |
| **Balance Due:** | **$2,275.00** |