John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

September 1 through September 30, 2020

INVOICE # 076  **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
SEPTEMBER 2020 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of September) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Monitor Team members re: pending reports and reviews connected to CMR-2.
Conference calls with the Parties and Special Master to review Dr. Levy's "Sampling Framework" document
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree
Prepared and reviewed CMR-2 revised draft report
Monitor administrative duties reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Reviewed resumes of potential candidates for the Monitor's Office
Conducted interviews with candidate for Monitor's Office
Conference calls with the Parties and team members re: CMR-3 timelines.
Reviewed and prepared comments on G. O. 600-601, 600-602, 600-604, 600-605
Reviewed and prepared comments on Administrative Order DSP-2020-OA-003 Promotions

## Flat Rate Total Wages Due = $17,916.66

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

_[signature: John J. Romero]_

Date September 30, 2020

_____