**José L. Pujol**
Special Projects Consultant
W-2 Calle 12, Alturas de Flamboyán
Bayamón, PR 00959-8014
Telephone No. (787) 422-8409
jpujol127@gmail.com

---

Federal Monitor for the Reform of the PRPB
San Juan, Puerto Rico

Re: Invoice # <u>2020-03</u>

Sir:

The following is a statement of the hours worked on planning, preparing, and/or conducting tasks/projects assigned by the Federal Monitor for the PRPB Reform.

| Date(s) | Hour(s) | Matter/Services rendered |
|---|---|---|
| 08/31/2020 | **1.5** Hrs. 04:00pm – 04:45pm<br>07:00pm – 07:45pm | Assistance to Mr. Alan Youngs on Supervision, recruitment and Training (Calls with him). |
| 09/09/2020 | **0.5** Hrs. 04:15pm – 04:45pm | Assistance to Mr. Alan Youngs on Supervision, recruitment and Training (Calls with him and Ms. Zoraida Sanchez). |
| 09/10/2020 | **2** Hrs. 09:30am – 10:00am<br>02:15pm – 02:45pm<br>03:45pm – 04:45pm | Assistance to Mr. Alan Youngs on Supervision, recruitment and Training (Calls with him and PRPB HR) (e-mail from PRPB HR). |
| 09/14/2020 | **0.5** Hrs. 05:15pm – 05:45pm | Assistance to Mr. Alan Youngs on Supervision, recruitment and Training |
| 09/21/2020 | **0.5** Hrs. 02:32pm – 03:10pm | Assistance to Mr. Alan Youngs on Supervision, recruitment and Training |
| 09/22/2020 | **1.5** Hrs. 10:30am – 11:30am<br>01:30pm – 02:00pm | Reviewing PRPB report and discussing findings with Mr. Alan Youngs. |
| | | |
| | | |
| | **6.5 Hrs. - Total hours billed** | **6.5 hrs. x $75.00 = $487.50** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not

received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

*This invoice may contain privileged information, and, unless waiver provided, the Federal Monitor reserves all rights to publish or otherwise disseminate the content of the work produced. The Federal Monitor reserves any other rights regarding the confidentiality of this information, to the extent allowed by State and Federal statutes.

*[signature]*

José L. Pujol

9/29/2020

Date