

# INVOICE 2009925

Korber Group Inc.
P.O. Box 8919
Ponce, PR 00732

INVOICE NUMBER: **2009925**

INVOICE DATE: **09/23/2020**

SERVICE TYPE: MONTHLY RECURRING

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

BILL TO:
**OFFICE OF THE FPMPR LLC**
B5 CALLE TABONUCO SUITE 205
GUAYNABO, PR 00968

TOTAL
**$900.00**

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

DUE DATE
**09/23/2020**

| ITEM | RATE | QTY | TOTAL |
|---|---|---|---|
| **RECURRING MONTHLY SERVICES** <br> Services pursuant to STATEMENT OF WORK NUMBER 4 to Information Technology Master Services Agreement | $900.00 | 1 | $900.00 |
| | | SUBTOTAL: | $900.00 |
| | | **TOTAL DUE:** | **$900.00** |

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU").
No taxes are included in this invoice. If applicable, they will be charged to the client additionally. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal and http://korbergroup.com/cpc-tos/ Available payment methods: check, cash, credit card (Visa, Mastercard, Discover, and American Express), PayPal, ATH Móvil.