Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

September 1-September 28, 2020

INVOICE # 009                                              **TOTAL DUE $11,250.00 USD**
September 2020 INVOICE

The following is a detailed statement of the hours worked. **Note:** Due to the additional time required by the Special Master's conference calls regarding sampling methodology, the Court granted Dr. Levy an additional 15 hours to be used as necessary. Dr. Levy utilized these additional hours over the course of several months to implement revisions to the methodology sampling method based on these conversations.

**1 SEP to 28 SEP 2020 (worked performed in CONUS)**
- **Special Item: Sampling Methodology (15 hours)**
    - Revised monitoring schema for sampling methods conversations led by Special Master del Carmen (15 hours over months of July, August, and September)
- **Calls (24 hours)**
    - General conference calls and coordination with Monitoring Team (6.5 hours)
    - Conference calls and coordination with Monitoring Team to implement methodology as part of revisions to CMR-2 (8.5 hours)
    - Conference calls with the Parties regarding CMR-2 (1 hour)
    - Conference calls with parties regarding sampling method (8 hours)
- **Coordination with web design team (2 hours)**
    - Development of new team management system for website (2 hours)
- **CMR-2 editing (34 hours)**
    - Draft revisions following recall (12 hours)
    - Revision of appendices to implement methodology (22 hours)

    **75 hours total @ $150/hour = $ 11,250**


**TOTAL FEE:**                    75 Hours x $150/hour = $11,250.00 USD

## Total Fees Due = $11,250.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_[signature]_                                                     September 28th, 2020
_____                       _____
Signature                                                              Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043