# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

September 30, 2020

Office of the Technical Compliance Advisor
Caribbean Office Plaza, Office 207
670 Ponce de León Ave.
San Juan, PR 00907

INVOICE LGH 2020-1
FOR PROFESSIONAL SERVICES RENDERED – September 21-29, 2020

| | |
|---|---|
| Billable Hours | 21.0 |
| Billing Rate | $140.00 |
| Gross Total | $2,940.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my professional capacity. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

BILLABLE HOURS
Detailed Description

1. House Bill 2581
   Billable Hours:     1.2
   Review House Bill 2581 (Compulsory use of face mask). Follow-up on status of Bill and potential inclusion in Extraordinary Session. Multiple telephone conversations with John Romero and Roberto Abesada re: same.

2. TCA Team Conference Call
   Billable Hours:     2.5
   Participate in TCA Team Conference Call on Tuesday, September 22, 2020. Review-mails and multiple telephone conversations with John Romero and Javier González re: same.

3. Senate Bill 923
   Billable Hours:     9.5
   Review Senate Bill 923 (Unified role for Commonwealth law enforcement agents in declared public emergencies), House and Senate committee reports, plus official statements submitted by several agencies of the Executive Branch of the Government of Puerto Rico on the Bill. Follow-up on the status of the Bill with legislative staff and members of the Legislative Assembly, as well as with the Advisor to the Governor on Legislative Affairs. Draft detailed e-mail re: status of the Bill and potential approval and signing into law. Review e-mails and multiple telephone conversations with John Romero and Roberto Abesada re: same.

4. DPS and PRPB Budget for FY 2021
   Billable Hours:     2.5
   Review operational budget documents for FY 2021 (July 1, 2020 – June 30, 2021) re: Department of Public Security and Puerto Rico Police Bureau. Follow-up with legislative staff on the status of appropriated funds for this and previous fiscal years re: Police Reform appropriations. Review all potential sources of appropriated funds re: same. Multiple telephone conversations with John Romero re: same.

5. CMR-1 Report, CMR-2 Draft Notes and Use of Force Parameters
   Billable Hours:     5.3 hours
   Review the Initial Report of the Federal Monitor – March 2020 (CMR-1), CMR-2 Draft Notes and Use of Force Parameters, as requested. Multiple telephone conversations with John Romero re: same.