# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice                                                                                                                       Invoice # 001

Federal Police Monitor   San Juan, PR

| Date | Description | Hour | Rate | Amount |
|---|---|---|---|---|
| Feb-24-20 | meeting in the monitor's office to know the accesses and parking among other things | 2 | $20.00 | $40.00 |
| Mar-5- 20 | Pick up the monitors at the hotel to take them to the activity of the police academy in Gurabo and then take one of them to the airport. | 6 | $20.00 | $120.00 |
| Mar-10-20 | pick up Mr. Donnie Gosselin at the hotel and take him to the police headquarters for his meeting and be waiting to pick him up and return him to the hotel. | 8 | $20.00 | $160.00 |
| Aug-10-20 | receive from the Puerto Rico police materials for the monitor's office | 1 | $20.00 | $20.00 |
| Sep-15-20 | meeting in the office of the police monitor plus buying cleaning supplies and cleaning the office. | 3 | $20.00 | $60.00 |
|  | TOTAL | 20 | $20.00 | $400.00 |
|  |  |  |  |  |
|  |  |  |  |  |