Rafael E. Ruiz  
12 Crestshire Dr.  
Lawrence, MA 01843

INVOICE # 2020-09

DATE: September 30, 2020

Billed to:  Federal Monitor, PRPB/USDOJ Agreement   For service: 09/01-30/2020  
670 Ponce De Leon Ave. Suite 207  
San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sept 1- Video Conf. Monitor w/Parties re sampling | 2 hrs. | $150/hr. | $300.00 |
| Sept 1- Video Conf Monitor w/Team | 1 hr. | $150/hr. | $150.00 |
| Sept 1- Work revision of CMR-02 Comm. Eng. | 4 hrs. | $150/hr. | $600.00 |
| Sept 2- Video Conf Monitor w/Team | 2 hrs. | $150/hr. | $300.00 |
| Sept 2- Work on revision of CMR-02 S&S and Arrest files | 6.5 hrs. | $150/hr. | $975.00 |
| Sept 8- Work on revision of CMR-02, Comm Eng. | 5 hrs. | $150/hr. | $750.00 |
| Sept 9- Video-Conf Monitor w/Team re revision CMR-02 | 2 hrs. | $150/hr. | $300.00 |
| Sept 10- Video Conf Monitor Team, re revision CMR-02 | 4 hrs. | $150/hr. | $600.00 |
| Sept 11- Video Conf Monitor w/Team re revision CMR-02 | 3.25 hrs. | $150/hr. | $487.50 |
| Sept 13- Work on revision of CMR-02 S&S/Comm Eng. | 4.25 hrs. | $150/hr. | $637.50 |
| Sept 14- Video Conf Monitor w/Team re revision CMR-02 | 2 hrs. | $150/hr. | $300.00 |
| Sept 17- Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | $300.00 |
| Sept 18- Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | $300.00 |
| Sept 21- Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | $300.00 |
| Sept 22- Video Conf Monitor w/Team re planning for CMR-03. Data request and David's Doc on same | 3 hrs. | $150/hr. | $450.00 |
| Sept 24- Review of PRPB GO 600-615 (Arrests) and Forms and read/analyze PRPB status report | 4 hrs. | $150/hr. | $600.00 |
| Sept 28- Review of GO 600-615, forms, and CMR-03 data request coordination | 5.5 hrs. | $150/hr. | $825.00 |

TOTAL BILLED                $8,175.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____  Date: September 30, 2020  
Rafael E. Ruiz