Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR002-2020
DATE: September 30, 2020

**Dates of service: September 1 – September 30, 2020**   **TOTAL** $5100.00

**The following is a detailed statement of the hours worked:**

-Research and reviewed to garner update of legal filings of PRPB settlement and agreement 5 **hrs.**
-Conference calls with the Monitor Team to discuss Methodologies **4 hrs**.
-Reviewed and provided written comments re: training, equal protection and non-discrimination, supervision and management, use of force training, promotional protocol **6.50 hrs**.
-Conference calls with the Parties/Special Master during the month **2 hrs**.
-Conference calls with monitoring team/ members **10.50 hrs**.
-Reviewed Final Draft of CMR-2 **6.00 hrs**.

**Billable Hours:** 34 HOURS 00 MINUTES, at rate of $150 per hour = $5100

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rita J. Watkins                                                                                    Date: September 30, 2020