# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 40
INVOICE DATE: SEPTEMBER 28, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-31-20 | Administrative Director | Work with August 2020 Team Invoices, Communications with The Monitor, Review of emails related to the case. | 3.25 | $85.00 | $276.25 |
| SEP-01-20 | Administrative Director | Conference Call with Special Master and the Parties, Finished August Invoices and Share them with the Parties. | 4.00 | $85.00 | $340.00 |
| SEP-02-20 | Administrative Director | Communications with the Monitor, communications with CPA, work with July invoices and payments forms to new team members, review of information related to the case. | 2.75 | $85.00 | $233.75 |
| SEP-03-20 | Administrative Director | Review of information sent by PRPB, Communications with the Monitor, Final Review of August 2020 Staff Invoices. | 1.50 | $85.00 | $127.50 |
| SEP-04-20 | Administrative Director | Review of information sent by PRPB, Communications with the Monitor and Counselor. | 2.50 | $85.00 | $212.50 |
| SEP-08-20 | Administrative Director | Various Communications with the Monitor, Communications with PRPB Officials, Review of Information in Media related to monitoring assignment. | 3.50 | $85.00 | $297.50 |
| SEP-09-20 | Administrative Director | Staff Conference Call, Communications with the Monitor and Team Members, review of documents sent by PRPB and FPM Staff. | 4.75 | $85.00 | $403.75 |
| SEP-10-20 | Administrative Director | Staff Conference Call related to CMR-2, Office Related Matters (Phone Hotspot) | 4.50 | $85.00 | $382.50 |
| SEP-11-20 | Administrative Director | Staff Conference Call (CMR-2), Communications with the Monitor, Review of documents. | 3.50 | $85.00 | $297.50 |
| SEP-14-20 | Administrative Director | Staff Conference Call, Work with Office Matters. | 2.00 | $85.00 | $170.00 |
| SEP-15-20 | Administrative Director | Communications with the Monitor, Work on office matters, meet with administrative assistants. | 2.50 | $85.00 | $212.50 |
| SEP-16-20 | Administrative Director | Communications with the Monitor, Communication with Administrative Assistant, Review of information. | 2.00 | $85.00 | $170.00 |

INVOICE NUMBER: 40

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-17-20 | Administrative Director | Conference call with Special Master, Review of emails related to the case, Communications with the Monitor and Administrative Assistant. | 3.00 | $85.00 | $255.00 |
| SEP-18-20 | Administrative Director | Conference call with Special Master and the parties, review of emails, communications with administrative assistant. | 3.50 | $85.00 | $297.50 |
| SEP-21-20 | Administrative Director | Conference Call with Special Master, Communications with the monitor, Review of information sent by team member. | 4.00 | $85.00 | $340.00 |
| SEP-22-20 | Administrative Director | Staff Conference call, Communication with team member, Communications with the Monitor, Coordination of Administrative Assistant Daily Work. | 4.00 | $85.00 | $340.00 |
| SEP-23-20 | Administrative Director | Communications with the monitor, Follow up and Communications with PRPB Officials regarding September 23 manifestations at the US District Court. Coordination of Administrative assistant daily work. | 3.75 | $85.00 | $318.75 |
| SEP-24-20 | Administrative Director | Communications with the Monitor, Communications with PRPB Official. Review of Information related to the case. | 2.00 | $85.00 | $170.00 |
| SEP-25-20 | Administrative Director | Communications with the Monitor, Communications with PRPB Oficials, Review of information, Communications with Administrative Assistant (Coordination of Daily Work) | 2.50 | $85.00 | $212.50 |
| SEP-28-20 | Administrative Director | Communications with the Monitor and Team Members, Communications with PRPB Official, Follow up on Protests (Colectivo Feminista), Review of Documents, Communication with Police Organization President, Communication with Community leader | 5.50 | $85.00 | $467.50 |
| SEP-28-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Office Supplies, Hot Spot and Telephone Expenses | | | $397.79 |
| | | Total amount of this invoice | | | $5,922.79 |

MESSAGE

Javier B Gonzalez, September 28, 2020