# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200217
DATE: SEPTEMBER 28, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-31-20 | CONSULTING FEES | Deposit at First Bank, check for July services. | 1.00 | $100.00 | $100.00 |
| SEP-03-20 | CONSULTING FEES | ACH TRANSFERS FOR JULY SERVICES | 0.50 | $100.00 | $50.00 |
| SEP-04-20 | CONSULTING FEES | PREPARATION OF ACH PAYMENTS PAYMENT OF PROFESSIONAL SERVICES WITHHOLDING FOR SERVICES RENDERED DURING THE MONTH OF AUGUST 2020, TO BE PAID IN SEPTEMBER 2020. MONTHLY ACCOUNTING AND BANK RECONCILIATION. | 5.00 | $100.00 | $500.00 |
| SEP-24-20 | CONSULTING FEES | Deposit at First Bank, check for August services. | 1.00 | $100.00 | $100.00 |
| SEP-28-20 | CONSULTING FEES | ACH TRANSFERS FOR AUGUST SERVICES | 0.50 | $100.00 | $50.00 |
| | | Total hours for this invoice | 8.00 | | |
| | | Total amount of this invoice | | | $800.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)