OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

October 1, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for September 2020:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $17,916.66 | September 2020 |
| Castellanos Group LLC | | |
| P.D.C.M. Associates S.E. | $2,060.00 | September 2020 |
| The & Group LLC (Javier González) | $5,922.79 | September 2020 |
| Dr. David Levy | $11,250.00 | September 2020 |
| Viota & Associates CPA LLC | $ 800.00 | September 2020 |
| Donald S. Gosselin | $ 9,100.00 | September 2020 |
| Al Youngs | $ 9,100.00 | September 2020 |
| Rafael E. Ruiz | $ 8,175.00 | September 2020 |
| Scott Cragg | $ 9,100.00 | September 2020 |
| Federico Hernández Denton | $ 2,275.00 | September 2020 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 5,600.00 | September 2020 |
| José L. Pujol | $ 487.50 | September 2020 |
| Rita J. Watkins | $ 5,100.00 | September 2020 |
| Merangelie Serrano | $ 3,375.00 | September 2020 |
| Luis Hidalgo | $ 2,940.00 | September 2020 |
| Korber Group | $ 2,700.00 | September 2020 |
| Claudia Cámara | $ 660.00 | September 2020 |
| Manuel Arroyo | $ 400.00 | September 2020 |
| **TOTAL:** | **$96,961.95** | September 2020 |
| | | |