# Invoice



**Merangelie Serrano-Rios**
22 Chalets de Santa Maria
San Juan, Puerto Rico 00927
(787) 940-3090

Date: 09/28/2020
Invoice No.: 10001

Office of the FPMPR LLC
Caribbean Office Plaza  Office 207
670 Ponce de Leon Avenue
San JUan, P.R. 00907

| Hrs | Total Hours | Description | Hourly rate | | Total |
|---|---|---|---|---|---|
| 0.5 | | Phone calls to Federal Monitor  36 minutes total | $150.00 | $0.00 | $75.00 |
| 10 | | TCA's Zoom meetings for CMR2 10.00 hrs. Total | $150.00 | | $1,500.00 |
| 10.5 | | PRPB Policies Spanish Doc. English Translation (Review and Translate)  30 pages 10.5 hrs. | $150.00 | | $1,575.00 |
| 0.5 | | Emails FM/Admin. Dir. | $150.00 | | $75.00 |
| 1 | | Administrative Director's phone calls 45 min. + 15min+ 1hr. total | $150.00 | | $150.00 |
| 0 | 22.5 Total Hrs. | | $0.00 | $0.00 | $0.00 |

Total $3,375.00
Balance Due $3,375.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*Merangelie Serrano-Rios*

Please contact us for more information about payment options.

Thank you for your business.