UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# Order appointing Chief Deputy Technical Compliance Advisor/ Monitor

    The Court hereby APPOINTS Ms. Denise Rodriguez as Chief Deputy Monitor. The Monitor, as well as the parties, pursuant to the Agreement, favorably vetted her, conducted interviews and reviewed her professional credentials. The undersigned separately interviewed her and is of the opinion that her addition to the Monitor Team will be of extreme benefit to the Police Reform, and ultimately to PRPB and the citizens of Puerto Rico.

    Chief Deputy Rodriguez holds a Bachelor of Arts degree in Criminal Justice from St. Mary's University as well as a Master of Arts degree in Forensic Psychology from Marymount University. She is an expert on collaborative reform, police accountability, and community-based policing. Before joining the Puerto Rico federal monitor office, she served as the Deputy Police Monitor for the City of Fort Worth Office of the Police Monitor, which provides oversight over the Fort Worth Police Department. In addition, for the last eleven years, she has served a Senior Research Scientist and Project Director for the Center for Justice and Innovation, a non-for-profit corporation which supports programs related to police operations and policy-community relationships.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of October of 2020.

S/ GUSTAVO A. GELPI<br>
Gustavo A. Gelpi<br>
U.S. District Judge