TDPetrowski, LLC  
4010 Deep Valley Drive  
Dallas, Texas 75244

September 23, 2020 through October 21, 2020

INVOICE # ASM2020-10         **TOTAL DUE $ 7,050.00**
ASSISTANT SPECIAL MASTER
OCTOBER 2020 INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 6.5 | Reviewed and worked on documents related to the Monitor's CMR-2, promotional assessment; email and discuss with the Special Master and other parties. | $975 |
| 12.5 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $1,875 |
| 28 | Zoom meetings and/or Conference calls with the Parties. | $4,200 |

Total Wages Due = $7,050

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Thomas D. Petrowski_        10/21/20