Del Carmen Consulting, LLC<br>
3122 Westwood Drive<br>
Arlington, Texas 76012

September 22, 2020 through October 21, 2020

INVOICE # SM2020-7  **TOTAL DUE $ 16,725.00**
SPECIAL MASTER
OCTOBER 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 35 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $5,250 |
| 12.5 | Conference calls with the Monitoring Team members and Court. | $1,875 |
| 4.5 | Conference calls with the Parties and Monitor. | $675 |
| 25 | Reviewed and provided feedback related to statistical sampling strategy. Participated in conference calls on sampling strategy. Reviewed sampling documents. | $3,750 |
| 26.5 | Reviewed and Assessed Monitor's Report. | $3,975 |
| 8 | Reviewed and worked on document related to promotional assessment. | $1,200 |
| | | $16,725 |

## Total Wages Due = $16,725.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____       10/21/20
Dr. Alejandro del Carmen                      10/21/20