# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　Plaintiff,<br><br>　v.<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>　Defendants. | NO. 3:12-cv-2039 (GAG) |

## INFORMATIVE MOTION AND REQUEST FOR HEARING

**TO THE HON. GUSTAVO A. GELPÍ, CHIEF U.S. DISTRICT JUDGE:**

**NOW COMES,** John Romero, in his capacity as Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor Office, states and prays as follows:

The Office of the Federal Police Monitor ("FPM") learned that on Friday, October 30, 2020 the Governor of Puerto Rico signed into law Senate Bill 923, converted now into Law 144-2020. Law 144 defines, among other things, who will be considered public law enforcement officers of the government of the Commonwealth of Puerto Rico in emergencies. Under this new legislation, officers other than members of the Puerto Rico Police Bureau who are not part of the Settlement Agreement would have the power to perform law enforcement activities in emergency situations. This, in turn, may impact the Reform's Settlement Agreement and, therefore, a status conference to discuss such impact and potential solutions may be beneficial to all the parties in the case.

**WHEREFORE,** it is respectfully requested that the Honorable Court take notice of the above and, in its discretion, schedule a hearing to discuss Law 144-2020 and its potential impact on the Settlement Agreement.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of November 2020.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA
LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
rabesada@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP