OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

November 4, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for October 2020:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $17,916.66 | October 2020 |
| Castellanos Group LLC | $   487.50 | October 2020 |
| P.D.C.M. Associates S.E. | $ 2,060.00 | October 2020 |
| The & Group LLC (Javier González) | $ 7,095.00 | October 2020 |
| Dr. David Levy | $ 9,150.00 | October 2020 |
| Denise Rodriguez | $ 7,916.66 | |
| Viota & Associates CPA LLC | $ 1,250.00 | October 2020 |
| Donald S. Gosselin | $ 9,150.00 | October 2020 |
| Al Youngs | $ 9,150.00 | October 2020 |
| Rafael E. Ruiz | $ 5,362.50 | October 2020 |
| Scott Cragg | $ 9,150.00 | October 2020 |
| Federico Hernández Denton | $ 5,557.50 | October 2020 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 8,370.00 | October 2020 |
| Rita J. Watkins | $ 2,625.00 | October 2020 |
| Merangelie Serrano | $ 4,500.00 | October 2020 |
| Luis Hidalgo | $ 9,100.00 | October 2020 |
| Korber Group | $ 1,619.72 | October 2020 |
| Claudia Cámara | $ 1,430.00 | October 2020 |
| Manuel Arroyo | $    140.00 | October 2020 |
| **TOTAL:** | **$112,030.54** | October 2020 |
| | | |