Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

October 1–October 31, 2020
Invoice No. 17
Member of Federal Monitor Team

Reviewed and responded to emails and conference calls for the month of October from members of the Monitor Team, Special Master and the Parties reference methodology, CMR-2, CMR-3 and questions concerning requests by the Monitor Team.     23 Hours

EIS Project Information Chart, verified written timelines for completion of this project in cooperation with IT Monitor. Determined which areas of Supervision and Recruitment could be part of an information management system. Also with the assistance of Rita Watkins and the IT Monitor determined which areas of Training should be part of a computerized system.     3 Hours

Negotiations, meetings and telephone calls reference DHS all-expenses pre-paid (including airfare, lodging, vehicle rental and class tuition, meals and incidentals) attendance for at least eight PRPB Supervisors at the nationally-recognized Security and Emergency Response Training Center (SERTC) in Pueblo, Colorado. Re-contact with SERTC Administration reference attendance by members of PRPB in August of 2021, depending upon COVID-19. Met with manager in charge to determine August dates in 2021 for members of the PRPB to attend these training sessions and received appropriate application forms for potential attendees.     4 Hours

Reviewed Action Plans provided by Monitor Cragg (2017) and documents pertaining to PRPB corrective measures and discussed with Monitor Cragg.     2 Hours

Re-reviewed curriculums of the following topics to prepare for CMR-3 requests:
    GO 300-301-Recruitment
    Regulation 9050-Recruitment
    PPR-501.1 Application for Research Candidate For Employment
    PPR-501.2 Job Application
    PPR-501.3 Size and Application for Aspiring Cadet Entry Exam
    PPR-501.4 Aspiring Cadet Orientation
    PPR-501.5 Appointment Assessment and Certification
    GO 801-Recruitment
    Reviewed Strategic Plan submitted by Recruitment section.
    Determined through Recruitment section that there are 124 recruiting
       officer agents who have been trained.     4 Hours

Performance Evaluations
Re-reviewed and made community policing recommendations concerning
   Performance Evaluations for 2021, both for Agents and Supervisors.

| | |
|---|---|
| Re-reviewed the new PROMEDIA Performance System Manual, which has been developed by PRPB and was implemented in August 2020 with new recommendations concerning adding community policing.<br>Re-reviewed Training materials for use of new Performance Evaluation system with additional suggestions. | 3 Hours |
| In connection with the assigned PRPB paragraphs; researched and reviewed the PRPB 2020 Status Reports in regards to Recruitment, Selection and Hiring; Training; and Supervision and Administration. Reviewed Police Training Management System (PTMS). Communicated with Monitor Watkins in regards to information contained in the Status Reports, which would be relevant to Training. Also, reviewed each paragraph of Training with Monitor Watkins. | 3 Hours |
| Re-reviewed GO 121 Inspections Division<br>Re-reviewed PPR 121.1 Management Inspection Sheet<br>Re-reviewed PPR 121.2 MNPPR Inspection Sheet<br>Researched and reviewed Training materials concerning inspections. | 3 Hours |
| Reviewed new document utilized by the Monitor's office for write-ups involving their respective paragraphs and selecting random samples by David Levy. | 3 Hours |
| Reviewed and prepared for phone calls with the Parties involving the methodologies and sampling of Supervision, Training and Recruitment. Prepared a copy of all three of these paragraphs and requested information for CMR-3. Worked with Monitor Watkins reference ideas concerning Training. | 3 Hours |
| Discussed revised draft of Recruitment with David Levy. | 2 Hours |
| Discussed revised draft of Supervision and Administration with David Levy. | 2 Hours |
| Researched and reviewed de-escalation training for Supervisors developed by the Police Executive Research Forum and obtained a copy of the Training manual produced by PERF. | 3 Hours |
| Obtained information involving community and geographic policing for Javier Gonzalez and Monitor Merangelie Serrano. Communicated with Monitor Serrano reference ideas of monitoring. | 2 Hours |
| Reviewed and verified updated methodological document provided by David Levy. | 1 Hour |

**TOTAL HOURS:   61**

Billable Hours:    61 Hours at a Rate of $150.00 Per Hour = $9,150.00

**Total:         $9,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                              **$9,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

10/31/2020
Date