

# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice                                                                                    Invoice # 002

Federal Police Monitor  San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| 21-oct-2020 | Pay for the Internet access point equipment from the telephone company office | 1 | $20.00 | $20.00 |
| 23-oct-2020 | Meeting by zoom with all the office staff | 2 | $20.00 | $40.00 |
| 29-oct-2020 | Pick up Mariangeli Serrano in Plaza Las Americas to go to the Meeting in Loíza with the community groups and collaborate in said meeting and then return her to the pick up place. | 4 | $20.00 | $80.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | 7 | $20.00 | Total. $140.00 |