

INVOICE

INVOICE NUMBER:  168
INVOICE DATE:  OCTOBER 29, 2020

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-23-20 | Case: 3:12 cv 2039 (GAG) | Virtual meeting with TCA's Team; several communications regarding matters discussed during meeting | 2.50 | $195.00 | $487.50 |
| | | Total hours for this invoice | 2.50 | | |
| | | Total amount of this invoice | | | $487.50 |