**Office of the FPMPR LLC**
Caribbean of Office Plaza
Oficina 207
670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (October 2020)

| Date | Task | Total Hours |
|---|---|---:|
| **September 30, 2020** | Present at the office during all hours of work. | 2.5 |
| **October 1. 2020** | Present at the office during all hours of work. Downloaded files and archived. | 2.0 |
| **October 2, 2020** | Present at the office during all hours of work. I finished downloading files for archiving. | 7.0 |
| **October 6, 2020** | Present at the office during all hours of work. | 4.0 |
| **October 7, 2020** | Present at the office during all hours of work. | 2.5 |
| **October 8, 2020** | Present at the office during all hours of work. Cleaned office. | 2.0 |
| **October 9, 2020** | Present at office. Consulted with administrative director about the office phone. Recorded the office phone voicemail. I need an update on cleaning the office, office supplies, archiving. | 7.0 |
| **October 13, 2020** | Present at the office during all hours of work.Reminded the Director about wifi bill. | 4.0 |
| **October 14, 2020** | Present at the office during all hours of work. Download and archiving. | 2.5 |
| **October 15, 2020** | Present at the office during all hours of work. | 2.0 |
| **October 16, 2020** | Present at the office during all working hours. Made a Contact List for the TCA Team. Updated the contacts on the office phone. | 7.0 |
| **October 20, 2020** | Present at the office during all hours of work. Consult working hours and bi-monthly cleaning. Forwarding email for Friday zoom conference meeting. | 4.0 |

| October 21, 2020 | Present at the office during all working hours. Started a minute table for the Friday meeting. | 2.5 |
|---|---|---|
| October 22, 2020 | Present at the office during all working hours.I archived documents. | 2.0 |
| October 23, 2020 | Present at the office during all working hours. Federal Monitor meeting with Honorable Judge Gustavo Gelpi. Preparing Notes on meeting. | 7.0 |
| October 27, 2020 | Present at the office during all hours of work. Cleaned the office area. | 4.0 |
| October 28, 2020 | Present at the office during all hours of work. | 2.5 |
| October 30, 2020 | Present at the office during all hours of work. Read the FPMPR website to read about the TCA team members that were updated this week. | 7.0 |

**Total, 71.5 for $20.00 = $1,430**

I hereby certify that the amount billed in this Invoice is true and correct and respond to 3the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature: Claudia S Cámara León]*