

**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

November 2, 2020
Invoice # 16443

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2020 | RAA | Review and respond to different emails from the parties. | 0.80 175.00/hr | 140.00 |
| 10/5/2020 | RAA | Review court order regarding promotions process. | 0.10 175.00/hr | 17.50 |
| | RAA | Multiple emails and calls with the parties and J. Romero regarding PRPB's and DSP's promotions process. | 1.40 175.00/hr | 245.00 |
| 10/6/2020 | RAA | Review order scheduling status conference. | 0.10 175.00/hr | 17.50 |
| | RAA | Plan and prepare for videoconferences today. | 0.40 175.00/hr | 70.00 |
| | RAA | Review emails from USDOJ, PRPB and special master. | 0.40 175.00/hr | 70.00 |
| | RAA | Multiple emails and calls with J. Romero. | 0.80 175.00/hr | 140.00 |
| | RAA | Videoconference with R. Bandas, A. Del Carmen, J. Romero and L. Saucedo. | 1.50 175.00/hr | 262.50 |
| | RAA | Attend methodology videoconference. | 2.00 175.00/hr | 350.00 |
| 10/7/2020 | RAA | Review motion submitting translation of PRPB report. | 0.10 175.00/hr | 17.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/7/2020 | RAA | Review email from J. González. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review and analyze PRPB report. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review multiple emails related to PRPB's promotions process and police academy. | 0.50<br>175.00/hr | 87.50 |
| 10/8/2020 | RAA | Review order granting motion. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review and respond to email from J. Gonzalez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Preparation and filing of motion for disbursement of funds. Email filed motion to J. Romero and J. Gonzalez. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review emails from R. Bandas, A. Del Carmen and L. Saucedo. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review and analysis of claim sent to J. Romero regarding PRPB pilots and license issues. Suggest response. | 0.80<br>175.00/hr | 140.00 |
| 10/9/2020 | RAA | Review email from PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review and respond to emails from J. Romero, R. Bandas, F. Hernandez Denton. | 0.60<br>175.00/hr | 105.00 |
| 10/12/2020 | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review multiple emails received today and during the weekend regarding various matters. | 0.70<br>175.00/hr | 122.50 |
| 10/13/2020 | RAA | Review emails from USDOJ and other team members. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Plan and prepare for conference call. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Emails and calls with J. Romero. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review and respond to emails from J. Romero, L. Saucedo, F. Hernández Denton, and R. Bandas. | 0.50<br>175.00/hr | 87.50 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/13/2020 | RAA | Attend conference call with USDOJ, special master, etc. | 0.70 175.00/hr | 122.50 |
| 10/14/2020 | RAA | Email exchange with A. Del Carmen. | 0.20 175.00/hr | 35.00 |
| | RAA | Revisions to letter from M. Serrano. | 0.30 175.00/hr | 52.50 |
| | RAA | Calls and emails with J. Romero. | 0.90 175.00/hr | 157.50 |
| 10/15/2020 | RAA | Review emails from the parties. | 0.30 175.00/hr | 52.50 |
| | RAA | Plan and prepare for videoconference to discuss proposed legislation. | 0.40 175.00/hr | 70.00 |
| | RAA | Review and respond to emails and calls from J. Romero. | 0.50 175.00/hr | 87.50 |
| | RAA | Appear and attend videoconference. | 1.70 175.00/hr | 297.50 |
| 10/16/2020 | SL | Updating Monitor's counsel on legislative activity of PS 923. | 0.50 75.00/hr | 37.50 |
| | RAA | Preparation of proposed order re: deputy clerk. | 0.30 175.00/hr | 52.50 |
| | RAA | Plan and prepare for hearing. | 0.40 175.00/hr | 70.00 |
| | RAA | Review emails from L. Saucedo and J. Romero. | 0.40 175.00/hr | 70.00 |
| | RAA | Review emails and transition order proposed by L. Saucedo. | 0.40 175.00/hr | 70.00 |
| | RAA | Began revisions to CMR-2. | 1.80 175.00/hr | 315.00 |
| | RAA | Appear and attend hearing. | 1.90 175.00/hr | 332.50 |
| 10/19/2020 | SL | Assist Monitor's counsel in revisions of CMR-2. | 4.50 75.00/hr | 337.50 |
| | RAA | Review and respond to emails from J. Romero and F. Hernández Denton. | 0.50 175.00/hr | 87.50 |
| | RAA | Continue revisions to CMR-2. | 1.50 175.00/hr | 262.50 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2020 | RAA | Electronic communications with J. Romero and F. Hernández Denton. | 0.30 175.00/hr | 52.50 |
| | RAA | Call and email to R. Bandas re: Health Department. | 0.50 175.00/hr | 87.50 |
| | RAA | Review and analyze revisions made to CMR-2 by F. Hernandez Denton. | 0.90 175.00/hr | 157.50 |
| | RAA | Continue revisions of CMR-2. | 3.20 175.00/hr | 560.00 |
| 10/21/2020 | RAA | Revisions to communication prepared by S. Cragg to PRPB. | 0.20 175.00/hr | 35.00 |
| | RAA | Postcall conference with J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Plan and prepare for videocall. | 0.90 175.00/hr | 157.50 |
| | RAA | Continue revisions of CMR-2. | 1.90 175.00/hr | 332.50 |
| | RAA | Attend videocall re: monthly meeting. | 2.30 175.00/hr | 402.50 |
| 10/22/2020 | RAA | Review and respond to emails from J. Romero, R. Bandas, etc. | 0.50 175.00/hr | 87.50 |
| 10/23/2020 | YMT | Attend to FPM Team Meeting. | 2.00 125.00/hr | 250.00 |
| | SL | Appear and attend team videoconference. | 2.00 75.00/hr | 150.00 |
| | RAA | Review minute of last hearing. | 0.10 175.00/hr | 17.50 |
| | RAA | Review and respond to emails from J. Romero and R. Bandas. | 0.30 175.00/hr | 52.50 |
| | RAA | Appear and attend team videoconference. | 2.00 175.00/hr | 350.00 |
| 10/26/2020 | RAA | Review emails from J. Romero, R. Bandas and F. Hernández Denton. | 0.40 175.00/hr | 70.00 |
| 10/27/2020 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| 10/29/2020 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |

| Date | TK | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/29/2020 | RAA | Review multiple emails. | 0.40<br>175.00/hr | 70.00 |
| 10/30/2020 | RAA | Prepare memo to parties. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Review multiple emails. | 0.40<br>175.00/hr | 70.00 |
|  | YMT | Attend to PRPB Gender-Based Violence in Puerto Rico. | 1.40<br>125.00/hr | 175.00 |
| 10/31/2020 | RAA | Email to parties with memo and CMR-2 report. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review emails. | 0.30<br>175.00/hr | 52.50 |

**For professional services rendered**  52.80  **$8,370.00**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 42.40 | 175.00 | $7,420.00 |
| Stephanie Leon | 7.00 | 75.00 | $525.00 |
| Yesenia Medina Torres | 3.40 | 125.00 | $425.00 |

*[signature]*

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.

Modelo SC 2756
Rev. 10 dic 19



**Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área de Rentas Internas**

Certificado de Relevo Total - Entidades Jurídicas

CORREA ACEVEDO &
ABESADA LAW OFC PSC
90 CARR 165 STE 407
GUAYNABO, PR 00968-8064

| | |
|---|---|
| Fecha: | 11 diciembre 2019 |
| ID de Contribuyente: | 04572-81536 |
| ID de Correspondencia: | L1391937792 |
| Número de Control: | L1391937792 |

### Certificado de Relevo Total de la Retención en el Origen sobre Pagos por Servicios Prestados por Corporaciones, Sociedades y otras Entidades

De acuerdo a lo establecido en la Sección 1062.03(g) del Código de Rentas Internas de Puerto Rico del 2011, según enmendado, y conforme a los requisitos establecidos en dicha sección, se le concede este Certificado de Relevo Total de Retención sobre Pagos por Servicios Prestados en Puerto Rico. Este relevo estará en vigor con respecto a los pagos efectuados durante el año natural 2020.

Deberá entregar copia de este Certificado a toda persona responsable de efectuar la retención sobre los pagos por servicios prestados.

Si las condiciones bajo las que se emite este Certificado no aplican a su caso, favor de ignorar el mismo.

Para aclarar cualquier duda u obtener información sobre este particular, puede comunicarse al (787) 622-0123.

Este relevo no lo exime del pago de cualquier deuda contributiva.

_[firma]_

Secretario Auxiliar o su Representante Autorizado
Área de Rentas Internas

**Vence el: 31 dic. 2020**

Para verificar si este Certificado es válido, acceda a https://suri.hacienda.pr.gov y presione el enlace "Validar un certificado o licencia".

Periodo de Conservación: Seis (6) años o una intervención del Contralor, lo que ocurra primero.

mL072
3