Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

October 1-October 30, 2020

INVOICE # 010                                   **TOTAL DUE $9,150.00 USD**
October 2020 INVOICE

The following is a detailed statement of the hours worked.

**1 OCT to 30 OCT 2020 (worked performed in CONUS)**
- **CMR-2 editing (13 hours)**
    - Draft revisions (13 hours)
- **Miscellaneous (4 hours)**
    - Developing document requests for CMR-3 (3 hours)
    - Analyzing PRPB 12th status report (1 hour)
- **Calls (18 hours)**
    - General conference calls and coordination with Monitoring Team (5 hours)
    - Conference calls with parties regarding sampling method (12 hours)
    - 10/21 status call with the parties (1 hour)
- **Sampling Methodology (14 hours)**
    - Revised monitoring schema for sampling methods conversations led by Special Master del Carmen (4 hours)
    - Development of a full list of data sources per paragraph/indicator based on PRPBs June 2020 update of all policy and procedure numbers (7 hours)
    - Work with monitor Cragg to incorporate a list of all IT systems into methodology spreadsheet (3 hours)
- **Coordination with web design team (12 hours)**
    - Development of new team management system for website (5 hours)
    - Guidance on design of Podio work flow and workspaces for monitoring team (7 hours)

**61 hours total @ $150/hour = $ 9,150**


**TOTAL FEE:**           61 Hours x $150/hour = $9,150.00 USD

## Total Fees Due = $9,150.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____  November 1st, 2020
Signature                                             _____
                                                      Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043