# INVOICE

**DATE**
10/31/2020

**INVOICE NO**
#001

**Denise Rodriguez**
2450 Oak Hill Circle
Apt. 513
Fort Worth, TX 76109
956-279-3097
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
October 19, 2020 through October 31, 2020 *

## DUTIES AND RESPONSIBILITIES     TOTAL DUE $7,916.66

- Participated in Zoom meeting with Honorable Judge Gelpi and the Monitor Team
- Conferred with Monitor on issues relating to Monitor Office Operations and Deputy Monitor responsibilities
- Drafted an organizational chart representing the Puerto Rico Monitoring Team
- Drafted a timeline of upcoming monitoring activities
- Scheduled calls with each subject matter expert
- Reviewed the Agreement for the Sustainable Reform of the Puerto Rico Police Department
- Reviewed the "Sampling Framework" document
- Participated in conference calls with the Parties and Special Master to review Dr. Levy's "Sampling Framework" document
- Reviewed the draft second Court Monitor Report
- Participated in a conference call with Dr. Levy and the Monitor to discuss the monitoring methodology and the Podio software management system
- Participated in a conference call with USDOJ and members of the Monitoring Team to discuss gender-based violence in Puerto Rico and the related Executive Order

**Flat Rate Total Wages ***     **Due $7,916.66**

*The total amount on Invoice #001 reflects half a month (October 19 thru 31). The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise R Rdz* (signature)

Denise Rodriguez, Chief Deputy Monitor

October 31, 2020
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.