Donald S. Gosselin, Esq.
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1140**             **Billing Period:  September 29, 2020 to October 30, 2020**

The following is a statement of the work performed

**All work performed in CONUS**

- Interface with Korber Technology Team to guide refinements of Podio work system, integration of automatic dropbox document filing, storage and archival.
- Review Korber proposal and budget to translate website into Spanish, make recommendations to Chief Monitor.
- Review Agreement paragraphs related to all my assigned areas of SME and concentrating on those that are subject of CMR-3 report.
- Multiple texts, emails and commo with Monitor Dr. David Levy on technology, methodology specific to Professionalism and Internal Affairs/Discipline and their corresponding data points for CMR-3 Review methodology with an eye towards document production for CMR3
- Finalize first request for production of documents of the PRPB for CMR3
- Multiple teleconferences and emails with Chief Monitor
- Preparation for Special Master teleconferences on subject matter areas across the entire Agreement.
- Multiple teleconferences with Special Master and Assistant Special Master to refine each methodological data point for the entire agreement (ongoing)
- Participate in Multiple Monitor Team internal teleconferences hosted by Chief Monitor.
- Prepare for and participate in teleconference with Deputy Chief Monitor

**61 hours total @ $150 = $9,150.00**
TOTAL LABOR:                                              $ 9,150.00 USD
TOTAL TRAVEL REIMBURSEMENT:             $ 0
**Total Fees and Expense Reimbursement Due =    $ 9,150.00 USD**

**TERMS:**                                                  NET 30 ACH Transfer

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular**

**employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____    **30 October 2020**

**Donald S. Gosselin, Esq.**
d/b/a Gosselin Int'l Associates
a subsidiary of MBG North Corp.