

# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

| | |
|---|---|
| Invoice#: | 50 |
| Invoice Date: | 10/31/2020 |

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 10/31/2020<br>Receipt and reading of CMR-2 sent to parties | 3h 00m | $195.00/h | $585.00 |
| 10/30/2020<br>Exchange of communications with Monitor Romero and Luis Hidalgo about Gov Executive Order | 0h 30m | $195.00/h | $97.50 |
| 10/30/2020<br>Conference call of the MoniOffice with DOJ-Gender Based Violence in PR | 1h 30m | $195.00/h | $292.50 |
| 10/28/2020<br>Reading and analysis of Executive Order of Governor about violence against women and gender violence and protocol adopted by the Order sent by Luis Saucedo; | 1h 30m | $195.00/h | $292.50 |
| 10/28/2020<br>Reading of statements by Governor and press coverage about Executive Order concerning domestic violence in PR and exchange of communications with Monitor Romero | 1h 00m | $195.00/h | $195.00 |
| 10/23/2020<br>Conference of  Judge Gelpí with Monitor's Team | 2h 00m | $195.00/h | $390.00 |
| 10/20/2020<br>Revision and editing of CMR-2 | 5h 00m | $195.00/h | $975.00 |

| Date | Duration | Rate | Amount |
|---|---|---|---|
| 10/20/2020<br>Exchange of communications with Monitor and Court about Health Department interventions to implement Executive Order and interventions of PRPB; communications with Roberto Abesada letter to Attorney Bandas; exchange of communications with Monitor and Court surge in criminal activities ab and email sent L Hidalgo | 1h 30m | $195.00/h | $292.50 |
| 10/19/2020<br>Reading and revision of CMR-2 Draft | 4h 00m | $195.00/h | $780.00 |
| 10/18/2020<br>Reading and revision of CMR-2 Draft | 2h 00m | $195.00/h | $390.00 |
| 10/16/2020<br>Status conference of the Court with the Parties and the Monitor | 2h 00m | $195.00/h | $390.00 |
| 10/15/2020<br>Conference call of Federal Monitor with PRPB and DOJ and Special Master about PS 923 | 3h 00m | $195.00/h | $585.00 |
| 10/08/2020<br>Privileged Exchange of communicatios with Monitor | 1h 00m | $195.00/h | $195.00 |
| 09/29/2020<br>Reading and analysis of memorandum submitted by DSP to Legislature regarding PS 923 | 0h 30m | $195.00/h | $97.50 |
| 09/29/2020<br> I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0h 01m | $0.00/h | $0.00 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$5,557.50** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$5,557.50** |
| Paid: | **$0.00** |
| **Balance Due:** | **$5,557.50** |