John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 1 through October 31, 2020

INVOICE # 077                                   **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
OCTOBER 2020 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of October) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Parties and Special Master to review Dr. Levy's "Sampling Framework" document
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree
Reviewed Final Draft of CMR-2 revised draft report
Participated in meetings with Special Masters Office, PRPB legal representatives and USDOJ re: PRPB Promotion Protocol.
Participated in meetings with Special Masters Office, PRPB legal representatives and USDOJ re: discussion on Monitor's reviewing (SARP) open cases
Conference calls with PRPB legal representatives, USDOJ and Special Masters Office re: Senate Bill 973.
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Status Conference with Honorable Judge Gelpi
Conducted Zoom meeting with Honorable Judge Gelpi and the Monitor Team.

## Flat Rate Total Wages Due = $17,916.66
**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*[signature: John J. Romero]*
_____

Date October 31, 2020