# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

October 31, 2020

Office of the Technical Compliance Advisor
Caribbean Office Plaza, Office 207
670 Ponce de León Ave.
San Juan, PR 00907

INVOICE LGH 2020-2
FOR PROFESSIONAL SERVICES RENDERED – October 1 - 31, 2020

| | |
|---|---|
| Billable Hours | 65.0 |
| Billing Rate | $140.00 |
| Gross Total | $9,100.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my professional capacity. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

BILLABLE HOURS
Detailed Description

Agreement, CMR-1 Report, CMR-2 Draft Notes and Use of Force Parameters
Billable Hours:     **16**
Continued review of the Agreement for the Sustainable Reform of the Puerto Rico Police Department – July 17, 2013, the Initial Report of the Federal Monitor, CMR 1 – March 2020, CMR-2 Draft Notes and Use of Force Parameters, and Act No. 20-2017, as amended. Multiple telephone conversations with John Romero re: same.

Executive Order 2020-078
Billable Hours:     **14**
Review Executive Order 2020-078, October 26, 2020 ([T]o declare as a priority service the fight on violence against women in Puerto Rico.), Act No. 83-2020, Act No. 20-2017, as amended, as it relates to the Agreement for the Sustainable Reform of the Puerto Rico Police Department – July 17, 2013. Draft Notes and Analysis on Executive Order 2020-078 for internal use by the TCA Team. Participate in the October 30th Conference Call re: same. Review e-mails and multiple telephone conversations with John Romero and Chief Justice Federico Hernández-Denton re: same.

Political Platforms for 2021-2024
Billable Hours:     **12.5**
Initiate review of the political platforms for 2021-2024 of the major political parties in Puerto Rico as it pertains to security matters and regarding potential interaction with the Agreement for the Sustainable Reform of the Puerto Rico Police Department – July 17, 2013. Retrieve the documents for the proper review, and multiple telephone conversations re: same. Telephone conversations with John Romero re: same.

Senate Bill 923
Billable Hours:     **11.5**
Continued review of Senate Bill 923 (Unified role for Commonwealth law enforcement agents in declared public emergencies), House and Senate committee reports, plus official statements submitted by several agencies of the Executive Branch of the Government of Puerto Rico on the Bill. Follow-up on the status of the Bill with legislative staff and members of the Legislative Assembly. Draft Notes and Analysis on Senate Bill 923 for internal use by the TCA Team. Participate in the October 15th Conference Call re: same. Review e-mails and multiple telephone conversations with John Romero and Chief Justice Federico Hernández-Denton re: same.

US Department of Justice National Response Center Initiative

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

Billable Hours:          **6**

Page 2 – BILLABLE HOURS Detailed Description
(cont.)

Initiate research into the US Department of Justice National Response Center Initiative, for the support of local law enforcement, and the potential availability of federal funds intended for the review, enhance and reform policies and practices to prevent the use of excessive force. Review the role of the Bureau of Justice Assistance's (BJA) Law Enforcement Training and Technical Assistance Response Center. Multiple telephone conversations with John Romero re: same.

TCA Team Communications
Billable Hours:          **2.5**
Conference Call with Chief Judge Gustavo Gelpí, John Romero and the TCA Team. Multiple telephone conversations with John Romero, Chief Justice Federico Hernández-Denton, and Javier González re: same.

PRPB Protocol for Promotions
Billable Hours:          **2.5**
Initiate review of the proposed Department of Public Security draft for a PRPB Protocol for promotions. Research existing situation. Review e-mail and subsequent telephone conversation with John Romero.