**Merangelie Serrano Rios**                                                                                                     INVOICE

22 Chalets de Santa Maria
San Juan, P.R.00927
(787) 940-3090

DATE: 10/31/2020
INVOICE #: 100002
FOR: FPMPR

**BILL TO:**
Office of the FPMPR LLC
Caribbean Office Plaza Office 207
670 Ponce de Leon Avenue
San Juan, P.R.00907
(787) 940-3090

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Phone calls to Monitor: meeting comm.leader, LGBTTQI letter, mailing list, outreach presentation draft, review, email from Court, logistics, feedback. | 1.5 | $150.00 | $225.00 |
| Calls to Admin. Director: Information exchange, meeting coord. with comm. leader, outreach presentation,draft, review, logistic, transport | 3.50 | $150.00 | $525.00 |
| phone call community leader Modesta Irizarry: Introduction, meeting coordination, logistics | 0.50 | $150.00 | $75.00 |
| Meeting with Community Leader TCA's office | 2.00 | $150.00 | $300.00 |
| LGBTTQI letter draft, mailing list | 2.00 | $150.00 | $300.00 |
| Emails: John, Sarah, David Levy, Javier Gonzalez, Saucedo | 1.00 | $150.00 | $150.00 |
| Conferece call: FPMPR Monitor and Rita Watkins- | 0.50 | $150.00 | $75.00 |
| Zoom meetings: TCA, 253, DOJ, Judge Gelpi, methodology | 8.50 | $150.00 | $1,275.00 |
| Kilometro Cero Report review in preparation for community outreach activity | 1.50 | $150.00 | $225.00 |
| Community outreach presentation draft/CMR1 review for presentation | 4.50 | $150.00 | $675.00 |
| Community outreach activity Gregorio Lanzo School, Loiza, P.R. | 4.5 | $150.00 | $675.00 |

SUBTOTAL $ 4,500.00
SALES TAX $ -
OTHER
TOTAL $ 4,500.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.



**Merangelie Serrano Rios**