**P.D.C.M. Associates S.E.**
PO BOX 190858
SAN JUAN, PR 00919-0858

**Statement**

| | |
|---|---|
| **Account** | ctc t0000790 Office of FPMPR LLC |
| **Prop Name** | CARIBBEAN TOWERS CONDOMINIUM |
| **Assigned Spaces** | CTC-207 |

John Romer
Office of FPMPR LLC
2301 Pacific Ave.
Costa Mesa, CA 92627

| | |
|---|---|
| **Date** | 10/28/2020 |
| **Payment** | $ |

Rent Charges (11/20)

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 2,060.00 |
| 11/01/2020 | Rent Charges (11/2020) | 2,060.00 | 0.00 | 4,120.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 4,120.00 | 0.00 | 0.00 | 0.00 | 4,120.00 |