Rafael E. Ruiz  
12 Crestshire Dr.  
Lawrence, MA 01843

INVOICE # 2020-10

DATE: 10-31-2020

Billed to:   Federal Monitor, PRPB/USDOJ Agreement   For service: Oct 1-31, 2020  
670 Ponce De Leon Ave. Suite 207  
San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Oct 1- Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | 300.00 |
| Oct 2- Work on David's and Scott's Doc re CMR-03 | 4.5 hrs. | $150/hr. | 675.00 |
| Oct 6- Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | 300.00 |
| Oct 8- Video Conf Monitor w/Team re CMR-3 Data Req | 1.5hrs. | $150/hr. | 225.00 |
| Oct 11- Work on/Prep CMR report data req. CMR-03 | 6 hrs. | $150/hr. | 900.00 |
| Oct 19- Prep report for Monitor's IT systems expert | 4 hrs. | $150/hr. | 600.00 |
| Oct 20- Video Conf Monitor w/Parties re Sampling and Tel call re: Forensics Inst. | 2.5 hrs. | $150/hr. | 375.00 |
| Oct 21- Video Conf. Monitor w/Parties re Para 253 | 4.25 hrs. | $150/hr. | 637.50 |
| Oct 23- Video Conf Monitor Team w/Judge Gelpi | 2 hrs. | $150/hr. | 300.00 |
| Oct 27- Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | 300.00 |
| Oct 29- Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | 300.00 |
| Oct 1-31 Phone calls and emails with Monitor/Parties | 3 hrs. | $150/hr. | 450.00 |

TOTAL BILLED                                                                                       $5,362.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: Rafael E Ruiz]*  
_____Date: Oct 31, 2020  
Rafael E. Ruiz