Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR003-2020
DATE: October 31, 2020

**Dates of service: October 1 – October 31, 2020**   **TOTAL** $2,625.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team to discuss Methodologies **4 hrs**.
-Conference calls with the Parties/Special Master during the month **6.50 hrs**.
-Work on methodology indictors for assigned scope of work **2 hrs**.
-Conference calls with monitoring team/ members (reporting and sectional methodology conference)   **5 hrs**.

**Billable Hours:** 17.50 HOURS 00 MINUTES, at rate of $150 per hour = $2,625.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rita J. Watkins* (signature)

Rita J. Watkins                                                          Date: October 31, 2020