**INVOICE 0068(A) FOR PROFESSIONAL SERVICES; SEPT 29 THROUGH OCT 27, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the months of September and October 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects | 8.25 | $1,237.50 |
| Develop / Establish / Draft - Levy Sampling Formats - Collaborate, Review, Edit & Revise - Optimize process for requesting data against methodologies, thresholds and IT capabilities; Supervision, Recruitment, Training | 9.75 | $1,462.50 |
| Sampling Data - analyze and assess needed IT systems and applications. Data request from PRPB on behalf of Monitors in all 11 Areas of the Agreement | 11.5 | $1,725.00 |
| Draft and develop task for independent SME assessment of PRPB IT requirements, review proposal, provide recommendations | 3.75 | $562.50 |
| Monitoring Teleconferences;  Sampling, attend, prep, coordination, DOJ & PRPB, review, deconfliction of PRPB reporting of data versus data requested.  Assess and review the PRPB IT corrective plan in draft status, review with Special Master, DoJ and monitor | 6.5 | $975.00 |
| Preparation of CMR-3 data request, reconcile prior requests, deconflict, align and clarify Draft Corrective Action Plan vs 2017 Action Plan details, apply PRPB 12th Status Report. Prepare second set of data requests. | 13.75 | $2,062.50 |
| Review of PRPB's 12th Semi Annual Report (April-September 2020) | 1.5 | $225.00 |
| Review of PRPB provided data (through April 2020), purify alignment and reconcile misaligned provided data. Review and reconcile the Corrective Action Plan. Review Training data sources with Youngs, IT budget | 2 | $300.00 |
| Monitor Communications, Web Site, Data Sharing - review | 0.5 | $75.00 |
| 253 call in/Call in with Judge Gelpi | 3.5 | $525.00 |
| Net Hours US | 61.00 | $9,150.00 |
| Allowable Fee | | $9,150.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

1