## THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

# INVOICE

INVOICE NUMBER: 42
INVOICE DATE: OCTOBER 31, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Directoro

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-29-20 | Administrative Director | Communications with the Monitor, Review of information related to the case, Work on Monthly Expenses report to the Monitor | 3.50 | $85.00 | $297.50 |
| SEP-30-20 | Administrative Director | Communication with the Monitor, Review of Information sent by Team Members, Communications with Team Members related to September Invoices. | 3.25 | $85.00 | $276.25 |
| OCT-01-20 | Administrative Director | Work with Team September 2020 Invoices, Conference Call with Special Master and the Parties, Communications with the Monitor. | 5.00 | $85.00 | $425.00 |
| OCT-02-20 | Administrative Director | Review of emails sent by Team Members and PRPB, Communications with the Monitor, Communications with Team members, Communication with Community Leader. | 2.50 | $85.00 | $212.50 |
| OCT-05-20 | Administrative Director | Conference Call with Merangelie Serrano regarding Community Engagement, Communication with Mr. Al Young regarding request of information, Review of emails | 3.00 | $85.00 | $255.00 |
| OCT-06-20 | Administrative Director | Communications with the Monitor, Communications with Team Members, Conference Call with Special Master. | 4.00 | $85.00 | $340.00 |
| OCT-07-20 | Administrative Director | Communication with PRPB reform office (Methodologies and Information related to EIS) Communications with the Monitor and Team members. | 2.50 | $85.00 | $212.50 |
| OCT-08-20 | Administrative Director | Staff Conference Call, Various communications with Merangely Serrano regarding community engagement. Communications and share information with the Monitor. | 3.25 | $85.00 | $276.25 |
| OCT-09-20 | Administrative Director | Review of information sent by PRPB, Communications with the Monitor, Communications with Al Young regarding request of information. Communications with PRPB Oficials. | 3.00 | $85.00 | $255.00 |
| OCT-12-20 | Administrative Director | Communication with the Monitor, Communication with PRPB Oficial, Follow up on SBS Protest. | 2.50 | $85.00 | $212.50 |

INVOICE NUMBER: 42

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-13-20 | Administrative Director | Communications with Team Member, Review of emails and Information, Communication with the Monitor, Share information with Team members. | 2.00 | $85.00 | $170.00 |
| OCT-14-20 | Administrative Director | Review of documents and information sent by team members, Communications with Administrative assistant. | 2.25 | $85.00 | $191.25 |
| OCT-15-20 | Administrative Director | Meeting at FPM Ofice with Merangelie Serrano and Community Leader, PS 923 Conference Call. Review of information sent by the Monitor. | 5.00 | $85.00 | $425.00 |
| OCT-16-20 | Administrative Director | Communications with Administrative Assistant, Review of information regarding CMR 3 sent by the Monitor, Review of information sent by team member regarding community policing | 3.50 | $85.00 | $297.50 |
| OCT-19-20 | Administrative Director | Communication with Community Leader, Communications with PRPB Officials the Monitor and Team Members, Review of information related to the case. | 3.50 | $85.00 | $297.50 |
| OCT-20-20 | Administrative Director | Communications with the Monitor and Administrative Assistant, Work with Team Meeting Coordination. Review of information. | 2.50 | $85.00 | $212.50 |
| OCT-21-20 | Administrative Director | 253 Meeting, Communications with Team Member, Review of Information. | 4.00 | $85.00 | $340.00 |
| OCT-22-20 | Administrative Director | Communications with the Monitor and FPM Team Members, Review of information related to the Case. Coordination of Team Conference Call. | 3.50 | $85.00 | $297.50 |
| OCT-23-20 | Administrative Director | Team Conference Call with Judge Gelpi, Communications with the Monitor, Team Members, Community Leader and PRPB Official. | 4.50 | $85.00 | $382.50 |
| OCT-26-20 | Administrative Director | Communications with Team Members, Coordination of Community Meeting, Communications with the monitor. | 2.50 | $85.00 | $212.50 |
| OCT-27-20 | Administrative Director | Meeting with Special Master and the Parties, Work with Community Meeting Presentation, Communication with the Monitor, Team Members and PRPB Officials. | 5.00 | $85.00 | $425.00 |
| OCT-28-20 | Administrative Director | Communications with the Monitor and Team Members, Work on the Coordination and Presentation of Meeting with Community Leaders in Loiza. | 4.25 | $85.00 | $361.25 |
| OCT-29-20 | Administrative Director | Communications with the Monitor, Meeting with Special Master and the Parties, Meeting with Loiza Community Leaders. | 6.50 | $85.00 | $552.50 |
| OCT-30-20 | Administrative Director | Review of emails and information sent by team members. | 1.50 | $85.00 | $127.50 |

INVOICE NUMBER: 42

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-31-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Office Hot Spot Expense | | | $40.00 |
| | | Total amount of this invoice | | | $7,095.00 |

| MESSAGE |
|---|
| Javier B Gonzalez, October 31, 2020 |