# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

# Invoice

INVOICE NUMBER:  20200231
DATE:  OCTOBER 29, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-02-20 | CONSULTING FEES | Preparation of the income tax return for the year ended June 20 2020. | 5.00 | $100.00 | $500.00 |
| OCT-05-20 | CONSULTING FEES | Verify September 2020 Invoices before sending motion and confirm to Javier Gonzalez. | 1.00 | $100.00 | $100.00 |
| OCT-19-20 | CONSULTING FEES | Make deposit at First Bank Bank Reconciliation 9/2020 and Post Invoices for 9/2020 | 1.50 | $100.00 | $150.00 |
| OCT-26-20 | CONSULTING FEES | First Bank ACH payments for September Services File Professional Services Quarterly Return 9/30/2020 Pay PS Retention for September Services Post payments in Sage | 5.00 | $100.00 | $500.00 |
| | | Total hours for this invoice | 12.50 | | |
| | | Total amount of this invoice | | | $1,250.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)