# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff**<br><br>v.<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>    **Defendants.** | CIVIL NO. 12-cv-2039 (GAG) |

### MOTION IN COMPLIANCE AND SUBMITTING CERTIFIED TRANSLATION OF DOCUMENT

**TO THE HONORABLE COURT:**

**COME NOW** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, by and through the undersigned counsel, and respectfully state and pray as follows:

1.  On November 4, 2020, the Court entered an Order requesting Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (PRPB) to submit a certified translated copy in the English language of Public Act 144-2020, enacted on October 30, 2020. *See*, Docket No. 1607.

2.  Attached herewith is a certified translation in the English language of Public Act 144-2020, as requested by the Court.

**WHEREFORE,** the Commonwealth of Puerto Rico and the PRPB respectfully request the Court to take notice of the above and to enter any Orders it deems just and appropriate.

1

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of November, 2020.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a copy of this document was filed with the Clerk of Court through the CM/ECF system, which will provide notice of this filling to all counsels of record in the captioned case.

*s/ Raúl E. Bandas*
Raúl E. Bandas-del Pilar
USDC-PR NO. 207809
rbandas@cnr.law

*s/Carlos M. Rivera-Vicente*
Carlos M. Rivera-Vicente
USDC-PR No. 126304
crivera@cnr.law

s/Angel A. Valencia-Aponte
Angel A. Valencia-Aponte
USDC-PR No. 123905
angelvalencia@cnr.law

s/Marta L. Rivera-Ruiz
Marta L. Rivera Ruiz
USDC-PR No. 221201
mrivera@cnr.law

**Counsels for Defendants**

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966

403 Muñoz Rivera Ave.
San Juan, PR 00918-3345
Phone 787-767-9625
Fax  787-622-3461
Email: rbandas@cnr.law