IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

### ORDER re: Governor's Executive Order 80

The Court takes judicial notice of the Governor's executive order issued today, effective on Monday, October 16, 2020. In an effort to drastically curb abuses by irresponsible citizens and businesses in violation of the several provisions of said Order Number 80, the Puerto Rico National Guard has been deployed to support the Police.

The Executive Order is crystal clear that National Guard personnel will at all times act consistent with the mandates of the Police Reform Agreement. See Order at Docket No. 1443. As such, the National Guard will not be performing traditional law enforcement activity.

Given this, the Court has instructed the Federal Court Monitor and Special Master, as well as their respective teams, to immediately make themselves available around the clock to provide technical assistance, advice, and support to the Secretary of Public Safety and Commissioner of Police, as well as the Adjutant General. Moreover, the Monitor will assign members of his team to duly observe the deployment of the National Guard and its interaction with the Police.

**Civil No. 12-2039 (GAG)**

The Monitor has informed that he has already spoken with the Secretary of Public Safety to act accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th of November, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge
