TDPetrowski, LLC<br>
4010 Deep Valley Drive<br>
Dallas, Texas 75244

October 22, 2020 through November 19. 2020

INVOICE # ASM2020-11                                    **TOTAL DUE $ 7,650.00**
ASSISTANT SPECIAL MASTER
NOVEMBER INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 11.5 | Reviewed and worked on documents related to the Transition orders, Motions, Orders, Memos and materials related to the Monitor's CMR-2, Drug Policy; materials related to the Governor's National Guard E.O., A.H. Datalytics Contract and related materials, email and discuss with the Special Master and other parties. | $1,725 |
| 13.5 | Drafted, reviewed and responded to emails and all other documents/communications with respective parties and the Court. | $2,025 |
| 26 | Zoom meetings and/or Conference calls with the Parties. | $3,900 |

Total Wages Due = $7,650

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                          11/19/20
Thomas D. Petrowski