Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

October 22, 2020 through November 19, 2020

INVOICE # SM2020-8            **TOTAL DUE $ 14,550.00**
SPECIAL MASTER
NOVEMBER 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 30 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $4,500 |
| 9.5 | Conference calls with the Monitoring Team members and Court. | $1,425 |
| 4.5 | Conference calls with the Parties and Monitor. | $675 |
| 25 | Reviewed and provided feedback related to statistical sampling strategy. Participated in conference calls on sampling strategy. Reviewed sampling and related documents. | $3,750 |
| 21.5 | Reviewed, assessed and provided feedback on motions and orders. | $3,225 |
| 6.5 | Reviewed and worked on document related to promotional assessment, national guard and COVID. | $975 |
|  |  | $14,550 |

## Total Wages Due = $14,550.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____            _____11.19.2020_____
    Dr. Alejandro del Carmen                        11/19/20