OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

December 2, 2020

Professional services rendered by the members of the Office of the FPMPR LLC. for November 2020:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $20,324.98 | November 2020 |
| Castellanos Group LLC | $ 2,047.50 | November 2020 |
| P.D.C.M. Associates S.E. | $ 2,060.00 | November 2020 |
| Space | $ 4,692.00 | |
| The & Group LLC (Javier González) | $ 8,699.72 | November 2020 |
| Dr. David Levy | $ 7,875.00 | November 2020 |
| Denise Rodriguez | $15,833.33 | November 2020 |
| Viota & Associates CPA LLC | $    700.00 | November 2020 |
| Donald S. Gosselin | $ 9,150.00 | November 2020 |
| Al Youngs | $ 9,150.00 | November 2020 |
| Rafael E. Ruiz | $ 6,037.00 | November 2020 |
| Scott Cragg | $ 9,150.00 | November 2020 |
| Federico Hernández Denton | $ 2,486.25 | November 2020 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 7,420.00 | November 2020 |
| Rita J. Watkins | $ 1,800.00 | November 2020 |
| Merangelie Serrano | $ 6,675.00 | November 2020 |
| Luis Hidalgo | $ 9,100.00 | November 2020 |
| Korber Group | $ 1,025.92 | November 2020 |
| Claudia Cámara | $    780.00 | November 2020 |
| Manuel Arroyo | $ 1,020.00 | November 2020 |
| Laboratorio Clínico Las Américas | $    560.00 | |
| **TOTAL:** | **$126,586.70** | November 2020 |
| | | |