

# INVOICE

**INVOICE NUMBER:** 170
**INVOICE DATE:** NOVEMBER 30, 2020

**FROM:** Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

**TO:** Police Reform, Case No: 3:12-cv-2039 (GAG)
00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-01-20 | Case: 3:12 cv 2039 (GAG) | Review of comm. from TCA Romero; review of information sent by TCA Romero | 1.00 | $195.00 | $195.00 |
| NOV-02-20 | Case: 3:12 cv 2039 (GAG) | Review of comm. from TCA Romero; comms. to TCA Romero | 1.00 | $195.00 | $195.00 |
| NOV-13-20 | Case: 3:12 cv 2039 (GAG) | Conf. call with TCA Romero; conf. call with Special Master; review of Order; several discussions regarding potential activation of National Guard; review of several comms. from TCA Romero | 1.50 | $195.00 | $292.50 |
| NOV-14-20 | Case: 3:12 cv 2039 (GAG) | Comms. with TCA Romero; comms. with Javier González | 0.50 | $195.00 | $97.50 |
| NOV-15-20 | Case: 3:12 cv 2039 (GAG) | Comms. with Javier González; discussion of agenda and several pending matters, re; TCA visits | 0.50 | $195.00 | $97.50 |
| NOV-16-20 | Case: 3:12 cv 2039 (GAG) | Comms. with TCA Romero; comms. with Javier González | 1.00 | $195.00 | $195.00 |
| NOV-20-20 | Case: 3:12 cv 2039 (GAG) | Monitoring duties eastern part of the Island, re; National Guard. Luquillo, Fajardo and Ceiba, re: National Guard; several comms. With Javier Gonzalez | 1.50 | $195.00 | $292.50 |
| NOV-21-20 | Case: 3:12 cv 2039 (GAG) | Monitoring duties: Luquillo, Fajardo and Naguabo; several comms. With Javier Gonzalez | 1.50 | $195.00 | $292.50 |
| NOV-22-20 | Case: 3:12 cv 2039 (GAG) | Monitoring duties in Fajardo, Ceiba and Luquillo; re: National Guard | 1.50 | $195.00 | $292.50 |
| NOV-24-20 | Case: 3:12 cv 2039 (GAG) | Review of Order; several comms.; comms. with Javier Gonzalez | 0.50 | $195.00 | $97.50 |
| | | Total hours for this invoice | 10.50 | | |
| | | Total amount of this invoice | | | $2,047.50 |