

**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

December 1, 2020
Invoice # 16586

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/31/2020 | RAA | Final revisions to CMR-2. | 1.50 175.00/hr | 262.50 |
| 11/2/2020 | RAA | Review and respond to email from R. Bandas. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to email from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from A. Castellano, F. Hernández Denton, and others. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Preparation of informative motion and request for hearing. | 0.50 175.00/hr | 87.50 |
| 11/3/2020 | RAA | Electronic filing of informative motion and request for hearing. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call and emails with J. Romero. | 0.30 175.00/hr | 52.50 |
| 11/4/2020 | RAA | Review email from R. Bandas. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order on informative motion and request for hearing. | 0.10 175.00/hr | 17.50 |

787-273-8300

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2020 | RAA | Emails with L. Saucedo. | 0.20 175.00/hr | 35.00 |
| | RAA | Review final executed version of Law 144-2020 and email it to R. Bandas. | 0.30 175.00/hr | 52.50 |
| | RAA | Emails and calls with J. Romero, F. Hernández Denton, and L. Hidalgo. | 0.90 175.00/hr | 157.50 |
| 11/6/2020 | RAA | Email to J. González with filed motion. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from R. Bandas. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to email from F. Hernández Denton | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero and F. Hernández Denton. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Review emails from C. Díaz, L. Saucedo and R. Bandas.  Prepare email responses. | 0.40 175.00/hr | 70.00 |
| | RAA | Preparation and filing of motion for disbursement of funds. | 0.50 175.00/hr | 87.50 |
| 11/8/2020 | RAA | Review email from R. Bandas. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from D. Gosselin. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | Email to L. Saucedo. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| 11/9/2020 | RAA | Review order granting motion for disbursement of funds. | 0.10 175.00/hr | 17.50 |
| | RAA | Email response to R. Bandas. | 0.10 175.00/hr | 17.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/9/2020 | RAA | Review motion in compliance and certified translation. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to email from L. Saucedo. | 0.20 175.00/hr | 35.00 |
| | RAA | Review several emails from R. Bandas and L. Saucedo. | 0.40 175.00/hr | 70.00 |
| | RAA | Emails and calls with J. Romero. | 0.50 175.00/hr | 87.50 |
| 11/10/2020 | RAA | Review order regarding PRPB's motion in compliance. | 0.10 175.00/hr | 17.50 |
| | RAA | Review and respond to emails from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Draft response to letter from citizen to J. Romero. | 0.50 175.00/hr | 87.50 |
| 11/11/2020 | RAA | Exchange of electronic communications with J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Plan and prepare for videoconferences tomorrow. | 0.90 175.00/hr | 157.50 |
| 11/12/2020 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Appear and attend videoconference to discuss CMR-3 production of documents. | 1.50 175.00/hr | 262.50 |
| | RAA | Attend via phone methodology conference. | 1.50 175.00/hr | 262.50 |
| 11/13/2020 | RAA | Review Order regarding interpreter. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from R. Bandas. | 0.30 175.00/hr | 52.50 |
| | RAA | Revisions and comments to draft Transition Order. | 0.40 175.00/hr | 70.00 |
| | RAA | Review electronic communications from Special Master, A. Castellanos, and F. Hernández Denton. | 0.40 175.00/hr | 70.00 |
| | RAA | Further calls from J. Romero. | 0.40 175.00/hr | 70.00 |

Case 3:12-cv-02039-FAB  Document 1623-3  Filed 12/08/20  Page 4 of 7
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2020 RAA | | Emails with and from J. Romero, D. Rodriguez, R. Bandas and L. Saucedo. | 0.50 175.00/hr | 87.50 |
| | RAA | Revisions and comments on Act No. 144 and submission made by L. Hidalgo. | 0.80 175.00/hr | 140.00 |
| 11/14/2020 RAA | | Various emails and calls with J. Romero.  Various emails from team members. | 0.50 175.00/hr | 87.50 |
| 11/15/2020 RAA | | Conference with J. Romero. | 0.50 175.00/hr | 87.50 |
| 11/16/2020 RAA | | Review email from Col. C. Díaz. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from Y. Castillo and R. Bandas. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails regarding transition order. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to emails from R. Bandas and L. Saucedo re: CMR-2 extension review. . | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Plan and prepare for meeting today at PRPB with Federal Monitor. | 0.90 175.00/hr | 157.50 |
| | RAA | Postmeeting conference with J. Romero and J. Gonzalez to prepare internal memoranda. | 0.90 175.00/hr | 157.50 |
| | RAA | Various calls with J. Romero prior to meeting.  Meeting with J. Romero and J. Gonzalez. | 1.10 175.00/hr | 192.50 |
| | RAA | Appear and attend meeting at PRPB. | 1.60 175.00/hr | 280.00 |
| 11/17/2020 RAA | | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from PRPB, USDOJ and team. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Attend 253 videoconference meeting. | 2.00 175.00/hr | 350.00 |
| 11/18/2020 RAA | | Review motion for extension of time to comply with Nov. 4, 2020 order. | 0.10 175.00/hr | 17.50 |

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page      5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2020 | RAA | Review emails from J. Castillo and D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review and respond to email from L. Saucedo. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Final revisions of transition order and email proposed draft to J. Romero to send to judge.  Review transition order issued by district court. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Telephone call with J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Revisions to draft prepared by L. Hidalgo regarding impact of Law 144 on agreement.  Further legal research on the subject.  Began preparing memorandum to the parties. | 1.90<br>175.00/hr | 332.50 |
| 11/19/2020 | RAA | Review emails from J. Castillo and D. Rodríguez. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call from J. González. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call to J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Continue preparation of memorandum to the parties. | 1.80<br>175.00/hr | 315.00 |
| 11/20/2020 | RAA | Review order granting motion for extension of time. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from J. González re: lease termination. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from Col. C. Vega. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Telephone call to J. González. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Preparation of lease termination. | 0.50<br>175.00/hr | 87.50 |
|  | RAA | Review lease. | 0.50<br>175.00/hr | 87.50 |
| 11/23/2020 | RAA | Review email from R. Bandas. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review and respond to emails from F. Hernández Denton.  Email to J. Romero. | 0.30<br>175.00/hr | 52.50 |

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page     6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/23/2020 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| 11/24/2020 | RAA | Review email from R. Bandas. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from PRPB. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call to R. Bandas. | 0.30 175.00/hr | 52.50 |
| | RAA | Plan and prepare for videoconference. | 0.40 175.00/hr | 70.00 |
| | RAA | Review and respond to multiple electronic communications from J. Romero regarding recent Health Department interventions.  Telephone call from J. Romero. | 0.90 175.00/hr | 157.50 |
| | RAA | Attend CMR-3 request of documents videoconference. | 1.20 175.00/hr | 210.00 |
| 11/29/2020 | RAA | Review and respond to electronic messages from F. Hernández Denton and J. Romero.  Telephone calls with J. Romero. | 0.50 175.00/hr | 87.50 |
| 11/30/2020 | RAA | Review email from A. Del Carmen. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from F. Hernández Denton. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Legal research under Rules 11 and 12 of Criminal Procedure regarding recent arrests.  Email cases to F. Hernández Denton and J. Romero. | 1.40 175.00/hr | 245.00 |
| | RAA | Attend team videoconference. | 1.50 175.00/hr | 262.50 |
| | | **For professional services rendered** | **42.40** | **$7,420.00** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 42.40 | 175.00 | $7,420.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE.  WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.