Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

November 1-November 30, 2020

INVOICE # 011                                    **TOTAL DUE $7,875.00 USD**
November 2020 INVOICE

The following is a detailed statement of the hours worked.

**1 NOV to 30 NOV 2020 (worked performed in CONUS)**
- **CMR-3 data requests(1.5 hours)**
  - Data request revisions (1.5 hours)
- **Calls (16.5 hours as of 11/17)**
  - General conference calls and coordination with Monitoring Team (8.5 hours)
  - Conference calls with parties regarding sampling method (4 hours)
  - Miscellaneous Conference calls with parties (4 hour)
- **Methodology (27 hours)**
  - Revised methodology schema for sampling methods, IT systems, and data sources (7 hours)
  - Developed a master list of data sources per paragraph/indicator based on PRPBs June 2020 update of all policy and procedure numbers (12 hours)
  - Beginning final validation of all modifications to sampling methodology (8 hours)
- **Coordination with web design team (7.5 hours as of 11/17)**
  - Guidance on design of Podio work flow and workspaces for monitoring team (7.5 hours)

  **52.5 hours total @ $150/hour = $ 7,875**


**TOTAL FEE:**              **52.5 Hours x $150/hour = $7,875.00 USD**

## Total Fees Due = $7,875.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

November 30th, 2020

_____                                    _____

Signature                                                                                        Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043