# INVOICE

**DATE**
11/30/2020

**INVOICE NO**
#002

Denise Rodriguez
2450 Oak Hill Circle
Apt. 513
Fort Worth, TX 76109
956-279-3097
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
November 1-30, 2020

## DUTIES AND RESPONSIBILITIES          TOTAL DUE $15,833.33

- Conducted calls with each subject matter expert
- Participated in conference calls with the Parties and Special Master to review Dr. Levy's "Sampling Framework"
- Participated in conference calls with the Parties and Special Master to review the CMR-3 data requests
- Participated in a conference call with Dr. Levy to discuss the monitoring methodology and the Podio software management system
- Participated in a conference call with Ben Horowitz to discuss his work in conducting a data gap analysis for the PRPB
- Developed a data tracking sheet for the monitoring team to use to track the status of its data requests to PRPB
- Participated in a conference call with the Korber group and Dr. Levy to discuss Dropbox as a file management system.
- Provided instructions and information on how to access and/or upload documents to PRPB, USDOJ, and the members of the monitoring team
- Participated in calls with the Monitor to discuss recent legislative developments, i.e. OE-2020-079, ACT 144.
- Participated in calls with the Parties and Special Master to discuss PRPB's status report 12 and the policy review process

**Flat Rate Total Wages**                                    Due $15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise R Rdz* (signature)

Denise Rodriguez, Chief Deputy Monitor

November 30, 2020
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.