Donald S. Gosselin, Esq.
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1141**                **Billing Period:  November 1, 2020 to November 28, 2020**
The following is a statement of the work performed:
**All work performed in CONUS**

- Continued interaction with Dr. Levy, Deputy Chief Monitor Gonzalez and Korber Technology Team to suggest refinements of Podio work system, integration of automatic dropbox document filing, storage and archival.
- Review Law 78 and PRPB Regulation 6403
- Review and comment upon Act 144/2020
- Review final Court ruling regarding Act 144/2020
- Review and draft comment upon multiple proposed changes to PRPB policies
- Confer with fellow Monitors regarding State of Emergency in PR and activation of National Guard.
- Review policies and recommended changes with respect to PR National Guard involvement in Public Safety
- Review proposed Review Agreement paragraphs related to all my assigned areas of SME and concentrating on those that are subject of CMR-3 report.
- Preparation for Special Master teleconferences on all subject matter areas across the entire Agreement. Multiple teleconferences with Special Master and all parties to refine each methodological data point for the entire agreement (ongoing).
- Multiple status teleconferences with Deputy Chief Monitor.
- Telephone calls, texts and emails with Chief Monitor
- Participate in Monitor Team internal teleconferences hosted by Chief and Deputy Chief Monitor.
- Review multiple emails and messages, later teleconference with PRPB leaders, legal counsel, USDOJ, and Monitor Team regarding refinements to my First Request for Production of Documents ("RFPD") in Professionalism and Internal Discipline areas.
- Analyze written PRPB response to RFPD, analyze and respond in writing to all parties.

**61 hours total @ $150 = $9,150.00**
TOTAL LABOR:                                                $ 9,150.00 USD
TOTAL TRAVEL REIMBURSEMENT:                $ n/a
**Total Fees and Expense Reimbursement Due =       $ 9,150.00 USD**

**TERMS:**                                                        **NET 30 ACH Transfer**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

**28 November 2020**

_____
**Donald S. Gosselin, Esq.**
d/b/a Gosselin Int'l Associates
a subsidiary of MBG North Corp.