

# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

| | |
|---|---|
| Invoice#: | 54 |
| Invoice Date: | 11/30/2020 |

**From**

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

**To:  Federal Monitor**

| Date | Worked | Rate | Amount |
|---|---|---|---|
| **11/29/2020** Privileged exchanges of communications with Monitor Romero and Roberto Abesada | 2h 00m | $195.00/h | $390.00 |
| **11/23/2020** Review and analysis of Memorandum of Monitor about Law 144 and analysis of Law; exchange of communications with Monitor Romero | 1h 00m | $195.00/h | $195.00 |
| **11/17/2020** Reading and analysis of Executive Order of the Governor sent by Attorney Raúl Bandas and preparation of email for John Romero | 1h 00m | $195.00/h | $195.00 |
| **11/16/2020** Exchange of communications with Monitor Romero concerning scope of monitoring of National Guard and of results of meeting with Secretary Janer | 1h 30m | $195.00/h | $292.50 |
| **11/15/2020** Reading and analysis of Executive Orders issued by Governor and exchange of communications with Judge Gelpí and Monitor Romero | 1h 00m | $195.00/h | $195.00 |
| **11/14/2020** Exchange of communications with Judge Gelpí and Monitor concerning New Executive Order of Governor and activation of National Guard and declarations of Secretary of Department of Public Security about its use | 1h 30m | $195.00/h | $292.50 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 11/13/2020 | Reading and analysis of Draft of Memorandum prepared by Luis Hidalgo sent by Monitor Romero; reading of email of Roberto Abesada; review of order of Court and preparation of email to Monitor Romero | 1h 00m | $195.00/h | $195.00 |
| 11/13/2020 | Exchange of communications with Judge Gelpí and Monitor Romero regarding Executive Order of Governor activating National Guard and infection of members of COVID-19 | 1h 00m | $195.00/h | $195.00 |
| 11/13/2020 | Review of press information about increase in COVID cases in PRPB and in population and preparation of email to John Romero with recommendations concerning monitoring of these development; exchange of communications with Special Master Alex del Carmen about these developments and use of interpreters in communications with PRPB | 1h 30m | $195.00/h | $292.50 |
| 11/06/2020 | Reading and analysis of questions raised by PRPB about CMR-3 Data request of information and DOJ response and email from Raúl Bandas; conferencia call with John Romero and Roberto Abesada | 1h 15m | $195.00/h | $243.75 |
| 11/01/2020 | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0h 01m | $0.00/h | $0.00 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | $2,486.25 |
| Overtime Pay: | $0.00 |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | $2,486.25 |
| Paid: | $0.00 |
| Balance Due: | $2,486.25 |