**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

November 1–November 30, 2020
Invoice No. 18
Member of Federal Monitor Team

| | |
|---|---:|
| Reviewed and responded to emails and conference calls for the month of November from members of the Monitor Team, Special Master and the Parties reference methodology, CMR-2, CMR-3 and questions concerning requests by the Monitor Team. | 23 Hours |
| Forwarded Training documents and information to Monitor Rita Watkins for her use in the monitoring of Training. Also spoke with Monitor Watkins reference training issues and problems at the Training Academy and In-Service training. | 4 Hours |
| Further reviewed Action Plans provided by Monitor Cragg and documents pertaining to PRPB corrective measures and discussed with Monitor Cragg. | 3 Hours |

Reviewed curriculums of the following topics to prepare for CMR-3 responses by DOJ and PRPB:
  GO 300-301-Recruitment
  Regulation 9050-Recruitment
  PPR-501.1 Application for Research Candidate for Employment
  PPR-501.2 Job Application
  PPR-501.3 Size and Application for Aspiring Cadet Entry Exam
  PPR-501.4 Aspiring Cadet Orientation
  PPR-501.5 Appointment Assessment and Certification
  GO 801-Recruitment
  Reviewed Strategic Plan submitted by Recruitment section.
  Determined through Recruitment section that there are 124 recruiting officer agents who have been trained.
  Determined through Javier Gonzalez, who was in contact with Recruitment, that there are currently 75 cadets who will be part of a new class in 2021.
  Obtained new copy of the flowchart illustrating the polygraph and the new procedure involving the use of the polygraph during Covid-19.
  The recommendation by the Recruitment Division is that the polygraph test to cadet candidates be provided after the field investigation by the Office of Safety and Security and this was approved by the Commissioner.

5 Hours

Translated into English, reviewed, and made recommendations for the following inspection documents
  MON-OR-107-16-11-2020 ANEJOS O.G.100 -121 Division de Inspeccione.docx                                                                                9 Hours

| | |
|---|---|
| MON-OR-107-16-11-2020 OG 100 - 121  Division de lnspecciones.docx<br>MON-OR-107-16-11-2020 PPR 121.1 HOJA DE INSPECCION Administracion.docx<br>MON-OR-107-16-11-2020 PPR 1212 Hoja Inspection MNPPR.docx<br>MON-OR-107-16-11-2020 PPR 1213 HOJA DE INSPECCION PLANTA FISICA.docx<br>MON-OR-107-16-11-2020 PPR 121.4 HOJA DE INSPECCION FLOTA VEHICULAR.docx<br>MON-OR-107-16-11-2020 PPR 121.5 HOJA DE INSPECCION RffiN.docx<br>MON-OR-107-16-11-2020 PPR 121.6 HOJA DE INSPECCION SAOC.docx<br>MON-OR-107-16-11-2020 PPR 121.7 HOJA DE INSPECCION S.W.A.T.docx<br>MON-OR-107-16-11-2020 PPR 121.8 HOJA DE INSPECCION DOT.docx<br>MON-OR-107-16-11-2020 PPR 121.9 HOJA DE INSPECCION Jun ta Evaluation Div. Tacticas.docx<br>MON-OR-107-16-11-2020 PPR 121.10 HOJA DE INSPECCION Unidades especializadas reforma individuales.docx<br>MON-OR-107-16-11-2020 PPR 121.13 HOJA DE INSPECCION Codigo Orden Publico_Policias Aixiliares.docx<br>MON-OR-107-16-11-2020 PPR 121.14 HOJA DE INSPECCION Servicios Aereos.docx<br>MON-OR-107-16-11-2020 PPR 121.15 HOJA DE INSPECCION Buzos_Manlima .docx<br>MON-OR-107-16-11-2020 PPR 121.16 HOJA DE INSPECCION SAIC_Intervencion con Personas en Crisis y Toma de Rehenes.docx<br>MON-OR-107-16-11-2020 PPR 121.17 HOJA DE INSPECCION Division de Drogas Narcoticos y Control del Vicio y Armas llegales.docx | |
| Researched, obtained, and reviewed a book on supervision utilized by the Colombian National Police written by Colonel Juan Carlos Nieto for possible use by the PRPB in supervision classes. | 3 Hours |
| Performance Evaluations<br>Reviewed and made community policing and the Agreement recommendations concerning Performance Evaluations for 2021, both for Agents and Supervisors.<br>Reviewed Training materials for use of new Performance Evaluation system with additional suggestions. | 3 Hours |
| Reviewed and prepared comments of the Revision of Policies paragraph 229, Article 12 - Recruitment. | 2 Hours |
| Reviewed and prepared for phone calls with the Parties involving the methodologies and sampling of Supervision and Recruitment.<br>Prepared a copy of these paragraphs and requested information for CMR-3. Worked with Monitor Watkins reference ideas concerning Training for her requests on CMR-3 and worked with Deputy Monitor Denise Rodriguez reference Supervision requests. | 2 Hours |

| | |
|---|---:|
| Researched and reviewed de-escalation training for Supervisors developed by IADLEST and obtained a copy of the Training manual produced by IADLEST. | 3 Hours |
| Obtained additional information involving community policing for Javier Gonzalez and Monitor Merangelie Serrano. Communicated with Monitor Serrano reference ideas of community policing monitoring. Forwarded additional policing materials to Javier Gonzalez. | 3 Hours |
| Reviewed drop-box system after conversation with Denise Rodriguez. | 1 Hour |

**TOTAL HOURS:  61**

Billable Hours:   61 Hours at a Rate of $150.00 Per Hour = $9,150.00

**Total:       $9,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                                **$9,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

11/30/2020
Date