John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

November 1 through November 30, 2020

INVOICE # 078  **TOTAL DUE $20,324.98**
FEDERAL MONITOR
NOVEMBER 2020 INVOICE

**Duties and Responsibilities as Monitor**

Generated, reviewed, and responded to emails/texts (month of November) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Parties and Special Master to review Dr. Levy's "Sampling Framework" document
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree
Reviewed Monitor's Office Memorandum re. Act 44-2020
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Status Conference with Honorable Judge Gelpi
Participated in Monitor's Office meeting with community.

**Site Visit to Puerto Rico November 15th through November 23rd**
Meeting with DSP Secretary, Police Commissioner and General of National Guard re: activation of National Guard
 Meetings with community leaders, advocates and government officials
Coordinated and participated in team monitoring related to the activation of National Guard.
Meeting with Honorable Judge Gelpi
Meetings with PRPB personnel

**Expenses November 15-23 Puerto Rico Visit**
Rapid PCR Test        250.00
Airfare               1,034.20
Hotel                 1,124.12
TOTAL                 $2,408.32

**Flat Rate Total Wages Due $17,916.66**
**Expenses Due               $2,408.32**

**TOTAL DUE                              $20,324.98**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[Signature: John J. Romero]*
_____

Date November 30, 2020

# Itinerary confirmation

Download to calendar    PRINT ITINERARY

You're all set to jet!

**Confirmation code: FITHRH**    MANAGE BOOKING

## Travelers

**Mr. John Joseph Romero**

| Flight | Ticket number | 2792154016086 | |
|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | |
| | | LAX → FLL | FLL → SJU |
| | Seat | 7D | 10D |
| | Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| Los Angeles, CA (LAX) | Fort Lauderdale, FL (FLL) | Flight 100 | Fare: Blue |
|---|---|---|---|
| Sat Nov 14 2020, **9:15 PM** | Sun Nov 15 2020, **4:58 AM** | JetBlue | Nonstop |
| A321/Mint | | | |

| Fort Lauderdale, FL (FLL) | San Juan, PR (SJU) | Flight 153 | Fare: Blue |
|---|---|---|---|
| Sun Nov 15 2020, **8:20 AM** | Sun Nov 15 2020, **11:46 AM** | JetBlue | Nonstop |
| A320 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $691.00 | $14.60 | $705.60 | x 1 | $705.60 USD |

**+ LAX - SJU: Blue fare rules**

Total fare:    $705.60 USD

## Extras

**+ Seats**

**+ Bags**

To use this browser extension, please paste the Finance API in the 'Finance Toolbar Options page' in the 'Advanced Options' tab

# Itinerary confirmation

Download to calendar    PRINT ITINERARY

You're all set to jet!

### Confirmation code: BJSCWQ    MANAGE BOOKING >

## Travelers

**Mr. John Joseph Romero**

| Flight | Ticket number | 2792154093388 | |
|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | |
| | | SJU → FLL | FLL → LAX |
| | Seat | 22D | 26D |
| | Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| San Juan, PR (SJU) | Fort Lauderdale, FL (FLL) | **Flight 1754** | Fare: Blue |
| Mon Nov 23 2020, **2:10 PM** | Mon Nov 23 2020, **3:47 PM** | JetBlue | Nonstop |
| A320 | | | |

| | | | |
|---|---|---|---|
| Fort Lauderdale, FL (FLL) | Los Angeles, CA (LAX) | **Flight 101** | Fare: Blue |
| Mon Nov 23 2020, **7:36 PM** | Mon Nov 23 2020, **10:20 PM** | JetBlue | Nonstop |
| A321/Mint | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $314.00 | $14.60 | $328.60 | x 1 | $328.60 USD |

+ **SJU - LAX: Blue fare rules**

Total fare:    $328.60 USD

## Extras

+ **Seats**

+ **Bags**



**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 3

Marriott Rewards #   756834271

CRS Number  72208396

Name:

Arrive:  11-15-20          Time:  11:12          Depart:  11-23-20          Folio Number:  654014

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-15-20 | Package | 115.00 | |
| 11-15-20 | Government Tax | 10.35 | |
| 11-15-20 | Hotel Fee | 10.35 | |
| 11-16-20 | COMEDOR- Guest Charge (Breakfast) | 3.16 | |
| 11-16-20 | Package | 115.00 | |
| 11-16-20 | Government Tax | 10.35 | |
| 11-16-20 | Hotel Fee | 10.35 | |
| 11-17-20 | COMEDOR- Guest Charge (Breakfast) | 3.16 | |
| 11-17-20 | Package | 115.00 | |
| 11-17-20 | Government Tax | 10.35 | |
| 11-17-20 | Hotel Fee | 10.35 | |
| 11-18-20 | COMEDOR- Guest Charge (Breakfast) | 3.16 | |
| 11-18-20 | COMEDOR- Guest Charge (Lunch) | 20.00 | |
| 11-18-20 | Package | 115.00 | |
| 11-18-20 | Government Tax | 10.35 | |
| 11-18-20 | Hotel Fee | 10.35 | |
| 11-19-20 | Package | 115.00 | |
| 11-19-20 | Government Tax | 10.35 | |
| 11-19-20 | Hotel Fee | 10.35 | |
| 11-20-20 | Package | 115.00 | |
| 11-20-20 | Government Tax | 10.35 | |
| 11-20-20 | Hotel Fee | 10.35 | |
| 11-21-20 | Package | 115.00 | |
| 11-21-20 | Government Tax | 10.35 | |
| 11-21-20 | Hotel Fee | 10.35 | |
| 11-22-20 | COMEDOR- Guest Charge (Breakfast) | 3.16 | |

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr John Romero  
2301 Pacific Ave  
Costa Mesa CA 92627  
United States

Room: 0701  
Room Type: KSTE  
No. of Guests: 1  
Rate: $ 115.00  Clerk: 3

Marriott Rewards #   756834271

CRS Number   72208396

Name:

Arrive:  11-15-20            Time:  11:12            Depart:  11-23-20            Folio Number:  654014

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-22-20 | Package | 115.00 | |
| 11-22-20 | Government Tax | 10.35 | |
| 11-22-20 | Hotel Fee | 10.35 | |
| 11-23-20 | COMEDOR- Guest Charge (Breakfast) | 3.16 | |
| 11-23-20 | Visa Card | | 1,159.92 |
| | Card # XXXXXXXXXXXX1287 | | |
| 11-23-20 | Visa Card | | -38.52 |
| | Card # XXXXXXXXXXXX1287 | | |
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

BofA: Charge online or by phone: $250.00, Credit card 1287, OC RAPID TEST, 11/14/20. View in app or online