Laboratorio Clinico Las Américas
Ave. Domenech # 400 Suite 103-B
Hato Rey, Puerto Rico 00918
Tel: 753-7155

Invoice No. 2020-59

# INVOICE

**Customer**

| | |
|---|---|
| Name | FMPR Office |
| Address | Caribbean Office Plaza Ofic 207 670 Ave. Ponce de Leon |
| City | San Juan         State PR         ZIP 00907 |
| Phone | |

**Misc**

| | |
|---|---|
| Date | 11/24/2020 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 4 | COVID-19 IgG/IgM Rapid Test  (13/oct/2020 a 23/nov/2020) | $50.00 | $ 200.00 |
| 3 | COVID-19 PCR     (13/oct/2020 a 23/nov/2020) | $120.00 | $ 360.00 |
| | Anejo desglose de pruebas realizadas | | |

| | | |
|---|---|---|
| SubTotal | $ | 560.00 |
| Shipping | | |

**Payment** Select One...

Tax Rate(s)

| | | |
|---|---|---|
| TOTAL | $ | 560.00 |

Comments
Name
CC #
Expires

*Olia M. Martiz Monroy* (signature)

Certifico que esta factura no ha sido pagada.

Laboratorio Clínico Las Américas
Ave. Domenech # 400 Suite 103-B
Hato Rey, Puerto Rico 00918
Tel: 753-7155

FMPR Office

Relación pruebas realizadas:

1- Manual Arroyo Rivera

| Fecha | Pruebas realizadas |
|---|---|
| Nov/16 | Rapid Test |
| Nov/23 | PCR & Rapid Test |

2- Luis Hernández Ramírez

| Fecha | Pruebas realizadas |
|---|---|
| Nov/16 | PCR & Rapid Test |

3- Marangeli Román Cruz

| Fecha | Pruebas realizadas |
|---|---|
| Nov/16 | Rapid Test & PCR |