# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

December 2, 2020

Office of the Technical Compliance Advisor
Caribbean Office Plaza, Office 207
670 Ponce de León Ave.
San Juan, PR 00907

INVOICE LGH 2020-3
FOR PROFESSIONAL SERVICES RENDERED – November 1 - 30, 2020

| | |
|---|---|
| Billable Hours | 65.0 |
| Billing Rate | $140.00 |
| Gross Total | $9,100.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my professional capacity. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

## BILLABLE HOURS – NOVEMBER 2020
## Detailed Description

Act 144-2020
Billable Hours:         **21**
Review each section of Act 144-2020 in order to determine how each of its sections may be either in compliance or in violation of the Agreement for the Sustainable Reform of the Puerto Rico Police Department – July 17, 2013 ("Agreement"). Review in detail each paragraph of the Agreement in order to thoroughly perform said analysis. Draft an initial and an updated version this analysis. Multiple discussions of the research and analysis conducted with the Monitor, John Romero, the Deputy Monitor, Denise Rodríguez, and the rest of the TCA team. Review Court Order and the final draft of the document as revised by Counsel, Roberto Abesada. Obtain and distribute the official certified version of Act 144-2020, as requested.

Community Outreach – Provide Support and Participation in Meetings
Billable Hours:         **18**
Given the Monitor's visit to the Island during the week of November 15th to the 22nd, provided support in the coordination of several meetings between members of the TCA team and various communities of relevance. Among these, coordination of the meeting with members of the Trans Community (Ivana Fred), the Advisor to the Governor on Community Affairs and Director of the Governor's Task Force on the LGBTQ Community (Joanne Vélez), as well as virtual meetings to be held prospectively with the Commonwealth's Advocate on Women's Affairs (Lersey Boria, Esq.), and further potential meetings with other communities in the Municipality of San Juan. Participate in said meetings, TCA team meetings on this matter, and discuss potential strategies and next steps with the Monitor, John Romero, and the Issue Specialist, Merangelie Serrano, re: same.

Executive Orders 2020-080 and 2020-081 – Review and Field Visits
Billable Hours:         **14**
Review Executive Orders 2020-080 and 2020-081, as they may relate to the Agreement. Multiple meetings, conference calls and review of e-mails with the Monitor, John Romero and the rest of the TCA team re: same. Participate in field visits with the TCA team in order to monitor National Guard compliance with the terms of the Executive Orders and the Agreement.

TCA Team Communications and Additional Support
Billable Hours:         **7**

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

Participate in the weekly conference calls of the TCA team on November 2nd, 9th, 16th, and 30th. Review and revise translation of communication between the Monitor, John Romero, and the PRPB.

Page 2
BILLABLE HOURS – NOVEMBER 2020
Detailed Description (cont.)

General Elections in Puerto Rico – Analysis of Results and its Implications to the Reform of the PRPB
Billable Hours:      **5**
Initiate review of the results of the General Elections in Puerto Rico and its implications on policymaking and regarding potential interaction with the Agreement for the Sustainable Reform of the Puerto Rico Police Department – July 17, 2013. Follow-Up discussions with the Monitor, John Romero, and Fmr. Chief Justice Federico Hernández-Denton re: same. Review draft Transition Order as circulated.