# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice                                                                                          Invoice # 003

Federal Police Monitor  San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| 13-nov-2020 | Be in the office to open the office maintenance staff and wait until finished | 1 | $20.00 | $20.00 |
| 15-nov-2020 | Pick up the police monitor at the airport and take him to the hotel | 1 | $20.00 | $20.00 |
| 16-nov-2020 | Making arrangements with the police monitor | 8 | $20.00 | $160.00 |
| 17-nov-2020 | Making arrangements with the police monitor | 8 | $20.00 | $160.00 |
| 18-nov-2020 | Making arrangements with the police monitor | 8 | $20.00 | $160.00 |
| 19-nov-2020 | Making arrangements with the police monitor and monitoring tourist areas | 12 | $20.00 | $240.00 |
| 20-nov-2020 | Making arrangements with the police monitor | 9 | $20.00 | $180.00 |
| 23-nov-2020 | Pick up the monitor at the hotel and take to the airport | 1 | $20.00 | $20.00 |
| 23-nov 2020 | Delivery of credential and identification to Mr. Luis G Hidalgo | 1 | $20.00 | $20.00 |
| 24-nov 2020 | make arrangements for the office to solve the internet problem | 1 | $20.00 | $20.00 |
| 25-nov-2020 | Delivery of credential and identification to Mr. Abesada | 1 | $20.00 | $20.00 |
|  |  |  |  | Total $1020.00 |