# Merangelie Serrano-Rios

# INVOICE

22 Chalets de Santa Maria
San Juan, Puerto Rico 00927
(787) 940-3090-

| | |
|---|---|
| **DATE:** | November 30, 2020 |
| **INVOICE #** | 10003 |
| **FOR:** | FPMPR/TCA |

**BILL TO:**
Office of the FPMPR LLC
Caribbean Office Plaza Office 297
670 Ponce de Leon Avenue
San Juan, Puerto Rico 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Phone calls to Monitor, Admin. Director, Luis Hidalgo, D. Rodriguez PR visit, comm. Engagement meetings and interviews | 2.00 | $150.00 | $ 300.00 |
| Comm. Engagement meetings/cold calling:coord. underrepresented groups: Loiza comm. leader, Transgender. Dom. Viol./sexual assault | 2.00 | $150.00 | $ 300.00 |
| Letter draft to org. for community engagement meetings during Monitor's visit to P.R. | 0.50 | $150.00 | $ 75.00 |
| Written report on outreach activity Oct. 29, 2020, attendance and evaluation of outreach endeavor | 1.50 | $150.00 | $ 225.00 |
| Written responses for PRPB request on requirements for CMR3 submitted to Denise | 0.50 | $150.00 | $ 75.00 |
| Emails to John. Denise, Al, David, Cassia/Kober | 1.00 | $150.00 | $ 150.00 |
| Zoom meetings: TCA Team, PRPB, Special master, methodology review | 11.50 | $150.00 | $ 1,725.00 |
| Lab visit for COVID testing for field observations per Exc. Order Nov. 13, 2020 | 2.00 | $150.00 | $ 300.00 |
| Federal Monitor's meeting: meet & greet for field work, comm. Engagement meetings and logistics | 1.00 | $150.00 | $ 150.00 |
| Community engagement meeting: Loiza Comm. Leader Nov. 17, 2020 | 1.00 | $150.00 | $ 150.00 |
| Community engagement meeting: Transgender- Ms. Ivana Fred and Mr. Justin Jesus Santiago Nov. 18, 2020 | 2.50 | $150.00 | $ 375.00 |
| Field observations: Nov. 18, 2020 Pinones, Isla Verde, Ocean Park, Condado, Old San Juan | 4.00 | $150.00 | $ 600.00 |
| Community engagement meeting: Nov. 20, 2020: Ms. Johanne Velez and Ms. Yarixa Salva-Quality of Life Affairs, La Fortaleza | 3.00 | $150.00 | $ 450.00 |
| Commmunity engagement meeting: Nov. 20, 2020: Coordinadora para La Paz de La Mujer-Ms. Vilma Gonzalez and Ms. Frances Hernandez | 2.00 | $150.00 | $ 300.00 |
| Field Observations: Nov. 18, 2020 Guaynabo, Pinones, Isla Verde, Ocean Park, Condado, and Old San Juan | 4.00 | $150.00 | $ 600.00 |
| Reviwed and amended Spanish bio. Translation for website | 1.00 | $150.00 | $ 150.00 |
| Community engagement interviews Report: rough notes review, draft, final draft, report finalized and submitted | 2.50 | $150.00 | $ 375.00 |
| Citizen complaint referral on PRPB Officer: Phone call from Ms. Blanca Gutierrez Nov. 24, 2020 | 1.50 | $150.00 | $ 225.00 |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Referral resource info. Search for formal complaint process to SARP via email/phone contact info. and email to Ms. Blanca Gutierrez (follow through on call Nov. 24, 2020) | 0.50 | $150.00 | $ 75.00 |
| Par. 229 review regarding Art. 42 PRPB: written response and email to Denise and John FPMPRP and DFPMPR | 0.50 | $150.00 | $ 75.00 |
| | | | $ - |
| | | SUBTOTAL | $6,675.00 |
| | | TAX RATE | |
| | | SALES TAX | $ - |
| | | OTHER | |
| | | TOTAL | $ 6,675.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico or any of its departments, municipalities or agencies.

Merangelie Serrano-Rios