**Office of the FPMPR LLC**
Caribbean of Office Plaza
Oficina 207
670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

# Work Timesheet (November 2020)

| Date | Task | Total Hours |
|---|---|---|
| **November 4, 2020** | Present at work during all working hours. | 2.5 |
| **November 6, 2020** | Present at work during all working hours. | 7.0 |
| **November 10, 2020** | Present at work during all working hours. | 4.0 |
| **November 11, 2020** | Present at work during all working hours. | 2.5 |
| **November 12, 2020** | Present at work during all working hours. | 2.0 |
| **November 13, 2020** | Coordinated a meeting to pass office key. Coordinated a meeting with chief deputy Denise Rodriguez. | 1.0 |
| **November 17, 2020** | Present at work during all working hours. Took notes on the 1pm meeting. Forwarded emails to Administrative Director. | 4.0 |
| **November 18, 2020** | Present at work during all working hours. Meeting with chief deputy Denise Rodriguez. | 2.5 |
| **November 20, 2020** | Reviewed various Monitor websites from states in the US for research to make a newsletter for the FPMPR. Updated my address for accounting. Started creative draft for the newsletter. Archive. | 7.0 |

| November 24, 2020 | Received access the TCA drop box. Read US Monitor Community Newsletters. Consult with Manuel Arroyo about office wifi payment. Confirmed that Luis Matos received his payment for cleaning the office. | 4.0 |
|---|---|---|
| November 25, 2020 | I was present at the office during all working hours. Read different Monitor newsletters. Continued reading newsletters as example for the January Puerto Rico Monitor Community Newsletter. Archived Luis Matos' Work Timesheet. | 2.5 |

## Total, 39 hours for $20 = $780

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*Claudia S. Cámara León* (signature)

_____