**INVOICE 0069 FOR PROFESSIONAL SERVICES; OCT 28 THROUGH NOV 30, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:  **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the months of October and November 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; meetings; logistics | 8.75 | $1,312.50 |
| Develop / Establish / Draft - Levy Sampling Formats - Collaborate, Review, Edit & Revise - Optimize process for requesting data against methodologies, thresholds and IT capabilities; Supervision, Recruitment, Training | 2.25 | $337.50 |
| Sampling Teleconferences; Attend, prep, coordination, DOJ & PRPB, review, deconfliction of PRPB reporting of data versus data requested. | 3 | $450.00 |
| Monitoring teleconferences; Weekly coordination, Deputy Monitor tracking of tasks, data requests, prep % research | 8.5 | $1,275.00 |
| CMR-2; Review Draft for accuracy | 1.5 | $225.00 |
| Review of PRPB provided information & data (through April 2020), purify alignment and reconcile misaligned provided data | 1 | $150.00 |
| CMR-3: Review PRPB questions regarding Monitors data request, prep CMR3 request | 9.75 | $1,462.50 |
| Ben Horowitz - planning, logistics, teleconferences, meetings | 2 | $300.00 |
| Review of PRPB, DOJ, Court provided materials; responses to IT Data Request 10/22/20, ACT 144-2020, personnel regulations | 13.5 | $2,025.00 |
| Review PRPB IT Status Reports | 10.75 | $1,612.50 |
| Net Hours US | 61.00 | $9,150.00 |
| Allowable Fee | | $9,150.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

1