# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 45
INVOICE DATE: NOVEMBER 30, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-02-20 | Administrative Director | Conference Call with Staff, Communications with Team Members, Work with October Team Invoices. | 5.00 | $85.00 | $425.00 |
| NOV-04-20 | Administrative Director | Work on October 2020 Invoices, Review of Emails sent by Team Members. | 2.50 | $85.00 | $212.50 |
| NOV-05-20 | Administrative Director | Communications with the Monitor, Review of Information sent by PRPB and FPM Team. Communications regarding FPM Vehicle. | 3.00 | $85.00 | $255.00 |
| NOV-06-20 | Administrative Director | Communications with the Monitor, Review of Information sent by PRPB and FPM Team. | 2.50 | $85.00 | $212.50 |
| NOV-09-20 | Administrative Director | FPM Staff Meeting, Review of Information related to the case. CMR-3 | 3.50 | $85.00 | $297.50 |
| NOV-10-20 | Administrative Director | Review of Information related to CMR-3 and information sent by PRPB and Team Members. | 2.50 | $85.00 | $212.50 |
| NOV-11-20 | Administrative Director | Communications with the Monitor and Team members (CMR-3 Request of Information). | 1.00 | $85.00 | $85.00 |
| NOV-12-20 | Administrative Director | CMR 3 Meeting with the parties, Meeting with Special Master, Communication with the Monitor and team Members. | 5.50 | $85.00 | $467.50 |
| NOV-13-20 | Administrative Director | Communications with the Monitor and team Members, regarding CMR-3 Request of Information and Governor COVID-19 New Executive order | 3.00 | $85.00 | $255.00 |
| NOV-14-20 | Administrative Director | Communications with the Monitor and TeamMembers, Coordination of Monitor Visit. | 2.50 | $85.00 | $212.50 |
| NOV-15-20 | Administrative Director | Communications with the Monitor and team members, Coordination of Team COVID Tests. | 2.00 | $85.00 | $170.00 |
| NOV-16-20 | Administrative Director | Meeting with PRPB and National Guard, Staff Meeting, Meeting at FPM General Counsel Office, Meeting with the Monitor, Communications with PRPB regarding a request of information. | 8.00 | $85.00 | $680.00 |
| NOV-17-20 | Administrative Director | Meeting at PRPB, Visit different Offices within PRPB, Meeting with Community Leader at FPM Office, Meeting with the Monitor, 253 Meeting. | 9.00 | $85.00 | $765.00 |

INVOICE NUMBER: 45

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-18-20 | Administrative Director | Ridealong with Monitor and Team Members, Coordination of meetings. | 6.50 | $85.00 | $552.50 |
| NOV-19-20 | Administrative Director | Conference call with the Monitor and Counselor Castellanos, Ride along (National Guard Activation). | 9.00 | $85.00 | $765.00 |
| NOV-20-20 | Administrative Director | FPM Staff IDs, Zoom Meeting with Special Master, Ride Along (National Guard Activation). | 8.50 | $85.00 | $722.50 |
| NOV-21-20 | Administrative Director | Ride Along with the Monitor and Luis Hidalgo. | 4.00 | $85.00 | $340.00 |
| NOV-22-20 | Administrative Director | Ride Along with the Monitor. | 4.00 | $85.00 | $340.00 |
| NOV-23-20 | Administrative Director | Staff Meeting, Review of Information sent by Team Members | 3.00 | $85.00 | $255.00 |
| NOV-24-20 | Administrative Director | Communications with the Monitor and team members, Communications with PRPB Officials, Review of Information. | 3.00 | $85.00 | $255.00 |
| NOV-25-20 | Administrative Director | Communication with Team Members, Meeting with USDOJ and PRPB regarding policies. Review of information. | 4.50 | $85.00 | $382.50 |
| NOV-29-20 | Administrative Director | Communications with team members and the monitor, Ride Along EO (National Guard) | 3.00 | $85.00 | $255.00 |
| NOV-30-20 | Administrative Director | Work with Team November Invoices, Staff Meeting, Communications with the Monitor and Team members, Review of emails and information sent by Team members. | 5.00 | $85.00 | $425.00 |
| NOV-30-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Office Expenses. | | | $157.22 |
| | | Total amount of this invoice | | | $8,699.72 |

MESSAGE

Javier B Gonzalez, November 30, 2020