# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029**

## Invoice

PUERTO RICO POLICE REFORM

INVOICE NUMBER:  20200252
DATE:  NOVEMBER 25, 2020

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-05-20 | CONSULTING FEES | Verify October 2020 Invoices before sending motion and confirm to Javier Gonzalez. | 1.00 | $100.00 | $100.00 |
| NOV-19-20 | CONSULTING FEES | Post October Invoices; October 2020 Bank Reconciliation . Post Professional Services payments in PR Pay. | 5.00 | $100.00 | $500.00 |
| NOV-20-20 | CONSULTING FEES | Make deposit at First Bank (October Invoices) | 1.00 | $100.00 | $100.00 |
| | | Total hours for this invoice | 7.00 | | |
| | | Total amount of this invoice | | | $700.00 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |