## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,                                       Civ. Case No. 12-2039 (GAG)

Vs.

COMMONWEALTH OF PUERTO RICO
and the PUERTO RICO POLICE BUREAU,

    Defendants
_____/

### MOTION REQUESTING LEAVE OF COURT TO TENER
### REPLY TO SPECIAL MASTER INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

      **COME NOW,** Defendants, through their undersigned attorneys, and very respectfully allege and pray as follows:

      1.      On December 7, 2020, the Court granted the parties until noon today to submit responses to the Special Master Informative Motion Regarding Compliance by the Puerto Rico Police Department with the Court-approved COVID-19 Protocol. *See,* Docket No. 1621 and 1622.

      2.      Immediately after the December 7 Court Order was issued, the Puerto Rico Police Bureau (PRPB) proceeded to review its files, assemble relevant information, and consult with the PRPB Commissioner and other professionals in order to chart the way forward in submitting a meaningful reply to the Special Master's Informative Motion. This process continued through this afternoon given the immense volume of information to be consulted, reviewed, and quickly analyzed.

1

3. Enclosed herewith for the consideration of the Court is Defendants' Reply to Special Master Informative Motion. In an abundance of caution, all exhibits to be submitted in support of the Defendants' Reply are in the Spanish Language. If the Court is amenable to and Grants Defendants's request for leave, then a second motion requesting leave from the Court would have to be filed to submit the referenced exhibits in the Spanish language.

**WHEREFORE,** the Defendants very respectfully request the Court to take notice of the above information and Grant the Defendants the opportunity to tender their reply to the Special Master's Informative Motion.

In San Juan, Puerto Rico, this 9th day of December, 2020.

*s/Raúl E. Bandas*
Raúl E. Bandas
USDC-PR No. 207809

*s/Angel A. Valencia-Aponte*
Angel A. Valencia-Aponte
USDC-PR No. 123905

*s/Carlos M. Rivera-Vicente*
Carlos M. Rivera-Vicente
USDC-PR No. 126304

*s/Marta L. Rivera Ruiz*
Marta L. Rivera Ruiz
USDC-PR No. 221201

Counsels for Defendants

Cancio, Nadal & Rivera, LLC
PO Box 364966
San Juan, PR 00936-4966
Ave. Muñoz Rivera 403
Hato Rey, Puerto Rico 00918-1145
Tel. (787) 767-9625
Fax: (787) 622-2238

Emails: rbandas@cnr.law
angelvalencia@cnr.law
crivera@cnr.law
mrivera@cnr.law

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Motion Requesting Reconsideration of Order with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

In San Juan, Puerto Rico, this 9th day of December 2020.

*s/Raúl E. Bandas*
Raúl E. Bandas-del Pilar
USDC-PR No. 207809
Counsel for Defendants