GOBIERNO DE PUERTO RICO
NEGOCIADO DE LA POLICIA DE PUERTO RICO
DIVISION LIGA ATLETICA POLICIACA
AREA DE AGUADILLA

SAOC-NRC-DRC-CAG-10-1-1209            28 de octubre de 2020

## ACTA

## Descontaminación de planta física del Cuartel San Sebastián

Siguiendo las instrucciones impartidas y el protocolo de seguridad causado por la pandemia del Covid-19, hoy miércoles, 28 de octubre de 2020 a las 9:56 a.m. se llevó a cabo la desinfección del cuartel de Distrito de San Sebastián.

Fueron desinfectadas las oficinas, baños, pasillo, y el segundo piso. La Agente Nancy Santiago Márquez 18553, adscrita al Distrito de San Sebastián estuvo presente durante el proceso.

También fueron desinfectados los siguientes vehículos:

| | | | |
|---|---|---|---|
| GE-4060 | GE-08415 | GE-01371 | GE-08252 |
| GE-03837 | GE-01780 | GE-01257 | GE-01180 |
| GE-01177 | GE-07215 | GE-08000 | 4116-GE |

La compañía que ofreció el servicio fue la siguiente:

Construction Service GMS, de Camuy
Sr. Edwin Madera
Tel: 787-399-9410

El trabajo culminó a las 10:45 a.m.

Se incluyen fotografías.

<u>Sgto. Gamaliel Dumeng Gómez 8-29350</u>
Firma Director