## CERTIFICACION DE DESCONTAMINACION DE FACILIDADES

Yo, _Oscar Hernández Gerrín_, empleado de la Oficina Municipal para el Manejo de Emergencias del Municipio de Moca certifico que se realizaron labores de descontaminación en _San Sebastián_ y que se orientó al Sr.(a) _Capt. Miguel Sánchez_ quien es _Cmdte. Distrito_ de dicho establecimiento, para que mantenga las medidas de higiene y seguridad con todo el personal y clientes que se presentan a dicho lugar y en adición se le orientó sobre la responsabilidad de mantener desinfectadas constantemente todas las áreas para evitar el contagio y propagación del COVID-19.

Para que así conste firmo la presente hoy _miércoles, 18_ de _noviembre_ de 2020, en Moca, Puerto Rico.

_____            _____
Empleado OMME Moca                    Representante Establecimiento o Agencia

5-16058

Apartado 1571, Moca, Puerto Rico 00676 • 787-877-5540 • ommemoca@yahoo.com

2020/11/18 18:3