**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

SAOC-CAG-10-SS-1-257
17 de noviembre de 2020

Tnte. Cor. José M. Rodríguez Rivera 2-16751
JMRodriguez3@policia.pr.gov
Comandante,
Área Aguadilla

Comdte. Heriberto Class Román 3-14868
HClass@policia.pr.gov
Comandante Zona
Zona San Sebastián
Área Aguadilla

Capt. Miguel A. Sánchez Caro 5-16058
MASanchez@policia.pr.gov
Comandante,
Distrito de San Sebastián
Área Aguadilla

### *PROCESO DE DESINFECCIÓN EN EL DISTRITO DE SAN SEBASTIÁN*

Para la fecha del 11 de mayo de 2020 fui asignado al Cuartel de la Policía de San Sebastián como comandante de Distrito. Previo a mi asignación el Cuartel de San Sebastián el 1 de abril de 2020, se hicieron gestiones con el Municipio de San Sebastián donde fumigaron todas las facilidades del cuartel y sus respectivas patrullas.

Continuando con el protocolo de desinfección se instaló para la fecha 15 de mayo de 2020 en los predios del Cuartel un lavamanos como área de desinfección para todo aquel que asista o trabaje en las facilidades del Cuartel de San Sebastián. Luego en diferentes fechas se llevó un proceso de descontaminación de las facilidades del cuartel y sus respectivos vehículos. Este proceso se llevó a cabo en las siguientes fechas.




Case 3:12-cv-02039-FAB   Document 1627-4   Filed 12/09/20   Page 2 of 14

SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | 2

1. 29 de mayo de 2020, Compañía de desinfección del Sr. Abniel Feliciano.
2. 28 de agosto de 2020, Compañía de desinfección del Sr. Abniel Feliciano.
3. 23 de octubre de 2020, Compañía de desinfección del Sr. Abniel Feliciano.
4. 27 de octubre de 2020, Manejo de Emergencia del Municipio de Moca.

Para la fecha del 27 de octubre de 2020 se recibe la noticia de que dos agentes del cuartel de San Sebastián sus resultados fueron positivo a la prueba del Covid-19. Por lo que la Directora Médica del Negociado de la Policía de Puerto Rico dio instrucciones de que las facilidades del Cuartel de San Sebastián debían de ser cerradas debido al contagio y su personal puesto en cuarentena. A partir de las 8:00 PM del 27 de octubre.

Luego para la fecha del 28 de octubre de 2020 la compañía del Sr. Edwin Madero, desinfecto todas las facilidades y vehículos del Cuartel de San Sebastián que permanecía cerrado.

Posterior a esta fecha el personal según sus resultados de la prueba molecular (PCR) eran negativo el personal fue incorporándose a partir del 1 de noviembre de 2020.

Comenzando nuevamente un proceso de desinfectación frecuente en las facilidades y sus respectivos vehículos, en las siguientes fechas:

1. 6 de noviembre de 2020, Compañía de desinfección del Sr. Abniel Feliciano.
2. 13 de noviembre de 2020, Manejo de Emergencias Municipio de Moca por Oscar Hernández y Luis Rosario.

Case 3:12-cv-02039-FAB   Document 1627-4   Filed 12/09/20   Page 3 of 14

SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | 3

Aun durante el proceso desinfectación para la fecha del 12 de noviembre de 2020, un sargento y un agente sus resultados del Covid -19 molecular fue positivo, dando a lugar que, para la fecha del 14 de noviembre de 2020, nuevamente la Compañía de desinfección del Sr. Abniel Feliciano, desinfecto las facilidades del Cuartel y sus vehículos.

Para la fecha del 16 de noviembre de 2020, dos agentes dan positivo a la prueba molecular.

Durante todo este proceso del Covid-19 se han entregado al personal mascarillas N-95, Hand Sanitizer, Alcohol, Face Shield, guantes, mascarillas quirúrgicas, Jabón antibacterial, etc.  Además, el personal ha sido instruidos sobre las medidas de prevención ante el Covid-19.

Ante los contagios de los últimos cuatro MNPPR que resultaron positivo en el distrito, se solicita la desinfección del cuartel y sus vehículos.

**NOTA:  *La estructura del cuartel de San Sebastián, es de dos plantas cuyas medidas de cada una son de 50' x 75'.***

Los vehículos oficiales son los siguientes:

Case 3:12-cv-02039-FAB   Document 1627-4   Filed 12/09/20   Page 4 of 14

SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | 4

|  | TABLILLA | NUMERO PROPIEDAD | MARCA | MODELO | AÑO | NUMERO CONTROL |
|---|---|---|---|---|---|---|
| 1. | 02839GE | 124-49031 | Honda | Shadow | 2003 | E. Torres |
| 2. | 03817GE | 124-57708 | Suzuki | Boulevard | 2009 | O. Colon |
| 3. | 04013GE | 124-59916 | Suzuki | Boulevard | 2012 | J. Quiles |
| 4. | 04116GE | 124-60019 | Suzuki | Boulevard | 2012 | C. Cortes |
| 5. | 04117GE | 124-60020 | Suzuki | Boulevard | 2012 | R. Roman |
| 6. | 04162GE | 124-47239 | Honda | Shadow | 2003 | R. Santiago |
| 7. | 04168GE | 124-59113 | Suzuki | Boulevard | 2009 | D. Rosa |
| 8. | 04654GE | 124-63836 | Suzuki | Boulevard V1800 | 2019 | R. Rosa |
| 9. | 04709GE | 124-47794 | Honda | Shadow | 2003 | N. Ortiz |
| 10. | GE01177* | 122-55935 | Chevrolet | Blazer | 2008 | 7486 |
| 11. | GE01180 | 122-55938 | Chevrolet | Traiblazer | 2008 | 7403 |
| 12. | GE01257* | 122-56015 | Chevrolet | Blazer | 2008 | 7468 |
| 13. | GE01344* | 122-56102 | Chevrolet | Blazer | 2008 | 7219 |
| 14. | GE01371* | 122-56129 | Chevrolet | Traiblazer | 2008 | 7165 |
| 15. | GE01780 | 123-56519 | Ford | Crown Victoria | 2008 | 7631 |
| 16. | GE03773* | 123-58391 | Ford | Crown Victoria | 2010 | 8602 |
| 17. | GE03837 | 123-58455 | Ford | Crown Victoria | 2010 | 8617 |
| 18. | GE04060* | 122-58706 | Ford | Explorer | 2010 | 8870 |
| 19. | GE05469* | 123-60135 | Chevrolet | Caprice | 2012 | 9069 |
| 20. | GE07215* | 123-61813 | Ford | Taurus | 2015 | 9457 |
| 21. | +GE08252 | FP-12263018 | Toyota | Rav-4 | 2017 | 9927 |
| 22. | GE08269 | FP-12263036 | Toyota | Rav-4 | 2017 | 9951 |
| 23. | GE08415 | 123-63184 | Ford | Taurus | 2016 | 9903 |

Anejo: Fotos de los procesos de desinfección.

Case 3:12-cv-02039-FAB Document 1627-4 Filed 12/09/20 Page 5 of 14

SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | **5**





SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | **6**





SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | 7





SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | **8**





Case 3:12-cv-02039-FAB   Document 1627-4   Filed 12/09/20   Page 9 of 14

SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | **9**





SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | **10**





Case 3:12-cv-02039-FAB   Document 1627-4   Filed 12/09/20   Page 11 of 14

SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | 11





SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | 12





Case 3:12-cv-02039-FAB   Document 1627-4   Filed 12/09/20   Page 13 of 14

SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | 13





SAOC-CAG-10-SS-1-257
17 de noviembre de 2020
P á g i n a | 14

