

**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

SAOC-DCA-1-849
14 de septiembre de 2020

**A todo el personal**

**Henry Escalera Rivera**
Comisionado,
Negociado Policía de Puerto Rico

## PROTOCOLO DE RESPUESTA MEDICA PANDEMIA COVID 19 DEL NEGOCIADO DE LA POLICIA DE PUERTO RICO PARA EL SISTEMA DE RANGO Y CLASIFICADO

Ante la apertura de varios renglones de nuestra vida cotidiana  a través las diferentes Órdenes Ejecutivas y la respuesta de la Pandemia dentro de nuestra Agencia hemos estado actualizando los protocolos de respuesta ante el COVID-19. El manejo preventivo en nuestros lugares de trabajo y entre el personal es la pieza clave para prevenir el contagio  integrándolo en todos los aspectos de nuestra vida diaria.

Es por ello la importancia del uso de mascarillas y distanciamiento tanto en nuestra faceta profesional como en la familiar. Aunque es una responsabilidad individual nosotros los componentes del sistema de seguridad tenemos una responsabilidad colectiva de dar el ejemplo y velar por que se cumplan las normas.

Sometemos el Protocolo antes mencionado para ser establecido de inmediato en las diferentes Superintendencias por todo el personal clasificado y del sistema de rango.

Su estricto cumplimiento.



**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

## PROTOCOLO DE RESPUESTA PANDEMIA COVID 19 DEL NEGOCIADO DE LA POLICIA DE PUERTO RICO PARA EL SISTEMA DE RANGO Y CLASIFICADO

1. Todo empleado que se presente a las facilidades del Negociado de la Policía de Puerto Rico tiene que tener mascarilla puesta y desinfectarse las manos al entrar.
2. Los cambios de turno se deben realizar en espacios abiertos.
3. El Supervisor de cada turno es responsable de que se le tome la temperatura al personal, hacer las preguntas de cernimiento y completar el documento que se aneja. El mismo será archivado para futuras referencias de estar todos aptos para laborar.
4. Cualquiera que tenga sospecha o sintomatología, deberá notificar al Supervisor **ANTES** de tomar servicio. Esto incluirá si hay un familiar directo o que conviva en bajo su techo que tenga sospecha o COVID-19 diagnosticado.
5. El Supervisor le notificará al Coordinador de COVID-19 del área correspondiente de haber algún caso en su unidad de trabajo. La información suministrada deberá incluir; nombre, placa, turno de trabajo, número de teléfono y correo electrónico. (anejo lista de Coordinadores).
6. El Coordinador realizará una entrevista parcial mediante llamada telefónica a la persona contacto de acuerdo a la guía establecida.
7. Una vez realizada la misma se comunicará mediante llamada telefónica y mensaje electrónico a la Directora de la Oficina de Servicios Médicos de la Agencia, para notificar el caso incluyendo; nombre, placa, lugar de trabajo y número de teléfono del empleado, correo electrónico, resultados de la entrevista y determinación.
8. En casos de empleado que arroje positivo y su pareja preste servicio en la Agencia, solo se retirará a la pareja en la unidad de trabajo que está adscrita. Deberán ser referidos de manera individual.
9. **El Coordinador del COVID-19, será la única persona autorizada para comunicarse con la Doctora.**

10. **Una vez activado el protocolo de cuarentena de COVID-19, las licencias a utilizar, serán trabajadas de la siguiente manera;**
    a. <u>Será suficiente el memorando del Coordinador COVID-19 para activar el protocolo.</u>
    b. **Licencia Especial COVID-19; Orden Ejecutiva 2020-021. (14 días consecutivos)**
    c. <u>Luego de 14 días se descontará la Licencia por Enfermedad hasta su incorporación.</u>
    d. <u>En el caso de empleados que realicen viajes o reciban personas que llegan de viaje, deberán notificarle al Coordinador COVID-19 y realizarse la prueba molecular de COVID-19 al quinto día de haber regresado de viaje o recibir la persona en su hogar.</u>
    e. <u>Los empleados que vayan a realizar algún viaje fuera de Puerto Rico deberán solicitar el permiso de viaje y se les entregará la PPR-125; Autorización para Ausentarse. Anejada</u>
    f. <u>Mientras el empleado esté disfrutando una licencia autorizada y se contagia con COVID-19, no califica para la Licencia COVID-19 a no ser que esté próximo a su incorporación y sea positiva la prueba.</u>
11. El Empleado deberá realizarse al quinto (5) día la prueba molecular conforme a la Guía Rápida para la Priorización de Pruebas Moleculares PCR para COVID-19.
12. **Será responsabilidad del empleado, tan pronto reciba los resultados, deberá hacerla llegar al Coordinador COVID-19, mediante correo electrónico.**
13. El Coordinador a su vez, referirá el mismo a la Doctora para la determinación correspondiente.
14. La Doctora autorizará la incorporación de un empleado luego de la evaluación médica antes de completar la cuarentena (14 días), una vez evidencie la prueba negativa molecular.
15. **Será responsabilidad del Supervisor mantener contacto continuo con el empleado.**
16. Si un Empleado cumple más de treinta (30) días laborables de licencia de enfermedad desde su ausencia inicial, deberá ser referido al Centro de Reemplazo.
17. El Coordinador COVID-19 notificará al Coordinador del Centro de Reemplazo del Área, para que inicie el proceso de incorporación.
18. El empleado hará su incorporación de acuerdo a la Orden General 300, Sección 307; Centro de Reemplazo.
19. Aclaramos que debido a la Pandemia existente, cualquier incorporación al Centro de Reemplazo, el empleado deberá presentar una prueba molecular de COVID-19 a la Doctora de la Agencia.

Este protocolo estará sujeto a cambio de acuerdo a las Órdenes Ejecutivas que puedan surgir aprobadas por la Autoridad Nominadora.



**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

| SOLO PARA COORDINADORES COVID-19 | FLUJO DE PROCESOS |
|---|---|
| POSITIVO | NEGATIVO |
| 1. 14 DIAS DE AISLAMIENTO A PARTIR DELA TOMA DE MUESTRA.<br>2. TOMA DE MUESTRAS DESPUES DE 14 DIAS MOLECULAR Y RAPID TEST.<br>3. SI ES NEGATIVO SE INCORPORA DE INMEDIATO.<br>4. SI VUELVE A SALIR POSITIVO TIENE QUE REALIZARSE EL RAPID TEST AL 5 DIA<br>   A. SI EL IgG (+) Y IgM (-) SE INCORPORA<br>   B. SI EL IgG (+) Y IgM (+) NO SE PUEDE INCORPORAR<br>5. SI CONTINÚA POSITIVO TIENE QUE HACERSE LA RAPID TEST EN 5 A 7 DIAS MÁS HASTA QUE SALGA NEGATIVO. | 1. SE PUEDE INCORPORAR CON LA AUTORIZACION DE LA DOCTORA DE LA AGENCIA. |



**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

## GUÍAS PARA EL SUPERVISOR DE TURNO

FECHA; _____

UNIDAD DE TRABAJO; _____ TURNO DE TRABAJO; _____

| NOMBRE | PLACA | TEMPERATURA | INICIALES |
|--------|-------|-------------|-----------|
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |
|        |       |             |           |

*Incluir personal clasificado y del Sistema de rango.

**Preguntas Guías;**

1. Alguno ha tenido síntomas relacionados al COVID-19. (Fiebre, dolor en el cuerpo,  dolor de cabeza o garganta, dificultad respiratoria, pérdida de olfato o gusto)
2. Alguno ha tenido contacto con personas sospecha o diagnóstico de COVID-19.

_____                                    _____
       **Fecha**                                                          **Firma del Supervisor**
*Puede reproducirse este documento.



**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

## GUÍAS DE ENTREVISTA COORDINADORES COVID 19
### (Documento regulado por la Ley HIPPA, para uso exclusivo
### entre Coordinador y Doctora de la Agencia)

Fecha; _____

1. Nombre; _____

2. Placa o Núm. de Empleado; _____

3. Teléfono; _____

4. Correo Electrónico; _____

5. Lugar de Trabajo; _____

6. Nombre del Supervisor Directo; _____

7. Nombre de Comandante o Director; _____

8. Turno de Trabajo; _____

9. Días que prestó servicio; _____

10. Identificación de personas contacto directo (menos de seis pies, más de 15

    minutos y sin mascarilla en algún momento. Incluir Familiares o Viajeros.

    a. _____

    b. _____

    c. _____

    d. _____

11. Dentro del círculo familiar hay algún otro empleado de la agencia.

    NO _____      SI _____      (Completar la información)

    Nombre, placa y unidad de trabajo;

    _____

    _____

_____
**Nombre en letra de molde**
**Coordindor COVID-19**

_____
**Firma**
**Coordinador COVID-19**