# Protocolo Covid 19

## Negociado Policía de Puerto Rico

Oficina de Servicios Médicos



# Contenido

- Medidas preventivas miembros de la policía
- Como afecta el virus COVID-19 en tu organismo
- Sintomatología del Covid
- Factores de riesgos y complicaciones medicas
- Comportamiento del sistema inmunológico
- Cuando es mejor realizarse la prueba luego a una exposición?
- Personal en Aislamiento
- Viajeros al exterior o exposición con viajeros
- Referidos o Boletas Medicas
- Pruebas Medicas (serológicas y moleculares)
- Desinfección Areas Contaminadas
- Incorporaciones

# Medidas preventivas miembros de la policía



**Medidas de protección básica contra el nuevo coronavirus**









- El uso de la mascarilla en el área de trabajo en todo momento
- Desinfección de equipos y herramientas de trabajo al comenzar el turno.
- Lavado de manos antes, durante y finalizando la jornada laboral. Preferiblemente cada 2 horas.
- Notificación al supervisor sobre algún síntoma relacionado al COVID-19 ya establecido por el Departamento de Salud.
- Preguntas guías para establecidas en el protocolo antes de comenzar el turno de trabajo.
- Guardar los 7 pies de distancia en <u>**todo momento**</u>.

# Como afecta el virus COVID-19 en tu organismo



# Sintomatología COVID-19



**Common Symptoms**
- Fever
- Dry cough
- Shortness of Breath
- Myalgia or Fatigue
- Sputum Production
- Lymphopenia
- Nasal congestion
- Chills/Night Sweats

**Uncommon Symptoms**
- Headache
- Hemoptysis
- Diarrhea
- Confusion
- Rhinorrhea
- Chest pain
- Nausea and Vomiting
- Sore throat
- Sneezing

**Complications**
- Acute Respiratory Distress Syndrome (ARDS)
- Secondary Infection
- Ventilator-Associated Pneumonia
- Septic Shock
- Acute Renal Injury
- Hypoxemia
- Acute Cardiac Injury

# Factores de riesgos y complicaciones médicas



**CENTRAL ILLUSTRATION:** Postulated Mechanisms of Coagulopathy and Pathogenesis of Thrombosis in COVID-19

**A Risk Factors**
- Acute Illness
- Bedridden, stasis
- Genetics
- Fever
- Diarrhea
- Sepsis
- Liver Injury
- CKD
- COPD
- HF
- Malignancy

Inflammatory Response
Endothelial Dysfunction
Superimposed Infection

Lymphopenia
↑Inflammatory cytokines
↑IL-6, CRP

**B Hemostatic Abnormalities**
- Pulmonary microthrombi
- Intravascular coagulopathy
- Myocardial injury
- ↑Cardiac biomarkers
- ↑D-Dimer, FDPs, PT
- ↓↑Platelets

SARS-CoV-2

**C Clinical Outcomes**
- Venous Thromboembolism
- Myocardial Infarction
- Disseminated Intravascular Coagulation

Bikdeli, B. et al. J Am Coll Cardiol. 2020;75(23):2950-73.

# Sistema Inmunológico

- El sistema inmunológico es la defensa natural del cuerpo contra las infecciones como las bacterias, los virus y los alérgenos.
- Los cuerpos extraños que entran al cuerpo se llaman antígeno.
- La inflamación es la respuesta del sistema inmunológico a los antígenos
- Anticuerpos: (Ig A, IgG, IgM, IgE, IgD)
  - IgG - El tipo de anticuerpo mas abundante en los líquidos corporales y una especie de memoria que nuestro cuerpo crea para protegernos en el futuro. Detectables en sangre a partir de los 15-20 días.
  - IgM – se encuentra principalmente en la sangre y liquido linfático. Es el primer anticuerpo que el cuerpo genera para combatir una infección

# Comportamiento del Sistema Inmunológico



# ¿Cuando es mejor realizarse la prueba luego a una exposición?

## ¿Cuándo es mejor realizar una prueba luego de una exposición a un Caso de COVID19?



Periodo de Incubación. Pruebas Pueden dar negativo

La persona asintomática puede comenzar a ser contagiosa para otros

Momento para prueba molecular (PCR)

**Aparición de síntomas respiratorios

Periodo con mayor cantidad

Aparición de síntomas respiratorios

Desarrollo de anticuerpo tipo IgM

Momento para prueba rápida

Desarrollo de anticuerpo tipo IgG

La cantidad de virus disminuye y ya no puede detectarse con prueba molecular

Día 1 — Día 3 — Día 5 — Día 12 — Día 14 — Día 21

*Contacto con caso confirmado:
- Más de 15 minutos
- Menos de 6 pies de distanciamiento físico
- Sin protección

*Los Contactos de un contacto no son considerados una prioridad para realizar pruebas, ya que los mismos no estuvieron expuestos a un caso positivo de COVID-19.
**Aparición de los síntomas sucede entre los días 5 y 7 días. Los IgM pueden ser detectados de 5 a 7 días luego del primer día de síntomas y se mantiene detectables hasta 21 días. Los IgG pueden ser detectables 14 días después del inicio de síntomas.

6

Personal Aislamiento

**El personal que se enviara en aislamiento debe:**

- Haber tenido contacto directo con alguien contaminado o en exposición al virus.
- Si es en una unidad de trabajo solo se irá en aislamiento el personal mas cercano al posible caso.
- Notificar los posibles casos en exposición al coordinador COVID-19 para determinar el cierre de la unidad de trabajo.
- Los casos involucrados deben realizarse prueba molecular para detención de nuevos casos.
- Si algún caso arrojara resultado positivo el personal restante será enviada a realizarse la prueba molecular.



# Personal Aislamiento

El personal que se encuentre en aislamiento debe:

1. Cumplir los 14 días en aislamiento.
2. Realizarse la prueba molecular después de 5 días a la exposición.
3. Enviar el resultado al coordinador de COVID-19 de su área asignada.
4. Esperar que se le notifique la fecha de incorporación.

*La utilización de licencias por aislamiento será de 14 días por licencia especial COVID-19 expuesta en la orden ejecutiva 2020 - 021. Luego de esa licencia será descontada licencia por enfermedad hasta que sea incorporado a la agencia.*



# Viajeros al exterior o exposición con viajeros



- El miembro de la policía que tenga contacto con un viajero deberá notificarlo al supervisor y coordinador; luego permanecerá en aislamiento.
- El miembro de la fuerza que viaje deberá pedir autorización y notificar a la agencia y en su regreso a la isla será puesto en aislamiento por el termino de los 14 días.
- Debe realizarse la prueba luego de haber llegado.
- En ambos casos deben seguir el proceso de incorporación.



# Referidos o boletas Médicas

- Las ordenes medicas serán suministradas por el médico de la policía o médico de cabecera.
- El Departamento de Salud y la Guardia Nacional también tienen destacamentos donde realizan las pruebas moleculares.
- Las órdenes medicas se enviarán mediante Outlook ya sea al coordinador de área o directamente al paciente.

*El médico de la policía determinará quien será elegible para la obtención de la orden medica.*

# Pruebas Médicas

## Pruebas serológicas (IgG-IgM) Participante positivo

Resultados de muestras

- Se puede incorporar (inmunidad)

  *(IgG +) (IgM -)*

- No se puede incorporar (no inmunidad)

  *(IgG +) (IgM +)*

- Si el resultado es negativo en ambos renglones se puede incorporar o es un falso negativo. (depende del caso)

## Pruebas Moleculares (SARS-COV) Participante positivo

Resultados de muestras

- Resultado negativo se puede incorporar luego de los 14 días.
- Luego de obtener resultado positivo esperar los 14 días.
- Realizarse la prueba serológica y verificar si tiene inmunidad.
- Si crea inmunidad será incorporado.

# Desinfección Areas Expuestas

- Las áreas infectadas por exposición del virus serán sometidas a un proceso de desinfección.
- Luego de activar el protocolo COVID-19 en una dependencia se enviará un personal para la realizar la desinfección del lugar.
- Permanecerá cerrada la demarcación durante 14 días posterior a la descontaminación.
- Se mantendrá el acceso al flujo de aire dentro del lugar.



# Incorporaciones Miembros de la Policía

Las incorporaciones de los miembros de la policía de puerto rico relacionadas al Covid 19 deben ser autorizadas por el medico de la policía.

- Realizarse la prueba luego de 4 – 5 días.
- La prueba que será realizada será molecular, al menos que el médico de la policía determine lo contrario.
- Enviar el resultado al supervisor para ser canalizado con el coordinador COVID de su área.
- Introspección sobre estado de salud o sintomatología existente. Además del seguimiento del supervisor.
- Posteriormente esperar la incorporación de la doctora de la policia a través de su coordinador COVID mediante correo electrónico.

**Todos los resultados y procesos serán sometidos mediante CORREO ELECTRONICO atraves del coordinador de Covid.**

# Dudas o Preguntas



