IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

### ORDER re: Governor Elect's PRPB Commissioner Designee

The designated PRPB Commissioner, Coronel Antonio Lopez Figueroa, is hereby invited to meet anytime as of the entry of this Order with the Monitor and Special Master. This is intended solely for his benefit in understanding the Agreement and multiple court orders, the role of the monitor and special master, as well as to allow the smoothest transition possible.

This, of course, is a voluntary meeting. Likewise the designated Secretaries of Health and Corrections are invited to also meet with the Monitors in Civil Cases 99-1435 and 94-2080. Copy of this order will be filed in said cases as well.

**SO ORDERED.**

In San Juan, Puerto Rico this 12th of December, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge