### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>Defendants. | NO. 3:12-cv-2039 (GAG) |

## MOTION TO RESTRICT

**TO THE HON. GUSTAVO A. GELPÍ, CHIEF U.S. DISTRICT JUDGE:**

**NOW COMES,** John Romero, in his capacity as Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor's Office ("Monitor's Office"), states and prays as follows:

The Federal Monitor has filed today a "Second Informative Motion Regarding Orders at ECF No. 1593 and No. 1601" which encloses two exhibits that, under paragraph 269 of the "Agreement for the Sustainable Reform of the Puerto Rico Police Department" dated July 17, 2013 (ECF No. 57-1) ("Agreement") may be confidential at this time. According, under Standing Order No. 9, the Federal Monitor respectfully requests that said motion be restricted until such time defendants state their position under paragraph 269 of the Agreement.

**WHEREFORE,** the Federal Police Monitor, John Romero, respectfully requests that the Court grant this motion.

**RESPECTFULLY SUBMITTED.**

1

In San Juan, Puerto Rico, this 13th day of December 2020.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA
LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
rabesada@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP