IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (GAG) |

### Informative Motion by the Special Master Regarding Completion of Data Sampling Methodology

*NOW COMES* Special Master, Dr. Alejandro del Carmen, and the Assistant Special Master, Thomas Petrowski, in response to Court Order ECF No. 1517 (May 22, 2020), herein submitting this Informative Motion informing the Court that the data sampling methodology has been completed. The Office of the Special Master is grateful to the Federal Monitoring team members, the United States Department of Justice attorneys, the Commonwealth Attorneys and the members of the Puerto Rico Police Bureau for their participation and collaboration throughout this process. By agreeing on a sampling methodology, the PRPB is now in a position to anticipate, prepare and address the monitor's requests on data and information specific to all areas of the police reform.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to the Acting Monitor, the Special Master, and all counsel of record.

**RESPECTFULLY SUBMITTED** this 11th day of December, 2020,

**ALEJANDRO DEL CARMEN, Ph.D.**
Special Master

*s/Alejandro del Carmen*

**THOMAS D. PETROWSKI**
Assistant Special Master

*s/Thomas D. Petrowski*