# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**   CIVIL NO. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

### Police Reform December 15, 2020 Status Conference Agenda

The following matters agenda items shall be addressed and discussed at the next status conference:

1. PRPB Policy regarding COVID-19 roadblocks

2. PRB Policy regarding promotions

3. COVID-19 Protocol Revisions and Special Master's recommendations

The Secretary of Public Safety and Commissioner of Police will both be in attendance.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th of December, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge