IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>    Defendants. | **NO. 3:12-cv-2039 (GAG)** |

## MOTION TO AMEND AND CORRECT

**TO THE HON. GUSTAVO A. GELPÍ, CHIEF U.S. DISTRICT JUDGE:**

**NOW COMES,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPM"), who respectfully, through the General Counsel of the FPM, states and prays as follows:

1. On December 8, 2020, the FPM filed a motion to approve and disburse funds secondary to the work performed during the month of November 2020 totaling **$126,586.70**. See ECF No. 1623.

2. The FPM moves for an order to amend and correct its motion at ECF No. 1623 because: (i) the undersigned involuntarily omitted to include the invoice of Dr. Rita Watkins; (ii) the original invoice of Rafael Ruiz of $6,037 had an arithmetic error and in reality it totaled $6,037.50 even though the intention was to collect only $6,037 and, therefore, the FPM is submitting a corrected invoice which totals $6,037; and (iii) the FPM requested a payment of $4,692 for the new landlord (SPECE), but submitted an invoice with the incorrect applicable tax and, therefore, a corrected invoice is hereby enclosed.

**WHEREFORE,** it is respectfully requested that the Honorable Court allow ECF No. 1623 to be amended and/or corrected and that it a check in the amount of **$126,586.70**, be issued for the FPM.

Javier González as Administrative Director of the Office of the FPMPR Corp., hereby certifies that the above information is true, correct, and accurate; and that the requested amount will be deposited in the Office of the FPMPR LLC. commercial account.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of December 2020.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
rabesada@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP