Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR004-2020
DATE: November 25, 2020

**Dates of service: November 1 – November 25, 2020**     **TOTAL** $1800.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team to discuss Methodologies **3 hrs**.
-Work on methodology indictors for assigned scope of work **1 hrs**.
-Conference calls with monitoring team/members (reporting and sectional methodology conference)   **8 hrs**.

**Billable Hours:** 12 HOURS 00 MINUTES, at rate of $150 per hour = $1,800.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: Rita J. Watkins]*

Rita J. Watkins                                              Date: November 25, 2020