Rafael E. Ruiz  INVOICE # 2020-11
12 Crestshire Dr.
Lawrence, MA 01843  DATE: 11/30/2020

Billed to:   Federal Monitor, PRPB/USDOJ Agreement   For service: November 1st-30th, 2020
670 Ponce De Leon Ave. Suite 207
San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| November 2: Video Conf Monitor weekly meeting | 1.75 hrs. | $150/hr. | $262.50 |
| November 3: Video Conf Dep. Monitor weekly meeting | 1 hr. | $150/hr. | $150.00 |
| November 11: Work on PRPB response to data request | 2.5 hrs. | $150/hr. | $375.00 |
| November 12: Video Conf Monitor w/Parties CMR-03 | 2 hrs. | $150/hr. | $300.00 |
| November 12: Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | $300.00 |
| November 16: Video Conf Monitor weekly meeting | 1 hr. | $150/hr. | $150.00 |
| November 17: Video Conf Dep. Monitor weekly meeting and work on Spanish version of profile | 1.25 hrs. | $150/hr. | $187.00 |
| November 19: Work on PRPB 12th Status Report re policies | 4 hrs. | $150/hr. | $600.00 |
| November 20: Video Conf Monitor w/Parties re Sampling | 2 hrs. | $150/hr. | $300.00 |
| November 21: Work on PRPB 12th Status Report re policies | 4.5 hrs. | $150/hr. | $675.00 |
| November 23: Video Conf Monitor weekly meeting | 1 hr. | $150/hr. | $150.00 |
| November 23: Review PRPB newly issued policies | 3.75 hrs. | $150/hr. | $562.50 |
| November 24: Review PRPB newly issued policies | 2.5 hrs. | $150/hr. | $375.00 |
| November 25: Tel Conf Monitor w/Parties re PRPB 12th Status Report re policies and manuals | 2 hrs. | $150/hr. | $300.00 |
| November 27: Review PRPB new policies | 5 hrs. | $150/hr. | $750.00 |
| November 28: Prep report on PRPB new policies | 3 hrs. | $150/hr. | $450.00 |
| November 30: Video Conf Monitor weekly meeting | 1 hr. | $150/hr. | $150.00 |

TOTAL BILLED                                    $6,037.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____   Date: November 30, 2020
Rafael E. Ruiz