**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 10915



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>12/04/2020 | PLEASE PAY<br>$4,692.00 | DUE DATE<br>01/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Jan 1, 2021 - Jan 31, 2021 | 1 | 2,300.00 | 2,300.00T |
| **Membership:Deposit**<br>Private Office Suite - Office 15 Deposit | 1 | 2,300.00 | 2,300.00 |

|   |   |
|---|---|
| SUBTOTAL | 4,600.00 |
| TAX (4%) | 92.00 |
| TOTAL | 4,692.00 |
| TOTAL DUE | **$4,692.00** |

THANK YOU.

ELEVATE YOUR BUSINESS