# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

**CIVIL NO. 12-2039 (GAG)**

## ORDER re: Promotions and Roadblocks

As orally ordered at the status conference, the Court hereby Orders the following:

1. Until further order of the Court, all further promotions within PRPB for the ranks of inspector to coronel continue to be stayed as per prior Court Orders (Docket Nos. 1596, 1593, and 1643) and until further order of this Court. The Court notes that USDOJ, Monitor, and Special Master must review and comment not just as to the promotions policy, but also as to the process itself and objective instrumentation. This will take time. Moreover, during the process the Court intends to have the Monitor act as an observer, and will likely be appointing 1-2 other independent observers for transparency purposes.

2. Until further order of the Court, PRPB will not conduct any traffic roadblocks. The Court accordingly issued a moratorium as to said practice. Notwithstanding, PRPB is encouraged to promptly present to USDOJ, Monitor, and Special Master as per Paragraph 229 of the Agreement for review a roadblock policy that conforms to constitutional parameters.

**SO ORDERED.**

In San Juan, Puerto Rico this 15th of December, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge