

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

OS-4-OR-1-837

14 de diciembre de 2020

**Personal Esencial en la Oficina de Reforma
para que no se afecten los trabajos de Cumplimiento con el Acuerdo**

| NOMBRE | PLACA | FUNCIONES | ESTATUS |
|---|---|---|---|
| Cnel. Clementina Vega Rosario | 1-13603 | Directora | Carrera |
| Tte. Cnel. Alba I. Díaz Torres | 2-18280 | Directora Auxiliar | Carrera |
| Cap. Alexander Acevedo Ruiz | 5-24046 | Supervisor Evaluación de Procesos | Carrera |
| Tte. Raúl A. González Bermúdez | 7-7653 | Sección Políticas y Procedimientos | Carrera |
| Tte. II. Eddie Vicente Rivera | 7-27873 | Administración | Carrera |
| Tte. II. Luis A. Vázquez Centeno | 7-27947 | Evaluación de Procesos / SAEA | Carrera |
| Tte. II. Alexis O. Quiñones Ortiz | 7-28295 | Supervisor Sección Políticas y Procedimientos / Coordinador Central Dispositivo Control Eléctrico | Carrera |
| Tte. II Irán Sánchez Dávila | 7-30581 | Supervisor Administración / Presupuesto | Carrera |
| Tte. II Yamillette Acevedo Rodríguez | 7-31399 | Evaluación de Procesos / Producción de Documentos del Monitor | Carrera |
| Tte. II José R. Santana González | 7-31657 | Sección Políticas y Procedimientos | Carrera |
| Sgto. María La Luz Rentas | 8-18111 | Coordinadora Adiestramientos | Carrera |
| Sgto. Ángel Rodríguez Figueroa | 8-19505 | Evaluación de Procesos | Carrera |
| Sgto. Pedro Cruz Febo | 8-29859 | Evaluación de Procesos | Carrera |
| Agte. Janet Cumba Berrios | 23515 | Administración y Compras | Carrera |
| Agte. Marilyn Santana Álvarez | 29331 | Sección Políticas y Procedimientos | Carrera |
| Agte. Josué Florán Adorno | 34285 | Administración | Carrera |
| Agte. José A. De Jesús Martínez | 34848 | Administración | Carrera |
| Agte. José M. Núñez Sierra | 36692 | Administración | Carrera |
| Agte. Yanira Rodríguez Carmona | 36765 | Administración | Carrera |
| Sra. Yahaira Pérez Román | Civil | Oficial Ejecutivo III | Carrera |
| Sra. Ninoshka M. Nussa Mulero | Civil | Técnica en Sistemas de Oficina III | Transitorio |
| Sr. José Hernández | Contratista | Evaluación de Programas Párrafo 91 | Contratista *Su contrato vence 30/dic/2020, está en proceso renovación |
| Lcdo. José C. Vázquez Rivera | Contratista | Asesor Legal | Contratista *Su contrato vence 30/dic/2020, está en proceso renovación |
| Sra. Eily Molina Batista | Contratista | Project Manager | Contratista *Su contrato vence 30/jun/2021 |

| | | | |
|---|---|---|---|
| Cap. Raymond A. Ferrer Silva | 5-24122 | Director Sección de Inspecciones | Carrera |
| Cap. Wilfredo Cruz Rivera | 5-20029 | Supervisor Sección de Inspecciones Sur | Carrera |
| Tte. I Danilo Soler De Jesús | 6-14721 | Supervisor Sección de Inspecciones Este | Carrera |
| Tte. I Jessica Casiano López | 6-16104 | Supervisor Sección de Inspecciones Oeste | Carrera |
| Tte. I Nelson Castro Nieves | 6-22361 | Supervisor Sección de Inspecciones Metro | Carrera |
| Tte. II Efraín Torres Santiago | 7-17302 | Supervisor Sección de Inspecciones Norte | Carrera |
| Tte. II Mirla E. Morales De Jesús | 7-17880 | Sección de Inspecciones Metro | Carrera |
| Tte. II Edward Muñoz García | 7-19410 | Sección de Inspecciones Oeste | Carrera |
| Tte. II Eliud Álvarez López | 7-22430 | Sección de Inspecciones Metro | Carrera |
| Tte. II Rolando Burgos Boyrie | 7-27389 | Sección de Inspecciones Sur | Carrera |
| Tte. II Wilfredo Pérez Vega | 7-29613 | Sección de Inspecciones Oeste | Carrera |
| Tte. II Lilibeth Centeno Pagán | 7-29738 | Sección de Inspecciones Sur | Carrera |
| Tte. II Luis A. Barbosa Millán | 7-30006 | Sección de Inspecciones Este | Carrera |
| Sgto. Maritza Román López | 8-14659 | Sección de Inspecciones Oeste | Carrera |
| Sgto. Javier O. De Jesús Álamo | 8-18191 | Sección de Inspecciones Norte | Carrera |
| Sgto. Francisco J. Luna Cruz | 8-21701 | Sección de Inspecciones Este | Carrera |
| Sgto. Pablo González Serrano | 8-24949 | Sección de Inspecciones Metro | Carrera |
| Sgto. Rolando Laviena Torres | 8-25521 | Sección de Inspecciones Norte | Carrera |
| Sgto. José L. Morales Cintrón | 8-27786 | Sección de Inspecciones Metro | Carrera |
| Sgto. Damaris Pérez Pagán | 8-30212 | Sección de Inspecciones Sur | Carrera |
| Sgto. Samuel Figueroa López | 8-32020 | Sección de Inspecciones Este | Carrera |
| Agte. Luis R. Pacheco Valedón | 16548 | Sección de Inspecciones Oeste | Carrera |
| Agte. Julio H. Morales Quiñones | 30484 | Sección de Inspecciones Este | Carrera |
| Agte. Eliazar Aquino López | 30842 | Sección de Inspecciones Norte | Carrera |
| Agte. Rafael A. Rodríguez Reyes | 31704 | Sección de Inspecciones Norte | Carrera |
| Agte. Jennette A. López Cabrera | 32104 | Sección de Inspecciones Sur | Carrera |
| Agte. Nancy González Cuba | 32972 | Sección de Inspecciones Metro | Carrera |
| Agte. Janiris Colón Rodríguez | 33384 | Sección de Inspecciones Sur | Carrera |
| Agte. Ana Z. Pérez Medina | 36015 | Sección de Inspecciones Oeste | Carrera |
| Agte. Jennifer Rodríguez Pérez | 36026 | Sección de Inspecciones Sur | Carrera |
| Agte. Maritza Ramos Vélez | 36436 | Sección de Inspecciones Metro | Carrera |
| Agte. Gisselle E. Calderón Morales | 36826 | Sección de Inspecciones Este | Carrera |
| Agte. Jessie Jusino Almodóvar | 36886 | Sección de Inspecciones Metro | Carrera |