**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

OS-4-OR-1-857

17 de diciembre de 2020

**Henry Escalera Rivera**
Comisionado

**Cnel. Clementina Vega Rosario #1-13603**
Directora
Oficina de Reforma

**CERTIFICACIÓN FECHAS EXTENSIONES DE CONTRATOS LCDO. JOSÉ C. VÁZQUEZ Y JOSÉ A. HERNÁNDEZ**

Por medio de la presente se certifica que las extensiones de contratos del Lcdo. José C. Vázquez y el Sr. José A. Hernández, para las cuales se certificó la disponibilidad de fondos en la cuenta asignada a la Oficina de Reforma el pasado 13 de noviembre de 2020 a través de los comunicados OS-4-OR-1-789 y 790, respectivamente, en efecto comprende el periodo del 1 de enero al 30 de junio de 2021 (6 meses). Para cualquier otra información en relación con lo anterior no vacile en contactarnos.


