

GOBIERNO DE PUERTO RICO
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

SAEA-1-017-143
14 de diciembre de 2020

## Personal esencial en la SAEA
## Para que no se afecten los trabajo de cumplimiento con el Acuerdo

| # control | NOMBRE | | | | Placa | UNIDAD |
|---|---|---|---|---|---|---|
| 1 | Cnel. | Orlando | Rivera | Lebrón | 1-13362 | Ofic. Com. Aux. |
| 2 | Insp. | Angel M. | Martinez | Rosario | 4-15078 | Ofic. Com. Aux. |
| 3 | Capt. | Francisco I. | Santiago | Andino | 5-18394 | Oficial Administrativo Ofic. Com. Aux. |
| 4 | Capt. | Jesús G. | Silva | Otero | 5-16502 | Decano De Tiro |
| 5 | Tte. I | Blanca R. | Pérez | Colón | 6-15029 | Decana Asuntos Academicos |
| 6 | Tte. I | Diana | Meléndez | Ríos | 6-24200 | Decana Disc. y Seguridad |
| 7 | Tte. I | Lucas | Avilés | Pacheco | 6-24154 | Director Educación a Distancia |
| 8 | Tte.II | Joseph | Molina | Cabrera | 7-12867 | Asuntos Académicos |
| 9 | Tte. II | Norma | Arce | Cruz | 8-18598 | Disciplina y Seguridad |
| 10 | Tte.II | María | Asia | De Jesús | 7-14949 | Disc. Y Seguridad |
| 11 | Tte. II | Higinio | Beltrán | Colón | 8-13981 | Asuntos Académicos |
| 12 | Tte. II | Alma | Montañez | Vázquez | 7-24011 | Asuntos Académicos |
| 13 | Tte.II | Nilsa E. | Morales | Espinell | 7-19559 | Coordinadora Central Adiestramientos, Ofic. Com. Aux. |
| 14 | Tte. II | Josephine | Jiménez | Medina | 8-33623 | Decana Asuntos Estudiantiles |
| 15 | Sgto. | Carlos R. | Díaz | Rivera | 8-16813 | Asuntos Académicos |
| 16 | Sgto. | Edwin | Vitali | Figueroa | 8-16484 | Coordinador Adiestramientos, Ofic. Com. Aux. |
| 17 | Sgto. | Eric | Flores | Sánchez | 8-18847 | Coordinador Adiestramientos Unidades Especialozadas, Ofic. Com. Aux. |
| 18 | Sgto. | Rafael | Mercado | Jiménez | 8-24570 | Servicios Generales |
| 19 | Sgto. | Jessica | Cruhigger | Olmeda | 8-25921 | Asuntos Académicos |
| 20 | Sgto. | Yesenia | Marfisi | Pomales | 8-27407 | Asuntos Académicos |
| 21 | Sgto. | Carmen I | Rivera | Pérez | 8-28429 | Asuntos Académicos |
| 22 | Sgto. | Yamilka | Díaz | Polo | 8-34166 | Asuntos Académicos |
| 23 | Sgto. | Rafael | Ramos | Ojeda | 8-34598 | Disciplina y Seguridad |
| 24 | Sgto. | Tom | Franco | Ortiz | 8-34828 | Asuntos Académicos |
| 25 | Sgto. | Israel | Díaz | Denis | 8-15780 | Disciplina y Seguridad |
| 26 | Sgto. | Gerardo | Díaz | Aponte | 8-20675 | Disciplina y Seguridad |
| 27 | Sgto. | José | Huertas | Nieves | 8-22129 | Disciplina y Seguridad |
| 28 | Sgto. | Ángel | Hernández | Pérez | 8-22906 | Servicios Generales |
| 29 | Sgto. | Vicente | Villegas | Laboy | 8-30947 | Asuntos Académicos |
| 30 | Sgto. | Arlene | Colón | Peña | 8-35517 | Asuntos Académicos |
| 31 | Sgto. | José | Lacén | Cepeda | 8-15336 | Decanato de Tiro |
| 32 | Sgto. | José | Domena | Ríos | 8-16437 | Decanato de Tiro |
| 33 | Sgto. | William | Rosario | Rosado | 8-19568 | Decanato de Tiro |
| 34 | Sgto. | Samuel | Lugo | Rodríguez | 8-31575 | Decanato de Tiro |
| 35 | Sgto | Gil | Rivera | Cornier | 8-17488 | Decanato de Tiro |
| 36 | Sgto. | Ángel | Rodríguez | Serrano | 8-18337 | Decanato de Tiro |
| 37 | Sgto. | Pedro | Flores | Morales | 8-34572 | Decanato de Tiro |
| 38 | Sgto. | Jemilys | Cruz | Lebrón | 8-35111 | Directora Ofc. Com Aux. |
| 39 | Agte. | Luis A. | Sánchez | Méndez | 16708 | Adiestramientos Unidades Especializadas, Ofic. Com. Aux. |
| 40 | Agte. | Jorge L. | Haddock | Sánchez | 30127 | Adiestramientos Unidades Especializadas, Ofic. Com. Aux. |
| 41 | Agte. | Enrique | Villahermosa | Aguasvivas | 24103 | Servicios Generales |
| 42 | Agte. | Guillermo | Anaya | Sifuente | 31638 | Servicios Generales |
| 43 | Agte. | Desiree | Rivera | Rosado | 33315 | Servicios Generales |
| 44 | Agte. | Iván | López | Ginorio | 35020 | Servicios Generales |
| 45 | Agte. | Carlos | Ruíz | Ortíz | 15937 | Servicios Generales |
| 46 | Agte. | Genaro | Cartagena | Castillo | 32383 | Servicios Generales |
| 47 | Agte. | Emmanuel | Vargas | Maldonado | 36364 | Servicios Generales |
| 48 | Agte. | Jesús | Pastrana | Díaz | 17835 | Servicios Generales |
| 49 | Agte. | José O. | Rodríguez | Berrios | 35566 | Servicios Generales |



GOBIERNO DE PUERTO RICO
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

SAEA-1-017-143
14 de diciembre de 2020

## Personal esencial en la SAEA
## Para que no se afecten los trabajo de cumplimiento con el Acuerdo

| # control | NOMBRE | | | | Placa | UNIDAD |
|---|---|---|---|---|---|---|
| 50 | Agte. | Roland | Lugo | Ruíz | 34792 | Asuntos Académicos |
| 51 | Agte. | Yamil | Reyes | Cotto | 34979 | Asuntos Académicos |
| 52 | Agte. | Jose | Hiraldo | Benítez | 17205 | Asuntos Académicos |
| 53 | Agte. | Ricardo | Rodríguez | Santiago | 34989 | Asuntos Académicos |
| 54 | Agte. | Jorge | Encarnación | Delgado | 35079 | Adiestramientos Unidades Especializadas, Ofic. Com. Aux. |
| 55 | Agte. | Yessenia | Rivera | Santos | 36967 | Asuntos Académicos |
| 56 | Agte. | Aileen | Carlo | Rivera | 13934 | Asuntos Académicos |
| 57 | Agte. | William | Cantres | Nieves | 23532 | Disciplina y Seguridad |
| 58 | Agte. | Santiago | López | Perales | 26614 | Decanato Asuntos Academicos |
| 59 | Agte. | Maggie | Rivera | Pacheco | 26774 | Decanato Asuntos Academicos |
| 60 | Agte. | Elvin | Santana | Velázquez | 34945 | Decanato Asuntos Academicos |
| 61 | Agte. | José | Nieves | Martínez | 32435 | Decanato Servicios Generales |
| 62 | Agte. | José | Fernández | Santa | 35159 | Decanato Asuntos Academicos |
| 63 | Agte. | Diana | Marrero | Trinidad | 13935 | Escuela Investigacion Criminal |
| 64 | Agte. | Noel | Ramos | Ortiz | 17851 | Escuela Investigacion Criminal |
| 65 | Agte. | Frances | Moctezuma | Carrasquillo | 26452 | Escuela Investigacion Criminal |
| 66 | Agte. | Cindy | Rodríguez | Laboy | 34144 | Escuela Investigacion Criminal |
| 67 | Agte. | Joan | Ortíz | López | 19012 | Escuela Investigacion Criminal |
| 68 | Agte. | Miguel | Luzunaris | Marcano | 24681 | Disciplina y Seguridad |
| 69 | Agte. | Julio | González | Gómez | 30300 | Disciplina y Seguridad |
| 70 | Agte. | Evelyn | Arroyo | Morales | 36712 | Asuntos Académicos |
| 71 | Agte. | Glorimar | Morales | Pagán | 32793 | Dec. Disciplina Y Seguridad |
| 72 | Agte. | Daisy | Zambrana | De León | 37096 | Dec. Disciplina Y Seguridad |
| 73 | Agte. | Rafael | Anaya | Arroyo | 19733 | Dec. Disciplina Y Seguridad |
| 74 | Agte. | José | Lebrón | Montañez | 21524 | Dec. Disciplina Y Seguridad |
| 75 | Agte. | José | Torres | Muñoz | 21854 | Dec. Disciplina Y Seguridad |
| 76 | Agte. | Samily | Rodríguez | Lassalle | 22480 | Dec. Disciplina Y Seguridad |
| 77 | Agte. | David | Rivera | Collazo | 23828 | Dec. Disciplina Y Seguridad |
| 78 | Agte. | Edwin | Quiñones | Matos | 24458 | Dec. Disciplina Y Seguridad |
| 79 | Agte. | Eddie | Rivera | Santiago | 24562 | Dec. Disciplina Y Seguridad |
| 80 | Agte. | Carmen | Maldonado | Hernández | 30108 | Dec. Disciplina Y Seguridad |
| 81 | Agte. | Bernice | Lugo | Rivera | 36628 | Disciplina y Seguridad |
| 82 | Agte. | Benjamín | Flores | Miranda | 32021 | Dec. Disciplina Y Seguridad |
| 83 | Agte. | Mario | Morales | López | 25342 | Decanato Servicios Generales |
| 84 | Agte. | Francisco | Ramos | García | 33332 | Dec. Disciplina Y Seguridad |
| 85 | Agte. | Ernesto | Ortíz | Hernández | 23429 | Decanato Asuntos Estudiantiles |
| 86 | Agte. | Judith | Colón | García | 21922 | Decanato Asuntos Estudiantiles |
| 87 | Agte. | Obed | Colón | Matos | 28037 | Decanato Asuntos Estudiantiles |
| 88 | Agte. | Luis | Alicea | Vega | 4480 | Decanato de Tiro |
| 89 | Agte. | Julia | Anaya | Suárez | 13751 | Decanato De Tiro |
| 90 | Agte. | Candido | Rivera | Santos | 21875 | Decanato De Tiro |
| 91 | Agte. | Raúl | Hernández | Padilla | 13169 | Decanato De Tiro |
| 92 | Agte. | Rafael | Lugo | Hernández | 15711 | Decanato De Tiro |
| 93 | Agte. | Osvaldo | Berrios | Franco | 15838 | Decanato De Tiro |
| 94 | Agte. | Eulises | Sandoval | Rivera | 16278 | Decanato De Tiro |
| 95 | Agte. | Héctor | Vázquez | Robles | 17686 | Decanato De Tiro |
| 96 | Agte. | Erick | Pellicier | Valdés | 27738 | Decanato De Tiro |
| 97 | Agte. | Jorge | Sánchez | Díaz | 27908 | Decanato De Tiro |
| 98 | Agte. | Víctor | Rivera | Vargas | 28463 | Decanato De Tiro |
| 99 | Agte. | Osvaldo | Martínez | Rivera | 17328 | Decanato de Tiro |
| 100 | Agte. | Marcos | Torres | Hernández | 21529 | Decanato de Tiro |



GOBIERNO DE PUERTO RICO
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

SAEA-1-017-143
14 de diciembre de 2020

## Personal esencial en la SAEA
## Para que no se afecten los trabajo de cumplimiento con el Acuerdo

| # control | NOMBRE | | | | Placa | UNIDAD |
|---|---|---|---|---|---|---|
| 101 | Agte. | Rubén | Carillo | Fuentes | 17146 | Decanato de Tiro |
| 102 | Agte. | Jorge | Quiles | Santana | 15147 | Decanato de Tiro |
| 103 | Agte. | Juan | Ortiz | Correa | 26482 | Decanato de Tiro |
| 104 | Agte. | Luis | Bruno | González | 29445 | Decanato De Tiro |
| 105 | Agte. | James | Figueroa | Rosado | 29776 | Decanato de Tiro |
| 106 | Agte. | Zequiel | Crespo | Flores | 31965 | Decanato de Tiro |
| 107 | Agte. | Darlene | Romero | Torres | 32678 | Decanato de Tiro |
| 108 | Agte. | José | Santos | Gómez | 34038 | Decanato de Tiro |
| 109 | Agte. | Ángel | Serrano | Rivera | 35785 | Decanato de Tiro |
| 110 | Agte. | Daniel | Millán | Santana | 23626 | Decanato de Tiro |
| 111 | Agte. | Luis | Ortiz | Vélez | 27754 | Decanato de Tiro |
| 112 | Agte. | Santos | Santiago | González | 16868 | Decanato de Tiro |
| 113 | Agte. | Moisés | Hernández | Millet | 25460 | Decanato de Tiro |
| 114 | Agte. | Alfredo | Tirado | González | 18931 | Decanato de Tiro |
| 115 | Agte. | Gilberto | Santiago | Rivera | 19397 | Decanato de Tiro |
| 116 | Agte. | Luis | De Jesús | Ortiz | 20224 | Decanato de Tiro |
| 117 | Agte. | Rubén | Pagán | Soto | 25565 | Decanato de Tiro |
| 118 | Agte. | Luis | Arroyo | Montalvo | 30399 | Decanato de Tiro |
| 119 | Agte. | Luis | Sánchez | Galarza | 18060 | Decanato de Tiro |
| 120 | Agte. | Reinaldo | Marcial | Mattei | 15846 | Decanato de Tiro |
| 121 | Agte. | Eddie | Torres | Montalvo | 24009 | Decanato de Tiro |
| 122 | Agte. | Pedro | Ramos | Vélez | 22660 | Decanato de Tiro |
| 123 | Agte. | Gadiel | Santiago | Guzmán | 30889 | Decanato de Tiro |
| 124 | Agte. | William | Hernández | Badillo | 30086 | Decanato de Tiro |
| 125 | Agte. | Wendeliz | Avilés | Cajigas | 30361 | Decanato de Tiro |
| 126 | Agte | Juan | Rosa | Robledo | 28437 | Decanato de Tiro |
| 127 | Agte. | Ángel | Rodríguez | Vargas | 24942 | Decanato de Tiro |
| 128 | Agte. | Isander | Galarza | Pagán | 31600 | Decanato de Tiro |
| 129 | Agte. | Nathanel | Díaz | Calzada | 31800 | Decanato De Tiro |
| 130 | Age. | Edwin | Pérez | Márquez | 20714 | Decanato De Tiro |
| 131 | Agte. | Itamara | Ruiz | Centeno | 24004 | Decanato De Tiro |
| 132 | Agte. | Emanuel | Rivera | De Jesús | 32399 | Decanato De Tiro |
| 133 | Agte. | Eduardo | Román | Adorno | 36984 | Decanato de Tiro |
| 134 | Agte. | Juan | Mujica | Hernández | 26964 | Servicios Generales |
| 135 | Agte. | Iván | Díaz | Maldonado | 27397 | Servicios Generales |
| 136 | Agte. | Carlos | Vega | Maysonet | 33504 | Servicios Generales |
| 137 | Agte. | Frances | Santiago | Flores | 33576 | Disciplina y Seguridad |
| 138 | Agte. | Marian | Brito | Amarro | 34175 | Disciplina y Seguridad |
| 139 | Agte. | Julio | Marcano | Fantauzzi | 23508 | Asuntos Académicos |
| 140 | Agte. | Heriberto | Díaz | De Jesús | 35911 | Asuntos Académicos |
| 141 | Agte. | Jesús | Suárez | Torres | 27764 | Adiestramientos Unidades Especializadas, Ofic. Com. Aux. |
| 142 | Agte. | Carlos | Arieta | Rivera | 18463 | Asuntos Académicos |
| 143 | Agte. | Marlene | Andino | Rivera | 28262 | Asuntos Académicos |
| 144 | Agte. | Johannie | De Jesús | Borrero | 28355 | Asuntos Académicos |
| 145 | Agte. | Grisheida | Rivera | Gordian | 35685 | Asuntos Académicos |
| 146 | | Jeffrey | Rodríguez | Tollinchi | Civil | Sección Comedor |
| 147 | | Sergio | Ortíz | Dones | Civil | Sección Comedor |
| 148 | | Edwin | Carrillo | De León | Civil | Sección Comedor |
| 149 | | Ángel | De Jesús | De Jesús | Civil | Sección Comedor |
| 150 | | Isaías | Santos | Colón | Civil | Sección Comedor |
| 151 | | Pedro | Torres | Ortiz | Civil | Decano Serv. Generales |



GOBIERNO DE PUERTO RICO
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

SAEA-1-017-143
14 de diciembre de 2020

## Personal esencial en la SAEA
## Para que no se afecten los trabajo de cumplimiento con el Acuerdo

| # control | NOMBRE | | | | Placa | UNIDAD |
|---|---|---|---|---|---|---|
| 152 | | Luis | Báez | Rodríguez | Civil | Sección Mantenimiento |
| 153 | | Henry | Jiménez | Marrero | Civil | Sección Mantenimiento |
| 154 | | José | Ocasio | Ortiz | Civil | Sección Mantenimiento |
| 155 | | Sandra | Colón | Nuncci | Civil | Bibliotecaría |
| 156 | | Marcos | Ventura | Sánchez | Civil | Registrador |
| 157 | | Natividad | García | Leduc | Civil | Decanato De Tiro |
| 158 | | Victor | Torres | Berrios | Civil | Asuntos Académicos |
| 159 | | Melitza | Martínez | Guadalupe | Civil | Asuntos Académicos |
| 160 | | Rosaline | Díaz | Mendero | Civil | Secretaria, Ofic. Com. Aux. |
| 161 | | Rafael | Cruz | Ortíz | contrato | Registraduría |
| 162 | | Orlando | Rodríguez | Pagán | contrato | Asuntos Académicos |
| 163 | | Hilda | Torres | Pérez | contrato | Registraduría |
| 164 | | Iris | Ramos | Melendez | contrato | Asuntos Académicos |
| 165 | | Ramón A. | Pagán | González | contrato | Asuntos Académicos |
| 166 | | Lcdo. Edwin | Ramos | Rivera | contrato | Asuntos Académicos |
| 167 | | Lcdo. Maribe | Vidal | Valdes | contrato | Asuntos Académicos |
| 168 | | Lcda. Claudi | Landor | Concepción | contrato | Asuntos Académicos |
| 169 | | Lcda.Albis | Rivera | Medero | contrato | Asuntos Académicos |
| 170 | | Lcda. Magali | Díaz | Figueroa | contrato | Asuntos Académicos |
| 171 | | Consultora Y | Tirado | Cruz | contrato | Asuntos Académicos |
| 172 | | Dra. Lilliam | Pabón | Nieves | contrato | Asuntos Académicos |
| 173 | | Dra. Sonia M. | Santiago | Hernández | contrato | Asuntos Académicos |

Cnel. Orlando Rivera Lebrón 1-13362
Comisionado Auxiliar en Educación y Adiestramiento