# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE BUREAU,**<br><br>**Defendants.** | **Case No. 12-2039 (GAG)** |

## MOTION REQUESTING LEAVE OF COURT
## TO FILE DOCUMENTS IN THE SPANISH LANGUAGE

**TO THE HONORABLE COURT:**

Come now, Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, by and through the undersigned counsels, and respectfully state and pray as follows

1. On this date, the Defendants of caption filed a Motion for Reconsideration of Court Orders.

2. The Defendants respectfully request leave of Court to file the attachments in support of the referenced motion for reconsideration in the Spanish language as well as thirty (30) days to submit a translation of the documents in the English language.

**WHEREFORE,** the Defendants respectfully request that the Court take notice of the above, and Grant leave to file (a) the attachments in support of Defendants' Motion For Reconsideration of Court Orders in the Spanish language and (b) an extension of time of thirty (30) days to submit the translations of said attachments in the English language.

In San Juan, Puerto Rico, this 17th day of December, 2020.

*s/Raúl E. Bandas*
Raúl E. Bandas
USDC-PR No. 207809

s/*Carlos M. Rivera-Vicente*
Carlos M. Rivera-Vicente
USDC-PR No. 126304

*s/Marta L. Rivera Ruiz*
Marta L. Rivera Ruiz
USDC-PR No. 221201

*s/Angel A. Valencia-Aponte*
Angel A. Valencia-Aponte
USDC-PR No. 123905

Counsels for Defendants

**Cancio, Nadal & Rivera, LLC**
PO Box 364966
San Juan, PR 00936-4966
Ave. Muñoz Rivera 403
Hato Rey, Puerto Rico 00918-1145
Tel. (787) 767-9625
Fax: (787) 622-2238

Emails: rbandas@cnr.law
crivera@cnr.law
mrivera@cnr.law
angelvalencia@cnr.law

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Motion Requesting Reconsideration of Order with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

In San Juan, Puerto Rico, this 17th day of December, 2020.

*s/Raúl E. Bandas*
Raúl E. Bandas-del Pilar
USDC-PR No. 207809
Counsel for Defendants

2