# Saucedo, Luis E (CRT)

| | |
|---|---|
| **From:** | Raul E. Bandas Del Pilar <rbandas@cnr.law> |
| **Sent:** | Thursday, October 29, 2020 11:14 AM |
| **To:** | Alejandro del Carmen; Angel Valencia |
| **Cc:** | Saucedo, Luis E (CRT); Lopez, Sarah (CRT); Castillo, Jorge (CRT); Roberto Abesada Agüet; Tom Petrowski |
| **Subject:** | RE: Notification on behalf of the Court |

Dear Mr. Carmen,

Thank you for sharing the information with me. I will further share your thoughts with all concerned persons at PRPB and DPS. We need an interpreter ASAP. Regards.

Very respectfully,

Raul


**Raul E. Bandas Del Pilar**

*(787) 767-9625* *rbandas@cnr.law*



**Cancio, Nadal & Rivera, L.L.C.**
*403 Muñoz Rivera Ave. | San Juan, P.R. 00918-3345*
*P.O. Box 364966 | San Juan, P.R. 00936-4966*

   www.cnr.law

CONFIDENTIALITY NOTE: This communication contains information belonging to CANCIO, NADAL & RIVERA, L.L.C. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

-----Original Message-----
From: Alejandro del Carmen <delcarmen@specialmasterpuertorico.com>
Sent: Thursday, October 29, 2020 11:09 AM
To: Raul E. Bandas Del Pilar <rbandas@cnr.law>; Angel Valencia <angelvalencia@cnr.law>
Cc: Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>; Sarah Lopez <Sarah.Lopez@usdoj.gov>; Jorge Castillo <Jorge.Castillo@usdoj.gov>; Roberto Abesada Agüet <ra@calopsc.com>; Tom Petrowski <petrowski@specialmasterpuertorico.com>
Subject: Notification on behalf of the Court

Dear Mr. Bandas and Mr. Valencia,

As noted in my previous email correspondence with you all, the Court has requested, on multiple occasions, that the PRPB retain and make available, a translator for all methodology-related calls. The use of a translator can ensure that

the methodology discussions are done in an effective and efficient manner while cutting back on the time and expenses typically incurred by the additional time it takes to translate all of our discussions. As such, the Court does expect that at our next methodology discussion, a translator will be in place. If you have any questions, please do not hesitate to reach out to me.

Sincerely,

Alex del Carmen, Ph.D.
Special Master