## Saucedo, Luis E (CRT)

| | |
|---|---|
| **From:** | Raul E. Bandas Del Pilar <rbandas@cnr.law> |
| **Sent:** | Tuesday, September 1, 2020 9:11 AM |
| **To:** | John Romero; Roberto Abesada Agüet; Saucedo, Luis E (CRT); Alejandro del Carmen |
| **Cc:** | Carlos M. Rivera-Vicente; Marta L. Rivera-Ruiz; Angel Valencia |
| **Subject:** | PRPB's Request for Use of Spanish Language During Official Meetings |

Mr. Romero and Mr. Saucedo,

Good morning.  Recently, COL Clementina Vega brought to my attention her concern that all VTCs are being conducted, by default, in English as opposed to Spanish, as it allegedly had been the customary practice before our firm was retained by the Commonwealth.  She claims PRPB officials are at a disadvantage due to the language barrier, and that this is inconsistent with the spirit of Consent Decree signed by the parties.  Hence, COL Vega recommends that going forward all communications, including VTCs, be conducted in Spanish during official meetings.

As I had previously shared with the group, Ms. Melinda Romero, COS PRPB, is considering retaining the services of , an extremely competent local interpreter, to assist COL Vega and her staff during VTCs and other forums.  If we hold VTCs in Spanish, then  would be translating largely for the benefit of the Office of the Federal Monitor, USDoJ, and other participants.

I wish to know if you have any thoughts on this matter.  Thank you for your attention.

Sincerely,

Raúl

**Raul E. Bandas Del Pilar**
📞 *(787) 767-9625*  📧 *rbandas@cnr.law*



**Cancio, Nadal & Rivera, L.L.C.**
*403 Muñoz Rivera Ave. | San Juan, P.R. 00918-3345*
*P.O. Box 364966 | San Juan, P.R. 00936-4966*
🌐 www.cnr.law

CONFIDENTIALITY NOTE: This communication contains information belonging to CANCIO, NADAL & RIVERA, L.L.C. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.