Ex. C

**Saucedo, Luis E (CRT)**

| | |
|---|---|
| **From:** | Raul E. Bandas Del Pilar <rbandas@cnr.law> |
| **Sent:** | Friday, November 13, 2020 8:02 AM |
| **To:** | Alejandro del Carmen; Angel Valencia |
| **Cc:** | John Romero; Saucedo, Luis E (CRT); Lopez, Sarah (CRT); Castillo, Jorge (CRT); Clementina Vega Rosario; Alba I Diaz Torres; Alfredo Castellanos; Rafael Ruiz; David Levy; Federico Hernandez Denton; Javier B. Gonzalez; Scott Cragg; gosselin.intl@gmail.com; Pedro Janer Roman; Melinda K. Romero; Marta L. Rivera-Ruiz; Tom Petrowski; Rita Watkins; alyoun; Denise Rodriguez |
| **Subject:** | RE: Court Order |

Dear Mr. del Carmen,

Please note that, despite repeated efforts made for the appointment of a qualified interpreter, the Department of Public Safety has not retained the services of a professional interpreter yet.  I will contact Secretary Janer shortly to further inquire into the contract to be awarded to ▮▮▮▮▮▮▮▮▮  I will keep you and the officers listed above abreast of the developments.  Regards.

Very respectfully,

Raul


**Raul E. Bandas Del Pilar**
 *(787) 767-9625*  ✉*rbandas@cnr.law*



**Cancio, Nadal & Rivera, L.L.C.**
*403 Muñoz Rivera Ave. | San Juan, P.R. 00918-3345*
*P.O. Box 364966 | San Juan, P.R. 00936-4966*
   www.cnr.law

CONFIDENTIALITY NOTE: This communication contains information belonging to CANCIO, NADAL & RIVERA, L.L.C. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Alejandro del Carmen <delcarmen@specialmasterpuertorico.com>
**Sent:** Friday, November 13, 2020 8:50 AM
**To:** Raul E. Bandas Del Pilar <rbandas@cnr.law>; Angel Valencia <angelvalencia@cnr.law>
**Cc:** John Romero <jrrjjr.romero@gmail.com>; Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>; Lopez, Sarah (CRT) <Sarah.Lopez@usdoj.gov>; Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>; Clementina Vega Rosario <cvega@policia.pr.gov>; Alba I Diaz Torres <AIDiaz2@policia.pr.gov>; Alfredo Castellanos <alfredo@cglawpr.com>; Rafael Ruiz <stodgo1971@yahoo.com>; David Levy <dplevy@gmail.com>; Federico Hernandez Denton <fhernandezdenton@gmail.com>; Javier B. Gonzalez <javier.benito@me.com>; Scott Cragg <scott.cragg@crystalreefllc.com>; gosselin.intl@gmail.com; Pedro Janer Roman <pjaner@dsp.pr.gov>; Melinda K.

Romero <mkromero@dsp.pr.gov>; Marta L. Rivera-Ruiz <mrivera@cnr.law>; Tom Petrowski <petrowski@specialmasterpuertorico.com>; Rita Watkins <drritawatkins@gmail.com>; alyoun <alyoun@aol.com>; Denise Rodriguez <Drodriguez_PRI@outlook.com>
**Subject:** Court Order

Dear Mr. Bandas and Mr. Valencia,

The Court has asked that you notify us if a translator will be in place for the methodology meeting this morning. Please see (below) court order filed this morning.

**ORDER: The Court was informed by the Special Master that PRPB yesterday did not have available a translator for the continued methodology discussions. PRPB as of today shall have a translator available in all further discussions as well as other formal matters in which the parties, Monitor and Special Master participate. No exceptions. Signed by Judge Gustavo A. Gelpi on 11/13/2020. (CRH)**

Dear all,

Please let me know if you are able to connect via Zoom on the following dates/times:

November 12 (Thursday) from 3 p.m. to 5 p.m. EST.

November 13 (Friday) from 10 a.m. to 12 p.m. EST.

November 17, (Monday) from 1 p.m. to 3 p.m. EST.

Please use the following Zoom information in order to connect:

The Zoom information is below:

Join Zoom Meeting

Meeting ID:
One tap mobile
+13462487799,, ▮▮▮▮▮ # US (Houston)
+16699006833,, ▮▮▮▮▮ # US (San Jose)

Dial by your location
    +1 346 248 7799 US (Houston)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 646 558 8656 US (New York)
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)

Meeting ID: █████████
Find your local number: ████████████████████████████