**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

November 20, 2020 through December 22. 2020

INVOICE # ASM2020-12           **TOTAL DUE $ 9,300.00**
ASSISTANT SPECIAL MASTER
NOVEMBER INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 9.5 | Reviewed and worked on documents related to the Transition reports and orders, PRPD and DOJ response to the Monitor's CMR-2 report, CMR-3 Document and file requests, the Monitor's requests for policies, manuals and forms from PRPD, drafts of Admin Order DSP-2020-AO-004 and related materials, email and discuss with the Special Master and other parties. | $1,425 |
| 13.5 | Drafted, reviewed and responded to emails and all other documents/communications with respective parties and the Court. | $2,025 |
| 22 | Complied with the court's order for the Office of the Special Master to investigate and draft Informative Motion outlining the manner in which the PRPB has implemented the Court approved COVID-19 protocol for the Department and its officers. Review and discuss responses from DOJ and the Commonwealth on the Special Master's motion and the court's response. | $3,300 |
| 17 | Zoom meetings and/or Conference calls with the Parties. | $2,550 |

Total Wages Due = $9,300

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Thomas J. Petrowski_                                                 12/21/20
Thomas D. Petrowski