Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

November 20, 2020 through December 20, 2020

INVOICE # SM2020-9        **TOTAL DUE $ 17,025.00**
SPECIAL MASTER
DECEMBER 2020 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 35 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $5,250 |
| 11.5 | Conference calls with the Monitoring Team members and Court. | $1,725 |
| 7.5 | Conference calls with the Parties and Monitor. | $1,125 |
| 28 | Reviewed and provided feedback related to statistical sampling strategy. Participated in conference calls on sampling strategy. Reviewed and completed sampling and related documents. | $4,200 |
| 23.5 | Reviewed, assessed and provided feedback on motions and orders related to COVID-19 Protocol. | $3,525 |
| 8 | Reviewed and worked on document related to promotional assessment. | $1,200 |
|  |  | $17,025 |

## Total Wages Due = $17,025.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*                                      _____
      **Dr. Alejandro del Carmen**                                 **12/20/20**