# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO. 3:12-cv-2039 (GAG)** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO** and the **PUERTO RICO POLICE DEPARTMENT,** | |
| Defendants. | |

## NOTICE TO CLERK REGARDING ECF NO. 1666

**TO THE CLERK OF THE COURT:**

**NOW COMES,** John Romero, in his capacity as Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor's Office ("Monitor's Office"), respectfully requests the docket clerk to strike ECF No. 1666 from the record which was filed in error. The correct docket entry is at ECF No. 1667.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of December 2020.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA
LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
ra@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP