IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,                               Civ. Case No. 12-2039 (GAG)

Vs.

COMMONWEALTH OF PUERTO RICO
and the PUERTO RICO POLICE BUREAU,

    Defendants
_____/

## MOTION TO RESTRICT FILING TO SELECTED PARTIES LEVEL

**TO THE HONORABLE COURT:**

    **COME NOW,** Defendants, through their undersigned attorneys, and very respectfully allege and pray as follows:

1. On this date the captioned defendants filed "Motion in Compliance with Court Order."

2. In accordance with this court's Standing Order No. 9, said motion was filed using the "Selected Parties" filing and viewing level. The reason for filing under said level is that the motion contains confidential, sensitive information which is to be protected in accordance with L.Civ.R. 5.2.

3. The Defendants very respectfully submit that protection of the confidential information contained in said motion outweighs the presumption for public access to said motion.

    **WHEREFORE,** it is very respectfully requested from this Honorable Court that it takes notice of the information contained herein and further orders the aforementioned motion to be filed at the "Selected Parties" filing and viewing level.

1

In San Juan, Puerto Rico, this 30th day of December, 2020.

*s/Raúl E. Bandas*
Raúl E. Bandas
USDC-PR No. 207809

*s/Carlos M. Rivera-Vicente*
Carlos M. Rivera-Vicente
USDC-PR No. 126304

*s/Marta L. Rivera Ruiz*
Marta L. Rivera Ruiz
USDC-PR No. 221201

Counsels for Defendants

**Cancio, Nadal & Rivera, LLC**
PO Box 364966
San Juan, PR 00936-4966
Ave. Muñoz Rivera 403
Hato Rey, Puerto Rico 00918-1145
Tel. (787) 767-9625
Fax: (787) 622-2238

Emails: rbandas@cnr.law
crivera@cnr.law
mrivera@cnr.law

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing Motion Requesting Reconsideration of Order with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

In San Juan, Puerto Rico, this 30th day of December 2020.

*s/Raúl E. Bandas*
Raúl E. Bandas-del Pilar
USDC-PR No. 207809
Counsel for Defendants