IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,                               Civ. Case No. 12-2039 (GAG)

Vs.

COMMONWEALTH OF PUERTO RICO
and the PUERTO RICO POLICE BUREAU,

    Defendants
_____/

**MOTION IN COMPLIANCE WITH COURT ORDER AND
CLARIFICATION OF DOCUMENT FILING**

**TO THE HONORABLE COURT:**

    **COME NOW,** Defendants, through their undersigned attorneys, and very respectfully allege and pray as follows:

    1. On December 17, 2020, the Defendants of caption filed a "Motion Requesting Leave Of Court to File Documents In The Spanish Language", ECF No. 1655, seeking leave of court to file the attachments in support of a motion inadvertently referenced therein as "Motion for Reconsideration," and not the intended "Motion In Compliance With Transition Order," ECF No. 1654. On that date, this Honorable Court entered an Order granting Defendants' motion for leave and afforded them 20 days to file with the Court the documents in the English language. See, ECF No. 1656.

    2. Attached herewith are the certified translations in the English language of three sets of documents offered in support of the referenced Motion in Compliance with Transition Order:

    a. Essential Staff Certification, OS-4-OR-1-837, dated December 14, 2020;

    b. Contract Extensions Certification, OS-4-OR-1-857, dated December 17, 2020; and,

1

c. Essential Staff in the SAEA, SAEA-1-017-143, dated December 14, 2020

**WHEREFORE,** the Commonwealth of Puerto Rico and the PRPB respectfully request the Court to take notice of the above.

In San Juan, Puerto Rico, this 5th day of January, 2021.

*s/Raúl E. Bandas*
Raúl E. Bandas
USDC-PR No. 207809

*s/Carlos M. Rivera-Vicente*
Carlos M. Rivera-Vicente
USDC-PR No. 126304

*s/Marta L. Rivera Ruiz*
Marta L. Rivera Ruiz
USDC-PR No. 221201

Counsels for Defendants

**Cancio, Nadal & Rivera, LLC**
PO Box 364966
San Juan, PR 00936-4966
Ave. Muñoz Rivera 403
Hato Rey, Puerto Rico 00918-1145
Tel. (787) 767-9625
Fax: (787) 622-2238

Emails: rbandas@cnr.law
crivera@cnr.law
mrivera@cnr.law

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing Motion Requesting Reconsideration of Order with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

In San Juan, Puerto Rico, this 5th day of January, 2021.

*s/Raúl E. Bandas*
Raúl E. Bandas-del Pilar
USDC-PR No. 207809
Counsel for Defendants