CERTIFIED TRANSLATION



**GOVERNMENT OF PUERTO RICO**
Department of Public Safety
Puerto Rico Police Department

PEDRO J. JANER ROMÁN
SECRETARY

HENRY ESCALERA RIVERA
COMMISSIONER

OS-4-OR-1-837

December 14, 2020

## Essential Staff in the Office of Reform
## so that Agreement Compliance work is not affected

| NAME | PLAQUE | FUNCTIONS | STATUS |
|---|---|---|---|
| Col. Clementina Vega Rosario | 1-13603 | Director | Career |
| Lt. Col. Alba I. Diaz Torres | 2-18280 | Assistant Director | Career |
| Capt. Alexander Acevedo Ruiz | 5-24046 | Process Evaluation Supervisor | Career |
| Lt. Raúl A. González Bermúdez | 7-7653 | Policies and Procedures Section | Career |
| Lt. Eddie Vicente Rivera | 7-27873 | Administration | Career |
| Lt. Luis A. Vázquez Centeno | 7-27947 | Process Evaluation / SAEA | Career |
| Lt. Alexis O. Quiñones Ortiz | 7-28295 | Supervisor Policy and Procedures / Central Coordinator Electrical Control Device | Career |
| II Lt. Irán Sánchez Dávila | 7-30581 | Administration Supervisor / Budget | Career |
| II Lt. Yamillette Acevedo Rodríguez | 7-31399 | Process / Production Evaluation of Monitor Documents | Career |
| II Lt. José R. Santana González | 7-31657 | Policies and Procedures Section | Career |
| Sgt. María La Luz Rentas | 8-18111 | Training Coordinator | Career |
| Sgt. Angel Rodríguez Figueroa | 8-19505 | Process Evaluation | Career |
| Sgt. Pedro Cruz Febo | 8-29859 | Process Evaluation | Career |
| Ofc. Janet Cumba Berrios | 23515 | Administration and Purchasing | Career |
| Ofc. Marilyn Santana Alvarez | 29331 | Policies and Procedures Section | Career |
| Ofc. Josué Florán Adorno | 34285 | Administration | Career |
| José A. De Jesús Martínez | 34848 | Administration | Career |
| José M. Núñez Sierra | 36692 | Administration | Career |
| Ofc. Yanira Rodríguez Carmona | 36765 | Administration | Career |
| Ms. Yahaira Pérez Román | Civilian | Executive Officer III | Career |
| Mrs. Ninoshka M. Nussa Mulero | Civilian | Office Systems Technology III | Transitory |
| José Hernández | Contractor | Program Evaluation Paragraph 91 | Contractor *Contract expires 30/Dec/2020, it is in process renewal |
| José C. Vázquez Rivera | Contractor | Legal Advisor | Contractor *Contract expires 30/Dec/2020, it is in process renewal |
| Eily Molina Batista | Contractor | Project Manager | Contractor *Contract expires June 30, 2011 |

*pep*   I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen..

| | | | |
|---|---|---|---|
| Captain Raymond A. Ferrer Silva | 5-24122 | Inspection Section Director | Career |
| Wilfredo Cruz Rivera | 5-20029 | Supervisor Section of Southern inspections | Career |
| I Lt. Danilo Soler De Jesús | 6-14721 | Supervisor Section of Eastern Inspections | Career |
| I Lt. Jessica Casiano López | 6-16104 | Inspection Section Supervisor West | Career |
| I Lt. Nelson Castro Nieves | 6-22361 | Inspection Section Supervisor Metro | Career |
| II Lt. Efraín Torres Santiago | 7-17302 | Inspection Section Supervisor North | Career |
| II Lt. Mirla E. Morales De Jesús | 7-17880 | Metro Inspection Section | Career |
| II Lt. Edward Muñoz García | 7-19410 | Western Inspection Section | Career |
| II Lt. Eliud Álvarez López | 7-22430 | Metro Inspection Section | Career |
| II Lt. Rolando Burgos Boyrie | 7-27389 | Southern Inspection Section | Career |
| II Lt. Wilfredo Pérez Vega | 7-29613 | Western Inspection Section | Career |
| II Lt. Lilibeth Centeno Pagán | 7-29738 | Southern Inspection Section | Career |
| II Lt. Luis A. Barbosa Millán | 7-30006 | Inspection Section East | Career |
| Sgt. Maritza Román López | 8-14659 | Western Inspection Section | Career |
| Sgt. Javier O. De Jesús Alamo | 8-18191 | Inspection Section North | Career |
| Sgt. Francisco J. Luna Cruz | 8-21701 | Inspection Section East | Career |
| Sgt. Pablo González Serrano | 8-24949 | Metro Inspection Section | Career |
| Sgt. Rolando Laviena Torres | 8-25521 | Inspection Section North | Career |
| Sgt. Jose L. Morales Cintrón | 8-27786 | Metro Inspection Section | Career |
| Sgt. Damaris Pérez Pagán | 8-30212 | Southern Inspection Section | Career |
| Sgt. Samuel Figueroa López | 8-32020 | Inspection Section East | Career |
| Ofc. Luis R. Pacheco Valedón | 16548 | Western Inspection Section | Career |
| Ofc. Julio H. Morales Quiñones | 30484 | Inspection Section East | Career |
| Ofc. Eliazar Aquino López | 30842 | Inspection Section North | Career |
| Rafael A. Rodríguez Reyes | 31704 | Inspection Section North | Career |
| Ofc. Jennette A. Lopez Cabrera | 32104 | Southern Inspection Section | Career |
| Ofc. Nancy González Cuba | 32972 | Metro Inspection Section | Career |
| Ofc. Janiris Colón Rodríguez | 33384 | Southern Inspection Section | Career |
| Ofc. Ana Z. Perez Medina | 36015 | Western Inspection Section | Career |
| Ofc. Jennifer Rodriguez Perez | 36026 | Southern Inspection Section | Career |
| Ofc. Maritza Ramos Vélez | 36436 | Metro Inspection Section | Career |
| Gisselle E. Calderón Morales | 36826 | Inspection Section East | Career |
| Ofc. Jessie Jusino Almodóvar | 36886 | Metro Inspection Section | Career |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen..