CERTIFIED TRANSLATION



**GOVERNMENT OF PUERTO RICO**
Department of Public Safety
Puerto Rico Police Department

PEDRO J. JANER ROMÁN
SECRETARY

HENRY ESCALERA RIVERA
COMMISSIONER

OS-4-OR-1-857

December 17, 2020

**Henry Rivera Escalera**
Commissioner

**Col. Clementina Vega Rosario #1-13603**
Director
Office of Reform

**CERTIFICATION OF CONTRACT EXTENSION DATES, JOSÉ C. VÁZQUEZ AND JOSÉ A. HERNÁNDEZ**

It is hereby certified that the contract extensions of José C. Vázquez and José A. Hernández, for which the availability of funds was certified in the account assigned to the Reform Office on November 13, 2020 through communications OS-4-OR-1-789 and 790, respectively, in effect cover the period from January 1 to June 30, 2021 (6 months). For any other information regarding the above, please do not hesitate to contact us.

P.O. BOX 70166 • SAN JUAN PR 00936-8166      787.793.1234
WWW.DSP.PR.GOV

 

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.