CERTIFIED TRANSLATION



**GOVERNMENT OF PUERTO RICO**
Department of Public Safety
Puerto Rico Police Department

PEDRO J. JANER ROMÁN
SECRETARY

HENRY ESCALERA RIVERA
COMMISSIONER

SAEA-1-017-143
December 14, 2020

## Essential Staff in the SAEA
## So that Agreement Compliance work is not affected

| Control # | | NAME | | | BADGE | UNIT |
|---|---|---|---|---|---|---|
| 1 | Col. | Orlando | Rivera | Lebrón | 1-13362 | Ofc. Aux. Com |
| 2 | Insp. | Angel M. | Martínez | Rosario | 4-15078 | Ofc. Aux. Com. |
| 3 | Capt. | Francisco I. | Santiago | Andino | 5-18394 | Administrative Officer Aux. Com. Office |
| 4 | Capt. | Jesús G. | Silva | Otero | 5-16502 | Dean of Shooting |
| 5 | I Lt. | Blanca R. | Pérez | Colón | 6-15029 | Dean of Academic Affairs |
| 6 | I Lt. | Diana | Meléndez | Ríos | 6-24200 | Dean of Disc. and Safety |
| 7 | I Lt. | Lucas | Aviles | Pacheco | 6-24154 | Director of Distance Education |
| 8 | II Lt. | Joseph | Molina | Cabrera | 7-12867 | Academic Affairs |
| 9 | II Lt. | Norma | Arce | Cruz | 8-18598 | Discipline and Safety |
| 10 | II Lt. | María | Asia | De Jesús | 7-14949 | Disc. and Safety |
| 11 | II Lt. | Higinio | Beltran | Colón | 8-13981 | Academic Affairs |
| 12 | II Lt. | Alma | Montañez | Vázquez | 7-24011 | Academic Affairs |
| 13 | II Lt. | Nilsa E. | Morales | Espinell | 7-19559 | Central Coordinator, training, Aux. Com. Ofc |
| 14 | II Lt. | Josephine | Jiménez | Medina | 8-33623 | Dean of Student Affairs |
| 15 | Sgt. | Carlos R. | Díaz | Rivera | 8-16813 | Academic Affairs |
| 16 | Sgt. | Edwin | Vitali | Figueroa | 8-16484 | Training Coordinator, Specialized Units, Aux. Com. Ofc. |
| 17 | Sgt. | Eric | Flores | Sánchez | 8-18847 | Training Coordinator, Specialized Units, Aux. Com. Ofc. |
| 18 | Sgt. | Rafael | Mercado | Jiménez | 8-24570 | General Services |
| 19 | Sgt. | Jessica | Cruhigger | Olmeda | 8-25921 | Academic Issues |
| 20 | Sgt. | Yesenia | Marfisi | Pomales | 8-27407 | Academic Issues |
| 21 | Sgt. | Carmen I | Rivera | Peréz | 8-28429 | Academic Affairs |
| 22 | Sgt. | Yamilka | Díaz | Polo | 8-34166 | Academic Affairs |
| 23 | Sgt. | Rafael | Ramos | Ojeda | 8-34598 | Discipline and Safety |
| 24 | Sgt. | Tom | Franco | Ortiz | 8-34828 | Academic Affairs |
| 25 | Sgt. | Israel | Díaz | Denis | 8-15780 | Discipline and Safety |
| 26 | Sgt. | Gerardo | Díaz | Aponte | 8-20675 | Discipline and Safety |
| 27 | Sgt. | José | Huertas | Nieves | 8-22129 | Discipline and Safety |
| 28 | Sgt. | Angel | Hernández | Peréz | 8-22906 | General Services |
| 29 | Sgt. | Vincent | Villegas | Laboy | 8-30947 | Academic Affairs |
| 30 | Sgt. | Arlene | Colón | Peña | 8-35517 | Academic Affairs |
| 31 | Sgt. | José | Lacén | Cepeda | 8-15336 | Shooting Dean's Office |
| 32 | Sgt. | José | Domena | Ríos | 8-16437 | Shooting Dean's Office |
| 33 | Sgt. | William | Rosario | Rosado | 8-19568 | Shooting Dean's Office |
| 34 | Sgt. | Samuel | Lugo | Rodríguez | 8-31575 | Shooting Dean's Office |
| 35 | Sgt. | Gil | Rivera | Cornier | 8-17488 | Shooting Dean's Office |
| 36 | Sgt. | Angel | Rodríguez | Serrano | 8-18337 | Shooting Dean's Office |
| 37 | Sgt. | Pedro | Flores | Morales | 8-34572 | Shooting Dean's Office |
| 38 | Sgt. | Jemilys | Cruz | Lebrón | 8-35111 | Director Ofc. Com Aux. |
| 39 | Ofc. | Luis A. | Sánchez | Méndez | 16708 | Training Coordinator, Specialized Units, Aux. Com. Ofc. |
| 40 | Ofc. | Jorge L. | Haddock | Sánchez | 30127 | Training Coordinator, Specialized Units, Aux. Com. Ofc. |
| 41 | Ofc. | Enrique | Villahermosa | Aguasvivas | 24103 | General Services |
| 42 | Ofc. | Guillermo | Anaya | Sifuente | 31638 | General Services |
| 43 | Ofc. | Desiree | Rivera | Rosado | 33315 | General Services |
| 44 | Ofc. | Iván | López | Ginorio | 35020 | General Services |
| 45 | Ofc. | Carlos | Ruiz | Ortiz | 15937 | General Services |
| 46 | Ofc. | Genaro | Cartagena | Castillo | 32383 | General Services |
| 47 | Ofc. | Emmanuel | Vargas | Maldonado | 36364 | General Services |
| 48 | Ofc. | Jesús | Pastrana | Díaz | 17835 | General Services |
| 49 | Ofc. | José O. | Rodríguez | Berrios | 35566 | General Services |

*pep*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**GOVERNMENT OF PUERTO RICO**
Department of Public Safety
Puerto Rico Police Department

PEDRO J. JANER ROMÁN
SECRETARY

HENRY ESCALERA RIVERA
COMMISSIONER

SAEA-1-017-143
December 14, 2020

## Essential Staff in the SAEA
## So that Agreement Compliance work is not affected

| Control # | | NAME | | | BADGE | UNIT |
|---|---|---|---|---|---|---|
| 50 | Ofc. | Roland | Lugo | Ruiz | 34792 | Academic Affairs |
| 51 | Ofc. | Yamil | Reyes | Cotto | 34979 | Academic Affairs |
| 52 | Ofc. | José | Hiraldo | Benítez | 17205 | Academic Affairs |
| 53 | Ofc. | Ricardo | Rodríguez | Santiago | 34989 | Academic Affairs |
| 54 | Ofc. | Jorge | Encarnación | Delgado | 35079 | Training Coordinator, Specialized Units, Aux. Com. Ofc. |
| 55 | Ofc. | Yessenia | Rivera | Santos | 36967 | Academic Affairs |
| 56 | Ofc. | Aileen | Cario | Rivera | 13934 | Academic Affairs |
| 57 | Ofc. | William | Cantres | Nieves | 23532 | Discipline and Safety |
| 58 | Ofc. | Santiago | López | Pear trees | 26614 | Dean of Academic Affairs |
| 59 | Ofc. | Maggie | Rivera | Pacheco | 26774 | Deanery of Academic Affairs |
| 60 | Ofc. | Elvin | Santana | Velázquez | 34945 | Deanery of Academic Affairs |
| 61 | Ofc. | José | Nieves | Martínez | 32435 | Deanery General Services |
| 62 | Ofc. | José | Fernandez | Santa | 35159 | Deanery of Academic Affairs |
| 63 | Ofc. | Diana | Marrero | Trinidad | 13935 | Criminal Investigation School |
| 64 | Ofc. | Noel | Ramos | Ortiz | 17851 | Criminal Investigation School |
| 65 | Ofc. | Frances | Moctezuma | Carrasquillo | 26452 | Criminal Investigation School |
| 66 | Ofc. | Cindy | Rodríguez | Laboy | 34144 | Criminal Investigation School |
| 67 | Ofc. | Joan | Ortiz | López | 19012 | Criminal Investigation School |
| 68 | Ofc. | Miguel | Luzunaris | Marcano | 24681 | Discipline and Safety |
| 69 | Ofc. | Julio | González | Gómez | 30300 | Discipline and Safety |
| 70 | Ofc. | Evelyn | Arroyo | Morales | 36712 | Academic Assumptions |
| 71 | Ofc. | Glorimar | Morales | Pagán | 32793 | Discipline & Safety Dean's Ofc. |
| 72 | Ofc. | Daisy | Zambrana | De León | 37096 | Discipline & Safety Dean's Ofc. |
| 73 | Ofc. | Rafael | Anaya | Arroyo | 19733 | Discipline & Safety Dean's Ofc. |
| 74 | Ofc. | José | Lebron | Montañez | 21524 | Discipline & Safety Dean's Ofc. |
| 75 | Ofc. | José | Torres | Muñoz | 21854 | Discipline & Safety Dean's Ofc. |
| 76 | Ofc. | Samily | Rodríguez | Lassalle | 22480 | Discipline & Safety Dean's Ofc. |
| 77 | Ofc. | David | Rivera | Collazo | 23828 | Discipline & Safety Dean's Ofc. |
| 78 | Ofc. | Edwin | Quiñones | Matos | 24458 | Discipline & Safety Dean's Ofc. |
| 79 | Ofc. | Eddie | Rivera | Santiago | 24562 | Discipline & Safety Dean's Ofc. |
| 80 | Ofc. | Carmen | Maldonado | Hernández | 30108 | Discipline & Safety Dean's Ofc. |
| 81 | Ofc. | Bernice | Lugo | Rivera | 36628 | Discipline & Safety Dean's Ofc. |
| 82 | Ofc. | Benjamin | Flores | Miranda | 32021 | Discipline & Safety Dean's Ofc. |
| 83 | Ofc. | Mario | Morales | López | 25342 | General Services Dean's Ofc. |
| 84 | Ofc. | Francisco | Ramos | García | 33332 | Discipline & Safety Dean's Ofc. |
| 85 | Ofc. | Ernesto | Ortiz | Hernández | 23429 | Student Affairs Dean's Ofc. |
| 86 | Ofc. | Judith | Colón | García | 21922 | Student Affairs Dean's Ofc. |
| 87 | Ofc. | Obed | Colón | Matos | 28037 | Student Affairs Dean's Ofc. |
| 88 | Ofc. | Luis | Alicea | Vega | 4480 | Shooting Dean's Ofc. |
| 89 | Ofc. | Julia | Anaya | Suarez | 13751 | Shooting Dean's Ofc. |
| 90 | Ofc. | Candido | Rivera | Santos | 21875 | Shooting Dean's Ofc. |
| 91 | Ofc. | Raul | Hernández | Padilla | 13169 | Shooting Dean's Ofc. |
| 92 | Ofc. | Rafael | Lugo | Hernández | 15711 | Shooting Dean's Ofc. |
| 93 | Ofc. | Osvaldo | Berrios | Franco | 15838 | Shooting Dean's Ofc. |
| 94 | Ofc. | Eulises | Sandoval | Rivera | 16278 | Shooting Dean's Ofc. |
| 95 | Ofc. | Hector | Vázquez | Robles | 17686 | Shooting Dean's Ofc. |
| 96 | Ofc. | Erick | Pellicier. | Valdés | 27738 | Shooting Dean's Ofc. |
| 97 | Ofc. | Jorge | Sánchez | Díaz | 27908 | Shooting Dean's Ofc. |
| 98 | Ofc. | Victor | Rivera | Vargas | 28463 | Shooting Dean's Ofc. |
| 99 | Ofc. | Osvaldo | Martínez | Rivera | 17328 | Shooting Dean's Ofc. |
| 100 | Ofc. | Marcos | Torres | Hernández | 21529 | Shooting Dean's Ofc. |

*pep*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**GOVERNMENT OF PUERTO RICO**
Department of Public Safety
Puerto Rico Police Department

PEDRO J. JANER ROMÁN
SECRETARY

HENRY ESCALERA RIVERA
COMMISSIONER

SAEA-1-017-143
December 14, 2020

## Essential Staff in the SAEA
### So that Agreement Compliance work is not affected

| Control # | | NAME | | | BADGE | UNIT |
|---|---|---|---|---|---|---|
| 101 | Ofc. | Rubén | Carillo | Fuentes | 17146 | Shooting Dean's Ofc. |
| 102 | Ofc. | Jorge | Quiles | Santana | 15147 | Shooting Dean's Ofc. |
| 103 | Ofc. | John | Ortiz | Correa | 26482 | Shooting Dean's Ofc. |
| 104 | Ofc. | Luis | Bruno | González | 29445 | Shooting Dean's Ofc. |
| 105 | Ofc. | James | Figueroa | Rosado | 29776 | Shooting Dean's Ofc. |
| 106 | Ofc. | Zequiel | Crespo | Flores | 31965 | Shooting Dean's Ofc. |
| 107 | Ofc. | Darlene | Romero | Torres | 32678 | Shooting Dean's Ofc. |
| 108 | Ofc. | José | Santos | Gómez | 34038 | Shooting Dean's Ofc. |
| 109 | Ofc. | Angel | Serrano | Rivera | 35785 | Shooting Dean's Ofc. |
| 110 | Ofc. | Daniel | Millán | Santana | 23626 | Shooting Dean's Ofc. |
| 111 | Ofc. | Moisés | Ortiz | Vélez | 27754 | Shooting Dean's Ofc. |
| 112 | Ofc. | Santos | Santiago | González | 16868 | Shooting Dean's Ofc. |
| 113 | Ofc. | Moises | Hernández | Millet | 25460 | Shooting Dean's Ofc. |
| 114 | Ofc. | Alfredo | Tirado | González | 18931 | Shooting Dean's Ofc. |
| 115 | Ofc. | Gilberto | Santiago | Rivera | 19397 | Shooting Dean's Ofc. |
| 116 | Ofc. | Luis | De Jesús | Ortiz | 20224 | Shooting Dean's Ofc. |
| 117 | Ofc. | Rubén | Pagán | Soto | 25565 | Shooting Dean's Ofc. |
| 118 | Ofc. | Luis | Arroyo | Montalvo | 30399 | Shooting Dean's Ofc. |
| 119 | Ofc. | Luis | Sánchez | Galarza | 18060 | Shooting Dean's Ofc. |
| 120 | Ofc. | Reinaldo | Marcial | Mattei | 15846 | Shooting Dean's Ofc. |
| 121 | Ofc. | Eddie | Torres | Montalvo | 24009 | Shooting Dean's Ofc. |
| 122 | Ofc. | Pedro | Ramos | Vélez | 22660 | Shooting Dean's Ofc. |
| 123 | Ofc. | Gadiel | Santiago | Guzman | 30889 | Shooting Dean's Ofc. |
| 124 | Ofc. | William | Hernández | Badillo | 30086 | Shooting Dean's Ofc. |
| 125 | Ofc. | Wendeliz | Avilés | Cajigas | 30361 | Shooting Dean's Ofc. |
| 126 | Agte | Juan | Rosado | Robledo | 28437 | Shooting Dean's Ofc. |
| 127 | Ofc. | Angel | Rodríguez | Vargas | 24942 | Shooting Dean's Ofc. |
| 128 | Ofc. | Isander | Galarza | Pagán | 31600 | Shooting Dean's Ofc. |
| 129 | Ofc. | Nathanel | Díaz | Calzada | 31800 | Shooting Dean's Ofc. |
| 130 | Age. | Edwin | Peréz | Márquez | 20714 | Shooting Dean's Ofc. |
| 131 | Ofc. | Itamara | Ruiz | Centeno | 24004 | Shooting Dean's Ofc. |
| 132 | Ofc. | Emanuel | Rivera | De Jesús | 32399 | Shooting Dean's Ofc. |
| 133 | Ofc. | Eduardo | Román | Adorno | 36984 | Shooting Dean's Ofc. |
| 134 | Ofc. | Juan | Mujica | Hernández | 26964 | General Services |
| 135 | Ofc. | Iván | Díaz | Maldonado | 27397 | General Services |
| 136 | Ofc. | Carlos | Vega | Maysonet | 33504 | General Services |
| 137 | Ofc. | Frances | Santiago | Flores | 33576 | Discipline & Safety |
| 138 | Ofc. | Marian | Brito | Amarro | 34175 | Discipline & Safety |
| 139 | Ofc. | Julio | Marcano | Fantauzzi | 23508 | Academic Affairs |
| 140 | Ofc. | Heriberto | Díaz | De Jesús | 35911 | Academic Affairs |
| 141 | Ofc. | Jesús | Suarez | Torres | 27764 | Training Coordinator, Specialized Units, Aux. Com. Ofc. |
| 142 | Ofc. | Carlos | Arieta | Rivera | 18463 | Academic Affairs |
| 143 | Ofc. | Marlene | Andino | Rivera | 28262 | Academic Affairs |
| 144 | Ofc. | Johannie | De Jesús | Borrero | 28355 | Academic Affairs |
| 145 | Ofc. | Grisheida | Rivera | Gordian | 35685 | Academic Affairs |
| 146 | | Jeffrey | Rodríguez | Tollinchi | Civilian | Dining Section |
| 147 | | Sergio | Ortiz | Dones | Civilian | Dining Section |
| 148 | | Edwin | Carrillo | De León | Civilian | Dining Section |
| 149 | | Angel | De Jesús | De Jesús | Civilian | Dining Section |
| 150 | | Isaías | Santos | Colón | Civilian | Dining Section |
| 151 | | Pedro | Torres | Ortiz | Civilian | Dean General Services |

*pep*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**GOVERNMENT OF PUERTO RICO**
Department of Public Safety
Puerto Rico Police Department

PEDRO J. JANER ROMÁN
SECRETARY

HENRY ESCALERA RIVERA
COMMISSIONER

SAEA-1-017-143
December 14, 2020

**Essential Staff in the SAEA**
**So that Agreement Compliance work is not affected**

| Control # | NAME | | | BADGE | UNIT |
|---|---|---|---|---|---|
| 152 | Luis | Báez | Rodríguez | Civilian | Maintenance Section |
| 153 | Henry | Jiménez | Marrero | Civilian | Maintenance Section |
| 154 | José | Ocasio | Ortiz | Civilian | Maintenance Section |
| 155 | Sandra | Colón | Nuncci | Civilian | Librarian |
| 156 | Marcos | Ventura | Sánchez | Civilian | Registrar |
| 157 | Natividad | García | Leduc | Civilian | Shooting Dean's Ofc. |
| 158 | Victor | Torres | Berrios | Civilian | Academic Affairs |
| 159 | Melitza | Martínez | Guadalupe | Civilian | Academic Affairs Secretary, |
| 160 | Rosaline | Díaz | Mendero | Civilian | Aux. Com. Ofc. |
| 161 | Rafael | Cruz | Ortíz | Contract | Registrar's Office |
| 162 | Orlando | Rodríguez | Pagán | Contract | Academic Affairs |
| 163 | Hilda | Torres | Pérez | Contract | Registrar's Office |
| 164 | Iris | Ramos | Melendez | Contract | Academic Affairs |
| 165 | Ramón A. | Pagán | González | Contract | Academic Affairs |
| 166 | Edwin | Ramos | Rivera | Contract | Academic Affairs |
| 167 | Maribe | Vidal | Valdes | Contract | Academic Affairs |
| 168 | Claudi | Landor | Concepción | Contract | Academic Affairs |
| 169 | Albis | Rivera | Medero | Contract | Academic Affairs |
| 170 | Magali | Díaz | Figueroa | Contract | Academic Affairs |
| 171 | Consultora Yo | Tirado | Cruz | Contract | Academic Affairs |
| 172 | Dr. Lilliam | Pabón | Nieves | Contract | Academic Affairs |
| 173 | Dr. Sonia M | Santiago | Hernández | Contract | Academic Affairs |

*signature*
Col. Orlando Rivera Lebrón 1-13362
Deputy Education and Training Commissioner

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.