IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,                                      Civ. Case No. 12-2039 (GAG)

Vs.

COMMONWEALTH OF PUERTO RICO
and the PUERTO RICO POLICE BUREAU,

    Defendants
_____/

## MOTION TO WITHDRAW COURT FILING

**TO THE HONORABLE COURT:**

    **COME NOW**, the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, (jointly, the "Commonwealth"), by and through the undersigned counsels, and hereby state and request as follows:

On this date the Commonwealth filed with the Court a Motion Requesting a Brief Stay of Court Proceedings. *See,* ECF No. 1676.  The Commonwealth respectfully requests the referenced motion be withdrawn from the court electronic file.

    **WHEREFORE,** the appearing parties very respectfully request the Court to take notice of the above and Grant the instant motion.

    In San Juan, Puerto Rico, this 15th day of January, 2021.

                                                       *s/Raúl E. Bandas*
                                                       Raúl E. Bandas
                                                       USDC-PR No. 207809

                                                       *s/Carlos M. Rivera-Vicente*
                                                       Carlos M. Rivera-Vicente
                                                       USDC-PR No. 126304

*s/Marta L. Rivera Ruiz*
Marta L. Rivera Ruiz
USDC-PR No. 221201

Counsels for Defendants

Cancio, Nadal & Rivera, LLC
PO Box 364966
San Juan, PR 00936-4966
Ave. Muñoz Rivera 403
Hato Rey, Puerto Rico 00918-1145
Tel. (787) 767-9625
Fax: (787) 622-2238

Emails: rbandas@cnr.law
crivera@cnr.law
mrivera@cnr.law

**ERTIFICATE OF SERVICE**

    I hereby certify that on this date I electronically filed the foregoing motion with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

    In San Juan, Puerto Rico, this 15th day of January 2021.

*s/Raúl E. Bandas*
Raúl E. Bandas-del Pilar
USDC-PR No. 207809
Counsel for Defendants