OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

January 5, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. for December 2020:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $17,916.66 | December 2020 |
| Castellanos Group LLC | $ 1,852.50 | December 2020 |
| P.D.C.M. Associates S.E. | $ 2,060.00 | December 2020 |
| Spece | $ 2,392.00 | December 2020 |
| The & Group LLC (Javier González) | $ 8,175.00 | December 2020 |
| Dr. David Levy | $ 9,150.00 | December 2020 |
| Denise Rodriguez | $15,833.33 | December 2020 |
| Viota & Associates CPA LLC | $    875.00 | December 2020 |
| Donald S. Gosselin | $ 9,150.00 | December 2020 |
| Al Youngs | $ 9,150.00 | December 2020 |
| Rafael E. Ruiz | $ 9,150.00 | December 2020 |
| Scott Cragg | $ 9,150.00 | December 2020 |
| Federico Hernández Denton | $ 5,167.50 | December 2020 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 13,592.50 | December 2020 |
| Rita J. Watkins | $ 3,600.00 | December 2020 |
| Merangelie Serrano | $ 5,100.00 | December 2020 |
| Luis Hidalgo | $ 9,100.00 | December 2020 |
| Korber Group | $ 1,097.33 | December 2020 |
| Claudia Cámara | $ 1,000.00 | December 2020 |
| Manuel Arroyo | $    360.00 | December 2020 |
| **TOTAL:** | **$133,871.82** | December 2020 |
|  |  |  |
|  |  |  |