Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

December 1–December 31, 2020
Invoice No. 19
Member of Federal Monitor Team

Reviewed and responded to emails and conference calls for the month of December:

| | |
|---|---:|
| From Members of the Monitor Team | 5.0 Hours |
| Special Master and the Parties reference Methodology meetings | 5.0 Hours |
| Internal Monitor Team meetings | 5.0 Hours |
| Scheduled 253 meeting with DOJ | 2.0 Hours |
| Team meeting with Judge Gelpi | 2.0 Hours |
| Meeting and phone calls with Monitor and Deputy Monitor | 2.0 Hours |
| Meeting and phone call with Judge Denton | 1.0 Hour |

Obtained information involving internal inspections for Javier Gonzalez. This included PowerPoint on internal inspections and information provided by New Orleans Police Department on use of data-driven information.     2.0 Hours

Reviewed comments by DOJ on CMR-2.     1.5 Hours

Reviewed comments by PRPB on CMR-2.     1.5 Hours

Reviewed updated methodological document provided by David Levy.     2.0 Hours

Reviewed final copy of Recruitment CMR-2 with comments and forwarded to David Levy.     2.0 Hours

Reviewed final draft of Training CMR-2 with comments and forwarded to David Levy.     2.0 Hours

Reviewed final draft of Supervision and Administration CMR-2 and forwarded to David Levy.     2.0 Hours

Researched, obtained and reviewed materials reference DUI Checkpoints and sent information to Judge Denton and Monitor Ruiz.     4.0 Hours

Researched and reviewed suggested revisions to the Policy, Plan, Annexes, and forms related to General Order 600-629.     1.5 Hours

Researched and reviewed the following policies and made recommendations:     5.0 Hours
    #1 Personnel Regulations
    #6 Annex G.O. 100-121
    #7 PPR-121.1
    #8 PPR-121.2
    #9 PPR-121.4
    #10 PPR-121.5

#11 PPR-121.6
#18 PPR-121.13
#19 PPR-121.14
#23 G.O. 100-121
#24 PPR-121.3

| Task | Hours |
|---|---|
| Reviewed copies of all random samples in Methodology of Supervision and Management and forwarded to David Levy. | 1.5 Hours |
| Reviewed DOJ comments reference the Bureau of Crimes Against Women, which included seven policies under Paragraph 229. | 2.5 Hours |
| Reviewed input provided by Special Master on PRPB Covid-19 protocols. | 1.0 Hour |
| Reviewed DOJ input reference PRPB Covid-19 protocol recommendations. | 1.0 Hour |
| Submitted additional requests for CMR-3. | 1.0 Hour |
| Reviewed information sent by Angel Rodriguez Figueroa with regards to Supervision and Management. | 2.0 Hours |
| Reviewed list of supervisors selected by David Levy and our formulated questions for random samples. | 2.0 Hours |
| Reviewed transition reports sent by Luis Saucedo reference incoming administration that are required by Commonwealth Law. | 2.5 Hours |
| Forwarded training documents and additional information to Monitor Rita Watkins for her use in the monitoring of training. | 1.0 Hour |
| Verified written timelines for completion of EIS project information chart in cooperation with IT Monitor. | 1.0 Hour |

**TOTAL HOURS:  61**

Billable Hours:    61 Hours at a Rate of $150.00 Per Hour = $9,150.00

**Total:        $9,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                                **$9,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

12/31/2020
Date