

# INVOICE

INVOICE NUMBER: 173
INVOICE DATE: DECEMBER 30, 2020

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO: Police Reform, Case No: 3:12-cv-2039 (GAG)
00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-08-20 | Case: 3:12 cv 2039 (GAG) | Review of Order, review of several comms. | 0.50 | $195.00 | $97.50 |
| DEC-12-20 | Case: 3:12 cv 2039 (GAG) | Review of comm. from Hernandez Denton, Esq., review of several docs. sent by Monitor Romero; exchange of comms.; review of Informative Motion | 2.00 | $195.00 | $390.00 |
| DEC-13-20 | Case: 3:12 cv 2039 (GAG) | Review of Informative Motions; review of Orders; several comms. | 1.50 | $195.00 | $292.50 |
| DEC-15-20 | Case: 3:12 cv 2039 (GAG) | Review of documents and info.; virtual status hearing | 1.50 | $195.00 | $292.50 |
| DEC-29-20 | Case: 3:12 cv 2039 (GAG) | Review of Motion filed by USDOJ; review of Court Order; review of several comms.; comms. with Monitor's Team regarding status conference | 2.00 | $195.00 | $390.00 |
| DEC-30-20 | Case: 3:12 cv 2039 (GAG) | Review of Motion filed by Monitor; review of info. sent by Special Master | 2.00 | $195.00 | $390.00 |
| | | Total hours for this invoice | 9.50 | | |
| | | Total amount of this invoice | | | $1,852.50 |