**Office of the FPMPR LLC**
Caribbean of Office Plaza
Oficina 207
670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (December 2020)

| Date | Task | Total Hours |
|---|---|---:|
| **December 1, 2020** | Present at work during all working hours. Made an action plan to start the Community Newsletter Draft for it to be ready by Mid-January and started making notes. Was present for office cleaning by Luis Matos. | 4.0 |
| **December 2, 2020** | Present at work during all working hours. Created outline for Newsletter. | 2.5 |
| **December 3, 2020** | Present at work during all working hours. Continue working on Newsletter. | 2.0 |
| **December 4, 2020** | Present at work during all working hours. Researching Newsletter. | 7.0 |
| **December 7, 2020** | Proof read the TCA website translation and forwarding it to the Administrative Director. Archiving Documents. | 1.0 |
| **December 8, 2020** | Present at work during all working hours. Office duties. | 4.0 |
| **December 9, 2020** | Present at work during all working hours. Office duties. | 2.5 |
| **December 11, 2020** | Present at work during all working hours. Office duties. | 7.0 |
| **December 15, 2020** | Present at work during all working hours. Updated my work schedule based on my Spring college semester. | 4.0 |
| **December 16, 2020** | Present at work during all working hours. Office duties. | 2.5 |
| **December 17, 2020** | Present at work during all working hours. Oversaw the office cleaning. | 2.0 |
| **December 18, 2020** | Present at work during all working hours. | 7.0 |

| | | |
|---|---|---|
| **December 22, 2020** | Present at work during all working hours. | 4.0 |
| **December 29, 2020** | Meeting with Judge Gustavo Gelpi. | 2.0 |

**Total,  50 hours for $20 = $1000**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature: Claudia S. Cámara León]*
_____