**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

January 4, 2021
Invoice #  16720

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/1/2020 | RAA | Email to J. González. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Exchange of electronic communications with F. Hernández Denton and J. Romero. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call from J. González.  Revisions to draft email to parties. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Began to review and analyze USDOJ's comments to CMR-2. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Began to review and analyze PRPB's comments to CMR-2. | 0.40<br>175.00/hr | 70.00 |
| 12/3/2020 | RAA | Review email from J. González. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Exchange of emails with J. Romero. | 0.20<br>175.00/hr | 35.00 |
| 12/4/2020 | RAA | Review certification sent by email by PRPB. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from R. Bandas. | 0.10<br>175.00/hr | 17.50 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/4/2020 | RAA | Review and respond to email from J. Romero. | 0.20 175.00/hr | 35.00 |
|  | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| 12/7/2020 | RAA | Plan and prepare for weekly team videoconference. | 0.50 175.00/hr | 87.50 |
|  | RAA | Review and analyze written comments and objections by parties to CMR-2. | 1.30 175.00/hr | 227.50 |
|  | RAA | Attend videoconference. | 1.40 175.00/hr | 245.00 |
| 12/8/2020 | RAA | Review further electronic communication from F. Hernández Denton. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review court order regarding informative motion. | 0.10 175.00/hr | 17.50 |
|  | RAA | Email to R. Bandas re: CMR-3. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review Special Master's informative motion. | 0.20 175.00/hr | 35.00 |
|  | RAA | Email to L. Saucedo. Review his response. | 0.20 175.00/hr | 35.00 |
|  | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
|  | RAA | Plan and prepare for videoconference. | 0.40 175.00/hr | 70.00 |
|  | RAA | Review email and monthly reports on PRPB transfer. | 0.40 175.00/hr | 70.00 |
|  | RAA | Various calls with J. Romero. | 0.50 175.00/hr | 87.50 |
|  | RAA | Preparation motion to disburse funds. Review invoices. Electronic filing. | 0.60 175.00/hr | 105.00 |
|  | RAA | Electronic communications and calls with J. Romero and F. Hernández Denton. | 0.70 175.00/hr | 122.50 |
|  | RAA | Appear and attend videoconference on methodology. | 2.00 175.00/hr | 350.00 |
|  | YMT | Draft: Memo of law regarding constitutional Standard: Puerto Rico traffic checkpoints to ensure Coronavirus safety and awareness. | 6.30 125.00/hr | 787.50 |

|            |     |                                                                 | Hrs/Rate         | Amount |
|------------|-----|-----------------------------------------------------------------|------------------|--------|
| 12/9/2020  | RAA | Review court order regarding Special Master's recommendations.  | 0.10 175.00/hr   | 17.50  |
|            | RAA | Email to F. Hernández Denton, J. Romero, and D. Rodríguez.      | 0.10 175.00/hr   | 17.50  |
|            | RAA | Electronic communications with A. Castellano.                   | 0.10 175.00/hr   | 17.50  |
|            | RAA | Email to R. Bandas.                                             | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review and analyze response filed by USDOJ.                     | 0.20 175.00/hr   | 35.00  |
|            | RAA | Review emails from R. Bandas and L. Saucedo.                    | 0.20 175.00/hr   | 35.00  |
|            | RAA | Telephone call from J. Romero.                                  | 0.20 175.00/hr   | 35.00  |
|            | RAA | Preparation for videoconference.                                | 0.30 175.00/hr   | 52.50  |
|            | RAA | Review motion for leave and exhibits filed by PRPB.             | 0.30 175.00/hr   | 52.50  |
|            | RAA | Telephone calls from J. Romero and F. Hernández Denton.         | 0.60 175.00/hr   | 105.00 |
|            | RAA | Appear and attend videoconference.                              | 1.60 175.00/hr   | 280.00 |
|            | RAA | Revisions to legal memorandum on roadblocks issue.              | 1.60 175.00/hr   | 280.00 |
|            | RAA | Research and study constitutional cases on roadblocks.          | 1.90 175.00/hr   | 332.50 |
| 12/10/2020 | RAA | Review further emails from PRPB and USDOJ.                      | 0.20 175.00/hr   | 35.00  |
|            | RAA | Review and analyze motion in compliance by USDOJ.               | 0.30 175.00/hr   | 52.50  |
|            | RAA | Emails with L. Saucedo and R. Bandas.                           | 0.30 175.00/hr   | 52.50  |
|            | RAA | Emails and calls with F. Hernández Denton.                      | 0.40 175.00/hr   | 70.00  |
|            | RAA | Emails and calls with J. Romero.                                | 0.50 175.00/hr   | 87.50  |

|            |     |                                                                                                                                                              | Hrs/Rate         | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 12/10/2020 | RAA | Review documents produced by R. Bandas regarding roadblocks. Respond to R. Bandas.                                                                           | 0.80 175.00/hr   | 140.00 |
|            | YMT | Draft: Legal opinion regarding the validity of coronavirus roadblocks carried out by the police bureau to ensure Coronavirus safety and awareness.           | 2.90 125.00/hr   | 362.50 |
| 12/11/2020 | RAA | Review order regarding motion in compliance.                                                                                                                 | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review order denying motion for leave.                                                                                                                        | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review and respond to email from L. Saucedo regarding roadblocks.                                                                                            | 0.20 175.00/hr   | 35.00  |
|            | RAA | Review emails from PRPB and USDOJ.                                                                                                                           | 0.30 175.00/hr   | 52.50  |
|            | RAA | Telephone calls from J. Romero.                                                                                                                              | 0.50 175.00/hr   | 87.50  |
|            | RAA | Preparation of informative motion regarding COVID-19 roadblocks.                                                                                             | 1.60 175.00/hr   | 280.00 |
| 12/12/2020 | RAA | Review emails from A. Castellano.                                                                                                                            | 0.20 175.00/hr   | 35.00  |
|            | RAA | Review orders regarding informative motions filed.                                                                                                            | 0.20 175.00/hr   | 35.00  |
|            | RAA | Electronic filing of informative motions.                                                                                                                    | 0.20 175.00/hr   | 35.00  |
|            | RAA | Proofreading and editing informative motion regarding roadblocks. Telephone call with F. Hernandez Denton regarding the same.                                | 0.60 175.00/hr   | 105.00 |
|            | RAA | Review and respond to electronic communications from A. Del Carmen, L. Saucedo, J. Romero, and F. Hernández Denton.                                          | 0.80 175.00/hr   | 140.00 |
|            | RAA | Emails and calls with J. Romero and F. Hernández Denton regarding 12/1/2020 certification issued by the Commonwealth on promotions. Review and analyze certification. | 0.90 175.00/hr   | 157.50 |
|            | RAA | Multiple electronic communications and conferences calls with J. Romero, F. Hernández Denton, and A. Del Carmen.                                             | 1.30 175.00/hr   | 227.50 |
|            | RAA | Preparation of informative motion regarding PRPB promotions. Discuss draft with J. Romero and F. Hernández Denton.                                           | 1.80 175.00/hr   | 315.00 |
| 12/13/2020 | RAA | Review email responses from L. Saucedo.                                                                                                                      | 0.10 175.00/hr   | 17.50  |

|            |     |                                                                                                                      | Hrs/Rate         | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 12/13/2020 | RAA | Review order on motion to restrict.                                                                                  | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review order on translations.                                                                                        | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review order on second informative motion.                                                                           | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review order re: agenda.                                                                                             | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review informative motion by Special Master.                                                                         | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review order on Special Master's motion.                                                                             | 0.10 175.00/hr   | 17.50  |
|            | RAA | Emails to L. Saucedo.                                                                                                | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review emails from L. Saucedo re: ACLU.                                                                              | 0.20 175.00/hr   | 35.00  |
|            | RAA | Review email from C. Vega and certification and response by F. Hernández Denton and USDOJ.                           | 0.20 175.00/hr   | 35.00  |
|            | RAA | Preparation of motion to restrict.                                                                                   | 0.40 175.00/hr   | 70.00  |
|            | RAA | Review electronic communications from A. Del Carmen, J. Romero, and F. Hernández Denton.                             | 0.40 175.00/hr   | 70.00  |
|            | RAA | Revisions to second informative motion.  Electronic filing of the same and motion to restrict.                       | 0.50 175.00/hr   | 87.50  |
|            | RAA | Review and analyze email communications with history of PRPB promotions policy.  Review promotions policies presented. | 0.50 175.00/hr | 87.50  |
|            | RAA | Electronic communications exchanged with J. Romero, F. Hernández Denton, and A. Del Carmen.                          | 0.50 175.00/hr   | 87.50  |
|            | RAA | Multiple communications with J. Romero, F. Hernández Denton, and A. Del Carmen.                                      | 0.60 175.00/hr   | 105.00 |
|            | RAA | Preparation of second informative motion.  Revisions to motion pursuant to feedback of team.                         | 2.60 175.00/hr   | 455.00 |
| 12/14/2020 | RAA | Review order granting motion to amend and correct.                                                                   | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review emails from D. Levy.                                                                                          | 0.20 175.00/hr   | 35.00  |

Page     6

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2020 | RAA | Review and respond to emails from R. Bandas. | | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review and respond to electronic communications from F. Hernández Denton and J. Romero and A. Del Carmen. | | 0.50<br>175.00/hr | 87.50 |
| | RAA | Telephone conference from A. Del Carmen and J. Romero. | | 0.50<br>175.00/hr | 87.50 |
| | RAA | Began preparation for hearing tomorrow. | | 0.90<br>175.00/hr | 157.50 |
| | RAA | Plan and prepare for team videoconference. | | 0.90<br>175.00/hr | 157.50 |
| | RAA | Telephone call from J. González regarding errors in invoices. Review email and corrected invoices. Preparation of motion to amend and/or correct. Further call with J. González. Electronic filing of motion. | | 0.90<br>175.00/hr | 157.50 |
| | RAA | Appear and attend videoconference. | | 1.70<br>175.00/hr | 297.50 |
| 12/15/2020 | RAA | Review email from PRPB regarding CMR-3. | | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review orders after hearing. | | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review and respond to electronic communications after hearing. | | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero after hearing. | | 0.30<br>175.00/hr | 52.50 |
| | RAA | Plan and prepare for Act 144 videoconference. | | 0.40<br>175.00/hr | 70.00 |
| | RAA | Plan and prepare for 253 meeting. | | 0.40<br>175.00/hr | 70.00 |
| | RAA | Appear and attend videoconference. | | 0.70<br>175.00/hr | 122.50 |
| | RAA | Appear and attend 253 videoconference. | | 0.80<br>175.00/hr | 140.00 |
| | RAA | Further preparation prior to hearing today. | | 0.90<br>175.00/hr | 157.50 |

Page 7

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/15/2020 | RAA | Appear and attend hearing. | 2.20 175.00/hr | 385.00 |
| 12/16/2020 | RAA | Review emails with approvals. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from F. Hernández Denton. | 0.10 175.00/hr | 17.50 |
| | RAA | Review minute of proceedings of hearing yesterday. | 0.10 175.00/hr | 17.50 |
| | RAA | Email motion for approval of J. Romero and D. Rodriguez. | 0.10 175.00/hr | 17.50 |
| | RAA | Electronic filing of motion and CMR-2 report. | 0.10 175.00/hr | 17.50 |
| | RAA | Email CMR-2 report to F. Hernández Denton. | 0.10 175.00/hr | 17.50 |
| | RAA | Review and respond to electronic communications from J. Romero regarding review of GO 600-629. | 0.10 175.00/hr | 17.50 |
| | RAA | Review and respond to emails from J. Romero and D. Rodriguez re: CMR-2. | 0.20 175.00/hr | 35.00 |
| | RAA | Conference call with J. Romero and D. Rodríguez. | 0.40 175.00/hr | 70.00 |
| | RAA | Preparation of motion submitting second report. | 0.50 175.00/hr | 87.50 |
| | RAA | Final revisions to CMR-2 | 0.90 175.00/hr | 157.50 |
| 12/17/2020 | RAA | Review PRPB's motion for extension. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order granting extension. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order on Monitor's motion submitting second report. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from PRPB. | 0.10 175.00/hr | 17.50 |
| | RAA | Review PRPB's motion in compliance. | 0.10 175.00/hr | 17.50 |
| | RAA | Review PRPB's motion for leave to file Spanish documents. | 0.10 175.00/hr | 17.50 |

                Page    8

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/17/2020 | RAA | Review order on motion in compliance. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order on motion for leave. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order on motion for reconsideration. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review first notice of filing transcript. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review second notice of filing transcript. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo regarding General Order 600-629. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review C. Vega's response to L. Saucedo's email. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review PRPB's motion for reconsideration. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review and analyze proposed budget and email from D. Rodriguez. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Attend budget discussion via videocall. | 1.00<br>175.00/hr | 175.00 |
| 12/18/2020 | RAA | Review email from F. Hernández Denton. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from Y. Acevedo from PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from A. Young. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from C. Vega. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from J. Romero. | 0.10<br>175.00/hr | 17.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/18/2020 | RAA | Review email from J. Castillo. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review and analyze General Order 600-629. | 0.50<br>175.00/hr | 87.50 |
| 12/22/2020 | RAA | Review emails from PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone call with J. Gonzalez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review exchange of electronic communications from team members. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review electronic communications from USDOJ and PRPB. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Revisions to memo to PRPB re: Order 600-629. | 0.40<br>175.00/hr | 70.00 |
| 12/23/2020 | RAA | Telephone call from J. Romero. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Email to opposing counsel denying extension sought. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Exchange of electronic communications with J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Plan and prepare for videocall with Col. López. | 0.90<br>175.00/hr | 157.50 |
| | RAA | Appear and attend videocalls with Col. López and then with J. Romero, D. Rodriguez and USDOJ. | 2.00<br>175.00/hr | 350.00 |
| 12/24/2020 | RAA | Review emails from R. Bandas. | 0.20<br>175.00/hr | 35.00 |
| 12/26/2020 | RAA | Telephone call from J. González. | 0.20<br>175.00/hr | 35.00 |
| 12/28/2020 | RAA | Review electronic communications from R. Bandas. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review electronic communication from D. Gosselin. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review electronic communications from J. Castillo and L. Saucedo. | 0.10<br>175.00/hr | 17.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/28/2020 | RAA | Review electronic communications from Col. C. Vega. | 0.10 175.00/hr | 17.50 |
| | RAA | Review electronic communications from A. Del Carmen. | 0.10 175.00/hr | 17.50 |
| | RAA | Review electronic communications from J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | Review electronic communications from F. Hernández Denton. | 0.10 175.00/hr | 17.50 |
| | RAA | Plan and prepare for team meeting. | 0.30 175.00/hr | 52.50 |
| | RAA | Appear and attend team videoconference. | 1.20 175.00/hr | 210.00 |
| 12/29/2020 | RAA | Review email from R. Bandas. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails authorizing filing of motion. | 0.10 175.00/hr | 17.50 |
| | RAA | Review translations submitted by defendants. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order on invoices. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order denying defendants' motion for reconsideration. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20 175.00/hr | 35.00 |
| | RAA | Email response to R. Bandas. | 0.20 175.00/hr | 35.00 |
| | RAA | Review USDOJ's response to PRPB's motion for reconsideration. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from R. Bandas. | 0.30 175.00/hr | 52.50 |
| | RAA | Email to D. Rodriguez and J. Romero regarding call and email from R. Bandas.  Telephone call with them. | 0.30 175.00/hr | 52.50 |
| | RAA | Plan and prepare for videocall with judge Gelpí and team. | 0.80 175.00/hr | 140.00 |
| | RAA | Preparation of response to motion in compliance with transition order.  Email draft to J. Romero and D. Rodriguez. | 1.40 175.00/hr | 245.00 |

|            |     |                                                                                      | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------|-------------------|-----------|
| 12/29/2020 | RAA | Attend video call.                                                                   | 1.50 175.00/hr    | 262.50    |
| 12/30/2020 | RAA | Review motion to restrict.                                                           | 0.10 175.00/hr    | 17.50     |
|            | RAA | Review order on motion to restrict.                                                  | 0.10 175.00/hr    | 17.50     |
|            | RAA | Review order on motion in compliance.                                                | 0.10 175.00/hr    | 17.50     |
|            | RAA | Review restricted order on motion in compliance.                                     | 0.10 175.00/hr    | 17.50     |
|            | RAA | Review email and certification from PRPB.                                            | 0.20 175.00/hr    | 35.00     |
|            | RAA | Review motion in compliance by PRPB.                                                 | 0.20 175.00/hr    | 35.00     |
|            | RAA | Review emails from A. Del Carmen, J. Romero and D. Rodriguez.                        | 0.20 175.00/hr    | 35.00     |
|            | RAA | Review and respond to email from A. Del Carmen.                                      | 0.20 175.00/hr    | 35.00     |
|            | RAA | Emails to D. Rodriguez and J. Romero regarding PRPB's motion and restricted order.   | 0.20 175.00/hr    | 35.00     |
|            | RAA | Finalize response to motion in compliance and electronically file the same.          | 0.30 175.00/hr    | 52.50     |
|            | RAA | Telephone calls from J. Romero and emails.                                           | 0.30 175.00/hr    | 52.50     |
|            |     | **For professional services rendered**                                               | 80.30             | $13,592.50 |

Timekeeper Summary

| Name                   | Hours | Rate   | Amount     |
|------------------------|-------|--------|------------|
| Roberto Abesada Agüet  | 71.10 | 175.00 | $12,442.50 |
| Yesenia Medina Torres  | 9.20  | 125.00 | $1,150.00  |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.