Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

December 1-December 28, 2020

INVOICE # 012                              **TOTAL DUE $9,150.00 USD**
December 2020 INVOICE

The following is a detailed statement of the hours worked.

**1 DEC to 28 DEC 2020 (worked performed in CONUS)**
- **CMR-2 (12 hours)**
    - Revisions to CMR-2 based on the Parties' comments (12 hours)
- **CMR-3 (33 hours)**
    - Develop samples based on lists provided by PRPB (25.5 hours)
    - Revise section templates for monitors' writing (7.5 hours)
- **Calls (10 hours)**
    - General conference calls and coordination with Monitoring Team (6 hours)
    - Conference calls with parties regarding sampling method (3 hours)
    - Miscellaneous Conference calls with parties (1 hour)
- **Coordination with web design team (6 hours)**
    - Guidance on design of Podio work flow and workspaces for monitoring team (4 hours)
    - Piloting and QCing limited Podio rollout for CMR-3 (2 hours)

**61 hours total @ $150/hour = $9,150**

**TOTAL FEE:**                 61 Hours x $150/hour = $9,150.00 USD

## Total Fees Due = $9,150.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

December 28th, 2020

_____         _____
Signature                                                    Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043