# INVOICE

**DATE**
11/30/2020

**INVOICE NO**
#003

Denise Rodriguez
2450 Oak Hill Circle
Apt. 513
Fort Worth, TX 76109
956-279-3097
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
December 1-31, 2020

## DUTIES AND RESPONSIBILITIES    TOTAL DUE $15,833.33

- Conducted calls with each subject matter expert
- Coordinated and conducted weekly calls with the Monitoring Team.
- Participated in the monthly P253 meeting with the parties
- Participated in a team progress update call with Judge Gelpi
- Participated in conference calls with the Parties and Special Master to review Dr. Levy's "Sampling Framework"
- Coordinated the CMR-3 data requests and sampling requests
- Participated in a conference call with the Korber Group to discuss the Podio software management system
- Maintained and updated the data tracking sheet with data received and additional data requested
- Catalogued and reviewed data received by PRPB for CMR-3
- Reviewed the parties' comments on CMR-2 and coordinated the revisions to the report with each monitor
- Participated in calls with the Monitor to discuss recent operational developments regarding PRPB COVID-19 response and procedures and associated roadblocks
- Participated in calls with USDOJ and Special Master to discuss PRPB's operations related to COVID-19
- Participated in calls with PRPB to discuss COVID operations and response
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Submitted two (2) memos documenting the Monitor's comments on the above Paragraph 229 Policy Reviews

**Flat Rate Total Wages**    **Due $15,833.33**

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*[signature: Denise Rdz]*

Denise Rodriguez, Chief Deputy Monitor

December 31, 2020
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.