Donald S. Gosselin, Esq.
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1142**              **Billing Period:  November 28, 2020 to December 30, 2020**
The following is a statement of the work performed:
**All work performed in CONUS**

- Preparation for Special Master teleconferences. Participate in final teleconferences.
- Continued interaction with Dr. Levy, Deputy Chief Monitor Gonzalez and Korber Technology Team to develop Podio work system. Participate in Podio briefing.
- Review Court Roadblock Injunction, review draft policies from other jurisdictions on checkpoints.
- Review multiple proposed changes to PRPB policies.
- Review PRPB first production of documents for CMR-3.  Review Professionalization and Internal Discipline Areas of the Agreement to finalize second request for production of documents for CMR-3.  Work with Dr. Levy on specific samples to be designed for statistical relevance.
- Analyze current PRPB policies and teaching handbooks for curricula relating to Professionalization and Internal Discipline Areas for compliance and draft conclusions.
- Multiple status teleconferences with Deputy Chief Monitor.
- Telephone calls, texts and emails with Deputy Chief and Chief Monitor.
- Teleconferences and emails with fellow Monitors.
- Review Equal Protection Component of CMR-2 relating to Juvenile Detention facilities.
- Plan and coordinate proposed travel to SJU for in-person inspection of PRPB internal discipline documents.  Plan travel logistics.
- Travel for COVID19 PCR test in preparation for January site visit.

**61 hours total @ $150 = $9,150.00**

| | |
|---|---|
| TOTAL LABOR: | $ 9,150.00 USD |
| TOTAL TRAVEL REIMBURSEMENT: | $ n/a |
| **Total Fees and Expense Reimbursement Due =** | **$ 9,150.00 USD** |

**TERMS:**                                                        **NET 30 ACH Transfer**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____  **30 December 2020**

**Donald S. Gosselin, Esq.**
d/b/a Gosselin Int'l Associates
a subsidiary of MBG North Corp.