

# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

| | |
|---|---|
| Invoice#: | 58 |
| Invoice Date: | 12/29/2020 |

**From**

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

**To:** Federal Monitor

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 12/29/2020<br>Team Meeting with Judge Gelpí | 1h 30m | $195.00/h | $292.50 |
| 12/21/2020<br>Revision of draft of General Order on Roadblocks | 2h 00m | $195.00/h | $390.00 |
| 12/20/2020<br>Conference call with Rafael Ruiz and Al Young about draft of General Order of PRPB for roadblocks | 0h 20m | $195.00/h | $65.00 |
| 12/19/2020<br>Research of jurisprudence and police practices of roadblocks | 4h 00m | $195.00/h | $780.00 |
| 12/16/2020<br>Telephone call with Special Master about examinations process of PRPB | 0h 10m | $195.00/h | $32.50 |
| 12/15/2020<br>US District Court Status Conference; reading of Court Order and exchange of communications with Monitor Romero | 2h 30m | $195.00/h | $487.50 |
| 12/15/2020<br>Review of files included in agenda of US District Court Status Conference | 0h 30m | $195.00/h | $97.50 |
| 12/14/2020<br>Reading of emails and messages regarding roadblocks and promotions | 1h 00m | $195.00/h | $195.00 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 12/13/2020 | Review file of promotions; reading of documents submitted by Coronel Veda; review of draft of motion prepared by Attorney Abesada, conference call with Attorney Abesada ; reading of Orders issued by Court; and of email with documentsent by Coronel Clementina Vega | 3h 00m | $195.00/h | $585.00 |
| 12/12/2020 | Reading of Certification for promotions signed by Governor dated December 10,2020 and privileged exchange of communications with Monitor Romero, Attorney Roberto Abesada and Special Master Dr. Alex del Carmen | 3h 00m | $195.00/h | $585.00 |
| 12/12/2020 | Conference calls with John Romero, Alex del Carmen and Roberto Abesada; revision of draft of motion about roadblocks and revision of informative motion about promotions; exchange of communications with Alfredo Castellanos | 2h 00m | $195.00/h | $390.00 |
| 12/10/2020 | Reading of PRPB orders about roadblock; exchange of communications with Roberto Abesada and John Romero about roadblocks; reading of documents sent by Raúl Bandas; research of constitutional jurisprudence on roadblocks and memorandum prepared by Attorney Abesada | 2h 30m | $195.00/h | $487.50 |
| 12/08/2020 | Reading of information of police roadblocks to implement executive order, researh of jurisprudence about police raodblocks and conference call with John Romero | 1h 00m | $195.00/h | $195.00 |
| 12/05/2020 | Reading of reports about COVID-19 cases in PRPB sent by Coronel Alba Díaz in response to request from Special Master | 1h 00m | $195.00/h | $195.00 |
| 12/04/2020 | Conference call with Special Master and Emily Lauer of UMass regarding surge in cases of COVID-19 in Police and report ordered by Court | 1h 00m | $195.00/h | $195.00 |
| 12/01/2020 | I certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0h 01m | $0.00/h | $0.00 |
| 10/07/2020 | Call from William Ramirez of ACLU and privileged communications with Monitor Romero | 1h 00m | $195.00/h | $195.00 |

| | |
|---|---|
| Sub Total: | **$5,167.50** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$5,167.50** |
| Paid: | **$0.00** |
| **Balance Due:** | **$5,167.50** |

Terms & Note:
Thanks for your business.