John J. Romero<br>
2301 Pacific Ave<br>
Costa Mesa, CA 92627

December 1 through December 31, 2020

INVOICE # 079                          **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
DECEMBER 2020 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of December) from the Parties, Monitor Team, Court and Special Master.
Conference calls with the Parties and Special Master to review Dr. Levy's "Sampling Framework" document
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree
Worked with General Counsel re: motions to the court.
Worked with General Counsel re: Roadblock Memorandum.
Reviewed Final Draft of CMR-2, reviewed Parties comments, and submitted report to court
Participated in meetings with Special Masters Office, PRPB legal representatives and USDOJ re: PRPB Promotion Protocol.
Status Conference with Honorable Judge Gelpi and the Parties
Reviewed data/documentation provided by PRPB relating to use of force.
Covid-19 meeting with the Special Master.
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meeting with Honorable Judge Gelpi and the Monitor Team.

## Flat Rate Total Wages Due = $17,916.66

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*[signature: John J. Romero]*

Date December 31, 2020

_____