# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

January 7, 2021

Office of the Technical Compliance Advisor
Caribbean Office Plaza, Office 207
670 Ponce de León Ave.
San Juan, PR 00907

INVOICE LGH 2020-4
FOR PROFESSIONAL SERVICES RENDERED – December 1 - 31, 2020

| | |
|---|---|
| Billable Hours | 65.0 |
| Billing Rate | $140.00 |
| Gross Total | $9,100.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my professional capacity. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

BILLABLE HOURS – DECEMBER 2020
Detailed Description

*Use of Force Analysis of Documents and Support to Staff*
*Billable Hours:* **30**
*Review the Agreement for the Sustainable Reform of the Puerto Rico Police Department – July 17, 2013, the Second Report of the Federal Monitor, Covering the Period from July 2019 through March 2020 ("CMR-2") – December 16, 2020, data requests for CMR-3, documentation submitted by the PRPB, re: CMR-3 and the Use of Force Worksheet, among other documents related to Use of Force. Participate in multiple telephone conversations with the Issue Specialist, John Romero, the Deputy Monitor, Denise Rodríguez and Dr. David Levy, re: support to be provided regarding the review of PRPB documents and the drafting of CMR-3.*

*Monitor Relevant Legislation in the VIIth Special Session of the Legislative Assembly of Puerto Rico*
*Billable Hours:* **14**
*Review and monitor three legislative bills of potential relevance to the Agreement for the Sustainable Reform of the Puerto Rico Police Department – July 17, 2013: House Bill 2581 (Amendment to Act 20-2017, as amended – Increased sanctions to violators of the terms of the Executive Orders related to the COVID-19 pandemic), House Bill 2606 (Amendment to Act 146-2012, as amended – Amending the Penal Code to typify murder when the victim is a woman, and other related issues), and Senate Bill 1677 (Amendment to Act 147 of June 18, 1980, as amended – Appropriation of funds in governmental agencies regarding the prevention of violence against women). The second bill was signed into law and became Act 157-2020, while the third one was also signed, subsequently becoming Act 158-2020. Follow-up on the status of the bills with the relevant legislative staff and the offices of the Senate Secretary and the House Clerk.*

*TCA Team Communications and Additional Support*
*Billable Hours:* **12**
*Prepare and participate in the weekly conference calls of the TCA team on December 7th, 14th, 21st and 28th, plus the TCA Team conference call with Judge Gustavo Gelpí on December 29th. Review and respond to emails related to the weekly conference calls. Exchange various text messages and multiple telephone calls with the then Secretary of the Department of Transportation and Public Works, Hon. Carlos Contreras, and his assistants Paxie Córdova and Hilda Alvarado re: Office vehicle title transfer. Follow-up conversations with Javier González from the TCA Team re: same.*

*Community Outreach – Provide Support with Coordination of Meetings*
*Billable Hours:* **6**
*Provided support to the TCA Team with the rescheduling of the meeting with the Commonwealth's Advocate on Women's Affairs (Lersey Boria, Esq.). Follow-up with multiple telephone conversations and emails with various assistants and advisors to the Advocate re: same. Meeting*

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo@gmail.com

Page 2
BILLABLE HOURS – DECEMBER 2020
Detailed Description (cont.)

*with Rep. Eddie Charbonier (San Juan – District 1) as he requested, plus follow-up telephone conversation, regarding his suggestion to be of assistance as a liaison for potential meetings with important communities in the Municipality of San Juan. Multiple telephone calls and text messages with the Monitor, John Romero, and the Issue Specialist, Merangelie Serrano, re: strategy and next steps.*

*General Elections in Puerto Rico – Analysis of Results and its Implications to the Reform of the PRPB*
*Billable Hours:* **3**
*Continue to monitor and review the ongoing process of the official tally of votes of the General Elections in Puerto Rico and its implications on policymaking and regarding potential interaction with the Agreement for the Sustainable Reform of the Puerto Rico Police Department – July 17, 2013. Follow-up discussions with the Monitor, John Romero, re: same.*