# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice                                                                                  Invoice # 004

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| 1 dic 2020 | pick up a letter to go to the mail and send it certified | 2 | $20.00 | $40.00 |
| 13 dic 2020 | be with the staff of the monitor office in the police lockdown in Isla Verde | 6 | $20.00 | $120.00 |
| month of December | expenses for car use and gasoline and tolls | | | $200.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | 8 | $20.00 | Total $360.00 |