# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**DATE:** December 30, 2020
**INVOICE #** 10004
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
Caribbean Office Plaza, Office 207
670 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Drop Box review sec./subsec. Familiarization/Comm. Report Doc. | 1.00 | $150.00 | $ 150.00 |
| CMR2 Comm. Engagement R & R: PRPB/USDOJ letter | 1.50 | $150.00 | $ 225.00 |
| CMR3 Data request | 1.00 | $150.00 | $ 150.00 |
| CMR3 Data request for PRPB per Denise's submitted Spreadsheet | 1.00 | $150.00 | $ 150.00 |
| Zoom Team Meetings/Special master meetings | 8.00 | $150.00 | $ 1,200.00 |
| Emails: John, Denise, Rafa, David, Sarah Lopez, Claudia and Javi | 2.00 | $150.00 | $ 300.00 |
| Revision/Amend. add CMR2 Rafa & I + Reply letter sec. to USDOJ | 1.50 | $150.00 | $ 225.00 |
| Phone calls: John, L. Hidalgo, Denise, Javi | 2.00 | $150.00 | $ 300.00 |
| Community: Phone call to Ms. Ivana Fred, Trans. Comm. | 0.50 | $150.00 | $ 75.00 |
| New Orleans Police Reform Decree review: Community | 0.50 | $150.00 | $ 75.00 |
| Field observations: Carolina, P.R. PRPB Road-blocks. | 4.50 | $150.00 | $ 675.00 |
| CMR3 Doc. Drop Box PRPB Submission review | 1.50 | $150.00 | $ 225.00 |
| Phone call with Denise: Comm. Engagement & Public Info. | 1.50 | $150.00 | $ 225.00 |
| 253 Meeting | 2.00 | $150.00 | $ 300.00 |
| Community outreach Plan development Draft (Stakeholders review, Agreement compl. Sec. XIV, Par. 241, comm. Survey) | 3.50 | $150.00 | $ 525.00 |
| Outline for meeting/presentation for GAG: year in review | 0.50 | $150.00 | $ 75.00 |
| Zoom meeting: Judge Gelpi 12/29/2020 | 1.50 | $150.00 | $ 225.00 |
| | | SUBTOTAL | $ 5,100.00 |
| | | SALES TAX | $ - |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | OTHER | |
| | | **TOTAL** | $ 5,100.00 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**

Merangelie Serrano-Rios

**THANK YOU!  The Best for 2021**