Rafael E. Ruiz  
12 Crestshire Dr.  
Lawrence, MA 01843

INVOICE # 2020-12

DATE: 12/31/2020

Billed to: Federal Monitor, PRPB/USDOJ Agreement   For service: Dec 1st -31st, 2020  
670 Ponce De Leon Ave. Suite 207  
San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dec 1- Work on new PRPB new regulations, forms, annex | 4.5 hrs. | $150/hr. | $675.00 |
| Dec 2- Continue work on new PRPB regulations, forms | 4.0 hrs. | $150/hr. | $600.00 |
| Dec 3- Work on PRPB November policies; tel conf w/team | 4.0 hrs. | $150/hr. | $600.00 |
| Dec 4- List new policies for Dep Monitor | 0.5 hr. | $150/hr. | $75.00 |
| Dec 5- Work on USDOJ and PRPB response to CMR-02 | 2.0 hrs. | $150/hr. | $300.00 |
| Dec 7- Prep response to USDOJ/PRPB comments CMR-02 | 3 hrs. | $150/hr. | $450.00 |
| Dec 8- Video Conf Monitor team w/Parties (Sampling) | 1 hr. | $150/hr. | $150.00 |
| Dec 9- Work on new policies; Video Conf re Sampling | 5.5 hrs. | $150/hr. | $825.00 |
| Dec 10- Work on new policies; PRPB/USDOJ comments; Zoom call w/Dep Monitor | 7.5 hrs. | $150/hr. | $1,125.00 |
| Dec 11- Prep 2nd CMR-03 data request; work on new PRPB DV policies, call w/co-worker; continue respond to CMR-02 | 5.5 hrs. | $150/hr. | $825.00 |
| Dec 12- Work on random sample of data sent by PRPB | 0.5 hr. | $150/hr. | $75.00 |
| Dec 14- Video Conf W/MONITOR TEAM; data request; Work on policies, phone calls, emails | 3 hrs. | $150/hr. | $450.00 |
| Dec 15- Work on new policies, DV, Sex Crimes, CIC | 5 hrs. | $150/hr. | $750.00 |
| Dec 16- Work on new Sex Crimes policies, forms | 3.5 hrs. | $150/hr. | $525.00 |
| Dec 17- Work on Road-block policy, forms, etc. | 1 hr. | $150/hr. | $150.00 |
| Dec 19- Work on Road-block policy, forms | 2.5 hrs. | $150/hr. | $375.00 |
| Dec 21- Finalize Road-block policy; Zoom w/Team | 3 hrs. | $150/hr. | $450.00 |
| Dec 28- Monitor team weekly meeting | 1.25 hrs. | $150/hr. | $187.50 |
| Dec 29- Video Conf Monitor w/Judge | 0.5 hrs. | $150/hr. | $75.00 |
| Dec 1st through Dec 31st - Emails, phone calls to/from Team members and Parties | 4 hrs. | $150/hr. | $600.00 |

(TOTAL hours worked: 61.75; **Billable hours: 61 hrs. x $150**)

TOTAL BILLED             $9,150.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____ Date: 12/31/2020  
Rafael E. Ruiz