Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR005-2020
DATE: December 30, 2020

**Dates of service: December 1 – December 30, 2020**         **TOTAL** $3600.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team and members **8 hrs**.
-Conference calls with the Parties/Special Master during the month **4 hrs**.
-Conference calls with monitoring team/ members (reporting and sectional methodology conference)   **2 hrs**.
-Work on CMR-2 response to scope of work **1 hrs**.
-Work on CMR-3 indicators for assigned scope of work **3 hrs.**
-Policy review, research and recommendations **6 hrs**.

**Billable Hours:** 24 HOURS 00 MINUTES, at rate of $150 per hour = $3,600.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rita J Watkins*

Rita J. Watkins                                                                 Date: December 30, 2020