**INVOICE 0069 FOR PROFESSIONAL SERVICES; DEC 1 THROUGH DEC 30, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   Federal Monitor
Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of December 2020 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; meetings; logistics | 6.25 | $937.50 |
| Develop / Establish / Draft - Levy Sampling Formats - Collaborate, Review, Edit & Revise - Optimize process for requesting data against methodologies, thresholds and IT capabilities; | 4.5 | $675.00 |
| Sampling Teleconferences; Prepare, coordinate and attend sampling telcon. Review, reconcile and deconflict PRPB materials before and after each teleconference | 5.75 | $862.50 |
| Monitoring teleconferences; Weekly coordination, Deputy Monitor tracking of tasks, data requests, prep research, 253, Periodic with Judge Gelpi | 10.75 | $1,612.50 |
| CMR-2; Review of PRPB and DOJ comments, reconcile, prepare comments and revisions, resubmit opinions and recommendations | 11.25 | $1,687.50 |
| CMR-3:  Review PRPB questions regarding Monitors data request, prep CMR3 request, UoF, IT, etc., align CMR-2 claims with CMR-3 assessment | 9 | $1,350.00 |
| Review of PRPB provided materials including procedures, policies, manuals, Policies for Crimes against women, COVID reports, rules & Regulations status, responses to CMR3 data requests, prior submissions, etc. | 10.5 | $1,575.00 |
| Review DOJ materials and recommendations; COVID implementation Recommendations, Policy comments | 3 | $450.00 |
| Net Hours US | 61.00 | $9,150.00 |
| Allowable Fee | | $9,150.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

1