# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 47
INVOICE DATE: DECEMBER 31, 2020

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-01-20 | Administrative Director | Communications with the Monitor, Conference call with Deputy monitor, Work with Team November Invoices, Review of communications and information sent by team members and PRPB. Work on Administrative Matters. | 4.50 | $85.00 | $382.50 |
| DEC-02-20 | Administrative Director | Work with Staff November Invoices, Communications with the Monitor, Work with New Office Lease. | 4.00 | $85.00 | $340.00 |
| DEC-03-20 | Administrative Director | Review of information sent by team members and PRPB, Communications with the Monitor. Communication with Citizen regarding the case. | 3.00 | $85.00 | $255.00 |
| DEC-04-20 | Administrative Director | Meeting with SpecialMaster and UMass CDDER, Communications with the Monitor, Coordination of Meetings regarding COVID on PRPB. Review of Information sent by Team Members and PRPB. | 3.50 | $85.00 | $297.50 |
| DEC-06-20 | Administrative Director | Ride Along regarding National Guard Activation EO, Review of communications sent by PRPB, Communications with the Monitor. | 2.50 | $85.00 | $212.50 |
| DEC-07-20 | Administrative Director | Staff Meeting,Coordination of meetings, Meeting with Special Master, Review of information sent by staff, | 4.50 | $85.00 | $382.50 |
| DEC-08-20 | Administrative Director | Communications with the monitor and team members, review of information sent by staff. | 3.00 | $85.00 | $255.00 |
| DEC-09-20 | Administrative Director | Communications with the monitor, Meeting with special master, review of information sent by staff and PRPB. Ride along regarding National Guard EO. | 5.50 | $85.00 | $467.50 |
| DEC-10-20 | Administrative Director | Communications with the monitor, appointment of new commissioner, review of information sent by staff and PRPB. | 3.50 | $85.00 | $297.50 |
| DEC-11-20 | Administrative Director | Communications with the Monitor and Team Members. Review of information sent by Team Members abd PRPB | 3.00 | $85.00 | $255.00 |
| DEC-12-20 | Administrative Director | Communications with the Monitor, Team Members and Senior Legal Counsel, Communications with PRPB Officials. Review of information sent by Team Members. | 2.50 | $85.00 | $212.50 |

INVOICE NUMBER: 47

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-13-20 | Administrative Director | PRPB Blockade Monitoring with Merangelie Serrano, Various communications with the Monitor and Senior Legal Counsel, Communications with PRPB Officials. | 6.50 | $85.00 | $552.50 |
| DEC-14-20 | Administrative Director | Staff meeting, Review of November Invoices, Communications with Team members. Review of Information sent by Team Members. | 4.00 | $85.00 | $340.00 |
| DEC-15-20 | Administrative Director | 253 Meeting with PRPB and USDOJ, Communications with the Monitor, Communications with PRPB officials, Coordination of Meeting with New Appointed Commissioner, Review of Information sent by PRPB and Team Members. | 4.50 | $85.00 | $382.50 |
| DEC-16-20 | Administrative Director | Communications with the Monitor, Communications with Companies related to the Survey, Work with 2021-2022 Budget Draft, | 3.50 | $85.00 | $297.50 |
| DEC-17-20 | Administrative Director | Cont Working on 2021-2022 Budget Draft, Meeting with the Monitor, Deputy Monitor, and Chief Legal Counsel. Review of Information sent by Team Members and PRPB. | 3.50 | $85.00 | $297.50 |
| DEC-18-20 | Administrative Director | Communications with PRPB Officials, Coordination of Meeting with Coronel López, Work with website Translation, Review of Information sent by Team Members and PRPB. | 4.50 | $85.00 | $382.50 |
| DEC-21-20 | Administrative Director | Staff meeting, Communications with Team members, Communications with Citizen, Work on Website Translation, Review of information sent related to the case by PRPB, FPM Team Members. | 5.00 | $85.00 | $425.00 |
| DEC-22-20 | Administrative Director | Communications with the Monitor and Team Members, Review of information sent by Staff and PRPB. | 2.00 | $85.00 | $170.00 |
| DEC-23-20 | Administrative Director | Meeting with Coronel Lopez, Communications with the Monitor and Team Members, Communications with PRPB Officials, Coordination of SME January Visit. Review of information sent by Team Members and PRPB. | 3.50 | $85.00 | $297.50 |
| DEC-28-20 | Administrative Director | Staff Meeting, Communications with PRPB Officials, Represent the Monitor Office in Hatillo ("Festival de las Máscaras"). Communications with the Monitor and Team Members. | 8.50 | $85.00 | $722.50 |
| DEC-29-20 | Administrative Director | Team Meeting, Communications with the Monitor, Team Members and PRPB Officials. | 4.50 | $85.00 | $382.50 |
| DEC-30-20 | Administrative Director | Work with December Invoices, Communications with the Monitor. | 3.50 | $85.00 | $297.50 |
| DEC-31-20 | Administrative Director | Communications with the Monitor , review of information sent by PRPB | 2.00 | $85.00 | $170.00 |

INVOICE NUMBER: 47

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-31-20 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Office Cleaning Services | | | $100.00 |
| | | Total amount of this invoice | | | $8,175.00 |

MESSAGE

Javier B Gonzalez, December 31, 2020