# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER:  20200275
DATE:  DECEMBER 29, 2020

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| NOV-25-20 | CONSULTING FEES | Make ACH payments for Services Rendered in October and Professional Services Retention payment. | 0.50 | $100.00 | $50.00 |
| DEC-03-20 | CONSULTING FEES | Verify November Invoices before sending them to the US Court. | 1.50 | $100.00 | $150.00 |
| DEC-18-20 | CONSULTING FEES | Bank Reconciliation 11/2020<br>Post Invoices<br>Post Payments in PR Pay for Independent Contractors | 5.00 | $100.00 | $500.00 |
| DEC-21-20 | CONSULTING FEES | Make deposit at First Bank | 1.00 | $100.00 | $100.00 |
| DEC-24-20 | CONSULTING FEES | Make ACH Transfer for Professional Services & PS Retention (SURI) | 0.75 | $100.00 | $75.00 |
| | | Total hours for this invoice | 8.75 | | |
| | | Total amount of this invoice | | | $875.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)