# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>     v.<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>     Defendants. | **NO. 3:12-cv-2039 (GAG)** |

## MOTION TO AMEND AND CORRECT

**TO THE HON. GUSTAVO A. GELPÍ, CHIEF U.S. DISTRICT JUDGE:**

**NOW COMES,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPM"), who respectfully, through the General Counsel of the FPM, states and prays as follows:

1. The Office of the FPMPR LLC has a filed a motion to approve its December 2020 invoices in the amount of **$133,871.82**.

2. The invoice of Claudia Cámara, however, had an involuntary arithmetic error. Although she correctly invoiced 50 hours of work, the invoice does not add up to 50 hours but to a little over 51 hours. Accordingly, enclosed is the corrected invoice with the 50 hours of work.

**WHEREFORE,** it is respectfully requested that the Honorable Court grant this correction.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of January 2021.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP