IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO,** et al., | **CIVIL NO. 12-2039 (GAG)** |
| **Defendants.** | |

**ORDER: Appointing Gary A. Loeffert as Second Assistant Special Master Effective February 1, 2021**

The Court hereby appoints Gary A. Loeffert as Assistant Special Master effective February 1, 2021.

The Court appointed the Special Master to work with the Court and the Parties on areas of the Police Reform that require focused attention, collaboration, and subject-matter expertise beyond the expiration of the capacity-building period. The Office of the Special Master has become an integral component of the Police Reform mission, its work and support to the Court have exponentially increased during this past year. The Court has encouraged the Parties to work creatively with the Special Master to devise solutions to issues or challenges to reform. Mr. Loeffert will further assist the Office of the Special Master in those efforts.

Mr. Loeffert retired from the FBI after serving nearly 30 years in law enforcement. He commenced his career as a police officer with the Charlotte-Mecklenburg Police Department in North Carolina where he served for over five years as a patrol and community police officer. He then entered the FBI where he served over 24 years as a Special Agent, retiring as the Special Agent

in Charge (SAC) of the Buffalo Field Office. His assignments included investigating drug trafficking and money laundering matters in the Miami Field Office, as a Supervisory Special Agent serving in the Drug Section at FBI Headquarters, supervising the Joint Terrorism Task Force in the Jacksonville Field Office while managing investigation of International Terrorism, Domestic Terrorism, and Weapons of Mass Destruction matters, and leading Jacksonville's Safe Streets Task Force which investigated violent gangs operating in North Florida. Mr. Loeffert also served as the Assistant Special Agent in Charge of the Dallas Field Office where he managed several critical programs and oversaw administrative functions of the said Office. Mr. Loeffert was then promoted to the Senior Executive Service as the Chief of Staff for the Executive Assistant Director of the National Security Branch at FBI Headquarters where he served prior to his appointment as the Buffalo SAC. Mr. Loeffert holds Bachelor's and Master's Degrees in Criminal Justice.

  Mr. Loeffert will assist the Office of the Special Master on tasks and projects assigned to the Special Master, including preparing filings, drafting reports, and providing technical assistance to the Puerto Rico Police Bureau, as appropriate. The Court, when warranted, may assign him additional duties should it determine that these are necessary. Mr. Loeffert will work under the supervision of the Special Master, who in turn reports directly to the Court. Mr. Loeffert will be subject to the Stipulated Order Effectuating the Participation of the Special Master (Docket No. 1152); the Agreement for the Sustainable Reform of the Puerto Rico Police Department (Docket No. 60), and all other applicable Court orders.

  The Court is most appreciative of USDOJ counsel and DPS Secretary Alexis Torres himself for vetting Mr. Loeffert and indicating their support for the present appointment, which will ultimately benefit PRPB and its path to compliance with the Reform Agreement.

**Civil No. 12-2039 (GAG)**

The Parties and the Special Master have conferred and agreed on an additional budget allocation to cover the professional fees and incidental expenses of Mr. Loeffert as Assistant Special Master for Fiscal Year 2019-20. Mr. Loeffert's professional fee will be $150.00/hour. Funds for the current fiscal year to compensate Mr. Loefffert will derive from savings in Monitor's budget.

**SO ORDERED.**

In San Juan, Puerto Rico this 25th of January, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge