IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Defendants.**

CIVIL NO. 12-2039 (GAG)

### ORDER re: Work Assigned to Special Master

The volume of work that is currently being performed by the Office of the Special Master during the past year has exponentially increased, in light of the several matters of utmost importance as to which the Court and parties have needed focused attention and subject-matter expertise beyond that provided by the Police Monitor. Such work entails independent assistance from the Special Master given that the role of the Monitor is exactly that, to monitor compliance, while that of the Special Master is to assist PRPB in remedial action geared towards compliance in those specific areas where the parties so request, or the Court so orders.

During this past year, the Special Master has exceeded his originally projected scope of work, and thus monthly billing cap. However, this has become necessary in light of the fact that limiting his work will only delay his expert assistance to PRPB. PRPB itself, as well as USDOJ and the Court have all understood that such essential work is indeed necessary. Hence, the parties and the Court have approved invoices which exceed a set monthly amount. In light of this, the Court hereby will allow the Special Master and Assistant Special Masters to bill at their per hour without a cap. The

**Civil No. 12-2039 (GAG)**

parties and Court each month shall continue to review the Special Master's invoices, as to which are sufficiently detailed to enable all to clearly see the amount of work performed, as well the matters worked upon. The Court is confident that the Special Master's work will continue to adequately assist PRPB in moving more readily and at a faster pace towards compliance with the Reform Agreement. There will be months, as has happened in the past, where the amount of work is less, but others where it is more. By eliminating a cap, PRPB will benefit from the flexibility of having the Special Master available on an as needed basis, rather that straightjacketing his productiveness during any particular period. The Court notes that on many occasions this year PRPB has had to reach out to the Special Master during evenings, even at late hours, as well as weekends and holidays.

For the remainder of current fiscal year, the additional funds necessary to cover all Special Master work will derive from savings in the funds currently allocated to the Office of the Federal Monitor.

This order shall not be construed in any manner as affecting nor limiting the work of the Monitor's Office.

**SO ORDERED.**

In San Juan, Puerto Rico this 25th of January, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge