Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

December 21, 2020 through January 21, 2021

INVOICE # SM2021-1             **TOTAL DUE $ 17,325.00**
SPECIAL MASTER
JANUARY 2021 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 28 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. | $4,200 |
| 11.5 | Conference calls with the Monitoring Team members and Court. | $1,725 |
| 8.5 | Conference calls with the Parties and Monitor. | $1,275 |
| 28 | Zoom meetings with various groups including DSP personnel, Commissioner's Office, USDOJ, and monitoring team. | $4,200 |
| 35 | Engaged in investigation relevant to Court Order DSP-2020-AO-004. The scope of work includes interviews, document reviews, and draft review. | $5,250 |
| 4.5 | Reviewed and worked on document related to COVID-19 Protocol. | $675 |
|  |  | $17,325 |

## Total Wages Due = $17,325.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____          _____
   **Dr. Alejandro del Carmen**                          **1/22/21**