**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

December 23. 2020 – January 22, 2021

INVOICE # ASM2021-1                                    **TOTAL DUE $ 9,900.00**
ASSISTANT SPECIAL MASTER
JANUARY 2021 INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 11 | Reviewed, translated as necessary, discussed and reworked documents related to various orders of the Court, PRPD and DOJ exchanges (per paragraph 229 of the Agreement) re: revisions to Policies and Annexes PRPB, CMR-3 Document and file requests, requests for extensions, COVID compliance issues, drafts of and related materials, email and discussed with the Special Master and other parties. | $1,650 |
| 9 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties and the Court. | $1,350 |
| 26 | Complied with the court's order for the Office of the Special Master to investigate and draft report regarding the Motion in Compliance by Attorney Bandas addressing Admin Order DSP-2020-AO-004, the modified protocol offered by PRPB and the manner of certification of the latter protocol. Conducted numerous interviews, reviewed numerous email exchanges and drafted initial report for the Court. | $3,900 |
| 20 | Zoom meetings and/or Conference calls with the Parties. | $3,000 |

**Total Wages Due = $9,900**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Thomas D. Petrowski*                                              1/22/21
**Thomas D. Petrowski**