IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

CIVIL NO. 12-2039 (GAG)

### ORDER Clarifying Order re: Work Assigned to Special Master

Reference is made to the Order of this Court titled, *ORDER Re: Work Assigned to Special Master* (Docket No. 1687). The Court follows that order with this clarification as to the role of the Special Master and his staff.

To be clear: The Office of the Special Master reports directly and solely to this Court and only this Court. The duties of the Office of the Special Master and any work done by the Office of the Special Master derive from this Court directly or with the imprimatur of this Court. See Order at Docket No. 1665 (adopting United States' Response, Docket No. 1661 at 2).

While all parties are encouraged to remain in contact with the Office of the Special Master as a deputized representative and officer of this Court, only the Court can task the Special Master and his staff. PRPB as well as USDOJ may indeed request the Special Master to assist in any necessary matters, subject to Court approval.

**SO ORDERED.**

In San Juan, Puerto Rico this 29th of January, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge