**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO.:  12-cv-02039** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH  OF  PUERTO  RICO, <u>et al.,</u>** | |
| Defendants. | |

### <u>NOTICE OF APPEARANCE</u>

**MAY IT PLEASE THE COURT:**

     **COME NOW**, Co-defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorneys, and very respectfully state and pray:

     The co-defendants of caption respectfully move the Clerk of the Court to enter the appearance of the undersigned attorneys as counsel for co-defendants.

     **WHEREFORE,** Co-defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department respectfully request this Court to take notice of the above and enter the appearance of the undersigned attorneys as counsel for co-defendants.

     **RESPECTFULLY SUBMITTED.**

     **I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

     In San Juan, Puerto Rico, this 5th day of February, 2021.

Notice of Appearance
Civil No. 12-02039
Page 2 of 2


**CANCIO, NADAL & RIVERA, L.L.C.**

P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com