OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

February 1, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. for January 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,192.83 | January 2021 |
| Castellanos Group LLC | $ 1,560.00 | January 2021 |
| Spece | $ 2,392.00 | January 2021 |
| The & Group LLC (Javier González) | $ 7,705.75 | January 2021 |
| Dr. David Levy | $ 4,725.00 | January 2021 |
| Denise Rodriguez | $15,833.33 | January 2021 |
| Viota & Associates CPA LLC | $    550.00 | January 2021 |
| Donald S. Gosselin | $ 11,887.50 | January 2021 |
| Al Youngs | $ 9,150.00 | January 2021 |
| Rafael E. Ruiz | $ 12,750.00 | January 2021 |
| Scott Cragg | $ 9,150.00 | January 2021 |
| Federico Hernández Denton | $ | January 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 4,777.50 | January 2021 |
| Rita J. Watkins | $ 4,800.00 | January 2021 |
| Merangelie Serrano | $ 12,900.00 | January 2021 |
| Luis Hidalgo | $ 9,100.00 | January 2021 |
| Korber Group | $ 1,051.97 | January 2021 |
| Claudia Cámara | $1,090.00 | January 2021 |
| Manuel Arroyo | $ 940.00 | January 2021 |
| Carpets Unlimited | $   257.23 | January 2021 |
| Laboratorio Clínico Las Américas | $   150.00 | January 2021 |
| **TOTAL:** | **$129,963.11** | January 2021 |
|  |  |  |
|  |  |  |