**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

January 1– January 31, 2021
Invoice No. 20
Member of Federal Monitor Team

| | |
|---|---:|
| Reviewed and responded to emails and conference calls for the month of January: | |
|     From Members of the Monitor Team | 5.0 Hours |
|     Internal Monitor Team meetings | 17.0 Hours |
|     Meeting and phone calls with Monitor and Deputy Monitor | 2.0 Hours |
| Obtained additional information involving community policing for Javier Gonzalez. This information was provided by several Consent Decree-monitored Police Departments, including Baltimore and Los Angeles Police Departments. | 2.0 Hours |
| Reviewed comments by DOJ on CMR-2. | 1.0 Hours |
| Reviewed comments by PRPB on CMR-2. | 1.0 Hours |
| Reviewed templates for CMR-3 sections and updated methodological document provided by David Levy for CMR-3. | 2.0 Hours |
| Reviewed CMR-2 comments reference Supervision and Management. | 2.0 Hours |
| Reviewed random sample list of 51 transferred supervisors selected by David Levy and our formulated questions for the random sample. | 2.0 Hours |
| Forwarded and discussed training documents and additional information to Monitor Rita Watkins for her use in the CMR-4 monitoring of training. | 3.0 Hours |
| Discussed and confirmed updates and timelines for completion of EIS project information in cooperation with the IT Monitor. | 2.0 Hours |
| Reviewed initial requests for CMR-3 from PRPB. | 1.0 Hour |
| Reviewed additional requests for CMR-3 from PRPB. | 1.0 Hour |
| Reviewed files sent by Captain Acevedo, Lt. Colonel Rolando Trinidad, Captain Raymond A. Ferrer and Lt. Colonel Carlos Cruz with regards to transfers and Supervision and Management. | 2.0 Hours |
| Reviewed copies of all random samples in Methodology of Supervision and Management, discussed and forwarded to David Levy. | 1.0 Hours |
| Analyzed data of 304 PRPB transfers from April through September 2020, where they were assigned and where they are now assigned. | 2.0 Hours |

| | |
|---|---:|
| Collated, organized by number and analyzed 51 random samples of Supervisors' administrative records and personal histories. | 3.0 Hours |
| Analyzed and reviewed virtual Training Certificates on the Prevention of Discrimination and the Complaint Process of the 51 random samples of Supervisors. | 3.0 Hours |
| Arranged and reviewed Training completion of several topics for the 51 random chosen Supervisors provided by the Office of the Registrar. | 2.0 Hours |
| After consultation with Deputy Monitor and her input, wrote draft report of paragraphs 135 though 158. | 3.5 Hours |
| After final input of team members, Monitor and Deputy Monitor wrote final report reference Supervision and Management. | 3.5 Hours |

**TOTAL HOURS:  61**

Billable Hours:    61 Hours at a Rate of $150.00 Per Hour = $9,150.00

**Total:        $9,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                                **$9,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                             ____1/31/2021____
            Signature                                                                                      Date