

CASTELLANOS GROUP
P.S.C.

# INVOICE

INVOICE NUMBER:  175
INVOICE DATE:  JANUARY 29, 2021

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-04-21 | Case: 3:12 cv 2039 (GAG) | Review of several comms. | 1.50 | $195.00 | $292.50 |
| JAN-11-21 | Case: 3:12 cv 2039 (GAG) | Several comms. with Monitor Romero; review of info.; exchange of several comms. | 2.00 | $195.00 | $390.00 |
| JAN-13-21 | Case: 3:12 cv 2039 (GAG) | Several comms. with Hernández Denton, Esq.; review of information; comms. with Monitor Romero | 1.00 | $195.00 | $195.00 |
| JAN-15-21 | Case: 3:12 cv 2039 (GAG) | Review of Motion to Stay, Order | 0.50 | $195.00 | $97.50 |
| JAN-23-21 | Case: 3:12 cv 2039 (GAG) | Comms. with Special Master; review of several comms. | 1.00 | $195.00 | $195.00 |
| JAN-26-21 | Case: 3:12 cv 2039 (GAG) | Comms. with Special Master; review of info. | 1.00 | $195.00 | $195.00 |
| JAN-28-21 | Case: 3:12 cv 2039 (GAG) | Several comms.; comms. with Special Master, re; COVID 19 Protocol, review of info. re: Covid Protocol and related matters | 1.00 | $195.00 | $195.00 |
| | | Total hours for this invoice | 8.00 | | |
| | | Total amount of this invoice | | | $1,560.00 |