**Office of the FPMPR LLC**
Caribbean of Office Plaza
Oficina 207
670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (January 2021)

| Date | Task | Total Hours |
|---|---|---|
| **January 5, 2021** | Present at the new office during working hours. Archived documents. Updated the new office address. | 4.0 |
| **January 7, 2021** | Present in the office during working hours. Working on the community newsletter. | 2.0 |
| **January 8, 2021** | Present in the office during working hours. Working on newsletter. Office duties. | 7.0 |
| **January 12, 2021** | Present in the office during working hours. Reading the Second Federal monitor Report. | 4.0 |
| **January 13, 2021** | Present in the office during working hours. Reading the second Federal Monitor report. Office duties. | 2.5 |
| **January 14, 2021** | Present in the office during working hours. Office duties. | 2.0 |
| **January 15, 2021** | Present in the office during working hours. Office duties. | 7.0 |
| **January 20, 2021** | Present at office during working hours. Updated on Newsletter progress. | 4.0 |
| **January 22, 2021** | Present at office during working hours. Worked on the newsletter draft. Office duties. | 7.0 |
| **January 25, 2021** | Present at office during working hours. Sent the first Newsletter draft. Office duties. | 4.0 |
| **January 27, 2021** | Present at office during working hours. Made office supplies list. Worked on fixing the draft for the Newsletter. | 4.0 |
| **January 29, 2021** | Present at office during working hours. Fixed the Covid-19 protocol form and the newsletter draft. Office duties. | 7.0 |

**Total,  54.5 hours for $20 = $1090.00**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____