**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

February 1, 2021
Invoice #  16877

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2021 | RAA | Review docket text modification entry. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review unrestricted order on motion in compliance. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review agenda of today's meeting.  Plan and prepare for team meeting today. | 0.50<br>175.00/hr | 87.50 |
|  | RAA | Appear and attend team videoconference. | 1.20<br>175.00/hr | 210.00 |
| 1/5/2021 | RAA | Review motion submitting translated exhibits. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review translated exhibits submitted by PRPB. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| 1/6/2021 | RAA | Review and respond to emails from J. Romero, D. Rodríguez, and D. Levy. | 0.30<br>175.00/hr | 52.50 |
| 1/7/2021 | RAA | Review emails from D. Levy. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from J. González. | 0.10<br>175.00/hr | 17.50 |

787-273-8300

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/7/2021 | RAA | Review and respond to emails from D. Rodríguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review and respond to emails from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email and article from F. Hernández Denton | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from A. Del Carmen regarding Col. C. Vega and responses from the team. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review emails from L. Saucedo and J. Romero | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from R. Bandas.  Telephone call from J. Romero regarding the same.  Review Transition Order and Agreement.  Response to R. Bandas. | 0.50<br>175.00/hr | 87.50 |
| 1/8/2021 | RAA | Email to R. Bandas. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from R. Bandas | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from N. González Cuba of PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from D. Rodríguez and D. Levy. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call to J. Gonzalez. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Telephone call from R. Bandas | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review and analyze docket regarding orders made by the court on TCA payments and Commonwealth's transition of counsel. | 0.80<br>175.00/hr | 140.00 |
| 1/11/2021 | RAA | Review email from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Levy. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Plan and prepare for meeting with team members. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Appear and attend team meeting videoconference. | 1.40<br>175.00/hr | 245.00 |

|            |     |                                                                                     | Hrs/Rate         | Amount |
|------------|-----|-------------------------------------------------------------------------------------|------------------|--------|
| 1/12/2021  | RAA | Review PRPB's email with negative certification.                                    | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review email from L. Saucedo.                                                       | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review email from L. Saucedo and response from PRPB.                                | 0.20 175.00/hr   | 35.00  |
|            | RAA | Telephone call from J. González.                                                    | 0.20 175.00/hr   | 35.00  |
|            | RAA | Review and respond to emails from F. Hernández Denton, A. Del Carmen, and J. Romero. | 0.40 175.00/hr   | 70.00  |
| 1/13/2021  | RAA | Review email from Y. Acevedo.                                                       | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review emails from F. Hernández Denton and J. Romero                                | 0.30 175.00/hr   | 52.50  |
| 1/14/2021  | RAA | Review email from R. Bandas.                                                        | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review emails from L. Saucedo.                                                      | 0.20 175.00/hr   | 35.00  |
| 1/15/2021  | RAA | Review email from D. Rodriguez.                                                     | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review motion to stay.                                                              | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review motion to withdraw.                                                          | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review order on motion to withdraw.                                                 | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review order on motion to stay.                                                     | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review renewed motion to stay.                                                      | 0.10 175.00/hr   | 17.50  |
|            | RAA | Review order on motion for disbursement of funds.                                   | 0.10 175.00/hr   | 17.50  |
|            | RAA | Telephone call from J. González.                                                    | 0.20 175.00/hr   | 35.00  |
|            | RAA | Review order on motion to stay. Telephone call from J. Romero regarding the same.   | 0.30 175.00/hr   | 52.50  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2021 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Review invoices. Prepare and file motion for disbursement of funds. | 0.60 175.00/hr | 105.00 |
| 1/17/2021 | RAA | Telephone calls from J. Romero and J. González | 0.50 175.00/hr | 87.50 |
| 1/18/2021 | RAA | Plan and prepare for team videoconference. | 0.40 175.00/hr | 70.00 |
| | RAA | Appear and attend team videoconference. | 1.60 175.00/hr | 280.00 |
| 1/19/2021 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Plan and prepare for videoconference re: juvenile reform case. | 0.40 175.00/hr | 70.00 |
| | RAA | Plan and prepare for meeting with DSP and PRPB. | 0.40 175.00/hr | 70.00 |
| | RAA | Appear and attend videoconference. | 1.40 175.00/hr | 245.00 |
| | RAA | Appear and attend meeting at DSP's offices. | 1.50 175.00/hr | 262.50 |
| 1/20/2021 | RAA | Review corrected invoice from C. Cámara. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call from J. González. | 0.30 175.00/hr | 52.50 |
| | RAA | Prepare motion to amend and correct and electronic filing of the same. | 0.40 175.00/hr | 70.00 |
| 1/21/2021 | RAA | Review order on motion to amend. | 0.10 175.00/hr | 17.50 |
| 1/22/2021 | RAA | Electronic communications with J. Romero and D. Rodriguez. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from PRB re: certification. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 175.00/hr | 17.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/25/2021 | RAA | Review email from J. Romero | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order on second assistant special master. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order on special master work plan. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review electronic communications from J. Romero, A. Del Carmen, and L. Hidalgo. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Plan and prepare for team meeting. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Appear and attend team videoconference. | 2.50<br>175.00/hr | 437.50 |
| 1/27/2021 | RAA | Review emails from J. González and D. Rodríguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from L. Saucedo, D. Rodríguez, and A. Del Carmen. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review electronic communications from J. Romero, A. Del Carmen, and L. Hidalgo. | 0.30<br>175.00/hr | 52.50 |
| 1/28/2021 | RAA | Review email from D. Rodríguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review multiple electronic communications from J. Romero, L. Hidalgo, and A. Del Carmen. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review complaint from PRPB captain and delay in investigating under paragraph 179 of the agreement. Telephone call from J. Romero regarding the same. Review and respond to email from J. Romero. | 0.50<br>175.00/hr | 87.50 |
| 1/29/2021 | RAA | Review email from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review complaint from PRPB captain and delay in investigating under paragraph 179 of the agreement. Review and respond to email from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from L. Saucedo and PRPB. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| 1/31/2021 | RAA | Review orders regarding invoices and special master. | 0.10<br>175.00/hr | 17.50 |

|            |     |                                                                                                                        | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 1/31/2021  | RAA | Review email from D. Rodriguez..                                                                                       | 0.10<br>175.00/hr | 17.50     |
|            | RAA | Review and respond to electronic communications from different team members regarding police intervention at festivities. | 0.40<br>175.00/hr | 70.00     |
|            |     | **For professional services rendered**                                                                                 | **27.30**         | **$4,777.50** |

### Timekeeper Summary

| Name                    | Hours | Rate   | Amount    |
|-------------------------|-------|--------|-----------|
| Roberto Abesada Agüet   | 27.30 | 175.00 | $4,777.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.