Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

January 1-January 29, 2021

INVOICE # 012                                          **TOTAL DUE $4,725.00 USD**
January 2021 INVOICE

The following is a detailed statement of the hours worked.

**1 JAN to 29 JAN 2021 (worked performed in CONUS)**
- **CMR-3 (13.5 hours as of 1/25)**
    - Editing Use of Force section (8 hours)
    - Miscellaneous methodological assistance to Monitors (5.5 hours)
- **Calls (17.5 hours as of 1/21)**
    - General conference calls and coordination with Monitoring Team (7 hours as of 1/18)
    - Calls with Monitoring Team to ensure consistent application of monitoring methodology in CMR-3 (10.5 hours as of 1/25).
- **Coordination with web design team (0.5 hours as of 12/28)**
    - Guidance on design of Podio work flow and workspaces for monitoring team (0.5 hours as of 12/28)
- **31.5 hours total @ $150/hour = $4,725**


**TOTAL FEE:**                     **31.5 Hours x $150/hour = $4,725.00 USD**

## Total Fees Due = $4,725.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                    January 29th, 2021
Signature                                    _____
                                             Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043