# INVOICE

**DATE**
1/31/2021

**INVOICE NO**
#004

Denise Rodriguez
2450 Oak Hill Circle
Apt. 513
Fort Worth, TX 76109
956-279-3097
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
January 1-31, 2021

## DUTIES AND RESPONSIBILITIES                         TOTAL DUE $15,833.33

- Conducted calls with each subject matter expert and the Monitor
- Coordinated and conducted weekly calls with the Monitoring Team
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Submitted memo documenting the Monitor's comments on the above Paragraph 229 Policy Reviews
- Coordinated the CMR-3 data and requests and receipt of this data
- Participated on a community meeting hosted by the Monitoring Team
- Worked with monitoring staff to draft and develop the first quarterly Monitoring Team newsletter
- Coordinated with the Korber Group to establish a Federal Monitoring Team email address, as well as updates to the Monitoring Team website
- Reviewed and revised draft the Federal Monitoring Team's community outreach plan
- Reviewed and provided feedback to each of the subject matter experts on their CMR-3 drafts
- Coordinated and conducted calls with the team to review the CMR-3 compliance ratings for each paragraph assessed during the given reporting period
- Participated in calls with USDOJ and PRPB to discuss P229 revised policies and input from the parties
- Participated in call with the parties to meet with the DSP Secretary
- Participated in call with the parties to meet with the newly appointed PRPB Commissioner and DSP Secretary
- Participated in call with the Monitor on the SPEHCE case to discuss PRPB investigations involving juveniles

**Flat Rate Total Wages**                                                **Due $15,833.33**

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*(signature: Denise Rodriguez)*

Denise Rodriguez, Chief Deputy Monitor

January 31, 2021
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.