Donald S. Gosselin, Esq.
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1143**             **Billing Period:   January 1, 2021 to January 29, 2021**
The following is a statement of the work performed:

**All work performed in CONUS**

- Review COVID19 Travel Protocol for Puerto Rico, consult with authorities
- Cancel and notionally reprogram planned travel to SJU for 2 – 7 January 2021.
- Review PRPB final production of documents for CMR-3, download data locally.
- Read and analyze all files provided by the PRPB relating to 54 paragraphs with over 104 performance indicators in the Agreement between the Department of Justice and the PRPB including the following:
    - paragraphs 12, 13, 14, 15, 16, 17, 18, 19 and 20, (Professionalization);
    - paragraphs 159 through 162 (Civilian Complaints);
    - paragraphs 163 through 165 (Internal Investigations);
    - paragraphs 166 through 176 (Complaint Intake, Classification, Assignment, and Tracking);
    - paragraphs 177 through 193 (Investigation of Complaints);
    - paragraphs 194 through 196 (Staffing Selection and Training Requirements [of SARP personnel]);
    - paragraph 197 (Retaliation)
    - paragraphs 198 through 200 (Discipline)
    - paragraphs 201 – 204 (Employee Assistance Program).
- Where data supporting a finding of *substantially compliant* was provided, record said finding and draft a rationale for said finding.
- Where data supporting a finding of *partially compliant* was provided, record said finding, draft a rationale for said finding, make recommendations where possible for the PRPB to achieve substantial compliance, (or "pathway to compliance.").
- Where data was absent, make a corresponding finding of deferred or non-compliance with rationale to support.
- Multiple status teleconferences with Deputy Chief Monitor.
- Multiple telephone calls, texts and emails with Chief Monitor and fellow members of the Monitor Team.
- Follow up on local vaccination availability for COVID19 for travel to PR, online state searches for vaccination appointment availability.
- Telephone calls and emails with fellow Monitors.

- Multiple teleconferences with Monitor Team to review, paragraph by paragraph, compliance assessments and compliance indicators for Professionalization, Use of Force, Equal Protection and Internal Investigation/Discipline. Adjust findings according to discussions of the evidence.

**84.25 hours total @ $150 = $12,637.50**

| | |
|---|---|
| TOTAL LABOR: | $ 12,637.50 USD |
| TOTAL TRAVEL REIMBURSEMENT: | $     n/a |
| *Fee Waived* | *$     750.00 USD* |
| **Total Fees and Expense Reimbursement Due =** | **$ 11,887.50 USD** |

**TERMS:**                                                                              NET 30 ACH Transfer

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                                                        29 January 2021

**Donald S. Gosselin, Esq.**
d/b/a Gosselin Int'l Associates
a subsidiary of MBG North Corp.