# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 49
INVOICE DATE: JANUARY 31, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-04-21 | Administrative Director | Staff Meeting, Work with December 2020 Invoices, Communications with the Monitor, PRPB Officials, Team Members, Coordination of Visits. | 5.50 | $85.00 | $467.50 |
| JAN-05-21 | Administrative Director | PRPB Visit, FIU Information, Visit DOT Metro, Communications with the Monitor. | 5.00 | $85.00 | $425.00 |
| JAN-07-21 | Administrative Director | Communications with the Monitor and Deputy Monitor. Coordinations of visits. | 2.00 | $85.00 | $170.00 |
| JAN-08-21 | Administrative Director | Visit to DOT Metro and SWAT, Communications with the Monitor | 6.50 | $85.00 | $552.50 |
| JAN-11-21 | Administrative Director | Staff Meeting, Communications with the Monitor and Deputy Monitor, Communication with website developer. | 4.00 | $85.00 | $340.00 |
| JAN-12-21 | Administrative Director | Communications with the Monitor, Coordination of Meeting with DSP Secretary and PRPB Commissioner, Coordination of Team Vaccination, Review of information sent by Team and PRPB. | 3.50 | $85.00 | $297.50 |
| JAN-13-21 | Administrative Director | Communications with the Monitor, Coordination of Team Vaccination, Coordination of Meetings, Review of information sent by Team Members and PRPB. | 2.50 | $85.00 | $212.50 |
| JAN-14-21 | Administrative Director | Communication with thew Monitor and Team Members, Review of information sent by Team members, PRPB and USDOJ. Coordination of meeting. | 3.50 | $85.00 | $297.50 |
| JAN-15-21 | Administrative Director | Communications with the Monitor, team Members and PRPB Officials. Work on translation with website developer. Review of Information sent by Team Members and PRPB. | 4.00 | $85.00 | $340.00 |
| JAN-18-21 | Administrative Director | Staff Meeting, Coordination of Meetings, Work on website, Communication with Team Members and The Monitor. | 5.00 | $85.00 | $425.00 |
| JAN-19-21 | Administrative Director | Meeting with Commissioner and Secretary, Communications with the Monitor, Team Members and PRPB Officials. Meeting with Juvenile Institutions Monitor. | 6.00 | $85.00 | $510.00 |

INVOICE NUMBER: 49

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-20-21 | Administrative Director | Meetings at PRPB, Communications and Meeting with the Monitor, | 8.00 | $85.00 | $680.00 |
| JAN-21-21 | Administrative Director | Meeting with Community Leaders, Communications and Meetings with the Monitor and Team Members. | 5.00 | $85.00 | $425.00 |
| JAN-22-21 | Administrative Director | Communications with the Monitor, Work with the website. | 3.00 | $85.00 | $255.00 |
| JAN-25-21 | Administrative Director | Team meeting, Review of CMR 3. Communications with the Monitor. | 6.00 | $85.00 | $510.00 |
| JAN-26-21 | Administrative Director | Share information with PRPB, Communication with the Monitor and Team Members. Review of information. | 3.50 | $85.00 | $297.50 |
| JAN-27-21 | Administrative Director | Communications with the Monitor, Team Members and PRPB Officials. Work on Website. | 3.50 | $85.00 | $297.50 |
| JAN-28-21 | Administrative Director | Communications with the Monitor, Work on website, work with Budget. Communications with PRPB Officials. | 4.00 | $85.00 | $340.00 |
| JAN-29-21 | Administrative Director | Communications with the Monitor, Work with Websit and January 2021 Invoices. Work on FPMPR COVID-19 Office Protocol. | 4.50 | $85.00 | $382.50 |
| JAN-30-21 | Administrative Director | Communications with PRPB Officials, Multiple Communications with the Monitor and Team Members, Fortaleza Protest and San Sebastian Festival Monitoring. | 5.00 | $85.00 | $425.00 |
| JAN-31-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Office Expenses. | | | $55.75 |
| | | Total amount of this invoice | | | $7,705.75 |

MESSAGE

Javier B Gonzalez, January 31, 2021