John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

January 1 through January 31, 2021

INVOICE # 080                     **TOTAL DUE $ 19,192.83**
FEDERAL MONITOR
JANUARY 2021 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of January) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Reviewed data provided by PRPB relating to use of force re: CMR-3.
Prepared Use of Force Section of CMR-3
Reviewed and provided comments on PRPB's G.O. 100-113 Force Investigations Unit FIU.
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the parties and Special Master.
Conducted Zoom meetings with the Monitor Team.

**Site Visit to Puerto Rico January 17 through January 22, 2021**
Meetings with Secretary of DSP and new commissioner of PRPB
Meeting with Reform Unit to discuss format for Monitor's Office data request going forward
Meeting with FIU Unit re: obtain additional data relating to CMR-3.
Meetings with Monitor Team members based in Puerto Rico.
Participated in Community meeting.

**Expenses January 17-22 Puerto Rico Visit**

Rapid PCR Test     250.00
Airfare            327.87
Hotel              698.30
TOTAL              $1276.17

**Flat Rate Total Wages Due = $17,916.66**

| | |
|---|---|
| Expenses Due | $1276.17 |
| **TOTAL DUE** | $19192.83 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

Date January 31, 2021

# Itinerary confirmation

Download to calendar    PRINT ITINERARY

## You're all set to jet!

**Confirmation code: XITKVG**    MANAGE BOOKING >

## Travelers

Mr. John Joseph Romero

| Flight | | | | | | |
|---|---|---|---|---|---|---|
| Ticket number | 2792155967417 | | | | | |
| Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | | | |
| | | LAX → FLL | FLL → SJU | SJU → MCO | MCO → LAX | |
| Seat | | 26D | 14D | 20D | 30D | |
| Checked Baggage Allowance | | 2 bags | 2 bags | 2 bags | 2 bags | |

## Your flights

**Los Angeles, CA (LAX)**
Sat Jan 16 2021, 10:20 PM
A321/Mint

**Fort Lauderdale, FL (FLL)**
Sun Jan 17 2021, 5:59 AM

**Flight 100**
JetBlue

**Fare: Blue**
Nonstop

---

**Fort Lauderdale, FL (FLL)**
Sun Jan 17 2021, 10:50 AM
A320

**San Juan, PR (SJU)**
Sun Jan 17 2021, 2:17 PM

**Flight 253**
JetBlue

**Fare: Blue**
Nonstop

---

**San Juan, PR (SJU)**
Fri Jan 22 2021, 2:50 PM
A320

**Orlando, FL (MCO)**
Fri Jan 22 2021, 4:51 PM

**Flight 1034**
JetBlue

**Fare: Blue**
Nonstop

---

**Orlando, FL (MCO)**
Fri Jan 22 2021, 8:30 PM
A321

**Los Angeles, CA (LAX)**
Fri Jan 22 2021, 11:09 PM

**Flight 131**
JetBlue

**Fare: Blue**
Nonstop

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $260.47 | $67.40 | $327.87 | x 1 | $327.87 USD |

+ LAX - SJU: Blue fare rules

+ SJU - LAX: Blue fare rules

https://book.jetblue.com/B6/ConfirmationForward.do?vsid=18522fe2-8a23-49d6-915f-1007aa8ccf37    1/3

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number 91069689

Name:

Arrive: 01-17-21     Time: 14:20     Depart: 01-22-21     Folio Number: 656429

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-17-21 | Package | 115.00 | |
| 01-17-21 | Government Tax | 10.35 | |
| 01-17-21 | Hotel Fee | 10.35 | |
| 01-18-21 | COMEDOR- Guest Charge (Breakfast) | 3.16 | |
| 01-18-21 | Package | 115.00 | |
| 01-18-21 | Government Tax | 10.35 | |
| 01-18-21 | Hotel Fee | 10.35 | |
| 01-19-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 01-19-21 | Package | 115.00 | |
| 01-19-21 | Government Tax | 10.35 | |
| 01-19-21 | Hotel Fee | 10.35 | |
| 01-20-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 01-20-21 | Package | 115.00 | |
| 01-20-21 | Government Tax | 10.35 | |
| 01-20-21 | Hotel Fee | 10.35 | |
| 01-21-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 01-21-21 | Package | 115.00 | |
| 01-21-21 | Government Tax | 10.35 | |
| 01-21-21 | Hotel Fee | 10.35 | |
| 01-22-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 01-22-21 | Visa Card | | 698.30 |
| | Card # XXXXXXXXXXXX1287 | | |



| | 7707 Garden Grove Blvd. | Lab. Director: | John C. Hiserodt, MD |
|---|---|---|---|
| | Garden Grove, CA 92841-4207 | | |
| | Phone: 714-902-1762 | Fax: 657-400-9073 | |
| | CLIA: 05D2016898 | CLIENT: 828 | NEWPORT CHILDREN'S MEDICAL- NEWPC |
| | CLF: 340712 | Ordering Physician: Zacharia Reda MD | |

| Patient Name: | ROMERO, JOHN | | | | | Draw Date: | 01/15/2021 | Time: | |
|---|---|---|---|---|---|---|---|---|---|
| DOB: | 6/21/1950 | Age: | 70 | Gender: | M | Receive Date: | 01/15/2021 | Time: | 14:18 |
| Client Accn: | | | | | | Final Report: | 01/15/2021 | Time: | 17:00 |
| Accession No: | 2101150432 | | | | | Report Status: | FINAL | | |

| PANEL/TEST | RESULT | ABNORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **COVID-19 SARS CoV-2** | | | | |
| Source-COVID-19 | Nasopharyngeal | | | |
| SARS-CoV2 RT-PCR | Negative | | | |

Final Result for SARS CoV-2 (COVID-19): NEGATIVE (Not Detected)

Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions. Negative results must be combined with clinical observations, patient history, and epidemiological information. Optimum specimen types and timing for peak viral levels during infections caused by SARS-CoV-2 have not been determined. Collection of multiple specimens or types of specimens may be necessary to detect virus. Improper specimen collection and handling, sequence variability under primers/probes, or viruses present below the limit of detection may lead to false negative results. Positive and negative predictive values of testing are highly dependent on prevalence. False negative test are more likely results are more likely when prevalence is high.

The SARS-CoV-2 test is intended for the qualitative detection of nucleic acids from SARS-CoV-2 in nasal, nasopharyngeal and oropharyngeal swab samples from patients who meet COVID-19 clinical and/or epidemiological criteria. Testing methodology is real-time RT-PCR. The assay targets the S, N, and ORF1ab genes. If received as separate collection devices, nasal, nasopharyngeal and oro-pharyngeal specimens are combined for analysis.

Test results must be correlated with clinical presentation and evaluated in the context of other laboratory and epidemiologic data. Test performance can be affected because the epidemiology and clinical spectrum of infection caused by SARS-CoV-2 is not fully understood. For example, the optimum types of specimens to collect and when during the course of infection these specimens are most likely to contain detectable viral RNA may not be known.

This test has not been Food and Drug Administration (FDA) cleared or approved and has been authorized by FDA under an Emergency Use Authorization (EUA). The test is only authorized for the duration of the declaration that circumstances exist justifying the authorization of emergency use of in vitro diagnostic tests for detection and/or diagnosis of SARS-CoV-2 under Section 564(b)(1) of the Act, 21 U.S.C. section 360bbb-3(b)(1), unless the authorization is terminated or revoked sooner. FDA review of the validation is pending.

Pathlab Services "CLIA 05D2016898" is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), 42 U.S.C. section 263a, to perform high complexity tests.

2101150432    Romero, John                                    Page 1 of 1

BofA: Charge online or by phone: $250.00, Credit card 1287, NEWPORT CHILDREN ONLIN, 01/08/21. View in app or online