Laboratorio Clinico Las Américas
Ave. Domenech # 400 Suite 103-B
Hato Rey, Puerto Rico 00918
Tel: 753-7155

Invoice No. 2021-003

# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | FMPR Office | Date | 1/28/2021 |
| Address | Caribbean Office Plaza Of.#207 Ave. Ponce de León 670 | Order No. | |
| City | San Juan    State PR    ZIP 00907 | Rep | |
| Phone | | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 3 | Prueba de Covid 19 IgG / IgM Rapid Test | $50.00 | $ 150.00 |
| | Manuel A. Arroyo Rivera | | |
| | 12/01/2020 | | |
| | 12/8/2020 | | |
| | 12/16/2020 | | |

|  |  |
|---|---|
| SubTotal | $ 150.00 |
| Shipping | |
| Tax Rate(s) | |
| TOTAL | $ 150.00 |

Payment: Select One...

Comments
Name
CC #
Expires

*Certifico que esta factura no ha sido pagada.*