# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

February 2, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-01
FOR PROFESSIONAL SERVICES RENDERED – January 1 - 31, 2021

| | |
|---|---|
| Billable Hours | 65.0 |
| Billing Rate | $140.00 |
| Gross Total | $9,100.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my professional capacity. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

BILLABLE HOURS
Detailed Description

Monday, January 4
Relations with the Department of Public Safety and the PRPB
Billable Hours: **2**
Exchange multiple text messages and subsequent telephone conversations with the designee for Secretary of the Department of Public Safety, Hon. Alexis Torres, various members of the TAC Team and the Special Master Team regarding the need and coordination of a Zoom Conference Call with all the aforementioned parties. Circulate invite and an amended invite among all participants.

Tuesday, January 5
Relations with the Department of Public Safety and the PRPB
Billable Hours: **2.5**
Preparation for the Zoom Conference Call. Participate in Zoom Conference Call with the designee for Secretary of Public Safety, Hon. Alexis Torres, and his team, the Federal Monitor, John Romero, the Deputy Monitor, Denise Rodríguez, the Special Master, Alex Del Carmen, and the Assistant Special Master, Tom Petrowski. Participate in follow-up Zoom Conference Call with members of the TAC Team and the Special Master Team re: same.

Saturday, January 9
Use of Force Support
Billable Hours: **3**
As per his instructions and guidelines, assist the Federal Monitor, John Romero with the review and evaluation of documents submitted by the PRPB re: Force Review Board reports on use of force incidents. Multiple text and telephone communications with the Federal Monitor re: same.

Sunday, January 10
Use of Force Support
Billable Hours: **2**
As per his instructions and guidelines, continue to assist the Federal Monitor, John Romero with the review and evaluation of documents submitted by the PRPB re: Force Review Board reports on use of force incidents. Multiple text and telephone communications with the Federal Monitor re: same.

Monday, January 11
Use of Force Support

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Billable Hours: **5**

Page 2 – BILLABLE HOURS Detailed Description (cont.)

As per his instructions and guidelines, continue to assist the Federal Monitor, John Romero with the review and evaluation of documents submitted by the PRPB re: Force Review Board reports on use of force incidents. Initiate preparation of table on documents submitted by the PRPB. Multiple text and telephone communications with the Federal Monitor re: same.

Tuesday, January 12
Use of Force Support
Billable Hours: **6**
As per his instructions and guidelines, continue to assist the Federal Monitor, John Romero with the review and evaluation of documents submitted by the PRPB re: Force Review Board reports on use of force incidents. Conclude preparation of table on documents submitted by the PRPB. Multiple text and telephone communications with the Federal Monitor re: same.

Wednesday, January 13
Use of Force Support
Billable Hours: **2.5**
As per his instructions and guidelines, continue to assist the Federal Monitor, John Romero with the review and evaluation of documents submitted by the PRPB, re: Force Review Board reports on use of force incidents, and review and revise with the Monitor the table prepared to that end. Multiple text and telephone communications with the Federal Monitor re: same.

Friday, January 15
Community Outreach Support
Billable Hours: **0.5**
Follow-up with the staff to the Women's Advocate for the Commonwealth of Puerto Rico, Hon. Lersy Boria, re: rescheduling of the Microsoft Teams Meeting.

Monday, January 18
Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **5.5**
Participation in TAC Team Weekly Conference Call. Meetings with the Federal Monitor, John Romero, Merangelie Serrano, and Javier González in preparation re: meetings for the week, follow-up on pending matters, discussion on the drafting of CMR-3, challenges re: same, etc.

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Tuesday, January 19
Relations with the Department of Public Safety and the PRPB
Billable Hours: **4.5**


Page 3 – BILLABLE HOURS Detailed Description
(cont.)


Preparation for the meeting with the designee for Secretary of Public Safety, Hon. Alexis Torres, and his team and the designee for Commissioner of the PRPB, Hon. Antonio López-Figueroa. Participate in the aforementioned meeting along with the Federal Monitor, John Romero, and other members of his team, the Special Master, Alex Del Carmen, the Assistant Special Master, Tom Petrowski, and members of the USDOJ Team. Follow-up meetings with the Federal Monitor and members of his team re: same. Exchange various follow-up text messages with the Secretary and members of his team.

Wednesday, January 20
Relations with the Department of Public Safety and the PRPB
Billable Hours: **5.5**
Preparation for the meeting with various members of the PRPB Police Reform Office. Participate in multiple meetings with the Lt. Col. Díaz and her staff at the PRPB Police Reform Office, along with the Federal Monitor, John Romero, Merangelie Serrano and Javier González from the TAC Team. Participate in meeting at the FIU Office along with the Federal Monitor. Follow-up exchange of text messages with Lt. Quiñones from the PRPB Police Reform Office re: same.

Legislative Monitoring and Analysis
Billable Hours: **1.5**
Discuss with the Federal Monitor, John Romero, a request by Representative Ramón L. Cruz-Burgos, Chairman of the House Committee on Public Safety and Technology, to meet with him for unspecified reasons. Determine parameters for any potential meeting with a member of the Legislative Assembly. Follow-up telephone conversations with Javier González re: reply to the Representative as per the instructions of the Federal Monitor.

Thursday, January 21
Community Outreach Support
Billable Hours: **3.5**
Preparation for the meeting with community leaders Carmen Villanueva, from Hill Brothers, and Papo Cristian, from the Manuel A. Pérez Public Housing Project, along with the Federal Monitor, John Romero and Merangelie Serrano. Participate in the aforementioned meeting and in a follow-up meeting with the Federal Monitor and Ms. Serrano. Assist in providing alternate channels of communication with members of the

# Luis G. Hidalgo
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

deaf community and other special needs groups. Subsequent exchange of text messages and telephone communications re: same.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **2**
Meetings with the Federal Monitor, John Romero, Merangelie Serrano, and Javier González re: roundup and analysis of the meetings held throughout the week, determine

Page 4 – BILLABLE HOURS Detailed Description
(cont.)

pending matters to follow-up before the next trip by the Federal Monitor to Puerto Rico (week of February 22nd), further discussion on the drafting of CMR-3, challenges re: same, etc.

Saturday, January 23
Legislative Monitoring and Analysis
Billable Hours: **1**
Engage with the Federal Monitor, John Romero, and members of the TAC Team, in an extended discussion of the legislative process and analysis re: potential elimination of the Department of Public Safety (repeal of Act 20-2017, as amended), outlook on the confirmation of the designee for Secretary of the Department of Public Safety, etc.

Monday, January 25
Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **5**
Initiate drafting of letters to various Governors regarding request for priority COVID-19 vaccination efforts for the TAC and Special Master teams. Initiate efforts to reach out to the various gubernatorial offices re: letters; including the personal offices, hotlines, Washington DC offices, congressional offices for members of the same state, the National Governor's Association, etc. Multiple telephone conversations with the Federal Monitor, re: same.

Tuesday, January 26
Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **2.5**
Conclude and send 1st draft of letters to various Governors regarding request for priority COVID-19 vaccination efforts for the TAC and Special Master teams. Continue efforts to reach out to the various gubernatorial offices re: letters; including the personal offices, hotlines, Washington DC offices, congressional offices for members of the same state, the National Governor's Association, etc. Various telephone conversations with the Federal Monitor, re: same.

Wednesday, January 27

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Community Outreach Support
Billable Hours: **3**
Preparation for meeting with Mr. Rafael Rivera-Ortega re: reaching out to the deaf community and other special needs groups, as well as the CIC in Naranjito, and other community policing efforts in Naranjito, Corozal, Comerío, and Barranquitas. Participation in the aforementioned meeting. Subsequent telephone conversations with the Federal Monitor, John Romero re: same.

Page 5 – BILLABLE HOURS Detailed Description
(cont.)

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **2**
Review and revise draft of letters to various Governors regarding request for priority COVID-19 vaccination efforts for the TAC and Special Master teams. Continue efforts to reach out to the various gubernatorial offices re: letters; including the personal offices, hotlines, Washington DC offices, congressional offices for members of the same state, the National Governor's Association, etc. Various telephone conversations and exchange of text messages with the Federal Monitor, John Romero re: same.

Friday, January 29
Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **2**
Review and revise latest draft of letters to various Governors regarding request for priority COVID-19 vaccination efforts for the TAC and Special Master teams, including the incorporation of various comments and suggestions by the Chief Judge of the US District Court for the District of Puerto Rico, Hon. Gustavo Gelpí. Multiple telephone conversations and exchange of text messages with Judge Gelpí and the Federal Monitor, John Romero re: same.

Legislative Monitoring and Analysis
Billable Hours: **2**
Meeting with the Chairman of the Senate Committee on Public Safety, Hon. Henry Neumann, regarding the potential elimination of the Department of Public Safety (repeal of Act 20-2017, as amended), and community sponsorship of police stations, in accordance with existing legislation.

Saturday, January 30
Monitoring of the PRPB
Billable Hours: **1.5**
Engage in multiple conversations with the Federal Monitor, John Romero, and Javier González re: monitoring of PRPB presence at the San Sebastián Street Festivities in Old

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

San Juan, and a scheduled protest by a labor union (UTIER) near La Fortaleza in Old San Juan. Telephone conversations with the designee for Secretary of Public Safety, Hon. Alexis Torres, and his Special Assistant, Arthur Garffer re: presence of the TAC Team in those activities.