# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice   Month January                                                                 Invoice # 004

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| 16-Jan 2021 | go to pay units cell phone from the office | 1 | $20.00 | $20.00 |
| 17-Jan-2021 | Pick up monitor John Romero at the airport and drop off at the hotel | 1 | $20.00 | $20.00 |
| 18-Jan 2021 | work arrangements with the Federal monitor | 8 | $20.00 | $160.00 |
| 19-Jan-2021 | work arrangements with the Federal monitor | 8 | $20.00 | $160.00 |
| 20-Jan -2021 | work arrangements with the Federal monitor | 8 | $20.00 | $160.00 |
| 21-Jan-2021 | work arrangements with the Federal monitor | 8 | $20.00 | $160.00 |
| 22-Jan-2021 | pick up the monitor at the hotel and take him to the airport | 1 | $20.00 | $20.00 |
| 28-Jan-2021 | collect office supplies in old office and take to the police headquarters | 2 | $20.00 | $40.00 |
| January | expenses for car use and gasoline and tolls | 1 Moth | 1Moth | $200.00 |
|  |  | 37 | $20.00 | Total $940.00 |