

# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**DATE:** Jan. 28, 2021
**INVOICE #** 10001
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

1/28/2021

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| TCA Team meetings | 2.50 | $150.00 | $ 375.00 |
| CMR3 drop box doc. Review/Decree, parr. 66 Training drop box for par. 205 compliance review. | 2.00 | $150.00 | $ 300.00 |
| CMR3 par. 13 review: Methodology. | 1.50 | $150.00 | $ 225.00 |
| CMR3: Implementation Community Policing Principles assessment | 2.00 | $150.00 | $ 300.00 |
| Emails: John, Denise, Rafa, Al, Rita, David | 1.50 | $150.00 | $ 225.00 |
| Bi-weekly phone zoom meeting: Denise | 1.00 | $150.00 | $ 150.00 |
| Phone call: Al Youngs | 0.50 | $150.00 | $ 75.00 |
| CMR3: PRPB website review: Info to public, Media sources, Stats. Alliances review, CIC's, cross-sec.rep. review, cert. docs. Intro.draft | 6.00 | $150.00 | $ 900.00 |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Community Policing framework review: data source | 2.00 | $150.00 | $ 300.00 |
| CMR3: Par. 205 Indicators. 10.1.1 through 10.1.7 assessment & draft | 5.00 | $150.00 | $ 750.00 |
| Phone call: Rafael Ruiz | 0.50 | $150.00 | $ 75.00 |
| PRPB needs study review, resource allocation Plan review, PPR OG 800 for community policing | 4.00 | $150.00 | $ 600.00 |
| Par. 205 data collection review and final draft; PPR300-311 review for par. 206, partial data review, CMR2 Cross ref. Review | 5.50 | $150.00 | $ 825.00 |
| Phone calls: John, Javi, Denise | 1.00 | $150.00 | $ 150.00 |
| Paragraphs 206 through 209, data collection review, assessment, findings and narratives draft. | 5.50 | $150.00 | $ 825.00 |
| PPR GO 800 Sec.805  review: Engagement and Public Info. | 1.50 | $150.00 | $ 225.00 |
| PPR 800 Sec. 801: review CICs | 1.00 | $150.00 | $ 150.00 |
| CIC Members interviews: Aguadilla, Guayama, San Juan, Arecibo | 3.50 | $150.00 | $ 525.00 |
| CMR3 pars. 209-211 assesment, PRPB stats publication review;  narratives draft | 1.50 | $150.00 | $ 225.00 |
| Community engagement cold calling for coordination: P.E.C.E.S., Comunidad sorda, P.R., immigrant's office, FENAPUS, Immigrants group, Hill Brothers Comm. Rep., P.R. Basta Ya, Boys & Girls Club | 2.00 | $150.00 | $ 300.00 |
| CMR3 pars. 209-211 assesment, PRPB stats publication, PRPB Website, social media Platforms review (public Info.;  narratives draft | 3.00 | $150.00 | $ 450.00 |
| CMR3 par. 212-217assessment and final draft | 2.50 | $150.00 | $ 375.00 |
| On site Team meeting coord. & logistics for the week/Team zoom meeting | 4.00 | $150.00 | $ 600.00 |
| DSP Secretary and PRPB Commissioner meeting with DOJ and Sepc. Master | 3.00 | $150.00 | $ 450.00 |
| Field visit: PRPB Central Headquarters Office of the Reform | 4.00 | $150.00 | $ 600.00 |
| Community engagement meeting: Hill Brothers Comm. Rep./debrief. | 4.00 | $150.00 | $ 600.00 |
| Community engagement efforts and meetings report | 1.50 | $150.00 | $ 225.00 |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| CMR3 Report revisions by Denise & Appendix Tables draft completion | 4.00 | $150.00 | $ 600.00 |
| CMR3 Team Review Appendix table Zoom discussion | 4.50 | $150.00 | $ 675.00 |
| CMR3 Doc. Edit/changes Review2 Drop box re-check/additional comments in support of narratives | 3.00 | $150.00 | $ 450.00 |
| Appendix Table review/amended to include additional info. | 1.50 | $150.00 | $ 225.00 |
| CMR 3 Report Amended Review3 Chages: Denise | 1.00 | $150.00 | $ 150.00 |
| **TOTAL HOURS** | 86.00 | | |
| | | SUBTOTAL | $ 12,900.00 |
| | | SALES TAX | $     - |
| | | OTHER | |
| | | **TOTAL** | **$ 12,900.00** |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**

Merangelie Serrano-Rios

## THANK YOU!