Rafael E. Ruiz  INVOICE # 2021-01
12 Crestshire Dr.
Lawrence, MA 01843  DATE: January 31, 2021

Billed to: Federal Monitor, PRPB/USDOJ Agreement   For service: January 1st-31st- 2021
San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jan 7- Review PRPB's GO's 631, 632, 638, & PPR's | 3.5 | $150/hr. | $525.00 |
| Jan 8- Prep. Report on above GO's | 2.5 | $150/hr. | $375.00 |
| Jan 11- Analyze requested random data from PRPB, weekly call w/Monitor, Team, w/ Dep Mon. | 10.00 | $150/hr. | $1,500.00 |
| Jan 12- Analyze random data from PRPB | 8.75 | $150/hr. | $1,312.50 |
| Jan 13- Video Conf Monitor w/Parties, analyze data | 8.50 | $150/hr. | $1,275.00 |
| Jan 14- Work/analyze random S&S/Arrest data | 5.25 | $150/hr. | $787.50 |
| Jan 15- Work/analyze random S&S/ Arrest data | 9.00 | $150/hr. | $1,350.00 |
| Jan 16- Work/analyze random S&S/Arrest data | 4.50 | $150/hr. | $675.00 |
| Jan 17- Work/analyze random S&S/Arrest data | 5.50 | $150/hr. | $825.00 |
| Jan 18- Work/analyze random S&S/Arrest data, Zoom call w/Monitor and Team | 9.00 | $150/hr. | $1,350.00 |
| Jan 19- Work/analyze random S&S/Arrest data, Zoom call w/Juv. Det. Consent Decree Monitor | 8.00 | $150/hr. | $1,200.00 |
| Jan 20- Work/analyze random S&S/Arrest data | 8.00 | $150/hr. | $1,200.00 |
| Jan 21- Work/analyze random S&S/Arrest data, prep draft | 4.00 | $150/hr. | $600.00 |
| Jan 22- Work/analyze random S&S/Arrest data, prep draft | 4.00 | $150/hr. | $600.00 |
| Jan 25- Zoom w/Monitor and Team, edit/review draft | 5.00 | $150/hr. | $750.00 |
| Jan 26- Zoom w/Monitor and Team, edit/review draft | 3.50 | $150/hr. | $525.00 |
| Jan 26- Work Policies/Procedures edit draft | 3.00 | $150/hr. | $450.00 |
| Jan 28- Edit S&S/Policies and Procedures drafts | 3.50 | $150/hr. | $525.00 |
| Jan 29- Finalize draft on P&P | 2.00 | $150/hr. | $300.00 |
| Jan 1-31- emails, phone calls | 3.00 | $150/hr. | $450.00 |
| TOTAL HOURS WORKED | 110.50 | $150/hr. | $16,575.00 |
| TOTAL HOURS BILLED | 85.00 | $150/hr. | $12,750.00 |

TOTAL BILLED    $12,750.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____Date: January 31, 2021
Rafael E. Ruiz