Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR001-2021
DATE: January 29, 2021

**Dates of service: January 1 – January 29, 2021**          **TOTAL** $4,800.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team and members **7 hrs**.
-Conference calls with the Deputy Chief or Chief Monitor during the month **1 hr**.
-Conference call with Juvenile Reform Monitoring Team/members **1 hrs**.
-Write CMR-3 Equal Protection and Non-Discrimination report **7.5hrs**.
-Work on CMR-3 data indicators (review and analysis) **6.5 hrs.**
-Work on CMR-3 paragraph assessment tables (review and analysis) **7 hrs.**
-Policy review, research and recommendations **2 hrs**.

**Billable Hours:** 32 HOURS 00 MINUTES, at rate of $150 per hour = $4,800.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rita J. Watkins                                          Date: January 29, 2021