**INVOICE 0069 FOR PROFESSIONAL SERVICES; JAN 1 THROUGH JAN 26, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) during the month of January 2021 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; meetings; logistics | 4.5 | $675.00 |
| Monitoring teleconferences: Weekly coordination, Deputy Monitor tracking of tasks, data requests, prep research, 253, Review of CMR-3 with revisions | 10 | $1,500.00 |
| Review of DoJ materials - Compliance rating definitions, | 0.25 | $37.50 |
| CMR-3: Research and review of archived PRPB data responses provided by Yamilletta, posted to Podio, or through Attorney Bandas. Refers to all data provided since April 2020 relating to 9 data requests. | 16.5 | $2,475.00 |
| CMR-3: Review and research non-IT area Monitors data request for IT relevance | 6.75 | $1,012.50 |
| CMR-3 Report; Draft and Prepare IT monitors observations, align with other Decree areas. Review and crosswalk all PRPB CMR-2 & 3 comments and data requests as to whether or not IT monitors requests were answered and applicable. Tally, recall, align, reconcile prior PRPB answers with monitors follow-up requests. Provide comments to Non-IT areas of report including procedures, policies, manuals. | 23 | $3,450.00 |
| Net Hours US | 61.00 | $9,150.00 |
| **Allowable Fee** | | **$9,150.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ : Scott Cragg, Monitoring Core Team

1