# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200296
DATE: JANUARY 29, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-27-21 | CONSULTING FEES | Make deposit at First Bank. | 0.50 | $100.00 | $50.00 |
| JAN-28-21 | CONSULTING FEES | Verify December Invoices (received late) Post Invoices & Calculate Contractors Payments & Retentions Bank Reconciliation 12/2020 Sent Preliminar Profit & Loss Statement to Javier Gonzalez Work on Data Entry for 480'S 2020 | 5.00 | $100.00 | $500.00 |
| | | Total hours for this invoice | 5.50 | | |
| | | Total amount of this invoice | | | $550.00 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |