Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

January 22, 2021 through February 22, 2021

INVOICE # SM2021-2              **TOTAL DUE $ 15,600.00**
SPECIAL MASTER
FEBRUARY 2021 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 32 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of documents for the Court. | $4,800 |
| 6.5 | Conference calls with the Monitoring Team members and Court. | $975 |
| 2.5 | Conference calls with the Parties and Monitor. | $375 |
| 24 | Zoom meetings with various groups including DSP personnel, Commissioner's Office, USDOJ, and monitoring team. | $3,600 |
| 33 | Engaged in investigation relevant to Court Order DSP-2020-AO-004. The scope of work included interviews, document reviews, and draft review. | $4,950 |
| 6 | Reviewed and worked on document related to COVID-19 Protocol and related information. | $900 |
|  |  | $15,600 |

## Total Wages Due = $15,600.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____          _____
       Dr. Alejandro del Carmen                            2/22/21