GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

February 2, 2021 through February 22, 2021

INVOICE # 2021-02  **TOTAL DUE $9,000.00**
ASSISTANT SPECIAL MASTER
FEBRUARY 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 27 | Reviewed and worked on documents related to the Monitor's promotions policy, roadblock policy, COVID protocol, transition order and CMR-3; email and discussed with the Special Master and other parties. | $4,050 |
| 15 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the court. | $2,250 |
| 18 | Zoom meetings and/or conference calls with the Parties. | $2,700 |

Total Wages Due = $9,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Gary A. Loeffert_ (signature)

Gary A. Loeffert

02/21/2021