**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

January 23. 2021 – February 22, 2021

INVOICE # ASM.TDP.2021-2                      **TOTAL DUE $ 10,800.00**
ASSISTANT SPECIAL MASTER
FEBRUARY 2021 INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 29 | Reviewed, translated as necessary, discussed and reworked documents related to various orders of the Court, PRPD and DOJ exchanges regarding Compliance with Transition Order, Implementation of the COVID Protocol and COVID compliance issues, materials related to Roadblocks, the Budget Proposals for FY21-22, the Auxiliary Commissioners issue, G.O. related to the Entry and Egress of Correctional Facilities, G.O. 113 on the Force Investigations Unit, G.O. 62 Intervention with Foreign Persons, and CMR-3. | $4,350 |
| 11 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $1,650 |
| 9 | Further complied with the court's order for the Office of the Special Master to investigate and draft a confidential report regarding the Motion in Compliance by Attorney Bandas addressing Admin Order DSP-2020-AO-004, the modified protocol offered by PRPB and the manner of certification of the latter protocol. Completed the Order to the Court, and followed up with numerous email exchanges regarding the Court's follow up order to the report. | $1,350 |
| 23 | Zoom meetings and/or Conference calls with the various Parties. | $3,450 |

**Total Wages Due = $10,800**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Thomas D. Petrowski*                                             **2/22/21**
_____
        **Thomas D. Petrowski**