**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    Plaintiff,                                 Civ. Case No. 12-2039 (GAG)

Vs.

COMMONWEALTH OF PUERTO RICO
and the PUERTO RICO POLICE BUREAU,

    Defendants
_____/

**MOTION TO WITHDRAW COUNSEL OF RECORD**

**TO THE HONORABLE COURT:**

    **COME NOW**, the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, (jointly, the "Commonwealth"), by and through the undersigned counsels, and hereby state and request as follows:

    The subscribing attorney has been advised other counsels from the firm of Cancio Nadal Rivera LLC will continue with the legal representation of the Commonwealth in the case of caption. Accordingly, the undersigned requests authorization to withdraw as counsel for the Commonwealth in the present case.

    **WHEREFORE,** the undersigned counsel respectfully requests the Court to take notice of the above and authorize the withdrawal as counsel of record requested herein.

    In San Juan, Puerto Rico, this 11th day of March, 2021.

                                                                          *s/Raúl E. Bandas*
                                                                          Raúl E. Bandas
                                                                          USDC-PR No. 207809

Capital Center Building
239 Arterial Hostos Ave.
Suite 702
San Juan, Puerto Rico 00919

PO Box 361773
San Juan, Puerto Rico 00936-1773
Office Ph. 787-503-9695
Emails: rbandas@bandaslaw.com

**ERTIFICATE OF SERVICE**

    I hereby certify that on this date I electronically filed the foregoing motion with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

    In San Juan, Puerto Rico, this 11th day of March, 2021.

*s/Raúl E. Bandas*
Raúl E. Bandas-del Pilar
USDC-PR No. 207809
Counsel for Defendants