IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et al.,<br><br>Defendants. | **CASE NO.  12-2039 (GAG)** |

## ORDER

The Court hereby **APPOINTS** Hipolito Castro, Jr., as investigator to the Monitor.  The Monitor, as well as the attorneys for the United States Justice Department, pursuant to the Agreement, favorably interviewed him and reviewed his professional credentials. The Commonwealth did not notify any objections under the Agreement.

Mr. Castro is a retired law enforcement professional who worked for 20 years in the Federal Bureau of Investigation ("FBI"), as Special Agent, Supervisory Special Agent and Assistant Section Chief to the terrorism Financing Operations Section.  Before working in the FBI, Mr. Castro was a Sergeant E-5/Accounting Specialist in the U.S. Army from 1986 to 1990.  Since 2016, Mr. Castro works as a security consultant.

**SO ORDERED.**

In San Juan, Puerto Rico this 12th day of March, 2021.

*S/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge