IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>**Defendants.** | **CASE NO. 12-2039 (GAG)** |

## ORDER

The Court hereby **APPOINTS** Samantha Rhinerson as research and administrative assistant to the Monitor. The Monitor, as well as the attorneys for the United States Justice Department, pursuant to the Agreement, favorably interviewed her and reviewed her professional credentials. The Commonwealth did not notify any objections under the Agreement.

Ms. Rhinerson has a Bachelor of Science in Criminal Justice from Jacksonville State University and a Master of Arts in Forensic and Legal Psychology from Marymount University where she obtained extensive research experience. She currently works as a senior consultant at Booz Allen Hamilton where, among other things, she provides support to the Bureau of Justice Assistance National Training and Technical Assistance Center as the Training and Data Analysis Lead.

**SO ORDERED.**

In San Juan, Puerto Rico this 12th day of March, 2021.

*S/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge