OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

March 8, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. for February 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $18,156.66 | February 2021 |
| Castellanos Group LLC | $ 7,995.00 | February 2021 |
| Spece | $ 2,392.00 | February 2021 |
| The & Group LLC (Javier González) | $ 7,519.00 | February 2021 |
| Dr. David Levy | $ 9,150.00 | February 2021 |
| Denise Rodriguez | $15,833.33 | February 2021 |
| Viota & Associates CPA LLC | $    550.00 | February 2021 |
| Donald S. Gosselin | $ 9,289.00 | February 2021 |
| Al Youngs | $ 9,150.00 | February 2021 |
| Rafael E. Ruiz | $ 7,725.00 | February 2021 |
| Scott Cragg | $ 9,150.00 | February 2021 |
| Federico Hernández Denton | $ 4,387.50 | February 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $10,412.50 | February 2021 |
| Rita J. Watkins | $ 2,775.00 | February 2021 |
| Merangelie Serrano | $ 4,425.00 | February 2021 |
| Luis Hidalgo | $ 9,100.00 | February 2021 |
| Korber Group | $ 3,491.97 | February 2021 |
| Claudia Cámara | $    980.00 | February 2021 |
| Manuel Arroyo | $    500.00 | February 2021 |
| **TOTAL:** | **$132,981.96** | February 2021 |