**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**


February 1– February 28, 2021
Invoice No. 21
Member of Federal Monitor Team

Reviewed and responded to emails and conference calls for the month of
February:

| | |
|---|---|
| From Members of the Monitor Team | 5.0 Hours |
| Internal Monitor Team meetings | 4.0 Hours |
| Scheduled 253 meeting with DOJ | 2.0 Hours |
| Meeting and phone calls with Monitor and Deputy Monitor | 2.0 Hours |

Obtained additional information involving community policing (Summary
Table of all COPS programs) and forwarded to Javier Gonzalez and
Merangelie Serrano.                                                                2.0 Hour

Reviewed comments by DOJ on CMR-2 regarding Supervision and
Recruitment.                                                                        1.0 Hour

Reviewed comments by PRPB on CMR-2 regarding Supervision and
Recruitment.                                                                        1.0 Hour

Reviewed and submitted comments for final draft of July Crisis Report.        2.5 Hours

Reviewed sample list of transferred and retired personnel submitted by PRPB
for the month of January and submitted to David Levy.                          2.5 Hours

Reviewed the following topics to prepare for CMR-4 request reference
Training:
  GO 300-301-Recruitment
  Regulation 9050-Recruitment
  PPR-501.1 Application for Research Candidate for Employment
  PPR-501.2 Job Application
  PPR-501.3 Size and Application for Aspiring Cadet Entry Exam
  PPR-501.4 Aspiring Cadet Orientation
  PPR-501.5 Appointment Assessment and Certification
  GO 801-Recruitment
  Reviewed Strategic Plan submitted by Recruitment Division.
  Reviewed copy of the flowchart illustrating the polygraph and the new
  procedure involving the use of the polygraph during COVID-19.              4.0 Hours

Forwarded and discussed training documents and additional information to
Monitor Rita Watkins for her use in the CMR-4 monitoring of Training.        2.0 Hours

Reviewed PRPB GO 629 Roadblocks for discussion with PRPB and US DOJ.        3.0 Hours

| | |
|---|---|
| Discussed and confirmed any updates and timelines for completion of EIS and NIBRS project information in cooperation with the IT Monitor. | 2.0 Hours |
| Reviewed requests for CMR-3 from PRPB in order to prepare for new requests for CMR-4. | 2.5 Hours |
| Reviewed final requests for CMR-3 from PRPB in order to prepare for new requests for CMR-4. | 2.5 Hours |
| Reviewed all files sent by Captain Acevedo, Lt. Colonel Rolando Trinidad, Captain Raymond A. Ferrer and Lt. Colonel Carlos Cruz with regards to transfers and Supervision and Management, which were submitted for CMR-3. | 2.5 Hours |
| Discussed random samples in Methodology of Supervision and Management and forwarded to David Levy. | 1.5 Hour |
| Analyzed data of PRPB transfers for the month of January and forwarded to David Levy. | 2.5 Hours |
| Researched and reviewed the COVID-19 protocol submitted by PRPB. | 2.5 Hours |
| Reviewed the Manual of Procedures of the Tactical Operations Division. | 2.5 Hours |
| Prepared data request for CMR-4. | 3.5 Hours |
| Reviewed the Manual of NIBRS. | 4.5 Hours |
| Reviewed the Manual of Operations for SWAT. | 2.5 Hours |
| Contacted several other Police Departments in regard to evidence found from Search Warrants. | 1.0 Hour |

**TOTAL HOURS:   61**

Billable Hours:     61 Hours at a Rate of $150.00 Per Hour = $9,150.00

**Total:          $9,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                    **$9,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature

_____
2/28/2021
Date