

# INVOICE

INVOICE NUMBER: 177
INVOICE DATE: MARCH 01, 2021

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO: Police Reform, Case No: 3:12-cv-2039 (GAG)
00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-02-21 | Case: 3:12 cv 2039 (GAG) | Review of comm. from Special Master; initial review of Federal Monitor's Report PRPB Response to the July Crisis; comm. with Hernández Denton, Esq. | 2.00 | $195.00 | $390.00 |
| FEB-03-21 | Case: 3:12 cv 2039 (GAG) | Review of Federal Monitor's Report; analysis and recommendations | 2.00 | $195.00 | $390.00 |
| FEB-04-21 | Case: 3:12 cv 2039 (GAG) | Review of Federal Monitor's Report; recommendations ; comm. with the Court, re; Covid 19 related matters | 2.00 | $195.00 | $390.00 |
| FEB-05-21 | Case: 3:12 cv 2039 (GAG) | Review and corrections of Monitor's Report; review of comm.from David Levy; coms. with Javier González | 5.00 | $195.00 | $975.00 |
| FEB-06-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to Monitor's Report (July Crisis Response); comms. with Javier González | 3.50 | $195.00 | $682.50 |
| FEB-07-21 | Case: 3:12 cv 2039 (GAG) | Review of comm. from Dr. Levy; re; initial Draft CMR-3 Report; exchange of comms. with Hernández Denton; conf. call with Hernández Denton; initial review of draft | 3.00 | $195.00 | $585.00 |
| FEB-08-21 | Case: 3:12 cv 2039 (GAG) | Conf. call with Monitor Romero; conf. call with Javier González; review and changes to CMR -3 Report | 4.50 | $195.00 | $877.50 |
| FEB-09-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR-3 Report; several conf. calls and discussions; comms. with Javier González | 5.00 | $195.00 | $975.00 |
| FEB-11-21 | Case: 3:12 cv 2039 (GAG) | Review, analysis and changesto to CMR -3 Report | 8.00 | $195.00 | $1,560.00 |
| FEB-12-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR 3 Report; review of Motion; review of Order | 6.00 | $195.00 | $1,170.00 |
| | | Total hours for this invoice | 41.00 | | |
| | | Total amount of this invoice | | | $7,995.00 |