**Office of the FPMPR LLC**
Caribbean of Office Plaza
Oficina 207
670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (February 2021)

| Date | Task | Total Hours |
|---|---|---:|
| **February 1, 2021** | Present at the new office during working hours.Worked on the Covid-19 Protocol. | 4.0 |
| **February 3, 2021** | Present at the new office during working hours. Worked on the Covid-19 protocol. Working on newsletter draft fixes. | 4.0 |
| **February 5, 2021** | Present at the new office during working hours. Worked on the Covid-19 protocol. Finished and sent the fixed newsletter draft. Updated office supplies. | 7.0 |
| **February 8, 2021** | Present at the new office during working hours. Printed CMR-3. Set up the office and supplies. | 4.0 |
| **February 10,2020** | Present at the new office during working hours. worked on the Covid-19 safety protocol. | 4.0 |
| **February 12,2020** | Present at the new office during working hours. Worked on the FPMPR newsletter translation. | 7.0 |
| **February 17,2020** | Present at the new office during working hours. Office duties | 4.0 |
| **February 22, 2021** | Present at the new office during working hours. Worked on the FPMPR newsletter translation. | 4.0 |
| **February 24, 2021** | Present at the new office during working hours. Worked on the FPMPR newsletter translation. | 4.0 |
| **February 26, 2021** | Present at the new office during working hours. Finished and sent the Covid-19 Safety protocol. Finished and sent the newsletter translation. | 7.0 |

**Total,  49.0 hours for $20 = $980.00**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León