**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

March 1, 2021
Invoice #  16940

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2021 | RAA | Review email from D. Rodríguez. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from PRPB. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Electronic communication to Captain Concepción regarding her claim against PRPB. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Plan and prepare for team videoconference. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Telephone calls from J. Romero. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Appear and attend videoconference. | 0.80<br>175.00/hr | 140.00 |
| 2/2/2021 | RAA | Review emails from L. Saucedo. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review emails from J. Gonzalez and F. Hernández Denton. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Telephone call from J. González. | 0.30<br>175.00/hr | 52.50 |

787-273-8300

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2021 | RAA | Telephone call to J. González and J. Romero. | 0.40 175.00/hr | 70.00 |
| | RAA | Plan and prepare for videocalls today. | 0.50 175.00/hr | 87.50 |
| | RAA | Appear and attend two videoconferences today. | 2.90 175.00/hr | 507.50 |
| 2/3/2021 | RAA | Review email from J. Gonzalez | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from counsel of USDOJ and PRPB. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from different team members regarding July crises report. | 0.20 175.00/hr | 35.00 |
| | RAA | Review modifications and changes to report made by F. Hernández Denton. | 0.30 175.00/hr | 52.50 |
| 2/4/2021 | RAA | Telephone call with J. González. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails exchanged regarding 253 meeting. | 0.20 175.00/hr | 35.00 |
| | RAA | Review new executive order and report to the same to J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from different team members regarding July crisis report. | 0.30 175.00/hr | 52.50 |
| | RAA | Review emails from PRPB and USDOJ. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Review and analyze changes made to July crisis report by other team members. | 0.70 175.00/hr | 122.50 |
| | RAA | Revisions to July crisis report. | 2.90 175.00/hr | 507.50 |
| 2/5/2021 | RAA | Review notice of appearance. | 0.10 175.00/hr | 17.50 |
| | RAA | Review 253 meeting agenda. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call with J. Gonzalez. | 0.20 175.00/hr | 35.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2021 | RAA | Review emails from team members. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review emails from PRPB and USDOJ | 0.40<br>175.00/hr | 70.00 |
| 2/6/2021 | RAA | Telephone call from J. Romero | 0.30<br>175.00/hr | 52.50 |
| 2/7/2021 | RAA | Review email from D. Levy on CMR-3. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from F. Hernández Denton, A. Castellanos, D. Rodriguez, and J. Romero.  Telephone call from J. Romero. | 0.50<br>175.00/hr | 87.50 |
| 2/8/2021 | RAA | Review order on motion for leave to appear. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Reviews emails from PRPB and special master. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Plan and prepare for team videocall. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Telephone call from F. Hernández Denton on CMR-3 draft. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Videocall with J. Romero and D. Rodriguez. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Appear and attend videocall. | 1.10<br>175.00/hr | 192.50 |
| | RAA | Began revisions to CMR-3. | 2.70<br>175.00/hr | 472.50 |
| 2/9/2021 | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from D. Rodriguez, J. Romero, and D. Levy. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Email the parties for vetting process of additional candidates. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review resumes of candidates for vetting process.  Email to the parties. | 0.30<br>175.00/hr | 52.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2021 | RAA | Continue revisions of CMR-3. | 5.90<br>175.00/hr | 1,032.50 |
| 2/10/2021 | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Electronic communications with J. Romero, D. Rodriguez, and D. Levy regarding CMR-3. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Continue revisions to CMR-3. | 5.80<br>175.00/hr | 1,015.00 |
| 2/11/2021 | RAA | Review email from D. Rodriguez with IT revised section of CMR_3. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Telephone call from J. Gonzalez. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from J. Romero re: COVID-19. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review emails from PRPB and USDOJ. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review order granting motion to approve and disburse funds.  Email to J. Gonzalez regarding the same. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review emails from S. Cragg and D. Rodriguez.  Response to emails. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Review multiple electronic communications regarding DSP and PRPB issues and legislative affairs regarding elimination of DSP. | 0.50<br>175.00/hr | 87.50 |
|  | RAA | Preparation of motion for disbursement of funds.  Review invoices as exhibits and invoice chart.  Telephone call with J. Gonzalez regarding certain invoices.  Electronic filing of motion. | 0.60<br>175.00/hr | 105.00 |
|  | RAA | Revisions to IT section prepared by S. Cragg.  Email corrections to team. | 1.70<br>175.00/hr | 297.50 |
| 2/12/2021 | RAA | Review emails from USDOJ and PRPB regarding meeting to discuss roadblocks protocol. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review and respond to emails from S. Cragg, D. Rodriguez and J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Review email from J. Gonzalez and comments from A. Castellanos. | 0.30<br>175.00/hr | 52.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2021 | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review motion filed by Special Master and court's order regarding the same. Email J. Romero and D. Rodriguez regarding the same. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Various calls from J. Romero. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review budget and prepare for budget videocall. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Review email from S. Cragg with amended version of IT section. Revise new version. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Attend conference call to discuss budget and CMR-3. | 1.10<br>175.00/hr | 192.50 |
| 2/14/2021 | RAA | Various calls and emails with J. Romero and D. Rodriguez re: CMR-3. | 0.50<br>175.00/hr | 87.50 |
| 2/15/2021 | RAA | Email parties with memo and CMR-3 report | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from J. Romero. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Levy with revised report. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from A. Del Carmen and J. Castillo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone call with J. Gonzalez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Plan and prepare for team meeting. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Preparation of memo re: CMR-3. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Various calls from J. Romero. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Appear and attend team videoconference. | 1.20<br>175.00/hr | 210.00 |

|            |     |                                                                                                       | Hrs/Rate        | Amount  |
| ---------- | --- | ----------------------------------------------------------------------------------------------------- | --------------- | ------- |
| 2/15/2021  | RAA | Proofreading and editing CMR-3's newly revised draft.                                                 | 2.80 175.00/hr  | 490.00  |
| 2/16/2021  | RAA | Review various emails from USDOJ and PRPB.                                                            | 0.20 175.00/hr  | 35.00   |
| 2/17/2021  | RAA | Review several emails from USDOJ, PRPB, DSP and A. Del Carmen.                                        | 0.50 175.00/hr  | 87.50   |
|            | RAA | Review email from J. Romero.  Telephone call from J. Romero.                                          | 0.50 175.00/hr  | 87.50   |
| 2/18/2021  | RAA | Email to PRPB re: CMR-3.                                                                              | 0.10 175.00/hr  | 17.50   |
|            | RAA | Telephone call from J. Romero.                                                                        | 0.20 175.00/hr  | 35.00   |
|            | RAA | Review emails from PRPB and USDOJ.                                                                    | 0.30 175.00/hr  | 52.50   |
|            | RAA | Review emails from PRPB and USDOJ.                                                                    | 0.40 175.00/hr  | 70.00   |
|            | RAA | Plan and prepare for videoconferences today.                                                          | 0.90 175.00/hr  | 157.50  |
|            | RAA | Appear and attend conciliation videoconference.                                                       | 1.20 175.00/hr  | 210.00  |
|            | RAA | Appear and attend 253 videoconference.                                                                | 2.20 175.00/hr  | 385.00  |
| 2/19/2021  | RAA | Review emails from PRPB.                                                                              | 0.20 175.00/hr  | 35.00   |
|            | RAA | Review emails from A. Del Carmen and J. Romero.                                                       | 0.30 175.00/hr  | 52.50   |
|            | RAA | Review emails from D. Gosselin, J. Romero, and D. Rodriguez.                                          | 0.30 175.00/hr  | 52.50   |
|            | RAA | Review document requests from USDOJ and revisions to different protocols and policies.                | 0.40 175.00/hr  | 70.00   |
| 2/20/2021  | RAA | Review emails from J. Romero.                                                                         | 0.10 175.00/hr  | 17.50   |
| 2/22/2021  | RAA | Review and respond to email from J. Romero regarding complaint by PRPB agent through Monitor's website. | 0.20 175.00/hr | 35.00   |
|            | RAA | Review agenda. Plan and prepare for team videoconference.                                             | 0.30 175.00/hr  | 52.50   |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/22/2021 | RAA | Appear and attend team videoconference. | 1.10<br>175.00/hr | 192.50 |
| 2/23/2021 | RAA | Review email from J. Romero. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Telephone call from J. Romero. | 0.10<br>175.00/hr | 17.50 |
| 2/25/2021 | RAA | Review agenda for next week. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Exchange of electronic communications with D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review emails from A. Del Carmen and DSP. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review agent's response. Emails with J. Romero and D. Rodriguez. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Exchange of electronic communications with L. Hidalgo and J. Romero. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Email to Agent Contreras regarding her claim against PRPB. Review her memorandum to PRPB. Review email response from Agent Contreras. | 0.50<br>175.00/hr | 87.50 |
| 2/26/2021 | RAA | Review team memo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review emails from L. Saucedo & A. Del Carmen. | 0.20<br>175.00/hr | 35.00 |
|  |  | **For professional services rendered** | **59.50** | **$10,412.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 59.50 | 175.00 | $10,412.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.