# INVOICE

**DATE**
2/28/2021

**INVOICE NO**
#005

Denise Rodriguez
2450 Oak Hill Circle
Apt. 513
Fort Worth, TX 76109
956-279-3097
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
February 28, 2021

## DUTIES AND RESPONSIBILITIES    TOTAL DUE $15,833.33

- Conducted calls with each subject matter expert and the Monitor
- Coordinated and conducted weekly calls with the Monitoring Team
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Coordinated the drafting and development of the CMR-3 Report
- Worked with monitoring staff to draft and develop the first quarterly Monitoring Team newsletter
- Coordinated with the Korber Group to establish the Federal Monitoring Team's Facebook and Twitter accounts and newsletter template and distribution service
- Reviewed and revised draft the Federal Monitoring Team's community outreach plan
- Reviewed and provided feedback to each of the subject matter experts on their CMR-3 drafts
- Participated in the monthly P253 call with the Parties
- Participated in call with USDOJ and PRPB to discuss P229 revised policy (GO-629) and input from the parties
- Participated in call with USDOJ to discuss review of sex crimes and domestic violence investigations
- Began working with the Data Analyst and each of the Monitors on their CMR-4 data requests
- Reviewed and worked with members of the Monitoring Team to develop the 2021-2022 Monitoring Budget
- Worked with the Monitor to identify and submit resume and request to add an Administrative Assistant/Research Analyst to the Monitoring Team

**Flat Rate Total Wages**    **Due $15,833.33**

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

**Denise Rodriguez, Chief Deputy Monitor**

February 28, 2021
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.