Donald S. Gosselin, Esq.
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316


**INVOICE # 1144**             **Billing Period:   January 30, 2021 to February 25, 2021**
The following is a statement of the work performed:

**All work performed in CONUS**

- Propose and finalize travel to SJU for 28 FEB – 4 MAR 2021 air/hotel reservations.
- Draft proposed site visits for 28 FEB site visit and circulate.
- Review all Agreement paragraphs relating to CMR-4.
- Review previous PRPB documents relating to CMR-3 that also relates to CMR-4.
- Work with Monitor – Data Expert to connect all compliance targets to data sources for CMR-4.
- Prepare a first request for production of documents for CMR-4 for both Professionalization and Internal Affairs areas of the Agreement.
- Multiple teleconferences with Chief Monitor, Deputy Chief Monitor, fellow Monitors and support staff.
- Multiple texts and emails with Monitor Team members and support staff.
- Finalize Feb/Mar CMR4 site visits for SJU trip with added prioritization.
- Arrange and travel to and from Massachusetts for two COVID19 vaccinations.
- Review proposed PRPB COVID-19 policy
- Arrange and travel to Portland, Maine for COVID19 PCR testing for travel to SJU.
- Travel from PWM to BOS

**61 hours total @ $150 = $9,150.00**

| | |
|---|---|
| TOTAL US LABOR: | $ 9,150.00 USD |
| TOTAL PR LABOR: | - |
| TRAVEL RELATED EXPENSE (PCR COVID TEST) | 139.00 |
| TOTAL TRAVEL REIMBURSEMENT: | $ |
| **Total Fees and Expense Reimbursement Due =** | **$ 9,289.00 USD** |


**TERMS:**                    NET 30 ACH Transfer


**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular**

**employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____         **25 Feb 2021**
**Donald S. Gosselin, Esq.**
d/b/a Gosselin Int'l Associates
a subsidiary of MBG North Corp.