Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

February 1-February 28, 2021

INVOICE # 014                                **TOTAL DUE $9,150.00 USD**
February 2021 INVOICE

The following is a detailed statement of the hours worked.

**1 FEB to 28 FEB 2021 (worked performed in CONUS)**
- **CMR-3 (34 hours)**
    - Appendices (8.5 hour)
    - IT section (6 hours)
    - Compiling/aligning report sections (6 hours)
    - Proofing (13.5 hours)
- **Communications (10 hours)**
    - General conference calls and coordination with Monitoring Team (4 hours)
    - General emails with Monitoring Team (3.5 hours)
    - Calls regarding sampling for CMR-3 (2.5 hours)
- **Methodology (17 hours)**
    - CMR-4 data requests (17 hours)

**61 hours total @ $150/hour = $9,150**


**TOTAL FEE:**                61 Hours x $150/hour = $9,150.00 USD

## Total Fees Due = $9,150.00

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                                  February 28th, 2021
                                                           _____
Signature                                                  Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043