

# Federico Hernández D...

# INVOICE

f.hernandezdenton@gmail.com

Invoice#: 73
Invoice Date: 03/06/2021

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 02/18/2021<br>Videoconference with PRPB, DOJ, Special Master and Attorney Abesada and Monitor's Team | 1h 10m | $195.00/h | $227.50 |
| 02/18/2021<br>Review of documents in preparation for videoconference | 1h 30m | $195.00/h | $292.50 |
| 02/15/2021<br>Reading of Executive Summary and CMR-3 sent to parties and exchange of communications with Monitor Romero | 4h 00m | $195.00/h | $780.00 |
| 02/12/2021<br>Revision of section of draft of CMR-3 on COVID-19 and preparation of changes recommended to text; exchange of communications with John Romero | 2h 00m | $195.00/h | $390.00 |
| 02/08/2021<br>Conference call with Attorney Roberto Abesada about draft of CMR-3 | 0h 20m | $195.00/h | $65.00 |
| 02/07/2021<br>Reading and analysis of draft of CMR-3 and preparation of recommendations to David Levy and John Romero; exchange of communications with Alfredo Castellanos and Roberto Abesada about the draft; conference call with Alfredo Castellanos. | 5h 00m | $195.00/h | $975.00 |
| 02/04/2021<br>Review of changes recommended by CORE to  draft of Report in July Crisis; exchange of communications with David Levy and John Romero about draft | 0h 30m | $195.00/h | $97.50 |

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 02/03/2021<br>Reading and revision of draft of July Crisis Report; exchange of communications with Monitor Romero. Preparation of comments to the draft | 8h 00m | $195.00/h | $1,560.00 |
| 02/01/2021<br> I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the JCC Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0h 01m | $0.00/h | $0.00 |

**Terms & Note:**
Thanks for your business.

| | |
|---|---|
| Sub Total: | **$4,387.50** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$4,387.50** |
| Paid: | **$0.00** |
| **Balance Due:** | **$4,387.50** |