John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

February 1 through February 28, 2021

INVOICE # 081
FEDERAL MONITOR
FEBRUARY 2021 INVOICE

**TOTAL DUE $ 18,156.66**

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of February) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Reviewed CMR-3 Draft.
Participated in meetings with Team members relating to CMR-3 Draft
Zoom meeting with Attorney Ms. Lersy Boria, Woman's Advocate
Participated in 253 Meeting with the Parties.
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, budget planning and conferring with Monitor's Office Administrative Director.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Participated in Zoom meetings with the parties and Special Master.
Conducted Zoom meetings with the Monitor Team.
Prepared Data request for CMR-4 Use of Force
Reviewed and provided comments on PRPB's G.O. 100-112, G.O.100-117, G.O.600-620, G.O.600-623 and related forms PPR-112.1, PPR-112.2, PPR-112.3, PPR-117.1, PPR-117.2
Reviewed and prepared comments on PRPB's COVID-19 Protocol

**Expenses for Travel to Puerto Rico On February 27/28**

Rapid PCR test    $240.00

**Flat Rate Total Wages Due = $17,916.66**
**Expenses Due           = $   240.00**
**TOTAL DUE**                                                      $18,156.66

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

**Date:** February 28, 2021

 Gmail

John Romero <jrrjjr.romero@gmail.com>

## Your Newport Children's Medical Group receipt [#1190-5862]

**Newport Children's Medical Group** <receipts+acct_1GNXZpL1rApPizSc@stripe.com>  
Reply-To: Newport Children's Medical Group <Manager@newportchildren.com>  
To: <jrrjjr.romero@gmail.com>

Mon, Feb 22, 11:40 AM



### Receipt from Newport Children's Medical Group

Receipt #1190-5862

**AMOUNT PAID**  
$240.00

**DATE PAID**  
February 22, 2021

**PAYMENT METHOD**  
VISA - 1287

**SUMMARY**

| | |
|---|---:|
| Payment to Newport Children's Medical Group | $240.00 |
| **Amount charged** | **$240.00** |

If you have any questions, contact us at Manager@newportchildren.com.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Newport Children's Medical Group, which partners with Stripe to provide invoicing and payment processing.



**Newport Children's Medical Group** — Serving O.C. for Over 40 Years

Rapid Test



| | |
|---|---|
| **Fashion Island**<br>1401 Avocado Ave. # 802<br>Newport Beach, CA 92660<br>Phone: 949-644-0970<br>Fax: 949-644-0774 | **Costa Mesa Office**<br>1640 Newport Blvd. # 210<br>Costa Mesa, CA 92627<br>Phone: 949-642-7332<br>Fax: 949-642-7335 |
| **Laguna Beach Office**<br>31862 Coast Hwy # 203<br>Laguna Beach, CA 9265<br>Phone: 949-499-4538<br>Fax: 949-499-7449 | **Irvine Office**<br>16300 Sand Canyon Ave. #488<br>Irvine, CA 92618<br>Phone: 949-655-8880<br>Fax: 949-655-8883 |

Patient Name: **Romero, John**   DOB: **06/21/1950**
Gender: **Male**   **(70 years)**

Ordering Physician : Z. Reda, MD, FCCP, FAAP   Draw Date: 02/26/2021   CLIA: 05D0959609

| PANEL / TEST | RESULT |
|---|---|

## COVID-19 SARS CoV-2 (PCR NAAT Molecular Test Result) (CPT 87635) (Dx Z20.828)/99000/99072/98967

Source-COVID-19   Nasopharyngeal

**SARS-CoV2 RT-PCR Molecular Abbott ID-NOW**   **NEGATIVE (Not Detected)**

Negative results must always be combined with patient history and clinical observation and monitoring. Optimum specimen types and timing of specimen collection are crucial for accurate result. Collection of multiple specimens at various intervals maybe necessary to detect the virus.

Abbott ID-NOW COVID-19 is the leading molecular PCR Test trusted by hospitals, physician offices and urgent care clinics. The test targets COVID-19 RdRp gene that utilizes isothermic NAAT technology. ID-NOW test is FDA approved under EUA (Emergency Use Authorization). The recent Abbott data show highly accurate results over 99% sensitivity, and the specificity is close to 100%.

CLINICAL SIGNIFICANCE

| | |
|---|---|
| NEGATIVE (Not Detected) | You do not have the corona virus in your system and you are NOT contagious. If you continue to experience persistent symptoms, loss of smell or taste, please contact your physician for further evaluation. |
| DETECTED POSITIVE | You have the corona virus in your system whether you have symptoms or not. You are contagious and should self-quarantine right away. Positive results require telemedicine consultation. |