# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

March 5, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-02
FOR PROFESSIONAL SERVICES RENDERED – February 1 - 28, 2021

| | |
|---|---|
| Billable Hours | 65.0 |
| Billing Rate | $140.00 |
| Gross Total | $9,100.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my professional capacity. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

BILLABLE HOURS
Detailed Description

Monday, February 1

Community Engagement Support
Billable Hours: **4.50**
Exchange multiple text messages and engage in multiple telephone conversations regarding the coordination of meetings with the Women's Advocate of the Commonwealth of Puerto Rico (Hon. L. Boria), advocate for the deaf community (F. Rivera), advocate for people with disabilities, CARINCPR (M. Díaz), and the CIC for Bayamón – South (M. Cátala). Exchange multiple text messages and telephone conversations with J. Romero, D. Rodríguez and M. Serrano re: same. Meeting with the Hon. M. Jiménez re: interest in the Police Reform and, in particular, re: community engagement by the PRPB.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **2.50**
Distribute letters to various Governors regarding request for priority COVID-19 vaccination efforts for the TAC and Special Master teams. Initiate follow-up with the appropriate personnel. Exchange various text messages and telephone conversations re: same, with Hon. G. Gelpí, J. Romero, R. Ruiz, and A. del Carmen.

Tuesday, February 2

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **3.00**
Continue to distribute letters to various Governors regarding request for priority COVID-19 vaccination efforts for the TAC and Special Master teams. Continue efforts to follow-up with the appropriate personnel. Telephone conversations re: same, with J. Romero, and R. Ruiz, plus review e-mail from D. Rodríguez.

Community Engagement Support
Billable Hours: **0.50**
Telephone conversation with M. Serrano re: coordination of several meetings and potential need for rescheduling.

Wednesday, February 3

Community Engagement Support
Billable Hours: **4.00**

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 2 – BILLABLE HOURS Detailed Description
(cont.)

Exchange multiple text messages and engage in multiple telephone conversations regarding follow-up with the coordination of meetings with the Women's Advocate of the Commonwealth of Puerto Rico (Hon. L. Boria), advocate for the deaf community (F. Rivera), advocate for people with disabilities, CARINCPR (M. Díaz), and the CIC for Bayamón – South (M. Cátala). Exchange multiple text messages and telephone conversations with J. Romero, D. Rodríguez and M. Serrano re: same.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **1.00**
Continue efforts to follow-up with the appropriate personnel re: letters for priority COVID-19 vaccination efforts for the TAC and Special Master teams. Attempt to engage the support of the Executive Director of the Puerto Rico Federal Affairs Administration (C. Feliciano) and her staff, in said effort. Send e-mail to D. Rodríguez re: TX COVID Letter.

Thursday, February 4

Community Engagement Support
Billable Hours: **1.00**
Exchange various text messages and engage in telephone conversations regarding follow-up with the coordination of meetings with the Women's Advocate of the Commonwealth of Puerto Rico (Hon. L. Boria), and the advocate for the deaf community (F. Rivera). Exchange text messages and telephone conversations with J. Romero and M. Serrano re: same.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **1.00**
Continue efforts to engage the support of the Executive Director of the Puerto Rico Federal Affairs Administration (C. Feliciano) and her staff, re: letters to governors for priority COVID-19 vaccination efforts for the TAC and Special Master teams. Exchange text message and subsequent telephone conversation with the Secretary of the Department of Public Safety (Hon. A. Torres) re: same. Telephone conversations with J. Romero re: same.

Friday, February 5

Community Engagement Support
Billable Hours: **2.50**
Exchange various text messages and engage in telephone conversations regarding follow-up with the coordination of meetings with the Women's Advocate of the Commonwealth

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 3 – BILLABLE HOURS Detailed Description
(cont.)


of Puerto Rico (Hon. L. Boria), and the advocate for people with disabilities, CARINCPR (M. Díaz). E-mail TCA Team re: same. Zoom Call Meeting with the advocate for the deaf community (F. Rivera) and M. Serrano. Telephone conversations with J. Romero and M. Serrano, both, previous to the meeting and afterwards re: same.

<u>Saturday, February 6</u>

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Telephone conversations with J. Romero re: pending items on agenda.

<u>Monday, February 8</u>

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **2.50**
Continue efforts to engage the support of the Executive Director of the Puerto Rico Federal Affairs Administration (C. Feliciano) and her staff, re: letters to governors for priority COVID-19 vaccination efforts for the TAC and Special Master teams. Telephone conversation with the Secretary of the Department of Public Safety (Hon. A. Torres) re: same. Telephone conversation with C. Feliciano re: same. Telephone conversations with J. Romero re: same. Coordination of meet and greet meeting with the Counsel to the Governor (I. Sánchez), for J. Romero.

<u>Tuesday, February 9</u>

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **4.00**
Telephone conversation with the Staff Assistant to the Executive Director of the Puerto Rico Federal Affairs Administration (L. García), re: support regarding the letters to the governors for priority COVID-19 vaccination efforts for the TAC and Special Master teams. and coordination of a meet and greet virtual meeting with the Executive Director, for J. Romero. Continue efforts to follow-up with the appropriate personnel at the various governor offices.

Community Engagement Support
Billable Hours: **3.00**
Coordination of the technical logistics for the Zoom Call Meeting with the advocate for people with disabilities, CARINCPR (M. Díaz) and M. Serrano. Zoom Call Meeting with

# Luis G. Hidalgo
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 4 – BILLABLE HOURS Detailed Description
(cont.)


M. Díaz and M. Serrano. Follow-up telephone conversations with J. Romero and M. Serrano, re: same.

Wednesday, February 10

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Coordination of meet and greet meeting with the Counsel to the Governor (I. Sánchez), for J. Romero.

Thursday, February 11

Community Engagement Support
Billable Hours: **4.00**
Review and revise Report on the Meeting with F. Rivera. Exchange text messages and telephone conversations with the staff to the Women's Advocate and J. Romero, re: need to re-schedule Teams Conference Meeting. Review e-mail from the advocate for people with disabilities, CARINCPR (M. Díaz) re: follow-up information from the meeting. Retrieve and review Executive Orders 2020-078 and 2021-013, in preparation for the meeting with the Women's Advocate. Exchange text messages with the staff to the Women's Advocate re: meeting.

Relations with the Department of Public Safety and the PRPB
Billable Hours: **1.50**
Exchange multiple text messages with J. Romero, R. Abesada and A. del Carmen re: legislative concerns regarding the Department of Public Safety. Follow-up on potential legislation, debate and/or media coverage, re: same.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Coordination of meet and greet meeting with the Executive Director of the Puerto Rico Federal Affairs Administration (C. Feliciano) for J. Romero. Follow-up telephone conversation and subsequent text message with J. Romero and J. González.

Friday, February 12

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**

<div align="center">

## Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

</div>

Page 5 – BILLABLE HOURS Detailed Description
(cont.)

Re-scheduling of meet and greet meeting with the Executive Director of the Puerto Rico Federal Affairs Administration (C. Feliciano) for J. Romero. Follow-up telephone conversation and subsequent text message with J. Romero and J. González, re: same.

Monday, February 15

Policy Preparedness
Billing Hours: **4.50**
Review the CMR-3 Draft Report.

Tuesday, February 16

Community Engagement Support
Billable Hours: **3.50**
Preparation for meeting with the Women's Advocate. Coordination with the staff to the Women's Advocate. Teams Meeting Call with the Women's Advocate (Hon. L. Boria) and the Deputy Women's Advocate (M. Bermúdez). Pre and post meeting telephone calls with J. Romero and M. Serrano re: same.

Relations with the Department of Public Safety and the PRPB
Billable Hours: **1.00**
Various calls with J. Romero re: need to have conference call with the Secretary of Public Safety (Hon. A. Torres) re: CMR-3 Draft Report. Exchange text messages and subsequent telephone call with the Secretary re: same.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Re-scheduling of meet and greet meeting with the Executive Director of the Puerto Rico Federal Affairs Administration (C. Feliciano) for J. Romero. Follow-up telephone conversation and subsequent text message with J. Romero and J. González, re: same.

Wednesday, February 17

Relations with the Department of Public Safety and the PRPB
Billable Hours: **1.50**
Both pre- and post-meeting telephone calls with J. Romero re: conference call with the Secretary of Public Safety (Hon. A. Torres) re: CMR-3 Draft Report. Conference call with the Secretary and J. Romero re: same. Follow-up on media coverage re: legislative concerns with the Department of Public Safety.

# Luis G. Hidalgo
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 6 – BILLABLE HOURS Detailed Description
(cont.)

Thursday, February 18

Relations with the Department of Public Safety and the PRPB
Billable Hours: **2.00**
Exchange of text messages and subsequent telephone conversation with the PRPB IT Director (Dr. J.C. Rivera), re: data collection issues and concerns. Subsequent telephone conversations with J. Romero and the Secretary of Public Safety (Hon. A. Torres) re: same.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Re-scheduling of meet and greet meeting with the Counsel to the Governor (I. Sánchez). Follow-up telephone conversation with J. Romero, re: same.

Friday, February 19

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **1.50**
Meeting with the Adjutant General of the PR National Guard (Hon. J.J. Reyes), re: coordination of meet and greet meeting with J. Romero. Subsequent telephone conversation with J. Romero, re: same.

Community Engagement Support
Billable Hours: **0.50**
Share media article on gender violence with J. Romero and M. Serrano. Subsequent telephone conversation with J. Romero, re: same.

Monday, February 22

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Exchange text messages and subsequent telephone conversation with M. Serrano, re: agenda for the following week. Telephone conversation with J. Romero, re: same.

Tuesday, February 23

Legislative Monitoring and Analysis
Billable Hours: **1.00**


# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 7 – BILLABLE HOURS Detailed Description (cont.)

Review media article mentioning potential change in the minimum age for PRPB recruits. Exchange multiple text messages with J. Romero and A. del Carmen, re: aforementioned media coverage and detailed discussion on administrative implications.

Community Engagement Support
Billable Hours: **0.50**
Review e-mail from M. Serrano, re: synopsis of meeting with M. Díaz.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Exchange various text messages with Judge G. Gelpí, J. Romero and R. Abesada, re: coordination of lunch meeting next week.

Relations with the Department of Public Safety and the PRPB
Billable Hours: **0.50**
Coordination of meeting with the Advisor to the Secretary of Public Safety (A. Garffer), re: substantive discussion of various aspects of the Police Reform.

<u>Wednesday, February 24</u>

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Coordination of meet and greet meeting with the Adjutant General of the PR National Guard (Hon. J.J. Reyes) for J. Romero. Subsequent telephone conversation with J. Romero, re: same.

Legislative Monitoring and Analysis
Billable Hours: **0.50**
Exchange various text messages with J. Romero, R. Abesada, and A. del Carmen, re: media article on the law allowing for the "adoption" of police stations.

<u>Thursday, February 25</u>

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **2.50**
Telephone conversation with the Secretary of the Department of Public Safety (Hon. A. Torres), re: coordination of meeting with the Governor for J. Romero. Coordination of meet and greet meeting with the Adjutant General of the PR National Guard (Hon. J.J. Reyes) for J. Romero. Subsequent telephone conversations with J. Romero, re: same.

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 8 – BILLABLE HOURS Detailed Description
(cont.)

Telephone conversation with M. Serrano, re: agenda for next week. Review e-mail from M. Serrano, Re: same.

Legislative Monitoring and Analysis
Billable Hours: **0.50**
Exchange various text messages with J. Romero and A. del Carmen, re: BID legislation as it pertains to security matters, and the law providing for the "adoption" of a police station.

Friday, February 26

Legislative Monitoring and Analysis
Billable Hours: **3.50**
Initiate monitoring and analysis of all legislative measures filed in the Senate and in the House of Representatives since the beginning of the XIXth Legislative Assembly on January 2021 that may impact the reform of the PRPB. Review media article on agreement reached by the PRPB and the Municipality of Ceiba and exchange various text messages with J. Romero and A. del Carmen.

Relations with the Department of Public Safety and the PRPB
Billable Hours: **0.50**
Coordination of meeting with the Advisor to the Secretary of Public Safety (A. Garffer), re: substantive discussion of various aspects of the Police Reform.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Review and reply to e-mail from D. Rodríguez, re: TAC Team Memo.

Saturday, February 27

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Telephone conversation with J. Romero, re: agenda for next week.

Sunday, February 28

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Telephone conversation with J. Romero, re: agenda for the upcoming week. Review e-mail from D. Rodríguez re: agenda for the weekly TAC Team conference call.