# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice    Month, February  2021                                                                  Invoice # 005

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| Feb-4-21 | Buy office supplies at sams Club | 2 | $20.00 | $40.00 |
| Feb-7-21 | Buy printer for the office | 2 | $20.00 | $40.00 |
| Feb-8-21 | buy other office supplies at office max | 1 | $20.00 | $20.00 |
| Feb-9-21 | make update credentials for office staff | 3 | $20.00 | $60.00 |
| Feb-15-21 | find office staff credentials in Office Max | 1 | $20.00 | $20.00 |
| Feb-16-21 | mail credentials to office staff | 2 | $20.00 | $40.00 |
| Feb-27-21 | pick up office staff at the airport | 2 | $20.00 | $40.00 |
| Feb-28-21 | pick up office staff at the airport | 2 | $20.00 | $40.00 |
| February | expenses for car use and gasoline and tolls | 1month | 1month | $200.00 |
|  |  |  | Total: | $500.00 |