# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

DATE: 2/28/2021
INVOICE #: 20212
FOR: FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom Team meetings | 4.00 | $150.00 | $ 600.00 |
| Phone calls/emails/texts: outreach endeavors/meetings coord: Luis Hidalgo, John, Denise, | 4.00 | $150.00 | $ 600.00 |
| Community engagement meeting and outreach report draft+ edit | 1.00 | $150.00 | $ 150.00 |
| Community meeting: Ms. Francheska Rivera/Deaf Community zoom | 2.00 | $150.00 | $ 300.00 |
| Community Engagement Report: Deaf Community | 1.00 | $150.00 | $ 150.00 |
| Community virtual meting: Ms. Marta Diaz CARINCPR | 2.00 | $150.00 | $ 300.00 |
| Community enggement Plan revision/editing per Denise | 2.00 | $150.00 | $ 300.00 |
| Bi-weekly call Denise | 3.00 | $150.00 | $ 450.00 |
| Community engagement letters, CIC's meeting invite & emails | 1.50 | $150.00 | $ 225.00 |
| CMR4 Data request review and additional info. request | 1.50 | $150.00 | $ 225.00 |
| Women's Advocate meeting | 1.00 | $150.00 | $ 150.00 |
| Community Engagement Report: Women's Advocate Meeting | 0.50 | $150.00 | $ 75.00 |
| PRPB Policies review 700, Agenda and Monthly meetings attendance | 1.00 | $150.00 | $ 150.00 |
| Community engagement report: CARINCPR draft | 1.50 | $150.00 | $ 225.00 |
| CMR3 Report filed draft review | 0.50 | $150.00 | $ 75.00 |
| CIC's direct phone calls for meeting conf. Mar. 3, 2021 (Aguadilla, Aibonito, Caguas, Arecibo, Ponce, Utuado, Carolina, Guayama, Fajardo, P.R.) | 1.50 | $150.00 | $ 225.00 |
| CIC PowerPoint Presentation/FPMPR TEAM pictures upload/Agreement section review in prep. | 1.50 | $150.00 | $ 225.00 |
| TOTAL HOURS | 29.50 | $150.00 | |
| | | SUBTOTAL | $ 4,425.00 |
| | | SALES TAX | $ - |
| | | TOTAL | $4,425.00 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**

Merangelie Serrano-Rios

**THANK YOU!**