Rafael E. Ruiz  
12 Crestshire Dr.  
Lawrence, MA 01843

INVOICE # 2021-02

DATE: February 28, 2021

Billed to:   Federal Monitor, PRPB/USDOJ Agreement   For service: February 1-28, 2021

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Feb 1- Monitor Team weekly conference | 1 hr. | $150/hr. | $150.00 |
| Feb 8- Monitor Team weekly conference | 1 hr. | $150/hr. | $150.00 |
| Feb 15- Monitor Team weekly conference | 1 hr. | $150/hr. | $150.00 |
| Feb 18- Zoom meeting with Monitor re 600-629, Zoom meeting with Parties, P. 253 meeting | 3 hrs. | $150/hr. | $450.00 |
| Feb 19- Data request. Re CMR-04 | 3.5 hrs. | $150/hr. | $525.00 |
| Feb 22- Monitor Team weekly conference | 1 hr. | $150/hr. | $150.00 |
| Feb 23- Review PRPB policies, manual, prep report | 7 hrs. | $150/hr. | $1,050.00 |
| Feb 24- Review PRPB policies, prep report | 7.5 hrs. | $150/hr. | $1,125.00 |
| Feb 25- Review PRPB policies, prep report | 9 hrs. | $150/hr. | $1,350.00 |
| Feb 26- Review PRPB policies, prep report | 6 hrs. | $150/hr. | $900.00 |
| Feb 28- Review PRPB policies, prep report | 8 hrs. | $150/hr. | $1,200.00 |
| Phone calls, emails, texts among Monitor Team | 3.5 hrs. | $150/hr. | $525.00 |

TOTAL BILLED        $7,725.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____Date: February 28, 2021  
Rafael E. Ruiz