Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR002-2021
DATE: February 26, 2021

**Dates of service: February 1 – February 26, 2021**  **TOTAL** $2,775.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team **1.5 hrs**.
-Conference calls with the Deputy Chief or Chief Monitor during the month **1.50 hrs**.
-Conference call with parties **4.00 hrs**.
-Work with Juvenile Reform Monitoring Team/members **3.00 hrs**.
-Work on CMR-4 data indicators (review and request) **4.00 hrs.**
-Policy review, research and recommendations **4.50 hrs**.

**Billable Hours:** 18.5 HOURS 00 MINUTES, at rate of $150 per hour = $2,775.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rita J. Watkins* (signature)

Rita J. Watkins                                              Date: February 26, 2021