**INVOICE 0072 FOR PROFESSIONAL SERVICES; JAN 27 THROUGH FEB 26, 2020**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:     Federal Monitor
        Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for the month of February 2021 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; meetings; logistics | 7.75 | $1,162.50 |
| Monitoring Teleconferences; Weekly coordination, team meeting, Deputy Monitor tracking of tasks, data requests, prep research | 4 | $600.00 |
| CMR-3: Review non-IT area Monitors data request for IT relevance | 1.5 | $225.00 |
| CMR-3 teleconference review of draft report | 1.75 | $262.50 |
| CMR-3 Drafting and re-draft/edit of report to final | 23.5 | $3,525.00 |
| CMR-4 Questions, sampling priority, data requests | 7.25 | $1,087.50 |
| Review Policies, Manuals, GO's; NIBRS, | 0.5 | $75.00 |
| Paragraph 253 Meeting | 2 | $300.00 |
| Policy Review; NIBRS | 4.5 | $675.00 |
| Review GO Tech and Comm 100-125, assess and recommend improvement | 5.75 | $862.50 |
| Review GO Intellectual Property 200-210, assess and recommend improvement | 1.75 | $262.50 |
| Review COVID Protocol; assess and recommend revision | 1.5 | $225.00 |
| Net Hours US | 61.75 | $9,262.50 |
| Net Allowable Hours | 61.00 | |
| Allowable Fee | | $9,150.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ : Scott Cragg, Monitoring Core Team

1