**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 11365



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>04/01/2021 | PLEASE PAY<br>$2,392.00 | DUE DATE<br>04/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Apr 1, 2021 - Apr 30, 2021 | 1 | 2,300.00 | 2,300.00T |
| | | SUBTOTAL | 2,300.00 |
| | | TAX (4%) | 92.00 |
| | | TOTAL | 2,392.00 |
| | | TOTAL DUE | **$2,392.00** |
| | | | THANK YOU. |

ELEVATE YOUR BUSINESS