# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

## INVOICE

Federal Police Monitor

San Juan, PR

INVOICE NUMBER:  51
INVOICE DATE:  FEBRUARY 28, 2021

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-01-21 | Administrative Director | Staff Meeting, Communications with the monitor and Team Members, Work with finalizing the website. | 4.50 | $85.00 | $382.50 |
| FEB-02-21 | Administrative Director | Communications with the Monitor, Team Members and PRPB Officials. Work with January Invoices. | 4.00 | $85.00 | $340.00 |
| FEB-03-21 | Administrative Director | Various communications with PRPB Officials, Various communications with the Monitor and team members, Work with CPA on Invoices and various budget matters. Share information with the Monitor. | 4.25 | $85.00 | $361.25 |
| FEB-04-21 | Administrative Director | Various communications with the Monitor and team members, Work on 2021-2022 FPMPR Budget. | 5.00 | $85.00 | $425.00 |
| FEB-05-21 | Administrative Director | Work with Team ID's and Budget Cont. Communications with the Monitor | 4.50 | $85.00 | $382.50 |
| FEB-08-21 | Administrative Director | Staff meeting, Communications with the monitor, Staff ID's Cont., Communications with PRPB Officials. CMR 3 Revisions. Review of Information sent by PRPB. | 5.00 | $85.00 | $425.00 |
| FEB-09-21 | Administrative Director | Work with CMR 3 Review Cont., Communications with the Monitor. | 4.50 | $85.00 | $382.50 |
| FEB-10-21 | Administrative Director | Work on CMR-3 Draft Revisions, Communications with the Monitor, Communications with Senior Legal Advisor and PRPB officials. | 4.00 | $85.00 | $340.00 |
| FEB-11-21 | Administrative Director | Work on CMR-3 Draft, Communications with the Monitor and Team members and PRPB Officials. | 5.50 | $85.00 | $467.50 |
| FEB-12-21 | Administrative Director | Work on CMR-3 Draft, Budget meeting, Communications with the Monitor and Team Members. | 6.50 | $85.00 | $552.50 |
| FEB-15-21 | Administrative Director | Staff Meeting, Communications with PRPB Officials and the Monitor. Review of information sent by Team members. | 3.50 | $85.00 | $297.50 |
| FEB-16-21 | Administrative Director | Review of CMR-3 Shared with the parties. Communications with the monitor, communication with community leader. | 3.00 | $85.00 | $255.00 |

INVOICE NUMBER: 51

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-17-21 | Administrative Director | Review final draft shared of CMR-3, Communication with the Monitor, Review of Documents and emails. | 3.50 | $85.00 | $297.50 |
| FEB-18-21 | Administrative Director | Roadblocks Meeting, 253 Meeting, Communications with the Monitor. Review of Documents. | 6.00 | $85.00 | $510.00 |
| FEB-19-21 | Administrative Director | Communications with the Monitor, Communications with Team Members. Review of website. | 2.00 | $85.00 | $170.00 |
| FEB-22-21 | Administrative Director | Staff meeting, Communications with the Monitor, Review and follow up of communications sent through the website, | 4.25 | $85.00 | $361.25 |
| FEB-23-21 | Administrative Director | Follow up on tasks assigned by the monitor and team members, Work with administrative assignments. | 3.25 | $85.00 | $276.25 |
| FEB-24-21 | Administrative Director | Communications with the Monitor, Work on website, review of information sent by the Monitor. | 2.00 | $85.00 | $170.00 |
| FEB-25-21 | Administrative Director | Coordination of Meetings and Team Visit, Communications with the Monitor, Team members and PRPB Officials. Review of COVID-19 Protocol. | 3.50 | $85.00 | $297.50 |
| FEB-26-21 | Administrative Director | Coordination of Visit and meetings, Communications with the Monitor, PRPB and team members. Review of documents sent by the monitor. | 3.25 | $85.00 | $276.25 |
| FEB-28-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
|  |  | Office Supplies Expenses |  |  | $549.00 |
|  |  | Total amount of this invoice |  |  | $7,519.00 |

MESSAGE

Javier B Gonzalez, February 28, 2021