# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200318
DATE: FEBRUARY 26, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-01-21 | CONSULTING FEES | Make ACH Transfer - Professional Services Post Payments in SAGE Accounting | 1.00 | $100.00 | $100.00 |
| FEB-02-21 | CONSULTING FEES | Make 2nd ACH transfer for January invoices. | 0.50 | $100.00 | $50.00 |
| FEB-03-21 | CONSULTING FEES | Verify January 2021 invoices. | 1.50 | $100.00 | $150.00 |
| FEB-20-21 | CONSULTING FEES | File 480's 2020 | 1.50 | $100.00 | $150.00 |
| FEB-25-21 | CONSULTING FEES | Make deposit at First Bank | 1.00 | $100.00 | $100.00 |
| | | Total hours for this invoice | 5.50 | | |
| | | Total amount of this invoice | | | $550.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)