**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

February 22, 2021 – March 22, 2021

INVOICE # ASM.TDP.2021-3                               **TOTAL DUE $ 11,250.00**
ASSISTANT SPECIAL MASTER
MARCH 2021 INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 28 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ exchanges regarding PRPB policies, manuals, and forms; the promotions protocol for the ranks of Inspector and higher; the Auxiliary "transfer" proposed policy; CMR-3; COVID-19 Protocol; minimum age requirements for police hiring. | $4,200 |
| 12 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $1,800 |
| 14 | Further complied with the court's orders for the Office of the Special Master to investigate/lead/manage matters related to the promotions protocol and COVID-19 protocol development. | $2,100 |
| 21 | Zoom meetings and/or Conference calls with the various Parties. | $3,150 |

**Total Wages Due = $11,250**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Thomas D. Petrowski*                                              **3/22/21**
**Thomas D. Petrowski**