GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

February 23, 2021 through March 22, 2021

INVOICE # 2021-03                                           **TOTAL DUE $11,850.00**
ASSISTANT SPECIAL MASTER
MARCH 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 30 | Reviewed, researched and worked on documents related to the Monitor's promotions policy, COVID protocol, Minimum age for PRPB employment and CMR-3; email and discussed with the Special Master and other parties. | $4,500.00 |
| 26 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the court. | $3,900.00 |
| 11 | Zoom meetings and/or conference calls with all Parties. | $1,650.00 |
| 12 | Zoom meetings and/or conference calls with Special Master. | $1,800.00 |

Total Wages Due = $11,850.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_[signature]_                                                                           03/22/2021
Gary A. Loeffert