Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

February 23, 2021 through March 22, 2021

INVOICE # SM2021-3            **TOTAL DUE $ 14,925.00**
SPECIAL MASTER
MARCH 2021 INVOICE

## Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 29 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of documents for the Court. | $4,350 |
| 4.5 | Conference calls with the Monitoring Team members and Court. | $675 |
| 3.5 | Conference calls with the Parties and Monitor. | $525 |
| 27 | Zoom meetings with various groups including DSP personnel, Commissioner's Office, USDOJ, and monitoring team. | $4,050 |
| 18.5 | Engaged in Promotional Protocol initiative. CMR3 Review. | $2,775 |
| 17 | Reviewed and worked on document related to COVID-19 Protocol and related information from PRPB. | $2,550 |
|  |  | $14,925 |

## Total Wages Due = $14,925.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alejandro del Carmen_                              _____
  Dr. Alejandro del Carmen                                    3/22/21