# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants.

CASE NO. 99-1435 (GAG-MEL)

## INFORMATIVE MOTION AND REQUEST FOR A NEW CHECK TO BE ISSUED FOR PAYMENT OF FEBRUARY 2021 INVOICES AND EXPENSES

**TO THE HONORABLE COURT:**

   **COMES NOW,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPM"), who respectfully, through the undersigned Senior Counsel of the FPM, states and prays as follows:

1. On March 15, 2021, the Administrative Director of the FPM, through the General Counsel of the FPM, filed a Motion for Disbursement of Funds requesting approval of payment in the amount of **$132,981.96,** for invoices and expenses of the Federal Police Monitor's Office (FPM), corresponding to the month of February 2021. (See Docket No. 1709).

2. Said motion was noted and approved by the Court on March 16, 2021. (See Docket No. 1711).

1

3. Notwithstanding the above, as of today's date, the Federal Police Monitor's Office has not received the corresponding check despite the fact that the same has been sent by mail by the Clerk's Office.

4. In light of the above and due to the need to pay the service providers, the FPM hereby requests that the Court orders that a new check to be issued in the aforementioned amount of **$132,981.96,** for the February 2021 invoices and expenses.

5. The Administrative Director of the FPM certifies that the above information is true, correct and accurate and that the requested amount will be deposited in the FPM's commercial account. Moreover, if the previous check is received, the FPM will return the same to the Clerk's Office immediately.

**WHEREFORE,** the Administrative Director of the Federal Police Monitor's Office, respectfully requests the Honorable Court take notice of the above for all relevant purposes and issue a new check in the amount of **$132,981.96**, corresponding to the expenses for the month of February 2021.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of April 2021.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
Senior Counsel
Federal Police Monitor's Office (FPM)
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

S/ ALFREDO A. CASTELLANOS
**ALFREDO A. CASTELLANOS**
Senior Counsel
Federal Police Monitor's Office (FPM)
alfredo@cglawpr.com

3