UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

# Order

**An in-person status hearing is hereby set for May 11, 2021 at 2:00 pm at the Federal Courthouse.** The Monitor, Special Master and USDOJ counsel will be in attendance, as shall the Secretary of Public Safety and Commissioner of Police. The agenda will be issued later this month, as will strict Covid 19 directives to be followed for this particular hearing. In-person attendance will be limited to those mentioned in this order, as well as a limited number of attorneys or representatives for the Commonwealth and Monitor. The hearing, however, will be live streamed for those that cannot be accommodated in person.

This civil hearing is scheduled under exceptional circumstances in order to guarantee the continued sustainability of the Commonwealth Police Reform. Moreover, given the Governor's stalwart commitment to federal-state cooperation and consent decree compliance. The parties should also be available the following day for a visit with the presiding Judge along with the Monitor and Special Master to one or more PRPB sites.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of April of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge