OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

April 6, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. for March 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $18,983.38 | March 2021 |
| Castellanos Group LLC | $ 1,511.25 | March 2021 |
| Spece | $ 2,516.80 | March 2021 |
| The & Group LLC (Javier González) | $ 7,820.00 | March 2021 |
| Dr. David Levy | $ 9,150.00 | March 2021 |
| Denise Rodriguez | $15,833.33 | March 2021 |
| Viota & Associates CPA LLC | $    776.00 | March 2021 |
| Donald S. Gosselin | $10,150.00 | March 2021 |
| Al Youngs | $ 9,150.00 | March 2021 |
| Rafael E. Ruiz | $ 8,887.50 | March 2021 |
| Scott Cragg | $ 8,850.00 | March 2021 |
| Federico Hernández Denton | $    812.50 | March 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 7,390.00 | March 2021 |
| Rita J. Watkins | $ 2,175.00 | March 2021 |
| Merangelie Serrano | $ 8,250.00 | March 2021 |
| Luis Hidalgo | $ 9,100.00 | March 2021 |
| Korber Group | $ 1,740.95 | March 2021 |
| Samantha Rhinerson | $    350.00 | March 2021 |
| Claudia Cámara | $ 1,390.00 | March 2021 |
| Manuel Arroyo | $    960.00 | March 2021 |
| **TOTAL:** | **$125,796.71** | March 2021 |