John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

March 1 through March 31, 2021

INVOICE # 082                                **TOTAL DUE $ 18,938.38**
FEDERAL MONITOR
MARCH 2021 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of March) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Reviewed and submitted Final Monitor's Office CMR-3 Report to the Court
Via zoom conducted meetings with PRPB to go over Monitor's Office document request for CMR-4
Reviewed PRPB's G.O. 100-116 "Canine" & G.O.600- 614 "Missing Persons".
Reviewed PRPB's Silver and Amber Alerts.
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the parties and Special Master.
Conducted Zoom meetings with the Monitor Team.

**Site Visit to Puerto Rico February 28 through March 5, 2021**
Meeting with the Honorable Judge Gelpi.
Meetings with Secretary of DSP and PRPB Commissioner and Deputy Commissioner
Meeting with Reform Unit to discuss format for Monitor's Office data request going forward
Meeting with FIU Unit re: obtain additional data relating to CMR-3.
Meetings with Monitor Team members based in Puerto Rico.
Site visits to SWAT and Metro DOT.
Participated in CIC Community meetings.

**Expenses March Puerto Rico Visit**

| | |
|---|---|
| Airfare | 388.22 |
| Hotel | 678.50 |
| TOTAL | $1066.72 |

**Flat Rate Total Wages Due = $17,916.66**
**Expenses Due**                         $1,066.72

**TOTAL DUE**                                                            **$18,983.38**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

Date March 31, 2021

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $  115.00   Clerk: 1007

Marriott Rewards #   756834271

CRS Number  96780048

Name:

Arrive:  02-28-21          Time:  15:13          Depart:  03-05-21          Folio Number: 657250

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-28-21 | Package | 115.00 | |
| 02-28-21 | Government Tax | 10.35 | |
| 02-28-21 | Hotel Fee | 10.35 | |
| 03-01-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 03-01-21 | Package | 115.00 | |
| 03-01-21 | Government Tax | 10.35 | |
| 03-01-21 | Hotel Fee | 10.35 | |
| 03-02-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 03-02-21 | Package | 115.00 | |
| 03-02-21 | Government Tax | 10.35 | |
| 03-02-21 | Hotel Fee | 10.35 | |
| 03-03-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 03-03-21 | Package | 115.00 | |
| 03-03-21 | Government Tax | 10.35 | |
| 03-03-21 | Hotel Fee | 10.35 | |
| 03-04-21 | COMEDOR- Guest Charge (Breakfast) | 4.14 | |
| 03-04-21 | Package | 115.00 | |
| 03-04-21 | Government Tax | 10.35 | |
| 03-04-21 | Hotel Fee | 10.35 | |
| 03-05-21 | COMEDOR- Guest Charge (Breakfast) | 55.16 | |
| 03-05-21 | Visa Card | | 750.28 |

Card #  XXXXXXXXXXX1287



**Confirmation Code:** XZUKDT

Manage your booking

Los Angeles ⇄ San Juan

Add to Calendar | Email | Print

**Departing: Feb 27 2021**

LAX 11:55pm
Flight 100 • Fare: Blue

FLL 10:45am
Flight 253 • Fare: Blue

▼ FLL 7:36am

▼ SJU 2:13pm

**Returning: Mar 5 2021**

SJU 3:03pm
MCO 7:55pm

▼ MCO 5:13pm

▼ LAX 10:37pm

Total: **$388.22**

2/2/2021 — JetBlue | Confirmation — https://www.jetblue.com/booking/confirmation — 1/4 — Sign in