

# INVOICE

INVOICE NUMBER:  180
INVOICE DATE:  MARCH 31, 2021

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

Invoice

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| MAR-10-21 | Case: 3:12 cv 2039 (GAG) | Review of Minutes | 0.25 | $195.00 | $48.75 |
| MAR-27-21 | Case: 3:12 cv 2039 (GAG) | Communications with Javier González; review of info. received and analysis of videos of protests of Vieques and Culebra residents; conf. call with Monitor Romero | 2.00 | $195.00 | $390.00 |
| MAR-28-21 | Case: 3:12 cv 2039 (GAG) | Follow up to protests of residents from Vieques and Culebra, review of info. and videos, comms. with Javier González; several comms. | 1.50 | $195.00 | $292.50 |
| MAR-31-21 | Case: 3:12 cv 2039 (GAG) | Work on CMR 2 Supplement Report, review and changes | 4.00 | $195.00 | $780.00 |
| | | Total hours for this invoice | 7.75 | | |
| | | Total amount of this invoice | | | $1,511.25 |