# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 53
INVOICE DATE: MARCH 31, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-01-21 | Administrative Director | Staff Meeting, Meeting with the Monitor and Team members, Meeting with PRPB Commissioner, Communications with PRPB Officials. | 9.00 | $85.00 | $765.00 |
| MAR-02-21 | Administrative Director | Meetings with the Monitor and Staff, Meeting at PRPB, Visit Police Stations with Donnie Gosselin, COVID Zoom Meeting. | 7.00 | $85.00 | $595.00 |
| MAR-03-21 | Administrative Director | Meeting at office with the Monitor and Team Members, Meeting with CIC's at FPM office. | 5.00 | $85.00 | $425.00 |
| MAR-04-21 | Administrative Director | Meeting with the Monitor and Team Members at Office, Work with February Invoices. | 5.00 | $85.00 | $425.00 |
| MAR-05-21 | Administrative Director | Review of communications sent through the webpage, Communications with the Monitor and PRPB Officials. Work with February Invoices. | 3.00 | $85.00 | $255.00 |
| MAR-08-21 | Administrative Director | Staff Meeting, Work with Team 480.6, Communications with the Monitor, Team Members and PRPB Officials. Send February Team Invoices. Coordination of Meetings. | 4.50 | $85.00 | $382.50 |
| MAR-09-21 | Administrative Director | UTIER Protest at Capitol (Morning and Night), Communications with the Monitor, review of website communications. | 6.00 | $85.00 | $510.00 |
| MAR-10-21 | Administrative Director | Meeting with PRPB, Communications with the Monitor, Team Members and PRPB Officials, Coordination of Academy Graduation. Meeting with Website developers. Review of Information. | 4.50 | $85.00 | $382.50 |
| MAR-11-21 | Administrative Director | Academy Graduation, Communications with the Monitor, Team Members and PRPB Officials, | 5.00 | $85.00 | $425.00 |
| MAR-12-21 | Administrative Director | Meeting with PRPB and Staff, Communications with the Monitor and TeamMembers, Follow Up on Vehicle for the Office, Final Review of February Invoices. | 4.75 | $85.00 | $403.75 |
| MAR-15-21 | Administrative Director | Staff Meeting, Communications with the Monitor, Team members and PRPB Officials. | 3.50 | $85.00 | $297.50 |
| MAR-16-21 | Administrative Director | Work with website newsletter translation, Communications with the Monitor. | 2.50 | $85.00 | $212.50 |

INVOICE NUMBER: 53

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-17-21 | Administrative Director | Communications with the Monitor, work with webpage communications. | 2.00 | $85.00 | $170.00 |
| MAR-18-21 | Administrative Director | Work with Communications through the Website, Communications with the Monitor and Team Members. | 3.00 | $85.00 | $255.00 |
| MAR-19-21 | Administrative Director | CMR-4 Meeting with PRPB, Communications with the Monitor and Team Members, Follow up on FPM Vehicle. | 3.00 | $85.00 | $255.00 |
| MAR-22-21 | Administrative Director | Staff Meeting, Communications with he Monitor, Review of information sent by Team Members. | 3.50 | $85.00 | $297.50 |
| MAR-23-21 | Administrative Director | Review of information sent by Deputy Monitor | 1.50 | $85.00 | $127.50 |
| MAR-24-21 | Administrative Director | Review of documents sent by team members, Communications with the Monitor and Team Members, Office Vehicle Follow Up. | 3.00 | $85.00 | $255.00 |
| MAR-25-21 | Administrative Director | Meeting with Team Members and PRAAFA Director, Communications with the Monitor and Team Members, | 2.50 | $85.00 | $212.50 |
| MAR-26-21 | Administrative Director | Communications with the Monitor,Work with the Coordination of Team Members visit. | 2.75 | $85.00 | $233.75 |
| MAR-29-21 | Administrative Director | Staff Meeting, Coordination of Monitor and Team Visit, Communications with the Monitor and team Members. | 3.50 | $85.00 | $297.50 |
| MAR-30-21 | Administrative Director | Communications with PRPB, Communications with the Monitor, Coordination of Team Visit. | 4.00 | $85.00 | $340.00 |
| MAR-31-21 | Administrative Director | Communications with PRPB, Coordination of Team Visit, Communications with the Monitor and Team Members. | 3.50 | $85.00 | $297.50 |
| MAR-31-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Total amount of this invoice | | | $7,820.00 |

MESSAGE

Javier B Gonzalez, March 31, 2021