Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

March 1-March30, 2021

INVOICE # 015　　　　　　　　　　　**TOTAL DUE $9,150.00 USD**
March 2021 INVOICE

The following is a detailed statement of the hours worked.

**1 MAR to 30 MAR 2021 (worked performed in CONUS)**
- **CMR-3 (23.5 hours)**
    - Final revisions and proofing based on Parties' comments (23.5 hours)
- **Communications (12.5 hours)**
    - General conference calls and coordination with Monitoring Team (5 hours)
    - General emails with Monitoring Team (2.5 hours)
    - Calls regarding revisions to CMR-3 (1 hour)
    - Calls with Team and Parties regarding sampling for CMR-4 (4 hours)
- **Methodology (19.5 hours)**
    - CMR-4 data requests (7.5 hours)
    - CMR-4 sampling (8 hours)
    - General methodology guidance (4 hours)
- **Coordination with web design team (5.5 hours as of 3/29)**
    - Guidance on finalizing web-based version of CMRs (3 hours)
    - Guidance on design of Podio work flow and workspaces for monitoring team (2.5 hours)

    **61 hours total @ $150/hour = $9,150.00**

**TOTAL FEE:**　　　　　　　　**61 Hours x $150/hour = $9,150.00 USD**

## Total Fees Due = $9,150.00 USD

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                                        March 31st, 2021
                                                                 _____

Signature                                                        Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043