# INVOICE

**DATE**
3/31/2021

**INVOICE NO**
#006

Denise Rodriguez
2450 Oak Hill Circle
Apt. 513
Fort Worth, TX 76109
956-279-3097
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
March 31, 2021

## DUTIES AND RESPONSIBILITIES                    TOTAL DUE $15,833.33

- Conducted calls with each subject matter expert and the Monitor
- Coordinated and conducted weekly calls with the Monitoring Team
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Drafted and delivered memo documenting the Monitor's Office Review of the policies submitted by PRPB on March 1st
- Coordinated the review and finalization of the CMR-3 Report
- Participated in a call with Korber to discuss the Newsletter distribution service
- Worked with monitoring staff to finalize the first quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Finalized the Federal Monitoring Team's community outreach plan
- Delivered the first data request for CMR-4 to PRPB
- Participated in calls with PRPB to discuss the March 1st Data Request
- Participated in a call with the parties to discuss the status of PRPB's data gap assessment and analysis
- Participated in a call with the Executive Director of the Puerto Rico Federal Affairs Administration
- Began working with the Data Analyst and each of the Monitors on the data received from PRPB for CMR-4
- Worked with the Monitor to onboard the new Administrative Assistant/Research Analyst to the Monitoring Team

**Flat Rate Total Wages**                                **Due $15,833.33**

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez, Chief Deputy Monitor_

March 31, 2021
Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*