# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200347
DATE: MARCH 30, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-01-21 | CONSULTING FEES | ACH for January Services Pay 10% retention | 1.00 | $100.00 | $100.00 |
| MAR-10-21 | CONSULTING FEES | Verify February 2021 Invoices Calculate 10% withholding & Post in Sage | 1.50 | $100.00 | $150.00 |
| MAR-22-21 | CONSULTING FEES | Bank Reconciliations Jan & February 2021 Post Vendor Payments in Sage Accounting & PR Pay | 4.50 | $100.00 | $450.00 |
| MAR-29-21 | CONSULTING FEES | Verify pending accounts payable to Lab Clinico Las Americas and make ACH payment | 0.50 | $100.00 | $50.00 |
| | | Total hours for this invoice | 7.50 | | |
| | | Total before tax | | | $750.00 |
| | | PR SALES TAX (IVU) | | | $26.00 |
| | | Total amount of this invoice | | | $776.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)