Donald S. Gosselin, Esq.
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1145**               **Billing Period:   February 27, 2021 to March 29, 2021**

**Work performed in CONUS and in Puerto Rico (see below for breakout)**

- Review all DoS, DoD and GSA federal travel reimbursement rules for contractors, draft report for Chief Monitor.
- Communications and coordination with fellow Team members for 28 FEB site visits.
- Travel PWM-BOS-SJU to conduct work on the ground consisting of
    - Meetings with SARP Command
    - Interview of Legal Affairs
    - Interviews of SARP investigators
    - Multiple field/site visits
    - Meet with incoming PRPB Commissioner and staff
- Travel home via SJU-BOS-PWM
- Review PRPB first response to document requests relating to CMR-4.
- Conduct testing of Podio platform, recommend changes to same.
- Review previous PRPB documents relating to CMR-3 that also relates to CMR-4.
- Continue to connect all compliance targets to random sample data sources for CMR-4.
- Multiple teleconferences with Chief Monitor, Deputy Chief Monitor, fellow Monitors, and support staff.
- Multiple texts and emails with Monitor Team members and support staff.
- Finalize planning and book for April SJU trip (CMR4).
- Review proposed PRPB policy changes.
- Conceptualize data gathering methodology to maximize efficiencies in SJU

**61 hours total @ $150 = $9,150.00**

| | |
|---|---|
| TOTAL US LABOR: | $ 5,550.00 |
| TOTAL PR LABOR: | $ 3,600.00 |
| TOTAL TRAVEL REIMBURSEMENT*: | $ 1,000.00 |
| **Total Fees and Expense Reimbursement Due =** | **$ 10,150.00 USD** |

**Travel Expenses:**
1. Ground via Concord Coach PWM-BOS      $ billed in February
2. JetBlue BOS-SJU-BOS                              $     325.00
3. 4 nights hotel SJU                                    $     604.00
4. SJU per diem at $115 adjusted**            $     517.50
5. Ground via Concord Coach BOS-PWM      $       30.00
   Total                                                         $  1,476.50
   Reimbursement per 2020 contract*       $  1,000.00
   **Deficit out of pocket**                         **$  ( 476.50)**

**TERMS**:                                       NET 30 ACH Transfer

*Travel rate reflects previous reimbursement agreement between Contractor and TCA Office
** Per diem costs 100% @ $115 for each full day, with 75% billed on travel days

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                                      29 MAR 2021
**Donald S. Gosselin, Esq.**
d/b/a Gosselin Int'l Associates
a subsidiary of MBG North Corp.