**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

March 1– March 31, 2021
Invoice No. 22
Member of Federal Monitor Team

Reviewed and responded to emails and conference calls for the month of March:

| | |
|---|---|
| From Members of the Monitor Team | 5.0 Hours |
| Internal Monitor Team meetings | 5.0 Hours |
| Scheduled meeting with PRPB | 2.0 Hours |
| Meeting and phone calls with Monitor and Deputy Monitor | 2.0 Hours |

Reviewed Chicago Police Department quarterly report reference their Consent Decree in Chicago. — 2.0 Hours

Reviewed FBI NIBRS Manual reference collection of data in response to policy review from PRPB. — 2.5 Hours

Reviewed CJIS Manual in response to policy review from PRPB. — 2.0 Hours

Obtained additional information involving community policing and forwarded to Javier Gonzalez and Merangelie Serrano. — 2.0 Hours

Reviewed comments by DOJ on CMR-2 regarding Supervision and Recruitment. — 1.5 Hours

Reviewed sample list of recruits in classes 229, 230 and 231 for CMR-4 and submitted to David Levy. — 2.0 Hours

Reviewed candidates for recruitment from October 2020 through March 5, 2021. — 3.0 Hours

Reviewed V2A Staffing Study in regards to comments by DOJ reference CMR-3. — 2.5 Hours

Reviewed Corona Solutions New Deployment sample and received information reference Kronos system. — 2.5 Hours

Reviewed comments by PRPB on CMR-2 and CMR-3 regarding Supervision and Recruitment. — 2.0 Hours

Reviewed the following policies submitted by PRPB:
  Manual Operacional de Explosivos (MON-OR-224-01-03-2021
  Tabla de Conversión OG 140 Explosivos (MON-OR-225-01-03-2021)
  OG 200-205 Pago de Dieta y Millaje (MON-OR-237-01-03-2021)
  PPR-140.13 Referido de Resultado de Investigación de Campo (MON-OR-226-01-03-2021) — 3.5 Hours

| | |
|---|---:|
| Reviewed the following policies submitted by PRPB:<br>    OG 100-102 Etructura del Negociado de la PPR<br>    OG 121 Division de Inspecciones SARP | 2.5 Hours |
| Reviewed and spoke with Merangelie Serrano reference final draft of Community Outreach. | 1.0 Hour |
| Reviewed sample list of transferred and retired personnel submitted by PRPB for the month of March and submitted to David Levy. | 2.5 Hours |
| Reviewed the following topics and prepared questions for March on-site visit with the Recruitment Division:<br>    GO 300-301-Recruitment<br>    Regulation 9050-Recruitment<br>    PPR-501.1 Application for Research Candidate for Employment<br>    PPR-501.2 Job Application<br>    PPR-501.3 Size and Application for Aspiring Cadet Entry Exam<br>    PPR-501.4 Aspiring Cadet Orientation<br>    PPR-501.5 Appointment Assessment and Certification<br>    GO 801-Recruitment<br>    Reviewed Strategic Plan submitted by Recruitment Division.<br>    Reviewed copy of the flowchart illustrating the polygraph and the new procedure involving the use of the polygraph during COVID-19. | 3.5 Hours |
| Reviewed Paragraphs 135 through 158 for CMR-4 and prepared questions for March on-site visit. | 3.0 Hours |
| Forwarded and discussed training documents from the PRPB quarterly report to Monitor Rita Watkins for her use in the CMR-4 monitoring of Training. | 1.0 Hour |
| Discussed and confirmed any updates and timelines for completion of EIS and NIBRS project information in cooperation with the IT Monitor. | 1.0 Hour |
| Reviewed final requests for CMR-3 from PRPB in order to prepare for new requests for CMR-4. | 2.5 Hours |
| Discussed random samples in Methodology of Supervision, Management and Recruitment with David Levy. | 1.5 Hours |
| Prepared data request for CMR-4 and discussed with David Levy. | 2.0 Hours |
| Contacted additional Police Departments in regards to percentage of cases where evidence was found from Search Warrants, as per request of Monitor Ruiz. | 1.0 Hour |

## TOTAL HOURS:  61

Billable Hours:     61 Hours at a Rate of $150.00 Per Hour = $9,150.00

**Total:        $9,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                              **$9,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                    _____3/31/2021_____
Signature                                                                             Date