Rafael E. Ruiz                                            INVOICE # 2021-03
12 Crestshire Dr.
Lawrence, MA 01843                                        DATE: March 31, 2021

Billed to:   Federal Monitor, Oficina del TCA             For service: March 1-31, 2021
             VIG Tower, PH-924
             1225 Ponce De Leon Ave.
             San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| March 1- Weekly Monitor meeting w/Team | .75 hrs. | $150/hr. | $112.50 |
| March 3- Monitor meeting with CIC's | 3.5 hrs. | $150/hr. | $525.00 |
| March 5- Work on/review PRPB policies | 4 hrs. | $150/hr. | $600.00 |
| March 8- Review PRPB policies and Mon weekly meeting | 3.5 hrs. | $150/hr. | $525.00 |
| March 9- Review PRPB policies | 5 hrs. | $150/hr. | $750.00 |
| March 10- Meeting w/Ben H. | 2 hrs. | $150/hr. | $300.00 |
| March 11- Work on Parities comments to CMR-03, edit draft section and work on PRPB policies | 8 hrs. | $150/hr. | $1,200.00 |
| March 12- Review PRPB policies, edit draft CMR-03, Zoom meeting with PRPB re CMR-04 data request | 7 hrs. | $150/hr. | $1,050.00 |
| March 13- Review PRPB policies, CMR-03 draft response | 6 hrs. | $150/hr. | $900.00 |
| March 15- Weekly Monitor meeting w/Team | 1 hr. | $150/hr. | $150.00 |
| March 16- Review PRPB policies for approval | 2.5 hrs. | $150/hr. | $375.00 |
| March 19- Download PRPB data and review | 4 hrs. | $150/hr. | $600.00 |
| March 19- Zoom meeting w/PRPB and legal counsel | 1.25 hrs. | $150/hr. | $187.50 |
| March 22- Weekly meeting Monitor w/ Team | 1.5 hrs. | $150/hr. | $225.00 |
| March 24- Work on data from PRPB, re CMR-04 | 3 hrs. | $150/hr. | $450.00 |
| March 29- Weekly Monitor meeting w/Team | 1.25 hrs. | $150/hr. | $187.50 |
| March 30- Comments on PRFAA, re PRPB priorities | 1 hr. | $150/hr. | $150.00 |
| March 31- Prep sample list for interviews for CMR-04 | 1.5 hrs. | $150/hr. | $225.00 |
| March 1-31- phone calls and emails among Team, Parties | 2.5 hrs. | $150/hr. | $375.00 |

TOTAL BILLED                                              $8,887.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____ Date: March 31, 2021
Rafael E. Ruiz