**INVOICE 0073 FOR PROFESSIONAL SERVICES; FEB 27 THROUGH MAR 31, 2021**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for the month of March 2021 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; meetings; logistics; Kronos status; scheduling, planning, meeting coordination | 7.75 | $1,162.50 |
| Monitoring Teleconferences; Weekly coordination, team meeting, Deputy Monitor tracking of tasks, data requests, prep research | 5.5 | $825.00 |
| CMR-3 Drafting and re-draft/edit of report to final, responses to PRPB and DOJ comments, data request clarification; Reconcile with Levy, validate questions and prepare answers clarifications | 20.75 | $3,112.50 |
| CMR-3 Zoom call(s) - PRPB questions and prep beforehand | 3.25 | $487.50 |
| CMR-4 Questions, sampling priority, data requests | 6 | $900.00 |
| CIC Mtg attendance (2 meetings) | 0.5 | $75.00 |
| Review GO 400-408 | 4.75 | $712.50 |
| Ben Horowitz review | 2 | $300.00 |
| Review PRPB provided documents in Dropbox including: Curfew Plan, NCIC Plan, scan of non-IT areas, review of IT documents | 3.5 | $525.00 |
| Review and make recommendations for Community Engagement Plan | 0.75 | $112.50 |
| Prepare full catalog of all IT data requests for PRPB needed for CMR-4 | 4.25 | $637.50 |
| **Net Hours US** | **59.00** | **$8,850.00** |
| **Allowable Fee** | | **$8,850** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _/s/ Scott Cragg_ : Scott Cragg, Monitoring Core Team

1