

# Federico Hernández D...

f.hernandezdenton@gmail.com

# INVOICE

| Invoice#: | 81 |
| --- | --- |
| Invoice Date: | 03/29/2021 |

**From**

**To:  Federal Monitor**

Calle Independencia  # 564

Hato Rey,PR,00918

7875059295

| Date | Worked | Rate | Amount |
| --- | --- | --- | --- |
| **03/19/2021**<br>Reading of emails and news articles about roadblocks in Santa Isabel as well as in the Tourist Zones and exchanges with Monitor about those interventions. | 1h 00m | $195.00/h | $195.00 |
| **03/10/2021**<br>Preparation for Status Conference; Status Conference held by Court; conference call with John Romero and Roberto Abesada about status conference | 2h 00m | $195.00/h | $390.00 |
| **03/09/2021**<br>Conference calls with John Romero and Roberto Abesada about in Cámara hearing to be held tomorrow | 0h 10m | $195.00/h | $32.50 |
| **03/01/2021** | 0h 01m | $0.00/h | $0.00 |
| **12/31/2020**<br>Privileged communications with Monitor regarding orders of Court | 1h 00m | $195.00/h | $195.00 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$812.50** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$812.50** |
| Paid: | **$0.00** |
| **Balance Due:** | **$812.50** |