**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

April 1, 2021
Invoice # 17109

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/1/2021 | RAA | Plan and prepare team meeting. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review emails from PRPB, D. Rodriguez and USDOJ. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Appear and attend team meeting. | 0.70<br>175.00/hr | 122.50 |
| 3/2/2021 | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone calls and electronic communications with L. Hidalgo and J. Romero. | 0.50<br>175.00/hr | 87.50 |
| 3/3/2021 | RAA | Review and analyze email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo.  Respond to email and PRPB | 0.20<br>175.00/hr | 35.00 |
| | RAA | Plan and prepare for meeting. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review electronic communications and attachments from F. Hernández Denton, J. González, L. Hidalgo, J. Romero, and A. Del Carmen. | 0.50<br>175.00/hr | 87.50 |

787-273-8300

|          |     |                                                                                                                                                                     | Hrs/Rate         | Amount |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 3/3/2021 | RAA | Review and analyze USDOJ's comments to CMR-3.                                                                                                                       | 0.50 175.00/hr   | 87.50  |
|          | RAA | Telephone call from J. Romero                                                                                                                                       | 0.50 175.00/hr   | 87.50  |
|          | RAA | Appear and attend work meeting with J. Romero.                                                                                                                      | 2.10 175.00/hr   | 367.50 |
| 3/5/2021 | RAA | Review email from J. Gonzalez                                                                                                                                       | 0.10 175.00/hr   | 17.50  |
|          | RAA | Review email from Agent Contreras.                                                                                                                                  | 0.10 175.00/hr   | 17.50  |
|          | RAA | Review and analyze email from L. Saucedo.                                                                                                                           | 0.20 175.00/hr   | 35.00  |
|          | RAA | Telephone call from J. Romero.                                                                                                                                      | 0.30 175.00/hr   | 52.50  |
| 3/6/2021 | RAA | Review email from counsel for PRPB with comments on CMR-3.                                                                                                          | 0.10 175.00/hr   | 17.50  |
|          | RAA | Review monthly certification from PRPB.                                                                                                                             | 0.10 175.00/hr   | 17.50  |
|          | RAA | Review email from J. Romero                                                                                                                                         | 0.10 175.00/hr   | 17.50  |
|          | RAA | Review emails from D. Rodriguez and D. Levy                                                                                                                         | 0.20 175.00/hr   | 35.00  |
|          | RAA | Review and analyze PRPB's comments on CMR-3.  Review and analyze Special Master's comments and USDOJ's to CMR-3.  Review and analyze excel table prepared by D. Rodríguez. | 1.90 175.00/hr   | 332.50 |
| 3/8/2021 | RAA | Review email from J. Romero on PRPB policies.                                                                                                                       | 0.10 175.00/hr   | 17.50  |
|          | RAA | Review and respond to email from J. Romero re: special master videoconference.                                                                                      | 0.10 175.00/hr   | 17.50  |
|          | RAA | Review emails from J. Gonzalez and L. Saucedo                                                                                                                       | 0.20 175.00/hr   | 35.00  |
|          | RAA | Review email from J. Romero regarding website claim by citizen.  Review and analyze claim and provide recommendations.                                              | 0.30 175.00/hr   | 52.50  |
|          | RAA | Telephone call from J. Romero.                                                                                                                                      | 0.30 175.00/hr   | 52.50  |
|          | RAA | Plan and prepare for team meetings today and with special master videoconference.                                                                                   | 1.30 175.00/hr   | 227.50 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2021 | RAA | | Attend videoconference to discuss comments by PRPB, Special Master and USDOJ to CMR-3. | 1.40 175.00/hr | 245.00 |
| | RAA | | Appear and attend team videoconference. | 1.50 175.00/hr | 262.50 |
| | RAA | | Appear and attend videoconference with special master and PRPB. | 1.70 175.00/hr | 297.50 |
| 3/9/2021 | RAA | | Review memorandum to PRPB re: Police Academy graduation. | 0.20 175.00/hr | 35.00 |
| | RAA | | Review emails from A. Del Carmen and F. Hernández Denton | 0.20 175.00/hr | 35.00 |
| | RAA | | Review email and chart from D. Levy. | 0.20 175.00/hr | 35.00 |
| | RAA | | Telephone calls from J. Romero and F. Hernández Denton | 0.60 175.00/hr | 105.00 |
| 3/10/2021 | SL | | Assist in hearing and in reviewing PRPB's semiannual report. | 0.50 75.00/hr | 37.50 |
| | RAA | | Review minutes of proceedings. | 0.10 175.00/hr | 17.50 |
| | RAA | | Review emails from D. Levy and D. Rodriguez | 0.20 175.00/hr | 35.00 |
| | RAA | | Review USDOJ's request for production of documents. | 0.20 175.00/hr | 35.00 |
| | RAA | | Telephone call from opposing counsel. Email to J. Romero and D. Rodríguez regarding the same. Review emails in response. | 0.50 175.00/hr | 87.50 |
| | RAA | | Plan and prepare for court hearing. | 0.60 175.00/hr | 105.00 |
| | RAA | | Appear and attend court hearing. Emails with J. Romero. Telephone calls posthearing with J. Romero and F. Hernández Denton. Review PRPB's semiannual report filed September 14 after hearing. Exchange of emails with J. Romero regarding the same. | 1.60 175.00/hr | 280.00 |
| 3/11/2021 | RAA | | Review and respond to email from J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | | Email exchange with PRPB's counsel. | 0.20 175.00/hr | 35.00 |
| | RAA | | Review and respond to emails from J. Romero and D. Rodríguez | 0.20 175.00/hr | 35.00 |

|            |     |                                                                                                 | Hrs/Rate         | Amount  |
|------------|-----|-------------------------------------------------------------------------------------------------|------------------|---------|
| 3/11/2021  | RAA | Review emails from D. Levy and D. Rodríguez. Review spreadsheet                                 | 0.40 175.00/hr   | 70.00   |
| 3/12/2021  | RAA | Review orders.                                                                                  | 0.10 175.00/hr   | 17.50   |
|            | RAA | Review emails from J. Romero and D. Rodriguez.                                                  | 0.20 175.00/hr   | 35.00   |
|            | RAA | Review and reply to website communication from police lieutenant.                               | 0.30 175.00/hr   | 52.50   |
|            | RAA | Review and respond to email from L. Saucedo. Email and call with J. Romero.                     | 0.40 175.00/hr   | 70.00   |
|            | RAA | Preparation of proposed orders regarding appointments.                                          | 0.70 175.00/hr   | 122.50  |
|            | RAA | Prepare website disclaimer. Emails with D. Rodriguez and J. Romero.                             | 1.10 175.00/hr   | 192.50  |
|            | RAA | Appear and attend videoconference regarding CMR-4 Data Requests.                                | 1.40 175.00/hr   | 245.00  |
| 3/15/2021  | RAA | Review email and certification from PRPB.                                                       | 0.10 175.00/hr   | 17.50   |
|            | RAA | Review email from F. Hernández Denton.                                                          | 0.10 175.00/hr   | 17.50   |
|            | RAA | Review and respond email from J. Gonzalez regarding invoices.                                   | 0.20 175.00/hr   | 35.00   |
|            | RAA | Review emails from J. Romero and L. Saucedo.                                                    | 0.20 175.00/hr   | 35.00   |
|            | RAA | Review electronic communications from L. Hidalgo and J. Romero.                                 | 0.30 175.00/hr   | 52.50   |
|            | RAA | Review and analyze filings made today by USDOJ.                                                 | 0.30 175.00/hr   | 52.50   |
|            | RAA | Telephone call from J. Romero.                                                                  | 0.30 175.00/hr   | 52.50   |
|            | RAA | Translate web disclaimer. Email to M. Kober.                                                    | 0.60 175.00/hr   | 105.00  |
|            | RAA | Prepare motion for disbursement of funds. Review invoice chart and invoices. Electronic filing. | 0.60 175.00/hr   | 105.00  |
| 3/16/2021  | RAA | Review order on motion to restrict.                                                             | 0.10 175.00/hr   | 17.50   |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2021 | RAA | Review order approving motion for disbursement of funds. | 0.10 175.00/hr | 17.50 |
| | RAA | Review exchange of emails between L. Saucedo, J. Romero, and A. Del Carmen re: checkpoints tourist areas | 0.30 175.00/hr | 52.50 |
| | RAA | Review exchange of emails between L. Saucedo, J. Romero, and A. Del Carmen re: checkpoints tourist areas | 0.30 175.00/hr | 52.50 |
| 3/17/2021 | RAA | Review email from J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from A. Del Carmen. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from S. Cragg and comments to data request | 0.20 175.00/hr | 35.00 |
| | RAA | Review email from J. Romero and comments to data request | 0.20 175.00/hr | 35.00 |
| | RAA | Review court order regarding promotions | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from D. Levy and D. Rodríguez | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to email from J. Romero with letter of Commissioner. Review letter. Telephone call from J. Romero. | 0.50 175.00/hr | 87.50 |
| 3/18/2021 | RAA | Review emails from L. Saucedo, J. Romero, D. Rodriguez, F. Hernández Denton, A. Del Carmen, DSP counsel and PRPB counsel. Respond to relevant emails. | 0.90 175.00/hr | 157.50 |
| 3/19/2021 | RAA | Multiple calls and emails with J. Romero, D. Rodriguez and D. Levy regarding CMR-3 and filing. | 0.90 175.00/hr | 157.50 |
| | RAA | Appear and attend videoconference with PRPB regarding data requests of CMR-4. | 1.50 175.00/hr | 262.50 |
| 3/20/2021 | SL | Proofreading CMR-3 and executive summary prior to filing. | 2.50 75.00/hr | 187.50 |
| 3/21/2021 | SL | Preparation of Notice to Clerk. | 0.40 75.00/hr | 30.00 |
| | SL | Preparation of amended motion submitting third report of Federal Monitor. | 0.50 75.00/hr | 37.50 |
| | SL | Preparation of motion submitting third report of Federal Monitor. | 0.60 75.00/hr | 45.00 |
| | RAA | ral calls from J. Romero | 0.50 175.00/hr | 87.50 |

|            |     |                                                                                       | Hrs/Rate         | Amount   |
|------------|-----|---------------------------------------------------------------------------------------|------------------|----------|
| 3/21/2021  | RAA | Review emails from D. Levy, D. Rodriguez, J. Romero, and F. Hernández Denton          | 0.50 175.00/hr   | 87.50    |
| 3/22/2021  | RAA | Review notice of clerk for docket modification.                                       | 0.10 175.00/hr   | 17.50    |
|            | RAA | Review order on motion submitting.                                                    | 0.10 175.00/hr   | 17.50    |
|            | RAA | Review emails from C. Cámara.                                                         | 0.10 175.00/hr   | 17.50    |
|            | RAA | Review and respond to emails from D. Rodriguez.                                       | 0.20 175.00/hr   | 35.00    |
|            | RAA | Plan and prepare for team meeting.                                                    | 0.30 175.00/hr   | 52.50    |
|            | RAA | Appear and attend team meeting.                                                       | 1.30 175.00/hr   | 227.50   |
| 3/25/2021  | RAA | Review and respond to emails from D. Levy and D. Rodriguez                            | 0.20 175.00/hr   | 35.00    |
|            | RAA | Telephone call from J. Romero.                                                        | 0.30 175.00/hr   | 52.50    |
| 3/26/2021  | RAA | Review email from D. Rodriguez                                                        | 0.10 175.00/hr   | 17.50    |
|            | RAA | Review email and certification from PRPB.                                             | 0.10 175.00/hr   | 17.50    |
| 3/29/2021  | RAA | Review informative motion filed by PRPB.                                              | 0.10 175.00/hr   | 17.50    |
|            | RAA | Review order on informative motion.                                                   | 0.10 175.00/hr   | 17.50    |
|            | RAA | Plan and prepare for team meeting.                                                    | 0.30 175.00/hr   | 52.50    |
|            | RAA | Review emails from M. Serrano, D. Rodriguez, J. Romero, and J. Gonzalez               | 0.30 175.00/hr   | 52.50    |
|            | RAA | Appear and attend team meeting.                                                       | 1.40 175.00/hr   | 245.00   |
|            |     | **For professional services rendered**                                                | **44.80**        | **$7,390.00** |

Timekeeper Summary

| Name                  | Hours | Rate   | Amount     |
|-----------------------|-------|--------|------------|
| Roberto Abesada Agüet | 40.30 | 175.00 | $7,052.50  |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephanie Leon | 4.50 | 75.00 | $337.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.