Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR003-2021
DATE: March 31, 2021

**Dates of service: March 1 – March 31, 2021**                    **TOTAL** $2,175.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team **4.5 hrs**.
-Conference calls with the Deputy Chief or Chief Monitor during the month **.50 hrs**.
-Conference call with parties **2.00 hrs**.
-Conference call with community stakeholders **1.50 hrs.**
-Correspondence with Monitoring Team/and members **1.00 hr**.
-Work on CMR-3 review comments and responses 2**.00 hrs.**
-Policy review, research and recommendations **3.00 hrs**.

**Billable Hours:** 14.5 HOURS, at rate of $150 per hour = $2,175.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rita J. Watkins                                        Date: March 31, 2021