# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 3/31/2021
**INVOICE #** 20213
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PRPB Covid-19 Protocol review and recommendations | 1.00 | $150.00 | $ 150.00 |
| 3/1/2021 Office meeting/Team zoom/PRPB Commisioner & Team | 7.00 | $150.00 | $ 1,050.00 |
| 3/2/2021: PRPB Field visits, Office of the Reform meeting | 6.50 | $150.00 | $ 975.00 |
| Community outreach plan revision draft. Doc. Comments/amend. | 0.50 | $150.00 | $ 75.00 |
| 3/3/2021:CIC meerting: Bayamon & Rafael Ortega (am)/ Team/CIC Spokepersons meeting (pm) | 7.00 | $150.00 | $ 1,050.00 |
| Zoom meetings | 3.50 | $150.00 | $ 525.00 |
| emails/Texts/calls: CIC members, Javi, John, CIC Bayamon docs (9) Central CIC doc. | 4.00 | $150.00 | $ 600.00 |
| 3/4/2021: Team at Office: dbrief, CMR 3 feedback DOJ/ CIC blurb for website on meeting/ Notes review from Field visits | 4.00 | $150.00 | $ 600.00 |
| CMR3 draft edit dropbox revision/changes submitted | 1.00 | $150.00 | $ 150.00 |
| IT zoom meeting Ben Horwitz PRPB/DOJ/FPMPR Team | 2.00 | $150.00 | $ 300.00 |
| Field Observation: UTIER manifestation | 3.00 | $150.00 | $ 450.00 |
| Field observations report: rough notes review/report draf:UTIER | 1.00 | $150.00 | $ 150.00 |
| Call from Sgt. Wilfredo Santos Rodriguez (CIC Fajardo) Admin. Compl filed SARP (Hostile environment and retaliation) Reclass. | 1.00 | $150.00 | $ 150.00 |
| CMR3 Parties review comments: Dropbox review, email, written justification | 2.50 | $150.00 | $ 375.00 |
| CIC meeting rough notes review and report/ attendance and evaluation review/upload & email | 1.50 | $150.00 | $ 225.00 |
| Bayamon CIC and Mr. Rafael Rivera Ortega's meeting rough notes review and Report | 1.00 | $150.00 | $ 150.00 |
| Bi-weekly call: Denise | 1.00 | $150.00 | $ 150.00 |
| Community Invite letters & emails | 0.50 | $150.00 | $ 75.00 |
| Special Report: Metro DOT mobilization review (John) | 0.50 | $150.00 | $ 75.00 |
| Written input requested for PRAFA | 0.50 | $150.00 | $ 75.00 |
| CMR4 additional Documents request: review and detailed listings | 2.00 | $150.00 | $ 300.00 |
| Phone calls: John, Al, Javi, Luis Hidalgo, community engagement follow-up Chinese Comm., ALAPAS, PR Para Todos | 2.50 | $150.00 | $ 375.00 |
| Dropbox review docs. Submitted  (partial review with annotations ) | 1.50 | $150.00 | $ 225.00 |
|  |  |  | $ - |
| **TOTAL HOURS** | **55.00** |  |  |
|  | SUBTOTAL |  | $ 8,250.00 |
|  | SALES TAX |  | $ - |
|  | **TOTAL** |  | **$8,250.00** |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios

**THANK YOU!**