# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

April 2, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-03
FOR PROFESSIONAL SERVICES RENDERED – March 1 - 31, 2021

| | |
|---|---|
| Billable Hours Performed | 74.50 |
| Billable Hours Invoiced | 65.00 |
| Billing Rate | $140.00 |
| Gross Total | $9,100.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my professional capacity. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

## Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

BILLABLE HOURS
Detailed Description

Monday, March 1

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **4.50**
Participate in staff meetings with J. Romero, D. Gosselin, M. Serrano and J. González re: weekly agenda and meetings, CMR-4 data requests, etc. Weekly TAC Team Conference Zoom Call.

Relations with the PRPB and the Department of Public Safety
Billable Hours: **3.00**
Participate in meeting with the PRPB Commissioner and his staff at Police Headquarters, along with J. Romero, D. Gosselin, M. Serrano and J. González, re: meet and greet, IT issues, data concerns, and policy on promotions at the PRPB.

Tuesday, March 2

Relations with the PRPB and the Department of Public Safety
Billable Hours: **7.00**
Participate in meeting with the Director of the PRPB Reform Office, Lt. Col. Díaz and her staff at Police Headquarters, along with J. Romero, D. Gosselin, M. Serrano and J. González, re: meet and greet, IT issues, data concerns, community engagement, and upcoming field visits. Field visit to the Department of Tactical Operations for San Juan, along with J. Romero and M. Serrano, re: review mobilization reports for October, November and December. Field visit to the Department of the Unified Forces of Rapid Action and SWAT for San Juan, along with J. Romero, D. Gosselin and M. Serrano, re: review mobilization reports for October, November and December. Exchange of text messages with the Secretary of the Department of Public Safety, Hon. A. Torres, re: coordination of meeting with the Governor.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **1.50**
Participate in staff meetings with J. Romero, D. Gosselin, M. Serrano and J. González re: agenda and meetings for the following day, assessment of the meetings and visits of the day, etc. Telephone conversations with Mr. R. Rivera-Ortega, re: logistics for visiting our office the following day. Exchange text messages with R. Abesada, re: meeting the following day.

Case 3:12-cv-02039-FAB   Document 1727-17   Filed 04/12/21   Page 3 of 10

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 2 – BILLABLE HOURS Detailed Description
(cont.)

<u>Wednesday, March 3</u>

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **3.00**
Lunch meeting with the Chief Judge to the US District Court for the District of Puerto Rico, Hon. G. Gelpí, along with J. Romero and R. Abesada.

Community Engagement Support
Billable Hours: **2.50**
Participate in meeting with M. Cátala, (CIC for Southern Bayamón and Naranjito) and R. Rivera-Ortega, along with J. Romero, M. Serrano and USDOJ personnel, re: feedback on how the CICs are operating and other community engagement initiatives. Pre- and post-meeting discussions with J. Romero and M. Serrano, re: same.

Relations with the PRPB and the Department of Public Safety
Billable Hours: **0.50**
Exchange text messages and subsequent telephone conversation with the Secretary of the Department of Public Safety, Hon. A. Torres, re: status of request to meet with the Governor and alternatives.

<u>Thursday, March 4</u>

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **3.50**
Participate in staff meetings with J. Romero, M. Serrano and J. González re: pending agenda and meetings for the following day and next visit to Puerto Rico, assessment of the meetings and visits so far, necessary follow-ups, etc.

Relations with the PRPB and the Department of Public Safety
Billable Hours: **0.50**
Exchange text messages and subsequent telephone conversation with the Special Assistant to the Secretary of the Department of Public Safety, E. Piñero, re: meeting with the Secretary the following day.

<u>Friday, March 5</u>

Relations with the PRPB and the Department of Public Safety
Billable Hours: **2.50**

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 3 – BILLABLE HOURS Detailed Description
(cont.)

Participate in meeting with the Secretary of the Department of Public Safety, Hon. A. Torres, the Counsel to the Governor, I. Sánchez, and the Deputy Counsel to the Governor, M. Ortiz, re: meet and greet, synopsis of the meetings and visits during the week, etc.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **2.00**
Participate in staff meetings with J. Romero, re: agenda and meetings for the next visit to Puerto Rico, assessment of the meetings and visits so far, necessary follow-ups, etc. Exchange several text messages with the Adjutant General of the PRNG, B. Gen. J.J. Reyes, re: need to schedule meeting for the next visit, as the efforts to schedule it for this visit were not successful.

Saturday, March 6

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **1.50**
Draft and send memo to J. Romero, re: notes on the meeting at the Department of Public Safety. Send e-mail to the Chief Judge to the US District Court for the District of Puerto Rico, Hon. G. Gelpí, along with J. Romero, re: same. Telephone conversations with J. Romero, re: same and need to contact the Secretary of the Department of Public Safety, Hon. A. Torres on Monday.

Sunday, March 7

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Telephone conversation with J. Romero re: announced strike and public demonstration by the UTIER (labor union for the PREPA) and related matters.

Monday, March 8

Relations with the PRPB and the Department of Public Safety
Billable Hours: **0.50**
Review and respond various text messages with Chief Judge G. Gelpí, J. Romero, R. Abesada and A. del Carmen re: media article of women in service at the PRPB.

Thursday, March 11

Relations with the PRPB and the Department of Public Safety

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 4 – BILLABLE HOURS Detailed Description
(cont.)


Billable Hours: **6.00**
Attend the graduation of Class 229 of the PRPB Police Academy along with Chief Judge G. Gelpí and J. González. Participate in post-graduation meeting with the Chief Judge and J. González, re: same and budget issue raised by the Governor. Exchange various text messages and subsequent telephone conversation with J Romero re: same. Exchange text messages with I. Sánchez, Counsel to the Governor, re: same. Various telephone conversations with staff from the Puerto Rico Federal Affairs Administration, re: re-scheduling of conference call with the Executive Director.

Friday, March 12

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.00**
Exchange text messages and subsequent telephone conversation with I. Sanchez, Counsel to the Governor, re: PRPB Graduation and the announcement by the Governor of a $50M budget increase to address police reform issues. Requested the Budget Petition by the PRPB and the Department of Public Safety for review. Discuss next steps and potential support by the Advisor to the Governor on Legislative Affairs.

Legislative Affairs and Monitoring of Bills
Billable Hours: **0.50**
Receive telephone call from I. Lozada, Advisor to the Senate President, to learn about the status of the Police Reform and express their full disposition to cooperate with us in any way or manner.

Sunday, March 14

Relations with the PRPB and the Department of Public Safety
Billable Hours: **0.50**
Exchange multiple text messages with Chief Judge G. Gelpí and J. Romero re: (1) Tourist Zones issues and actions to be taken by the PRPB, (2) the illegal use of scooters in roads and highways, and another on (3) assignment of new recruits by the PRPB as requested by a legislator from Representative District 29 (encompassing Cayey, Cidra and Comerío).

Monday, March 15

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.00**

## Luis G. Hidalgo
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 5 – BILLABLE HOURS Detailed Description
(cont.)

Exchange various text messages with Chief Judge G. Gelpí and J. Romero re: media article on Tourist Zone issues and on the announced PRPB Operation Plan. Subsequent telephone conversation with J. Romero re: same.

Wednesday, March 17

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.50**
Exchange of text messages and subsequent telephone conversation with the Special Assistant to the Secretary of the Department of Public Safety, E. Piñeiro, re: coordination of the meeting with the Governor. Telephone conversation with the Counsel to the Governor, I. Sánchez, re: Budget request and coordination of the meeting with the Governor. Telephone conversation with staff from the Puerto Rico Federal Affairs Administration re: re-scheduling of the video conference call with the Executive Director.

Administrative and TAC Team Miscellaneous Support Efforts
Billable Hours: **1.50**
Telephone conversation with the Special Assistant to the Adjutant General of the Puerto Rico National Guard, Capt. D. Carrión, re: coordination of meeting with Gen. J.J. Reyes. Exchange text messages, e-mails and several telephone conversations with J. Romero, D. Rodríguez and J. González re: coordination of meetings for the April Puerto Rico Visit by the Chief Monitor, and the video conference call with the Executive Director of the PRFAA.

Thursday, March 18

Relations with the PRPB and the Department of Public Safety
Billable Hours: **4.00**
Exchange multiple text messages and multiple telephone conversations with the Counsel to the Governor, I. Sánchez, the Deputy Counsel to the Governor, M. Ortiz, the Special Assistant to the Secretary of the Department of Public Safety, E. Piñeiro, and the staff to the Executive Director of the Puerto Rico Federal Affairs Administration re: coordination of meetings, video conference calls, and requested information. Various e-mails, text messages and telephone calls with J. Romero, D. Rodríguez and J. González, re: same.

Friday, March 19

Relations with the PRPB and the Department of Public Safety
Billable Hours: **2.50**

# Luis G. Hidalgo
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 6 – BILLABLE HOURS Detailed Description
(cont.)

Exchange text messages and subsequent telephone conversation with the Deputy Counsel to the Governor, M. Ortiz, re: budget request, Puerto Rico Department of Justice training for the PRPB as coordinated by M. Ortiz, and Tourist Zone situation to be addressed by the PRPB. Subsequent telephone conversation with J. Romero re: conversation with M. Ortiz. Review of PRPB Tourist Zone Operations Plan. Further telephone conversations with J. Romero, re: same.

Sunday, March 21

Administrative and TAC Team Miscellaneous Support Effort
Billable Hours: **0.50**
Telephone conversation with J. Romero re: PRPB Tourist Zone Operation Plan and existing concerns given recent events, preliminary PR Trip Agenda, and other pending issues.

Monday, March 22, 2021

Administrative and TAC Team Miscellaneous Support Effort
Billable Hours: **3.50**

Participate in weekly TAC Team Zoom Conference Call. Review e-mails from D. Rodríguez re: preliminary PR Trip Agenda. Review e-mail from D. Rodríguez re: CMR-3 as filed before the US District Court. Review CMR-3. Telephone conversation with J. Romero re: same.

Tuesday, March 23

Relations with the PRPB and the Department of Public Safety
Billable Hours: **2.50**
Exchange various text messages with Chief Judge G. Gelpí, J. Romero, R. Abesada and A. del Carmen, re: status of confirmation process for the Secretary of the Department of Public Safety. Exchange text messages and subsequent telephone conversation with the Deputy Counsel to the Governor, M. Ortiz, re: follow-up regarding the upcoming meeting with the Governor, CMR-3, and the PRPB and DPS budget request. Telephone conversation with J. Romero, re: same.

Wednesday, March 24

Administrative and TAC Team Miscellaneous Support Effort

# Luis G. Hidalgo
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 7 – BILLABLE HOURS Detailed Description
(cont.)


Billable Hours: **3.00**
Telephone conversations with the Director of the Office of Confiscated Property at the Department of Justice, A. Cruz, re: office vehicle(s). Subsequent conversation with the Deputy Counsel to the Governor, M. Ortiz, re: pending matters and the office vehicle(s) issue. Telephone conversations with J. Romero and J. González, re: same. Subsequent e-mails to A. Cruz and M. Ortiz. Meeting with Chief Judge G. Gelpí re: meeting with the Governor, coordination of a subsequent meeting with the Governor for A. del Carmen and the Special Master Team, and the budget request regarding the PRPB and the DPS. Subsequent telephone conversations with J. Romero, re: same.

Thursday, March 25

Relations with the PRPB and the Department of Public Safety
Billable Hours: **4.50**
Exchange text messages with Chief Judge Gelpí, J. Romero, and A. del Carmen re: media article regarding PRPB. Exchange text messages and subsequent telephone conversation with A. del Carmen re: coordination of meeting with the Governor. Preparation of draft agenda for the call with the Executive Director of the Puerto Rico Federal Affairs Administration. Subsequent telephone conversations with J. Romero, D. Rodríguez and J. González, re: same. Telephone conversation with the Deputy Counsel to the Governor, M. Ortiz, re: upcoming video conference call with PRFAA. Video conference call with the Executive Director of the Puerto Rico Federal Affairs Administration, C. Feliciano. Follow-up telephone calls with C. Feliciano, J. Romero and D. Rodríguez re: same. Review e-mails from D. Rodríguez and S. Cragg re: same. Exchange text messages with the Secretary of the Department of Public Safety, Hon. A. Torres, re: same.

Administrative and TAC Team Miscellaneous Support Effort
Billable Hours: **1.00**
Exchange text messages and subsequent telephone conversation with J. González, re: official vehicle(s). Subsequent telephone conversations with the Director of the Office of Confiscated Property at the Department of Justice, A. Cruz, and with the Deputy Counsel to the Governor, M. Ortiz, re: same. Telephone conversation with J. Romero, re: same.

Friday, March 26

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.50**
Telephone conversation with the Secretary of the Department of Public Safety, Hon. A. Torres, re: PRFAA conference call, upcoming meetings in Puerto Rico, and coordination

## Luis G. Hidalgo
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 8 – BILLABLE HOURS Detailed Description
(cont.)

of meeting with DPS staff. Subsequent telephone conversations with J. Romero and with the Special Assistant to the Secretary of the Department of Public Safety, E. Piñeiro, re: same. Review e-mails from D. Rodríguez and M. Serrano, re: PRFAA call follow-up.

Administrative and TAC Team Miscellaneous Support Effort
Billable Hours: **1.00**
Telephone conversations with the Special Assistant to the Secretary of the Department of Public Safety, E. Piñeiro, the Special Assistant to the Adjutant General of the Puerto Rico National Guard, D. Carrión, re: scheduling changes. Follow-up text messages and subsequent telephone conversations with J. Romero and D. Rodríguez, re: same.

Sunday, March 28

Administrative and TAC Team Miscellaneous Support Effort
Billable Hours: **0.50**
Review and respond to e-mail from M. Serrano re: upcoming PR Trip Agenda. Review e-mail from D. Rodríguez re: same. Telephone conversation with J. Romero, re: same.

Monday, March 29

Administrative and TAC Team Miscellaneous Support Effort
Billable Hours: **2.50**
Telephone conversations with the Special Assistant to the Secretary of the Department of Public Safety, E. Piñeiro, re: agenda for the meeting with the Governor and bio for J. Romero. Draft agenda. Telephone conversations with J. Romero, re: same. Participate in the weekly TAC Team Zoom Conference Call.

Relations with the PRPB and the Department of Public Safety
Billable Hours: **0.50**
Review e-mail from D. Rodríguez, re: updated list of PRFAA issues.

Tuesday, March 30

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.50**
Exchange text messages with the Special Assistant to the Secretary of the Department of Public Safety, A, Garffer, re: upcoming PR Trip and need to coordinate Zoom video conference call on CMR-3 and related documents. Exchange text messages and subsequent telephone conversations with the Secretary of the Department of Public

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 9 – BILLABLE HOURS Detailed Description
(cont.)

Safety, Hon. A. Torres, re: same. Subsequent telephone conversation with J. Romero, re: same. Review e-mails from D. Rodríguez and R. Ruiz, re: updated list of PRFAA issues.

<u>Wednesday, March 31</u>

Administrative and TAC Team Miscellaneous Support Effort
Billable Hours: **0.50**
Review various e-mails from the TAC Team, re: rescheduling of the weekly TAC Team Zoom conference call previously slated for Monday, April 5 at 1100am EST.