# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 1565 Benton Boulevard Apt. 212 Savannah, Georgia, 31407

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-01
**DATE:** March 31, 2021

| DATE | DESCRIPTION | HOURS | PRICE | AMOUNT |
|---|---|---|---|---|
| 03/12/2021 | 30 minute introductory call with Denise | 0.5 | $50.00 | $25.00 |
| 03/13/2021 | Reviewed FPMPR data request and policy documentation | 1.0 | $50.00 | $50.00 |
| 03/15/2021 | Weekly FPM Team Meeting and developed draft data request tracking sheet | 2.0 | $50.00 | $100.00 |
| 03/16/2021 | Drafted data request itemized list | 2.0 | $50.00 | $100.00 |

**AMOUNT DUE**          **SEE SECOND PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 1565 Benton Boulevard Apt. 212 Savannah, Georgia, 31407

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-01
**DATE:** March 31, 2021

| DATE | DESCRIPTION | HOURS | PRICE | AMOUNT |
|---|---|---|---|---|
| 03/23/2021 | 1.5 hours spent updating data request tracking sheet | 1.5 | $75.00 | $75.00 |

**AMOUNT DUE** $350.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.