**Office of the FPMPR LLC**
Caribbean of Office Plaza
Oficina 207
670 Avenida Ponce de León, San Juan PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (March 2021)

| Date | Task | Total Hours |
|---|---|---|
| **March 1, 2021** | Present at the new office during working hours. Revise the Covid-19 Protocol. Plan the March 3rd snacks and beverages. | 4.0 |
| **March 3, 2021** | Present at the new office during working hours. CIC preparations and reunion. Morning meeting with CIC member. | 8.0 |
| **March 5, 2021** | Present at the new office during working hours. Fixing mistakes in the Covid-19 protocol. | 7.0 |
| **March 8, 2021** | Present at the new office during working hours. Weekly monitor meeting. Scheduling mail champ meeting. | 5.0 |
| **March 10, 2021** | Present at the new office during working hours. MailChimp meeting. Testing Mailchimp site, | 4.5 |
| **March 12, 2021** | Present at the new office during working hours. Worked on the Newsletter translation. | 7.0 |
| **March 15, 2021** | Present at the new office during working hours. Worked on the Newsletter translation. | 4.0 |
| **March 17, 2021** | Present at the new office during working hours. Passing the Newsletter draft to Mailchimp. | 4.0 |
| **March 19, 2021** | Present at the new office during working hours. Worked on passing the English and Spanish newsletter draft to Mailchimp. | 7.0 |
| **March 22, 2021** | Present at the new office during working hours. Work on the newsletters in Mailchimp | 4.0 |
| **March 24, 2021** | Present at the new office during working hours. Worked on newsletters in Mailchimp. | 4.0 |

| | | |
|---|---|---:|
| **March 26, 2021** | Present at the new office during working hours. Worked on newsletters on Mailchimp. | 7.0 |
| **March 29, 2021** | Present at the new office during working hours. Working on voicemail. Forwarded the english newsletter to Denise and got approval. | 4.0 |

## Total, 69.5 hours for $20 = $1,390.00

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____