# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice    Month  March  2021                                                                 Invoice # 006

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| March 1 -2021 | Pick up the monitor at the hotel and take him to his commitments of the day | 9 | $20.00 | $180.00 |
| March 2-2021 | Pick up the monitor at the hotel and take him to his commitments of the day | 9 | $20.00 | $180.00 |
| March 3-2021 | Pick up the monitor at the hotel and take him to his commitments of the day | 7 | $20.00 | $140.00 |
| March 4-2021 | Pick up the monitor at the hotel and take him to his commitments of the day | 7 | $20.00 | $140.00 |
| March 5-2021 | Pick up the monitor at the hotel and take him to his commitments of the day | 6 | $20.00 | $120.00 |
| March 2021 | expenses for car use and gasoline and tolls | 1 month | 1month | $200.00 |
| | | | | Total |
| | | | | $960.00 |