IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CIVIL NO. 12-2039 (GAG)** |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Defendants.** | |

**ORDER re: Technical Compliance Advisor (TCA/Monitor) and Special Master Offices Budget for Fiscal Year 2021-2022**

    The Court hereby informs the parties of the following amounts deposited with the Clerk of Court for purposes of submitting to the Court their joint, proposed budgets for the Monitor and Special Master as to FY 2021-2022.

    Currently, the TCA account has at this time **$1,062,460.74** (after deducting the TCA March invoice (Docket No. 1727) and also rolling over to the Special Master account $34,299.37 to cover March invoices. (Docket Nos. 1717, 1718 & 1719)).

    Still to be deducted remain the TCA's forthcoming invoices for April, May, and June 2021, as well as those for the Special Master (which will be paid from the TCA account, given that funds in the Special Master account for 2020-2021 have been used).

    Whatever amount remains of this balance will be rolled over for use during FY 2021-2022. Accordingly, the parties shall make the corresponding estimate for purposes of submitting the

**Civil No. 12-2039 (GAG)**

proposed and corresponding budgets to be deposited with the Court **on or before June 30, 2021** for the TCA and Special Master.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th of April, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge