IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                                                    CIVIL NO. 12-2039 (GAG)

**COMMONWEALTH OF PUERTO RICO,** et al.,

Defendants.

**ORDER: Taking Judicial Notice of Commonwealth of Puerto Rico Supreme Court Ruling re: Public Access to PRPB Use of Force Reports**

On April 12, 2021, the Commonwealth of Puerto Rico Supreme Court issued a judgment ("Sentencia") in the case <u>Kilómetro 0, Inc. v. Héctor M. Pesquera López, et al.</u>, CC-2020-0004, wherein it held that Puerto Rico Police Bureau ("PRPB") Use of Force reports and records are public documents. The Court takes judicial notice of the same and hereby makes it part of the record as an attachment to this order. The Clerk of Court shall have the same translated to English and will also transmit copy of this order to the Clerk of the Supreme Court.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th of April, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge