IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Defendants. | CIVIL NO. 12-2039 (GAG) |

### ORDER re: Special Master Invoicing

The work of the Special Master has exponentially increased over the past year, given the numerous tasks the parties have asked that he attend, upon Court approval, as well as others which the Court has directly assigned. Distinct to the work of the Technical Compliance Advisor (Monitor), the role of the Special Master is not to monitor, but rather to assist the parties in matters that require apart his expertise and experience to help resolve to the benefit of PRPB's compliance with the Agreement.

The Court notes that given the Special Master's recent work, the Court has authorized and approved, without objection of the parties, invoices by him in excess of the monthly amount originally encompassed. For example the last six invoices have been for the amounts of $14,925 (Docket No. 1719), $15,600 (Docket No. 1698), $17,352 (Docket No. 1688), $17,025 (Docket No. 1633), $14,550 (Docket No. 1618), and $ 16,725 (Docket No. 1604).

In light of the above, and as a cost containment measure, the Court will permit the Special Master to invoice a monthly flat fee in the amount of $15,000.00, until otherwise ordered. The flat fee rate is presently authorized for the Monitor and Chief Deputy Monitor in this case. The Special Master, upon consultation, has agreed to this flat fee.

**Civil No. 12-2039 (GAG)**

The present Order will operate within the Special Master budget for Fiscal Year 2021-2022. See Order at Docket No. 1730.

**SO ORDERED.**

In San Juan, Puerto Rico this 15th of April, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge
