## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

### Order re: Communications with Monitor and Special Master

Effective immediately all official communications and correspondence addressed by the parties to the Monitor or Special Master must always include or copy both.  This is essential so that the two court appointed officials have knowledge as to all matters relating to the implementation and monitoring of the Agreement.  Both the Monitor and Special Master represent the Court in all matters in which the undersigned himself is not present nor participating.

This is not a new court directive. It is hereby memorialized, however, so that the parties instruct all personnel working in the Police Reform that compliance with the same is the norm.  Only the Court can authorize any exception to this directive in a particular instance.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of April of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge