# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

VS.

COMMONWEALTH OF PUERTO RICO ET AL.
Defendant

CASE #: 3:12-CV-2039 (GAG)

## ORDER re: May 11th, 2021 Status Conference and Meetings During the Week of May 10th, 2021

The parties have been directed to meet with the Monitor and Special Master to agree to an agenda for the status conference to be held on May 11th. See Order at Docket No. 1733. The parties shall submit their proposed agenda no later than Tuesday, May 4, 2021.

Given that USDOJ counsel will be in Puerto Rico the week of May 10th, the Court further orders the parties to specifically schedule a meeting between only USDOJ and PRPB counsel with the Monitor and Special Master. This face to face meetings shall be held in addition to the several other meetings scheduled that week.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of April of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge