**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,** <br><br> Defendants. | **NO. 3:12-cv-2039 (GAG)** |

**MOTION SUBMITTING REPORT REGARDING DEFENDANTS' RESPONSE
TO THE JULY 2019 MASS DEMOSTRATIONS**

**TO THE HON. GUSTAVO A. GELPÍ, CHIEF U.S. DISTRICT JUDGE:**

**NOW COMES,** John Romero, in his capacity as Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor's Office ("Monitor's Office"), submits as Exhibit 1 the Federal Monitor's Report to the Puerto Rico Police Bureau's Response to the July 2019 Crisis.

**WHEREFORE,** the Federal Police Monitor, John Romero, respectfully requests that the Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of April 2021.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP