**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

March 22, 2021 – April 21, 2021

INVOICE # ASM.TDP.2021-4                  **TOTAL DUE $13,938.22**
ASSISTANT SPECIAL MASTER
APRIL INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 18 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ exchanges regarding PRPB policies, manuals, and forms; the promotions protocol for the ranks of Inspector and higher; PRPB career path policy, COVID protocol, transition order, PRPB G.O. 6 and CMR-3 party responses. | $2,700 |
| 15 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,250 |
| 16 | Zoom meetings and/or Conference calls with the various Parties. | $2,400 |
| 32 | Travel and meetings in San Juan 04/18/2021-04/21/2021. | $4,800 |
| Travel Expense | Covid tests (quick and molecular PCR) for travel to Puerto Rico | $160 |
| Travel Expense | Air Fare Dallas to San Juan coach class roundtrip ticket | $446.50 |
| Travel Expense | Lodging 04/18/2021 - 04/21/2021, Government rate for three nights at $195/night plus taxes | $779.22 |
| Travel Expense | Meals and Incidental Expenses (M&IE), 04/18/2021-04/21/2021, Government rate of $115 per day on site, and 75% travel day rate on two travel days | $402.50 |

                                                                         **Total Wages Due = $13,938.22**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

_Thomas D. Petrowski_                                                     4/22/21
_____
                 **Thomas D. Petrowski**