**GALOEFFERT, LLC**
4805 East Lake Road
Sheffield Lake, Ohio 44054

March 22, 2021 through April 21, 2021

INVOICE # 2021-04                                    **TOTAL DUE $14,805.72**
ASSISTANT SPECIAL MASTER
April 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 22 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB, and DOJ exchanges regarding PRPB policies, manuals, and forms; Monitor's promotions policy, PRPB career path policy, COVID protocol, transition order, PRPB G.O. 151, CMR-3 and prepared materials for onsite visit to Puerto Rico. | $3,300 |
| 18 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties, the Special Master, Assistant Special Master and the Court. | $2,700 |
| 16 | Zoom meetings and/or conference calls with the various parties. | $2,400 |
| 32 | Travel and meetings in San Juan 04/18/2021-04/21/2021. | $4,800 |
| Travel Expense | Air Fare Cleveland to San Juan claiming coach class roundtrip ticket | $424 |
| Travel Expense | Lodging 04/18/2021-04/21/2021, Government rate for three nights at $195 per night plus tax | $779.22 |
| Travel Expense | Meals and Incidental Expenses, 04/18/2021-04/21/2021, Government rate $115 per day on site and two travel days ¾ rate at $86.25 per day | $402.50 |

Total Wages Due = $14,805.72

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Gary A. Loeffert_ (signature)
**Gary A. Loeffert**

04/22/2021