Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

March 23, 2021 through April 22, 2021

INVOICE # SM2021-4  **TOTAL DUE $ 16,181.72**
SPECIAL MASTER
APRIL 2021 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of documents for the Court.

Conference calls with the Monitoring Team members and Court.

Conference calls with the Parties and Monitor.

Zoom meetings with various groups including DSP personnel, Commissioner's Office, USDOJ, and monitoring team.

Engaged in career path protocol initiative.

Reviewed and worked on document related to Auxiliary and COVID Protocols and related information.

**Site Visit to Puerto Rico April 18 through April 21, 2021**

Meeting with Judge Gelpi.

Meetings with Secretary of DSP and PRPB Commissioner and Deputy Commissioner

Meeting with IT at PRPB

Meeting with Puerto Rico based monitoring team members

**Expenses April Puerto Rico Visit**

Airfare: No Reimbursement/Donated (used miles)

Lodging: Government Rate for 3 Nights at $195/night plus taxes: **$779.22**

Meals and Incidental Expenses (M&IE), Government rate of $115/day on site, and 75% travel rate on two travel days. **$402.50**

**Flat Rate Total Wages Due = $15,000.00**
**Expenses Due = $ 1,181.72**

**TOTAL DUE = $ 16,181.72**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____          _____
   **Dr. Alejandro del Carmen**                                          **4/22/21**