# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, ET AL., <br><br> Defendants. | No. 12-cv-2039 (GAG) |

## MOTION TO RESTRICT MOTION SUBMITTING THE UNITED STATES' POSITION ON THE COMMONWEALTH'S RESPONSE TO THE THIRD REPORT OF THE FEDERAL MONITOR

COMES NOW, Plaintiff, the United States of America, by and through the undersigned counsel, and respectfully moves to restrict its Motion Submitting the United States' Position on the Commonwealth's Response to the Third Report of the Federal Monitor Filed at Docket No. 1715 (Response), ECF No. 1734, for viewing by the Court, the Monitor, the Special Master, and counsel for the Parties, in accordance with Standing Order No. 9, *Amendment to the Restricted Filing and Viewing Levels Module*, Misc. No. 03-149 (Jan. 30, 2013).  For cause, the United States alleges and states:

1. On April 19, 2021, the Commonwealth filed its Response in restricted mode, as directed by the Court.

2. The United States seeks to restrict its Motion Submitting the United States' Position on the Commonwealth's Response because it pertains to matters that are restricted presently.

WHEREFORE, the United States respectfully requests leave to file its Motion Submitting the United States' Position on the Commonwealth's Response, ECF No. 1734, in restricted mode

for viewing by the Court, the Monitor, the Special Master, and counsel for the Parties until further ordered by the Court.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, the Special Master, and the Monitor on the service list to be served by electronic means.

Respectfully submitted, this 28th day of April, 2021,

        **STEVEN H. ROSENBAUM**
        Chief, Special Litigation Section
        Civil Rights Division

        *s/ Luis E. Saucedo*
        **TIMOTHY D. MYGATT**
        Deputy Chief
        **LUIS E. SAUCEDO** (G01613)
        **JORGE CASTILLO** (G02912)
        Trial Attorneys
        U.S. Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 598-0482
        Fax: (202) 514-4883
        luis.e.saucedo@usdoj.gov
        jorge.castillo@usdoj.gov

        Attorneys for Plaintiff