***United States v. Commonwealth of Puerto Rico***, **No. 12-cv-2039 (GAG)**
JOINT PROPOSED AGENDA
<u>MAY 11, 2021, STATUS CONFERENCE</u>

1. Introduction of new officials involved in the reform process and overall status of compliance

2. Status of promotions protocols (Paragraphs 14-20)

3. Police response to protests and Monitor's latest assessment (Paragraphs 32-35)

4. Update on data management at PRPB, including data gap analysis and UOF tracking (Paragraphs 41, 218-220)

5. Police response to gender-based violence (Paragraphs 93-100)

6. Scope of work of the Special Master

7. Minimum entry requirements for sworn personnel (Paragraphs 104-108)