# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

   **v.**                                   **CASE NO. 12-2039 (GAG)**

**COMMONWEALTH OF PUERTO RICO, et al.,**

 **Defendants.**

### ORDER re: Monitor and Special Master Budget for FY 2021 – 2021

The budget for the TCA (Monitor) for Fiscal Year 2021 – 2021 is $2,534,404.00. The same shall be deposited with the Clerk of Court **on or before June 30, 2021** (as per the order at Docket No. 1730).

The Special Master budget for Fiscal Year 2021 – 2021 is $507,000.00. The same shall be deposited with the Clerk of Court **on or before June 30, 2021.**

**SO ORDERED.**

In San Juan, Puerto Rico this 5th day of May, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge