OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

May 3, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For April 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,406.66 | April 2021 |
| Castellanos Group LLC | $ 8,775.00 | April 2021 |
| Spece | $ 2,454.40 | April 2021 |
| The & Group LLC (Javier González) | $ 7,843.38 | April 2021 |
| Dr. David Levy | $16,650.00 | April 2021 |
| Denise Rodriguez | $15,833.33 | April 2021 |
| Viota & Associates CPA LLC | $ 1,200.00 | April 2021 |
| Donald S. Gosselin | $10,290.00 | April 2021 |
| Al Youngs | $18,300.00 | April 2021 |
| Rafael E. Ruiz | $17,325.00 | April 2021 |
| Scott Cragg | $ 9,150.00 | April 2021 |
| Federico Hernández Denton | $ 1,755.00 | April 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 5,402.50 | April 2021 |
| Rita J. Watkins | $ 1,275.00 | April 2021 |
| Merangelie Serrano | $ 9,975.00 | April 2021 |
| Luis Hidalgo | $ 9,100.00 | April 2021 |
| Korber Group | $ 1,624.96 | April 2021 |
| Samantha Rhinerson | $   550.00 | April 2021 |
| Claudia Cámara | $ 1,280.00 | April 2021 |
| Manuel Arroyo | $ 2,260.00 | April 2021 |
| **TOTAL:** | **$160,450.23** | April 2021 |