**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

July 2019 Fortaleza Protests
Invoice No. 23-1
Member of Federal Monitor Team

| Date | Description | Hours |
|---|---|---|
| April 13, 2020 | Teleconference with Team Members. | 3.0 Hours |
| April 16, 2020 | Review of all Monitor Team reports. | 3.0 Hours |
| April 19, 2020 | Review of all submitted PRPB reports. | 5.0 Hours |
| April 24, 2020 | Review documents from *New York Times*. | 3.0 Hours |
| April 25, 2020 | Work on protest documents | 4.0 Hours |
| April 26, 2020 | Review documents from Kilo-Zero. | 5.0 Hours |
| April 27, 2020 | Review further documents from New York Times & Kilo-Zero | 4.0 Hours |
| May 5, 2020 | Work on draft report; submit comments to other Members of the Team. | 3.0 Hours |
| May 22, 2020 | Edit draft report. | 3.0 Hours |
| May 27, 2020 | Review PRPB Case No. 2019-1-166-3423<br>Review PRPB Case No. 2019-1-166-3435<br>Review PRPB Case No. 2019-1-166-3455 | 4.0 Hours |
| May 28, 2020 | Review PRPB Case No. 2019-1-166-3456<br>Review PRPB Case No. 2019-1-166-3473<br>Review PRPB Case No. 2019-1-166-3602 | 4.0 Hours |
| May 30, 2020 | Review PRPB Case No. 2019-1-162-4995<br>Review PRPB Case No. 2019-1-166-5110<br>Review PRPB Case No. 2019-1-262-4554 | 4.0 Hours |
| May 31, 2020 | Review PRPB Case No. 2019-1-282-6583<br>Review PRPB Case No. 2019-1-282-9338<br>Review PRPB Case No. 2019-1-382-7683 | 4.0 Hours |

| | | |
|---|---|---|
| November 13, 2020 | Work on edit of draft report. | 2.0 Hours |
| January 22, 2021 | Worked on protest documents | 2.0 Hours |
| February 4, 2021 | Worked on protest documents | 2.0 Hours |
| February 5, 2021 | Work on edit of second draft report. | 3.0 Hours |
| February 6, 2021 | Finalize work on edit of second draft report. | 3.0 Hours |

**TOTAL HOURS:  61**

Billable Hours:     61 Hours at a Rate of $150.00 Per Hour = $9,150.00

**Total:        $9,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                         **$9,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

04/21/2021
Date