**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

April 1– April 30, 2021
Invoice No. 23
Member of Federal Monitor Team

| | |
|---|---:|
| Reviewed and responded to emails and conference calls for the month of April: | |
|     From Members of the Monitor Team | 5.0 Hours |
|     Internal Monitor Team meetings | 4.0 Hours |
|     Scheduled meeting with PRPB | 4.0 Hours |
|     Meeting and phone calls with Monitor and Deputy Monitor | 3.0 Hours |
| Reviewed Virgin Islands Police Department quarterly report reference their Consent Decree in the Virgin Islands. | 2.0 Hours |
| During site visit to Puerto Rico: | |
|     Met with Major General Juan J. Reyes of the PR National Guard at National Guard Headquarters. | |
|     Met with Reform Unit, Police Headquarters. | |
|     Conducted site visit to San Juan Centro Mando. | |
|     Conducted site visit to FIU (HQ). | |
|     Met with Members of the Recruitment Division, Reform Unit and Training Academy. | |
|     Helped write report reference site visit of Carolina Area Command re: Kronos System. | |
|     Met with representative from the Asian Community, Stephen Leung. | |
|     Met with representative from Alianza Por La Paz Social (ALAPAS). | |
|     Visited PRPB Police Academy. | 23.0 Hours |
| Obtained IACP information involving *Pathways Toward Collective Healing: Law Enforcement and the Communities They Serve* for Denise and Merangelie Serrano. | 2.0 Hours |
| Reviewed comments by PRPB on CMR-3 regarding Supervision. | 2.0 Hours |
| Reviewed and verified sample list of recruits in classes 229, 230 and 231 for CMR-4, which were received from Recruitment Division. | 2.0 Hours |
| Reviewed information reference Kronos system. | 1.0 Hour |
| Reviewed comments by PRPB on CMR-3 regarding Supervision and Recruitment. | 2.0 Hours |
| Reviewed the following policy submitted by PRPB: | |
|     Amendment to General Order Chapter 300, Section 305, titled, "Transfer Transactions of the Range System." | 2.0 Hours |

| | |
|---|---:|
| Reviewed sample list of transferred and retired personnel submitted by PRPB for the month of March and submitted by PRPB. | 2.0 Hours |

Reviewed the following documents received from the Recruitment Division and Human Resources on March Puerto Rico site visit:
    GO 300-301-Recruitment
    Regulation 9050-Recruitment
    PPR-501.1 Application for Research Candidate for Employment
    PPR-501.2 Job Application
    PPR-501.3 Size and Application for Aspiring Cadet Entry Exam
    PPR-501.4 Aspiring Cadet Orientation
    PPR-501.5 Appointment Assessment and Certification
    GO 801-Recruitment
    Reviewed Strategic Plan submitted by Recruitment Division.
    Reviewed copy of the flowchart illustrating the polygraph and the new procedure involving the use of the polygraph during COVID-19.   3.0 Hours

Reviewed Paragraphs 135 through 158 for CMR-4 and prepared questions for May on-site visit in regard to close and effective supervision and transfer of personnel.   3.0 Hours

Discussed random samples in Methodology of Supervision, Management and Recruitment with David Levy.   1.0 Hour

**TOTAL HOURS:  61**

Billable Hours:    61 Hours at a Rate of $150.00 Per Hour = $9,150.00

**Total:        $9,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                                         **$9,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_ (Signature)          4/30/2021
                                              Date