# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

May 4, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-04
FOR PROFESSIONAL SERVICES RENDERED – April 1 - 30, 2021

| | |
|---|---|
| Billable Hours Performed | 74.00 |
| Billable Hours Invoiced | 65.00 |
| Billing Rate | $140.00 |
| Gross Total | $9,100.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my professional capacity. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

BILLABLE HOURS
Detailed Description

Friday, April 2

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **2.50**
Provide support to the TCA Team re: continue coordination of pending details related to the Chief Monitor's upcoming trip to Puerto Rico (May 4-9, 2021).

Saturday, April 3

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Various telephone conversations with J. Romero re: continue coordination of pending details related to his upcoming trip to Puerto Rico (May 4-9, 2021).

Sunday, April 4

Relations with the PRPB and the Department of Public Safety
Billable Hours: **2.00**
Various telephone conversations with J. Romero re: PRPB Talking Points. Review and revise PRPB Talking Points. Prepare documents to be used in upcoming meetings. Exchange text messages with Chief Judge G. Gelpí and J. Romero re: protests slated for the next couple of days.

Monday, April 5

Relations with the PRPB and the Department of Public Safety
Billable Hours: **10.50**
Participate in all the days meetings with J. Romero and the TCA Team; including, among others, the meetings with the Governor and staff, the Adjutant General of the Puerto Rico National Guard and with the PRPB Reform Office staff and their legal counsels.

Tuesday, April 6

Relations with the PRPB and the Department of Public Safety
Billable Hours: **8.00**

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 2 – BILLABLE HOURS Detailed Description
(cont.)

Participate in all the days meetings with J. Romero and the TCA Team; including, among others, the meetings at the DOT Metro and DOT Caguas Regional HQs.

Wednesday, April 7

Relations with the PRPB and the Department of Public Safety
Billable Hours: **5.50**
Participate in all the days meetings with J. Romero and the TCA Team, including, among others, the conference call Zoom Meeting regarding the PRPB Promotions Protocol, the meeting with Chief Judge G. Gelpí, and the field monitoring of the demonstration outside of the Capitol during the Governor's State of the Commonwealth address.

Implementation of the KRONOS System
Billable Hours: **4.50**
Participate in the meetings with the Carolina Regional HQ Kronos Office staff, Lt. Col. A. Díaz and her staff at the PRPB Reform Office, and the PRPB License Office at Central HQs, along with J. Romero and A. Youngs.

Thursday, April 8

Relations with the PRPB and the Department of Public Safety
Billable Hours: **9.50**
Participate in all the days meetings with J. Romero and the TCA Team; including, among others, the meetings with the Secretary of the Department of Public Safety, the Acting Director of the Police Academy and his staff, meetings at the office with community organizations, and round-up meeting with J. Romero and A. Youngs.

Friday, April 9

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Exchange various text messages with Chief Judge G. Gelpí and J. Romero re: upcoming May Trip

Monday, April 12

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **1.50**
Participate in the weekly TCA Team Conference Zoom Call.

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 3 – BILLABLE HOURS Detailed Description
(cont.)

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.50**
Exchange multiple text messages with Chief Judge G. Gelpí and J. Romero re: media coverage of an incident between a police officer and a tourist. Coordinate conference call with the Secretary of the Department of Public Safety, Hon. A. Torres, re: same. Participate in the conference call with Secretary Torres re: same. Exchange text messages with D. Rodriguez, re: potential congressional appropriations for the PRPB and the DPS. Exchange e-mails with the Special Assistant to the Secretary of the Department of Public Safety, A. Garffer, re: various pending issues.

Tuesday, April 13

Implementation of the KRONOS System
Billable Hours: **0.50**
Initiate review of draft memo by A. Youngs, re: meetings overview.

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.00**
Review PRPB (OG-305), re: transfers of high-ranking officers.

Wednesday, April 14

Implementation of the KRONOS System
Billable Hours: 2.**50**
Revision of draft memo by A. Youngs, and draft new addendum re: meetings overview. Send memo to J. Romero and discuss in telephone conversation. Follow-up telephone conversation with A. Youngs, re: same.

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.00**
Provide informal overview of the Police Reform and the Consent Decree to Rep. D. Márquez (Pro-Independence Party Minority Leader at the House of Representatives) and his staff.

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **1.00**
Exchange various e-mails and subsequent telephone conversation with the Special Master, A. del Carmen, re: coordination of meeting with the Governor.

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 4 – BILLABLE HOURS Detailed Description
(cont.)

<u>Thursday, April 15</u>

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **1.50**
Meeting with D. Gosselin, re: potential support in his efforts, and pending things for the May Trip.

<u>Friday, April 16</u>

Legislative Affairs and Monitoring of Bills
Billable Hours: **1.50**
Monitoring of bills of potential relevance and impact to the PRPB Reform.

<u>Thursday, April 22</u>

Legislative Affairs and Monitoring of Bills
Billable Hours: **0.50**
Monitoring of the PRPB/DPS budget petition, and overview of information provided by the Governor's Office, re: same. Exchange of text messages and subsequent telephone conversation with the Deputy Counsel to the Governor, M. Rivera, re: same.

<u>Friday, April 23</u>

Legislative Affairs and Monitoring of Bills
Billable Hours: 2.**50**
Meeting with the Counsel and Deputy Counsel to the Governor, re: discuss PRPB/DPS budget petition and potential congressional appropriation of funds to complement the regular budget process, among various issues.

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **2.50**
Review Report on the July 2019 Protests at La Fortaleza. Review e-mail from D. Rodríguez, re: ICITAP Webinar.

<u>Saturday, April 24</u>

Relations with the PRPB and the Department of Public Safety
Billable Hours: **2.00**

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 5 – BILLABLE HOURS Detailed Description
(cont.)

Participate in informal meeting with the Secretary of the Department of Public Safety. Hon. A. Torres, re: various pending issues.

Monday, April 26

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **2.00**
Participate in the weekly TCA Team Conference Zoom Call. Subsequent telephone conversation with J. Romero, re: various pending issues.

Wednesday, April 28

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: 1**.50**
Draft and send e-mail to the Deputy Counsel to the Governor, M. Ortiz, re: list of pending matters. Receive and review her response e-mail and subsequent telephone conversation. Various telephone conversations with J. Romero and J. González, re: same.

Thursday, April 29

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.50**
Meeting with Sen. J. Vargas-Vidot and his staff, re: receive suggestions of additional "communities" to contact which may be of interest to our Office and Team.

Legislative Affairs and Monitoring of Bills
Billable Hours: **1.50**
Monitoring of legislation which may be of interest to our Office for its potential impact with the Police Reform and the Consent Decree; including legislation that lowers the age for entrance into the PRPB.

Friday, April 30

Relations with the PRPB and the Department of Public Safety
Billable Hours: **1.50**
Exchange e-mails and subsequent telephone conversation with the Deputy Counsel to the Governor, M. Ortiz, re: possible appropriation of federal funds to the PRPB and the DPS by the Committee on Appropriations of the U.S. House of Representatives, status of

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

Page 6 – BILLABLE HOURS Detailed Description
(cont.)

acquisition of vehicles from the Commonwealth Department of Justice. Subsequent telephone conversation with J. Romero, re: same. Exchange text messages and subsequent telephone conversation with J. González, re: field monitoring of May 1 protests and status of request to acquire two vehicles from the Commonwealth Department of Justice.

Legislative Affairs and Monitoring of Bills
Billable Hours: **2.50**
Exchange various text messages with Chief Judge Gelpí and J. Romero, re: legislative proposal to eliminate DOT (Senate Joint Resolution 73). Review the Joint Resolution. Exchange text messages and subsequent telephone conversation with Sgt. Morales, from the PRPB Reform Office, re: same. Receive and review statement before the House Committee on Public Safety by the Secretary of the Department of Public Safety, Hon. A. Torres, re: House Bill 578.

Administrative and TCA Team Miscellaneous Support Efforts
Billable Hours: **0.50**
Telephone conversation with J. Romero, re: assistance in the compilation of data and relevant information for CMR-4, regarding use of force.