Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR004-2021
DATE: April 30, 2021

**Dates of service: April 1 – April 30, 2021**          **TOTAL** $1,275.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team **1.5 hrs**.
-Conference calls with the Deputy Chief or Chief Monitor during the month **1.50 hrs**.
-Correspondence with Juvenile Reform Team **.50 hr.**
-Correspondence with Monitoring Team/and members **1.00 hr**.
-Policy review, research and recommendations **4.00 hrs**.

**Billable Hours:** 8.5 HOURS, at rate of $150 per hour = $1,275.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rita J. Watkins*

Rita J. Watkins                                                                 Date: April 30, 2021