Donald S. Gosselin, Esq.
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1146**            **Billing Period:   March 30, 2021 to April 30, 2021**

**Work performed in CONUS and in Puerto Rico (see below for breakout)**

- Communications and coordination with fellow Team members for March interviews.
- Travel PWM-CLT-SJU to conduct work on the ground consisting of
    - Interviews of ~30 SARP investigators
- Travel home via SJU-MIA-CLT-PWM
- Review PRPB second response to document requests relating to CMR-4.
- Continue testing of Podio platform.
- Review notes and audio recordings of over 24 hours of interviews
- Commence writing CMR4 findings based upon interview data.
- Multiple teleconferences with Chief Monitor, Deputy Chief Monitor, fellow Monitors, and support staff.
- Multiple texts and emails with Monitor Team members and support staff.
- Finalize planning and book for May SJU trip (CMR4)
- Review of proposed PRPB policies

**61 hours total @ $150 = $9,150.00**

**Labor Cost Breakout:**
| | | |
|---|---|---|
| US LABOR: | | $ 6,000.00 |
| PR LABOR GROSS: | $ 4,200.00 | |
| PR LABOR (FEE WAIVED) | $ 1,050.00 | |
| PR LABOR NET | | $ 3,150.00 |
| COVID PCR TEST | | $    140.00 |
| TOTAL TRAVEL REIMBURSEMENT*: | | $ 1,000.00 |
| **Total Fees and Expense Reimbursement Due =** | | **$ 10,290.00 USD** |

**Travel Expense Cost Breakout:**
1. Ground travel to PWM           $      40.00
2. PWM-CLT-SJU/SJU-MIA-CLT-PWM    $    425.00
3. 5 nights hotel SJU             $    755.00
4. SJU per diem at $115 adjusted** $    632.00

| | | |
|---|---|---|
| 5. Ground travel PWM to Home | $ | 45.00 |
| **Total** | **$** | **1,942.00** |
| **Reimbursement per 2020 contract*** | **$** | **1,000.00** |
| **Deficit out of pocket** | **$** | **( 942.00)** |

**TERMS**: NET 30 ACH Transfer

*Travel rate reflects previous reimbursement agreement between Contractor and TCA Office
** Per diem costs 100% @ $115 for each full day, with 75% billed on travel days

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____   29 APR 2021

**Donald S. Gosselin, Esq.**
d/b/a Gosselin Int'l Associates
a subsidiary of MBG North Corp.