

# INVOICE

INVOICE NUMBER:  183
INVOICE DATE:  APRIL 30, 2021

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)
00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-01-21 | Case: 3:12 cv 2039 (GAG) | Work on CMR -2 Supplemental Report (July Crisis); conf. calls with Javier González; discussion of changes and recommendations to Report | 6.00 | $195.00 | $1,170.00 |
| APR-02-21 | Case: 3:12 cv 2039 (GAG) | Work CMR 2 Supplemental Report; review and changes | 2.00 | $195.00 | $390.00 |
| APR-07-21 | Case: 3:12 cv 2039 (GAG) | Work on CMR 2 Supplemental Report; review and changes | 2.00 | $195.00 | $390.00 |
| APR-08-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR 2 Supplemental Report | 3.00 | $195.00 | $585.00 |
| APR-10-21 | Case: 3:12 cv 2039 (GAG) | Review , analysis and changes to CMR- 2 Supplemental Report | 4.00 | $195.00 | $780.00 |
| APR-17-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR 2 Supplemental Report; analysis and discussions; several comms. | 6.00 | $195.00 | $1,170.00 |
| APR-18-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR 2 Supplemental Report; analysis and discussions | 4.00 | $195.00 | $780.00 |
| APR-23-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR 2 Supplemental Report | 6.00 | $195.00 | $1,170.00 |
| APR-24-21 | Case: 3:12 cv 2039 (GAG) | Review and discussion; changes to CMR 2 Supplemental Report | 6.00 | $195.00 | $1,170.00 |
| APR-25-21 | Case: 3:12 cv 2039 (GAG) | Review, analysis, discussions and changes to CMR 2 Supplemental Report; discussions with Hernández Denton, Esq. and Javier González | 6.00 | $195.00 | $1,170.00 |
| | | Total hours for this invoice | 45.00 | | |
| | | Total amount of this invoice | | | $8,775.00 |