John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

April 1 through April 30, 2021

INVOICE # 083                           **TOTAL DUE $ 19,406.66**
FEDERAL MONITOR
April 2021 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of April) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Reviewed and submitted July/2019 Demonstration/Protest Report.
Prepared FY2021/2022 Budget for the Monitor's Office.
Via zoom conducted meetings with Secretary DSP, Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.

**Site Visit to Puerto Rico April 4 through 9, 2021**
Meeting with the Honorable Judge Gelpi.
Meeting with Secretary of DSP
Meeting with Reform Unit
Meetings with Monitor Team members based in Puerto Rico.
Participated in CIC Community meetings.
Meeting with PR National Guard
Site visit to San Juan Centro Mando to review onscreen form
Site visit to FIU (HQ) document review
Meeting with Governor of Puerto Rico
Site visit to Metro DOT document review
Site visit to Caguas DOT document review
Zoom meeting with Special Master re: Promotions Protocol
Site visit to Carolina and San Juan re: Kronos

**Expenses April Puerto Rico Visit**

Airfare                 691.96
Hotel                   694.21
TOTAL              $1386.17
Reimbursable Expenses        $1,250.00

Rapid PCR test         240.00
TOTAL due         $1,490.00

**Flat Rate Total Wages Due = $17,916.66**
**Expenses Due**         $1490.00

**TOTAL DUE**         $19,406.66

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

Date April 30, 2021

# Itinerary confirmation

Download to calendar    PRINT ITINERARY

You're all set to jet!

**Confirmation code: REGUXL**    MANAGE BOOKING >

## Travelers

**Mr. John Joseph Romero**

| Flight | | | |
|---|---|---|---|
| Ticket number | 2792159931485 | | |
| Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | |
| | LAX → FLL | FLL → SJU | |
| Seat | 13D | 12D | |
| Checked Baggage Allowance | 2 bags | 2 bags | |

## Your flights

| Los Angeles, CA (LAX) | Fort Lauderdale, FL (FLL) | Flight 100 | Fare: Blue |
| Sat Apr 3 2021, **9:22 PM** | Sun Apr 4 2021, **5:10 AM** | JetBlue | Nonstop |
| A321/Mint | | | |

| Fort Lauderdale, FL (FLL) | San Juan, PR (SJU) | Flight 153 | Fare: Blue |
| Sun Apr 4 2021, **7:30 AM** | Sun Apr 4 2021, **9:57 AM** | JetBlue | Nonstop |
| A320 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $194.81 | $33.70 | $228.51 | x 1 | $228.51 USD |

Total fare:    **$228.51** USD

## Extras

+ Seats

+ Bags

+ Even More Speed



Report Website Problem
Download to calendar    PRINT ITINERARY

# Itinerary confirmation

You're all set to jet!

| Confirmation code: RCJXIC | MANAGE BOOKING > |

## Travelers

**Mr. John Joseph Romero**

| Flight | Ticket number | 2792158261923 | |
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 *  | |
| | | **PUJ ➡ JFK** | **JFK ➡ LAX** |
| | Seat | 17D | 14D |
| | Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| Punta Cana, DR (PUJ) | New York-Kennedy, NY (JFK) | Flight 168 | Fare: Blue |
| Sun Apr 11 2021, **2:30 PM** | Sun Apr 11 2021, **6:37 PM** | JetBlue | Nonstop |
| A320 | | | |

| New York-Kennedy, NY (JFK) | Los Angeles, CA (LAX) | Flight 1723 | Fare: Blue |
| Sun Apr 11 2021, **9:30 PM** | Mon Apr 12 2021, **12:59 AM** | JetBlue | Nonstop |
| A321/Mint | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $314.00 | $149.45 | $463.45 | x 1 | $463.45 USD |

Total fare:    $463.45 USD

## Extras

+ Seats

+ Bags

+ Even More Speed



**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 1001
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 7

Marriott Rewards #   756834271

CRS Number  85048294

Name:

Arrive:   04-04-21          Time:  10:07          Depart:  04-09-21          Folio Number:  659606

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-04-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 04-04-21 | Package | 115.00 | |
| 04-04-21 | Government Tax | 10.35 | |
| 04-04-21 | Hotel Fee | 10.35 | |
| 04-05-21 | Comedor - Guest Charge | 3.23 | |
| 04-05-21 | Package | 115.00 | |
| 04-05-21 | Government Tax | 10.35 | |
| 04-05-21 | Hotel Fee | 10.35 | |
| 04-06-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 04-06-21 | Package | 115.00 | |
| 04-06-21 | Government Tax | 10.35 | |
| 04-06-21 | Hotel Fee | 10.35 | |
| 04-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 04-07-21 | Package | 115.00 | |
| 04-07-21 | Government Tax | 10.35 | |
| 04-07-21 | Hotel Fee | 10.35 | |
| 04-08-21 | Package | 115.00 | |
| 04-08-21 | Government Tax | 10.35 | |
| 04-08-21 | Hotel Fee | 10.35 | |
| 04-09-21 | Visa Card | | 694.21 |
| | Card # XXXXXXXXXXXX1287 | | |



# Gmail

John Romero <jrrjjr.romero@gmail.com>

## Your Newport Children's Medical Group receipt [#1195-7312]
1 message

**Newport Children's Medical Group** <receipts+acct_1GNXZpL1rApPizSc@stripe.com>  Tue, Mar 30, 2021 at 12:08 PM
Reply-To: Newport Children's Medical Group <Manager@newportchildren.com>
To: jrrjjr.romero@gmail.com

## Receipt from Newport Children's Medical Group

Receipt #1195-7312

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $240.00 | March 30, 2021 | VISA - 1287 |

**SUMMARY**

| | |
|---|---|
| Payment to Newport Children's Medical Group | $240.00 |
| **Amount charged** | **$240.00** |

If you have any questions, contact us at Manager@newportchildren.com.

Something wrong with the email? **View it in your browser.**

You're receiving this email because you made a purchase at Newport Children's Medical Group, which partners with **Stripe** to provide invoicing and payment processing.



| | | |
|---|---|---|
| | **Fashion Island**<br>1401 Avocado Ave. # 802<br>Newport Beach, CA 92660<br>Phone: 949-644-0970<br>Fax: 949-644-0774 | **Costa Mesa Office**<br>1640 Newport Blvd. # 210<br>Costa Mesa, CA 92627<br>Phone: 949-642-7332<br>Fax: 949-642-7335 |
| *Rapid Test* | **Laguna Beach Office**<br>31862 Coast Hwy # 203<br>Laguna Beach, CA 9265<br>Phone: 949-499-4538<br>Fax: 949-499-7449 | **Irvine Office**<br>16300 Sand Canyon Ave. #488<br>Irvine, CA 92618<br>Phone: 949-655-8880<br>Fax: 949-655-8883 |

Patient Name: **Romero, John**  
Gender: **Male**  
DOB: **06/21/1950**  
**(70 years)**

Ordering Physician : Z. Reda, MD, FCCP, FAAP  Draw Date: 04/02/2021 10:40 AM  CLIA: 05D0959609

PANEL / TEST                RESULT

## COVID-19 SARS CoV-2 (PCR NAAT Molecular Test Result) (CPT 87635) (Dx Z20.828)/99000/99072/98967

Source-COVID-19          Nasopharyngeal

**SARS-CoV2 RT-PCR Molecular Abbott ID-NOW**         **NEGATIVE (Not Detected)**

Negative results must always be combined with patient history and clinical observation and monitoring. Optimum specimen types and timing of specimen collection are crucial for accurate result. Collection of multiple specimens at various intervals maybe necessary to detect the virus.

Abbott ID-NOW COVID-19 is the leading molecular PCR Test trusted by hospitals, physician offices and urgent care clinics. The test targets COVID-19 RdRp gene that utilizes isothermic NAAT technology. ID-NOW test is FDA approved under EUA (Emergency Use Authorization). The recent Abbott data show highly accurate results over 99% sensitivity, and the specificity is close to 100%.

CLINICAL SIGNIFICANCE

| | |
|---|---|
| NEGATIVE (Not Detected) | You do not have the corona virus in your system and you are NOT contagious. If you continue to experience persistent symptoms, loss of smell or taste, please contact your physician for further evaluation. |
| DETECTED POSITIVE | You have the corona virus in your system whether you have symptoms or not. You are contagious and should self-quarantine right away. Positive results require telemedicine consultation. |