# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

DATE: 4/29/2021
INVOICE #: 20214
FOR: FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PRPB Interview Request LAC Alba Diaz email/additional details for interview email | 0.50 | $150.00 | $ 75.00 |
| Meeting at DOJ's Request Sarah Lopez/Denise | 1.00 | $150.00 | $ 150.00 |
| CMR4 Doc. Review submitted docs.dropbox | 1.00 | $150.00 | $ 150.00 |
| Phone callstexts Javi, Luis Hidalgo, John, Al, PRPB: Dr. Fernandez; Sgt. Cruz-Febo, Denise | 2.50 | $150.00 | $ 375.00 |
| Bi-weekly phone calls: Denise | 1.00 | $150.00 | $ 150.00 |
| Office of the Reform Meeting 4/5/2021 Monitor's Team/DOJ | 3.50 | $150.00 | $ 525.00 |
| Subject Matter metting Col. Alba Diaz and Dr. Ernesto Fernandez /CMR4 Interview (Process-semi-structured/requests) Documents recomm.Internal (alliances) platform review | 5.00 | $150.00 | $ 750.00 |
| PRPB Recruitment Office meeting | 3.00 | $150.00 | $ 450.00 |
| Additonal document request list for PRPB per paragraphs Word doc./email David & Denise | 0.50 | $150.00 | $ 75.00 |
| Field:Police Academy- Gurabo, P.R., community engagement meetings: Asian Community & ALAPAS | 7.00 | $150.00 | $ 1,050.00 |
| Zoom Meetings: Team, Special Master, Kronos/PRPB | 5.00 | $150.00 | $ 750.00 |
| Community engagement rough notes review for report and Reports: Asian Community & ALAPAS | 1.50 | $150.00 | $ 225.00 |
| Community Policing: Sampling select. for interview: SAOC, SAIC, SAEA, Zone Commanders, Area Commanders, Precinct, Directors, Alliance Facilitators. Sample list dev./email to Office of Reform for interview. | 1.50 | $150.00 | $ 225.00 |
| PRPB Interviews set-up/ worksheets 1, 2,3, Questions tempering/ translations for SAOC, SAIC, SAEA, Zone Commanders, Area Commanders, Precinct, Directors, Alliance Facilitators/request review to Dr. Fernandez | 3.00 | $150.00 | $ 450.00 |
| Interviews: Day One/PRPB Headquarters 7:30a.m.-6.00p.m. | 9.50 | $150.00 | $ 1,425.00 |
| Interviews: Day Two/PRPB Headquarters 7:30a.m.-5:30 p.m | 9.00 | $150.00 | $ 1,350.00 |
| Interviews: Day Three/PRPB Headquarters 7:30a.m.-6:30 p.m. | 10.00 | $150.00 | $ 1,500.00 |
| PRPB Interviews: 2nd round samples/Personnel/Facilitators selec. | 0.50 | $150.00 | $ 75.00 |
| CMR4 Dropbox Doc. Review submitted docs. | 1.50 | $150.00 | $ 225.00 |
| TOTAL HOURS | 66.50 | | |
| | | SUBTOTAL | $ 9,975.00 |
| | | SALES TAX | $ - |
| | | TOTAL | **$9,975.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios

**THANK YOU!**