INVOICE 0074 FOR PROFESSIONAL SERVICES; APRIL 1 THROUGH APR 31, 2021
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: **Federal Monitor**
**Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for the month of April 2021 is detailed as follows:

| Task Performed | US Hours | Billable Amount |
|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; meetings; logistics; scheduling, on-site planning & coordination | 9.75 | $1,462.50 |
| Teleconference Meetings (weekly) with Reform Office, DOT, Carolina/Kronos, Community Engagement, DoJ, | 13.5 | $2,025.00 |
| Preparation for IT review during May on site visit - communication, coordination, emails, outreach, logistics | 4 | $600.00 |
| Review of SARP/EIS materials with Training monitor relevant to Training and Field Operations use | 1.5 | $225.00 |
| CMR-3 - Review of PRPB documents filed in response to CMR-3, PRPB response on 4/3/2021, PRPB Executive Summary 4/8/21 | 13.5 | $2,025.00 |
| CMR-4; Review of data provided by PRPB submitted through April 2021 | 17.25 | $2,587.50 |
| Quality check of Fortalezza Protest Report | 1.5 | $225.00 |
| Net Hours US | 61.00 | $9,150.00 |
| **Allowable Fee** | | **$9,150.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

1