**Office of the FPMPR LLC**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (April 2021)

| Date | Task | Total Hours |
|---|---|---|
| **April 5, 2021** | Present at the new office during working hours. Worked on the Spanish Newsletter. Recorded the Voicemail for the office. Forwarded messages from the Voicemail. | 4.0 |
| **April 7, 2021** | Present at the new office during working hours. Worked on the Spanish Newsletter. Wired the voicemail message to the office phone. | 4.0 |
| **April 9, 2021** | Present at the new office during working hours. Worked on the Spanish Newsletter. Called back missed calls form the office phone and forwarded messages. | 7.0 |
| **April 12, 2021** | Present at the new office during working hours. Worked on the Spanish Newsletter. | 4.0 |
| **April 14, 2021** | Present at the new office during working hours. Finished the Spanish Newsletter fixes, and sent it for approval. | 4.0 |
| **April 16, 2021** | Present at the new office during working hours. Made a master list for the April 12-16 interviews. | 7.0 |
| **April 19, 2021** | Present at the new office during working hours.Passed the interview master list to the google docs. Finished the new fixes on the Spanish version of the Newsletter. | 4.0 |
| **April 21, 2021** | Present at the new office during working hours. Managed the office phone. | 4.0 |

| | | |
|---|---|---|
| **April 21, 2021** | Present at the new office during working hours. Managed the office phone. | 4.0 |
| **April 23, 2021** | Present at the new office during working hours. Managed the office phone and voicemail messages. | 7.0 |
| **April 26, 2021** | Present at the new office during working hours. Managed calls and voicemail messages. | 4.0 |
| **April 28, 2021** | Present at the new office during working hours. Managed the office phone and voicemail messages. | 4.0 |
| **April 30, 2021** | Present at the new office during working hours. Managed the office phone and voicemail messages. | 7.0 |

**Total, 64 hours for $20 = $1,280**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature]*
_____