**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

April 30, 2021
Invoice # 17324

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2021 | RAA | Review and analyze proposed budget and new job description of associate monitor. | 0.40 175.00/hr | 70.00 |
| | RAA | Telephone call from J. Romero. | 0.40 175.00/hr | 70.00 |
| | RAA | Appear and attend videoconference with J. Romero and D. Rodriguez. | 1.40 175.00/hr | 245.00 |
| 4/5/2021 | RAA | Review and respond to email from D. Rodriguez. | 0.20 175.00/hr | 35.00 |
| | RAA | Appear and attend reform meeting videoconference. | 2.20 175.00/hr | 385.00 |
| 4/6/2021 | YMT | Translate into Spanish 8 pages Executive Summary for the Third Report of the Federal Monitor, Covering the Period from April 2020 through September 2020. | 2.50 125.00/hr | 312.50 |
| | RAA | Review informative motion. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order on informative motion. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from J. González. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from L. Saucedo. | 0.30 175.00/hr | 52.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2021 | RAA | Review emails from D. Rodriguez. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call to J. Gonzalez. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone calls from J. Romero. | 0.40 175.00/hr | 70.00 |
| 4/7/2021 | RAA | Exchange of emails with D. Rodriguez regarding translation. | 0.20 175.00/hr | 35.00 |
| | RAA | Exchange of emails with J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from D. Rodriguez and D. Levy. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and analyze new budget. | 0.20 175.00/hr | 35.00 |
| | RAA | Review stipulation at docket 139. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call with J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Preparation of draft response to Press. | 0.40 175.00/hr | 70.00 |
| | RAA | Plan and prepare for promotions protocol videoconference. | 0.40 175.00/hr | 70.00 |
| | RAA | Revisions to translation of executive summary of CMR-3. | 0.50 175.00/hr | 87.50 |
| | RAA | Appear and attend videoconference. | 0.90 175.00/hr | 157.50 |
| | RAA | Preparation of memorandum re: budget | 0.90 175.00/hr | 157.50 |
| | RAA | Review and respond to legal inquiry from J. Romero regarding request of documents made by the press.  Review Reform agreement. | 0.90 175.00/hr | 157.50 |
| 4/8/2021 | RAA | Review order on status conference. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo. | 0.10 175.00/hr | 17.50 |
| | RAA | Electronic communications to USDOJ and PRPD. | 0.20 175.00/hr | 35.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/8/2021 | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Emails and calls with D. Rodriguez. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Revisions to budget memo and email it to parties with attachments. | 0.40<br>175.00/hr | 70.00 |
| 4/12/2021 | YMT | Prepare and file Motion for Disbursement of Funds. | 0.40<br>125.00/hr | 50.00 |
| 4/13/2021 | RAA | Review order setting hearing for May 11 | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order setting hearing for April 14 | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order regarding budget | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order approving motion for disbursement of funds. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from M. Calendario and A. Del Carmen. | 0.20<br>175.00/hr | 35.00 |
| 4/14/2021 | RAA | Review order taking judicial notice. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email and memo from J. Romero  re: KRONOS | 0.30<br>175.00/hr | 52.50 |
| 4/15/2021 | RAA | Review order on Special Master invoicing. | 0.10<br>175.00/hr | 17.50 |
| 4/16/2021 | RAA | Review email from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| 4/19/2021 | RAA | Review minute of proceeding. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from F. Hernández Denton, J. Romero, and J. Gonzalez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from J. Romero regarding May 11th hearing and agenda. Review email from D. Rodriguez in response. | 0.20<br>175.00/hr | 35.00 |
| 4/20/2021 | RAA | Review email from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Levy. | 0.10<br>175.00/hr | 17.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/2021 | RAA | Review court order regarding PRPB's response to CMR-3. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from A. Young | 0.10<br>175.00/hr | 17.50 |
| | RAA | Email to PRPB regarding ex parte filing of response to CMR-3.  Review responses. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review and analyze response by PRPB to CMR-3. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Review and analyze Supreme Court opinion regarding freedom of press and right of police reform office not to produce documents to the press. Email opinion to J. Romero and USDOJ. | 0.90<br>175.00/hr | 157.50 |
| 4/21/2021 | RAA | Review email from L. Saucedo to PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review and analysis of PRPB's emails and objections on CMR-4 data requests. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Consideration and analysis of topics to include in agenda for upcoming hearing. | 0.50<br>175.00/hr | 87.50 |
| 4/25/2021 | RAA | Review emails from J. Romero and A. Del Carmen. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Revise further draft of July 2019 crisis report. | 1.50<br>175.00/hr | 262.50 |
| 4/26/2021 | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from J. Romero. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review court order regarding communications with Monitor and Special Master. | 0.10<br>175.00/hr | 17.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/26/2021 | RAA | Review court order regarding May 11 hearing and meetings. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call with J. Romero regarding July 2019 report | 0.20 175.00/hr | 35.00 |
| | RAA | Electronic filing of motion and report and email to the parties. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Preparation of motion submitting July 2019 report. | 0.40 175.00/hr | 70.00 |
| | RAA | Plan and prepare for team meeting. | 0.40 175.00/hr | 70.00 |
| | RAA | Appear and attend team meeting. | 1.60 175.00/hr | 280.00 |
| 4/27/2021 | RAA | Review press articles emailed by F. Hernández Denton regarding report filed yesterday. | 0.20 175.00/hr | 35.00 |
| | RAA | Review Special Master's invoices and order approving the same. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails between J. Romero and L. Saucedo | 0.20 175.00/hr | 35.00 |
| | RAA | Prepare response to Kilómetro Cero.  Telephone call with J. Romero regarding the same. | 0.20 175.00/hr | 35.00 |
| | RAA | Further exchange of electronic communications and calls with J. Romero and F. Hernández Denton. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Review emails from L. Saucedo, A. Del Carmen, J. Romero, and C. Figueroa regarding court hearing and proposed agenda | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Review email from F. Hernández Denton as well as email from Kilómetro Cero.  Telephone call from F. Hernández Denton. | 0.40 175.00/hr | 70.00 |
| | RAA | Telephone call with J. Romero and F. Hernández Denton. | 0.40 175.00/hr | 70.00 |
| 4/28/2021 | RAA | Review emails exchanged by the parties regarding compliance with court order. | 0.20 175.00/hr | 35.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2021 | RAA | Review email from J. Romero and Kilometro Cero. | 0.20<br>175.00/hr | 35.00 |
| 4/29/2021 | RAA | Review draft agenda from USDOJ. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review USDOJ's motion to restrict. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review docket entry of USDOJ's response to PRPB's comments to CMR-3. Review related emails between L. Saucedo and J. Romero. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Review and analyze USDOJ's response to PRPB's comments to CMR-3. | 0.40<br>175.00/hr | 70.00 |
|  |  | **For professional services rendered** | **31.70** | **$5,402.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 28.80 | 175.00 | $5,040.00 |
| Yesenia Medina Torres | 2.90 | 125.00 | $362.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.