# INVOICE

**DATE**
4/30/2021

**INVOICE NO**
#007

Denise Rodriguez
2450 Oak Hill Circle
Apt. 513
Fort Worth, TX 76109
956-279-3097
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
April 30, 2021

## DUTIES AND RESPONSIBILITIES                    TOTAL DUE $15,833.33

- Conducted calls with each subject matter expert and the Monitor
- Coordinated and conducted weekly group calls with the Monitoring Team
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Drafted and delivered memo documenting the Monitor's Office Review of the policies submitted by PRPB on March 12th and 31st
- Attended via zoom various meetings during the Monitor's April 5-8th site visit to Puerto Rico
- Reviewed the responses to CMR-3 Report provided by the parties
- Worked with monitoring staff to finalize the first quarterly Monitoring Team newsletter (Spanish)
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Delivered the second data request for CMR-4 to PRPB
- Managed the delivery of the data for CMR-4 by PRPB into Drop box
- Provided itemized lists of the data received by the Monitoring Team to the parties
- Attended via zoom the Special Master's Meeting with the DSP Secretary on April 22nd
- Worked with the Monitor and FPM Counsel to develop working timeline for CMR-5
- Began working with the Data Analyst on the data request plan for CMR-5
- Worked with various Monitors to develop and/or review case file review worksheets and interview questionnaires
- Worked with the Administrative Director and Research Analyst/Administrative Assistant to develop Travel Guidelines for the Monitoring Team
- Worked with the Administrative Director and the Parties to develop the draft schedule for the May 10-14 site visit

**Flat Rate Total Wages**                                    **Due $15,833.33**

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

Denise Rodriguez, Chief Deputy Monitor

April 30, 2021
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.