Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

April 14, 2020—March 2021.

SUPPLEMENTAL INVOICE # 001          **TOTAL DUE $8,925 USD**
April 2021

The following is a detailed statement of the hours worked in relation to the report on PRPB response to July 2019 mass demonstrations.

**14 APR to 30 JUN 2020 (worked performed in CONUS)**
- Conference calls and coordination with Report Team (3 hours)
- Outline & analyze prior Monitor reports of 15 demonstrations (4.5 hours)
- First draft of report (18 hours)

**25.5 hours total @ $150/hour = $3,825**

**24 DEC 2020 to MAR 2021 (worked performed in CONUS)**
- Second draft of report (33.5 hours)
    - Restructuring draft to organize sections around a consistent analysis (23 hours)
    - Proofing draft (10.5 hours)
- Final revisions (0.5 hours)
    - Gathering supplemental data for final report (0.5 hours)

**34 hours total @ $150/hour = $ 5,100**


**TOTAL FEE:**          **59.5 Hours x $150/hour = $8,925 USD**

## Total Fees and Expense Reimbursement Due = $8,925 USD

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____  April 25, 2020
Signature                                                                                                  Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043