Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

April 1-April 29, 2021

INVOICE # 016                                    **TOTAL DUE $7,725.00 USD**
April 2021 INVOICE

The following is a detailed statement of the hours worked.

**1 APR to 29 APR 2021 (worked performed in CONUS)**
- **Communications (11 hours)**
  - General conference calls and coordination with Monitoring Team (4 hours)
  - General emails with Monitoring Team (6 hours)
  - Calls regarding CMR-4 sampling (2 hour)
- **Methodology (40.5 hours)**
  - Preparing CMR-4 data requests (9 hours)
  - Preparing CMR-4 samples (22 hours)
  - General methodology assistance (2.5 hours)
  - Tracking compliance status on paragraphs and indicators across past CMRs (7 hours)

  **51.5 hours total @ $150/hour = $7,725.00**


**TOTAL FEE:**                **51.5 Hours x $150/hour = $7,725.00 USD**

**Total Fees Due = $7,725.00 USD**

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

April 29th, 2021

_____                          _____

Signature                                                              Date

**Remittance Information**

**Capital One Bank**
**360 Checking Account**
Routing # 031176110
Account # 36063126043