

# Federico Hernández D...

# INVOICE

f.hernandezdenton@gmail.com

| Invoice#: | 83 |
|---|---|
| Invoice Date: | 05/01/2021 |

**From**

**To:** Federal Monitor

Calle Independencia  # 564
Hato Rey,PR,00918
7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| 04/27/2021<br>Reading of email from Mari Mari Narvaez and exchanges of communications with Monitor and Roberto Abesada about the reply to email | 1h 00m | $195.00/h | $195.00 |
| 04/25/2021<br>Reading and revision of Third draft of Assessment Report and conference calls with Attorney Castellanos about Report | 3h 00m | $195.00/h | $585.00 |
| 04/24/2021<br>Revisión of draft of July 2019 Assessment of F Monitor; exchange of communications with Alfredo Castellanos and Salvador Carrión | 3h 00m | $195.00/h | $585.00 |
| 04/23/2021<br>Reading of draft of July 2019 Assessment of PRPB | 2h 00m | $195.00/h | $390.00 |
| 04/01/2021<br> I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the JCC Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0h 01m | $0.00/h | $0.00 |

Terms & Note:

Thanks for your business.

| | |
|---|---|
| Sub Total: | **$1,755.00** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$1,755.00** |
| Paid: | **$0.00** |
| **Balance Due:** | **$1,755.00** |