| | |
|---|---|
| Rafael E. Ruiz | INVOICE # 2021-04.1 |
| 12 Crestshire Dr. | |
| Lawrence, MA 01843 | DATE: April 26, 2021 |

| | | | |
|---|---|---|---|
| Billed to: | Federal Monitor, PRPB/USDOJ Agreement<br>VIG Tower, PH-924<br>1225 Ponce De Leon Ave.<br>San Juan, PR 00907 | For service: | July 2019 Fortaleza Protests |

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **2020:** | | | |
| April 13: Tel Conf. w/Team members | 3.0 hrs. | $150/hr. | $450.00 |
| April 15: Work on protest docs (PRPB/Kilo-Zero) | 4.0 hrs. | $150/hr. | $600.00 |
| April 16: Work on protest docs (PRPB/Kilo-Zero) | 3.25 hrs. | $150/hr. | $487.50 |
| April 17: Work on protest docs (PRPB/Kilo-Zero) | 1.75 | $150/hr. | $262.50 |
| April 18: Work on protest docs (PRPB/Kilo-Zero) | 6.0 hrs. | $150/hr. | $900.00 |
| April 19: Work on protest docs (PRPB/Kilo-Zero) | 3.0 hrs. | $150/hr. | $450.00 |
| April 20: Work on protest docs (PRPB/Kilo-Zero) | 2 hrs. | $150/hr. | $300.00 |
| April 21: Work on protest docs (PRPB/Kilo-Zero) | 3.0 hrs. | $150/hr. | $450.00 |
| April 22: Work on protest docs (PRPB/Kilo-Zero) | 4.0 hrs. | $150/hr. | $600.00 |
| April 24: Work on protest docs (PRPB/Kilo-Zero) | .75 hrs. | $150/hr. | $112.50 |
| April 27: Work on protest docs (PRPB/Kilo-Zero) | 3 hrs. | $150/hr. | $450.00 |
| April 29: Work on protest docs (PRPB/Kilo-Zero) | 4 hrs. | $150/hr. | $600.00 |
| April 30: Work on protest docs (PRPB/Kilo-Zero) | 2 hrs. | $150/hr. | $300.00 |
| May 04: Work on protest docs (PRPB/Kilo-Zero) | 5 hrs. | $150/hr. | $750.00 |
| May 05: Work on protest docs (PRPB/Kilo-Zero) | .75 hrs. | $150/hr. | $112.50 |
| May 06: Work on protest docs (PRPB/Kilo-Zero) | 1.5 hrs. | $150/hr. | $225.00 |
| May 08: Work on protest docs (PRPB/Kilo-Zero) | 1.5 hrs. | $150/hr. | $225.00 |
| May 11: Work on protest docs (PRPB/Kilo-Zero) | 2.5 hrs. | $150/hr. | $375.00 |
| May 19: Work on protest docs (PRPB/Kilo-Zero) | 4 hrs. | $150/hr. | $600.00 |
| May 20: Work on protest docs (PRPB/Kilo-Zero) | 1.5 hrs. | $150/hr. | $225.00 |
| May 21: Edit draft report | 1 hr. | $150/hr. | $150.00 |
| May 22: Edit draft report | 3 hrs. | $150/hr. | $450.00 |
| May 26: Edit draft report | 1 hr. | $150/hr. | $150.00 |
| May 27: Edit draft report | 2 hrs. | $150/hr. | $300.00 |
| Nov. 11: Work on/edit draft report | 2 hrs. | $150/hr. | $300.00 |
| Dec 03: Work on/edit 2nd draft report | 1 hr. | $150/hr. | $150.00 |
| Dec 04: Work on/edit 2nd draft report | 4 hrs. | $150/hr. | $600.00 |
| Feb 03, **2021**: Work on/edit 2nd draft report | 2 hrs. | $150/hr. | $300.00 |
| **TOTAL BILLED** | **72.5 hrs.** | | **$10,875.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[Signature]* _____Date: April 26, 2021

Rafael E. Ruiz