Rafael E. Ruiz                                              INVOICE # 2021-04
12 Crestshire Dr.
Lawrence, MA 01843                                          DATE: April 30, 2021

Billed to:   Federal Monitor, PRPB/USDOJ Agreement     For service: April 1-30, 2021
             VIG Tower, PH-924
             1225 Ponce De Leon Ave.
             San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| April 1: Work on PRPB S&S data received | 1.50 hrs. | $150/hr. | $225.00 |
| April 14: Work on PRPB GO 100-122 Drug Unit | 1 hr. | $150/hr. | $150.00 |
| April 19: Weekly Zoom meeting with Dep Monitor | .50 hr. | $150/hr. | $75.00 |
| April 20: Download/analyze PRPB data | 5 hrs. | $150/hr. | $750.00 |
| April 21: Work on data/CMR-04 draft | 5 hrs. | $150/hr. | $750.00 |
| April 22: Work CMR-04 draft S&S section | 6 hrs. | $150/hr. | $900.00 |
| April 23: Work on VMR-04 draft S&S | 4 hrs. | $150/hr. | $600.00 |
| April 26: Weekly Monitor Zoom meeting | 1.50 hrs. | $150/hr. | $225.00 |
| April 26: Review GO 100-122 | 3.50 hrs. | $150/hr. | $525.00 |
| April 27: Review/prep report on GO 100-122 | 3.00 hrs. | $150/hr. | $450.00 |
| April 28: CMR-04 S&S Pre-draft | 2.50 hrs. | $150/hr. | $375.00 |
| April 29: Prep CMR-04 spread sheet and pre-draft | 5 hrs. | $150/hr. | $750.00 |
| April 30: Download new data / pre-draft | 2.50 hrs. | $150/hr. | $375.00 |
| April 1-30: Phone calls and emails among team/Parties | 2.00 hrs. | $150/hr. | $300.00 |
| TOTAL BILLED | 43 hrs. | $150/hr. | $6,450.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____Date: April 30, 2021
Rafael E. Ruiz