# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 1565 Benton Boulevard Apt. 212 Savannah, Georgia 31407

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-02
**DATE:** April 30, 2021

| DATE | DESCRIPTION | HOURS | PRICE | AMOUNT |
|---|---|---|---|---|
| 04/01/2021 | Review policy tracking sheet and itemized list update | 1.0 | $50.00 | $50.00 |
| 04/02/2021 | 1 hour of policy translation | 1.0 | $50.00 | $50.00 |
| 04/04/2021 | 0.5 hour of policy translation | 0.5 | $50.00 | $25.00 |
| 04/05/2021 | 0.5 hour on memo development | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 1565 Benton Boulevard Apt. 212 Savannah, Georgia 31407

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-02
**DATE:** April 30, 2021

| DATE | DESCRIPTION | HOURS | PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 04/07/2021 | 0.5 hour of template development | 0.5 | $50.00 | $25.00 |
| 04/11/2021 | 2 hours of itemized list and memo updates | 2.0 | $50.00 | $100.00 |
| 04/13/2021 | 0.5 call with Denise | 0.5 | $50.00 | $25.00 |
| 04/16/2021 | 0.5 hour call regarding travel guidelines | 0.5 | $50.00 | $25.00 |
| 04/17/2021 | 1.5 hour of travel guidance and form creation | 1.5 | $50.00 | $75.00 |

**AMOUNT DUE**  **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 1565 Benton Boulevard Apt. 212 Savannah, Georgia 31407

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-02
**DATE:** April 30, 2021

| DATE | DESCRIPTION | HOURS | PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 04/22/2021 | 0.5 hour of memo and itemized list development | 0.5 | $50.00 | $25.00 |
| 04/25/2021 | 2.5 hours of data request conversion | 2.5 | $50.00 | $125.00 |

**AMOUNT DUE** $550.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.