**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907

787-417-7300
info@spece.com
www.spece.com

# Invoice  INV - 11736



**BILL TO**
Office of the FPMPR LLC

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 06/01/2021 | **$2,454.40** | 06/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Jun 1, 2021 - Jun 30, 2021 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Jun 1, 2021 - Jun 30, 2021 | 1 | 60.00 | 60.00T |

| | |
|---|---|
| SUBTOTAL | 2,360.00 |
| TAX (4%) | 94.40 |
| TOTAL | 2,454.40 |

| | |
|---|---|
| TOTAL DUE | **$2,454.40** |

THANK YOU.

ELEVATE YOUR BUSINESS