# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 55
INVOICE DATE: APRIL 30, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-01-21 | Administrative Director | Conference Call with Counselor Castellanos regarding CMR 2 Supplemental Report, Communications with the Monitor, Review of emails sent by Staff. | 3.00 | $85.00 | $255.00 |
| APR-05-21 | Administrative Director | Meeting with PRPB, Work with Team March Invoices, Communications with PRPB and Team Members. | 7.00 | $85.00 | $595.00 |
| APR-06-21 | Administrative Director | Meeting with the Monitor and DOT Metro, Communications with the Monitor, Work with Staff February payment. | 5.00 | $85.00 | $425.00 |
| APR-07-21 | Administrative Director | Meeting with the Monitor in Carolina and San Juan Areas, Governor State of Situation Address at the Capitol Manifestations. Communications with the Special Master and Team Members. Coordination of Team members visit. | 7.00 | $85.00 | $595.00 |
| APR-08-21 | Administrative Director | Meeting at Police Academy, Meetings at the office with community leaders, communications with Team Members. | 6.00 | $85.00 | $510.00 |
| APR-09-21 | Administrative Director | Final review of March 2021 Team Invoices, Communications with PRPB Officials, Coordination of Mr. Gosselin visit. | 3.50 | $85.00 | $297.50 |
| APR-12-21 | Administrative Director | Coordination of Interview by Donnie Gosselin in the office, communications with the Monitor, Special Master and PRPB Officials, Team Weekly Meeting. | 5.00 | $85.00 | $425.00 |
| APR-13-21 | Administrative Director | Coordination of Interviews by Mr. Donnie Gosselin at office, Coordination of Team Members Conference Calls, Communications with the Monitor, Team Members and PRPB Officials. | 6.00 | $85.00 | $510.00 |
| APR-14-21 | Administrative Director | At office coordinating PRPB officers interviews, Coordination of Special Master Visit, Communications with PRPB Officials and Team Members. | 5.00 | $85.00 | $425.00 |
| APR-15-21 | Administrative Director | At office coordinating interviews with Donnie Gosselin, Communications with the Monitor and Team Members, Coordination of Special Master visit agenda. | 5.50 | $85.00 | $467.50 |

INVOICE NUMBER: 55

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-16-21 | Administrative Director | Coordination of Special Master Visit, Meeting with Deputy Monitor and Team Member, Communications with the Monitor. | 2.50 | $85.00 | $212.50 |
| APR-19-21 | Administrative Director | Meeting with Special Master at the office, Communications with the Monitor, Meeting with PRPB Commissioner and Special Master. | 4.50 | $85.00 | $382.50 |
| APR-20-21 | Administrative Director | Meeting with Special Master, Review of Team communications regarding next visit, Communications with the Monitor. | 3.00 | $85.00 | $255.00 |
| APR-21-21 | Administrative Director | Review of emails and communications sent by Team Members, Communications with the Monitor | 2.50 | $85.00 | $212.50 |
| APR-22-21 | Administrative Director | Communications with the Monitor, Coordination of May Team Visit. | 2.00 | $85.00 | $170.00 |
| APR-23-21 | Administrative Director | Communications with Senior Counsel Castellanos regarding Summer 2019 Protest Report. Communications with the Monitor. | 3.00 | $85.00 | $255.00 |
| APR-24-21 | Administrative Director | Communications with Senior Counsel Castellanos and the Monitor regarding Summer 2019 Protest Report. | 4.50 | $85.00 | $382.50 |
| APR-26-21 | Administrative Director | Weekly Staff Meeting, Communication with Team Members, Coordination of May team Visit | 3.50 | $85.00 | $297.50 |
| APR-27-21 | Administrative Director | Communications with the monitor, Work with the coordination of may team visit. | 2.50 | $85.00 | $212.50 |
| APR-28-21 | Administrative Director | Communications with the Monitor, Coordination of May Team visit. | 2.50 | $85.00 | $212.50 |
| APR-29-21 | Administrative Director | Meeting with the Deputy Monitor, Coordination of May Team Visit, Communications with the Monitor, PRPB Officials, and Team members. Communication with citizen who contact the office through the Webpage. | 3.00 | $85.00 | $255.00 |
| APR-30-21 | Administrative Director | Work with April Team Invoices, Communications with the Monitor. Zoom meeting with the Monitor and Special Master regarding May Visit. | 3.50 | $85.00 | $297.50 |
| APR-30-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Gasoline (Monitor and Special Master Visit) and Office Supplies Expenses | | | $193.38 |
| | | Total amount of this invoice | | | $7,843.38 |

MESSAGE

Javier B Gonzalez, April 30, 2021