# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200398
DATE: APRIL 30, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-06-21 | CONSULTING FEES | Verify March 2021 Invoices<br>Calculate 10% withholding & Post in Sage | 4.00 | $100.00 | $400.00 |
| APR-06-21 | CONSULTING FEES | Budget review and report preparation. | 3.00 | $100.00 | $300.00 |
| APR-12-21 | CONSULTING FEES | -ACH Payment for February 2021 Services<br>-Post Payments (January Services in Sage)<br>-Post Payments (February Services in Sage)<br>-Pay 10% withholding | 1.50 | $100.00 | $150.00 |
| APR-13-21 | CONSULTING FEES | -ACH payment (2 of 2) | 0.50 | $100.00 | $50.00 |
| APR-20-21 | CONSULTING FEES | Deposit at First Bank | 1.00 | $100.00 | $100.00 |
| APR-23-21 | CONSULTING FEES | ACH payments for March Services (1 of 2)<br>Pay Professional Services Withholding Deposit<br>File Professional Services Quarterly Return 2021 Q1 | 1.00 | $100.00 | $100.00 |
| APR-29-21 | CONSULTING FEES | Bank Reconciliation March 2021<br>Post Vendor Payments in Sage Accounting & PR Pay | 1.00 | $100.00 | $100.00 |
| | | Total hours for this invoice | 12.00 | | |
| | | Total before tax | | | $1,200.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,200.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)