# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice    Month April                                                                                          Invoice # 007

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| April- 4 -2021 | Pick up the monitor at the airport and take it to the hotel (Allan Young) | 2 | $20.00 | $40.00 |
| April-5-2021 | Pick up the monitor at the hotel and take him to his commitments of the day | 12 | $20.00 | $240.00 |
| April-6-2021 | Pick up the monitor at the hotel and take him to his commitments of the day  (Allan Young) | 4 | $20.00 | $80.00 |
| April-7-2021 | Pick up the monitor at the hotel and take him to his commitments of the day | 12 | $20.00 | $240.00 |
| April-8-2021 | Pick up the monitor at the hotel and take him to his commitments of the day | 12 | $20.00 | $240.00 |
| April-9-2021 | Pick up the monitor and All Young take him to the airport | 1 | $20.00 | $20.00 |
| April-10-2021 | Pick up Donnie Gosselin at the airport and drop him off at his hotel | 2 | $20.00 | $40.00 |
| April-12-2021 | Pick up the Donnie Gosselin at the hotel and take him to his commitments of the day | 6 | $20.00 | $120.00 |
| April-13-2021 | Pick up the Donnie Gosselin at the hotel and take him to his commitments of the day | 7 | $20.00 | $140.00 |
| April-14-2021 | Pick up the Donnie Gosselin at the hotel and take him to his commitments of the day | 8 | $20.00 | $160.00 |
| April-15-2021 | Pick up the Donnie Gosselin at the hotel and take him to his commitments of the day | 8 | $20.00 | $160.00 |
| April-16-2021 | Pick up Donnie Gosselin at the hotel and drop him off at the airport | 1 | $20.00 | $20.00 |
| April-18-2021 | Pick up Gary Loeffert, Alex del Carmen and Tom Petrowski at the airport at different times and take them to the hotel. | 5 | $20.00 | $100.00 |
| April-19-2021 | Pick up the office staff and take them to their commitments for the day. | 10 | $20.00 | $200.00 |
| April-20-2021 | Pick up the office staff and take them to their commitments for the day. | 5 | $20.00 | $100.00 |
| April-21-2021 | Pick up Gary Loefert, Alex del Carmen and Tom Petrowski at different times and take them to the airport | 3 | $20.00 | $60.00 |

| April -2021 | car use expenses | 1Month | 1Month | $300.00 |
|---|---|---|---|---|
| | | 98 | $20.00 | |
| | | | | Total 2,260.00 |