**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

## ORDER re: Promotions Protocol & Auxiliary Commissioners

It is of the utmost importance to have in place a promotional protocol up to the rank of colonel at PRPB, which is both unbiased and objective, and hence, conforms with the Reform Agreement. Accordingly, the Court hereby instructs the Special Master to direct, guide, consult with the parties, and submit a final version of the promotional protocol on or before July 1, 2021. The Special Master's role will mirror that which he played during 2019 when the parties and Monitor, under his direction, agreed to the methodologies for the eleven areas of the Agreement. He will, thus, schedule all meetings and set the work schedule.

In addition, within the same above deadline and parameters, the Special Master is also instructed to work with the parties and Monitor in regards to the Auxiliary Commissioners protocol and directives.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of May of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge