# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>Defendants. | CASE NO. 3:12-cv-2039 (GAG) |

### ORDER re: Filing of Motions by Parties, Special Master and Monitor

Given the high level of commitment, cooperation, and collaboration the defendants have demonstrated during the first months of 2021, all day-to-day matters that the parties, Special Master and Federal Monitor agree to, need not be the subject of informative nor other motions for authorization. This is the spirit of comradery that the Court envisions in consent decree cases. Ideally most, if not all matters, can be resolved in tandem, and without court intervention, for the ultimate benefit of the participants. The consent decree is all about the participants.

**SO ORDERED.**

In San Juan, Puerto Rico this 21st day of May 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
United States District Judge
