**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

April 22, 2021 – May 21, 2021

INVOICE # ASM.TDP.2021-5  **TOTAL DUE $13,764.20**
ASSISTANT SPECIAL MASTER
MAY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 12 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding final drafts of PRPB policies and related appendices; the promotions protocol for the ranks of Inspector and higher; PRPB career path policy; CMR-4; COVID-19; Status Conference materials; GO 629 re: Roadblocks; follow up to media reports. | $1,800 |
| 13 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $1,950 |
| 12 | Zoom meetings and/or Conference calls with the various Parties. | $1,800 |
| 42 | Travel and meetings in San Juan 05/09/2021-05/13/2021. | $6,300 |
| Travel Expense | Covid test (molecular/PCR) for travel to Puerto Rico | $100 |
| Travel Expense | Airfare Dallas to San Juan coach class roundtrip ticket | $446.50 |
| Travel Expense | Lodging 05/09/2021-05/13/2021, Government rate for four nights at $195/night plus taxes | $850.20 |
| Travel Expense | Meals and Incidental Expenses (M&IE), 05/09/2021-05/13/2021, Government rate of $115 per day on site, and 75% travel day rate on two travel days | $517.50 |

**Total Wages Due = $13,764.20**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*                                         5/22/21
**Thomas D. Petrowski**