GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

April 22, 2021 through May 21, 2021

INVOICE # 2021-05                           **TOTAL DUE $14,418.70**
ASSISTANT SPECIAL MASTER
May 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 16 | Reviewed and worked on documents related to the Monitor's promotions policy, Covid Protocol, PRPB career path policy, status conference, 253 meeting, prepared materials for onsite visit to PR; email and discussed with the Special Master and other parties. | $2,400 |
| 15 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the court. | $2,250 |
| 5 | Zoom meetings and/or conference calls with the Parties. | $750 |
| 6 | Zoom meetings and/or conference calls with the Special Master. | $900 |
| 42 | Travel and meetings in San Juan 04/18/2021-04/21/2021. | $6,300 |
| Travel Expense | Air Fare Cleveland to San Juan claiming coach class roundtrip ticket | $451 |
| Travel Expense | Lodging 05/09/2021-05/13/2021, Govt rate $195/night plus tax | $850.20 |
| Travel Expense | Meals and Incidental Expenses, 05/09/2021-05/13/2021, Govt rate $115/day, travel days ¾ rate at 86.25/day | $517.50 |

Total Wages Due = $14,418.70

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                                          05/22/2021
Gary A. Loeffert