Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

April 23, 2021 through May 21, 2021

INVOICE # SM2021-5                                    **TOTAL DUE $ 16,181.72**
SPECIAL MASTER
MAY 2021 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Zoom meetings with various groups including U. Chicago Crime Lab.

Engaged in promotions protocol review.

Reviewed and worked on document related to Auxiliary Superintendents and related information.

**Site Visit to Puerto Rico May 10 through May 13, 2021**

Meeting with Judge Gelpi

Court Status Conference Preparation and Participation

Meeting with parties' attorneys

Meeting with Puerto Rico based monitoring team members and site visit to SWAT.

**Expenses May Puerto Rico Visit**

Airfare: No Reimbursement/Donated

Lodging: Government Rate for 3 Nights at $195/night plus taxes: **$779.22**

Meals and Incidental Expenses (M&IE), Government rate of $115/day on site, and 75% travel rate on two travel days. **$402.50**

**Flat Rate Total Wages Due = $15,000.00**
**Expenses Due = $ 1,181.72**

**TOTAL DUE = $ 16,181.72**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
**Dr. Alejandro del Carmen**                                    **5/22/21**