**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

    v.

**COMMONWEALTH OF PUERTO RICO, et al.,**

 **Defendants.**

**CASE NO. 12-2039 (GAG)**

## ORDER

The undersigned effective immediately hereby partially recuses himself from all matters in this case involving the monitoring of PRPB in regard to Luma Energy, LLC related protests. See Ellis v. United States, 313 F.3d 636, 641-642 (1st Cir 2002) (holding that a judge pursuant to 28 USC sec 455(a)may, in an appropriate case, decide certain issues and recuse himself as to others).

Accordingly, all such matters will be addressed exclusively by United States District Judge Silvia Carreño-Coll. The Clerk of Court shall open a parallel case assigned to her for any such matters. The Monitor will report, and the parties will file therein any related motions to Judge Carreño-Coll, respectively.

All other matters related to the eleven areas of the Agreement will continue being addressed by the undersigned. The present order is, thus, limited to a specific and narrow matter.

**SO ORDERED.**

In San Juan, Puerto Rico this 1st day of June, 2021.

                                *s/ Gustavo A. Gelpí*
                                GUSTAVO A. GELPÍ
                                United States District Judge

1