**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | **CASE #: 3:12-CV-2039 (GAG)** |

## Minutes of proceedings held on 6/2/2021

The Court held a status conference at 11:00 am with counsel for the parties. For USDOJ attorneys Luis Saucedo and Jorge Castillo were present. For PRPB attorneys Rafael Barreto and Gabriel Peñagarícano were present.

The Court explained to the parties the reason for its partial recusal order issued yesterday (Docket No. 1767):

Judge Gelpi's conflict/recusal list includes all matters involving Luma Energy, LLC. as a party to proceedings. Thus, for example, he will recuse himself from any civil action as to which Luma is a party. Luma is certainly not a party to the Agreement between USDOJ and PRPB. However, PRPB and Luma have publicly acknowledged the elaboration of a security plan effective June 1, 2021, date when Luma's contractual operations in substitution of the Commonwealth Electric Power Authority commence. In light of this, the undersigned's appearance of impartiality certainly comes into question if called by the Monitor or parties to address matters involving PRPB actions related to Luma. The paramount public interest in the effectiveness and transparency of the Police Reform Agreement and its monitoring component, thus, warrant the recusal of the undersigned in this specific and limited matter within the proceedings of the case.

So Ordered.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge