# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | CASE #: 3:12-CV-2039 (GAG) |

### ORDER re: Certification of "roll-over" budget from FY 2019-2020 and FY 2020-2021

On May 5, 2021 the Court issued its annual Order setting the TCA budget for FY 2021-2022 at $2,534,404 and that of the SM at $507,000.  See Docket No. 1752.

In **FY 2020-2021**, the Commonwealth deposited $1,620,000, constituting the TCA's budget for said period. See Docket No. 1552.  The Court hereby certifies that said budget has been used in its entirety for payment of the TCA Office monthly itemized statements beginning with that of July, 2020 for work performed and expenses.  In addition, a fraction of said budget was used to cover SM statements during the FY, given that the work performed by the SM Office exceeded that which was originally contemplated by the parties and Court.  The considerable work performed by TCA and SM throughout FY 2020-2021 is reflected in the corresponding invoices for the FY, which both USDOJ and Commonwealth always review before being submitted to the Court for approval.  Moreover, the Court notes that during said FY the TCA Office finally became fully staffed to meet all of the TCA's monitoring needs.

The Court further notes that in **FY 2019-2020**, the Commonwealth deposited **$1,867,893**, constituting the TCA budget for said period. See Order at Docket No. 1543. Of said amount, following payment to the TCA June 2020 invoice, the Court certifies that a balance in the amount of **$764,903.63** remains in the account as of today. This sum was rolled over to the FY 2020-2021 TCA budget as per the Court's Order at Docket No. 1543.

It is important to note that said savings was the result of a combination of the commencement of the Covid 19 pandemic plus the TCA Office being understaffed.

The TCA has yet to file the May and June 2021 invoices. The SM as well has yet to file the June 2021 invoice. The same will be paid from the balance of $764,903.63. Based on invoices form previous months the Court estimates that all invoices will add to approximately $300,000.00 (if less, the amount will be certified and rolled over). As such, this amount will be deducted from the balance for a remaining total of $464,903.63 which will be credited to the FY 2021-2022 TCA Budget Deposit.

In light of the above, the Commonwealth's deposit due on or before June 30, 2021 is modified accordingly:

$2,534,404 — TCA Budget for FY 2021-22

-$464,903.63 Balance from FY 2019-2020

_____

**$2,069,500.37** Amount to be deposited by Commonwealth

The deposit for the SM budget for FY 2021-2022 remains intact.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of June of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge