OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

June 1, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For May 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,395.00 | May 2021 |
| Castellanos Group LLC | $ 5,255.25 | May 2021 |
| Spece | $ 3,418.75 | May 2021 |
| The & Group LLC (Javier González) | $ 7,812.50 | May 2021 |
| Dr. David Levy | $ 9,624.28 | May 2021 |
| Denise Rodriguez | $17,608.33 | May 2021 |
| Viota & Associates CPA LLC | $    835.00 | May 2021 |
| Donald S. Gosselin | $10,290.00 | May 2021 |
| Al Youngs | $12,650.00 | May 2021 |
| Rafael E. Ruiz | $13,150.00 | May 2021 |
| Scott Cragg | $13,703.20 | May 2021 |
| Federico Hernández Denton | $  0.00 | May 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 9,835.00 | May 2021 |
| Rita J. Watkins | $ 12,850.00 | May 2021 |
| Merangelie Serrano | $ 11,250.00 | May 2021 |
| Luis Hidalgo | $ 11,500.00 | May 2021 |
| Korber Group | $   1,624.96 | May 2021 |
| Samantha Rhinerson | $     600.00 | May 2021 |
| Claudia Cámara | $ 1,120.00 | May 2021 |
| Manuel Arroyo | $ 1,760.00 | May 2021 |
| Hipolito Castro Jr | $ 1,350.00 | May 2021 |
| **TOTAL:** | **$165,632.27** | May 2021 |