

# INVOICE

INVOICE NUMBER:  186
INVOICE DATE:  MAY 30, 2021

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-09-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to document in preparation for upcoming hearing | 2.00 | $195.00 | $390.00 |
| MAY-10-21 | Case: 3:12 cv 2039 (GAG) | Meeting with Monitor and Team; meeting at PRPB; several communications | 6.00 | $195.00 | $1,170.00 |
| MAY-11-21 | Case: 3:12 cv 2039 (GAG) | Preparation for upcoming hearing; hearing; several communications | 8.00 | $195.00 | $1,560.00 |
| MAY-12-21 | Case: 3:12 cv 2039 (GAG) | Preparation for meeting and meeting with Monitor's team in PRPB | 4.00 | $195.00 | $780.00 |
| MAY-13-21 | Case: 3:12 cv 2039 (GAG) | Meeting with PRPB | 2.00 | $195.00 | $390.00 |
| MAY-17-21 | Case: 3:12 cv 2039 (GAG) | Review of comm. from Hernández Denton., Esq., re; Police Unions; comms. with Hernández Denton, Esq. | 1.00 | $195.00 | $195.00 |
| MAY-18-21 | Case: 3:12 cv 2039 (GAG) | Review of Minutes | 0.50 | $195.00 | $97.50 |
| MAY-19-21 | Case: 3:12 cv 2039 (GAG) | Review of Order, re; Promotions Protocol & Auxiliary Comissioners | 0.50 | $195.00 | $97.50 |
| MAY-24-21 | Case: 3:12 cv 2039 (GAG) | Review of P. 578; several comms. regarding the referenced matter | 1.50 | $195.00 | $292.50 |
| MAY-28-21 | Case: 3:12 cv 2039 (GAG) | Review of Informative Motion; review of comm. | 1.45 | $195.00 | $282.75 |
| | | Total hours for this invoice | 26.95 | | |
| | | Total amount of this invoice | | | $5,255.25 |