**Office of the FPMPR LLC**
VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (May 2021)

| Date | Task | Total Hours |
|---|---|---:|
| **May 3, 2021** | Present at the office during working hours. Managed phone. | 4.0 |
| **May 7, 2021** | Present at the office during working hours. Managed phone. Contacted Sam about the June Newsletter. | 7.0 |
| **May 10, 2021** | Present at the office during working hours. Managed phone and emails. | 4.0 |
| **May 12, 2021** | Present at the office during working hours. Started preparing for the next FPMPR Newsletter by reading CIC meeting reports. | 4.0 |
| **May 14, 2021** | Present at the office during working hours. Read CIC meeting reports. Managed phone. | 7.0 |
| **May 17, 2021** | Present at the office during working hours. Began passing the June newsletter content to MailChimp. Worked on the CIC meeting article for the June TCA newsletter. | 4.0 |
| **May, 19, 2021** | Present at the office during working hours. Managed phone and emails. Updated el Comité Alianzas Comunitarias Cidreñas about the invitation. | 4.0 |
| **May 21, 2021** | Present at the office during working hours. Worked on the MailChimp article. | 7.0 |
| **May 24, 2021** | Present at the office during all working hours. Managed phone and emailed Merangelie about the June 10-11 community meetings. | 4.0 |
| **May 26, 2021** | Present at the office during all working hours. Managed phone and emails. | 4.0 |
| **May 28, 2021** | Present at the office during all working hours. Managed phone and emails. | 7.0 |

**Total,  56 hours for $20 = $1,120**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León