

**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

May 31, 2021
Invoice # 17574

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2021 | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review emails from J. Romero, D. Rodriguez, L. Saucedo, and A. Del Carmen, and PRPB. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review report on transfers from PRPB. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review court orders issued today. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from L. Saucedo, A. Del Carmen, and J. Romero regarding budget. | 0.30<br>175.00/hr | 52.50 |
| 5/4/2021 | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review and respond to emails from L. Saucedo regarding agenda for hearing. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review and respond to emails from J. Romero and D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
| 5/5/2021 | RAA | Review USDOJ's motion submitting and agenda. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review order regarding motion submitting. | 0.10<br>175.00/hr | 17.50 |

Case 3:12-cv-02039-FAB   Document 1772-4   Filed 06/14/21   Page 2 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/5/2021 | RAA | Email to J. Romero regarding order on motion submitting. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review order regarding budget. | 0.10 175.00/hr | 17.50 |
|  | RAA | Email to J. Romero regarding order on budget. | 0.10 175.00/hr | 17.50 |
| 5/6/2021 | RAA | Review and respond to email from PRPB regarding next week's visits. | 0.20 175.00/hr | 35.00 |
|  | RAA | Review emails from Monitor's team regarding next week's visits. | 0.20 175.00/hr | 35.00 |
|  | RAA | Review and respond to emails from J. Romero. | 0.20 175.00/hr | 35.00 |
|  | RAA | Review emails exchanged between DSP and A. Del Carmen. | 0.20 175.00/hr | 35.00 |
| 5/8/2021 | RAA | Review and respond to email from J. Romero regarding opening statement. | 0.20 175.00/hr | 35.00 |
|  | RAA | Review email from D. Rodriguez. | 0.10 175.00/hr | 17.50 |
|  | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
|  | RAA | Review emails from M. Serrano, D. Gosselin, and D. Rodriguez. | 0.30 175.00/hr | 52.50 |
| 5/9/2021 | RAA | Conference with J. Romero in anticipation and preparation for hearing. | 0.90 175.00/hr | 157.50 |
| 5/11/2021 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
|  | RAA | Plan and prepare for meeting with parties prior to hearing and for hearing. | 1.60 175.00/hr | 280.00 |
|  | RAA | Appear and attend meeting with parties. | 1.50 175.00/hr | 262.50 |
|  | RAA | Appear and attend hearing in federal court in Hato Rey. Return to office. | 2.40 175.00/hr | 420.00 |
|  | RAA | Post-hearing conferences with Monitor team. | 1.20 175.00/hr | 210.00 |
| 5/12/2021 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |

Case 3:12-cv-02039-FAB   Document 1772-4   Filed 06/14/21   Page 3 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page     3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/12/2021 | RAA | Review emails from L. Saucedo, D. Rodriguez, and A. Del Carmen. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Plan and prepare for meetings today with USDOJ and PRPB. | 1.60<br>175.00/hr | 280.00 |
|  | RAA | Appear and attend meeting at offices of Federal Monitor and subsequently appear and attend 253 meeting at PRPB headquarters. | 4.90<br>175.00/hr | 857.50 |
| 5/13/2021 | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review emails from A. Del Carmen, J. Romero, and L. Saucedo re: promotions protocol. | 0.20<br>175.00/hr | 35.00 |
| 5/16/2021 | RAA | Review emails from A. Del Carmen, J. Romero, D. Rodríguez, and D. Levy. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| 5/17/2021 | RAA | Review and respond to email from D. Rodríguez. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Plan and prepare for team videoconference. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Study recent Supreme Court opinion on searches and seizures. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Attend videoconference. | 1.10<br>175.00/hr | 192.50 |
|  | RAA | Review email from J. Romero on compliance ratings. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review draft of compliance ratings | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review email from D. Levy. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review emails from A. Castellano and F. Hernández Denton. | 0.20<br>175.00/hr | 35.00 |
| 5/18/2021 | RAA | Review emails from J. Romero, D. Levy and D. Rodriguez. | 0.30<br>175.00/hr | 52.50 |

Case 3:12-cv-02039-FAB   Document 1772-4   Filed 06/14/21   Page 4 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/18/2021 | RAA | Review email from A. Del Carmen and J. Romero regarding news article in El Vocero about female officers. Telephone call from J. Romero regarding the same. Review Consent Decree and prepare draft memorandum and request of documents to PRPB's counsel. Telephone call from J. Romero. Preparation of email with memorandum and article. | 1.80<br>175.00/hr | 315.00 |
|  | RAA | Review minute of proceedings. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review further emails from L. Saucedo, J. Romero, D. Levy, A. Del Carmen, and D. Santiago | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Review PRPB certification regarding transfers. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review emails from PRPB's counsel. | 0.20<br>175.00/hr | 35.00 |
| 5/19/2021 | RAA | Review emails exchanged by the parties, Monitor team and Special Master. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Calls and emails with J. Romero and D. Rodriguez regarding detention of immigrants. Review press release. Preparation of memorandum to PRPB. Telephone call from J. Romero. Editi memorandum and email it to PRPB. | 1.30<br>175.00/hr | 227.50 |
|  | RAA | Review order on promotions protocol. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review emails related to promotion policies. | 0.30<br>175.00/hr | 52.50 |
| 5/20/2021 | RAA | Review and respond to email inquiry from D. Rodríguez. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
|  | RAA | Review email from A. Del Carmen. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review email from A. Garffer | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review emails from F. Hernandez Denton and A. Castellanos | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Review emails from L. Saucedo and G. Peñagarícano. | 0.20<br>175.00/hr | 35.00 |
| 5/21/2021 | RAA | Review email from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |

Page 5

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/21/2021 | RAA | Preparation of proposed order. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review court order | 0.10<br>175.00/hr | 17.50 |
| 5/24/2021 | RAA | Review email from F. Hernández Denton. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from J. González | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Plan and prepare for team meeting. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Attend team meeting. | 1.60<br>175.00/hr | 280.00 |
| | RAA | Telephone call from J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review and respond to email from PRPB regarding budget. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review emails from D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from A. Del Carmen regarding budget. | 0.10<br>175.00/hr | 17.50 |
| 5/25/2021 | RAA | Review emails from PRPB and J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review and analyze email from L. Saucedo. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from A. Del Carmen. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from G. Peñagarícano. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review incident report and other documents of arrests of illegal aliens. | 0.20<br>175.00/hr | 35.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/25/2021 | RAA | Review incident report and other documents of arrests of illegal aliens. | 0.20 175.00/hr | 35.00 |
| | RAA | Review Traffic Law section 5.02. | 0.20 175.00/hr | 35.00 |
| | RAA | Exchange of electronic communications with D. Rodriguez and J. Romero. | 0.20 175.00/hr | 35.00 |
| 5/26/2021 | RAA | Review emails from D. Rodriguez. | 0.40 175.00/hr | 70.00 |
| | RAA | Plan and prepare for videoconference on promotions. | 0.40 175.00/hr | 70.00 |
| | RAA | Appear and attend videoconference on promotions. | 0.90 175.00/hr | 157.50 |
| | RAA | Review translation of Supreme Court opinion. | 0.20 175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Review multiple emails from J. Romero, J. Vázquez, D. Rodríguez, L. Saucedo, and A. Del Carmen. | 0.40 175.00/hr | 70.00 |
| 5/27/2021 | SL | Proofreading and editing CMR-4 drafts. | 3.50 75.00/hr | 262.50 |
| | RAA | Review Special master's invoices and court order. | 0.10 175.00/hr | 17.50 |
| | RAA | Review auxiliary protocol and related emails. | 0.40 175.00/hr | 70.00 |
| | RAA | Revisions to draft CMR-4 (Community).  Email to D. Rodriguez. | 1.70 175.00/hr | 297.50 |
| | RAA | Revisions to draft CMR-4 (IT).  Email to D. Rodriguez. | 0.30 175.00/hr | 52.50 |
| | RAA | Review emails from D. Rodriguez. | 0.20 175.00/hr | 35.00 |
| | RAA | Review email by PRPB regarding manual. | 0.10 175.00/hr | 17.50 |
| | RAA | Review and analyze outline of points prepared by J. Romero on incident with undocumented persons. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from A. Young and R. Ruiz. | 0.20 175.00/hr | 35.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2021 | RAA | Review emails from A. Garffer | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from A. Del Carmen | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from L. Saucedo and D. Rodriguez regarding revisions to incident manual. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Revise manual of incident investigations. | 0.20<br>175.00/hr | 35.00 |
| 5/28/2021 | RAA | Review emails from J. Romero and D. Rodriguez with drafts memos on issue of detention of illegal immigrants. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review PRPB's informative motion. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review PRPB's motion for leave to file documents in Spanish. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review filed promotions protocol on auxiliary officers. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email with weekly transfer report. Review email from A. Del Carmen. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review invoices submitted as of this time by monitors. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from PRPB's counsel with attached response to request for information. Review and analyze attachment. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review email from J. Vázquez from PRPB with link of several documents. Began to review and analyze documents. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Revisions to draft CMR-4 (A. Young). | 0.90<br>175.00/hr | 157.50 |
| | RAA | Revisions to draft CMR-4 (R. Ruiz) | 0.50<br>175.00/hr | 87.50 |
| | RAA | Revisions to draft CMR-4 (R. Watkins). | 0.70<br>175.00/hr | 122.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| 5/30/2021 | RAA | Emails J. Romero and D. Rodriguez filings made by PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Revisions to draft memoranda on issue of arrest of illegal aliens. | 0.90<br>175.00/hr | 157.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/30/2021 | RAA | Emails to J. Romero and D. Rodriguez regarding memoranda. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone call and emails with J. Romero and D. Rodriguez. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from R. Ruiz. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Revisions to second memoranda and integrate and merge in one memorandum. Email to J. Romero. | 0.70<br>175.00/hr | 122.50 |
| | RAA | Revisions to CMR-4 draft (D. Gosselin). Email draft to J. Romero and D. Rodriguez. | 1.30<br>175.00/hr | 227.50 |
| | RAA | Revisions to CMR-4 drafts on recruitment, training and UOF. Emails to D. Rodriguez. | 1.50<br>175.00/hr | 262.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from J. Romero with revised memorandum. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Email to J. Romero and R. Ruiz with factual inquiry after reviewing memorandum. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review response from R. Ruiz. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Final revisions to memorandum. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Review email from A. Young. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from J. Romero with revised memorandum. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Email to J. Romero and R. Ruiz with factual inquiry after reviewing memorandum. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review response from R. Ruiz. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Further revisions to memorandum. | 0.50<br>175.00/hr | 87.50 |

Case 3:12-cv-02039-FAB   Document 1772-4   Filed 06/14/21   Page 9 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page 9

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/31/2021 | RAA | Review and respond to emails from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Final revisions to memorandum. Email it to the parties. | 0.30<br>175.00/hr | 52.50 |
| | | **For professional services rendered** | **58.20** | **$9,835.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 54.70 | 175.00 | $9,572.50 |
| Stephanie Leon | 3.50 | 75.00 | $262.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.