**INVOICE 0075 FOR PROFESSIONAL SERVICES; MAY 1 THROUGH MAY 31, 2021**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO: **Federal Monitor**
    **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for the month of May 2021 is detailed as follows:

| Task Performed | US Hours | PR Hours | Billable Amount |
|---|---|---|---|
| On-Site Puerto Rico Labor Hours - 5/9, 10, 11, 12, 13 | | 30.50 | $4,575.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; meetings; logistics; scheduling, on-site planning & coordination | 6.75 | | $1,012.50 |
| Teleconference Meetings with Monitors Office | 3.75 | | $562.50 |
| Preparation for IT review during May on site visit - trip logistics, planning, scheduling, communication, interview coordination, emails, outreach with PRPB and DoJ, Covid Screening | 4.5 | | $675.00 |
| Review of minutes and on-site interviews during May trip. logistics, | 0.25 | | $37.50 |
| CMR-3 - Review of PRPB documents filed in response to CMR-3, PRPB response on 4/3/2021, PRPB Executive Summary 4/8/21 | 11.75 | | $1,762.50 |
| CMR-4; Draft Assessment, Review of data provided by PRPB, data base correction for DropBox errors following May on-site review, data exchanges with PRPB/BT | 21.75 | | $3,262.50 |
| Review of DoJ Documents: Motion 1746 | 0.25 | | $37.50 |
| Review of AH Data Analytics Assessment and recommendation | 2.75 | | $412.50 |
| Teleconference - PRPB/Bureau of Technology - Data Review | 1.5 | | $225.00 |
| | | | |
| Net Hours @ $150/hr | 53.25 | 30.50 | $12,562.50 |
| Total Expenses (Air, Hotel, Meals, Parking, POV miles) | | | $1,145.68 |
| Unallowable Expenses | | | -$145.68 |
| Mandatory Covid Tesing for PR Travel On-Site (Test $100), (mileage $19.80) | | | $119.80 |
| Federal Monitor Travel to Airport (no driver available) | | | $20.90 |
| **Allowable Fee** | | | **$13,703.20** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ : Scott Cragg, Monitoring Core Team

1

**Subject:** JetBlue booking confirmation for SCOTT POMAIALOHA CRAGG - QBQAWM
**Date:** Sunday, May 16, 2021 at 2:17:06 PM Eastern Daylight Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip on Sun, Jun 06



jetBlue    TRUE BLUE | #3363415311

**Important info for travelers to Puerto Rico.**
Please check the latest entry requirements for Puerto Rico by visiting our COVID-19 Info Hub. Puerto Rico is now accepting the Vault COVID-19 test from JetBlue customers.

## You're all set.

Thanks for booking with JetBlue.
Now, more than ever, we are grateful that you trust your travel to us.
You (and your safety) always come first.

Please note: This is not your boarding pass.

**Your confirmation code is**    QBQAWM

$359 40

## JetBlue at your fingertips.

Manage flights and add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

```
          Melanzana Rest & Cafe
          601 Calle Julio Ferrer
          Esq.650 Ave Ponce DeLeon
             San Juan, PR 00920
             San Juan, PR 00920
             ************532

          05/11/2021              20:05

                       Sale

          Trans #: 14 Batch #: 108

          CREDIT CARD
          AMEX                 CHIP READ
          Entry Type:            CONTACT
          ************2009       **/**


          BASE AMT:            $216.00
          State Tax:             $7.35
          City Tax:              $2.16
          Reduced State Tax:     $8.76
          SUB TOTAL:           $234.27
          ---------
          SUB TOTAL:           $234.27


          TIP AMT:         $ 40.00

          TOTAL AMT: USD $ 274.27


          Resp:                    AP
          Code:                843145
          Tran ID: 001985963708061

          AID Name:          AMERICAN
                              EXPRESS
          AID:     A000000025010801
          TVR:           0000008000
          TSI:                 E800
          ATC:                 004E
          TC:      04FA9756F79FFD1A


          CONTROL:WG6AU-ESCP9
          ST
          processed by Softek

                  CUSTOMER COPY
```



**METROPOL DISTRICT**
200 BLVD. CONVENTION
SAN JUAN, PR 00907
7879190822

Cashier: Jota
13-May-2021 9:22:15P

Transaction 300020

| | |
|---|---|
| 1 | $330.78 |
| Total | $330.78 |
| Tip | $61.00 |
| CREDIT CARD SALE | $391.78 |
| MASTERCARD 1398 | |

13-May-2021 9:23:06P
$391.78 | Method: EMV
Mastercard XXXXXXXXXXXX1398
DONALD S GOSSELIN
Reference ID: 113400673418
Auth ID: 13610P
MID: ***********8123
AID: A0000000041010
SIGNATURE VERIFIED

**Order Info**
| | |
|---|---|
| Subtotal | $305.25 |
| State Tax | $9.72 |
| City Tax | $3.05 |
| Reduced State Tax | $12.76 |
| Tips | $61.00 |
| **Total** | **$391.78** |

CONTROL: VZFCE-KF115
BS
Processed by Dynamics Payments

Online: https://clover.com/p/
3933CJZ14DPP4

Order HW78W45NX762M
Payment 3933CJZ14DPP4

Clover Privacy Policy
https://clover.com/privacy



# INVOICE

Invoice # 5005
Date: 5/6/2021
Due on: 5/20/2021
Paid: $100.00

**ResourcePath, LLC**

【Tax_ID: 46-4262371】
45945 Trefoil Lane. Suite 175
Sterling, VA 20166, USA
Phone: (571) 375-0755
info@resourcepath.net
https://www.resourcepath.net/

Amount due:

**$0.00**



**Bill To:**
Scott Cragg
spcragg@verizon.net

| Item | Date | Amount |
|---|---|---|
| COVID19 RT-PCR for TRAVEL 48-hour Turnaround Time - Online Booking Only | 5/6/2021 | $100.00 |
| | Subtotal | $100.00 |
| | **Total** | **$100.00** |

## Wendy's
### Real como tú.
Roosevelt #69

\*\*\*\*\*Restaurante # 06923 \*\*\*\*\*

Host: JALITSHA                    05/12/2021
Order #120                        1:42 PM
                                  10121

12oz Frosty Vainilla              2.79
Grill Chicken                     5.09

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

La calidad es nuestra receta y nos
esmeramos para cumplir tus expectativas
siempre. Cuentanos sobre tu experiencia
accediendo a www.hablaconwendyspr.com
y recibe un Frosty Cake gratis en tu
proxima visita. Completa la encuesta,
utiliza el # de restaurante que aparece
arriba y anota el numero que te da el
sistema:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subtotal                          7.88
REDUCED St 6% Tax                 0.47
Municipal 1.0% Tax                0.08

Here Total                        8.43
CASH                             20.00
Change                           11.57

---

DCAW106906

Terminal B/C Garage

05/09/2021 at 6:30 A

05/13/2021 at 10:00

05/02/2021 at 8:24:0

\*\*\*\*\*\*\*\*\*\*6833

$ 85.00

...our reference number in the
...your reservation.

...n for your reservation:

...r modify your reservation u
...ate and time without pena
...ovided for trips that are sho
...reservation once you have

- If your vehicle stays more than 2 hours after parking session will begin at the posted rate will be charged at exit.
- If you experience difficulty at entry or exit, pl and a parking assistant will help you.

Thank you,

The Parking Team at flyreagan.com

---

Subway#21319-0 Phone 7877234747
The Pentagon Apts 1919  Ave Ponce de Leo
San Juan, Puerto Rico, 00915
Served by: 8616 5/9/2021 6:18:40 pm
Term ID-Trans# 1/A-216361

Qty Size Item                     Price

1     12" Tuna Sub                 7.49
1     -Fresh Value Meal (Puerto    2.75
      - -20oz Fountain Drink 20Fnt
      - -Chip

Sub Total                         10.24
PR TAX Group 6% (6%)               0.61
PR Municipal TAX 1% (1%)           0.10
Total (Eat In)                    10.95
Cash                              11.00
Change                             0.05

Host Order ID: SPM20210509061839

¿Tienes hambre de más? Déjanos saber tu
opinión en www.global.subway.com
y obtén una galleta GRATIS
con tu próxima compra.

CONTROL: 4FYFR-8X7EG
ST
Processed by Softek

---

Luis Munoz Marin Int. Airport
Popeyes TA
Terminal A

Server: Maria                05/13/2021
9/1                            4:45 PM
Guests: 1
                              #20127

CB Mild Tender 3pc             11.69
  Mardi Gras Mustard
  Cajun Fries
  Biscuit
  Diet Coke 21

Subtotal                       11.69
REDUC Tax                       0.70
MUN Tax                         0.12
Total Tax                       0.82
Total                          12.51

CASH                         $ 20.00
Change                       $  7.49

5/2/21, 8:25 PM

Manage Reservation      Login



REAGAN NATIONAL

1 — Select travel dates
2 — Select your product
3 — Your details
4 — Confirmation

## Thank you for reserving with Reagan Airport.

You're all set! You will receive a QR code for entry in your confirmation email shortly. If you do not receive this email within 10 minutes, please check your email spam folder.

Your reservation confirmation email will be with you shortly

## Reservation Reference: DCAW106906

| | | | |
|---|---|---|---|
| Entry: | 6:30 AM - 05/09/2021 | Reservation Date: | 8:24 PM - 05/02/2021 |
| Exit: | 10:00 PM - 05/13/2021 | | |
| Parking Lot: | Garage B/C Daily | | |
| Email: | spcragg@verizon.net | | |
| Company: | | Total | $85.00 |
| Vat No: | | | |
| Address: | | | |

This is a Tax receipt.

**Subject:** [Business] Your Thursday morning trip with Uber
**Date:** Thursday, May 13, 2021 at 9:34:48 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total **$20.90**
May 13, 2021

# Thanks for riding, scott

We're glad to have you as an Uber Rewards Blue Member.

## Total $20.90

You earned 41 points on this trip

| | |
|---|---:|
| Trip Fare | $20.13 |
| Subtotal | $20.13 |
| Booking Fee ☐ | $0.77 |

**Amount Charged**

•••• 8273   Switch                                   $20.90

Download PDF

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 30

Marriott Rewards #   797225828

CRS Number  72469811

Name:

Arrive:  05-09-21          Time:  12:10          Depart:  05-13-21          Folio Number:  662523

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-09-21 | Package | 115.00 | |
| 05-09-21 | Government Tax | 10.35 | |
| 05-09-21 | Hotel Fee | 10.35 | |
| 05-10-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 05-10-21 | Package | 115.00 | |
| 05-10-21 | Government Tax | 10.35 | |
| 05-10-21 | Hotel Fee | 10.35 | |
| 05-11-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-11-21 | Package | 115.00 | |
| 05-11-21 | Government Tax | 10.35 | |
| 05-11-21 | Hotel Fee | 10.35 | |
| 05-12-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 05-12-21 | Package | 115.00 | |
| 05-12-21 | Government Tax | 10.35 | |
| 05-12-21 | Hotel Fee | 10.35 | |
| 05-13-21 | Visa Card | | 552.80 |
| | Card # XXXXXXXXXXXX6833 | | |