# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 5/31/2021 | #008 | 2450 Oak Hill Circle |
| | | Apt. 513 |
| | | Fort Worth, TX 76109 |
| | | 956-279-3097 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
May 31, 2021

## DUTIES AND RESPONSIBILITIES                    TOTAL DUE $17,608.33

- Conducted calls with each subject matter expert and the Monitor
- Coordinated and conducted weekly group calls with the Monitoring Team
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Drafted and delivered memo documenting the Monitor's Office Review of the policies submitted by PRPB on April 30th
- Worked with monitoring staff to begin drafting the second quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Managed the delivery of the data for CMR-4 by PRPB into Drop box
- Provided itemized lists of the data received by the Monitoring Team to the parties
- Worked with the Monitor and FPM Counsel to finalize the working timeline for CMR-5
- Continued working with the Data Analyst on the data request plan for CMR-5
- Delivered the first CMR-5 data request to PRPB
- Worked with various Monitors to develop and/or review case file review worksheets and interview questionnaires
- Worked with the Administrative Director and Research Analyst/Administrative Assistant to finalize the Travel Guidelines for the Monitoring Team
- Worked with the Administrative Director and the Parties to develop the finalize the schedule for the May 10-14 site visit
- Attended the May site visit and participated in various on-site activities including the Status Conference, P253 Meeting, meetings with PR community, and meetings with PRPB personnel
- Began reviewing CMR-4 section reports
- Worked with the Administrative Director and the Parties to develop the draft the schedule for the June 7-11 site visit

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 1,775.00 |
| **Total Due** | **$ 17,608.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00.

_Denise Rodriguez_

Denise Rodriguez, Chief Deputy Monitor                    May 31, 2021
                                                          Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** Denise Rodriguez
**Travel Dates:** May 9-14, 2021
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 278.40 | 1 | $ 278.40 |
| Baggage | $ - | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 1 | $ - |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 63 | $ 35.28 |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| PCR Testing | $ 275.00 | 1 | $ 275.00 |
| Total | | | $ 1,899.68 |
| Total Travel Reimbursement Amount Allowed ($1500) + Cost of PCR test | | | $ 1,775.00 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# COURTYARD Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #  286891726

Name:

Arrive:  05-09-21         Time:  21:51

Room: 0412
Room Type: DNKG
No. of Guests: 1
Rate:  $  115.00   Clerk: 7
CRS Number  71550191

Depart:  05-14-21         Folio Number:  662451

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-09-21 | Package | 115.00 | |
| 05-09-21 | Government Tax | 10.35 | |
| 05-09-21 | Hotel Fee | 10.35 | |
| 05-10-21 | Package | 115.00 | |
| 05-10-21 | Government Tax | 10.35 | |
| 05-10-21 | Hotel Fee | 10.35 | |
| 05-11-21 | Package | 115.00 | |
| 05-11-21 | Government Tax | 10.35 | |
| 05-11-21 | Hotel Fee | 10.35 | |
| 05-12-21 | Package | 115.00 | |
| 05-12-21 | Government Tax | 10.35 | |
| 05-12-21 | Hotel Fee | 10.35 | |
| 05-13-21 | Package | 115.00 | |
| 05-13-21 | Government Tax | 10.35 | |
| 05-13-21 | Hotel Fee | 10.35 | |
| 05-14-21 | American Express | | 678.50 |
| | Card # XXXXXXXXXXX1008 | | |

**From:** noreply@instamed.com
**To:** drodriguez_pri@outlook.com
**Subject:** Thank you for your payment to Urgentology Care
**Date:** Friday, May 7, 2021 11:57:35 AM



Hi,

Thank you for making a payment of $275.00 to Urgentology Care! Details of this transaction are included below for your review. We recommend that you keep a copy of this email receipt for your records.

## Urgentology Care
4130 N Collins St
Arlington, TX 76005
(817) 809-8760

### Transaction Information

| | |
|---|---|
| Transaction Date: | May 7, 2021 |
| Response Message: | Approval (00) |
| Response Code: | 000 |
| Card Type: | AMEX |
| Card Holder Name: | |
| Card Number: | ***********1002 |
| Auth Amount: | $275.00 |
| Auth Code: | 127842 |

### You sent a payment of $275.00 to Urgentology Care.

This message is for informational purposes only. Please do not reply to this email.

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | drodriguez_PRI@outlook.com |
| **Subject:** | Fwd: Your trip confirmation (DFW - SJU) |
| **Date:** | Tuesday, April 6, 2021 11:12:38 AM |

\---------- Forwarded message ---------
From: **American Airlines** <no-reply@notify.email.aa.com>
Date: Tue, Apr 6, 2021 at 11:08 AM
Subject: Your trip confirmation (DFW - SJU)
To: <DENISE.RODRIGUEZ4211@gmail.com>

Issued: April 6, 2021

# Your trip confirmation and receipt

### Record Locator: QYMAQG

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

## Sunday, May 9, 2021

DFW                           SJU                          Seat:    15C
03:00 PM          8:45 PM          Class:   Basic Economy (B)

| | | |
|---|---|---|
| Dallas/Fort Worth | San Juan | Meals: |
| **AA 2481** | | |

Free entertainment with the American app »

## Friday, May 14, 2021

| | | | |
|---|---|---|---|
| SJU | DFW | Seat: | 14D |
| 09:05 AM | 1:31 PM | Class: | Basic Economy (B) |
| San Juan | Dallas/Fort Worth | Meals: | |
| **AA 592** | | | |

Earn up to a $200 statement credit

Plus, 40,000 bonus miles after qualifying purchases

Learn more »



## Your payment

| | |
|---|---|
| Credit Card (AmericanExpress ending 1002) | $9.60 |
| Flight Credit | $268.80 |
| **Total paid** | **$278.40** |

## Your purchase

**DENISE RODRIGUEZ**

AAdvantage #: 62CW4C0

| | |
|---|---|
| New ticket | $278.40 |
| Ticket #: 0012166565848 | |
| [ $220.00 + Taxes and fees $58.40 ] | |

| | |
|---|---:|
| **Total** | **$278.40** |

| | |
|---|---:|
| **Total cost** (all passengers) | **$278.40** |

## Bag information

### Checked bags

**Online***

| 1st bag | 2nd bag |
|---|---|
| No charge | $40.00 |

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

If your flight is operated by a partner airline, see the other airline's website for carry-on bag limits.

   

bing maps

| | | |
|---|---|---|
| **A** | The Club at Stonegate, 2450 Oak Hill Cir, Fort Worth, TX 76109 | 32 min , 31.5 miles |
| **B** | Dallas Fort Worth International Airport - Headquarters, 2400 Aviation Dr, Dfw Airport, TX 75261 | Light traffic<br>Via I-30 E, TX-183 E<br>· Toll on route |



