Donald S. Gosselin, Esq.
d/b/a MBG North Corp
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1147**               **Billing Period:  May 1, 2021 to May 31, 2021**

**Work performed in CONUS and in Puerto Rico (see below for breakout)**

- Communications and coordination with fellow Team members for May site visit.
- Review data requests and all documentation from PRPB prior to site visit
- Travel outbound PWM-PHL-SJU to conduct work on the ground consisting of
    - In person desk review of >40 administrative investigative files
- Travel inbound CONUS via SJU-CLT-PWM
- Analysis of desk review administrative investigation files
- Search for relevant documents provided from multiple PRPB file uploads
- Reach conclusions on findings and create first draft report in Podio
- Multiple teleconferences with Chief Monitor, Deputy Chief Monitor, fellow Monitors, and support staff.
- Work with Deputy Chief to measure Podio tool effectiveness.
- Rewrite entire original draft of CMR-4 outside of Podio
- Multiple texts and emails with Monitor Team members and support staff.

**61 hours total @ $150 = $9,150.00**

**Labor Cost Breakout:**

| | | |
|---|---|---|
| US LABOR: | | $  7,500.00 |
| PR LABOR GROSS: | $  4,800.00 | |
| PR LABOR (FEE WAIVED) | $  3,150.00 | |
| PR LABOR NET | | $  1,650.00 |
| COVID PCR TEST | | $     140.00 |
| TOTAL TRAVEL REIMBURSEMENT*: | | $  1,000.00 |
| **Total Fees and Expense Reimbursement Due =** | | **$ 10,290.00 USD** |

**Travel Expense Cost Breakout (Actual):**

| | | |
|---|---|---|
| 1. | Ground travel to PWM | $      40.00 |
| 2. | PWM-PHL-SJU/SJU-CLT-PWM airfare | $    598.00 |
| 3. | 5 nights hotel SJU | $    680.00 |
| 4. | SJU per diem at $115 adjusted** | $    632.00 |

5. Ground travel PWM to Home      $     45.00

| | |
|---|---|
| **Total** | **$ 1,995.00** |
| **Reimbursement per 2020 contract\*** | **$ 1,000.00** |
| **Deficit out of pocket** | **$ ( 995.00)** |

**TERMS**:                          NET 30 ACH Transfer

*Travel rate reflects previous reimbursement agreement between Contractor and TCA Office
** Per diem costs 100% @ $115 for each full day, with 75% billed on travel days (per GSA)

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

31 MAY 2021

_____

**Donald S. Gosselin, Esq.**
d/b/a MBG North Corp.