Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

May 1-31, 2021

INVOICE # 017                                              **TOTAL DUE $9,624.28 USD**
May 2021 INVOICE

The following is a detailed statement of the hours worked.

**1 MAY to 9 MAY 2021 (worked performed in CONUS)**
- **Communications (1 hour)**
    - General conference calls and coordination with Monitoring Team (1 hour)
- **Methodology (6.5 hours)**
    - CMR-5 data requests (2 hours)
    - General methodology assistance (1 hour)
    - Tracking and charting compliance across CMRs (3.5 hours)

    **7.5 hours total @ $150/hour = $1,125**

**10 MAY 2020 to 12 MAY 2020 (Work performed in PR)**
- **Methodology (17.5 hours)**
    - CMR-5 data requests (11.5 hours)
    - Methodological guidance related to CMR-4 (6 hours)
- **Communications (8 hours)**
    - Internal meetings with team members (4.5 hours)
    - Virtual attendance of meetings with parties (3.5 hours)

    **25.5 hours total @ $150/hour = $3,825**

**13 MAY 2020 to 31 MAY 2020 in (Work performed in CONUS)**
- **Communications (6 hours as of 5/26)**
    - General conference calls and coordination with Monitoring Team (5 hours)
    - General emails with Monitoring Team (1 hours)
- **Methodology (19 hours)**
    - CMR-5 data requests (8 hours)
    - General methodology assistance (6 hours)
    - Revising sampling methodology & data sources 5 hours)

    **25 hours total @ $150/hour = $3,750**


**TOTAL PR FEE PAYABLE:**           $ 3,825.00
**TOTAL CONUS FEE PAYABLE:**        $ 4,875.00

| | |
|---|---|
| **TOTAL FEE:** | **58 Hours x $150/hour = $8,700USD** |

**Expenses:**

| | |
|---|---|
| Airfare | $ 418.40 |
| Hotel | $ 275.40 |
| Ground Transport | $   66.44 |
| M&IE | $ 164.04 |
| Total Expenses | $ 924.28 |
| **Reimbursable** | **$924.28** |

## Total Fees and Expense Reimbursement Due = $9,624.28

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

_____          May 31, 2021
Signature                                              _____
                                                                 Date

**Remittance Information**

**Capital One Bank**

**360 Checking Account**

Routing # 031176110

Account # 36063126043