Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

May 1– May 31, 2021
Invoice No. 24
Member of Federal Monitor Team

Reviewed and responded to emails and conference calls for the month of May:

| | |
|---|---:|
| From Members of the Monitor Team | 5.0 Hours |
| Internal Monitor Team meetings | 5.0 Hours |
| Scheduled meeting with PRPB | 2.0 Hours |
| Meeting and phone calls with Monitor and Deputy Monitor | 2.0 Hours |

During site visit to Puerto Rico:
    FPM Team meeting at the Monitor's Office.
    Met with Reform Unit, Police Headquarters.
    Met with IT Directors Juan Carlos and Angel Camareno and US DOJ via Zoom 3.
    Supervision and Management interviews at Monitor's Office.
    Met with staff at Recruitment Division at PRPB.
    Site visit to SARP reference administrative complaints.
    Met with SARP use of EIS.
    Second meeting with SARP with Monitor Donald Gosselin.      30.0 Hours

Reviewed comments by PRPB on CMR-3 regarding Supervision, CMR-2 on Recruitment and Training.      4.0 Hours

Reviewed and verified sample list of recruits in classes 229, 230 and 231 for CMR-4, which were received from Recruitment Division.      4.0 Hours

Reviewed the following policy submitted by PRPB:
    Manual on the investigation of employment candidates.      3.0 Hours

Reviewed sample list of transferred and retired personnel submitted by PRPB for the month of April and submitted by PRPB.      3.0 Hours

Reviewed the following documents received from the Recruitment Division and Human Resources during May Puerto Rico site visit:
    GO 300-301-Recruitment
    Regulation 9050-Recruitment
    PPR-501.1 Application for Research Candidate for Employment
    PPR-501.2 Job Application
    PPR-501.3 Size and Application for Aspiring Cadet Entry Exam
    PPR-501.4 Aspiring Cadet Orientation
    PPR-501.5 Appointment Assessment and Certification
    GO 801-Recruitment

| | |
|---|---|
| Reviewed Strategic Plan submitted by Recruitment Division. Reviewed copy of the flowchart illustrating the polygraph and the new procedure involving the use of the polygraph during COVID-19. | 2.0 Hours |
| Reviewed Paragraphs 135 through 158 for CMR-4 and prepared questions for June on-site visit in regard to close and effective supervision and transfer of personnel. Reviewed Paragraphs 101 through 108 reference Recruitment. Write reports for Supervision and Recruitment after review of 265 files sent by PRPB. | 11 Hours |

**TOTAL HOURS:  71**

Billable Hours:    71 Hours at a Rate of $150.00 Per Hour = $10,650.00

Travel Expenses:
$1,000.00 April Trip-not declared on April invoice-Monitor Romero notified and approved.
$1,000.00 May Trip

| | |
|---|---|
| Airfare for April | $466.55 |
| Hotel | $700.75 |
| | |
| Airfare for May | $483.40 |
| Hotel | $690.50 |

**Total:         $11,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                                    **$12,650.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

5/31/2021
Date



# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

APR 4     **Confirmation #2MJPQJ**

✈ **San Juan, PR**

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +2,693 PTS | $392.70 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| **DEN to SJU** | **4/4/21** | **Wanna Get Away®** | +2,693 PTS | $359.00 |
| | | | Taxes & fees | $33.70 |

| | |
|---|---|
| Total | **$392.70** |
| Total points earned | **+2,693 PTS** |



# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

APR 11                                                                            Confirmation #2MDGWG

## ✈ Denver, CO

Punta Cana, DO to Denver, CO

## Summary

| PASSENGER | POINTS USED | FARE TOTAL |
|---|---|---|
| Alan Youngs | −16,614 PTS | 16,614 PTS |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS USED | FARE |
|---|---|---|---|---|
| PUJ to DEN | 4/11/21 | Wanna Get Away® | −16,614 PTS | 16,614 PTS |
| | | | Taxes & fees | $73.85 |
| | | | Total | $73.85 |
| | | | Total points used | −16,614 PTS |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 3

Marriott Rewards #   119330892

CRS Number  92692615

Name:

Arrive:  04-04-21          Time:  21:44          Depart:  04-09-21          Folio Number: 660755

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-04-21 | Package | 115.00 | |
| 04-04-21 | Government Tax | 10.35 | |
| 04-04-21 | Hotel Fee | 10.35 | |
| 04-05-21 | Comedor - Guest Charge | 3.00 | |
| 04-05-21 | The Market - Food | 1.79 | |
| 04-05-21 | SALES TAX- 10.5% State | 0.19 | |
| 04-05-21 | SALES TAX- 1% Municipality | 0.02 | |
| 04-05-21 | The Market - Food | 1.79 | |
| 04-05-21 | SALES TAX- 10.5% State | 0.19 | |
| 04-05-21 | SALES TAX- 1% Municipality | 0.02 | |
| 04-05-21 | Package | 115.00 | |
| 04-05-21 | Government Tax | 10.35 | |
| 04-05-21 | Hotel Fee | 10.35 | |
| 04-06-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 04-06-21 | Package | 115.00 | |
| 04-06-21 | Government Tax | 10.35 | |
| 04-06-21 | Hotel Fee | 10.35 | |
| 04-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 04-07-21 | The Market - Food | 1.79 | |
| 04-07-21 | SALES TAX- 10.5% State | 0.19 | |
| 04-07-21 | SALES TAX- 1% Municipality | 0.02 | |
| 04-07-21 | The Market - Beverage | 2.91 | |
| 04-07-21 | SALES TAX- 10.5% State | 0.31 | |
| 04-07-21 | SALES TAX- 1% Municipality | 0.03 | |
| 04-07-21 | Package | 115.00 | |
| 04-07-21 | Government Tax | 10.35 | |

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 3

Marriott Rewards #   119330892

CRS Number  92692615

Name:

Arrive:  04-04-21          Time:  21:44          Depart: 04-09-21          Folio Number: 660755

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-07-21 | Hotel Fee | 10.35 | |
| 04-08-21 | Package | 115.00 | |
| 04-08-21 | Government Tax | 10.35 | |
| 04-08-21 | Hotel Fee | 10.35 | |
| 04-08-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 04-09-21 | Visa Card | | 717.55 |
| | Card # XXXXXXXXXXXX5094 | | |
| 04-14-21 | Visa Card | | -16.80 |
| | Card # XXXXXXXXXXXX5094 | | |

**Balance**                                                                 0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

MAY 9 **Confirmation #368COD**

 **San Juan, PR**

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **Alan Youngs** | **+1,178** PTS | **$190.70** |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| **DEN to SJU** | **5/9/21** | **Wanna Get Away®** | **+1,178** PTS | **$157.00** |
| | | | Taxes & fees | $33.70 |

| | |
|---|---|
| Total | **$190.70** |
| Total points earned | **+1,178** PTS |

A-List    Hi, Alan    5,696 points    **My Account**    **Log out**    Español



FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

Price    Payment    Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

🖨 Print

### ✈ Flight

**CONFIRMATION #**
**335PYZ**

**MAY 14**
**SJU ✈ DEN**

**FLIGHT TOTAL**
**$ 292.70**

Add a car



Book now. Pay later!
**From $77.99*/day in Denver**
*Taxes and fees excl. Terms apply.

Book now

Add a hotel



The perfect stay is moments away

**DESTINATION/HOTEL NAME:**
Denver

**CHECK-IN**     **CHECK-OUT**
05/14/2021 📅    05/16/2021 📅

Search ↗



### Earn 40,000 points

after you spend $1,000 in the first three months of account opening. **Plus, earn 3X points per $1 spent on dining purchases for 12 months.**
$69 annual fee.

Learn more ›

| | |
|---|---:|
| CURRENT POINTS BALANCE | 5,696 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 1,554 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 40,000 |
| **ESTIMATED TOTAL POINTS** | **47,250** |

## 5/14 - Denver



**Who's coming with me?**
Let your friends and family know you're traveling!

Share on Facebook! ↗

**MAY 14**
### San Juan, PR *to* Denver, CO

Confirmation # **335PYZ**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 30

Marriott Rewards #   119330892

CRS Number  71547141

Name:

Arrive:   05-09-21          Time:  21:53          Depart:  05-14-21          Folio Number:  662450

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-09-21 | Package | 115.00 | |
| 05-09-21 | Government Tax | 10.35 | |
| 05-09-21 | Hotel Fee | 10.35 | |
| 05-10-21 | Package | 115.00 | |
| 05-10-21 | Government Tax | 10.35 | |
| 05-10-21 | Hotel Fee | 10.35 | |
| 05-11-21 | Package | 115.00 | |
| 05-11-21 | Government Tax | 10.35 | |
| 05-11-21 | Hotel Fee | 10.35 | |
| 05-12-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-12-21 | Package | 115.00 | |
| 05-12-21 | Government Tax | 10.35 | |
| 05-12-21 | Hotel Fee | 10.35 | |
| 05-13-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-13-21 | Package | 115.00 | |
| 05-13-21 | Government Tax | 10.35 | |
| 05-13-21 | Hotel Fee | 10.35 | |
| 05-14-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-14-21 | Visa Card | | 690.50 |

*Card # XXXXXXXXXXXX5094*

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 30

Marriott Rewards #   119330892

CRS Number  71547141

Name:

Arrive:  05-09-21          Time:  21:53          Depart:  05-14-21          Folio Number:  662450

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.