Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR001-2021
DATE: May

**Dates of service: May 1 – May 31, 2021**         **TOTAL $1,350.00**

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team/and members. **2 hrs**.
-Conference calls with the Deputy Chief or Chief Monitor during the month **1 hr**.
-Correspondence with Monitoring Team/and members **.50 hr**.
-Policy review, research and recommendations domestic violence/sexual assaults **5.50 hrs**.

**Billable Hours:** 9 HOURS, at rate of $150 per hour = $1,350.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                      Date: May 31, 2021