John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 1 through May 31, 2021

INVOICE # 084   **TOTAL DUE $ 19,395.00**
FEDERAL MONITOR
May 2021 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of May) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.

### Site Visit to Puerto Rico May 10 through 14, 2021
Status Conference with the Honorable Judge Gelpi.
Meeting with Reform Unit
Meetings with Monitor Team members based in Puerto Rico.
Participated in meeting with representative of Dominican Community
Site visit to San Juan Centro Mando to review onscreen form PPR-126.2
Site visit to FIU (HQ) document review
Site visit to SWAT re: document review
Meeting with PRPB attorneys
Site visit to Bayamon Area Command re: Kronos
Meeting with USDOJ and Special Master's Office
Conducted debriefing meeting with the Monitor Team
Participated in 253 Meeting with the Parties and the Special Master

### Expenses May Puerto Rico Visit

| | |
|---|---|
| Airfare | 534.36 |
| Hotel | 703.98 |
| TOTAL | $1238.34 |
| | |
| Rapid PCR test | 240.00 |
| TOTAL due | $1478.34 |

Flat Rate Total Wages Due = $17,916.66
Expenses Due                $1478.34

TOTAL DUE         $19,395.00                                          $

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

Date May 31, 2021

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr John Romero  
2301 Pacific Ave  
Costa Mesa CA 92627  
United States

Room: 1001  
Room Type: KSTE  
No. of Guests: 1  
Rate: $  115.00   Clerk: 8

Marriott Rewards #   756834271  
Name:

CRS Number  71550607

Arrive:  05-09-21        Time:  11:50        Depart:  05-14-21        Folio Number:  662452

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-09-21 | Package | 115.00 | |
| 05-09-21 | Government Tax | 10.35 | |
| 05-09-21 | Hotel Fee | 10.35 | |
| 05-10-21 | COMEDOR- Guest Charge (Breakfast) | 6.84 | |
| 05-10-21 | Package | 115.00 | |
| 05-10-21 | Government Tax | 10.35 | |
| 05-10-21 | Hotel Fee | 10.35 | |
| 05-11-21 | COMEDOR- Guest Charge (Breakfast) | 6.84 | |
| 05-11-21 | Package | 115.00 | |
| 05-11-21 | Government Tax | 10.35 | |
| 05-11-21 | Hotel Fee | 10.35 | |
| 05-12-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 05-12-21 | Package | 115.00 | |
| 05-12-21 | Government Tax | 10.35 | |
| 05-12-21 | Hotel Fee | 10.35 | |
| 05-13-21 | COMEDOR- Guest Charge (Breakfast) | 3.48 | |
| 05-13-21 | Package | 115.00 | |
| 05-13-21 | Government Tax | 10.35 | |
| 05-13-21 | Hotel Fee | 10.35 | |
| 05-14-21 | Visa Card | | 699.82 |
| | Card # XXXXXXXXXXXX1287 | | |

*[handwritten:]* + 4.16  5/14 Bkfst
_____
703.98

# Itinerary confirmation

Report Website Problem ↓
Download to calendar     PRINT ITINERARY

## You're all set to jet!

**Confirmation code: THZSDW**     MANAGE BOOKING >

## Travelers

**Mr. John Joseph Romero**

| Flight | | | | | |
|---|---|---|---|---|---|
| Ticket number | 2792162533970 | | | | |
| Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | | |
| | **LAX → FLL** | **FLL → SJU** | **SJU → FLL** | **FLL → LAX** | |
| Seat | 14D | 7C | 12D | 13D | |
| Checked Baggage Allowance | 2 bags | 2 bags | 2 bags | 2 bags | |

## Your flights

| | | | |
|---|---|---|---|
| Los Angeles, CA (LAX)<br>Sat May 8 2021, **9:10 PM**<br>A321/Mint | Fort Lauderdale, FL (FLL)<br>Sun May 9 2021, **5:02 AM** | Flight 100<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Sun May 9 2021, **7:30 AM**<br>A320 | San Juan, PR (SJU)<br>Sun May 9 2021, **9:58 AM** | Flight 1053<br>JetBlue | Fare: Blue<br>Nonstop |
| San Juan, PR (SJU)<br>Fri May 14 2021, **11:09 AM**<br>A320 | Fort Lauderdale, FL (FLL)<br>Fri May 14 2021, **1:53 PM** | Flight 1254<br>JetBlue | Fare: Blue<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Fri May 14 2021, **5:05 PM**<br>A321/Mint | Los Angeles, CA (LAX)<br>Fri May 14 2021, **7:43 PM** | Flight 2501<br>JetBlue | Fare: Blue<br>Nonstop |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $466.96 | $67.40 | $534.36 | x 1 | $534.36 USD |

Total fare:     $534.36 USD

 Gmail

John Romero <jrrjjr.romero@gmail.com>

## Your Newport Children's Medical Group receipt [#1156-8666]
1 message

**Newport Children's Medical Group** <receipts+acct_1GNXZpL1rApPizSc@stripe.com>   Mon, May 3, 2021 at 1:21 PM
Reply-To: Newport Children's Medical Group <Manager@newportchildren.com>
To: jrrjjr.romero@gmail.com

# Receipt from Newport Children's Medical Group

Receipt #1156-8666

**AMOUNT PAID**
$240.00

**DATE PAID**
May 3, 2021

**PAYMENT METHOD**
VISA - 1287

**SUMMARY**

Payment to Newport Children's Medical Group     $240.00

**Amount charged**     **$240.00**

If you have any questions, contact us at
Manager@newportchildren.com.

Something wrong with the email? **View it in your browser.**

You're receiving this email because you made a purchase at Newport Children's Medical Group, which partners with Stripe to provide invoicing and payment processing.



**Fashion Island**
1401 Avocado Ave. # 802
Newport Beach, CA 92660
Phone: 949-644-0970
Fax: 949-644-0774

**Costa Mesa Office**
1640 Newport Blvd. # 210
Costa Mesa, CA 92627
Phone: 949-642-7332
Fax: 949-642-7335

**Laguna Beach Office**
31862 Coast Hwy # 203
Laguna Beach, CA 9265
Phone: 949-499-4538
Fax: 949-499-7449

**Irvine Office**
16300 Sand Canyon Ave. #488
Irvine, CA 92618
Phone: 949-655-8880
Fax: 949-655-8883

---

Patient Name: **Romero, John**
Gender: **Male**

DOB: **06/21/1950**
**(70 years)**

Ordering Physician : Z. Reda, MD, FCCP, FAAP
CLIA: 05D0959609

Draw Date:  05/07/2021 10:45 AM
Result Date: 05/07/2021

---

PANEL / TEST                                       RESULT

---

## COVID-19 SARS CoV-2 (PCR NAAT Molecular Test Result) (CPT 87635) (Dx Z20.828)/99000/99072/98967

Source-COVID-19                    Nasopharyngeal

**SARS-CoV2 RT-PCR Molecular Abbott ID-NOW**             **NEGATIVE (Not Detected)**

Negative results must always be combined with patient history and clinical observation and monitoring. Optimum specimen types and timing of specimen collection are crucial for accurate result. Collection of multiple specimens at various intervals maybe necessary to detect the virus.

Abbott ID-NOW COVID-19 is the leading molecular PCR Test trusted by hospitals, physician offices and urgent care clinics. The test targets COVID-19 RdRp gene that utilizes isothermic NAAT technology. ID-NOW test is FDA approved under EUA (Emergency Use Authorization). The recent Abbott data show highly accurate results over 99% sensitivity, and the specificity is close to 100%.

CLINICAL SIGNIFICANCE

| | |
|---|---|
| NEGATIVE (Not Detected) | You do not have the corona virus in your system and you are NOT contagious. If you continue to experience persistent symptoms, loss of smell or taste, please contact your physician for further evaluation. |
| DETECTED POSITIVE | You have the corona virus in your system whether you have symptoms or not. You are contagious and should self-quarantine right away. Positive results require telemedicine consultation. |