# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

June 3, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-05
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – May 1 - 31, 2021

                                       **Total Due**                                     **$11,500.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and responded to emails/texts/telephone calls (month of May) from members of the Monitor Team, the Honorable Judge Gelpí, and the Special Master.
Generated, received, reviewed, and responded to emails/texts/telephone calls (month of May) from the PRPB Reform Office, Department of Public Safety and Office of the Counsel to the Governor.
Participated in various Zoom meetings with the Monitor Team.
Monitor media coverage of issues of relevance to the Monitor Team.
Assisted in the coordination of Zoom meetings with PRPB, Department of Public Safety, Office of the Counsel to the Governor and/or the Puerto Rico Federal Affairs Administration.
Assisted in the drafting, review and revision of documents prepared by the Monitor Team.
Monitored proposed legislation which may impact PRPB's compliance with the Agreement.
Represented the Monitor Team at meeting with the Director of the Reform Office at the PRPB.
Assisted members of the Monitor Team re: coordination of meetings, and other matters.
Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, PRFAA and the Monitor Team.
Represented the Monitor Team at demonstrations/protests involving PRPB.
Provided presence at the Monitor's Office to meet with general public, and/or community leaders.
Assisted in the coordination of the Chief Monitor's calendar including conference calls and in person meetings in Puerto Rico.

**Site Visit to Puerto Rico May 10 through 14, 2021**
Virtual Participation in Status Conference with the Honorable Judge Gelpi.
Meeting with Reform Unit
Meetings with Monitor Team members.
Participated in meeting with representative of Dominican Community
Site visit to San Juan Centro Mando to review onscreen form PPR-126.2
Site visit to FIU (HQ) document review
Site visit to SWAT re: document review
Meeting with PRPB attorneys.
Site visit to Bayamon Area Command re: Kronos
Meeting with USDOJ and Special Master's Office
Participated in debriefing meeting with the Monitor Team
Participated in 253 Meeting with the Parties and the Special Master