# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice    Month May 2021                                                                 Invoice # 008

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| May- 9 - 2021 | pick up the office staff at the airport for the meetings of the week | 17 | $20.00 | $340.00 |
| May-10-2021 | day of meetings of the monitor and the staff of the monitor's office to different places | 12 | $20.00 | $240.00 |
| May-11-2021 | day of meetings of the monitor and the staff of the monitor's office to different places | 15 | $20.00 | $300.00 |
| May-12-2021 | day of meetings of the monitor and the staff of the monitor's office to different places | 11 | $20.00 | $220.00 |
| May-13-2021 | take staff to the airport early plus day of meetings of the monitor and the monitor's office staff to different places | 15 | $20.00 | $300.00 |
| May-14-2021 | take the monitor to the airport and the staff at different times of the day | 8 | $20.00 | $160.00 |
| May 2021 | car use expenses | 1month | 1month | $200.00 |
| | | 78 | $20.00 | Total 1,760.00 |
| | | | | |
| | | | | |