# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 5/31/2021
**INVOICE #** 20215
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dropbox. training curriculum and outline material Comm. Poli. | 1.50 | $150.00 | $ 225.00 |
| Zoom meetings: Team | 3.50 | $150.00 | $ 525.00 |
| CMR4 Doc. Review for data submitted docs.dropbox | 1.00 | $150.00 | $ 150.00 |
| Phone calls/texts/emails: Iniciativa Comunitaria, Casa Providencia, Denise, John, Donnie, Rita, Al, Javi | 1.50 | $150.00 | $ 225.00 |
| PRPB Policies:Press Office, Manual, forms Review/edit (6) | 6.00 | $150.00 | $ 900.00 |
| CMR4 data review: Par. 205, 206-208 dropbox docs retrieval/review | 4.00 | $150.00 | $ 600.00 |
| Team meeting/ PRPB HQRS meeting/PRPB IT Team meeting for system review (EIS, Manual for community) 5/10/2021 | 7.50 | $150.00 | $ 1,125.00 |
| PRPB Community engagement Interviews/Staff recruitment Division meeting/Status conference | 9.00 | $150.00 | $ 1,350.00 |
| PRPB Community engagement Interviews/Training & curriculum meeting: Academy Gurabo, P.R. 05/12/20121 | 7.50 | $150.00 | $ 1,125.00 |
| PRPB Community engagement Interviews/Community Engagement meetings: Mr. Jose Rodriguez, Dominican Committee/Debrief | 8.50 | $150.00 | $ 1,275.00 |
| Drop box documents review: Community Relations Bureau's Global report/doc. search, Par. 205 analysis in re: to par. 13, 102, 103, 120, 140, 145 and 159. | 3.50 | $150.00 | $ 525.00 |
| CMR4 review for training certificates, Comm. Police outline review and dates of training+curriculm review for content quality/assessment +rough notes | 5.50 | $150.00 | $ 825.00 |
| Community Relations Bureau's Global report/Alliances per police areas reviewed pars. 206, 207,/notes/ policies 801,803, 805 for compliance | 5.50 | $150.00 | $ 825.00 |
| Par. 207 training certificates review 208-212 review docs. Annotations for rough draft/assessment/part draft Common dropbox | 6.00 | $150.00 | $ 900.00 |
| Par. 213-217 doc. Rough notes for assessment | 2.00 | $150.00 | $ 300.00 |
| Assessment draft | 2.50 | $150.00 | $ 375.00 |
| | | | $ - |
| **TOTAL HOURS** | **75.00** | | |
| | | SUBTOTAL | $ 11,250.00 |
| | | SALES TAX | $ - |
| | | **TOTAL** | **$11,250.00** |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios

**THANK YOU!**