| | |
|---|---|
| Rafael E. Ruiz | **INVOICE # 2021-05** |
| 12 Crestshire Dr. | |
| Lawrence, MA 01843 | DATE: May 31, 2021 |

Billed to:   Federal Monitor, PRPB/USDOJ Agreement   For service: May 1-31, 2021
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

| Description | HOURS | RATE | AMOUNT |
|---|---|---|---|
| May 3- Weekly Monitor staff meeting | 1.25 | $150/hr. | $187.50 |
| May 3- Work on PRPB new data S&S/Arrests | 4.00 | $150/hr. | $600.00 |
| May 5- Review PRPB policies 100-131, 132, 400-406 | 5.00 | $150/hr. | $750.00 |
| May 8- Review and prep report for above policies | 3.00 | $150/hr. | $450.00 |
| May 10-13- Site visit to PR | 32.00 | $150/hr. | $4,800.00 |
| May 17- Weekly Monitor staff meeting/CMR-04 S&S Draft | 6.00 | $150/hr. | $900.00 |
| May 18- CMR-04 Draft S&S | 7.00 | $150/hr. | $1,050.00 |
| May 19- CMR-04 Draft S&S | 9.00 | $150/hr. | $1,350.00 |
| May 20- CMR-04 Draft S&S/ Policy reviews | 6.50 | $150/hr. | $975.00 |
| May 21- CMR-05 Draft S&S/ Policy reviews | 7.00 | $150/hr. | $1,050.00 |
| May 22- CMR-04 Draft S&S | 7.50 | $150/hr. | $1,125.00 |
| May 23- CMR-04 Draft S&S | 6.00 | $150/hr. | $900.00 |
| May 24- CMR-04 Draft S&S/ Monitor weekly staff meeting | 10.25 | $150/hr. | $1,537.50 |
| May 25- CMR-04 Draft S&S | 7.50 | $150/hr. | $1,125.00 |
| May 26- CMR-04 Draft S&S | 8.00 | $150/hr. | $1,200.00 |
| May 27- CMR-04 Draft S&S/ Policy rev./DR Immg. Issue | 10.00 | $150/hr. | $1,500.00 |
| May 28- CMR-04 Draft S&S/ Policy rev./DR Immg. Issue | 8.25 | $150/hr. | $1,237.50 |
| **TOTAL HOURS WORKED** | 138.25 | | |
| Total billable hours | 81.00 | $150/hr. | $12,150.00 |
| **Hotel/Airfare/Meal expense** | | | $1,000.00 |
| **TOTAL BILLED** | | | **$13,150.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E Ruiz* _____ Date: May 31, 2021
Rafael E. Ruiz