Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR004-2021
DATE: May 28, 2021

**Dates of service: May 1 – May 28, 2021**         **TOTAL** $12,850.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team **1.5 hrs**.
-Correspondence with Juvenile Reform Team **6.00 hrs.**
-Correspondence with Monitoring Team/and members **1.00 hr**.
-Site visit (May 9-14) to PRPB for observation/meetings/research **20 hrs.**
-Research and Writing of CMR-4 Training and Equal Protection sections. **50.50 hrs.**

**Billable Hours:** 79 HOURS, at rate of $150 per hour = $11,850.00

**Travel Reimbursement**: $488.40 (Airfare) $681.50 (Lodging) = $1000.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: Rita J Watkins]*

Rita J. Watkins                                                                 Date: May 28, 2021