# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 1565 Benton Boulevard Apt. 212 Savannah, Georgia 31407

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-03
**DATE:** May 31, 2021

| DATE | DESCRIPTION | HOURS | PRICE | AMOUNT |
|---|---|---|---|---|
| 05/02/2021 | 1.5 hour of itemized list updates | 1.5 | $50.00 | $75.00 |
| 05/04/2021 | 1.0 hour of data conversion | 1.0 | $50.00 | $50.00 |
| 05/08/2021 | 1.5 hours of itemized list and memo drafting | 1.5 | $50.00 | $75.00 |
| 05/09/2021 | 2 hours of memo and newsletter drafting | 2.0 | $50.00 | $100.00 |
| 05/14/2021 | 1.0 hour of resource identification | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**     **SEE SECOND PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 1565 Benton Boulevard Apt. 212 Savannah, Georgia 31407

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-03
**DATE:** May 31, 2021

| DATE | DESCRIPTION | HOURS | PRICE | AMOUNT |
|---|---|---|---|---|
| 05/15/2021 | 1.0 hour of itemized list updates | 1.0 | $50.00 | $50.00 |
| 05/18/2021 | 2.0 hours of checklist development and policy consolidation | 2.0 | $50.00 | $100.00 |
| 05/21/2021 | 1.0 of data conversion and memo drafting | 1.0 | $50.00 | $50.00 |
| 05/28/2021 | 1.0 hour of report development | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**     **$600.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.