Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 11877



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 06/01/2021 | PLEASE PAY $964.35 | DUE DATE 06/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room** XLarge Conference Room, $135.00, 4 x $33.75 / hour (10% discount) - May 13, 2021 | 4 | 33.75 | 135.00T |
| **Event Rental:Conference Room** Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - May 12, 2021 | 1 | 75.00 | 75.00T |
| **Event Rental:Conference Room** Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - May 11, 2021 | 1 | 75.00 | 75.00T |
| **Event Rental:Conference Room** XLarge Conference Room, $141.88, 1 x $125.00 / half day, 0.5 x $33.75 / hour (10% discount) - May 11, 2021 | 1 | 141.875 | 141.88T |
| **Event Rental:Conference Room** Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - May 10, 2021 | 1 | 75.00 | 75.00T |
| **Event Rental:Conference Room** XLarge Conference Room, $175.63, 1 x $125.00 / half day, 1.5 x $33.75 / hour (10% discount) - May 10, 2021 | 1 | 175.625 | 175.63T |
| **Event Rental:Conference Room** Medium Conference Room, $67.50, 3 x $22.50 / hour (10% discount) - May 11, 2021 | 3 | 22.50 | 67.50T |
| **Event Rental:Conference Room** XLarge Conference Room, $101.25, 3 x $33.75 / hour (10% discount) - May 12, 2021 | 3 | 33.75 | 101.25T |
| **Event Rental:Conference Room** Medium Conference Room, $81.00, 1 x $81.00 / hour (10% discount) - May 12, 2021 | 1 | 81.00 | 81.00T |

SUBTOTAL 927.26
TAX (4%) 37.09
TOTAL 964.35

TOTAL DUE $964.35

ELEVATE YOUR BUSINESS

THANK YOU.

ELEVATE YOUR BUSINESS