# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

# INVOICE

Federal Police Monitor

San Juan, PR

INVOICE NUMBER:  57
INVOICE DATE:  MAY 31, 2021

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-01-21 | Administrative Director | Observe at different sites on May 1st Manifestations, Communications with the Monitor. | 6.00 | $85.00 | $510.00 |
| MAY-03-21 | Administrative Director | Work with May Team Visit, Weekly Staff meeting, Meeting with Reform Office Director at PRPB, Communications with the Monitor, Work with Team April Invoices. | 5.50 | $85.00 | $467.50 |
| MAY-04-21 | Administrative Director | Communications with the Monitor and Team Members, Coordination of May Visit. | 3.00 | $85.00 | $255.00 |
| MAY-05-21 | Administrative Director | Work with April Team Invoices, Meeting with Special Master and USDOJ, Communications with the Monitor and Team Members. Coordination of May Team Visit. Review of documents sent by PRPB. | 5.50 | $85.00 | $467.50 |
| MAY-06-21 | Administrative Director | Meeting with Deputy Monitor, Coordination of May Team Visit, Communication with PRPB Officials and Team Members. | 3.50 | $85.00 | $297.50 |
| MAY-07-21 | Administrative Director | Review of emails, Coordination of May visit. Communications with the Monitor | 3.25 | $85.00 | $276.25 |
| MAY-09-21 | Administrative Director | Communications with Team Members, Coordination of Transportation. | 2.00 | $85.00 | $170.00 |
| MAY-10-21 | Administrative Director | Team Meeting at Office, Meeting with PRPB Reform office, Meetings at PRPB, Communications with the Monitor, Senior Legal Counsel and Team Members. | 10.00 | $85.00 | $850.00 |
| MAY-11-21 | Administrative Director | Meetings at office with Team, PRPB, USDOJ, Status Conference. Communications with the Monitor and Team Members. | 8.00 | $85.00 | $680.00 |
| MAY-12-21 | Administrative Director | Team Visit Meetings at Office with PRPB, USDOJ and Special Master. 253 Meeting. Communications with Team Members. | 9.00 | $85.00 | $765.00 |
| MAY-13-21 | Administrative Director | Team Visit Meetings, Communications with the Monitor and Team Members, Meeting with José Rodríguez, Team Recap Meeting. | 9.00 | $85.00 | $765.00 |
| MAY-14-21 | Administrative Director | Final review of the Team April Invoices, Communications with the Monitor and Team Members, Review of Website messages. | 3.75 | $85.00 | $318.75 |

INVOICE NUMBER: 57

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAY-17-21 | Administrative Director | Staff Meeting, Work with Newsletter translation, Review of emails and information sent by Team Members. | 3.00 | $85.00 | $255.00 |
| MAY-18-21 | Administrative Director | Communications with he Monitor, Work with May 1 protests memo. | 2.00 | $85.00 | $170.00 |
| MAY-19-21 | Administrative Director | Work with Team Expenses for 2020-2021 chart. | 1.50 | $85.00 | $127.50 |
| MAY-20-21 | Administrative Director | Cont Working with 2020-2021 Expenses Chart. | 2.00 | $85.00 | $170.00 |
| MAY-21-21 | Administrative Director | Went to dealers looking for an office vehicle. Review of Information sent by Team Members. | 3.50 | $85.00 | $297.50 |
| MAY-24-21 | Administrative Director | Communications with the Monitor, Staff Meeting, Review of information sent by PRPB and Team Members. | 4.00 | $85.00 | $340.00 |
| MAY-25-21 | Administrative Director | Communications with Team Members, Finish 2020-2021 FPM Expense chart, Follow up on AEE UTIER Manifestations. | 2.00 | $85.00 | $170.00 |
| MAY-26-21 | Administrative Director | Communications with the Monitor and Team members, Changes to 2020-2021 FPM Expenses. | 1.50 | $85.00 | $127.50 |
| MAY-28-21 | Administrative Director | Communications with the Monitor, Review of Information sent by PRPB and Team members. | 2.50 | $85.00 | $212.50 |
| MAY-31-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| | | Manuel Arroyo Gasoline Expense | | | $120.00 |
| | | Total amount of this invoice | | | $7,812.50 |

MESSAGE

Javier B Gonzalez, May 31, 2021