# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER: 20200452
DATE: MAY 27, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| MAY-05-21 | CONSULTING FEES | Bank Reconciliation 4/30/2021<br>Verify April 2021 invoices<br>Calculate professional services tax retention<br>Post April invoices in SAGE | 3.50 | $100.00 | $350.00 |
| MAY-06-21 | CONSULTING FEES | ANNUAL FEES PAID TO THE DEPARTMENT OF STATE | 1.00 | $150.00 | $150.00 |
| MAY-24-21 | CONSULTING FEES | Notarization fees for the VOB - San Juan | 1.00 | $35.00 | $35.00 |
| MAY-26-21 | CONSULTING FEES | Deposit at First Bank PR | 1.00 | $100.00 | $100.00 |
| | | TOTAL: CONSULTING FEES | | | $635.00 |
| | | Total hours for this invoice | 4.50 | | |
| | | PREPARATION OF THE ANNUAL REPORT WITH PR DEPT OF STATE | | | $200.00 |
| | | Total before tax | | | $835.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $835.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)