IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | CIVIL NO.: 12-cv-02039 |

**MOTION SUBMITTING CERTIFIED TRANSLATION OF PRPB'S PROTOCOL FOR AUXILIARY COMMISSIONERS**

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorneys, and very respectfully state and pray:

1. Pursuant to PRPB's motion at Docket 1764 and this Honorable Court's Order at Docket 1766, PRPB herein submits a certified translation of its protocol for auxiliary commissioners.

**WHEREFORE**, the Defendants respectfully request that the Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Motion Submitting Certified Translation of PRPB's
Protocol for Auxiliary Commissioners
Civil No. 12-02039
Page 2 of 2

      In San Juan, Puerto Rico, today, June 21, 2021.


**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com