**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

May 22, 2021 – June 21, 2021

INVOICE # ASM.TDP.2021-6                                              TOTAL DUE $9,450.00
ASSISTANT SPECIAL MASTER
JUNE INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 24 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding final drafts of PRPB policies and related appendices; the promotions protocol for the ranks of Inspector and higher; PRPB career path policy; CMR-4; Budget matters, specific ad hoc requests for information directed at PRPB and their responses re: media reports, the Use of Force Manual, Gap Analysis and GO 629 re: Roadblocks. | $3,600 |
| 19 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,850 |
| 20 | Zoom meetings and/or Conference calls with the various Parties. | $3,000 |

                                                                                                    **Total Wages Due = $9,450.00**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

_Thomas D. Petrowski_                                                                          6/22/21
**Thomas D. Petrowski**