GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

May 22, 2021, through June 21, 2021

INVOICE # 2021-06                               TOTAL DUE $ 9,600.00
ASSISTANT SPECIAL MASTER
June 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 22 | Reviewed and worked on documents related to PRPB's promotions policy, Auxiliary promotions policy; Data gap analysis report, PRPB career path policy; NIBRs implementation; email and discussed with the Special Master and other parties. | $3,300 |
| 22 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the court. | $3,300 |
| 20 | Zoom meetings and/or conference calls with the Parties. | $3,000 |

Total Wages Due = $ 9,600.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Gary A. Loeffert*                                    06/22/2021