Del Carmen Consulting, LLC  
3122 Westwood Drive  
Arlington, Texas 76012

May 22, 2021 through June 20, 2021

| | |
|---|---|
| INVOICE # SM2021-6 | **TOTAL DUE $ 15,000.00** |
| SPECIAL MASTER | |
| JUNE 2021 INVOICE | |

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Reviewed documents related to career path protocol and data gap analysis.

Engaged in promotions protocol review.

Reviewed and worked on document related to Auxiliary Superintendents and related information.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____
      **Dr. Alejandro del Carmen**                                                                        6/20/21