**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

**MOTION FOR DEPOSIT OF FUNDS**

TO THE HONORABLE COURT:

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorneys, and very respectfully state and pray:

1. Per Order of this Honorable Court dated May 5, 2021 at Docket 1752, the Commonwealth was ordered to deposit on or before June 30, 2021 with the Clerk of the Court, the following amounts: (1) $2,534,404.00 for the TCA Office operating budget for FY 2021-2022; and, (2) $507,000 for the Special Master's operating budget, for FY 2021-2022.

2. Per subsequent Order dated June 10, 2021 at Docket 1771, this Honorable Court modified the amount to be deposited for the TCA Office operating budget for FY 2021-2022 to $2,069,500.37.

3. Therefore, today defendants will deposit with the Clerk of the Court check number 00331609 in the amount of $2,069,500.37 for the TCA's budget and check number 00331608 in the amount of $507,000.00 for the Special Master's budget, for FY 2021-2022. See

Exhibits 1 and 2.

**WHEREFORE**, codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department respectfully request the Court to take notice of the above.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 30th day of June, 2021.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com