**Check Date:** 23.Jun.2021                                                                 **Check No.** 00331609

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR3 | 21.Jun.2021 | 21011589 | 2,069,500.37 | 0.00 | 2,069,500.37 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00331609 | 23.Jun.2021 | 00045 | | $2,069,500.37 |

🔒 Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

**Modelo SC 784**
**AGOSTO 2005**
GOBIERNO DE PUERTO RICO · HACIENDA

**DEPARTAMENTO DE HACIENDA**                **BANCO POPULAR DE PUERTO RICO**
PASEO COVADONGA 10                                                                    **00331609**
SAN JUAN,PR 00902

**FECHA**    **23.Jun.2021**                                   **IMPORTE**    $2,069,500.37***

**PAGUESE**    ***DOS MILLONES SESENTA Y NUEVE MIL  QUINIENTOS  CON 37/100 DOLARES***

A LA          **U S CLERK DISTRICT COURT OF TH**
ORDEN DE      AREA DEL TESORO
              CONTADURIA GENERAL                                    *Francisco Parés* ᴶᴿ
              SAN JUAN, PR 00902

**BANCO POPULAR®**  No es valido seis meses despues de su emision            **SECRETARIO DE HACIENDA**

⑆00331609⑆ ⑈021502011⑈ 030049458⑆