**Check Date:** 23.Jun.2021                                                                                               **Check No.** 00331608

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR4 | 21.Jun.2021 | 21011587 | 507,000.00 | 0.00 | 507,000.00 |

| Vendor Number | Vendor Name | Total Discounts | |
|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00331608 | 23.Jun.2021 | 00045 | | $507,000.00 |

---

Modelo SC 784
AGOSTO 2005

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00331608

**FECHA** 23.Jun.2021                                    **IMPORTE** $507,000.00***

**PAGUESE** *** QUINIENTOS SIETE MIL  CON 00/100 DOLARES***

A LA
ORDEN DE
U S CLERK DISTRICT COURT OF TH
AREA DEL TESORO
CONTADURIA GENERAL
SAN JUAN, PR 00902

*Francisco Parés III*

**BANCO POPULAR** No es valido seis meses despues de su emision

**SECRETARIO DE HACIENDA**

⑈00331608⑈ ⑆021502011⑆ 030049458⑈