

# M E M O R A N D U M

**To**        :    Luis E. Saucedo, Esq., U.S. Department of Justice
                   Jorge Castillo, Esq., U.S. Department of Justice
                   Gabriel A. Peñagarícano, Esq., counsel for PRPB
                   Rafael Barreto-Solá, Esq., counsel for PRPB

**Date**      :    April 8, 2021

**From**      :    John Romero, Federal Monitor
                   Denise Rodríguez, Deputy Federal Monitor

**Re**        :    *United States of America v. Commonwealth of Puerto Rico*,
                   Civil No. 12-2039 (GAG)

On June 26, 2014, the United States of America and the Commonwealth of Puerto Rico (collectively the "Parties") filed a "Stipulation and [Proposed] Order for the Establishment of the TCA Office and the Payment of TCA Expenses" (ECF No. 139).

Pursuant to this stipulation, the Monitor's Office is supposed to prepare and submit a proposed annual budget running from July 1st to June 30 of the subsequent year. This proposed budget must be submitted to the parties at least sixty days prior to the conclusion of each budget year for approval. The stipulation further states that:

> The Parties and the TCA agree to discuss and negotiate the proposed annual budget in good faith to ensure that the TCA has sufficient and necessary resources to carry out his duties under the Agreement. The agreed-upon budget shall be filed with the Court through an informative motion before the start of each operating budget period. If the Parties and the TCA are unable to agree on an annual budget, any Party or the TCA may request this Court to resolve the matter. The Court's resolution shall be binding on all Parties.

See ECF No. 139 at 5, ¶ 16.

In compliance with the foregoing, the TCA hereby submits to the Parties its proposed budget for Fiscal Year 2021-2022.  The Monitor's Office has prepared this budget considering the additional court-approved team members and expenses.

The enclosed budget also considers having Mr. Luis Hidalgo appointed with a full-time position as Associate Monitor.  This decision was made after conferring with Hon. Gustavo A. Gelpí the need of having a professional in Puerto Rico representing the Monitor's Office in a myriad of matters which are detailed in the document enclosed.  Judge Gelpí has expressed support to this new appointment.

We look forward in working with the Parties regarding the matters addressed above.

**Office of the FPMPR LLC**
**Proposed Budget**
**Fiscal Year ending June 30, 2022**

| PROPOSED REGULAR BUDGET | Amount |
|---|---:|
| **Professional Services** | $ 1,902,200.00 |
| **Team (SME) Travel Expenses** | 210,000.00 |
| **Office** | 60,504.00 |
| **Vehicle** | 11,700.00 |
| **Travel** | 30,000.00 |
| **Conferences, Conventions and Meetings** | 10,000.00 |
| **Town Halls** | 10,000.00 |
| **Survey, Qualitative and Quantitative Assessment** | 100,000.00 |
| **Special Projects Related to Monitoring** | 200,000.00 |
| **Total** | **$ 2,534,404.00** |

# Office of the FPMPR LLC
# Annual Budget Worksheet
# For Fiscal Year 2020-21

| | | Annual Budget |
|---|---|---:|
| **Professional Services** | | |
| | John Romero (Chief Monitor) | 215,000.00 |
| | Denise Rodriguez (Deputy Monitor) | 190,000.00 |
| | Rafael Ruiz (Subject Matter Expert) | 118,800.00 |
| | Al Youngs (Subject Matter Expert) | 118,800.00 |
| | Scott Cragg (Subject Matter Expert) | 118,800.00 |
| | Donnie Gosselin (Subject Matter Expert) | 115,200.00 |
| | Rita Watkins (Subject Matter Expert) | 115,200.00 |
| | David Levy (Statitical Analysis) | 115,200.00 |
| | Merangelie Serrano (Subject Matter Expert) | 115,200.00 |
| | Luis Hidalgo ( Associate Monitor) | 138,000.00 |
| | Samantha Rhinerson ( Research and Analysis) | 24,000.00 |
| | Javier Gonzalez (Administrative Director) | 96,000.00 |
| | Hipolito Castro, Jr.(Special Investigator) | 60,000.00 |
| | Manuel Arroyo (Administrative Assistant) | 12,000.00 |
| | Roberto Abesada Esq. (Chief Legal Counsel) | 140,000.00 |
| | Viota & Associates CPA | 24,000.00 |
| | Salvador Carrión Esq. (Legal Counsel) | 24,000.00 |
| | Senior Counsels (Castellanos Esq. Judge Denton) | 150,000.00 |
| | Claudia Camara (Administrative Assistant) | 12,000.00 |
| | **Total professional services** | **$ 1,902,200.00** |
| **Travel Expenses** | | |
| | **Core Monitoring Team** | **$ 210,000.00** |
| **Office** | | |
| | Petty Cash | 1,200.00 |
| | Rent | 28,704.00 |
| | Supplies | 3,000.00 |
| | Maintenance / Copier | 3,000.00 |
| | Telephone & Communications | 3,000.00 |
| | Insurance | 3,000.00 |
| | Internet | 1,800.00 |
| | Website | 16,800.00 |
| | **Total office** | **$ 60,504.00** |
| **Vehicle** | | |
| | Gasoline | 3,000.00 |
| | Tolls | 600.00 |
| | Insurance | 1,800.00 |
| | Registration | 300.00 |
| | Maintenance | 6,000.00 |
| | **Total vehicles** | **$ 11,700.00** |
| **Others** | | |
| | **Travel** | 30,000.00 |
| | **Conference, conventions & meetings** | 10,000.00 |
| | **Town Halls** | 10,000.00 |
| | **Survey, qualitative and quantitative assessment** | 100,000.00 |
| | **Special projects related to monitoring** | 200,000.00 |
| | | **$ 2,534,404.00** |

# Associate Monitor

### DUTIES

General Duties
- At the direction of the Chief Monitor, respond to ongoing events occurring in Puerto Rico warranting the presence of the Monitor's Office.
- Monitor proposed legislation which may impact PRPB's compliance with the Agreement.
- Conduct analysis of said legislation in order to brief the Chief Monitor and Deputy Chief Monitor.
- Conduct site visits of PRPB facilities, as directed by the Chief Monitor.
- Assist Team members of the Monitor's Office as directed by the Chief Monitor.
- Review and edit documents produced by the Monitor's Office as directed by the Chief Monitor and Deputy Monitor.
- At the direction of the Chief Monitor, assist analyst/report writer in the preparation of outcome assessments.
- Work with the Office's Administrative Director to identify and select a company to carry out comprehensive surveys as per paragraph 241 of the Agreement.
- Work with the Administrative Director to coordinate Town Hall meetings throughout the Island, as directed by the Court.

If the Chief Monitor and/or the Deputy Chief Monitor are not present in Puerto Rico, the Associate Monitor will:
- Act as the liaison between the Department of Public Safety, PRPB, Office of the Governor, PRFAA and/or other agencies and subdivisions of the Government of Puerto Rico and the Office.
- Represent the Chief Monitor or Deputy Chief Monitor at meetings with government officials, community leaders, members of the PRPB and/or the Court.
- Represent the Monitor's Office at major events involving PRPB, such as, large demonstrations/protests, police graduations, promotion ceremonies, etc.
- Provide weekly presence at the Monitor's Office to meet with general public, community leaders or other persons as needed.

While the Chief Monitor and/or the Deputy Chief Monitor are in Puerto Rico, the Associate Monitor will:
- Coordinate and maintain Chief Monitor's calendar including conference calls and in person meetings in Puerto Rico during his presence.

Note: In order to properly perform the above duties and responsibilities the associate monitor will be required to work a significant number of hours monthly and therefore will not be compensated at an hourly rate. The Chief Monitor has determined that the position, if approved, will be compensated at a flat rate of $11,500 per monthly.