Ex. B

**Office of the Special Master**
**Proposed Budget**
**Fiscal Year ending June 30, 2022**

| PROPOSED REGULAR BUDGET | Amount |
|---|---|
| **Professional Services** | $480,000.00 |
| **OSM Team Member Travel Expenses** | 27,000.00 |
| **Total** | **$ 507,000.00** |

**Office of the Special Master**
**Annual Budget Worksheet**
**For Fiscal Year 2021-22**

| | Annual Budget |
|---|---|
| **Professional Services** | |
| Alejandro del Carmen (Special Master) | 180,000.00 |
| Gary Loeffert (Assistant Special Master) | 150,000.00 |
| Thomas Petrowski (Assistant Special Master) | 150,000.00 |
| | |
| **Total professional services** | **$480,000.00** |
| **Travel Expenses** | |
| Alejandro del Carmen (Special Master) | 9,000.00 |
| Gary Loeffert (Assistant Special Master) | 9,000.00 |
| Thomas Petrowski (Assistant Special Master) | 9,000.00 |
| | |
| **Total professional services** | **$    27,000.00** |
| **Office** | |
| | |
| | **$ 507,000.00** |