# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>   Plaintiff, <br><br>   v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br>   Defendants. | CIVIL NO. 12-2039 (GAG) |

### Request for Extension to Deadline Established by the Court Regarding the Promotions Protocol & Auxiliary Commissioners

NOW COMES Special Master Dr. Alejandro del Carmen in response to the order of the Court titled *ORDER re: Promotions Protocol & Auxiliary Commissioners* (Docket No. 1756). dated May 19, 2021, in which the Court instructed the Special Master to direct, guide, consult with the parties, and submit a final version of the promotional protocol on or before July 1, 2021. As the Court is aware, all parties have been working diligently to review and finalize draft of the promotions protocol for the ranks of Inspector through Colonel protocol and directive, and the parties are very close to final version. The Special Master respectfully requests that the deadline for the final versions be extended to September 1, 2021.

The Special Master certifies that the foregoing document was forwarded to this Honorable Court to be electronically filed with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to the Monitor and all counsel of record.

**RESPECTFULLY SUBMITTED** this 30th day of June, 2021,

**ALEJANDRO DEL CARMEN**
Special Master

*s/Alejandro del Carmen*
delcarmen@specialmasterpuertorico.com