OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

July 5, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For June 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,166.66 | June 2021 |
| Castellanos Group LLC | $ 4,680.00 | June 2021 |
| Spece | $ 2,948.14 | June 2021 |
| The & Group LLC (Javier González) | $ 7,352.50 | June 2021 |
| Dr. David Levy | $10,150.00 | June 2021 |
| Denise Rodriguez | $15,833.33 | June 2021 |
| Viota & Associates CPA LLC | $    825.00 | June 2021 |
| Donald S. Gosselin | $ 9,150.00 | June 2021 |
| Al Youngs | $10,150.00 | June 2021 |
| Rafael E. Ruiz | $10,112.50 | June 2021 |
| Scott Cragg | $10,150.00 | June 2021 |
| Federico Hernández Denton | $ | June 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $13,737.50 | June 2021 |
| Rita J. Watkins | $ 3,225.00 | June 2021 |
| Merangelie Serrano | $ 3,900.00 | June 2021 |
| Luis Hidalgo | $11,500.00 | June 2021 |
| Korber Group | $ 1,624.96 | June 2021 |
| Samantha Rhinerson | $ 1,100.00 | June 2021 |
| Claudia Cámara | $ 1,160.00 | June 2021 |
| Manuel Arroyo | $ 1,420.00 | June 2021 |
| Hipolito Castro Jr | $ | June 2021 |
| **TOTAL:** | **$138,185.59** | June 2021 |