John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

June 1 through June 30, 2021

INVOICE # 085
FEDERAL MONITOR
JUNE 2021 INVOICE

**TOTAL DUE $19,166.66**

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of June) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.
Conducted assessments of arrests by PRPB relating to undocumented persons
Participated in 253 Meeting with the Parties and the Special Master
Reviewed PRPB G.O. 600-623 "Police Pursuits"

**Site Visit to Puerto Rico June 7 through 11, 2021**
Meeting with the Honorable Judge Gelpi.
Meeting with Reform Unit
Meetings with Monitor Team members based in Puerto Rico.
Meeting with Dominican Consulate.
Participated in PRPB's IT Unit presentations re: operating systems
Site visit to San Juan Centro Mando to review onscreen form PPR-126.2
Conducted debriefing meeting with the Monitor Team

**Expenses June Puerto Rico Visit**

| | |
|---|---|
| Airfare | 795.67 |
| Hotel | 707.98 |
| TOTAL | $1,503.65 |
| Reimbursable Expenses | $1,250.00 |

## Flat Rate Total Wages Due = $17,916.66
## Expenses Due               $1,250.00

| | |
|---|---|
| **TOTAL DUE** | $19,166.66 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*/s/ John J. Romero*

Date June 30, 2021

Book a flight                                                                                   Close

u're all set to jet!

Confirmation code: JNQVAU                                                          MANAGE BOOKING

ravelers

Mr. John Joseph Romero

| light | Ticket number | 2792165014138 | | | |
|---|---|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | | | |
| | | LAX → FLL | FLL → SJU | SJU → FLL | FLL → LAX |
| | Seat | 15D | 12D | 7C | 14C |
| | Checked Baggage Allowance | 2 bags | 2 bags | 2 bags | 2 bags |

## Your flights                                                                                  Fare rules

| Los Angeles, CA (LAX) | Fort Lauderdale, FL (FLL) | Flight 100 | Fare: Blue |
|---|---|---|---|
| Sat Jun 5 2021, 9:10 PM | Sun Jun 6 2021, 5:02 AM | JetBlue | Nonstop |
| A321/Mint | | | |

| Fort Lauderdale, FL (FLL) | San Juan, PR (SJU) | Flight 1053 | Fare: Blue |
|---|---|---|---|
| Sun Jun 6 2021, 7:30 AM | Sun Jun 6 2021, 9:58 AM | JetBlue | Nonstop |
| 320 | | | |

| San Juan, PR (SJU) | Fort Lauderdale, FL (FLL) | Flight 1754 | Fare: Blue |
|---|---|---|---|
| Fri Jun 11 2021, 1:40 PM | Fri Jun 11 2021, 4:20 PM | JetBlue | Nonstop |
| 321 | | | |

| Fort Lauderdale, FL (FLL) | Los Angeles, CA (LAX) | Flight 2501 | Fare: Blue |
|---|---|---|---|
| Fri Jun 11 2021, 8:50 PM | Fri Jun 11 2021, 11:19 PM | JetBlue | Nonstop |
| 321/Mint | | | |

e breakdown

| ssenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| ult | $728.27 | $67.40 | $795.67 | x 1 | $795.67 USD |

Total fare:        $795.67 USD

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr John Romero  
2301 Pacific Ave  
Costa Mesa CA 92627  
United States

Room: 1001  
Room Type: KSTE  
No. of Guests: 1  
Rate: S  115.00  Clerk: 8

Marriott Rewards #   756834271

CRS Number  97769568

Name:

Arrive:  06-06-21          Time:  13:11          Depart:  06-11-21          Folio Number:  685837

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-06-21 | COMEDOR- Guest Charge (Breakfast) | 17.00 | |
| 06-06-21 | Package | 115.00 | |
| 06-06-21 | Government Tax | 10.35 | |
| 06-06-21 | Hotel Fee | 10.35 | |
| 06-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 06-07-21 | Package | 115.00 | |
| 06-07-21 | Government Tax | 10.35 | |
| 06-07-21 | Hotel Fee | 10.35 | |
| 06-08-21 | Package | 115.00 | |
| 06-08-21 | Government Tax | 10.35 | |
| 06-08-21 | Hotel Fee | 10.35 | |
| 06-09-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 06-09-21 | Package | 115.00 | |
| 06-09-21 | Government Tax | 10.35 | |
| 06-09-21 | Hotel Fee | 10.35 | |
| 06-10-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 06-10-21 | Package | 115.00 | |
| 06-10-21 | Government Tax | 10.35 | |
| 06-10-21 | Hotel Fee | 10.35 | |
| 06-11-21 | Visa Card | | 707.98 |
| | Card # XXXXXXXXXXXX1287 | | |