

# INVOICE

INVOICE NUMBER:  188
INVOICE DATE:  JULY 01, 2021

FROM:  Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO:  Police Reform, Case No: 3:12-cv-2039 (GAG)
00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-01-21 | Case: 3:12 cv 2039 (GAG) | Comms. with Monitor Romero; several conf. calls with Hernández Denton; conf. calls with Javier González; coordination of upcoming agenda | 2.00 | $195.00 | $390.00 |
| JUN-02-21 | Case: 3:12 cv 2039 (GAG) | Review of minutes, review of Order; communications with the Court | 1.50 | $195.00 | $292.50 |
| JUN-03-21 | Case: 3:12 cv 2039 (GAG) | Several communications; discussions regarding ongoing events (Protests and potential incidents with Police); comms. with Monitor's Team members | 1.00 | $195.00 | $195.00 |
| JUN-07-21 | Case: 3:12 cv 2039 (GAG) | Review of comms.; conf. calls with Javier González | 1.50 | $195.00 | $292.50 |
| JUN-18-21 | Case: 3:12 cv 2039 (GAG) | Several comms.;review of comm., re; Travel and Labor Guidelines; comms. with Monitor's team; comms. with Hernández Denton, Esq. | 2.50 | $195.00 | $487.50 |
| JUN-22-21 | Case: 3:12 cv 2039 (GAG) | Initial review and changes to CMR 4 draft | 1.50 | $195.00 | $292.50 |
| JUN-25-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR 4 draft and Executive Summary | 4.00 | $195.00 | $780.00 |
| JUN-26-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR 4 draft and Executive Summary | 6.00 | $195.00 | $1,170.00 |
| JUN-27-21 | Case: 3:12 cv 2039 (GAG) | Review and changes to CMR 4 draft and Executive Summary | 4.00 | $195.00 | $780.00 |
| | | Total hours for this invoice | 24.00 | | |
| | | Total amount of this invoice | | | $4,680.00 |