**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 12101



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>07/01/2021 | PLEASE PAY<br>$493.74 | DUE DATE<br>07/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $11.25, 0.5 x $22.50 / hour (10% discount) - Jun 8, 2021 | 0.50 | 22.50 | 11.25T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $67.50, 3 x $22.50 / hour (10% discount) - Jun 9, 2021 | 3 | 22.50 | 67.50T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $126.00, 1 x $81.00 / hour (10% discount), 2 x $22.50 / hour (10% discount) - Jun 10, 2021 | 1 | 126.00 | 126.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $135.00, 4 x $33.75 / hour (10% discount) - Jun 10, 2021 | 4 | 33.75 | 135.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $135.00, 4 x $33.75 / hour (10% discount) - Jun 9, 2021 | 4 | 33.75 | 135.00T |

SUBTOTAL 474.75
TAX (4%) 18.99
TOTAL 493.74

TOTAL DUE $493.74

THANK YOU.

ELEVATE YOUR BUSINESS