# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 59
INVOICE DATE: JUNE 30, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-01-21 | Administrative Director | Various communications with the Monitor, Work with Team Invoices, Follow Up thru the Media and Visit UTIER manifestations with Team Members. | 4.50 | $85.00 | $382.50 |
| JUN-02-21 | Administrative Director | Communications with the Monitor, Deputy Monitor and Team Members, Work with May Staff Invoices, Review of information sent by Team Members. Follow up on UTIER Manifestations. Work on Team Visit Coordination. | 5.00 | $85.00 | $425.00 |
| JUN-03-21 | Administrative Director | Follow up on UTIER manifestations, Communications with the Monitor, Work on Team Visit Coordination, Review of information sent by Team Members. | 4.50 | $85.00 | $382.50 |
| JUN-04-21 | Administrative Director | Work on Team Visit Coordination, Communications with the Monitor, Parragraph 241 Survey document. | 3.50 | $85.00 | $297.50 |
| JUN-07-21 | Administrative Director | Meetings with Staff and PRPB (Team Visit), Work with Parr 241 Survey document. | 10.00 | $85.00 | $850.00 |
| JUN-08-21 | Administrative Director | Team Visit meetings coordination and assistance. | 5.00 | $85.00 | $425.00 |
| JUN-09-21 | Administrative Director | Meeting with the Monitor and Deputy Monitor, Team Visit Coordination and assistance. | 4.50 | $85.00 | $382.50 |
| JUN-10-21 | Administrative Director | Team Visit coordination and assistance, Meeting with Dominican Republic General Consul, Meeting with Community Leaders, Staff Meeting. | 9.00 | $85.00 | $765.00 |
| JUN-11-21 | Administrative Director | Final review of may invoices, FPM 2020-2021 Budget Expenses update, communications with the Monitor | 3.50 | $85.00 | $297.50 |
| JUN-14-21 | Administrative Director | Weekly Staff Meeting, Various communications with the monitor, Discuss 2020-2021 Budget Expenses with the Monitor. | 2.50 | $85.00 | $212.50 |
| JUN-15-21 | Administrative Director | Review of Survey letter recommendations and work on new draft. Communications with Team Members. | 2.00 | $85.00 | $170.00 |
| JUN-16-21 | Administrative Director | Virtual Meeting and communications with Deputy Monitor, Work with FPM Survey RFI. | 2.50 | $85.00 | $212.50 |

INVOICE NUMBER: 59

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-17-21 | Administrative Director | Communications with the Monitor and Deputy Monitor. Review of documents related to the case. | 1.50 | $85.00 | $127.50 |
| JUN-18-21 | Administrative Director | 253 Virtual Meeting, Virtual Meeting with Monitor, Deputy Monitor and Team Members, Communications with the Monitor. Review of communications related to the case. | 4.00 | $85.00 | $340.00 |
| JUN-21-21 | Administrative Director | Weekly Staff Meeting, Communications with the Monitor and Team Members, Answer office voicemails, Review of Information sent by PRPB and team members. | 3.50 | $85.00 | $297.50 |
| JUN-22-21 | Administrative Director | Communications with the Monitor, Work with new Team ID's, Communications with Team Members. Review of documents and communications sent by Team Members. | 3.00 | $85.00 | $255.00 |
| JUN-23-21 | Administrative Director | Coordination of July Team Visit, Communications with Team Members. | 2.00 | $85.00 | $170.00 |
| JUN-24-21 | Administrative Director | Communication with Deputy Monitor, Administrative Assistant and Webpage administrators, Administrative affairs follow up. (Business Cards) | 3.50 | $85.00 | $297.50 |
| JUN-25-21 | Administrative Director | Communications with the Monitor, Administrative assistant and Team Members, Communications with PRPB, Coordination of July Team Visit. | 2.50 | $85.00 | $212.50 |
| JUN-28-21 | Administrative Director | Communications with the Monitor, Bi weekly meeting with the Parties regarding documents request. Follow up on administration matters. | 3.50 | $85.00 | $297.50 |
| JUN-29-21 | Administrative Director | Communications with the Monitor, Deputy Monitor and team Members, Follow up on Survey RFI, Coordination of July Team Visit. | 3.50 | $85.00 | $297.50 |
| JUN-30-21 | Administrative Director | Communications with Team Members, Survey RFI Follow up. | 2.00 | $85.00 | $170.00 |
| JUN-30-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $85.00 | $0.00 |
| JUN-30-21 | Administrative Director | Gasoline (Manuel Arroyo) | | | $85.00 |
| | | Total amount of this invoice | | | $7,352.50 |

MESSAGE

Javier B Gonzalez, June 30, 2021