Dr. David Levy
828 Snowden Hallowell Way
Alexandria, VA. 22314

June 1-29, 2021

INVOICE # 018                                          **TOTAL DUE $10,150.00**
June 2021 INVOICE

The following is a detailed statement of the hours worked.

**1 JUN to 6 JUN 2021 (worked performed in CONUS)**
- **Communications (7 hours)**
    - General conference calls and coordination with Monitoring Team (0.5 hour)
    - Calls to verify compliance level ratings for CMR-4 (6.5 hours)
- **Methodology (4 hours)**
    - CMR-5 data requests (4 hours)
- **11 hours total @ $150/hour = $1,650**

**7 JUN 2020 to 10 JUN 2020 (Work performed in PR)**
- **CMR-4 (10 hours)**
    - Team collaboration on CMR-4 sections (4 hours)
    - Compiling first draft of CMR-4 (6 hours)
- **Meetings with Team and PRPB (10.5 hours)**
    - General meetings with team members (4.5 hours)
    - PRPB IT demonstrations (6 hours)
- **20.5 hours total @ $150/hour = $3,075**

**11 JUN 2020 to 29 JUN 2020 in (Work performed in CONUS)**
- **CMR-4 (22 hours as of 06/20)**
    - Compiling first draft of CMR-4 (18.5 hours)
    - Compiling executive summary (3.5 hours)
- **Communications (6.5 hours as of 06/27)**
    - General conference calls and coordination with Monitoring Team (2.5 hours)
    - General emails with Monitoring Team (3.5 hours)
    - Calls with parties (0.5 hours)
- **Methodology (2 hours as of 06/24)**
    - CMR-5 data requests (2 hours)
- **30.5 hours total @ $150/hour = $4,575**

**TOTAL PR FEE PAYABLE:**            $ 3,075.00
**TOTAL CONUS FEE PAYABLE:**         $ 6,225.00
**CONUS FEE WAVED:**                 $   150.00

| | |
|---|---|
| **TOTAL FEE:** | **61 Hours x $150/hour = $9,150USD** |

**Expenses:**

| | |
|---|---|
| Airfare | $ 546.40 |
| Hotel | $ 284.03 |
| Ground Transport | $   21.35 |
| M&IE | $ 236.78 |
| | |
| Total Expenses | $ 1,088.56 |
| | |
| **Reimbursable** | **$ 1000.00** |

## Total Fees and Expense Reimbursement Due = $10,150.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

_____          June 29, 2021
Signature                                                                   _____
                                                                                     Date

**Remittance Information**

**Capital One Bank**

**360 Checking Account**

Routing # 031176110

Account # 36063126043