# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 6/30/2021 | #009 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | 956-279-3097 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
June 1- 30, 2021

**DUTIES AND RESPONSIBILITIES**                                               **TOTAL DUE $15,833.33**

- Conducted calls with each subject matter expert and the Monitor
- Coordinated and conducted weekly group calls with the Monitoring Team
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Drafted and delivered memo documenting the Monitor's Office Review of the policies submitted by PRPB
- Worked with monitoring staff to finalize draft of the second quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Managed the delivery of the data for CMR-4 and CMR-5 by PRPB into Drop box and directly via email
- Received the first CMR-5 data set from PRPB and worked with Data Analyst to sample the lists for interviews
- Provided itemized lists of the data received by the Monitoring Team to the parties
- Worked with the Monitor and FPM Counsel to finalize the working timeline for CMR-5
- Continued working with the Data Analyst on the data request plan for CMR-5
- Worked with the Administrative Director and Monitor to finalize the Travel Guidelines for the Monitoring Team
- Worked with the Administrative Director and the Administrative Assistant to draft the schedule(s) for the July site visits
- Worked with the Administrative Assistant and subject matter experts on agenda development for the CMR-5 site visits.
- Conducted a final review of the CMR-4 Report
- Assisted the Monitor in the delivery of the draft CMR-4 Report to the Parties
- Worked with the Administrative Director and the Parties to draft and finalize the RFP for the Community Survey
- Participated in P253 call on June 18th
- Participated in call with the Parties to discuss the promotional protocol and related documents on June 18th
- Coordinated and participated in the first biweekly call with PRPB on June 28th

**Flat Rate Total Wages***                                                                                  **$15,833.33**

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

_____                                          June 30, 2021
Denise Rodriguez, Chief Deputy Monitor                              Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*