# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200492
DATE: JUNE 30, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| JUN-01-21 | CONSULTING FEES | ACH Payments for April 2021 Invoices | 0.75 | $100.00 | $75.00 |
| JUN-02-21 | CONSULTING FEES | Review May 2021 Invoices | 1.50 | $100.00 | $150.00 |
| JUN-08-21 | CONSULTING FEES | Bank Reconciliation 05/31/2021<br>Post ACH Payments in SAGE and in PR Pay (ACH 6/2)<br>Calculate tax withholding Post May Invoices in SAGE | 5.00 | $100.00 | $500.00 |
| JUN-30-21 | CONSULTING FEES | Deposit at First Bank PR - May Services | 1.00 | $100.00 | $100.00 |
| | | TOTAL: CONSULTING FEES | | | $825.00 |
| | | Total hours for this invoice | 8.25 | | |
| | | Total before tax | | | $825.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $825.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)