Donald S. Gosselin, Esq.
d/b/a MBG North Corp
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316


**INVOICE # 1148**                **Billing Period:   June 1, 2021 to June 26, 2021**

**All work performed in CONUS**

- Complete draft report for CMR4/Section 9 with revisions and edits
- Revisit findings for paragraphs 202-204
- Review previously received data for allegations of racial bias or profiling
- Multiple Zoom teleconferences with Team reviewing all final compliance ratings assigned by each team member in their subject matter areas.
- Read, review and provide comments on the following.
    - G.O. 100-114 (SARP)
    - PPR 114.4
    - Draft policies for promotions protocol & procedures
    - Candidate Interview Form
    - SARP investigator's manual
- Review legal research related to PR and <u>Garrity v. New Jersey</u>
- Rewrite entire SARP Investigator's Manual to reflect current case law and best practices in internal admin and criminal investigations.
- Prepare memorandum as instructed regarding proposed changes in SARP practices
- Book July itinerary for site visit
- Coordinate with multiple team members to select interviewees for site visit.
- Collaborate with team members on interview methodology.
- Review data received from PRPB concerning allegations of transfers of women officers in favor of males with less rank.
- Write memorandum of opinion regarding transfers of women officers to Chief Monitor.
- Multiple teleconferences with Chief Monitor, Deputy Chief Monitor, fellow Monitors, and support staff.
- Multiple texts and emails with Monitor Team members and support staff.

**61 hours total @ $150 = $9,150.00**

**Labor Cost Breakout:**
US LABOR:                                             $ 9,150.00
PR LABOR GROSS:              $ 0
PR LABOR (FEE WAIVED)        $ 0
PR LABOR NET                                          $ 0

| | |
|---|---|
| TOTAL TRAVEL REIMBURSEMENT*: | $ 0 |
| **Total Fees and Expense Reimbursement Due =** | **$ 9,150.00 USD** |

**Travel Expense Cost Breakout (Actual):**
        No travel during the invoice period

**TERMS**:　　　　　　　　　　　　　　　　　　NET 30 ACH Transfer

*Travel rate reflects previous reimbursement agreement between Contractor and TCA Office
** Per diem costs 100% @ $115 for each full day, with 75% billed on travel days (per GSA)

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____　　　　　　　　　　26 JUNE 2021

**Donald S. Gosselin, Esq.**
d/b/a MBG North Corp.