**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

June 1– June 30, 2021
Invoice No. 25
Member of Federal Monitor Team

Reviewed and responded to emails and conference calls for the month of June:

| | |
|---|---:|
| From Members of the Monitor Team | 4.0 Hours |
| Internal Monitor Team meetings | 4.0 Hours |
| Scheduled meeting with PRPB | 2.0 Hours |
| Meeting and phone calls with Monitor and Deputy Monitor | 2.0 Hours |

During site visit to Puerto Rico:
  FPM Team meeting at the Monitor's Office.
  Met with Reform Unit, Police Headquarters.
  Met with IT Directors Juan Carlos and Angel Camareno and US DOJ via Zoom 3 reference CAD, PTMS, EIS, Kronos and Virtual Training.
  Supervision and Management interviews at Monitor's Office.
  Met with staff at Recruitment Division at PRPB.                    30.0 Hours

Reviewed and verified sample list of recruits in classes 229, 230 and 231 for CMR-4, which were received from Recruitment Division and verified names provided by Recruitment Division with interim Recruitment Director.    3.0 Hours

Reviewed complete AFIS system with members of the Fingerprint Identification Section.    1.0 Hour

Reviewed the following policy submitted by PRPB, the Protocol for Integrity Tests.    2.0 Hours

Reviewed sample list of transferred and retired personnel submitted by PRPB for the month of June and submitted by PRPB.    2.0 Hours

Reviewed documents received from the Recruitment Division and Human Resources during June Puerto Rico site visit. Reviewed additional documents prepared by the Recruitment Division.    2.0 Hours

Reviewed Paragraphs 135 through 158 for CMR-4 and Recruitment paragraphs 101 through 108. Submitted draft copies of Supervision and Recruitment to Deputy Monitor and Legal Advisor.    4.0 Hours

Review, finalize and submit completed documents on Supervision and Recruitment for CMR-4.    5.0 Hours

## TOTAL HOURS:  61

Billable Hours:      61 Hours at a Rate of $150.00 Per Hour = $9,150.00

Travel Expenses:            $1,000.00

Airfare for June            $758.40
Hotel                       $741.97

                                          **Total:**        **$10,150.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                         **$10,150.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                                  _____6/30/2021_____
Signature                                                         Date



A-List    *Hi, Alan* 5,696 points    **My Account** | **Log out**    Español

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

Price — Payment — Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary                                                                     Print

**Flight**

CONFIRMATION #
**348Q8K**

JUN 6
DEN ✈ SJU

FLIGHT TOTAL
**$347.70**



Add a car

Book now. Pay later!
From $119.69*/day in San Juan
*Taxes and fees excl. Terms apply.

**Book now**



Add a hotel

The perfect stay is moments away

DESTINATION/HOTEL NAME:
San Juan

CHECK-IN         CHECK-OUT
06/06/2021       06/08/2021

Search ↗



### Earn 40,000 points

after you spend $1,000 in the first three months of account opening. **Plus, earn 3X points per $1 spent on dining purchases for 12 months.**
$69 annual fee.                    Learn more ›

| | |
|---|---:|
| CURRENT POINTS BALANCE | 5,696 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 1,884 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 40,000 |
| **ESTIMATED TOTAL POINTS** | **47,580** |



## 6/6 - San Juan

Who's coming with me?
Let your friends and family know you're traveling!

Share on Facebook! ↗

JUN 6
### Denver, CO *to* San Juan, PR

Confirmation # **348Q8K**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|



Southwest Airlines - Purchase Confirmation

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards®/Acct # 207895671 A-List<br>Add Known Traveler # / Redress #<br>Special Assistance | + 1,884 PTS | — | Wanna Get Away® |

**Transfarency®: Defined**
Low fares. Nothing to hide.

**Change fees don't fly with us**
Flexibility for your travel plans.

**Pack with care**
Guidelines for carryon luggage.

## Departing 6/6/21 Sunday

**Wanna Get Away®** $314.00
*(Passenger x1)*

DEPARTS **8:00** AM **DEN**
Denver, CO - DEN

FLIGHT
**3420**
SCHEDULED AIRCRAFT
Boeing 737-700
*Subject to change*

ARRIVES 11:25 AM HOU
Houston (Hobby), TX - HOU

TRAVEL TIME
**2**hr **25**min

*stop 1: Houston (Hobby), TX - HOU*

*Plane change*

DEPARTS 12:30 PM HOU
Houston (Hobby), TX - HOU

FLIGHT
**2638**
SCHEDULED AIRCRAFT
Boeing 737-700
*Subject to change*

ARRIVES **5:50** PM **SJU**
San Juan, PR - SJU

TRAVEL TIME
**4**hr **20**min

SUBTOTAL
**$314.00**

Taxes & fees $33.70

**Flight total** **$347.70**

**Icon legend**

WiFi available

Live TV available

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Face coverings required for everyone 2 and over.

**Book your hotel with us and earn up to 10,000 points per night.**


The perfect stay is moments away

**DESTINATION/HOTEL NAME:**
San Juan

**CHECK-IN**
06/06/2021

**CHECK-OUT**
06/08/2021

ROOMS: 1  ADULTS: 1  CHILDREN: 0

Search

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| Alan Youngs<br>Travel Fund (TUKAR6)<br>Expiration: 09/07/22 | | | $185.30 |
| Visa 5094<br>XXXXXXXXXXXX5094<br>Expiration: 6/25 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $162.40 |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.
*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

SUBTOTAL         $314.00
TAXES & FEES      $33.70
**TOTAL DOLLARS**  **$347.70**

Show price breakdown

### Save up to 30% off
Earn up to 2400 Rapid Rewards® points.

 Book now ›



### Score! You qualify for up to a 30% discount on points.
Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

Buy points ↗



## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JUN 11　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Confirmation #36LB2Z**

### ✈ Denver, CO

San Juan, PR to Denver, CO

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +2,828 PTS | $410.70 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SJU to DEN | 6/11/21 | Wanna Get Away® | +2,828 PTS | $377.00 |
| | | | Taxes & fees | $33.70 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total　　　　　　$410.70
　　　　　　　　　　　　　　　　　　　　　　　　　Total points earned　　　+2,828 PTS

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 9

Marriott Rewards #   119330892

CRS Number  97764844

Name:

Arrive:  06-06-21          Time:  19:31          Depart:  06-11-21          Folio Number:  665634

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-06-21 | Package | 115.00 | |
| 06-06-21 | Government Tax | 10.35 | |
| 06-06-21 | Hotel Fee | 10.35 | |
| 06-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 06-07-21 | Package | 115.00 | |
| 06-07-21 | Government Tax | 10.35 | |
| 06-07-21 | Hotel Fee | 10.35 | |
| 06-08-21 | Comedor - Guest Charge | 44.12 | |
| 06-08-21 | Package | 115.00 | |
| 06-08-21 | Government Tax | 10.35 | |
| 06-08-21 | Hotel Fee | 10.35 | |
| 06-09-21 | COMEDOR- Guest Charge (Breakfast) | 6.14 | |
| 06-09-21 | Package | 115.00 | |
| 06-09-21 | Government Tax | 10.35 | |
| 06-09-21 | Hotel Fee | 10.35 | |
| 06-10-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 06-10-21 | COMEDOR- Guest Charge (Breakfast) | 5.21 | |
| 06-10-21 | Package | 115.00 | |
| 06-10-21 | Government Tax | 10.35 | |
| 06-10-21 | Hotel Fee | 10.35 | |
| 06-11-21 | Visa Card | | 741.97 |
| | Card #  XXXXXXXXXXX5094 | | |
| 06-11-21 | COMEDOR- Guest Charge (Breakfast) | 6.48 | |
| 06-11-21 | Visa Card | | 6.48 |
| | Card #  XXXXXXXXXXX5094 | | |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 9

Marriott Rewards #   119330892

CRS Number  97764844

Name:

Arrive:   06-06-21           Time:  19:31           Depart:  06-11-21           Folio Number:  665634

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.