# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2021-06
INVOICE DATE: JUNE 30, 2021

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| JUN-01-21 | PR Sustainable Reform | Prep report on GO 600-629; Review S&S section of draft CRM-04; | 7.75 | $150.00 | $1,162.50 |
| JUN-02-21 | PR Sustainable Reform | Review of Draft CMR-04 with Team | 3.00 | $150.00 | $450.00 |
| JUN-03-21 | PR Sustainable Reform | Review Draft CMR-04 with Team; Edit S&S section of Draft CMR-04 | 5.00 | $150.00 | $750.00 |
| JUN-04-21 | PR Sustainable Reform | Edit S&S section of CMR-04 | 4.00 | $150.00 | $600.00 |
| JUN-06-21 | PR Sustainable Reform | Edit CMR-04 S&S section (In-flight to PR) | 2.00 | $150.00 | $300.00 |
| JUN-07-21 | PR Sustainable Reform | Site visit to PR | 8.00 | $150.00 | $1,200.00 |
| JUN-08-21 | PR Sustainable Reform | Site visit to PR | 8.00 | $150.00 | $1,200.00 |
| JUN-09-21 | PR Sustainable Reform | Site visit to PR | 8.00 | $150.00 | $1,200.00 |
| JUN-10-21 | PR Sustainable Reform | Site visit to PR | 8.00 | $150.00 | $1,200.00 |
| JUN-14-21 | PR Sustainable Reform | Weekly meetings with Monitor and Dep Monitor | 2.50 | $150.00 | $375.00 |
| JUN-16-21 | PR Sustainable Reform | Review PRPB policies; Prep July 2021 PR site visit schedule | 2.75 | $150.00 | $412.50 |
| JUN-17-21 | PR Sustainable Reform | Prep July 2021 PR site visit schedule | 1.00 | $150.00 | $150.00 |
| JUN-21-21 | PR Sustainable Reform | Monitor weekly meeting with Team | 0.75 | $150.00 | $112.50 |
| | | EXPENSES | | | |
| JUN-10-21 | PR Sustainable Reform | (Travel, hotel, and meals) Travel to/from PR; 4 nights lodging; 4-day meals | | | $1,000.00 |
| | | SUMMARY | | | |
| | | Total amount of services | | | $9,112.50 |
| | | Total amount of expenses | | | $1,000.00 |

INVOICE NUMBER: 2021-06

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  |  | Total hours for this invoice | 60.75 |  |  |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,112.50 |
| Current invoice balance | $10,112.50 |

| AMOUNT DUE ON THIS INVOICE: $10,112.50 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

June 30, 2021

Rafael E. Ruiz