**INVOICE 0076 FOR PROFESSIONAL SERVICES; JUNE 1 THROUGH JUNE 30, 2021**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for the month of June 2021 is detailed as follows:

| Task Performed | US Hours | PR Hours | Billable Amount |
|---|---|---|---|
| On-Site Puerto Rico Labor Hours - | | 32.00 | $4,800.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, multiple subjects; meetings; logistics; scheduling, on-site planning & coordination | 3.75 | | $562.50 |
| Teleconference Meetings with Monitors Office: CMR-4 Assessment | 7.5 | | $1,125.00 |
| Review of AH Data Analytics Gap Analysis, prep for review with Judge Gelpi | 4.75 | | $712.50 |
| CMR-4; review, draft, revise, and prep IT assessment. Review of PRPB documents filed in response to CMR-4 data requests and on-site visit at PRPB in May 2021. Prepare CMR-4 assessment report. | 12.5 | | $1,875.00 |
| GO 123 Revision - Review, comment, provide recommendations | 0.5 | | $75.00 |
| | | | |
| Net Hours @ $150/hr | 29.00 | 32.00 | $9,150.00 |
| Total Expenses (Air, Hotel, Meals, Parking, POV miles) | | | $1,178.05 |
| Unallowable Expenses | | | -$178.05 |
| **Allowable Fee** | | | **$10,150.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

1

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 8

Marriott Rewards #  797225828

CRS Number  93619420

Name:

Arrive: 06-06-21    Time: 13:27    Depart: 06-10-21    Folio Number: 665012

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-06-21 | Package | 115.00 | |
| 06-06-21 | Government Tax | 10.35 | |
| 06-06-21 | Hotel Fee | 10.35 | |
| 06-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 06-07-21 | Package | 115.00 | |
| 06-07-21 | Government Tax | 10.35 | |
| 06-07-21 | Hotel Fee | 10.35 | |
| 06-08-21 | Package | 115.00 | |
| 06-08-21 | Government Tax | 10.35 | |
| 06-08-21 | Hotel Fee | 10.35 | |
| 06-09-21 | Package | 115.00 | |
| 06-09-21 | Government Tax | 10.35 | |
| 06-09-21 | Hotel Fee | 10.35 | |
| 06-10-21 | Visa Card | | 546.96 |

Card # XXXXXXXXXXXX6833



Sign in

DCA    SJU    Jul 11 - Jul 15    1 Traveler

Explore fares

**Blue Basic**
From $209

🪑 **Blue**
From $284

🎟 **Blue Extra**
From $309

Learn more

Edit ✏️

Prices shown are per person, one-way and include taxes & fees.

| 8:00am ▶ 11:52am | $358 ✓ |
|---|---|
| DCA         SJU | Blue Basic |
| 3h 52m   Nonstop | |

## Select your returning flight



Want carry-on bag or change or cancellation fees, free advance seat selection, and earlier boarding? Try Blue fare for additional $58.00.

**View Flights**

| | | |
|---|---|---|
| 4:31pm | 10:58pm | $278 |
| SJU | DCA | Blue Basic |
| 6h 27m | 1 Stop FLL | |

**$278 SJU TO DCA**

## Pueblo®

MIRAMAR
Gerente Rolando Rivera
Tel. 787 725 4479

GROCERY
*COCA COLA 1.75LT         $0.89 T12F
*DIET COKE 1.75LT         $0.89 T12F
    1 @ 3/ $4.00
*BIMBO 2X2 MANTECADO      $1.34 T12F
    1 @ 3/ $4.00
*BIMBO 2X2 MANTECADO      $1.33 T12F
    1 @ 3/ $4.00
*BIMBO 2X2 MANTECADO      $1.33 T12F
GOYA WAFERS DE GUAYABA    $1.19 T12F
*NABISCO NILLA WAFER      $2.89 T12F
GENERAL MERCHANDISE
BOLSA PUEBLO HEAVY DUTY   $0.10 T12
PRODUCE
  2.36 lb @ $4.99/lb
*UVAS BLANCAS            $11.78 T2FW

Items Subtotal           $21.74
Subtotal                 $21.74
GOV [$9.96]               $1.05
MUN [$21.74]              $0.22

TOTAL                    $23.01
Visa                     $23.01
 # ************6833
Balance                   $0.00



ATH
SUBWAY
DDA E PONCE DE LEON
SANTURCE
DATE      TIME           HOST
Jun 10 21  12:44         ATH
BATCH    TERMINAL ID   MERCHANT ID
000199    30702031     4919106429608

SALE

VISA    ************6833
AUTH. CODE: 02570    INVOICE: 017474
                     TRACE: 025104

TOTAL :    $       8.00

SIGNATURE: X_____

VISA CREDIT
AID: A0000000031010  AC: FDF0A73F8582F6E4
UN: 45509DF7  VR: 0030008000 TSI: F800

MERCHANT COPY
Gracias por su patrocinio

## Receipt 1 (ATH - Sogo Miramar)

SOGO MIRAMAR
659 AVE PONCE DE LEON
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jun 08.21 | 20:43:35 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000029 | 7147U905 | 7147444502516 |

SALE

VISA ************6833 (C)

AUTH. CODE: 00066D   INVOICE: 000980
TRACE :001371

| AMOUNT 1: $ | 0.00 |
|---|---|
| AMOUNT 2: $ | 55.00 |
| STATE TAX $ | 0.00 |
| REDUCED STATE TAX:$ | 3.30 |
| MUNICIPAL TAX: $ | 0.55 |
| SUBTOTAL: $ | 58.85 |

TIP : _____
TOTAL : _____

CONTROL: KJD1A-09QN7 ET

VISA CREDIT
AID: A0000000031010   AC: 5B94E7E9C69DFFAC
UN: 69480408  TVR: 0080008000 TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

## Receipt 2 (ATH - Sogo Miramar)



SOGO MIRAMAR
659 AVE PONCE DE LEON
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jun 09.21 | 19:34:51 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000030 | 7147U905 | 7147444502516 |

SALE

VISA ************1287 (C)

AUTH. CODE: 02517D   INVOICE: 001005
TRACE :001409

| AMOUNT 1: $ | 12.00 |
|---|---|
| AMOUNT 2: $ | 68.00 |
| STATE TAX: $ | 1.26 |
| REDUCED STATE TAX:$ | 4.08 |
| MUNICIPAL TAX: $ | 0.80 |
| SUBTOTAL: $ | 86.14 |

TIP : _____
TOTAL : _____

CONTROL: L8Y37-MH12Z ET

VISA CREDIT
AID: A0000000031010   AC: B792948AB922626C
UN: FC14C5E9  TVR: 8080008000 TSI: 6800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

## Receipt 3 (Pueblo)

Pueblo®

MIRAMAR
Gerente Rolando Rivera
Tel. 787 725 4479

GENERAL MERCHANDISE
BOLSA PUEBLO HEAVY DUTY          $0.10 T12
BAKERY
MINI QUESITOS DE 12              $4.99 T12F
VAINILLA DONUT CAKE              $3.29 T12F

| Items Subtotal | $8.38 |
|---|---|
| Subtotal | $8.38 |
| GOV [$8.38] | $0.88 |
| MUN [$8.38] | $0.08 |
| TOTAL | $9.34 |
| Visa | $9.34 |
| # *************6633 | |
| Balance | $0.00 |

Item count                                3

Date/Time     :Jun 08 2021 08:26:45
Merchant ID   :4549101220116
Terminal ID   :30SI1688
Batch         :000215

VISA SALE

Reference    :233173
Invoice      :100533
Auth. Code   :09382D
Trace        :099020

Transaction  :SALE
Payment      :VISA
Acct.        :************6633
Entry Type   :CHIP

RESPONSE     :APPROVED

AMOUNT            :$8.38
STATE TAX(10.5%)  :$0.88

```
            SOGO MIRAMAR
       AVE. PONCE DE LEON # 659
           SAN JUAN, PR 00907
             (787) 724-0222

Mesero: Tiffany              Estación: 3
------------------------------------------
# de Orden: 32656                   Mesas
Mesa: B3                     Personas: 2
------------------------------------------
1 SPRING ROLL                        4.00
1 CANTONESE WONTON SOUP              3.50
1 TRADIT.  PEPPER STEAK             16.75
1 BOWL STEAM RICE                    1.75
1 DIET SPRITE                        2.00
1 Coca Cola                          2.00

Subtotal del bar:                    0.00
Subtotal de la comida:              30.00
CITY TAX 1%:                         0.30
IVU FOOD 6%:                         1.80
IVU TAX 10.5%:                       0.00
                                 ========
TOTAL:                             $32.10
```

```
BK 87855 PLAZA F.L  TEL 787 945-1133
       Baja y Registrate en el BK App
              BKMOVILAPP.COM
               ORDER 35
                EAT IN
PM-PECHUGA PARRILLERA              7.59
 *PECHUGA PARRILLERA
 *PAPAS MED
 *DIETA 21
    preguntame???
    preguntame???

       SUBTOTAL                    7.59
       C. 1 TAX                    0.08
       S. 6 TAX                    0.46
                                --------
       TOTAL                       8.13
       CASH                       50.00
       CHANGE                     41.87

   Ordena desde tu celular con Movil-Pass
   Recibe cupones exclusivos, premios y mas
   Registrate y recibe WHOPPER GRATIS por
                Movil-Pass
          LO ATENDIO - NATHACHA
   Mon Jun 07 2021 01:03 PM T=01L T=2 C=110
   [IVULoto] casoSoftek 00018481
       Bienvenidos a la casa del Whopper!
```

```
                    CAYO CARIBE
                Ave. Roosevelt #253

                 Tel: 787-764-8700

Server: Lizbeth              06/07/2021
Ter7/1                         7:50 PM
Guests: 6
                              #20020
Reprint #: 1

Coca Cola (4 @2.19)             8.76
Diet Coke                       2.19
Parcha                          3.00
>>Happy Hour<< (3 @0.00)        0.00
  HH-StellaArtois (3 @3.00)     9.00
   Mug
Churrasco 10oz (3 @23.95)      71.85
  A la Parrilla
Filete de Dorad                16.95
  Espanola
E. Cesar Camarn                14.95
Rissotto Salmon                14.95
Crazy Shrimp Tacos (3)         12.95
Ensalada Aguact (2 @4.95)       9.90
Habichuelas                     1.95

Subtotal                      166.45

Bever Mun 1% Tax                0.09
Food Muncp11.0% Tax             1.57

Bev Stat 10.5% Tax              0.95
Food State 6.0% Tax             9.45

Total Tax                      12.06

Total                         178.51

Balance Due                   178.51

Tip     :

TOTAL   :      _____

SIGNATURE : _____

         Suggested Tip
           (20%) =33.29
           (18%) =29.96
```