**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

July 1, 2021
Invoice #  17899

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2021 | RAA | Review order on informative motion. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Review order on motion for leave to file Spanish documents. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Attend videoconference on CMR-4 ratings. | 2.10<br>175.00/hr | 367.50 |
|  | RAA | Review and analyze letter from R. Hernández, leader House of Representatives. | 0.20<br>175.00/hr | 35.00 |
|  | RAA | Exchange of electronic communications and telephone calls with J. Romero regarding letter from R. Hernández, leader of the House of Representatives. | 0.40<br>175.00/hr | 70.00 |
|  | RAA | Preparation of response letter to R. Hernández. | 0.50<br>175.00/hr | 87.50 |
|  | RAA | Email draft to J. Romero. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Telephone call from J. Romero. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Telephone call from L. Hidalgo. | 0.10<br>175.00/hr | 17.50 |
|  | RAA | Various conference calls with J. Romero and L. Hidalgo | 0.70<br>175.00/hr | 122.50 |

787-273-8300

|            |     |                                                                   | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------|-------------------|--------|
| 6/1/2021   | RAA | Review court order re: LUMA recusal.                              | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review email from A. Del Carmen.                                  | 0.10<br>175.00/hr | 17.50  |
| 6/2/2021   | RAA | Review email from J. González.                                    | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review email from D. Rodriguez.                                   | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review PRPB's motion to restrict.                                 | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Final revisions to letter to R. Hernández and email the same.     | 0.40<br>175.00/hr | 70.00  |
|            | RAA | Review certification on mentoring produced by PRPB.               | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Telephone call from J. Romero.                                    | 0.30<br>175.00/hr | 52.50  |
|            | RAA | Review minute of proceedings.                                     | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review and respond to electronic communication from J. Romero.    | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review email from M.Serrano.                                      | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review emails from L. Saucedo and D. Rodriguez.                   | 0.20<br>175.00/hr | 35.00  |
|            | RAA | Review email from A. Del Carmen.                                  | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review order on PRPB's motion to restrict.                        | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review email from J. Gonzalez.                                    | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review email from F. Hernández Denton.                            | 0.10<br>175.00/hr | 17.50  |
|            | RAA | Review email and policies from PRPB under paragraph 229.          | 0.20<br>175.00/hr | 35.00  |
|            | RAA | Review email from D. Rodríguez.                                   | 0.10<br>175.00/hr | 17.50  |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2021 | RAA | Review complaint seeking injunctive relief by LUMA Energy against Utier. Review references in the complaint to PRPB's General Order 625. Email complaint to J. Romero and D. Rodriguez. | 0.40 175.00/hr | 70.00 |
|  | RAA | Exchange of emails with D. Rodriguez. | 0.20 175.00/hr | 35.00 |
|  | RAA | Review and respond to emails from J. Romero. | 0.40 175.00/hr | 70.00 |
|  | RAA | Review ACLU complaint received by attorney. | 0.40 175.00/hr | 70.00 |
|  | RAA | Review agenda for next week. | 0.10 175.00/hr | 17.50 |
|  | RAA | Various calls from J. Romero. | 0.80 175.00/hr | 140.00 |
|  | SL | Review and analyze complaint received by ACLU and make recommendations to General Counsel. | 1.00 75.00/hr | 75.00 |
| 6/4/2021 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review new updated agenda. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review email from A. Garffer. | 0.10 175.00/hr | 17.50 |
|  | RAA | Various calls and emails with J. Romero regarding Garffer's email. | 0.70 175.00/hr | 122.50 |
|  | RAA | Review response by USDOJ to Garffer's email. | 0.10 175.00/hr | 17.50 |
|  | RAA | Review docket and file. Preparation of memorandum to PRPB regarding budget. | 1.90 175.00/hr | 332.50 |
|  | RAA | Review email from L. Saucedo. | 0.10 175.00/hr | 17.50 |
| 6/5/2021 | RAA | Review emails from parties related to 253 meeting. | 0.20 175.00/hr | 35.00 |
| 6/6/2021 | RAA | Review emails from D. Rodriguez and S. Cragg. | 0.20 175.00/hr | 35.00 |
|  | RAA | Review emails from D. Rodriguez and D. Gosselin. | 0.20 175.00/hr | 35.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2021 | RAA | Review emails from D. Rodriguez and M. Serrano. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from A. Del Carmen on presidential investigation. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Plan and prepare for meetings tomorrow. | 0.90<br>175.00/hr | 157.50 |
| 6/7/2021 | RAA | Meeting at Monitor's Office. Appear and attend subsequent meetings at PRPB's headquarters. | 4.30<br>175.00/hr | 752.50 |
| | RAA | Review and analyze complaint to ACLU. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Exchange of emails with ACLU director on claim from attorney A. García. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from PRPB on registry of tactical units. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from PRPB re: CAD. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>175.00/hr | 17.50 |
| 6/8/2021 | RAA | Telephone calls from L. Hidalgo and J. Romero. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Meeting with paralegal in preparation of upcoming meeting at PRPB headquarters. | 2.00<br>175.00/hr | 350.00 |
| | RAA | Attend meeting at PRPB headquarters with paralegal, J. Romero, L. Hidalgo, and Dr. E. Fernández. | 1.50<br>175.00/hr | 262.50 |
| | RAA | Post meeting conference and debriefing on results of meeting at PRPB. | 0.50<br>175.00/hr | 87.50 |
| | SL | Plan and prepare for meeting. | 2.00<br>75.00/hr | 150.00 |
| | SL | Appear and attend meeting at PRPB headquarters. | 1.50<br>75.00/hr | 112.50 |
| | SL | Post meeting conference and debriefing regarding results of meeting at PRPB. | 0.50<br>75.00/hr | 37.50 |
| 6/9/2021 | RAA | Plan and prepare for meetings today. | 0.90<br>175.00/hr | 157.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2021 | RAA | Appear and attend meeting with J. Romero and L. Hidalgo. Appear and attend meeting with judge Carreno-Coll in federal courthouse with J. Romero. | 3.90 175.00/hr | 682.50 |
| | RAA | Working on further updated revisions of CMR-4 drafts. | 1.40 175.00/hr | 245.00 |
| 6/10/2021 | RAA | Review and respond to emails from J. Romero and D. Rodriguez. | 0.30 175.00/hr | 52.50 |
| | RAA | Review emails from PRPB. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from A. Del Carmen. | 0.20 175.00/hr | 35.00 |
| | RAA | Review court order regarding budget. | 0.10 175.00/hr | 17.50 |
| | RAA | Conference with paralegal regarding results of meeting today. | 0.40 175.00/hr | 70.00 |
| | SL | Plan and prepare for meeting. | 0.50 75.00/hr | 37.50 |
| | SL | Meeting at offices of Federal Monitor. | 4.50 75.00/hr | 337.50 |
| | SL | Debriefing session with General Counsel. | 0.40 75.00/hr | 30.00 |
| | SL | Review order on budget. | 0.10 75.00/hr | 7.50 |
| 6/11/2021 | RAA | Review emails from PRPB with certifications | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.20 175.00/hr | 35.00 |
| | RAA | Review email from D. Gosselin. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from S. Cragg, | 0.10 175.00/hr | 17.50 |
| | RAA | Various calls from J. Romero. | 0.40 175.00/hr | 70.00 |
| | RAA | Telephone call from J. González. | 0.10 175.00/hr | 17.50 |
| | RAA | Review new Kilometro cero case from Supreme Court and email comments to J. Romero and D. Rodriguez. | 0.40 175.00/hr | 70.00 |

|            |     |                                                                                                                                                           | Hrs/Rate          | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 6/11/2021  | RAA | Email to L. Saucedo and J. Castillo.                                                                                                                      | 0.10 175.00/hr    | 17.50  |
| 6/12/2021  | RAA | Review email from PRPB's counsel with production of documents requested regarding April 7 incident.Review documents.Call from J. Romero regarding the same. | 0.90 175.00/hr    | 157.50 |
|            | RAA | Review emails from D. Gosselin.                                                                                                                           | 0.20 175.00/hr    | 35.00  |
|            | RAA | Revise draft promotions protocol.                                                                                                                         | 0.50 175.00/hr    | 87.50  |
| 6/13/2021  | RAA | Review and respond to emails from J. Romero and D. Rodriguez.                                                                                             | 0.20 175.00/hr    | 35.00  |
| 6/14/2021  | RAA | Review emails from D. Rodriguez and D. Levy.                                                                                                              | 0.20 175.00/hr    | 35.00  |
|            | RAA | Plan and prepare for team meeting.                                                                                                                        | 0.30 175.00/hr    | 52.50  |
|            | RAA | Appear and attend team meeting.                                                                                                                           | 1.50 175.00/hr    | 262.50 |
|            | RAA | Revisions to memo with findings about undocumented persons' arrest. Email to J. Romero.                                                                   | 0.90 175.00/hr    | 157.50 |
|            | RAA | Preparation and electronic filing of motion for disbursement of funds and invoices.                                                                       | 0.50 175.00/hr    | 87.50  |
|            | RAA | Review emails from D. Rodriguez and J. Romero regarding memo.                                                                                             | 0.20 175.00/hr    | 35.00  |
|            | RAA | Final revisions to memo and email it to the parties.                                                                                                      | 0.50 175.00/hr    | 87.50  |
|            | RAA | Review email from D. Gosselin requesting legal opinion.                                                                                                   | 0.10 175.00/hr    | 17.50  |
|            | RAA | Prepare legal opinion from D. Gosselin.                                                                                                                   | 1.70 175.00/hr    | 297.50 |
|            | RAA | Review emails from D. Gosselin and D. Rodriguez regarding legal opinion.                                                                                  | 0.20 175.00/hr    | 35.00  |
|            | SL  | Attend Team meeting.                                                                                                                                      | 1.50 75.00/hr     | 112.50 |
|            | SL  | Assist general counsel in legal research needed to respond to legal inquiry from D. Gosselin.                                                             | 1.00 75.00/hr     | 75.00  |
| 6/15/2021  | RAA | Review emails from team related to CMR-4 draft and executive summary.                                                                                     | 0.20 175.00/hr    | 35.00  |

|            |     |                                                                                                               | Hrs/Rate        | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 6/15/2021  | RAA | Telephone call from J. Romero.                                                                                | 0.30 175.00/hr  | 52.50  |
|            | RAA | Review certifications from PRPB.                                                                              | 0.10 175.00/hr  | 17.50  |
| 6/16/2021  | RAA | Revisions to CMR-4 executive summary. Email the same to the team.                                             | 0.90 175.00/hr  | 157.50 |
|            | RAA | Review emails from D. Rodriguez and J. Romero.                                                                | 0.20 175.00/hr  | 35.00  |
|            | RAA | Review emails from F. Hernández Denton, A. Castellanos, D. Rodriguez, and D. Levy.                            | 0.30 175.00/hr  | 52.50  |
|            | RAA | Review email from J. Romero and provide feedback on document request for Capital Building incident.           | 0.20 175.00/hr  | 35.00  |
|            | RAA | Telephone call to J. Romero.                                                                                  | 0.30 175.00/hr  | 52.50  |
|            | RAA | Various calls from L. Hidalgo.                                                                                | 0.50 175.00/hr  | 87.50  |
|            | RAA | Review email from D. Gosselin.                                                                                | 0.10 175.00/hr  | 17.50  |
|            | RAA | Review email from J. Romero.                                                                                  | 0.10 175.00/hr  | 17.50  |
|            | RAA | Preparation of memorandum to PRPB regarding document request for Capital Building incident and send via email.| 0.60 175.00/hr  | 105.00 |
| 6/17/2021  | RAA | Review and respond to electronic communications from J. Romero.                                               | 0.30 175.00/hr  | 52.50  |
|            | RAA | Review emails from D. Rodriguez and D. Levy.                                                                  | 0.20 175.00/hr  | 35.00  |
|            | RAA | Review emails from L. Saucedo and enclosures.                                                                 | 0.30 175.00/hr  | 52.50  |
| 6/18/2021  | RAA | Review PRPB's email and list of trainings.                                                                    | 0.10 175.00/hr  | 17.50  |
|            | RAA | Plan and prepare for videoconferences today.                                                                  | 0.90 175.00/hr  | 157.50 |
|            | RAA | Appear and attend section 253 meeting.                                                                        | 1.90 175.00/hr  | 332.50 |
|            | RAA | Post 253 videoconference with J. Romero, D. Rodriguez, J. González, and L. Hidalgo.                           | 0.50 175.00/hr  | 87.50  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/18/2021 | RAA | Review and respond to emails from D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone call from J. González. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Calls and emails with D. Rodriguez and J. Romero. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Revisions to CMR-4 report. | 4.90<br>175.00/hr | 857.50 |
| | RAA | Review email from L. Saucedo. Analysis of 2018 budget issues and history in docket. | 0.40<br>175.00/hr | 70.00 |
| 6/21/2021 | RAA | Plan and prepare for team meeting. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Appear and attend team meeting. | 0.80<br>175.00/hr | 140.00 |
| | RAA | Review and respond to electronic communication from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from D. Levy. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Continue revisions to CMR-4. | 3.40<br>175.00/hr | 595.00 |
| | RAA | Email to J. Romero, D. Levy and D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review PRPB's motion submitting certified translation. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review certified translation of protocol. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review PRPB's email with transfer certification. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Email D. Levy, J. Romero, and D. Rodriguez final revisions to CMR-4. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Levy with final pdf version to submit to the parties. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review final version and make sure corrections were incorporated. | 0.50<br>175.00/hr | 87.50 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/21/2021 | RAA | Preparation of memorandum and email parties CMR-4. | 0.30 175.00/hr | 52.50 |
| | RAA | Review email from A. Del Carmen. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from D. Rodriguez. | 0.10 175.00/hr | 17.50 |
| | SL | Plan and prepare for meeting. | 0.20 75.00/hr | 15.00 |
| 6/22/2021 | RAA | Email to team with CMR-4 report word version. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from L. Saucedo, A. Del Carmen, and A. Garffer. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from D. Rodriguez. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from L. Saucedo. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to emails from J. Romero and D. Rodriguez. | 0.20 175.00/hr | 35.00 |
| | RAA | Review order granting motion for disbursement of funds. | 0.10 175.00/hr | 17.50 |
| | RAA | Review order on motion submitting. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from J. Vázquez from PRPB. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from M. Serrano. | 0.10 175.00/hr | 17.50 |
| | RAA | Review changes made by M. Serrano on CMR-4. | 0.20 175.00/hr | 35.00 |
| 6/23/2021 | RAA | Review and respond to emails from J. Romero, D. Rodriguez, and D. Gosselin.  Telephone call from J. Romero. | 0.60 175.00/hr | 105.00 |
| | RAA | Review email from J. Vázquez.  Download documents in response to Monitor's request.  Review and analyze response documents by PRPB. | 1.80 175.00/hr | 315.00 |
| 6/24/2021 | RAA | Review order granting special master invoices. | 0.10 175.00/hr | 17.50 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2021 | RAA | Review several emails and attachments from D. Gosselin. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails and attachments from J. Castillo. | 0.40<br>175.00/hr | 70.00 |
| 6/28/2021 | RAA | Plan and prepare for biweekly meeting with PRPB. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Appear and attend biweekly videoconference. | 1.30<br>175.00/hr | 227.50 |
| | SL | Attend team meeting. | 0.80<br>75.00/hr | 60.00 |
| | RAA | Review certification from PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from G. Loeffert. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| 6/29/2021 | RAA | Review email from C. Figueroa from PRPB. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email and certification from PRPB regarding paragraph 229. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Attend videoconference with USDOJ and PRPB. | 1.10<br>175.00/hr | 192.50 |
| | RAA | Review and respond to emails from J. Romero and M. Serrano. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from A. Young and F. Hernández Denton. | 0.20<br>175.00/hr | 35.00 |
| 6/30/2021 | RAA | Various calls from J. Romero. | 0.60<br>175.00/hr | 105.00 |
| | RAA | Review email from D. Gosselin. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from C. Figueroa. | 0.10<br>175.00/hr | 17.50 |

|            |     |                                              | Hrs/Rate         | Amount      |
|------------|-----|----------------------------------------------|------------------|-------------|
| 6/30/2021  | RAA | Review email from J. Castillo.               | 0.10 175.00/hr   | 17.50       |
|            | RAA | Review motion deposition budget funds.       | 0.10 175.00/hr   | 17.50       |
|            | RAA | Review email from G. Peñagaricano .          | 0.10 175.00/hr   | 17.50       |
|            | RAA | Review emails from J. Romero and D. Rodríguez. | 0.20 175.00/hr | 35.00       |
|            | RAA | Review joint motion regarding budget.        | 0.20 175.00/hr   | 35.00       |
|            |     | **For professional services rendered**       | **86.50**        | **$13,737.50** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Roberto Abesada Agüet | 72.50 | 175.00 | $12,687.50 |
| Stephanie Leon | 14.00 | 75.00 | $1,050.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE.  WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.