Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR006-2021
DATE: June 30, 2021

**Dates of service: June 1 – June 30, 2021**                    **TOTAL** $ 3,225.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team **3.75 hrs**.
-Meetings with Chief or Deputy Chief **1.25 hrs.**
-Compliance Meetings **5.0 hrs**.
-Correspondence with Juvenile Reform Team **1.00 hrs.**
-Correspondence with Monitoring Team/and members **1.50 hr**.
**-**Research, Writing, Editing of CMR-4 Training and Equal Protection sections. **8.50 hrs.**
-Policy Review of assigned sections **.50 hrs**.

**Billable Hours:** 21.50 HOURS, at rate of $150 per hour = $ 3,225.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rita J Watkins*

Rita J. Watkins                                        Date: June 30, 2021