# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**DATE:** 6/30/2021
**INVOICE #** 20265
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| CMR4 Report edits review/docs.-notes, verifications | 3.00 | $150.00 | $ 450.00 |
| Compliance ratings discussion Team | 3.00 | $150.00 | $ 450.00 |
| CMR4 Report edit with clarifications annotations (Denisse/Roberto). | 1.50 | $150.00 | $ 225.00 |
| Phone calls/texts/emails: Alianza comunitaria Cidrena, Iniciativa Comunitaria, John, Hidalgo (AEE demo), La Casa de Todos, Denise, Claudia, Luis, Dr. Jorge Rodriguez CIC Caguas, email ubuntuinc | 2.50 | $150.00 | $ 375.00 |
| CMR4 Report final edit (David) | 1.00 | $150.00 | $ 150.00 |
| Team meeting Office/PRPB HQRS meeting | 4.00 | $150.00 | $ 600.00 |
| CIC interviews: Paragraphs 211-212 Background/semi-structured questions guide | 1.00 | $150.00 | $ 150.00 |
| Community engagement meeting: UBUNTUNIC/Iniciativa Comunitaria Cidrena/team debrief meeting | 4.00 | $150.00 | $ 600.00 |
| zoom meetings | 2.50 | $150.00 | $ 375.00 |
| Newsletter and social media doc. for release on comm.meeting held (English/Spanish versions) | 1.00 | $150.00 | $ 150.00 |
| CMR5 data request review in prep. or July 2nd transition meeting (annotations for discussion) | 0.50 | $150.00 | $ 75.00 |
| CMR4 filed doc. Reviewed; annotations made, corrections effected. | 2.00 | $150.00 | $ 300.00 |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  |  |
|  |  |  | $ - |
| **TOTAL HOURS** | 26.00 |  |  |
|  |  | **SUBTOTAL** | $ 3,900.00 |
|  |  | **SALES TAX** | $ - |
|  |  | **TOTAL** | **$3,900.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with

Merangelie Serrano-Rios

**THANK YOU!**