### Luis G. Hidalgo
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

July 1, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-06
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – June 1 - 30, 2021

**Total Due**                    **$11,500.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).


Luis G. Hidalgo

**Luis G. Hidalgo**
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and responded to emails/texts/telephone calls (month of June) from members of the Monitor Team, the Honorable Judge Gelpí, and the Special Master.

Generated, received, reviewed, and responded to emails/texts/telephone calls (month of June) from the PRPB Reform Office, Department of Public Safety and Office of the Counsel to the Governor.

Participated in various Zoom meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety and/or the Puerto Rico Police Bureau.

Monitor media coverage of issues of relevance to the Monitor Team.

Assisted in the coordination of Zoom meetings with PRPB and the Department of Public Safety.

Assisted in the drafting, review and revision of various documents prepared by the Monitor Team.

Monitored proposed legislation which may impact PRPB's compliance with the Agreement.

Represented the Monitor Team at meetings with the Director of the Reform Office and IT Unit at the PRPB.

Assisted members of the Monitor Team re: coordination of meetings, and other matters.

Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, PRFAA and the Monitor Team.

Represented the Monitor Team at demonstrations/protests involving PRPB.

Provided presence at the Monitor's Office to meet with general public, and/or community leaders.

Assisted in the coordination of the Chief Monitor's calendar including conference calls and in person meetings in Puerto Rico.

**Site Visit to Puerto Rico June 7 through 11, 2021**
Meeting with the Honorable Judge Gelpi.
Meeting with Reform Unit.
Meetings with Monitor Team members.
Meeting with the Consul from the Dominican Republic.
Participated in PRPB's IT Unit presentations re: operationg systems.
Site visit to San Juan Centro Mando to review onscreen form PPR-126.2.
Participated in debriefing meeting with the Monitor Team.