# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-04
**DATE:** June 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 06/02/2021 | 0.5 hour of policy memo drafting | 0.5 | $50.00 | $25.00 |
| 06/03/2021 | 0.5 hour of travel guidelines and itemized list updates | 0.5 | $50.00 | $25.00 |
| 06/09/2021 | 2.0 hour call with Denise and policy review map | 2.0 | $50.00 | $100.00 |
| 06/10/2021 | 2.0 hours of template and policy process work | 2.0 | $50.00 | $100.00 |
| 06/11/2021 | 2.0 hours of travel planning and memo development | 2.0 | $50.00 | $100.00 |

**AMOUNT DUE**           **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-04
**DATE:** June 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 06/12/2021 | 1.5 hours of travel planning | 1.5 | $50.00 | $75.00 |
| 06/13/2021 | 0.5 hour of resource identification | 0.5 | $50.00 | $25.00 |
| 06/14/2021 | 3.0 hours of travel planning and resource review | 3.0 | $50.00 | $150.00 |
| 06/15/2021 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |
| 06/16/2021 | 1.5 hours of travel planning | 1.5 | $50.00 | $75.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-04
**DATE:** June 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 06/17/2021 | 2.0 hours of policy memo drafting and travel planning | 2.0 | $50.00 | $100.00 |
| 06/25/2021 | 2.5 hours of travel planning and call with Denise | 2.5 | $50.00 | $125.00 |
| 06/26/2021 | 0.5 hour of report design research | 0.5 | $50.00 | $25.00 |
| 06/29/2021 | 1.5 hours of travel planning and calls | 1.5 | $50.00 | $75.00 |
| 06/30/2021 | 1.0 hour of report design | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**  $1,100.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.