**Office of the FPMPR LLC**

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907
**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (June 2021)

| Date | Task | Total Hours |
|---|---|---|
| **June 2, 2021** | Present at the office during working hours. Passing newsletter to Mailchimp. Handled phone and voicemails. | 4.0 |
| **June 4, 2021** | Present at the office during working hours. Passing newsletter to Mailchimp. Handled phone and voicemails. | 7.0 |
| **June 7, 2021** | Present at the office during working hours. Passing newsletter to Mailchimp. Handled phone and voicemails. | 4.0 |
| **June 9, 2021** | Present at the office during working hours. Passing newsletter to Mailchimp. | 4.0 |
| **June 11, 2021** | Present at the office during working hours. Adding June 10, 2021 community meeting to newsletter. Finishing format, and sending for approval. | 7.0 |
| **June 14, 2021** | Present at the office during working hours. Worked on the newsletter fixes. | 4.0 |
| **June 16, 2021** | Present at the office during working hours. Worked on the newsletter fixes | 4.0 |
| **June 21, 2021** | Present at the office during working hours. Worked on the newsletter. | 4.0 |
| **June 23, 2021** | Present at the office during working hours. Worked on the newsletter. Published the newsletter. | 4.0 |
| **June 24, 2021** | Made some fixes for the Mailchimp Newsletter and sent the newsletter for translating. | 1.0 |
| **June 25, 2021** | Present at the office during working hours. Finished last fixes for the newsletter and resent to subscribers. Worked on Monitor team business cards. | 7.0 |

| | | |
|---|---|---:|
| **June 28, 2021** | Present at the office during working hours. | 4.0 |
| **June 30, 2021** | Present at the office during working hours. Forwarded messages and mail. Worked on summarizing mail. | 4.0 |

## Total,  58 hours for $20 = $1,160

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____