# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice    Month June 2021                                                                                      Invoice # 009

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| 6-June-2021 | pick up office staff at the airport | 12 | $20.00 | $240.00 |
| 7-June-2021 | day of meetings of the monitor and the staff of the monitor's office to different places | 13 | $20.00 | $260.00 |
| 8-June-2021 | day of meetings of the monitor and the staff of the monitor's office to different places | 10 | $20.00 | $200.00 |
| 9-june-2021 | day of meetings of the monitor and the staff of the monitor's office to different places | 10 | $20.00 | $200.00 |
| 10-june 2021 | day of meetings of the monitor and the staff of the monitor's office to different places | 12 | $20.00 | $240.00 |
| 11-june-2021 | take the monitor to the airport and the staff at different times of the day | 4 | $20.00 | $80.00 |
| June 2021 | car use expenses | 1month | 1month | $200.00 |
| | Total | 61 | $20.00 | $1,420.00 |
| | | | | |
| | | | | |