**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

June 22, 2021 – July 21, 2021

INVOICE # ASM.TDP.2021-7      **TOTAL DUE $9,450.00**
ASSISTANT SPECIAL MASTER
JULY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 27 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding numerous of PRPB policies; the promotions protocol for the ranks of Inspector and higher; PRPB career path policy; CMR-4; Early Intervention System (EIS), IT, and Integrity Check Protocol development. | $4,050 |
| 18 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,700 |
| 18 | Zoom meetings and/or Conference calls with the various Parties. | $2,700 |

Total Wages Due = $9,450.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*
_____      7/22/21
**Thomas D. Petrowski**