**GALOEFFERT, LLC**
4805 East Lake Road
Sheffield Lake, Ohio 44054

June 22, 2021, through July 21, 2021

INVOICE # 2021-06                                    **TOTAL DUE $ 9,900.00**
ASSISTANT SPECIAL MASTER
July 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|:---:|---|:---:|
| 29 | Reviewed and worked on documents related to CMR-4; Integrity Checks Protocol; PRPB career path policy; EIS; email and discussed with the Special Master and other parties. | $4,350 |
| 19 | Drafted, reviewed, and responded to emails and all other documents/communication with respective parties and the court. | $2,850 |
| 18 | Zoom meetings and/or conference calls with the Parties. | $2,700 |

**Total Wages Due = $ 9,900.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                                    07/22/2021
**Gary A. Loeffert**