Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

June 21, 2021 through July 21, 2021

| | |
|---|---|
| INVOICE # SM2021-7 | **TOTAL DUE $ 15,000.00** |
| SPECIAL MASTER | |
| JULY 2021 INVOICE | |

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Reviewed documents related to career path protocol and EIS.

Engaged in CMR-4 review.

Engaged in review of integrity protocol components.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
      Dr. Alejandro del Carmen                                              7/21/21