**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | **CASE #: 3:12-CV-2039 (GAG)** |

## ORDER

Previously the Court scheduled a status conference on August 19, 2021 at 2:00 pm (Docket No. 1784). The Court hereby converts the aforementioned setting to a public hearing, followed by the status conference.

The public hearing is set for 9 am in Courtroom 5 of the Jose V. Toledo Courthouse in Old San Juan. During the same, the Court will hear individual 15-minute presentations by the PRPB officers in charge of the following five areas of the Reform Agreement:

1. Police Academy;
2. Recruitment and Supervisions;
3. Promotions;
4. IT;
5. Community Engagement.

Each officer will submit no later than August 17 at noon to the Monitor, Special Master and USDOJ advance copy of his or her presentation, with an English language translation for review by the Monitor's subject matter area experts. At the hearing, following the 15-minute presentation the Court will pose questions.

The Court will recess at 11:30 am and will resume at 2:30 pm for the status conference. The Monitor, along with counsel for parties and Special Master will prepare the agenda.

An order regarding courtroom capacity and Covid 19 protocols will issue prior to the date of the hearing and conference.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of August of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge
