UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | **CASE #: 3:12-CV-2039 (GAG)** |

# ORDER

The following is the agenda for the afternoon status conference session on August 19, 201 at 2:30 pm at Courtroom 5 of the Jose V Toledo US Courthouse in Old San Juan. This order supplements that of August 3. 2021 (Docket No. 1803):

1. Introductions

    a. PRPB Counsel, Secretary of Public Safety, PRPB Commissioner and Governor's Representative,

    b. USDOJ,

    c. Monitor,

    d. Special Master,

2. Overall status of compliance.

3. Information Systems & Technology status of compliance (Paragraphs 218-223).

4. Tracking uses of force (Paragraph 41).

5. Investigating and reporting hate crimes (Paragraph 86).

6. Expanding Crisis Intervention Teams (Paragraphs 56-57).

7. Resources for internal investigations by SARP (Paragraphs 159-193).

On this date, the Court will be sending a "Survey Monkey" questionnaire to the parties. It is important than no later than Tuesday August 17, 2021 at 5:00 pm the same be completed by all counsel, Commonwealth representatives that will be addressing the court or in attendance, as well as Monitor and Special Master staff. This is of the utmost importance given the Court's Covid 19 protocol vis a vis the limited amount of space in the Courtroom (and overflow courtroom where the hearing will be televised). Early next

week, the Court will further supplement this order with seating arrangements. There will be a space reserved for members of the media as well as public.

The parties are reminded that the morning session commences at 9:00 am sharp, while the afternoon session commences at 2:30 pm sharp. As such all should plan to arrive at the Court beginning at 8:00 am and 2:00 pm, respectively.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of August of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge
