OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

August 6, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For July 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $22,359.30 | July 2021 |
| Castellanos Group LLC | $    787.50 | July 2021 |
| Spece | $ 3,191.24 | July 2021 |
| The & Group LLC (Javier González) | $12,249.41 | July 2021 |
| Dr. David Levy | $10,710.16 | July 2021 |
| Denise Rodriguez | $17,807.73 | July 2021 |
| Viota & Associates CPA LLC | $    775.00 | July 2021 |
| Donald S. Gosselin | $12,306.30 | July 2021 |
| Al Youngs | $12,508.40 | July 2021 |
| Rafael E. Ruiz | $11,308.24 | July 2021 |
| Scott Cragg | $11,706.45 | July 2021 |
| Federico Hernández Denton | $ 1,125.00 | July 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $ 9,137.50 | July 2021 |
| Rita J. Watkins | $ 3,120.00 | July 2021 |
| Merangelie Serrano | $ 2,557.50 | July 2021 |
| Luis Hidalgo | $12,104.01 | July 2021 |
| Korber Group | $ 1,604.97 | July 2021 |
| Samantha Rhinerson | $ 1,025.00 | July 2021 |
| Claudia Cámara | $    960.00 | July 2021 |
| Manuel Arroyo | $ 3,040.00 | July 2021 |
| Hipolito Castro Jr | $ | July 2021 |
| REEL E Good Sea Service Corp. | $    669.00 | July 2021 |
| **TOTAL:** | **$151,052.71** | July 2021 |