John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

July 1 through August 3, 2021

INVOICE # 086
FEDERAL MONITOR
JULY 2021 INVOICE

**TOTAL DUE $ 22,359.30**

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of July) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.
Reviewed data/documents relating to May 30th Demonstration at Capitol.
Participated in 253 Meeting with the Parties and the Special Master
Participated in Police Consent Decree discussion conference

**Site Visit to Puerto Rico July 12 through 16, 2021**

Meeting with the Honorable Judge Gelpi.
Meeting with Reform Unit and DSP
Meeting with PRPB re: CMR-5 data/document request
Meetings with Monitor Team members based in Puerto Rico.
Participated in PRPB's IT Unit presentations re: operating system
Conducted a debriefing meeting with the Monitor Team

**Site Visit to Puerto Rico July 30- August 3**

Observed demonstration in Rincon
Meeting with Captain Figueroa
Meeting with the Honorable Judge Gelpi

| | |
|---|---|
| **Flat Rate Total Wages Due** | **$17,916.66** |
| **Travel Expenses Due** | **$ 4,442.64** |
| **TOTAL DUE** | **$22,359.30** |

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

Date August 3, 2021




# Office of the Technical Compliance Advisor

# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name: John Romero**

**Travel Start Date: 7/10/2021 Travel End Date: 7/16/2021**

**Purpose of Travel: Business**

| Travel Reimbursement | | | |
|---|---|---|---|
| | **Unit Cost** | **Units** | **Total** |
| **Airfare** | $880.42 | 1 | $880.42 |
| **Baggage** | $0.00 | 0 | $ 0.00 |
| **Ground Transportation (Uber/Lyft/Taxi)** | $0.00 | 0 | $ 0.00 |
| **Ground Transportation (Parking)** | $0.00 | 5 | $ 0.00 |
| **Ground Transportation (Mileage)** | $0.56 | 82 | $ 45.92 |
| **Lodging** | $135,70 | 5 | $ 678.00 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $115.00 | 4 | $ 460.00 |
| **Other:** | $0 | 0 | $ 0.00 |
| **Total** | | | **$ 2,236.84** |

JR 234,496 pts

Total: **$880.42**

Charged to **Visa** ending in 1287

Details

## Traveler Details

| | | | | |
|---|---|---|---|---|
| **John Joseph Romero** | Adult | Seat 9D Change | Ticket Number: 2792167526246 | Bags: 2 |
| **John Joseph Romero** | Adult | Seat 15C Change | Ticket Number: 2792167526246 | Bags: 2 |

SJU-FLL

| | | | | |
|---|---|---|---|---|
| **John Joseph Romero** | Adult | Seat 11D Change | Ticket Number: 2792167526246 | Bags: 2 |

FLL-LAX

| | | | | |
|---|---|---|---|---|
| **John Joseph Romero** | Adult | Seat 14D Change | Ticket Number: 2792167526246 | Bags: 2 |

A confirmation email has been sent to jrrjjr.romero@gmail.com. If you didn't receive it, check your spam/junk folder. You can also view an manage your trip on jetblue.com or the JetBlue app with your confirmation code.

**Report Website Problem**

COURTYARD®
Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 1101
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00 Clerk: 8
CRS Number 97770124

Marriott Rewards # 756834271

Name:

Arrive: 07-11-21 Time: 11:14 Depart: 07-16-21 Folio Number: 665638

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-11-21 | COMEDOR- Guest Charge (Breakfast) | 28.09 | |
| 07-11-21 | COMEDOR- Guest Charge (Breakfast) | 0.91 | |
| 07-11-21 | COMEDOR- Guest Charge (Lunch) | 23.00 | |
| 07-11-21 | Package | 115.00 | |
| 07-11-21 | Government Tax | 10.35 | |
| 07-11-21 | Hotel Fee | 10.35 | |
| 07-12-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 07-12-21 | Package | 115.00 | |
| 07-12-21 | Government Tax | 10.35 | |
| 07-12-21 | Hotel Fee | 10.35 | |
| 07-13-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 07-13-21 | Package | 115.00 | |
| 07-13-21 | Government Tax | 10.35 | |
| 07-13-21 | Hotel Fee | 10.35 | |
| 07-14-21 | COMEDOR- Guest Charge (Breakfast) | 4.14 | |
| 07-14-21 | Package | 115.00 | |
| 07-14-21 | Government Tax | 10.35 | |
| 07-14-21 | Hotel Fee | 10.35 | |
| 07-15-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 07-15-21 | Package | 115.00 | |
| 07-15-21 | Government Tax | 10.35 | |
| 07-15-21 | Hotel Fee | 10.35 | |
| 07-16-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 07-16-21 | Visa Card | | 751.28 |
| | *Card # XXXXXXXXXXXX1287* | | |




# Office of the Technical Compliance Advisor

# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name: John Romero**

**Travel Start Date: 7/30/2021 Travel End Date: 8/3/2021**

**Purpose of Travel: Business**

| Travel Reimbursement | | | |
|---|---|---|---|
| | **Unit Cost** | **Units** | **Total** |
| **Airfare** | $873.94 | 1 | $873.94 |
| **Baggage** | $0.00 | 0 | $ 0.00 |
| **Ground Transportation (Uber/Lyft/Taxi)** | $0.00 | 0 | $ 0.00 |
| **Ground Transportation (Parking)** | $0.00 | 5 | $ 0.00 |
| **Ground Transportation (Mileage)** | $0.56 | 82 | $ 45.92 |
| **Lodging Mayaguez** | $165,68 | 2 | $ 331.36 |
| **Lodging San Juan** | $135.70 | 2 | $ 271.40 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $ 345.00 |
| **Other: I paid Lodging for Manuel Arroyo (Driver) Mayaguez** | $165.68 | 1 | $ 165.68 |
| **Total** | | | **$ 2,205.80** |

# Itinerary confirmation

Download to calendar    PRINT ITINERARY

## You're all set to jet!

## Confirmation code: KRBCWA

MANAGE BOOKING >

## Travelers

Mr. John Joseph Romero

| Flight | | | |
|---|---|---|---|
| | Ticket number | 2792170366241 | |
| | Frequent Flyer | JetBlue - TrueBlue - 3486580574 * | |
| | | LAX ➔ FLL | FLL ➔ SJU |
| | Seat | 15D | 13D |
| | Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| **Los Angeles, CA (LAX)**<br>Thu Jul 29 2021, **10:55 PM**<br>A321/Mint | Fort Lauderdale, FL (FLL)<br>Fri Jul 30 2021, **7:07 AM** | **Flight 100**<br>JetBlue | **Fare: Blue**<br>Nonstop |
| Fort Lauderdale, FL (FLL)<br>Fri Jul 30 2021, **10:00 AM**<br>A321 | **San Juan, PR (SJU)**<br>Fri Jul 30 2021, **12:38 PM** | **Flight 253**<br>JetBlue | **Fare: Blue**<br>Nonstop |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $458.01 | $33.70 | $491.71 | x 1 | **$491.71 USD** |

**Total fare:** **$491.71 USD**

## Extras

+ Seats

+ Bags

+ Even More Speed

**Total extras:** **$0.00 USD**

## Charged to Visa ending in 1287 $491.71 USD

# Information

1. CARRY-ON BAG RULES:

   **JetBlue-operated flights**

   For flights to/from U.S. (excluding from London), Caribbean and Latin America:

   For travel 7/20/21 or later, Blue Basic customers may only bring a personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Personal items **may not** go in the overhead bin and must not exceed 17" L (43.2 cm) x 13" W (33 cm) x 8" H (20.32 cm).

   Mosaics and eligible travelers ↗ on the same booking and traveling together, travelers combining a Blue Basic fare with an Even More® Space seat (on all legs, if connecting), U.S. military and unaccompanied minors may still bring a carry-on bag that fits in the overhead bin (guaranteed space onboard for Even More® Space seats on domestic flights within the U.S., space permitting for others) and one personal item.

   Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (guaranteed space onboard for domestic itineraries) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   For flights to/from London:

   Blue Basic, Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (space permitting) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   **Connecting on our partner airlines (including Cape Air) -** The carry-on rules of a partner airline apply when checking in to a JetBlue flight that is connecting to the partner. See our partner page for more information. While JetBlue may allow additional carry-ons as a courtesy to customers connecting to our partner airline, JetBlue cannot guarantee that those bags will be accepted for in-cabin travel on the partner. Customers are encouraged to abide by partner's rules for their entire journey to avoid additional checked bag fees if their carry-ons do not meet size/weight restrictions.

   **CHECKED BAGS**

   Checked bags may be subject to additional fees, depending on the type of fare purchased, route, method of payment, size and weight of bags, and other variables. For checked bag fees and allowances, refer to www.jetblue.com/bags. Other bag rules may apply if your travel includes more than one airline. Please review the bag policies of any codeshare and interline partners on your itinerary.

2. Legroom based on average fleet-wide seat pitch of U.S. airlines. JetBlue-operated flights only.

3. DIRECTV® and SiriusXM Radio® services are not available on flights outside the contiguous United States; however, where applicable, movies from JetBlue Features™ are offered complimentary on these routes. JetBlue-operated flights only.

4. Certain flights will require more points to redeem award travel based on, among other things, the flight chosen and peak travel periods. TrueBlue Members are responsible for taxes and fees applicable to Award Flights, including (a) Passenger Facility Charges of up to $9.00 each way, (b) September 11th Security Fees of up to $11.20 per enplanement at a U.S. originating airport and (c) Federal Segment Taxes of $4.00 per domestic segment (a segment is a takeoff and landing). Government taxes/fees are subject to change as required by law, see http://www.jetblue.com/about/legal/taxes.asp.

5. If you find the same hotel and dates of stay at a lower rate, Hotels.com will, at its choice, either match the lower rate or cancel the reservation without a cancellation fee. See http://hotels.jetblue.com/index.jsp?pageName=guarantee.

6. Hotels.com does not charge a change or cancel fee; but each property has independent penalties for changes/cancellations. See hotel details.

**Customer concerns**
Any customer inquiries or concerns can be addressed here, emailed to dearjetblue@jetblue.com, or sent to JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

**Notice of Increased Government Tax or Fee**
JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.



## Flights: San Juan, PR (SJU)

**Depart:** Tuesday, Aug 03, 2021

Your Flight

| Date | Departs / Arrives | Route | Flight/ Aircraft | Fare | Travelers | Seats | Checked bags |
|---|---|---|---|---|---|---|---|
| Tue, Aug 03 2021 | 1:40 PM 4:20 PM | **San Juan, PR (SJU) to Fort Lauderdale, FL (FLL)** | **Flight number 1754** Aircraft A321 JetBlue | Blue | John Romero | — | 2 bags |
| Tue, Aug 03 2021 | 8:50 PM 11:19 PM | **Fort Lauderdale, FL (FLL) to Los Angeles, CA (LAX)** | **Flight number 2501** Aircraft A321/Mint JetBlue | Blue | John Romero | — | 2 bags |

# Extras

## Even More Speed

Even More Speed

| | |
|---|---|
| Even More® Speed | **Mr. John Romero** SJU-FLL Flight 1754 |
| Even More® Speed | **Mr. John Romero** FLL-LAX Flight 2501 |

# Payment

**Details**

Details

| | |
|---|---|
| Fare details: $348.53 x 1 = | **$348.53** USD |
| Taxes & Fees: | **$33.70** USD |
| Even More® Speed: | **Included** |
| Checked bags: | **Included** |

## Total: $382.23 USD

John

MAYAGUEZ PLAZA HOTEL (787) 832-9191

frontdesk@mayaguezplaza.com

70 E CALLE MENDEZ VIGO
MAYAGUEZ, PR 00980

C/O 08/01/2021 11:28 AM Luis

**Room #** 421-A

**Conf #** 9444

**Registered To:**

**Arrival** 07/30/21

**Departure** 08/01/21

Hidalgo, Luis
parada 22
SAN JUAN, PR 00909

**Room Type** NK1 -1 King size bed

**Guests** 2 / 0

**Payment** Visa/Master

(787) 647-6374

**Acct** XXXX-XXXX-XXXX-1287

| Posting Date | Oper | AcctCode | Description | From | Reference | Amount |
|---|---|---|---|---|---|---|
| 07/30/21 | Laudit | RC | ROOM CHRG REVENUE | | | $149.00 |
| 07/30/21 | Laudit | 9 | ROOM TAX | | | $13.41 |
| 07/30/21 | Laudit | HFEE | HOTEL FEE | | | $3.00 |
| 07/30/21 | Laudit | 9 | ROOM TAX | | | $0.27 |
| 07/31/21 | Laudit | RC | ROOM CHRG REVENUE | | | $149.00 |
| 07/31/21 | Laudit | 9 | ROOM TAX | | | $13.41 |
| 07/31/21 | Laudit | HFEE | HOTEL FEE | | | $3.00 |
| 07/31/21 | Laudit | 9 | ROOM TAX | | | $0.27 |
| 08/01/21 | Luis | VS | PAYMENT VISA/MC | | 1287 - 07264D | $331.36- |

| Balance Due | $0.00 |
|---|---|

THE UNDERSIGNED GUEST AGREES TO PAY THE AMOUNT INDICATED ON THE BALANCE DUE PORTION OF THIS INVOICE. IF THE CHARGES ARE TO BE BILLED TO A THIRD PARTY, THE UNDERSIGNED AGREES TO BE PERSONALLY LIABLE FOR PAYMENT OF THE CHARGES IN THE EVENT THAT THE INDICATED THIRD PARTY, PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF SUCH CHARGES.

X______________________________
GUEST SIGNATURE

______________________________
Signature

Manuel

MAYAGUEZ PLAZA HOTEL

(787) 832-9191

frontdesk@mayaguezplaza.com

70 E CALLE MENDEZ VIGO
MAYAGUEZ, PR 00980

C/O 08/01/2021 11:32 AM Luis

Room # 321-A

Conf # 9532

**Registered To:**

Hidalgo, Luis
parc12
SAN JUAN, PR 00909

Arrival 07/31/21

Departure 08/01/21

Room Type NK1 -1 King size bed

Guests 2 / 0

Payment Visa/Master

Acct XXXX-XXXX-XXXX-1287

| Posting Date | Oper | AcctCode | Description | From | Reference | Amount |
|---|---|---|---|---|---|---|
| 07/31/21 | Laudit | RC | ROOM CHRG REVENUE | | | $149.00 |
| 07/31/21 | Laudit | 9 | ROOM TAX | | | $13.41 |
| 07/31/21 | Laudit | HFEE | HOTEL FEE | | | $3.00 |
| 07/31/21 | Laudit | 9 | ROOM TAX | | | $0.27 |
| 08/01/21 | Luis | VS | PAYMENT VISA/MC | | 1287 - 01884D | $165.68- |
| | | | | | **Balance Due** | **$0.00** |

**THE UNDERSIGNED GUEST AGREES TO PAY THE AMOUNT INDICATED ON THE BALANCE DUE PORTION OF THIS INVOICE. IF THE CHARGES ARE TO BE BILLED TO A THIRD PARTY, THE UNDERSIGNED AGREES TO BE PERSONALLY LIABLE FOR PAYMENT OF THE CHARGES IN THE EVENT THAT THE INDICATED THIRD PARTY, PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF SUCH CHARGES.**

X______________________________________
GUEST SIGNATURE

______________________
**Signature**

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00 Clerk: 8
CRS Number 72277134

Marriott Rewards # 756834271

Name:

Arrive: 08-01-21 Time: 19:23 Depart: 08-03-21 Folio Number: 672876

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-01-21 | Package | 115.00 | |
| 08-01-21 | Government Tax | 10.35 | |
| 08-01-21 | Hotel Fee | 10.35 | |
| 08-02-21 | Package | 115.00 | |
| 08-02-21 | Government Tax | 10.35 | |
| 08-02-21 | Hotel Fee | 10.35 | |
| 08-02-21 | COMEDOR- Guest Charge (Breakfast) | 31.84 | |
| 08-03-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 08-03-21 | Visa Card | | 307.40 |
| | *Card # XXXXXXXXXXXX1287* | | |
| | | **Balance** | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Google Maps 2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5 Drive 41.1 miles 1 hr 3 min






Map data ©2021 Google 2 mi

## 2301 Pacific Ave

Costa Mesa, CA 92627

### Get on I-405 N from W Wilson St and Harbor Blvd

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr

   0.1 mi

2. Turn left onto W Wilson St
   Pass by Taco Bell (on the left in 1.4 mi)

   1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd
   Pass by Panda Express (on the right)

   2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

   0.6 mi

### Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W

33 min (35.1 mi)

5. Merge onto I-405 N

   16.6 mi