

# INVOICE

INVOICE NUMBER: 191
INVOICE DATE: JULY 28, 2021

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO: Police Reform, Case No: 3:12-cv-2039 (GAG)
00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-03-21 | Case: 3:12 cv 2039 (GAG) | Final review and changes to CMR 4; discussions with Hernández Denton, Esq. | 2.00 | $225.00 | $450.00 |
| JUL-04-21 | Case: 3:12 cv 2039 (GAG) | Final review and changes to CMR 4 | 1.50 | $225.00 | $337.50 |
| | | Total hours for this invoice | 3.50 | | |
| | | Total amount of this invoice | | | $787.50 |