**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 12143



**BILL TO**
Office of the FPMPR LLC

| | DATE 09/01/2021 | PLEASE PAY $2,454.40 | DUE DATE 09/01/2021 |
|---|---|---|---|

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office** Private Office Suite - Office 15, $2,300.00, Sep 1, 2021 - Sep 30, 2021 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees** Telephone Service, $60.00, Sep 1, 2021 - Sep 30, 2021 | 1 | 60.00 | 60.00T |
| | SUBTOTAL | | 2,360.00 |
| | TAX (4%) | | 94.40 |
| | TOTAL | | 2,454.40 |
| | TOTAL DUE | | $2,454.40 |

THANK YOU.

ELEVATE YOUR BUSINESS