Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 12144



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>08/01/2021 | PLEASE PAY<br>$736.84 | DUE DATE<br>08/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $126.00, 1 x $81.00 / hour (10% discount), 2 x $22.50 / hour (10% discount) - Jul 14, 2021 | 1 | 126.00 | 126.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Jul 15, 2021 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $225.00, 1 x $225.00 / day (10% discount) - Jul 15, 2021 | 1 | 225.00 | 225.00T |
| **Other Fees:One-off Fees**<br>Install/Maintainance - Medium Whiteboard Installation | 1 | 200.00 | 200.00T |

|  | SUBTOTAL | 708.50 |
|---|---|---|
|  | TAX (4%) | 28.34 |
|  | TOTAL | 736.84 |

TOTAL DUE             $736.84

THANK YOU.

ELEVATE YOUR BUSINESS