# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER:  61
INVOICE DATE:  AUGUST 01, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-05-21 | Administrative Director | Work with Team June Invoices, Communications with the Monitor and Team Members. | 3.50 | $100.00 | $350.00 |
| JUL-06-21 | Administrative Director | Weekly Team Meeting, Communications with the Monitor and Team Members, Follow up on Administrative Matters (Cards, Newsletter translations, ID,s among others). 2020-2021 Budget Expenses. | 4.00 | $100.00 | $400.00 |
| JUL-07-21 | Administrative Director | Work with Team Visit Coordination, Communications with the Monitor. | 2.00 | $100.00 | $200.00 |
| JUL-08-21 | Administrative Director | Visit to Police Area Commands of Caguas, Humacao and Fajardo regarding form 311.1 in Patrol Cars and Reception. Communications with the Monitor. | 6.50 | $100.00 | $650.00 |
| JUL-09-21 | Administrative Director | Follow up on Administrative Matters, Communications with the Monitor and Team Members, Coordination of Team Visit. | 3.00 | $100.00 | $300.00 |
| JUL-12-21 | Administrative Director | July Team Visit (meetings at Office and at PRPB), Work and share Survey RFI. | 7.00 | $100.00 | $700.00 |
| JUL-13-21 | Administrative Director | Team visit Meetings at PRPB, (Information Request, IT), Team Interviews coordination, Community counsel meeting. | 7.00 | $100.00 | $700.00 |
| JUL-14-21 | Administrative Director | Meetings and Coordination of Team Visit and Interviews at office. | 5.50 | $100.00 | $550.00 |
| JUL-15-21 | Administrative Director | Coordination and Participation of various Meetings at Office. | 7.00 | $100.00 | $700.00 |
| JUL-16-21 | Administrative Director | Communications with the Monitor, Review of Information and Communications sent by team Members and PRPB, Work with Survey Communications. | 2.50 | $100.00 | $250.00 |
| JUL-19-21 | Administrative Director | Coordination of Mr. Donnie Gosselin Interviews at Office, Staff Meeting. Communications with the Monitor and PRPB. | 4.50 | $100.00 | $450.00 |
| JUL-20-21 | Administrative Director | Communications with the Monitor, Coordination of Mr. Donnie Gosselin Interviews at Office. | 4.00 | $100.00 | $400.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-21-21 | Administrative Director | At office (Assist in Coordination of Mr. Donnie Gosselin Interviews). Follow Up on Survey RFI, Communications with the Monitor and team Members. | 3.50 | $100.00 | $350.00 |
| JUL-22-21 | Administrative Director | Communications with the Monitor, Follow up on Rincon Manifestations and Truck Drivers Strike, Request of Documents Meeting at PRPB, | 4.50 | $100.00 | $450.00 |
| JUL-23-21 | Administrative Director | Communications with the Monitor and Deputy Monitor, Follow up on Rincon Protests. | 2.00 | $100.00 | $200.00 |
| JUL-24-21 | Administrative Director | Communications with the Monitor and follow upon Rincón Protests | 1.50 | $100.00 | $150.00 |
| JUL-26-21 | Administrative Director | Various Communications with the Monitor, Follow up on Rincón Protests, and review of incidents on social media, Staff Zoom Meeting, Communications with PRPB Commissioner. | 3.00 | $100.00 | $300.00 |
| JUL-27-21 | Administrative Director | Communications with the Monitor, 253 Meeting, Zoom Meeting with Team Members, Review of information sent by DSPDI. | 3.50 | $100.00 | $350.00 |
| JUL-28-21 | Administrative Director | Communications with the Monitor, Staff Meeting. Coordination of Rincon Visit. | 2.50 | $100.00 | $250.00 |
| JUL-29-21 | Administrative Director | Communications with the Monitor, Survey Follow Up, Visit to Rincon to coordinate Monitor Visit. | 7.00 | $100.00 | $700.00 |
| JUL-29-21 | Administrative Director | Travel to Observe Rincon Protests. | | | $86.25 |
| JUL-30-21 | Administrative Director | Communications with the Monitor. Visit to Rincon to observe Protests with the Monitor. | 7.00 | $100.00 | $700.00 |
| JUL-30-21 | Administrative Director | Travel to Observe Rincon Protests. | | | $86.25 |
| JUL-30-21 | Administrative Director | Team Business Cards | | | $968.94 |
| JUL-30-21 | Administrative Director | Gasoline (Manuel Arroyo) | | | $120.00 |
| JUL-30-21 | Administrative Director | Office Supplies | | | $57.97 |
| JUL-31-21 | Administrative Director | Visit to Rincon to observe Protests with the Monitor | 8.00 | $100.00 | $800.00 |
| JUL-31-21 | Administrative Director | Visit to Rincon to observe protests with the Monitor. | | | $115.00 |
| AUG-01-21 | Administrative Director | Visit Rincon to observe protests with the Monitor. | 8.00 | $100.00 | $800.00 |

INVOICE NUMBER: 61

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-01-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| AUG-01-21 | Administrative Director | Visit to Rincon to observe protests with the Monitor. | | | $115.00 |
| | | Total amount of this invoice | | | $12,249.41 |

MESSAGE

Javier B Gonzalez, August 1, 2021