

# Invoice

**Altai Atlantic Consulting LLC**
For services rendered by Dr. David Levy

**Date:** August 5, 2021
**Invoice #:** 01-019

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

**Payment Information**
Capital One Bank
360 Checking Account
Routing #: 31176110
Account #: 36063126043

## Total Fees Payable

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| Total work performed in the Continental United States | 35.0 | 160 | $5,600.00 |
| Total work performed in Puerto Rico | 23.0 | 160 | $3,680.00 |
| Total work performed during the invoice period | 58.0 | 160 | $9,280.00 |
| Total travel reimbursement (see supporting documents) | N/A | | $1,430.16 |
| **Total fees and travel reimbursement due** | | | **$10,710.16** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 7/1/21 | Revisions to CMR-4 draft | 3.5 | 160 | $560.00 |
| 7/1/21 | Revisions to CMR-4 executive summary | 1.0 | 160 | $160.00 |
| 7/5/21 | CMR-5 Data requests | 4.0 | 160 | $640.00 |
| 7/6/21 | Monitoring team conference call | 0.5 | 160 | $80.00 |
| 7/8/21 | Emailing with team members regarding CMR-5 data | 0.5 | 160 | $80.00 |
| 7/12/21 | CMR-5 Data requests | 3.5 | 160 | $560.00 |
| 7/12/21 | Call with Parties regarding data requests for CMR-5, other matters | 1.0 | 160 | $160.00 |
| 7/19/21 | Revising CMR-4 draft | 4.0 | 160 | $640.00 |
| 7/19/21 | Monitoring team conference call | 0.5 | 160 | $80.00 |
| 7/21/21 | Revising CMR-4 draft | 3.0 | 160 | $480.00 |
| 7/21/21 | Revising CMR-4 executive summary | 2.0 | 160 | $320.00 |
| 7/27/21 | Team call regarding data requests and worksheets | 0.5 | 160 | $80.00 |
| 7/27/21 | Methodologycal assistance regardign worksheets and CMR template | 3.0 | 160 | $480.00 |
| 7/28/21 | Administrative tasks related to complying with new 2021 billing guidelines | 4.0 | 160 | $640.00 |
| 7/29/21 | Methodologycal assistance regardign worksheets and CMR template | 1.0 | 160 | $160.00 |
| 7/30/21 | Methodologycal assistance regardign worksheets and CMR template | 3.0 | 160 | $480.00 |
| | | | | |
| Total | | 35.0 | | $5,600.00 |

**Work Performed in Puerto Rico**

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 7/13/21 | Revising CMR-4 draft | 4.5 | 160 | $720.00 |
| 7/14/21 | Revising CMR-4 draft | 5.0 | 160 | $800.00 |
| 7/14/21 | Team collaboration on CMR-4 sections | 1.5 | 160 | $240.00 |
| 7/15/21 | PRPB IT demonstration | 1.0 | 160 | $160.00 |
| 7/15/21 | 1-on-1 meetings with team members re: CMR-4 draft and CMR-5 data | 4.5 | 160 | $720.00 |
| 7/15/21 | Team trip debriefing meeting | 1.5 | 160 | $240.00 |
| 7/16/21 | Revising sampling methodology and data sources | 5.0 | 160 | $800.00 |
| Total | | 23.0 | | $3,680.00 |

**Total Fee Payable**   $10,710.16

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

_[signature]_

**Signature**

August 5, 2021

**Date**