# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 7/31/2021 | #010 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | 956-279-3097 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
July 1- 31, 2021

**DUTIES AND RESPONSIBILITIES**                                        **TOTAL DUE $17,807.73**

- Conducted calls with each subject matter expert and the Monitor
- Coordinated and conducted weekly group calls with the Monitoring Team
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Drafted and delivered memo documenting the Monitor's Office Review of the policies submitted by PRPB
- Worked with monitoring staff to publish the second quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Worked with the Administrative Director to secure translation services (for FPM newsletter) as well as other office supplies (i.e., business cards, t-shirts, whiteboard)
- Managed the delivery of the data for CMR-5 by PRPB into Dropbox
- Continued working with the Data Analyst on the data requests for CMR-5
- Submitted the second data request for CMR-5 to PRPB on July 9th
- Participated in the Monitor site visit on July 12-16th and related meetings and monitoring observations
- Worked with the Administrative Director and the Administrative Assistant to draft the schedule(s) for the August site visits
- Conducted a final review of the CMR-4 Report
- Assisted the Monitor and Counsel in the delivery of the Final CMR-4 Report to the Court on July 21st
- Worked with Korber to publish the CMR-4 report onto FPM website
- Worked with the Administrative Director to finalize and distribute the RFP for the Community Survey
- Participated on call with the Parties to discuss PRPB integrity checks on July 21st
- Participated on P253 call on July 27th
- Participated on call with Parties to discuss monitoring of activity in the field on July 28th

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 1,974.40 |
| **Total Due** | **$ 17,807.73** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_                                                                                      July 31, 2021
**Denise Rodriguez, Chief Deputy Monitor**                                              Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name: Denise Rodriguez**
**Travel Dates: July 11-16, 2021**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 627.40 | 1 | $ 627.40 |
| Baggage | $ - | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 1 | $ - |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days) | $ 6.00 | 6 | $ 36.00 |
| Total | | | $ 1,974.40 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 1014
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00   Clerk: 3

Marriott Rewards #   286891726

CRS Number   89545753

Name:

Arrive:  07-11-21          Time:  23:59          Depart:  07-16-21          Folio Number:  668462

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-11-21 | Package | 115.00 | |
| 07-11-21 | Government Tax | 10.35 | |
| 07-11-21 | Hotel Fee | 10.35 | |
| 07-12-21 | Package | 115.00 | |
| 07-12-21 | Government Tax | 10.35 | |
| 07-12-21 | Hotel Fee | 10.35 | |
| 07-13-21 | Package | 115.00 | |
| 07-13-21 | Government Tax | 10.35 | |
| 07-13-21 | Hotel Fee | 10.35 | |
| 07-14-21 | Package | 115.00 | |
| 07-14-21 | Government Tax | 10.35 | |
| 07-14-21 | Hotel Fee | 10.35 | |
| 07-15-21 | Package | 115.00 | |
| 07-15-21 | Government Tax | 10.35 | |
| 07-15-21 | Hotel Fee | 10.35 | |
| 07-16-21 | American Express | | 699.89 |
| | Card #  XXXXXXXXXX1008 | | |
| 07-20-21 | American Express | | -21.39 |
| | Card #  XXXXXXXXXX1008 | | |

COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Ms Denise Rodriguez  
3003 San Sebastian St  
Mission TX 78572  
United States

Room: 1014  
Room Type: EKNG  
No. of Guests: 1  
Rate:  $  115.00   Clerk: 3

Marriott Rewards #   286891726

CRS Number   89545753

Name:

Arrive:  07-11-21          Time:  23:59          Depart:  07-16-21          Folio Number:  668462

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | drodriguez_PRI@outlook.com |
| **Subject:** | Fwd: Your trip confirmation (MFE - SJU) |
| **Date:** | Monday, July 26, 2021 3:56:13 PM |

---------- Forwarded message ---------
From: **American Airlines** <no-reply@notify.email.aa.com>
Date: Mon, Jun 7, 2021 at 2:11 PM
Subject: Your trip confirmation (MFE - SJU)
To: <DENISE.RODRIGUEZ4211@gmail.com>

Issued: June 7, 2021

# Your trip confirmation and receipt

### Record Locator: MQCBVM

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

**Manage your trip**

## Sunday, July 11, 2021

| MFE | DFW | Seat: | 7B |
|---|---|---|---|
| 11:56 AM | 1:39 PM | Class: | Basic Economy (B) |

| | | |
|---|---|---|
| McAllen | Dallas/Fort Worth | Meals: |

**AA 3143**

Operated by Skywest Airlines as American Eagle

| DFW | SJU | Seat: 20C |
|---|---|---|
| 5:02 PM | 10:51 PM | Class: Basic Economy (B) |
| Dallas/Fort Worth | San Juan | Meals: |

**AA 2481**

## Friday, July 16, 2021

| SJU | DFW | Seat: 22J |
|---|---|---|
| 7:10 AM | 11:07 AM | Class: Basic Economy (B) |
| San Juan | Dallas/Fort Worth | Meals: |

**AA 1591**

| DFW | MFE | Seat: 11C |
|---|---|---|
| 1:25 PM | 2:56 PM | Class: Basic Economy (B) |
| Dallas/Fort Worth | McAllen | Meals: |

**AA 1574**

## Your payment

| Flight Credit | $627.40 |
|---|---|
| **Total paid** | **$627.40** |

| Trip Credit Issued  (DENISE R. - 0011511620361) | $50.80 |
|---|---|

## Your purchase

**DENISE RODRIGUEZ**

AAdvantage #: 62CW4C0

---

New ticket $627.40
Ticket #: 0012179757430
[ $560.00 + Taxes and fees $67.40 ]

---

**Total** **$627.40**

---

**Total cost** (all passengers) **$627.40**

---

## Bag information

### Checked bags

**Online***

| 1st bag | 2nd bag |
|---|---|
| No charge | $40.00 |

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags