# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER: 20200531
DATE: JULY 27, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| JUL-06-21 | CONSULTING FEES | ACH Payments for May Services (1 of 2) Pay 10% Withholding | 0.75 | $100.00 | $75.00 |
| JUL-09-21 | CONSULTING FEES | File Professional Services Quarterly Return 2021 Q2 | 1.00 | $100.00 | $100.00 |
| JUL-13-21 | CONSULTING FEES | Post ACH Payments 7/7 & 7/8 in SAGE & PR Pay | 3.00 | $100.00 | $300.00 |
| JUL-14-21 | CONSULTING FEES | Review June Invoices and calculate withholdings | 1.00 | $100.00 | $100.00 |
| JUL-21-21 | CONSULTING FEES | Bank deposit at Firstbank | 1.00 | $100.00 | $100.00 |
| JUL-23-21 | CONSULTING FEES | ACH Payment for June Invoices (1 of 2) Pay 10% withholding | 0.50 | $100.00 | $50.00 |
| JUL-26-21 | CONSULTING FEES | ACH Payment (2 of 2) Bank Reconciliation & Journal Entries for 6/30/2021 | 0.50 | $100.00 | $50.00 |
| | | TOTAL: CONSULTING FEES | | | $775.00 |
| | | Total hours for this invoice | 7.75 | | |
| | | Total before tax | | | $775.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $775.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)