Donald S. Gosselin, Esq.
d/b/a MBG North Corp
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1149**              **Billing Period:   June 27, 2021 to July 27, 2021**

**Work performed/ CONUS and Commonwealth of Puerto Rico**

- July 1, 2021: Review and approve list of interviewees for July visit along with schedule. Review corresponding methodologies. Review draft schedule for August 2021 visit. Review new TCA policies (6 hours)
- July 2, 2021: Review site visit plan for July visits, review RPD-1, CMR-5, Review corresponding methodologies (4 hours)
- July 7, 2021: Review draft RPD-2, CMR-5. Review CMR-4 comments from PRPB, Special Master and USDOJ, Review corresponding methodologies (5 hours)
- July 8, 2021: Draft responses to CMR-4 comments. Review email chain on site visits (5 hours)
- July 9, 2021: Review email chain on site visits. Review methodologies for Professionalism. Review Special Master comments on CMR-4. Draft response to Deputy Chief. Prepare interview questions for visit to PRPB. (6.5 hours)
- July 13, 2021: Review documentation submitted by PRPB relating to CMR-4. Research practices in public safety drug testing. Respond to Deputy Chief (7.5 hours)
- July 17, 2021:  Finalize questionnaire for Professionalism interviews in SJ (3.5 hours)
- July 19, 2021:  Conduct and record interviews in SJ (8 hours)
- July 20, 2021:  Conduct and record interviews in SJ (8 hours)
- July 21, 2021:  Conduct and record interviews in SJ (8 hours)
- July 22, 2021:  Conduct and record interviews in SJ, meet with PRPB Compliance Office to discuss RPD-2 and (future) RPD-3 for CMR-5 (8 hours)
- July 24, 2021: Review recordings of interviews and notes for SJU site visit. Review and coordinate subjects for August site visit. Report out to Deputy Chief (3 hours)
- July 25, 2021: Review recordings of interviews and draft findings for Professionalism/Promotions. Prepare travel reimbursement forms invoice documentation and assemble supporting travel documentation (5.5 hours)

**60 hours total @ $160 = $9,600.00**

**Labor Cost Breakout:**
US LABOR:     46 hours @ $160                             $  7,360.00
PR LABOR GROSS:      32 hours @ $160      $  5,120.00
PR LABOR (FEE WAIVED)                              $  (2,880.00)

| | |
|---|---|
| PR LABOR NET | $ 2,240.00 |
| TOTAL TRAVEL (invoiced on 24 JUL): | $ 2,706.30 |
| **Total Fees and Expense Reimbursement Due =** | **$12,306.30 USD** |

**TERMS**:    NET 30 ACH Transfer

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

27 JULY 2021

_____
**Donald S. Gosselin, Esq.**
d/b/a MBG North Corp.