**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

July 1– July 31, 2021
Invoice No. 26
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of July | |
| 07/06 07/12 07/19 | From Members of the Monitor Team | 3.0 Hours |
| 07/06 07/13 07/15 | Internal Monitor Team meetings | 4.0 Hours |
| 07/26 07/30 | Phone calls with PRPB Recruitment and Training Academy | 1.0 Hour |
| 07/21 thru 07/30 | Several meetings and phone calls with Monitor and Deputy Monitor | 2.0 Hours |
| | | |
| 07/09 | Reviewed PRPB Recruitment brochure and sent comments to Deputy Monitor. | 2.0 Hours |
| | | |
| | During site visit to Puerto Rico: | |
| 07/12 thru 07/15 | FPM Team meeting at the Monitor's Office. Met with Reform Unit, Police Headquarters. Met with IT Directors Juan Carlos and Angel Camareno and US DOJ via Zoom 3 reference NCIC and NIBRS. Supervision and Management interviews at Monitor's Office. Met with staff at Recruitment Division at PRPB. | 33.0 Hours |
| | | |
| 07/13 | Reviewed and verified sample list of recruits in classes 229, 230, 231 and proposed class 232, which were received from Recruitment Division and verified names provided by Recruitment Division with interim Recruitment Director and obtained examples of community outreach and most current strategic plan. Reviewed new Recruitment brochure. Also attending was Captain Figueroa reference recruiting efforts. | 2.0 Hours |
| | | |
| 07/18 | Reviewed, finalized and submitted completed documents on Supervision and Recruitment for CMR-4, responded to comments made by US DOJ. | 2.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 07/19 | Reviewed Paragraphs 135 through 158 for CMR-4 and Recruitment paragraphs 101 through 108. Submitted corrected draft copies of Supervision and Recruitment to Deputy Monitor and Legal Advisor. | 3.0 Hours |
| 07/20 | Reviewed additional documents received from the Recruitment Division and Human Resources after July Puerto Rico site visit, including Community Relations meeting at Mayaguez Mall, Aguadilla Mall, command of Bayamon and activities with the Mayor of Caguas and Chinatown Guayama community. | 1.0 Hours |
| 07/22 | Reviewed final draft of CMR-4, which was submitted to the Court. | 2.0 Hours |
| 07/27 | Reviewed proposed amendments to the General Order of Internal and External Transfers (MON-OR-255-12-02-2021). | 2.0 Hours |
| 07/28 | Translated, completed and forwarded Supervisor surveys for June and July. | 3.0 Hours |

**TOTAL HOURS:  60**

Billable Hours:    60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:            $9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT        $12,508.40**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

7/31/2021
Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan Youngs

**Travel Start Date: 7/11/2021  Travel End Date: 7/16/2021**

**Purpose of Travel:** Business

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare | $648.70 | 2 | $ 1,297.40 |
| Baggage | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Parking) | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Mileage) | $0.00 | 0 | $ 0.00 |
| Lodging | $135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| Other: | $0.00 | 0 | $ 0.00 |
| Total | | | $2,608.40 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1



# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JUL 11     Confirmation #4BSQ8Z

 **San Juan, PR**

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +7,688 PTS | $648.70 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| DEN to SJU | 7/11/21 | Anytime | +7,688 PTS | $615.00 |
| | | | Taxes & fees | $33.70 |

| | |
|---|---|
| Total | **$648.70** |
| Total points earned | **+7,688** PTS |



# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JUL 16     **Confirmation #4BMKLY**

 Denver, CO

San Juan, PR to Denver, CO

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +7,688 PTS | $648.70 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SJU to DEN | 7/16/21 | Anytime | +7,688 PTS | $615.00 |
| | | | Taxes & fees | $33.70 |

| | |
|---|---|
| Total | **$648.70** |
| Total points earned | **+7,688 PTS** |

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 3

Marriott Rewards #    119330892

CRS Number  97766416

Name:

Arrive:   07-11-21            Time:   19:29            Depart:  07-16-21            Folio Number:  665635

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-11-21 | COMEDOR- Guest Charge (Dinner) | 31.09 | |
| 07-11-21 | Package | 115.00 | |
| 07-11-21 | Government Tax | 10.35 | |
| 07-11-21 | Hotel Fee | 10.35 | |
| 07-12-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-12-21 | Package | 115.00 | |
| 07-12-21 | Government Tax | 10.35 | |
| 07-12-21 | Hotel Fee | 10.35 | |
| 07-13-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-13-21 | Package | 115.00 | |
| 07-13-21 | Government Tax | 10.35 | |
| 07-13-21 | Hotel Fee | 10.35 | |
| 07-14-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-14-21 | Package | 115.00 | |
| 07-14-21 | Government Tax | 10.35 | |
| 07-14-21 | Hotel Fee | 10.35 | |
| 07-15-21 | Comedor - Guest Charge | 4.00 | |
| 07-15-21 | Package | 115.00 | |
| 07-15-21 | Government Tax | 10.35 | |
| 07-15-21 | Hotel Fee | 10.35 | |
| 07-16-21 | Visa Card | | 727.73 |
| | Card #  XXXXXXXXXXX5094 | | |
| 07-16-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-16-21 | Visa Card | | 4.00 |
| | Card #  XXXXXXXXXXX5094 | | |

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00  Clerk: 3

Marriott Rewards #   119330892

CRS Number  97766416

Name:

Arrive:  07-11-21        Time:  19:29        Depart:  07-16-21        Folio Number:  665635

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-16-21 | Visa Card |  | -2.14 |
|  | Card #  XXXXXXXXXXXX5094 |  |  |
|  | **Balance** |  | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.