# Rafael Ruiz Consulting

**12 Crestshire Dr.**
**Lawrence, MA 01843**

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2021-07
INVOICE DATE: 7/31/2021

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: PR Sustainable Reform/Police Monitoring | | | |
| 7/6/2021 | PR Sustainable Reform/Police Monitoring | Monitor and Team weekly Zoom meeting | 1.00 | $165.00 | $165.00 |
| 7/10/2021 | PR Sustainable Reform/Police Monitoring | Edit CMR-04 Search and Seizure section | 2.50 | $165.00 | $412.50 |
| 7/11/2021 | PR Sustainable Reform/Police Monitoring | Edit CMR-04 Search and Seizure section (In-flight to PR) | 2.50 | $165.00 | $412.50 |
| 7/12/2021 | PR Sustainable Reform/Police Monitoring | Edit CMR-04 Search and Seizure section | 1.50 | $165.00 | $247.50 |
| 7/12/2021 | PR Sustainable Reform/Police Monitoring | At office staff meetings; meeting with PRPB; IT presentations with PRPB IT Dept. | 8.00 | $165.00 | $1,320.00 |
| 7/12/2021 | PR Sustainable Reform/Police Monitoring | Edit CMR-04 Search and Seizure section | 1.00 | $165.00 | $165.00 |
| 7/13/2021 | PR Sustainable Reform/Police Monitoring | Site visit: Continue IT presentations; Interviews with PRPB personnel on Para. 73 | 8.00 | $165.00 | $1,320.00 |
| 7/13/2021 | PR Sustainable Reform/Police Monitoring | Edit CMR-04 Search and Seizure section | 2.00 | $165.00 | $330.00 |
| 7/14/2021 | PR Sustainable Reform/Police Monitoring | Meeting with IT Director Monitor Cragg; Interviews with PRPB personnel, re Para. 111, Policies and Procedures | 8.00 | $165.00 | $1,320.00 |
| 7/15/2021 | PR Sustainable Reform/Police Monitoring | Interviews of PRPB personnel, re Para. 73 and Para. 111 | 8.00 | $165.00 | $1,320.00 |
| 7/16/2021 | PR Sustainable Reform/Police Monitoring | Edit CMR-04 Search and Seizure section | 2.50 | $165.00 | $412.50 |

INVOICE NUMBER: 2021-07

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 7/17/2021 | PR Sustainable Reform/Police Monitoring | Edit CMR-04 Search and Seizure section | 4.25 | $165.00 | $701.25 |
| 7/18/2021 | PR Sustainable Reform/Police Monitoring | Edit CMR-04 Search and Seizure section | 2.00 | $165.00 | $330.00 |
| 7/19/2021 | PR Sustainable Reform/Police Monitoring | Monitor Team weekly meeting | 1.00 | $165.00 | $165.00 |
| 7/19/2021 | PR Sustainable Reform/Police Monitoring | Work and review PRPB GO 600-638 and 600-631 | 1.25 | $165.00 | $206.25 |
| 7/22/2021 | PR Sustainable Reform/Police Monitoring | Review of PRPB GO 100-134, CRADIC | 1.00 | $165.00 | $165.00 |
| 7/25/2021 | PR Sustainable Reform/Police Monitoring | Review PRPB GO 100-128, Arrest Division; and EL Vocero article on Monitor's final report | 3.00 | $165.00 | $495.00 |
| 7/26/2021 | PR Sustainable Reform/Police Monitoring | Prep Monitor's August site visit schedule | 2.50 | $165.00 | $412.50 |
| 7/30/2021 | PR Sustainable Reform/Police Monitoring | (Total hours worked 63; total hours billed 60) | 0.00 | $.00 | $0.00 |
| 7/30/2021 | PR Sustainable Reform/Police Monitoring | Marriott Courtyard- Miramar/San Juan 4 nights x $136 | 0.00 | $.00 | $544.00 |
| 7/30/2021 | PR Sustainable Reform/Police Monitoring | MILEAGE HOME TO LOGAN AIRPORTL: 29 MILES @.56/MILE | 0.00 | $.00 | $16.24 |
| 7/30/2021 | PR Sustainable Reform/Police Monitoring | JetBlue Airfare to/from San Juan July 11 and July 15, 2021 | 0.00 | $.00 | $388.00 |
| 7/31/2021 | PR Sustainable Reform/Police Monitoring | I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $.00 | $0.00 |
| | | TOTAL: PR Sustainable Reform/Police Monitoring | | | $10,848.24 |
| | | Total hours for this invoice | 60.00 | | |
| | | Per diem meal rate of $115 x 4 $460.00 | | | $460.00 |

INVOICE NUMBER: 2021-07

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $11,308.24 |
| Current invoice balance | $11,308.24 |

AMOUNT DUE ON THIS INVOICE: $11,308.24

*Rafael E. Ruiz* (signature)
Rafael E. Ruiz

July 31, 2021