**INVOICE 0077 FOR PROFESSIONAL SERVICES; JULY 1 THROUGH JULY 31, 2021**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO: **Federal Monitor**
    **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for the month of July 2021 is detailed as follows:

| Task Performed | US Hours | PR Hours | Billable Amount |
|---|---|---|---|
| On-Site Puerto Rico Labor Hours – 7/12, 13, 14 | | 24.00 | $3,960.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and interviews | 7 | | $1,155.00 |
| Teleconference Meetings with Monitors Office: DOJ, PRPB, Special Master - Agendas for on-site visits, CMR-4 Assessment, IT Planning in response to the judge, EIS issues regarding its purpose | 3.5 | | $577.50 |
| Review of Special Master Provided -- EIS Report on the Methodology on the Development of the Early Intervention System for Grapevine Police Department | 1.75 | | $288.75 |
| Contributing and leading to Final Submission of CMR-4; Quality review of submitted Draft, assessment of DOJ and Special Master comments, provide critical details concerning NIBRS status | 3.5 | | $577.50 |
| DoJ provided and M. Goodrich - Proposal for revision of IT Action Plans - review, recommendations, and comment | 5 | | $825.00 |
| Prepare Master List of PRPB Systems for Demonstration, review of Decree Compliance for July and August review, full reconciliation against the 2017 Action Plan, 2019 Draft Corrective Action Plan, Court Ordered IT Action Plan (2021) | 11.75 | | $1,938.75 |
| Research and review IT reference materials for demonstrations including NCIC Project Charter | 3.5 | | $577.50 |
| Net Hours @ $165/hr. | 36.00 | 24.00 | $9,900.00 |
| Total Expenses (Air, Hotel, MIE;Meals, Parking, POV miles) | $1,806.45 | | $1,806.45 |
| Allowable Fee | | | $11,706.45 |

1

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** July 11-15
**Purpose of Travel:** On-Site Monitoring Visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 625.40 | 1 | $ 625.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 85.95 | 1 | $ 85.95 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 60 | $ 33.60 |
| Lodging | $ 136.00 | 4 | $ 544.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,806.45 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



**Subject:** [Business] Your Thursday morning trip with Uber
**Date:** Thursday, July 15, 2021 at 4:50:31 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total **$10.95**
July 15, 2021

# Thanks for tipping, scott

Here's your updated Thursday morning ride receipt.

| | |
|---|---|
| **Total** | **$10.95** |

You earned 15 points on this trip

| | |
|---|---|
| Trip Fare | $7.28 |
| Subtotal | $7.28 |
| Booking Fee ☐ | $0.67 |

ALEXANDRIA UNION CAB
(703) 683-1200 - 24 Hr. Dispatch Service
No. 10023
FROM: DCA
TO: Clifton
DATE: 7/20
FARE$: 15.00
DRIVER'S NAME: _____
CAB#: _____
By Request, We Accept VISA MasterCard DISCOVER TeleCheck
Each Cab Independently Owned & Operated

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0306
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 7

Marriott Rewards #   797225828

CRS Number  86883575

Name:

Arrive:  07-11-21          Time:  17:12          Depart:  07-15-21          Folio Number:  668206

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-11-21 | Package | 115.00 | |
| 07-11-21 | Government Tax | 10.35 | |
| 07-11-21 | Hotel Fee | 10.35 | |
| 07-12-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 07-12-21 | Package | 115.00 | |
| 07-12-21 | Government Tax | 10.35 | |
| 07-12-21 | Hotel Fee | 10.35 | |
| 07-13-21 | Comedor - Guest Charge | 1.00 | |
| 07-13-21 | Package | 115.00 | |
| 07-13-21 | Government Tax | 10.35 | |
| 07-13-21 | Hotel Fee | 10.35 | |
| 07-14-21 | Comedor - Guest Charge | 1.00 | |
| 07-14-21 | Package | 115.00 | |
| 07-14-21 | Government Tax | 10.35 | |
| 07-14-21 | Hotel Fee | 10.35 | |
| 07-15-21 | Visa Card | | 547.80 |

Card #  XXXXXXXXXXXX6833

SC   74,602 pts

Scott you're headed to Washington-National

# Thanks for booking with JetBlue!

**Confirmation Code:** JTPQBN

Manage your booking

San Juan → Washington-National

Add to Calendar | Email | Print

**Departing: Jul 15 2021**

SJU  6:05pm     ▶  DCA  9:52pm

Total: **$268.20**
Charged to **Visa** ending in 6833

Details ▼

**Traveler Details**

**SJU-DCA**

| **Scott Pomaialoha Cragg** | Adult | Seat 12D<br>Change | Ticket Number:<br>2792167591191 | Bags: 2 |

# My Booking

## You're all set to jet!

[ ITINERARY OPTIONS ]

### Confirmation code: KNGGHD

## Travelers

Mr. Scott Pomaialoha Cragg

| Flight | | |
|---|---|---|
| | Ticket number | 2792167028971 |
| | Frequent Flyer | JetBlue - TrueBlue - 3363415311 * |
| | | DCA ➔ SJU |
| | Seat | 7B |
| | Checked Baggage Allowance | 2 bags |

## Your flights

| Washington-National, DC (DCA) | San Juan, PR (SJU) | Flight 1347 | Fare: Blue Basic |
|---|---|---|---|
| Sun Jul 11 2021, 8:00 AM | Sun Jul 11 2021, 11:52 AM | JetBlue | Nonstop |
| A320 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $328.00 | $29.20 | $357.20 | x 1 | $357.20 USD |

Total fare:    $357.20 USD

## Extras

+ Seats

+ Bags

+ Even More Speed