

# Federico Hernández...

# INVOICE

f.hernandezdenton@gmail.com

**Invoice#:** 104
**Invoice Date:** 07/27/2021

| From | To: Federal Monitor |
|---|---|

Calle Independencia  # 564
Hato Rey,PR,00918
7875059295

| Date | Worked | Rate | Amount |
|---|---|---|---|
| **07/03/2021**<br>Reading and revision of Executive Summary and CMD-4 | 5h 00m | $225.00/h | $1,125.00 |
| **10/01/2020**<br> I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0h 01m | $0.00/h | $0.00 |

**Terms & Note:**
**Thanks for your business.**

| | |
|---|---|
| Sub Total: | **$1,125.00** |
| Overtime Pay: | **$0.00** |
| Discount: | $0.00 |
| Tax(0.00%): | $0.00 |
| Total Amount: | **$1,125.00** |
| Paid: | **$0.00** |
| **Balance Due:** | **$1,125.00** |