

**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

August 2, 2021
Invoice # 18231

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2021 | RAA | Review PRPB's motion for extension of time. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order granting extension. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order on informative motion and deposit of funds. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order on status conference. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from J. Castillo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email and memo from D. Rodríguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from D. Rodriguez and Captain Figueroa regarding July site visits. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from D. Rodriguez regarding August site visits and status conference. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from PRPB with translations. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review and analyze translations of motions and docket entries. | 0.30<br>175.00/hr | 52.50 |

Case 3:12-cv-02039-FAB   Document 1807-15   Filed 08/17/21   Page 2 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2021 | RAA | Review emails from Captain Figueroa and J. Castillo. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from D. Rodriguez and S. Cragg | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails and certifications from N. Nussa Mulero from PRPB. | 0.20<br>175.00/hr | 35.00 |
| 7/2/2021 | RAA | Review emails and documents from N. Nusso Mulero from PRPB. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review motion to withdraw as attorney. | 0.10<br>175.00/hr | 17.50 |
| 7/3/2021 | RAA | Review email from A. Castellanos with revisions to CMR-4 executive summary and report and recommendations regarding hard deadlines. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Email to J. Romero and D. Rodríguez with feedback. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review changes made by A. Castellanos and F. Hernández Denton. Email to J. Romero and D. Rodríguez with feedback. | 0.60<br>175.00/hr | 105.00 |
| 7/4/2021 | RAA | Exchange of emails with J. Romero. Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from D. Rodríguez with feedback by Special Master on CMR-4. Review feedback. | 0.20<br>175.00/hr | 35.00 |
| 7/5/2021 | RAA | Review email from J. González. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Email communications and calls with J. Romero. | 0.40<br>175.00/hr | 70.00 |
| 7/6/2021 | RAA | Exchange of emails with J. Romero and D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Email to J. González. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone call from J. Gonzalez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Telephone from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email and policies from N. Nussa Mulero. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from P. Cruz. | 0.10<br>175.00/hr | 17.50 |

Case 3:12-cv-02039-FAB   Document 1807-15   Filed 08/17/21   Page 3 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page 3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2021 | SL | Attend video conference team meeting. | 1.00<br>75.00/hr | 75.00 |
| 7/7/2021 | RAA | Review email from Captain Figueroa with comments on CMR-4. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Preliminary review of comments. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review email from L. Saucedo with comments on CMR-4. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Preliminary review of USDOJ's comments to report. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review memo prepared by D. Gosselin. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from J. Romero and D. Rodriguez. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review email and second data request draft. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from C. Camara with enclosed letter.  Review letter from attorney of police officer. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from S. Cragg. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from R. Watkins. | 0.10<br>175.00/hr | 17.50 |
| 7/9/2021 | RAA | Review email and certification from N. Nussa Mulero. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Rodriguez and enclosures. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from D. Gosselin. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from J. Romero. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from C. Cámara and complaint by Sandoval with several enclosures.  Recommendations to J. Romero | 0.50<br>175.00/hr | 87.50 |

Case 3:12-cv-02039-FAB   Document 1807-15   Filed 08/17/21   Page 4 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/9/2021 | RAA | Review email from E. Vicente. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from Captain Figueroa. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review order granting motion to withdraw. | 0.10<br>175.00/hr | 17.50 |
| 7/12/2021 | RAA | Plan and prepare for meeting at PRPB. Telephone call from J. Romero. Appear and attend meeting at PRPB. Postmeeting call from L. Hidalgo. | 4.10<br>175.00/hr | 717.50 |
| | RAA | Review drafts to companies for survey. Conference with J. González | 0.40<br>175.00/hr | 70.00 |
| | RAA | Review emails from J. González. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from D. Rodriguez and data request. | 0.20<br>175.00/hr | 35.00 |
| 7/13/2021 | RAA | Review and respond to email from L. Saucedo regarding L. Hidalgo invoice. Review electronic communication history. Review response from L. Saucedo. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Emails exchanged with D. Rodriguez, J. Romero, and J. González. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from S. Cragg. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Rodríguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from L. Saucedo on police academy statistics. Review document. | 0.40<br>175.00/hr | 70.00 |
| | RAA | Email to L. Saucedo re: Rita Watkins. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from PRPB, M. Goodrich, D. Rodríguez and A. Del Carmen. | 0.30<br>175.00/hr | 52.50 |
| 7/14/2021 | RAA | Telephone calls with J. González. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review emails from L. Saucedo, J. Vázquez and A. Del Carmen. | 0.30<br>175.00/hr | 52.50 |

Case 3:12-cv-02039-FAB   Document 1807-15   Filed 08/17/21   Page 5 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page 5

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/15/2021 | RAA | Review order granting motion for disbursement of funds. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from D. Rodriguez and L. Saucedo. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review survey report. Review docket. Email to D. Rodriguez with answer to inquiry. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Appear and attend team meeting. | 1.80<br>175.00/hr | 315.00 |
| | YMT | Preparation of motion for disbursement of funds. | 0.50<br>125.00/hr | 62.50 |
| 7/16/2021 | RAA | Review emails from J. Romero and D. Rodriguez. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from J. Castillo. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails and certifications from N. Nusso. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review email from J. Gonzalez. | 0.10<br>175.00/hr | 17.50 |
| 7/19/2021 | RAA | Plan and prepare for team meeting. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Appear and attend team meeting. | 1.00<br>175.00/hr | 175.00 |
| | RAA | Review emails from N. Nusso from PRPB. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from D. Gosselin. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review email from J. González. | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review emails from D. Rodriguez and S. Rhinerson. | 0.20<br>175.00/hr | 35.00 |
| | SL | Attend video conference team meeting. | 1.00<br>75.00/hr | 75.00 |

Case 3:12-cv-02039-FAB   Document 1807-15   Filed 08/17/21   Page 6 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page     6

|            |     |                                                                                           | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------------------------|-------------------|--------|
| 7/20/2021  | RAA | Review emails from N. Nusso.                                                              | 0.20 175.00/hr    | 35.00  |
|            | RAA | Review email from A. Del Carmen.                                                          | 0.10 175.00/hr    | 17.50  |
|            | RAA | Review email from D. Rodriguez with revised CMR-4 draft.                                  | 0.10 175.00/hr    | 17.50  |
|            | RAA | Revisions to CMR-4 draft. Email to D. Rodriguez, J. Romero, and D. Levy.                  | 3.70 175.00/hr    | 647.50 |
|            | SL  | Assist in part of revisions of CMR-4                                                      | 1.20 75.00/hr     | 90.00  |
| 7/21/2021  | RAA | Review and respond to emails from D. Levy, D. Rodriguez, and J. Romero.                   | 0.30 175.00/hr    | 52.50  |
|            | RAA | Review emails from J. González.                                                           | 0.20 175.00/hr    | 35.00  |
|            | RAA | Final revisions to CMR-4 and executive summary.                                           | 0.90 175.00/hr    | 157.50 |
|            | RAA | Preparation of motion submitting CMR-4 and electronic filing. Email to J. Romero and D. Rodriguez. | 0.60 175.00/hr | 105.00 |
|            | RAA | Review email from D. Rodriguez.                                                           | 0.10 175.00/hr    | 17.50  |
|            | RAA | Review order on motion submitting.                                                        | 0.10 175.00/hr    | 17.50  |
| 7/22/2021  | RAA | Review email from J. González.                                                            | 0.10 175.00/hr    | 17.50  |
|            | RAA | Review email from D. Rodriguez                                                            | 0.10 175.00/hr    | 17.50  |
|            | RAA | Review email from A. Del Carmen.                                                          | 0.10 175.00/hr    | 17.50  |
| 7/23/2021  | RAA | Exchange of electronic communications with J. Romero.                                     | 0.20 175.00/hr    | 35.00  |
|            | RAA | Review various emails and articles from J. González                                       | 0.40 175.00/hr    | 70.00  |
|            | RAA | Review emails and certifications from N. Nusso from PRPB.                                 | 0.40 175.00/hr    | 70.00  |
|            | RAA | Review emails from A. Del Carmen and J. Romero.                                           | 0.20 175.00/hr    | 35.00  |

Case 3:12-cv-02039-FAB Document 1807-15 Filed 08/17/21 Page 7 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page 7

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/23/2021 | RAA | Telephone call from J. Romero | 0.30 175.00/hr | 52.50 |
| 7/24/2021 | YMT | Translated the Fourth Report (CMR-4) of the Federal Monitor. | 6.00 125.00/hr | 750.00 |
| | RAA | Telephone call from J. Romero. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and respond to email from J. González. | 0.10 175.00/hr | 17.50 |
| 7/25/2021 | RAA | Review email from J. Romero. | 0.10 175.00/hr | 17.50 |
| | RAA | Review emails from J. González and enclosures. | 0.30 175.00/hr | 52.50 |
| | RAA | Telephone call with J. Romero | 0.30 175.00/hr | 52.50 |
| | RAA | Review electronic communication from A. Garffer to L. Hidalgo. | 0.10 175.00/hr | 17.50 |
| 7/26/2021 | RAA | Telephone call from J. Romero. | 0.30 175.00/hr | 52.50 |
| | RAA | Review file and docket. Review agreement. Preparation of email to parties to meet and confer regarding DSP's questions on Monitor's authority to oversee protests. | 0.30 175.00/hr | 52.50 |
| | RAA | Review and respond to emails from L. Saucedo. | 0.20 175.00/hr | 35.00 |
| | RAA | Review emails from A. Del Carmen. | 0.10 175.00/hr | 17.50 |
| | RAA | Review email from L. Saucedo and docket entry with joint stipulation on issue of protests. | 0.20 175.00/hr | 35.00 |
| | RAA | Review and analyze joint stipulation. | 0.30 175.00/hr | 52.50 |
| | RAA | Appear and attend 253 meeting. | 2.00 175.00/hr | 350.00 |
| | SL | Review file and docket regarding history of monitor's participation in protests. | 0.90 75.00/hr | 67.50 |
| 7/27/2021 | RAA | Review emails from L. Saucedo. | 0.20 175.00/hr | 35.00 |

Case 3:12-cv-02039-FAB   Document 1807-15   Filed 08/17/21   Page 8 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page 8

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2021 | RAA | Review emails from S. Cragg, R. Ruiz and R. Watkins. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Plan and prepare for 253 meeting. | 0.50<br>175.00/hr | 87.50 |
| | RAA | Exchange of electronic communications from team members | 0.30<br>175.00/hr | 52.50 |
| | RAA | Post 253 videocall meeting with J. Romero and team | 0.50<br>175.00/hr | 87.50 |
| 7/28/2021 | RAA | Plan and prepare for videoconferences today. | 0.80<br>175.00/hr | 140.00 |
| | RAA | Appear and attend videoconference with parties related to authority of Monitor in protests. | 0.90<br>175.00/hr | 157.50 |
| | RAA | Appear and attend bi-weekly meeting with parties. | 0.60<br>175.00/hr | 105.00 |
| | RAA | Post bi-weekly conference with Federal Monitor, D. Rodriguez, L. Hidalgo, and J. González. | 0.70<br>175.00/hr | 122.50 |
| | RAA | Review order on invoices | 0.10<br>175.00/hr | 17.50 |
| | RAA | Review further emails from Monitor team regarding protests next weekend. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Review email from J. González with citizen claim. | 0.20<br>175.00/hr | 35.00 |
| | RAA | Review further emails from J. González. | 0.20<br>175.00/hr | 35.00 |
| | YMT | Revision to translation. | 1.00<br>125.00/hr | 125.00 |
| 7/29/2021 | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.30<br>175.00/hr | 52.50 |
| | RAA | Revisions to translation of executive summary. | 0.90<br>175.00/hr | 157.50 |
| | RAA | Emails exchanged with D. Rodriguez and D. Levy. | 0.30<br>175.00/hr | 52.50 |
| 7/30/2021 | RAA | Review and respond to various electronic communications from D. Rodriguez. | 0.50<br>175.00/hr | 87.50 |

Case 3:12-cv-02039-FAB   Document 1807-15   Filed 08/17/21   Page 9 of 9
United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Page    9

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/30/2021 | RAA | Review emails from L. Saucedo, J. Castillo, A. Young, D. Gosselin, and A. Del Carmen. | 0.40 175.00/hr | 70.00 |
| | RAA | Review emails and enclosures from N. Nusso from PRPB. | 0.40 175.00/hr | 70.00 |
| | RAA | Review emails from D. Levy and J. Romero. | 0.20 175.00/hr | 35.00 |
| 7/31/2021 | RAA | Review PRPB's informative motion regarding self-assessment report. | 0.10 175.00/hr | 17.50 |
| | RAA | Preliminary review of self-assessment report. | 0.50 175.00/hr | 87.50 |
| | RAA | Review motion to restrict. | 0.10 175.00/hr | 17.50 |
| | RAA | Review motion for leave. | 0.10 175.00/hr | 17.50 |
| | RAA | Telephone call to J. Romero. | 0.40 175.00/hr | 70.00 |
| | | **For professional services rendered** | **56.70** | **$9,137.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 45.10 | 175.00 | $7,892.50 |
| Stephanie Leon | 4.10 | 75.00 | $307.50 |
| Yesenia Medina Torres | 7.50 | 125.00 | $937.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.