Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

INVOICE #PR007-2021
DATE: July 31, 2021

**Dates of service: July 1 – July 31, 2021**          **TOTAL** $3,120.00

**The following is a detailed statement of the hours worked:**

-Conference calls with the Monitor Team **2 hrs**.
-Meetings with Chief or Deputy Chief **2 hrs.**
-Research, Writing, Editing of CMR-4 Training and Equal Protection sections. **7.50 hrs.**
-Correspondence with Monitoring Team/and members **3 hrs**.
-Next site visit scheduling and coordination **3 hrs.**
-Research and analysis of related events reported by press and website complaint. Review of articles forwarded by members to reference 2 **hrs.**

**Billable Hours:** 19.50 HOURS, at rate of $160 per hour = $3,120.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rita J. Watkins*

Rita J. Watkins                                                                  Date: July 31, 2021