# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**DATE:** 7/31/2021
**INVOICE #** 20217
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| emails: UBUNTUINC, John/Roberto, Denise (interviews spreadsheet), CMR5 requests/PRPB meeting,David, John, Hidalgo | 2.00 | $155.00 | $ 310.00 |
| Zoom meetings | 2.00 | $155.00 | $ 310.00 |
| Site visits: Team meeting FPMPR/PRPB/USDOJ/Spec master Zoom | 1.00 | $155.00 | $ 155.00 |
| Denise Zoom | 1.00 | $155.00 | $ 155.00 |
| Phone calls: L. HIdalgo | 0.50 | $155.00 | $77.50 |
| Community Safety Councils Policy review (par. 229) | 1.50 | $155.00 | $ 232.50 |
| CMR4 DOJ/Spec. master Revisions: TCA response | 1.00 | $155.00 | $ 155.00 |
| CMR5 additional data request: pars.14, 18, 58, 68, 83, 89, 91-93, 95-96, 99, 105 | 1.00 | $155.00 | $ 155.00 |
| Community Safety Councils' manual recommendations/annotations per par.229 and memorandum in response | 2.00 | $155.00 | $310.00 |
| PRPB IT presentation Community Engagement Sgt. Cruz Febo | 2.00 | $155.00 | $ 310.00 |
| CMR5 second data request review and annotations in preparation for meeting with PRPB TBD | 1.00 | $155.00 | $ 155.00 |
| Status Conference questions for GAG to PRPB Sec. XII A,B,C | 1.50 | $155.00 | $ 232.50 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| **TOTAL HOURS** | 16.50 | | $ 2,557.50 |
| | | **SALES TAX** | $ - |
| | | **TOTAL** | **$2,557.50** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with

Merangelie Serrano-Rios

**THANK YOU!**