# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

August 2, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-07
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – July 1 – August 2, 2021

|  |  |
|---|---|
| FLAT RATE | $11,500.00 |
| TRAVEL REIMBURSEMENT | 604.01 |
| **Total Due** | **$12, 104.01** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and responded to emails/texts/telephone calls (July 1 – August 2) from members of the Monitor Team, the Honorable Judge Gelpí, and the Special Master.
Generated, received, reviewed, and responded to emails/texts/telephone calls (July 1 – August 2) from the PRPB Reform Unit, Department of Public Safety and Office of the Counsel to the Governor.
Participated in various Zoom meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety and/or the Puerto Rico Police Bureau.
Monitor media coverage of issues of relevance to the Monitor Team.
Assisted in the coordination of meetings with PRPB and the Department of Public Safety.
Assisted in the drafting, review and revision of various documents prepared by the Monitor Team.
Monitor proposed legislation which may impact PRPB's compliance with the Agreement, and its status after the conclusion of the First Ordinary Session of the 19th Legislative Assembly.
Represented the Monitor Team at meetings with the Director of the Reform Unit and IT Unit at the PRPB.
Assisted members of the Monitor Team re: coordination of meetings, and other matters.
Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, and the Monitor Team.
Represented the Monitor Team at demonstrations/protests involving PRPB.
Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.
Assisted in the coordination of the Chief Monitor's calendar, including conference calls and in person meetings, regarding site visits in Puerto Rico.

### Site Visit to Puerto Rico July 11 through 15, 2021
Meeting with the Honorable Judge Gelpi.
Meeting with Reform Unit and DPS.
Meetings with Monitor Team members during the Site Visit.
Participated in PRPB's IT Unit presentations re: operationg systems.
Site visit to San Juan Centro Mando to review onscreen form PPR-126.2 and its implementation.
Meetings with PRPB re: CMR-5 data/document request.
Participated in debriefing meeting with the Monitor Team.

### Site Visit to Rincón re: Demonstrations July 30 through August 2, 2021
Meeting with Monitor Team Members.
Observed demonstrations in Rincón.
Meeting with the Reform Unit.
Meeting with the Honorable Judge Gelpí.

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

**Travel Reimbursement**

| | |
|---|---:|
| Lodging at the Mayagüez Plaza Hotel (2 nights) | 287.76 |
| Per Diem Travel Day (Friday, July 30, 2021) | 86.25 |
| Per Diem Full Days (Saturday, July 31, 2021 and Sunday August 1, 2021) | 230.00 |
| TOTAL REIMBURSEMENT | $604.01 |