# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-05
**DATE:** July 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 07/01/2021 | 1.0 hour of report design | 1.0 | $50.00 | $50.00 |
| 07/03/2021 | 1.0 hour of report design | 1.0 | $50.00 | $50.00 |
| 07/06/2021 | 2.0 hours of report design and comment compilation | 2.0 | $50.00 | $100.00 |
| 07/07/2021 | 1.5 hours of travel planning and comments | 1.5 | $50.00 | $75.00 |
| 07/08/2021 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**  **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-04
**DATE:** June 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 07/10/2021 | 1.0 hour of questionnaire conversion and data entry | 1.0 | $50.00 | $50.00 |
| 07/14/2021 | 1.0 of policy development | 1.0 | $50.00 | $50.00 |
| 07/19/2021 | 1.5 hours travel planning | 1.5 | $50.00 | $75.00 |
| 07/20/2021 | 0.5 hour of travel planning | 0.5 | $50.00 | $25.00 |
| 07/21/2021 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**          **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-04
**DATE:** June 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 07/22/2021 | 2.0 hours of data compilation and bio drafting | 2.0 | $50.00 | $100.00 |
| 07/23/2021 | 1.5 hours of travel planning | 1.5 | $50.00 | $75.00 |
| 07/27/2021 | 2.5 hours of travel planning and research | 2.5 | $50.00 | $125.00 |
| 07/28/2021 | 1.5 hours of travel planning and data compilation | 1.5 | $50.00 | $75.00 |
| 07/29/2021 | 1.5 hour of travel planning | 1.5 | $50.00 | $75.00 |

**AMOUNT DUE** $1,025.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.