**Office of the FPMPR LLC**
VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (July 2021)

| Date | Task | Total Hours |
|---|---|---:|
| **July 2, 2021** | Present at the office during working hours. | 7.0 |
| **July 7, 2021** | Present at work during working hours. Phone management, replying to emails | 4.0 |
| **July 9, 2021** | Present at work during working hours. Phone management, replying to emails | 7.0 |
| **July 12, 2021** | Present at work during working hours. Phone management, replying to emails and attended the 3:30 p.m.-5:00 p.m. NIBRS meeting. | 4.0 |
| **July 14, 2021** | Present at work during working hours. Phone management, replying to emails. | 4.0 |
| **July 16, 2021** | Present at work during working hours. Phone management, replying to emails. | 7.0 |
| **July 21, 2021** | Present at work during working hours. Phone management, replying to emails. Worked on the Section docs. | 4.0 |
| **July 23, 2021** | Present at work during working hours. Phone management, replying to emails. Worked on getting the information for the website. | 7.0 |
| **Jul7 30, 2021** | Present at work during working hours. Phone management, replying to emails. Worked on getting the information for the website. | 4.0 |

**Total,  48 hours for $20 = $960**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____