# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice    Month July 2021                                                                                            Invoice # 010

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| July-11-2021 | pick up staff from the monitor's office at the airport | 18 | $20.00 | $360.00 |
| July-12-2021 | pick up the monitor's office staff and take them to our meetings of the day | 9 | $20.00 | $180.00 |
| July-13-2021 | pick up the monitor's office staff and take them to our meetings of the day | 10 | $20.00 | $200.00 |
| July-14-2021 | pick up the monitor's office staff and take them to our meetings of the day | 10 | $20.00 | $200.00 |
| July-15-2021 | pick up the monitor's office staff and take them to our meetings of the day | 13 | $20.00 | $260.00 |
| July-16-2021 | pick up the staff and take them to the airport at different times of the day | 13 | $20.00 | $260.00 |
| July-18-2021 | pick up staff from the monitor's office at the airport flight delays | 3 | $20.00 | $60.00 |
| July-19-2021 | pick up the monitor's office staff and take them to our meetings of the day | 9 | $20.00 | $180.00 |
| July-20-2021 | pick up the monitor's office staff and take them to our meetings of the day | 9 | $20.00 | $180.00 |
| July21-2021 | pick up the monitor's office staff and take them to our meetings of the day | 8 | $20.00 | $160.00 |
| July-22-2021 | pick up the monitor's office staff and take them to our meetings of the day | 8 | $20.00 | $160.00 |
| July-23-2021 | pick up monitor and take him to the airport | 2 | $20.00 | $40.00 |
| July-30-2021 | pick up the monitor at the airport, to go to jobs in the west Rincon and Mayaguez | 9 | $20.00 | $180.00 |
| July-31-2021 | I work in the west area with the monitor | 11 | $20.00 | $220.00 |
| July | car use expenses, several weeks | 1month | 1month | $400.00 |
|  |  | 132 | $20.00 | Total 3,040.00 |
|  |  |  |  |  |