# REEL E' GOOD SEA SERVICE CORP.

| | | | |
|---|---|---|---|
| Fishing Charters - Tours - Towing - Salvages | | Invoice No. | 310921-1 |
| Marine Assistance  - Buoys | | Invoice Date: | July,31 2021 |
| | | | |
| Estancias de Miramar | | Bill To: | FPMPR LLC |
| Tenerife 116 | | Addrees | |
| Cabo Rojo, PR 00523 | | | |
| (787)410-4038 | | | |
| reelegoodseaservice@gmail.com | | Contact | Javier Gonzalez |
| | | E-mail: | javier.benito@me.com |
| Captain:  Luis O. Ramirez  /  USCG Lic. 3773677 | | phone: | 1(787) 473-1515 |

| Vessel Name: | BLACK BEARD | Project: | Federal Monitor | RINCON PR |
|---|---|---|---|---|
| Official Number: | | Serial: | | |
| Boat Description: | | | | |

| Description | Column1 | Column2 | Amount |
|---|---|---|---|
| 1978  FIRPOL 32 Rental - JUL 31/2021 | | | $   600.00 |
| includes: Captain, Mate | | | |
| | | Invoice Subtotal | $   600.00 |
| | | 11.5% Tax | 69.00 |
| | | Deposit Received | |
| | | **TOTAL** | **$   669.00** |

Make all checks payable to Reel e Good Sea Service Corp.

Total due in 15 days. Overdue accounts subject to a service charge of 2% per month.

**Thank you for your business!**