## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**COMMONWEALTH OF PUERTO RICO, <u>et al.</u>,**

Defendants.

**CIVIL NO.:  12-cv-02039**

## <u>JOINT INFORMATIVE MOTION REGARDING THE PUERTO RICO POLICE BUREAU'S PROMOTION PROTOCOL</u>

**MAY IT PLEASE THE COURT:**

 **COME NOW** the parties, Plaintiff United States of America, and Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

 1. On May 19, 2021, this Honorable Court issued Order at Docket 1756 regarding the PRPB's protocols for promotions and for auxiliary commissioners, stating in part:

> It is of the utmost importance to have in place a promotional protocol up to the rank of colonel at PRPB, which is both unbiased and objective, and hence, conforms with the Reform Agreement.

 2. The Court instructed the parties to approve and submit to the Court a final version of the protocols on or before July 1, 2021.

Joint Informative Motion
Civil No. 12-02039
Page 2 of 3

3.      The Honorable Court later extended the deadline by Order dated July 1, 2021 at Docket 1783 instructing the parties to submit the promotion protocol no later than September 1, 2021.

4.      The appearing parties are pleased to jointly inform this Honorable Court to have come to a full agreement, together with the Monitor and the Special Master, on a final version of the protocol for promotions to the command ranks at the PRPB.  Enclosed as Exhibit 1 is a copy of the protocol.

5.      This Honorable court will remember that on May 28, 2021, as ordered, the Commonwealth of Puerto Rico had also filed an Informative Motion at Docket 1763 submitting a final version of the protocol for auxiliary commissioners.

**WHEREFORE,** the parties, Plaintiff United States of America, and Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 18th day of August, 2021.

For Plaintiff UNITED STATES OF
AMERICA:

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section

For Defendants COMMONWEALTH OF
PUERTO RICO, ET AL.:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue

Joint Informative Motion
Civil No. 12-02039
Page 3 of 3

*s/Luis E. Saucedo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
**JORGE CASTILLO** (G02912)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov

Attorneys for Plaintiff

San Juan, Puerto Rico 00918
Tel. (787) 767-9625

*s/Rafael Barreto-Solá*
**RAFAEL BARRETO-SOLÁ**
USDC PR:  211801
rbarreto@cnr.law

*s/Gabriel A. Peñagarícano*
**GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com

Attorneys for Defendants